**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL No. 2327** |
| THIS DOCUMENT RELATES TO ETHICON WAVE 1 CASES | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

<u>**DEFENDANTS' MOTION TO EXCLUDE
CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D.**</u>

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Defendants") move to exclude certain general opinions of one of Plaintiffs' experts, Daniel Elliott, M.D., that are improper and/or are beyond his expertise as a pelvic surgeon and urogynecologist. Specifically, Defendants request that the Court preclude Dr. Elliott from: (1) Testifying that non-synthetic mesh procedures are a safer alternative for the surgical treatment of stress urinary incontinence and pelvic organ prolapse, because such procedures are not alternative designs and are irrelevant to a design-defect claim and because such opinions are unreliable; (2) Offering design opinions, because he is not qualified to do so and his opinions are unreliable and not offered within a reasonable degree of medical certainty; (3) Criticizing the cut of TVT mesh, because his opinions are unreliable and conflicting; (4) Speculating about the duties of a medical device manufacturer, because he is not qualified to do so and such opinions are irrelevant and inadmissible to the extent that they contain legal conclusions; (5) Testifying about alleged mesh degradation, shrinkage, contraction, and other biomaterials opinions, because such opinions are unreliable, irrelevant, and/or otherwise improper; (6) Offering opinions about regulatory

compliance and marketing, because he is not qualified to do so and such opinions are prejudicial, inflammatory, improper, speculative, and irrelevant; and (7) Offering opinions beyond Dr. Elliott's expertise and/or that are otherwise improper, because he is not qualified to do so and such opinions are inadmissible, unreliable, and/or draw legal conclusions.

As grounds for this motion, Defendants submit that Dr. Elliott cannot provide reliable, trustworthy and/or admissible testimony about these topics under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). In support of this motion, Defendants incorporate by reference their accompanying memorandum of law and rely on the following Exhibits:

1. List of cases in which Dr. Elliott has been designated by Plaintiff(s) as a general expert, Exhibit A;

2. Dr. Elliott's curriculum vitae, Exhibit B;

3. Dr. Elliott's TVT General Expert Report, Exhibit C;

4. Dr. Elliott's TVT-O General Expert Report, Exhibit D;

5. Dr. Elliott's TVT-Secur General Expert Report, Exhibit E;

6. Dr. Elliott's Prolift General Expert Report, Exhibit F;

7. Transcript of Dr. Elliott's September 26, 2015 Deposition, Exhibit G;

8. Heinonen, *et. al.*, *Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome*, Int'l. Journal of Urology (2012), Exhibit H;

9. American Urological Association Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update, Exhibit I;

10. American Journal of Obstetrics & Gynecology SGS Study (2014), Exhibit J;

11. *Bellew v. Ethicon, Inc*., No. 2:13-cv-22473, Order (S.D. W. Va. Nov. 20, 2014), Exhibit K;

12. Transcript of Dr. Elliott's November 15, 2015 Deposition, Exhibit L;

13.    Transcript of Dr. Elliott's November 16, 2015 Deposition, Exhibit M;

14.    Garcia-Urena, *Differences in polypropylene shrinkage depending on mesh position in an experimental study*, The American Journal of Surgery (2007), Exhibit N;

15.    Mamy, et. al., *Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection*, The International Urogynecological Association (2010), Exhibit O;

16.    Feiner and Maher, *Vaginal Mesh Contraction*, American College of Obstetricians and Gynecologists (2010), Exhibit P;

17.    Sunoco Material Safety Data Sheet, Exhibit Q;

18.    Dr. Elliott's TVT Report reliance list, Exhibit R;

19.    R. Langer, et al., *Long-Term (10-15 years) Follow-Up after Burch Colposuspension for Urinary Stress Incontinence,* International Urogynecology Journal (2001), Exhibit S;

20.    Mayo Clinic Urinary Incontinence Webpage, Exhibit T;

21.    Ford, et al., *Mid-urethral sling operations for stress urinary incontinence*, Cochrane Collaboration (2015), Exhibit U; and

22.    Wang, et al, *A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: A prospective case-controlled pilot study*, American Journal of Obstetrics and Gynecology (2004), Exhibit V.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Testimony of Dr. Daniel Elliott, M.D.

Respectfully Submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

3

(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 1 CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on April 21, 2016, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

30798052v1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327** |
| **THIS DOCUMENT RELATES TO ETHICON WAVE 1 CASES** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**EXHIBIT A TO MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D.**

<u>**ALL CASES PERTINENT TO MOTION**</u>

1. *Joan Adams v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01203 (Prolift);

2. *Donna Amsden v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00960 (Prolift);

3. *Dina Sanders Bennett v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00497 (Prolift & TVT-Secur);

4. *Sharon Boggs, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00368 (TVT-O & Prolift);

5. *Myra Byrd, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00748 (TVT-O);

6. *Sharon Carpenter, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00554 (Prolift);

7. *Melissa Clayton, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00489 (Prolift);

8. *Carey Beth Cole, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00483 (Prolift);

9. *Fran Denise Collins v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00931 (TVT-O);

10. *Mary F. Cone v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00261 (TVT-O);

11. *Amanda Deleon, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00358 (Prolift);

12. *Dina Destefano-Raston, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01299 (TVT-O);

13. *Carol Jean Dimock v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00401 (Prolift & TVT-O);

14. *Karen Forester, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00486 (TVT-O);

15. *Betty Funderburke v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00957 (Prolift & TVT);

16. *Teresa Georgilakis, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00829 (TVT-O);

17. *Pamela Gray-Wheeler v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00455 (Prolift & TVT-Secur);

18. *Susan Guinn v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01121 (TVT-O);

19. *Rocio Herrera-Nevarez v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01294 (TVT-O);

20. *Barbara Hill, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00806 (Prolift);

21. *Joyce Justus v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00956 (Prolift);

22. *Barbara Kaiser v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00887 (Prolift);

23. *Diane Kropf, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01202 (Prolift & TVT-O);

24. *Heather Long v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-001275 (TVT);

25. *Donna Loustaunau, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00666 (Prolift);

26. *Deborah Lozano, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00347 (Prolift && TVT-O);

27. *Dee McBrayer, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00779 (Prolift Posterior);

28. *Tina Morrow, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00378 (Prolift Total & TVT-O);

29. *Cynthia Nix v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01278 (Prolift Anterior, Prolift Total & TVT-O);

30. *Mary Jane Olson, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00470 (Prolift Total & TVT-O);

31. *Noemi Padilla, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00567 (Prolift +M Posterior);

32. *Patti Ann Phelps, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01171 (TVT);

33. *Rebecca Pratt v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01273 (TVT);

34. *Maria Eugenia Quijano v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00799 (TVT);

35. *Penny Rhynehart v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01119 (Prolift Total & TVT-O);

36. *Debra Schnering, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01071 (TVT);

37. *Donna Shepherd v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00967 (TVT-Secur);

38. *Teri Key Shively v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00379 (Prolift Posterior & TVT-O);

39. *Cherise Springer, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00997 (TVT-O);

40. *Maria C. Stone, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00652 (Prolift Posterior);

41. *Charlene Logan Taylor v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00376 (Prolift Posterior & TVT-O);

42. *Kimberly Thomas v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00499 (Prosima Anterior & TVT-O);

43. *Mary Thurston, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00505 (TVT);

44. *Judy G. Williams v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00657 (Prolift Posterior & TVT-O);

45. *Nancy Williams v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00511 (Prolift Total & TVT-O);

46. *Blynn Wilson v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00921 (Prolift Total);

47. *Christine Wiltgen, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01216 (TVT); and

48. *Sandra Wolfe v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00335 (Prolift Total & TVT-O).

* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Elliott as general causation expert in MDL Wave 1.

Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 9 of 603

# EXHIBIT A

# Curriculum Vitae and Bibliography
# Daniel S Elliott, MD

## Present Academic Rank and Position

| | |
|---|---|
| **Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2003 - Present |
| **Associate Professor of Urology** - Mayo Clinic College of Medicine | 01/2013 - Present |

## Education

| | |
|---|---|
| Biola University - BS, Biological Science | 1988 |
| School of Medicine, Loma Linda University - MD | 1993 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Internship, General Surgery | 1993 - 1994 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Resident, Urologic Surgery | 1994 - 1999 |
| Baylor College of Medicine - Fellow, Neurourology, Urodynamics and Voiding Dysfunction | 1999 - 2000 |

## Certification

### Board Certifications

#### American Board of Urology

| | |
|---|---|
| Urology | 2002 - 2012 |
| Urology/Female Pelvic Medicine and Reconstructive Surgery | 2013 - Present |

## Honors and Awards

| | |
|---|---|
| **AUA Resident Award** - John D. Silbar North Central Section | 10/1998 |
| **Urology Grant Recipient** - Pfizer Scholars | 01/1999 |
| **DeWeerd Travel Award Recipient** - Awarding Organization | 06/1999 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, Washington, District of Columbia | 05/2011 |
| **Best Reviewer in 2011 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2012 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, San Diego, California | 05/2013 |
| **Best Reviewer in 2012 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2013 |
| **Kelalis Resident Essay Competition** - Minnesota Urological Society, Lakeland, Minnesota | 02/2015 |
| **The North Central Traveling Fellowship Award** - North Central Section American Urological Association | 11/2015 |

## Previous Professional Positions and Major Appointments

| | |
|---|---|
| **Senior Associate Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2000 - 06/2003 |
| **Assistant Professor of Urology** - Mayo Clinic College of Medicine | 04/2002 - 12/2012 |

## Professional and Community Memberships, Societies, and Services

Daniel S Elliott, MD

**Professional Memberships and Services**

| | |
|---|---|
| American Association of Clinical Urologists | |
| Member | 1998 - 2005 |
| American Medical Association | |
| Member | 1991 - 2001 |
| American Urological Association | |
| Member | 2000 - Present |
| European Association of Urology | |
| International Member | 03/2013 - Present |
| Section of Female and Functional Urology | |
| International Member | 04/2013 - Present |
| Section of Genitourinary Reconstructive Surgeons | |
| International Member | 03/2013 - Present |
| Committee Member | 04/2014 - Present |
| International Continence Society | |
| Member | 2001 - Present |
| International Pelvic Pain Society | |
| Member | 05/2014 - Present |
| International Urogynecologic Association | |
| Member | 05/2013 - Present |
| International Urogynecologic Society | |
| Member | 2003 - Present |
| Minimally Invasive Robotic Association | |
| Member | 2005 - Present |
| Minnesota Medical Association | |
| Member | 2002 - Present |
| Zumbro Valley Medical Society | |
| Member | 2002 - Present |
| Minnesota Urological Society | |
| Member | 2006 - Present |
| Olmsted County Medical Association | |
| Member | 2002 - Present |
| Society for Urodynamics & Female Urology | |
| Member | 2002 - Present |
| Education Committee | |
| Committee Member | 08/2014 - Present |
| Society of Laparoendoscopic Surgeons | |
| Member | 2005 - Present |
| Society of Urologic Prosthetic Surgeons | |
| Member | 2005 - Present |

# Journal Responsibilities

## Journal Editorial Responsibilities

Journal of Gynecology and Obstetrics
Editorial Board Member

Case 3:20-cv-00851-MO  Document 83-1  Filed 05/26/20  Page 12 of 603
Case 2:12-md-02327  Document 2427-1  Filed 04/21/16  Page 4 of 28  PageID# 47497
Daniel S Elliott, MD
Page 3 of 27

Journal of Robotic Surgery
Consulting Editor

**Journal Other Responsibilities**

Archives of Gynecology and Obstetrics
Reviewer

Canadian Urological Association Journal
Reviewer

Cleveland Clinic Journal of Medicine
Reviewer

Contemporary Clinical Trials
Reviewer

European Journal of Obstetrics & Gynecology and Reproductive Biology
Reviewer

European Urology
Reviewer

International Urogynecology Journal
Reviewer

Journal of Endourology
Reviewer

Journal of Investigative Urology
Reviewer

Mayo Clinic Health Letter
Reviewer

Mayo Clinic Proceedings
Reviewer

Nature Clinical Practice Urology
Reviewer

Neurourology and Urodynamics
Reviewer

Obstetrics & Gynecology International Journal
Reviewer

The Journal of Urology
Reviewer

Urologia Internationalis
Reviewer

## Educational Activities

### Teaching Intramural

Prostate Pathology                                                    03/2005
Mayo Medical School
Rochester, Minnesota

## Institutional/Departmental Administrative Responsibilities, Committee Memberships, and Other Activities

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 13 of 603
Case 2:12-md-02327   Document   Filed 04/29/16   Page 5 of 29   PageID#: 47498
Daniel S Elliott, MD
Page 4 of 27

**Mayo Clinic**

Mayo Clinic Formulary Committee
    Committee Member                                      2000 - 2003

**Mayo Clinic in Rochester**

Department of Urology
    Clinical Competency Committee
        Chair                                              01/01/2015 - Present
        Committee Member                    10/15/2013 - Present
    Clinical Practice Committee
        Committee Member                    2000 - 2004
    Education Committee
        Committee Member                    02/11/2003 -
                                                  11/11/2008
        Committee Member                    10/15/2013 - Present

# Presentations Extramural

### National or International

### Invited

Robotic Urogynecologic Surgery                           03/2008
3rd Annual World Robotic Urology Symposium
Orlando, Florida

Robotic Sacrocolpopexy                                   01/2009
2009 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Current Status Robotic GYN Surgery                     01/2010
2010 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Robotic Sacrocolpopexy                                   09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Female Urology                                          09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Optimizing Quality of Life With Regard to Urologic Function After Sacrectomy     01/2013
The 4th Annual Sacral Tumor Study Group Conference, Massachusetts General Hospital
Boston, Massachusetts

A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients With and Without Diabetes     02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Case 3:20-cv-90851-MO   Document 83-1   Filed 05/26/20   Page 14 of 603
Case 2:12-md-02327   Document 83-1   Daniel S Elliott, MD   Filed 04/21/16   Page 6 of 28   PageID #: 347499
Page 5 of 27

Scottsdale, Arizona

| | |
|---|---|
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival | 02/2015 |

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Outcomes for Artificial Urinary Sphincter Placement After Prior Male Urethral Sling Failure     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

The Effect of BMI on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Treatment of Bladder and Urethral Mesh Erosion: Remove and Reconstruct     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Urethral Management During Artificial Urinary Sphincter Explantation for Erosion     02/2015

Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Scottsdale, Arizona

Male Urinary Incontinence Management     05/2015

Association Fran&#231;aise d&#8217;Urologie (AFU) / American Urological Association (AUA)

New Orleans, Louisiana

Case 3:20-cv-00851-MO    Document 83-1    Filed 05/26/20    Page 15 of 603
Case 2:12-md-02327    Document 2022-1    Filed 04/21/16    Page 7 of 28 PageID 47500
Daniel S Elliott, MD                                                                 Page 6 of 27

| | |
|---|---|
| Negative Impact of Prior Sling on AUS Device Survival<br>North Central Section of the American Urological Association (AUA)<br>United States of America | 11/2015 |

**Oral**

| | |
|---|---|
| Long Term Follow-Up of Endoscopically Treated Upper Tract Transitional Cell Carcinoma<br>American Urological Association Annual Meeting<br>Las Vegas, Nevada | 04/1995 |
| Long Term Analysis of 323 AMS 800 Artificial Urinary Sphincters<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Transabdominal Enzymatic Ablation of the Prostate in the Canine Model: Evaluation for Use for the Treatment of Outflow Obstruction Due to Benign Prostatic Hyperplasia<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Analysis of Functional Durability of AMS 800 Artificial Urinary Sphincter: The Mayo Clinic Results<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Long Term Follow-Up Primary Realignment of Urethral Disruption Following Pelvic Fracture<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Does Reoperation on an Artificial Urinary Sphincter Increase the Likelihood for Further Reoperations for Mechanical or Nonmechanical Failure?<br>American Urological Association Annual Meeting<br>San Diego, California | 06/1998 |
| Is Nephroureterectomy Necessary in All Cases of Upper Tract Transitional Cell Carcinoma? Long Term Results of Conservative Endourology Management of Upper Tract Transitional Cell Carcinoma in Individuals with Normal Contralateral Kidneys<br>American Urological Association Annual Meeting<br>Dallas, Texas | 05/1999 |
| Durability of Cadaveric Pubovaginal Sling<br>American Urological Association Annual Meeting<br>Anaheim, California | 06/2001 |
| Does the Addition of Antibiotic Prophylaxis to CIC Alter the Incidence of UTI?<br>American Urological Association Annual Meeting | 06/2002 |

Orlando, Florida

| | |
|---|---|
| Surgical Approach for Placement of SPARC Suburethral Sling<br>North Central Section, American Urological Association<br>Chicago, Illinois | 10/2002 |
| SPARC suburethral sling: technique and results (Video Presentation)<br>Western Section, American Urological Association<br>Kauai, Hawaii | 11/2002 |
| Robotic laparoscopic sacrocolpopexy: new surgical technique for the treatment of vaginal vault prolapse (Video Presentation)<br>American Urological Association<br>Chicago, Illinois | 04/2003 |
| Colloquium-ICS/IUGA 2004<br>Paris, France | 08/2004 |
| Robotic-Assisted Laparoscopic Management of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>Innsbruck, Austria | 12/2005 |
| Advancement in Salvage Procedure Following Failed Artificial Urinary Sphincter: Tandem Transcorporal Artificial Urinary Sphincter Cuff Technique (Video Presentation)<br>American Urological Association<br>Atlanta, Georgia | 05/2006 |
| Tandem Transcorporal Artificial Urinary Sphincter Cuff Salvage Technique Following Previous Cuff Erosion and Infection: Surgical Description and Outcome<br>Western Section, American Urological Association<br>Maui, Hawaii | 10/2006 |
| Assessment of Durability of Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>New York, New York | 01/2007 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| Treatment Options for the Failed Sling<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| American Urological Association Annual Meeting | 05/2007 |

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 17 of 603
Case 2:12-md-02327   Document 3327-1   Filed 04/21/16   Page 9 of 29   PageID#: 117502
Daniel S Elliott, MD
Page 8 of 27

Anaheim, California

| | |
|---|---|
| Robotics use in Gynecology: the Mayo Clinic experience<br>Robotic Surgery: Facts or Fiction?<br>Milano, Italy | 06/2007 |
| Indication and Management of Artificial Urinary Sphincter<br>7th Osijek Urological Days<br>Osijek, Croatia | 10/2007 |
| Robotics Use in Gyenocology<br>7th Osijek Urological Days<br>Osijek, Croatia | 10/2007 |
| Robotic Urogynecologic Surgery<br>3rd Annual World Robotic Urlogy Symposium<br>Orlando, Florida | 03/2008 |
| Latest Advances and Treatment of Complications in Minimally Invasive Treatments for Stress Incontinence<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2008 |
| Severe, recurrent bladder neck contracture after prostatectomy: Salvage with urethral wall stent(Video and Poster Presentation)<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2008 |
| Surgical Advances of Stress Urinary Incontinence<br>Indian American Urological Association (IAUA)<br>Orlando, Florida | 05/2008 |
| Robotic Sacrocolpopexy<br>International Robotic Urology Symposium, Henry Ford Health System<br>Las Vegas, Nevada | 01/2009 |
| Management of Complications Following Anti-Incontinence Procedures<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |
| Overactive Bladder: Current Concepts of Management<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |

Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 18 of 603
Case 2:12-md-02327 Document 3241-1 Filed 04/21/16 Page 10 of 29 PageID #: 117503
Page 9 of 27

Daniel S Elliott, MD

|  | 04/2009 |
| --- | --- |

American Urological Association (AUA)
Chicago, Illinois

Robotic repair for vaginal prolapse has significant benefits      11/2009
North Central Section of the AUA - 83rd Annual Meeting
Scottsdale, Arizona

Current Status Robotic GYN Surgery      01/2010
International Robotic Urology Symposium, Henry Ford Health System
Las Vegas, Nevada

Robotics for Female Pelvic Reconstruction: Who, When and What?      05/2010
American Urological Association (AUA)
San Francisco, California

Results of Urethral Wrap As Salvage Treatment Option Following Multiple Failed      09/2010
Artificial Urinary Sphincters
North Central Section of the AUA
Chicago, Illinois

Small intestinal submucosa urethral wrap as a salvage treatment option following      05/2011
multiple failed artificial urinary sphincters
Audio-Visual
American Urological Association (AUA)
Washington, District of Columbia

Long-Term Results of Small Intestinal Submucosa at Artificial Urinary Sphincter      10/2011
Placement for Management of Persistent / Recurrent Incontinence Following
Multiple Sphincter Failures and Erosions
North Central Section of the AUA
Rancho Mirage, California

OAB Current Concepts and Management      02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Transvaginal Mesh Kits Complications and Alternatives      02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Treatment and Evaluation of the Complicated Artificial Urinary Sphincter Patient      02/2012
Mayo Clinic Reviews in Urology
Kohala Coast, Hawaii

Vaginal Mesh for POP: what's the data show?      05/2012
American Urological Association (AUA)
Atlanta, Georgia

Case 3:20-cv-00851-MO   Document 23-1   Filed 05/26/21   Page 19 of 603
Case 2:12-md-02327   Document 3011-1   Filed 04/21/16   Page 11 of 28   Page ID# 47504
Daniel S Elliott, MD                                                            Page 10 of 27

| | |
|---|---|
| How do different centres perform Robot-assisted-Sacrocolpopexy?<br>4th Annual Society of European Robotic Gynecological Surgery (SERGS)<br>Marseille, France | 06/2012 |
| Comparative Surgical Complications of the Robotic Sacrocolpopexy for Pelvic Organ Prolapse vs. Traditional Transabdominal Sacrocolpopexy<br>European Robotic Urology Symposium (ERUS)<br>London, United Kingdom | 09/2012 |
| Infection of Antibiotic-Coated Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois | 10/2012 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical Prostatectomy (Video Presentation)<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| The Impact of Prior Radiotherapy on Outcomes Following Surgical Repair of a Rectourethral Fistula in Men with Prostate Cancer<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Long Term Risk for Repeat Anti-Incontinence Surgery following Urethrolysis: A Review of 100 Patients<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |

Case 2:12-md-02327 Document 3311-1 Filed 04/21/16 Page 12 of 28 PageID #: 117505
Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/22 Page 20 of 603
Daniel S Elliott, MD
Page 11 of 27

| | |
|---|---|
| Long-Term Outcomes of Patients Undergoing the Standard Versus Modified (5 Points of Fixation, 1 Point of Plication) Technique for Virtue Male Sling Placement (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical Prostatectomy (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| The Impact of InhibiZone on Artificial Urinary Sphincter Infection Rate<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>3rd International Meeting &quot;Challenges in Endourology & Functional Urology&quot;<br>Paris, France | 06/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Device Explantation for Erosion and/or Infection<br>South Central Section of the AUA<br>Chicago, Illinois | 09/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long Term Risk for Need to Repeat Anti-Incontinence Surgery Following Urethrolysis: A Review of 144 Patients<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |
| Long-term impact of artificial urinary sphincter reimplantation following prior device explantation for erosion and/or infection<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation after Explanation for Erosion or Infection<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |

| | |
|---|---|
| Simultaneous Cuff-Only Artificial Urinary Sphincter at Augmentation Cystoplasty in Children and Young Adults | 10/2013 |
| North Central Section of the AUA | |
| Naples, Florida | |
| | |
| Long-Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection | 02/2014 |
| Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction | |
| Miami, Florida | |
| | |
| Risk Factors for Intraoperative Conversion During Robotic Sacrocolpopexy | 02/2014 |
| Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction | |
| Miami, Florida | |
| | |
| Results of artificial urinary sphincter reimplantation following previous erosion and/or infection | 04/2014 |
| 29th Annual Congress of the European Association of Urology | |
| Stockholm, Sweden | |
| | |
| Autologous Transobturator Mid-Urethral Sling Placement: A Novel Outpatient Procedure for Female Stress Urinary Incontinence (Video Presentation) | 05/2014 |
| American Urological Association (AUA) | |
| Orlando, Florida | |
| | |
| Surgical Management of Female Benign Urethral Stricture Disease: A Ten Year Experience | 05/2014 |
| American Urological Association (AUA) | |
| Orlando, Florida | |
| | |
| Autologous Transobturator Mid-Urethral Sling Placement for Female Stress Urinary Incontinence (Video Presentation) | 09/2014 |
| North Central Section of the American Urological Association (AUA) | |
| Chicago, Illinois | |
| | |
| Urethral Management at the Time of Artificial Urinary Sphincter Erosion, Is Urethral Catheterization Alone Enough? | 09/2014 |
| North Central Section of the American Urological Association (AUA) | |
| Chicago, Illinois | |
| | |
| Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up | 05/2015 |
| American Urological Association (AUA) | |
| New Orleans, Louisiana | |
| | |
| A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients with and Without Diabetes | 11/2015 |
| North Central Section of the American Urological Association (AUA) | |
| Amelia Island, Florida | |

Case 2:12-md-02327 Document 23-1 Filed 04/21/16 Page 14 of 28 PageID 6603
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 22 of 603
Daniel S Elliott, MD
Page 13 of 27

| | |
|---|---|
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Infection/Erosion Rates for Artificial Urinary Sphincter Revision After Mechanical Device Failure or Urethral Atrophy<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Long Term Continence Outcomes and Retreatment Rates Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| The Prospective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |

**Poster**

| | |
|---|---|
| Robot-Assisted Laparoscopic Sacrocolpopexy for Treatment of High Grade Vaginal Vault Prolapse: Surgical Technique and Initial Experience<br>29th Congress of the Societe Internationale d'Urologie<br>Paris, France | 09/2007 |
| Robot Sacrocolpopexy: A Review of the Learning Curve in Fifty Casesl<br>4th World Congress on Controversies in Urology (CURy)<br>Paris, France | 01/2011 |
| Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula.<br>67th Annual Meeting of the Canadian Urological Association<br>Alberta, Canada | 06/2012 |
| Outcomes and Predictors of Reoperation After Sling Release Surgery<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |
| Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |

Case 2:12-md-02327 Document 231-1 Filed 04/21/16 Page 15 of 28 PageID #: 7508
Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/20 Page 23 of 603
Daniel S Elliott, MD
Page 14 of 27

| | |
|---|---|
| Factors Associated with Intraoperative Conversion During Robotic Sacrocolpopexy<br>North Central Section of the American Urological Association (AUA)<br>Chicago, Illinois | 09/2014 |
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter<br>Placement and Their Impact on Device Survival<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Artificial Urinary Sphincter Outcomes in Octogenarians<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial<br>Urinary Sphincters<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| Perioperative Impact of Androgen Deprivation Therapy on Artificial Urinary<br>Sphincter Placement<br>Western Section of the AUA<br>Indian Wells, California | 10/2015 |
| The Protective Impact of Body Mass Index on Primary Artificial Urinary Sphincter<br>Outcomes Among Males with Stress Urinary Incontinence<br>South Central Section of the American Urological Association (AUA)<br>Scottsdale, Arizona | 10/2015 |

**Regional**

**Invited**

| | |
|---|---|
| Rectocele<br>Office of Women's Health brown bag<br>Rochester, Minnesota | 10/2004 |
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>HealthLine - KROC Radio<br>Rochester, Minnesota | 08/2007 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 10/2008 |
| A Practical Approach to Treating Incontinence<br>Clinical Reviews, Rochester Civic Center<br>Rochester, Minnesota | 11/2008 |

Case 2:12-md-02327 Document 2311-1 Filed 05/26/16 Page 16 of 28 PageID #: 75709
Case 3:20-cv-00851-MO Document 83-1 Filed 04/21/16 Page 24 of 603
Daniel S Elliott, MD                                                    Page 15 of 27

| | |
|---|---|
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2010 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2011 |
| Incontinence: Causes and Treatments<br>Prostate Cancer Support Group<br>Rochester, Minnesota | 02/2013 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 05/2014 |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>Minnesota Urological Society (MUS) Spring Seminar<br>Minneapolis, Minnesota | 03/2015 |
| Management of Concomitant SUI and Stricture Disease<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Managing the Mesh Mess - Diagnosing and Managing Mesh Complications and Non-Mesh Alternatives<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Surgical Tips to Optimize Outcomes of AUS Placement<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Incontinence<br>Radio Broadcast, Hosted by Tracy McCray<br>Mayo Clinic Radio<br>Rochester, Minnesota | 12/2015 |

**Oral**

| | |
|---|---|
| Paratesticular Angiomyofibroblastoma<br>North Central Section, American Urological Association<br>Minneapolis, Minnesota | 09/1995 |
| Does the Degree of Preoperative Elevation PSA Exclude a Patient for | 10/1996 |

Case 2:12-md-02327 Document 231-1 Filed 04/21/16 Page 17 of 29 PageID 4510
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 25 of 603
Daniel S Elliott, MD                                                    Page 16 of 27

Consideration for Radical Retropubic Prostatectomy?
North Central Section, American Urological Association
Tucson, Arizona

Does Reoperation of an Artificial Sphincter Place the Patient at an Increased Risk          10/1998
for Subsequent Reoperation
North Central Section, American Urological Association
Amelia Island, Florida

Combined Stent and Artificial Urinary Sphincter for Management of Severe                    10/2000
Recurrent Bladder Neck Contractures and Stress Incontinence after Prostatectomy:
A Long-Term Evaluation.
North Central Section, American Urological Association
Phoenix, Arizona

Does Nocturnal Deactivation of the Artificial Urinary Sphincter Lessen the Risk for         10/2000
Urethral Atrophy?
North Central Section, American Urological Association
Phoenix, Arizona

Is Fascia Lata Allograft Material Trustworthy for Pubovaginal Sling Repair                  10/2000
North Central Section, American Urological Association
Phoenix, Arizona

Robotics Surgery for Vaginal Prolapse                                                       06/2007
Controversies in Women's Health Symposium 2007
Nisswa, Minnesota

**Unclassified**

Artificial Urinay Sphincter Mechanical Failures: Is It Better To Replace The Entire         02/2016
Device Or Just The Malfunctioning Component?
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Effects Of Smoking Status On Device Survical Among Individuals Undergoing                    02/2016
Artificial Urinary Sphincter Placement
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis            02/2016
Of 1082 Cases At Mayo Clinic
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Long-Term Subjective And Functional Outomes Of Primary And Secondary                        02/2016
Artificial Urinary Sphincter Implantations Among Men With Stress Urinary
Incontinence
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Case 3:20-cv-00851-MO  Document 23-1  Filed 05/26/20  Page 26 of 603
Case 2:12-md-02327  Document 3983-1  Filed 04/21/16  Page 18 of 28  PageID# 147511
Daniel S Elliott, MD                                                              Page 17 of 27

Predictors Of Poor Patient Satisfaction Following Primary AUS Placement Among   02/2016
Men With And Without A Prior History Of Radiation
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Temporal Pattern Of Artificial Urinary Sphincter (AUS) Cuff Erosions Indicating   02/2016
Differing Etiologies Of AUS Cuff Erosions
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

# Visiting Professorship

### Visiting Professorships

Minnesota Urological Society Pyelogram Conference                                  11/07/2014
The Artificial Urinary Sphincter: Proper Patient Selection, Implantation and
Troubleshooting
Lakeland, Minnesota, United States of America

University of California Irvine                                                    03/16/2015
AUS: Patient Selection and Complications Management
Irvine, California, United States of America

# Research Grants Awarded

## Completed Grants

### Federal

| Co-Investigator | Selenium and Vitamin E Cancer Prevention Trial (SELECT). Funded by National Cancer Institute. (U10 CA 37429-SELECT) | 01/2010 - 12/2010 |
|---|---|---|

### Industry

| Principal Investigator | Are There Histological and Tensile Strength Variations in Autologous, Allograft and SIS Pubovaginal Slings Over Time Using the Rabbit Model. Funded by Mentor Corporation. (MENTOR #5, 1A4575) | 10/2002 - 09/2003 |
|---|---|---|
| Co-Investigator | Single Looped Mechanical Urinary Sphincter: Determination of Required Urethral Constriction Forces to Provide Adequate Urinary Continence in the Canine Model. Funded by Dacomed, Inc.. (Dacomed #1) | 10/1995 - 12/1995 |
| Co-Investigator | Clinical Investigation of the Safety and Performance of Timm Medical Technologies' Artificial Urinary Sphincter (TIMM-AUS). Funded by Timm Medical Technologies. (Timm # 1) | 06/1999 - 02/2005 |
| Co-Investigator | A Randomized, Double-Blind, Parallel-Group Study to Investigate the Effects of a Single Oral Dose of L-753099 Compared to Placebo and Tolerodine on Urodynamic Parameters in Healthy Male Volunteers. Funded by Merck & Co., Inc.. (Merck 138) | 07/1999 - 12/2003 |
| Co-Investigator | The Safety, Local Tolerability, Pharmacokinetics, and Risk Benefit of Oxybutynin Transvaginal Rings (TVR) in Women with a History of Overactive Bladder. Funded by Advanced Biologics. (BIOLOGICS #1) | 01/2001 - 12/2003 |

| Co-Investigator | An Eight-Week, Double-Blind, Randomized, Parallel Group Design, Multicenter Study of FLOMAX Capsules, 0.4 mg Daily Vs. Placebo, in Female Patients w/ Lower Urinary Tract Symptoms (LUTS) w/ a Significant Component of Voiding Symptoms. Funded by Boehringer Ingelheim. (BOEHRINGER #34) | 06/2001 - 07/2003 |
| Co-Investigator | Veritas Collagen Matrix Urological Sling Postmarketing Clinical Study Protocol. Funded by Bio-Vascular, Inc.. (BIOVASCULAR #1) | 10/2001 - 09/2003 |

**Mayo Clinic**

| Principal Investigator | Transurethral Enzymatic Ablation of the Prostate (TEAP); Short-term Concentration Study. Funded by Department Discretionary Funds. (Immuno 2) | 09/1995 - 12/2003 |

Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/20 Page 28 of 603
Case 2:12-md-02327 Document 231-1 Filed 04/21/16 Page 20 of 28 PageID #: 47513
Daniel S Elliott, MD                                                                    Page 19 of 27

# Bibliography

**Peer-reviewed Articles**

1. Gleason PE, **Elliott DS**, Zimmerman D, Smithson WA, Kramer SA. Metastatic testicular choriocarcinoma and secondary hyperthyroidism: case report and review of the literature. J Urol. 1994 Apr; 151(4):1063-4. PMID:8126794

2. **Elliott DS**, Blute ML, Patterson DE, Bergstralh EJ, Segura JW. Long-term follow-up of endoscopically treated upper urinary tract transitional cell carcinoma. Urology. 1996 Jun; 47(6):819-25. PMID:8677570 DOI:10.1016/S0090-4295(96)00043-X

3. **Elliott DS**, Barrett DM. Long-term followup and evaluation of primary realignment of posterior urethral disruptions. J Urol. 1997 Mar; 157(3):814-6. PMID:9072573

4. **Elliott DS**, Barrett DM. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9(6):409-15. PMID:9891964

5. **Elliott DS**, Barrett DM. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159(4):1206-8. PMID:9507835

6. Brown JA, **Elliott DS**, Barrett DM. Postprostatectomy urinary incontinence: a comparison of the cost of conservative versus surgical management. Urology. 1998 May; 51(5):715-20. PMID:9610584

7. **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. Digital Urology Journal. 1998 Jul.

8. **Elliott DS**, Timm GW, Barrett DM. An implantable mechanical urinary sphincter: a new nonhydraulic design concept. Urology. 1998 Dec; 52(6):1151-4. PMID:9836575

9. **Elliott DS**, Boone TB. Urethral devices for managing stress urinary incontinence. Journal of Endourology. 2000 Feb; 14(1):79-83. PMID:10735576

10. **Elliott DS**, Barrett DM. Artificial urinary sphincter implantation using a bulbous urethral cuff: perioperative care. Urol Nurs. 2000 Apr; 20(2):89-90, 95-8. PMID:11998129

11. Frank I, **Elliott DS**, Barrett DM. Success of de novo reimplantation of the artificial genitourinary sphincter. J Urol. 2000 Jun; 163(6):1702-3. PMID:10799164

12. Petrou SP, **Elliott DS**, Barrett DM. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56(3):353-9. PMID:10962293

13. **Elliott DS**, Boone TB. Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology. 2000 Nov 1; 56(5):772-6. PMID:11068297

14. **Elliott DS**, Boone TB. Recent advances in the management of the neurogenic bladder. Urology. 2000 Dec 4; 56(6 Suppl 1):76-81. PMID:11114567

15. **Elliott DS**, Boone TB. Combined stent and artificial urinary sphincter for management of severe recurrent bladder neck contracture and stress incontinence after prostatectomy: a long-term evaluation. J Urol. 2001 Feb; 165(2):413-5. PMID:11176385  DOI:10.1097/00005392-200102000-00014

16. **Elliott DS**, Mutchnik S, Boone TB. The "bends" and neurogenic bladder dysfunction. Urology. 2001 Feb; 57(2):365. PMID:11182361

17. Kim IY, **Elliott DS**, Husmann DA, Boone TB. An unusual presenting symptom of sarcoidosis: neurogenic

Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/21 Page 29 of 603
Case 2:15-md-02327 Document 2031-1 Filed 04/21/16 Page 21 of 28 PageID# 47514
Daniel S Elliott, MD
Page 20 of 27

bladder dysfunction. J Urol. 2001 Mar; 165(3):903-4. PMID:11176503

18. Petrou SP, **Elliott DS**. Artificial urethral sphincter for incontinence in adults. Drugs Today (Barc) 2001 Apr; 37(4):237-244. PMID:12768224

19. **Elliott DS**, Barrett DM, Gohma M, Boone TB. Does nocturnal deactivation of the artificial urinary sphincter lessen the risk of urethral atrophy? Urology. 2001 Jun; 57(6):1051-4. PMID:11377302

20. **Elliott DS**, Segura JW, Lightner D, Patterson DE, Blute ML. Is nephroureterectomy necessary in all cases of upper tract transitional cell carcinoma? Long-term results of conservative endourologic management of upper tract transitional cell carcinoma in individuals with a normal contralateral kidney. Urology. 2001 Aug; 58(2):174-8. PMID:11489692

21. Lightner DJ, **Elliott D**, Gillett M. Surgeon's corner. Transvaginal culdoplasty for posthysterectomy vaginal vault prolapse. Contemp Urol. 2003 Sep; 15(9):15-22. PMID:0

22. DiMarco DS, **Elliott DS**. Tandem cuff artificial urinary sphincter as a salvage procedure following failed primary sphincter placement for the treatment of post-prostatectomy incontinence. J Urol. 2003 Oct; 170(4 Part 1):1252-4. PMID:14501735

23. **Elliott DS**, Barrett DM. Current indications for the use of the artificial genitourinary sphincter and management of its complications. The Scientific World Journal. 2004; 4(S1):114-27.

24. Di Marco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. Urology. 2004 Feb; 63(2):373-6. PMID:14972496  DOI:10.1016/j.urology.2003.09.033

25. Dora CD, Dimarco DS, Zobitz ME, **Elliott DS**. Time dependent variations in biomechanical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and autologous fascia in the rabbit model: implications for sling surgery. J Urol. 2004 May; 171(5):1970-3. PMID:15076323 DOI:10.1097/01.ju.0000121377.61788.ad

26. **Elliott DS**, Frank I, DiMarco DS, Chow GK. Gynecologic use of robotically assisted laparoscopy: sacrocolpopexy for the treatment of high-grade vaginal vault prolapse. Am J Surg. 2004 Oct; 188(4A Suppl S):52S-56S. PMID:15476652

27. Krambeck AE, Dora CD, Sebo TJ, Rohlinger AL, DiMarco DS, **Elliott DS**. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May; 67(5):1105-10. PMID:16698388  PMCID:0  DOI:10.1016/j.urology.2005.11.036

28. **Elliott DS**, Chow GK, Gettman M. Current status of robotics in female urology and gynecology. World J Urol. 2006 Jun; 24(2):188-92. Epub 2006 Mar 24. PMID:16557388  PMCID:0  DOI:10.1007/s00345-006-0071-5

29. Petrou SP, Thiel DD, Elliot DS, Broderick GA, Wehle MJ, Young PR. Does indigo carmine prevent early artificial urinary sphincter cuff erosion? Can J Urol. 2006 Aug; 13(4):3195-8. PMID:16952328

30. **Elliott DS**, Krambeck AE, Chow GK. Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse. J Urol. 2006 Aug; 176(2):655-9. PMID:0

31. Routh JC, Crimmins CR, Leibovich BC, **Elliott DS**. Impact of Parkinson's disease on continence after radical prostatectomy. Urology. 2006 Sep; 68(3):575-7. Epub 2006 Sep 18. PMID:16979722 DOI:10.1016/j.urology.2006.03.025

32. **Elliott DS**, Siddiqui SA, Chow GK. Assessment of the durability of robot-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. J Robot Surg. 2007; 1(2):163-8. Epub 2007 Jun 19. PMID:25484955  PMCID:4247457  DOI:10.1007/s11701-007-0028-8

Case 2:22-cv-00852-MO  Document 1-1  Filed 05/26/22  Page 30 of 603
Case 3:20-cv-00851-MO  Document 23-1  Filed 04/21/16  Page 22 of 29
Daniel S Elliott, MD  Page 21 of 27

33.  **Elliott DS**, Chow GK. [Management of vaginal vault prolapse repair with robotically-assisted laparoscopic sacrocolpopexy]. Ann Urol (Paris). 2007 Feb; 41(1):31-6. PMID:17338498

34.  Magera JS Jr, **Elliott DS**. Tandem transcorporal artificial urinary sphincter cuff salvage technique: surgical description and results. J Urol. 2007 Mar; 177(3):1015-9; discussion 1019-20. PMID:17296400 DOI:10.1016/j.juro.2006.10.052

35.  Krambeck AE, Thompson RH, Lohse CM, Patterson DE, Segura JW, Zincke H, **Elliott DS**, Blute ML. Endoscopic management of upper tract urothelial carcinoma in patients with a history of bladder urothelial carcinoma. J Urol. 2007 May; 177(5):1721-6. PMID:17437796

36.  Krambeck AE, Thompson RH, Lohse CM, Patterson DE, **Elliott DS**, Blute ML. Imperative indications for conservative management of upper tract transitional cell carcinoma. J Urol. 2007 Sep; 178(3 Pt 1):792-6; discussion 796-7 Epub 2007 Jul 16. PMID:17632132  DOI:10.1016/j.juro.2007.05.056

37.  Magera JS Jr, Inman BA, **Elliott DS**. Does preoperative topical antimicrobial scrub reduce positive surgical site culture rates in men undergoing artificial urinary sphincter placement? J Urol. 2007 Oct; 178(4 Pt 1):1328-32; discussion 1332. Epub 2007 Aug 14. PMID:17698144  DOI:10.1016/j.juro.2007.05.146

38.  **Elliott DS**, Frank I, Chow GK. Robotics and laparoscopy for vaginal prolapse and incontinence. Current Bladder Dysfunction Reports. 2007 Dec; 2(4):214-8.

39.  Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Endoscopic management of upper tract transitional cell carcinoma in patients with normal contralateral kidneys. Urology. 2008 Apr; 71(4):713-7. Epub 2008 Feb 11. PMID:18267338  DOI:10.1016/j.urology.2007.11.018

40.  Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Elective endoscopic management of transitional cell carcinoma first diagnosed in the upper urinary tract. BJU Int. 2008 Nov; 102(9):1107-10. Epub 2008 Jun 03. PMID:18522631  DOI:10.1111/j.1464-410X.2008.07766.x

41.  Magera JS Jr, **Elliott DS**. Artificial urinary sphincter infection: causative organisms in a contemporary series. J Urol. 2008 Dec; 180(6):2475-8. Epub 2008 Oct 19. PMID:18930496  DOI:10.1016/j.juro.2008.08.021

42.  Magera JS Jr, Inman BA, **Elliott DS**. Outcome analysis of urethral wall stent insertion with artificial urinary sphincter placement for severe recurrent bladder neck contracture following radical prostatectomy. J Urol. 2009 Mar; 181(3):1236-41. Epub 2009 Jan 18. PMID:19152938  DOI:10.1016/j.juro.2008.11.011

43.  Tollefson MK, **Elliott DS**, Zincke H, Frank I. Long-term outcome of ureterosigmoidostomy: an analysis of patients with >10 years of follow-up. BJU Int. 2010 Mar; 105(6):860-3. Epub 2009 Aug 13. PMID:19681892 DOI:10.1111/j.1464-410X.2009.08811.x

44.  Shimko MS, Umbreit EC, Chow GK, **Elliott DS**. Long-term outcomes of robotic-assisted laparoscopic sacrocolpopexy with a minimum of three years follow-up. Journal of Robotic Surgery. 2011; 5(3):175-80.

45.  Trost L, **Elliott DS**. Male stress urinary incontinence: a review of surgical treatment options and outcomes. Adv Urol. 2012; 2012:287489. Epub 2012 May 8. PMID:22649446  PMCID:3356867  DOI:10.1155/2012/287489

46.  Trost L, **Elliott D**. Small intestinal submucosa urethral wrap at the time of artificial urinary sphincter placement as a salvage treatment option for patients with persistent/recurrent incontinence following multiple prior sphincter failures and erosions. Urology. 2012 Apr; 79(4):933-8. Epub 2011 Nov 25. PMID:22119252 DOI:10.1016/j.urology.2011.09.003

47.  **Elliott DS**. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81. PMID:22617054  DOI:10.1097/MOU.0b013e3283545991

48.  Burgess KL, **Elliott DS**. Robotic/Laparoscopic prolapse repair and the role of hysteropexy: a urology

Case 3:20-cv-00851-MO   Document 23-1   Filed 05/26/23   Page 31 of 603
Case 2:12-md-02327   Document 3032-1   Filed 04/21/16   Page 23 of 28

Daniel S Elliott, MD

Page 22 of 27

perspective. Urol Clin North Am. 2012 Aug; 39(3):349-60. PMID:22877718   DOI:10.1016/j.ucl.2012.05.006

49.   Mitchell CR, Gettman M, Chow GK, **Elliott D**. Robot-assisted sacrocolpopexy: description and video. J Endourol. 2012 Dec; 26(12):1596-9. Epub 2012 Oct 09. PMID:23046290   DOI:10.1089/end.2012.0388

50.   Chau VR, Maxson PM, Joswiak ME, **Elliott DS**. Male sling procedures for stress urinary incontinence. Urol Nurs. 2013 Jan-Feb; 33(1):9-14, 37; quiz 14. PMID:23556373

51.   Linder BJ, **Elliott DS**. Robotic sacrocolpopexy: how does it compare with other prolapse repair techniques? Curr Urol Rep. 2013 Jun; 14(3):235-9. PMID:23296693   DOI:10.1007/s11934-012-0299-0

52.   de Cogain MR, **Elliott DS**. The impact of an antibiotic coating on the artificial urinary sphincter infection rate. J Urol. 2013 Jul; 190(1):113-7. Epub 2013 Jan 09. PMID:23313209   DOI:10.1016/j.juro.2013.01.015

53.   Linder BJ, Umbreit EC, Larson D, Dozois EJ, Thapa P, **Elliott DS**. Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas. J Urol. 2013 Oct; 190(4):1287-91. Epub 2013 Mar 26. PMID:23538238   DOI:10.1016/j.juro.2013.03.077

54.   Beddy D, Poskus T, Umbreit E, Larson DW, **Elliott DS**, Dozois EJ. Impact of radiotherapy on surgical repair and outcome in patients with rectourethral fistula. Colorectal Dis. 2013 Dec; 15(12):1515-20. PMID:23841640   DOI:10.1111/codi.12350

55.   Linder BJ, de Cogain M, **Elliott DS**. Long-term device outcomes of artificial urinary sphincter reimplantation following prior explantation for erosion or infection. J Urol. 2014 Mar; 191(3):734-8. Epub 2013 Sep 7 PMID:24018241   DOI:10.1016/j.juro.2013.08.089

56.   Clifton MM, Linder BJ, Lightner DJ, **Elliott DS**. Risk of repeat anti-incontinence surgery following sling release: a review of 93 cases. J Urol. 2014 Mar; 191(3):710-4. Epub 2013 Sep 20 PMID:24060639   DOI:10.1016/j.juro.2013.09.030

57.   Viers BR, **Elliott DS**, Kramer SA. Simultaneous augmentation cystoplasty and cuff only artificial urinary sphincter in children and young adults with neurogenic urinary incontinence. J Urol. 2014 Apr; 191(4):1104-8. Epub 2013 Sep 20. PMID:24060640   DOI:10.1016/j.juro.2013.09.032

58.   Linder BJ, **Elliott DS**. Autologous transobturator midurethral sling placement: a novel outpatient procedure for female stress urinary incontinence. Int Urogynecol J. 2014 Sep; 25(9):1277-8. Epub 2014 Mar 14 PMID:24627107   DOI:10.1007/s00192-014-2365-2

59.   Linder BJ, **Elliott DS**. Autologous transobturator urethral sling placement for female stress urinary incontinence. J Urol. 2015 Mar; 193(3):991-6. Epub 2014 Oct 19. PMID:25444955   DOI:10.1016/j.juro.2014.08.125

60.   Linder BJ, Chow GK, Hertzig LL, Clifton M, **Elliott DS**. Factors associated with intraoperative conversion during robotic sacrocolpopexy. Int Braz J Urol. 2015 Mar-Apr; 41(2):319-24. PMID:26005974

61.   Linder BJ, Chow GK, **Elliott DS**. Long-term quality of life outcomes and retreatment rates after robotic sacrocolpopexy. Int J Urol. 2015 Aug 24. PMID:26300382   DOI:10.1111/iju.12900

62.   Linder BJ, Rivera ME, Ziegelmann MJ, **Elliott DS**. Long-term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic. Urology 2015 Sep; 86 (3):602-7 Epub 2015 June 30 PMID:26135815   DOI:10.1016/j.urology.2015.05.029

63.   Linder BJ, Piotrowski JT, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Perioperative Complications following Artificial Urinary Sphincter Placement. J Urol. 2015 Sep; 194(3):716-20. Epub 2015 Mar 14. PMID:25776908   DOI:10.1016/j.juro.2015.02.2945

64.   Linder BJ, Viers BR, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Artificial urinary sphincter mechanical

Case 3:20-cv-00851-MO   Document 23-1   Filed 05/26/21   Page 32 of 603
Case 2:12-md-02327   Document 23-1   Filed 04/21/16   Page 24 of 28   Page ID# 47517
Daniel S Elliott, MD
Page 23 of 27

failures: Is it better to replace the entire device or just the malfunctioning component? J Urol. 2015 Oct 19.
PMID:26493494   DOI:10.1016/j.juro.2015.10.084

65.  Rivera ME, Linder BJ, Ziegelmann MJ, Viers BR, Rangel LJ, **Elliott DS**. The Impact of Prior Radiation
     Therapy on Artificial Urinary Sphincter Device Survival. J Urol. 2015 Oct 27. PMID:26518111
     DOI:10.1016/j.juro.2015.10.119

66.  Ogle CA, Linder BJ, **Elliott DS**. Holmium laser excision for urinary mesh erosion: a minimally invasive
     treatment with favorable long-term results. Int Urogynecol J. 2015 Nov; 26(11):1645-8. Epub 2015 Jun 11.
     PMID:26063548   DOI:10.1007/s00192-015-2752-3

## Non-Peer-reviewed Articles

1.  **Elliott DS**, Cone M, Boone TB.Transabdominal sacrocolpopexy for severe vaginal vault prolapse; Indications
    and results. Issues in Incontinence. 2000 Apr.

2.  **Elliott DS**, Barrett DM.Surgical management of the neurogenic bladder. American Urological Association
    Update Series. 2001 Feb.

3.  Krambeck AE, **Elliott DS**.Primary realignment of the traumatic urethral distraction. American Urological
    Association Update Series. 2005 Oct.

4.  Burgess KL, **Elliott DS**.Techniques of Abdominal Sacrocolpopexy for the Management of Apical Prolapse.
    American Urological Association Update Series. 2012; Lesson 11, Volume 31:109-116.

5.  **Elliott DS**.Botox for overactive bladder. Mayo Clinic Health Letter. 2013 July:4.

## Books

1.  **Elliott DS**, Linder Brian. Urinary Dysfunction in Prostate Cancer: "Reoperative Anti-incontinence Surgery" 1
    Edition.Springer;  (Book)

## Book Chapters

1.  Barrett DM, Abol-Enein H, Castro D, Hohenfellner M, Stohrer MW, Tanagho EA, **Elliott DS**, Chancellor MB,
    Madersbacher H, Stein R. Surgery for neuropathic bladder. in: World Health Organization: International
    Consultation on Incontinence, June 1998. (Book Chapter)

2.  **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. In: Resnick MI, Thompson IM, editors. Advanced
    Therapy of Prostate Disease. Hamilton: B. C. Decker Inc.; 2000. p. 405-9. (Book Chapter)

3.  **Elliott DS**, Barrett DM. Management of complications of therapy: artificial urinary sphincter. In: Resnick MI,
    Thompson IM. Advanced therapy of prostatic disease. London: B.C. Decker Incorp; 2000 May. (Book Chapter)

4.  **Elliott DS**, Boone TB. Neuromodulation for female idiopathic detrusor instability and urge incontinence. in:
    Female Pelvic Reconstructive Surgery. Stanton S, Zimmern P, editors. London: Springer-Verlag Publishers,
    2001. (Book Chapter)

5.  **Elliott DS**. Diagnosis and management of apical prolapse. In: Goldman HB, Vasavada SP, editors. Female
    urology: a practical clinical guide. Totowa: Humana Press; 2007. (Current clinical urology.). p. 297-306. (Book
    Chapter)

6.  **Elliott DS**, DiMarco DS, Chow GK. Female urologic robotic surgery: gynecologic indication for robotic-assisted
    laparoscopy-sacrocolpopexy for the treatment of high grade vaginal vault prolapse. In: Faust RA, editor.
    Robotics in surgery: history, current and future applications. New York: Nova Science Publishers; 2007. p. 137-
    46. (Book Chapter)

Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/20 Page 33 of 603
Case 2:12-md-02327 Document 23-1 Filed 04/21/16 Page 25 of 28 Page ID #: 47518
Daniel S Elliott, MD
Page 24 of 27

7. Eilliott DS, Krambeck A, Chow GK. Robotic urogynecologic surgery. In: In: Patel VR, editor. Robotic urologic surgery. London: Springer; 2007. p. 194-8. (Book Chapter)

8. **Elliott DS**, Chow GK. Robotic sacral colpopexy. In: Gharagozloo F, Najam F, editors. Robotic surgery. New York: McGraw-Hill Medical; 2009. p. 347-51. (Book Chapter)

9. McGee SM, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: suspension of the bladder and vagina. In: Staskin DR editor. Atlas of bladder disease. Philadelphia: Springer; 2010. p. 251-8. (Book Chapter)

10. McGee SM, Shimko MS, **Elliott DS**, Chow GK. Robot-Assisted Laparoscopic Sacrocolpopexy. In: Atlas of Robotic Urologic Surgery, Current Clinical Urology Vol. 2. 2011. p. 107-18. (Book Chapter)

11. Shimko MS, **Elliott DS**. Robotic Surgery in Urogynecology. In: Robotics in Genitourinary Surgery. Vol. 7. 2011. p. 605-10. (Book Chapter)

12. **Elliott DS**, Trost LW. Esfínter Urinario Artificial. Fellow en disfunciones miccionales y urodinamia. In: Biomaterials and Prostheses Implant in Urology. 2012. (Book Chapter)

13. Linder BJ, **Elliott DS**. Robotic Sacrocolpopexy: How Does It Compare with Other Prolapse Repair Techniques? In: Current Urology Report. New York: Springer; 2012. (Book Chapter)

14. Trost L, **Elliott DS**. Artificial Urinary Sphincter: Reoperative Techniques and Management of Complications. In: Brandes SB, Morey AF editors. Advanced Male Urethral and Genital Reconstructive Surgery. 2nd ed. New York: Springer; 2014. p. 697-709. (Book Chapter)

**Editorials**

1. Richelson E, **Elliott DS**. Advances in medical management of overactive bladder. Mayo Clin Proc. 2003 Jun; 78(6):681-3.

2. **Elliott DS**. Is an artificial urinary sphincter more effective than a urethral bulking agent for postprostatectomy incontinence? Nature Clinical Practice Urol. 2005 May; 2(5):220-1.

3. Chow GK, **Elliott DS**. Endoscopic cystocele surgery: lateral repair with combined suture/mesh technique. J Endourol. 2010 Oct; 24(10):1569.

**Commentaries**

1. **Elliott DS**, Lightner DJ, Blute ML. Medical management of overactive bladder. Mayo Clin Proc 2001 Apr; 76 (4):353-5 PMID:11322348 DOI:10.4065/76.4.353

2. **Elliott DS**, Krambeck AE, Chow GK, Lee DI. Robotics: Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse - Commentary. J Endourol. 2007; 21(2):135.

3. **Elliott DS**. Can we better predict and treat urinary incontinence after prostatectomy? J Urol. 2012 Mar; 187(3):789-90. Epub 2012 Jan 15. PMID:22248524 DOI:10.1016/j.juro.2011.12.027

4. **Elliott DS**. Editorial comment. J Urol. 2013 Apr; 189(4):1442; discussion 1442-3. Epub 2013 Jan 08. PMID:23313625 DOI:10.1016/j.juro.2012.10.135

5. Linder BJ, **Elliott DS**. Reply: To PMID 22591970. Urology 2015 Sep; 86 (3):606-7 Epub 2015 Aug 07 PMID:26255584 DOI:10.1016/j.urology.2015.05.031

**Audio/Video/CD-ROM/etc.**

Case 3:20-cv-00851-MO   Document 23-1   Filed 05/26/26   Page 34 of 603
Case 2:15-md-02327   Document 3311-1   Filed 04/21/16   Page 26 of 28   Page 25 of 27
Daniel S Elliott, MD
Page 25 of 27

1. Frank I, **Elliott D**. SPARC Surgical Video: A New Outpatient Suburethral Sling Procedure for the Treatment of Female Stress Urinary Incontinence North Central Section of the American Urological Association (AUA). 2002 September.

2. Childs MA, McGee S, Routh J, Chow G, **Elliott DS**. Robot-Assisted Laparoscopic Sacrocolpopexy: A Review of the Learning Curve in Fifty Cases. Mayo Clinic Physician Update, News for Medical Professionals from Mayo Clinic Rochester ( 2009 Nov 11; Video Presentation) Epub 2009 Nov 11.

3. Trost L, **Elliott D**. SIS urethral wrap at the time of repeat AUS placement following multiple prior failed AUS and erosions. AUA. 2011 May.

4. Linder BJ, Frank I, Dozois EJ, **Elliott DS**. Robotic transvesical retrourethral fistula repair after a robotic radical prostatectomy. J Endourol, Part B, Videourology. 2013 Jan; 27.

5. Trost L, **Elliott D**. Modifications to the Virtue male sling procedure: 5-points of fixation, 1-point of plication. Received first honorable mention awards. AUA in San Diego, CA. 2013 May.

## Abstracts

1. **Elliott DS**, Brown JA, Barrett DM. Long term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases placed at the Mayo Clinic. (Abstract 1028). J Urol. 1997 Apr; 157(4 Suppl):265.

2. **Elliott DS**, Barrett DM. Long term followup and evaluation of primary realignment of posterior urethral disruption. (Abstract 855). J Urol. 1997 Apr; 157(4 Suppl):219.

3. Slezak J, Amling CL, **Elliott DS**, Blute ML, Zincke H. Should patients with very high serum PSA levels (greater-than-or-equal-to 50 ng/ml) undergo radical prostatectomy? (Abstract 1247). J Urol. 1997 Apr; 157(4 Suppl):320.

4. Blute ML, **Elliott DS**, Patterson DE, Bergstralh EJ, Segura JW. Endoscopic renal preserving surgery for management of upper urinary tract transitional cell carcinoma. (Abstract 182). Br J Urol. 1997 Sep; 80(Suppl 2):47.

5. **Elliott DS**, Barrett DM. Does the need for reoperation on an artificial genitourinary sphincter (AMS 800) place the patient at an increased risk for further reoperation due to mechanical or non-mechanical reasons. (Abstract 163). J Urol. 1998 May; 159(5 Suppl):45.

6. Frank I, **Elliott DS**, Zincke H, Blute ML. Ureterosigmoidostomy. American Urological Association Annual Meeting, Anaheim, California. 2001 Jun.

7. **Elliott DS**, Husmann DA. Recurrent urinary tract infections in patients with a hypocontractile bladder secondary to diabetes mellitus: does the addition of prophylactic antibiotics to cic alter the incidence of bacteriuria and symptomatic uti's? J Urol. 2002 Apr; 167(4):8.

8. Kausik S, **Elliott DS**. External beam radiation and its effect on artificial urinary sphincter long-term function. American Urological Association Annual Meeting, Orlando, Florida. 2002 Jun.

9. DiMarco D, **Elliott DS**. Long term results of tandem urethral cuff for the treatment of male incontinence following RRP. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

10. Dora C, **Elliott DS**. Preliminary results of SPARC suburethral sling. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

11. Dimarco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sarcocolpopexy (Abstract MP 18/17). J Endourol. 2004 Nov; 18(Suppl 1):A109.

Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/20 Page 27 of 28 Page ID #: 520
Case 2:12-md-02327 Document 23-1 Filed 04/21/16 Page 27 of 28 PageID #: 520
Daniel S Elliott, MD
Page 26 of 27

12. Hawatmeh SI, **Elliott DS**. OB tape suburethral sling for stress urinary incontinence (Abstract V496). J Urol. 2005 Apr; 173(4):135.

13. Krambeck AE, Dora CD, DiMarco DS, Sebo TJ, Zobitz ME, **Elliott DS**. Time dependent variations in inflammatory reaction and scar formation of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and utologous fascia in the rabbit model: implications for pubovaginal sling surgery (Abstract 931). J Urol. 2005 Apr; 173(4):252.

14. Webster W, **Elliott D**. Age and obesity predict early failure of synthetic suburethral slings for stress urinary incontinence. International Continence Society Meeting, Montreal, Canada. 2005 Aug.

15. Magera JS Jr, **Elliott DS**. Advancement in salvage procedure following failed artificial urinary sphincter: tandem transcorporal artificial urinary sphincter cuff technique (Abstract V1675). J Urol. 2006 Apr; 175(4 Suppl):540.

16. Krambeck AE, Thompson RH, Segura JW, Patterson DE, Zincke H, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patient with a history of primary bladder urothelial carcinoma (Abstract 1100). J Urol. 2006 Apr; 175(4 Suppl):354.

17. Thompson RH, Krambeck AE, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with solitary kidneys (Abstract 47). J Urol. 2006 Apr; 175(4 Suppl):16-7.

18. Routh JC, Leibovich BC, Crimmins CR, **Elliott DS**. Parkinson's disease impact on voiding function after radical prostatectomy (Abstract 1603). J Urol. 2006 Apr; 175(4 Suppl):516-7.

19. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Conservative management of upper tract urothelial carcinoma in patients with imperative indications (Abstract VP6-01). J Endourol. 2006 Aug; 20(Suppl 1):A32.

20. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patients with a history of primary bladder urothelial carcinoma (Abstract VP6-02). J Endourol. 2006 Aug; 20(Suppl 1):A32.

21. Thompson RH, Krambeck AE, Patterson DE, Blute ML, Segura JW, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with normal contraleteral kidneys (Abstract VP4-02). J Endourol. 2006 Aug; 20(Suppl 1):A20.

22. Childs MA, Routh JC, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: the learning curve for a novel surgical technique. J Endourol. 2010 Sep; 24(Suppl 1):A205-6.

23. **Elliott DS**. Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula. 67th Annual Meeting of the Canadian Urological Association. 2012 June.

24. **Elliott DS**, Chow GC. Comparative surgical complications of the robotic sacrocolpopexy for pelvic organ prolapse vs. traditional transabdominal sacrocolpopexy. BJU Int. 2012 Oct; 110:57-8.

25. Linder B, Umbreit E, Larson D, Dozois E, **Elliott D**. The impact of prior radiotherapy on outcomes following surgical repair of a rectourethral fistula in men with prostate cancer. Neurourol Urodyn. 2013 Feb; 32(2):174.

26. Linder B, **Elliott D**. Long-term outcomes for artifcial urinary sphincter reimplantation following prior device explantation for erosion or infection. Neurourol Urodyn. 2014 Feb; 33(2):170.

27. Linder B, Piotrowski J, Zieglemann M, Miest T, Rivera M, Ogle C, **Elliott D**. A prospective evaluation of complications after artificial urinary sphincter placement and their impact on device survival. Neurourol Urodyn. 2015 Feb; 34:S26.

Case 2:12-md-02327 Document 23-1 Filed 04/21/16 Page 28 of 29 PageID #: 47521
Case 3:20-cv-00851-MO Document 23-1 Filed 05/26/20 Page 36 of 603
Daniel S Elliott, MD
Page 27 of 27

28.   Linder B, **Elliott D**. Autologous transobturator urethral sling placement for female stress urinary incontinence. Neurourol Urodyn. 2015 Feb; 34:S50.

29.   Rivera M, Ziegelmann M, Linder B, Viers B, Rangel L, **Elliott D**. Effects of radiation therapy on device survival among individuals with artificial urinary sphincters. Neurourol Urodyn. 2015 Feb; 34:S80-1.

30.   Ogle C, Linder B, **Elliott D**. Holmium laser excison of genitourinary mesh exposure following anti-incontinence surgery: minimum 6 month follow-up. Neurourol Urodyn. 2015 Feb; 34:S26.

31.   Ziegelmann M, Linder B, Rivera M, Ogle C, **Elliott D**. Outcomes for artificial urinary sphincter placement after prior male urethral sling failure. Neurourol Urodyn. 2015 Feb; 34:S26-7.

32.   Linder B, **Elliott D**. Urethral management during artificial urinary sphincter explantation for erosion. Neurourol Urodyn. 2015 Feb; 34:S55-6.

* Indicates that the primary author was a mentee of this author.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 CASES | Master File No. 2:12-MD-02327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**RULE 26 EXPERT REPORT OF DR. DANIEL ELLIOTT**

## Table of Contents

I.    **Background and Qualifications** ................................................................. 1

II.    **Basis of Opinion** ..................................................................................... 2

III.   **Summary of Opinions** ............................................................................. 4

IV.   **Expert Opinions** ..................................................................................... 5

    A.    **Background on SUI and Treatments** ............................................... 5

        1.    Normal Anatomy vs. Stress Urinary Incontinence ...................... 5

        2.    Alternative/Traditional SUI Treatment Options ......................... 6

        3.    Behavior Modification, Pelvic Floor Therapy and Exercises ......... 6

        4.    Medication .......................................................................... 7

        5.    Pessaries ............................................................................ 7

        6.    Surgery .............................................................................. 8

        7.    Marshall-Marchetti-Krantz and Burch Colposuspension ............. 8

        8.    Pubovaginal Slings (Autologous/Cadaveric) ............................ 8

    B.    **History of Synthetic Mesh Use in General Surgery** ......................... 9

        1.    Synthetic Mesh Use in Pelvic Floor ...................................... 10

        2.    Mentor ObTape® .............................................................. 10

        3.    TVT – Retropubic ............................................................. 11

        4.    TVT-Device and Prolene Mesh Sling ..................................... 12

        5.    TVT introducer .................................................................. 12

        6.    TVT Rigid Catheter Guide .................................................. 12

        7.    Surgical Technique ............................................................. 13

    C.    **The Old Construction Heavy Weight/Small Pore Mechanically Cut Polypropylene Mesh in the TVT Should Not Be Used in the Pelvic Floor** ............. 13

        1.    The mesh in the TVT is not inert and degrades ........................ 14

        2.    The TVT mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation, and folding and curling of the mesh ............. 18

        3.    Ethicon's cutting process made the mesh even more dangerous ........... 23

        4.    Ethicon's Prolene Mesh tested positive for Cytotoxicity ............ 27

i

5.      **The TVT design is flawed because there is no way to properly tension the TVT device to lack of uniformity and it shrinks, ropes, curls and deforms making it too difficult to tension properly**................................................................30

6.      **The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides which can be abundantly found in the vagina**.......................................32

D.    **Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU") for the TVT**............34

E.    **Ethicon Failed To Conduct Appropriate Studies Related to the TVT**....................37

F.    **Ethicon Failed to Consider Numerous Known Risks and Hazards of the TVT in its Design Process**....................................................................................38

V.      **Exhibits**....................................................................................................39

VI.     **Recent Testimony**......................................................................................39

VII.    **Compensation**...........................................................................................40

## I.     Background and Qualifications

I am an Associate Professor of Urology at Mayo Graduate School of Medicine in Rochester, Minnesota.  I received an M.D. in 1993 from Loma Linda University School of Medicine in Loma Linda, California.  Following graduation from medical school, I completed my surgical residency in Urology at the Mayo Graduate School of Medicine at the Mayo Clinic in 1999.  I then completed a one-year advanced surgical fellowship at Baylor College of Medicine in Houston, Texas, in Neurourology, Urodynamics and Voiding Dysfunction.  I then re-joined the faculty at the Mayo Clinic, where I have spent the last 15 years specializing in treating pelvic organ prolapse and urinary incontinence in women and urinary incontinence in men.  I have published over 60 peer-reviewed articles and given over a hundred lectures, many of which relate to urinary incontinence and pelvic organ prolapse.  A Mayo Clinic colleague and I were the first to perform robotic sacrocolpopexy surgery for the treatment of high-grade prolapse and to publish extensively on the subject.  I am a frequent invited lecturer at medical and surgical conferences addressing pelvic organ prolapse and stress urinary incontinence and their evaluation, treatments, surgical options and management of complications.  I have taken and passed the subspecialty credentialing process recently established by the combined boards of the American Board of Urology and American Board of Obstetrics and Gynecology in Female Pelvic Medicine and Reconstructive Surgery.

Attached, as Exhibit "A", to this report is a copy of my current curriculum vitae, which includes an up-to-date list of my publications, presentations, awards, and other academic activities.

## II.    Basis of Opinion

I have been asked to provide opinions regarding the subject of female stress urinary incontinence, its evaluation, treatments, surgical options and management of complications as well as to address the actions of Ethicon, Inc., Ethicon Women's Health and Urology, a Division of Ethicon, Inc., Gynecare and Johnson & Johnson (collectively referred to as Ethicon).  The focus of my investigation for this report is on the Tension-Free Vaginal Tape-Retropubic ("TVT") and, specifically, the characteristics of the product that make it defective or, in other words, that make the risks to the patient outweigh the benefits to the patients.  My opinions are based on my personal knowledge, experience, and my investigation in this case.  All of my opinions, and the basis of those opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe are true and correct to a reasonable degree of scientific and medical certainty.  I do, however, reserve the right to supplement this report and my opinions in light of any additional material or information provided to me, including any reports submitted and/or any other discovery that is taken in this case.  Furthermore, if called to testify, I would plan to use various demonstrative exhibits, animations, video recordings, and/or anatomic models to show the relevant anatomy and surgical procedures and to describe my opinions as set forth in this report.

My opinions and conclusions regarding the Tension-Free Vaginal Tape product, its surgical procedure, its impact on patients and surgical colleagues, as covered throughout this report, have not been derived in isolation or are the basis of solitary data and opinion; rather, my report has been formed and influenced by multiple sources, briefly summarized as follows.  My independent clinical and laboratory mesh-specific research including clinical manuscripts pertaining to female SUI, female pelvic organ prolapse, including mesh-specific complications;

animal laboratory studies regarding the effects of polypropylene mesh and host foreign body response and inflammatory response; by advanced surgical fellowship training in Voiding Dysfunction and Neurourology, which is above and beyond the normal six-year urologic surgical training and my personal surgical, clinical, and research experience implanting synthetic mesh slings; my personal surgical, clinical, and research experience as a Female Pelvic Medicine and Reconstructive surgical specialist at a high volume tertiary center managing highly complicated SUI patients and the management of mesh-related complications, including the medical and surgical revisions, removal and treatment of synthetic mesh slings complications, including complications caused by the Ethicon TVT device; my attendance and participation at national and international Urological and Gynecological surgical meetings, including, but not limited to the International Pelvic Pain Society, International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, European Urological Association Subsection of Female Urology and Reconstructive Urology have also helped to form my opinions. I have prepared and have given lectures specifically focused on the complexities of treating female SUI and the management of complications associated with such treatments at national and international lectures including, but not limited to the International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, European Urological Association Subsection of Female Urology and Reconstructive Urology. I have had personal interactions and discussion with national and international urologic, gynecologic, urogynecologic and general surgery colleagues regarding the management of SUI in women, manifestation of mesh-specific complications and the treatment of mesh-

specific complications. As part of my interest in being as educated and as up-to-date and accurate as possible, I have reviewed the readily available medical literature pertaining to the treatment of SUI and the management of its complications from sources including but not limited to medical journals and the United States National Library of Medicine and the National Institute of Health.

I am a surgical journal editor and/or reviewer for 15 urologic and/or gynecologic journals (please see Curriculum Vitae for complete listing of journals) and was named Best Reviewer in Female Urology/Incontinence/Neurourology for two consecutive years (2012-2013) for the Journal of Urology.  This is the highest honor awarded by the Editor of the Journal of Urology for excellence in manuscript review and preparation.

I have also performed a systematic review of internal Ethicon documents as they pertain to surgical mesh, TVT, the TVT procedure, expected SUI surgical results, expected SUI complications and rates of SUI complications, and marketing strategies designed for my surgical colleagues in urology, gynecology and urogynecology as well as for potential SUI patients.   I have also reviewed the testimony of Ethicon employees.  The materials I have reviewed and relied upon to form my opinion for this report are contained throughout the report and attached as Exhibit "B".

## III.    Summary of Opinions

    A.    Background on SUI and Treatments

    B.    History of Synthetic Mesh Use in Surgery

    C.    The Polypropylene Mesh in the TVT Should Not Be Used in the Pelvic Floor

        1.  Polypropylene mesh in the TVT is not inert and degrades

        2.  The TVT mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction of the mesh, fibrotic bridging, folding and curling of the mesh, and scar plate formation

        3.  Ethicon's cutting process made the mesh even more dangerous

    4.  The TVT mesh tested positive for cytoxicity which can cause cell death and complications to women and, therefore, it should not be used in the pelvic floor

    5.  The TVT design is flawed because it is too difficult to properly tension the TVT device due to lack of uniformity, and the device shrinks, ropes, curls and deforms making it impossible to tension

  D.    Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU")

  E.    Ethicon Failed to Test or Conduct Appropriate Studies Related to the TVT

  F.    Ethicon Failed to consider numerous known risks and hazards of the TVT while designing the product.

## IV.  Expert Opinions

  A.    Background on SUI and Treatments

    1.  Normal Anatomy vs. Stress Urinary Incontinence

Female stress urinary incontinence ("SUI"), also known as intrinsic sphincter deficiency (ISD), is a relatively common condition in which a woman leaks urine when her body experiences an increase in abdominal pressure, which in turn increases the pressure on the bladder.  The abdominal pressure (A.K.A. "stress") is caused by a wide variety of activities including coughing, laughing, sneezing, jumping, bending over, picking something up, running, or any other sudden movement that increases pressure on the bladder.

In a woman, the urine leakage caused by SUI is due to factors like to weakening of the muscles that surround the urethra and/or a lack of fascial support for the urethra.  The fascia below the urethra serves as a backboard to prevent the urethra from "falling down and funneling open."  SUI is much more common in women than in men, largely because of pregnancy, childbirth, menopause and hysterectomies, to mention a few.  Each of these conditions cause physical changes in the fascia used to support the urethra, which in turn results or contributes to SUI.  There are multiple fascias, or tissues, that support the urethra, including fascia located in

Case 2:12-md-02327 Document 2082-8 Filed 04/21/16 Page 9 of 49 PageID #: 47530

the area of the pelvic floor and endopelvic fascia. In a woman with SUI, these fascia fail to provide sufficient support for the urethra, allowing the urethra to move downward when there is a sudden increase in pressure, such as that caused by a cough or a sneeze. When this happens, urine leaks out of the urethra.

SUI can have very serious effects on a woman's physical and mental health. It is not uncommon for women with SUI to stop participating in activities they once enjoyed, such as sports and other recreational activities or experience mental illness such as depression.

### 2. Alternative/Traditional SUI Treatment Options

Stress urinary incontinence affects approximately 15% to 35% of women in population-based studies [Abrams et al]. While surgical treatments are generally safe and highly effective, women with stress incontinence symptoms may wish to avoid or defer surgery for medical or personal reasons. Further, expert consensus groups recommend that non-surgical options should be offered as first-line therapy for incontinence [Hays et al].

### 3. Behavior Modification, Pelvic Floor Therapy and Exercises

Simple lifestyle or behavioral modifications such as weight loss and/or avoidance of dietary irritants such as caffeine and nicotine are often the first line of treatment and therapy and may be the only treatment necessary. Also, pelvic floor muscle exercises (Kegel exercises) are used to strengthen the muscles surrounding the urethra so that urine is less likely to leak. These therapies require time, effort and commitment, but they do not have side effects and are often very effective.

Alternatively, pelvic floor electrical stimulation utilizes electrical current to strengthen the pelvic floor and to improve its function. Biofeedback is a treatment regimen performed under the care of a specialist and/or physical therapist. It is a safe and effective method of increasing pelvic floor strength and has a role in helping women with mild stress incontinence.

Biofeedback attempts to retrain patients on how to more appropriately use their pelvic floor muscles thereby improving their urine control.   Consequently, the patient becomes more aware of her pelvic muscles and will be better able to identify and use them.  Pelvic floor electrical stimulation combined with biofeedback may prove useful in that the electrical stimulation provides a passive contraction with increased awareness, via biofeedback, of pelvic muscle contractions.

4.   Medication

There are several medications that have been studied for the potential treatment for SUI (Topical Estrogen, α-Adrenergic Agonists, Imipramine, Duloxetine, β-Adrenergic Antagonists, and $\beta$-Adrenergic Agonists).  However, to date their benefit is minimal for SUI and is essentially limited to possibly benefiting overactive bladder.

5.   Pessaries

Pessaries have been used for thousands of years to treat pelvic organ prolapse and SUI and, prior to the advent of successful surgical options; pessaries were essentially the only viable treatment for POP and SUI.  Specifically, "continence pessaries" represent an alternative or complementary non-surgical approach to the treatment of stress incontinence.  These devices work by providing a platform against which the urethra can compress during strenuous activity such as lifting or coughing.  There are several studies describing the effectiveness of pessaries for treatment of stress incontinence but most of these studies are based on small samples of participants with short-term follow-up, which make their results questionable.  Ultimately, however, due to inherent limitations of effectiveness and complications such as vaginal pain, discharge, odor and necessity of routine medical care, most patients with SUI using pessaries discontinue using the pessary.

7

6.  Surgery

Surgeons have spent hundreds of years trying to develop successful treatments for SUI. Over the course of time, several successful surgical techniques have been devised, but all of the treatments have the common component of reestablishing support for the urethra that has been weakened and damaged by childbirth, hysterectomy, obesity and age.

7.  Marshall-Marchetti-Krantz and Burch Colposuspension

In the 1940s, the Marshall-Marchetti-Krantz (MMK) procedure was developed. The MMK procedure is a surgery in which the surgeon secures the neck of the bladder—i.e., where the bladder meets the urethra—to the pubic bone with a series of sutures. The Burch colposuspension procedure is another procedure that was developed shortly after the MMK procedure. The Burch procedure is successful in treating urinary incontinence with success rates equivalent to mid-uretheral synthetic slings. The Burch procedure takes longer than a procedure to implant a synthetic mid-uretheral sling, however, the long-term complications with Burch related to chronic pain and dyspareunia are minimal when compare to mid-uretheral synthetic slings.

8.  Pubovaginal Slings (Autologous/Cadaveric)

In the 1980s, a major advancement occurred with the introduction of a procedure known as the pubovaginal sling (PVS). The procedure uses harvested tissue from the tough abdominal wall tissue called abdominal fascia and then implants that tissue in the shape of a sling (hammock) around the neck of the bladder and up to the abdominal wall. Since the fascial tissue comes from the patient herself it is called "autologous" meaning tissue that comes from the same individual. The procedure rapidly rivaled the Burch colposuspension as the "gold standard" for the treatment of SUI in women. With the advent of biologic and synthetic mesh-slings the number of PVS procedures initially decreased. However, with the increasing awareness among surgeons and

8

patients regarding the complications (dyspareunia, life-altering pain, chronic sexual dysfunction, erosions and the others listed throughout this report) of vaginal synthetic mesh use, the PVS procedure has seen a significant resurgence. In some regions and practices around the nation, the PVS has become the mainstay of therapy. In my own personal practice, at a major tertiary referral medical center, I have abandoned essentially all synthetic mesh sling implantation due to the problems associated with complications, patients' fears, patients' refusal to have mesh inserted into their bodies and cost.[1]

B.    History of Synthetic Mesh Use in General Surgery

Abdominal and thoracic wall weaknesses, called hernias, exist due to weaknesses within the abdominal wall or thoracic wall due to conditions such as birth defects, surgery, and radiation effects. Traditional hernia repair surgery evolved using sutures (stitches) to bring the native tissue together. However, due to the inherent weaknesses of the tissues, failure was common and frequently resulted in significant pain and suffering for the patient. Therefore, in the 1950s, surgical meshes for hernia repairs were introduced. Subsequently, academic presentations, surgical reports and journal manuscripts began to describe mesh-related complications such as chronic pain, abdominal wall rigidity, mesh contraction, infection, fistula formation, chronic inflammatory process and recurrence.

An abundant amount of evidence in the medical literature and basic science data has been gathered over the past two decades that indicate that there is a strong and direct relationship between postoperative mesh complications and mesh design. Reducing mesh-related complications demands a thorough understanding and knowledge of the chemical, physical and synthetic characteristics of meshes and how they react inside the human body. Based upon vast amounts of general surgery and basic science literature, there is a consensus that synthetic

9

meshes that are low-weight, large-pore size, high porosity, monofilament, and capable of maintaining their elasticity under load will have the better results with fewer complications. Of all the mesh characteristics, mesh stiffness, porosity and the pore size of the mesh are of critical importance.

      1.   Synthetic Mesh Use in Pelvic Floor

Introduced in April 1997 as a treatment for female urinary stress incontinence, the ProteGen® sling was a synthetic polymer (polyester) mesh sling implant not a polypropylene mesh as is TVT. Surgeons implanted the ProteGen polyester sling underneath the urethra to provide support and to reduce SUI. Unfortunately, nearly immediately following Protogen's launch, a large number of patients began experiencing severe complications such as polyester mesh erosion through the vaginal wall, vaginal infections, vaginal discharge, vaginal bleeding, foul odor and dyspareunia. In January 1999, Boston Scientific Corporation, ProteGen's manufacturer, recalled the product due to the unusually high number of complications. In the December 1999 edition of *The Journal of Urology*, a group of respected urologists from across the United States reported their findings on those complications. These findings included a high rate of complications such as tissue erosion and urethral erosion among patients in whom the ProteGen sling was placed.

During the TVT-Retropubic's FDA submission process in the late 1990s, Ethicon used the ProteGen® sling as its predicate device despite the problems and ultimate recall discussed above.

      2.   Mentor ObTape®

The ObTape® bladder sling was introduced in 2003 by the Mentor Corporation. The ObTape mesh sub-urethereal sling is a medical device, which was inserted through via a surgical procedure via the transobturator route for the treatment of female stress urinary incontinence.

10

ObTape bladder sling was used in around 36,000 women prior to its elimination from the medical device market in 2006 due to its high rate of complications. Although the Ob Tape mesh was presented as a permanent solution, a large number of women have experienced debilitating complications associated with their ObTape treatment. A 2007 study showed that over 20% of ObTape recipients experienced the extrusion of the sling through the vaginal walls [Siegal et al]. Other patients developed vaginal discharge, as well as pain during sexual intercourse as well as pelvic abscesses. Originally, it was assumed that problems with the ObTape sling stemmed from the mistakes of doctors. However, subsequent findings showed that the ObTape sling had an inherent design defect due to its use of overly dense and non-woven sling material. ObTape mesh erosions into the urethra can also result in the excretion of blood and urine. Initially, mesh erosion is typically treated with a cream prescribed by a doctor; but in many cases, the cream will not fix the mesh complication. In many mesh erosion instances, further surgery may be required to remove the mesh implant. Removal of the ObTape mesh sling may be successful in treating mesh erosion, but in some situations, even after multiple surgeries, there may be persisting complications due to mesh erosion.

3. TVT – Retropubic

The Gynecare TVT device is intended to be used as a pubovaginal suburethral sling for treatment of female stress urinary incontinence (SUI), caused by from urethral hypermobility and/or intrinsic sphincter deficiency. Gynecare TVT introducer, rigid catheter guide and Gynecare TVT abdominal guides and couplers are available separately and intended to facilitate the placement of the Gynecare TVT device. The reusable TVT handle and rigid catheter guide are also used to facilitate device placement.

The components to the TVT-Retropubic procedure are the TVT device, the polypropylene mesh sling attached to needles, TVT Introducer and the TVT Rigid Catheter Guide.

### 4.   TVT-Device and Prolene Mesh Sling

The TVT device is a sterile single-use device consisting of one piece of undyed Prolene®
polypropylene mesh (tape) approximately 1/2 x 16 inches (1.1 x 40 centimeters), covered by a
plastic sheath cut in the middle, and held between two stainless steel needles bonded to the mesh
and sheath with plastic collars.  The Prolene mesh is constructed of knitted filaments of extruded
polypropylene strands identical in composition to that used in Prolene polypropylene
nonabsorbable surgical suture.  The mesh is approximately 0.027 inches (0.7 millimeters) thick.
This material "when used as a suture" has been reported to be "non-reactive and to retain its
strength indefinitely" in clinical use.  According to the Ethicon IFU, the Prolene mesh is knitted
by a process "which interlinks each fiber junction and which provides for elasticity in both
directions.  This bi-directional elastic property allows adaptation to various stresses encountered
in the body."[1]

### 5.   TVT introducer

The TVT introducer is a non-sterile and reusable surgical tool for the TVT-Retropubic
procedure. The introducer is constructed of stainless steel.  It consists of three parts; a handle, an
inserted threaded metal shaft and a synthetic rubber 0-ring.  The rubber 0-ring prevents the shaft
from falling out from the handle when the introducer is held upside down during surgical use.
The introducer is intended to facilitate the passage of the TVT device from the vagina to the
abdominal skin.  It is connected and fixed to the needle, via the threaded end of the shaft, prior to
inserting the needle with the tape.

### 6.   TVT Rigid Catheter Guide

The TVT Rigid Catheter Guide is a non-sterile, reusable instrument intended to facilitate

---

[1] ETH.MESH.00353639, ETH.MESH.00015699 –00015706; ETH.MESH.00013506; ETH.MESH.00922443-00922445; ETH-
00938; Walji Deposition p471-472; Robinson Deposition 3-14, p683-684; Kirkemo Deposition 4-18, p246-247, Ciarrocca
Deposition 3-29, p264

the identification of the urethra and the bladder neck during the surgical procedure. It is inserted into a Foley urinary catheter.

### 7. Surgical Technique

A small anterior vaginal wall incision with lateral dissection is made under the midurethra as well as two suprapubic skin incisions. After the introducer is attached to the end of one of the needles, the device is passed paraurethrally penetrating the urogenital diaphragm passing closely behind the pubic bone up to the abdominal incision. Insertion and passage are controlled by using one finger in the vagina under the vaginal incision and fingertip control on the pelvic rim. Via use of a Foley catheter and the rigid catheter guide, the urethra and empty bladder are moved contralateral to the side of the needle passage. The procedure is then repeated on the other side. After passage of the needles, cystoscopy is performed to confirm bladder integrity. The needles are pulled upward to bring the tape (sling) loosely (i.e., without tension) under the midurethra. The needles are then separated by cutting from the tape. The plastic sheaths that surround the tape are removed. By using patient feedback (e.g., coughing with a full bladder), appropriate tension on the sling is supposed to be determined taking care to avoid over-tensioning. During this test, the vaginal incision should temporarily be closed by a gentle grip with a small forceps. Following this procedure, catheterization is not typically required.

### C. The Old Construction Heavy Weight/Small Pore Mechanically Cut Polypropylene Mesh in the TVT Should Not Be Used in the Pelvic Floor

Because of the defective characteristics of the TVT discussed below and throughout this report, Ethicon fell below the standard of care of a reasonable and prudent medical device manufacturer. The old construction mechanically cut and laser cut mesh used in the TVT device should not be used in the pelvic floor because the risks of the device far outweigh the benefits of the device. The inadequacies of the mesh and the TVT lead to long term complications,

including but not limited to, pain, acute and chronic pelvic pain, vaginal pain, permanent

dyspareunia, injury and pain to partner during sexual intercourse, negative impact on sexual

function, the risk of multiple pelvic erosions that can occur throughout one's lifetime, vaginal

scarring, vagina anatomic distortion, inability to remove the device, permanent risks for erosions,

the need for multiple surgical interventions that carry with them significant risks of morbidity,

the development of worsening incontinence and urinary dysfunction including urinary urgency,

urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness, pain with

lifting, pain with ambulation, and pain with sitting.

    1.   The mesh in the TVT is not inert and degrades

As polypropylene has been used in surgery for over 50 years as a suture material, Ethicon

marketed the mesh in TVT as inert.  However, many published studies and internal Ethicon

studies and documents show that the mesh is not inert and does degrade.[2]  In 1987, Ethicon

tested samples of explanted Prolene mesh made from the same material as the TVT mesh.[3]  After

8 years of implantation, the testing showed that the mesh was severely cracked.  In 1992, Ethicon

completed a study where Prolene sutures were implanted in beagle dogs for up to seven years.

These sutures were removed from the dogs and examined by Ethicon's own scientists, who

---

[2] ETH. MESH.08315783 2012 + M CER: Reduction of the mass [of the implant] and the increase in the pore size of the mesh implant foreign body are seen to alter the inflammatory response which in turn is likely to alter tissue ingrowth... As the mass of the mesh implant is reduced and the pore size is increased the surface area exposed to the host is reduced, and the foreign body reaction to the implant is reduced."; ETH.MESH.02589033 - 02589079; ETH-80645 – 80651; Robinson Deposition 3-13, p 120; Hinoul Deposition 4-5, p165-170; Robinson Deposition 3-13, p129-130; Kirkemo Deposition 4-18, p138;  84 Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.  Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).  Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.; Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.; Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17. Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70. Klinge et al The Ideal Mesh Klosterhalfen et al: Retrieval study at 623 human mesh explants made of polypropylene. Kwon Inflammatory Myofibroblastic tumor Birolini Mesh Cancer Sternschuss Post implantation alteration of polypropylene in humans ETH.MESH.02091873 -- abnormal chronic toxicity and doing nothing
[3] ETH.MESH.12831407

found surface degradation in many of the samples after 7 years of implantation.[4]  Ethicon

scientist and corporate spokesperson, Thomas Barbolt, agreed that surface degradation can occur

with the TVT mesh, and that this fact was confirmed by the Ethicon studies.[5]

Further evidence that polypropylene mesh degrades over time was provided in 1998 by the

publication of the Mary article, who studied the phenomenon of mesh degradation, and

concluded the process of polypropylene cooling, where the polypropylene strand cools first on

the inside and then on the outside can make the strand more susceptible to degradation on the

outside.[6]  In 2007, Costello et al., reported that polypropylene is more susceptible to degradation

due to oxidation caused by inflammatory response. Using Scanning Electron Microscopy (SEM),

degradation could be seen in polypropylene in the form of cracks and peeling.

Dr. Donald Ostergard, urogynecologist and founder of AUGS, created a presentation titled

"Polypropylene is Not Inert in the Human Body" in which he described degradation of in vivo

polypropylene.[7]  Dr. Ostergard concluded that Prolene mesh degradation occurs by oxidation.

He further concluded that a large surface area, such a piece of surgical mesh, in contrast to a

suture, incites more inflammation and results in more oxidation since more macrophages are

present.  These macrophages then secrete hydrogen peroxide and hypochlorous acid to oxidize

the mesh, which can cause the mesh to become brittle and to crack.  As discussed below, these

changes cause complications to patients due to the increased inflammatory response.

In a 2010 article by Clave et al., 100 explants were analyzed.  Results showed a greater

than 20% rate of degradation from the implants.  They concluded that "for transvaginal surgery,

clinical experience indicates the use of low density, large pore implants knitted from a

---

[4] ETH.MESH.05453719
[5] Deposition of Thomas Barbolt, January 8, 2014, pg 409:2-13; 516:21-517:4
[6] Mary, Celine, et. al.  Comparison of In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures used in Vascular Surgery
[7] "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard

monofilament to facilitate tissue integration, and decrease the inflammatory response….not all types of PP implants degraded equally." It should be noted that the lead author, Henri Clave, holds an educational position for Ethicon Europe. In fact, Ethicon's scientists responded to that article, admitting that it was possible that the polymers may be subject to surface degradation free radicles and oxygen species in the human body, but that it did not know the clinical significance of these reactions.[8] Later, in 2013, the Wood study showed that polypropylene explanted from a patient showed significant oxidation of the material, and concluded that polypropylene will degrade in an oxidizing environment, such as a foreign body response in the human body.[9] Other authors and studies have demonstrated similar results with polypropelene in general.[10] In 2015, seven explants from sling devices including the TVT, were removed 4-7 years after implantation. Comparison of SEM images for explant samples with control pristine samples reveled extensive surface degradation and the formation of surface cracks in the samples, demonstrating the polypropylene fibers from mid-urethral slings are not inert over time.[11]

As polypropylene degrades, the inflammatory response increases and intensifies. The abraded fiber surface increases the surface area of the mesh, provides multiple areas that can effectively harbor bacteria, become brittle and creates a "barbed-wire" effect, all of which lead to

---

[8] ETH.MESH.07205369

[9] Wood, et. al. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: 24:1113-1122 (2013).

[10] Iakovlev, et al., Pathology of Explanted Transvaginal Meshes. Intl . Science Index Vol. 8 No. 9 (2014); Martin, MK Gupta, JM Page, F Yu, JM Davidson, SA Guelcher, CL Duvall. Synthesis of a Porous, Biocompatible Tissue Engineering Scaffold Selectively Degraded by Cell-Generated Reactive Oxygen Species. Biomaterials 35(12):3766-76, 2014; AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes. Biomaterials 32(2):419-29, 2011.

[11] Tzartzeva, et al. In-depth nano-investigation of vaginal mesh and tape fiber explants in women. Abstract 366 (2015);

an increased risk of an enhanced and chronic inflammatory response, as well as chronic infections due to bacterial proliferation at the mesh surface.[12]

The literature and internal Ethicon studies demonstrate that Ethicon's surgical polypropylene meshes oxidize, degrade, crack and peel in human tissue and become brittle. Dr. Iakovlev has also published numerous articles showing and explaining the degradation and surface cracking of polypropylene explants using histological and transmission electron microscopy approaches.[13]

Ethicon also knew this information before and at the time of launch of the TVT. There are Ethicon studies dating back as far as 1983 using test methods nearly identical to Dr. Iakovlev's showing in vivo degradation of the Prolene polypropylene material.[14] Ethicon conducted additional studies in 1985 (dog study) and in 1987 (human explants); both showing in vivo degradation and cracking of the polypropylene materials.[15] In fact, Ethicon had its meshes reviewed by an outside consulting company who found that its meshes degrade and that the process starts immediately.[16] Yet, Ethicon never performed a study to determine the clinical significance of the degradation of its mesh.

It is my opinion, to a reasonable degree of medical and scientific certainty that polypropylene degrades in the human body causing the complications discussed throughout this report to women.

---

[12] [Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.]
[13] Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35; Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1):35.
[14] ETH.MESH.15955438
[15] ETH.MESH.00004755; ETH.MESH.11336474; ETH.MESH.13334286
[16] ETH.MESH.07192929

2. **The TVT mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation, and folding and curling of the mesh**

Ethicon scientists have known for over 16 years that heavyweight, small pore meshes are associated with excessive foreign body reaction, chronic inflammation, bridging fibrosis, scar plate formation, and consequential shrinkage of the mesh.[17]  Further, Ethicon knew that the TVT mesh is heavyweight and has small pores.[18]  Ethicon has realized the need for decreasing complications rates from its heavyweight, small pore meshes through the development of lighter weight materials, which elicit a lower inflammatory response in the human body.[19]  In fact, Ethicon has developed lighter weigh materials for use elsewhere in the human body, including the pelvic floor.  However, today, Ethicon continues to use the heavyweight, small pore Prolene mesh, originally developed in 1974 for use in hernia surgery, for its TVT device used for SUI.[20]  This is true despite the fact that Ethicon knows the heavyweight, small-pore meshes have a greater inflammatory response and is related to increased rates of patient complications than lightweight large pore meshes regardless of where the mesh, is located in the human body.[21]

The implantation of the TVT mesh creates a foreign body reaction and a chronic inflammatory response that can lead to chronic pain in the patient.  The body's foreign body response to the mesh can cause a severe and chronic inflammatory reaction leading to excessive scarring in and around the mesh and the degree of this reaction is directly related to the weight

---

[17] ETH.MESH.05479411; Klinge U., Klosterhalfen B., Birkenhauer V.,  Junge K., Conze J., and Schumpelick V., Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation.  2005; 12(1):T1-T7; Cobb, W., et al. Textile Analysis of Heavy Weight, Mid-Weight, and Light Weight Polypropylene Mesh in a Porcine Ventral Hernia Model. Journal of Surgical Research 136, 1-7 (2006); Klinge U, Klosterhalfen B, Muller M, Ottinger A, Schumpelick V. Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs. Eur J Surg. 1998: 164; 965-969; Klosterhalfen, B., Junge, K., Klinge, U.The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices. 2005; 2:1-15
[18] ETH.MESH.05479411,  Cobb et. al., The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Deposition of Joerg Holste, July 29, 2013 40:12-15, Deposition of Brigette Hellhammer MD., September 11, 2013 151:16-20, ETH.MESH.05479535
[19] ETH.MESH.01203957, Trial Testimony of Piet Hinoul, Batiste  March 27, 2014 afternoon, 73:11-25
[20] ETH.MESH.04941016, HMESH_ETH_02030355,
[21] Deposition of Joerg Holste, July 29, 2013 95:4-11

18

and pore size of the mesh device.[22][23][24][25] Ethicon has known that clinical data have shown more chronic pain with heavyweight meshes such as the TVT mesh, than with lightweight, partially absorbable meshes. Ethicon's own medical director has stated that the presence of the foreign body, i.e. the TVT mesh, can be responsible for chronic pain syndrome in the patient.[26] In fact, one study has found that heavyweight meshes with small pores had to be explanted due to chronic pain more frequently than lightweight meshes with large pores.[27]

The foreign body reaction caused by the TVT mesh is chronic and this chronic inflammation and reaction can lead to mesh contraction and shrinkage.[28] Most studies show less shrinkage than heavyweight meshes, and pore size is one of the most important factors regarding mesh shrinkage.[29] Ethicon knew that all polypropylene meshes experience a 20-50% reduction in their initial size following implantation in the body.[30] Ethicon's medical director knew that the TVT mesh can shrink, and generally believed the TVT mesh would shrink approximately 30% post implantation.[31] The mesh contraction and shrinkage can increase the degree of foreign body reaction and mesh degradation, increasing the degree of pelvic pain and pelvic floor dysfunction such as sexual activity and urination, pain with sitting, and ambulation.[32]

A recent study has shown that mesh shrinkage is progressive and there is a linear evolution of the contraction rate over time, indicating that mesh contraction continues in the

---

[22] Deposition of Piet Hinoul, April 4, 2012 99:99-99:25
[23] ETH.MESH.08315782
[24] Trial Testimony Piet Hinoul, March 27, 2014 afternoon, 27:10-17
[25] ETH.MESH.05916450
[26] ETH.MESH.01202102
[27] Klostherhalfen,B, Junge, K, Klinge, U, "The lightweight and large porous mesh concept for hernia repair," Expert Rev. Med. Devices, 2005 2(1)
[28] Deposition of Christophe Vailhe June 21, 2013 838:8-19
[29] ETH.MESH.02316781
[30] Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 200
[31] ETH.MESH.03910418
[32] De Tayrac, et. al.  Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542

patient's body indefinitely into the future.[33]  Vaginal mesh contraction can result in vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion, and dyspareunia.  Feiner and Maher evaluated 17 women with vaginal mesh contraction to demonstrate that the mesh caused the condition.  The patients' presenting complaints included severe vaginal pain, dyspareunia, and focal tenderness over contracted portions of mesh on vaginal examination, mesh erosion, vaginal tightness, and vaginal shortening.  The patients underwent surgical intervention with mobilization of mesh from underlying tissue, division of fixation arms of the central graft, and excision of contracted mesh.  Fifteen of 17 (88%) patients reported a 'substantial reduction in vaginal pain following explantation, while none of 11 (64%) reported 'substantial' reduction in dyspareunia.  However, despite Feiner's relative success with mesh explantation, the adverse effects of transvaginal mesh contraction caused permanent life-altering sequelae in 22-46% of patients in this study.[34]  I personally see this type of permanent life-altering sequelae in my daily practice in patients I treat for severe complications related to mesh slings, including Ethicon's TVT device.

Polypropylene induces a rapid and acute inflammatory response and a strong scar formation.  Heavyweight meshes with small pores such as the mesh in the TVT, induce an intense, chronic foreign body reaction with intensified bridging scar formation.[35]  An increased foreign body reaction with a chronic inflammatory response and the forming of a rigid scar plate are the primary reasons for the shrinkage and contraction of meshes.  Decreasing the weight of

---

[33] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.;
[34] Feiner B, Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol. 2010 Feb;115(2 Pt 1):325-30.;
Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.
[35] ETH.MESH.02316781

these meshes reduces both shrinkage and the inflammatory response. A pore size of greater than 1 mm is needed to prevent the fibrotic bridging and scar plate formation.[36] The mesh in the TVT has a pore size that is less than 1mm after implantation.[37] The fact that the pore size of the TVT is not greater than 1mm in all directions prevents proper tissue integration, which can reasonably be expected to result in the development of a rigid scar plate, leading to, among other things, the potential for increased erosion, pain, nerve entrapment, and dyspareunia.

Ethicon knew as early as 1998 that the construction and weight of the Prolene mesh utilized in the production of the TVT needed to be improved due to the fact that the mesh curled and folded under tension and would not return to its original shape, remaining curled.[38] Ethicon embarked on the "Prolene Mesh Improvement Project" to address these problems with the mesh. Ethicon ultimately changed the original, heavyweight 1974 mesh used for flat hernia repairs by (1) changing the construction of the mesh to prevent the mesh from curling up under tension, and (2) changing the size of the fiber used in the mesh from a 6 mil fiber to a 5 mil fiber, making the mesh lighter weight.[39] Despite these improvements to the Prolene flat hernia mesh, Ethicon continues to use the original construction, heavier weight 6 mil Prolene mesh in the TVT product. This is true even though Ethicon knows that mesh curls under tension, and that the mesh is known for its "bad curling quality."[40] Even though the initial long-term intent of the mesh improvement project was to replace the TVT mesh with the improved construction,

---

[36] ETH.MESH.01785259; ETH.MESH.02316781; ETH.MESH.02148431 Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17; Batke deposition 08/01/012 113:3 to 114:3, 172:6 to 174:15, 118:10 to 120:25;Hellhammer deposition 09/12/13 403:18 to 404:9; 407:13-23; Holste depositions 07/29/13 51:3 to 53:6; Holste Deposition 12/14/12 89:20 to90:21; Semin Immunopath (2011) 33:235–243 - a Scar net formation following large pore (~3 mm) and b scar plate formation following small-pore (~0.3 mm) mesh implantation; Arnaud deposition 9/25/13 756:9 to 757:8; ETH.MESH.03021946 T-Pro Stage Gate Meeting on August 25, 2008; ETH.MESH.02587926 When the Implant Worries the Body; ETH.MESH.01752532: Mesh Design Argumentation Issues; ETH.MESH.01785259 January 17, 2010 Email re; +M relaxation; ETH.MESH.04941016 Lightweight Mesh Development
[37] ETH.MESH.08315783;
[38] ETH.MESH.09264945
[39] ETH.MESH.10603246, HMESH_ETH_00782152
[40] ETH.MESH.02182839, HMESH_ETH_02030355

lightweight mesh,[41] Ethicon did not use the improved material because it felt that the changed mesh would "obsolete the clinical data" they already had on the TVT product, which was a competitive advantage for the company.[42]  An illustration of the TVT Prolene mesh curling after being placed under tension can be seen below.



Figure 1 – Control mesh sample before and after the application of the force.  A clear picture of mesh curling results.

Ethicon is also aware that the heavyweight, small pore nature of the Prolene mesh makes it more likely than lightweight, large pore, partially absorbable mesh materials to "fold up" following implantation.  This folding up of the mesh has also been referred to as the "potato chip" phenomena, which is caused by the increased inflammatory response to the increased

---

[41] ETH.MESH.09264884
[42] ETH.MESH.03911107

weight and small pores of the current mesh.[43]  Lightweight, large pore meshes tolerate compression much better than heavyweight Prolene mesh, which has pronounced edges and crumpling during tissue integration.[44]  This folding of the mesh increases the amount of scar tissue formation and increases the likelihood of fibrotic bridging and scar plate formation of the mesh.  In fact, in its 2004 product catalog, Ethicon advertised that its lighter weight, larger pore Vypro mesh had 60% less foreign body material compared to the Prolene mesh, and was less susceptible to the development of folded mesh post-implantation.[45]


Traditional polypropylene mesh. 90 days post-implantation. Fold development (in-vivo study)


Lightweight VYPRO* II mesh. 90 days post-implantation. Fold-free incorporation (in-vivo study)

### 3. Ethicon's cutting process made the mesh even more dangerous

For Ethicon's mesh that is mechanically cut, fraying is inherent in the design of the device.[46]  Stretching increases the probability of fraying, and when fraying occurs, the mesh narrows in places and particles break off and are lost from the mesh.[47] These defects in the mesh

---

[43] ETH.MESH.05918776
[44] ETH.MESH.05446129
[45] Ethicon 2004 product catalog
[46] ETH.MESH.00541379
[47] ETH.MESH.00541379

related to the mechanical cutting process lead to increased urinary retention, erosions, extrusions and exposures of the mesh into vaginal tissues, and particles of the mesh migrating into surrounding vaginal tissues causing pain.

Ethicon performed testing on TVT mechanically cut mesh samples where the mesh was stretched to 50% elongation and then measured for particle loss. Ethicon performed this test because based on their experience, 50% elongation was the estimated amount of force that is placed on the mesh during implantation.[48] In fact, one of Ethicon's Senior Engineers, Gene Kammerer stated that "it is my experience, after viewing many surgical procedures and performing numerous procedures on cadavers myself, that the mesh stretches approximately 50% at the maximum." [49] Testing done by Ethicon in 2002 showed that after elongation, some test articles lost up to 18% of their weight from particle loss.[50] A study published in 2004 by Pariente found that the TVT sling lost 8.5% of its particles during testing, more than 5 other competing slings.[51] Another researcher found the TVT easily deforms when tensioned under the urethra, which results in fraying or tanged edges and thinning of the mesh.[52] In fact, fraying during elongation was a major complaint of customers,[53] and was critical to the quality of the TVT device.[54] Physicians told Ethicon that particle loss from implanted mesh can migrate through vaginal tissues and cause pain.[55] The reason for the laser cut mesh project was to eliminate or reduce the release of these particles.[56]

---

[48] ETH.MESH.01824104, ETH.MESH.00584811, ETH.MESH.00301874
[49] ETH.MESH.00584811; ETH.MESH.08334244
[50] ETH.MESH.04384185
[51] ETH.MESH.0122105S, Pariente et.al., An independed biomechanical evaluation of commercially available suburetheral slings.
[52] Moali et.al., Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urgynecol J June 22, 2007
[53] ETH.MESH.10611169
[54] ETH.MESH.00301741
[55] ETH.MESH.05644164, ETH.MESH.03924557
[56] ETH.MESH.00301741

Ethicon continued to see problems with inconsistent tape width.[57]  Doctors would report that the edges of the tape were crumbling, and that it got worse if the tape was stretched.[58] Ethicon knew that the mechanically cut mesh was more likely to curl and rope which reduces the area of mesh to a localized point, increasing the pressure and potentially causing urinary retention.[59]  Ethicon also knew that the increased roping or deconstruction of the mesh knit due to the narrowing of the mesh could result in erosion.[60]  In 2005, Ethicon tested laser cut mesh for the TVT and again performed a 50% elongation test of the material and compared that side by side with the mechanically cut mesh. [61]  Ethicon found that that the laser cut mesh substantially reduced the roping, curling, fraying and particle loss they were seeing with the mechanically cut mesh.[62]  However, as discussed below, laser cutting of the mesh introduced new and different problems.

The roping and fraying of the mechanically cut mesh results in increased particle loss and frayed and sharp edges, which result in erosions, extrusions, and exposures of the mesh into the vaginal tissue of patients causing pain, chronic pain, and dyspareunia.  These problems, along with numerous other complications, are things I see on a daily basis in my clinical practice dealing with mesh complications, including Ethicon's TVT device.  Ethicon has known that it was important to have a mesh that did not fray or have "spiky" or sharp edges in 1997 before the TVT product was even launched in the United States, when it was reported to Ethicon that a patient treated with Prolene had a vaginal erosion requiring trimming of the mesh.[63]  Ethicon also

---

[57] ETH.MESH.12002601
[58] ETH.MESH.02180833
[59] ETH.MESH.01822361
[60] ETH.MESH.06696593
[61] ETH.MESH.08334244-45
[62] ETH.MESH.00526473
[63] ETH.MESH.12006257

knew that ideally, the Prolene mesh should have a smooth edge,[64] and that the mesh in the TVT should minimize abrasion.[65]  Ethicon received multiple reports from patients of frayed mesh extruding through vaginal tissues causing pain both for women and their sexual partners.[66]  The laser cut mesh created smooth or beaded edges in contract to the sharp, spike-like edges of the mechanically cut mesh,[67] which reduced the possibility of vaginal erosion.

In 2005, Ethicon introduced laser cut mesh which decreased the  likelihood of fraying mesh and in turn, substantially decreased the likelihood of these adverse events; yet Ethicon continued to sell the mechanically cut mesh for the TVT despite laser cut mesh being a safer option from the point of view of over-tensioning defects and complications.  However, the laser cut mesh created another set of problems.  In part due to the beaded edge, the laser cut mesh had different mechanical properties as compared to the mechanically cut mesh.  Specifically, the laser cut mesh was stiffer, less flexible, and less elastic than the mechanically cut mesh.[68]  These essential mesh properties affect how a plastic mesh performs when being implanted in the pelvic floor and change how much force the surgeon should use when implanting the mesh and setting the appropriate tension.  As previously discussed, the tension in an implanted mesh can lead to complications such as pain, erosion, and damage to tissues and organs.  Ethicon never warned doctors that the new laser cut mesh had different mechanical properties than the mechanically cut mesh.  Instead, Ethicon assured doctors that the laser cut mesh was identical to the mechanically cut mesh.

Despite the fact that Ethicon introduced the option of laser cut mesh for the TVT in 2006, they continued to offer the mechanically cut mesh for financial reasons.  The primary motivator

---

[64] ETH.MESH.09266457
[65] ETH.MESH.12009276
[66] ETH.MESH.02620914-02620917; ETH.MESH.02620964-02620968, 02621143-02621146, 02622276-02622279,
[67] ETH.MESH.09656790-09656795
[68] Deposition of David Robinson, MD, July 25, 2013 at 507:18-508:1 & 509:6-21

for continuing to sell the mechanically cut mesh was that they did not want to make obsolete the years of clinical data that were already available on the TVT.[69]  In fact, Ethicon employees were reluctant to change the mesh at all because they wanted to continue to rely on the clinical data already established, most notably the Ulmsten/Nilsson series of clinical studies.[70]  Ethicon instead chose to allow both meshes to "ski on the market" with the mechanically cut mesh being offered as the "Colonel's original recipe" in order to maximize the sales of the product, initially only offering the laser cut mesh to those customers who asked for it. [71]

As a result of all of the defects and problems with the mesh in the TVT discussed above, the TVT device should not be implanted into the human body for use in the treatment of SUI. These defects and problems with the mesh lead to numerous injuries, including but not limited to pain, acute and chronic pelvic pain, vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, negative impact on sexual function, the possibility of multiple pelvic erosions that can occur throughout one's lifetime, vaginal scarring, vagina anatomic distortion, inability to remove the device, permanent risks for erosions,  need for multiple surgical interventions, development of worsening incontinence and urinary dysfunction including urinary urgency, urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness, pain with lifting, pain with ambulation, and pain with sitting.

4.  Ethicon's Prolene Mesh tested positive for Cytotoxicity

Cytotoxicity is the quality of being toxic to cells.  If a woman's tissues or organs are exposed to a cytotoxic substance, the cells can undergo necrosis and die rapidly, or they can undergo a form of controlled "cell death," known  as apoptosis[72]  It is my understanding that it is common for medical devices to be subjected to Cytotoxicity testing before they are marketed to

---

[69] ETH.MESH.03911107
[70] Deposition of Brigette Hellhammer, MD, September 11, 2013 120-121; Deposition of Axel Arnaud, MD., July 19, 2013 35-37.
[71] ETH.MESH.00526473, ETH.MESH.00687820
[72] About Apoptosis.  Apoptosis Interest group, National Institute of Health, November 13, 2009

doctors and patients. In support of its application to market the TVT in the United States, Ethicon did not perform any controlled clinical studies to determine the Cytotoxic potential of the TVT prior to marketing the device, but instead determined that the "long term clinical experience with PROLENE mesh indicated that Cytotoxicity testing would be sufficient to support the biocompatibility of this [mesh] component."[73] Prior to the marketing the TVT device, the Prolene mesh had primarily been used in abdominal hernia repair, and had never before been specifically indicated for use in vaginal tissues. As a result, Ethicon's conclusion that no new clinical or animal studies were needed to evaluate the Cytotoxic potential of the TVT mesh is questionable at best.

In fact, to this day, I am not aware of any long-term studies undertaken by Ethicon to determine whether or not the TVT mesh is clinically cytotoxic in women.[74] However, early clinical studies indicated that the TVT mesh did indeed have cytotoxic potential. Notably, the 2004 Wang study reported a defective healing rate of 2.2% in a series of 670 patients, and a persistent defective healing rate of 1%[75]. While this study was not published until 2004, Ethicon had been advised that Dr. Wang had experienced 25 erosions from the TVT mesh, which he suspected was due to the body's rejection of the Prolene mesh in 2002.[76]

The initial Cytotoxicity testing of the TVT prototype device was conducted in March of 1997, and tested all components of the device together for a period of 24 hours. The results of this test indicated the mesh was severely cytotoxic.[77] Ethicon's own Scotland lab performed follow-up testing, this time testing the needle, heat shrinking tube, sheath, and polypropylene mesh separately. In this test, the polypropylene mesh in the TVT again tested positive for

---

[73] ETH.MESH.08476210
[74] Dr. David Robinson deposition, September 11, 2013, 1101:24-1102:5
[75] Wang AC, et. al. A histologic and immunohistochemical analysis of defective vaginal tape healing after continence taping procedures: A prospective case-controlled pilot study. American Jorunal of Obstetrics
[76] ETH.MESH.03736989, ETH.MESH.00409674
[77] ETH.MESH.06851860 at ETH.MESH.06852121

marked cytotoxicity. Ethicon did a third and final test in July of 1997, which finally provided a non-cytotoxic result for the polypropylene mesh. Ethicon relied on the results of this final, July 1997 test in support of its application to market the TVT device, and did not report the two prior positive cytotoxic test results to the FDA, surgeons, or the public. Ethicon's own Worldwide Medical Director from 2005-2010 was not aware of these positive tests during his tenure.[78] Notably, even the 1997 ISO elution testing showed that the polypropylene mesh in the TVT was moderate to severely cytotoxic, while the ISO agarose diffusion testing showed the mesh was non-cytotoxic. Despite the positive ISO elution testing, and the two previous tests showing the mesh was Cytotoxic, Ethicon concluded that "the long history of safe clinical use of polypropylene as a mesh and suture products suggests strongly that the material is inherently biocompatible, and the potential Cytotoxicity observed is self-limiting and minimal when compared to the implantation procedure itself."[79] It is my opinion that based on the 3 positive cytotoxic test results, that Ethicon failed in its duty as a reasonable medical device manufacturer by not conducting long-term studies to assess the Cytotoxic potential of the TVT mesh prior to marketing the device in women. This is particularly true in light of the fact that the Prolene mesh had never before been indicated specifically for use in vaginal tissues, and that there was only limited, short term data for 200 patients on a prototype device available at the time the device was first sold in the United States. In addition, the reports of 25 tape erosions from Dr. Wang in 2002 should have triggered an additional testing and assessment of the cytotoxic potential of the TVT mesh, but no additional cytotoxic testing was done as a result of these reports.

---

[78] Dr, David Robinson deposition, September 11, 2013, 1094:19-1095:1.
[79] ETH.MESH.08476210

I have seen the clinical effects of the cytotoxic potential of the TVT mesh in my practice. When I have removed Prolene TVT mesh from a patient with a mesh erosion, the tissue surrounding the mesh frequently shows evidence of necrosis and cell death. This type of necrosis is typically due to either: toxins, infections, trauma, or some combination of the three.

5. The TVT design is flawed because there is no way to properly tension the TVT device to lack of uniformity and it shrinks, ropes, curls and deforms making it too difficult to tension properly

Proper tensioning of the TVT device is critical to ensure that the device is successful in its intended use to cure stress urinary incontinence and to prevent complications. However, the design of the TVT device is flawed because Ethicon cannot properly determine and/or instruct surgeons on the proper placement of the device and, in fact, Ethicon provides contradictory instructions on tensioning in its instructions for use.

It is known that improper tensioning of the TVT can lead to failure of the procedure, urinary retention, and well as urinary obstruction.[80] The fact that the cough test was necessary to properly tension the mesh was noted by Dr. Ulmsten in his original 1996 publication on the TVT, as well as the co-inventor of the TVT, professor Nilsson, who noted that there was a 15% difference in success rates between patients treated with the TVT under local anesthesia with a cough test, and under general anesthesia, where no cough test was possible.[81] Despite being aware of this concern, Ethicon launched the TVT with an IFU that informed physicians that the procedure could be performed under general or local anesthesia, yet did not inform physicians that the success rate was much greater if performed under local anesthesia with a cough test.

---

[80] ETH.MESH.05222687
[81] ETH.MESH.0404851

Too much tension on the mesh can also lead to vaginal or urethral erosions.[82]  In 2001, Ethicon medical directors recognized the need to have a standardized approach for tensioning the TVT and were working on a product which would avoid excessive tension on the mesh, but this product was never completed, and Ethicon never properly addressed how to instruct surgeons how to properly tension the mesh.

The IFU for the TVT provides insufficient and contradictory information on how to properly tension the TVT.  In fact, Ethicon employees have acknowledged that the TVT has never truly been tension free, despite years of marketing it as such, and that they cannot accurately describe how to tension the mesh.[83]  The IFU's Warnings and Precautions section cautions surgeons to "ensure that the tape is placed with minimal tension under the mid-urethra." Yet in the very same section, the surgeon is instructed to place the tape "tension-free" in the mid-urethral position to minimize the risk of de novo detrusor instability.  Surgeons are told in the instruction section that once the tape is placed, they should pull the needles upwards "to bring the tape (sling) loosely, i.e. without tension, under the midurethra" and to adjust the tape so that leakage is limited to no more than one or two drops.  The physician must put some kind of tension or force on the tape in order to limit the leakage.

The IFU's Adverse Reactions section says that over correcting, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction, yet the surgeon has been previously provided with five conflicting and confusing instructions to place the tape with (1) minimal tension, (2) tension-free, (3) loosely, (4) without tension, and (5) to adjust the tail of the TVT mesh until leakage is limited.[84] This leaves the physician with no clear, articulable standard on how to void the serious adverse reaction of urinary retention or urinary

---

[82] ETH.MESH.05529653; ETH.MESH.0016113; ETH.MESH.05529274; ETH.MESH.04044797
[83] ETH.MESH.01784428; ETH.MESH..06861473
[84] TVT IFU

obstruction. Since it is generally impossible to adjust the tensioning more than 24 hours after an operation as tissue ingrowth begins to occur, a re-operation surgery is generally required to correct this adverse event. Therefore, it is particularly important for patient safety to determine and describe the proper tensioning of the device as part of the product design. In addition, IFU is silent of the fact that over tensioning can cause other adverse reactions as well, including vaginal or urethral erosion.

Moreover, Ethicon failed to inform that physicians that the mesh could shrink from 30-50% once the TVT was placed, which would affect the final placement and tensioning of the mesh, and failed to account for shrinkage in determining tensioning for the TVT.[85] Ethicon also failed to account for the effects that roping, curling, narrowing, and deformation of the mesh could have on tensioning. It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by not developing and articulating clear and accurate instructions to surgeons on how to tension the mesh, rendering the device defective. It is also my opinion to a reasonable degree of medical certainty that Ethicon cannot develop and articulate clear and accurate instructions on how to properly tension the mesh as long as defects of heavyweight mesh shrinkage, roping, curling, narrowing, and deformation of the mesh exist as those defects create too many variations in the tensioning of the device to be overcome by instructions, no matter how well designed and articulated they may be.

6. The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides which can be abundantly found in the vagina

The polypropylene mesh in the TVT is made from plastic pellets supplied by Sunoco, a petrochemical company. Included with these plastic pellets is a material safety data sheet,

---

[85] Ethicon knew that polypropylene mesh would likely shrink after implantation, and used 30% as a rule of thumb for that shrinkage. ETH.MESH.03917375. Actual shrinkage rates vary based on the individual patient, type of mesh, and location of mesh in the body.

(MSDS) which is intended to provide those handling or working with the product instructions and information on how to handle the substance in a safe matter. The MSDS for the TVT polypropylene states:

Incompatibility

The following materials are incompatible with this product: Strong oxidizers such as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen, sodium hypochlorite, calcium hypochlorite and permanganates. Chlorine; Nitric acid;[86]

While the plastic used to make the TVT mesh is also used in a number of other Ethicon products, including Prolene hernia mesh and Prolene sutures, this warning is particularly important as it applies to the TVT mesh, as the TVT mesh is intended to be placed in the vagina, which is a ready and natural source of peroxides, a strong oxidizer. Peroxides are regularly produced naturally by a woman's body. The Prolene hernia mesh is not intended to be placed in vagina, and the TVT mesh contains approximately 1,000 times more plastic material than a Prolene suture, so the clinical effects of oxidization would be markedly different between a suture and the TVT mesh.

This warning in the Prolene MSDS should have triggered an investigation into the effects that the naturally occurring oxidizers in the vaginal would have on the TVT mesh prior to Ethicon's marketing of the device, particularly with regard to oxidation and degradation of the mesh, as well as inflammation caused the presence of these naturally occurring substances in a woman's vagina. At the very least, Ethicon should have passed this warning along to surgeons and patients using the TVT mesh so they could make an informed choice about whether or not to use the device. However, no such warning regarding the TVT mesh's incompatibility with strong oxidizers has been communicated in the IFU, and Ethicon never did studies specifically

---

[86] Sunoco MSDS, 2003, 2005, 2009.

examining the clinical effect of these natural oxidizers on the TVT mesh. It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by failing to include this warning in the IFU, and by failing to adequately study the clinical effects of the vagina's natural oxidizers on the TVT.

      D.      Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU") for the TVT

Ethicon's Instructions for Use ("IFU") fails to disclose important safety and risk information to physicians thereby compromising the ability for all levels of surgeons to adequately and appropriately consent their patients prior to the implantation of the TVT device. The IFU serves as the main modality for information regarding surgery. The IFU is the one document that Ethicon knew all surgeons see prior to the implantation of the TVT device.[87] In addition, according to Ethicon's Medical Director Piet Hinoul, physicians should be allowed to rely on the safety information in the IFU standing alone.[88] For this reason and according to Ethicon's own Regulatory and Medical Affairs, all risks associated with a medical device must be included in the products' IFU.[89] This is true so that all physicians know the safety and risk information known to a company and related to a specific product. In this case, the IFU for the TVT only lists the following information in its Adverse Risks Section for the TVT:

Adverse Reactions

* Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.

* Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.

---

[87] Deposition of Dr. Richard Isenberg November 6, 2013 566:4-8
[88] Deposition of Dr. Piet Hinoul, January 14, 2014, 1207:18-1208:11
[89] Deposition of Catherine Beath, July 12, 2012, 592:7-11, Deposition of Dr. Marty Weisberg, August 9, 2013, 959:19-960:15

* As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE mesh is designed to minimize the risk of contamination.

* Over correction, i.e., too much tension applied to the tape may cause temporary or permanent lower urinary tract obstruction.

The IFU for the TVT fails to disclose numerous adverse risks, safety information and warnings that are associated with the product, including, among others, the following:  Death, pain, chronic pelvic pain, permanent dyspareunia, permanent sexual dysfunction, injury and pain to partner during sexual intercourse, negative impact on sexual function, vagina anatomic distortion, inability to remove the device, permanent risks for erosions, surgical interventions, development of worsening incontinence and urinary dysfunction.  My review of internal documents and the depositions of Ethicon employees reveals that Ethicon was aware of these risks before or at the time the TVT was first marketed and sold.[90]  In my opinion, Ethicon's failure to warn of these significant risks makes the TVT defective.

Additionally, Ethicon not only failed to disclose certain defects related to the product in the IFU, they downplayed several of the actual defects.  The defects related to the mesh that Ethicon failed to disclose in its IFU are as follows:  roping, curling, fraying, particle loss, degradation, contraction and shrinkage, chronic foreign body reaction and decreased pore size. In addition, Ethicon failed to disclose risks and information related to cytoxicity and the MSDS discussed above.  Ethicon's decision to forgo adequate warnings of these defective characteristics of the TVT, also makes the TVT defective.

Ethicon also failed to include warnings in its IFU related to the increased risk of mesh extrusion in women with prior vaginal surgeries, vaginal atrophy, vaginal injury and post-

---

[90] Deposition of Piet Hinoul, June 27, 2013 552:2-9;  Deposition of Catherine Beath, July 12, 2013; 608:13-20

operative infection.[91] In addition, Ethicon failed to inform physicians that the TVT procedure performed under general anesthesia increases the risk of urinary retention, erosions and failure of the surgery. All of the above risks safety and warning information was known to Ethicon prior to or around the time that the TVT was first marketed. Finally, Ethicon did not tell physicians that the TVT device would not work as well in smokers or obese patients.[92] Ethicon failed to act like a reasonable medical device manufacturer by failing to include the above risk, safety and warning information. The failure to include this information deprived physicians of the information and prevented them from truly and fully being able to consent their patients prior implanting TVT devices.

Ethicon also downplays and misrepresents significant information in its IFU related to certain mesh properties. Despite the significant amount of data regarding mesh-related inflammatory response, the original and the revised IFU for TVT claim that implantation of Gynecare TVT mesh "elicits a minimum to slight inflammatory reaction, which is transient". This is not true as the inflammatory response is chronic according to my clinical experience with the mesh and the testimony of Ethicon Medical Directors David Robinson and Piet Hinoul and is extensively documented in dozens of dozens of Ethicon documents.[93]

In addition, Ethicon states in its IFU that the mesh is not subject to degradation, which is also inconsistent with Ethicon internal studies and documents. In short, Ethicon not only failed to disclose certain risks associated with the product, it downplayed or inaccurately portrayed issues related to the mesh in the IFU. Thus, Ethicon failed to act like an appropriate medical device manufacturer in this regard. Ethicon prevented physicians from being able to have an

---

[91] Deposition of Rick Isenberg, November 6, 2013 582:17-583:1, ETH.MESH.00159634 at 00159697; ETH.MESH.00203456.
92 ETH.MESH.00640394, Deposition of Aaron Kirkemo, January 7, 2014, 556:4-19; 556:24-557:1; 557:5-558:21
93 Deposition of Dr. David Robinson, September 11, 2013, 1087:7-1089:15; Deposition of Dr. Piet Hinoul, January 14, 2014, 1192:4-1199:12; ETH.MESH.02340504 TVT IFU; ETH.MESH.00339437-442 "5 Years of Proven Performance" Feb 2002

appropriate and accurate informed consent discussion with their patients by concealing and misrepresenting this type of information. As a result, numerous patients have suffered injuries from the TVT device that were not disclosed to them as potential adverse risks related to the TVT.

Interestingly, in May 2015, Ethicon issued a new IFU which adds numerous new risks and warnings for the first time, including but not limited to acute and/or chronic pain, dyspareunia to patients and partners that may not resolve and that one or more revision surgeries maybe be necessary to treat adverse reactions. [94] As stated above, Ethicon had knowledge of these risks prior to the time the TVT was first marketed or sold.

E.     Ethicon Failed To Conduct Appropriate Studies Related to the TVT

Ethicon has never conducted a long-term randomized controlled trial with safety as a primary endpoint.[95] There are also very few studies which have actually studied chronic, long-term pain with the TVT.[96] In addition, to my knowledge, with respect to studies performed by persons outside of Ethicon, very few are long term randomized controlled studies and none include a primary endpoint of safety.[97] There have also been recent studies that suggest that the studies assessing risks of synthetic mid-urethral slings to date are poor and that long term data or evidence lags behind shorter-term studies.[98]

Ethicon routinely relies and promotes its products based on long-term data that originates from the original Ulmsten (and later Nillson) data and studies. However, the studies lack significant data and fail to consider or inquire about many safety risks on the original patient

---

[94] TVT IFU, May, 2015
[95] Trial Testimony of Piet Hinoul in Linda Batiste Trial, 3-27-14 pm 57:9-12, 57:9-12
[96] Deposition of Dr. David Robinson, September 11, 2013, 978:7-14
[97] Deposition of David Robinson, 977:2-18
[98] Ford, et. al. Mid-urethral sling operations for stress urinary incontinence in women (review). The Cochrane Library, DOI: 10-1002/14651858.CD006375.pub3 (2015); Blaivas, et. al. Safety considerations for synthetic sling surgery. Nat. Rev. Urol. 18 August 2015, e-publication ahead of print.

37

cohort. The Ulmsten/Nillson data is also biased in that Dr. Ulmsten had financial incentives to obtain certain results with his original studies and received numerous payments, consulting agreements and royalties related to the TVT and his involvement with Ethicon.

F.     Ethicon Failed to Consider Numerous Known Risks and Hazards of the TVT in its Design Process

As part of its design process, Ethicon is required to look at the potential risks of the implant. [99] According to Ethicon's Former Medical Director, there is a very formal process related to FMEAs, failure modes and risk analysis in determining different ways that things go wrong.[100] In making these determinations about risks, Ethicon relies on medical expertise from urologist like me to project what potential harms might result based on experience and literature. [101] According to Ethicon, a risk assessment is required to take into account all of the potential harms a product can cause once implanted.[102]

I have reviewed the relevant risk assessment documents created as part of the design of the mechanical-cut TVT, including the Preventia risk analysis performed by Medscand AB in 2000 and the updated Risk Assessment done in 2002.[103] These risk assessments leave out or do not take into account numerous risks and complications related to the TVT, including roping, curling, deforming, fraying, particle loss, degradation, contraction and shrinkage, chronic foreign body reaction and decreased pore size due to its heavyweight and/or the fact that the device is impossible or difficult to remove. Based on testimony and internal documents I have reviewed and discussed above, Ethicon had knowledge of these risks at the time the TVT was launched.[104] As a result, Ethicon should have taken these into account during the design of the TVT and

---

[99] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[100] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[101] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[102] Deposition of Scott Ciarocca, March 29, 2012, 97:23-98:21
[103] ETH.MESH.01317508
[104] Deposition of Piet Hinoul, June 27, 2013 552:2-9; Deposition of Catherine Beath, July 12, 2013; 608:13-20

should have designed out these defects or warned about them. Because Ethicon failed to do so, the risks of the TVT are too great, and outweigh the benefits of the product.

For the reasons set forth above, Ethicon fell below the standard of care of a reasonable and prudent medical device manufacturer by using the old construction mesh in the TVT device as it should not be used in the pelvic floor when implanted in this manner. These design defects of the mesh and the TVT lead to long term complications, pain, acute and chronic pelvic pain, vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, negative impact on sexual function, the possibility of multiple pelvic erosions that can occur throughout one's lifetime, vaginal scarring, vagina anatomic distortion, inability to remove the device, permanent risks for erosions, need for multiple surgical interventions, development of worsening incontinence and urinary dysfunction including urinary urgency, urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness, pain with lifting, pain with ambulation, and pain with sitting.

## V.    Exhibits

My current curriculum vitae is attached as Exhibit A.

All materials that have been available to me to consider in support of my finding and opinions are included above and listed below in Exhibit B.

## VI.    Recent Testimony

I have testified as an expert at the following trial:

*Coloplast A/S v. Generical Medical Devices*; United States District Court – Western District of Washington at Tacoma Case No. C10-227BHS

*Linda Gross et al. v. Gynecare, et al.;* Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08

*Diane Bellew v. Ethicon et al.;* United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473

*Janice L. St. Cyr v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-02313

*Kathleen Stanbrough v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-06937

*Sheila Sutton v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-00105

*Pamela Ailey v Cook Medical, Inc., et al.;* United States District Court, Southern District of West Virginia Case No. 2:13-CV-20496

## VII.  Compensation

I am compensated for investigation, study and consultation in the case at the rate of $700.00 per hour.


_____February 1, 2016_____          _____

DATE                              DANIEL ELLIOTT, M.D.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 AND ANY SUBSEQUENT WAVE CASES | Master File No. 2:12-MD-02327<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

<u>**RULE 26 EXPERT REPORT OF DR. DANIEL ELLIOTT**</u>

# Table of Contents

I.     **Background and Qualifications** .................................................................. 1

II.    **Basis of Opinion** ..................................................................................... 2

III.   **Summary of Opinions** ............................................................................ 4

IV.   **Expert Opinions** ..................................................................................... 5

   A.   **Background on SUI and Treatments** .................................................. 5

     1.   Normal Anatomy vs. Stress Urinary Incontinence .................................. 5

     2.   Alternative/Traditional SUI Treatment Options ...................................... 6

     3.   Behavior modification & Pelvic Floor Therapy & Exercises.................... 6

     4.   Medication .............................................................................................. 7

     5.   Pessaries ................................................................................................. 7

     6.   Surgery ................................................................................................... 8

     7.   Marshall-Marchetti-Krantz & Burch Colposuspension: ......................... 8

     8.   Pubovaginal Slings (Autologous/Cadaveric) ......................................... 8

   B.   **History of Synthetic Mesh Use in General Surgery** ........................... 9

     1.   Synthetic Mesh Use in Pelvic Floor ..................................................... 10

     2.   Mentor ObTape® .................................................................................. 11

     3.   TVT – Obturator ................................................................................... 11

       a.   TVT-O Device and Prolene Mesh Sling. ........................................ 12

       b.   TVT Helical Passers ........................................................................ 12

       c.   TVT Atraumatic Winged Guide ...................................................... 13

       d.   Surgical Technique .......................................................................... 13

   C.   **The Old Construction Heavy Weight/Small Pore Mechanically and Laser Cut Polypropylene Mesh in the TVT-O Should Not Be Used in the Pelvic Floor.** ........... 14

     1.   The mesh in the TVT-O is not inert and degrades ................................ 14

     2.   The TVT-O mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation, and folding and curling of the mesh. ............................................................................................... 18

     3.   Ethicon's cutting process made the mesh even more dangerous............. 24

     4.   Ethicon's Prolene Mesh tested positive for Cytotoxicity ...................... 29

5.   The TVT-O design is flawed because there is no way to properly tension the TVT-O device to lack of uniformity and it shrinks, ropes, curls and deforms making it too difficult to tension properly ..................................................... 32

6.   The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides which can be abundantly found in the vagina ........................................ 34

D.   Ethicon Failed to Disclose and/or downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU") for the TVT-O. .................. 36

E.   Ethicon Failed To Conduct Appropriate Studies Related to the TVT-O .................. 39

F.   Ethicon Failed to consider numerous known risks and hazards of the TVT-O in its design process. ..................................................................................... 40

V.   Exhibits ............................................................................................................. 41

VI.   Recent Testimony ............................................................................................. 42

VII.   Compensation ................................................................................................. 42

## I.        Background and Qualifications

I am an Associate Professor of Urology at Mayo Graduate School of Medicine in Rochester, Minnesota.  I received an M.D. in 1993 from Loma Linda University School of Medicine in Loma Linda, California.  Following graduation from medical school, I completed my surgical residency in Urology at the Mayo Graduate School of Medicine at the Mayo Clinic in 1999.  I then completed a one-year advanced surgical fellowship at Baylor College of Medicine in Houston, Texas, in Neurourology, Urodynamics and Voiding Dysfunction.  I then re-joined the faculty at the Mayo Clinic, where I have spent the last 15 years specializing in treating pelvic organ prolapse and urinary incontinence in women and urinary incontinence in men.  I have published over 60 peer-reviewed articles and given over a hundred lectures, many of which relate to urinary incontinence and pelvic organ prolapse.  A Mayo Clinic colleague and I were the first to perform robotic sacrocolpopexy surgery for the treatment of high-grade prolapse and to publish extensively on the subject.  I am a frequent invited lecturer at medical and surgical conferences addressing pelvic organ prolapse and stress urinary incontinence and their evaluation, treatments, surgical options and management of complications.  I have taken and passed the subspecialty credentialing process recently established by the combined boards of the American Board of Urology and American Board of Obstetrics and Gynecology in Female Pelvic Medicine and Reconstructive Surgery.

Attached, as Exhibit "A", to this report is a copy of my current curriculum vitae, which includes an up-to-date list of my publications, presentations, awards, and other academic activities.

## II.     Basis of Opinion

I have been asked to provide opinions regarding the subject of female stress urinary incontinence, its evaluation, treatments, surgical options and management of complications as well as to address the actions of Ethicon, Inc., Ethicon Women's Health and Urology, a Division of Ethicon, Inc., Gynecare and Johnson & Johnson (collectively referred to as Ethicon). The focus of my investigation for this report is on the Tension-Free Vaginal Tape-Obturator ("TVT-O") and, specifically, the characteristics of the product that make it defective or, in other words, that make the risks to the patient outweigh the benefits to the patients. My opinions are based on my personal knowledge, experience, and my investigation in this case. All of my opinions, and the basis of those opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe are true and correct to a reasonable degree of scientific and medical certainty. I do, however, reserve the right to supplement this report and my opinions in light of any additional material or information provided to me, including any reports submitted and/or any other discovery that is taken in this case. Furthermore, if called to testify, I would plan to use various demonstrative exhibits, animations, video recordings, and/or anatomic models to show the relevant anatomy and surgical procedures and to describe my opinions as set forth in this report.

My opinions and conclusions regarding the Tension-Free Vaginal Tape product, its surgical procedure, its impact on patients and surgical colleagues, as covered throughout this report, have not been derived in isolation or are the basis of solitary data and opinion; rather, my report has been formed and influenced by multiple sources, briefly summarized as follows. My independent clinical and laboratory mesh-specific research including clinical manuscripts pertaining to female SUI, female pelvic organ prolapse, including mesh-specific complications;

animal laboratory studies regarding the effects of polypropylene mesh and host foreign body response and inflammatory response; by advanced surgical fellowship training in Voiding Dysfunction and Neurourology, which is above and beyond the normal six-year urologic surgical training and my personal surgical, clinical, and research experience implanting synthetic mesh slings; my personal surgical, clinical, and research experience as a Female Pelvic Medicine and Reconstructive surgical specialist at a high volume tertiary center managing highly complicated SUI patients and the management of mesh-related complications, including the medical and surgical revisions, removal and treatment of synthetic mesh slings complications, including complications caused by the Ethicon TVT-O device; my attendance and participation at national and international Urological and Gynecological surgical meetings, including, but not limited to the International Pelvic Pain Society, International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, European Urological Association Subsection of Female Urology and Reconstructive Urology have also helped to form my opinions. I have prepared and have given lectures specifically focused on the complexities of treating female SUI and the management of complications associated with such treatments at national and international lectures including, but not limited to the International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, European Urological Association Subsection of Female Urology and Reconstructive Urology. I have had personal interactions and discussion with national and international urologic, gynecologic, urogynecologic and general surgery colleagues regarding the management of SUI in women, manifestation of mesh-specific complications and the treatment of mesh-

3

specific complications. As part of my interest in being as educated and as up-to-date and accurate as possible, I have reviewed the readily available medical literature pertaining to the treatment of SUI and the management of its complications from sources including but not limited to medical journals and the United States National Library of Medicine and the National Institute of Health.

I am a surgical journal editor and/or reviewer for 15 urologic and/or gynecologic journals (please see Curriculum Vitae for complete listing of journals) and was named Best Reviewer in Female Urology/Incontinence/Neurourology for two consecutive years (2012-2013) for the Journal of Urology. This is the highest honor awarded by the Editor of the Journal of Urology for excellence in manuscript review and preparation.

I have also performed a systematic review of internal Ethicon documents as they pertain to surgical mesh, TVT-O, the TVT-O procedure, expected SUI surgical results, expected SUI complications and rates of SUI complications, and marketing strategies designed for my surgical colleagues in urology, gynecology and urogynecology as well as for potential SUI patients. I have also reviewed the testimony of Ethicon employees. The materials I have reviewed and relied upon to form my opinion for this report are contained throughout the report and attached as Exhibit "B".

## III.    Summary of Opinions

    A.    Background on SUI and Treatments

    B.    The Polypropylene Mesh in the TVT-O Should Not Be Used in the Pelvic Floor

        1.    Polypropylene mesh in the TVT-O is not inert and degrades;

        2.    The TVT-O mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction of the mesh, fibrotic bridging, folding and curling of the mesh, and scar plate formation;

        3.    Ethicon's cutting process made the mesh even more dangerous.

4. The TVT-O mesh tested positive for cytoxicity which can cause cell death and complications to women and, therefore, it should not be used in the pelvic floor;

5. The TVT-O design is flawed because it is too difficult to properly tension the TVT-O device due to lack of uniformity, and the device shrinks, ropes, curls and deforms making it impossible to tension

C. Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU")

D. Ethicon Failed to Test or Conduct Appropriate Studies Related to the TVT-O

E. Ethicon Failed to consider numerous known risks and hazards of the TVT-O while designing the product.

## IV. Expert Opinions

### A. Background on SUI and Treatments

#### 1. Normal Anatomy vs. Stress Urinary Incontinence

Female stress urinary incontinence ("SUI"), also known as intrinsic sphincter deficiency (ISD), is a relatively common condition in which a woman leaks urine when her body experiences an increase in abdominal pressure, which in turn increases the pressure on the bladder. The abdominal pressure (A.K.A. "stress") is caused by a wide variety of activities including coughing, laughing, sneezing, jumping, bending over, picking something up, running, or any other sudden movement that increases pressure on the bladder.

In a woman, the urine leakage caused by SUI is due to factors like to weakening of the muscles that surround the urethra and/or a lack of fascial support for the urethra. The fascia below the urethra serves as a backboard to prevent the urethra from "falling down and funneling open." SUI is much more common in women than in men, largely because of pregnancy, childbirth, menopause and hysterectomies, to mention a few. Each of these conditions cause physical changes in the fascia used to support the urethra, which in turn results or contributes to SUI. There are multiple fascias, or tissues, that support the urethra, including fascia located in

5

the area of the pelvic floor and endopelvic fascia.  In a woman with SUI, these fascia fail to provide sufficient support for the urethra, allowing the urethra to move downward when there is a sudden increase in pressure, such as that caused by a cough or a sneeze.  When this happens, urine leaks out of the urethra.

SUI can have very serious effects on a woman's physical and mental health.  It is not uncommon for women with SUI to stop participating in activities they once enjoyed, such as sports and other recreational activities or experience mental illness such as depression.

### 2.  Alternative/Traditional SUI Treatment Options

Stress urinary incontinence affects approximately 15% to 35% of women in population-based studies [Abrams et al].  While surgical treatments are generally safe and highly effective, women with stress incontinence symptoms may wish to avoid or defer surgery for medical or personal reasons.  Further, expert consensus groups recommend that non-surgical options should be offered as first-line therapy for incontinence [Hays et al].

### 3.  Behavior modification & Pelvic Floor Therapy & Exercises

Simple lifestyle or behavioral modifications such as weight loss and/or avoidance of dietary irritants such as caffeine and nicotine are often the first line of treatment and therapy and may be the only treatment necessary.  Also, pelvic floor muscle exercises (Kegel exercises) are used to strengthen the muscles surrounding the urethra so that urine is less likely to leak.  These therapies require time, effort and commitment, but they do not have side effects and are often very effective.

Alternatively, pelvic floor electrical stimulation utilizes electrical current to strengthen the pelvic floor and to improve its function.   Biofeedback is a treatment regimen performed under the care of a specialist and/or physical therapist.  It is a safe and effective method of increasing pelvic floor strength and has a role in helping women with mild stress incontinence.

6

Biofeedback attempts to retrain patients on how to more appropriately use their pelvic floor muscles thereby improving their urine control. Consequently, the patient becomes more aware of her pelvic muscles and will be better able to identify and use them. Pelvic floor electrical stimulation combined with biofeedback may prove useful in that the electrical stimulation provides a passive contraction with increased awareness, via biofeedback, of pelvic muscle contractions.

### 4. Medication

There are several medications that have been studied for the potential treatment for SUI (Topical Estrogen, α-Adrenergic Agonists, Imipramine, Duloxetine, β-Adrenergic Antagonists, and $\beta$-Adrenergic Agonists). However, to date their benefit is minimal for SUI and is essentially limited to possibly benefiting overactive bladder.

### 5. Pessaries

Pessaries have been used for thousands of years to treat pelvic organ prolapse and SUI and, prior to the advent of successful surgical options; pessaries were essentially the only viable treatment for POP and SUI. Specifically, "continence pessaries" represent an alternative or complementary non-surgical approach to the treatment of stress incontinence. These devices work by providing a platform against which the urethra can compress during strenuous activity such as lifting or coughing. There are several studies describing the effectiveness of pessaries for treatment of stress incontinence but most of these studies are based on small samples of participants with short-term follow-up, which make their results questionable. Ultimately, however, due to inherent limitations of effectiveness and complications such as vaginal pain, discharge, odor and necessity of routine medical care, most patients with SUI using pessaries discontinue using the pessary.

### 6. **Surgery**

Surgeons have spent hundreds of years trying to develop successful treatments for SUI. Over the course of time, several successful surgical techniques have been devised, but all of the treatments have the common component of reestablishing support for the urethra that has been weakened and damaged by childbirth, hysterectomy, obesity and age.

### 7. **Marshall-Marchetti-Krantz & Burch Colposuspension:**

In the 1940's, the Marshall-Marchetti-Krantz (MMK) procedure was developed. The MMK procedure is a surgery in which the surgeon secures the neck of the bladder—i.e., where the bladder meets the urethra—to the pubic bone with a series of sutures. The Burch colposuspension procedure is another procedure that was developed shortly after the MMK procedure. The Burch procedure is successful in treating urinary incontinence with success rates equivalent to mid-urethral synthetic slings. The Burch procedure takes longer than a procedure to implant a synthetic mid-urethral sling, however, the long-term complications with Burch related to chronic pain and dyspareunia are minimal when compare to mid-urethral synthetic slings.

### 8. **Pubovaginal Slings (Autologous/Cadaveric)**

In the 1980's, a major advancement occurred with the introduction of a procedure known as the pubovaginal sling (PVS). The procedure uses harvested tissue from the tough abdominal wall tissue called abdominal fascia and then implants that tissue in the shape of a sling (hammock) around the neck of the bladder and up to the abdominal wall. Since the fascial tissue comes from the patient herself it is called "autologous" meaning tissue that comes from the same individual. The procedure rapidly rivaled the Burch colposuspension as the "gold standard" for the treatment of SUI in women. With the advent of biologic and synthetic mesh-slings the

number of PVS procedures initially decreased. However, with the increasing awareness among surgeons and patients regarding the complications (dyspareunia, life-altering pain, chronic sexual dysfunction, erosions and the others listed throughout this report) of vaginal synthetic mesh use, the PVS procedure has seen a significant resurgence. In some regions and practices around the nation, the PVS has become the mainstay of therapy. In my own personal practice, at a major tertiary referral medical center, I have abandoned essentially all synthetic mesh sling implantation due to the problems associated with complications, patients' fears, patients' refusal to have mesh inserted into their bodies and cost.

### B. History of Synthetic Mesh Use in General Surgery

Abdominal and thoracic wall weaknesses, called hernias, exist due to weaknesses within the abdominal wall or thoracic wall due to conditions such as birth defects, surgery, and radiation effects. Traditional hernia repair surgery evolved using sutures (stitches) to bring the native tissue together. However, due to the inherent weaknesses of the tissues, failure was common and frequently resulted in significant pain and suffering for the patient. Therefore, in the 1950's, surgical meshes for hernia repairs were introduced. Subsequently, academic presentations, surgical reports and journal manuscripts began to describe mesh-related complications such as chronic pain, abdominal wall rigidity, mesh contraction, infection, fistula formation, chronic inflammatory process and recurrence.

An abundant amount of evidence in the medical literature and basic science data has been gathered over the past two decades that indicate that there is a strong and direct relationship between postoperative mesh complications and mesh design. Reducing mesh-related complications demands a thorough understanding and knowledge of the chemical, physical and synthetic characteristics of meshes and how they react inside the human body. Based upon vast

amounts of general surgery and basic science literature, there is a consensus that synthetic meshes that are low-weight, large-pore size, high porosity, monofilament, and capable of maintaining their elasticity under load will have the better results with fewer complications. Of all the mesh characteristics, mesh stiffness, porosity and the pore size of the mesh are of critical importance.

### 1. Synthetic Mesh Use in Pelvic Floor

Introduced in April 1997 as a treatment for female urinary stress incontinence, the ProteGen® sling was a synthetic polymer (polyester) mesh sling implant not a polypropylene mesh as is TVT. Surgeons implanted the ProteGen polyester sling underneath the urethra to provide support and to reduce SUI. Unfortunately, nearly immediately following Protogen's launch, a large number of patients began experiencing severe complications such as polyester mesh erosion through the vaginal wall, vaginal infections, vaginal discharge, vaginal bleeding, foul odor and dyspareunia. In January 1999, Boston Scientific Corporation, ProteGen's manufacturer, recalled the product due to the unusually high number of complications. In the December 1999 edition of *The Journal of Urology*, a group of respected urologists from across the United States reported their findings on those complications. These findings included a high rate of complications such as tissue erosion and urethral erosion among patients in whom the ProteGen sling was placed.

During the TVT-Retropubic's FDA submission process in the late 1990's, Ethicon used the ProteGen® sling as its predicate device despite the problems and ultimate recall discussed above. In 2003, Ethicon then used the TVT-Retropubic as its predicate device during the TVT-Obturator 510(k) submission process.

10

### 2. Mentor ObTape®

The ObTape® bladder sling was introduced in 2003 by the Mentor Corporation. The ObTape mesh sub-urethereal sling is a medical device, which was inserted through via a surgical procedure via the transobturator route for the treatment of female stress urinary incontinence. ObTape bladder sling was used in around 36,000 women prior to its elimination from the medical device market in 2006 due to its high rate of complications. Although the Ob Tape mesh was presented as a permanent solution, a large number of women have experienced debilitating complications associated with their ObTape treatment. A 2007 study showed that over 20% of ObTape recipients experienced the extrusion of the sling through the vaginal walls [Siegal et al]. Other patients developed vaginal discharge, as well as pain during sexual intercourse as well as pelvic abscesses. Originally, it was assumed that problems with the ObTape sling stemmed from the mistakes of doctors. However, subsequent findings showed that the ObTape sling had an inherent design defect due to its use of overly dense and non-woven sling material. ObTape mesh erosions into the urethra can also result in the excretion of blood and urine. Initially, mesh erosion is typically treated with a cream prescribed by a doctor; but in many cases, the cream will not fix the mesh complication. In many mesh erosion instances, further surgery may be required to remove the mesh implant. Removal of the ObTape mesh sling may be successful in treating mesh erosion, but in some situations, even after multiple surgeries, there may be persisting complications due to mesh erosion.

### 3. TVT – Obturator

The Gynecare TVT Obturator device is intended to be used as a suburethral sling for treatment of female stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency. The device is placed with a sterile, single-patient use procedure kit consisting of two stainless steel, helical passers designed to deliver the TVT

Obturator device, and a stainless steel winged guide designed to facilitate passage of the helical

passers through the dissection tract.

### a.      TVT-O Device and Prolene Mesh Sling.

The TVT device is a sterile single-use device consisting of one piece of undyed or blue

Prolene® polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 centimeters),

covered by a plastic sheath overlapping in the middle. Plastic tube receptacles are attached at

each end.  The Prolene mesh is constructed of knitted filaments of extruded polypropylene

strands identical in composition to that used in Prolene polypropylene nonabsorbable surgical

suture.  The mesh is approximately 0.027 inches (0.7 millimeters) thick.  This material "<u>when

used as a suture</u>" has been reported to be "non-reactive and to retain its strength indefinitely" in

clinical use.  According to the Ethicon IFU, the Prolene mesh is knitted by a process "that

interlinks each fiber junction and that providing [sic] elasticity in both directions.  This bi-

directional elastic property allows adaptation to various stresses encountered in the body."[1]

### b.      TVT Helical Passers.

The TVT helical passers are two stainless steel, curved wire tools with plastic handles

that are preassembled as attachments to the mesh sling within the kit, and are designed to deliver

the TVT Obturator device.  The helical passers – one for placing the mesh sling on the left and

one for placement on the right – are designed to ensure correct placement of the mesh sling. The

attached plastic handles have the Gynecare logo and thumb imprint on them such that when the

surgeon holds the handles properly, the logo faces the surgeon, who places his or her thumbs on

the imprints.

---

[1] ETH.MESH.00353639, ETH.MESH.00015699 –00015706; ETH.MESH.00013506; ETH.MESH.00922443-00922445; ETH-00938; Walji Deposition p471-472; Robinson Deposition 3-14, p683-684; Kirkemo Deposition 4-18, p246-247, Ciarrocca Deposition 3-29, p264.

### c. TVT Atraumatic Winged Guide

The TVT Atraumatic Winged Guide is a sterile component of the single-use kit. The instrument is intended to facilitate the placement of the helical passers into the two incisions the surgeon has made in the vaginal mucosa.

### d. Surgical Technique

The surgeon makes a 1 cm midline incision in the vaginal mucosa starting 1 cm proximal to the urethral meatus. Using a "push-spread technique," the surgeon begins blunt dissection, typically using curved scissors. Dissection continues toward the "junction" between the body of the pubic bone and the inferior pubic ramus. When that "junction" is reached, the surgeon perforates the obturator membrane. The surgeon then inserts the Winged Guide into the dissected tract until it passes the inferior pubic ramus and enters the opening previously made in the obturator membrane. The surgeon inserts one of the helical passers and removes the Guide. The point of the Helical Passer should exit at a previously determined exit point. Connected to the Helical Passer, the plastic tube on the end of the mesh follows through the incision in the thigh. The surgeon pulls the plastic tube until the mesh tape appears, as which point the surgeon grasps the Passer tip firmly with a clamp and rotates the plastic handle to remove it from the assembly. The procedure is then repeated on the other side. The needles are then separated by cutting from the tape. The plastic sheaths that surround the tape are removed. By using patient feedback (e.g., coughing with a full bladder), appropriate tension on the sling is supposed to be determined taking care to avoid over-tensioning.

13

### C. The Old Construction Heavy Weight/Small Pore Mechanically and Laser Cut Polypropylene Mesh in the TVT-O Should Not Be Used in the Pelvic Floor.

Because of the characteristics of the TVT-O discussed below and throughout this report, it is my opinion based on my training, experience, review of the scientific studies, Ethicon documents and depositions that TVT-O mesh should not be used in the pelvic floor. The old construction mechanically cut and laser cut mesh used in the TVT-O device should not be used in the pelvic floor because the risks of the device far outweigh the benefits of the device. The inadequacies of the mesh and the TVT-O lead to long term complications, including but not limited to, pain, acute and chronic pelvic pain, vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, negative impact on sexual function, the risk of multiple pelvic erosions that can occur throughout one's lifetime, vaginal scarring, vagina anatomic distortion, inability to remove the device, permanent risks for erosions, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening incontinence and urinary dysfunction including urinary urgency, urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness, pain with lifting, pain with ambulation, and pain with sitting.

### 1. The mesh in the TVT-O is not inert and degrades

As polypropylene has been used in surgery for over 50 years as a suture material, Ethicon marketed the mesh in TVT-O as inert. However, many published studies and internal Ethicon studies and documents show that the mesh is not inert and does degrade.[2] In 1987, Ethicon

---

[2] ETH. MESH.08315783 2012 + M CER: Reduction of the mass [of the implant] and the increase in the pore size of the mesh implant foreign body are seen to alter the inflammatory response which in turn is likely to alter tissue ingrowth... As the mass of the mesh implant is reduced and the pore size is increased the surface area exposed to the host is reduced, and the foreign body reaction to the implant is reduced."; ETH.MESH.02589033 - 02589079; ETH-80645 – 80651; Robinson Deposition 3-13, p 120; Hinoul Deposition 4-5, p165-170; Robinson Deposition 3-13, p129-130; Kirkemo Deposition 4-18, p138; 84 Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a

14

tested samples of explanted Prolene mesh made from the same material as the TVT-O mesh.[3]
After 8 years of implantation, the testing showed that the mesh was severely cracked. In 1992,
Ethicon completed a study where Prolene sutures were implanted in beagle dogs for up to seven
years. These sutures were removed from the dogs and examined by Ethicon's own scientists,
who found surface degradation in many of the samples after 7 years of implantation.[4] Ethicon
scientist and corporate spokesperson, Thomas Barbolt, agreed that surface degradation can occur
with the TVT mesh, and that this fact was confirmed by the Ethicon studies.[5] Because TVT-O
uses the same polypropylene mesh as TVT, surface degradation can also occur with the TVT-O.

Further evidence that polypropylene mesh degrades over time was provided in 1998 by
the publication of the Mary article, who studied the phenomenon of mesh degradation, and
concluded the process of polypropylene cooling, where the polypropylene strand cools first on
the inside and then on the outside can make the strand more susceptible to degradation on the
outside.[6] In 2007, Costello et al., reported that polypropylene is more susceptible to degradation
due to oxidation caused by inflammatory response.[7] Using Scanning Electron Microscopy
(SEM), degradation could be seen in polypropylene in the form of cracks and peeling.

rat model. J. Surgical Research 103, 208-214 (2002). Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.; Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.; Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17. Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70. Klinge et al The Ideal Mesh Klosterhalfen et al: Retrieval study at 623 human mesh explants made of polypropylene. Kwon Inflammatory Myofibroblastic tumor Birolini Mesh Cancer Sternschuss Post implantation alteration of polypropylene in humans ETH.MESH.02091873 -- abnormal chronic toxicity and doing nothing
[3] ETH.MESH.12831407.
[4] ETH.MESH.05453719.
[5] Deposition of Thomas Barbolt, January 8, 2014, pg 409:2-13; 516:21-517:4
[6] Mary, Celine, et. al. Comparison of In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures used in Vascular Surgery
[7] Costello C., et al., "*Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient,*" Surgical Innovation , 2007, 143:168- 176).

Dr. Donald Ostergard, urogynecologist and founder of AUGS, created a presentation titled "Polypropylene is Not Inert in the Human Body" in which he described degradation of in vivo polypropylene.[8] Dr. Ostergard concluded that Prolene mesh degradation occurs by oxidation. He further concluded that a large surface area, such a piece of surgical mesh, in contrast to a suture, incites more inflammation and results in more oxidation since more macrophages are present. These macrophages then secrete hydrogen peroxide and hypochlorous acid to oxidize the mesh, which can cause the mesh to become brittle and to crack. As discussed below, these changes cause complications to patients due to the increased inflammatory response.

In a 2010 article by Clave et al.,[9] 100 explants were analyzed. Results showed a greater than 20% rate of degradation from the implants. They concluded that "for transvaginal surgery, clinical experience indicates the use of low density, large pore implants knitted from a monofilament to facilitate tissue integration, and decrease the inflammatory response….not all types of PP implants degraded equally." It should be noted that the lead author, Henri Clave, holds an educational position for Ethicon Europe. In fact, Ethicon's scientists responded to that article, admitting that it was possible that the polymers may be subject to surface degradation free radicles and oxygen species in the human body, but that it did not know the clinical significance of these reactions.[10] Later, in 2013, the Wood study showed that polypropylene explanted from a patient showed significant oxidation of the material, and concluded that polypropylene will degrade in an oxidizing environment, such as a foreign body response in the

---

[8] "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard
[9] Clave, A., *Polypropylene as a Reinforcement in Pelvic Surgery is Not Inert: Comparative Analysis of 100 Explants*, I Urogynecol J 2010 21:261-270.
[10] ETH.MESH.07205369

human body.[11]  Other authors and studies have demonstrated similar results with polypropylene in general.[12]  In 2015, seven explants from sling devices, including the TVT, which is the same mesh as the TVT-O, were removed 4-7 years after implantation.  Comparison of SEM images for explant samples with control pristine samples revealed extensive surface degradation and the formation of surface cracks in the samples, demonstrating the polypropylene fibers from mid-urethral slings are not inert over time.[13]

As polypropylene degrades, the inflammatory response increases and intensifies.  The abraded fiber surface increases the surface area of the mesh, provides multiple areas that can effectively harbor bacteria, become brittle and creates a "barbed-wire" effect, all of which lead to an increased risk of an enhanced and chronic inflammatory response, as well as chronic infections due to bacterial proliferation at the mesh surface.[14]

The literature and internal Ethicon studies demonstrate that Ethicon's surgical polypropylene meshes oxidize, degrade, crack and peel in human tissue and become brittle.  Dr. Iakovlev has also published numerous articles showing and explaining the degradation and surface cracking of polypropylene explants using histological and transmission electron microscopy approaches.[15]

Ethicon also knew this information before and at the time of launch of the TVT-O.  There are Ethicon studies dating back as far as 1983 using test methods nearly identical to Dr.

---

[11] Wood, et. al. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient.  J Mater Sci: 24:1113-1122 (2013).

[12] Iakovlev, et al., Pathology of Explanted Transvaginal Meshes.  Intl . Science Index Vol. 8 No. 9 (2014); Martin, MK Gupta, JM Page, F Yu, JM Davidson, SA Guelcher, CL Duvall. Synthesis of a Porous, Biocompatible Tissue Engineering Scaffold Selectively Degraded by Cell-Generated Reactive Oxygen Species. Biomaterials 35(12):3766-76, 2014; AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes.  Biomaterials 32(2):419-29, 2011.

[13] Tzartzeva, et al.  In-depth nano-investigation of vaginal mesh and tape fiber explants in women. Abstract 366 (2015);

[14] [Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.]

[15] Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35; Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1):35.

Iakovlev's showing in vivo degradation of the Prolene polypropylene material.[16]  Ethicon conducted additional studies in 1985 (dog study) and in 1987 (human explants); both showing in vivo degradation and cracking of the polypropylene materials.[17]  In fact, Ethicon had its meshes reviewed by an outside consulting company who found that its meshes degrade and that the process starts immediately.[18]  Yet, Ethicon never performed a study to determine the clinical significance of the degradation of its mesh.

It is my opinion, to a reasonable degree of medical and scientific certainty that polypropylene degrades in the human body causing the complications discussed throughout this report to women.

> **2. The TVT-O mesh is Heavyweight and Small Pore causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation, and folding and curling of the mesh.**

Ethicon scientists have had data for over 16 years showing that heavyweight, small pore meshes are associated with excessive foreign body reaction, chronic inflammation, bridging fibrosis, scar plate formation, and consequential shrinkage of the mesh.[19]  Further, Ethicon had data showing that the TVT-O mesh is heavyweight and has small pores.[20]  Ethicon scientists expressed the need for decreasing complications rates from its heavyweight, small pore meshes through the development of lighter weight materials, which elicit a lower inflammatory response

---

[16] ETH.MESH.15955438
[17] ETH.MESH.00004755; ETH.MESH.11336474; ETH.MESH.13334286
[18] ETH.MESH.07192929
[19] ETH.MESH.05479411; Klinge U., Klosterhalfen B., Birkenhauer V., Junge K., Conze J., and Schumpelick V., Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation. 2005; 12(1):T1-T7; Cobb, W., et al. Textile Analysis of Heavy Weight, Mid-Weight, and Light Weight Polypropylene Mesh in a Porcine Ventral Hernia Model. Journal of Surgical Research 136, 1-7 (2006); Klinge U, Klosterhalfen B, Muller M, Ottinger A, Schumpelick V. Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs. Eur J Surg. 1998: 164; 965-969; Klosterhalfen, B., Junge, K., Klinge, U.The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices. 2005; 2(1)
[20] ETH.MESH.05479411, Cobb et. al., The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Deposition of Joerg Holste, July 29, 2013 40:12-15, Deposition of Brigette Hellhammer MD., September 11, 2013 151:16-20, ETH.MESH.05479535

in the human body.[21]  In fact, Ethicon has developed lighter weigh materials for use elsewhere in the human body, including the pelvic floor.  However, today, Ethicon continues to use the heavyweight, small pore Prolene mesh, originally developed in 1974 for use in hernia surgery, for its TVT-O device used for SUI.[22] This is true despite the fact that Ethicon scientists and others have demonstrated that the heavyweight, small-pore meshes have a greater inflammatory response and are related to increased rates of patient complications than lightweight large pore meshes regardless of where the mesh, is located in the human body.[23]

The implantation of the TVT-O mesh creates a foreign body reaction and a chronic inflammatory response that can lead to chronic pain in the patient.  The body's foreign body response to the mesh can cause a severe and chronic inflammatory reaction leading to excessive scarring in and around the mesh and the degree of this reaction is directly related to the weight and pore size of the mesh device.[24] [25][26][27] Ethicon has known that clinical data have shown more chronic pain with heavyweight meshes such as the TVT-O mesh, than with lightweight, partially absorbable meshes. Ethicon's own medical director has stated that the presence of the foreign body, i.e. the TVT-O mesh, can be responsible for chronic pain syndrome in the patient.[28]  In fact, one study has found that heavyweight meshes with small pores had to be explanted due to chronic pain more frequently than lightweight meshes with large pores.[29]

---

[21] ETH.MESH.01203957, Trial Testimony of Piet Hinoul, Batiste  March 27, 2014 afternoon, 73:11-25
[22] ETH.MESH.04941016, HMESH_ETH_02030355,
[23] Deposition of Joerg Holste, July 29, 2013 95:4-11
[24] Deposition of Piet Hinoul, April 4, 2012 99:99-99:25
[25] ETH.MESH.08315782
[26] Trial Testimony Piet Hinoul, March 27, 2014 afternoon, 27:10-17
[27] ETH.MESH.05916450
[28] ETH.MESH.01202101
[29] Klostherhalfen,B, Junge, K, Klinge, U, "The lightweight and large porous mesh concept for hernia repair," Expert Rev. Med. Devices, 2005 2(1)

The foreign body reaction caused by the TVT-O mesh is chronic and this chronic inflammation and reaction can lead to mesh contraction and shrinkage.[30]  Most studies show less shrinkage than heavyweight meshes, and pore size is one of the most important factors regarding mesh shrinkage.[31]  Ethicon knew that all polypropylene meshes experience a 20-50% reduction in their initial size following implantation in the body.[32]  Ethicon's medical director knew that the TVT-O mesh can shrink, and generally believed the TVT-O mesh would shrink approximately 30% post implantation.[33]  The mesh contraction and shrinkage can increase the degree of foreign body reaction and mesh degradation, increasing the degree of pelvic pain and pelvic floor dysfunction such as sexual activity and urination, pain with sitting, and ambulation.[34]

A recent study has shown that mesh shrinkage is progressive and there is a linear evolution of the contraction rate over time, indicating that mesh contraction continues in the patient's body indefinitely into the future.[35]  Vaginal mesh contraction can result in vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion, and dyspareunia.  Feiner and Maher evaluated 17 women with vaginal mesh contraction to demonstrate that the mesh caused the condition.  The patients' presenting complaints included severe vaginal pain, dyspareunia, and focal tenderness over contracted portions of mesh on vaginal examination, mesh erosion, vaginal tightness, and vaginal shortening.  The patients underwent surgical intervention with mobilization of mesh from underlying tissue, division of fixation arms of the central graft, and excision of contracted mesh.  Fifteen of 17 (88%) patients reported a 'substantial reduction in

---

[30] Deposition of Christophe Vailhe June 21, 2013 838:8-19
[31] ETH.MESH.02316781
[32] Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation. 200
[33] ETH.MESH.03910418
[34] De Tayrac, et. al.  Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542
[35] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.;

vaginal pain following explantation, while none of 11 (64%) reported 'substantial' reduction in dyspareunia. However, despite Feiner's relative success with mesh explantation, the adverse effects of transvaginal mesh contraction caused permanent life-altering sequelae in 22-46% of patients in this study.[36] I personally see this type of permanent life-altering sequelae in my daily practice in patients I treat for severe complications related to mesh slings, including Ethicon's TVT-O device.

Polypropylene induces a rapid and acute inflammatory response and a strong scar formation. Heavyweight meshes with small pores such as the mesh in the TVT-O, induce an intense, chronic foreign body reaction with intensified bridging scar formation.[37] An increased foreign body reaction with a chronic inflammatory response and the forming of a rigid scar plate are the primary reasons for the shrinkage and contraction of meshes. Decreasing the weight of these meshes reduces both shrinkage and the inflammatory response. A pore size of greater than 1 mm is needed to prevent the fibrotic bridging and scar plate formation.[38] The mesh in the TVT-O has a pore size that is much less than 1mm after implantation.[39] The fact that the pore size of the TVT-O is not greater than 1mm in all directions prevents proper tissue integration, which can reasonably be expected to result in the development of a rigid scar plate, leading to, among other things, the potential for increased erosion, pain, nerve entrapment, and dyspareunia.

---

[36] Feiner B, Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol. 2010 Feb;115(2 Pt 1):325-30.;
Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.
[37] ETH.MESH.02316781
[38] ETH.MESH.01785259; ETH.MESH.02316781; ETH.MESH.02148431 Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17; Batke deposition 08/01/012 113:3 to 114:3, 172:6 to 174:15, 118:10 to 120:25;Hellhammer deposition 09/12/13 403:18 to 404:9; 407:13-23; Holste depositions 07/29/13 51:3 to 53:6; Holste Deposition 12/14/12 89:20 to90:21; Semin Immunopathol (2011) 33:235–243 - a Scar net formation following large pore (~3 mm) and b scar plate formation following small-pore (~0.3 mm) mesh implantation; Arnaud deposition 9/25/13 756:9 to 757:8; ETH.MESH.03021946 T-Pro Stage Gate Meeting on August 25, 2008; ETH.MESH.02587926 When the Implant Worries the Body;  ETH.MESH.01752532: Mesh Design Argumentation Issues; ETH.MESH.01785259 January 17, 2010 Email re; +M relaxation; ETH.MESH.04941016 Lightweight Mesh Development
[39] ETH.MESH.08315783;

As early as 1998, internal Ethicon documents show that the construction and weight of the Prolene mesh utilized in the production of the TVT-O needed to be improved due to the fact that the mesh curled and folded under tension and would not return to its original shape, remaining curled.[40] Ethicon embarked on the "Prolene Mesh Improvement Project" to address these problems with the mesh. Ethicon ultimately changed the original, heavyweight 1974 mesh used for flat hernia repairs by (1) changing the construction of the mesh to prevent the mesh from curling up under tension, and (2) changing the size of the fiber used in the mesh from a 6 mil fiber to a 5 mil fiber, making the mesh lighter weight.[41] Despite these improvements to the Prolene flat hernia mesh, Ethicon continues to use the original construction, heavier weight 6 mil Prolene mesh in the TVT-O product. This is true even though Ethicon documents show that mesh curls under tension, and that the mesh is known for its "bad curling quality."[42] Even though documents demonstrate that the initial long-term goal of the mesh improvement project was to replace the TVT-O mesh with the improved construction, lightweight mesh,[43] Ethicon did not use the improved material because using a different mesh would "obsolete the clinical data" they already had on the TVT product, which was a competitive advantage for the company.[44] An illustration of the TVT Prolene mesh curling after being placed under tension can be seen below.

---

[40] ETH.MESH.09264945
[41] ETH.MESH.10603246, HMESH_ETH_00782152
[42] ETH.MESH.02182839, HMESH_ETH_02030355
[43] ETH.MESH.09264884
[44] ETH.MESH.03911107



Figure 1 – Control mesh sample before and after the application of the force. A clear picture of mesh curling results.

Ethicon is also aware that the heavyweight, small pore nature of the Prolene mesh makes it more likely than lightweight, large pore, partially absorbable mesh materials to "fold up" following implantation. This folding up of the mesh has also been referred to as the "potato chip" phenomena, which is caused by the increased inflammatory response to the increased weight and small pores of the current mesh.[45] Lightweight, large pore meshes tolerate compression much better than heavyweight Prolene mesh, which has pronounced edges and crumpling during tissue integration.[46] This folding of the mesh increases the amount of scar tissue formation and increases the likelihood of fibrotic bridging and scar plate formation of the mesh. In fact, in its 2004 product catalog, Ethicon advertised that its lighter weight, larger pore

---

[45] ETH.MESH.05918776
[46] ETH.MESH.05446129

Vypro mesh had 60% less foreign body material compared to the Prolene mesh, and was less susceptible to the development of folded mesh post-implantation.[47]


Traditional polypropylene mesh. 90 days post-implantation. Fold development (in-vivo study)


Lightweight VYPRO* II mesh. 90 days post-implantation. Fold-free incorporation (in-vivo study)

### 3. Ethicon's cutting process made the mesh even more dangerous.

For Ethicon's mesh that is mechanically cut, fraying is an inherent defect in the design of the device.[48]  Stretching increases the probability of fraying, and when fraying occurs, the mesh narrows in places and particles break off and are lost from the mesh.[49]  These defects in the mesh related to the mechanical cutting process lead to increased urinary retention, erosions, infections, extrusions and exposures of the mesh into vaginal tissues, and particles of the mesh migrating into surrounding vaginal tissues causing pain.

Ethicon performed testing on TVT mechanically cut mesh samples where the mesh was stretched to 50% elongation and then measured for particle loss.  Ethicon performed this test because based on their experience, 50% elongation was the estimated amount of force that is

---

[47] Ethicon 2004 product catalog
[48] ETH.MESH.00541379
[49] ETH.MESH.00541379

placed on the mesh during implantation.[50]  In fact, one of Ethicon's Senior Engineers, Gene Kammerer stated that "it is my experience, after viewing many surgical procedures and performing numerous procedures on cadavers myself, that the mesh stretches approximately 50% at the maximum."[51]  Testing done by Ethicon in 2002 showed that after elongation, some test articles lost up to 18% of their weight from particle loss.[52]  A study published in 2004 by Pariente found that the TVT sling lost 8.5% of its particles during testing, more than 5 other competing slings.[53]  Another researcher found the TVT easily deforms when tensioned under the urethra, which results in fraying or tanged edges and thinning of the mesh.[54]  In fact, fraying during elongation was a major complaint of customers,[55] and was critical to the quality of the TVT device.[56]  Physicians told Ethicon that particle loss from implanted mesh can migrate through vaginal tissues and cause pain.[57]  The reason for the laser cut mesh project was to eliminate or reduce the release of these particles.[58]

These issues which all existed with the TVT device were exacerbated with the TVT-O device because of the different path used to insert the device.  In particular, physicians reported more difficulty removing the plastic sheath from the in-place mesh.  This, in turn, led to increased tension on the mesh leading to more fraying, particle loss, roping and curling and decreased pore size.  These can all lead to potential adverse events associated with tape tensioning, such as erosion, fibrotic bridging, retention, extrusion, pain, and nerve damage

During the development of the TVT-O, the inventor, Professor de Leval, used the "Babcock technique" to ensure that the tension on the mesh was proper, utilizing a Babcock

---

[50] ETH.MESH.01824104, ETH.MESH.00584811, ETH.MESH.00301874
[51] ETH.MESH.00584811; ETH.MESH.08334244
[52] ETH.MESH.04384185
[53] ETH.MESH.01221055, Pariente et.al., An independed biomechanical evaluation of commercially available suburetheral slings.
[54] Moali et.al., Tensile properties of five commonly used mid-urethral slings relative to the TVT.  Int Urgynecol J June 22, 2007
[55] ETH.MESH.10611169
[56] ETH.MESH.00301741
[57] ETH.MESH.05644164, ETH.MESH.03924557
[58] ETH.MESH.00301741

clamp to hold the mesh while he pulled off the sheath.[59]  Ethicon refused to include the Babcock technique in the IFU or even to alert physicians that the TVT-O created unique sheath removal/tensioning issues.

Predictably, when Ethicon began marketing the TVT-O, complaints about sheath removal began to come in[60] and were widespread.[61]  The Marketing Director and Co-Lead of the TVT-O Project noted her concerns that it was a worldwide ("WW") problem.[62]  Ethicon refused to formally address the problem through changes to the IFU or Procedural steps (for example by adding the Babcock technique used by the inventor of TVT-O) leaving many physicians in the dark about why the sheath removal problems were occurring and what they could do about it.[63]  Most importantly, without a proper fix, the tension-related defects and complications continued.

Ethicon continued to see problems with inconsistent tape width.[64]  Doctors would report that the edges of the tape were crumbling, and that it got worse if the tape was stretched.[65]  Ethicon had reports showing that the mechanically cut mesh was more likely to curl and rope which reduces the area of mesh to a localized point, increasing the pressure and potentially causing urinary retention.[66]  Ethicon's Dan Lamont admitted that the  fraying of the mesh was a

---

[59] ETH.MESH.00862727 (June 2, 2003 email from Dan Smith to others) ("Professor deLeval uses a Babcock clamp to place the TVT mesh tension free.  We are not going to use this method at this time, however we discussed doing tests to ensure that the mesh is not damaged….  The reasons for use are as follows: 1st the mesh is maintained flat and cannot curl, 2nd the mesh in the 2-3 mm loop is maintained tension free during the adjustment phase of mesh insertion and 3rd the clamp is used as the guide and support as the plastic is removed to prevent overtensioning.").

[60] ETH.MESH.06884516 ("Sheath Removal problem:  Dr. Jensen indicates that the issues began almost immediately when he converted to TVT-O (estimated late January/early February).").

[61] ETH.MESH.01815505 at 2 ("[T]he [sheath removal] issues experienced by Dr. Feagins are not unique to the Dallas market….they are being experienced by physicians all over the country and are creating serious challenges for the sales representatives.").

[62] ETH.MESH.01815505 at 8 ("From my perspective I strongly believe we have variability issues….  Having been in the OR with many surgeons the ease or difficulty of sheath removal can vary immensely….  Having spent time more time in the US this week this is a WW issue and not market specific.").

[63] ETH.MESH06881576 ("I hear what you are saying about introducing it in the procedural steps, however, what we include in the procedural steps has to reflect the IFU.  Our hesitancy about doing this for launch was because we were not sure of any potential damage to the mesh caused by the babcock.").

[64] ETH.MESH.12002601

[65] ETH.MESH.02180833

[66] ETH.MESH.01822361

"defect" of the mesh.[67] Ethicon also had data showing that the increased roping or deconstruction of the mesh knit due to the narrowing of the mesh could result in erosion.[68]

In 2005, Ethicon tested laser cut mesh for the TVT and again performed a 50% elongation test of the material and compared that side by side with the mechanically cut mesh.[69] The testing showed that that the laser cut mesh substantially reduced the roping, curling, fraying and particle loss they were seeing with the mechanically cut mesh.[70] However, as discussed below, laser cutting of the mesh introduced new and different problems.

The roping and fraying of the mechanically cut mesh results in increased particle loss and frayed and sharp edges, increased inflammation, and increased and exacerbated infections which all result in erosions, extrusions and exposures of the mesh into the vaginal tissue, chronic pain, and dyspareunia. These problems, along with numerous other complications, are things I see on a daily basis in my clinical practice dealing with mesh complications, including Ethicon's TVT-O device. Internal Ethicon documents reflect that it was important to have a mesh that did not fray or have "spiky" or sharp edges in 1997 before the TVT product was even launched in the United States, when it was reported to Ethicon that a patient treated with Prolene had a vaginal erosion requiring trimming of the mesh.[71] The scientific data also showed that ideally, the Prolene mesh should have a smooth edge,[72] and that the mesh in the TVT should minimize abrasion.[73] Ethicon received multiple reports from patients of frayed mesh extruding through vaginal tissues causing pain both for women and their sexual partners.[74] The laser cut mesh created smooth or beaded edges in contract to the sharp, spike-like edges of the mechanically cut

---

[67] Lamont Depo. (September 11, 2013) at 15:16-16:10.
[68] ETH.MESH.06696593
[69] ETH.MESH.08334244-45
[70] ETH.MESH.00526473
[71] ETH.MESH.12006257
[72] ETH.MESH.09266457
[73] ETH.MESH.12009276
[74] ETH.MESH.02620914-02620917; ETH.MESH.02620964-02620968, 02621143-02621146, 02622276-02622279,

mesh,[75] which, all otter things being equal, could reduce the possibility of vaginal erosion. Only, not all else was equal.

In 2005, Ethicon introduced laser cut mesh which decreased the likelihood of fraying mesh and in turn, substantially decreased the likelihood of these adverse events caused by fraying, particle loss, roping, deformation and sharp edges; yet Ethicon continued to sell the mechanically cut mesh for the TVT-O despite laser cut mesh being a safer option from the point of view of over-tensioning defects and complications. However, the laser cut mesh created another set of problems. In part due to the hard beaded edge, the laser cut mesh had different mechanical properties as compared to the mechanically cut mesh. Specifically, the laser cut mesh was stiffer, less flexible, and less elastic than the mechanically cut mesh.[76] These essential mesh properties affect how a plastic mesh performs when being implanted in the pelvic floor and change how much force the surgeon should use when implanting the mesh and setting the appropriate tension. As previously discussed, the tension in an implanted mesh can lead to complications such as pain, erosion, and damage to tissues and organs. Ethicon never warned doctors that the new laser cut mesh had different mechanical properties than the mechanically cut mesh. Instead, Ethicon assured doctors that the laser cut mesh was identical to the mechanically cut mesh.

Despite the fact that Ethicon introduced the option of laser cut mesh for the TVT and TVT-O, it continued to offer the mechanically cut mesh for financial reasons. The primary motivator for continuing to sell the mechanically cut mesh was that they did not want to make obsolete the years of clinical data that were already available on the TVT.[77] In fact, Ethicon employees were reluctant to change the mesh at all because they wanted to continue to rely on

---

[75] ETH.MESH.09656790-09656795
[76] Deposition of David Robinson, MD, July 25, 2013 at 507:18-508:1 & 509:6-21
[77] ETH.MESH.03911107

the clinical data already established, most notably the Ulmsten/Nilsson series of clinical

studies.[78]  Ethicon instead chose to allow both meshes to "ski on the market" with the

mechanically cut mesh being offered as the "Colonel's original recipe" in order to maximize the

sales of the product, initially only offering the laser cut mesh to those customers who asked for

it. [79]

As a result of all of the defects and problems with the mesh discussed above, the TVT-O

device should not be implanted into the human body for use in the treatment of SUI.  These

defects and problems with the mesh lead to numerous injuries, including but not limited to pain,

acute and chronic pelvic pain, vaginal pain, permanent dyspareunia, injury and pain to partner

during sexual intercourse, negative impact on sexual function, the possibility of multiple pelvic

erosions that can occur throughout one's lifetime, vaginal scarring, vagina anatomic distortion,

inability to remove the device, permanent risks for erosions,  need for multiple surgical

interventions, development of worsening incontinence and urinary dysfunction including urinary

urgency, urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness,

pain with lifting, pain with ambulation, and pain with sitting.

### 4.  Ethicon's Prolene Mesh tested positive for Cytotoxicity

Cytotoxicity is the quality of being toxic to cells.  If a woman's tissues or organs are

exposed to a cytotoxic substance, the cells can undergo necrosis and die rapidly, or they can

undergo a form of controlled "cell death," known as apoptosis.[80]  It is my understanding that it is

common for medical devices to be subjected to cytotoxicity testing before they are marketed to

doctors and patients.  In support of its application to market the TVT in the United States,

Ethicon did not perform any controlled clinical studies to determine the cytotoxic potential of the

---

[78] Deposition of Brigette Hellhammer, MD, September 11, 2013 120-121; Deposition of Axel Arnaud, MD., July 19, 2013 35-37.
[79] ETH.MESH.00526473, ETH.MESH.00687820
[80] About Apoptosis.  Apoptosis Interest group, National Institute of Health, November 13, 2009

TVT prior to marketing the device, but instead determined that the "long term clinical experience with PROLENE mesh indicated that Cytotoxicity testing would be sufficient to support the biocompatibility of this [mesh] component."[81]  Regarding the biocompatibility of the TVT-O mesh in its 510(k), Ethicon then stated the mesh was the same as the TVT mesh and did not perform any additional testing.  Prior to the marketing the TVT device, the Prolene mesh had primarily been used in abdominal hernia repair, and had never before been specifically indicated for use in vaginal tissues.  As a result, Ethicon's conclusion that no new clinical or animal studies were needed to evaluate the cytotoxic potential of the TVT mesh is not based on sound science.

In fact, to this day, I am not aware of any long-term studies undertaken by Ethicon to determine whether or not the TVT and TVT-O mesh is clinically cytotoxic in women.[82] However, early clinical studies indicated that the TVT mesh did indeed have cytotoxic potential. Notably, the 2004 Wang study reported a defective healing rate of 2.2% in a series of 670 patients, and a persistent defective healing rate of 1%.[83]  While this study was not published until 2004, Ethicon had been advised that Dr. Wang had experienced 25 erosions from the TVT mesh, which he suspected was due to the body's rejection of the Prolene mesh in 2002.[84]

The initial Cytotoxicity testing of the TVT prototype device was conducted in March of 1997, and tested all components of the device together for a period of 24 hours.  The results of this test indicated the mesh was severely cytotoxic.[85]  Ethicon's own Scotland lab performed follow-up testing, this time testing the needle, heat shrinking tube, sheath, and polypropylene mesh separately.  In this test, the polypropylene mesh in the TVT again tested positive for

---

[81] ETH.MESH.08476210
[82] Dr. David Robinson deposition, September 11, 2013, 1101:24-1102:5
[83] Wang AC, et. al.  A histologic and immunohistochemical analysis of defective vaginal tape healing after continence taping procedures: A prospective case-controlled pilot study.  American Jorunal of Obstetrics
[84] ETH.MESH.03736989, ETH.MESH.00409674
[85] ETH.MESH.06851860 at ETH.MESH.06852121

marked cytotoxicity. Ethicon did a third and final test in July of 1997, which finally provided a non-cytotoxic result for the polypropylene mesh. Ethicon relied on the results of this final, July 1997 test in support of its application to market the TVT device, and did not report the two prior positive cytotoxic test results to the FDA, surgeons, or the public. Ethicon's own Worldwide Medical Director from 2005-2010 was not aware of these positive tests during his tenure.[86] Notably, even the 1997 ISO elution testing showed that the polypropylene mesh in the TVT was moderate to severely cytotoxic, while the ISO agarose diffusion testing showed the mesh was non-cytotoxic. Despite the positive ISO elution testing, and the two previous tests showing the mesh was Cytotoxic, Ethicon concluded that "the long history of safe clinical use of polypropylene as a mesh and suture products suggests strongly that the material is inherently biocompatible, and the potential Cytotoxicity observed is self-limiting and minimal when compared to the implantation procedure itself."[87] It is my opinion, based on my training, experience, review of the scientific literature and Ethicon's documents and depositions, that based on the 3 positive cytotoxic test results, that Ethicon should have conducted long-term studies to assess the Cytotoxic potential of the TVT-O mesh prior to marketing the device in women. This is particularly true in light of the fact that the Prolene mesh had never before been indicated specifically for use in vaginal tissues, and that there was only limited, short term data for 200 patients on a prototype device available at the time the device was first sold in the United States. In addition, the reports of 25 tape erosions from Dr. Wang in 2002 should have triggered an additional testing and assessment of the cytotoxic potential of the TVT and TVT-O mesh, but no additional cytotoxic testing was done as a result of these reports.

---

[86] Dr, David Robinson deposition, September 11, 2013, 1094:19-1095:1.
[87] ETH.MESH.08476210

I have seen the clinical effects of the cytotoxic potential of the TVT and TVT-O mesh in my practice. When I have removed Prolene TVT and TVT-O mesh from patients with mesh erosion, the tissue surrounding the mesh frequently shows evidence of necrosis and cell death. This type of necrosis is typically due to either: toxins, infections, trauma, or some combination of the three.

**5. The TVT-O design is flawed because there is no way to properly tension the TVT-O device to lack of uniformity and it shrinks, ropes, curls and deforms making it too difficult to tension properly**

Proper tensioning of the TVT-O device is critical to ensure that the device is successful in its intended use to cure stress urinary incontinence and to prevent complications. However, the design of the TVT-O device is flawed because Ethicon cannot properly determine and/or instruct surgeons on the proper placement of the device and, in fact, Ethicon provides contradictory instructions on tensioning in its instructions for use.

It is known that improper tensioning of the TVT and TVT-O devices can lead to failure of the procedure, urinary retention, and well as urinary obstruction.[88] The fact that the cough test was necessary to properly tension the mesh was noted by Dr. Ulmsten in his original 1996 publication on the TVT, as well as the co-inventor of the TVT, professor Nilsson, who noted that there was a 15% difference in success rates between patients treated with the TVT under local anesthesia with a cough test, and under general anesthesia, where no cough test was possible.[89] Despite being aware of this concern, Ethicon launched the TVT with an IFU that informed physicians that the procedure could be performed under general or local anesthesia, yet did not inform physicians that the success rate was much greater if performed under local anesthesia with a cough test. The TVT-O IFU repeated this flaw.

---

[88] ETH.MESH.05222687
[89] ETH.MESH.0404851

32

Too much tension on the mesh can also lead to vaginal or urethral erosions.[90]   In 2001, Ethicon medical directors were working on a product to create a standardized approach for tensioning the TVT and which would avoid excessive tension on the mesh, but this product was never completed, and Ethicon never properly addressed how to instruct surgeons how to properly tension the mesh.

The IFU for the TVT-O provides insufficient and contradictory information on how to properly tension the TVT-O.  In fact, Ethicon employees have acknowledged that the TVT has never truly been tension free, despite years of marketing it as such, and that they cannot accurately describe how to tension the mesh.[91]   The IFU's Warnings and Precautions section cautions surgeons to "ensure that the tape is placed with no tension under the mid-urethra."   The surgeon is instructed to "position the tape loosely e.g. without tension" in the mid-urethral position and to adjust the tape so that leakage is limited to a few drops of urine.  The physician must put some kind of tension or force on the tape in order to limit the leakage.

The IFU's Adverse Reactions section says that over correcting, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction, yet the surgeon has been previously provided with five conflicting and confusing instructions to place the tape with (1) tension-free, (2) loosely, (3) without tension, and (5) to adjust the mesh until leakage is limited.[92] This leaves the physician with no clear, articulable standard on how to void the serious adverse reaction of urinary retention or urinary obstruction.   As noted above, all of these concerns were further exacerbated by the difficulties in removing the plastic sheath for the TVT-O device.  Since it is generally impossible to adjust the tensioning more than 24 hours after an operation as tissue ingrowth begins to occur, a re-operation surgery is generally required to

---

[90] ETH.MESH.05529653; ETH.MESH.0016113; ETH.MESH.05529274; ETH.MESH.04044797
[91] ETH.MESH.01784428; ETH.MESH..06861473
[92] TVT-O IFU.

33

correct this adverse event.  Therefore, it is particularly important for patient safety to determine and describe the proper tensioning of the device as part of the product design.   In addition, IFU is silent of the fact that over tensioning can cause other adverse reactions as well, including vaginal or urethral erosion.

Moreover, Ethicon failed to inform that physicians that the mesh could shrink from 30-50% once the TVT was placed, which would affect the final placement and tensioning of the mesh, and failed to account for shrinkage in determining tensioning for the TVT-O.[93]  Ethicon also failed to account for the effects that roping, curling, narrowing, and deformation of the mesh could have on tensioning.

It is my opinion to a reasonable degree of medical certainty that Ethicon failed to develop and articulate clear and accurate instructions to surgeons on how to tension the mesh.   It is also my opinion to a reasonable degree of medical certainty that Ethicon cannot develop and articulate clear and accurate instructions on how to properly tension the mesh as long as defects of heavyweight mesh shrinkage, roping, curling, narrowing, and deformation of the mesh exist as those defects create too many variations in the tensioning of the device to be overcome by instructions, no matter how well designed and articulated they may be.

### 6. The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides which can be abundantly found in the vagina

The polypropylene mesh in the TVT and TVT-O is made from plastic pellets supplied by Sunoco, a petrochemical company.  Included with these plastic pellets is a material safety data sheet, (MSDS) which is intended to provide those handling or working with the product

---

[93] Ethicon scientists determined polypropylene mesh would likely shrink after implantation, and used 30% as a rule of thumb for that shrinkage.  ETH.MESH.03917375.  Actual shrinkage rates vary based on the individual patient, type of mesh, and location of mesh in the body.

instructions and information on how to handle the substance in a safe matter.   The MSDS for the

TVT and TVT-O polypropylene states:

Incompatibility

The following materials are incompatible with this product: Strong oxidizers such
as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen,
sodium hypochlorite, calcium hypochlorite and permanganates. Chlorine; Nitric
acid;[94]

While the plastic used to make the TVT-O mesh is also used in a number of other

Ethicon products, including Prolene hernia mesh and Prolene sutures, this warning is particularly

important as it applies to the TVT-O mesh, as the TVT-O mesh is intended to be placed in the

vagina, which is a ready and natural source of peroxides, a strong oxidizer. Peroxides are

regularly produced naturally by a woman's body.  The Prolene hernia mesh is not intended to be

placed in vagina, and the TVT-O mesh contains approximately 1,000 times more plastic material

than a Prolene suture, so the clinical effects of oxidization would be markedly different between

a suture and the TVT-O mesh.

This warning in the Prolene MSDS should have triggered an investigation into the effects

that the naturally occurring oxidizers in the vaginal would have on the TVT-O mesh prior to

Ethicon's marketing of the device, particularly with regard to oxidation and degradation of the

mesh, as well as inflammation caused the presence of these naturally occurring substances in a

woman's vagina.  At the very least, Ethicon should have passed this warning along to surgeons

and patients using the TVT-O mesh so they could make an informed choice about whether or not

to use the device.  However, no such warning regarding the TVT-O mesh's incompatibility with

strong oxidizers has been communicated in the IFU, and Ethicon never did studies specifically

---

[94] Sunoco MSDS, 2003, 2005, 2009.

examining the clinical effect of these natural oxidizers on the TVT-O mesh.   It is my opinion to

a reasonable degree of medical certainty that Ethicon should have tested the clinical effects of

the vaginal chemistry on the polypropylene used in the mesh and warned physicians about this

incompatibility for use of the mesh in the vagina.  Moreover, Ethicon should have informed

physicians (and therefore patients) that the MSDS for its polypropylene noted a risk of

carcinogenicity with the use of the plastic.

> ### D.     Ethicon Failed to Disclose and/or downplayed Adverse Risks, Complications and Product Information in its Instructions for Use ("IFU") for the TVT-O.

Ethicon's Instructions for Use ("IFU") fails to disclose important safety and risk

information to physicians thereby compromising the ability for all levels of surgeons to

adequately and appropriately consent their patients prior to the implantation of the TVT-O

device.  The IFU serves as the main modality for information regarding surgery.  The IFU is the

one document that Ethicon knew all surgeons see prior to the implantation of the TVT-O

device.[95]  In addition, according to Ethicon's Medical Director Piet Hinoul, physicians should be

allowed to rely on the safety information in the IFU standing alone.[96]  For this reason and

according to Ethicon's own Regulatory and Medical Affairs, all risks associated with a medical

device must be included in the products' IFU.[97]  This is true so that all physicians know the

safety and risk information known to a company and related to a specific product.  In this case,

the IFU for the TVT-O only lists the following information in its Adverse Risks Section for the

TVT-O:

> Adverse Reactions
>
> * Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.

---

[95] Deposition of Dr. Richard Isenberg November 6, 2013 566:4-8
[96] Deposition of Dr. Piet Hinoul, January 14, 2014, 1207:18-1208:11
[97] Deposition of Catherine Beath, July 12, 2012, 592:7-11, Deposition of Dr. Marty Weisberg, August 9, 2013, 959:19-960:15

* Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.

* As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheaths initially covering the PROLENE mesh are designed to minimize the risk of contamination.

* Over correction, i.e., too much tension applied to the tape may cause temporary or permanent lower urinary tract obstruction.

The IFU for the TVT-O fails to disclose numerous adverse risks, safety information and warnings that are associated with the product, including, among others, the following: Death, pain, chronic pelvic pain, permanent dyspareunia, permanent sexual dysfunction, injury and pain to partner during sexual intercourse, negative impact on sexual function, vagina anatomic distortion, inability to remove the device, permanent risks for erosions, surgical interventions, development of worsening incontinence and urinary dysfunction. My review of internal documents and the depositions of Ethicon employees reveals that Ethicon was aware of these risks before or at the time the TVT-O was first marketed and sold.[98]

Additionally, Ethicon not only failed to disclose certain defects related to the product in the IFU, they downplayed several of the actual defects. In the TVT-O IFU, Ethicon stated, "Transient leg pain lasting 24-48 hours may occur and can usually be managed with mild analgesics." However, this warning is inconsistent with data available to Ethicon showing that the pain frequently extended beyond 48 hours and was often chronic. Additionally, defects related to the mesh that Ethicon failed to disclose in its IFU are as follows: roping, curling, fraying, particle loss, degradation, contraction and shrinkage, chronic foreign body reaction and decreased pore size. Ethicon also failed to disclose risks and information related to cytotoxicity and the MSDS discussed above.

---

[98] Deposition of Piet Hinoul, June 27, 2013 552:2-9; Deposition of Catherine Beath, July 12, 2013; 608:13-20

Ethicon also failed to include warnings in its IFU related to the increased risk of mesh extrusion in women with prior vaginal surgeries, vaginal atrophy, vaginal injury, pre-existing pelvic pain disorders, immune-compromised and post-operative infection.[99] In addition, Ethicon failed to inform physicians that the TVT-O procedure performed under general anesthesia increases the risk of urinary retention, erosions and failure of the surgery.  All of the above risks, safety and warning information was known to Ethicon prior to or around the time that the TVT-O was first marketed.  Finally, Ethicon did not tell physicians that the TVT-O device would not work as well in smokers, young athletic women, older women or obese patients.[100] The failure to include this information deprived physicians of the information and prevented them from truly and fully being able to consent their patients prior implanting TVT-O devices or allow physicians to properly treat women with mesh complications.

Ethicon also downplays and misrepresents significant information in its IFU related to certain mesh properties.  Despite the significant amount of data regarding mesh-related inflammatory response, the TVT-O IFU claims that implantation of Gynecare TVT-O mesh "elicits a minimal inflammatory reaction," which is "transient".  This is not true as the inflammatory response is chronic according to my clinical experience with the mesh and the testimony of Ethicon Medical Directors David Robinson and Piet Hinoul and is extensively documented in Ethicon documents.[101]

In addition, Ethicon states in its IFU that the mesh is not subject to degradation, which is also inconsistent with Ethicon internal studies and documents and scientific studies examining mesh degradation.  In short, Ethicon not only failed to disclose certain risks associated with the

---

[99] Deposition of Rick Isenberg, November 6, 2013 582:17-583:1, ETH.MESH.00159634  at 00159697; ETH.MESH.00203456.
[100] ETH.MESH.00640394, Deposition of Aaron Kirkemo, January 7, 2014, 556:4-19;  556:24-557:1; 557:5-558:21
[101] Deposition of Dr. David Robinson, September 11, 2013, 1087:7-1089:15; Deposition of Dr. Piet Hinoul, January 14, 2014, 1192:4-1199:12; ETH.MESH.02340504 TVT IFU; ETH.MESH.00339437-442 "5 Years of Proven Performance" Feb 2002

product, it downplayed or inaccurately portrayed issues related to the mesh in the IFU. Ethicon prevented physicians from being able to have an appropriate and accurate informed consent discussion with their patients by concealing and misrepresenting this type of information. As a result, numerous patients have suffered injuries from the TVT-O device that were not disclosed to them as potential adverse risks related to the TVT-O.

Interestingly, in May 2015, Ethicon issued a new IFU for the TVT-O which adds numerous new risks and warnings for the first time, including but not limited to acute and/or chronic pain, dyspareunia to patients and partners that may not resolve and that one or more revision surgeries maybe be necessary to treat adverse reactions.[102] As stated above, Ethicon had knowledge of these risks prior to the time the TVT-O was first marketed or sold.

### E.      Ethicon Failed To Conduct Appropriate Studies Related to the TVT-O

Ethicon has never conducted a long-term randomized controlled trial with safety as a primary endpoint.[103] There are also very few studies which have actually studied chronic, long-term pain with the TVT or TVT-O.[104] In addition, to my knowledge, with respect to studies performed by persons outside of Ethicon, very few are long term randomized controlled studies and none include a primary endpoint of safety.[105] There have also been recent studies that suggest that the studies assessing risks of synthetic mid-urethral slings to date are poor and that long term data or evidence lags behind shorter-term studies.[106]

Ethicon routinely relies and promotes its TVT-O product based on long-term data that originates from the original DeLeval data and studies. However, these studies lack significant

---

[102] TVT-O IFU, May, 2015
[103] Trial Testimony of Piet Hinoul in Linda Batiste Trial, 3-27-14 pm 57:9-12, 57:9-12
[104] Deposition of Dr. David Robinson, September 11, 2013, 978:7-14
[105] Deposition of David Robinson, 977:2-18
[106] Ford, et. al.  Mid-urethral sling operations for stress urinary incontinence in women (review).  The Cochrane Library, DOI: 10-1002/14651858.CD006375.pub3 (2015);  Blaivas, et. al.  Safety considerations for synthetic sling surgery.  Nat. Rev. Urol. 18 August 2015, e-publication ahead of print.

data and fail to consider or inquire about many safety risks on the original patient cohort. In addition, Ethicon knew the DeLeval studies were uncontrolled, used different prototype devices and that the he had conducted his studies in violation of numerous criminal and civil laws.[107] The DeLeval data is also biased in that Dr. DeLeval had financial incentives to obtain certain results with his studies and received numerous payments, consulting agreements and royalties related to the TVT-O and his involvement with Ethicon.[108]

### F. Ethicon Failed to consider numerous known risks and hazards of the TVT-O in its design process.

As part of its design process, Ethicon is required to look at the potential risks of the implant.[109] According to Ethicon's Former Medical Director, there is a very formal process related to FMEAs, failure modes and risk analysis in determining different ways that things go wrong.[110] In making these determinations about risks, Ethicon relies on medical expertise from urologist like me to project what potential harms might result based on experience and literature.[111] According to Ethicon, a risk assessment is required to take into account all of the potential harms a product can cause once implanted.[112]

I have reviewed the relevant risk assessment documents created as part of the design of the mechanical-cut TVT, including the Preventia risk analysis performed by Medscand AB in 2000 and the updated Risk Assessment done in 2002.[113] Additionally, I have reviewed the relevant risk assessment documents created as part of the design of the TVT-O.[114] These risk assessments leave out or do not take into account numerous risks and complications related to

---

[107] ETH.MESH.03934952
[108] ETH.MESH.15955249; ETH.MESH.15363068; ETH.MESH.12002262
[109] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[110] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[111] Deposition of Dr. Aaron Kirkemo, January 6, 2014, 36:15-38:16
[112] Deposition of Scott Ciarocca, March 29, 2012, 97:23-98:21
[113] ETH.MESH.01317508
[114] ETH.MESH.00259473 (TVT-O DDSA)

the TVT-O, including roping, curling, deforming, fraying, particle loss, degradation, contraction and shrinkage, chronic foreign body reaction and decreased pore size due to its heavyweight and/or the fact that the device is impossible or difficult to remove. Based on testimony and internal documents I have reviewed and discussed above, Ethicon had knowledge of these risks at the time the TVT-O was launched.[115] As a result, Ethicon should have taken these into account during the design of the TVT-O and should have designed out these defects or warned about them. Because Ethicon failed to do so, the risks of the TVT-O are too great, and outweigh the benefits of the product.

For the reasons set forth above, the old construction mesh as used in the TVT-O device should not be used in the pelvic floor when implanted in this manner. These design defects of the mesh and the TVT-O lead to long term complications, pain, acute and chronic pelvic pain, vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, negative impact on sexual function, the possibility of multiple pelvic erosions that can occur throughout one's lifetime, vaginal scarring, vagina anatomic distortion, inability to remove the device, permanent risks for erosions, need for multiple surgical interventions, development of worsening incontinence and urinary dysfunction including urinary urgency, urinary urge incontinence, urinary retention, suprapubic pain, suprapubic numbness, pain with lifting, pain with ambulation, and pain with sitting.

## V. Exhibits

My current curriculum vitae is attached as Exhibit "A"

All materials that have been available to me to consider in support of my finding and opinions are included above and listed below in Exhibit "B".

---

[115] Deposition of Piet Hinoul, June 27, 2013 552:2-9; Deposition of Catherine Beath, July 12, 2013; 608:13-20

## VI. Recent Testimony

I have testified as an expert at the following trial:

*Coloplast A/S v. Generical Medical Devices*; United States District Court – Western District of Washington at Tacoma Case No. C10-227BHS

*Linda Gross et al. v. Gynecare, et al.;* Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08

*Diane Bellew v. Ethicon et al.;* United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473

*Janice L. St. Cyr v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-02313

*Kathleen Stanbrough v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-06937

*Sheila Sutton v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-00105

*Pamela Ailey v Cook Medical, Inc., et al.;* United States District Court, Southern District of West Virginia Case No. 2:13-CV-20496

## VII. Compensation

I am compensated for investigation, study and consultation in the case at the rate of $700.00 per hour.

    February 1, 2016

DATE

DANIEL ELLIOTT, M.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## RULE 26 EXPERT REPORT OF DANIEL ELLIOTT, M.D.

### I.   Background and Qualifications

I am an Associate Professor of Urology at Mayo Graduate School of Medicine in Rochester, Minnesota. I received an M.D. in 1993 from Loma Linda University School of Medicine in Loma Linda, California. Following graduation from medical school, I completed my surgical residency in Urology at the Mayo Graduate School of Medicine at the Mayo Clinic in 1999. I completed a one-year advanced surgical fellowship at Baylor College of Medicine in Houston, Texas, in Neurourology, Urodynamics, and Voiding Dysfunction. I then re-joined the faculty at the Mayo Clinic, where I have spent the last 15 years specializing in treatment for pelvic organ prolapse and urinary incontinence in women, as well as urinary incontinence in men. I have published over 60 peer-reviewed articles and given more than 100 hundred lectures, many of which relate to urinary incontinence and pelvic organ prolapse. A Mayo Clinic colleague and I were the first to perform robotic sacrocolpopexy surgery for the treatment of high-grade prolapse and the first to publish extensively on the subject. I have also published multiple scientific manuscripts concerning polypropylene meshes in the animal model. I am a frequent invited lecturer at medical and surgical conferences addressing pelvic organ prolapse

1

and stress urinary incontinence and their evaluation, treatments, surgical options, and management of complications. I recently passed the subspecialty credentialing process for Female Pelvic Medicine and Reconstructive Surgery, established by the combined boards of the American Board of Urology and the American Board of Obstetrics and Gynecology. Attached as Exhibit "A" to this report is a copy of my current curriculum vitae, which includes an up-to-date list of my publications, presentations, awards, and other academic activities, as well as my fee schedule. My recent trial testimony is listed in Exhibit "B."

    **II.**    **Bases of Opinions**

I have been asked to provide opinions regarding the subject of female stress urinary incontinence, its evaluation, treatments, surgical options and management of complications as well as to address the actions of Ethicon, Inc., Ethicon Women's Health and Urology, a Division of Ethicon, Inc., Gynecare and Johnson & Johnson (collectively referred to as Ethicon). The focus of my investigation for this report is on the TVT-Secur System ("TVT-S") and, specifically, the characteristics of the product that make it defective or, in other words, that make the risks to the patient outweigh the benefits to the patients. My opinions are based on my personal knowledge, experience, and my investigation in this case. All of my opinions, and the bases of those opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe to be true and correct to a reasonable degree of scientific and medical certainty. I do, however, reserve the right to supplement this report and my opinions in light of any additional material or information provided to me, including any reports submitted and/or any other discovery that is taken in this case. Furthermore, if called to testify, I would plan to use various demonstrative exhibits,

animations, video recordings, and/or anatomic models to show the relevant anatomy and surgical procedures and to describe my opinions as set forth in this report.

My opinions and conclusions regarding the TVT-S, its surgical procedure, its impact on patients and surgical colleagues, as covered throughout this report, have not been derived in isolation or from solitary data and opinion; rather, my report has been formed and influenced by multiple sources, briefly summarized as follows: my independent clinical and laboratory mesh-specific research, including clinical manuscripts pertaining to female stress urinary incontinence ("SUI"), female pelvic organ prolapse ("POP"), including mesh-specific complications; animal laboratory studies regarding the effects of polypropylene mesh and host foreign body response and inflammatory response; advanced surgical fellowship training in Voiding Dysfunction and Neurourology, which is above and beyond the normal six-year urologic surgical training; my personal surgical, clinical, and research experience implanting Prolene mesh slings; my personal surgical, clinical, and research experience as a Female Pelvic Medicine and Reconstructive surgical specialist at a high-volume tertiary center managing highly complicated SUI patients and mesh-related complications, including medical and surgical revisions and removal and treatment of synthetic mesh slings, including complications caused by the TVT-S device; my attendance and participation at national and international Urological and Gynecological surgical meetings, including but not limited to the International Pelvic Pain Society, International Continence Society, Society of Female Urology and Urodynamics, American Urologic Association, Canadian Urological Association, Mayo Clinic Urology Review, UCLA State of the Art Urology, European Urological Association Subsection of Female Urology and Subsection of Reconstructive Urology. I have prepared and given lectures at national and international meeting specifically focused on the complexities of treating female SUI and the management of

complications associated with such treatments, including but not limited to the International Continence Society meeting, Society of Female Urology and Urodynamics meeting, American Urologic Association meeting, Canadian Urological Association meeting, UCLA State of the Art Urology meeting, and European Urological Association Subsection of Female Urology and Reconstructive Urology meeting. I have had personal interactions and discussions with national and international urologic, gynecologic, urogynecologic, and general surgery colleagues regarding the management of SUI in women, manifestation of mesh-specific complications, and the treatment of mesh-specific complications. As part of my interest in being as educated and as up-to-date and accurate as possible, I have reviewed the readily available medical literature pertaining to the treatment of SUI and the management of its complications from sources including but not limited to medical journals, the United States National Library of Medicine, and the National Institute of Health.

I am a surgical journal editor and/or reviewer for 14 urologic and/or gynecologic journals (please see Curriculum Vitae for complete listing of journals) and was named Best Reviewer in Female Urology/Incontinence/Neurourology for two consecutive years (2012-2013) for the Journal of Urology. This is the highest honor awarded by the Editor of the Journal of Urology for excellence in manuscript review and preparation.

I have also performed a systematic review of internal Ethicon documents as they pertain to surgical mesh, TVT-S, the TVT-S procedure, expected SUI surgical results, expected SUI complications and rates of SUI complications, and marketing strategies designed for my surgical colleagues in urology, gynecology and urogynecology, as well as for potential SUI patients. I have also reviewed the testimony of Ethicon employees. All materials I reviewed or relied on in

support of my findings and opinions are included throughout this report and/or listed in Exhibit

"C."

###### III. **Summary of Opinions**

    ***A. Background on SUI and Treatments***

        1. Stress Urinary Incontinence

        2. Alternative/Traditional SUI Treatment Options

            a. *Non-surgical*

            b. *Surgical*

    ***B. The Polypropylene Mesh in the TVT-S Should Not Be Used in the Pelvic Floor Due to Known Complications and Hazards***

        1. Polypropylene mesh in the TVT-S is not inert and degrades

        2. The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides, which can be abundantly found in the vagina

        3. The TVT-S mesh is heavy with small pores, causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation

        4. Ethicon's Prolene mesh tested positive for cytotoxicity

    ***C. The TVT-S Should Not Be Used in the Pelvic Floor Due to its Defective Design***

        1. The TVT-S mesh is laser cut, resulting in a stiffer product and higher incidence of complications

        2. The TVT-S design is flawed because there is no way to properly tension the device

        3. The TVT-S is defectively designed in its insertion instruments and technique

        4. Ethicon had several preferred alternatives to the TVT-S available

    ***D. Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications, and Product Information in its Instructions for Use ("IFU") and Patient Brochures***

    ***E. Ethicon Failed to Provide Adequate Training for Surgeons Using the TVT-S***

## IV. Expert Opinions

### A. Background on SUI and Treatments

#### 1. Stress Urinary Incontinence

Female stress urinary incontinence ("SUI") is a relatively common condition in which a woman leaks urine when her body experiences an increase in abdominal pressure, which in turn increases the pressure on the bladder. The abdominal pressure (A.K.A. "stress") is caused by a wide variety of activities including coughing, laughing, sneezing, jumping, bending over, picking something up, running, or any other sudden movement that increases pressure on the bladder.

In a woman, the urine leakage often results from weakening of the muscles that surround the urethra and/or a lack of fascial support for the urethra. The fascia below the urethra serves as a sort of net to prevent the urethra from falling. SUI is much more common in women than in men, largely because of pregnancy, childbirth, menopause and hysterectomies, among other factors. Each of these conditions cause physical changes in the fascia used to support the urethra, which in turn results or contributes to SUI. There are multiple fascias, or tissues, that support the urethra, including fascia located in the area of the pelvic floor and endopelvic fascia. In a woman with SUI, these fascia fail to provide sufficient support for the urethra, allowing the urethra to move downward when there is a sudden increase in pressure, such as that caused by a cough or a sneeze. When this happens, urine leaks out of the urethra. Some SUI can also be linked to intrinsic sphincter deficiency ("ISD"), a condition in which the urinary sphincter is weakened.

SUI can have very serious effects on a woman's physical and mental health. It is not uncommon for women with SUI to stop participating in activities they once enjoyed, such as sports and other recreational activities, or to experience mental illness such as depression.

2. Alternative/Traditional SUI Treatment Options

*a. Non-surgical*

SUI presents in 15% to 35% of women.[1] Although some surgical treatments are typically safe and highly effective, many patients wish to avoid surgery for a variety of reasons. Regardless of the patient's willingness to commit to surgery, in most cases, it is recommended that non-surgical options be implemented first.[2]

*Behavior modification & Pelvic Floor Therapy & Exercises*

Simple lifestyle or behavioral modifications such as weight loss and/or avoidance of dietary irritants like caffeine and nicotine are often the first line of treatment. In many cases those options may be the only treatment necessary. Additionally, pelvic floor muscle exercises (Kegel exercises) are used to strengthen the muscles surrounding the urethra so that urine is less likely to leak. These therapies require time, effort, and commitment, but they do not have side effects and are often very effective.

Alternatively, pelvic floor electrical stimulation combined with biofeedback may prove useful. Pelvic floor electrical stimulation utilizes electrical current to strengthen the pelvic floor and improve its function. Biofeedback is a treatment regimen performed under the care of a specialist and/or physical therapist. It is a safe and effective method of increasing pelvic floor strength and has a role in helping women with mild stress incontinence. Biofeedback attempts to retrain patients on how to more appropriately use their pelvic floor muscles, thereby improving

---

[1] Abrams P, Cardozo L, Fall M, Griffiths D, Rosier P, Ulmsten U, van Kerrebroeck P, Victor A, Wein A, Standardisation Sub-committee of the International Continence Society Neurourol Urodyn. 2002; 21(2):167-78. Milsom I, Altman D, Lapitan MC, Nelson R, Sillen U, Thom D. Epidemiology of urinary (UI) and Faecal (FI) Incontinence and Pelvic Organ Prolapse. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 35–111.

[2] Hay-Smith J, Berghmans B, Burgio K, et al. Adult Conservative Management. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 1025–1120.

their urine control. Consequently, the patient becomes more aware of her pelvic muscles and is better able to identify and use them.

*Medication*

There are several medications that have been studied for the potential treatment of SUI (Topical Estrogen, α-Adrenergic Agonists, Imipramine, Duloxetine, β-Adrenergic Antagonists, and β-Adrenergic Agonists). However, to date their benefit is minimal for SUI and is essentially limited to possibly benefiting overactive bladder.

*Pessaries*

Pessaries have been used for thousands of years to treat POP and SUI and, prior to the advent of successful surgical options, pessaries were essentially the only viable treatment for POP and SUI. Specifically, "continence pessaries" represent an alternative or complementary non-surgical approach to the treatment of SUI. These devices work by providing a platform against which the urethra can compress during strenuous activity such as lifting or coughing. There are several studies describing the effectiveness of pessaries for treatment of SUI, but most of these studies are based on small samples of participants with short-term follow-up, which make the results questionable. Ultimately, however, due to inherent limitations of effectiveness complications such as vaginal pain, discharge, and odor, and the necessity of routine medical care, most patients with SUI discontinue using the pessary at some point.

*b. Surgical*

Surgeons have spent hundreds of years trying to develop successful treatments for SUI. Over time, several successful surgical techniques have been devised, but all of the treatments have the common component of reestablishing support for the urethra that has been weakened and damaged by childbirth, hysterectomy, obesity, and/or age.

8

*Marshall-Marchetti-Krantz & Burch Colposuspension*

In the 1940's, the Marshall-Marchetti-Krantz ("MMK") procedure was developed. The MMK procedure is a surgery in which the surgeon secures the neck of the bladder—i.e., where the bladder meets the urethra—to the pubic bone with a series of sutures. The Burch colposuspension procedure was developed shortly after the MMK procedure. The Burch procedure is successful in treating urinary incontinence with success rates equivalent to mid-urethral synthetic slings. Although the Burch procedure takes longer than a procedure to implant a synthetic mid-urethral sling, the long-term complications with Burch, particularly relating to chronic pain and dyspareunia, are minimal when compared to the complications arising from mid-urethral synthetic slings.

*Pubovaginal Slings (Autologous/Cadaveric)*

In the 1980's, a major advancement occurred with the introduction of a procedure known as the pubovaginal sling (PVS). The PVS procedure uses harvested tissue from the tough abdominal wall, called abdominal fascia. That tissue is then implanted in the shape of a hammock-like sling around the neck of the bladder and up to the abdominal wall. Since the fascial tissue comes from the patient herself, it is called "autologous," meaning tissue that comes from the same individual. The procedure rapidly rivaled the Burch colposuspension as the "gold standard" for the treatment of SUI in women.

With the advent of biologic and synthetic mesh slings, the number of traditional PVS procedures initially decreased. However, with the increasing awareness among surgeons and patients regarding the complications of vaginal synthetic mesh (including but not limited to permanent dyspareunia, life-altering pain, chronic sexual dysfunction, lifetime erosion risk, and others listed throughout this report), the PVS procedure has seen a significant resurgence. In

some regions and practices around the nation, the PVS has become the mainstay of therapy. In my own practice at a major tertiary referral medical center, I have abandoned essentially all synthetic mesh sling implantation due primarily to those complications mentioned above.

*Synthetic Mesh in General Surgery*

Abdominal and thoracic wall weaknesses (hernias) develop due to conditions such as birth defects, surgical complications, and radiation effects. Traditional hernia repair surgery evolved using sutures (stitches) to bring native tissue together. However, due to the inherent weaknesses of the tissues, failure was common and frequently resulted in significant pain and suffering for the patient. As a result, surgical meshes for hernia repairs were introduced in the 1950's. Since then, academic presentations, surgical reports, and journal manuscripts have described mesh-related complications such as chronic pain, abdominal wall rigidity, mesh contraction, infection, fistula formation, chronic inflammatory process, and weakness recurrence.[3]

---

[3] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17. Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan tech 2007, 17; 91- 94. Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997)1:15-21. Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul; 22(14):2021-4. Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267. Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998. Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002). Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene- mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec; 19(24):2235-46. 13 Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb; 46(1):42-5. Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan; 22(1):47-52. Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542. Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects. Minerva Chir. 1997 Oct; 52(10):1169-76. Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long- term implantation in humans. [ABSTRACT] Chirugr 2000; 71:43-51. Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011; 21(3):205-18. Cobb W, Burns J, Peindl R et al: Textile analysis of heavyweight, mid-weight, and lightweight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006). Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004; 12(1):51- 65. Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic

An abundance of evidence in medical literature and basic scientific data has been accumulated over the past two decades and indicates a strong and direct relationship between postoperative mesh complications and mesh design.[4] Reducing mesh-related complications demands a thorough understanding and knowledge of the chemical, physical, and synthetic characteristics of meshes and how they react inside the human body. At this point, there is a scientific consensus that synthetic meshes that are low-weight, large-pore, high porosity, monofilament, and capable of maintaining their elasticity under load have better results with fewer complications. Of all mesh characteristics, mesh stiffness, porosity, and pore size are of critical importance.

*Synthetic Mesh Use in Pelvic Floor*

The TVT-S was cleared for use based on its similarity to predecessor devices, like Ethicon's TVT-Retropubic and TVT-Obturator. During the TVT-R's Food and Drug Administration submission process in the late 1990's, Ethicon used the ProteGen sling as its predicate device. Introduced in April 1997 as a treatment for female SUI, the ProteGen sling was a synthetic polymer (polyester) mesh sling implant—not a polypropylene mesh as in the TVT line of products, including the TVT-S. Surgeons implanted the ProteGen polyester sling

---

and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May; 200(5):549.e1-8. Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep; 14(3):168-76.

[4] ETH.MESH.00869977; ETH.MESH.02589033; Robinson deposition 7-13, pg. 126-30; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17. Agresta, F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polypropylene/poliglecaprone for TAPP inguinal hernia repair. Surg Laparosc Endosc Percutan Tech 2007, 17; 91-94. Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21. Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul; 22(14):2021-4. Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267. Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998. Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul; 165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

underneath the urethra to provide support and to reduce SUI. Unfortunately, nearly immediately following ProtoGen's launch, a large number of patients began experiencing severe complications like mesh erosion through the vaginal wall, vaginal infections, vaginal discharge, vaginal bleeding, foul odor, and dyspareunia. In January 1999, Boston Scientific Corporation, ProtoGen's manufacturer, recalled the product due to the unusually high number of complications. In the December 1999 edition of *The Journal of Urology*, a group of respected urologists from across the United States reported their findings on those complications, including a high rate of tissue erosion and urethral erosion.

In November 1998, just months before the ProtoGen recall, Ethicon brought its Tension Free Vaginal Tape (TVT) System to the US market as part of its Gynecare line. The TVT was designed as a pubourethral sling for treatement of female SUI. The device is made from polypropylene mesh (sometimes referred to by the trade name PROLENE). Despite the ProtoGen recall and the two decades worth of literature on the complications resulting from polypropylene mesh implants, the TVT remains on the market today. In fact, Ethicon has expanded the TVT line to include the TVT-O, which incorporates an obturator device to implant the mesh via an "inside-out" approach, and the TVT-S device, which is the primary focus of this report.

Ethicon received FDA approval for the TVT-S device, a single incision sling ("SIS") sometimes referred to as a "mini-sling," in 2005. The sling was composed of approximately 1.1cm x 8.0cm of polypropylene mesh (Prolene) and could be inserted via either the "Hammock approach" or the "U approach." The TVT-S device was removed from the market in 2012, after the FDA requested that Ethicon conduct postmarket surveillance studies. No such studies were performed, and the TVT-S remains off the market to this day.

**B. The Polypropylene Mesh in the TVT-S Should Not Be Used in the Pelvic Floor Due to Known Complications and Hazards**

Because of the defective characteristics of the TVT-S, as discussed below and throughout this report, Ethicon repeatedly fell below the standard of care in producing and marketing its device. The laser cut mesh used in the TVT-S device should not be used in the pelvic floor, because the risks of the device far outweigh the benefits of the device. The inadequacies of the Prolene mesh and the TVT-S device lead to long term complications, including but not limited to acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. As such, the TVT-S device is not suitable as a permanent implant.

1. <u>The mesh in the TVT-S is not inert and degrades</u>

As polypropylene has been used in surgery for over 50 years as a suture material, Prolene mesh, like the kind used in the TVT-S, was marketed by Ethicon as inert. However, many published studies and internal Ethicon documents show that the mesh is not inert and does in fact degrade.[5] In 1987, for example, Ethicon tested samples of explanted Prolene mesh made from

---

[5] ETH. MESH.08315783; ETH.MESH.02589033; Robinson Deposition 7-13, p120, 129-130; Hinoul Deposition 4-5, p165-170; Kirkemo Deposition 4-18, p138; 84 Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73. Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002). Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.; Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.;

the same material as the TVT-S mesh.[6] After 8 years of implantation, the testing showed that the mesh was severely cracked. In 1992, Ethicon completed a study where Prolene sutures were implanted in beagle dogs for up to seven years. These sutures were removed from the dogs and examined by Ethicon's own scientists, who found surface degradation in many of the samples after 7 years of implantation.[7] Ethicon scientist and corporate spokesperson, Thomas Barbolt, agreed that surface degradation can occur with Prolene mesh, and that this fact was confirmed by the Ethicon studies.[8]

Further evidence that polypropylene mesh degrades over time was provided in 1998 by the publication of the Mary article, who studied the phenomenon of mesh degradation, and concluded the process of polypropylene cooling, where the polypropylene strand cools first on the inside and then on the outside can make the strand more susceptible to degradation on the outside.[9] In 2007, Costello et al., reported that polypropylene is more susceptible to degradation due to oxidation caused by inflammatory response.[10] Using Scanning Electron Microscopy (SEM), degradation could be seen in polypropylene in the form of cracks and peeling.

Dr. Donald Ostergard, urogynecologist and founder of AUGS, created a presentation titled "Polypropylene is Not Inert in the Human Body" in which he described degradation of in vivo

---

Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.; Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17. Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70. Klinge et al The Ideal Mesh Klosterhalfen et al: Retrieval study at 623 human mesh explants made of polypropylene.

[6] ETH.MESH.12831407
[7] ETH.MESH.05453719
[8] Barbolt deposition, 1-14, p409, 516-517
[9] Mary C, Marios Y, King MW, et al. Comparison of the in vivo behavior of polyvinylidene fluoride and polypropylene sutures used in vascular sugary. ASAIO Journal 44, 1998, 199–206.
[10] Costello C, Bachman M, Grand S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007 Sep; 14(3):168-76.

polypropylene.[11] Dr. Ostergard concluded that Prolene mesh degradation occurs by oxidation. He further concluded that a large surface area, such a piece of surgical mesh, in contrast to a suture, incites more inflammation and results in more oxidation since more macrophages are present. These macrophages then secrete hydrogen peroxide and hypochlorous acid to oxidize the mesh, which can cause the mesh to become brittle and to crack. As discussed below, these changes cause complications to patients due to the increased inflammatory response.

In a 2010 article by Clave et al., 100 pelvic floor explants were analyzed.[12] Results showed that *all types of polypropylene implants exhibited degradation*. "Mesh damage included superficial degradation, which appeared as a peeling of the fiber surface, transverse cracks in the implant threads, significant cracks with disintegrated surfaces and partially detached material, and superficial or deep flaking." The authors concluded that their research directly "contradicts" the idea that polypropylene is "an inert material." The authors further stated that "[f]or transvaginal surgery, clinical experience indicates the use of low density, large pore implants knitted from a monofilament to facilitate tissue integration, and decrease the inflammatory response…. [N]ot all types of PP implants degraded equally." The authors hypothesized that in vivo oxidation of polypropylene implants, "as reported in the literature," oxidation due to free radical attack, or "septic environment and large detachments of the vaginal approach resulting in collection and bruising hematoma [supporting] both the accumulation of fatty acids and an increased risk of infection," could contribute to degradation. It should be noted that the lead author, Henri Clave, holds an educational position for Ethicon Europe. Two other authors had ties to Sofradim and Covidien.

---

[11] "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard
[12] Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70.

Later, in 2013, the Wood study found that polypropylene explanted from a patient showed significant oxidation of the material, and concluded that polypropylene will degrade in an oxidizing environment, such as human tissue undergoing a foreign body response.[13] In 2015, seven explants from "Gynemesh, TVT, TOT, SPARC and minisling" were explanted 4-7 years after implantation. Comparison of SEM images for explant samples with control pristine samples revealed extensive surface degradation and the formation of surface cracks in the samples, demonstrating that polypropylene fibers from mid-urethral slings are not inert over time.[14] Other authors and studies have demonstrated similar results with polypropylene in general.[15] Dr. Iakovlev has published numerous articles showing and explaining the degradation and surface cracking of polypropylene explants using histological and transmission electron microscopy approaches.[16]

The fact that polypropylene cracks and breaks inside the human body is a serious concern. As polypropylene degrades, the human body's inflammatory response increases and intensifies. The abraded fiber surface increases the surface area of the mesh, providing multiple areas that can effectively harbor bacteria and become brittle, which lead to an increased risk of an

---

[13] Wood, et. al. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: 24:1113-1122 (2013).

[14] K Tzartzeva, D Lingam, M Baniasadi, M Minary-Jolandan, P Zimmern. Neurology and Urodynamics. 2014 33 (6), 820-822.

[15] Iakovlev, et al., Pathology of Explanted Transvaginal Meshes. Intl. Science Index Vol. 8 No. 9 (2014); Martin, MK Gupta, JM Page, F Yu, JM Davidson, SA Guelcher, CL Duvall. Synthesis of a Porous, Biocompatible Tissue Engineering Scaffold Selectively Degraded by Cell-Generated Reactive Oxygen Species. Biomaterials 35(12):3766-76, 2014; AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes. Biomaterials 32(2):419-29, 2011.

[16] Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35; Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1):35.

enhanced and chronic inflammatory response, severe scarring, and chronic infections due to bacterial proliferation at the mesh surface.[17]

As stated, Ethicon knew this information decades before the launch of the TVT-S. There are Ethicon studies dating back as far as 1983, using methods nearly identical to Dr. Iakovlev's, showing in vivo degradation of the Prolene polypropylene material.[18] Ethicon conducted additional studies in 1985 (dog study) and in 1987 (human explant), both showing in vivo degradation and cracking of the polypropylene materials.[19] Eventually, Ethicon had its meshes reviewed by an outside consulting company, which found that Ethicon meshes degrade and that the process starts within days of implant.[20]

Remarkably, Ethicon's IFU still claims that the mesh in the TVT-S, "is not absorbed, nor is it subject to degradation or weakening by the action of enzymes."[21] Such a statement is reckless and knowingly false, putting patients at risk for serious complications and leaving physicians without knowledge critical to making informed decisions. It is my opinion, to a reasonable degree of medical and scientific certainty, that polypropylene degrades in the human body, causing complications including but not limited to acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening

---

[17] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.
[18] ETH.MESH.15955438
[19] ETH.MESH.00004755; ETH.MESH.11336474; ETH.MESH.13334286
[20] ETH.MESH.07192929
[21] ETH.MESH.02340568

incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. Undoubtedly, Ethicon should have informed doctors of the known fact of degradation, and the company should have conducted clinical testing relating to the impact of polypropylene degradation in the pelvic floor. Such testing would have confirmed the fact that polypropylene is not suitable for permanent implantation in the human body.

2. <u>The MSDS for the Prolene mesh states not to use with strong oxiders like peroxides, which can be abundantly found in the vagina</u>

The fact that polypropylene degrades in vivo is especially problematic given the naturally occurring oxidizers in the pelvic floor. Ethicon was warned in advance of the potential consequences of permanently implanting polypropylene in the female body.

The polypropylene mesh in the TVT-S is made from plastic pellets supplied by Sunoco, a petrochemical company. Included with these plastic pellets is a material safety data sheet ("MSDS"), a public document intended to provide those handling or working with the product instructions and information on how to handle the substance in a safe matter, and, more generally, intended to describe the safety (or lack thereof) of a particular product.[22] I have reviewed a number of data sheets for the resin used by various manufacturers to produce pelvic mesh products.

The MSDS for the TVT-S polypropylene states:

**INCOMPATIBILITY**

The following materials are incompatible with this product: Strong oxidizers such as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen, sodium hypochlorite, calcium hypochlorite and permanganates. Chlorine; Nitric acid. [23]

---

[22] Weisberg deposition 8-13, p909.
[23] ETH.MESH.02026591

Although the resin used to make the TVT-S mesh is also used in number of other Ethicon products, including Prolene hernia mesh and Prolene sutures, this warning is particularly important as it applies to the TVT-S mesh, as the TVT-S mesh is intended to be placed in the vagina, which is a ready and natural source of peroxides, a strong oxidizer. Peroxides are regularly and naturally produced by a woman's body. By contrast, the Prolene hernia mesh is not intended to be placed in vagina. Further, TVT-S mesh contains approximately 1,000 times more plastic material than a Prolene suture, so the clinical effects of oxidization would be markedly different between a suture and the TVT-S mesh.

This warning in the Prolene MSDS should have triggered an investigation into the effects of naturally occurring oxidizers on the TVT mesh prior to Ethicon's marketing of the device (and certainly prior to the TVT-S, developed years later), particularly with regard to oxidation and degradation of the mesh, as well as inflammation caused the presence of these naturally occurring substances. At the very least, Ethicon should have passed this warning along to surgeons and patients using Prolene mesh, so that they could make an informed choice about whether or not to use the device. However, no such warning regarding the TVT-S mesh's incompatibility with strong oxidizers has been communicated, and Ethicon never did studies specifically examining the clinical effect of these natural oxidizers on the TVT-S mesh. It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by failing to include this warning in the IFU, and by failing to adequately study the clinical effects of the vagina's natural oxidizers on Prolene mesh.

Disturbingly, the MSDS also states that subcutaneous implantation of polypropylene led to local sarcomas in lab rats. The carcinogenic properties of polypropylene also should have been

disclosed to doctors, and Ethicon should have done follow-up studies relating to Prolene and cancer. No such disclosure or studies occurred.[24]

### 3. The TVT-S mesh is heavy with small pores, causing increased tissue response, chronic inflammatory response, contraction and shrinkage of the mesh, fibrotic bridging and scar plate formation

*Inflammation and Chronic Foreign Body Response*

As stated, the Prolene mesh used in devices like the TVT-S is the same mesh Ethicon has used for decades. Ethicon itself refers to the Prolene mesh as "old."[25] Importantly, Ethicon scientists have known for more than 16 years that heavyweight, small pore meshes, like the Prolene mesh comprising the TVT-S, are associated with excessive foreign body reaction, chronic inflammation, bridging fibrosis, scar plate formation, and consequential shrinkage of the mesh.[26] Ethicon knew that the mesh used in the TVT-S is heavyweight and has small pores.[27] Ethicon also knew the need for lighter weight materials, which elicit a lower inflammatory response in the human body.[28]

---

[24] Robinson deposition 9-13, p1105-1115

[25] ETH.MESH.10633520 -22

[26] ETH.MESH.05479411; Klinge U., Klosterhalfen B., Birkenhauer V., Junge K., Conze J., and Schumpelick V., Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 2005; 12(1):T1-T7; Cobb, W., et al. Textile Analysis of Heavyweight, Mid-Weight, and Lightweight Polypropylene Mesh in a Porcine Ventral Hernia Model. Journal of Surgical Research 136, 1-7 (2006); Klinge U, Klosterhalfen B, Muller M, Ottinger A, Schumpelick V. Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs. Eur J Surg. 1998: 164; 965-969; Klosterhalfen, B., Junge, K., Klinge, U.The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices. 2005; 2(1)

[27] ETH.MESH.05479411; ETH.MESH.05479535. Cobb et. al., The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Deposition of Joerg Holste, July 29, 2013 40:12-15, Hellhammer Deposition, 11-13, p151.

[28] ETH.MESH.01203957; ETH.MESH.05479411; Trial Testimony of Piet Hinoul, *Batiste*, March 27, 2014 afternoon, p73.



In fact, Ethicon developed lighter weigh materials for use elsewhere in the human body, including the pelvic floor.[30] However, Ethicon continued to use the heavyweight, small pore Prolene mesh, originally developed in 1974 for use in hernia surgery, for its TVT-S device used for SUI.[31] This is true despite the fact that Ethicon knows the heavyweight, small pore meshes cause a greater inflammatory response than lightweight, large pore meshes regardless of where the mesh is located in the human body.[32]

To be sure, the decision to continue using Prolene, despite known complications and the availability of lighter weight, smaller pore mesh, was financial. As Dr. Arnaud put it, Ethicon "want[ed] to be very careful with any modifications of our tape since a change in the mesh would obsolete all the long term clinical results." [33]

The decision to continue using decades-old mesh has had serious ramifications for patients. The body's foreign body response to mesh can cause a chronic inflammatory reaction, leading to excessive scarring in and around the mesh, as well as potentially debilitating pain. The

---

[29] ETH.MESH.05479411
[30] Holste deposition 7-13, p51-53.
[31] ETH.MESH.04941016; HMESH_ETH_02030355; ETH.MESH.02340568-ETH.MESH.02340590.
[32] Holste deposition 7-13, p95
[33] ETH.MESH.03911107; Hellhammer deposition, 9-13; Arnaud deposition 7-13, p36-37.

degree of this reaction is directly related to the weight and pore size of the mesh device.[34] Ethicon knew that clinical data shows more chronic pain with heavyweight meshes such as the TVT-S mesh, than with lightweight, partially absorbable meshes. One study found that heavyweight meshes with small pores had to be explanted due to chronic pain more frequently than lightweight meshes with large pores.[35] Indeed, Ethicon's own medical director has stated that the presence of the Prolene mesh can be responsible for chronic pain syndrome in the patient.[36]

*Shrinkage and Contraction*

Further, the foreign body reaction, exacerbated by the heavyweight and small pore construction, is chronic, and this chronic inflammation and reaction can lead to mesh contraction and shrinkage.[37] Most studies show less shrinkage in lighter weight meshes, and pore size is one of the most important factors regarding mesh shrinkage.[38] Ethicon knew that all polypropylene meshes experience a 20-50% reduction in their initial size following implantation in the body.[39] Ethicon's own medical director knew that the Prolene mesh can shrink, and generally believed the TVT mesh would shrink approximately 30% post implantation.[40] The mesh contraction and shrinkage can increase the degree of foreign body reaction and mesh degradation, in turn

---

[34] Hinoul deposition 4-12, p99; ETH.MESH.08315782; Trial Testimony Piet Hinoul, *Batiste*, March 27, 2014 afternoon, p27; ETH.MESH.05916450
[35] Klostherhalfen,B, Junge, K, Klinge, U, The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices, 2005 2(1)
[36] ETH.MESH.01202102
[37] Vailhe deposition 6-13, p838.
[38] ETH.MESH.02316781; Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 2005, 12(1):T1-T7.
[39] Cobb W, Kercher K, Heniford T. The Argument for Lightweight Polyropylene Mesh in Hernia Repair. Surgical Innovation. 2005, 12(1):T1-T7.
[40] ETH.MESH.03910418

increasing the degree of pelvic pain and pelvic floor dysfunction, such as dyspareunia and difficulty urinating.[41]

Additionally, a recent study has shown that mesh shrinkage is progressive, with a linear evolution of the contraction rate over time, indicating that mesh contraction continues in the patient's body indefinitely into the future.[42] Vaginal mesh contraction can result in vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion, and dyspareunia. Feiner and Maher evaluated 17 women with vaginal mesh contraction to demonstrate that the mesh caused the condition. The patients' presenting complaints included severe vaginal pain, dyspareunia, and focal tenderness over contracted portions of mesh on vaginal examination, mesh erosion, vaginal tightness, and vaginal shortening. The patients underwent surgical intervention with mobilization of mesh from underlying tissue, division of fixation arms of the central graft, and excision of contracted mesh. Fifteen of 17 (88%) patients reported a substantial reduction in vaginal pain following explanation, while none of 11 (64%) reported substantial reduction in dyspareunia. However, despite Feiner's relative success with mesh explanation, the adverse effects of transvaginal mesh contraction caused permanent life-altering sequelae in 22-46% of patients in this study.[43] I personally see this type of permanent life-altering sequelae in my daily practice in patients I treat for severe complications related to mesh slings, including Ethicon's TVT-S device.

---

[41] De Tayrac, et. al. Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542.

[42] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

[43] Feiner B, Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol. 2010 Feb;115(2 Pt 1):325-30.; Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

*Scarring*

Polypropylene induces a rapid and acute inflammatory response and strong scar formation. Heavyweight meshes with small pores, such as the Prolene mesh in the TVT-S, induce an intense, chronic foreign body reaction with intensified fibrotic bridging and scar formation.[44] Eventually, the small pores are overwhelmed by the formation of scar tissue, and the entire mesh sling can become encased in a scar plate. This scar plate prevents proper tissue ingrowth.

An increased foreign body reaction with a chronic inflammatory response, followed by the formation of a rigid scar plate, are the primary reasons for the shrinkage and contraction of mesh, which in turn leads to complications including pain and permanent nerve damage.[45] Decreasing the weight of mesh reduces both shrinkage and the inflammatory response. A pore size of at least 1 mm in all directions is needed to prevent the fibrotic bridging and scar plate formation.[46] Despite Ethicon's claims to the contrary, the mesh in the TVT-S has a pore size that is much smaller than 1mm after implantation.[47]

---

[44] ETH.MESH.02316781; ETH.MESH.01218361
[45] ETH.MESH.01218361
[46] ETH.MESH.01785259; ETH.MESH.02316781; ETH.MESH.02148431; ETH.MESH.01218361; Klosterhalfen B, Junge K, Klinge U. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17; Batke deposition 8-12, p113-114, 118-120, 172-174;Hellhammer deposition 9-13, p403-407; Holste deposition 7-13, p51-53; Holste Deposition 12-12, p89-90; Semin Immunopathol (2011) 33:235–243 - a Scar net formation following large pore (~3 mm) and b scar plate formation following small-pore (~0.3 mm) mesh implantation; Arnaud deposition 9-13, p756-757; ETH.MESH.03021946; ETH.MESH.02587926; ETH.MESH.01752532; ETH.MESH.01785259; ETH.MESH.04941016
[47] ETH.MESH.08315782

Table 1 - Characteristics of Various mesh implants

| MESH | Unit Weight (mg/cm2) permanent component | Burst Strength, psi | Maximum Pore Size, mm |
|------|------|------|------|
| PROLENE* Polypropylene Mesh | 7.6 | 234 | <1 |
| GYNECARE GYNEMESH* PS Nonabsorbable (PROLENE* Soft Mesh) | 4.5 | 116 | 2.5 |
| MERSILENE* Polyester Fiber Mesh | 3.3 | 83 | <1 |
| VYPRO Mesh | 2.5 | 71 (pre-absorption 90) | 4.5 |
| VYPROII Mesh | 3.5 | | 3-4 |
| ULTRAPRO* Partially Absorbable Mesh (GYNECARE GYNEMESH M* Mesh) | 2.8 | 90 (pre-absorption 135) | 5.0 |

[48]

The fact that the pore size of the TVT-S is not greater than 1mm in all directions prevents proper tissue integration, which can reasonably be expected to result in the development of a rigid scar plate, leading to, among other things, the potential for increased erosion, pain, nerve entrapment, vaginal shortening, SUI recurrence, urethral obstruction, and dyspareunia.[49] As with other risks, it is well-documented that Ethicon also knew the design of its Prolene mesh could lead to a severe foreign body reaction, excessive scarring and fibrotic bridging, and mesh shrinkage.[50] Nonetheless, Ethicon failed to disclose its own findings, leaving doctors and patients in the dark.

4. Ethicon's Prolene mesh tested positive for cytotoxicity

Cytotoxicity is the quality of being toxic to cells. If a woman's tissues or organs are exposed to a cytotoxic substance, the cells may experience necrosis and die rapidly, or they may undergo a form of controlled cell death known as apoptosis. It is my understanding that it is

---

[48] ETH.MESH.08315782
[49] Klinge U, Otto J, Muhl T. High Structural Stability of Textile Implants Prevents Pore Collapse and Preserves Effective Porosity at Strain. BioMed Research International. 2015, 953209.
[50] ETH.MESH.05920616; ETH.MESH.04037600; ETH.MESH.05920616; ETH.MESH.05585033; ETH.MESH.05446127; ETH.MESH.05475773; ETH.MESH.04015102; ETH.MESH.04037600; Batke deposition 8-13, p87-88, 113-114, 257-259; Holste deposition 7-13, p51-57; Vailhe deposition 6-13, 182-185.

common for medical devices to be subjected to cytotoxicity testing before they are marketed to doctors and patients.

In support of its application to market the TVT (and then the TVT-S) in the United States, Ethicon did not perform any controlled clinical studies to determine the cytotoxic potential of the TVT, but instead determined that the "long term clinical experience with PROLENE mesh indicated the [prior] cytotoxicity testing would be sufficient to support the biocompatibility of this [mesh] component."[51] Of course, prior to marketing the TVT device, the Prolene mesh had primarily been used in abdominal hernia repair, and had never before been specifically indicated for use in vaginal tissues. As a result, Ethicon's conclusion that no new clinical or animal studies were needed to evaluate the cytotoxic potential of the TVT mesh is questionable at best. In fact, to this day, I am not aware of any long-term studies undertaken by Ethicon to determine whether or not the TVT mesh is clinically cytotoxic in women.[52]

Notably, the 2004 Wang study reported a defective healing rate of 2.2% in a series of 670 patients, and a persistent defective healing rate of 1%, which is suggestive of cytotoxicity.[53] Although this study was not published until 2004, Ethicon had been advised that Dr. Wang had experienced 25 erosions from the TVT mesh, which he suspected was due to the body's rejection of the Prolene mesh in 2002.[54]

The initial Cytotoxicity testing of the TVT prototype device was conducted in March of 1997, and tested all components of the device together for a period of 24 hours. The results of this test indicated the mesh was severely cytotoxic.[55] Ethicon's own Scotland lab performed

---

[51] ETH.MESH.08476210
[52] Robinson deposition 9-13, p1101-1102.
[53] Wang AC, et. al. A histologic and immunohistochemical analysis of defective vaginal tape healing after continence taping procedures: A prospective case-controlled pilot study. American Journal of Obstetrics & Gynecology. 2004;191(6):1868–1874.
[54] ETH.MESH.03736989; ETH.MESH.00409674
[55] ETH.MESH.06851860

follow-up testing, this time testing the needle, heat shrinking tube, sheath, and polypropylene mesh separately. In this test, the polypropylene mesh in the TVT again tested positive for marked cytotoxicity. Ethicon did a third and final test in July of 1997, which finally provided a non-cytotoxic result for the polypropylene mesh. Ethicon relied on the results of this final, July 1997 test in support of its application to market the TVT device, and did not report the two prior positive cytotoxic test results to the FDA, surgeons, or the public.

Ethicon's own Worldwide Medical Director from 2005-2010 was not aware of these positive tests during his tenure.[56] Notably, even the 1997 ISO elution testing showed that the polypropylene mesh in the TVT was moderate to severely cytotoxic, while the ISO agarose diffusion testing showed the mesh was non-cytotoxic. Despite the positive ISO elution testing, and the two previous tests showing the mesh was cytotoxic, Ethicon concluded that "the long history of safe clinical use of polypropylene as a mesh and suture products suggests strongly that the material is inherently biocompatible, and the potential cytotoxicity observed is self-limiting and minimal when compared to the implantation procedure itself." [57]

It is my opinion that based on the 3 positive cytotoxic test results, Ethicon failed in its duty as a reasonable medical device manufacturer by not conducting long-term studies to assess the cytotoxic potential of the TVT mesh, and thus the TVT-S mesh, prior to marketing the device in women. This is particularly true in light of the fact that the Prolene mesh had never before been indicated specifically for use in vaginal tissues, and that there was only limited, short term data for 200 patients on a prototype device available at the time the device was first sold in the United States. In addition, the reports of 25 tape erosions from Dr. Wang in 2002 should have

---

[56] Robinson deposition 9-13, p1094-1095.
[57] ETH.MESH.08476210

triggered an additional testing and assessment of the cytotoxic potential of the TVT mesh, but no additional cytotoxic testing was done as a result of these reports.

Although Ethicon claims to have conducted additional cytotoxicity testing prior to FDA approval of the TVT-S, this does not explain the prior positive tests relating to the TVT.[58] And, given the company's history of selectively releasing studies and tests, the 510(k) application hardly puts to rest concerns about Prolene's cytotoxic nature.[59] I have personally seen the clinical effects of the cytotoxic potential of Prolene mesh in my practice. When I have removed Prolene TVT-S mesh from a patient with a mesh erosion, the tissue surrounding the mesh frequently shows evidence of necrosis and cell death. This type of necrosis is typically due to either toxins, infections, trauma, or some combination of the three.

### C. The TVT-S Should Not Be Used in the Pelvic Floor Due to its Defective Design

1. <u>The TVT-S mesh is laser cut, resulting in a stiffer product and higher incidence of complications</u>

Originally, Ethicon produced its line of TVT products by mechanically cutting the Prolene mesh. With the introduction of TVT-S, the company decided to use lasers to cut the mesh instead

---

[58] ETH.MESH.01311841

[59] Ethicon has never conducted a long-term randomized controlled trial with safety as a primary endpoint. (Trial Testimony of Piet Hinoul, *Batiste*, March 27, 2014 afternoon, p57.) In addition, to my knowledge, with respect to studies performed by persons outside of Ethicon, very few are long term randomized controlled studies and none include a primary endpoint of safety. (Robinson deposition 9-13, p977.) There have also been recent studies that suggest that the studies assessing risks of synthetic mid-urethral slings to date are poor and that long term data or evidence lags behind shorter-term studies. (Ford, et. al. Mid-urethral sling operations for stress urinary incontinence in women (review). The Cochrane Library (2015); Blaivas, et. al. Safety considerations for synthetic sling surgery. Nat. Rev. Urol. 2015:12 481-509.) Ethicon routinely relies and promotes its products based on long-term data from the original Ulmsten (and later Nilsson) data and studies. However, the studies lack significant data and fail to consider or inquire about many safety risks on the original patient cohort. The Ulmsten/Nilsson data is also biased in that Dr. Ulmsten had financial incentives to obtain certain results with his original studies and received numerous payments, consulting agreements, and royalties related to the TVT and his involvement with Ethicon. (ETH.MESH.03259439; Robinson deposition 9-13, p214-219.)

of machines. According to Ethicon, the change to lasers meant that the new mesh "was about three times stiffer than the machine-cut TVT mesh."[60]

Predictably, Ethicon conducted no clinical testing on the significance between mechanical cut and laser cut mesh.[61] According to internal Ethicon documents, the company tried to stress that there was nothing clinically significant or "new" about laser cut mesh, in part because "[I]f our results are as we claim [then] why are we changing the mesh with no clinical data?".[62]

Most importantly, the stiffness of the laser-cut mesh can result in additional complications for the patient, as compared to mechanically cut mesh. According to multiple Ethicon employees, for example, stiffer or more rigid mesh can result in a higher incidence of erosion, sexual dysfunction, and voiding dysfunction.[63] A study by Neuman found much higher rates of dyspareunia, attributable to the stiffness of the mesh.[64] In my own practice, I have likewise noticed the more rigid quality of mechanically cut mesh and have identified these types of complications following implantation.

2. The TVT-S design is flawed because there is no way to properly tension the device

Proper tensioning of the TVT-S device is critical to ensure that the device is both successful in its intended use to cure stress urinary incontinence and to prevent complications. However, the design of the TVT-S device is flawed because Ethicon cannot properly determine and/or instruct surgeons on the proper placement of the device and, in fact, Ethicon provides nonsensical or misleading instructions on tensioning in its Instructions for Use ("IFU"). It is

---

[60] ETH.MESH.01809080; Moalli P. A., Papas N., Menefee S., Albo M., Meyn L., Abramowitch S. D. Tensile properties of five commonly used mid-urethral slings relative to the TVT. International Urogynecology Journal and Pelvic Floor Dysfunction. 2008;19(5):655–663.
[61] ETH.MESH.01221735; ETH.MESH.03941617
[62] ETH.MESH.06040171
[63] ETH.MESH.00294195; ETH.MESH.00271641; ETH.MESH.00328895; ETH.MESH.03916716; ETH.MESH.01782949
[64] Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-year Follow Up. J Min. Invas. Gynecol 2011 Nov-Dec;18(6):769-73.

known that improper tensioning of slings can lead to failure of the procedure, urinary retention, and well as urinary obstruction. The TVT-S IFU itself states that "[o]ver-correction, i.e., too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction," and that "[u]nder-correction . . . may result in incomplete or no relief from urinary incontinence."[65] Too much tension on the mesh can also lead to vaginal or urethral erosions, which the IFU does not mention.[66]

To begin with, the IFU repeatedly refers to the TVT-S as "tension free." And yet the IFU warns that "over-correction, i.e., too much tension" can result in complications. Presumably, if the tape is "tension free," the IFU should state that *any* tension can result in complications, not merely the vague phrase "too much." Worse, the IFU warns of the possibility of "under-correction," which is presumably impossible with a device that is truly tension free. The IFU informs surgeons to "[e]nsure that the tape is placed with no tension."

I am not alone in my confusion regarding the tensioning of the TVT-S. Key Opinion Leader Malcolm Frazer reported to Ethicon in November 2007 that "the [TVT-S] IFU is fundamentally misleading. Tension-free, tension-less and placement with no tension are complete misnomers."[67] Professor Frazer also noted that Ethicon "is now suggesting [outside the IFU] that [the TVT-S] should be much tighter than [the IFU] states, because you assume [the mesh] or tissues may loosen." (Other Ethicon documents include similar suggestions regarding additional tension.)[68] He further stated that Ethicon had released "inadequate" and "contradictory or confusing statements on tension."

---

[65] ETH.MESH.02340589
[66] ETH.MESH.05529653; ETH.MESH.0016113; ETH.MESH.05529274; ETH.MESH.04044797
[67] ETH.MESH.00311792
[68] ETH.MESH.01782949

The IFU also instructs that the procedure may be performed under general anesthesia. However, the IFU notes that the positioning of the "tension-free tape" should be considered by "cough test or other [undescribed] means." It is impossible to perform a cough test with a patient under general anesthesia, and Ethicon quite literally provides no guidance for assessing the placement and tensioning of the TVT-S in that situation.

Ethicon's lack of guidance on tensioning the TVT-S is a repeat of the company's approach to the original TVT. For example, the fact that the cough test was necessary to properly tension the mesh was noted by Dr. Ulmsten in his original 1996 publication on the TVT, as well as the co-inventor of the TVT, professor Nilsson, who noted that there was a 15% difference in success rates between patients treated with the TVT under local anesthesia with a cough test, and patients under general anesthesia, where no cough test was possible.[69] Despite being aware of this concern, Ethicon launched the TVT with an IFU that informed physicians that the procedure could be performed under general or local anesthesia, yet did not inform physicians that the success rate was much greater if performed under local anesthesia with a cough test. In 2001, Ethicon medical directors recognized the need to have a standardized approach for tensioning the TVT and began work on a product which would avoid excessive tension. This product was never completed, and Ethicon never addressed how to instruct surgeons to properly tension the mesh. Ethicon employees have acknowledged that the TVT line has never truly been tension free, despite years of marketing it as such, and that they cannot accurately describe how to tension the mesh.[70]

Further, the fact that the mesh undergoes changes to its physical characteristics, which may vary from patient to patient, within days of implantation and then continuously throughout

---

[69] ETH.MESH.0404851
[70] ETH.MESH.01784428; ETH.MESH.06861473

31

its time in the human body, means that "proper" tensioning is likely impossible. Ethicon failed to consider or inform physicians that the mesh could shrink from 30-50% once the TVT-S was placed, which obviously affects the final placement and tensioning of the mesh.[71] (Actual shrinkage rates vary based on the individual patient, type of mesh, and location of mesh in the body.)

In sum, Ethicon's instructions leave the physician with no clear, articulable standard on how to avoid serious adverse reactions like urinary retention or urinary obstruction. Since it is generally impossible to adjust the tensioning more than 24 hours after an operation due to tissue ingrowth, a re-operation surgery is generally required to correct improper tensioning. Therefore, it is particularly important to describe the proper tensioning of the device as part of the product information.

It is my opinion to a reasonable degree of medical certainty that Ethicon has failed in its duty as a reasonable medical device manufacturer by not developing and articulating clear and accurate instructions to surgeons on how to tension the mesh, rendering the device defective. It is also my opinion to a reasonable degree of medical certainty that Ethicon cannot develop and articulate clear and accurate instructions on how to properly tension the mesh as long as defects of heavyweight, small pore, polypropylene mesh exist, as those defects create too many variations in the tensioning of the device to be overcome by instructions, no matter how well designed and articulated they may be.

3.  The TVT-S is defectively designed in its insertion instruments and technique

Like the TVT and TVT-O, the design of the TVT-S is inherently defective given its use of Prolene mesh, which degrades and deforms in the pelvic floor, leading to serious

---

[71] ETH.MESH.03917375

complications as explained above. The TVT-S, moreover, was in fact designed even more poorly than its predicate devices.

Ethicon received FDA approval for the TVT-S under the 510(k) approval process, which is meant for devices that are "substantially equivalent" to a previously approved device. Ethicon asserted that the TVT-S was substantially equivalent to the TVT and TVT-O, but the reality is that the TVT-S is quite different, particularly as far as the implantation technique. The inserters were new,[72] and the procedure, including the "hammock" and "U" methods, was new.[73] As stated previously, the mesh was also the first to be laser cut, which alters the physical characteristics of the mesh as compared to the mechanical cutting utilized for the TVT. As Malcom Frazer put it: the TVT Secur is so "utterly different to the other TVT's that it probably shouldn't be called a TVT."[74] Similarly, Dr. Menachem Neuman, who flew across Europe providing training sessions for Ethicon products, informed the company that "special awareness" should be paid "to the differences between the TVT/TVTO and the TVTS . . . if high cure rates and low complication rates are desired." [75] (Dr. Neuman provided a number of suggestions regarding TVT-S techniques, none of which were used in an amended IFU.)

The primary problems with the TVT-S, as compared to the predecessor devices, are the insertion tools and techniques. Throughout the TVT-S's time on the market, Ethicon was aware of complaints relating to difficulty removing the insertion device.[76] For example, in a 2006 email to David Robinson and Dan Smith, among others, Ethicon's Director of Risk Management Mark Yale described the "potential high rate of occurrence with injuries related to [the TVT-S] not coming off inserter during removal of the inserter, therefore the device is either moved from rest

---

[72] Robinson deposition 7-13, p116.
[73] ETH.MESH.17666960; ETH.MESH.02340577
[74] ETH.MESH.00327062.
[75] ETH.MESH.02320486
[76] ETH.MESH.02105223; ETH.MESH.03752501

position or completely pulled out along with inserter."[77] A Quality Board presentation likewise noted complaints regarding the inserter clinging to the device.[78]

The various problems and potential explanations were summed up in a study by Hota:

> The lower overall success of TVT-S could be attributed to the difficulty that was sometimes encountered in the detachment of the introducer from the sling. During the introducer removal process, the original tensioning may have been compromised, as the introducer was moved back and forth in an attempt to release the sling from the introducer....
>
> Another point to consider is that the ends of the TVT-S are intended to be embedded within the obturator internus muscle, as opposed to passing through the obturator membrane as with the TVT-O sling. The TVT-S may theoretically migrate with time, detaching from the obturator internus muscle, whereas with TVT-O, the mesh passes through the obturator membrane as well as the obturator internus and externus muscles and the adductor magnus muscle and therefore may not be dislodged as easily. In other words, the latter approach may create a more reliable anchor for the mesh. In addition, excessive hydrodissection or sharp dissection of the periurethral space may affect the degree of attachment of the absorbable "fleece" on either end of the TVT-S. In addition, the attachment of the fleece could be compromised if a hematoma developed within the obturator internus muscle as a result of the surgical procedure.[79]

The "fleece" material is identified by Ethicon as a combination of polyglactin 910 and poly-p-dioxanone.[80] It was not used in either the TVT or TVT-O, and to my knowledge Ethicon did not perform any studies regarding its use in the pelvic floor. The TVT-S should not have launched without clinical findings showing that the new absorbable materials did not hamper insertion or integration of the device.

---

[77] ETH.MESH.0329316
[78] ETH.MESH.06051286
[79] Hota, Lekha S., MD, et al. TVT-Secur (Hammock) Versus TVT-Obturator: A Randomized Trial of Suburethral Sling Operative Procedures. Female Pelvic Med Reconstr. Surg. 2012, Jan-Feb;18(1):41-45.
[80] ETH.MESH.02340577

Another issue with the TVT-S insertion tools are the razor-sharp edges on the steel inserters. The Hota study found "an increased incidence of mesh exposure in the TVT-S group," and theorized that "the sharper edges of the TVT-S introducer potentially create more trauma to the vaginal epithelium and may result in high erosion rates." A "high-quality review . . . conducted to pool relevant data from randomised controlled trials" is consistent with these findings.[81] The report found that the TVT-S resulted in both more frequent vaginal exposure of mesh and mesh extrusion into the bladder or urethra, as compared to TVT-O-like devices. The TVT-S procedure also made women lose more blood than the TVT-O procedure—a statistically significant amount. Consistent with other studies, the report determined that failure rates among single-incision slings were also higher than with the transobturator approach.[82] The study concluded that "TVT-Secur is inferior to TVT and has already been withdrawn from clinical use." Once again, Ethicon did not study the potential effects of its razor-sharp instruments. The TVT-S never should have been released with this component; whatever benefits of this razor-sharp tool were clearly outweighed by the risks. It is my opinion that the sharp edges of the inserter are more likely to cause injuries to tissue and more likely to result in mesh erosion and extrusion.

 

83

---

[81] Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.
[82] Maslow K, Gupta C. Randomized clinical trial comparing TVT Secur system and transvaginal obturator tape for the surgical management of stress urinary incontinence. Int Urogynecol J (2014) 25:909–914.
[83] ETH.MESH.02340568

4. <u>Ethicon had several preferred alternatives to the TVT-S available</u>

In general, the best course of action is to avoid using polypropylene mesh in the pelvic floor. Traditional non-surgical repairs are often helpful, and traditional surgical repairs have similar success rates as devices like the TVT, with far fewer complications.

Even so, feasible, safer, cost-effective, alternative devices were available to Ethicon at the time the TVT-S was launched and throughout the period it was marketed. As documented in the scientific literature and in Ethicon's internal communications, the TVT and TVT-O had far better success rates than the TVT-S.[84] Further, Ethicon developed (and used in its POP kits) the lightweight, large pore Ultrapro mesh, but chose not to utilize it in any treatment for SUI.[85] Any or all of these readily available options would have resulted in a more successful device with fewer complications and better outcomes.

### D. Ethicon Failed to Disclose and/or Downplayed Adverse Risks, Complications, and Product Information in its Instructions for Use ("IFU") and Patient Brochures

It is important to state from the outset that Ethicon released one set of Instructions for Use ("IFU") for the TVT-S and never updated it, even as the company received more and more complaints from users and documents show growing concerns within the company itself. From launch, Ethicon's IFU failed to disclose important safety and risk information to physicians, thereby compromising the ability for all levels of surgeons to adequately and appropriately inform their patients prior to the implantation of the TVT device.

The IFU serves as the main modality for information regarding surgery. The IFU is the one document that Ethicon knew all surgeons see prior to the implantation of a mesh device.[86] In

---

[84] ETH.MESH.00312179; ETH.MESH.03845446; ETH.MESH.02105223; ETH.MESH.03845446; Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.
[85] Hellhammer deposition 9-13.
[86] Isenberg deposition 11-13, p566.

addition, according to Ethicon's Medical Director Piet Hinoul, physicians should be allowed to rely on the safety information in the IFU standing alone.[87] Thus, all risks associated with a medical device must be included in the products' IFU,[88] so that doctors are not left in the dark. I regularly review and rely on IFUs in my on practice. The woefully inadequate IFU for the TVT-S lists the following information in its Adverse Risks Section:

- Punctures or lacerations or injury to vessels, nerves, bladder, urethra, or bowel may occur during instrument passage and may require surgical repair.

- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.

- As with all foreign bodies and surgical implants, PROLENE mesh and absorbable materials may potentiate or exacerbate an existing infection.

- Over-correction, i.e., too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

- Under-correction or incorrect placement may result in incomplete or no relief from urinary incontinence.[89]

This is a nearly word-for-word recitation of the Adverse Reactions listed in the early 2000s TVT IFUs, even though, as explained, the products are quite different.[90] By contrast, the current version of the TVT IFU, although still flawed in many ways, lists the following Adverse Reactions:

- Punctures or lacerations of vessels, nerves, structures or organs, including the bladder, urethra or bowel, may occur and may require surgical repair.

---

[87] Hinoul deposition 1-14, p1207-1208
[88] Beath deposition 7-12, p592; Weisberg deposition 8-13, p959-960.
[89] ETH.MESH.02340589
[90] ETH.MESH.05225354

- Transitory local irritation at the wound site may occur.

- As with any implant, a foreign body response may occur. This response could result in extrusion, erosion, exposure, fistula formation and/or inflammation.

- Mesh extrusion, exposure, or erosion into the vagina or other structures or organs.

- As with all surgical procedures, there is a risk of infection. As with all foreign bodies, PROLENE Mesh may potentiate an existing infection.

- Over correction, i.e., too much tension applied to the tape may cause temporary or permanent lower urinary tract obstruction.

- Acute and/or chronic pain

- Voiding dysfunction

- Pain with intercourse which in some patients may not resolve.

- Neuromuscular problems, including acute and/or chronic pain in the groin, thigh, leg, pelvic and/or abdominal area may occur.

- Recurrence of incontinence

- Bleeding including hemorrhage, or hematoma.

- One or more revision surgeries may be necessary to treat these adverse reactions.

- PROLENE Mesh is a permanent implant that integrates into the tissue. In cases in which the PROLENE Mesh needs to be removed in part or whole, significant dissection may be required.

OTHER ADVERSE REACTIONS

- Seroma

- Urge incontinence

- Urinary frequency

38

- Urinary retention

- Adhesion formation

- Atypical vaginal discharge

- Exposed mesh may cause pain or discomfort to the patient's partner during intercourse.

- Death.[91]

As explained throughout this report and described in more detail below, the IFU for the TVT-S fails to disclose numerous adverse risks, safety information, and warnings that were well-known to Ethicon while the TVT-S was being marketed. Most strikingly, the IFU fails to mention pelvic pain or dyspareunia, which are extremely common complications of mesh implantation. More specifically, the TVT-S IFU fails to warn doctors of the known risks of, among other things: death, acute and chronic pelvic pain, acute and chronic vaginal pain, permanent dyspareunia, injury and pain to partner during sexual intercourse, sexual dysfunction, chronic infections, abscess formation, permanent nerve damage, defecatory dysfunction, chronic foreign body reaction, lifelong risk of erosion and extrusion, severe vaginal scarring, inability to remove the device, the need for multiple surgical interventions that carry with them significant risks of morbidity, the development of worsening incontinence and urinary dysfunction, including urinary urgency, urinary urge incontinence, and urinary retention. The IFU also fails to mention, among other things, the research showing that polypropylene is carcinogenic and that Prolene is cytotoxic. And the IFU omits any mention of the fact that Prolene mesh is known to degrade, contract, and shrink.

As described throughout this report, my review of internal documents and the depositions of Ethicon employees reveals that Ethicon was aware of each these risks before or at the time the

---

[91] TVT IFU (01/2015), available at http://hostedvl106.quosavl.com/qb/doc/0nnlfm86hbpkf33bt7pl38flvg

TVT-S was first marketed and sold.[92] In my opinion, Ethicon's failure to warn of these significant risks resulted in injuries to many women.

Ethicon also failed to include warnings in its IFU related to the increased risk of mesh extrusion in women with prior vaginal surgeries, vaginal atrophy, vaginal injury, and post-operative infection.[93] In addition, Ethicon failed to inform physicians that the TVT-S procedure performed under general anesthesia increases the risk of urinary retention, erosions, and failure of the surgery. Ethicon also failed to mention the risks associated with its new razor-sharp insertor and increased risk of certain complications relating to laser cut mesh. Finally, Ethicon did not tell physicians that the TVT-S device would not work as well in smokers or obese patients.[94] All of these risks should have been disclosed to every surgeon via the original TVT-S IFU. It is inexcusable that no amendment was made to the IFU throughout the TVT-S's marketing period.

In addition to omitting information, Ethicon also downplays and misrepresents significant information in its IFU related to certain mesh properties. For example, despite the significant amount of data regarding mesh-related inflammatory response, the IFU for TVT-S states, "Transitory local irritation at the wound site and a transitory foreign body response may occur." According to the scientific literature, my own clinical experience, deposition testimony of Ethicon employees, and Ethicon's internal documents, the foreign body response is far from "transitory."[95] As Ethicon's Associate Medical Director of Worldwide Customer Quality explained, "[F]rom what I see each day, these patient experiences are not 'transitory' at all."[96]

---

[92] Hinoul deposition 6-13, p552; Beath deposition 7-13, p608; Robinson deposition 7-13, p251; ETH.MESH.00312180; ETH.MESH.04081189; ETH.MESH.02089392; ETH.MESH.04099233; ETH.MESH.03910175
[93] Isenberg deposition 11-13, p582-583, ETH.MESH.00159634; ETH.MESH.00203456
[94] ETH.MESH.00640394, Kirkemo deposition 1-14, p556-558.
[95] Robinson deposition 9-13, p1087-1089; Hinoul deposition, 1-14, p1192-1199.
[96] ETH.MESH.04093125

Notably, the word "transient" no longer modifies "foreign body response" in the latest TVT IFU. Further, Ethicon states in its IFU that the polypropylene mesh is not subject to degradation, which is inconsistent with Ethicon's own internal findings, as described in detail above.

In short, Ethicon not only failed to disclose certain risks associated with the product, it downplayed or inaccurately portrayed known issues related to mesh implantation. Thus, Ethicon prevented physicians from having an appropriate and accurate informed consent discussion with their patients by concealing and misrepresenting this type of information. The information Ethicon provided in patient brochures was no better, similarly downplaying risks, omitting safety information, and improperly equating the TVT-S with the TVT, as though the risks and benefits were the same.[97] As a result, numerous patients have suffered injuries from the TVT-S device that might have been avoided.

### E. Ethicon Failed to Provide Adequate Training for Surgeons Using the TVT-S

As explained above, the implantation of the TVT-S device was a very different experience for surgeons compared to the TVT and TVT-O. Unfortunately, Ethicon left them in the dark.

For example, in addition to the tension and inserter issues described in this report, Ethicon did not provide surgeons with accurate information regarding the incision size for implantation. The IFU states that the incision size should be 1.0-1.5 cm.[98] But Dr. Arnaud's "cookbook"[99] and "procedural pearls"[100] suggested a larger incision size, in order to reduce the risk of erosion or exposure.[101] The new size was larger than what was required with older slings.[102]

---

[97] ETH.MESH.08003263; ETH.MESH.08003279
[98] ETH.MESH.02340568
[99] ETH.MESH.03752501; ETH.MESH.00519476
[100] ETH.MESH.07039973
[101] ETH.MESH.17666960
[102] ETH.MESH.17666960

According to their own documents, Ethicon employees were well-aware that surgeons were struggling.[103]



Even Ethicon KOLs needed dozens of surgeries before they became something close to proficient in utilizing the TVT-S.[105]

It is my opinion to a reasonable degree of medical certainty that Ethicon should not have launched the TVT-S without better instructions, and should have provided better training to all surgeons. This issue might have been avoided with extensive pre-launch clinical studies, but none were performed.[106] Internal Ethicon documents suggest that the company continued to

---

[103] ETH.MESH.0324086; ETH.MESH.0329557; ETH.MESH.00330141; ETH.MESH.03922618; ETH.MESH.00874445; ETH.MESH.00642325; ETH.MESH.02105223; ETH.MESH.03845446; ETH.MESH.01784428; ETH.MESH.03752501
[104] ETH.MESH.02105223
[105] ETH.MESH.02105223; ETH.MESH.03845446; ETH.MESH.04048515
[106] ETH.MESH.00134795

market the product as something that could be easily implanted, for fear of losing market share.[107]

## V.    <u>Conclusion</u>

In sum, I concur with the results of Ethicon's (unpublished) summary of first-year data on the TVT-S, which showed that nearly a third of women experienced "major" complications: "As long as complications occur at the rate seen in this study . . . the single-incision procedure cannot be recommended as a first line treatment for [SUI]."[108] As explained throughout this report, the TVT-S is a defective device sold with faulty instructions, which never should have been brought to market. As a result of the TVT-S, many women have experienced severe complications that are in many cases irreversible.


Date: January 25, 2016



_____

DANIEL ELLIOTT, M.D.

---

[107] ETH.MESH.00858636
[108] ETH.MESH.02916611

# EXHIBIT A

# Curriculum Vitae and Bibliography
# Daniel S Elliott, MD

## Present Academic Rank and Position

| | |
|---|---|
| **Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2003 - Present |
| **Associate Professor of Urology** - Mayo Clinic College of Medicine | 01/2013 - Present |

## Education

| | |
|---|---|
| Biola University - BS, Biological Science | 1988 |
| School of Medicine, Loma Linda University - MD | 1993 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Internship, General Surgery | 1993 - 1994 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine - Resident, Urologic Surgery | 1994 - 1999 |
| Baylor College of Medicine - Fellow, Neurourology, Urodynamics and Voiding Dysfunction | 1999 - 2000 |

## Certification

### Board Certifications

#### American Board of Urology

| | |
|---|---|
| Urology | 2002 - 2012 |
| Urology/Female Pelvic Medicine and Reconstructive Surgery | 2013 - Present |

## Honors and Awards

| | |
|---|---|
| **AUA Resident Award** - John D. Silbar North Central Section | 10/1998 |
| **Urology Grant Recipient** - Pfizer Scholars | 01/1999 |
| **DeWeerd Travel Award Recipient** - Awarding Organization | 06/1999 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, Washington, District of Columbia | 05/2011 |
| **Best Reviewer in 2011 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2012 |
| **Annual Audio-Visual Award - AUA** - American Urological Association, San Diego, California | 05/2013 |
| **Best Reviewer in 2012 Award - Urodynamics/Incontinence/Female Urology/Neurourology** - The Journal of Urology | 05/2013 |
| **Kelalis Resident Essay Competition** - Minnesota Urological Society, Lakeland, Minnesota | 02/2015 |
| **The North Central Traveling Fellowship Award** - North Central Section American Urological Association | 11/2015 |

## Previous Professional Positions and Major Appointments

| | |
|---|---|
| **Senior Associate Consultant** - Department of Urology, Mayo Clinic, Rochester, Minnesota | 07/2000 - 06/2003 |
| **Assistant Professor of Urology** - Mayo Clinic College of Medicine | 04/2002 - 12/2012 |

## Professional and Community Memberships, Societies, and Services

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 170 of 603
Case 2:12-md-02327   Document 83-1   Filed 04/21/16   Page 46 of 298   Page 2 of 21
Daniel S Elliott, MD

**Professional Memberships and Services**

| | |
|---|---|
| American Association of Clinical Urologists | |
| Member | 1998 - 2005 |
| American Medical Association | |
| Member | 1991 - 2001 |
| American Urological Association | |
| Member | 2000 - Present |
| European Association of Urology | |
| International Member | 03/2013 - Present |
| Section of Female and Functional Urology | |
| International Member | 04/2013 - Present |
| Section of Genitourinary Reconstructive Surgeons | |
| International Member | 03/2013 - Present |
| Committee Member | 04/2014 - Present |
| International Continence Society | |
| Member | 2001 - Present |
| International Pelvic Pain Society | |
| Member | 05/2014 - Present |
| International Urogynecologic Association | |
| Member | 05/2013 - Present |
| International Urogynecologic Society | |
| Member | 2003 - Present |
| Minimally Invasive Robotic Association | |
| Member | 2005 - Present |
| Minnesota Medical Association | |
| Member | 2002 - Present |
| Zumbro Valley Medical Society | |
| Member | 2002 - Present |
| Minnesota Urological Society | |
| Member | 2006 - Present |
| Olmsted County Medical Association | |
| Member | 2002 - Present |
| Society for Urodynamics & Female Urology | |
| Member | 2002 - Present |
| Education Committee | |
| Committee Member | 08/2014 - Present |
| Society of Laparoendoscopic Surgeons | |
| Member | 2005 - Present |
| Society of Urologic Prosthetic Surgeons | |
| Member | 2005 - Present |

# Journal Responsibilities

**Journal Editorial Responsibilities**

Journal of Gynecology and Obstetrics

Editorial Board Member

Case 2:12-md-02327 Document 83-1 Filed 04/21/16 Page 47 of 298 PageID #: 47656
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 171 of 603
Daniel S Elliott, MD
Page 3 of 27

Journal of Robotic Surgery
    Consulting Editor

**Journal Other Responsibilities**

Archives of Gynecology and Obstetrics
    Reviewer
Canadian Urological Association Journal
    Reviewer
Cleveland Clinic Journal of Medicine
    Reviewer
Contemporary Clinical Trials
    Reviewer
European Journal of Obstetrics & Gynecology and Reproductive Biology
    Reviewer
European Urology
    Reviewer
International Urogynecology Journal
    Reviewer
Journal of Endourology
    Reviewer
Journal of Investigative Urology
    Reviewer
Mayo Clinic Health Letter
    Reviewer
Mayo Clinic Proceedings
    Reviewer
Nature Clinical Practice Urology
    Reviewer
Neurourology and Urodynamics
    Reviewer
Obstetrics & Gynecology International Journal
    Reviewer
The Journal of Urology
    Reviewer
Urologia Internationalis
    Reviewer

## Educational Activities

### Teaching Intramural

Prostate Pathology                                                      03/2005
Mayo Medical School
Rochester, Minnesota

## Institutional/Departmental Administrative Responsibilities, Committee Memberships, and Other Activities

Case 2:12-md-02327 Document 83-1 Filed 05/26/20 Page 172 of 603 47657
Case 3:20-cv-00851-MO Document 83-1 Filed 04/21/16 Page 48 of 298 PageID 47657
Daniel S Elliott, MD
Page 4 of 27

**Mayo Clinic**

Mayo Clinic Formulary Committee
    Committee Member                                          2000 - 2003

**Mayo Clinic in Rochester**

Department of Urology
    Clinical Competency Committee
        Chair                                      01/01/2015 - Present
        Committee Member                      10/15/2013 - Present
    Clinical Practice Committee
        Committee Member                      2000 - 2004
    Education Committee
        Committee Member                      02/11/2003 - 11/11/2008
        Committee Member                      10/15/2013 - Present

# Presentations Extramural

## National or International

### Invited

Robotic Urogynecologic Surgery            03/2008
3rd Annual World Robotic Urology Symposium
Orlando, Florida

Robotic Sacrocolpopexy              01/2009
2009 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Current Status Robotic GYN Surgery        01/2010
2010 International Robotic Urology Symposium (IRUS), Henry Ford Health System
Las Vegas, Nevada

Robotic Sacrocolpopexy              09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Female Urology                     09/2010
28th World Congress on Endourology and SWL
Chicago, Illinois

Optimizing Quality of Life With Regard to Urologic Function After Sacrectomy    01/2013
The 4th Annual Sacral Tumor Study Group Conference, Massachusetts General Hospital
Boston, Massachusetts

A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients With and Without Diabetes    02/2015
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU)

Case 3:20-cv-00651-MO Document 83-1 Filed 05/26/20 Page 173 of 603
Case 2:12-md-02327 Document 83-1 Filed 04/21/16 Page 49 of 298 PageID #: 47658
Daniel S Elliott, MD
Page 5 of 27

Scottsdale, Arizona

| | |
|---|---|
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Outcomes for Artificial Urinary Sphincter Placement After Prior Male Urethral Sling Failure | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| The Effect of BMI on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Treatment of Bladder and Urethral Mesh Erosion: Remove and Reconstruct | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Urethral Management During Artificial Urinary Sphincter Explantation for Erosion | 02/2015 |
| Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | |
| Scottsdale, Arizona | |
| | |
| Male Urinary Incontinence Management | 05/2015 |
| Association Française d'Urologie (AFU) / American Urological Association (AUA) | |
| New Orleans, Louisiana | |

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 174 of 603
Case 2:12-md-02327   Document 4011-1   Filed 04/21/16   Page 90 of 298   PageID 47659
Daniel S Elliott, MD                                                        Page 6 of 27

| | |
|---|---|
| Negative Impact of Prior Sling on AUS Device Survival<br>North Central Section of the American Urological Association (AUA)<br>United States of America | 11/2015 |

**Oral**

| | |
|---|---|
| Long Term Follow-Up of Endoscopically Treated Upper Tract Transitional Cell Carcinoma<br>American Urological Association Annual Meeting<br>Las Vegas, Nevada | 04/1995 |
| Long Term Analysis of 323 AMS 800 Artificial Urinary Sphincters<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Transabdominal Enzymatic Ablation of the Prostate in the Canine Model: Evaluation for Use for the Treatment of Outflow Obstruction Due to Benign Prostatic Hyperplasia<br>Urodynamics Subsection Meeting, American Urological Association<br>Orlando, Florida | 05/1996 |
| Analysis of Functional Durability of AMS 800 Artificial Urinary Sphincter: The Mayo Clinic Results<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Long Term Follow-Up Primary Realignment of Urethral Disruption Following Pelvic Fracture<br>American Urological Association Annual Meeting<br>New Orleans, Louisiana | 04/1997 |
| Does Reoperation on an Artificial Urinary Sphincter Increase the Likelihood for Further Reoperations for Mechanical or Nonmechanical Failure?<br>American Urological Association Annual Meeting<br>San Diego, California | 06/1998 |
| Is Nephroureterectomy Necessary in All Cases of Upper Tract Transitional Cell Carcinoma? Long Term Results of Conservative Endourology Management of Upper Tract Transitional Cell Carcinoma in Individuals with Normal Contralateral Kidneys<br>American Urological Association Annual Meeting<br>Dallas, Texas | 05/1999 |
| Durability of Cadaveric Pubovaginal Sling<br>American Urological Association Annual Meeting<br>Anaheim, California | 06/2001 |
| Does the Addition of Antibiotic Prophylaxis to CIC Alter the Incidence of UTI?<br>American Urological Association Annual Meeting | 06/2002 |

Orlando, Florida

| | |
|---|---|
| Surgical Approach for Placement of SPARC Suburethral Sling<br>North Central Section, American Urological Association<br>Chicago, Illinois | 10/2002 |
| SPARC suburethral sling: technique and results (Video Presentation)<br>Western Section, American Urological Association<br>Kauai, Hawaii | 11/2002 |
| Robotic laparoscopic sacrocolpopexy: new surgical technique for the treatment of vaginal vault prolapse (Video Presentation)<br>American Urological Association<br>Chicago, Illinois | 04/2003 |
| Colloquium-ICS/IUGA 2004<br>Paris, France | 08/2004 |
| Robotic-Assisted Laparoscopic Management of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>Innsbruck, Austria | 12/2005 |
| Advancement in Salvage Procedure Following Failed Artificial Urinary Sphincter: Tandem Transcorporal Artificial Urinary Sphincter Cuff Technique (Video Presentation)<br>American Urological Association<br>Atlanta, Georgia | 05/2006 |
| Tandem Transcorporal Artificial Urinary Sphincter Cuff Salvage Technique Following Previous Cuff Erosion and Infection: Surgical Description and Outcome<br>Western Section, American Urological Association<br>Maui, Hawaii | 10/2006 |
| Assessment of Durability of Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>Minimally Invasive Robotics Association<br>New York, New York | 01/2007 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| Treatment Options for the Failed Sling<br>Mayo Clinic Rochester, Department of Urology<br>Kohala Coast, Hawaii | 02/2007 |
| American Urological Association Annual Meeting | 05/2007 |

Anaheim, California

| | |
|---|---|
| Robotics use in Gynecology: the Mayo Clinic experience<br>Robotic Surgery: Facts or Fiction?<br>Milano, Italy | 06/2007 |
| Indication and Management of Artificial Urinary Sphincter<br>7th Osijek Urological Days<br>Osijek, Croatia | 10/2007 |
| Robotics Use in Gyenocology<br>7th Osijek Urological Days<br>Osijek, Croatia | 10/2007 |
| Robotic Urogynecologic Surgery<br>3rd Annual World Robotic Urlogy Symposium<br>Orlando, Florida | 03/2008 |
| Latest Advances and Treatment of Complications in Minimally Invasive Treatments<br>for Stress Incontinence<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2008 |
| Severe, recurrent bladder neck contracture after prostatectomy: Salvage with<br>urethral wall stent(Video and Poster Presentation)<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2008 |
| Surgical Advances of Stress Urinary Incontinence<br>Indian American Urological Association (IAUA)<br>Orlando, Florida | 05/2008 |
| Robotic Sacrocolpopexy<br>International Robotic Urology Symposium, Henry Ford Health System<br>Las Vegas, Nevada | 01/2009 |
| Management of Complications Following Anti-Incontinence Procedures<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |
| Minimally Invasive Advances: Stress Incontinence<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |
| Overactive Bladder: Current Concepts of Management<br>Mayo Clinic, Department of Urology, Rochester Meeting<br>Kona, Hawaii | 02/2009 |

|  | 04/2009 |
| American Urological Association (AUA)<br>Chicago, Illinois | |
| Robotic repair for vaginal prolapse has significant benefits<br>North Central Section of the AUA - 83rd Annual Meeting<br>Scottsdale, Arizona | 11/2009 |
| Current Status Robotic GYN Surgery<br>International Robotic Urology Symposium, Henry Ford Health System<br>Las Vegas, Nevada | 01/2010 |
| Robotics for Female Pelvic Reconstruction: Who, When and What?<br>American Urological Association (AUA)<br>San Francisco, California | 05/2010 |
| Results of Urethral Wrap As Salvage Treatment Option Following Multiple Failed<br>Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois | 09/2010 |
| Small intestinal submucosa urethral wrap as a salvage treatment option following<br>multiple failed artificial urinary sphincters<br>Audio-Visual<br>American Urological Association (AUA)<br>Washington, District of Columbia | 05/2011 |
| Long-Term Results of Small Intestinal Submucosa at Artificial Urinary Sphincter<br>Placement for Management of Persistent / Recurrent Incontinence Following<br>Multiple Sphincter Failures and Erosions<br>North Central Section of the AUA<br>Rancho Mirage, California | 10/2011 |
| OAB Current Concepts and Management<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii | 02/2012 |
| Transvaginal Mesh Kits Complications and Alternatives<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii | 02/2012 |
| Treatment and Evaluation of the Complicated Artificial Urinary Sphincter Patient<br>Mayo Clinic Reviews in Urology<br>Kohala Coast, Hawaii | 02/2012 |
| Vaginal Mesh for POP: what's the data show?<br>American Urological Association (AUA)<br>Atlanta, Georgia | 05/2012 |

| | |
|---|---|
| How do different centres perform Robot-assisted-Sacrocolpopexy?<br>4th Annual Society of European Robotic Gynecological Surgery (SERGS)<br>Marseille, France | 06/2012 |
| Comparative Surgical Complications of the Robotic Sacrocolpopexy for Pelvic Organ Prolapse vs. Traditional Transabdominal Sacrocolpopexy<br>European Robotic Urology Symposium (ERUS)<br>London, United Kingdom | 09/2012 |
| Infection of Antibiotic-Coated Artificial Urinary Sphincters<br>North Central Section of the AUA<br>Chicago, Illinois | 10/2012 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical Prostatectomy (Video Presentation)<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| The Impact of Prior Radiotherapy on Outcomes Following Surgical Repair of a Rectourethral Fistula in Men with Prostate Cancer<br>Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (SUFU)<br>Las Vegas, Nevada | 02/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of Patient Obesity on Robotic Sacrocolpopexy for the Treatment of Vaginal Vault Prolapse<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Long Term Risk for Repeat Anti-Incontinence Surgery following Urethrolysis: A Review of 100 Patients<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |

Case 3:20-cv-00651-MO Document 83-1 Filed 05/26/20 Page 179 of 603
Case 2:12-md-02327 Document 83-1 Filed 04/21/16 Page 95 of 298 PageID 47664
Daniel S Elliott, MD
Page 11 of 2?

| | |
|---|---|
| Long-Term Outcomes of Patients Undergoing the Standard Versus Modified (5 Points of Fixation, 1 Point of Plication) Technique for Virtue Male Sling Placement (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Robotic Transvesical Rectourethral Fistula Repair Following a Robotic Radical Prostatectomy (Video Presentation)<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| The Impact of InhibiZone on Artificial Urinary Sphincter Infection Rate<br>American Urological Association (AUA)<br>San Diego, California | 05/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>3rd International Meeting &quot;Challenges in Endourology & Functional Urology&quot;<br>Paris, France | 06/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Device Explantation for Erosion and/or Infection<br>South Central Section of the AUA<br>Chicago, Illinois | 09/2013 |
| Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Impact of patient obesity on robotic sacrocolpopexy for the treatment of vaginal vault prolapse<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long Term Risk for Need to Repeat Anti-Incontinence Surgery Following Urethrolysis: A Review of 144 Patients<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |
| Long-term impact of artificial urinary sphincter reimplantation following prior device explantation for erosion and/or infection<br>2nd Joint Section Meeting of ESFFU, ESGURS, and ESOU<br>T&#252;bingen, Germany | 10/2013 |
| Long-Term Outcomes for Artificial Urinary Sphincter Reimplantation after Explanation for Erosion or Infection<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |

Case 3:20-cv-00651-MO Document 83-1 Filed 05/26/20 Page 180 of 603
Case 2:12-md-02327 Document 8341-1 Filed 04/21/16 Page 96 of 238 PageID #: 47665
Daniel S Elliott, MD                                                                              Page 12 of 27

| | |
|---|---|
| Simultaneous Cuff-Only Artificial Urinary Sphincter at Augmentation Cystoplasty in Children and Young Adults<br>North Central Section of the AUA<br>Naples, Florida | 10/2013 |
| Long-Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection<br>Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction<br>Miami, Florida | 02/2014 |
| Risk Factors for Intraoperative Conversion During Robotic Sacrocolpopexy<br>Society of Urodynamics Female Pelvic Medicine & Urogenital Reconstruction<br>Miami, Florida | 02/2014 |
| Results of artificial urinary sphincter reimplantation following previous erosion and/or infection<br>29th Annual Congress of the European Association of Urology<br>Stockholm, Sweden | 04/2014 |
| Autologous Transobturator Mid-Urethral Sling Placement: A Novel Outpatient Procedure for Female Stress Urinary Incontinence (Video Presentation)<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |
| Surgical Management of Female Benign Urethral Stricture Disease: A Ten Year Experience<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |
| Autologous Transobturator Mid-Urethral Sling Placement for Female Stress Urinary Incontinence (Video Presentation)<br>North Central Section of the American Urological Association (AUA)<br>Chicago, Illinois | 09/2014 |
| Urethral Management at the Time of Artificial Urinary Sphincter Erosion, Is Urethral Catheterization Alone Enough?<br>North Central Section of the American Urological Association (AUA)<br>Chicago, Illinois | 09/2014 |
| Holmium Laser Excision of Genitourinary Mesh Exposure Following Anti-Incontinence Surgery: Minimum 6 Month Follow-up<br>American Urological Association (AUA)<br>New Orleans, Louisiana | 05/2015 |
| A Comparison of Artificial Urinary Sphincter Device Outcomes Among Patients with and Without Diabetes<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |

Case 2:12-md-02327 Document 831-1 Filed 05/26/20 Page 37 of 298 PageID #: 47666
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 181 of 603
Daniel S Elliott, MD
Page 13 of 27

| | |
|---|---|
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Infection/Erosion Rates for Artificial Urinary Sphincter Revision After Mechanical Device Failure or Urethral Atrophy<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| Long Term Continence Outcomes and Retreatment Rates Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |
| The Prospective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence<br>North Central Section of the American Urological Association (AUA)<br>Amelia Island, Florida | 11/2015 |

**Poster**

| | |
|---|---|
| Robot-Assisted Laparoscopic Sacrocolpopexy for Treatment of High Grade Vaginal Vault Prolapse: Surgical Technique and Initial Experience<br>29th Congress of the Societe Internationale d'Urologie<br>Paris, France | 09/2007 |
| Robot Sacrocolpopexy: A Review of the Learning Curve in Fifty Casesl<br>4th World Congress on Controversies in Urology (CURy)<br>Paris, France | 01/2011 |
| Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula.<br>67th Annual Meeting of the Canadian Urological Association<br>Alberta, Canada | 06/2012 |
| Outcomes and Predictors of Reoperation After Sling Release Surgery<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |
| Term Device Outcomes for Artificial Urinary Sphincter Reimplantation Following Prior Explantation for Erosion or Infection<br>American Urological Association (AUA)<br>Orlando, Florida | 05/2014 |

Case 2:12-md-02327 Document 83-1 Filed 04/21/16 Page 98 of 298 PageID #: 47667
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 182 of 603
Daniel S Elliott, MD Page 14 of 27

| | |
|---|---|
| Factors Associated with Intraoperative Conversion During Robotic Sacrocolpopexy | 09/2014 |
| North Central Section of the American Urological Association (AUA) | |
| Chicago, Illinois | |
| | |
| A Prospective Evaluation of Complications After Artificial Urinary Sphincter Placement and Their Impact on Device Survival | 05/2015 |
| American Urological Association (AUA) | |
| New Orleans, Louisiana | |
| | |
| Artificial Urinary Sphincter Outcomes in Octogenarians | 05/2015 |
| American Urological Association (AUA) | |
| New Orleans, Louisiana | |
| | |
| Effects of Radiation Therapy on Device Survival Among Individuals with Artificial Urinary Sphincters | 05/2015 |
| American Urological Association (AUA) | |
| New Orleans, Louisiana | |
| | |
| Perioperative Impact of Androgen Deprivation Therapy on Artificial Urinary Sphincter Placement | 10/2015 |
| Western Section of the AUA | |
| Indian Wells, California | |
| | |
| The Protective Impact of Body Mass Index on Primary Artificial Urinary Sphincter Outcomes Among Males with Stress Urinary Incontinence | 10/2015 |
| South Central Section of the American Urological Association (AUA) | |
| Scottsdale, Arizona | |

**Regional**

**Invited**

| | |
|---|---|
| Rectocele | 10/2004 |
| Office of Women's Health brown bag | |
| Rochester, Minnesota | |
| | |
| Incontinence and Other Urological Issues | 08/2007 |
| Radio Broadcast, Hosted by Dr. Thomas Shives | |
| HealthLine - KROC Radio | |
| Rochester, Minnesota | |
| | |
| A Practical Approach to Treating Incontinence | 10/2008 |
| Clinical Reviews, Rochester Civic Center | |
| Rochester, Minnesota | |
| | |
| A Practical Approach to Treating Incontinence | 11/2008 |
| Clinical Reviews, Rochester Civic Center | |
| Rochester, Minnesota | |

Case 2:12-md-02327 Document 831-1 Filed 04/21/16 Page 99 of 298 PageID #: 47668
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 183 of 603
Daniel S Elliott, MD                                                    Page 15 of 27

| | |
|---|---|
| Incontinence and Other Urological Issues<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2010 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 03/2011 |
| Incontinence: Causes and Treatments<br>Prostate Cancer Support Group<br>Rochester, Minnesota | 02/2013 |
| Urinary Incontinence<br>Radio Broadcast, Hosted by Dr. Thomas Shives<br>Medical Edge Weekend - KROC Radio<br>Rochester, Minnesota | 05/2014 |
| Autologous Transobturator Urethral Sling Placement for Female Stress Urinary Incontinence<br>Minnesota Urological Society (MUS) Spring Seminar<br>Minneapolis, Minnesota | 03/2015 |
| Management of Concomitant SUI and Stricture Disease<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Managing the Mesh Mess - Diagnosing and Managing Mesh Complications and Non-Mesh Alternatives<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Surgical Tips to Optimize Outcomes of AUS Placement<br>2015 Mayo Clinic Updates in Urology and Case Conference Program Schedule<br>Rochester, Minnesota | 08/2015 |
| Incontinence<br>Radio Broadcast, Hosted by Tracy McCray<br>Mayo Clinic Radio<br>Rochester, Minnesota | 12/2015 |

**Oral**

| | |
|---|---|
| Paratesticular Angiomyofibroblastoma<br>North Central Section, American Urological Association<br>Minneapolis, Minnesota | 09/1995 |
| Does the Degree of Preoperative Elevation PSA Exclude a Patient for | 10/1996 |

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 184 of 603
Case 2:12-md-02327   Document 83-1   Filed 04/21/16   Page 80 of 298   Page 16 of 27
Daniel S Elliott, MD
Page 16 of 27

Consideration for Radical Retropubic Prostatectomy?
North Central Section, American Urological Association
Tucson, Arizona

| | |
|---|---|
| Does Reoperation of an Artificial Sphincter Place the Patient at an Increased Risk for Subsequent Reoperation<br>North Central Section, American Urological Association<br>Amelia Island, Florida | 10/1998 |
| Combined Stent and Artificial Urinary Sphincter for Management of Severe Recurrent Bladder Neck Contractures and Stress Incontinence after Prostatectomy: A Long-Term Evaluation.<br>North Central Section, American Urological Association<br>Phoenix, Arizona | 10/2000 |
| Does Nocturnal Deactivation of the Artificial Urinary Sphincter Lessen the Risk for Urethral Atrophy?<br>North Central Section, American Urological Association<br>Phoenix, Arizona | 10/2000 |
| Is Fascia Lata Allograft Material Trustworthy for Pubovaginal Sling Repair<br>North Central Section, American Urological Association<br>Phoenix, Arizona | 10/2000 |
| Robotics Surgery for Vaginal Prolapse<br>Controversies in Women's Health Symposium 2007<br>Nisswa, Minnesota | 06/2007 |

**Unclassified**

| | |
|---|---|
| Artificial Urinay Sphincter Mechanical Failures: Is It Better To Replace The Entire Device Or Just The Malfunctioning Component?<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | 02/2016 |
| Effects Of Smoking Status On Device Survical Among Individuals Undergoing Artificial Urinary Sphincter Placement<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | 02/2016 |
| Long-Term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis Of 1082 Cases At Mayo Clinic<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | 02/2016 |
| Long-Term Subjective And Functional Outomes Of Primary And Secondary Artificial Urinary Sphincter Implantations Among Men With Stress Urinary Incontinence<br>Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) | 02/2016 |

Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 185 of 603
Case 2:12-md-02327 Document 2344-1 Filed 04/21/16 Page 81 of 298 PageID 47670
Daniel S Elliott, MD                                                                    Page 17 of 21

Predictors Of Poor Patient Satisfaction Following Primary AUS Placement Among       02/2016
Men With And Without A Prior History Of Radiation
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

Temporal Pattern Of Artificial Urinary Sphincter (AUS) Cuff Erosions Indicating     02/2016
Differing Etiologies Of AUS Cuff Erosions
Society for Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction
(SUFU)

## Visiting Professorship

### Visiting Professorships

Minnesota Urological Society Pyelogram Conference                                    11/07/2014
The Artificial Urinary Sphincter: Proper Patient Selection, Implantation and
Troubleshooting
Lakeland, Minnesota, United States of America

University of California Irvine                                                       03/16/2015
AUS: Patient Selection and Complications Management
Irvine, California, United States of America

## Research Grants Awarded

### Completed Grants

#### Federal

| | | |
|---|---|---|
| Co-Investigator | Selenium and Vitamin E Cancer Prevention Trial (SELECT). Funded by National Cancer Institute. (U10 CA 37429-SELECT) | 01/2010 - 12/2010 |

#### Industry

| | | |
|---|---|---|
| Principal Investigator | Are There Histological and Tensile Strength Variations in Autologous, Allograft and SIS Pubovaginal Slings Over Time Using the Rabbit Model. Funded by Mentor Corporation. (MENTOR #5, 1A4575) | 10/2002 - 09/2003 |
| Co-Investigator | Single Looped Mechanical Urinary Sphincter: Determination of Required Urethral Constriction Forces to Provide Adequate Urinary Continence in the Canine Model. Funded by Dacomed, Inc.. (Dacomed #1) | 10/1995 - 12/1995 |
| Co-Investigator | Clinical Investigation of the Safety and Performance of Timm Medical Technologies' Artificial Urinary Sphincter (TIMM-AUS). Funded by Timm Medical Technologies. (Timm # 1) | 06/1999 - 02/2005 |
| Co-Investigator | A Randomized, Double-Blind, Parallel-Group Study to Investigate the Effects of a Single Oral Dose of L-753099 Compared to Placebo and Tolerodine on Urodynamic Parameters in Healthy Male Volunteers. Funded by Merck & Co., Inc.. (Merck 138) | 07/1999 - 12/2003 |
| Co-Investigator | The Safety, Local Tolerability, Pharmacokinetics, and Risk Benefit of Oxybutynin Transvaginal Rings (TVR) in Women with a History of Overactive Bladder. Funded by Advanced Biologics. (BIOLOGICS #1) | 01/2001 - 12/2003 |

Case 2:12-md-02327 Document 83-1 Filed 05/26/20 Page 82 of 238 PageID 47671
Case 3:20-cv-00651-MO   Document 83-1   Filed 04/21/16   Page 186 of 603
Daniel S Elliott, MD
Page 18 of 27

| Co-Investigator | An Eight-Week, Double-Blind, Randomized, Parallel Group Design, Multicenter Study of FLOMAX Capsules, 0.4 mg Daily Vs. Placebo, in Female Patients w/ Lower Urinary Tract Symptoms (LUTS) w/ a Significant Component of Voiding Symptoms. Funded by Boehringer Ingelheim. (BOEHRINGER #34) | 06/2001 - 07/2003 |
| Co-Investigator | Veritas Collagen Matrix Urological Sling Postmarketing Clinical Study Protocol. Funded by Bio-Vascular, Inc.. (BIOVASCULAR #1) | 10/2001 - 09/2003 |

**Mayo Clinic**

| Principal Investigator | Transurethral Enzymatic Ablation of the Prostate (TEAP); Short-term Concentration Study. Funded by Department Discretionary Funds. (Immuno 2) | 09/1995 - 12/2003 |

Case 2:12-md-02327 Document 83-1 Filed 04/21/16 Page 83 of 238 Page 19 of 27
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/23 Page 187 of 603
Daniel S Elliott, MD

# Bibliography

**Peer-reviewed Articles**

1.  Gleason PE, **Elliott DS**, Zimmerman D, Smithson WA, Kramer SA. Metastatic testicular choriocarcinoma and secondary hyperthyroidism: case report and review of the literature. J Urol. 1994 Apr; 151(4):1063-4. PMID:8126794

2.  **Elliott DS**, Blute ML, Patterson DE, Bergstralh EJ, Segura JW. Long-term follow-up of endoscopically treated upper urinary tract transitional cell carcinoma. Urology. 1996 Jun; 47(6):819-25. PMID:8677570 DOI:10.1016/S0090-4295(96)00043-X

3.  **Elliott DS**, Barrett DM. Long-term followup and evaluation of primary realignment of posterior urethral disruptions. J Urol. 1997 Mar; 157(3):814-6. PMID:9072573

4.  **Elliott DS**, Barrett DM. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9(6):409-15. PMID:9891964

5.  **Elliott DS**, Barrett DM. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159(4):1206-8. PMID:9507835

6.  Brown JA, **Elliott DS**, Barrett DM. Postprostatectomy urinary incontinence: a comparison of the cost of conservative versus surgical management. Urology. 1998 May; 51(5):715-20. PMID:9610584

7.  **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. Digital Urology Journal. 1998 Jul.

8.  **Elliott DS**, Timm GW, Barrett DM. An implantable mechanical urinary sphincter: a new nonhydraulic design concept. Urology. 1998 Dec; 52(6):1151-4. PMID:9836575

9.  **Elliott DS**, Boone TB. Urethral devices for managing stress urinary incontinence. Journal of Endourology. 2000 Feb; 14(1):79-83. PMID:10735576

10. **Elliott DS**, Barrett DM. Artificial urinary sphincter implantation using a bulbous urethral cuff: perioperative care. Urol Nurs. 2000 Apr; 20(2):89-90, 95-8. PMID:11998129

11. Frank I, **Elliott DS**, Barrett DM. Success of de novo reimplantation of the artificial genitourinary sphincter. J Urol. 2000 Jun; 163(6):1702-3. PMID:10799164

12. Petrou SP, **Elliott DS**, Barrett DM. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56(3):353-9. PMID:10962293

13. **Elliott DS**, Boone TB. Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology. 2000 Nov 1; 56(5):772-6. PMID:11068297

14. **Elliott DS**, Boone TB. Recent advances in the management of the neurogenic bladder. Urology. 2000 Dec 4; 56(6 Suppl 1):76-81. PMID:11114567

15. **Elliott DS**, Boone TB. Combined stent and artificial urinary sphincter for management of severe recurrent bladder neck contracture and stress incontinence after prostatectomy: a long-term evaluation. J Urol. 2001 Feb; 165(2):413-5. PMID:11176385 DOI:10.1097/00005392-200102000-00014

16. **Elliott DS**, Mutchnik S, Boone TB. The "bends" and neurogenic bladder dysfunction. Urology. 2001 Feb; 57(2):365. PMID:11182361

17. Kim IY, **Elliott DS**, Husmann DA, Boone TB. An unusual presenting symptom of sarcoidosis: neurogenic

Case 2:12-md-02327 Document 831 04/21/16 Page 84 of 298 Page 20 of 27
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 188 of 603 47673
Daniel S Elliott, MD

bladder dysfunction. J Urol. 2001 Mar; 165(3):903-4. PMID:11176503

18. Petrou SP, **Elliott DS**. Artificial urethral sphincter for incontinence in adults. Drugs Today (Barc) 2001 Apr; 37(4):237-244. PMID:12768224

19. **Elliott DS**, Barrett DM, Gohma M, Boone TB. Does nocturnal deactivation of the artificial urinary sphincter lessen the risk of urethral atrophy? Urology. 2001 Jun; 57(6):1051-4. PMID:11377302

20. **Elliott DS**, Segura JW, Lightner D, Patterson DE, Blute ML. Is nephroureterectomy necessary in all cases of upper tract transitional cell carcinoma? Long-term results of conservative endourologic management of upper tract transitional cell carcinoma in individuals with a normal contralateral kidney. Urology. 2001 Aug; 58(2):174-8. PMID:11489692

21. Lightner DJ, **Elliott D**, Gillett M. Surgeon's corner. Transvaginal culdoplasty for posthysterectomy vaginal vault prolapse. Contemp Urol. 2003 Sep; 15(9):15-22. PMID:0

22. DiMarco DS, **Elliott DS**. Tandem cuff artificial urinary sphincter as a salvage procedure following failed primary sphincter placement for the treatment of post-prostatectomy incontinence. J Urol. 2003 Oct; 170(4 Part 1):1252-4. PMID:14501735

23. **Elliott DS**, Barrett DM. Current indications for the use of the artificial genitourinary sphincter and management of its complications. The Scientific World Journal. 2004; 4(S1):114-27.

24. Di Marco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. Urology. 2004 Feb; 63(2):373-6. PMID:14972496  DOI:10.1016/j.urology.2003.09.033

25. Dora CD, Dimarco DS, Zobitz ME, **Elliott DS**. Time dependent variations in biomechanical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and autologous fascia in the rabbit model: implications for sling surgery. J Urol. 2004 May; 171(5):1970-3. PMID:15076323  DOI:10.1097/01.ju.0000121377.61788.ad

26. **Elliott DS**, Frank I, DiMarco DS, Chow GK. Gynecologic use of robotically assisted laparoscopy: sacrocolpopexy for the treatment of high-grade vaginal vault prolapse. Am J Surg. 2004 Oct; 188(4A Suppl S):52S-56S. PMID:15476652

27. Krambeck AE, Dora CD, Sebo TJ, Rohlinger AL, DiMarco DS, **Elliott DS**. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May; 67(5):1105-10. PMID:16698388  PMCID:0  DOI:10.1016/j.urology.2005.11.036

28. **Elliott DS**, Chow GK, Gettman M. Current status of robotics in female urology and gynecology. World J Urol. 2006 Jun; 24(2):188-92. Epub 2006 Mar 24. PMID:16557388  PMCID:0  DOI:10.1007/s00345-006-0071-5

29. Petrou SP, Thiel DD, Elliot DS, Broderick GA, Wehle MJ, Young PR. Does indigo carmine prevent early artificial urinary sphincter cuff erosion? Can J Urol. 2006 Aug; 13(4):3195-8. PMID:16952328

30. **Elliott DS**, Krambeck AE, Chow GK. Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse. J Urol. 2006 Aug; 176(2):655-9. PMID:0

31. Routh JC, Crimmins CR, Leibovich BC, **Elliott DS**. Impact of Parkinson's disease on continence after radical prostatectomy. Urology. 2006 Sep; 68(3):575-7. Epub 2006 Sep 18. PMID:16979722  DOI:10.1016/j.urology.2006.03.025

32. **Elliott DS**, Siddiqui SA, Chow GK. Assessment of the durability of robot-assisted laparoscopic sacrocolpopexy for treatment of vaginal vault prolapse. J Robot Surg. 2007; 1(2):163-8. Epub 2007 Jun 19. PMID:25484955  PMCID:4247457  DOI:10.1007/s11701-007-0028-8

Case 2:12-md-02327 Document 831-4 Filed 05/26/05 Page 85 of 298 PageID #: 47674
Case 3:20-cv-00851-MO Document 83-1 Filed 04/21/16 Page 189 of 603
Daniels S Elliott, MD                                                    Page 21 of 27

33.  **Elliott DS**, Chow GK. [Management of vaginal vault prolapse repair with robotically-assisted laparoscopic sacrocolpopexy]. Ann Urol (Paris). 2007 Feb; 41(1):31-6. PMID:17338498

34.  Magera JS Jr, **Elliott DS**. Tandem transcorporal artificial urinary sphincter cuff salvage technique: surgical description and results. J Urol. 2007 Mar; 177(3):1015-9; discussion 1019-20. PMID:17296400 DOI:10.1016/j.juro.2006.10.052

35.  Krambeck AE, Thompson RH, Lohse CM, Patterson DE, Segura JW, Zincke H, **Elliott DS**, Blute ML. Endoscopic management of upper tract urothelial carcinoma in patients with a history of bladder urothelial carcinoma. J Urol. 2007 May; 177(5):1721-6. PMID:17437796

36.  Krambeck AE, Thompson RH, Lohse CM, Patterson DE, **Elliott DS**, Blute ML. Imperative indications for conservative management of upper tract transitional cell carcinoma. J Urol. 2007 Sep; 178(3 Pt 1):792-6; discussion 796-7 Epub 2007 Jul 16. PMID:17632132  DOI:10.1016/j.juro.2007.05.056

37.  Magera JS Jr, Inman BA, **Elliott DS**. Does preoperative topical antimicrobial scrub reduce positive surgical site culture rates in men undergoing artificial urinary sphincter placement? J Urol. 2007 Oct; 178(4 Pt 1):1328-32; discussion 1332. Epub 2007 Aug 14. PMID:17698144  DOI:10.1016/j.juro.2007.05.146

38.  **Elliott DS**, Frank I, Chow GK. Robotics and laparoscopy for vaginal prolapse and incontinence. Current Bladder Dysfunction Reports. 2007 Dec; 2(4):214-8.

39.  Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Endoscopic management of upper tract transitional cell carcinoma in patients with normal contralateral kidneys. Urology. 2008 Apr; 71(4):713-7. Epub 2008 Feb 11. PMID:18267338  DOI:10.1016/j.urology.2007.11.018

40.  Thompson RH, Krambeck AE, Lohse CM, **Elliott DS**, Patterson DE, Blute ML. Elective endoscopic management of transitional cell carcinoma first diagnosed in the upper urinary tract. BJU Int. 2008 Nov; 102(9):1107-10. Epub 2008 Jun 03. PMID:18522631  DOI:10.1111/j.1464-410X.2008.07766.x

41.  Magera JS Jr, **Elliott DS**. Artificial urinary sphincter infection: causative organisms in a contemporary series. J Urol. 2008 Dec; 180(6):2475-8. Epub 2008 Oct 19. PMID:18930496  DOI:10.1016/j.juro.2008.08.021

42.  Magera JS Jr, Inman BA, **Elliott DS**. Outcome analysis of urethral wall stent insertion with artificial urinary sphincter placement for severe recurrent bladder neck contracture following radical prostatectomy. J Urol. 2009 Mar; 181(3):1236-41. Epub 2009 Jan 18. PMID:19152938  DOI:10.1016/j.juro.2008.11.011

43.  Tollefson MK, **Elliott DS**, Zincke H, Frank I. Long-term outcome of ureterosigmoidostomy: an analysis of patients with >10 years of follow-up. BJU Int. 2010 Mar; 105(6):860-3. Epub 2009 Aug 13. PMID:19681892 DOI:10.1111/j.1464-410X.2009.08811.x

44.  Shimko MS, Umbreit EC, Chow GK, **Elliott DS**. Long-term outcomes of robotic-assisted laparoscopic sacrocolpopexy with a minimum of three years follow-up. Journal of Robotic Surgery. 2011; 5(3):175-80.

45.  Trost L, **Elliott DS**. Male stress urinary incontinence: a review of surgical treatment options and outcomes. Adv Urol. 2012; 2012:287489. Epub 2012 May 8. PMID:22649446  PMCID:3356867  DOI:10.1155/2012/287489

46.  Trost L, **Elliott D**. Small intestinal submucosa urethral wrap at the time of artificial urinary sphincter placement as a salvage treatment option for patients with persistent/recurrent incontinence following multiple prior sphincter failures and erosions. Urology. 2012 Apr; 79(4):933-8. Epub 2011 Nov 25. PMID:22119252 DOI:10.1016/j.urology.2011.09.003

47.  **Elliott DS**. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81. PMID:22617054  DOI:10.1097/MOU.0b013e3283545991

48.  Burgess KL, **Elliott DS**. Robotic/Laparoscopic prolapse repair and the role of hysteropexy: a urology

Case 2:12-md-02327 Document 831-4 Filed 04/21/16 Page 86 of 298 PageID #: 47675
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 190 of 603
Daniel S Elliott, MD                                                    Page 22 of 27

perspective. Urol Clin North Am. 2012 Aug; 39(3):349-60. PMID:22877718 DOI:10.1016/j.ucl.2012.05.006

49.  Mitchell CR, Gettman M, Chow GK, **Elliott D**. Robot-assisted sacrocolpopexy: description and video. J Endourol. 2012 Dec; 26(12):1596-9. Epub 2012 Oct 09. PMID:23046290 DOI:10.1089/end.2012.0388

50.  Chau VR, Maxson PM, Joswiak ME, **Elliott DS**. Male sling procedures for stress urinary incontinence. Urol Nurs. 2013 Jan-Feb; 33(1):9-14, 37; quiz 14. PMID:23556373

51.  Linder BJ, **Elliott DS**. Robotic sacrocolpopexy: how does it compare with other prolapse repair techniques? Curr Urol Rep. 2013 Jun; 14(3):235-9. PMID:23296693 DOI:10.1007/s11934-012-0299-0

52.  de Cogain MR, **Elliott DS**. The impact of an antibiotic coating on the artificial urinary sphincter infection rate. J Urol. 2013 Jul; 190(1):113-7. Epub 2013 Jan 09. PMID:23313209 DOI:10.1016/j.juro.2013.01.015

53.  Linder BJ, Umbreit EC, Larson D, Dozois EJ, Thapa P, **Elliott DS**. Effect of prior radiotherapy and ablative therapy on surgical outcomes for the treatment of rectourethral fistulas. J Urol. 2013 Oct; 190(4):1287-91. Epub 2013 Mar 26. PMID:23538238 DOI:10.1016/j.juro.2013.03.077

54.  Beddy D, Poskus T, Umbreit E, Larson DW, **Elliott DS**, Dozois EJ. Impact of radiotherapy on surgical repair and outcome in patients with rectourethral fistula. Colorectal Dis. 2013 Dec; 15(12):1515-20. PMID:23841640 DOI:10.1111/codi.12350

55.  Linder BJ, de Cogain M, **Elliott DS**. Long-term device outcomes of artificial urinary sphincter reimplantation following prior explantation for erosion or infection. J Urol. 2014 Mar; 191(3):734-8. Epub 2013 Sep 7 PMID:24018241 DOI:10.1016/j.juro.2013.08.089

56.  Clifton MM, Linder BJ, Lightner DJ, **Elliott DS**. Risk of repeat anti-incontinence surgery following sling release: a review of 93 cases. J Urol. 2014 Mar; 191(3):710-4. Epub 2013 Sep 20 PMID:24060639 DOI:10.1016/j.juro.2013.09.030

57.  Viers BR, **Elliott DS**, Kramer SA. Simultaneous augmentation cystoplasty and cuff only artificial urinary sphincter in children and young adults with neurogenic urinary incontinence. J Urol. 2014 Apr; 191(4):1104-8. Epub 2013 Sep 20. PMID:24060640 DOI:10.1016/j.juro.2013.09.032

58.  Linder BJ, **Elliott DS**. Autologous transobturator midurethral sling placement: a novel outpatient procedure for female stress urinary incontinence. Int Urogynecol J. 2014 Sep; 25(9):1277-8. Epub 2014 Mar 14 PMID:24627107 DOI:10.1007/s00192-014-2365-2

59.  Linder BJ, **Elliott DS**. Autologous transobturator urethral sling placement for female stress urinary incontinence. J Urol. 2015 Mar; 193(3):991-6. Epub 2014 Oct 19. PMID:25444955 DOI:10.1016/j.juro.2014.08.125

60.  Linder BJ, Chow GK, Hertzig LL, Clifton M, **Elliott DS**. Factors associated with intraoperative conversion during robotic sacrocolpopexy. Int Braz J Urol. 2015 Mar-Apr; 41(2):319-24. PMID:26005974

61.  Linder BJ, Chow GK, **Elliott DS**. Long-term quality of life outcomes and retreatment rates after robotic sacrocolpopexy. Int J Urol. 2015 Aug 24. PMID:26300382 DOI:10.1111/iju.12900

62.  Linder BJ, Rivera ME, Ziegelmann MJ, **Elliott DS**. Long-term Outcomes Following Artificial Urinary Sphincter Placement: An Analysis of 1082 Cases at Mayo Clinic. Urology 2015 Sep; 86 (3):602-7 Epub 2015 June 30 PMID:26135815 DOI:10.1016/j.urology.2015.05.029

63.  Linder BJ, Piotrowski JT, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Perioperative Complications following Artificial Urinary Sphincter Placement. J Urol. 2015 Sep; 194(3):716-20. Epub 2015 Mar 14. PMID:25776908 DOI:10.1016/j.juro.2015.02.2945

64.  Linder BJ, Viers BR, Ziegelmann MJ, Rivera ME, Rangel LJ, **Elliott DS**. Artificial urinary sphincter mechanical

Case 2:12-md-02327 Document 831 04/21/16 Page 87 of 298   Page 23 of 27
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 191 of 603
Daniel S Elliott, MD

failures: Is it better to replace the entire device or just the malfunctioning component? J Urol. 2015 Oct 19. PMID:26493494  DOI:10.1016/j.juro.2015.10.084

65. Rivera ME, Linder BJ, Ziegelmann MJ, Viers BR, Rangel LJ, **Elliott DS**. The Impact of Prior Radiation Therapy on Artificial Urinary Sphincter Device Survival. J Urol. 2015 Oct 27. PMID:26518111 DOI:10.1016/j.juro.2015.10.119

66. Ogle CA, Linder BJ, **Elliott DS**. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Nov; 26(11):1645-8. Epub 2015 Jun 11. PMID:26063548  DOI:10.1007/s00192-015-2752-3

**Non-Peer-reviewed Articles**

1. **Elliott DS**, Cone M, Boone TB.Transabdominal sacrocolpopexy for severe vaginal vault prolapse; Indications and results. Issues in Incontinence. 2000 Apr.

2. **Elliott DS**, Barrett DM.Surgical management of the neurogenic bladder. American Urological Association Update Series. 2001 Feb.

3. Krambeck AE, **Elliott DS**.Primary realignment of the traumatic urethral distraction. American Urological Association Update Series. 2005 Oct.

4. Burgess KL, **Elliott DS**.Techniques of Abdominal Sacrocolpopexy for the Management of Apical Prolapse. American Urological Association Update Series. 2012; Lesson 11, Volume 31:109-116.

5. **Elliott DS**.Botox for overactive bladder. Mayo Clinic Health Letter. 2013 July:4.

**Books**

1. **Elliott DS**, Linder Brian. Urinary Dysfunction in Prostate Cancer: "Reoperative Anti-incontinence Surgery" 1 Edition.Springer;  (Book)

**Book Chapters**

1. Barrett DM, Abol-Enein H, Castro D, Hohenfellner M, Stohrer MW, Tanagho EA, **Elliott DS**, Chancellor MB, Madersbacher H, Stein R. Surgery for neuropathic bladder. in: World Health Organization: International Consultation on Incontinence, June 1998. (Book Chapter)

2. **Elliott DS**, Barrett DM. The artificial genitourinary sphincter. In: Resnick MI, Thompson IM, editors. Advanced Therapy of Prostate Disease. Hamilton: B. C. Decker Inc.; 2000. p. 405-9. (Book Chapter)

3. **Elliott DS**, Barrett DM. Management of complications of therapy: artificial urinary sphincter. In: Resnick MI, Thompson IM. Advanced therapy of prostatic disease. London: B.C. Decker Incorp; 2000 May. (Book Chapter)

4. **Elliott DS**, Boone TB. Neuromodulation for female idiopathic detrusor instability and urge incontinence. in: Female Pelvic Reconstructive Surgery. Stanton S, Zimmern P, editors. London: Springer-Verlag Publishers, 2001. (Book Chapter)

5. **Elliott DS**. Diagnosis and management of apical prolapse. In: Goldman HB, Vasavada SP, editors. Female urology: a practical clinical guide. Totowa: Humana Press; 2007. (Current clinical urology.). p. 297-306. (Book Chapter)

6. **Elliott DS**, DiMarco DS, Chow GK. Female urologic robotic surgery: gynecologic indication for robotic-assisted laparoscopy-sacrocolpopexy for the treatment of high grade vaginal vault prolapse. In: Faust RA, editor. Robotics in surgery: history, current and future applications. New York: Nova Science Publishers; 2007. p. 137-46. (Book Chapter)

Case 2:12-md-02327 Document 831-1 Filed 04/21/16 Page 88 of 298 PageID #: 47677
Case 3:20-cv-00651-MO Document 83-1 Filed 05/26/20 Page 192 of 603
Daniel S Elliott, MD
Page 24 of 27

7.  Eilliott DS, Krambeck A, Chow GK. Robotic urogynecologic surgery. In: In: Patel VR, editor. Robotic urologic surgery. London: Springer; 2007. p. 194-8. (Book Chapter)

8.  **Elliott DS**, Chow GK. Robotic sacral colpopexy. In: Gharagozloo F, Najam F, editors. Robotic surgery. New York: McGraw-Hill Medical; 2009. p. 347-51. (Book Chapter)

9.  McGee SM, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: suspension of the bladder and vagina. In: Staskin DR editor. Atlas of bladder disease. Philadelphia: Springer; 2010. p. 251-8. (Book Chapter)

10. McGee SM, Shimko MS, **Elliott DS**, Chow GK. Robot-Assisted Laparoscopic Sacrocolpopexy. In: Atlas of Robotic Urologic Surgery, Current Clinical Urology Vol. 2. 2011. p. 107-18. (Book Chapter)

11. Shimko MS, **Elliott DS**. Robotic Surgery in Urogynecology. In: Robotics in Genitourinary Surgery. Vol. 7. 2011. p. 605-10. (Book Chapter)

12. **Elliott DS**, Trost LW. Esfínter Urinario Artificial. Fellow en disfunciones miccionales y urodinamia. In: Biomaterials and Prostheses Implant in Urology. 2012. (Book Chapter)

13. Linder BJ, **Elliott DS**. Robotic Sacrocolpopexy: How Does It Compare with Other Prolapse Repair Techniques? In: Current Urology Report. New York: Springer; 2012. (Book Chapter)

14. Trost L, **Elliott DS**. Artificial Urinary Sphincter: Reoperative Techniques and Management of Complications. In: Brandes SB, Morey AF editors. Advanced Male Urethral and Genital Reconstructive Surgery. 2nd ed. New York: Springer; 2014. p. 697-709. (Book Chapter)

**Editorials**

1.  Richelson E, **Elliott DS**. Advances in medical management of overactive bladder. Mayo Clin Proc. 2003 Jun; 78(6):681-3.

2.  **Elliott DS**. Is an artificial urinary sphincter more effective than a urethral bulking agent for postprostatectomy incontinence? Nature Clinical Practice Urol. 2005 May; 2(5):220-1.

3.  Chow GK, **Elliott DS**. Endoscopic cystocele surgery: lateral repair with combined suture/mesh technique. J Endourol. 2010 Oct; 24(10):1569.

**Commentaries**

1.  **Elliott DS**, Lightner DJ, Blute ML. Medical management of overactive bladder. Mayo Clin Proc 2001 Apr; 76 (4):353-5 PMID:11322348 DOI:10.4065/76.4.353

2.  **Elliott DS**, Krambeck AE, Chow GK, Lee DI. Robotics: Long-term results of robotic assisted laparoscopic sacrocolpopexy for the treatment of high grade vaginal vault prolapse - Commentary. J Endourol. 2007; 21(2):135.

3.  **Elliott DS**. Can we better predict and treat urinary incontinence after prostatectomy? J Urol. 2012 Mar; 187(3):789-90. Epub 2012 Jan 15. PMID:22248524 DOI:10.1016/j.juro.2011.12.027

4.  **Elliott DS**. Editorial comment. J Urol. 2013 Apr; 189(4):1442; discussion 1442-3. Epub 2013 Jan 08. PMID:23313625 DOI:10.1016/j.juro.2012.10.135

5.  Linder BJ, **Elliott DS**. Reply: To PMID 22591970. Urology 2015 Sep; 86 (3):606-7 Epub 2015 Aug 07 PMID:26255584 DOI:10.1016/j.urology.2015.05.031

**Audio/Video/CD-ROM/etc.**

Case 2:12-md-02327 Document 831-1 Filed 04/21/16 Page 89 of 298 PageID #: 47678
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 193 of 603
Daniel S Elliott, MD                                                          Page 25 of 27

1.  Frank I, **Elliott D**. SPARC Surgical Video: A New Outpatient Suburethral Sling Procedure for the Treatment of Female Stress Urinary Incontinence North Central Section of the American Urological Association (AUA). 2002 September.

2.  Childs MA, McGee S, Routh J, Chow G, **Elliott DS**. Robot-Assisted Laparoscopic Sacrocolpopexy: A Review of the Learning Curve in Fifty Cases. Mayo Clinic Physician Update, News for Medical Professionals from Mayo Clinic Rochester ( 2009 Nov 11; Video Presentation) Epub 2009 Nov 11.

3.  Trost L, **Elliott D**. SIS urethral wrap at the time of repeat AUS placement following multiple prior failed AUS and erosions. AUA. 2011 May.

4.  Linder BJ, Frank I, Dozois EJ, **Elliott DS**. Robotic transvesical retrourethral fistula repair after a robotic radical prostatectomy. J Endourol, Part B, Videourology. 2013 Jan; 27.

5.  Trost L, **Elliott D**. Modifications to the Virtue male sling procedure: 5-points of fixation, 1-point of plication. Received first honorable mention awards. AUA in San Diego, CA. 2013 May.

**Abstracts**

1.  **Elliott DS**, Brown JA, Barrett DM. Long term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases placed at the Mayo Clinic. (Abstract 1028). J Urol. 1997 Apr; 157(4 Suppl):265.

2.  **Elliott DS**, Barrett DM. Long term followup and evaluation of primary realignment of posterior urethral disruption. (Abstract 855). J Urol. 1997 Apr; 157(4 Suppl):219.

3.  Slezak J, Amling CL, **Elliott DS**, Blute ML, Zincke H. Should patients with very high serum PSA levels (greater-than-or-equal-to 50 ng/ml) undergo radical prostatectomy? (Abstract 1247). J Urol. 1997 Apr; 157(4 Suppl):320.

4.  Blute ML, **Elliott DS**, Patterson DE, Bergstralh EJ, Segura JW. Endoscopic renal preserving surgery for management of upper urinary tract transitional cell carcinoma. (Abstract 182). Br J Urol. 1997 Sep; 80(Suppl 2):47.

5.  **Elliott DS**, Barrett DM. Does the need for reoperation on an artificial genitourinary sphincter (AMS 800) place the patient at an increased risk for further reoperation due to mechanical or non-mechanical reasons. (Abstract 163). J Urol. 1998 May; 159(5 Suppl):45.

6.  Frank I, **Elliott DS**, Zincke H, Blute ML. Ureterosigmoidostomy. American Urological Association Annual Meeting, Anaheim, California. 2001 Jun.

7.  **Elliott DS**, Husmann DA. Recurrent urinary tract infections in patients with a hypocontractile bladder secondary to diabetes mellitus: does the addition of prophylactic antibiotics to cic alter the incidence of bacteriuria and symptomatic uti's? J Urol. 2002 Apr; 167(4):8.

8.  Kausik S, **Elliott DS**. External beam radiation and its effect on artificial urinary sphincter long-term function. American Urological Association Annual Meeting, Orlando, Florida. 2002 Jun.

9.  DiMarco D, **Elliott DS**. Long term results of tandem urethral cuff for the treatment of male incontinence following RRP. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

10. Dora C, **Elliott DS**. Preliminary results of SPARC suburethral sling. North Central Section, American Urological Association, Chicago, Illinois. 2002 Oct.

11. Dimarco DS, Chow GK, Gettman MT, **Elliott DS**. Robotic-assisted laparoscopic sarcocolpopexy (Abstract MP 18/17). J Endourol. 2004 Nov; 18(Suppl 1):A109.

Case 2:12-md-02327 Document 831-1 Filed 05/26/20 Page 194 of 603
Case 2:12-md-02327 Document 831-1 Filed 04/21/16 Page 90 of 298 PageID #: 47679
Daniel S Elliott, MD
Page 26 of 27

12. Hawatmeh SI, **Elliott DS**. OB tape suburethral sling for stress urinary incontinence (Abstract V496). J Urol. 2005 Apr; 173(4):135.

13. Krambeck AE, Dora CD, DiMarco DS, Sebo TJ, Zobitz ME, **Elliott DS**. Time dependent variations in inflammatory reaction and scar formation of cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh and utologous fascia in the rabbit model: implications for pubovaginal sling surgery (Abstract 931). J Urol. 2005 Apr; 173(4):252.

14. Webster W, **Elliott D**. Age and obesity predict early failure of synthetic suburethral slings for stress urinary incontinence. International Continence Society Meeting, Montreal, Canada. 2005 Aug.

15. Magera JS Jr, **Elliott DS**. Advancement in salvage procedure following failed artificial urinary sphincter: tandem transcorporal artificial urinary sphincter cuff technique (Abstract V1675). J Urol. 2006 Apr; 175(4 Suppl):540.

16. Krambeck AE, Thompson RH, Segura JW, Patterson DE, Zincke H, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patient with a history of primary bladder urothelial carcinoma (Abstract 1100). J Urol. 2006 Apr; 175(4 Suppl):354.

17. Thompson RH, Krambeck AE, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with solitary kidneys (Abstract 47). J Urol. 2006 Apr; 175(4 Suppl):16-7.

18. Routh JC, Leibovich BC, Crimmins CR, **Elliott DS**. Parkinson's disease impact on voiding function after radical prostatectomy (Abstract 1603). J Urol. 2006 Apr; 175(4 Suppl):516-7.

19. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Conservative management of upper tract urothelial carcinoma in patients with imperative indications (Abstract VP6-01). J Endourol. 2006 Aug; 20(Suppl 1):A32.

20. Krambeck AE, Thompson RH, Patterson DE, Segura JW, Blute ML, **Elliott DS**. Endoscopic management of upper tract urothelial carcinoma in patients with a history of primary bladder urothelial carcinoma (Abstract VP6-02). J Endourol. 2006 Aug; 20(Suppl 1):A32.

21. Thompson RH, Krambeck AE, Patterson DE, Blute ML, Segura JW, **Elliott DS**. Endoscopic treatment of upper tract urothelial carcinoma in patients with normal contraleteral kidneys (Abstract VP4-02). J Endourol. 2006 Aug; 20(Suppl 1):A20.

22. Childs MA, Routh JC, Chow GK, **Elliott DS**. Robotic sacrocolpopexy: the learning curve for a novel surgical technique. J Endourol. 2010 Sep; 24(Suppl 1):A205-6.

23. **Elliott DS**. Impact of Radiotherapy on Surgical Repair and Outcomes in Patients with Rectourethral Fistula. 67th Annual Meeting of the Canadian Urological Association. 2012 June.

24. **Elliott DS**, Chow GC. Comparative surgical complications of the robotic sacrocolpopexy for pelvic organ prolapse vs. traditional transabdominal sacrocolpopexy. BJU Int. 2012 Oct; 110:57-8.

25. Linder B, Umbreit E, Larson D, Dozois E, **Elliott D**. The impact of prior radiotherapy on outcomes following surgical repair of a rectourethral fistula in men with prostate cancer. Neurourol Urodyn. 2013 Feb; 32(2):174.

26. Linder B, **Elliott D**. Long-term outcomes for artifcial urinary sphincter reimplantation following prior device explantation for erosion or infection. Neurourol Urodyn. 2014 Feb; 33(2):170.

27. Linder B, Piotrowski J, Zieglemann M, Miest T, Rivera M, Ogle C, **Elliott D**. A prospective evaluation of complications after artificial urinary sphincter placement and their impact on device survival. Neurourol Urodyn. 2015 Feb; 34:S26.

Case 2:12-md-02327 Document 831-1 Filed 05/26/20 Page 91 of 238 PageID #: 47680
Case 3:20-cv-00851-MO Document 83-1 Filed 04/21/16 Page 195 of 603
Daniel S Elliott, MD Page 27 of 27

28. Linder B, **Elliott D**. Autologous transobturator urethral sling placement for female stress urinary incontinence. Neurourol Urodyn. 2015 Feb; 34:S50.

29. Rivera M, Ziegelmann M, Linder B, Viers B, Rangel L, **Elliott D**. Effects of radiation therapy on device survival among individuals with artificial urinary sphincters. Neurourol Urodyn. 2015 Feb; 34:S80-1.

30. Ogle C, Linder B, **Elliott D**. Holmium laser excison of genitourinary mesh exposure following anti-incontinence surgery: minimum 6 month follow-up. Neurourol Urodyn. 2015 Feb; 34:S26.

31. Ziegelmann M, Linder B, Rivera M, Ogle C, **Elliott D**. Outcomes for artificial urinary sphincter placement after prior male urethral sling failure. Neurourol Urodyn. 2015 Feb; 34:S26-7.

32. Linder B, **Elliott D**. Urethral management during artificial urinary sphincter explantation for erosion. Neurourol Urodyn. 2015 Feb; 34:S55-6.

* Indicates that the primary author was a mentee of this author.

**Compensation**

     I am compensated for investigation, study, and consultation in this case at the rate of

$700.00 per hour.


                         /s/ Daniel Elliott

                         DANIEL ELLIOTT, M.D.

# EXHIBIT B

## Prior Testimony

As noted below, I have given testimony and provided expert reports in numerous Ethicon transvaginal mesh cases over the past few years. All of my testimony, opinions, and materials therein are hereby incorporated into this report by reference.

*Coloplast A/S v. Generical Medical Devices;* United States District Court – Western District of Washington at Tacoma Case No. C10-227BHS

*Linda Gross et al. v. Gynecare, et al*.; Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08– Report & Deposition

*Diane Bellew v. Ethicon et al*.; United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 – Report, Deposition & Trial

*Janice L. St. Cyr v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-02313

*Kathleen Stanbrough v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-06937

*Sheila Sutton v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-00105

*Pamela Ailey v Cook Medical, Inc., et al*.; United States District Court, Southern District of West Virginia Case No. 2:13-CV-20496

*Patricia L. Hammons v. Ethicon, Inc., et al.;* Philadelphia County Court of Common Please Case No. 0003913 – Report & De Bene Esse

*Dale Watkins et al. vs. Ethicon, Inc. et al.;* Superior Court of New Jersey Law Division – Bergen County Case No. BER-L-13787-14 MCL – Report & Deposition

*Mullins et al v. Ethicon, Inc., et al.;* Southern District of West Virginia Charleston Division Case No. 2:12-cv-02952 – Report & Deposition

# EXHIBIT C

| Date | Bates - Begin | Bates - End | Description |
|---|---|---|---|
| 3/2/1981 | ETH.MESH.15958524 | ETH.MESH.15958524 | Guidoin Lab Notebook Page/Image |
| 3/17/1982 | ETH.MESH.15958396 | ETH.MESH.15958399 | Guidoin Lab Notebook Page/Image |
| 3/23/1983 | ETH.MESH.15955438 | ETH.MESH.15955473 | Guidoin Lab Notebook Page/Image |
| 3/25/1983 | ETH.MESH.15958410 | ETH.MESH.15958432 | Guidoin Lab Notebook Page/Image |
| 5/25/1983 | ETH.MESH.15958400 | ETH.MESH.15958404 | Guidoin Lab Notebook Page/Image |
| 8/14/1984 | ETH.MESH.15958433 | ETH.MESH.15958444 | Guidoin Lab Notebook Page/Image |
| 9/27/1984 | ETH.MESH.15958408 | ETH.MESH.15958409 | Guidoin Lab Notebook Page/Image |
| 11/5/1984 | ETH.MESH.15958452 | ETH.MESH.15958469 | Guidoin Lab Notebook Page/Image |
| 11/7/1984 | ETH.MESH.15958405 | ETH.MESH.15958407 | Guidoin Lab Notebook Page/Image |
| 3/11/1985 | ETH.MESH.15958445 | ETH.MESH.15958451 | Guidoin Lab Notebook Page/Image |
| 5/30/1985 | ETH.MESH.09746373 | ETH.MESH.09746448 | Memo N.R. Cholvin to Dr. R.L. Kronenthal, et al. re Protocol for 10 Year In Vivo Study of Monofilament Sutures |
| 1/20/1988 | ETH.MESH.15144996 | ETH.MESH.15144996 | Report: Quebec Explants |
| 1/20/1988 | ETH.MESH.00004755 | ETH.MESH.00004755 | Guidoin Explant Study notes |
| 8/10/1990 | ETH.MESH.11336474 | ETH.MESH.11336487 | Five Year Report re Ten Year In Vivo Suture Study |
| 3/8/1991 | N/A | N/A | FDA Device Labeling Guidance #G91-1 (Blue Book Memo) |
| 3/8/1991 | | | FDA Device Labeling Guidance #G91-1 |
| 1/1/1997 | ETH.MESH.00371572 | ETH.MESH.00371573 | Alex C. Wang "Tension-Free Vaginal Tape (TVT) for Urinary Stress Incontinence - A Preliminary Report" |
| 2/13/1997 | ETH.MESH.08696050 | ETH.MESH.08696055 | Consulting & Technology Agreement between Johnson & Johnson International and Professor Ulf Ivar Ulmsten |
| 2/26/1997 | ETH.MESH.08696084 | ETH.MESH.08696134 | Medscan Agreement |
| 3/1/1997 | N/A | N/A | Medical Device Reporting for Manufacturers by Department of Health and Human Services, Public Health Services, FDA |

| 6/13/1997 | ETH.MESH.12009095 | ETH.MESH.12009101 | Ulmsten Preliminary report of Multicentre Study on TVT |
|---|---|---|---|
| 8/8/1997 | ETH.MESH.06852120 | ETH.MESH.06852129 | Cytotoxicty Risk Assessment |
| 8/29/1997 | N/A | N/A | 1997 Marlex MSDS |
| 9/11/1997 | ETH.MESH.09747728 | ETH.MESH.09747728 | Linsky email re TVT (Ulmsten) -510k submission |
| 9/16/1997 | ETH.MESH.09747632 | ETH.MESH.09747643 | PAC Meeting Review - Tension Free Vaginal Tape (TVT) Ulmsten Device |
| 10/1/1997 | ETH.MESH.09747724 | ETH.MESH.09747725 | Linsky C email re Recommendation not to Accelerate TVT Program |
| 1/11/1998 | ETH.MESH.03658577 | ETH.MESH.03658577 | Presentation: Biocompatibility of ULTRAPRO by Joerg L. Holste, DVM |
| 1/28/1998 | ETH.MESH.00371496 | ETH.MESH.00371594 | FDA 510(k) clearance letter |
| 1/28/1998 | N/A | N/A | Tension Free Vaginal Tape (TVT) System 510(k) |
| 2/18/1998 | HMRDH_ETH_00133261 | HMRDH_ETH_00133262 | Liu email chain re Prolene Mesh Redesign |
| 6/17/1998 | ETH.MESH.09266659 | ETH.MESH.09266660 | Tang email chain re Prolene Mesh Update |
| 7/30/1998 | ETH.MESH.00130934 | ETH.MESH.00130941 | Kaminski Memo re summary of key point from US Marketing Research Study on TVT |
| 8/17/1998 | ETH.MESH.09264945 | ETH.MESH.09264946 | Rousseau Memo to Lessig re Prolene Mesh Re-Design Project |
| 8/18/1998 | ETH.MESH.12009027 | ETH.MESH.12009035 | Rowan email re GyneMesh II New Mesh Design w/attachment |
| 9/7/1998 | ETH.MESH.09266668 | ETH.MESH.09266671 | Tang email chain re Mesh 3 |
| 9/17/1998 | ETH.MESH.07877085 | ETH.MESH.07877085 | Lessig email re PROLENE Mesh Redesign Project |
| 9/23/1998 | ETH.MESH.09266465 | ETH.MESH.09266466 | D Aversa email chain re Prolene Mesh Sheets Research |
| 3/30/1999 | ETH.MESH.00203456 | ETH.MESH.00203456 | Gillick email chain re TVT insert |
| 4/8/1999 | ETH.MESH.14410703 | ETH.MESH.14410741 | Toth Memo to Copy Review Team re New Construction PROLENE polypropylene mesh Sales Aid and Demo Device |

| | | | |
|---|---|---|---|
| 5/3/1999 | ETH.MESH.11283974 | ETH.MESH.11283974 | Lehe email re Reisebericht:  TVT - Brainstorming (PD 98/5) |
| 5/4/1999 | ETH.MESH.14410846 | ETH.MESH.14410851 | Toth email chain re New Construction PROLENE polypropylene mesh Pre-Launch Memo w/attachment |
| 6/9/1999 | ETH.MESH.11283949 | ETH.MESH.11283951 | Hoepffner email chain re Trip report -- meeting with Dr. Ulstem |
| 6/24/1999 | ETH.MESH.14411026 | ETH.MESH.14411040 | Toth, JL Memo to Copy Review Team re TVT Tension-free Vaginal Pate Press Briefing Presentation |
| 7/13/1999 | ETH.MESH.03456775 | ETH.MESH.03456776 | Product Pointer for TVT Tension-free Vaginal Tape |
| 8/18/1999 | ETH.MESH.09275875 | ETH.MESH.09275876 | Rousseau email re Samples of PROLENE Mesh |
| 9/15/1999 | ETH.MESH.04193990 | ETH.MESH.04193993 | Major Executive Committee Actions July 20, 1999 through September 15, 1999 |
| 12/2/1999 | ETH.MESH.09346419 | ETH.MESH.09346420 | Memo to R. Rousseau re Biocompatibility Risk Assessment for Soft PROLENE Mesh |
| 12/2/1999 | ETH.MESH.09346417 | ETH.MESH.09346418 | Biocomp risk assessment GPS revised |
| 1/4/2000 | ETH.MESH.09273600 | ETH.MESH.09273601 | Dormier email chain re LcBlanc CME Live on Medscape |
| 2/24/2000 | | | Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
| 4/5/2000 | ETH.MESH.17661347 | ETH.MESH.17661347 | Angleitner email chain re TVT Product complaint w/handwritten notes |
| 4/14/2000 | ETH.MESH.17661336 | ETH.MESH.17661499 | Hellberg communication re Product Complaint Form |
| 4/17/2000 | ETH.MESH.05529274 | ETH.MESH.05529275 | Gynecare TVT Tension-free Support for Incontinence |
| 5/26/2000 | ETH.MESH.06852118 | ETH.MESH.06852129 | Biocompatibility Review |
| 6/1/2000 | ETH.MESH.00658177 | ETH.MESH.00658198 | Surgeon's Resource Monograph |

| 6/6/2000 | ETH.MESH.05493965 | ETH.MESH.05493999 | "Meshes in Pelvic Floor Repair - Findings from literature review and conversations/interviews with surgeons" prepared by Brigitte Hellhammer |
| 6/9/2000 | ETH.MESH.00160612 | ETH.MESH.00160625 | Toth Memo re Gynecare TVT Tension-free Support for Incontinence Patient Education Brochure (TVT016) |
| 7/7/2000 | ETH.MESH.0137272 | ETH.MESH.01137293 | Incontinence/Pelvic Floor Management GYNECARE TVT Tension-free Support for Incontinence 2001 Marketing Plan |
| 7/12/2000 | ETH.MESH.01317515 | ETH.MESH.01317524 | TVT-2 needles Introducer Revision 8 |
| 8/14/2000 | ETH.MESH.00158559 | ETH.MESH.00158590 | TVT Professional Education Tensioning |
| 8/17/2000 | ETH.MESH.10216874 | ETH.MESH.10216875 | Slusser email chain re AUGS lecture/content of discussion |
| 8/18/2000 | ETH.MESH.08793648 | ETH.MESH.08793648 | Study Justification: Gynecare Clinical Research Program 2001 spreadsheet |
| 8/21/2000 | ETH.MESH.03909708 | ETH.MESH.03909713 | ARnaud A email chain re Pelvic floor repair Procedural Strategy |
| 8/21/2000 | ETH.MESH.08793646 | ETH.MESH.08793647 | Isenberb email re WOW Business Plan -- 2001, Clinical Research |
| 8/28/2000 | ETH.MESH.03736578 | ETH.MESH.03736578 | Memo Marty Weisberg to Rick Isenberg re discussion with redacted |
| 9/6/2000 | ETH.MESH.09746615 | ETH.MESH.09746617 | Ltt Nilsson from Zauberman re Surgeon Panel |
| 9/22/2000 | ETH.MESH.00143697 | ETH.MESH.00143699 | Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT |
| 9/22/2000 | ETH.MESH.00143700 | ETH.MESH.00143702 | Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT |

| 11/1/2000 | ETH.MESH.03736932 | ETH.MESH.03736932 | Memo Marty Weisberg to Rick Isenberg re Complaint |
|-----------|-------------------|-------------------|---------------------------------------------------|
| 1/16/2001 | HMESH_ETH_00946830 | HMESH_ETH_00946838 | Dormier email chain re Corporate Product Characterization December Monthly Report |
| 2/6/2001 | HMESH_ETH_02944363 | HMESH_ETH_02944364 | Vypro for Pelvic Floor Repair agenda |
| 2/13/2001 | ETH.MESH.03915380 | ETH.MESH.03915380 | Email Axel Arnaud to Dr Uwe re Dr Lucente/TVT Procedure Improvements/Prevention of Overstretching |
| 2/28/2001 | N/A | N/A | Phillips Sumika 2001 Marlex MSDS |
| 4/11/2001 | ETH.MESH.00161129 | ETH.MESH.00161130 | Toth Memo re Gynecare TVT Tension-free Support for Inicontinence Competitive Mesh Products - Product Pointer |
| 4/17/2001 | ETH.MESH.00161131 | ETH.MESH.00161132 | Product Pointer:  Gynecare TVT Tension-free Support for Incontinence:  A Synthetic Sling with Erosion Rates No Higher Than Autologus Slings |
| 4/23/2001 | ETH.MESH.10181921 | ETH.MESH.10181922 | Ulmsten ltt Ostergard re Cannes meeting |
| 5/14/2001 | ETH.MESH.01317508 | ETH.MESH.01317613 | Target Sheet Design History:  DH0263-DH0278 |
| 5/14/2001 | ETH.MESH.02607272 | ETH.MESH.02607814 | Design History CH1035 (bk2) - DH1036 (bk5) |
| 6/1/2001 | ETH.MESH.05494064 | ETH.MESH.05494066 | Hellhammer email chain re WG: TVT instructions for use |
| 6/1/2001 | ETH.MESH.12002601 | ETH.MESH.12002601 | Angelini L email re TVT improvements |
| 6/6/2001 | ETH.MESH.03905472 | ETH.MESH.03905477 | Weisberg, M email chain re TVT recommendation from Dr. Alex Wang |
| 6/7/2001 | ETH.MESH.00144270 | ETH.MESH.00144278 | TVT 20010607 Gynecare TVT Tension-free Support for Incontinence |
| 6/18/2001 | ETH.MESH.08798099 | ETH.MESH.08798110 | 2002-2003 US Marketing Plan for Gynecare TVT Tension-free Support for Incontinence |
| 6/21/2001 | HMESH_ETH.00958003 | HMESH_ETH.00958005 | TVT Recommendations from Dr. Wang - Meeting Minutes of June 21, 2001 |
| 6/22/2001 | ETH.MESH.02089392 | ETH.MESH.02089399 | Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes |

| 6/26/2001 | HMESH_ETH_00958014 | HMESH_ETH_00958015 | Luscombe email chain re TVT recommendations from Dr. Wang |
|---|---|---|---|
| 7/3/2001 | ETH.MESH.00144304 | ETH.MESH.00144331 | Presentation: TVT Sales Force Update @ Divisional Meeting |
| 7/6/2001 | ETH.MESH.17606501 | ETH.MESH.17606502 | Dormier E email chain re Vypro vs Soft Prolene Mesh for Pelvic Floor Repair |
| 8/2/2001 | ETH.MESH.00764323 | ETH.MESH.00764325 | 5-Year Press Release Draft: Long-term Data Proves Safety and Efficacy of GYNECARE TVT Tension-free Support Treating Stress Urinary Incontinence |
| 8/15/2001 | ETH.MESH.00864131 | ETH.MESH.00864133 | Luscombe B email chain re Aug 11 program |
| 9/28/2001 | ETH.MESH.09306898 | ETH.MESH.09306910 | 2002 US Marketing Plan for TVT |
| 10/1/2001 | ETH.MESH.03909721 | ETH.MESH.03909733 | New Products Development Gynecare Products by Axel Arnaud |
| 1/16/2002 | ETH.MESH.00029963 | ETH.MESH.00029966 | Luscombe email re ALERLT!!! Professional Ads for GYNECARE TVT !!!!! w/attachments |
| 1/28/2002 | ETH.MESH.04384185 | ETH.MESH.04384188 | Particle Release Characteristics of Clear and Blue TVT Mesh Corporate Product Characterization |
| 1/28/2002 | ETH.MESH.02613804 | ETH.MESH.02613805 | Corporate Product Characterization - Comparison of Particle Characteristics of Clear and 50% Blue PROLENE Mesh of TVT Device |
| 3/28/2002 | ETH.MESH.08695896 | ETH.MESH.08695896 | Letter from Howard Zauberman (Ethicon) to Mr. Jan Johansson (Director, Eurosund Medical AB) |
| 4/25/2002 | ETH.MESH.08793552 | ETH.MESH.08793553 | Email Ettore Carino to Kimberly Mullarkey re FW: DTC Review |
| 4/25/2002 | ETH.MESH.01317510 | ETH.MESH.01317514 | DDSA Re-Evaluation for TVT |
| 5/1/2002 | ETH.MESH.03907468 | ETH.MESH.03907469 | "Second Generation TVT" by Axel Arnaud |
| 6/7/2002 | ETH.MESH.03735432 | ETH.MESH.03735433 | Emails Richard Isenberg to Dr Wang re concerns for patient safety |
| 6/7/2002 | ETH.MESH.00409674 | ETH.MESH.00409675 | Email Richard Isenberg to Greg Jones, et al. re Dr Alex Wang, Taiwan--Reports of "tape rejection" with TVT |

| 6/10/2002 | ETH.MESH.03483690 | ETH.MESH.03483693 | Email Mark Yale re Wang's rejections |
|---|---|---|---|
| 6/28/2002 | ETH.MESH.01264260 | ETH.MESH.01264260 | Lawler T email re Polypropylene Mesh |
| 7/2/2002 | ETH.MESH.05961204 | ETH.MESH.05961211 | Corrective/Preventive Action TVT Tape |
| 7/2/2002 | ETH.MESH.05961197 | ETH.MESH.05961203 | Corrective/Preventive Action TVT Tape |
| 7/9/2002 | ETH.MESH.04927339 | ETH.MESH.04927340 | FDA Communication re 522 Prosima |
| 8/8/2002 | ETHMESH.OHARA.00000001 | ETHMESH.OHARA.000 00156 | O'Hara Employment Eligibility Verification Form |
| 8/8/2002 | ETHMESH.OHARA.00000157 | ETHMESH.OHARA.000 00303 | O'Hara personnel file docs |
| 9/11/2002 | ETH.MESH.05961212 | ETH.MESH.05961234 | Corrective/Preventive Action TVT Tape |
| 9/16/2002 | ETH.MESH.11773498 | ETH.MESH.11773499 | Email Shannon Campbell to Shelley Copeland, et al. re Ft. Worth Advanced TVT dinner feedback |
| 9/27/2002 | ETH.MESH.00030025 | ETH.MESH.00030026 | Letter to Dr. James Meeuwesen of Pueblo, CO from Scott Jones |
| 10/4/2002 | ETH.MESH.00409657 | ETH.MESH.00409658 | Rejection of Polypropylene Tape After the Tension-Free Vaginal Tape (TVT) Procedure by Alex C. Wang, MD |
| 10/4/2002 | ETH.MESH.03910208 | ETH.MESH.03910210 | Report:  Visit to Pr Jean de Leval |
| 12/3/2002 | ETH.MESH.00409670 | ETH.MESH.00409670 | Email Martin Weisberg to Mark Sumeray et al. re Prolene rejection |
| 1/9/2003 | ETH.MESH.05961304 | ETH.MESH.05961315 | Corrective/Preventive Action TVT Tape |
| 1/27/2003 | ETH.MESH.00766975 | ETH.MESH.00766976 | DTC Focus Group Summary |
| 1/31/2003 | ETH.MESH.01808311 | ETH.MESH.01808318 | Tracey M Trip Report |
| 2/5/2003 | ETH.MESH.01808310 | ETH.MESH.01808310 | Tracey M email re Trip Report Format Mulberry 22Jan2003 |
| 2/13/2003 | ETH.MESH.06866920 | ETH.MESH.06866920 | Presentation - Ultrasonic Slitting of TVT Mesh Technical Review |
| 2/14/2003 | ETH.MESH.06873447 | ETH.MESH.06873458 | Due Diligence Growth Opportunity Outline re Project Mulberry Next generation TVT |
| 2/18/2003 | ETH.MESH.15363068 | ETH.MESH.15363085 | Universite de Liege and Ethicon Licensing Agreement |

| 2/20/2003 | ETH.MESH.03911107 | ETH.MESH.03911108 | Arnaud A email chain re TVT complications (an Prof. Häusler) |
|---|---|---|---|
| 2/28/2003 | ETH.MESH.01222617 | ETH.MESH.01222654 | Cirellli - Histological evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model |
| 3/18/2003 | ETH.MESH.00581482 | ETH.MESH.00581482 | Osoris M email re International Convention Suggestions |
| 3/20/2003 | ETH.MESH.04205632 | ETH.MESH.04205636 | Strategic Plan Challenge |
| 3/26/2003 | ETH.MESH03919404 | ETH.MESH03919405 | Arnaud A email chain re Mulberry |
| 4/10/2003 | ETH.MESH.00858110 | ETH.MESH.00858111 | April 10, 2003 meeting minutes from Project Leader Dan Smith |
| 4/14/2003 | ETH.MESH.00260591 | ETH.MESH.00260592 | Smith,D email chain re Mulberry update |
| 4/30/2003 | ETH.MESH.03934952 | ETH.MESH.03934967 | TVOT Meeting report . . . de Leval, Ruel, Daoud |
| 5/13/2003 | ETH.MESH.00030098 | ETH.MESH.00030098 | Memo from Anthony Powell (VP, Sales) and Marianne Kaminski (Dir. of PE and Relations) to Gynecare |
| 5/15/2003 | ETH.MESH.03918552 | ETH.MESH.03918553 | Emails Brian Luscombe to Axel Arnaud et al. re: De Leval Publication |
| 5/29/2003 | ETH.MESH.02222437 | ETH.MESH.02222656 | DHF 25 1-323 CE Mark of TVT - AA Kit.pdf |
| 5/29/2003 | ETH.MESH.00863841 | ETH.MESH.00863842 | Study spreadsheet |
| 6/6/2003 | ETH.MESH.03907853 | ETH.MESH.03907854 | LeTreguilly L email chain re TVT Serious complication |
| 6/11/2003 | ETH.MESH.00764215 | ETH.MESH.00764216 | Russo-Jankewicz email re Stressful Secrets press release crosses wire |
| 6/19/2003 | ETH.MESH.00586018 | ETH.MESH.00586019 | Eltrasonic Slitting of TVT Mesh presentation |
| 6/20/2003 | ETH.MESH.05442881 | ETH.MESH.05442883 | Leibowitz Tensile Properties, Morphology Test Report |
| 6/24/2003 | ETH.MESH.02180737 | ETH.MESH.02180737 | Toddywala R email re Project Mulberry |
| 6/30/2003 | ETH.MESH.05585033 | ETH.MESH.05585053 | Presentation: Marketing Plan VOC by Boris Batke Project Edelweiss |
| 7/7/2003 | ETH.MESH.00030372 | ETH.MESH.00030373 | Email Brian Luscombe re "Urethral erosion may occur with any sling material" Article (TVT063) |

| 7/9/2003 | ETH.MESH.03715978 | ETH.MESH.03715980 | Email Martin Weisberg to Terry Courtney re TVT question |
|---|---|---|---|
| 7/11/2003 | ETH.MESH.06884249 | ETH.MESH.06884250 | Email Brian Luscombe to Steve Bell, et al. re Ulmsten opinion on Mulberry |
| 7/17/2003 | ETH.MESH.00865147 | ETH.MESH.00865147 | Arnaud email re Mulberry IFU |
| 7/18/2003 | ETH.MESH.00864085 | ETH.MESH.00864087 | Email Brian Luscombe to Dan Smith et al. re Design Validation |
| 7/21/2003 | ETH.MESH.03919143 | ETH.MESH.03919144 | Ciarrocca email chain re Gynemesh holding force in tissue |
| 7/21/2003 | ETH.MESH.06880021 | ETH.MESH.06880023 | Email Janice Burns to Dan Smith, et al. RE: Design Validation |
| 7/24/2003 | ETH.MESH.00864101 | ETH.MESH.00864102 | Smith D email chain re TOVT developments |
| 7/25/2003 | | | Patent CA2497158C - Devices for surgical treatment of female urinary incontinence |
| 7/25/2003 | | | Patent WO2004019786A1 - Devices for surgical treatment of female urinary inc |
| 7/25/2003 | N/A | N/A | Patent CA2497158C Devices for surgical treatment of female urinary incontinence |
| 7/25/2003 | N/A | N/A | Patent WO2004019786A1 - Devices for surgical treatment of female urinary incontinence |
| 8/14/2003 | ETH.MESH.01220661 | ETH.MESH.01220663 | Kammerer G email chain re Aug 11 program |
| 8/15/2003 | ETH.MESH.00260739 | ETH.MESH.00260744 | Email Brian Luscombe re Mulberry Final DRAFT #1 |
| 8/18/2003 | ETH.MESH.01220693 | ETH.MESH.01220697 | Kammerer email chain re TVT Mesh Fraying |
| 8/25/2003 | ETH.MESH.03715869 | ETH.MESH.03715876 | Email Martin Weisberg to Dan Smith, et al. re Mulberry Final Draft #1 |
| 8/29/2003 | N/A | N/A | 2003 Marlex MSDS |
| 9/6/2003 | ETH.MESH.03738468 | ETH.MESH.03738470 | Email Martin Weisberg to Marianne Kaminski re TVT Response for Peggy Norton MD |
| 9/8/2003 | ETH.MESH.03928696 | ETH.MESH.03928697 | Arnaud A email chain re TVT complication |
| 10/1/2003 | ETH.MESH.14415287 | ETH.MESH.14415309 | Gynecare TVT AUGS & Competitive Update - copy review submission form |

| 1/1/2004 | ETH.MESH.00160813 | ETH.MESH.00160821 | Only Gynecare TVT Has Long-term Results You Can See |
| 1/7/2004 | ETH.MESH.02340829 | ETH.MESH.02340901 | TVT-O IFU (1/7/2004-3/4/2005) |
| 1/16/2004 | ETH.MESH.06164409 | ETH.MESH.06164410 | Smith D email re Dedications |
| 1/28/2004 | N/A | N/A | 2004 Marlex MSDS Chevron Phillips |
| 1/29/2004 | ETH.MESH.05793690 | ETH.MESH.05793693 | Gynecare TVT Introduction to cross train the Uterine |
| 2/27/2004 | ETH.MESH.00863391 | ETH.MESH.00863393 | Smith D email chain re 2 TVT Complaints concerning allegedly brittle mesh |
| 3/1/2004 | ETH.MESH.00866317 | ETH.MESH.00866318 | Burns email chain re Mulberry IFU |
| 3/2/2004 | ETH.MESH.00865322 | ETH.MESH.00865323 | Owens C email chain re Reminder on BLUE mesh |
| 3/3/2004 | ETH.MESH.14416182 | ETH.MESH.14416221 | Gynecare Copy Review - Inside Gynecare Vol II, #5 |
| 3/10/2004 | ETH.MESH.02619601 | ETH.MESH.02619616 | TVT 20040310 What you Can do about it... TVT-Stress Urinary Incontinence in Women |
| 3/12/2004 | N/A | N/A | Sunoco 2004 MSDS |
| 3/12/2004 | | | Sunoco 2004 MSDS |
| 3/17/2004 | ETH.MESH.14416076 | ETH.MESH.14416081 | Gynecare Copy Review Submission Form submitted by Giselle M. Bonett re Gynecare Gynemesh PS |
| 3/29/2004 | ETH.MESH.02180759 | ETH.MESH.02180761 | de Leval J memo |
| 4/14/2004 | ETH.MESH.00658058 | ETH.MESH.00658065 | TVT sales piece (TVT041R3) |
| 4/19/2004 | ETH.MESH.00584811 | ETH.MESH.00584813 | Kammerer G email re Ultrasonic Slitting of Prolene Mesh for TVT |
| 4/19/2004 | ETH.MESH.00158286 | ETH.MESH.00158288 | LIMS Project #: BE-2004-912 Study Report |
| 4/27/2004 | ETH.MESH.00862206 | ETH.MESH.00862208 | LIMS Project #: BE-2004-916 |
| 5/4/2004 | ETH.MESH.05918776 | ETH.MESH.05918776 | Schiaparelli J email re Marlex Experience |
| 6/30/2004 | ETH.MESH.00863692 | ETH.MESH.00863694 | Leibowitz email re Comparison of TVT Mesh to Meshes from Competitive Devices |
| 7/21/2004 | ETH.MESH.03910799 | ETH.MESH.03910800 | Arnaud A email chain re TVT Erosion |
| 7/22/2004 | ETH.MESH.02201463 | ETH.MESH.02201467 | Email Walji to Bogardus, et al. re ICS / Paris - Gala Invitee List |

| 8/16/2004 | ETH.MESH.05456117 | ETH.MESH.05456118 | Email James McDivitt to Thomas Barbolt re Autoclaving PROLENE |
| 8/17/2004 | ETH.MESH.01814740 | ETH.MESH.01814741 | Email from Dan Smith to Katrin Elbert re IFU changes |
| 8/18/2004 | ETH.MESH.06884516 | ETH.MESH.06884517 | Mahar K email re Dr. Jensen Follow UP |
| 8/27/2004 | ETH.MESH.05795299 | ETH.MESH.05795300 | Email Marianne Kaminski to Amy Vie, et al. re 2004 budget - PE August adjustments |
| 9/7/2004 | ETH.MESH.00681364 | ETH.MESH.00681366 | Walji email chain re Pelvic Floor Monthly - August Report - Next Gen Materials Progress |
| 9/11/2004 | ETH.MESH.08107153 | ETH.MESH.08107155 | Gynecare University Program Las Vegas, Nevaga |
| 9/23/2004 | ETH.MESH.03624321 | ETH.MESH.03624322 | "Professional Education for GYNECARE TVT Physician Training" updated draft by Marianne Kaminski |
| 9/24/2004 | ETH.MESH.05795309 | ETH.MESH.05795315 | Gynecare Mega Course Uterine Health Urodynamics Incontinence and Pelvic Floor Repair and the OB/GYN Surgeon, Urogynecologist and Urologist |
| 10/7/2004 | ETH.MESH.00031538 | ETH.MESH.00031560 | Sales School Presentation: Gynecare Professional Relations and Professional Education "Educating Customers Worldwide to improve the lives of women!" |
| 11/1/2004 | ETH.MESH.05548122 | ETH.MESH.05548123 | Smith D email re Update from Oct 27 cadaver lab |
| 11/2/2004 | ETH.MESH.01813975 | ETH.MESH.01813978 | Email from Patty Lancos to Manuel Castro and Dan Smith re FDA Prep |
| 11/5/2004 | ETH.MESH.03589219 | ETH.MESH.03589220 | MedWatch Report |
| 12/6/2004 | ETH.MESH.01217673 | ETH.MESH.01217690 | Development Contract TVT-Next (TVTx) |
| 12/8/2004 | ETH.MESH.08003197 | ETH.MESH.08003212 | TVT 20041208 Gynecare TVT Tension-free Support for Incontinence Patient Brochure reprint /Robin Osman |
| 1/3/2005 | ETH.MESH.05768705 | ETH.MESH.05768712 | 2005 Variable Compensation Plan Sales Representative |

| 1/5/2005 | ETH.MESH.00440005 | ETH.MESH.00440007 | Email Laura Angelini to Ronnie Toddywala, et al. re Important Laser cut mesh Update |
|---|---|---|---|
| 1/17/2005 | ETH.MESH.00585220 | ETH.MESH.00585220 | Kammerer email re Presentation #1 |
| 1/18/2005 | ETH.MESH.07931874 | ETH.MESH.07931886 | Hojnoski Personnel File |
| 1/19/2005 | ETH.MESH.02248778 | ETH.MESH.02248778 | Presentation: Mechanical vs. "Machine"-cut Mesh |
| 1/19/2005 | | | Mechanical v "Machine" - cut Mesh Prepared by Allison London Brown, Gene Kammerer |
| 1/27/2005 | N/A | N/A | United States Patent Application Publication De Leval US20050021086 20050127 |
| 1/27/2005 | ETH.MESH.05553782 | ETH.MESH.05553782 | Smith email re TVT-U |
| 1/27/2005 | | | US Patent Application Publication US20050021086 20050127 |
| 1/28/2005 | ETH.MESH.08792936 | ETH.MESH.08792938 | Carino email chain re Recommendations for Non-Sales and Marketing Glamour Trip Award |
| 1/30/2005 | ETH.MESH.11474337 | ETH.MESH.11474337 | Castillo email chain re Oscar -- The latest fiasco |
| 2/1/2005 | ETH.MESH.00524907 | ETH.MESH.00524907 | Presentation: TVT Bonnie Blair Campaign |
| 2/2/2005 | ETH.MESH.00162420 | ETH.MESH.00162421 | TVT Mailers for Physicians |
| 2/2/2005 | ETH.MESH.14410478 | ETH.MESH.14410484 | McCabe Gynecare TVT Mesh Brochure copy review submission form |
| 2/11/2005 | ETH.MESH.02340471 | ETH.MESH.02340503 | TVT IFU  through |
| 2/16/2005 | ETH.MESH.14409737 | ETH.MESH.14409741 | Copy review submission form - Hernia ad; Proceed Mesh. ULTRAPRO mesh and PROLENE hernia system |
| 2/28/2005 | ETH-03531 | ETH-03567 | Everett J Summary Memo for Revision C of the Gynecare PROLIFT Device Design Safety Assessment |
| 3/1/2005 | ETH.MESH.03574916 | ETH.MESH.03574919 | Email Charlotte Owens to Carol Holloway re Medical Review file #30005136 |
| 3/10/2005 | ETH.MESH.03499528 | ETH.MESH.03499529 | Berger L ltt Wallingford J re Unknown TVT Ref #3005146 |
| 3/10/2005 | ETH.MESH.05245427 | ETH.MESH.05245428 | Next Generation Mesh Discussion |

| 3/15/2005 | HMESH_ETH_01876389 | HMESH_ETH_01876393 | Oldelehr M email chain re Kalamazoo TVT Business at Risk |
|-----------|--------------------|--------------------|----------------------------------------------------------|
| 3/24/2005 | ETH.MESH.06828907 | ETH.MESH.06828909 | Hunsicker email chain re ICS Submission |
| 4/5/2005 | ETH.MESH.03575061 | ETH.MESH.03575061 | Email Charlotte Owens to Carin Rassier re Complaint 30005255 |
| 4/12/2005 | ETH.MESH.03915588 | ETH.MESH.03915590 | Kammerer, G email chain re Ultrapro |
| 4/13/2005 | ETH.MESH.00994917 | ETH.MESH.00994918 | Barbara McCabe email re Sheath Sales Tool |
| 4/13/2005 | ETH.MESH.02026591 | ETH.MESH.02026595 | Sunco C4001 Polypropylene Homopolymer MSDS |
| 4/13/2005 | ETH.MESH.00658421 | ETH.MESH.00658429 | TVT 20040413 Gynecare TVT Tension-free Support for Incontinence Patient Education Brochure/Robin Osman |
| 4/13/2005 | ETH.MESH.05469908 | ETH.MESH.05469912 | Barbolt, T email chain re Ultrapro |
| 4/13/2005 | ETH.MESH.05795322 | ETH.MESH.05795324 | Emails Marianne Kaminski to Paul Parisi, et al. re Q1 PE results REVISED |
| 4/13/2005 | ETH.MESH.02614599 | ETH.MESH.02614603 | Corporate Product Characterization Protocol to Evaluate Elongation, Particle Loss and Flexural Rigidity of TVT U PROLENE Mesh Laser-Cut vs Mechanical-Cut Version 1 |
| 4/13/2005 | ETH.MESH.04020134 | ETH.MESH.04020137 | Holste, J email chain re Ultrapro |
| 4/14/2005 | ETH.MESH.03915567 | ETH.MESH.03915572 | Toddywala, R email chain re Ultrapro |
| 4/29/2005 | ETH.MESH.05549696 | ETH.MESH.05549700 | Komamycky P email chain re Bio compatibility samples |
| 5/5/2005 | ETH.MESH.06696367 | ETH.MESH.06696379 | Seppa K Memo re Performance Evaluation of TVT U Prolene Mesh: Mechanical Cut versus Laser Cut STudy (LIMS#BE-2005-1920) Version 3 |
| 5/6/2005 | ETH.MESH.00526473 | ETH.MESH.00526474 | London Brown A email re Laser-cut Mesh |
| 5/25/2005 | ETH.MESH.02627466 | ETH.MESH.02627466 | TVT Retropubic Issue Report No. 30005181 |
| 6/1/2005 | ETH.MESH.08107933 | ETH.MESH.08107933 | Oldelehr email re gynecology vs urology |

| 6/3/2005 | | | Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
|---|---|---|---|
| 6/6/2005 | ETH.MESH.02020712 | ETH.MESH.02020713 | Zaddem V email chain re MINT: 6/2/05 Materials Advisory meeting minutes |
| 6/28/2005 | ETH.MESH.19356913 | ETH.MESH.19356915 | Objectives for Jennifer - May-August |
| 7/19/2005 | ETH.MESH.00412260 | ETH.MESH.00412269 | Clinical Study Agreement between Dr. Douglas Grier and Ethicon |
| 8/16/2005 | ETH.MESH.00525573 | ETH.MESH.00525573 | London Brown A email re TVT Laser Cut Mesh |
| 8/23/2005 | ETH.MESH.04985249 | ETH.MESH.04985252 | Email Paula Evans to Sungyoon Rha et al. re TVT Laser Cut Value Proposition and Forecast |
| 8/24/2005 | ETH.MESH.00525322 | ETH.MESH.00525400 | Gynecare TVT Professional Education Slides |
| 8/29/2005 | ETH.MESH.12933182 | ETH.MESH.12933183 | Physician form letter |
| 9/1/2005 | ETH.MESH.03605398 | ETH.MESH.03605402 | Consulting Agreement B-1 between Brian J. Flynn and Ethicon |
| 11/4/2005 | ETH.MESH.09268506 | ETH.MESH.09268508 | Rousseau, R email chain re Gynemesh PS w/Monocryl |
| 1/15/2006 | ETH.MESH.00134498 | ETH.MESH.00134499 | Miller email chain re GYNECARE TVT Latest Complication Data |
| 1/15/2006 | ETH.MESH.00756887 | ETH.MESH.00756888 | Email Dennis Miller to Dharini Amin et al. re Gynecare TVT Latest Complication Data |
| 1/19/2006 | ETH.MESH.03908029 | ETH.MESH.03908031 | Van Dijk email chain re Ti-mesh research |
| 1/20/2006 | ETH.MESH.1218594 | ETH.MESH.1218596 | London Brown email chain re TVT U Completion Report Version 3 |
| 1/26/2006 | ETHMESH.OHARA.00000315 | ETHMESH.OHARA.00000321 | Vandenburgh 2005 Performance and Development Plan Summary for Christopher O'Hara |
| 1/31/2006 | ETH.MESH.03911712 | ETH.MESH.03911715 | Arnaud A email chain re TVT - TVT-O Specifications |
| 2/1/2006 | ETH.MESH.00394544 | ETH.MESH.00394553 | Global Regulatory Strategy GYNECARE TVT - Laser Cutting Project |
| 2/6/2006 | ETH.MESH.00847536 | ETH.MESH.00847536 | Robinson email chain re TVT complications |

| 2/15/2006 | ETH.MESH.00584291 | ETH.MESH.00584292 | Flatow J email chain re DVer protocol for particle loss |
|---|---|---|---|
| 2/20/2006 | ETH.MESH.03929173 | ETH.MESH.03929177 | Arnaud email chain re TVM discussions |
| 2/23/2006 | ETH.MESH.00302390 | ETH.MESH.00302392 | Memo Dan Lamont re TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk |
| 2/23/2006 | ETH.MESH.00330760 | ETH.MESH.00330764 | Email Cindy Crosby to Mark Yale, et al. re MHRA request - TVT blue pigment risk assessment |
| 2/24/2006 | ETH.MESH.00302105 | ETH.MESH.00302106 | Lamont D Memo re TVT Laser Cut Mesh Risk Analysis Summary |
| 2/24/2006 | ETH.MESH.10984358 | ETH.MESH.10984359 | Lamont D Memo re TVT Laser Cut Mesh (LCM) Risk Analysis Summary |
| 2/28/2006 | ETH.MESH.00846523 | ETH.MESH.00846523 | Robinson email re tvt - training |
| 3/1/2006 | ETH.MESH.00134029 | ETH.MESH.00134031 | Mahar email chain re Urgent Request: Revised TVt Complication data 2-9-06 |
| 3/2/2006 | ETH.MESH.04122262 | ETH.MESH.04122264 | Email Dr. James Hart to David Robinson re tvt o training |
| 3/6/2006 | ETH.MESH.01222075 | ETH.MESH.01222079 | Kammerer memo re Elongation Characteristics of Laser Cut PROLENE Mesh for TVT |
| 3/6/2006 | ETH.MESH.03358398 | ETH.MESH.03358402 | Kammerer G Memo to Weisbert and Robinson re Elongation Characteristics of Laser Cut PROLENE Mesh for TVR |
| 3/7/2006 | ETH.MESH.01784823 | ETH.MESH.01784828 | Clinical Expert Report for Laser Cut Mesh signed by Martin Weisberg, MD and David Robinson MD |
| 3/7/2006 | ETH.MESH.01221735 | ETH.MESH.01221740 | Weisberg, Robinson Clinical Expert Report |
| 3/9/2006 | ETH.MESH.01221618 | ETH.MESH.01221619 | Kammerer G email chain re Elongation properties of LCM |
| 3/10/2006 | ETH.MESH.11920108 | ETH.MESH.11920110 | Urology University March 10-11, 2006 |
| 3/10/2006 | ETH.MESH.00585672 | ETH.MESH.00585673 | Next Generation Mesh Discussion Agenda |
| 3/13/2006 | ETH.MESH.05446127 | ETH.MESH.05446128 | Holste J email chair re Mesh and Tissue Contraction in Animal |

| 3/20/2006 | ETH.MESH.01219984 | ETH.MESH.01219994 | Flatow Completion Report for Design Verification of TVT Laser Cut Mesh |
|---|---|---|---|
| 3/22/2006 | ETH.MESH.00169748 | ETH.MESH.00169751 | TVT Slim Jim (TVT107) |
| 3/29/2006 | ETH.MESH.00302181 | ETH.MESH.00302184 | Email Daniel Lamont to Jacqueline Flatow re TVT LCM - design inputs |
| 3/30/2006 | ETH.MESH.01945854 | ETH.MESH.01945854 | Email Mark Yale re TVT laser cut equivalency |
| 3/30/2006 | ETH.MESH.00700348 | ETH.MESH.00700350 | Gadot email chain re Laser Cut Mesh Positioning (Redacted) |
| 4/2/2006 | ETH.MESH.06040171 | ETH.MESH.06040173 | Mahar K email chain re Laser Cut Mesh Positioning |
| 4/7/2006 | ETH.MESH.05222673 | ETH.MESH.05222705 | TVT IFU  through |
| 4/17/2006 | ETH.MESH.14450438 | ETH.MESH.14450442 | Kammerer G Memo re Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT Laser Cut Mesh |
| 4/18/2006 | ETH.MESH.00998349 | ETH.MESH.00998355 | Weisberg M and Robinson D CER |
| 4/18/2006 | ETH.MESH.00167104 | ETH.MESH.00167110 | CER Weisberg - Laser Cut Mesh |
| 4/25/2006 | ETH.MESH.06696589 | ETH.MESH.06696592 | Minute - Tactile appraisal of TVT LCM & LCM-MC both vs MCM |
| 4/26/2006 | ETH.MESH.10302266 | ETH.MESH.10302267 | Damotte email chain re Laser cut TVT - Surgeon's Preference Evaluation |
| 5/1/2006 | ETH.MESH.03358217 | ETH.MESH.03358224 | Kammerer G email chain re French Standard on TVT & Meshes (Comments required) |
| 5/4/2006 | ETH.MESH.01221024 | ETH.MESH.01221025 | Kammerer G email re New Standards for Urethral Slings |
| 5/9/2006 | ETH.MESH.01816990 | ETH.MESH.01816990 | Mesh development timeline |
| 5/9/2006 | ETH.MESH.00585802 | ETH.MESH.00585802 | Kammerer G email re Particle loss of TVT |
| 5/9/2006 | ETH.MESH.01219629 | ETH.MESH.01219630 | Flatow J email chair re Particle loss on TVT |
| 5/22/2006 | ETH.MESH.00584175 | ETH.MESH.00584178 | Sungyoon Rha email re First Human Use - Surgeon preference Questionnarie |
| 5/22/2006 | HMESH_ETH_01840151 | HMESH_ETH_01840152 | "World Premiere" as Ethicon Women's Health & Urology with special guest Bonnie Blair |

| 5/31/2006 | ETH.MESH.04321670 | ETH.MESH.04321681 | Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision: D |
|---|---|---|---|
| 6/2/2006 | ETH.MESH.00870466 | ETH.MESH.00870476 | Expert Meeting Minutes - Meshes for Pelvic Floor Repair |
| 6/12/2006 | ETH.MESH.00585842 | ETH.MESH.00585843 | Kammerer G email chain re TVT LCM - particle loss (reimbursement submission) |
| 6/13/2006 | | | T 213 om-01 Proposed Revision - Dirt in pulp - chart method |
| 6/14/2006 | ETH.MESH.03274663 | ETH.MESH.03274670 | Email Marie-Ange Damotte to Sungyoon Rha, et al. re TVT Laser Cut First Human Use - surgeon preference questionnaire |
| 6/15/2006 | ETH.MESH.08164248 | ETH.MESH.08164256 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Materials for Medical Devices |
| 6/22/2006 | ETH.MESH.00998347 | ETH.MESH.00998347 | Gadot, Harel email re LCM - Launch Strategy EMEA |
| 6/22/2006 | | | Gadot, H EMEA Launch Strategy |
| 6/23/2006 | ETH.MESH.00526484 | ETH.MESH.00526487 | St. Hilaire P email chain re LCM - Launch Strategy EMEA |
| 6/26/2006 | ETH.MESH.00167119 | ETH.MESH.00167119 | Product Pointer: Gynecare TVT Tension-free Support for Incontinence -- available in laser cut mesh |
| 6/27/2006 | ETH.MESH.00585823 | ETH.MESH.00585832 | Kammerer email chain re URHENTFrench STANDARD ON TVT & Meshes |
| 7/17/2006 | ETH.MESH.08003215 | ETH.MESH.08003230 | TVT 20060717 Patient Brochure - Find out how to stop urine leakage like Bonnie did |
| 7/20/2006 | ETH.MESH.00311802 | ETH.MESH.00311804 | Email Paula Evans to David Robinson et al. re TVT dataMcNelis, Linda |
| 8/1/2006 | ETH.MESH.05454207 | ETH.MESH.05454207 | Jürgen email re Fotos cadeavar lab |
| 8/13/2006 | ETH.MESH.00870481 | ETH.MESH.00870482 | London Brown, A email chainre LIGHTning clinical strategy |
| 8/28/2006 | ETH.MESH.06001408 | ETH.MESH.06001408 | ICM Project Presentation |

| 8/29/2006 | ETH.MESH.00584527 | ETH.MESH.00584527 | Second half photo presentation. ppt |
|---|---|---|---|
| 9/27/2006 | ETH.MESH.08003231 | ETH.MESH.08003246 | TVT016R6 Patient brochure - Find out how to stop urine leakage like Bonnie did |
| 10/4/2006 | ETH.MESH.00746204 | ETH.MESH.00746208 | Hernandez J email re TVT LCM Early EU Feedback |
| 10/9/2006 | ETH.MESH.00524059 | ETH.MESH.00524060 | Email Cheryl Bogardus to Dharini Amin re TVT 10 year anniversary/10 year data from Nillson |
| 1/2/2007 | ETH.MESH.00161512 | ETH.MESH.00161513 | TVT sales piece (TVTS004) |
| 1/23/2007 | ETHMESH.OHARA.00000322 | ETHMESH.OHARA.000 00327 | Qually 2006 Performance and Development Plan Summary for O'Hara |
| 2/6/2007 | ETH.MESH.00722339 | ETH.MESH.00722349 | St. Hilaire email chain re OBGYN Department Members.  Due to the potential serious implications . . . |
| 2/6/2007 | ETH.MESH.00719198 | ETH.MESH.00719209 | Mahar email chain re hospital concern from medico-legal standpoint |
| 2/7/2007 | ETH.MESH.02316434 | ETH.MESH.02316436 | Robinson email chain re PLEASE DO NOT DISTRIBUTE THIE EMAIL!!! . . .broadcast bulletin re Dr. Levy |
| 2/9/2007 | ETH.MESH.05475773 | ETH.MESH.05475822 | Presentation: The (clinical) argument of lightweight mesh in abdominal surgery by Boris Batke |
| 2/20/2007 | ETH.MESH.00303084 | ETH.MESH.00303085 | Lamont D email chain re Complaint Summaries |
| 2/23/2007 | ETH.MESH.02017152 | ETH.MESH.02017158 | Ethicon Expert Meeting:  Meshes for Pelvic Floor Repair brochure |
| 2/23/2007 | ETH.MESH.01782867 | ETH.MESH.01782867 | Factors Related to Mesh Shrinkage: What do we know? A review of literature and internal studies |
| 3/20/2007 | ETH.MESH.00539862 | ETH.MESH.00539898 | TVT-World-Wide Observational Registry for Long-Term Data |
| 4/5/2007 | ETH.MESH.01218361 | ETH.MESH.01218367 | Spychaj K memo re Shrinking meshes |
| 4/17/2007 | N/A | N/A | United States Patent De Leval US7204802 |
| 4/17/2007 | | | US7204802 - US Patent De Leval |

| 5/4/2007 | HMESH_ETH_06509815 | HMESH_ETH_06509817 | Timmer message re updated Mesh Shrinkage Discussion meeting w/attachments |
|---|---|---|---|
| 5/11/2007 | ETH.MESH.00136359 | ETH.MESH.00136359 | Email Price St. Hilaire to Dr Kavaler re AUA in Booth Activities |
| 5/31/2007 | ETH.MESH.08003263 | ETH.MESH.08003278 | Marketing Brochure - One day you have urine lekage.  The next day you don't.  End of Story. |
| 6/1/2007 | ETH.MESH.03913651 | ETH.MESH.03913665 | CDMA Eurpoe Meeting Urinary Incontinence Platform minutes June 1, 2007 |
| 7/6/2007 | ETH.MESH.05447475 | ETH.MESH.05447476 | Engel D email chain re How inert is polypropylene? |
| 7/6/2007 | ETH.MESH.05447481 | ETH.MESH.05447482 | Barbolt email chain re How inert is polypropylene |
| 7/9/2007 | ETH.MESH.05588123 | ETH.MESH.05588126 | Wohlert S email chain re How inert is polypropylene? |
| 7/20/2007 | ETH.MESH.05920616 | ETH.MESH.05920617 | Chomiak M email re Defining light weight mesh |
| 8/31/2007 | ETH.MESH.00844341 | ETH.MESH.00844344 | Robinson D email Chain re Asking TVT Complication? - Fraying |
| 9/24/2007 | ETH.MESH.06214296 | ETH.MESH.06214300 | EPC131 Revision A Neuchatel Prolift+M Product Specification |
| 9/27/2007 | ETH.MESH.02114101 | ETH.MESH.02114103 | Osman email chain re Wal-Mart Female Pelvic Health Poster Options |
| 10/5/2007 | ETH.MESH.06372356 | ETH.MESH.06372363 | Global Harms List Document for Review & Comment by Medical Affairs Personnel |
| 10/9/2007 | N/A | N/A | 2007 Marlex MSDS |
| 11/1/2007 | N/A | N/A | FDA Science and Mission at Risk -- Report from Subcommittee on Science and Technology |
| 1/8/2008 | ETH.MESH.03509909 | ETH.MESH.03509910 | Flores email chain re New complaint acknowledgement/request for info 10100062684 |
| 1/9/2008 | ETH.MESH.04127133 | ETH.MESH.04127134 | Maree, A email chain re TGA Meeting |
| 2/4/2008 | ETHMESH.OHARA.00000328 | ETHMESH.OHARA.00000333 | Ullmann 2007 Performance and Development Plan Summary for O'Hara |
| 2/7/2008 | ETH.MESH.16416002 | ETH.MESH.16416004 | Kahlson H email chain re Conversion to Laset Cut TVT |

| 2/8/2008 | ETH.MESH.08692660 | ETH.MESH.08692667 | Master Consulting Agreement between Ethicon (signed by Price St. Hilaire) and Carl Nilsson |
| 2/19/2008 | ETH.MESH.00057336 | ETH.MESH.00057374 | Pelvic Floor Sumit |
| 2/22/2008 | ETH.MESH.01775242 | ETH.MESH.01775257 | Executive Summary - Preliminary results of peri-operative and 3-month outcomes from a world-wide observational registry of tension-free vational tapes in with with SUI |
| 3/3/2008 | ETH.MESH.01279975 | ETH.MESH.01279976 | Gadot H email re Next step in SUI sling |
| 3/3/2008 | ETH.MESH.00328895 | ETH.MESH.00328901 | Robinson D email chain re Quality issue with a batch of gynemesh |
| 3/4/2008 | ETH.MESH.02293673 | ETH.MESH.02293677 | Gadot H email chain re Next step in SUI Sling |
| 3/5/2008 | ETH.MESH.00303944 | ETH.MESH.00303945 | Lamont D email chain re Gynemesh issue |
| 3/19/2008 | ETH.MESH.03614158 | ETH.MESH.03614158 | Email Kyung Yu to Susie Chilcoat re Flynn preceptorships |
| 3/26/2008 | ETH.MESH.03458123 | ETH.MESH.03458138 | Bonnie Blair - Find out how to stop uring leakage like Bonnie did |
| 4/15/2008 | ETH.MESH.03916716 | ETH.MESH.03916727 | Notes |
| 4/15/2008 | ETH.MESH.02090196 | ETH.MESH.02090209 | Trip Notes |
| 4/15/2008 | ETH.MESH.09909642 | ETH.MESH.09909655 | Trip Notes |
| 4/15/2008 | ETH.MESH.15433760 | ETH.MESH.15433773 | Trip Notes |
| 4/16/2008 | ETH.MESH.10003595 | ETH.MESH.10003603 | Notes - Post Mini TVT Procedure Discussion |
| 4/23/2008 | ETH.MESH.03916715 | ETH.MESH.03916715 | Hernandez email chain re Liege Trip Notes. doc |
| 4/29/2008 | ETH.MESH.00304013 | ETH.MESH.00304014 | Lamont D email chain re Post Launch Reviews |
| 5/5/2008 | ETH.MESH.03914629 | ETH.MESH.03914630 | Arnaud email chain re sling business for SUI |
| 5/16/2008 | ETH.MESH.00345289 | ETH.MESH.00345291 | Email Krystina Laguna to Price St. Hilaire re Copy Review TVT Complications |
| 6/4/2008 | ETH.MESH.00057335 | ETH.MESH.00057335 | Linton email re AUGS attendees |
| 6/6/2008 | ETH.MESH.00355003 | ETH.MESH.00355007 | Nilsson, et al. "Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence" |
| 6/18/2008 | ETH.MESH.04048515 | ETH.MESH.04048520 | Carl G. Nilsson KOL Interview |

| 7/29/2008 | ETH.MESH.09004550 | ETH.MESH.09004553 | Kadadkia R email chain re TVT LCM - launch delay due to OQ failure |
|---|---|---|---|
| 8/14/2008 | ETH.MESH.03459088 | ETH.MESH.03459104 | TVT Brochure "The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did" |
| 8/27/2008 | ETH.MESH.09504568 | ETH.MESH.09504571 | Scavona email chain re PQI TVT S |
| 8/27/2008 | ETH.MESH.09504558 | ETH.MESH.09504559 | Brennan email chain re TVT-S Mesh Torn Complaint Review for Wednesday morning Conf Call |
| 9/5/2008 | ETH.MESH.03459211 | ETH.MESH.03459212 | FOR IMMEDIATE RELEASE: New Study Offers More Than a Decade of Evidence for Minimally-Invasive Surgery to Treat Female Incontinence |
| 9/24/2008 | ETH.MESH.04099233 | ETH.MESH.04099234 | Email Melissa Day to Meng Chen, et al. re #10100078150 |
| 9/24/2008 | ETH.MESH.19354118 | ETH.MESH.19354119 | Email Marcus Oldelehr to Brian Flynn re Flynn visit 10/23 |
| 9/25/2008 | ETH.MESH.03914909 | ETH.MESH.03914909 | Arnaud A email re TVT World registry |
| 9/25/2008 | ETH.MESH.00164643 | ETH.MESH.00164648 | TVT sales piece |
| 12/4/2008 | N/A | N/A | 2008 Marlex MSDS |
| 12/9/2008 | ETH.MESH.01673341 | ETH.MESH.01673341 | Presentation: "Stop Coping. Start Living. Treatment Options for Urinary Incontinence." |
| 1/1/2009 | ETHMESH.OHARA.00000340 | ETHMESH.OHARA.00000346 | 2009 Performance and Development Plan Summary for Christopher O'Hara |
| 1/7/2009 | ETH.MESH.01202101 | ETH.MESH.01202103 | Kirkemo A email chain re My revised writeup of the DeLeval and Waltregny Visit |
| 1/7/2009 | ETH.MESH.03916905 | ETH.MESH.03916913 | Hinoul P email chain re My revised writeup of the DeLeval and Waltregny visit |
| 1/7/2009 | ETH.MESH.09955474 | ETH.MESH.09955479 | Total Petrochemicals Certificate N° 9 |
| 1/23/2009 | ETH.MESH.04050265 | ETH.MESH.04050267 | Hinoul memo re meeting with Prof DeLeval and Prof Waltregny |
| 1/26/2009 | ETH.MESH.11985160 | ETH.MESH.11985164 | Issue Report |

| 1/28/2009 | ETH.MESH.07181044 | ETH.MESH.07181044 | Urquhart email re TVT World AE Report w/attachment |
|---|---|---|---|
| 1/28/2009 | ETH.MESH.03208548 | ETH.MESH.03208549 | Hinoul P email chain re TVT World AE Report |
| 1/29/2009 | ETH.MESH.04094863 | ETH.MESH.04094864 | Emails Bryan List to Meng Chen et al. re TVT IFUs on tape extrusion, exposure and erosion |
| 1/29/2009 | ETH.MESH.04093125 | ETH.MESH.04093125 | Chen M email re TVT IFUs on tape extrusion, exposure and erosion |
| 2/6/2009 | ETH.MESH.00007091 | ETH.MESH.00007091 | Haby email re CR Approved 2009-98 |
| 2/16/2009 | N/A | N/A | IUGA 2009 Ital Sponsorship Invoice - 34th Annual Meeting Como, Italy June 10-20, 2009 |
| 2/23/2009 | ETH.MESH.07383730 | ETH.MESH.07383731 | Zipfel R email chain re Ultrapro mesh info |
| 2/25/2009 | ETH.MESH.03208738 | ETH.MESH.03208738 | Email Jason Hernandez re Quick Response Needed to Finalize TVT WORLD Recommendation for Board Meeting on Monday Mar 2nd |
| 2/27/2009 | ETH.MESH.09951746 | ETH.MESH.09951747 | Ciarrocca email chain re MiniMe discussion at the board meeting |
| 3/2/2009 | ETH.MESH.00827376 | ETH.MESH.00827379 | Hernandez J email chain re EWHU Board recommendation |
| 3/6/2009 | ETH.MESH.09951087 | ETH.MESH.09951090 | Ciarrocca email re Sling thoughts and next steps 11-13-08.doc |
| 3/6/2009 | ETH.MESH.03966039 | ETH.MESH.03966040 | Emails Scott Finley to Melissa Chaves re Fast Break Update |
| 3/9/2009 | ETHMESH.OHARA.00000334 | ETHMESH.OHARA.00000339 | Ullmann 2008 Performance and Developmnet Plan Summary for Christopher O'Hara |
| 3/11/2009 | ETH.MESH.00339053 | ETH.MESH.00339057 | Physican brochure/sales aid "Make Data and Safety your Choice" |
| 3/11/2009 | ETH.MESH.00590896 | ETH.MESH.00590897 | Hinoul P email re EJOGTB-08-4159R1 - Minor Revision |
| 3/19/2009 | ETH.MESH.06040657 | ETH.MESH.06040658 | Mahar email chain re Credo debrief |
| 3/20/2009 | ETH.MESH.00407285 | ETH.MESH.00407285 | Letter Patricia Beach (Ethicon) to Dr. Douglas Grier re TVT World Registry |

| 4/1/2009 | ETH.MESH.00346227 | ETH.MESH.00346227 | Lisa B email re TVT-Mini clinical support |
|----------|-------------------|-------------------|-------------------------------------------|
| 4/8/2009 | ETH.MESH.00591127 | ETH.MESH.00591128 | Hinoul email chain re registry for all! |
| 4/8/2009 | ETH.MESH.05238373 | ETH.MESH.05238374 | Hinoul email chain re Tensile Properties of POP Mesh |
| 4/9/2009 | ETH.MESH.05238382 | ETH.MESH.05238384 | Jones, S email re Tensile Properties of POP Mesh |
| 4/20/2009 | ETH.MESH.01238552 | ETH.MESH.01238553 | Piet Hinoul letter re meeting with Prof deLeval and Prof Waltregny |
| 4/22/2009 | ETH.MESH.01238538 | ETH.MESH.01238541 | Email Piet Hinoul to Dan Smith re Meeting Minutes Prof deLeval 20/04/09 |
| 4/22/2009 | ETH.MESH.03917298 | ETH.MESH.03917300 | Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09 |
| 4/22/2009 | ETH.MESH.01238551 | ETH.MESH.01238551 | Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09 |
| 4/24/2009 | ETH.MESH.03259439 | ETH.MESH.03259440 | Email Judi Gauld to Colin Urquhart re green journal |
| 4/28/2009 | ETH.MESH.00533250 | ETH.MESH.00533256 | TVT-World-Wide Observational Registry for Long-Term Data |
| 4/30/2009 | ETH.MESH.06928168 | ETH.MESH.06928168 | Email Henri Decloux to Valerie Emperado re T-Con follow up |
| 5/15/2009 | ETH.MESH.09957926 | ETH.MESH.09957927 | Email Katrin Elbert to Henri Decloux re Last week's Medi-Line visit |
| 5/20/2009 | ETH.MESH.15285672 | ETH.MESH.15285672 | Email Stale Kvitle to Jean DeLeval, et al. re Mini Me follow up from our visit |
| 5/26/2009 | ETH.MESH.02122903 | ETH.MESH.02122905 | Brennan email chain re TVT Complications Statement 2008 |
| 5/26/2009 | ETH.MESH.06806078 | ETH.MESH.06806092 | F 2097 - 08 Standard Guide for Packaging of Medical Products |
| 5/26/2009 | ETH.MESH.02250914 | ETH.MESH.02250945 | All Active CAPA's |
| 6/3/2009 | ETH.MESH.04314739 | ETH.MESH.04314740 | Chaves email re Fast Break Promotion Update |
| 6/11/2009 | ETH.MESH.14442958 | ETH.MESH.14442976 | Divilio Memo re The Use of Mesh in Hernia Repair |
| 6/19/2009 | ETH.MESH.10630809 | ETH.MESH.10630813 | Sunoco MSDS 2009 |

| 6/26/2009 | ETH.MESH.08007248 | ETH.MESH.08007249 | Email Brian Flynn to Jonathan Fernandez re Contracted Pricing |
|---|---|---|---|
| 6/29/2009 | ETH.MESH.07402878 | ETH.MESH.07402879 | Email Michelle Hurley to Jackie Sauer re SBT Meeting |
| 7/1/2009 | ETH.MESH.00139845 | ETH.MESH.00139867 | AdvaMed Code of Ethics on Interactions with Healthcare Professionals |
| 7/15/2009 | ETH.MESH.10133116 | ETH.MESH.10133116 | Email Brian Langen to Vincenza Zaddem re Plus-M payment for Mel Anhalt |
| 7/16/2009 | ETH.MESH.01239065 | ETH.MESH.01239066 | Robinson D email chain re TVT RR IFU Version 5 071409_T-3466 |
| 7/28/2009 | ETH.MESH.06239100 | ETH.MESH.06239108 | Bobertz email chain re URGENT:  Resin information request |
| 7/30/2009 | ETH.MESH.03656697 | ETH.MESH.03656699 | Email Takahito Hino to Patrice Napoda re TVT Japanese Package Insert |
| 8/1/2009 | ETH.MESH.10233144 | ETH.MESH.10233148 | 2009 Field Visit Letter |
| 8/7/2009 | ETH.MESH.09958050 | ETH.MESH.09958051 | Email Henri Decloux to Severine Timoner Fortin re Quote for sample production |
| 8/7/2009 | ETH.MESH.09951106 | ETH.MESH.09951107 | Email Severine Timoner Fortin to Valerie Emperado et al. re For Information - lot of TVT used for Deleval's tests |
| 8/8/2009 | ETH.MESH.09954485 | ETH.MESH.09954486 | Hinoul email chain re For Information - lot of TVT used for Deleval's tests |
| 8/12/2009 | | | US Patent Application Publication De Leval US20090306459 |
| 8/12/2009 | N/A | N/A | United States Patent Application Publication De Leval US20090306459 |
| 8/17/2009 | ETH.MESH.10227358 | ETH.MESH.10227359 | Prine email chain re TVT promotion Slam Dunk Winners |
| 8/21/2009 | ETH.MESH.02596464 | ETH.MESH.02596467 | Email David Waltregny to Piet Hinoul re TR: For Information - lot of TVT used for Deleval's tests |
| 8/27/2009 | ETH.MESH.09955464 | ETH.MESH.09955464 | Timoner Fortin email re Mini-O Raw material proposed by Suppliers for button aid |

| 9/14/2009 | ETH.MESH.00592915 | ETH.MESH.00592916 | Savidge S email chain re TVT RR IFU 090911b_T-3467 |
|---|---|---|---|
| 9/17/2009 | ETH.MESH.03722384 | ETH.MESH.03722386 | Email Paul DeCosta to Thomas Divilio, et al. re: Mesh + Anti-proliferative agent |
| 9/28/2009 | ETH.MESH.03618587 | ETH.MESH.03618596 | Master Consulting Agreement between Brian J. Flynn and Ethicon |
| 9/29/2009 | ETH.MESH.00533283 | ETH.MESH.00533286 | Communication Plan to close TVT World Registry |
| 11/3/2009 | | | United States Patent De Leval US7611454 |
| 11/3/2009 | N/A | N/A | United States Patent De Leval US7611454 |
| 1/4/2010 | ETH.MESH.03832685 | ETH.MESH.03832692 | Monthly Closed CAPA |
| 1/5/2010 | ETH.MESH.00077727 | ETH.MESH.00077732 | Timoner Fortin, S email chain re Prosima learning's at preceptor sites EMEA |
| 1/8/2010 | ETH.MESH.00340990 | ETH.MESH.00340999 | Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 0) by Susan Lin to John Young |
| 1/17/2010 | ETH.MESH.01785259 | ETH.MESH.01785260 | Hinoul, P email chain re +M relaxation |
| 1/21/2010 | ETH.MESH.09234953 | ETH.MESH.09234954 | TVT Matketing email re 2010 Planning -- "Voice of the Customer" feedback |
| 1/27/2010 | ETH.MESH.00349508 | ETH.MESH.00349512 | TVT ad "Demand the most proven technology when selecting a mid-urethral sling... Make DATA and SAFETY YOUR CHOICE" |
| 1/28/2010 | ETH.MESH.09234951 | ETH.MESH.09234952 | Flores email chain re Continence Health Brand Team - TVT Feedback |
| 2/6/2010 | ETH.MESH.01805963 | ETH.MESH.01805963 | Peebles R email re Mesh slides for NTM |
| 2/16/2010 | ETH.MESH.09235084 | ETH.MESH.09235085 | Toglia M email chain re Ethicon Women's Health and Urology National Training meeting - TVT |
| 2/17/2010 | ETH.MESH.00340839 | ETH.MESH.00340839 | Gynecare TVT Device Instructions for Use Revision Design Verification Memo by Kirkemo, Robinson and Hinoul |
| 2/19/2010 | ETH.MESH.02254087 | ETH.MESH.02254087 | Beath C email re clinical data |
| 2/24/2010 | ETH.MESH.08014324 | ETH.MESH.08014327 | Email Jonathan Fernandez to Carol Padgett re Dr. Alvina Driscoll |

| 2/25/2010 | ETH.MESH.00073089 | ETH.MESH.00073093 | Robinson D email chain re 510k submission and clearance |
|---|---|---|---|
| 2/26/2010 | ETH.MESH.00659430 | ETH.MESH.00659431 | Physician brochure/sales aid |
| 2/27/2010 | ETH.MESH.09214438 | ETH.MESH.09214438 | Peebles email re participation next week - copy-approved slides |
| 3/4/2010 | ETH.MESH.16263696 | ETH.MESH.16263715 | EWHU 2009 Awards Ceremony |
| 3/10/2010 | ETH.MESH.00074068 | ETH.MESH.00074070 | Savidge S and Johnson L - biocompatiblity statement |
| 3/17/2010 | ETH.MESH.19306944 | ETH.MESH.19306946 | Ullman email chain re "Take Back Share" - Feb Update |
| 3/19/2010 | ETH.MESH.01201387 | ETH.MESH.01201389 | Bryan L email chain re EBM Sub-team meetings for EWHU |
| 3/23/2010 | ETH.MESH.00351439 | ETH.MESH.00351441 | Smith D email chain re Input to the one-pager to BR |
| 3/24/2010 | ETH.MESH.09932848 | ETH.MESH.09932849 | Iacobone email chain re Stability Testing |
| 3/25/2010 | ETH.MESH.02013947 | ETH.MESH.02013948 | Zaddem V email chain re Your input on 30 in 3 and Speed to launch |
| 3/25/2010 | ETH.MESH.00212665 | ETH.MESH.00212665 | Draft TVT Family strategic positioning overview presentation |
| 4/6/2010 | ETH.MESH.10632641 | ETH.MESH.10632644 | Elbert K email chain re CO-0022344 for your review; Target Approval 4-12-2010 12:00:00 AM EDT |
| 4/6/2010 | ETH.MESH.11205022 | ETH.MESH.11205027 | Email Katrin Elbert to Sheelu Samuel re FW: CO-0022344 for your review; Target Approval 04-12-2010 12:00:00 AM EDT |
| 4/6/2010 | ETH.MESH.14819286 | ETH.MESH.14819290 | Taggart D email chain re CO-002344 for your review: Target Approval 04-12-2010 12:00 AM EDT |
| 4/6/2010 | ETHMESH.CHAHAL.00000006 | ETHMESH.CHAHAL.00000027 | Chahal Employee Secrecy, Intellectual Property, Non-Competition and Non-Soliciation Agreement |
| 4/7/2010 | ETH.MESH.00602025 | ETH.MESH.00602027 | Robinson D email re Please hold: database study vendor selection |

| 4/9/2010 | ETH.MESH.05620358 | ETH.MESH.05620362 | NCR Summary Report NCR10-01914 |
|---|---|---|---|
| 4/13/2010 | ETH.MESH.09656790 | ETH.MESH.09656795 | Trzewik J email chain re laser cutting |
| 4/14/2010 | ETH.MESH.00223801 | ETH.MESH.00223828 | TVT Retropublic Refresh |
| 4/19/2010 | ETH.MESH.00574783 | ETH.MESH.00574783 | Waltregny D email chain re Your Submission |
| 4/19/2010 | ETH.MESH.03627114 | ETH.MESH.03627114 | Wess A email chain re de leval paper |
| 4/28/2010 | ETH.MESH.00750880 | ETH.MESH.00750881 | TVT Family of Products Co-positioning EWHU Board Pre-Reading |
| 5/12/2010 | ETH.MESH.02340902 | ETH.MESH.02340973 | TVT-O IFU (-present) |
| 5/14/2010 | ETH.MESH.01320395 | ETH.MESH.01320519 | Biocompatibility Assessment of Medi-Line Use of Down Corning 200 Fluid (100 cst) In Gynecare TVT Products |
| 5/28/2010 | ETH.MESH.00493332 | ETH.MESH.00493343 | Consulting Agreement Requistion Form between Brian J. Flynn and Ethicon |
| 6/14/2010 | ETH.MESH.03642659 | ETH.MESH.03642659 | 2011 EWHU Business Planning presentation |
| 6/16/2010 | ETH.MESH.05347751 | ETH.MESH.05347769 | Hart email chain re Investigator-Initiated Studies Policy |
| 6/29/2010 | | | Total Petrochemicals Certificate 10D0649 |
| 6/30/2010 | ETH.MESH.06869163 | ETH.MESH.06869166 | Landgrebe email chain re matrix - Cohera |
| 7/5/2010 | ETH.MESH.03497846 | ETH.MESH.03497847 | MD&D Complaint Form - Complaint ID CC1007005 |
| 7/5/2010 | ETH.MESH.13204508 | ETH.MESH.13204521 | Email Kathie Chen to Darlene Jane Kyle, et al. re Product Complaint CC1007005-Taiwan |
| 7/6/2010 | ETH.MESH.02254165 | ETH.MESH.02254165 | Beath C email chain re 510K clearance |
| 7/12/2010 | ETH.MESH.13896042 | ETH.MESH.13896043 | Poulot email chain re BHR EWHU 3413118, 398077, 3405428 |
| 7/13/2010 | ETH.MESH.01675805 | ETH.MESH.01675806 | Samuel S email re Key Steps Flashcare Clarification |
| 7/15/2010 | ETH.MESH.02019485 | ETH.MESH.02019485 | Email Vincenza Zaddem to Alyssa Kilayko re obt muscle thickness values |
| 8/3/2010 | ETH.MESH.14967283 | ETH.MESH.14967283 | Complaint Number: PI1-F8GCTO |
| 8/3/2010 | ETH.MESH.14908783 | ETH.MESH.14908783 | Complaint Number:  PI1-EWT0A6 |

| 8/8/2010 | ETH.MESH.01201955 | ETH.MESH.01201956 | Pagel K email re Prof Ed deck (draft 2 still) w/o video |
| 8/11/2010 | ETH.MESH.00826028 | ETH.MESH.00826045 | Hinoul Clinical Expert Report |
| 8/16/2010 | ETH.MESH.03432766 | ETH.MESH.03432766 | Email Brian Flynn to Jonathan Fernandez re permission |
| 8/17/2010 | ETH.MESH.13907354 | ETH.MESH.13907355 | Jaccard email chain re Particles in production w/attacment |
| 8/17/2010 | ETH.MESH.13210344 | ETH.MESH.13210346 | Email Celine Heramza to Carolyn Brennan re Assignment "Product evaluation" has been closed for Issue #:10100122655 |
| 8/17/2010 | ETH.MESH.03497878 | ETH.MESH.03497878 | MD&D Resolution Form |
| 8/17/2010 | ETH.MESH.01795909 | ETH.MESH.01795929 | Hinoul Clinical Expert Report |
| 8/24/2010 | ETH.MESH.01745568 | ETH.MESH.01745572 | Email from Carlos E. Lugo-Ponce to Darlene Jane Kyle et al re Product Complaint CC1007005-Taiwan |
| 9/1/2010 | ETH.MESH.04101817 | ETH.MESH.04101822 | Email Shalot Armstrong to Carlos E Lugo-Ponce re Product Complaint CC1007005-Taiwan |
| 9/13/2010 | ETH.MESH.03721328 | ETH.MESH.03721449 | Meier CER Mesh Erosions |
| 9/30/2010 | ETH.MESH.08344659 | ETH.MESH.08344659 | Email Kevin Mahar to Libby Lewis RE: Key docs at AUGS |
| 9/30/2010 | ETH.MESH.09218058 | ETH.MESH.09218058 | Peebles R email re Transcription |
| 11/8/2010 | ETH.MESH.10132609 | ETH.MESH.10132620 | Innovation Council agenda |
| 12/6/2010 | ETH.MESH.01226442 | ETH.MESH.01226445 | Kirkemo A Dear Dr. unsolicated request for information letter |
| 12/6/2010 | ETH.MESH.01265511 | ETH.MESH.01265511 | Kirkemo A email re Your unsolicited request for medical information - MIR |
| 12/9/2010 | ETH.MESH.08041930 | ETH.MESH.08041931 | Irvin email re 12/8 Post Call Notes |
| 12/9/2010 | ETH.MESH.06087513 | ETH.MESH.06087514 | TVTR-566-10-11/12 Physician brochure - Gynecare TVT |
| 12/9/2010 | ETH.MESH.05791132 | ETH.MESH.05791133 | Henderson M email chain re Q4 Spend |
| 1/1/2011 | ETHMESH.CHAHAL.00000001 | ETHMESH.CHAHAL.00000005 | 2011 Performance and Development Plan Summary for Chahal |

| 1/20/2011 | ETH.MESH.00791766 | ETH.MESH.00791813 | PowerPoint - Physician Survey Results January 20, 2011 |
|---|---|---|---|
| 1/22/2011 | ETHMESH.CHAHAL.00000052 | ETHMESH.CHAHAL.00000063 | Lewis L - 2011 Field Visit Letter, Chahal |
| 1/26/2011 | ETH.MESH.08003303 | ETH.MESH.08003318 | Patient Brochure - Treatment Options for Stress Urinary Incontinence -- stop coping. start living. |
| 2/1/2011 | ETH.MESH.05276184 | ETH.MESH.05276194 | Master Consulting Agreement between Dr. Douglas Grier and Ethicon |
| 2/7/2011 | ETH.MESH.08003295 | ETH.MESH.08003302 | TVT-039-11-1/13 Patient brochure - stop coping. start living |
| 2/8/2011 | ETH.MESH.06016054 | ETH.MESH.06016055 | Dang email chain re K103727 - please advise |
| 2/8/2011 | ETH.MESH.10630803 | ETH.MESH.10630808 | Braskem MSDS C4001 Polypropylene |
| 2/14/2011 | ETH.MESH.03981288 | ETH.MESH.03981290 | Roji A email re VOTE team 2010 1:1 calls |
| 2/15/2011 | ETH.MESH.05604390 | ETH.MESH.05604399 | FDA Review of PFR and SUI Mesh Products - Changing Regulatory Environment and Potential Impact on Ethicon Pipeline - presentation |
| 2/16/2011 | ETH.MESH.02010834 | ETH.MESH.02010855 | Biomechanical consideration for Pelvic floor mesh design |
| 2/21/2011 | ETHMESH.OHARA.00000347 | ETHMESH.OHARA.00000353 | Lewis 2010 Performance and Development Plan Summary for O'Hara |
| 2/23/2011 | ETH.MESH.02219202 | ETH.MESH.02219210 | Material Specification for TVT Prolene Polypropylene Mesh Roll Stock, Rev. 5 |
| 2/23/2011 | ETH.MESH.01216125 | ETH.MESH.01216150 | Internal Notes - Memo |
| 2/24/2011 | ETH.MESH.08005908 | ETH.MESH.08005909 | Email Jonathan Fernandez to Brian Flynn, et al. re Flynn contracts |
| 2/28/2011 | ETH.MESH.00206973 | ETH.MESH.00206973 | Gauld email re Here is the copy of FDA's letter (please do not forward) |
| 2/28/2011 | ETH.MESH.08170224 | ETH.MESH.08170232 | Kevin Frost email chain re SGS Fellows Symposium |
| 3/7/2011 | ETH.MESH.06015196 | ETH.MESH.06015196 | Benjamin email re FDA ltt re 510k |
| 3/7/2011 | ETH.MESH.03898831 | ETH.MESH.03898834 | Garbarino S email chain re 2011 VOTE Team Conf Call - VOTE Team Questions |

| 3/8/2011 | ETH.MESH.00575160 | ETH.MESH.00575161 | Papas N email chain re AUGS abstract |
|---|---|---|---|
| 3/9/2011 | ETH.MESH.16434349 | ETH.MESH.16434352 | Papas N email chain re AUGS Abstract |
| 3/9/2011 | ETH.MESH.02592467 | ETH.MESH.02592470 | Kirkemo A Dear Dr. unsoliciated request for information letter |
| 3/11/2011 | ETH.MESH.05276086 | ETH.MESH.05276097 | Master Consulting Agreement between Brian J. Flynn and Ethicon |
| 3/13/2011 | | | TVT Patient Brochure Chart - TVT/SUI Patient Brochures |
| 3/14/2011 | ETH.MESH.05163323 | ETH.MESH.05163325 | Email Alyson Wess to Georgia Long, et al. re |
| 3/15/2011 | ETH.MESH.18846146 | ETH.MESH.18846147 | Kaminski email chain re Prosima Preparation |
| 3/15/2011 | ETH.MESH.12627553 | ETH.MESH.12627577 | Elaine Wise Product Monograph |
| 3/17/2011 | ETH.MESH.04062405 | ETH.MESH.04062407 | Wess A email chain re Incontinence PMT: 3/3 meeting notes |
| 3/29/2011 | ETH.MESH.08969368 | ETH.MESH.08969368 | Frost K email re PF Summit Presentations |
| 3/31/2011 | ETH.MESH.07236294 | ETH.MESH.07236295 | Hinoul email chain re Workshop on Vaginal Tapes |
| 3/31/2011 | ETH.MESH.11790162 | ETH.MESH.11790162 | Phillips, K email re Lack of quality engineering support for Prosima+M |
| 3/31/2011 | ETH.MESH.10818814 | ETH.MESH.10818814 | EWHU: Faculty Training - Sonoma CA Agenda |
| 4/1/2011 | ETH.MESH.10818815 | ETH.MESH.10818816 | Ethicon 2011 Incontinence & Pelvic Floor Summit agenda |
| 4/19/2011 | ETH.MESH.00540629 | ETH.MESH.00540629 | Monthly Complaint Review |
| 4/21/2011 | ETH.MESH.10818812 | ETH.MESH.10818813 | Frost K email re 2011 Incontinence & Pelvic floor REcap |
| 5/13/2011 | ETH.MESH.05822684 | ETH.MESH.05822693 | Email Laura Hutto to Brian Luscombe re Flynn |
| 5/16/2011 | ETH.MESH.03643726 | ETH.MESH.03643726 | US EWHU Executive Performance Review Presentation |
| 5/18/2011 | ETH.MESH.02589032 | ETH.MESH.02589079 | PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair |
| 5/18/2011 | ETH.MESH.03750903 | ETH.MESH.03750950 | Berman, Robinson, Wang, Rhodes - Report - Investigating Mesh Erosion in Pelvic Floor Repair |

| 6/22/2011 | ETH.MESH.07192929 | ETH.MESH.07192929 | Investigating Mesh erosion in Pelvic Floor Repair - Report Bernman, Robinson, Wang Rhodes - presentation |
|---|---|---|---|
| 6/30/2011 | ETH.MESH.07903682 | ETH.MESH.07903683 | Affeld, T email chain re PS vs +M |
| 7/6/2011 | ETH.MESH.05337217 | ETH.MESH.05337220 | Miller D email chain re Prolift professional education |
| 7/6/2011 | ETH.MESH.05337225 | ETH.MESH.05337228 | Luscombe B email chain re request from Miller re lecture material |
| 7/13/2011 | N/A | N/A | FDA Public Health Notification |
| 7/13/2011 | ETH.MESH.02253078 | ETH.MESH.02253079 | Email Bridget Ross (WW President, EWH&U) re FDA Health Notification |
| 7/20/2011 | | | Letter Dr. David Challoner to Dr. Jeffrey E. Shuren re seven recommendations proposed by FDA |
| 7/22/2011 | ETH.MESH.17556556 | ETH.MESH.17556556 | Chahal R email chain re Umaima Jamaluddin procedure questions |
| 7/29/2011 | ETH.MESH.00301367 | ETH.MESH.00301369 | Email Vijay Madikonda re BSI Technical File Audit - July 28-29, 2011 |
| 8/26/2011 | ETH.MESH.06261965 | ETH.MESH.06261967 | Karl J email chain re Braskem. . . A LIttle History |
| 8/30/2011 | ETH.MESH.11175841 | ETH.MESH.11175842 | Samuel S email re Mesh Data |
| 9/30/2011 | | | FDA - Considerations about Surgical Mesh for SUI |
| 10/6/2011 | ETH.MESH.11445493 | ETH.MESH.11445494 | Email LIbby Lewis to Mary Byerly re Western Region Needs |
| 12/6/2011 | ETH.MESH.09977270 | ETH.MESH.09977271 | PLT 12 month post-launch close out PPT - slide 17 Executive Summary. |
| 1/30/2012 | ETHMESH.OHARA.00000354 | ETHMESH.OHARA.00000359 | O'Hara 2011 Performance and Development Plan Summary - Libby Lewis |
| 2/1/2012 | ETH.MESH.09155883 | ETH.MESH.09155895 | Grier Consulting Agreement Requisition Form |
| 2/1/2012 | ETH.MESH.09155909 | ETH.MESH.09155920 | Consulting Agreement Requisition Form - Part I Ethicon and Melvyn A. Anhalt |

| 2/6/2012 | ETH.MESH.17556591 | ETH.MESH.17556593 | Chahal R email re Booking Confirmation Jeremy William Aaron - Phoenix, Feb 13 |
|---|---|---|---|
| 2/16/2012 | ETH.MESH.03644217 | ETH.MESH.03644217 | PowerPoint - EWHU Incontinence 2012 Pipeline Refresh |
| 2/24/2012 | ETH.MESH.07730291 | ETH.MESH.07730295 | Lapinskas, I, email chain originating re Discussion of 3.5 mil Prolene production |
| 3/1/2012 | ETH.MESH.07226377 | ETH.MESH.07226379 | Vellucci, L email chain re Polypropylene Mesh |
| 3/1/2012 | ETH.MESH.04015102 | ETH.MESH.04015104 | Batke B email chain re AGES Pelvic Floor Conference - Gala Dinner Invitation |
| 3/3/2012 | ETHMESH.OHARA.00000313 | ETHMESH.OHARA.00000314 | O'Hara Employee Profile |
| 3/6/2012 | ETH.MESH.07455220 | ETH.MESH.07455221 | Response to MHRA inquiry regarding inertness of polypropylene mesh |
| 3/7/2012 | ETH.MESH.02652179 | ETH.MESH.02652317 | Issues Report Run Between and |
| 3/12/2012 | ETH.MESH.07205369 | ETH.MESH.07205370 | Savidge, et al response to email from Huntington re Clave' publication |
| 3/12/2012 | ETH.MESH.05998775 | ETH.MESH.05998778 | Hinoul P email chain re Patient complication in Wichita, KS |
| 3/14/2012 | ETH.MESH.07724068 | ETH.MESH.07724080 | Independent MD&D Sector Audit by QualityHub, Inc. Pore size |
| 3/15/2012 | ETH.MESH.04037600 | ETH.MESH.04037600 | Innovations in Mesh Development by Boris Batke |
| 3/25/2012 | ETH.MESH.13681529 | ETH.MESH.13681532 | The efficacy she needs with less mesh |
| 4/2/2012 | ETH.MESH.17556496 | ETH.MESH.17556497 | Barnes C email chain re Ethicon Gynecare Innovations Event |
| 4/3/2012 | ETH.MESH.17556511 | ETH.MESH.17556511 | Barnes C email chain re ACT REQ: Urgent quick need request |
| 4/3/2012 | ETH.MESH.17556598 | ETH.MESH.17556598 | Chahal R email chain re ACT REQ Urgent quick need |
| 4/4/2012 | ETH.MESH.17556512 | ETH.MESH.17556512 | Langen B email re SMII Welcome Letter |
| 4/5/2012 | ETH.MESH.17556486 | ETH.MESH.17556487 | Luscombe B email re Brand Team for Inc POP |
| 4/12/2012 | ETH.MESH.17556513 | ETH.MESH.17556513 | Langen B letter re Sales Mastery II |
| 4/12/2012 | ETH.MESH.17556498 | ETH.MESH.17556498 | Ethicon Gynecare Innovations flyer |

| 4/27/2012 | ETH.MESH.05572526 | ETH.MESH.05572528 | Hinoul P email chain re slings at surgery center |
|---|---|---|---|
| 5/1/2012 | ETH.MESH.08066401 | ETH.MESH.08066414 | Pramudji fax re Contract |
| 5/15/2012 | ETH.MESH.08065931 | ETH.MESH.08065943 | Master Consulting Agreement between Melvyn A. Anhalt and Ethicon |
| 5/18/2012 | ETHMESH.CHAHAL.00000051 | ETHMESH.CHAHAL.00000051 | Chahal Employee Profile |
| 6/14/2012 | ETH.MESH.05815791 | ETH.MESH.05815802 | TVT-172-12-6/14 Patient Brochure -  Stop Coping. START LIVING.  WHAT YOU SHOULD KNOW ABOUT STRESS URINARY INCONTINENCE |
| 6/16/2012 | ETH.MESH.09158424 | ETH.MESH.09158430 | ARTISYN Advisory Board notes |
| 7/26/2012 | ETH.MESH.05125293 | ETH.MESH.05125297 | Email Piet Hinoul to Axel Arnaud re article "The perils of commercially driven surgical innovation" |
| 8/6/2012 | ETH.MESH.13376756 | ETH.MESH.13376758 | Work Instructions for In-Process & Finished Goods Defect Classifications for Ethicon Products, Appendix 8 - Mesh |
| 8/6/2012 | ETH.MESH.13376759 | ETH.MESH.13376768 | Primary Blister Defect Definitions and Classifications Release Level:  4. Production |
| 8/7/2012 | ETH.MESH.09478633 | ETH.MESH.09478636 | Chen email chain re New Complaint Form 23125 |
| 8/7/2012 | ETH.MESH.11529265 | ETH.MESH.11529266 | Doyle email chain re Surgeon request for follow up 10100175641 |
| 8/20/2012 | ETH.MESH.09478684 | ETH.MESH.09478688 | Chen M email chain re Urgent - MDR serious injuries Gynecare France |
| 1/6/2013 | ETH.MESH.03685918 | ETH.MESH.03685925 | Amin D Gynecare Protfolio Presentation |
| 1/11/2013 | ETH.MESH.13374555 | ETH.MESH.13374558 | Chung email chain re Gynecare RFP |
| 1/21/2013 | ETH.MESH.14348386 | ETH.MESH.14348388 | Tait email chain re Non conform lids |
| 2/15/2013 | ETH.MESH.13274846 | ETH.MESH.13274847 | Connaughton email chain re New litigation Prolift & TVT |
| 2/15/2013 | ETH.MESH.13274855 | ETH.MESH.13274856 | Connaughton email chain re new litigation Prolift & TVT |
| 3/11/2013 | | | Hellhammer_091113_04 - Designation Run Report |

| 3/20/2013 | ETH.MESH.13208194 | ETH.MESH.13208196 | Connaughton email chain re New ligitation TVT |
| 3/20/2013 | ETH.MESH.10633520 | ETH.MESH.10633528 | Revision History of MS-0000108 |
| 3/26/2013 | ETH.MESH.08073801 | ETH.MESH.08073803 | Rahman communication - AUGS Issues Statement Opposing the Restriction of Surgical Options for Pelvic Floor Disorders |
| 4/25/2013 | ETH.MESH.02342194 | ETH.MESH.02342194 | IFU Index and Production Bates Range Chart |
| 5/3/2013 | ETH.MESH.09744870 | ETH.MESH.09744871 | TVT 20130503 |
| 5/3/2013 | ETH.MESH.10287104 | ETH.MESH.10287439 | Hinoul CER Gynecare TVT Family of Products |
| 5/8/2013 | ETH.MESH.09909830 | ETH.MESH.09909882 | Biocompatibility Risk Assessment Report for Gynecare TVT Product Family |
| 5/23/2013 | ETH.MESH.13259844 | ETH.MESH.13259845 | Connaughton email chain re New litigation |
| 5/24/2013 | N/A | N/A | IFU__in_Use__Production_Chart |
| 6/5/2013 | ETH.MESH.14852591 | ETH.MESH.14852592 | McNelis email re new litigation TVT & Prosima |
| 6/5/2013 | ETH.MESH.14901756 | ETH.MESH.14901757 | McNelis email re new litigation TVT & Prosima |
| 6/19/2013 | ETH.MESH.09732998 | ETH.MESH.09733718 | Issue Reports Open Date BEtween 01-Jan-2005 and 02-Jun-2013 |
| 6/21/2013 | ETH.MESH.12910023 | ETH.MESH.12910026 | Weisberg email chain re TVT mesh elongation FW: dr. Kenny Maslow |
| 6/21/2013 | ETH.MESH.12910030 | ETH.MESH.12910032 | Weisbert email chain re TVT mesn elongation FW: Dr. Kenny Maslow |
| 6/25/2013 | ETH.MESH.12910111 | ETH.MESH.12910113 | Weisberg email chain re TVT mesh enlongation - Redacted |
| 6/27/2013 | ETH.MESH.08315779 | ETH.MESH.08315810 | Ex T-722 MItchell - Clinical Expert Report Gynecare Prolift +M |
| 7/19/2013 | ETH.MESH.10150515 | ETH.MESH.10150849 | Clinical Evaluation Report Gynecare TVT Family of Products |
| 8/5/2013 | ETH.MESH.12877116 | ETH.MESH.12877117 | Amin email chain re HPG Pelvic Floor RFP |
| 8/19/2013 | ETH.MESH.13292806 | ETH.MESH.13292807 | Finch email chain re New litigation TVT-S |
| 8/26/2013 | N/A | N/A | TVT Patient Brochure Index 8-26-13 |
| 8/28/2013 | ETH.MESH.12913351 | ETH.MESH.12913356 | Hinoul email re MIR TVT - ilioninguinal pain w/attachment |

| 9/12/2013 | | | Hellhammer_091213_03 - Designation Run Report |
|---|---|---|---|
| 9/17/2013 | ETH.MESH.12906504 | ETH.MESH.12906506 | Librojo email chain re Copy Review Exception |
| 9/21/2013 | ETH.MESH.13296239 | ETH.MESH.13296240 | Gallo email chain re new litigation TVT |
| 9/30/2013 | ETH.MESH.10591939 | ETH.MESH.10591949 | Angelini Browse JJEDS Object Detail form |
| 11/7/2013 | ETH.MESH.15034561 | ETH.MESH.15034562 | McNelis email new litigation TVT |
| 11/7/2013 | ETH.MESH.12907174 | ETH.MESH.12907174 | Jacobs email chain re defect to harms map |
| 11/9/2013 | ETH.MESH.14896228 | ETH.MESH.14896229 | Finch email re new litigation TVT |
| 1/3/2014 | | | AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence |
| 1/6/2014 | ETH.MESH.14852593 | ETH.MESH.14852595 | Killins email chain re Addtl info - new litigation TVT & Prosima |
| 1/6/2014 | ETH.MESH.14901758 | ETH.MESH.14901760 | Killins email chain re Addtl info new litigation TVT & Prosima |
| 1/9/2014 | ETH.MESH.17640736 | ETH.MESH.17640767 | Corrado email re QRB presentation |
| 1/30/2014 | ETH.MESH.14994657 | ETH.MESH.14994659 | Tran email chain re Addtl Info - |
| 1/31/2014 | ETH.MESH.14967286 | ETH.MESH.14967287 | Jackson email chain Addtl Info - |
| 2/4/2014 | N/A | N/A | United States Patent De Leval US8641597 |
| 2/4/2014 | ETH.MESH.14896230 | ETH.MESH.14896232 | Piper email chain re Addtl info |
| 2/5/2014 | | | Exhibit T-3604 LCM sales inside the US |
| 2/6/2014 | ETH.MESH.16357097 | ETH.MESH.16357097 | Sedlatschek email chain re Secant Medical Inquiry on Gynecare Mesh Products |
| 2/7/2014 | ETH.MESH.17777763 | ETH.MESH.17777768 | Sedlatschek email re Secant Medical Inquiry on Gynecare Mesh Products |
| 2/7/2014 | ETH.MESH.14896233 | ETH.MESH.14896235 | Tran email chain re addtl info 1/30/14 |
| 3/26/2014 | HMESH_ETH_06033196 | HMESH_ETH_06033202 | Rodriguez email chain re Nilsson 2013 |
| 3/27/2014 | ETH.MESH.17619399 | ETH.MESH.17619405 | Rodriguez email chain re Secant Medical Inquiry on Gynecare Mesh Products |
| 4/14/2014 | ETH.MESH.17642669 | ETH.MESH.17642686 | PQI Revision 10 |
| 5/2/2014 | ETHMESH.OHARA.00000360 | ETHMESH.OHARA.00000362 | O'Hara Career Development Profile |

| | | | |
|---|---|---|---|
| 5/19/2014 | ETH.MESH.17777759 | ETH.MESH.17777762 | Rodiguez email chain re UPDATE to Escalation Notice - Section 39 Request - TVT, Gynemesh PS & Artisyn Y-Shared Mesh |
| 6/9/2014 | | | Total Units Sold Chart - Product data |
| 6/20/2014 | | | Letter Dr. Aileen Keel to Colleague re Transvaginal mesh implants |
| 6/28/2014 | | | Management of Mesh  Complications AUGS and IUGA 2014 CButrick |
| 7/17/2014 | ETHMESH.CHAHAL.00000049 | ETHMESH.CHAHAL.00000050 | Chahal Career Development Profile |
| 12/2/2014 | | | About Banque Carnegie Luxembourg -  HL  - Banque Carnegie Luxembourg |
| 2/2/2015 | | | tvt lightweight Google search |
| 2/17/2015 | ETH.MESH.03625982 | ETH.MESH.03625982 | List of Preceptor Names and Events Attended |
| 2002 | ETH.MESH.00340836 | ETH.MESH.00340838 | CER Update for TVT |
| 2002 | | | ASTM D 1388-96 - Standard Test Method for Stiffness of Fabrics |
| 2003 | HMESH_ETH.07269753 | HMESH_ETH.07269765 | Contact Points - Nummular allergic contact dermatitis after scabies treatment, R. Kaminska, et al |
| 2003 | | | T 437 om -03 Dirt in Paper and Paperboard |
| 2006 | | | AMS Solutions for Life Preserving Mesh Integrity, Simplifying Tensioning |
| 2006 | ETH.MESH.00746209 | ETH.MESH.00746209 | Product Pointer |
| 2007 | ETH.MESH.08003247 | ETH.MESH.08003262 | TVT 20070531  Patient Brochure - The Choice to End Stress Urinary Incontinence  Find out how to stop urine leakage like Bonnie did |
| 2007 | ETH.MESH.06861946 | ETH.MESH.06861946 | Basell Purell MSDS |
| 2007 | ETH.MESH.00163582 | ETH.MESH.00163597 | Brochure "Find out how to stop urine leakage like Bonnie did" |
| 2008 | ETH.MESH.07474296 | ETH.MESH.07474407 | ANSI/AAMI/ISO 10993-7:2008 |

| 2008 | ETH.MESH.00658453 | ETH.MESH.00658458 | Brochure The Gynecare TVT Family of Products 3 SUI Solutions. Delivering Data, Safety & Choice. |
|---|---|---|---|
| 2009 | ETH.MESH.00002162 | ETH.MESH.00002177 | Stop coping. Start living |
| 2010 | ETH.MESH.00499024 | ETH.MESH.00499024 | 2010 preceptor payments spreadsheet |
| 2010 | ETH.MESH.00346194 | ETH.MESH.00346201 | The efficacy she needs with less mesh - annotated - round 3 |
| 2010 | ETH.MESH.06260647 | ETH.MESH.06260671 | R&D CO-OP Welcome Guide Spring 2010 |
| 2010 | ETH.MESH.02236784 | ETH.MESH.02236785 | Physician patient follow-up form letter |
| 2011 | ETH.MESH.00790545 | ETH.MESH.00790546 | Competitive Dissection Flashcard |
| 2011 | ETH.MESH.14273633 | ETH.MESH.14273668 | Ethicon Neuchâtel  A changing Product Prtofolio |
| 2011 | ETH.MESH.08078799 | ETH.MESH.08078799 | TVT-US |
| 2011 | ETHMESH.CHAHAL.00000044 | ETHMESH.CHAHAL.00000048 | ChahalHospital Sales Spreadsheet |
| 2011 | ETH.MESH.04005863 | ETH.MESH.04006038 | Ozog, Yves Doctorial Thesis: Theoretical and Experimental Evaluation of Implant Materials Used in Pelvic Organ Prolapse Repair |
| 2011 | ETH.MESH.17556578 | ETH.MESH.17556579 | 2011 Price List |
| 2012 | ETH.MESH.09744848 | ETH.MESH.09744855 | TVT-312-12 Patient Brochure - stop coping.  start living.  GYNECARE TVT Family of Products |
| 2012 | ETH.MESH.07808484 | ETH.MESH.07808486 | Frequently Asked Questions Clinical Data Review 3-Year Data Flashcard |
| 2013 | ETH.MESH.16308087 | ETH.MESH.16308090 | Patient Brochure |
| 2013 | ETH.MESH.09744840 | ETH.MESH.09744845 | TVT-131-13 Patient Brochure - stop coping  start living.  What You Should Not About Stress Urinary Incontinence |
| 2013 | | | AUA 2013 Annual Meeting Highlights Voiding Dysfunction/Female Urology |
| 2014 | T-1499 | T-1499 | Total Units Sold Chart |
| 2014 | | | Webpage "A Solution: Gynecare TVT Tension-free Support for Incontinence" |
| 1/2002 | ETH.MESH.08793554 | ETH.MESH.08793554 | DTC Advertising Patient Potential January 2002 Presentation |

| 1/2010 | ETH.MESH.03643186 | ETH.MESH.03643186 | Ethicon Women's Health and Urology Brand Equity Study Final Report |
|---|---|---|---|
| 2/2002 | ETH.MESH.00339437 | ETH.MESH.00339442 | 5 Years of Proven Performance TVT Sales Aid (TVT041) |
| 3/2011 | ETH.MESH.05479717 | ETH.MESH.05479717 | ETHICON Polypropylene Mesh Technology- Batke presentation |
| 4/2008 | ETH.MESH.00006636 | ETH.MESH.00006636 | Klosterhalfen Interim report mesh explants pelvic floor repair |
| 6/2000 | ETH.MESH.00400957 | ETH.MESH.00400978 | TVT Surgeons Resource Monograph |
| 6/2003 | | | Clark Urological Center Newsletter |
| 7/2002 | ETHMESH.OHARA.00000304 | ETHMESH.OHARA.000 00312 | O'Hara Application for Employment |
| 7/2009 | ETH.MESH.05764101 | ETH.MESH.05764101 | BUC July 2009 I&pf platforms presentation |
| 7/2013 | | | ICS Fact Sheets A Background to Urinary and Faecal Incontinence prepared by the Publications & Communications Committee, July 2013 |
| 8/2009 | ETH.MESH.00533025 | ETH.MESH.00533026 | HS Study Monthly Update |
| 8/2010 | ETH.MESH.03422160 | ETH.MESH.03422162 | Clinical Data Review Presented at ICS/IUGA Aug 2010 |
| 9/2004 | ETH.MESH.03571983 | ETH.MESH.03572098 | Physician Segmentation Study for Gynecare TVT Final Presentation - Copernieus |
| 9/2007 | HMESH_ETH_00660369 | HMESH_ETH_0066078 | Pleiger - Polyamid.nylon MSDS |
| 9/2010 | ETH.MESH.09932902 | ETH.MESH.09932912 | Neuchatel - September 2010 Roles and Responsibilities |
| 9/2010 | ETH.MESH.09932908 | ETH.MESH.09932918 | Neuchatel - September 2010 Roles and Responsibilities |
| 10/2000 | ETH.MESH.04044797 | ETH.MESH.04044800 | TVT Update Success & Complications - Bernard Jacquetin |
| 10/2008 | ETH.MESH.17556582 | ETH.MESH.17556582 | IFPM position on FDA notification |
| 10/2011 | | | AUA HP Brief - Billing for Sling Revisions and Urethrolysis |

| 10/2012 | ETH.MESH.07808480 | ETH.MESH.07808481 | The efficacy she need with less mesh. Clinical Data Review - 3 Year Data |
|---|---|---|---|
| | ETH.MESH.08426862 | ETH.MESH.08426867 | Toglia Presentation - The Mesh Story working copy |
| | HMESH_ETH_06509816 | HMESH_ETH_06509816 | Text File |
| | | | Study Slides - various testimony |
| | | | Jordi SEM and OM Images |
| | | | Chart of Responsive Documents |
| | ETH.MESH.11175843 | ETH.MESH.11175843 | The Science of "What's Lift Behind" . . . presentation |
| | ETH.MESH.01592467 | ETH.MESH.01592490 | Test Method Validation Protocol:  Visual Acceptance criteria for seal of Blister PVA-112940-TMV-PR |
| | ETH.MESH.09214439 | ETH.MESH.09214439 | Toglia, The Mesh Story presentation |
| | ETH.MESH.04941016 | ETH.MESH.04941049 | Holste presentation: Lightweight Mesh Developments |
| | ETH.MESH.14901753 | ETH.MESH.14901753 | Complaint PI1E8VOWN |
| | ETH.MESH.15406916 | ETH.MESH.15406919 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.13797826 | ETH.MESH.13797830 | Check Liste D'Inspection QUalite |
| | ETH.MESH.13376661 | ETH.MESH.13376868 | Draft Template:  DRM for Device Functionality (Performance & Safety) |
| | ETH.MESH.00301977 | ETH.MESH.00301977 | TVT Laser Cut Mesh Project Revision History for DFMEA0000242 |
| | ETH.MESH.09671620 | ETH.MESH.09671620 | Material specification spreadsheet |
| | ETH.MESH.00632655 | ETH.MESH.00632655 | U.S. Launch Overview |
| | | | CV of Piet Hinoul |
| | ETH.MESH.15958470 | ETH.MESH.15958477 | Guidoin Lab Notebook Page/Image |
| | ETH.MESH.00355435 | ETH.MESH.00355435 | Differentiation Statement |
| | ETH.MESH.11175844 | ETH.MESH.11175844 | TVT Complication comparison matrix |
| | ETH.MESH.00074499 | ETH.MESH.00074499 | Presentation: Gynecare Prolift+M Pelvic Floor Repair System Training |

| | | |
|---|---|---|
| ETH.MESH.02106741 | ETH.MESH.02106743 | Surgeon Evaluation Questions for Laser Cut Mesh |
| ETH.MESH.00271641 | ETH.MESH.00271641 | Franco presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI |
| ETH.MESH.15406979 | ETH.MESH.15406981 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406920 | ETH.MESH.15406921 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.08334245 | ETH.MESH.08334245 | LCM Project: Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh |
| ETH.MESH.15406956 | ETH.MESH.15406957 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02108293 | ETH.MESH.02108295 | Division Meeting Notes:  Continence Health |
| ETH.MESH.00223800 | ETH.MESH.00223800 | Powerpoint TVT Retropublic Refresh |
| ETH.MESH.14471186 | ETH.MESH.14471186 | Spreadsheet |
| ETH.MESH.08968369 | ETH.MESH.08968378 | Ailawadi - Does Material Matter - final |
| ETH.MESH.01310061 | ETH.MESH.01310065 | TVT Laser Cut RMR Rev 2 |
| ETH.MESH.02236580 | ETH.MESH.02236595 | Patient Brochure - Stop coping.  Start Living.  Gynecare TVT Family of Products |
| ETH.MESH.00581483 | ETH.MESH.00581486 | Gynecare International Convention Recommendations |
| ETH.MESH.03738466 | ETH.MESH.03738467 | Emails Martin Weisberg and Dr Peggy Norton re TVT |
| ETH.MESH.07506983 | ETH.MESH.07506985 | Biocompatibility Risk Assessment:  PROSIMA Pelvic Floor Repair System (Mint) |
| ETH.MESH.06866921 | ETH.MESH.06866921 | ETH.MESH.06866921 attachment |
| ETH.MESH.15406942 | ETH.MESH.15406943 | Guidoin Lab Notebook Page/Image |
| | | Grier with notes T-752 |
| ETH.MESH.15406958 | ETH.MESH.15406960 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406971 | ETH.MESH.15406971 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406977 | ETH.MESH.15406977 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01066916 | ETH.MESH.01066932 | TVT and TVT-O RMR Rev 1 |
| ETH.MESH.15406976 | ETH.MESH.15406976 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.13374559 | ETH.MESH.13374559 | RFI Instructions |

| | | |
|---|---|---|
| ETH.MESH.05644163 | ETH.MESH.05644171 | Pelvic Floor Repair -- Surgeon's Feed-back on Mesh Concept |
| T-3137 | T-3137 | Material Safety Data Sheet, Chevron Philips 2004 |
| ETH.MESH.03730703 | ETH.MESH.03730722 | Check Liste D'Inspection Qualite - Final TVT-TVT-AA |
| ETH.MESH.04321413 | ETH.MESH.04321417 | Check Liste D'Inspection Qualite |
| ETH.MESH.15406906 | ETH.MESH.15406909 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.04077109 | ETH.MESH.04077145 | Grier Presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI |
| | | Copy of IFU__in_Use__Production_Chart |
| ETH.MESH.01310482 | ETH.MESH.01310482 | Spreadsheet DFMEA's TVT Classic |
| | | Gynecare_Professional_Education_Digital_Library |
| ETHMESH.CHAHAL.00000028 | ETHMESH.CHAHAL.00000048 | Chahal sales spreadsheets |
| | | Degradation Slides |
| ETH.MESH.00353476 | ETH.MESH.00353476 | Annotated Slide |
| ETH.MESH.05442973 | ETH.MESH.05442975 | Applied Science & Technology Performance Evaluation Abstract  Biaxial testing of two commonly used Ethicon meshes |
| ETH.MESH.15406846 | ETH.MESH.15406856 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406929 | ETH.MESH.15406930 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00223634 | ETH.MESH.00223655 | DHF0000747 TVT Retropublic Refresh |
| ETH.MESH.00589494 | ETH.MESH.00589494 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.04081871 | ETH.MESH.04081872 | Chen, Medical Assessment - . . . 68 issues from Germany |
| ETH.MESH.01226446 | ETH.MESH.01226449 | Dr. Letter |
| ETH.MESH.15406944 | ETH.MESH.15406945 | Guidoin Lab Notebook Page/Image |
| | | Design FMEA:  TVT Laser Cut Mesh Project spreadsheet |
| ETH.MESH.03932912 | ETH.MESH.03932914 | The history of TVT |

| | | |
|---|---|---|
| ETH-50330 | ETH-50330 | Slide: Selecting the Right Mesh |
| ETH.MESH.15406954 | ETH.MESH.15406955 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.11175864 | ETH.MESH.11175864 | Gynecare TVT Exact Gynecare TVT Tension-free Support for Incontinence Clinical Data Presentation |
| ETH.MESH.03751168 | ETH.MESH.03751168 | Table comparing meshes |
| ETH.MESH.15406975 | ETH.MESH.15406975 | Guidoin Lab Notebook Page/Image |
| HMESH_ETH_02781707 | HMESH_ETH_02781708 | Stockholm Trip Report |
| ETH.MESH.00826046 | ETH.MESH.00826047 | Product Complaints Graph |
| ETH.MESH.03924530 | ETH.MESH.03924539 | 2.0 Products in Development |
| ETH.MESH.15406924 | ETH.MESH.15406926 | Guidoin Lab Notebook Page/Image |
| | | Flexibility/Compliance |
| ETH.MESH.04321418 | ETH.MESH.04321435 | Check Liste D'Inspection Qualite |
| ETH.MESH.02249435 | ETH.MESH.02249435 | New Product Introduction Presentation |
| ETH.MESH.02342102 | ETH.MESH.02342102 | Prolene |
| N/A | N/A | Chart of Responsive Documents |
| ETH.MESH.00858252 | ETH.MESH.00858253 | London Brown Memo to Smith re Mechanical Cut vs Laser Cut Mesh Rationale |
| ETH.MESH.15406987 | ETH.MESH.15406988 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01752532 | ETH.MESH.01752535 | Trzewik - Mesh design argumentation issues |
| ETH.MESH.15406893 | ETH.MESH.15406894 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02237665 | ETH.MESH.02237696 | Spanish Gynecare TVT patient brochure |
| ETH.MESH.02182839 | ETH.MESH.02182844 | Completion Report, Design Verificaiton for Soft PROLENE Mesh/Mesh Curling |
| ETH.MESH.15406998 | ETH.MESH.15406999 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00748275 | ETH.MESH.00748275 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.00223640 | ETH.MESH.00223640 | Spreadsheet TVT Retropublic Refresh |
| ETH.MESH.01310476 | ETH.MESH.01310481 | TVT RMR Rev 3 |
| PM.00003.m4v | PM.00003.m4v | Training Videos |
| ETH.MESH.06171801 | ETH.MESH.06171801 | Spreadsheet |
| ETH.MESH.15406897 | ETH.MESH.15406899 | Guidoin Lab Notebook Page/Image |

| | | |
|---|---|---|
| ETH.MESH.09905193 | ETH.MESH.09905193 | Survey Results |
| ETH.MESH.08505071 | ETH.MESH.08505071 | Cecchini TVT package insert comments |
| ETH.MESH.05119622 | ETH.MESH.05119631 | Commonly Asked Questions and Objections script |
| ETH.MESH.15406961 | ETH.MESH.15406962 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.03905968 | ETH.MESH.03905975 | Gynecare Pro-lift Ad "Get the Facts, Be Informed, Make YOUR Best Decision" |
| ETH.MESH.17556583 | ETH.MESH.17556583 | Physician Consultation Visit Regarding Decision for Surgery Form |
| ETH.MESH.15958510 | ETH.MESH.15958511 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.09004555 | ETH.MESH.09004555 | Elongation test data - delayed launch |
| ETH.MESH.13860322 | ETH.MESH.13860342 | Check Liste D'Inspection Qualite |
| | | AUGS-SUFU Position Statement drafts |
| ETH.MESH.00161444 | ETH.MESH.00161445 | TVT Detail Sheet (TVTOO1R |
| ETH.MESH.15406990 | ETH.MESH.15406991 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.09004554 | ETH.MESH.09004554 | Elongation test data |
| ETH.MESH.08792102 | ETH.MESH.08792106 | Risk Management Report TVT Laser Cut Mesh (LCM) Revision History for (RMR-000017) Revision 2 |
| ETH.MESH.01419741 | ETH.MESH.01419741 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.04321436 | ETH.MESH.04321453 | Check Liste D'Inspection Qualite |
| ETH.MESH.15406871 | ETH.MESH.15406873 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02106803 | ETH.MESH.02106803 | Physician Post-Operative Questionnaire |
| ETH.MESH.01250962 | ETH.MESH.01250962 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.15406939 | ETH.MESH.15406941 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00143842 | ETH.MESH.00143842 | Presentation draft - Tension-Free Support for Female SUI (258 Patients) - Modarelli, et al |
| ETH.MESH.15958486 | ETH.MESH.15958491 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406884 | ETH.MESH.15406885 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406937 | ETH.MESH.15406938 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.05120364 | ETH.MESH.05120365 | Mesh vs Non-Mesn Pending PR/Regulatory Issues |
| | | 510(k) Submission and Communications for TVT Exact |

| | | |
|---|---|---|
| ETH.MESH.15406963 | ETH.MESH.15406964 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406903 | ETH.MESH.15406905 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.08664680 | ETH.MESH.08664686 | Franchise Procedure for Controlling Substances of Concern Revision History PR-0000558 |
| ETH.MESH.15406860 | ETH.MESH.15406861 | Guidoin Lab Notebook Page/Image |
| ETH-53294 | ETH-53294 | Check Liste D'Inspection Qualite |
| ETH.MESH.05237034 | ETH.MESH.05237037 | Trzewik memo re Mesh design argumentation issues |
| ETH.MESH.04082973 | ETH.MESH.04082974 | Study Notes, Meng Chen, PhD, Possible Complications for Surgeries to Correct Pelvic Organ Prolapse |
| ETH.MESH.09748848 | ETH.MESH.09748853 | Consultancy Agreement |
| ETH.MESH.15406888 | ETH.MESH.15406889 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406877 | ETH.MESH.15406879 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958492 | ETH.MESH.15958494 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958495 | ETH.MESH.15958502 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406948 | ETH.MESH.15406949 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.09293114 | ETH.MESH.09293114 | Notes re customers frustration with Ethicon rep |
| ETH.MESH.08581280 | ETH.MESH.08581282 | Equivalence Supported by Pre-clinical Performance Studies |
| ETH.MESH.09748842 | ETH.MESH.09748846 | Consultancy Agreement |
| ETH.MESH.15958481 | ETH.MESH.15958485 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00340835 | ETH.MESH.00340835 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.15406864 | ETH.MESH.15406866 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406869 | ETH.MESH.15406870 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958478 | ETH.MESH.15958480 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00010743 | ETH.MESH.00010743 | Letter of Proffer:  Madigan Army Medical Center |
| ETH.MESH.15958512 | ETH.MESH.15958517 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00301741 | ETH.MESH.00301742 | Lamont email chain re !!!!Great News for TVT Laser Cut Mesh!!!! |
| ETH.MESH.05240144 | ETH.MESH.05240144 | Article on pp change in sheep model |
| ETH.MESH.15406950 | ETH.MESH.15406951 | Guidoin Lab Notebook Page/Image |

| ETH.MESH.15406989 | ETH.MESH.15406989 | Guidoin Lab Notebook Page/Image |
|---|---|---|
| ETH.MESH.15406874 | ETH.MESH.15406876 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.03906527 | ETH.MESH.03906527 | Graft or No Graft - Arnaud presentation |
| | | TVT Retropubic Mechanical Cut, US Sales |
| ETH.MESH.15406992 | ETH.MESH.15406993 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406969 | ETH.MESH.15406970 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.01247379 | ETH.MESH.01247379 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.04321405 | ETH.MESH.04321408 | Check Liste D'Inspection Qualite |
| ETH.MESH.08696085 | ETH.MESH.08696134 | Medscand Agreement Files |
| ETH.MESH.08776231 | ETH.MESH.08776238 | Instruction Standard TVT EXACT product Plan and Rationald Appendix I, Revision A |
| ETH.MESH.01218099 | ETH.MESH.01218103 | TVT Laser Cut Mesh Rev 1 |
| ETH.MESH.01218019 | ETH.MESH.01218019 | Revision History for dFMEA0000242 |
| N/A | N/A | Trial Testimony of Piet Hinoul in Linda Gross Trial |
| ETH.MESH.00321804 | ETH.MESH.00321805 | Definition for Major Invasive Surgeries and The Ethicon Franchise Products Requiring Major Invasive Procedures for Implantation |
| ETH.MESH.03671138 | ETH.MESH.03671147 | MS455-012; Revision 18 Material Specification for Pelletized Unpigmented |
| ETH.MESH.15406952 | ETH.MESH.15406953 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00746210 | ETH.MESH.00746212 | Surgeon Evaluation Questions for Laser Cut Mesh |
| N/A | N/A | Trial Testimony of Melvyn Anhalt, MD in the Linda Batiste Trial |
| ETH.MESH.00862284 | ETH.MESH.00862289 | MS729-XXX;Appendix 1 |
| ETH.MESH.06195201 | ETH.MESH.06195205 | Divilio memo |
| ETH.MESH.04321454 | ETH.MESH.04321471 | Check Liste D-Inspection Qualite |
| ETH.MESH.15406900 | ETH.MESH.15406902 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406985 | ETH.MESH.15406986 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406867 | ETH.MESH.15406868 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.14221357 | ETH.MESH.14221357 | Spreadsheet |
| ETH.MESH.15406862 | ETH.MESH.15406863 | Guidoin Lab Notebook Page/Image |

| | | |
|---|---|---|
| ETH.MESH.15406972 | ETH.MESH.15406972 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.11917445 | ETH.MESH.11917450 | TVT Family of Products Sales Rep Promotion TVT Fast Break |
| ETH.MESH.13869615 | ETH.MESH.13869634 | Check Liste D'Inspection Qualite Final TVT/TVT-AA |
| ETH.MESH.05479535 | ETH.MESH.05479535 | Mesh porosity chart |
| ETH.MESH.00159634 | ETH.MESH.00159719 | Toth Memo w/ Gynecare TVT Professional Education Slides |
| ETH.MESH.01250926 | ETH.MESH.01250926 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.15406967 | ETH.MESH.15406968 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406927 | ETH.MESH.15406928 | Guidoin Lab Notebook Page/Image |
| | | TVT product sales |
| ETH.MESH.00528636 | ETH.MESH.00528641 | Product Quality Plan for Gynecare Gynemesh XL |
| ETH.MESH.15406890 | ETH.MESH.15406892 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15406895 | ETH.MESH.15406896 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.02265803 | ETH.MESH.02265809 | Spreadsheet DFMEA's TVT Classic |
| ETH.MESH.00858080 | ETH.MESH.00858081 | Smith D Memo re Gynecare Board risk discussion before launch |
| | | Vypro Mesh - Prolene Mesh |
| ETH.MESH.15406965 | ETH.MESH.15406966 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.10181793 | ETH.MESH.10181797 | Ulmsten - Anesthesiological routines for the TVT Procedure |
| | | CV of Katrin EK Elbert, PhD |
| ETH.MESH.15406935 | ETH.MESH.15406936 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.15958503 | ETH.MESH.15958507 | Guidoin Lab Notebook Page/Image |
| ETH.MESH.00998286 | ETH.MESH.00998291 | Weisberg M Final Draft CER |
| ETH.MESH.12907175 | ETH.MESH.12907175 | Spreadsheet Revision History - Defect to Harms Map |
| ETH.MESH.04321409 | ETH.MESH.04321412 | Check Liste D-Inspection Qualite |
| ETH.MESH.05210364 | ETH.MESH.05210365 | Mesh vs Non-Mesh Pending PR/Regulatory Issues |

| | ETH.MESH.03965159 | ETH.MESH.03965195 | Presentation: "The Science of "What's Left Behind"... Evidence & Follow-Up of Mesh Use for SUI by Doug H. Grier, MD" |
|---|---|---|---|
| 8/23/2007 | ETH.MESH.00000272 | ETH.MESH.00000272 | Macroporous email |
| 2003 | ETH.MESH.00015598 | ETH.MESH.0015607 | Cosson, et al. *Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?* . Int Urogynecol J (2003) 14: 169-178 |
| 11/12/2008 | ETH.MESH.00035379 | ETH.MESH.00035380 | Prolift +M Pre Reading |
| 10/14/2008 | ETH.MESH.00066960 | ETH.MESH.00066960 | 10/14/08 Voice mail from Mahar |
| 5/8/2005 | ETH.MESH.00126755 | ETH.MESH.00126757 | Email re: DRAFT FDA Response on Prolift +M for input |
| 9/22/2004 | ETH.MESH.00126954 | ETH.MESH.00126955 | Email re: Preceptor "Voicemails"? |
| 2004 | ETH.MESH.00155598 | ETH.MESH.00155600 | 2004 press release |
| From Metadata:01/01/05 | ETH.MESH.00155619 | ETH.MESH.0155627 | Patient Brochure |
| | ETH.MESH.00158082 | ETH.MESH.00158082 | Tips for Scheduling you appoitment |
| 2000 | ETH.MESH.00160615 | ETH.MESH.00160623 | TVT Brochure |
| 1/16/2009 | ETH.MESH.00161969 | ETH.MESH.00161984 | TVT Brochure |
| From Metadata: 01/06/06 | ETH.MESH.00162841 | ETH.MESH.00162856 | TVT Brochure |
| 2007 | ETH.MESH.00163644 | ETH.MESH.00163659 | Patient Brochure |
| 10/21/2008 | ETH.MESH.00164023 | ETH.MESH.00164027 | FDA Notification About Use of Surgical Mesh |
| 2/24/2011 | ETH.MESH.00250986 | ETH.MESH.00250986 | TVT Training.xls |
| 1/6/2006 | ETH.MESH.00301874 | ETH.MESH.00301875 | Email re 50% mesh elongation |
| 10/31/2008 | ETH.MESH.00311832 | ETH.MESH.00311832 | IIS Process |
| 2/1/2005 | ETH.MESH.00316780 | ETH.MESH.00316783 | TVT Literature Search Review Summary |
| 10/13/2008 | ETH.MESH.00329112 | ETH.MESH.00329113 | 10/13/08 Email from Paine |
| 12/18/2008 | ETH.MESH.00339083 | ETH.MESH.00339084 | TVT brochure email |
| 1/28/1998 | ETH.MESH.00371503 | ETH.MESH.00371594 | TVT 510k submission |

| 11/1/2001 | ETH.MESH.00400954 | ETH.MESH.00400956 | Ulmsten letter |
|---|---|---|---|
| 10/8/2002 | ETH.MESH.00409659 | ETH.MESH.00409663 | TVT grant request |
| 2/19/2006 | ETH.MESH.00519476 | ETH.MESH.00519481 | 2/19/06 Email from Dan Smith |
| 11/18/2003 | ETH.MESH.00541379 | ETH.MESH.00541380 | 11-18-2003 memo Mesh Fraying TVT |
| 6/2009 | ETH.MESH.00570955 | ETH.MESH.00570956 | Prolapse mesh explants 6-2009 |
| 12/19/2005 | ETH.MESH.00687820 | ETH.MESH.00687823 | Email re Lazer cut mesh |
| | ETH.MESH.00748310 | ETH.MESH.00748450 | Modified TVT Blue System |
| 10/17/2002 | ETH.MESH.00766347 | ETH.MESH.00766349 | Ogilvy Public Relations Worldwide |
| 12/17/2008 | ETH.MESH.00772228 | ETH.MESH.00772229 | TVT brochure email |
| 12/17/2008 | ETH.MESH.00772231 | ETH.MESH.00772232 | TVT brochure email |
| 8/29/2008 | ETH.MESH.00584527 | ETH.MESH.00584527 | Laser-Cut Mesh v. Mechanical-Cut Mesh PPT |
| 9/16/2004 | ETH.MESH.00864503 | ETH.MESH.00864507 | IFU Credo issue |
| 2004 | ETH.MESH.08692670 | ETH.MESH.08692672 | 2004 Cancellation Agreement |
| 9/13/2010 | ETH.MESH.00869977 | ETH.MESH.00870098 | Clinical Evaluation Report Mesh Erosions |
| 11/16/2005 | ETH.MESH.00875647 | ETH.MESH.00875649 | 11/16/05 Email from Carol Brennan |
| 2001 | ETH.MESH.01137272 | ETH.MESH.01137293 | 2001 Marketing Plan |
| | ETH.MESH.01186068 | ETH.MESH.01186072 | Make Data and Safety Your Choice |
| 1/1/2009 | ETH.MESH.01202102 | ETH.MESH.01202104 | Email re: My revised writeup of the DeLeval and Waltregny visit |
| 4/19/2001 | ETH.MESH.01203207 | ETH.MESH.01203260 | Labeling FDA Guidance |
| 11/14/2008 | ETH.MESH.01203957 | ETH.MESH.01203957 | Future of surgical meshes presentation |
| 10/12/2001 | ETH.MESH.01217285 | ETH.MESH.01217288 | Focus group |
| | ETH.MESH.01221055 | ETH.MESH.01221058 | Pariente article |
| 3/14/2008 | ETH.MESH.01265223 | ETH.MESH.01265239 | Risk Management Report |
| | ETH.MESH.01268264 | ETH.MESH.01268277 | Risk Management Report |
| 12/9/2016 | ETH.MESH.01673341 | ETH.MESH.01673341 | TVT Brochure PPT |
| 12/20/2006 | ETH.MESH.01784428 | ETH.MESH.01784435 | Email re TVT-S Cookbooks |
| 12/17/2004 | ETH.MESH.01809082 | ETH.MESH.01809083 | Memo: VOC on new Laser Cut TVT Mesh |
| 10/18/2006 | ETH.MESH.01822361 | ETH.MESH.01822363 | 10/18/06 Email from Dan Smith |
| 3/30/2006 | ETH.MESH.01824104 | ETH.MESH.01824106 | Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT LCM |
| 8/8/2006 | ETH.MESH.02091873 | ETH.MESH.02091873 | Chronic Toxicity |

| | | | |
|---|---|---|---|
| 4/22/2009 | ETH.MESH.02148431 | ETH.MESH.02148460 | 4/22/09 Email from Holste with literature |
| 4/20/2010 | ETH.MESH.02169504 | ETH.MESH.02169504 | Email re: Marketing engagements |
| 11/12/2004 | ETH.MESH.02180826 | ETH.MESH.02180827 | 11/12/04 Email from Menneret |
| 11/10/2004 | ETH.MESH.02180828 | ETH.MESH.02180830 | Sibylle memo 11/10/04 |
| 10/18/2008 | ETH.MESH.02180833 | ETH.MESH.02180833 | 10/18/04 Dr. Eberhard letter |
| 10/21/2008 | ETH.MESH.02310653 | ETH.MESH.02310657 | Email from Pompilio 10/21/08 |
| | ETH.MESH.02340306 | ETH.MESH.02340369 | TVT IFU |
| | ETH.MESH.02340504 | ETH.MESH.02340567 | TVT IFU |
| | ETH.MESH.02620354 | ETH.MESH.02621558 | 1999/2000 TVT issue reports |
| | ETH.MESH.02621559 | ETH.MESH.02622455 | 01/01/2001-12/31/01 TVT issue reports |
| | ETH.MESH.02625055 | ETH.MESH.02626377 | 01/01/03-12/31/03 TVT issue reports |
| | ETH.MESH.02627331 | ETH.MESH.02628697 | Issue Report 2005-2007 |
| | ETH.MESH.02628698 | ETH.MESH.02630133 | Issue Report |
| | ETH.MESH.02630134 | ETH.MESH.02632004 | Issue Report 2010-2012 |
| | ETH.MESH.03427878 | ETH.MESH.03427946 | TVT IFU |
| | ETH.MESH.03460640 | ETH.MESH.03460640 | TVT brochure |
| 10/12/2005 | ETH.MESH.03535750 | ETH.MESH.03535750 | Memo re TVT Device, blue mesh |
| 10/14/2011 | ETH.MESH.03719176 | ETH.MESH.03719195 | Focus on Mesh exposure |
| 10/15/2002 | ETH.MESH.03910175 | ETH.MESH.03910177 | 10/15/02 Email from Arnaud |
| 11/26/2002 | ETH.MESH.03910418 | ETH.MESH.03910421 | Email from Arnaud 11/26/02 |
| 11/28/1999 | ETH.MESH.03917309 | ETH.MESH.03917312 | 11/28/99 Email from Rodrigo Bianchi |
| 11/26/2002 | ETH.MESH.03917375 | ETH.MESH.03917378 | email from Weisberg 11/26/02 |
| 6/6/2000 | ETH.MESH.03924557 | ETH.MESH.03924586 | Meshes in Pelvic Floor Repair |
| 1/16/2007 | ETH.MESH.03932909 | ETH.MESH.03932911 | History of TVT-O |
| | ETH.MESH.04081189 | ETH.MESH.04081190 | Complication reports |
| 11/28/2008 | ETH.MESH.05183409 | ETH.MESH.05183409 | Email re TVT 11 Year E-blast results |
| | ETH.MESH.05225354 | ETH.MESH.05225385 | TVT IFU |
| | ETH.MESH.05236223 | ETH.MESH.05236255 | TVT Patent Portfolio |
| 12/10/2004 | ETH.MESH.05446129 | ETH.MESH.05446132 | Shrinking Meshes? |
| 10/15/1992 | ETH.MESH.05453719 | ETH.MESH.05453727 | Prolene Study |
| 8/16/2004 | ETH.MESH.05456117 | ETH.MESH.05456118 | Email from McDivitt 8/16/04 |
| | ETH.MESH.05479411 | ETH.MESH.05479411 | Research & Development PPT |

| | | | |
|---|---|---|---|
| 2011 | ETH.MESH.05479717 | ETH.MESH.05479717 | Batke PPT |
| 11/30/2000 | ETH.MESH.05529653 | ETH.MESH.05529653 | email from Hoepffner 11/30/2000 |
| 11/29/2005 | ETH.MESH.05560961 | ETH.MESH.05560963 | 11/29/05 Email from Dan Smith |
| 11/17/1999 | ETH.MESH.05641096 | ETH.MESH.05641098 | 11/17/99 meeting minutes |
| | ETH.MESH.05794787 | ETH.MESH.05794788 | Seven Year Data Report |
| | ETH.MESH.05916450 | ETH.MESH.05916450 | Boris Batke PPT |
| 11/15/1999 | ETH.MESH.05972834 | ETH.MESH.05972866 | Asset Purchase Agreement |
| 10/1/2007 | ETH.MESH.06003173 | ETH.MESH.06003196 | Email and attachments re Minimally invasive dissection tools |
| | ETH.MESH.06087471 | ETH.MESH.06087472 | TVT Brochure |
| | ETH.MESH.06696593 | ETH.MESH.06696593 | LCM FMEA |
| 4/22/2006 | ETH.MESH.06859904 | ETH.MESH.06859904 | TVT Insights |
| 9/16/2004 | ETH.MESH.06884728 | ETH.MESH.06884732 | Ongoing TVT-O Action Items |
| 10/21/2008 | ETH.MESH.07937826 | ETH.MESH.07937828 | FDA Public Health Notification |
| | ETH.MESH.08003181 | ETH.MESH.08003196 | TVT Brochure |
| | ETH.MESH.08003279 | ETH.MESH.08003294 | TVT Brochure |
| 8/26/2006 | ETH.MESH.08334244 | ETH.MESH.08334245 | e-mail from Gene Kammerer 08-26-2006 and attachment |
| 12/22/2006 | ETH.MESH.08345895 | ETH.MESH.08345895 | Email from Kevin Mahar |
| 1999 | ETH.MESH.08692673 | ETH.MESH.08692696 | Consulting Agreement 1999 |
| 11/11/2002 | ETH.MESH.08793207 | ETH.MESH.08793210 | 11/11/02 Email from Carino |
| 11/11/1998 | ETH.MESH.09264884 | ETH.MESH.09264885 | Meeting Minutes 11/11/98 |
| 6/23/1998 | ETH.MESH.09266457 | ETH.MESH.09266658 | Email from Ellington 6/23/98 |
| | ETH.MESH.09744858 | ETH.MESH.09744863 | TVT Brochure |
| 1998 | ETH.MESH.10183005 | ETH.MESH.10183061 | Marketing plan |
| 4/6/1999 | ETH.MESH.10603246 | ETH.MESH.10603247 | Product Descriptions |
| 3/31/2005 | ETH.MESH.10611169 | ETH.MESH.10611170 | Email re Laser Cut TVT |
| 5/16/1997 | ETH.MESH.12006257 | ETH.MESH.12006260 | Report on Expert Meeting: Mesh Reapir of Uterovaginal Prolapse |
| 6/18/1999 | ETH.MESH.12009276 | ETH.MESH.12009277 | Email re Development Strategy |
| 11/12/1987 | ETH.MESH.12831407 | ETH.MESH.12831408 | 11/12/87 Explants Study Meeting Minutes 1/8/87 |

| | | | |
|---|---|---|---|
| | ETH.MESH.PM 000001 | ETH.MESH.PM 000001 | Video |
| | ETH.MESH.PM 000007 | ETH.MESH.PM 000007 | Video |
| | ETH.MESH.PM 000011 | ETH.MESH.PM 000011 | Video |
| | ETH.MESH.PM 000019 | ETH.MESH.PM 000019 | Video |
| | ETH.MESH.PM 000027 | ETH.MESH.PM 000027 | Video |
| | ETH.MESH.PM 000032 | ETH.MESH.PM 000032 | Video |
| | ETH.MESH.PM 000037 | ETH.MESH.PM 000037 | Video |
| | ETH.MESH.PM 000039 | ETH.MESH.PM 000039 | Video |
| | ETH.MESH.PM 000052 | ETH.MESH.PM 000052 | Video |
| | ETH.MESH.PM 000057 | ETH.MESH.PM 000057 | Video |
| | ETH.MESH.PM 000058 | ETH.MESH.PM 000058 | Video |
| | ETH.MESH.00011724 | | |
| | ETH-01383 | ETH-01637 | |
| | ETH-02601 | ETH-02607 | |
| 10/5/2010 | ETH.MESH.04101014 | ETH.MESH.04101015 | Email from Carolyn Brennan re 10100124625 etc - MEMO re TVT-O particles |
| 8/2/2010 | ETH.MESH.13206130 | ETH.MESH.13206134 | Email from Darlene Jane Kyl re Product omplaint CC1007047&CC1007038 - Taiwan (TVTO:810081) |
| 10/13/2010 | ETH.MESH.13226457 | ETH.MESH.13226457 | Memo re TVT-O to Kathie Chen |
| 3/29/1999 | ETH.MESH.00204513 | ETH.MESH.00204519 | Label Clearance Form # 662 Rev 4 with IFU |

| | | | |
|---|---|---|---|
| 5/18/1999 | ETH.MESH.00204562 | ETH.MESH.00204593 | IFU |
| 10/27/1998 | ETH.MESH.00203328 | ETH.MESH.00203591 | IFU |
| 4/1999 | ETH.MESH.00204478 | ETH.MESH.00204878 | LABELING DOCUMENT |
| 10/29/1998 | ETH.MESH.00203476 | ETH.MESH.00203482 | Email attaching TVT package insert |
| 5/2015 | | | TVT IFU |
| 8/2/2010 | ETH.MESH.00353639 | ETH.MESH.00353674 | Clinical Evaulation Report: Gynecare TVT Tension-free Vaginal Tape/ Tension-free Vaginal Tape Accesssory Abdominal Guide |
| 2003 | ETH.MESH.00015699 | ETH.MESH.00015706 | Gynemesh PS A New Mesh for Pelvic Floor Repair: Early Clinical Experience |
| | ETH.MESH.00013506 | ETH.MESH.00013528 | Gynecare Gynemesh PS IFU |
| 9/11/2007 | ETH.MESH.00922443 | ETH.MESH.00922446 | Email from Price St. Hilaire re Bidirectional Elasticity Statement |
| 9/20/2007 | ETH-00928 | ETH-01382 | Prolift +M FDA documents |
| 10/15/1992 | ETH.MESH.05453719 | ETH.MESH.05453727 | Seven Year Data for Ten Year Prolene Study: ERF 85-219 |
| 9/30/1987 | ETH.MESH.13334286 | ETH.MESH.13334299 | IR Microscopy of Explanted Prolene Received from Prof. R. Guidoin |
| 7/31/2000 | HMESH_ETH_02030355 | HMESH_ETH_02030355 | Email from Robert Rosseau re US 6,090,1116 |
| 8/25/2008 | ETH.MESH.03021946 | ETH.MESH.03021946 | T-Pro Stage Gate Meeting PPT |
| | ETH.MESH.02587926 | ETH.MESH.02587926 | When the Implant Worries the Body PPT |
| | HMESH_ETH_00782152 | HMESH_ETH_00782160 | Prolene Mesh Improvement Project |
| 2/20/2003 | ETH.MESH.03911107 | ETH.MESH.03911108 | Email from Axel Arnaud re TVT complications (an Prof. Hausler) |
| 2004 | | | Ethicon 2004 product catalog |
| 2012 | ETH.MESH.05448762 | ETH.MESH.05448767 | Liang, et al. *Sexual function followign outside-in transobturator midurethral sling procedures: a prospective study.* 2012. Int Urogynecol J |
| 6/7/2002 | ETH.MESH.03736989 | ETH.MESH.03736990 | Memo re Taiwan Teleconference |

| | | | |
|---|---|---|---|
| 1/28/1998 | ETH.MESH.08476210 | ETH.MESH.08476342 | Tension Free Vaginal Tape (TVT) System 510(k) Notification |
| 8/27/2008 | ETH.MESH.06851860 | ETH.MESH.06852464 | TVT CE Mark Technical File |
| 2007 | ETH.MESH.06861473 | ETH.MESH.06861473 | Gynecare TVT Secur Competitive Product Update |
| 2005 | ETH.MESH.00640394 | ETH.MESH.00640395 | Sales Representative quick reference sheet |

Abbott S, Unger CA. Abbott [2014] Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery; Am J obstet Gynecol 2013;210:163.e1-8

Abdel-Fattah M, Barrington JW,et al. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study; Eur Urol. 2004 Nov;46(5):629-35

Abdel-Fattah M, et al. Lower urinary tract injuries after transobturator tape insertion by different routes:  a large retrospective study; GJOG 2006; 113: 1377-1381

Abdel-fattah M, et al. Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK:  a register linkage study; BMJ Open 2011; 1:e000206

Abdel-Fattah M, Ford JA, et al. Single-Incision Mini-Slings Versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinence: A Meta Analysis of Effectiveness and Complications.; European Urology  ,60: 468-80,24-May-11

Abdel-fattah M, Mostafa A et al: Prospective Randomised Controlled Trial of Transobturator Tapes in Management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. Eur Urol. 2012 Nov;62(5):843-51.

Abdel-fattah M, Ramsay I et al:  Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence- 1-year outcomes from the E-TOT study. BJOG. 2010 Jun;117(7):870-8.

Abdel-Fattah M, Sivanesan K, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure.; BJU Int. 2006 Sep;98(3):594-8.

Abdel-Fattah M, Ramsay I, Pringle S, Hardwick C, Ali H, Young D, Mostafa A. Evaluation of transobturator tension-free vaginal tapes in management of women with recurrent stress urinary incontinence.  Urology. 2011 May;77(5):1070-5.

Abdel-fattah M, Ramsay I, Pringle S, Hardwick C, Ali H.. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes.  Eur J Obstet Gynecol Reprod Biol. 2010 Mar;149(1):106-11

Abdelwahab O, Shedid I, et al. Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female; Current Urology, 4 (2):  93-98

Abed H, Rahn D, Lowenstein L, et al.  Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98.

Abouassaly R, Steinberg J et al: Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul;94(1):110-3.

Abrams P et al. Synthetic Vaginal Tapes for Stress Incontinence:  Proposals for Improved Regulation of New Devices in Europe; European Urology 60 (2011) 1207-1211

Abrams P; Cardozo L; Fall M, et al: The Standardization of terminology of lower urinary tract function: Report from the Standardization Sub-committee of the International Continence Society. Neurourol Urodynam.

Abrams T. The Regulation of Prescription Drug Promotion; In Ethics and the Pharmaceutical Industry, 2005; 153-169

Achtari C, Hiscock R, O'Reilly BA, et al. Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/ polyglactin 910 (Vypro II) mesh. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:389–94.

Achtari C, McKenzie B et al: Anatomical study of the obturator foramen and dorsal nerve of the clitoris and their relationship to minimally invasive slings. Int Urogynecol J (2006) 17: 330–334.

ACOG. ACOG Committee Opinion 439 Informed Consent; ACOB 439 (2009)

ACOG. Patient Safety in Obstetrics and Gynecology; ACOG Committee opinion number 447, December 2009

Adile B, Granese R, Lo Bue A, et al. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up.; http://www.ics.org/Abstracts/Publish/41/000550.pdf

AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes.  Biomaterials 32(2):419-29, 2011.

Afonso JS, et a. Structural and thermal properties of polypropylene mesh used in treatment of stress urinary incontinence; Acta of Bioengineering and Biomechanics (2009) 11(3):

Agarwala N.. A randomized comparison of two synthetic mid-urethral tension-free slings.; UroToday Int J. 2008 Oct;1(4)

Agnew G, Dwyer PL, et al. Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence2; Int Urogynecol J (2014) 25:235-239

Agostini A, Bretelle F et al: Immediate complications of tension-free vaginal tape (TVT): results of a French survey.  Eur J Obstet Gynecol Reprod Biol. 2006 Feb 1;124(2):237-9. Epub 2005 Aug 10.

Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mehs (polyproylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg laparosc endosc percutan tech 2007, 17;91-94.

Aigmueller, T.. Reason for dissatisfaction ten years after TVT procedure; Int Urogynecol J (2014) 25;213-217

Alajmo F. Polypropylene Suture Fracture2; Ann Thorac Surg 1985 39.4: 400

Alappattu M, Bishop M: Psychological factors in chronic pelvic pain in woman: Relevance and application of the fear-avoidance model of pain.  Physical Therapy Vol 91, Number 10, October 2011.

Albo ME, et al. Treatment success of retropubic and transobturator mid urethral slings at 24 months; J urology 2012 (188) 2281-2287

Albo ME, Richter HE, et al. Burch colposuspension versus fascial sling to reduce urinary stress incontinence2; New England Journal of Medicine,356:2143-55,21-May-07

Albrich S, Naumann G, Skala C, Koelbl H (2007) TVT-SECUR: a novel approach for the treatment of female genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1): S25–S26

Alcalay, Menachem. Burch colposuspension: a 10-20 year follow up; British Journal of Obstetrics and Gynaecology September 1995, Vol. 102, pp. 740-745

Aldrete V. Polpropylene Suture Fracture; Ann Thorac Surg 1984 Mar; 37(3):264

Alinsod R, et al. Initial outcomes of a stabilized adjustable minisling for female urinary stress incontinence; Abstract 865 (2009)

Al-Omary R, et al. Long term patient satisfaction after suburethral sling operation for stress incontinence; Abstract 381
Int Urogynecol J (2011) ss (Suppl 3): S1769-S2008

Altman  D, Tapio V et al.  Short-term outcome after transvaginal mesh repair of POP. Int Urogynecol J (2008) 19:787–793.

Altman AJ, Gorn RA, et al. The breakdown of polypropylene in the human eye:  is it clinically significant?; Ann Ophthalmol 1986 May; 18(5) 182-5

Altman D, Elmer C Kiiholma P et al: Sexual dysfunction after trocar-guided transvaginal mesh repair of pelvic organ prolapse. Obstet Gynecol. 2009 Jan;113(1):127-33.

Altman D, Falconer C. Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol. 2007 Feb;109(2 Pt 1):303-8.

Altman D, Vayrynen T, Engh M: Anterior colporrhaphy versus transvaginal mesh for pelvic organ prolapse. N Engl J Med. 2011 May 12;364(19):1826-36.

Altman D, Zhang A, Falconer C: Innervation of the rectovaginal wall in patients with rectocele compared to healthy controls.  Neurourology and Urodynamics 25:776-781.

Altuna S, et al. Lower urinary tract injuries associated with the out-in transobturator tape:  is cystoscopy required?  An argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l) S163-S164

Amaro, JL, et al. Clinical and qualify-of-life outcomes after autologus faxcial sling and tension-free vaginal tape: A prospective randomized trial; International Braz U Urol (2009) 35(1): 60-67

Amat I Tardiu L, Martínez et al. Contasure-Needleless compared with transobturator-TVT for the treatment of stress urinary incontinence.; Int Urogynecol J. 2011 Jul;22(7):827-33. doi: 10.1007/s00192-011-1380-9. Epub 2011 Mar 2.

Amid PK.  Classification of biomaterials and their related complications in abdominal wall hernia surgery.  Hernia (1997) 1:15-21.

Amna MB, Michel F: Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec;170(6 Pt 1):2387.

Amrute KV, Eisenberg ER.  Analysis of outcomes of single polypropylene mesh in total pelvic floor reconstruction. Neurourology and Urodynamics 26:53-58, 2007.  [uses AMS apogee and perigee]

An, YH. Concise Review of Mechanisms of Bacterial Adhesion to Biomaterial Surfaces; J Biomed Mater Res (Appl Biomater) 1998;43:338-48

Anderson, HA. Utilization of Adipose Tissue Biopsy in Characterizing Human Halogenated Hydrocarbon Exposure; Environ Health Perspect. 1985 May; 60:127-131

Anderson-Smits C. Developing of the Pelvic Floor Disorder Registry; www.fda.gov

Andonian S, Chen T, et al. Randomized Clinical Trial Comparing Suprapubic Arch Sling (SPARC) and Tension-Free Vaginal Tape (TVT): One-Year Results; European Urology,47:537-41,13-Jan-05

Andonian S, St-Denis B, et al. Prospective clinical trial comparing Obtape and DUPS to TVT: one-year safety and efficacy results.; Eur Urol. 2007 Jul;52(1):245-51. Epub 2007 Jan 10

Andrada Hamer M, Larsson PG, et al. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur.; Int Urogynecol J. 2013 Feb;24(2):223-9

Andrada Hamer M, Larsson PG, et al. Short-term Results of a Prospective Randomized Evaluator Blinded Multicenter Study Comparing TVT and TVT-Secur.; International Urogynecology Journal,22:781-787,16-Apr-11

Anger J, Litwin M et al: Complications of sling surgery among female Medicare beneficiaries.  Obstet Gynecol 2007;109:707–14.

Anger JT, Weinberg AE, et al. Trends in surgical management of stress urinary incontinence among female Medicare beneficiaries; Urology,74:283-7,07-Jun-09

Angioli R, Plotti F et al:  Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Angioli R, Plotti F et al:  Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Aniuliene R.. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence.; Medicina (Kaunas). 2009;45(8):639-43

Ansquer Y, et al. The suburethral sling for female stress urinary incontinence:  a retropubic or obturator approach?; J Am Assoc Gynecol Laparosc 2004, 11(3):353-358

Anthanasiou S, Grigoriadis T, et al. Mixed Urodynamic Incontinence: TVT or TVT-O?; Int Urogynecol J (2009) 20 (Suppl 2): S73-S239

Apple DJ, Mamalis N, et al. Biocompatibility of implant materials:  a review and scanning electron microscopic study; J Am Intraocul Implant Soc 1984 Winter; 10(1):53-66

Apte, et al. Pain after suburethral sling insertion for urinary stress incontinence2; Pain Practice 2012; 12(2):88-110

Araco F, Gravante F et al: Tension Free vaginal tape Secur hammock procedure: Two additional cases of intraoperative bleeding. Int Urogynecol J (2009) 20:125.

Araco F, Gravante G et al:  TVT-O vs TVT- a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926.

Argirovic RB, Gudovic AM et al, Transvaginal repair of genital prolapse with polypropylene mesh using tension-free technique. Eur J Obstet Gynecol Reprod Biol. 2010 Nov;153(1):104-7.

Arunkalaivanan A, et al. Efficacy and safety of transbturator tape (Obtryx™) in women with stress urinary incontinence and intrinsic sphincter deficiency: results from international Obtryx™ registry; ICS 2009 Abst. 778

Arunkalaivanan AS and Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study; Int Urogynecology J (2003) 14:  17-23

Asicioglu, O. A 5-year follow-up study comparing Burch colposuspension and transobturator tape for the surgical treatment of stress urinary incontinence.; Int J Gynecol Obstet.( 2014) April 125(1): 73-77

Atassi Z, Reich A, Rudge A, Kreienberg R, Flock F (2008) Haemorrhage and nerve damage as complications of TVT-O procedure: case report and literature review. Arch Gynecol Obstet 277:161–4.

Athanasopoulos A. McGuire EJ. Urethral diverticulum: A new complication associated with tension-free vaginal tape. Urol Int 81: 480-482. 2008

Atherton MJ and Stanton SL.. The tension-free vaginal tape reviewed: an evidence-based review from inception to current status.; BJOG,112:534-46, 5/1/2005

Atis G, Arisan S, Ozagari A, et al. Tissue reaction of the rat urinary bladder to synthetic mesh materials.; Scientific World Journal,9:1046-51,02-Oct-09

Atlas of Pelvic Surgery.  Wheeless C, Roenneburg M editors. Williams & Wilkins; 3rd edition (January 15, 1997)

| |
|---|
| AUA. AUA Newsletter; 42290 |
| AUA. Guideline for the Surgical Management of Female Stress Urinary Incontinence:  2009 Update; |
| AUA. Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence; |
| AUGS. Corporate Members"; http://www.augs.org/p/cm/ld/fid=24 |
| AUGS. Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders; |
| AUGS/SUFU. Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinance; |
| Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7. |
| Azam U, Frazer M. I., et al, The tension - free vaginal tape procedure in women with previous failed stress incontinence surgery.  J. of Urology, 166 (2), Aug 2001 , p. 554 |
| Bader G, Fauconnier A, Roger N et al:  Cystocele repair by vaginal approach with a tension-free transversal polypropylene mesh. Technique and results. Gynecologie Obstetrique & Fertilite 32 (2004) 280-284. |
| Baessler K, et al. Severe mesh complications following intravaginal slingplasty; Obstet Gynecol 2005; 106:713-6 |
| Baessler K, Maher C: Mesh augmentation during pelvic-floor reconstructive surgery: risks and benefits. Curr Opin Obstet Gynecol. 2006 Oct;18(5):560-6. |
| Bafghi A, Lannelli A, Verger S et al: Transvaginal repair of genital prolapse with Prolift: evaluation of safety and learning curve. J Gynecol Obstet Biol Reprod (Paris). 2009 Feb;38(1):77-82. Epub 2008 Nov 25. |
| Bai SW, Sohn WH, Chung DJ, et al. "Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence"; Int J Gynaecol Obstet. 2005 Dec;91(3):246-51. Epub 2005 Oct 20 |
| Balkwill F, Mantovani A (2001) Inflammation and cancer: back to Virchow? Lancet 357(9255):539–545. |

Ballard, J., et al. Harnessing a Health Information Exchange to Identify Surgical Device Adverse Events for Urogynecologic Mesh; Abstract

Banks CL, et al. Abscess formation following trans-obturator tape procedures; Int Urogynecol J (2006) 17 (Suppl 2):S171-S359
Abst 204

Barber M, Brubaker L, Nygaard, I et al. Defining success after surgery for pelvic organ prolapse. Obstet Gynecol. 2009 September; 114(3): 600–609.

Barber M, et al. A multicenter randomized trial comparing the trannsobturator tape with tension-free vaginal tape for the surgical treatment of stress urinary incontinence; Abst 113

Barber MD, Kleeman S, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial.; Obstetrics & Gynecology,111:611-21,01-Mar-08

Barber MD.. "Cleveland Clinic leads multicenter trial of single-incision 'minisling' for stress urinary incontinence."; Ob/GYN & Women's Health Research Perspectives. Summer 2011. clevelandclinic.org/obgyn

Barber, M., et al. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the treatment of Stress Urinary Incontinence; Obstetrics & Gynecology, Vol. 119, No. 2, Part 1 (Feb 2012)

Barone WR, et al. The impact of boundary conditions on surface curvature of polypropylene mesh in response to uniaxial loading; J Biomechanics, Accepted 28 Feb 2015, In Press

Barone, DVM, MS, Mark A, et al. Determinants of Postoperative Outcomes of Female Genital Fistula Repair Surgery.; Obstet Gynecol, 2012 September; 120(3); 524-531, doi:10.1097/AOG.0b013e31826579e8.

Barrington JW, Arunkalaivanan AS, Swart M (2002) Postcolposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct 13:187–188

Barry C, Lim YN, Muller R, et al. A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study; The International Urogynecology Journal,19:171-8,19-Jul-07

Basok EK, Yildirim A, Atsu N, et al. Cadaveric fascia lata versus intravaginal slingplasty for the pubovaginal sling: surgical outcome, overall success and patient satisfaction rates.; Urol Int 2008;80(1):46-51

Basu M, et al. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence; BJOG 2010; 117:730-735

Basu M, et al. Three-year results from a randomised trial of a retropubic mid- urethral sling versus the Miniarc single incision sling for stress urinary incontinence; Int Urogynecol J 2013

Bekelman JE, et al. Scope and Impact of Financial Conflicts of Interest in Biomedical Research A Systematic Review; JAMA, January 22/29, 2003 Vol 289 No. 4, 454-465

Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

Bemelmans BLH, Chapple CR.. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?; Curr Opin Urol 2003;13:301-307

Benbouzid, S,. Cornu, J., Benchikh, A., Chanu, T., Haab, F., Delmas, V., Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and compilcations after a 4.5 years follow up; Internation Journal of Urology (2012) 19, 1010-1016

Bendavid R Iakovlev V, et al. Mesh-Related SIN Syndrome.  A Surreptitious Irreversible Neuralgia and Its Morphologic Background in the Etiology of Post-Herniorrhaphy Pain2; Int J Clinical Med (2014)(5) 799-810

Benhaim Y, de Tayrac R, Deffieux X, Gervaise A et al: Treatment of genital prolapse with a polypropylene mesh inserted via the vaginal route. Anatomic and functional outcome in women aged less than 50 years. J Gynecol Obstet Biol Reprod (Paris). 2006 May;35(3):219-26.

Benson JT, Lucente V, McClellan E.: Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. **1996** Dec;175(6):1418-21; discussion 1421-2.

Bermudez EA, Rifai N, Buring JE, et al. Relation between markers of systemic vascular inflammation and smoking in women. Am J Cardiol 2002;89: 1117–9.

Berrocal J, Clave H, Cosson M (The TVM Group) et al: Conceptual advances in the surgical management of genital prolapse. J Gynecol Obstet Biol Reprod 2004; 33:577-587.

Berthier A, Sentilhes L, Taibi S, Loisel C, Grise P, Marpeau L. Sexual function in women following the transvaginal tension-free tape procedure for incontinence. Int J Gynaecol Obstet. 2008 Aug;102(2):105-9. Epub 2008 Apr 16. PubMed PMID: 18420207.

Bezerra CA and Bruschini H.. Suburethral sling operations for urinary incontinence in women.; Cochrane Database Syst Rev.

Bhandari M, Busse J, Jackowski D et al: Association between industry funding and statistically significant pro-industry findings in medical and surgical randomized trials. CMAJ. 2004 Feb 17;170(4):477-80.

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh. (ABSTRACT ONLY).

Bianchi-Ferraro AM, Jarmy-Di Bella ZI, et al Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomizedcontrolled trial.  Int Urogynecol J. 2013 Sep;24(9):1459-65. doi: 10.1007/s00192-012-1998-2. Epub 2012 Dec 4.

Binnebosel M, et al.. Biocompatibility of prosthetic meshes in abdominal surgery; Semin Immunopathol. 2011; [Deleted Object]:235-243

Birder L, Wyndale J: From urothelial signaling to experiencing a sensation related to the urinary bladder. Acta Physio 1-6, 2012

Birder L, Wyndale J: From urothelial signaling to experiencing a sensation related to the urinary bladder. Acta Physio 1-6, 2012.

Birder LA. Nervous network for lower urinary tract function. Int J Urol. 2012 Oct 23.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19. [Epub ahead of print]

Birolini C, Minossi JG, et al. Mesh Cancer: Long-Term Mesh Infection Leading to Squamous-Cell Carcinoma of the Abdominal Wall; Hernia,19-Apr-13

Blaivas J, Purohit R, et al. Salvage Surgery after Failed Treatment of Synthetic Mesh Sling Complications; J Urology, 2013 Oct, Vol 190, 1281-1286

Blaivas JG and Chaikin DC.. Pubovaginal fascial sling for the treatment of all types of stress urinary incontinence: surgical technique and long-term outcome.; The Urologic Clinics of North America,38:7-15,00-Jan-00

Blaivas, et al. Safety considerations for synthetic sling surgery.  2015. Nat. Rev. Urol

Blandon RE, Gebhart JB et al.  Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Feb 10.

Blavais, J,. Purohit, R., Weinberger, J., Tsui, J., Chouhan, J., Sidhu, R., Saleem, K. Salvage Surgery after Failed Treatment of Synthetic Sling Complications. The Journal of Urology: 2013; Vole 190, 1281-1286

Bobyn JD, Wilson  GJ MacGreagor DC et al:  Effect of pore size on the peel strength of attachement of fibrous tissue to pourous surface implants.  J. Biomed Mater Res, pp 571-584.

Bodelsson G, et al. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women; BJOG (2002) 109: 566-569

Bodenheimer T. Uneasy alliance: Clinical investigators and the pharmaceutical industry.  N Engl J Med.2000;342:1539-1544.

Bohrer JC, Chen CC.  Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft. Obstet Gynecol. 2008 Aug;112 (2 Pt 2):496-8

Bohrer JC, Chen CC.  Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft. Obstet Gynecol. 2008 Aug;112 (2 Pt 2):496-8.

Bonnet P, Waltregny D, et al. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: Anatomical considerations; The Journal of Urology,173:1223-8,01-Apr-05

Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267

Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267.

Bouillot JL, et al. Parietal mesh abscess as an original presentation of cancer of the caecum; Digestive Surgery (1999) 16(2) 158-160

Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing? Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing? Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

Boulanger L, Boukerrou M, Lambaudie E, Cosson M: Tissue integration and tolerance to meshes used gynecological surgery: an experimental study. Eur J Obstet Gynecol Reprod Biol. 2006 Mar 1;125(1):103-8. Epub 2005 Sep 19.

Boulanger L, Boukerrou M, Lambaudie E, Cosson M: Tissue integration and tolerance to meshes used gynecological surgery: an experimental study. Eur J Obstet Gynecol Reprod Biol. 2006 Mar 1;125(1):103-8. Epub 2005 Sep 19.

Boulanger L, Boukerrou M, Rubod C et al: Development of an animal model to study meshes used in genital prolapse surgery

Boulanger L, Moukerrou M et al. Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse. Int Urogynecol J (2008) 19:827-831.

Bourrat M, Armand C et al: Complications and medium-term functional results of TVT in stress urinary incontinence. Prog Urol. 2003 Dec;13(6):1358-64. [in French]

Bowler S. Preparing articles for publication in peer-reviewed journals; American College of Preventive Medicine  www.acpm.org

Boyles S, Edwards R et al: Complications associated with transobturator sling. Int Urogynecol J (2007) 18: 19–22

Boyles SH, McCrery R., Dyspareunia and mesh erosion after mesh placement with a kit procedure. Obstet Gynecol. 2008 Apr;111(4):969-75.

Brill AI.. The hoopla over mesh: what it means for practice.; Obstet Gynecol News,47:14-5 ,01-Jan-12

Brubaker L, Cundiff GW, et al. Abdominal sacrocolpopexy with Burch colposuspension to reduce urinary stress incontinence.; New England Journal of Medicine,354:1557-66,13-Apr-06

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery findings from the Trial of Midurethral Slings (TOMUS) study; Am J Obstet Gynecol 2011; 205: 498.e1-6

Brubaker L, Maher C, et al. Surgery for pelvic organ prolapse.; Female Pelvic Medicine & Recontructive Surgery,16:9-19,01-Jan-10

Brubaker L, Nygaard I, et al. Two-year outcomes after sacrocolpopexy with and without burch to prevent stress urinary incontinence.; Obstetrics and Gynecology,112:49-55, 7/1/2008

Brubaker L,. 5-Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence2; The Journal of Urology

Brubaker, L., et al. Missing data frequency and correlates in two randomized surgical trials for urinary incontinence in women; Int Urogynecol J Published online 03/24/2015

Brubaker, L.. (2006). Editorial: partner dyspareunia (hispareunia).; Int Urogynecol J Pelvic Floor Dysfunt, 17(4), 311. doi: 10.1007/s00192-006-0097-7

Bump RC, Mattiasson A, Bø K, Brubaker LP et al: The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol. 1996 Jul;175(1):10-7.

Burns-Heffner, C., et al. Testing Compliance of Surgical Meshes Fabricated from Different Polymeric Biomaterials; Abstract #877 2014 Society for Biomaterials

Burton, C., et al. Comments on Araco et al.: TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence.  Int Urogynecol J (2009) 20:369

But, Igor et al: Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J (2008) 19:857–861.

Cadish L, Hacker M, et al. Characterization of Pain After Inside-Out Transobturator Midurethral Sling; Female Pelvic & Reconstructive Surgery Vol 20, (2) March/April 2014

Calhoun TR, Kitten DM. Polypropylene suture -- Is it safe?; J Vasc Surg 1986; 4:98-100

Calvo JJ, Alfara AH, et al. "Stress urinary incontinence surgery with MiniArc sling system: Our experience."; Actas Urologicas Espanolas 2010;34(4):372-377

Cameron AP, et al. The treatment of female stress urinary incontinence: an evidenced-based review; Open Access J Urology 2011:3 109-120

Campeau L, Tu LM, Lemieux MC, et al. A Multicenter, Prospective Randomized Clinical Trial Comparing Tension-Free Vaginal Tape Surgery and No Treatment for the Management of Stress Urinary Incontinence in Elderly Women; Neurourology and Urodynamics 26:990-994 (2007)

Cao J., et al. In Vitro Study: Synthetic Prosthetic Meshes for Inguinal Hernia Repair; Presented at AATCC International Conference May 18-20 in Atlanta, GA AATCC Review November/December 2011

Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects. Minerva Chir. 1997 Oct;52(10):1169-76.

Caquant F, Collinet P, Deobodianance P, et al. Safety of transvaginal mesh procedure: retrospective study of 684 patients. J Obstet Gynaecol Res. 2008 Aug;34(4):449-56

Carey M, Higgs P. Vaginal repair with mesh vs colporrhaphy for prolapse a randomized controlled trial. BJOG. 2009 Sep;116(10):1380-6.

Carey M, Slack M, Higgs P et al: Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG. 2008 February; 115(3): 391–397.

Caruso S, Rugolo S, et al. Clitoral Blood Flow Changes After Surgery for Stress Urinary Incontinence: Pilot Study on TVT Versus TOT Procedures; Urology 70: 554-557, 2007

Casiano ER, et al. Does concomitant prolapse repair at the time of midurethral sling affect recurrent rates of incontinence; Int Urogynecol J (2011) 22:819-825

Cayan, R.. Sexual function after surgery for stress urinary incontinence: vaginal sling versus Burch colposuspension.; Gynecol Obstet. 2008 Jan; 277(1):31-6 Epub 2007 Jul 25.

Celebi I. Gungorduk K. Ark K. Results of the tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: a 5 year follow-up study. Arch Gynecol Obstet 279: 463-467, 2009.

Celine Mary, Yves Marois, Martin W. King, Gaetan Laroche, Yvan Douville, Louisette Martin, Robert Guidoin, Comparison of the In Vivo Behaviour of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal, 44 (1998) 199-206

Cervigni M, Natale F, et al. Surgical Correction of Stress Urinary Incontinence Associated with Pelvic Organ Prolapse: Trans-Obturator Approach (Monarc) Versus Retropubic Approach (TVT); Int Urogynecol J 2006;17(suppl. 2):S215 abstract 280. 31st annual IUGA meeting, Athens, Greece, 6-9 September 2006

Cetinel B, Demirkesen O, Onal B, Akkus E, Alan C, Can G: Are there any factors predicting the cure and complication rates of tension-free vaginal tape? Int Urogynecol J Pelvic Floor Dysfunct 2004;15:188–93.

Chae HD, Kim SR, Jeon GH, et al. A comparative study of outside-in and inside-out transobturator tape procedures for stress urinary incontinence.; Gynecol Obstet Invest. 2010;70(3):200-5. doi: 10.1159/000318866. Epub 2010 Jul 17.

Chaikin DC et al Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct;160(4):1312-6.

Challoner, D, Korn, D. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years2; Institute of Medicine of the National Academies Report Brief July 2011

Challoner, DR, et al. Medical Devices and Health -- Creating a New Regulatory Framework for Moderate-Risk Devices; N Engl J Med 365:11: 977-979

Challoner, DR,. 2011 - IOM Committee on the Public-Health Effectiveness of the FDA 510(k) Clearance Process - letter to FDA re 510k; IOM 2011

Chapple, C., Raz, S., Brubaer, L., Zimmern, P. Mesh Sling in an Era of Uncertainty: Lessons Learned and the Way Forward. European Associations of Urology, 2013.

Charalambous S, Touloupidis S,et al. Transvaginal vs transobturator approach for synthetic sling placement in patients with stress urinary incontinence.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Mar;19(3):357-60. Epub 2007 Aug 29.

Chen C, Gustilo-Ashby AM et al. Anatomic relationships of the tension free vaginal mesh trocars. Am J Obstet Gynecol. 2007 Dec;197(6):666.e1-6.

Chen X, Tong X, Jiang M, et al. A modified inexpensive transobturator vaginal tape inside-out procedure versus tension-free vaginal tape for the treatment of SUI: a prospective comparative study; Archives of Gynecology and Obstetrics,284:1461-6 ,22-Mar-11

Chen Z, Chen Y, Du GH, et al. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence; Urologia. 2010 Jan-Mar;77(1):37-41; discussion 42.

Cheng D, Liu C.. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up.; Eur J Obstet Gynecol Reprod Biol. 2012 Apr;161(2):228-31. doi: 10.1016/j.ejogrb.2012.01.011. Epub 2012 Feb 13.

Chinthakanan O, et al. Indication and surgical treatment of midurethral sling complications: a multicenter study; 2014-A-1239-AUGS/IUGS

Chinthakanan O, et al. Mesh removal following sling/mesh placement: a multicenter study2; 2014-A-1236-AUGS/IUGA

Chinthakanan, O., Miklos, J.R., Moore, R.D., Mitchell, G., Favors, S., Karp, D.R., Northington, G.M., Nogueiras, G., Davila, G. "Mesh Removal Following Sling/Mesh Placement: A multicenter Study." *Int Urogynecol J* (2014): S139-S143.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial J Obstet Gynecol 2011;205:69.e1-8.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. J Obstet Gynecol 2011;205:69.e1-8.

Choe JH, Kim JH, Na TG, et al. Comparative Study of Tension-Free Vaginal Tape (TVT) and Suprapubic Arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence; International Urogynecology Journal 2005

Choi J, et al.. Use of Mesh During Ventral Hernia Repair in Clean-Contaminated and Contaminated Cases; Annals of Surgery, Vol 255, Number 1, Jan 2012

Cholhan HJ, et al. Pre-pubic approach to mid-urethral slings:  3-mmonth interim report on peri-operative experience and complications; 2007 Abstract

Cholhan HJ, Hutchings TB, et al. Dyspareunia associated with paraurethral banding in the transobturator sling2; Am J Obstet Gynecol (2010);202:481.e1-5

Chopra, S: Industry Funding of Clinical trials: Benefit or Bias? JAMA. 2003;290(1):113-114. doi:10.1001/jama.290.1.113.

Chrysostomou A. The management of stress urinary incontinence using transobturator tapes in a tertiary hospital in South Africa; Abst 0177 Oral presentations/Int J Gynecol & Obstet 10752 (2009) S93-S396

Chung C, Kingman T, Tsai L, et al. Serious Complications From a Single-Incision Midurethral Sling Placement; Obstet  & Gynecol, February 2012, Vol 119, No. 2 Part 2,  464-466

Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 cases. Int Urogynecol J. 2010 Mar;21(3):261-70.

Claymen HM. Polypropylene; Opthalmology 1981 88:959-976

Clemons, J.L., et al., Impact of the 2011 FDA transvaginal mesh safety update on AUGS

Cobb W, Burns J, Peindl R et al: Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006).

Cobb WS, et al. The argument for lightweight polypropylene mesh in hernia repair; Surg Innov 2005 12: 63-69

Coda, A., et al. Structural Alterations of Prosthetic Mesh in Humans; Hernia. 2003; Mar;7(1):29-34

Collinet P . Ciofu C. Costa P. Cosson M. Deval B . Grise P. Jacquetin B. Haab F; The safety of the inside-out transobturator approach for transvaginal tape (TVT-0) treatment in stress urinary incontinence: French registry data on 984 women . International Urogynecological Journal. 19:711-715, 2008.

Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17:315-320.

Colombo M, Vitabello D, et al. Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse; International Urogynecology Journal August 2005, Volume 16, Issue 2 Supplement, pp S35-S130

CommonHealth. Surgery Under Scrutiny: What Went Wrong With Vaginal; http://commonhealth.wbur.org/2011/11

Constantini E, Lazzeri M, Kocjanci. ICS Abs 3 Prolonged follow-up shows continence deterioration after transobturator tape: Results from a randomised controlled trial.; International Continence Society Mtg 2013

Contemporary OB/GYN Staff. American Urogynecologic Society voices opposition to restrictions on transvaginal mesh; Contemporary OB/GYN May 01, 2013

Cornel G. Fracture of Polypropylene Suture; Ann Thorac Surg 1982; [Deleted Object]:641

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature (Update); Int Urogynecol J (2015) 26: 229-234

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature; Int Urogynecol J (Published online 21 August 2014))

Cornu J-N, Haab F.. Mini-slings for female stress urinary incontinence: Not yet at the age of reason.; Eur Urol 2011;60:481-483

Cornu, JN, et al. Midterm prospective evaluation of TVT-Secur reveals high failure rate; European Urology 58 (2010) 157-161

Corona, R., et al. Tension-free Vaginal Tapes and Pelvic Nerve Neuropathy; J Min Invas Gynecol 2008; 15(3):262-267

Corporate ACtion Network. Putting Women at Risk, The Case Against Pelvic Mesh Report; Corporate Action Network August 2014

Corton M. Critical anatomic concepts for safe surgical mesh; Clin Obstet Gynecol 2013 Jun; 56(2):247-56

Cosson M, Caquant F et al. Prolift Mesh for pelvic organ prolapse surgical treatment using the TVM group technique - a retrospective study of 96 women under 50. (Abstract)

Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol J (2003) 14:169-178.

Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol J (2003) 14:169-178.;

Cosson M, Lambaudie E, Boukerrou M, Lobry P, Crépin G, Ego A. A biomechanical study of the strength of vaginal tissues. Results on 16 post-menopausal patients presenting with genital prolapse. Eur J Obstet Gynecol Reprod Biol. 2004 Feb 10;112(2):201-5

Cosson M, Rosenthal C, Debodinance P:  Prospective clinical assessment for Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse - 3 year results. (ABSTRACT ONLY)

Cosson, M., et al. Trans-vagianl mesh technique for Treatment of Pelvic Organ Prolapse: 5 years of Prospective follow up;

Costa P, Ballanger P, et al. Transobturator Tape for SUI. Preliminary Results of Prospective Multicenter Register; ICS Abstract #379,05-Oct-03

Costa P, Grise P, et al. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study; European Urology

Costa P. Comparisons of Safety and Efficacy of the Obtryx Sling and Advantage Mid-Urethral Sling for the Treatment of Stress Urinary Incontinence:  Propensity Matching Results in a Large International Registry; Abstract 614 (2010)

Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007 Sep;14(3):168-76.

Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep;14(3):168-76.

Costello CR, et al. Materials Characterization of Explanted Polypropylene Hernia Meshes; J Biomed Mater Res Part B: Appl Biomater 83B: 44-49, 2007

Cox A, Herschorn S, et al. Surgical management of female SUI: Is there a gold standard?; Nat Rev Urol 2013;10:78-89

Cozad MJ, et al. Materials characterization of explanted polypropylene, polyethylene terephthaiate, and expanded polytetrafluoroethylene composites: Spectral and thermal analysis; J Biomed Mater Res Part B: Appl Biomater 94B: 455-462, 2010

Crosby E, Abernethy M, et al. Symptom Resolution After Operative Management of Complications From Transvaginal Mesh2; Obstet & Gynecol January 2012, Vol 123, No. 1, 134-139

Crosby, E., Abernathy, M., Berger, M., DeLancey, J., Fenner, D., Morgan, D. Symptom Resolution From Operative Management of Complications From Transvaginal Mesh., 2014. American College of Obstetricians and Gynecologists

Culligan PJ, Murphy M, et al. Long term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol. 2002 Dec;187(6):1473-80; discussion 1481-2.

Cundiff G, Varner E et al: Risk factors for mesh/suture erosion following sacral colpopexy. Am J Obstet Gynecol. 2008 Dec;199(6):688.e1-5.

Curfman, GD., et al. Medical Devices -- Balancing Regulation and Innovation; N Engl J Med 365; 11: 975-977

Daher N, et al. Pre-pubic TVT: an alternative to calssic TVT in selected patients with urinary stress incontinence; European J Obstet & Gynecol and Reproduct Biology 107 (2003) 205-207

Dallenbach et al: Incidence and risk factors for reoperation of surgically treated pelvic organ prolapse. Int Urogynecol J (2012) 23:35–41.

Daneshgari F, Kong W, et al. Complications of Mid Urethral Slings: Important Outcomes for Future Clinical Trials.; The Journal of Urology Vol 180, 1890-1897 November 2008.

Daraï E, Frobert JL, et al. Functional results after the suburethral sling procedure for urinary stress incontinence: a prospective randomized multicentre study comparing the retropubic and transobturator routes.; Eur Urol 2007 Mar;51(3):795-801; discussion 801-2. Epub 2006 Sep 8

Das, N., et al. Review Article: Microbial Degradation of Petroleum Hydrocarbon Contaminants: An Overview; Biotechnology Res Int 2011: 1-13 Article ID 941810

Dati S, et al. Obtryn (TM) system: transobturatory out-in sling in the treatment of isolated or pop-associated urinary incontinence (Abstract only); Int Urogynecol J (2007) 18 (Suppl l): S152

David-Montefiore E,et al. Peri-operative complications and pain after the suburethral sling procedure for urinary stress incontinence: a French prospective randomised multicentre study comparing the retropubic and transobturator routes.; European Urology,49:133-8 ,02-Nov-05

Davila G, Baessler K, Cosson M et al: Selection of patients in whom vaginal graft use may be appropriate. Consensus of the 2nd IUGA Grafts Roundtable: optimizing safety and appropriateness of graft use in transvaginal pelvic reconstructive surgery. Int Urogynecol J. 2012 Apr;23 Suppl 1:S7-14. Epub 2012 Mar 7

de Landsheere L, Ismail S, Lucot JP, Deken V, Foidart JM, Cosson M.: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7. Epub 2011 Jul 30.

de Leval J, Thomas A, Waltregny D (2011) The original versus a modified inside-out transobturator procedure: 1-year results of aprospective randomized trial. Int Urogynecol J 22:145–156

de Leval J.. Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out; European Urology,44:724-30,02-Oct-03

de Oliveira LM, Girao MJBC, et al. Comparison of Retro-Pubic TVT, Pre-Pubic TVT and TVT Transobturator in Surgical Treatment of Women With Stress Urinary Incontinence; International Urogynecology Journal

De Ridder D, et al. Single incision mini-sling versus a transobutaror sling: a comparative study on MiniArc and Monarc slings; Int Urogynecol J (2010) 21:773-778

De Souza A. Sexual function following retropubic TVT and transobturator Monarch sling in women with intrinsic sphincter deficiency: a multicentre prospective study .; Int Urogynecol J (2012) 23:153-158

de Tayrac R, Deffieux X, et al. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence.; American Journal of Obstetrics and Gynecology,190:602-8 ,01-Mar-04

de Tayrac R, Deffieux X, et al. A transvaginal ultrasound study comparing transobturator tape and tension-free vaginal tape after surgical treatment of female stress urinary incontinence.; Int Urogynecol J (2006) 17: 466-471

de Tayrac R, Deffieux X, Gervaise A et al: Long term anatomical and functional assessment of trans vaginal cystocele repair using polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Sep;17(5):483-8.

de Tayrac R, Droupy S, et al. A Prospective Randomized Study Comparing TVT and Transobturator Suburethral Tape (TOT) for the Surgical Treatment of Stress Incontinence; ICS Abstract #344,,05-Oct-03

De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.;

De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.

De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

de Tayrac R, Letouzey V. Basic Science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. Int Urogynecol J. 2011 Jul;22(7):775-80.

de Tayrac R, Picone O, et al. A 2-year anatomical and functional assessment oftransvaginal rectocele repair using a polypropylene mesh. Int Urogynecol J (2006) 17: 100-105.

De Tayrac, Deffieux X et al: A prospective randomized trial comparing tension free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602-8.

de Tayrac, R et al.. Long-term anatomical and functional assessment of trans- vaginal cystocele repair using a tension-free polypropylene mesh.; Int Urogynecol J (2006) 17: 483-488.

Debodinance P, Berrocal J, Clave H: Changing attitudes on the surgical treatment of urogential prolapse: birth of the tension-free vaginal mesh. J Gynecol Obstet Biol Reprod (Paris). 2004 Nov;33(7):577-88. (original manuscript in French only. Only have English abstract.)

Debodinance P, Cosson M, Collinet P et al: Synthetic meshes for transvaginal surgical cure of gential prolapse: evaluation in 2005. J Gynecol Obstet Biol Reprod (Paris). 2006 Sep;35(5 Pt 1):429-54.

Debodinance P, Engrand J. Development of better tolerated prosthetic materials: applications in gynecological surgery. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):527-40. .

Debodinance P, Lagrange E, Amblard J, Jacquetin B (2007) TVT SECUR: more and more minimal invasive-preliminary prospective study on 40 cases. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S136

Debodinance P, Lagrange E, Amblard J, Lenoble C, Lucot JP, Villet R et al (2008) TVT Secur: more and more minimally invasive. Preliminary prospective study of 110 cases. J Gynecol Obstet Biol Reprod (Paris) 37:229–236.

Deffieux X, Daher N, et al. Transobturator TVT-O versus retropubic TVT:  results of a multicenter randomized controlled trial at 24 months follow-up; Int Urogynecol J. 2010 Nov;21(11):1337-45.

Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.

Deffieux X, Huel C, De Tayrac R et al: Vaginal mesh extrusion after transvaginal repair of cystocele using a prosthetic mesh: Treatment and functional outcomes. J Gynecol Obstet Biol Reprod (Paris). 2006 Nov;35(7):678-84.

Del Rosario J. Urena R. Manduley A. Cordoba L. Chronic pelvic pain as a complication of cystourethropexy with tension free vaginal tape. Arch Esp Urol. 59(5):533-5, June 2006.

Delorme E, Droupy S, et al. Transobturator tape (Uratape): a new minimally-invasive procedure to treat female urinary incontinence; European Urology,45:203-7 ,01-Feb-04

Delorme E. Transobturator urethral suspension:  mini-invasive procedure in the treatment of stress urinary inccontinence in women; Prog Urol 2001 Dec; 11(6):1306-13

Demirkesen, O, et al. Are the effectiveness and complication rates of transoburator and tension-free vaginal tape similat?; Türk Üroloji Dergisi: 34(4): 456-462, 2008

Demirkesen, O. Does vaginal anti-incontinence surgery affect sexual satisfaction? A comparison of TVT and Burch –colposuspension.; Int Braz J Urol. 2008 Mar- Apr; 34 (2):214-9

Deng M, Chen G, et al. A Study on In Vitro Degradation Behavior of a Poly(glycolide-co-L-lactide) Monofilament; Acta Biomaterialia,4:1382-91,11-Apr-08

Deng, DY, et al. Presentation and management of major complications of midurethral slings:  are complications under-reported?; Neurourol and Urodyna (2007) 26: 46-52

Deprest J, Zheng F, Konstantinovic M et al (2006) The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J 17:S16–S25.

Deprest, et al.. The need for preclinical research on pelvic floor reconstruction; BJOG 2013; 120:  141-143

DeSouza R, Shapiro A, et al. "Adductor brevis myosistis following transobturator tape procedure: a case report and review of the literature."; Int Urogyn J 2007;18:817-820

Detollenaere, RJ., et al. Short Term Anatomical Results of a Randomized Controlled Non Inferiority Trial Comparing Sacrospinous Hysteropexy and Vaginal Hysterectomy in Treatment of Uterine Prolapse Stage 2 or Higher2; Int Urogynecol J (2013) 24 (Suppl 1): S1-S152

Deval B and Haab F.. Management of the complications of the synthetic slings.; Current Opinion in Urology

Deval B, Birsan A, et al. Objective and Subjective Cure Rates After Tension-free Vaginal Tape for Treatment of Urinary Incontinence.; Urology,58: 702-706 ,01-Nov-01

Di Piazza L, Piroli Torelli D,et al. Complications in short suburethral sling positioning.; Int Urogyn J 2009;20(Suppl 3):S403-404 IUGA Abst 430

Diallo S, Cour F, et al. Evaluating single-incision slings in female stress urinary incontinence: The usefulness of the CONSORT statement criteria.; Urol 2012;80:535-541

Dietz H, Vancaillie P, Svehla M. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct;14(4):239-43.

Digesu G, Chaliha C, Salvatore S et al: The relationship of vaginal prolapse severity to symptoms and quality of life. BJOG July 2005 vol. 112:971-976.

Dindo D, Demartines N, Clavien P: Classification of surgical complications: a new proposal with evaluation in a cohort of 6336 patients and results of a survey. Ann Surg. 2004 Aug;240(2):205-13

Diwadkar G, Barber M, Feiner B, et al. Complications and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol. 2009 Feb;113(2 Pt 1):367-73.;

Dobson A, et al. Trans-obturator surgery for stress urinary incontinence: 1-year follow-up of a cohort of 52 women; Int Urogynecol J (2006) Accepted 6 March 2006

Dora C, DiMaro D, Zobitz, M, Elliott, D: Time dependent variations in biochemical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosal, polypropylene mesh and autologous fascia in the rabbit model: Implications for sling surgery. Journal of Urology Vol. 171, 1970–1973, May 2004.

Drahoradova P, Masata J, et al. Comparative Development of Quality of Life Between TVT and Burch Colposuspension; Proceedings of the 34th Annual Meeting of the International Continence Society and the International UroGynecological Association August 25-27; Paris, France (, 2004) Abstract 278

Drahoradova P,. Longitudinal trends with improvement in quality of life after TVT, TVT O and Burch colposuspension procedures.; Med Sci Monit. 2011; 17(2):CR67-72

Drews RC. Polypropylene in the human eye; Am Intra-Occular Implant Soc J 1983 Spring 9:137-142

Duckett J, Baranowski A. Pain after suburethral sling insertion for urinary stress incontinence; Int Urogynecol J (2013) 24:195-201

Duckett JR, Jain S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int 2005;95(1):95–7

DukeMedicine. Alert - Pelvic floor disorders Incontinence and vaginal prolapse; DukeMedicine

Dunn GE, et al. Changed Women:  The Long-Term Impace of Vaginal Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 131-136

Dunn, G., Hansen, B., Egger, M., Nygaard, I., Sanchez-Birkeah, A., Hsu, Y., Clark, L. "Changed Women: The Long-Term Impact of Vaginal Mesh Complications." *Female Pelvic Medicine & Reconstructive Surgery* (2014). Volume 20, Number 3.

Duong TH, Taylor D, et al. A Multicenter Study of Vesicovaginal Fistula Formation Following Cystotomy During Hysterectomy for Benign Indications; Felmale Pelvic Med & Reconstruc Surgery (2010)16(2) Supp S5-S43

Dwyer P: Ulf Ulmsten (1938–2004) leader and innovator in urogynaecology. Int Urogynecol J (2004) 15: 221–222.

Dwyer, PL. Editorial The 75% rule:  all stress incontinence procedures are alike; Int Urogynecol J (2011) 22:769-770

Dykorn O, Kulseng-Hanssen S: TVT compared with TVT-O and TOT: results from the Norwegian National Incontinence Registry. Int Urogynecol J (2010) 21:1321–1326.

EAU 2009:. Single-incision mid-urethral sling has high cure rate for stress urinary incontinence.; Medscape Mar 31, 2009.

EAU. Guidelines on Surgical Treatment of Urinary Incontinence; Published online 6 November 2012

Ek M, Altman D, Falconer C et al: Effects of anterior trocar guided-transvaginal mesh surgery on lower urinary tract symptoms. Neurourol Urodyn. 2010 Nov;29(8):1419-23

Ek M, Tegeerstedt G, Falconer C et al: Urodynamic assessment of anterior vaginal wall surgery: a randomized comparison between colporraphy and transvaginal mesh. Neurourol Urodyn. 2010 Apr;29(4):527-31.

Eland IA, et al. Attitudinal surgey of volunatry reporting of adverse drug reactions; Br J Clin Pharmacol (1999) 48, 623-627

El-Barky E, El-Shazly A, et al. Tension free vaginal tape versus Burch colposuspension for treatment of stress urinary incontinence.; Int Urol Nephrol. 2005;37(2):277-81

El-Hefnawy AS, Wadie BS, et al. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT?; Int Urogynecol J. 2010 Aug;21(8):947-53

Ellington DR and Richter HE.. Indications, Contraindications, and Complications of Mesh in Surgical Treatment of Pelvic Organ Prolapse; Clincial Obstetrics & Gynecology,56:276-88,01-Jun-13

Elliott DS. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul; 22(4):276-81.

Elmer C Altman D, Engh M et al: Trocar-guided transvaginal mesh repair of pelvic organ prolapse.  Obstet Gynecol. 2009 Jan;113(1):117-26

Elmer C, Blomgren B, Falconer C et al: Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery.  J Urol. 2009 Mar;181(3):1189-95.

Elmer C, Falconer C, Hallin A et al: Risk factors for mesh complications after trocar guided transvaginal mesh kit repair of anterior vaginal wall prolapse. Neurourol Urodyn. 2012 Apr 19. doi: 10.1002/nau.22231.

Elser, D. New Options for Stress Urinary Incontinence; The Female Patient, Supp. Aug. 2009

Elzevier H, Putter H et al: Female sexual function after surgery for stress urinary incontinence: transobturator suburethral tape vs. tension fre vaginal tape obturator. J Sex Med. 2008 Feb;5(2):400-6. Epub 2007 Nov 27

Endo M, et al. Mesh contraction: in vivo documentation of changes in apparent surface area utilizing meshes visible on magnetic resonance imaging in the rabbit abdominal wall model; Int Urogynecol J (2014) 25:737-743

Enzelsberger H, Schalupny J, et al. TVT versus TOT - A prospective randomized study for the treatment of female stress urinary incontinence at a followup of 1 year [German].; Geburtsh Frauenheilk 65:506-511

Eschenbach et al:  Prevalence of hydrogen peroxide-producing Lactobacillus species in normal women and women with bacterial vaginosis. J Clin Microbiol. Feb 1989; 27(2): 251–256.

Ethicon, iNC. 2012. Sacrocolpopexy with ARTISYN™ Y-Shaped Mesh, Sales Process; ETH.MESH.08114911 - ETH.MESH.08114934

Falagas M, Velakoulis S, Iavazzo C, et al. Mesh-related infections after pelvic organ prolapse repair surgery. Eur J Obstet Gynecol Reprod Biol. 2007 Oct;134(2):147-56.

Falconer, C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S19-S23

Farrell S, Dempsey T, Geldenhuys L: Histological examination of "fascia" used in colporrhaphy. Obstet Gynecol. 2001 Nov;98(5 Pt 1):794-8

Farrell SA,. The evaluation of stress incontinence prior to primary surgery; J obstet Gynaecol Can 2003;25(4):313-8

Fattah MA, Sivanesan K. Ramsay I. Pringle S. Bjornsson S. How common are tape erosions?  A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU international. 594-598, 2006.

Fatton R, Amblard P, Debodinance P.  Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique)--a case series multicentric study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):743-52.

FDA Blue Book.  Device Labeling Guidance #G91-1 (blue book memo) 1991.  last updated 5/09.

FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence. http://www.fda.gov/medicaldevices/safety/alertsandnotices/publichealthnotifications/ucm061976.htm

FDA. §801.63 Medical devices; warning statements for devices containing or manufactured with chlorofluorocarbons and other class I ozone-depleting substances; 2014 Food and Drug Administration, HHS §801.63

FDA. FDA's Role and Activities; FDA webpage 4/29/2014

FDA. Surgical mesh for treatment of women with pelvic organ prolapse and stress urinary incontinence; FDA Executive Summary 2011

Feifer A and Corcos J.. The use of synthetic sub-urethral slings in the treatment of female stress urinary incontinence.; Int Urogynecol J (2007) 18:1087-1095

Feiner B and Maher C.. Vaginal mesh contraction: definition, clinical presentation, and management.; Obstetrics & Gynecology,115:325-30 ,01-Feb-10

Female Urology, Urogynecology and Voiding Dysfunction. Edited by Vasavada, Appell, Sand, Raz. 2005 Edition.

Feng CL, Chin HY, Wang KH.. Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Oct;19(10):1423-7. doi: 10.1007/s00192-008-0658-z. Epub 2008 May 31.

Feola A, Moalli PA, et al. Stress-Shielding the impact of Mesh Stiffness on Vaginal Function; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Feola A, Moalli P et al: Characterizing the ex vivo textile and structural properties of synthetic prolapse mesh products. Int Urogynecol J (2013) 24:559–564.

Feola, A.. Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh; BJOG An International Journal of Obstetrics and Gynaecology 2013

Firoozi F and Goldman HB.. Pure transvaginal excision of mesh erosion involving the bladder; The International Urogynecology Journal,,04-Apr-13

Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6

Fischer A, Fink T, et al. Comparison of retropubic and outside-in transoburator sling systems for the cure of female genuine stress urinary incontinence; European Urology,48:799-804,15-Aug-05

Fisher H, Lotze P: Nerve injury locations during retropubic sling procedures. Int Urogynecol J (2011) 22:439–441.

Flam F, Boijsen M, and Lind F.. Necrotizing fasciitis following transobturator tape treated by extensive surgery and hyperbaric oxygen.; Int Urogynecol J (2009) 20:113-115

Fletcher AP. Spontaneous adverse drug reaction reporting vs event monitoring: a comparison; J Royal Society Med (1991) 84: 341-344

Flock F, Reich A, et al. Hemorrhagic complications associated with tension-free vaginal tape procedure.; Obstetrics & Gynecology,104:989-94,01-Nov-04

Flood CG, et al. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles; Int Urogynecol J Pelvic Floor Dysfunct 1998; 9(4): 200-4

Food and Drug Administration (FDA).. FDA executive summary. Surgical mesh for the treatment of women with pelvic organ prolapsed and stress urinary incontinence.; Obstetrics and Gynecology Devices Advisory Committee Meeting,, 9/8/2011

Food and Drug Administration (FDA).. FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse.; 40737

Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

Foote J, et al. Referral Patterns and Complications of Midurethral Slings; Abstract 843

Ford, et al. Mid-urethral slin operations for stress urinary incontinence in women. 2015 The Cochrane Collaboration.

Freeman R, Holmes D, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence - a multi-centre randomised controlled trial; Int Urogynecol J. 2011 Mar;22(3):279-86

Frenkl TL, Rackley RR, et al. Management of Iatrotgenic Foreign Bodies of the Bladder and Urethra Following Pelvic Floor Surgery; Neuro and Urodynam (2008)27:491-495

Funk MJ, Siddiqui NY, et al. Long-term Outcomes After Stress Urinary Incontinence Surgery; Obstetrics & Gynecology,120:83-90,01-Jul-12

Gabriel B, Rubod C, Brieu M, Dedet B, de Landsheere L, Delmas V, Cosson M. Vagina, abdominal skin, and aponeurosis: do they have similar biomechanical properties? Int Urogynecol J. 2011 Jan;22(1):23-7. Epub 2010 Aug 27.)

Galloway N, Davies N, Stephenson TP. The complications of colposuspension. Br J Urol 1987;60:122–124.

Gamble T, et al. Predicting persistent dstrusor overactivity after sling procedures; Int Urogynecol J (2008) 19 (Suppl 1): S64-S65

Gangam N, Kanee A: Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol. 2007 Aug;110(2 Pt 2):463-4.

Ganj F, Ibeanu O, Bedestani A et al: Complication of transvaginal monofilament polypropylene mesh in POP repair. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):919-25. Epub 2009 Apr 7.

GAO. Medical Devices FDA Should Take Steps to Ensure That High-Risk Device Types Are Approved through the Most Stringent Premarket Review Process; GAO Report to Congressional Addressees January 2009

Garber, AM. Modernizing Device Regulation; N Engl J Med (2010) 362:13: 1161-1163

Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542

Gauruder-Burmester A, Koutouzidou P et al: Effect of vaginal polypropylene mesh implants on sexual function. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):76-80.

Gebhart JB, Dixon DA, et al. Three-year outcomes of Uretex Urethral Support System for treatment of stress urinary incontinence; The International Urogynecology Journal,19:1075-9,28-Feb-08

Geoffrion R, et al. Closing the Chapter on Obtape: a case report of delayed thigh abscess and a literature reivew; J Obstet Gynaecol Can 2008; 30(2): 143-147

Gerstenbluth, RE., et al. Simultaneous Urethral Erosion of Tension-Free Vaginal Tape and Woven Polyester Pubovaginal Sling; J Urol. 2003, Aug; 170 (2 Pt 1): 525-6

Ghadimi BM, Langer C, Becker H (2002) The carcinogenic potential of biomaterials in hernia surgery. Chirurg 73(8):833–837.

Ghezzi F, Serati M, Cromi A, Uccella S, Triacca P, Bolis P. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Jan;17(1):54-9. Epub 2005 Jun 23

Gilberti C, et al. Transobturator Tape for Treatment of Female Stress Urinary Incontinence: Objective and Subjective Results After a Mean Follow-up of Two Years.; Urology 2007;69:703-707

Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery* . Humana Press, 2013.

Gomelsky A, et al. Biocompatibility Assessment of synthetic sling materials for female stress urinary incontinence; J Uro (2007)178:1171-1181

Greca FH. The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the repair of abdominal defects. Experimental study in dogs.; Hernia. (2001); 5: 59-64.

Green J, Buencamino D, et al. A comparison of the transobturator tape and transabdominal tension free vaginal tape procedures for the surgical treatment of stress urinary incontinence; Presented at the 35th Annual Meeting of the International Continence Society, 28th August-2nd September 2005, Montreal, Canada.

Greenwald D, Shumway S, et al. Mechanical Comparison of 10 Suture Materials Before and After in Vivo Incubation; J Surg Research 1994; 56:372-377

Gristina, A.G.. (1987). Biomaterial-centered infection: microbial adhesion versus tissue integration.; Science, 237:1588-1595.

Groah S et al: Excess
risk of bladder cancer in spinal cord injury: evidence for an association between indwelling catheter use and bladder cancer. Arch Phys Med Rehabil. 2002 Mar;83(3):346-51.

Groutz A, Cohen A, et al. The safety and efficacy of the ""inside-out"" trans-obturator TVT in elderly versus younger stress-incontinent women: a prospective study of 353 consecutive patients.; Neurourol Urodyn. 2011 Mar;30(3):380-3. doi: 10.1002/nau.20976.

Groutz A, Levin I, Gold R, et al. """Inside-out"" transobturator tension-free vaginal tape for management of occult stress urinary incontinence in women undergoing pelvic organ prolapse repair."; Urology. 2010 Dec;76(6):1358-61. doi: 10.1016/j.urology.2010.04.070. Epub 2010 Oct 25.

Groutz A, Rosen G, Gold R, et al. Long-term outcome of transobturator tension-free vaginal tape: efficacy and risk factors for surgical failure.; J Womens Health (Larchmt). 2011 Oct;20(10):1525-8. doi: 10.1089/jwh.2011.2854. Epub 2011 Aug 5.

Guerrero KL, Emery SJ, et al. "A randomised controlled trial comparing TVT, Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women "; BJOG 2010 Nov;117(12):1493-502.

Guidoin R, Chakfe N. Aneurysmal Deteroration of Arterial Substitutes; Current Therapy in Vascular Surgery 2: 324-328

Gurshumov EL. Mapper AS. Siercki AR. Small bowel perforation in a hernia sac after TVT placement at the time of Colpocleisis. Int Urogynecol J, July 2009.

Haferkamp, A., et al. Urethral Erosion of Tension-Free Vaginal Tape; J Urol. 2002;167(1): 250

Halaska, M., Maxova, K., Sottner, O., Svabik, K., Mlcoch, M., Kolarik, D., Mama, I., Krofta, L., Halaska, M. A multicenter, randized prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. American Journal of Obstetrics and Gynecology; 2012

Hamilton B, McCrery R: Dyspareunia and mesh erosion after vaginal mesh placement with a kit procedure. Obstet Gynecol 2008, 4:969-975

Hammad FT, et al. Erosions and Urinary Retention Following Polypropylene Synthetic Sling:  Australasian Surgey; Eur Urol 47 (2005) 641-647

Hammad FT. TVT can also cause urethral diverticulum . International Urogynecological Journal . 18:467- 469, 2007.

Hammett J, et al. Short-term surgical outcomes and characteristics of patients with mesh complications from pelvic organ prolapse and stress urinary incontinence surgery2; Int Urogynecol J (2014) 25:465-470

Han H, Shukiman I, Lee L (2007) TVT SECUR in treating female stress urinary incontinence: early experience. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S184–S185.

Han WHC.. Burch colposuspension or tension-free vaginal tape for female urinary incontinence? (Abstract).; International Urogynecology Journal and Pelvic Floor Dysfunction

Handa VL, et al. Banked human fascia lata for the suburethral sling procedure:  a preliminary report; Obstet Gynecol 88(6): 1045-9 1996 Dec

Hansen BL, et al. Long-Term Follow-up of Treatment for Synthetic Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 126-130

Harding CK, et al. A prospective study of surgeon and patient-perceived outcome following transobturator tape insertion for treatment of urodynamic stress incontinence; Br J Med and Surg Urol (2009) 2, 197-201

Hartung DM, et al. Reporting Discrepancies between clinicaltrials.gov results database and peer-reviewed publications; Ann Intern Med 2014;160:477-483

Hassan MF, et al. Treatment success of transobturator tape compared with tension free vaginal tape for stress urinary incontinence at 24 months: a randomized controlled trial; Open J Obstet and Gynecol, 2014, 4, 169-175

Hawker et al: Measures of Adult Pain. Arthritis Care & Research. Vol. 63, No. S11, November 2011, pp S240 –S252

Haylen, BT, et al. An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) and grafts in female pelvic fl; Neurourology and Urodynamics,30:2-12,01-Jan-11

Hay-Smith J, Berghmans B, Burgio K, et al. Adult Conservative Management. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 1025–1120.

Hazell L, et al. Under-reporting of adverse drug reactions a systematic review; Drug Safety 2006; 29(5) 385-396

Hazenwinkel M, Hinoul P et al: Persistent groin pain following a transobturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):363-5. Epub 2008 Sep 4.

Health Canada. Health Canada Warns of Serious, Life-Altering Complications Associated with Transvaginal Mesh _ NewsInferno; http://www.newsinfero.com/health-canada-warns

Heesakkers JP. Vierhout ME. Some complications of tension-free midurethral tapes for the treatment of stress incontinence in women. Ned Tijdschr Geneeskd. 151(24):1361-6, June 2007.

Heinonen, P.. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome; International Journal of Urology (2012) 19, 1003-1009

Heise, CP, et al. Mesh Inguinodynia: A New Clinical Syndrome After Inguinal Herniorrhaphy?; J Am Coll Surg. 1998 Nov; 187(5): 514-8

Heniford, B.T.. """The benefits of lightweight meshes in Ventral Hernia Repair in Ventral Hernia Repair"""; Video produced by Ethicon. 2007

Herbertsson G, Iosif CS. Surgical results and urodynamic studies 10 years after retropubic colporurethropexy. Acta Obstet Gynecol Scand 1993;72:298–301.

Hernádez-Gascón B, et al. Mechanical behaviour of synthetic surgical meshes: Finite element simulation of the herniated abdominal wall; Acta Biomaterialia 7 (2011) 3905-3913

Hilger W, Walter A, Zobitz M et al: Histological and biomechanical evaluation of implanted graft materials in a rabbit vaginal and abdominal model. Am J Obstet Gynecol 2006; 195:1826-31.

Hilton P. Long-term follow-up studies in pelvic floor dysfunction: the Holy Grail or a realistic aim?; BJOG 2008; 115: 135-143

Hilton, P., et al. Postural Perineal Pain Associated With Perforation of the Lower Urinary Tract Due to Insertion of a Tension-Free Vaginal Tape; BJOG (2003) 110: 79-82

Hiltunen R, Takala, T, Heiskanen E et al: Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol. 2007 Aug;110(2 Pt 2):455-62.

Hines, Jonas Zajac, et al.. Left to Their Own Devices: Breakdowns in United States Medical Device Premarket Review; PLOS Med 7(7): e1000280 July 13, 2010

Hinoul P, Bonnet P, Krofta L,et al. An anatomic comparison of the original versus a modified inside-out transobturator procedure; Int.Urogynecol J(2011) 22(8) 997-1004

Hinoul P, et al. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence; J Urology 2011 (185): 1356-1362

Hinoul P, et al. TVT obturator system versus TVT secur: arandomized controlled trial, short term results; Int Urogynecol J (2009) 20:S213

Hinoul P, Ombelet W, Matthe P et al: A prospective study to evaluate the anatomic and functional outcome of a transobturator mesh kit (Prolift Anterior) for symptomatic cystocele repair. J Minim Invasive Gynecol 2008;15(5):615-620.

Hinoul P, Roovers JP, et al. Surgical management of urinary stress incontinence in women: A historical and clinical overview.; Eur J Obstet Gyn Reprod Biol 2009;145:219-225

Hinoul P, Vanormelingen L et al: Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J Pelvic Floor Dysfunction 2007;18:1201-6.

Hogston P. Single surgeon experience with 125 trans-obturator sling procedures; Int Urogynecol J (2011) 22 (Suppl 3) S1947

Hokenstad ED, et al. Health-related quality of life and outcomes after surgical treatment of complications from vaginally placed mesh; Female Pelvic Med Reconstr Surg 2015;21: 176-180

Holmgren, C. Quality of life after tension-free vaginal tape surgery for female stress incontinence; Scandinavian Journal of Urology and Nephrology, 2006; 40: 131-137

Hong MK, Liao CY, et al. Internal Pudendal Artery Injury during Prolapse Surgery Using Nonanchored Meesh; J Min Invas Gynecol (2011) 18, 678-681

Hota L, Hanaway K et al: TVT-Secur (Hammock) versus TVT-Obturator: A randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg. 2012 ; 18(1): 41–45

Hou JC, et al. Outcome of Transvaginal Mesh and Tape Removed for Pain Only; The Journal of Urology Vol 192, 856-860, September 2014

Howden NS, Zyczynski HM, et al. Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes; The American Journal of Obstetrics & Gynecology,194:1444-9,31-Mar-06

Hsiao SM, et al. Sequential comparisons of postoperative urodynamic changes between retropubic and transobturator midurethral tape procedures; World J Urol 2008 Dec;26(6):643-8

Hubka P, Masata J et al: Anatomical relationship and fixation of tension free vaginal tape Secur. Int Urogynecol J (2009) 20:681–688

Hubka P, Masata J, Nanka O, et al. Possible complications of the TVT-S vaginal tape in the H-position.; ICS Abstract #286,,00-Jan-00

Hubka P, Nanka O et al: TVT-S in the U-position--Anatomical study. Int Urogynecol J (2011) 22:241–246.

Hubka P, Svabik K et al: A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure: two cases of contact of TVT-S with the corona mortis during cadaver study. Int Urogynecol J (2010) 21:1179–1180.

Huffaker RK. Yandell PM. Shull BL. Tension-free vaginal tape bowel perforation. Int Urogynecol Journal, 2009.

Hurtado EA, Appell RA. Management of complications arising from transvaginal mesh kit procedures: a tertiary referral center's experience; Int Urogynecol J (2009) 20:11-17

Iakovlev V, et al. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications Mesh Is Not Inert; ICS Abstract 228, 2014

Iakovlev V, Guelcher S, et al. In vivo degradation of surgical polypropylene meshes:  A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

Iakovlev V, Mekel G, Blaivas J. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications:  Mesh Is Not Inert; ICS.org abst 228 Study St Michael's Hospital, Univ. Toronto

Iakovlev V. Explanted surgical meshes:  what pathologists and industry failed to do for 50 years; Virchows Arch (2014) 465 (Suppl 1):S1-S379

Iakovlev VV, Carey ET, Steege J. Pathology of Explanted Transvaginal Meshes2; Accepted Abstract

Iakovlev VV, et al. Pathology of Explanted Transvaginal Meshes; Int J Med Health Pharmaceu and Biomedical Engineering 2014, (8)9: 510-513

Iakovlev, V., et al. OFP-13-001 In vivo degradation of surgical polypropylene meshes:  A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

ICS. ICS Fact Sheets A Background to Urinary and Faecal Incontinence Prepared by the Publications & Communications Committee; 42198

Iglesia C, Sokol A, Sokol E, et al. Vaginal mesh for prolapse: a randomized controlled trial.  Obstet Gynecol. 2010 Aug;116(2 Pt 1):293-303.

Iglesia CB, et al. The use of mesh in gynecologic surgery; Int Urogynecol J (1997)8:105-115

Iglesia CB. Pelvic Organ Prolapse Surgery: Long-term Outcomes and Implications for Shared Decision Making; The Journal of American Medical Association,309:2045-6,15-May-13

Iglesia, CB. Stop Using Synthetic Mesh for Routine Repair of Pelvic Organ ProlapseStart Performing Native Tissue Repairs and Reserve Mesh for Selective Cases; OBG Management 2013; 25: 24-25

Ignjatovic I, Stosic D: Retrovesical haematoma after anterior Prolift procedure for cystocele correction. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Dec;18(12):1495-7. Epub 2007 Jun 29.

IUGA. Stress Urinary Incontinence A Guide for Women; IUGA 2011

Jaburek L, Jaburkova J, et al. Risk of haemorrhagic complications of retropubic surgery in females: anatomic remarks; Biomedical Papers of the Medical Faculty of the University Palacky, Olomouc, Czech Republic,155:75-7,01-Mar-11

Jacquetin  B, Caquant F, Collinet P:  Prolene Soft Mesh for POP surgical treatment - a prospective study of 264 patients. (ABSTRACT ONLY)

Jacquetin  B, Fatton B, Rosenthal C et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J. 2010 Dec;21(12):1455-62.

Jacquetin B, Cosson M, Lucente V et al: Prospective clinical assessment of the transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse-one year results of 175 patients.  (Abstract  #291: Presentation International Continence Society 2006).

Jacquetin B, Cosson M: Complications of vaginal mesh: our experience. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):893-6.

Jallah, Z., et al. The impact of prolapse mesh on vaginal smooth muscle structure and fuction. 2015 Royal College of Obstetricians and Gynaecologists.

Jeffery S, Nieuwoudt A: Beyond the complications: medium-term anatomical, sexual and functional outcomes following removal of trocar-guided transvaginal mesh. a retrospective cohort study. Int Urogynecol J. 2012 Apr 20. Epub ahead of print.

Jelovsek JE, Barber MD, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up; BJOG,115:219-25; discussion 225,01-Jan-08

Jha S. Radley S. Farkas A. Jones G. The impact of TVT on sexual function. Int Urogynecol Journal 20: 165-169, 2009

Jha, Swati. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis; J Sex Med 2012; 9: 34-43

Jia X, Glazener C, Mowatt G, et al. Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systemic review and meta-analysis. BJOG 2008 Oct;115(11):1350-61.

Joint Meeting of the International Continence Society and the International Urogynecological Association August 23-27, 2010 Toronto, Canada.  Poster Presentation.

Jones K, Moalli P et al:  Tensile Properties of Commonly used prolapse meshes.  Int Urogynecol J Pelvic Floor Dysfunct. 2009 July ; 20(7): 847–853.

Jongebloed, WL, et al.. Degradation of Polypropylene in the Human Eye:  A Sem-Study; Doc Ophthalmol,Vol 64, No. 1, pp. 143-152, 1986

Jonsson Funk M, Siddiqui NY, et al. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors; Am J Obstet Gynecol 2013; 208:73.e1-7

Julia JJ, et al. Long term experinece in 72 patients with the Advantage® sling system; www.bostonscientific.com/gynecology

Julian TM.. The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall.; The American Journal of Obstetrics and Gynecology,175:1472-5,01-Dec-96

Jun KK, Oh S, et al; Long-term clinical outcomes of the tension-free vaginal tape procedure for the treatment of stress urinary incontinence in elderly women over 65. Korean J Urol. 2012 Mar;53(3):184-8. doi:

Jung HC, Kim JY, Lim HS, et al.. Three-year Outcomes of the IRIS procedure for Treatment of Female Stress Urinary Incontinence: Comparison with TVT Procedure.; J Korean Med Sci. (2007); 22: 497-501.

Junge, K., Rosch, R. Klinge, U.et a. Risk factors related to recurrence in inguinal hernia repair:  a retrospective analysis.; Hernia (2006)10: 309-315.

Kaelin-Gambirasio I, Jacob S,et al. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up.; BMC Womens Health. 2009 Sep 25;9:28. doi: 10.1186/1472-6874-9-28.

Kane AR, et al. Midurethral Slings for Stress Urinary Incontinence; Clinical Obstetrics and Gynecol (2008) 51(1): 124-134

Kang D., et al. MP75-16 Patient Quality of Life AFter Removal of Vaginal Mesh; Urology J Vol 191, No. 4S e879

Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomised study. Aust N Z J Obstet Gynaecol. 2009 Feb;49(1):99-105.

Karram M, Lucente V, Khandwala S, Nilsson C, Artibani W, Dmochowski R (2007) An evaluation of the Gynecare TVT Secur system (tension-free support for incontinence) for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S3

Karram MM, Segal JL, et al. Complications and untoward effects of the tension-free vaginal tape procedure.; Obstetrics and Gynecology,101:929-32. ,01-May-03

Karsenty G, et a. Severe soft tissue infection of the thigh after vaginal erosion of transobturator tape for stress urinary incontinence; Int Urogynecol J 2007;18:207- 221

Kasturi S, Diaz S, McDermott C et al: De novo stress urinary incontinence after negative prolapse reduction stress testing for total vaginal mesh procedures: incidence and risk factors. Am J Obstet Gynecol. 2011 Nov;205(5):487.e1-4. Epub 2011 Jul 20. .

Katz, S.. Bacterial adherence to surgical sutures: a possible factor in suture induced infections.; Ann Surg, 194:35-41

Kavvadias T, Klinge U, Schuessler. "Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence"; Hernia Repair Sequelae , editors, V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444

Kennelly MJ, et al. Prospective evaluation of a single incision sling for stress urinary incontinence; J Urology (2010)184: 604-609

Kessler, D: Introducing a New Approach to Reporting Medication and Device Adverse Effects and Product Problems: JAMA, June 2, 1993 – Volume 269, No 21

Khandwala S, Jayachandran C et al: Experience with TVT-Secur sling for stress urinary incontinence: a 141 case analysis. Int Urogynecol J (2010) 21:767–772.

Khandwala S, Jayachandran C: Transvaginal mesh surgery for pelvic organ prolapse--Prolift + M: a prospective clinical trial. Int Urogynecol J. 2011 Nov;22(11):1405-11

Khandwala S, Lucent V, et al. Preliminary Results of Peri-Operative and 3-Month Outcomes From a World-Wide Observational Registry of Tension-Free Vaginal Tapes in Women with Stress Urinary Incontinence; ICS Abstract 493

Khanuengkitkong S, et al. Delayed vaginal and urethral mesh exposure:  10 years after TVT surgery; Int Urogynecol J (2013) 24: 519-521

Killingsworth LB. Wheeler TL. Burgio KL . Martirosian TE. Redden DT. Richter HE. One year outcomes of tension free vaginal tape (TVT) mid- urethral slings in overweight and obese women . Int Urogynecol Journal 20: 1103-1108, 2009.

Kim J, Na Y, Lee J, Seo J. et al.. Comparative Study of Tension-free Vaginal Tape (TVT) and Suprapubic arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence.; V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444

Kim JY, Jung HC, Moon KH, et al. Comparisons of IRIS, TVT and SPARC Procedure for Stress Urinary Incontinence.; European Urology Supplement

Kim Y, Kim S, Kim W et al: Acute and serious myositis with abscess in thigh muscle after transobturator tape implantation. Int Neurourol J. 2010 Oct;14(3):182-5. Epub 2010 Oct 31.

King AB, Wolters JP, Klausner AP, Rapp DE.  Vaginal Symptoms and Sexual Function After Tension-free Vaginal Tape-obturator Placement: Minimum 12-Month Follow-up. Urology. 2013 Jan;81(1):50-4. Epub 2012 Nov 30.

Kjolhede, Preben. Long-term efficacy of Burch colposuspension: a 14 year follow-up study; Acta Obstet Gynecol Scand 2005: 84:767-772

Kjolhede, Preben. Prognostic factors and long-term results of the Burch colposuspension; Acta Obstet Gynecol Scand 1994; 73: 642-64

Klein-Patel M, et al. Ultra-lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Klinge U, et al. High structural stability of textile implants prevents pore collapse and preserves effective porosity at strain; BioMed Research Internal (2015) Art ID 953209; 1-7

Klinge U, Klosterhalfen B, Muller M et al:  Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

Klinge U, Klosterhalfen M, Muller A et al:  Shrinking of polypropylene mesh in vivo: an experiment study in dogs.  European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

Klinge U, Klosterhalfen M: Modified classification of surgical meshes for hernia repair based on the analysis of 1,000 explanted meshes. Hernia. 2012 Jun;16(3):251-8. Epub 2012 May 5.

Klinge U, Park J, Klosterhalfen B: The ideal mesh? Pathobiology 2013;80:169–175.

Klinge, U., et al. Do Multifilament Alloplastic Meshes Increase the Infection Rate?  Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model; J Biomed Mater Res 2002; 63:765-771

Klinge, U., et al. Shrinking of Polyproplene Mesh In Vivo:  An Experimental Study in Dogs; Eur J Surg. 1998: 164; 965-969

Klinge, U., Koch, A., Weyhe, D., Nicolo, E., Bendavid, R. and Fiebeler, A. (2014) Bias-Variation Dilemma Challenges Clinical Trials: Inherent Limitations of Randomized Controlled Trials and Meta-Analyses Comparing Hernia
Therapies. International Journal of Clinical Medicine, 5, 778-789. http://dx.doi.org/10.4236/ijcm.2014.513105

Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

Klosterhalfen B, Klinge U, Schumpelick V (2001) Carcinogenicity of implantable biomaterials. In: Bendavid R (ed) Abdominal Wall Hernias: principles and management. Springer, New York, pp 235–236.

Klosterhalfen B, Klinge U: Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction. J Biomed Mater Res B Appl Biomater. 2013 May 19. doi: 10.1002/jbmm.32958. [Epub ahead of print].

Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [Abstract] Chirurg 2000;71:43-51.

Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

Klutke C, Siegel S, Carlin B, et al:
Urinary retention after tension free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov;58(5):697-701.

Kobashi KC. Management of Erosion of Graft Materials in Pelvic Floor Reconstruction; The Scientific World J (2009) 9, 32-26

Kobashi, K, et al. Erosion of Woven Polyester Pubovaginal Sling; The Journal of Urology, Vol. 162, 2070-72 (Dec 1999)

Kobashi, K, et al. Management of Vaginal Erosion of Polypropylene Mesh Slings; The Journal of Urology, Vol. 169, 2242-2243 (June 2003)

Koch YK, Zimmern P, A critical overview of the evidence base for the contemporary surgical management of stress incontinence, Current Opinion in Urology, 2008 Jul; 18 (4): 370-6.

Kociszewski J. Tape Functionality: Sonographic Tape Characteristics and Outcome After TVT Incontinence Surgery; Neurourol Urodynam. 27.6 (2008): 485-490

Koelbl H, Halaska M,et al. Burch Colposuspension and TVT: Perioperative Results of a Prospective Randomized Trial in Patients with Genuine Stress Incontinence.; Neurourol Urodyn 22 (2003): 327.

Kölle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol. 2005;193:2045–9.

Kondo A, Isobe Y, Kimura K, et al. Efficacy, Safety and Hospital Costs of Tension-free Vaginal Tape and Pubovaginal Sling in the Surgical Treatment of Stress Incontinence.; J Obstet Gynaecol Res. 2006 Dec;32(6):539-44.

Koo et al: Pelvic Congestion Syndrome and pelvic varicosities. Tech Vasc Interv Radiol. 2014 Jun;17(2):90-5.

Koops, S, et al. What determines a successful tension-free vatinal tape? A prospective multicenter cohort study: Results from The Netherlands TVT database; Am J Obstet Gynecol (2006) 194. 65-74

Krambeck A, Dora C, Elliott D. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May;67(5):1105-10.

Krause H, Bennett M, Forwood M. Biomechanical properties of raw meshes used in pelvic floor reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1677-81

Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

Krauth JS, Rasoamiaramanana H,et al. Sub-urethral tape treatment of female urinary incontinence--morbidity assessment of the trans-obturator route and a new tape (I-STOP): a multi-centre experiment involving 604 cases; European Urology

Krlin R, Murphy A, Goldman H: Pro: the contemporary use of transvaginal mesh in surgery for pelvic organ prolapse. Curr Opin Urol. 2012 May 19. [Epub ahead of print]

Krofta L, et al. TVT and TVT-O for Surgical Treatment of Primary Stress Urinary Incontinence Prospective Randomized Trial.; Int Urogynecol J 2010;21:141-148

Krofta L, Feyereisl J et al: TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785

Kruger J, Dunning D: Unskilled and unaware of it: How difficulties in recognizing one's own incompetence lead to inflated self-assessments. J Pers Soc Psychol 1999 Dec;77(6):1121-34.

Kuhn A, Burkhard F, et al; Sexual function after suburethral sling removal for dyspareunia. Surg Endosc. 2009 Apr;23(4):765-8

Kuhn A, Burkhard F, et al; Sexual function after suburethral sling removal for dyspareunia. Surg Endosc. 2009 Apr;23(4):765-8.

Kuo HC.. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence; The Journal of Urology,65:163-8,01-Jan-01

Kuuva N and Nilsson CG.. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure; Acta Obstetricia et Gynecologica Scandinavica ,81:72-7,01-Jan-02

Kuuva, N, et al.. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women; Acta Obstetricia Gynecologica Scandanavica 2006(85: 4 482-87)

Kwon S, Latchamsetty K et al: Inflammatory myofibroblastic tumor of the urinary tract following a TVT. Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):249-51

Kwon SY, Latchamsetty KC, et al. Inflammatory Myofibroblastic Tumor of the Urinary Tract Following a TVT; Female Pelvic Medicine & Recontructive Surgery,18:249-51,01-Jul-12

L. Velemir, B. Fatton, B. Jacquetin: Mesh shrinkage: How to asses, how to prevent, how to manage. IUGA Como, Italy June 16-20, 2009

Labrie J, van der Graaf Y,et al. Protocol for physiotherapy OR TVT Randomised efficacy trial (PORTRET): a multicenter randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to s; BMC Women's Health 2009;9:24-32

Case 2:12-md-02327-00851-MO   Document 2092-5   Filed 04/21/16   Page 280 of 238   PageID #: 47789

Landsheere L, Ismail S, Lucot J et al: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7.

Langer et al: Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int urogynecol J. Pelvic Floor Dysfunction. 2001;12(5):323-6; discussion 326-7.

Lapitan MC, Cody JD, and et al. Open retropubic colposuspension for urinary incontinence in women.; Cochrane Database of Systematic Reviews ,CD002912,21-Jan-09

Larsson PG, Teleman P, Persson J (2010) A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure. Int Urogynecol J Pelvic Floor Dysfunct doi:10.1007/s00192-010-1103-7

LaSala C, Schimpf M: Occurrence of Postoperative hematomas after prolapse repair using a mesh augmentation system. Obstet Gynecol. 2007 Feb;109(2 Pt2):569-72.

Latthe PM, Foon R, and Toozs-Hobso. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications; BJOG 2007; 114:522-531

Latthe PM, Singh P, Foon R, et al. Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials.; BJUI 2009; 106:68-76

Laurikainen E, Valpas A, Kivelä A, Kalliola T, Rinne K, Takala T, Nilsson CG: Retropubic compared with transobturator tape placement in treatment of urinary incontinence: arandomized controlled trial. Obstet Gynecol. 2007 Jan;109(1):4-11.

Lawndy S, Withagen M, Kluivers et al: Between hope and fear: patient's expectations prior to pelvic organ prolapse surgery. Int Urogynecol J (2011) 22:1159-1163.

Lee D, Bacsu C, et al. Meshology: a fast-growing field involving mesh and/or tape removal procedures and their outcomes; Expert Rev. Med Devices Early online 1-16 (2014)

Lee D, Dillon B, Lemack G, et al. "Transvaginal Mesh Kits-- How ""Serious"" Are the Complications and Are They Reversible?"; Urology 81: 43-49, 2013

Lee KS, Choo MS, Lee YS, et al. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of femals stress urinary incontinence; Int Urogynecol J. (2008) 19:577-582.

Lee KS, Han DH, Choi YS, et al. A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up.; J Urology (2007) 177: 214-218

Letouzey V, Deffieux X, Gervaise A et al: Transvaginal cystocele repair using a tension-free polypropylene mesh: more than 5 years of follow-up. Eur J Obstet Gynecol Reprod Biol. 2010 Jul;151(1):101-5.

Levin I, Groutz A, Gold R, et al. Surgical Complications and Medium-term Outcome Results of Tension-free Vaginal Tape: A Prospective Study of 313 Consecutive Patients.; Neurology and Urodynamics ,23:7-9,01-Jan-04

Levy, B., et al. Best Options, Techniques, and Coding Tips for Pelvic Prolapse Repair; OBG Management Supp.Sept. 2007; S1-S12

Li B, Zhu L, Lang J, Fan R,et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China; J Min Invas Gynecol 2012; 19(2):201-205

Li X, et al.. Characterizing the ex vivo mechanical properties of synthetic polypropylene surgical mesh; J Mechanical Behavior Biomedical Materials (2014) 48-55

Liang R, Abramowitch S, et al. Vaginal Degeneration Following Implantation of Synthetic Mesh With Increased Stiffness; BJOG (2013); 120(2): 233-243

Liang R, et al. Impact of prolapse meshes on the metabolismof vaginal extracellular matrix in rhesusmacaque; Am J Obstet Gynecol 2015;212:174.e1-7.

Liang R, et al. Increasing stiffness of synthetic mesh negatively impacts vaginal connective tissue; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Liapis A, Bakas et al: Tension-free vaginal tape for elderly women with stress urinary incontinence. International Journal of Gynecology & Obstetrics Volume 1, Pages 48-51, January 2006.

Liapis A, Bakas G: Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190

Liapis A, Bakas P, et al. Tension-free Vaginal Tape for Elderly Women with Stress Urinary Incontinence.; International Journal of Gynecology & Obstetrics (2006) 92, 48-51

Liapis A, Bakas P, Giner M, et al. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence; Gynecol Obstetric Invest 62:160-164

Liapis A. Bakas P. Creatsas G. Long term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7- year follow up. Int Urogynecol J 19: 1509-1512, 2008.

Liebert T, Chartoff R, Costgrove S. Subcutaneous Implants of Polypropylene Filaments. J.Biomed. Mater. Res. 1976; 10:939-951, Williams D. Review Biodegradation of surgical polymers. Journal of Materials Science. 1982; 17:1233-1246

Lim J, Cornish A et al: Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG. 2006 Nov;113(11):1315-20.

Lim YN, et al. Do the Advantage slings work as well as the tension-free vaginal tapes?; Int Urogynecol J (2010) 21:1157-1162

Lim YN, Muller R, et al. "Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial."; Australian and New Zealand Journal of Obstetrics and Gynaecology,45:52-9,24-Feb-05

Lin A, Wang et al:  In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar;173(3):894-7.

Lindstrom D, Sadr Azodi O, Wladis A, et al. Effects of a perioperative smoking cessation intervention on postoperative complications: A randomized trial. Ann Surg 2008;248:739–45.

Lisa Rogo-Gupta, Shlomo Raz. "Pain Complications of Mesh Surgery." Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery* . Human Press, 2013. 87-105.

Litwiller JP, et al. Effect of lithotomy positions on strain of the obturator and lateral femoral cutaneous nerves; Clin Anat 2004 Jan; 17(1): 45-9

Litwiller, SE et al. Presentation Number: Poster 109 Long term efficacy and safety of the Obtryxtm (Boston Scientific Corp.) sling for treatment of stress urinary incontinence in a community setting:  an analysis of outcomes and quality of life; J Pelvic Med & Surg (2009) 12(5) 353

Liu PE, Su CH, Lau HH, et al. Outcome of tension-free obturator tape procedures in obese and overweight women.; Int Urogynecol J. 2011 Mar;22(3):259-63. doi: 10.1007/s00192-010-1311-1. Epub 2010 Nov 12.

Lopes E, Lemos N, Carramao S et al: Transvaginal polypropylene mesh versus  sacrospinous ligament fixation for the treatment of uterine prolapse: 1-year follow-up of a randomized controlled trial. Int Urogynecol J. 2010 Apr;21(4):389-94.

Lord HE, Taylor JD, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress urinary incontinence.; BJU International,98:367-76 (2006)

Lose G, et al:  Pad-weighing test performed with standardized bladder volume . Urology. 1988 Jul;32(1):78-80.

Lowder JL, Park AJ, Ellison R et al. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. Obstet Gynecol. 2008 Jan;111(1):152-7.

Lowman J, Woodman P et al: Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008 May;198(5):561.e1-4

Lowman J, Woodman P et al: Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008 May;198(5):561.e1-4.

Lowman JK, Woodman PJ, Nosti PA, et al. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008;198:561.e1–561.e4.

Lowry, F. EAU 2009 Single-incision mid-urethral sling has high cure rate for stress urinary incontinence; Medscape. Mar 31, 2009

Lucas M, Emery S, Alan W, et al. Failure of porcine xenograft sling in a randomised controlled trial of three sling materials in surgery for stress incontinence (Abstract).; Proceedings of the International Continence Society (34th Annual Meeting) and the International UroGynecological Association. 2004.

Lucas, M, Bosch, R, et al.. EAU Guidelines on Surgical Treatment of Urinary Incontinence; European Urology 62 (2012) 1118-1129

Lucente V,  Jacquetin B, Miller D, et al: Tranvaginal Mesh (TVM) An innovative approach to placing synthetic mesh transvaginally for surgical correction of pelvic support defects--perioperative safety results.  (abstract and video submission only)

Lucente V, Hale D, Miller D et al: A clinical assessment of Gynemesh PS for the repair of pelvic organ prolapse (POP). (Poster presentation only)

Lucente V, Miller D, Babin B: Prospective clinical assessment of the Total Vaginal Mesh (TVM) technique for treatment of pelvic organ prolapse (POP)  6 &12 month results. (ABSTRACT ONLY)

Lucente V, Molden, S, Barker, M, Karram, M, Point-Counterpoint: Transvaginal Placement of Synthetic Grafts to repair Pelvic Organ Prolapse, Current Bladder Dysfunction Reports, 2008.

Lucioni A, Rapp D, Gong E et al:  The surgical technique and early postoperative complications of the Gynecare Prolift pelvic floor repair system. Can J Urol. 2008 Apr;15(2):4004-8.

Mahdy A. Elmissiry M. Ghoniem GM. Urethral diverticulum after tension-free vaginal tape procedure: case report. Urology 72(2): 461.e5-461.e6, 2008.

Maher C, Feiner B, Baessier K, et al. Surgical management of pelvic organ prolapse in women.  The updated summary version Cochrane review.  Int Urogynecol J. 2011 Nov;22(11):1445-57. Epub 2011 Sep 17.

Maher C, Qatawneh A, et al. Laparoscopic Colposuspension or Tension-free Vaginal Tape for Recurrent Stress Urinary Incontinence and/or Intrinsic Sphincter Deficiency in a Randomized Controlled Trial.; Neurourol Urodyn 2004; 23:433-434

Mahmoud, W.M., Vieth, R.F., et al.. Migration of bacteria along synthetic polymeric fibers.; J Biomater Sci Polym Ed, 4(6):567-578

Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

Mansoor A, Védrine N et al. Surgery of female urinary incontinence using transobturator tape (TOT): a prospective randomised comparative study with TVT (Abstract).; Neurourology and Urodynamics 22.5 (2003): 88-88.

Marchionni M, Bracco G, Checcucci V: True incidence of vaginal vault prolapse.  Thirteen years of experience. J Reprod Med. 1999 Aug;44(8):679-84.

Marcus-Braun N, Bourret A, et al. Persistent pelvic pain following transvaginal mesh surgery:  a cause for mesh removal; Euro J Obstet & Gynecol and Reprod Bio 162 (2012) 224-228

Marcus-Braun N, von Theobald P. Mesh removal following transvaginal mesh placement: a case series of 104 operations.; Int Urogynecol J (2010) 21:423-430

Marguilies R, Lewicky C, Dee F et al: Complications requiring reoperation following vaginal mesh kit procedures for prolapse. Am J Obstet Gynecol 2008; 199:678.e1-678.e4.

Margulis V, Defreitas G, Zimmern PE. Urinary retention after tension-free vaginal tape procedure: from incision to excision...to complete urethrolysis. Urology. 2001 Nov;58(5):697-701

Margulis V, Defreitas G, Zimmern PE. Urinary retention after tension-free vaginal tape procedure: from incision to excision...to complete urethrolysis. Urology. 2001 Nov;58(5):697-701.

Marks B, Goldman H. Controversies in the Management of Mesh-Based Complications:  A Urology Perspective; Urol Clin N Am 39 (2012) 419-428

Marsh F and Rogerson L.. Groin abscess secondary to trans obturator tape erosion: case report and literature review.; Neurol Urodynam 26:543-546, 2007

Marsh F, Assassa P (2007) An audit of the introduction of TVT Secur in clinical practice. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S26

Marszalek M. Roehlich M. Racz U. Metzenbauer M. Ponholzer A. Rauchenwald M. Madersbacher S. Sexual function after tension-free vaginal tape procedure. Urologia Internationalis. 78:126-129, 2007.

Martan A, Masata J, Svabik K (2007) Initial experience with TVT-Secur system procedure and the reason for persistent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S26–S27

Martan A, Svabik K. et al.  Incidence and prevalence of complications after urogynecological and reconstructive pelvic floor surgery. Ceska Gynekol. 2007 Dec;72(6):410-5.

Martin-Alguacil N, Pfaff D et al: Clitoral sexual arousal: an immunocytochemical and innervation study of the clitoris. BJU Int. 2008 Jun;101(11):1407-13.

Martinez-Fornes. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urol Esp. 2009 Nov;[Deleted Object](10):1088-96

Mary, Celine, et al. Comparison of the In Vivo Behavior of the Polyvinylidene Floride and Polypropylene Sutures Used In Vascular Surgery; ASAIO Journal 1998: 199-206

Masata J, Hubka P: Pudendal neuralgia following transobturator inside-out tape procedure (TVT-O)--case report and anatomical study. Int Urogynecol J (2012) 23:505–507

Masata J, Svabik K: Randomized trial of a comparison of the efficacy of TVT-O and single incision tape TVT Secur systems in the treatment of stress urinary incontinent women--2-year follow-up. Int Urogynecol J (2012) 23:1403–1412.

Mathias SD, Kupperman M et al:  Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol. 1996 Mar;87(3):321-

May, J, et al. M429 OUTCOME OF OBTRYX; Poster presentations / Inte J Gynecol & Obstet 11953 (2012) S531-S867

Mazouni, Chafika. Urinary complications and sexual function after the tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scandinavica volume 83 Issue 10 pages 955-961 October 2004

McCracken, G.R.. Five Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension; Ulster Med J 2007; 76(3) 146-149

McNanley AR, et al. Poster Presentation Abstracts 108 Recovery after robotic sacrocolpopexy:  the patient's perspective; J Pelvic Med & Surg (2009) 12(5) 353

Medical Records of Dale Watkins

Meier, B. Group Faults the FDA on Oversight of Devices; New York Times 04/12/2011

Mellier G, Benayed B, et al. Suburethral tape via the obturator route: is the TOT a simplification of the TVT?; Int Urogynecol J (2004) 15: 227-232

Merritt, K.. Factors Influencing Bacterial Adherence to Biomaterials; J Biomater Appl. 1991;5:185-203

Meschia M, Bertozzi R et al:  Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O.  Int Urogynecol J (2007) 18:1257–1261.

Meschia M, et al. Single-incision mid-urethral sling: impact of obesity on outcome.; Eur J Obstet Gynecol Reprod Biol 2013;170:571-574

Meschia M, et al. Tension-Free Vaginal Tape:  Analysis of Outcomes and Complications in 404 Stress Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S24-S27

Meschia M, Pifarotti P, et al. A Multicenter Randomized Comparison of Tension-free Vaginal Tape (TVT) and Trans-obturator in-out Technique (TVT-O) for the Treatment of Stress Urinary Incontinence: One Year Results.; International Urogynecology Journal

Meschia M, Pifarotti P, et al. A randomized comparision of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence; Am J Obstet Gynecol. 2004 Mar;190(3):609-13.

Meschia M, Pifarotti P, et al. Tension-free Vaginal Tape (TVT) and Intravaginal Slingplasty (IVS) for Stress Urinary Incontinence: a Multicenter Randomized Trial.; Am J Obstet Gynecol. 2006 Nov;195(5):1338-42. Epub 2006 Jun 12

Miklos JR, Chinthakana O, et al. The IUGA_ICS classification of synthetic mesh complications in femals pelvic floor reconstructive surgery:  A multicenter study2; Int Urogynecol J (2014) 25 (Suppl 1):S140-S141

Milani A, Hinoul P, Gauld J, Cosson M, Prolift+M Investigators: Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcome. Am J Obstet Gynecol. 2011 Jan;204(1):74.e1-8. Epub 2010 Oct 20.

Milani R, Salvatore S, Soligo M, et al.  Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.

Milani R, Withagen M, The H et al: Sexual function following trocar-guided mesh or vaginal native tissue repair in recurrent prolapse: a randomized controlled trial. J Sex Med. 2011 Oct;8(10):2944-53.

Miller D, Lucente V, et al. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results.; Female Pelvic Med Reconstr Surg 2011; 17: 139-143

Miller JR, Botros SM, et al. Comparing stress urinary outcomes of tension free vaginal tape with transobturator tape sling: a retrospective cohort study; Presented at ICS 2005, 35th annual meeting of the International Continence Society, Aug. 31-Sept. 2, 2005, Montreal, Canada.

Mirosh M and Epp A.. TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence.;
http://www.ics.org/Abstracts/Publish/43/00640.pdf

Mischinger J, et al. Different surgical approaches for stress urinary incontinence in women; Minerva Ginecol 2013; 65: 21-8

Misrai V, Roupret M, et al. Surgical resection for suburethral sling complications after treatment for stress urinary incontinence; J Urol 2009 May;181(5):2198-202; discussion 2203

Moalli, P., et al. Tensile Properties of Five Commonly Used Mid-Urethral Slings Relative to the TVT; Int Urogynecol J (2008) 19:655-663

Mokrzycki M, Hampton B: Pelvic arterial embolization in the setting of acute hemorrhage as a results of the anterior Prolift Procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):813-5.

Molden S, Lucente V: New Minimally invasive slings: TVT Secur:  Current Urology Reports September 2008, Volume 9, Issue 5, pp 358-361

Moldovan C et al:  Transvaginal retropubic sling systems: efficacy and patient acceptability. Int J Womens Health. 2015 Feb 16;7:227-37. doi: 10.2147/IJWH.S59265. eCollection 2015.

Moller AM, Villebro N, Pedersen T, et al. Effect of preoperative smoking intervention on postoperative complications: A randomised clinical trial. Lancet 2002;359:114–7.

Montefiore, E, Frobert J et al. Peri-Operative Complications and Pain After the Suburethral Sling Procedure for Urinary Stress Incontinence: A French Prospective Randomised Multicentre Study Comparing the Retropubic and Transobturator Routes. Eur Urol. 2006 Jan;49(1):133-8. Epub 2005 Nov 2.

Montoya TI, et al. Anatomic relationships of pudendal nerve branches; Am J Obstet Gynecol 2011; 205: 504.e1-5

Moon, HB., et al. Occurrence and Accumulation Patterns of Polycyclic Aromatic Hydrocarbons and Synthetic Musk Compounds in Adipose Tissues of Korean Females.; Chemosphere. (2012) 86:485-90

Moore R, Mitchell G, et al. "ICS Abs 827 MiniArc single incision sling: 1 year follow-up on a new minimally invasive treatment for female SUI."; International Continence Society Mtg 2009

Moore RD, et al. Minimally Invasive Treatment for Female Stress Urinary Incontinence; Expert Rev Obstet Gynecol 3(2), 257-272 (2008)

Moore RD, Miklos JR.. Single incision mini-sling. 1 year follow-up on a new minimally invasive treatment for female SUI.; Int Urogyn J 2009;20(Suppl 3):S312-313 IUGA Abs 298

Moore WS, Hall AD. Late Suture Failure in the Pathogenesis of Anastomotic False Aneurysms; Annals of Surgery 172.6 (1970):1064-1068

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7.

Morgan TO Jr1, Westney OL, et al. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun;163(6):1845-8.

Moride Y, et al. Under-reporting of adverse drug reactions in general practice; Br J Clin Pharmacol 1997; 43: 177-181

Morley R and Nethercliffe J.. Minimally invasive surgical techniques for stress incontinence surgery.; Best Practice & Research Clinical Obstetrics & Gynaecology ,19:925-40,07-Nov-05

Morton HC, et al. Urethral injury associated with minimally invasive mid-urethral sling procedures for the treatment of stress urinary incontinence: a case series and systematic literature search; BJOG 2009;1 16:1120-1126

Mostafa A, et al. Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: An updated systematic review and meta-analysis of effectiveness and complications; Eur Urol 2014;65:4-2-427.

Mostafa A, Agur W, Abdel-All M, et al. Multicenter Prospective Randomized Study of Single-incision Mini-sling Vs Tension-free Vaginal Tape-obturator in Management of Female Stress Urinary Incontinence: A Minimum of 1-Year Follow-up. Urology. 2013 Jul 8. pii: S0090-4295(13)00562-1. doi: 10.1016/j.urology.2013.02.080. [Epub ahead of print]

Mostafa A, Agur W, Abdel-All M, et al:  A multicentre prospective randomised study of single-incision mini-sling (Ajust®) versus tension-free vaginal tape-obturator (TVT-O™) in the management of female stress urinary incontinence: pain profile and short-term outcomes.   Eur J Obstet Gynecol Reprod Biol. 2012 Nov;165(1):115-21.

Mothos et al:  Systematic assessment of surgical complications in 438 cases of vaginal native tissue repair for pelvic organ prolapse adopting Clavien–Dindo classification. Arch Gynecol Obstet DOI 10.1007/s00404-014-3549-1

Mouzoon, N, Garome, M, et al.. Substantially Unsafe Medical Devices Pose Great Threat to Patients; Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Mucowski SJ, Jurnalov C, Phelps JY. Use of vaginal mesh in the  face of recent FDA warnings and litigation. Am J Obstet Gynecol. 2010 Aug;203(2):103.e1-4. doi: 10.1016/j.ajog.2010.01.060. Epub 2010 Mar 15.

Mueller, ER. Retropubic Bladder Neck Suspensions; In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 107-114): Humana Press

Muffy TM, et al. Interventional Radiologic Treatment of pelvic hemorrhage after placement of mesh for reconstructive pelvic surgery; Obstet Gynecol 2012; 119:459-62

Muhl, T., Binnebösel, M., Klinge, U., Goedderz, T.: New Objective Measurement to Characterize the Porosity of Textile Implants, Journal of Biomedical Materials Research Part B: Applied Biomaterials 84B: 176–183, 2008.

Muir TW, Tulikangas PK, Fidela Paraiso M, Walters MD. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May;101(5 Pt 1):933-6.

Murphy (Lucente, Goldman) - Time to rethink: an evidence-based response from pelvic surgeons to the FDA safety communication: "Update on serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse." Int Urogynecol J (2012) 23:5-9.

Murphy M, Sternschuss G, Haff R, van Raalte H, Lucente V: Quality of life and surgical satisfaction after vaginal reconstructive vs. obliterative surgery for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2008 May;198(5):573.e1-7.

Murphy M, van Raalte H, et al. "Incontinence-related quality of life and sexual function following the tension-free vaginal tape versus the ""inside-out"" tension-free vaginal tape obturator."; Int Urogynecol J (2008) 19:481-487

N/A. "American National Standard Biological evaluationof medical devices--Part 7: Ethylene oxide sterilization residuals"; ANSI/AAMI/ISO 10993-7:2008

N/A. "IUGA Sexual Dysfunction in Women Roundtable, June 6-8, 2008, Lago Mar Resort, Fort Lauderdale, Florida, USA"; Int Urogynecol J (2009) 20 (Suppl 1): S1-S2

N/A. 2005 IUGA Grafts Roundtable  International Urogynecological Association:  The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005 July 8-10, 2005, Lago Mar Resort, Fort Lauderdale FL, USA; Int Urogynecol J (2006) 17: S1-S3

N/A. Discrepancies between trial results reported on clinical trial registry and in journals; Medical Press medicalxpress.com March 11, 2014

N/A. Emedicine – Medscape.com (2013) Burch colposuspension;

N/A. Emedicine – Medscape.com (2013) Vaginal sling procedures;

N/A. FDA.gov (2013) Stress Urinary Incontinence;

N/A. Hazardous Substances; CAW Health, Safety & Environment Fact Sheet, Aug 2011

N/A. IAGE News Letter 2011-2012;

N/A. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years; IOM Report Brief July 2011

N/A. Netdoctor.com (2013) Stress Urinary Incontinence – Pelvic Floor exercise;

N/A. Regulatory Issues:  FDA urged to replace 510(k) process; OR Manager (2011) 27;9: 1

N/A. WebMD.com (2013) Mechanical devices for Urinary Incontinence in Women;

N/A. Wikipedia.org (2013) Urinary Incontinence;

N/A. Womensdoctor.com (2013) Burch Procedure and Paravaginal Repair;

Nager C, Albo M:  Testing in women with lower urinary tract dysfunction. Clin Obstet Gynecol. 2004 Mar;47(1):53-69.

Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6.

Natale, F, La Penna C, Padoa A et al: A prospective randomized controlled study comparing Gynemesh®, a synthetic mesh, and Pelvicol®, a biologic graft, in the surgical treatment of recurrent cystocele.  Int Urogynecol J (2009) 20:75-81.

Naumann G, Lobodasch K,et al. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery.; http://www.ics.org/Abstracts/Publish/44/000481.pdf

Nazemi TM, Yamada B, et al. Minimum 24-Month Followup of the Sling for the Treatment of Stress Urinary Incontinence; The Journal of Urology,179:596-9,21-Dec-07

Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tension free vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Urol. 2009 Jul;25(3):321-5.

Neuman M, Sosnovski V, et al. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up.; J Minim Invasive Gynecol. (2011) 18: 769-773

Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence:  Early Postoperative Pain and 3-year Follow Up. J Min. Invas. Gynecol 2011 Nov-Dec;18(6):769-73.

Neuman M. TVT and TVT Obturator comparison of two operative procedures; European J Obstet & Gynecol and Reproduct Biology 131 (2007) 89-92

Neuman M; TVT-Obturator: Short term data on an operative procedure for the cure of female stress urinary incontinence performed on 300 patients . 51:1083-1088, 2007.

Nezhat FR, et al. Robotic-assisted laparoscopic transection and repair of an obturator nerve during pelvic lymphadenectomy for endometrial cancer; Obstet Gynecol 2012; 119: 462-4

Nguyen JN and Burchette RJ.. Outcome after anterior vaginal prolapsed repair: a randomized controlled trial.; Obstetrics & Gynecology (2008),111 (4):891-898

Nguyen JN, Jakus-Waldman SM, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants.; Obstetrics & Gynecology, (2012)119(3):539-546

NICE Guidance. http://guidance.nice.org.uk/index.jsp?action=article&o=32572;

NICE. 2013-NICE-urinary incontinence p24- Synthetic tapes; NICE clinical guideline 171 pg 24

NICE. Clinical Guideline 171 Urinary Incontinence: The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

NICE. Eighth Report of Session 2012-13 Volume ll;

NICE. Urinary Incontinence. The management of urinary incontinence in women  Issued:  September 2013; NICE clinical guideline 171

NICE. Urinary incontinence: The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

Niemczyk P, Klutke JJ, Carlin BI, Klutke CG. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability.  Tech Urol. 2001 Dec;7(4):261-5

Nieminen K, Hiltunen R, Heiskanen E et al: Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1611-6. .

Nieminen K, Hiltunen R, Takala T, et al. Outcomes after anterior wall repair with mesh: a randomized controlled trial with a 3 year follow-up. Am J Obstet Gynecol. 2010 Sep;203(3):235. .

Nienhuijs S, et al.  Chronic pain after mesh repair of inguinal hernia: a systematic review. American Journal of Surgery 2007; 194(3): 394-400. (11% incidence chronic mesh inguinal hernia pain)

Nilsson C G, Palva K, Rezapour M, Falconer C. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J. 2008;19:1043-1047

Nilsson C.G., et al. Reprint: Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence; Int Urogynecol J (2001)(Supp. 2):S5-S8 Eth.Mesh.00159481-00159484

| |
|---|
| Nilsson CG, et al. Seven year follow up of the tension free vaginal tape procedure for treatment of urinary incontinence; Obstet Gynecol 2004; 104: 1259-62 |
| Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence; Int Urogynecol J 24, 1265-1269 (2013) |
| Nilsson CG, Kuuva N, Falconer C, Rezapour M, and Ulmsten U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. The International Urogynecology Journal,,23-Jun-05 |
| Nilsson, C. Creating a gold standard surgical procedure: the development and implementation of TVT; Int Urogynecol J DOI 10.1007/s00192-014-2616-2 (2015) |
| Nilsson, CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence2; Int Urgynecol J (2008) 19:1043-1047 |
| Noblett KL, Shen B, et al. Lynx midurethral sling system: a 1-year prospective study on efficacy and safety; 5479411 |
| Norton, P. New technology in gynecologic surgery.  Is new necessarily better?; Obstet & Gynecol (2006)108(3)2:707-708 |
| Nossier S, et al. Presentation Number:  Poster 30 Safety and efficacy of the Solyx™ single-incision sling system; Female Pelvic Medicine & Reconstructive Surgery (2010) 16(5)2:S110-S1111 |
| Novara G et al: Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol. 2010 Aug;58(2):218-38. |
| Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence:  a systematic review and meta-analysis of randomized controlled trials of effectiveness; European Urol 52 (2007) 663-679 |

Novara G, et at, Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension free midurethral tapes to other surgical procedures and different devices, European Urology, 2008 Feb: 53 (2): 288-308.

Novara G, Galfano A, Mancini M, Ficarra V, and Artibani W.  Critical Assessment of Pelvic Floor Surgical Reconstruction Outcome; European Association of Urology;,4:202-13,01-Oct-06

Nygaard I, Barber MD, Burgio KL, Kenton K, Meikle S, Schaffer J, Spino C, Whitehead WE, Wu J, Brody DJ; and Pelvic Floor Disorders Network.  Prevalence of symptomatic pelvic floor disorders in US women; Journal of the American Medical Association,300:1311-6 ,17-Sep-08

Nygaard I, Brubaker L, Zyczynski HM, Cundiff G, Richter H, Gantz M, Fine P, Menefee S, Ridgeway B, Visco A, Warren LK, Zhang M, and Meikle S.  Long-term Outcomes Following Adbdominal Sacrocolpopexy for Pelvic Organ Prolapse;  The Journal of American Medical Association,309:2016-24,15-May-13

Nygaard IE, McCreery R, Brubaker L, Connolly A, Cundiff G, Weber AM, Zyczynski H; Pelvic Floor Disorders Network.  Abdominal sacrocolpopexy: a comprehensive review.  Obstetrics & Gynecology,104:805-23,01-Oct-04

Nygaard, I. Approval Process for Devices and Mesh for Surgical Treatment of Pelvic Organ Prolapse and Urinary Incontinence; Clinical Obstet and Gynecol (2013) 56(2): 229-231

Nyguyen J, Burchette R. Outcomes after anterior vaginal prolapse repair: a randomized controlled trial.  Obstet Gynecol. 2008; 111(4):891-8.

Ogah J, Cody DJ, and Rogerson L.. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane Review; Neurourology and Urodynamics(2011)30:284-291

Ogle CA, Linder BJ, Elliott DS. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Jun 11.

OHSU. Clinical trial results inconsistently reported among journals, government website _ News _ OHSU; 03/31/14 Portland, Ore.

Okcu G, Erkan S, Yercan HS, Ozic U (2004) The incidence and location of corona mortis. Acta Orthop 75:53–55.

Okulu E, Kayigil O, et al. Use of three types of synthetic mesh material in sling surgery - a prospective randomized clinical trial evaluating effectiveness and complications; Scandinavian J Urology 2013; 47: 217-224

Oliveira R, Botelho F et al: Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT-Secur, and Mini-Arc: Results at 12-Month Follow-Up. Eur Urol. 2011 Jun;59(6):940-4.

Olsen A, Smith V, Bergstrom J: Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

One year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O™) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence [abstract] ICS-IUGA,,23-Aug-10

Ortega-Castillo V and Neri-Ruz ES. Chapter 15: Surgical Complications with Synthetic Materials; Urinary Incontinence (book published by InTech),241-62,02-Apr-12

Osborn, D. J. et al. Analysis of patient and technical factors associated with midurethral sling mesh exposure and perforation. Int. J. Urol. 11, 1167–1170 (2014).

Osterberg, B., et al. Effect of Suture Materials on Bacterial Survival in Infected Wounds.  An Experimental Study; Acta Chir Scand.  1979; 145(7):431-4

Ostergard, Donald R. Presentation: "Polypropylene is Not Inert in the Human Body"

Ostergard D: Polypropylene vaginal mesh grafts in gynecology. Obstet Gynecol. 2010 Oct;116(4):962-6.

Ostergard DR. Degradation, infection and heat effects on polypropylene mesh for pelvic implantation:  what was known and when it was known; Int Urogynecol J (2011) 22:771-774

Ostergard DR. Lessons from the past:  directions for the future  Do new marketed surgical procedures and grafts produce ethical, personal liability, and legal concerns for physicians?; Int Urogynecol J (2007) 18:591-598

Ostergard, DR. Vaginal mesh grafts and the Food and Drug Administration; Int Urogynecol J (2010) 21: 1181-1183

Oswald, E. Turi. The Deterioration of Polypropylene By Oxidavive Degradation; Polymer Engineering and Science 5 (1965) 152-158

Otto, J., Kaldenhoff, E., Kirschner-Hermanns, R., Mühl, T., Klinge, U.: Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates, Journal of Biomedical Materials Research Part A , to be published in 2013

Ozog Y., et al. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair; Int Urogynecol J published online:  12 May 2011

Ozog Y., et al. Weight of Polypropylene Mesh is Not the Only Property Defining in Vivo Mesh Biomechanics; IUGA Abstract 47

Pace G, Vicentini G: Female sexual function evaluation of the tension-free vaginal tape (TVT) and transobturator suburethral tape (TOT) incontinence surgery: results of a prospective study. J Sex Med. 2008 Feb;5(2):387-93.

Pacquee S, Palit G, Jacquemyn Y: Complications and patient satisfaction after transobturator anterior and/or posterior tension-free vaginal polypropylene mesh for pelvic organ prolapse. Acta Obstet Gynecol Scand. 2008;87(9):972-4.

Palma P, et al. Arcus to acrus microsling: technique and preliminary results; Int Urogynecol J Accepted 23 February 2008

Palma P, et al. Monoprosthesis for anterior vaginal prolapse and stress uringary incontinence: midterm results of an international multicentre prospective study; Int Urogynecol J (2011) 22:1535-1541

Palva K, Rinne K, Aukee P, Kivela A, Laurikainen E, Takala T, Valpas A, Nilsson C. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, et al. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, Nilsson CG. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J Pelvic Floor Dysfunct. 2010 Sep;21(9):1049-55.

Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004;12(1):51-65.

Paplomata E, Balaxix D, Pantelis T et al: Genital floor repair using polypropylene meshes: a comparative study. (ABASTRACT ONLY).

Paraiso MF, Walters MD, et al. Laparoscopic Burch Colposuspension versus Tension-free vaginal tape: a randomized trial; Obstetrics & Gynecology (2004)104(6):1249-1258

Parden AM, Gleason JL, et al. Incontinence outcomes in women undergoing primary and repeat midurethral sling procedures.; Obstet Gynecol (2013);121(201):273-278

Pariente et.al., An independent biomechanical evaluation of commercially available suburetheral slings.

Pariente, JL.. Mechanical evaluation of various suburethral tapes used for the treatment of stress urinary incontinence.; (2005) Progres en Urologie, 15 (6), pp. 1106-1109 (French - abstract only)

Park Y, Kim D: Randomized Controlled Study of Monarc vs. Tension-free Vaginal Tape Obturator  in the Treatment of Female Urinary Incontinence: Comparison of 3-Year Cure Rates. Korean J Urol. 2012 Apr;53(4):258-62.

Parnell, BA, et al. Gentiofemoral and Perineal Neuralgia After Transobturator Midurethral Sling;  Obstet Gynecol. 2012 Feb; 119(2 Pt 2):428-31

Paulson J, Baker J:  De novo Pudendal neuropathy after TOT-O surgery for stress urinary incontinence.
JSLS. 2011 Jul-Sep; 15(3): 326–330.

Pelvic Med Reconstr Surg, 2013. 19(4): p. 191-8.

Peoples, AJ., et al  Determination of Volatile Purgeable Alogenated Hydrocarbons in Human Adipose Tissue and Blood Serum; Bull. Environm. Contam. Toxicol. 23, 244-249 (1979)

Persson J, Teleman P, Etén-Bergquist C, and Wølner-Hanssen P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scand 2002 Nov; 81(11):1066-73

Peters A, et al. Referral Patterns for Pelvic Floor Surgical Prosthesis Complications:  From Symptom Onset and Initial Treatments to Evaluation at a Tertiary Care Center; Female Pelvic Med Reconstr Surg 2015;21:  116-120

Petri E, Ashok K. Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence; Int Urogynecol J (2012) 23:321-325

Petri E, Ashok K. Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification2; Euro Obstet & Gynecol and Reproductive Biology J 165 (2012) 347-351

Petri E, Ashok, K:  Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification. Eur J Obstet Gynecol Reprod Biol. 2012 Dec;165(2):347-51. Epub 2012 Sep 1

Petros P, et al. Evolution of midurethral and other mesh slings – a critical analysis.; Neurology Urodynamics 2012;9999:1-7

Petros P, Richardson PA.. Midurethral tissue fixation system sling – a "micromethod" for cure of stress urinary incontinence – preliminary report.; Aust NZ J Obstet Gynaecol 2005;45:372-375

Petros PE and Ulmsten UI.. An integral theory of female urinary incontinence: Experimental and clinical considerations; Acta Obstet  Gynecol Scand (1990) 69 Suppl 153:7-31

Petros PEP, Richardson PA.. Midurethral tissue fixation system (TFS) sling for cure of stress incontinence – 3 year results.; Int Urogynecol J 2008;19:869-871.

Pezzone MA, Liang R, Fraser MO. A model of neural cross-talk and irritation in the pelvis: implications for the overlap of chronic pelvic pain disorders. Gastroenterology128: 1953–1964, 2005.

Pham S, Rodeheaver GT, et al. Ease of Continuous Dermal Suture Removal; J Emergence Med 1990; 8:539-543

Phillips L. Flood CG. Schutz JA. Case report of tension-free vaginal tape associated bowel obstruction and relationship to body habitus. Int Urogynecol Journal 20: 367-386, 2009

Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May;200(5):549.e1-8.

Pierre, Gounon. Abstract "Histological analysis of peri prothetic tissues of mesh explanted for complication after SUI or POP surgery"; Universite de Nice Sophia Antipolis France

Pikaart DP, et al. Laparoscopic removal of pubovaginal polypropylene tension-free tape slings; JSLS (2006) 10:220-225

Pocock ST. The pros and cons of noninferiority trials; Fundamental & Clinical Pharmacol 17 (2003) 483-490

Polichetti M, et al. "IUGA Abs. 557 SUS(suburethral support): a new technique for short suburethral sling application"; Int Urogyn J 2009;20(Suppl 3):S477-478

Porena M, Costantini E et al: Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a Multicentre Randomised Trial. November 2007 (Vol. 52, Issue 5, pages 1481 - 1491).

Porena M, Costantini E, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial.; Eur Urology, (2007)52:1481-1490

Portney S. Advertising and Promotion of Medical Devices; J Health Law (2006) 39(2) 265-282

Postlethwait RW. Five Year Study of Tissue Reaction to Synthetic Sutures; Ann Surg 190(1):54-57 (1979)

Postlethwait RW. Long-Term Comparative Study of Nonabsorbably Sutures; Ann Surg (1970) 171(6): 892-898

Powerpoint Titled "Mesh Shrinkage: How to assess, how to prevent, how to manage?"

Presthus JB, VanDrie D, et al. Short-Term Assessment of MiniArc Single Incision for Treatment of Stress Urinary Incontinence; The Journal of Minimally Invasive Gynecology,15:28S-9S Abstract 103,01-Nov-08

Propex Geotextile Systems. Propex EB-405 Durability of Polypropylene; Propex EB-405

Public Citizen. Substantially Unsafe  Medical Devices Pose Great Threat to Patients: Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Pukall CF, et al. Neural correlates of painful genital touch in women with vulvar vestibulitis syndrome; Pain 2005 May; 115(1-2):118-27

Pungpapong SU, Thum-umnauysuk S (2005) Incidence of corona mortis; preperitoneal anatomy for laparoscopic hernia repair. J Med Assoc Thai 88:51–53.

Pushkar DY, Godunov BN, Gvozdev M, Kasyan GR. Complications of mid-urethral slings for treatment of stress urinary incontinence.  Int J Gynaecol Obstet. 2011 Apr;113(1):54-7. doi: 10.1016/j.ijgo.2010.10.024

Quereux F. Morce K. Landreat V. Beauville E. Quereux C. Leveque J.  Bladder erosion few years after TVT procedure. Journal De Gynecologie Obstetrique et Biologie De La Reproduction. 36(1):75-77, 2007.

Rajendra M, Han H et al: Retrospective study on tension-free vaginal tape obturator (TVT-O). Int Urogynecol J (2012) 23:327–334.

Rao JN, Sant Cassia LJ. Ethics of undisclosed payments to doctors recruiting patients in clinical trials.  BMJ.2002;325:36-37.

Rardin CR, Moore R, Ward RM, and Myers DL. Recurrent Thigh Abscess with Necrotizing Fasciitis from a Retained Transobturator Sling Segment; The Journal of Minimally Invasive Gynecology,16:84-7,01-Jan-09

Ravve, C.. Principles of Polymer Chemistry; 2000, Revised edition

Rechberger T, Rzeźniczuk K, Skorupski P, Adamiak A, Tomaszewski J, Baranowski W, and Jakowicki JA. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery; Int Urogynecol J Pelvic Floor Dysfunct. 2003 Dec;14(6):432-6. Epub 2003 Nov 25

Rechberger T, Wrobel A, et al. "The tissue reaction to polypropylene mono-et multifilamentous tape used in surgical techniques of stress urinary incontinence treatment."; Gin Pol 2003;74(9):1008-1013

Rees PM, et al. Sexual function in men and women with neurological disorders2; Lancet 2007; 369: 512-525

Reisenauer C, Kirschniak A, et al. Transobturator tape inside-out. A minimally invasive treatment of stress urinary incontinence: surgical procedure and Anatomical considerations; European Journal of Obstetrics & Gynecology and Reproductive  Biology(2006) 127: 123-129

Reisenauer C, Kirshniak A, Drews U et al: Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. Eur J Obstet and Gynecol Repr Biol 2007;131:214-25.

Reisenauer C, Shiozawa T, et al. Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device; Obstet Gynecol 2010; 203:1.e1-1.e7

Relman AS, Angell M. America's other drug problem: how the drug industry distorts medicine and politics.  New Republic.2002;227:27-41.

Renganathan A, Basu M, Duckett J.. A series of Advantage suburethral slings; J Obstet Gynaecol Aug 2011;31:521-523

Reynolds S, Kit L et al: Obturator Foramen Dissection for Excision of Symptomatic Transobturator Mesh. J Urol. 2012 May;187(5):1680-4. doi: 10.1016/j.juro.2011.12.065. Epub 2012 Mar 15.

Rezapour M, et al.. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) -- A Long-Term Follow-Up; Int Urogynecol J (2001) (Suppl 2): S12-S14

Rezapour M., et al. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow up; Int Urogynecol J (2001) (Suppl 2):S9-S11

Rezapour, M., et al. Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence -- A Long-Term Follow-Up; Int Urogynecol J (2001) (Suppl 2): S15-S18

Rice NT, Hu Y, et al. Pelvic mesh complications in women before and after the 2011 FDA public health notification; Female Pelvic Med Reconstr Surg (2013);19:33-338

Richards SR. Balaloski SP. Vulvar hematoma following a transobturator sling. International Urogynecological Journal . 17:672- 673, 2006.

Richter et al:  Retropubic versus Transobturator Mid-urethral Slings for Stress Incontinence. N Engl J Med 2010;362:2066-76.

Ridgeway B, Arias B, and Barber M. Variation of the obturator foramen and pubic arch of the female bony pelvis; The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08

Ridgeway B, Arias B, and Barber M.. Variation of the obturator foramen and pubic arch of the female bony pelvis; The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08

Ridgeway B, Arias B, Barber M: Variation of the obturator foramen and pubic arch of the female bony pelvis. Am J Obstet Gynecol. 2008 May;198(5):546.e1-4.

Rigaud J, Delavierre D,et al. Management of chronic pelvic and perineal pain after suburethral tape placement for urinary incontinence; Prog Urol. 2010 Nov;20(12):1166-74. Epub 2010 Oct 20. Review. French

Rigaud J, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Tape or Transobturator Tape.  (2010) The Journal of Urology. Vol. 184, 610-615

Rignaud J, Pothin P, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Vaginal Tape or Transobturator Tape; J Urology (2010) 184: 610-615

Rinne K, Laurikainen E et al:  A randomized trial comparing TVT with TVT-O- 12-month results. Int Urogynecol J (2008) 19:1049–1054.

Rinne K, Laurikainen E, Kivelä A, Aukee P, Takala T, Valpas A, and Nilsson CG. A randomized trial comparing TVT with TVT-O: 12-month results; The International Urogynecology Journal,19:1049-54,29-Mar-08

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T.: A Randomized Study at 1-year Follow-up; International Urogynecology Journal, 2006 Sept 17(2) Supp: 57-100

Robert M, et al. Patient expectations, subjective improvement and objective cure: is there a difference between the transobturator tape and the tension free vaginal tape procedure? (Abstract); Abstract 217

Robinson D., et al. What Women Want - Their Interpretation of the Concept of Cure; Journal of Pelvic Medicine & Surgery, Vol. 9 Issue 6, pp. 273-277, 2003

Robinson GA, et al. Motor neuron target selectivity and survival after prolonged axotomy; Restor Neurol Neurosci. 2013 Jan 1;31(4):451-60

Rogers AS, et al. Physician knowledge, attitudes, and behavior related to reporting adverse drug events; Arch Intern Med 1988 Jul: 148(7): 1596-600

Rogers RG. Urinary Stress Incontinence in Women; N Engl J Med 2008; 358:1029-36

Rogerson, et al. Mid-Urethal sling opeations for stress urinary incontinence in women (Review). 2015. The Cochrane Collaboration.

Rogo-Gupta, L., Raz, S.. Pain Complications of Mesh Surgery.; In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 87-105): Humana Press. (2013)

Rogowski A, Bienkowski P, Tosiak A, Jerzak M, Mierzejewski P, and Baranowski W.
Mesh Retraction Correlates with Vaginal Pain and Overactive Bladder Symptoms After Anterior Vaginal Mesh Repair
The International Urogynecology Journal,,08-Jun-13

Rogowski A, Bienkowski, et al. Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair2; Int Urogynecol J (2013) 24:2087-2092

Rosch R, et al. Mesh implants In hernia repair. Inflammatory cell response in a rat model.; Eur Surg Res (2003)35(3): 161-6

Rosch R, Junge K, Hölzl F et al (2004) How to construct a mesh. In: Schumpelick V, Nyhus LM (eds) Meshes: benefits and risks. Springer, Berlin, pp 179–184.

Rosengren A, Bjursten L., Pore size in implanted polypropylene filters is critical for tissue organization. J Biomed Mater Res A. 2003 Dec 1;67(3):918-26.

Ross S, et al. Ethical issues associated with the introduction of new surgical devices, or just because we can, doesn't mean we should; June JOGC Juin 2008 508-513

Ross S, et al. Incontinence-specific quality of life measures used in trials of treatments for female urinary incontinence:  a systematic review; Int Urogynecol J (2006) 17(3): 272-85

Ross S, Robert M, et al. Transobturator tape compared with tension free vaginal tape for stress incontinence: a randomized controlled trial. Obstet Gynecol. 2009 Dec; 114(6): 1287-94

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical Management of Stress Urinary Incontinence in Women: Safety, Effectiveness, and Cost-Utility of Trans-Obturator Tape (TOT) versus Tension-free Vaginal Tape (TVT) Five Years After a Randomized Surgical Trial; BMC Women's Health 2011, 11:34

Ross S, Robert M, Swaby C, Dederer L, Lier D, Tang S, Brasher P, Birch C, Cenaiko D, Mainprize T, Murphy M, Carlson K, Baverstock R, Jacobs P, and Williamson T. Transobturator Tape Compared With Tension-Free Vaginal Tape for Stress Incontinence
Obstetrics & Gynecology,114:1287-94,01-Dec-09

Roth, T: Management of persistent groin pain after transobturator sling. Int Urogynecol J (2007) 18:1371–1373

Roth, Ted M.. Management of persistent groin pain after transobturator sling; Int Urogynecol J (2007) 18:1371-1373 doi: 10.1007/s00192-007-0365-1

Roumeguère T, Quackels T, Bollens R, de Groote A, Zlotta A, Bossche MV, et al. Trans-obturator vaginal tape (TOT) for female stress incontinence: one year follow-up in 120 patients. Eur Urol. 2005;48:805-9. Epub 2005 Aug 31

Roy S, Mohandas A, Coyne K et al: Assessment of the psychometric properties of the short-form prolapse/urinary incontinence sexual questionnaire (PISQ-12) following surgical placement of Prolift+M: A transvaginal partially absorbable mesh system for the treatment of pelvic organ prolapse. J Sec Med 2012;9:1190-1199.

Rubod C, Boukerrou M, Brieu M et al: Biomechanical properties of vaginal tissue: preliminary results. Int Urogynecol J (2008) 19:811-816.

Ruddick CN, Chen MC, Mongiu AK, Klumpp DJ. Organ cross talk modulates pelvic pain. Am J Physiol Regul Integr Comp Physiol 2007;293: R1191–8.

Russell R. Zimmern cites shortcomings in published outcomes for anti-incontinence surgery; Newsroom Center Times, March 28-31, 2011

Salonia A, Briganti A, Deho F, Zanni G, Rigatti P, Montorsi F, Women's sexual dysfunction: a review of the "surgical landscape", European Urology

Saltz S, Haff R, Lucente V (2007) Short-term assessment of patients undergoing the new tension free vaginal tape: Secur procedure for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S27–S28

Sand PK. Sumit Trial Outcomes: Clinical Insights Into Percutaneous Tibial Nerve Stimulation; Abstracts Female Pelvic Med & Reconstru Surg (2011) 17(5): S2

Santoro M, Gorrie TM. Ethics and the Pharmaceutical Industry; Eds New York: Cambridge University Press 2005

Sarsotti C, et al. The transobturatoric tape procedure for stress urinary incontinence: results of an Argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l):S107-S244 Abst 375

Sayer T, Lim J., et al. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device; Int Urogynecol J DOI 10.1007/s00192-011-1600-3

Scales, J.T.. Tissue reactions to synthetic materials.; Proc R Soc Med, 46:647-652.

Scheiner D, Betschart C et al: Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings. Int Urogynecol J (2012) 23:197–206.

Scheiner D, Betschart C, et al. Retropubic TVT vs. Transobturator Outside-in TOT and TVT-O: One-year results from our prospective randomized study.; Neurourology and Urodynamics Eth.Mesh.00587443-00587444

Scheiner DA, et al. Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings; Int Urogynecol J 2012 Feb;23(2):197-206

Schierlitz L, Dwyer P, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (TVT) in women with severe genital prolpase and occult stress incontinence: long term follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer P, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISD): the three year follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer PL, Rosamilia A, Murray C, Thomas E, De Souza A, Lim YN, and Hiscock R. Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial; Obstetrics & Gynecology,112:1253-61,01-Dec-08

Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211:71.e1-27.

Schneider, H.. Long-Term Performance of Polypropylene Geosynthetics; Durability and Aging of Geosynthetics, edited by R.M. Koerner, Elsevier Applied Science, 1989, pp. 95-109

Scottish News. Mesh surgery scandal: Controversial implants to be banned by Dumfries and Galloway health board; Scottish News article

Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011;21(3):205-18.

Sekiguchi Y, et al. Outpatient mid urethral tissue fixation system sling for urodynamic stress urinary incontinence: 1-year results.; J Urol 2009;182:2810-283.

Sentilhes L, Berthier A et al: Sexual function after transobturator tape procedure for stress urinary incontinence. Urology. 2008 Jun;71(6):1074-9. Epub 2008 Mar 20.

Sentilhes L, Berthier A, et al: Female sexual function following surgery for stress urinary incontinence: tension-free vaginal versus transobturator tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Apr;20(4):393-9. doi: 10.1007/s0192-008-0778-5. Epub 2008 Dec 17.

Sentilhes L, Berthier A, et al: Female sexual function following surgery for stress urinary incontinence: tension-free vaginal versus transobturator tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Apr;20(4):393-9. doi: 10.1007/s00192-008-0778-5. Epub 2008 Dec 17

Sepulcri Rde et al: Depressive symptoms, anxiety, and quality of life in women with pelvic endometriosis. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):53-6.

Serati M, Salvatore S, et al. Surgical treatment for female stress incontinence: What is the gold-standard procedure?; Int Urogynecol J 2009;20:619-621

Serati, M.. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10- Year Follow-Up; Eur Urol61 (2012) 939-946

Serati, M.. The Impact of the Mid-Urethral Slings for the Treatment of Stress Urinary Incontinence on Female Sexuality.; J Sex Med 2009; 6:1534-1542

Serels S, et al. Long term follow up of the Solyx single incision sling in the treatment of female stress urinary incontinence (SUI); Open J Urology 2014, 4, 13-17

Serels S, et al. Preliminary findings with the Solyx™ single-incision sling system in female stress urinary incontinence; Int Urogynecol J (2010) 21:557-561

Serels S, et al. Safety and efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence.  Preliminary results; Urotoday Int J. 2011 Feb;4(1):art5

Serels S.. Cadaveric assessment of synthetic mid-urethral sling placement.; Open J Urol 2011;1:19-24

Sergent F, Sebban A, et al; Per- and postoperative complications of TVT (tension-free vaginal tape). Acta Obstet Gynecol Scand. 2002 Jan;81(1):72-7.  [Article in French]

Shah K, Nikolavsky D, Flynn B. Bacteriological analysis of explanted transvaginal meshes. Abstract #1144 American Urological Association National Meeting San Diego 2013.

Shah, K, Nikolavsky, D, et al.. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia; Int Urogynecol J DOI 10.1007/s00192-013-2146-3 (2013)

Shah, S.M.. Impact of Vaginal Surgery For Stress Urinary Incontinence On Female Sexual Function: Is The Use Of Polypropylene Mesh Detrimental?; Urology (2005) 65: 270-274

Sharifiaghdas F and Mortazavi N.. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up; Med Princ Pract 2008; 17:209-214

Shek D, Dietz H, Rane A et al: Transobturator mesh for cystocele repair. a short to medium term follow up using 3D/4D ultrasound. Ultrasound Obstet Gynecol. 2008; 32:82-86.

Shepherd J, Feola A, et al. Uniaxial Tensile Properties of Seven Vaginally Implanted Meshes for Pelvic Organ Prolapse; IUGA Abstract

Shepherd JP, et al. Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse; Int Urogynecol J (2012) 23:613-620

Shindel AW, et al. Urethral slings placed by the transobturator approach: evolution in the technique and review of the literature; Curr Urol Rep 2005; 6(5):385-92

Siegel AL. Urethral necrosis and proximal urethro-vaginal fistula resulting from tension-free vaginal tape. International Urogynecological Journal. 17:661-664, 2006

Siegel AL. Urethral necrosis and proximal urethro-vaginal fistula resulting from tension-free vaginal tape. International Urogynecological Journal. 17:661-664, 2006.

Simon M, Debodinance P: Vaginal prolapse repair using the Prolift Kit: a registry of 100 successive cases. Eur J Obstet Gynecol Reprod Biol. 2011 Sep;158(1):104-9.

Simsiman AJ, Powell CR, Stratford RR, Menefee SA. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Simsiman AJ, Powell CR, Stratford. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Sivanesan K. Comment on "tvt and tvt-obturator: comparison of two operative procedures"; Eur J Obstet Gynecol Reprod Biol 131 (2007) 87-90

Sivanesan K. Fattah MA. Ghani R. External iliac artery injury during insertion of tension-free vaginal tape: a case report and literature review. International Urogynecological Journal. 18:1105-1108, 2007.

Sivaslioglu A, Unlubilgin E, Dolen I. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):467-71.

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence: 5-year results; J urology (2012) 188: 194-199

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation system minisling in 80 patients with stress urinary incontinence – 3 year results; Pelviperineology 2010;29:56-59.

Skala C, Renezeder K, et al. The IUGA ICS classification of complications of prosthesis and graft insertion; Int Urogynecol J (2011) 22:1429-1435

Skala CE, Renezeder K, et al. Mesh-complications following prolapse surgery: management and outcome; Euro Obstet & Tynecol and Reprod Biology J 159 (2011) 453-456

Skoczylas L, Shepherd J et al: Managing mesh exposure following vaginal prolapse repair: a decision analysis comparing conservative versus surgical treatment. Int Urogynecol J (2013) 24:119–125.

Skriapas K. Poulakis V. Dillenburg W. De Vries R. Witzsch U. Melekos M. Becht E. Tension free vaginal tape (TVT) in morbidly obese patients with severe urodyanamic stress incontinence as last option treatment. European Urology. 49:544-550, 2006

Skypunch, OW. Giant Papillary Conjunctivitis from an Exposed Prolene Suture; Can. J. Ophthalmology, 1986; 21(5:189-192)

Slack, M. D. (2015). The safety of surgical meshes used in urogynaecological surgery. *Scientific Committe on Emerging and Newly Identitfied Health Risks* (pp. 1-3).

Smith JJ, et al. Long-term outcomes and review of complications in 75 patients with Boston Scientific Advantage mesh in mid-urethral slings; www.bostonscientific.com

Smith PP, et al. Comparison of single-incision mid-urethral tape (Ophira™) and transobturator tape (Obtryx™) sub-urethral sling procedures for female stress urinary incontinence; JCMR 2013 5(5) 58-61

Sokol, A., et al. One-Year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse; American Journal of Obstetrics & Gynecology; 2012: 206:66

Song  Y, Ye P, Hong X et al:  Changes in levator ani muscle after vaginal hysterectomy and prolapse repair using total Prolift. Int J Gynaecol Obstet. 2009 Jul;106(1):53-6. Epub 2009 Apr 8.

Song PH. Kim YD. Kim HT. Lim SU. Hyun CH. Seo JH. Park CH. Jung HC. The 7 year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU International. March 13, 2009

Song YF, Huang HJ, Xu B, Hao L.[Comparative study of tension-free vaginal tape and fascia lata for stress urinary incontinence]. [Chinese]. Zhonghua Fu Chan Ke Za; Zhi. 2004 Oct;39(10):658-61. Chinese.

Songara, RK et al. Need for harmonization of labeling of medical devices:  a review; J Adv Pharm Technol Res. 1020 Apr-Jun; 1(2): 127-144

Sorensen LT, Karlsmark T, Gottrup F. Abstinence from smoking reduces incisional wound infection: A randomized controlled trial. Ann Surg 2003; 238:1–5.

Sorensen LT, Toft BG, Rygaard J, et al. Effect of smoking, smoking cessation, and nicotine patch on wound dimension, vitamin C, and systemic markers of collagen metabolism. Surgery 2010;148:982–90.

Sound Urological Associates. Women's Health webpage; Sound Urology Webpage http://soundurology.com/womens-health/ 2/16/2015

Spinosa J, Dubuis P, and Riederer. Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques; BJU International,100:1097-102,14-Sep-07

Spinsosa J, Dubuis P et al: Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques. BJU Int. 2007 Nov;100(5):1097-102. Epub 2007 Sep 14.

Srikrishna S, Robinson D, Cardozo L et al: Experiences and expectation of women with Urogenital prolapse: a quantitative and qualitative exploration. 2008. BJOG115:1362-1368

Srikrishna S, Robinson D, Cardozo L: A longitudinal study of patient and surgeon goal achievement 2 years after surgery following pelvic floor dysfunction surgery. BJOG. 2010 Nov;117(12):1504-11.

Stanton SL et al.. Some Reflections on Tension-Free Vaginal Tape – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001) (Suppl 2): S1-S2

Starr DS, Weatherford ST, et al. Suture Material as a Factor in the Occurrence of Anastomotic False Aneurysms; Arch Surg April 1979; 114: 412-415

Staskin DR, Plzak L. Synthetic Slings: Pros and Cons; Current Urology Reports 2002, 3:414-417

Steege, J.F.. Evaluation and Treatment of Dyspareunia; Obstetrics Y Gynecology: May 2009- Volume 113- Issue 5- pp 1124-1136

Sternschuss G, Ostergard DR, and Patel H. Post-Implantation Alterations of Polypropylene in the Human; Journal of Urology,188:27-32,12-May-12

Strasberg SM, et al. The accordion severity grading system of surgical complications; Annals of Surgery 2009; 250(2):177-186

Strus, M., et al. Hydrogen Peroxide Produced by Lactobacillus Species as a Regulatory Molecule for Vaginal Microflora; Med Dosw Mikrobiol 2004;56:67-77

Strus, M., et al. The In Vitro Effect of Hydrogen Peroxide on Vaginal Microbial Communities; FEMS Immunol Med Microbiol. 2006 Oct;48(1):56-63

Su T, Lau H, Huang W et al: Short term impact on female sexual function of pelvic floor reconstruction with the Prolift procedure. J Sex Med. 2009 Nov;6(11):3201-7.

SUFU and AUGS Position Statement on Mesh Midurethral Slings (MUS) for Stress Urinary Incontinence 2014.

Sung et al.,Comparison of Retropubic versus Transobturator Approach to Midurethral slings: A Sytematic Review and Meta-Analysis, Am J Obstet Gyncol. 2007 July; 197(1):3-11.

Sung VW, Schleinitz MD, Rardin CR, Ward RM, and Myers DL. Comparison of retropubic vs transobturator approach to midurethral slings: a systematic review and meta-analysis; The American Journal of Obstetrics & Gynecology,197:3-11,01-Jul-07

Svabik K, Martan A, et al. Ultrasound appearances after mesh implantation--evidence of mesh contraction or folding?; Int Urogynecol J (2011) 22:529-533

Svenningsen, Rune. Long-term follow-up of the retropubic tension-free vaginal tape procedure; Int Urogynecol J (2013) 24:1271-1278 DOI 10.1007/s00192-013-2058-2

Sweat S, Lightner, D:  Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan;161(1):93-6.

Sweat, S., et al.  Polypropylene Mesh Tape for Stress Urinary Incontinence:  Complication of Urethral Erosion and Outlet Obstruction; The Journal of Urology, Vol. 168, 144-146, (July 2002)

Szarnicki RJ. Polypropylene Suture Fracture; Ann Thorac Surg 1985 April; 39(4):400

Tahseen S, et al. Effect of transobturator tape on overactive bladder symptoms and urge urinary incontinence in women with mixed urinary incontinence; Obstet Gynecol 2009; 113:617-23

Takeyama M, Koyama M, Murakami G et al:  Nerve preservation in the tension free vaginal mesh procedures for pelvic organ prolapse - a cadaveric study. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):559-66. Epub 2007 Oct 10.

Tamai A, et al. TVt and TOT:  a comparison between these two techniques based onour clinical experience; Urologia 2008 October-December; 75(4): 232-236

Tamussino K, Hanzal E, et al. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry; Am J Obstet Gynecol 2007; 197:634e1-634e5

Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6.

Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6.

Tamussino K, Tammaa A, Hanzal E, Umek W, Bjelic V, Koelle D. TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial; Int Urogynecol J (2008) 19 (Suppl 1):S1-S166

Tarcan T, et al. Safety and Efficacy of retropubic or transobturator midurethral slings in a randomized cohort of Turkish women; Urol Int Published online Aug 20, 2014

Tardiu L, Franco E, et al: Contasure-Needleless® compared with transobturator-TVT® for the treatment of stress urinary incontinence. Int Urogynecol J (2011) 22:827–833.

Taub, D., et al. Complications Following Surgical Intervention for Stress Urinary Incontinence: A National Perspective; Neurourology and Urodynamics 24:659-605 (2005)

Taylor S et al: Does contraction of mesh following tension free hernioplasty effect testicular or femoral vessel blood flow? Hernia 2001 Mar 5 (1):13-5. (Prosthetic mesh can contract by 20-75% within ten months of implantation)

Téllez Martínez-Fornés M, Fernández Pérez C, Fouz López C, Fernández Lucas C, and Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urologicas Españolas 2009 Nov;33(10):1088-96

Teo R, Moran P et al: Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol. 2011 Apr;185(4):1350-5

| |
|---|
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2009 "; The American Congress of Obstetricians and Gynecologists website,01-Jan-09 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2010"; The American Congress of Obstetricians and Gynecologists website,01-Aug-12 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2011"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2012"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The American College of Obstetricia. Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse; Obstetrics & Gynecology,118:1459-64,01-Dec-11 |
| The American College of Obstetricians and Gynecologists Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse Obstetrics & Gynecology,118:1459-64,01-Dec-11 |
| The British Association of Urologic. Synthetic Vaginal Tapes for Stress Incontinence Procedure-Specific Information for Patients; |
| The Federal and Drug Administration. Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011 |
| The Federal and Drug Administration. Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm |
| Tijdink M, Vierhout M, Heesakker J et al: Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh. Int Urogynecol J. 2011 Nov;22(11):1395-404. |

Timmer M: Technical note - Evaluation of Mesh contraction in a swine fascia Implantation Model. (ABSTRACT ONLY)

Tincello D, Botha, T, Kirkemo et al: The TVT Worldwide Observational Registry for Long-Term Data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women. J Urol. 2011 Dec;186(6):2310-5. doi: 10.1016/j.juro.2011.07.078. Epub 2011 Oct 20.

Tincello D, Kenyon S, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1); BJOG 2009; 116:1809-1814

Tincello DG, Botha T, Grier D, Jones P, Subramanian D, Urquhart C, Kirkemo A, and Khandwala S.  The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women; Journal of Urology,186: 2310-5,01-Dec-11

Tipton, JS. Obturator neuropathy; Curr Rev Musculoskelet Med. 2008 Dec;1(3-4):234-7

Tirlapur SA, Vlismas A, Ball E, and Khan KS. Nerve stimulation for chronic pelvic pain and bladder pain syndrome: a systematic review; Acta Obstetricia et Gynecologica Scandinavica,,24-May-13

Tommaselli G, Formisano C et al:  Effects of a modified technique for TVT-O positioning on postoperative pain: single-blinded randomized study. Int Urogynecol J (2012) 23:1293–1299.

Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Mariamaddalena S, and Nappi C. Efficacy and Safety of TVT-Secur in the Treatment of Female Stress Urinary Incontinence: 1-year follow-up; The International Urogynecology Journal,21:1211-7,26-May-10

Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol. 2013 Mar;20(2):198-204. Epub 2013 Jan 23.

Tommaselli GA, D'Afiero A, et al. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol Reprod Biol. 2013 Apr;167(2):225-9.

Tønnesen H1, Nielsen PR, et al Smoking and alcohol intervention before surgery: evidence for best practice. Br J Anaesth. 2009 Mar;102(3):297-306.

Toshiaki T. Ko K. Takaoki H. Bladder perforation of the tension-free vaginal tape detected with a flexible cystoscope. Acta Urologica Japonica. 52(10):805-807, 2006.

Touboul - Major Venous Hemorrhagic Complication during Transvaginal cystocele repair using the transobturator approach.

Touboul, C.. Perneal approach to vascular anatomy during transobturator cystocele repair; BJOG 2009: 116:708-712

Trivedi, et al. Understanding Female Urinary Incontinence and Master Management; S. Narayan & Sons 2014

Truntzer J et al. Smoking cessation and bone healing: optimal cessation timing. Eur J Orthop Surg Traumatol. 2014 May 31. [Epub ahead of print]

Tseng LH, Wang AC, Lin YH, Li SJ, Ko YJ. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women; The International Urogynecology Journal,16:230-5,27-Oct-04

Tsivian A, Kessler O, Mogutin B, Rosenthal J, Korczak D, Levin S, et al. Tape related complications of the tension- free vaginal tape procedure. J Urol 2004;171(2 Pt 1):762–4.

Tunn R, Picot A, Marschke J et al: Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele. Ultrasound Obstet Gynecol 2007; 29:449-452.

Tunuguntla H et al:
Female sexual dysfunction following vaginal surgery: a review. J Urol. 2006 Feb;175(2):439-46.

Turut P, Florin P, et al. Les Complications Dues Au Prolene; Bull.Soc.Opht.France 1981: 8-9

Twiss C and Raz S. Complications of synthetic mid-urethral slings; laborie.com,,01-Mar-08

Twiss C and Raz S.. Complications of synthetic mid-urethral slings; laborie.com,,01-Mar-08

Tzartzeva K, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women2; ICS Abstract 366, 2014

Tzartzeva K, Lingam D, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women; Study: UT SW Med Center, UT Dallas

U.S. Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

UCLA. Clinical Updates - Surgical mesh for pelvic organ prolapse repair the subject of FDA warning; UCLA Clinical Updates webpage 9/19/2012

Ulmsten U, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of struess urinary incontinence; Int Urogynecol J (1998) 9:2010-213

Ulmsten U, Falconer C, Johnson P, Jomaa M, Lannér L, Nilsson CG, and Olsson I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence; The International Urogynecology Journal,9:210-213,20-Jun-05

Ulmsten U., et al.  An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence; Int Urogynecol J, 1996; 7:81-86 Eth.Mesh.05795664-05795669

Ulmsten U., et al.  Reprint:  A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence; British Journal of Obstetrics and Gynecology, April 1999, Vol. 106, pp. 345-350 Eth.Mesh.00158629-00158636

Ulmsten U.. An Introduction to Tension-Free Vaginal Tape (TVT) – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001)(Suppl 2):S3-S4

Unger, CA., et al. Outcomes following treatment for pelvic floor mesh complications; (2014) Int Urogynecol J 25:745-749

Urogynecology and Reconstructive Pelvic Surgery. Edited by Walters and Karram.  2007 edition.

US Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

Ustinova EE, Fraser MO, Pezzone MA. Colonic irritation in the rat sensitizes urinary bladder afferents to mechanical and chemical stimuli: an afferent origin of pelvic organ cross-sensitization. *Am J Physiol Renal Physiol* 290: F1478–F1487, 2006.

Ustinova et al: Sensitization of pelvic nerve afferents and mast cell infiltration in the urinary bladder following chronic colonic irritation is mediated by neuropeptides. *Am J Physiol Renal Physiol* 292: F123–F130, 2007.

Ustün Y, Engin-Ustün Y, Güngör M, and Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy; J Am Assoc Gynecol Laparosc. 2003 Aug;10(3):386-9

Utomo E et al:  Validation of the urogenital distress inventory (UDI-6) and incontinence impact questionnaire (IIQ-7) in a Dutch population. Neurourol Urodyn. 2013 Oct 26

V. Iakovlev, S. Guelcher, R. Bendavid.
In Vivo Degradation of Surgical Polypropylene Meshes:
A Finding Overlooked for Decades. Virchows Archiv
2014, 463(1): 35

V. Iakovlev.
Explanted Surgical Meshes: What Pathologists and
Industry Failed to do for 50 Years. Virchows Archiv
2014, 463(1): 337

Vaiyapuri G, Han H, Lee L et al: Use of the Gynecare
Prolift System in surgery for pelvic organ prolapse: 1-year
outcome. Int Urogynecol J. 2011 Jul;22(7):869-77. .

Vakili B, Trang H, Loesch H et al:  Outcomes of vaginal
reconstructive surgery with and without graft material.
American Journal of Obstetrics and Gynecology (2005)
193:2126-32.

Valentim-lourenco A, Benoun M, Mascarenhas T, Cruz F,
Moniz L. TORP- comparing the efficacy, execution and
early complications of TVT and TVT-0; International
Urogynecology Journal.
Eth.Mesh.06133411-06133412

Valentim-lourenco A, et al. "TORP- comparing the
efficacy, execution and early complications of TVT and
TVT-0"; International Urogynecology Journal

Valpas A, Kivelä A, et al. Tension-free vaginal tape and
laparoscopic mesh colposuspension for stress urinary
incontinence; Obstetrics & Gynecology, 2004 July;
104(1):42-49

Valpas A, Kivelä A, Penttinen J, Kujansuu E, Haarala M,
and Nilsson CG. Tension-free vaginal tape and
laparoscopic mesh colposuspension for stress urinary
incontinence; Obstetrics & Gynecology, 2004 July;
104(1):42-49

van Raalte H, Lucente V, Molden S et al: One-year
anatomic and quality-of-life outcomes after the Prolift
procedure for treatment of posthysterectomy prolapse. Am
J Obstet Gynecol. 2008 Dec;199(6):694.e1-6. .

Vassallo, BJ., et al. Management of Iatrogenic Vaginal Constriction; Obstet Gynecol. 2003 Sept; 102(3): 512-20

Vaze A, Goldman H et al: Determining the course of the dorsal nerve of the clitoris. Urology. 2008 Nov;72(5):1040-3

Velemie, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Velemir L, Amblard J, Jacquetin B, Fatton B. Urethral erosion after suburethral synthetic slings: risk factors, diagnosis, and functional outcome after surgical management. Int Urogynecol J Pelvic Floor Dysfunct. 2008. Jan 18.

Velemir, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Vervest HAM, Bisseling TM, et al. "The prevalence of voiding difficulty after TVT, its impact on quality of life, and related risk factors."; Int Urogynecol J 2007;18:173-182

Vervest HAM. Bongers MY. Van der Wurff AAM. Nerve injury: an exceptional cause of pain after TVT. International Urogynecological Journal . 17:665-667, 2006

Vervest HAM. Bongers MY. Van der Wurff AAM. Nerve injury: an exceptional cause of pain after TVT. International Urogynecological Journal . 17:665-667, 2006.

Viereck, Volker ; Rautenberg, et al. Midurethral Sling Incision: Indications and Outcomes; Int Urogynecol J (2013) 24:645-653

Vierhout M, Withagen M, Futterer J: Rectal obstruction after a vaginal posterior compartment polypropylene mesh fixed to the sacrospinous ligaments. Int Urogynecol J (2011) 22:1035–1037. .

Vierhout ME. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):139-40.

Voeller, GR. New Developments in Hernia Repair; Surg Technol XI: 111-116

Vollebregt, A., et al. Bacterial Colonisation of Collagen-Coated Polypropylene Vaginal Mesh: Are Additional Intraoperative Serility Procedures Useful?; Int Urogynecol J Pelvic Floor Dysfunct. 2009 Nov;20(11):1345-51

Von Theobald P, Zimmerman CW, et al. New Techniques in Genital Prolapse Surgery; 2011 XII, 310 p, Hardcover ISBN: 978-1-84885-135-4

Wadie BS, Edwan A, and Nabeeh AM.. Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study; J Urology, 2005 Sept; 174:990-993

Wadie BS, Mansour A, EI-Hefnawy AS, Nabeeh A, and Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wadie BS, Mansour A, et al. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wai CY, Atnip S , Williams KN, Schaffer JN. Urethral erosion of tension - free vaginal tape presenting as recurrent stress urinary incontinence . Int Urogyn Journal 15 ( 5), Oct 2004

Wai CY, Atnip S , Williams KN, Schaffer JN. Urethral erosion of tension - free vaginal tape presenting as recurrent stress urinary incontinence . Int Urogyn Journal 15 ( 5), Oct 2004.

Wai CY.. Surgical treatment for stress and urge urinary incontinence.; Obstet Gynecol Clin N Amer 2009;36:509-519

Wai, C.Y.. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence.; Obstet Gynecol (2013) 121:1009-1016

Walid MS, Heaton RL: Laparoscopic apical mesh excision for deep dyspareunia caused by mesh banding in the vaginal apex. Arch Gynecol Obstet. 2009 Sep;280(3):347-50.

Wall L, Brown D: The perils of commercially driven surgical innovations. Am J Obstet Gynecol. 2010 Jan;202(1):30.e1-4. Epub 2009 Jul 15

Wall L, Brown D: The perils of commercially driven surgical innovations. Am J Obstet Gynecol. 2010 Jan;202(1):30.e1-4. Epub 2009 Jul 15.

Walsh CA. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months; BJU International,108:652-7,14-Jul-11

Walter JE.  SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada; Journal of Obstetrics and Gynaecology Canada,33:168-74 ,01-Feb-11

Walter JE.. SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada; Journal of Obstetrics and Gynaecology Canada,[Deleted Object]:168-74 ,01-Feb-11

Walters M, Tulikangas, P et al; Vascular Injury During TensionFree Vaginal Tape Procedure for Stress Urinary Incontinence. Obstet Gynecol. 2001 Nov;98(5 Pt 2):957-9

Waltregny  D, de Leval et al:  Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence- Interim Results of a Prospective Study After a 1-Year Minimum Follow up.  J Urol. 2006 Jun;175(6):2191-5.

Waltregny D, de Leval J: The TVT-obturator surgical procedure for the treatment of female stress urinary incontinence: a clinical update. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):337-48. Epub 2008 Nov 4.

Waltregny D, Gaspar Y, Reul O, Hamida W, Bonnet P, and de Leval J. TVT-O for the treatment of female stress urinary incontinence: Results of a prospective study after a 3-year minimum follow-up; European Urology,53:401-10,21-Aug-07

Wang AC and Chen MC.. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial; Neurourology and Urodynamics 22:185-190 (2003)

Wang AC et al:  A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study.  Int Urogynecol J (2008) 19:1145–1150.

Wang AC, Lee L, Lin C, et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures:  A prospective case-controlled pilot study; American Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang F, Song Y and Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China; Arch Gynecol Obstet. 2010 Feb; 281(2) 279-86

Wang W. Zhu L. Lang J. Transobturator tape procedure versus tension free vaginal tape for treatment of stress urinary incontinence. 104:113-116, 2009

Wang Y, Li F et al: Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369–1374

Wang, A.C., et al.  A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures:  A prospective case-controlled pilot study Americal Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang, AC. A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study.; Int Urogynecol J (2008) 19:1145-1150

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P et al. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P et al. Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence2; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P.. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up; BJOG 2008:115:226-233

Ward KL and Hilton P.Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up; BJOG 2008:115:226-233

Weber AM, Abrams P, Brubaker L., The Standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J (2001) 12:178–186. .

Weber AM, et al. The standardization of terminology for researchers in female pelvic floor disorders; Int Urogynecol J (2001) 12: 178-186

Weber AM, Walters MD, Piedmonte MR.Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun;182(6):1610-5.

Weber AM, Walters MD, Piedmonte MR et al: Anterior colporrhaphy: a randomized trial of three surgical techniques.  Am J Obstet Gynecol. 2001 Dec;185(6):1299-304; discussion 1304-6.

Weber AM, Walters MD, Piedmonte MR et al: Anterior colporrhaphy: a randomized trial of three surgical techniques.  Am J Obstet Gynecol. 2001 Dec;185(6):1299-304; discussion 1304-6. .

Weis J; Pelvic floor myofascial trigger points: manual therapy for interstitial cystitis and the urgency-frequency syndrome. J. Urol Vol 166, 2226-2231. Dec 2001

Weis J; Pelvic floor myofascial trigger points: manual therapy for interstitial cystitis and the urgency-frequency syndrome. J. Urol Vol 166, 2226-2231. Dec 2001.

Westermann L, Brown A, et al. Delayed Presentation of an Enterocutaneous Fistula After Tension-Free Vaginal Tape Sling; Female Pelvic Reconstr Surg 2011; 17: 258-259

Westney L, McGuire E, Cespedes R, Amundsen C:  Long term results of Ingel-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep;168(3):1044-7.

Wetta LA, Gerten K, Wheeler T et al: Synthetic Graft Use in Vaginal Prolapse Surgery: Objective and Subjective Outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 2009 November ; 20(11): 1307–1312. doi:10.1007/ s00192-009-0953-3.

White , R.A., Hirose, F.M., et al.. (1981). Histopathologic observations after short-term implantation of two porous elastomers in dogs.; Biomaterials, 2:171-176.

Whiteside J, Barber M, Walters M:  Anatomy of ilioinguinal and hypogastric nerves in relation to trocar placement and low transverse incisions.  Am J Obstet Gynecol. 2003 Dec;189(6):1574-8; discussion 1578.

Whiteside J, Walters M: Anatomy of the obturator region: relations to a trans-obturator sling. Int Urogynecol J (2004)_ 15:223-226.

Whiteside JL and Walters MD. Anatomy of the obturator region: relations to a trans-obturator sling; The International Urogynecology Journal,15:223-6,24-Feb-04

Willard F, Schuenke M: The neuroanatomy of female pelvic pain. From Pain in Women: A Clinical Guide. Bailey and Bernstein editors.

Willard, FH, et al. The Neuroanatomy of Female Pelvic Pain; Pain in Women: A Clinical Guide, Chapter 2

Williams D.. Review Biodegradation of surgical polymers; Journal of Materials Science. 1982; 17:1233-1246

Wilson, C, et al. Short-term efficacy of transobturator sling in women veterans with a history of sexual trauma; MAAUA 68th Annual Meeting Abstracts (2010)

Withagen M Vierhout M, Hendricks J et al: Risk factors for exposure, pain, and dyspareunia after tension-free vaginal mesh procedures. Obstet Gynecol. 2011 Sep;118(3):629-36. .

Withagen MI, Milani AL, et al. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapsed: a randomized controlled trial.; Obstetrics & Gynecology,117:242-50 ,01-Feb-11

Wolter CE, Starkman JS, et al. Removal of transobturator midurethral sling for refractory thigh pain.; Urology (2008) 72: 461.el-461.e3

Wood, A.J., et al. Materials characterization and historical analysis of explanted polyproplene, PTFE, and PET hernia meshes from an Individual Patient; J Mater Sci: Mater Med (2013) 24:11 13-1122

Wu JM, Kawasaki A, Hundley AF, Dieter AA, Myers ER, and Sung VW. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050; The American Journal of Obstetrics & Gynecology,205:230.e1-5 ,02-Apr-11

Wyczolkowski, M., et al. Reoperation After Complicated Tension-Free Vaginal Tape Procedures; The Journal of Urology, Vol 166, 1004-1005 (Sept 2001)

Yamada B, Govier et al: High rate of vaginal erosions associated with Mentor ObTape. J Urol. 2006 Aug;176(2):651-4; discussion 654.

Yang C, et al. Presentation Number:  Oral Poster 18 Anchor extraction forces for single-incision slings: strength comparison in a rabbit model; Female Pelvic Med & Reconstr Surg (2011) 17(5)2:S92

Yang CH, Chan PH, Lai SK, et al. A retrospective study comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of female stress urinary incontinence --- a preliminary report.; J Chin Med Assoc. 2007 Dec;70(12):541-4. doi: 10.1016/S1726-4901(08)70057-1.

Yucel S, De Souza A Jr, Baskin LS (2004) Neuroanatomy of the human female lower urogenital tract. J Urol 172:191–195.

Zahn CM Siddique S et al: Anatomic comparison of two transobturator tape procedures. Obstet Gynecol 2007;109:701-6.

Zeidel A, Beilin B, Yardeni I, et al. Immune response in asymptomatic smokers. Acta Anaesthesiol Scand 2002;46:959–64.

Zhong C, Yuan C, Guang-hui D, et al. Comparison of three kinds of midurethral slings for surgical treatment of female stress urinary incontinence.; Urologia 2010;77(1):37-42

Zhu L, Lang J, Hai N, and Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence; International Journal of Gynecology & Obstetrics (2007) 99, 14-17

Zhu Y, Gao G et al:  Inside out transobturator vaginal tape versus tension-free vaginal tape for primary female stress urinary incontinence: meta-analysis of randomized controlled trials. Chin Med J 2012;125(7):1316-1321

Zilbert AW, Farrell SA. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):141-3

Zuckerman DM., et al. Medical Device Recalls and the FDA Approval Process; Arch Intern Med 2011:17(11): 1006-1011 Published Online February 14, 2011

Zugor V , Labanaris AP, Rezaei - Jafari MR, Hammerer P, Dembowski J, Witt J, Wucherpfennig W. TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow up of 48 months. Int Urol Nephrol. 2010 Feb 10

Zugor V, Labanaris AP, et al. "TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. "; Int Urol Nephrol 42, 915-20 (2010)

Zullo MA, Plotti F, Calcagno M, Marullo E, Palaia I, Bellati F, Basile S, Muzii L, Angioli R, and Panici PB. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial; European Urology,51:1376-82,07-Nov-06

Zullo MA, Plotti F, et al. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial.; European Urology,51:1376-82,07-Nov-06

Zullo MA. Ruggiero A. Montera R. Collettini F. Battista C. Muzii L. Zobel BB. Angioli R.  Pelvic-cutaneous fistula after retropubic vaginal tape placement. International journal of gynecology and obstetrics. 105(2): 178-179, 2009

Zumbe J. Porres D. Degiorgis PL. Wyler S. Obturator and thigh abscess after transobturator tape implantation for stress urinary incontinence. Urol Int. 81: 483-485. 2008.

Zwarenstein M, et al. Improving the reporting of pragmatic trials: an extension of the CONSORT statement; BMJ 2008; 337:12390

Zycynski HM, Carey MP, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device; Am J Obstet Gynecol 2010; 203:587.e1-8

Zyczynski H, Carey M, Robinson D, Sikirica V et al: One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. (ABSTRACT ONLY presentation American Urological Association, 2009 and International Urogynecological Association meeting 2009)

| Deponent | Date |
|---|---|
| Zenobia Wajli | All dates |
| Judy Gauld | All dates |
| Scott Ciarrocca | All dates |
| Matthew Henderson | All dates |
| Paul Parisi | All dates |
| Bryan Lisa | All dates |
| Sean O'Bryan | All dates |
| Angelini, Laura, Transcripts and Exhibits | All dates |
| Arnaud, Axel, MD Transcripts and Exhibits | All dates |
| Barbolt, Thomas A., Ph.D Transcripts and Exhibits | 10/10/2012; 08/04/2013; 08/15/2013; 01/07/2014; 01/08/2014 |
| Batke, Boris Transcripts and Exhibits | 8/1-2/2013 |
| Beath, Catherine Transcripts and Exhibits | 07/11-12/2013 |
| Burkley, Dan Transcripts and Exhibits | 5/22/2013; 5/23/2013 |
| Chen, Meng, MD Transcripts and Exhibits | 10/29-30/2013 |
| London-Brown, Allison Transcripts and Exhibits | All dates |
| Hart, James D., MD Transcripts and Exhibits | 09/17/2013; 12/20/2013 |
| Hellhammer, Brigette, MD Transcripts and Exhibits | 09/11-12/2013 |
| Hinoul, Piet Transcripts and Exhibits | 04/05/2012; 06/26-27/2013; 01/13-15/2014 |
| Holste, Joerg Transcripts and Exhibits | 07/29-30-2013 |
| Horton, Ron Transcripts and Exhibits | 7/1/2015 |
| Isenberg, Richard, MD Transcripts and Exhibits | 11/5/13 and 11/6/13 |

| | |
|---|---|
| Divilio, Thomas Transcrips and Exhibits | All dates |
| Kirkemo, Aaron, Transcripts and Exhibits | All dates |
| Kammerer, Gene, Transcript and Exhibits | All dates |
| Lin, Susan, Transcripts and Exhibits | 3/12-13/2013; 05/3,6/2013; 08/01/2013 |
| Lamont, Daniel J. Transcript | 4/3-4/2013; 9/11/2013 |
| Owens, Charlotte Transcript and Exhibits | 9/12/2012; 6/20/2013 |
| Robinson, David Transcripts and Exhibits | 07/24-25/2013; 09/11/2013 |
| Selman, Renee Transcript and Exhibits | 6/21/2013 |
| Smith, Dan, Transcripts and Exhibits | 05/15-16/2013; 06/04-05/2013; 08/20-21/2013 |
| Vailhe, Christophe, Ph.D., Transcripts and Exhibits | 06/20-21/2013 |
| Weisberg, Martin, MD Transcripts and Exhibits | 05/30-31/2013; 08/09/2013 |
| McCoy, Sheri Transcripts and Exhibits | All dates |
| Yale, Mark, Transcript and Exhibits | 8/7/2013 |
| Trial Testimony of Piet Hinoul - Batiste v. Ethicon | 3/26/14; 3/27/14; 3/28/14 |
| Jones, Scot Transcript and Exhibits | 6/9/2014 |
| Testimony and Exhibits from Batiste v. Ethicon Trial | |

Case 3:20-cv-00851-MO   Document 83-1   Filed 05/26/20   Page 361 of 603

| | |
|---|---|
| Deposition of Bruce Rosenzweig, MD | 9/22/2015 |
| Deposition of Jerry Blaivas, MD | 9/17/2015 |

| Expert Reports |
| --- |
| Dr. Bruce Rosenzweig |
| Dr.  Jerry Blaivas |
| Dr. John Miklos |
| Dr. Scott Guelcher |
| Dr. Jimmy Mays |
| Dr. Anne Wilson |
| Dr. Howard Jordi |
| Dr. Vlad Iakovlev |
| Dr.  Uwe Klinge |
| Dr. Thomas Muehl |
| Dr. Suzanne Parisian |
| Duane Priddy, Ph.D. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO PLAINTIFFS: <br><br> Wave 1 Cases | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## RULE 26 EXPERT REPORT OF DANIEL ELLIOTT, M.D.

### I.    BACKGROUNDS AND QUALIFICATIONS

I am an Associate Professor of Urology, section of Female Urology and Reconstructive Surgery, at Mayo Clinic Graduate School of Medicine in Rochester, Minnesota. My current curriculum vita, attached hereto as Exhibit "A", more fully and accurately reflects my training, background, academic activity and publications. However, briefly, I received an M.D. in 1993 from Loma Linda University School of Medicine in Loma Linda, California. Following graduation from medical school, I completed one year of General Surgery and five years of Surgical Urology residency at the Mayo Graduate School of Medicine at the Mayo Clinic in 1999. I then completed a one-year advanced surgical fellowship at Baylor College of Medicine in Houston, Texas, in Neurourology, Urodynamics and Voiding Dysfunction. I then re-joined the faculty at the Mayo Clinic, where I have spent the last fifteen years specializing in treating pelvic organ prolapse and urinary incontinence in women and urinary incontinence in men. I have published nearly 60 peer-reviewed articles and given over 100 lectures nationally and internationally pertaining to urinary incontinence and pelvic organ prolapse. I have specifically authored two published scientific manuscripts dealing with polypropylene meshes in the animal model. A Mayo Clinic colleague and I were the first to perform robotic sacrocolpopexy surgery for the treatment of high-grade prolapse and to publish extensively on the subject and the first to perform and publish on the outpatient, non-mesh transobturator sling.

During my training, I was introduced to the use of synthetic midurethral slings for incontinence repair. I have used the Mentor OB/Tape products as well as mesh slings made by AMS and Coloplast. As of over a year ago, I decided to no longer use meshes in my practice through the transvaginal route unless there is absolutely no other alternative. The reason that I made this decision is that my practice has become increasingly dedicated to treating a host of life-altering complications associated with the use of both SUI and POP meshes, including

meshes made by Ethicon. Neither I, nor my colleagues at Mayo, have ever used transvaginal POP kits as we felt that the risk to patients was too great. Having treated hundreds of patients with mesh-related complications (both SUI and POP), I feel that we made the right decision not to include them as part of our treatment regimen. I only use mesh for POP repair through robotic sacrocolpopexy, as it is not a transvaginal surgery, uses much less mesh, and is associated with significantly less complications than transvaginal mesh prolapse repair.

I am a frequent invited national and international lecturer at medical and surgical conferences addressing stress urinary incontinence and pelvic organ prolapse, their evaluation, treatment, surgical options and management of complications. I have taken and passed the subspecialty credentialing process recently established by the combined boards of the American Board of Urology and American Board of Obstetrics and Gynecology in Female Pelvic Medicine and Reconstructive Surgery.

## II.    BASIS OF OPINIONS

I have been asked to provide opinions regarding the subject of pelvic organ prolapse, its evaluation, treatments, surgical options and management of complications as well as to address the actions of Ethicon, Inc., Ethicon Women's Health and Urology, a Division of Ethicon, Inc., Gynecare and Johnson & Johnson (collectively referred to as Ethicon), regarding its transvaginal mesh pelvic floor repair products for prolapse. The focus of my investigation for this report is on the GYNECARE PROLIFT Total, Anterior, and Posterior Pelvic Floor Repair Systems (collectively referred to as "Prolift" or the "Prolift System"). My opinions are based on my personal knowledge, experience, and my investigation in this case. All of my opinions, and the basis of these opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe are true and correct to a reasonable degree of scientific and medical probability. I do, however, reserve the right to supplement this report and my opinions in light of any additional material or information provided to me, including any reports submitted and/or any other discovery that is taken in this case. Furthermore, if called to testify, I would plan to use various demonstrative exhibits, animations, video recordings, and/or anatomic models to show the relevant anatomy and surgical procedures and to describe my opinions as set forth in this report. The materials I have reviewed and relied upon to form my opinions for this report are attached as Exhibit "B".

## III.    SUMMARY OF OPINIONS

### A. Lack of Clinical Benefit

1.    Overall, patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including the Prolift System, do not have demonstrable improvement in symptomatic results over traditional, non-mesh repair.

2.    Overall, patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including the Prolift System, have demonstrably worse improvement in their quality of life (QOL) over traditional, non-mesh repair.

2

3.      Overall, patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including the Prolift System, do not have demonstrable improvement in reoperation rates over traditional, non-mesh repair.

4.      The increased patient risks, complication rates, and the added expense of the Prolift System far outweigh any stated or implied benefits.

5.      There was no need for the Prolift System, a non-absorbable, synthetic mesh, to be sold and marketed as a surgical treatment and procedure for pelvic organ prolapse (POP) as there were safe, effective and reasonable alternative surgical treatments available at the time this product was launched that did not needlessly endanger patients nor carry the likelihood or risk of serious injury that has been associated with the Prolift System. Accordingly, the Prolift System should have never been marketed to surgeons or patients in the first place, and I agree with Ethicon's 2012 decision to cease marketing the Prolift System for use in the United States.

## B. Complication Rate

1.      Synthetic transvaginal meshes for POP, including the Prolift System, subject patients to needless danger through increased risks not present in traditional, non- mesh surgery for POP repair.  Prolift has, therefore, caused serious and potentially permanent injuries due to complications associated with its implantation for POP repair.

2.      Even when surgeons used the Prolift System as designed and marketed, it was unsafe to patients for its intended use as a method of surgical POP repair because of patient-to-patient anatomic variability and surgeon-to-surgeon variability in experience, training and technique, as well as the inherently unsafe characteristics of the procedure and mesh.

3.      Because non-absorbable, synthetic, polypropylene mesh such as Prolift causes an intense foreign body reaction in pelvic tissue, there is no way to safely implant these products into a woman's pelvic tissue without an increased risk of serious complications including, but not limited to, pain associated with the implant procedure (including but not limited to nerve, vascular, organ and tissue damage), chronic pelvic pain associated with fibrosis and scarring, adhesions, vaginal retraction and shortening, fistula formation, granuloma formation, chronic infection associated with, among other things, the product's implantation into a clean/contaminated field and the intense inflammatory response to the polypropylene, chronic wound healing issues, organ erosion, vaginal extrusion/exposure, chronic pelvic pain associated with the explant procedure (including but not limited to nerve, vascular, organ and tissue damage) , de novo incontinence, significant dyspareunia (painful intercourse), and the lack of a safe and effective method to treat the complications, including the removal of the mesh when necessary.

3

### C. Data Withheld From Physicians

1.     Ethicon failed to completely disclose to physicians and their patients the known risks of prolapse surgery using Prolift. By withholding this information and failing to provide adequate warnings and/or instructions, Ethicon failed to act as a reasonably prudent medical device manufacturer.  Because of its actions, Ethicon knowingly exposed patients to needless, preventable danger, harm and permanent suffering. Ethicon's failure to disclose risks known to it about the Prolift took away physicians' ability to properly and appropriately consent their patients.

2.     Ethicon failed to disclose the lack of benefit of POP surgery using the Prolift System to physicians and patients.  By withholding this information and failing to provide adequate warnings and/or instructions, Ethicon failed to act as a reasonably prudent medical device manufacturer and thereby exposed patients to needless danger and harm.

3.     Ethicon inadequately informed physicians and their patients that the Prolift System caused significant risks to normal sexual activity.  Specifically, Ethicon made a conscious decision not to include statements regarding the likelihood that undergoing a POP surgery utilizing the Prolift System could cause "pain with intercourse and pelvic pain," and because of these misrepresentations, countless women will permanently and needlessly be forced to suffer lifelong pain and embarrassment.

### D. Breach of Duty by Ethicon

1.     Ethicon breached its duty of reasonable care to implanting surgeons and to patients by marketing and selling Prolift Pelvic Floor Repair Systems as a "revolutionary" surgical device *and* procedure without sufficient evidence to support the Prolift System's safety, effectiveness and benefit, and with specific knowledge of the increased risks of non-absorbable, synthetic surgical mesh for POP, including its product, Prolift.

2.     Ethicon breached its duty of reasonable care to implanting surgeons and to patients by marketing and selling the Prolift System (both the product *and* the procedure) to surgeons and patients without proper warnings, proper training, without proper instructions for use and without sufficient evidence of its safety and efficacy, thereby exposing patients to needless danger and unreasonable risk of harm.

3.     Ethicon breached its duty of reasonable care to implanting surgeons and to patients by failing to timely disclose its knowledge of a significant increase in complications associated with the Prolift System even though it had the ability to do so through physician communications, "*Dear Surgeon*" letters, its sales force, sales and marketing brochures to physicians and patients and/or updates to its Instructions for Use to physicians, and in fact used those means of communications to minimize the impact of risk information when it was brought to light through other sources.

4

## IV.    NORMAL ANATOMY AND PELVIC ORGAN PROLAPSE

The normal vagina is a functional, pliable, distensible, mobile, and well-supported structure. Pelvic organ prolapse (POP) is a condition in which one or more of the female pelvic organs (bladder, rectum, uterus, and/or intestines) drop into the vagina to varying degrees, as a result of weakened vaginal tissue to form a bulge or fullness in the vagina. POP can affect the quality of life (QOL) of women; however, POP is not a life-threatening condition. POP is for many women a normal part of the aging process and can result from some combination of increasing age, multiple childbirths, frequent heavy lifting, chronic cough, obesity, constipation, previous hysterectomy and genetic predisposition. Symptoms of POP are usually limited to QOL issues such as the sensation of pelvic fullness, pressure and interference with sexual activity. It can also impact on urination and bowel function. POP is a relatively common condition, with up to 50% of women who have had children having some degree of POP; however, only a fraction of those women are symptomatic. Medical device manufacturers such as the manufacturer of the Prolift, Ethicon, perceived that the potential surgical market created a desirable target for device manufacturers eager to capture market share. (Wall L: The perils of commercially driven surgical innovation. Am J of Obstetrics and Gyne Jan 2010; 202.30e1-4).

As mentioned above, POP is a protrusion or a falling down of one or more of the pelvic organs into the vagina. This can affect one or more of the vaginal "compartments." These compartments are:

1. The bladder (called an Anterior Compartment Prolapse or Cystocele).
2. The rectum (called the Posterior Compartment Prolapse or Rectocele).
3. The uterus (called Uterine Prolapse).
4. The small intestines (called the Apical Compartment Prolapse or Enterocele).
5. In cases where POP affects all of the compartments, this is often referred to as a Vaginal Vault Prolapse.

Treatment for female pelvic organ prolapse can be generally broken down into four main categories:

1. Behavior modification & Pelvic Floor Therapy & Exercises
2. Medication
3. Pessary
4. Surgical treatment

## V.    TREATMENT

### A. Traditional POP Treatment Options

There are multiple well-established treatment options for treating POP. A thorough understanding of the risks and benefits of each of the POP treatment options is imperative for the treating physician to evaluate and recommend appropriate therapy for each patient since each patient represents unique characteristics, symptoms, and risk factors, which can affect the success and complications of any therapy. Following a thorough physical exam by a trained

medical practitioner, the severity and QOL impact of the POP is determined. Management options of POP can be broken down into several broad categories such as observation, behavioral therapies, pelvic floor exercises, pessary use, and, as a last resort, surgery. Since POP is primarily a QOL issue, the physician must first determine whether or not the POP is actually problematic for the patient. Many times the POP is mild and causes either no or only minimal symptoms. In this frequent situation, the safest treatment option is observation with periodic reevaluation to determine if the POP and the patient's symptoms progress or not. For the patient with POP that is symptomatic, further conservative options can be considered such as behavioral changes (weight loss, lifestyle changes), pelvic floor exercises and/or the use of pessary devices.

Surgical procedures should usually be reserved for severe, high grade POP that is negatively impacting the QOL for the woman. Surgical repair of POP has been documented and has evolved over the years. Traditional surgery is performed from either the vagina (termed "transvaginal") or from the abdomen (termed "transabdominal"), with the latter group being performed either with an abdominal incision (Abdominal Sacrocolpopexy) or with minimally-invasive procedures such as with laparoscopic or robotic technology. The Prolift procedure was developed as an alternative procedure to the traditional methods of treating prolapse. By definition, a comparison of the safety and effectiveness/risks and benefits of the Prolift with the alternatives requires a comparison with these traditional procedures.

### B. Traditional, Transvaginal <u>NON</u>-Mesh POP Procedures

Traditional transvaginal surgery for POP utilizes an incision through the wall of the vagina hence the term "transvaginal" literally meaning "through the vagina." It is imperative to recognize the basic difference between transvaginal and transabdominal (through the abdomen) surgery since the surgical route chosen affects success, complications, and QOL results.

Traditional non-mesh transvaginal surgery relies on the mobilization and the stitching together of the patient's own deep vaginal tissues (also known as "native tissue") to support the vagina and to repair the POP. Traditional transvaginal surgery for POP, in contrast to Prolift Pelvic Floor Repair Systems, does NOT utilize the blind passage of trocars or mesh in its repair.

One of the most significant arguments used by mesh manufacturers to justify vaginal mesh use over the traditional, non-mesh POP repairs was the misconceived notion that traditional repairs had failure rates of up to 30-40%. This failure rate was based primarily on the work of the 2001 National Institutes of Health (NIH) Workshop on Standardization of Terminology for Researchers in Pelvic Floor Disorders. However, since the Workshop's recommendations in 2001, there have been significant advancements in the understanding of what is normal vaginal support, pelvic prolapse, POP symptoms, and the very critical issue of what patients perceive as a successful outcome following POP surgery. What is now apparent is that the NIH POP Workshop grading system was so strict that a large percentage of average healthy women would fail if graded under that system. This misconception has now been recognized in the medical literature. Currently, within contemporary POP studies which utilize up-to-date prolapse

6

definitions, the accepted failure rate of traditional, non-mesh POP repairs is less than 15% and closer to 12%.[1][2][3]

## C. Transabdominal/Laparoscopic/Robotic POP Repair

Sacrocolpopexy is a procedure performed through the abdomen. Although not without risk, sacrocolpopexy is superior to transvaginal mesh procedures as it offers a greater chance of long-term anatomical and symptomatic POP success, with fewer risks. Traditionally, this approach utilized an incision in the lower abdomen. However, with the advancement of minimally invasive procedures such as laparoscopy and robotic surgery, the procedure is increasingly performed using these less invasive alternatives. The procedure entails stitching a mesh or biomaterial to the top, apex and bottom of the vagina then stitching that same mesh or biomaterial to the large bones at the base of the spine called the sacrum.

## D. History of Synthetic Mesh

Abdominal and thoracic wall weaknesses, called hernias, exist due to inherent weaknesses within the abdominal wall or thoracic wall due to conditions such as birth defects, surgery, and radiation effects. Traditional hernia repair surgery evolved using sutures (stitches) to bring the native tissue together. However, due to the inherent weaknesses of the tissues, failure was common and frequently resulted in significant pain and suffering for the patient. Therefore, in the 1950's, surgical meshes for hernia repairs were introduced. Subsequently, academic presentations, surgical reports and journal manuscripts began to describe mesh-related complications such as chronic pain, abdominal wall rigidity, mesh contraction, infection, fistula formation, recurrence and chronic inflammatory process.[4][5][6][7][8][9][10][11][12][13][14][15][16][17][18][19][20][21][22]

---

[1] Weber AM, Walters MD, Peidmonte MR et al: Anterior Colporraphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol (2001) 185(6):1299-304; discussions 1304-6. 172

[2] Weber AM, Abrams P, Brubaker L: The standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J (2001) 12:178-186

[3] Chmielewski L, Walters MD, Weber AM, et al: Reanalysis of a randomized trial. J ObstetGynecol (2011) 205:96.e1-8

[4] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

[5] Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polyproylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg laparosc endosc percutan tech 2007, 17;91-94.

[6] Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

[7] Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

[8] Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267.

[9] Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[10] Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[11] Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

An abundant amount of evidence in the medical literature and basic science data has been gathered over the past two decades that indicates that there is a strong and direct relationship between postoperative mesh complications and mesh design.[23][24][25][26][27][28][29][30][31][32][33]. Reducing mesh-related complications demands a thorough understanding and knowledge of the chemical, physical and synthetic characteristics of meshes and how they react inside the human body. Based upon vast amounts of general surgery and basic science literature, there is a consensus that synthetic meshes that are lower weight (less surface area), larger pore size, higher porosity, monofilament, and that are capable of maintaining their elasticity and structural stability during and after implantation will have better results with fewer complications. Of all the mesh characteristics, pore size and stability of the mesh are among the most important.

[12] Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

[13] Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

[14] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

[15] Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542.

[16] Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects.Minerva Chir. 1997 Oct;52(10):1169-76.

[17] Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.

[18] Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011;21(3):205-18.

[19] Cobb W, Burns J, Peindl R et al: Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006).

[20] Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004;12(1):51-65.

[21] Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May;200(5):549.e1-8.

[22] Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007Sep;14(3):168-76.

[23] ETH.MESH.00869977 – 00870098

[24] ETH.MESH.02589033 – 02589079

[25] Robinson deposition 3-13; pg 126-130.

[26] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

[27]Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mesh (polyproylene/poligliecaprone 25) for TAPP inguinal hernia repair. Surg laparosc endosc percutan tech 2007, 17;91-94.

[28] Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

[29] Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

[30] Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007)262-267.

[31] Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[32] Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[33] Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

8

### E. Synthetic Mesh Use in Urogynecology

#### 1. Sacrocolpopexy

Synthetic meshes are used transabdominally in sacrocolpopexy. Sacrocolpopexy can now be performed using laparoscopic and robotic technologies. Although mesh is used in sacrocolpopexy, there are important distinctions between the two procedures. As explained above, the mesh used in sacrocolpopexy is inserted through the sterilized transabdominal approach whereas in the transvaginal procedure, the mesh passes through the "*clean contaminated*" environment of the vagina and therefore is exposed to bacteria and other pathogens during and after implantation.

The amount of mesh used in sacrocolpopexy is significantly less than that typically used in the Prolift System and other transvaginal mesh POP repair procedures. The anatomical location of the mesh and the forces applied to the mesh during implantation also differ between the two procedures. In sacrocolpopexy, the mesh does not need to be inserted through the use of cannulas and is therefore much less likely to experience folding or roping during insertion. Unlike transvaginal procedures, which are done blindly through the use of trocars, sacrocolpopexy allows the surgeon to visualize the placement of the mesh, which avoids the risks of blind passage. For all of these reasons, the risk profile of sacrocolpopexy is superior to that of transvaginal mesh kits for POP, including the Prolift System.

#### 2. Transvaginal Mesh Kits for POP

Use of transvaginal synthetic mesh for POP repair was marketed mainly as a way to increase the durability of the POP repair relative to the misperceived higher failure rate of traditional, non-mesh transvaginal POP surgery. A brief comparison is warranted between the traditional, transvaginal non-mesh POP surgery and the prepackaged mesh kits in order to understand the new and unique treatment alternative the mesh kits represented upon their introduction to the marketplace. The general similarities between traditional, transvaginal and mesh kit POP procedures are:

- Both are designed to treat POP;

- At the time of surgery, the patient is placed in the same position on the operating table;

- The procedures are done under either general or spinal anesthetic;

- The procedures are performed through the vagina; and,

- A cystoscopy is required when performing an anterior or apical repair to rule out inadvertent bladder injury.

Traditional non-mesh transvaginal POP surgery diverges from mesh kit procedures at this point. Typically, traditional surgery, instead of using a synthetic mesh to hold up the prolapsing pelvic organ, uses only sutures (also called stitches) placed into the native tissues surrounding the prolapsing portion of the vagina to repair the POP. These stitches are placed under direct

vision, meaning the surgeon can visualize where the stitch is going, thereby reducing the risk of injury to surrounding tissues and pelvic organs.

In general, there are several broad, though very important differences between traditional, transvaginal non-mesh and mesh kit POP surgeries:

- No synthetic, non-absorbable meshes are used in traditional POP surgery;

- No trocars/guides are used to place the mesh into position in traditional POP surgery;

- There is no tensioning of mesh arms with traditional surgery, and;

- The traditional procedure is performed under direct vision, meaning that the surgeon can see what he/she is doing with no blind passing of trocars.

## VI.   ETHICON MESH

### A.  Prolene Mesh

Ethicon first developed sheets of Prolene mesh that could be cut to a desired shape by surgeons, for the surgical treatment of hernias. Shortly thereafter, the same mesh became available for use as the Prolene Hernia System, which is described as a sterile, pre-shaped three-dimensional patch constructed of an undyed Prolene polypropylene mesh constructed of knitted, non-absorbable polypropylene monofilaments identical to those used in Prolene polypropylene nonabsorbable surgical sutures manufactured by Ethicon. Ethicon has reported that this material, when specifically used as a suture (stitch), is nonreactive and retains its strength indefinitely. The Prolene sheets and Prolene Hernia Systems were introduced in the 1990's and were designed and "... *indicated for the repair of hernia or other fascial defects that require the addition of a reinforcing or bridging material to obtain the desired surgical result*."

As early as 2000, Ethicon employees understood the importance of mesh characteristics, including the importance of pore size and its relation to tissue incorporation. Yet, despite this information, the pore sizes of the Prolene Soft Mesh vary significantly within the mesh. Ultimately, Ethicon stated that the pore sizes (in area) for the Prolene Soft Mesh ranged somewhere between $0.29 \text{ mm}^2$, $0.34 \text{ mm}^2$, $1.08 \text{ mm}^2$, $1.29 \text{ mm}^2$, $1.70 \text{ mm}^2$, and $2.38 \text{ mm}^2$ before implantation in the body; but according to Ethicon employees, Ethicon never measured the diameters of the various pores of the Prolene Soft mesh either before or after stretch.[34]

### B.  Gynemesh Prolene Soft (Gynemesh PS)

In 2000, Ethicon received 510(k) clearance from FDA to market and sell Prolene Soft Mesh, sheets of lighter-weight Prolene that could be cut to a desired shape by surgeons for the surgical treatment of hernias. The stated intended use of Prolene Soft Mesh was for repair of "*abdominal wall hernias or other fascial defects that require additional reinforcing or bridging material for adequate repair*". The mesh is constructed of knitted filaments of polypropylene

---

[34] Burkley Depo 10/2/2012 and exhibits thereto

10

identical in composition to those used in Prolene polypropylene, nonabsorbable surgical sutures manufactured by Ethicon. The mesh was reported to have been constructed of reduced diameter monofilament fibers, knitted into a unique design which resulted in a mesh that was approximately 50% more flexible than standard Prolene mesh. The Prolene Soft 510(k) document mirrors the language from Prolene by stating "*this material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use*."

Prolene Soft construction was reported as being knitted by a process, which interlinks each fiber junction, which will provide for elasticity in both directions (*bi-directional*).[35,36,37,38,39,40] This stated "*bi-directional*" elastic property, if accurate, would theoretically allow the mesh to adapt and move so as to accommodate the various stresses encountered in the body. Ethicon documents indicate that this stated bi-directional elastic property would appeal to implanting physicians when choosing the most appropriate treatment option for their patients given the dynamic nature of the female pelvis.

In 2002, Ethicon received 510(k) clearance of Gynemesh Prolene Soft Mesh (Gynemesh PS) which is the exact same mesh as Prolene Soft Mesh. Nonclinical laboratory testing was not performed on the Gynemesh PS product since Ethicon took the position that felt there was no change in the intended clinical use (abdominal wall hernia repair and other fascial defects) when compared to the predicate devices. The mesh is stated to have been designed to provide maximum strength, durability, and surgical adaptability with sufficient porosity for necessary tissue ingrowth.[41] It has been well documented that mesh characteristics and qualities are paramount for successful outcomes.[42,43,44,45,46,47,48,49] With this knowledge, Ethicon inaccurately advertised that Gynemesh PS had "*Large pore size [which] fosters tissue incorporation*."[50]

Published clinical data on the use of Prolene Mesh and Mersilene mesh was submitted to support the use of these materials as reinforcing or bridging materials in fascial deficiencies of the pelvic wall. Gynemesh PS (identical to Prolene Soft Mesh) was marketed heavily by Ethicon

---

[35] ETH.MESH.00015699 - 00015706
[36] ETH.MESH.00013506
[37] Walji Deposition p. 471-472
[38] Robinson Deposition 3-14, p. 683-684
[39] Kirkemo Deposition 4-18, p.246-247
[40] Ciarroca Deposition 3-29, p.264
[41] ETH.MESH.00797 - 00927
[42] Robinson Deposition 3-13, p. 129
[43] Kirkemo Deposition 4-18, p.125-131
[44] de Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.
[45] de Tayrac R, Picone O, et al. A 2-year anatomical and functional assessment oftransvaginal rectocele repair using a polypropylene mesh. Int Urogynecol J (2006) 17: 100-105.
[46] Milani R, Salvatore S, Soligo M, et al. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.
[47] Ganj F, Ibeanu O, Bedestani A et al: Complication of transvaginal monofilament polypropylene mesh in POP repair. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):919-25. Epub 2009 Apr 7.
[48] Carey M, Higgs P. Vaginal repair with mesh vs colporrhaphy for prolapse a randomized controlled trial. BJOG. 2009 Sep;116(10):1380-6.
[49] Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006)17:315-320.
[50] ETH-00253

11

to gynecologists, urologists and urogynecologists as a mesh "*uniquely*" designed and "*Technically advanced by design*" and "*uniquely permanent*..." to meet the needs of POP repair surgery.

In March of 2005, Ethicon launched its first pelvic floor repair kit, Prolift. Ethicon marketed and sold Prolift in the United States for more than three years without obtaining clearance by the FDA. At the demand of FDA, Ethicon subsequently submitted its 510(k) pre-market notification application to FDA seeking permission to sell and market Prolift in the United States.

In May of 2008, more than three years after Ethicon began marketing Prolift, they received 510(k) clearance for both Prolift and Prolift +M.  The Prolift kit uses Prolene Soft Mesh (intended for hernia repair) and the Prolift+M kit uses Ultrapro (intended for hernia repair).

## C.  Prolift Pelvic Floor Repair System

### 1.    General Product Descriptions

The use of transvaginal synthetic mesh for POP repair through the Prolift procedure was marketed by Ethicon primarily as a way to increase the durability of the POP repair relative to the misperceived and grossly exaggerated "higher" anatomic recurrence rates of traditional, non-mesh transvaginal POP surgery.  In point of fact, this foundational premise for the marketing of this device was based on several significant items of misinformation.  First and foremost, reliance on anatomic recurrence rates as the basis for evaluating the success or failure of a prolapse repair procedure is not valid.  The issue is whether or to what extent a recurrence is symptomatic or, in other words, affects the quality of life of the woman.  For example, stage 2 prolapse after a prolapse repair is considered to be an anatomic recurrence and technical failure, yet the overwhelming majority of women with such a recurrence following native tissue repair do not feel the need for further treatment, let alone surgery.  Thus, the marketing of the Prolift as a means to reduce anatomic recurrence rates completely missed the point.  Unfortunately, this marketing strategy was quite successful with surgeons, and ultimately, even AUGS in Committee Opinion 513 acknowledged that functionality and quality of life must be the touchstone.

Second, Ethicon's studies of the mesh material and the prototype procedure in the Gynemesh PS and TVM studies, respectively, demonstrated anatomic recurrence rates as high as or higher than those reported in the studies selectively chosen and miscited by Ethicon in its effort to establish that the recurrence rates with the traditional procedures were unacceptably high.  The recurrence rates in the French TVM study exceeded the 20% recurrence rate (at a one-sided 95% confidence interval) pre-determined by Ethicon to be the bright line cut off for success or failure of the procedure.  Pursuant to the internal protocols governing the development of the procedure, this was supposed to result in not marketing the procedure; however, Ethicon simply ignored its own protocol and marketed the Prolift.   Parenthetically, this is not an isolated failure to adhere to internal protocols put in place to assure that the procedure was safe and effective and that the risks were outweighed by the benefits.  Rather, this is part of a disturbing pattern of ignoring such protocols, including the failure to return the project to the concept phase when it was established at least as early as 2003 that erosion and contraction, as well as

12

recurrences, were resulting from the mesh material (a litany of documents demonstrate that Ethicon was aware of these problems, and knew that the mesh material was not safe and effective and needed to be replaced as soon as possible per internal scientists like Gene Kammerer and Joerg Holste and the inventors of the procedure Dr. Michel Cosson and Prof. Bernard Jacquetin).  In fact, many emails and internal documents show that Ethicon was investigating the use of partially absorbable Ultrapro mesh as a means to reduce sexual function issues and other complications, even before the time the Prolift went to market.

Another example is the complete failure to evaluate all potential risks and complications, and the consequences thereof, as part of the pre-launch design control process, which both Dr. Piet Hinoul and Dr. James Hart have confirmed invalidates that FDA mandated process, and thus, should have required that the Prolift not be marketed.  Another example is the failure by Dr. Charlotte Owens to conduct a proper pre-launch evaluation of the Prolift, including but not limited to the failure to prepare an original, heavily-researched and objectively-executed clinical evaluation and clinical expert report, which was yet another requirement before marketing that was ignored.[51]

The Prolift was never adequately studied before or after launch.   Due to the novel procedure and the unknown risks of this method of placement of the mesh material, the system should have been investigated as an experimental procedure, at most, and not marketed.   In fact, internal documents and the deposition of Price St. Hilaire demonstrate that Ethicon worked "behind the scenes" to get ACOG to revise a February 2007 Practice Bulletin that deemed this and similar procedures to be experimental, deleting the reference to experimental due to concerns over insurance and other payor reimbursements for the surgery.  This level of documented manipulation of an important medical society is quite disturbing.[52]

The lack of adequate clinical studies is exemplified by the ultimate withdrawal of the Prolift from the market, which Ethicon clearly stated to the FDA was not a reaction to the risks and lack of safety, but rather a "business decision."  The internal documents and deposition of Brian Kanerviko prove that the reason the Prolift was withdrawn from the market was because Ethicon faced a choice of conducting the type of robust clinical study that would have shown just how deficient and unsafe the procedure was, or withdraw the Prolift.  In fact, this option was apparently first considered on the day Ethicon received the FDA's 522 order requiring the studies be performed.  In this context, the FDA rejected the two RCT's presented by Ethicon as insufficient to prove safety and effectiveness.  Rather than performing new studies or submitting different studies to satisfy the FDA's 522 Orders, Ethicon withdrew the Prolift from the market.  In short, to date, Ethicon has never submitted studies that the FDA deemed sufficient with respect to the Prolift.[53]

Prolift represents a major departure from the traditional, non-mesh transvaginal POP surgeries.  Prior to the marketing of the Prolift, Ethicon marketing executive Steve Bell explained in an email he wrote after attending the first demonstration of the procedure to interested physicians, that performance of the Prolift procedure would require a "major mind

---

[51] Piet Hinoul Depos 4/5-4/6/12, 9/18-9/19/12, 6/26-6/27/13, 1/13/14 & 1/15/14 and exhibits thereto, James Hart Depo 9/17-9/18/13 and exhibits thereto, Charlotte Owens depo 9/12-9/13/12 & 6/19-6/20/13 and exhibits thereto]
[52] Price St. Hilaire depo 7/11-7/12/13and exhibits thereto]
[53] Brian Kanerviko depo 8/22-8/23/13 and exhibits thereto]

13

shift," based on the differences with the surgeons' training and experience.[54]  In contrast to traditional non-mesh surgery, the Prolift Pelvic Floor Repair System represents a newly described, "revolutionary" surgical technique and, according to the patient brochure, was a complete surgical system for the treatment of all aspects of POP.  The Prolift Pelvic Floor Repair System comes to the surgeon as a self-contained kit, complete with surgical instruments, uniquely cut synthetic (hernia) meshes, the procedure, and the IFU containing the purported indications, contraindications, warnings, adverse reactions, and information about how to perform the procedure.  There are three separate kits, each designed to treat a specific type of POP:

1. Gynecare Prolift <u>Anterior</u> Pelvic Floor Repair System -- for repair of bladder prolapse (cystocele)

2. Gynecare Prolift <u>Posterior</u> Pelvic Floor Repair System -- for repair of rectum prolapse (rectocele)

3. Gynecare Prolift <u>Total</u> Pelvic Floor Repair System -- for repair of cystocele, rectocele, and  vaginal vault prolapse

Each kit is similar except for the shape of the mesh and varying number of surgical components used for inserting and retrieving the mesh into and from the patient's vagina and pelvis. (Fig. 1) Each kit also contains a uniquely made, pre-cut designed to repair a specific compartment of the vagina (Fig. 2).



Prolift Guide/ Trocar

Prolift Retrieval Device

Prolift Cannula

Prolift Anterior Pelvic Floor Repair System Mesh

Fig. 1

---

[54] ETH.MESH.02282833

14



Fig. 2

Each Prolift System kit contains pre-cut mesh composed of non-absorbable knitted filaments of polypropylene identical in composition to those used in Prolene polypropylene, nonabsorbable surgical sutures manufactured by Ethicon. The mesh is reported to have been constructed of reduced diameter monofilament fibers that are knitted into a unique design which resulted in a mesh that is reported to be approximately 50% more flexible than standard Prolene mesh. The Prolift mesh is of identical composition and manufacturing as the Gynemesh PS and Prolene Soft Mesh marketed by Ethicon for us in hernia repair. However, contrary to Prolene Soft Mesh, Prolift meshes were intended to be used for vaginal tissue reinforcement and stabilizations of the fascial structures of the female pelvic floor in vaginal wall prolapse (POP).

Each Prolift System comes with a Performance claim stating that the "*Gynemesh PS elicits a minimum to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.*"

### 2. Prolift Pelvic Floor Repair Systems Components

Along with the synthetic mesh, each kit contains a Prolift Guide/trocar, varying numbers of Prolift Retrieval Devices, and Prolift Cannulas. Each component of the Prolift System is unique and specific to the Prolift Pelvic Floor Repair System.

#### a) *Prolift Guide*

The Prolift Guide, also referred to as a "trocar" (Fig. 3) is a single patient, single use surgical instrument specifically designed to create tissue paths to allow the positioning of the meshes of the Prolift Anterior, Prolift Posterior, and Prolift Total. It also is used to facilitate the placement of the Prolift Cannula. Its specific shape, length, design, and curvature were specifically constructed to be used solely with the Prolift and meshes.

15



Fig. 3: Prolift Guide

### b) Prolift Cannula

The Prolift Cannula (Fig. 4) is a single patient, single use surgical instrument specifically designed to be used in conjunction with the Prolift Guide/trocar to facilitate passage of the Prolift mesh straps in an effort to reduce damage to the surrounding vaginal tissues and pelvic organs. Each Prolift Cannula is placed over the trocar prior to passage and remains in place until after the trocar is removed. The Prolift Cannula's specific shape, length, design, and curvature were specifically constructed to be used solely with the Prolift.



Fig. 4: Prolift Cannula

### c) Prolift Retrieval Device

The Prolift Retrieval Device (Fig. 5) is a single patient, single use surgical instrument specifically designed to be used with the Prolift Pelvic Floor System. The Retrieval Device is passed through the previously placed Prolift Cannula until its farthest most end is passed into and through the vaginal dissection area. The farthest most end of the Retrieval Device has a loop to securely fix the mesh implant straps as the strap is withdrawn through the Prolift Cannula. The Retrieval Device's specific shape, length, and design were specifically constructed to be used solely with the Prolift Systems.



Fig. 5:  Prolift Retrieval Device

All the components of the Prolift Pelvic Floor System are packaged so as to be used together, in combination, and not with any other pelvic floor repair kit.  The three separate kits (Prolift Anterior, Posterior and Total) and their individual kit variations are briefly outlined below:

### d)  *Prolift Anterior Pelvic Floor Repair System*

The Anterior mesh implant (Fig. 2) is constructed of Gynemesh PS and is pre-cut for surgical repair of anterior vaginal wall prolapse (cystocele).  The implant has four straps, which are placed and fixed in position via multiple blind Prolift trocar passes through the transobturator route.  Each of the pre-cut extension arms of the mesh is designed to permanently reinforce the pubocervical fascia.

The Prolift Anterior Pelvic Floor Repair System kit comes with an included Prolift Guide/trocar (Fig. 2), four Prolift Cannulas (Fig. 3), and four Prolift Retrieval Devices (Fig. 4).

### e)  *Prolift Posterior Pelvic Floor Repair System*

The Posterior mesh implant (Fig. 2) is constructed of Gynemesh PS and is pre-cut specifically for repair of the posterior and possibly apical vaginal wall prolapse. The mesh is configured so as to have two straps that are secured into place with blind trocar passages through the sacrospinous ligament via a transgluteal (buttock) approach or modified to be placed via a vaginal approach.  Each of the pre-cut extension arms of the mesh is designed to permanently reinforce the rectovaginal fascia.

The Prolift Posterior Pelvic Floor Repair System kit comes with an included Prolift Guide/trocar (Fig. 2), two Prolift Cannulas (Fig. 3), and two Prolift Retrieval Devices (Fig.5).

### f)  *Prolift Total Pelvic Floor Repair System*

The Total mesh implant (Fig.2) is constructed of Gynemesh PS and is pre-cut specifically for surgical repair of total vaginal vault prolapse. The implant has six straps; four used for securing the anterior (top) portion of the mesh via blind trocar passage using the transobturator route and two for securing the posterior (bottom) portion of the mesh into the sacrospinous ligament via blind trocar passage using the transgluteal (buttock) route.

17

The Prolift Total Pelvic Floor Repair System kit comes with an included Prolift Guide/trocar (Fig. 3), six Prolift Cannulas (Fig. 4), and six Prolift Retrieval Devices (Fig. 5).

### 3.   Surgical Technique

One of the unique characteristics of the Prolift Pelvic Floor Repair Systems compared to traditional, non-mesh POP surgeries is that the Prolift Systems are a self-contained surgical "kits" *and* procedures.   Prolift Systems is purchased as a complete, packaged entity (kit) complete with a uniquely shaped, pre-cut synthetic, nonabsorbable mesh, varying numbers of Prolift Guides/trocars, Prolift Cannulas, and Prolift Retrieval Devices *and* a Prolift Surgical Guide and IFU.

### a)   *Prolift Anterior Pelvic Floor Repair Procedure*

Ethicon maintains that in order to reduce complications, to provide the most appropriate anatomical results, as well as to maintain normal vaginal and pelvic floor function, it is imperative for the mesh arms when surgically inserted to be "*tensioned appropriately*". However, it should be noted that there is no standardized method of measuring "*tension*." By definition, due to the weight of pelvic organs, once the patient is standing, the mesh will no longer be "*tension-free*". Also by definition, the Prolift arms are tensioned from the moment they are implanted and fixed and they begin to compensate for the pelvic forces that the damaged native tissue can no longer compensate for.

### b)   *Prolift Posterior Pelvic Floor Repair Procedure*

As with the Anterior Prolift mesh, the appropriate positioning of the mesh, "without tension", is necessary.  Ethicon knew that, with this procedure, the surgeon may trim the mesh based upon the specific needs of the patient.

### c)   *Prolift Total Pelvic Floor Repair Procedure*

The Prolift Total Pelvic Floor Repair System entails a combination of both the Prolift Anterior and the Prolift Posterior procedures with variations of each making the Prolift Total a unique procedure.  Also, the surgeon must make varying perioperative decisions dependent upon whether or not the patient has a uterus and whether or not a hysterectomy is going to be performed at the time of the Prolift Total procedure.  The Prolift Total mesh (Figure 2) is supposedly uniquely shaped and specifically designed to address a total vaginal vault prolapse. However, the surgeon must cut the mesh depending on whether the patient has or has not had a previous hysterectomy and whether uterine preserving surgery is to be performed.  These are all decisions the experienced surgeon would address preoperatively with the patient. In order to place the Prolift Total Pelvic Floor Repair System, first the Prolift anterior procedure is performed and then, the Prolift posterior procedure is performed.  This would leave a total of 6 incisions.  As with the Prolift Total Pelvic Floor Repair System, the Prolift Anterior Pelvic Floor Repair System, and the Prolift Posterior Pelvic Floor Repair System, the trocars are passed blindly and can result in serious patient injury.  Lastly, the surgeon is then faced with the challenge of attempting to appropriately tension the mesh arms in order to reduce the risk of complications.

18

4. **The Prolift System Constitutes Major Invasive Surgery**

The insertion technique for the Prolift System is a complicated one and, even in the hands of the most careful and highly-skilled surgeon, significant complications for the patient can occur. Moreover, there can be little doubt that the implantation of the Prolift System constitutes major invasive surgery and cannot be accurately characterized as "*minimally invasive*" as described in Ethicon's patient brochures.

5. **Prolift Surgical Results and Efficacy**

POP is a quality of life (QOL) issue. It is rarely, if ever, a life- threatening condition. Therefore, POP surgery "success" needs to be defined as whether or not the POP procedure improves or corrects the symptoms that are bothersome to the patient. A surgeon must counsel the patient and justify the relief of POP symptoms against the pain, recovery time, possibility of complications, and expense of POP surgery. With this baseline understanding, it is imperative to analyze the literally thousands of pages of data that exist describing "success" of surgery. To add confusion to the unsuspecting physician and equally unsuspecting patient, all too often, "success" is reported only in terms of "anatomical" results (whether or not the prolapsed pelvic organ was restored to its native position) and not in terms of "symptomatic" results (whether the patient's POP symptoms were relieved by the POP procedure). Because of this often confusing and misleading reporting style, it is important to review the data focusing on anatomic results versus symptomatic results, and it is important to realize that these two parameters of reported "success" are, by no means, synonymous. Also, it is generally accepted that POP surgical results are essentially meaningless unless they are a minimum of 12 months following surgery, and even 12-month data is of limited value given that the mesh is permanently implanted in a woman's pelvic tissue and considering the fact that many mesh-related complications manifest years after surgery. Any reported results less than 12 months in duration from the time of POP surgery must be considered preliminary, must be reported as preliminary and, by no means, can be suggestive of being permanent Any dogmatic statements correlating or suggesting preliminary results with positive long-term results is purposefully misleading and false.

*a) Anatomic Results*

Earlier medical literature tended to show that transvaginal anterior mesh POP repair often was able to restore a more normal anatomy compared to traditional non-mesh POP repairs. However, this was only when the strict anatomical stages criteria established by the 2001 National Institutes of Health (NIH) Workshop on Standardization of Terminology for Researchers in Pelvic Floor Disorders were followed. When utilizing the more clinically relevant and contemporary measures of surgical outcomes, the difference in anatomic success becomes negligible. Also of importance is that the risk of complications is higher in the mesh POP repair groups. This fact highlights the critically important issue of the need to balance the anatomic results with mesh-specific complications. Transvaginal mesh posterior and transvaginal mesh apical POP repair procedures do not provide any superior anatomic results compared to traditional, transvaginal non-mesh POP procedures. Also, very interesting data has emerged that shows that women, following POP procedures, that have "perfect vaginal support" actually have a lower QOL and subjective improvement compared with women with lesser degrees of support. This fact points to the dynamic nature of the vagina and indicates the

19

necessity of maintaining vaginal mobility and elasticity for normal vaginal and pelvic floor functioning.

### b) *Symptomatic Results*

To date, regarding specifically <u>anterior</u> transvaginal mesh POP repairs, there is no conclusive evidence within non-industry supported manuscripts published by reputable, peer-reviewed medical and surgical journals that demonstrates a statistically significant improvement in subjective success, QOL, reoperation rates, and POP symptom relief.

Regarding specifically <u>posterior</u> transvaginal mesh POP repairs, there is also no conclusive evidence within non-industry supported manuscripts published by reputable, peer-reviewed medical and surgical journals, which demonstrates a statistically significant improvement in QOL and POP symptom relief.

Regarding specifically <u>apical</u> transvaginal mesh POP repairs, there is no conclusive evidence within non-industry supported manuscripts published by reputable, peer-reviewed medical and surgical journals, which demonstrates a statistically significant improvement in QOL and POP symptom relief.

### 6. Summary of Transvaginal Mesh Repair Results

There are insufficiencies in most POP manuscripts (underpowered, insufficient QOL evaluation, industry sponsored, variability of reporting, insufficient follow-up, insufficient duration, endpoints that are related to anatomic results rather than safety concerns, etc.). Previous manuscripts indicated the "anatomic" success of the isolated anterior compartment with mesh and suggested it to be superior to that of traditional non-mesh repairs. However, when utilizing the more clinically relevant and contemporary measures of surgical outcomes, the difference in anatomic success becomes negligible. The success of transvaginal mesh for both apical and posterior POP repair is equivocal compared to traditional non-mesh repairs. Also, what is highly underreported in the data is that even if POP recurrence occurs following surgery, in either the mesh or non-mesh POP repair patients, the POP recurrence is usually low stage, minimally symptomatic, and usually does <u>not</u> require surgical intervention. Ultimately, however, what matters most to the patient, in contrast to anatomic results, is the relief of the POP symptoms that were bothering the woman in the first place. In this very important issue, there is no data demonstrating that transvaginal mesh POP surgery, in any compartment, has been shown to be superior in symptom relief and QOL to that of traditional, non-mesh repairs.

Also, as mentioned above, data demonstrates that women who have "perfect vaginal support" following POP procedures actually have a lower QOL compared with women with <u>lesser</u> degrees of support. This fact points to the dynamic nature of the vagina and indicates the necessity of maintaining vaginal mobility and elasticity in order for normal vaginal and pelvic floor functioning. Therefore, any procedure that impairs or inhibits the vagina or the pelvic floor's normal dynamic, mobile and elastic function can greatly impact the normal function.

As discussed earlier in this report, one of the most common arguments used to justify vaginal mesh use over the traditional, non-mesh POP repairs was the previously reported 30-40% failure rates of the traditional repairs. However, currently, within contemporary POP studies,

which utilize up-to-date prolapse definitions, the accepted failure rate of traditional, non-mesh POP repairs is less than 15% and closer to 12%. Therefore, for the benefit of mesh repairs to outweigh the risks, it would seem imperative for the mesh repairs to provide a clear benefit regarding recurrence rates. In 2006, initial Prolift advertising claimed a *"less than 5% failure rate"* at only three months post-op. However, in Ethicon internal documents it was reported that *"Prof Jacquetin's data has not proved as positive as hoped – showing approx 80% success rate – The data will be initially presented at IUGA in September. Note that this data is a retrospective study of over 100 patients using TVM technique, not necessarily used with Prolift. This less than 90% success rate forces us to differentiate Prolift from the TVM technique moving forward."* [55] Because of the disappointing results from the French TVM Study by Jacquetin, et al., Ethicon chose not to inform doctors and patients of those longer-term results and, instead, chose to use extremely short-term results. At the same time, Ethicon knew that the French results showed an 18.4% failure rate at 12 months after surgery. Despite knowing these results, Ethicon used only the purported positive information from the TVM study in their marketing, while choosing to withhold negative data.

## VII.  COMPLICATIONS OF PROLIFT REPAIR SYSTEM – SAFETY

### A.  Introduction

There is an abundant amount of readily available medical literature with detailed descriptions of the increased number of mesh procedure complications compared to the non-mesh POP procedures. It should be noted that even though the documented complication rate is high with Prolift POP systems, the true incidence is not known due to multiple factors including the critical reality that complications are vastly underreported, with some articles, including one by the former Commissioner of the FDA, estimating that complications are underreported at a rate of 100 to 1. [56] Some mesh-specific complications are devastating to the patient, her sexual partner, and to the overall medical financial burden. Furthermore, some complications are permanent, resulting in lifelong harm and disability to the patient and her partner.

Several factors come into play regarding the increased complication rate with the Prolift POP repair systems. The blind insertion of the trocars into and through deep pelvic structures such as the obturator foramen, ischiorectal fossa, ileococcygeus muscle and the sacrospinous ligament exposes the patient to an increased risk of injury to the rectum, bladder, inferior gluteal blood vessels, pudendal nerve, pudendal artery and vein, and the sciatic nerve. Also, the very presence of large quantities of synthetic, nonabsorbable mesh placed via a transvaginal incision increases the risk of various complications.

Furthermore, the surgeons' role in performing POP surgery is complicated and does play a role. However, even highly-qualified, high-volume, top-tiered Prolift surgeons report high complication rates relative to both traditional, non-mesh POP as well as mesh repairs using Prolift. The fact that Ethicon specifically targeted "second tier" surgeons to whom they would aggressively market the Prolift only added to the complexities of marketing this "revolutionary"

---

[55] ETH.MESH.00741137
[56] Kessler, D: Introducing a New Approach to Reporting Medication and Device Adverse Effects and Product Problems: JAMA, June 2, 1993 – Volume 269, No 21

surgical device and technique to a surgeon population that in many cases, had no idea how to treat the complications that would ensue and that were not warned about by Ethicon.

There is some confusion and misleading documentation discussing whether or not a given mesh-related complication is defined as "rare" or not. There is no single, widely accepted definition for "rare". In the United States, however, the *Rare Disease Act* of 2002 defines a rare disease strictly according to its prevalence within the community, specifically "*any disease or condition that affects... about 1 in 1,500 people.*" In Japan, the legal definition of a rare disease is one that affects about 1 in 2,500 people. The European Commission on Public Health has defined a rare disease as a condition that occurs in a low prevalence, which they defined as less than 1 in 2,000 people affected. The definitions used in the medical literature and by national health plans are similarly divided, with definitions ranging from 1/1,000 to 1/200,000. Ethicon's own internal documents define "rare" as 1/100,000. [57] *Based upon these criteria, many, if not most of the mesh-related complications do not fit the definition of "rare".* [58,59]

## B. Impaired Vaginal Healing

At the onset of transvaginal synthetic mesh use for POP, there was confusion in the literature and at scientific meetings as physicians and patients encountered a new set of previously undescribed, mesh-related vaginal complications. Because of this confusion, many early documents underreported or did not report certain complications at all. This may account for vastly differing complication rate results in the literature and the underreporting of complication rates in many reports. Therefore, as a result of the emergence of mesh-specific complications and for clarification and reporting purposes, medical literature has generally adopted descriptive nomenclature (mesh granulation, mesh extrusion, mesh erosion) pertaining to poor mesh healing in the vagina.

Mesh "*granulation*" or "*wound granulation*," indicates poor vaginal wall healing and possible mesh infection. Symptoms of wound granulation may include foul smelling vaginal discharge, bloody vaginal discharge, pelvic discomfort, pelvic pain, vaginal wound infection and dyspareunia.

It is generally accepted that mesh "erosion," "*extrusion*" and mesh "exposure" indicates that the inflammation created by the synthetic mesh has impaired vaginal tissue to such a degree so as to cause the mesh to actually be exposed through the vaginal wall. Symptoms may include foul smelling vaginal discharge, bloody vaginal discharge, pelvic discomfort, pelvic pain, vaginal wound infection and dyspareunia. In some patients, the synthetic mesh has worn through the wall of the urethra (the tube urine passes through from the bladder), or the wall of the bladder or the rectal or intestinal wall. This complication can be possibly life threatening. Additional symptoms include foul smelling vaginal discharge, bloody vaginal discharge, pelvic discomfort,

---

[57] ETH.MESH.003088817
[58] Gauld depo 4/26/12 197:23-200:15
[59] Hinoul Deposition 4-5-12, p70-72.

pelvic pain, pain with urination, vaginal wound infection, dyspareunia, bowel function abnormalities, bloody bowel movements, bladder infection, fever, and sepsis.[60]

It is probable that wound granulation, vaginal extrusion, and bladder/urethral erosion represent a spectrum of the same problem, with the only difference being the degree to which the impaired healing between the mesh and vagina/bladder has been allowed to proceed. To place each of the mesh "epithelial" complications into separate categories is misleading and minimizes their total number.[61] That said, wound granulation is a relatively common complication and has been reported in ~2-12% of patients. The management of this problem can be minor with most patients being treated with conservative measures and reassurance. Vaginal mesh extrusion has been reported to occur in 10-33% of patients. If this rate were truly accurate, this would represent an estimated 3,750 to 7,500 women per year in the United States in 2010 alone. Highly skilled, high-volume POP surgeons reported a vaginal extrusion rate of up to 12%. Therefore, the argument that vaginal extrusion is limited or solely due to surgeon inexperience does not hold true when examining the available literature.

Treatment ranges from observation alone in mild cases to estrogen therapy and antibiotics. If conservative measures fail or the size of the mesh extrusion is too great or the patient's symptoms are too significant, then a surgical procedure to remove the exposed vaginal mesh is necessary. It is estimated that 75% of patients that present with vaginal mesh extrusion will ultimately require some form of surgical repair and excision of the exposed mesh.[62] Unfortunately, simple surgical removal is not always successful and creates even further risk of injury to the patient including, but certainly not limited to, vesicovaginal fistulas (a hole between the bladder, rectum and vagina). This problem requires extensive, complicated, and advanced surgery to repair, prolonged recovery for the patient and significant added medical expense.[63,64,65,66]

Ethicon's Device Design Safety Assessment states that the probability of hazard for postoperative tissue erosion is occasional (1 in 10,000 maximum). However, by 2006, there was abundant evidence in the literature describing mesh complications with erosions at a significantly

---

[60] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.

[61] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.

[62] Abbott S, Unger CA, Evans JM, Karram M et al. Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study. Am J Obstet Gynecol 2014;210:163.e1-8.

[63] Boyles SH, McCrery R., Dyspareunia and mesh erosion after mesh placement with a kit procedure. Obstet Gynecol. 2008 Apr;111(4):969-75

[64] Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.

[65] Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6.

[66] Abed H, Rahn D, Lowenstein L, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98.

23

higher rate.[67,68,69,70,71,72,73,74] Ethicon internal documents and studies indicate that postoperative vaginal erosion/extrusion/exposure occurred in 13.7% of cases (U.S. TVM arm = 14.1%; and French TVM arm = 10%). Over 50% of these exposures required surgical treatment.[75,76,77,78,79,80]

In the Prolift patient brochure, FDA requested that Ethicon "include a statement under the '*What are the risks?*' section (p.13) which reflects that one of the most common adverse event[s] is mesh extrusion [exposure] and this complication usually requires the removal of the mesh and may interfere with sexual function".[81] Instead of following the FDA's request, Ethicon changed this section to state, "*There is also a risk of the mesh material becoming exposed in the vaginal canal.*" They also ignored the FDA's request when they stated, "*This information is based on our Medical expert's input on the standard means of treating mesh exposures, many of which resolve spontaneously or with medication.*" Of course, the medical literature at the time (May 2008) indicated that virtually no cases of mesh exposure resolve "*spontaneously.*" A literature search for mesh exposure through May 2008 demonstrates an overall 221 mesh exposures in 2138 patients (10.3%). Of those patients, 130 of 195 (66.7%) required mesh excision after exposure. [82,83,84,85,86,87,88,89]. Mesh erosions were such a frequent and severe reported

[67] Bader G, Fauconnier A, Roger N et al: Cystocele repair by vaginal approach with a tension-free transversal polypropylene mesh. Technique and results. Gynecologie Obstetrique & Fertilite 32 (2004) 280-284.

[68] Milani R, Salvatore S, Soligo M, et al. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.

[69] De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.

[70] De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

[71] Jacquetin B, Cosson M, Lucente V et al: Prospective clinical assessment of the transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse-one year results of 175 patients. (Abstract #291: Presentation International Continence Society 2006).

[72] Benhaim Y, de Tayrac R, Deffieux X, Gervaise A et al: Treatment of genital prolapse with a polypropylene mesh inserted via the vaginal route. Anatomic and functional outcome in women aged less than 50 years. J Gynecol Obstet Biol Reprod (Paris). 2006 May;35(3):219-26.

[73] Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J (2003) 14:169-178.

[74] Debodinance P, Engrand J. Development of better tolerated prosthetic materials: applications in gynecological surgery. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):527-40.

[75] ETH.MESH.00081035

[76] ETH.MESH.00081083

[77] ETH.MESH.00080954

[78] ETH.MESH.00081006

[79] ETH-01121 – 01122

[80] ETH.MESH.00081000 – 00081001

[81] ETH-01322

[82] Milani R, Salvatore S, Soligo M, et al. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.

[83] De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

[84] De Tayrac R, Deffieux X, Gervaise A et al: Long term anatomical and functional assessment of trans vaginal cystocele repair using polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Sep;17(5):483-8.

[85] Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17:315-320.

complication that Ethicon's internal documents are filled with internal studies and emails, presentations, design change considerations, retention of external consultants and meetings at high levels within the company in attempts to address this serious adverse complication in women's pelvic tissues.[90]

## C. Continuous Organ Injury

Ethicon's Device Design Safety Assessment (DDSA) also states that the expected risk of vital organ perforation with the Prolift procedure is "*rare*" (1 in 100,000 maximum). However, injury to adjacent pelvic organs is *not* rare and has been reported to occur in as many as 3-6.6% of pelvic mesh patients implanted with the Prolift System. This is due to the fact that the female pelvis is tightly packed with multiple anatomic structures in very close spatial proximity. This spatial arrangement demands the highest surgical skill even without multiple blind passes into the deep pelvic spaces with trocars contained in the Prolift System. Even the surgeons involved in the TVM study (4 years, 600 patients) had 1.9 % bladder and other organ perforations. Ethicon's website listed 1.9% bladder perforations, 1.2% rectal perforations and urethral damage 0.5% for a combined total of 3.6% perforations. Despite these known rates of complications of organ perforation by Ethicon, its DDSA was apparently never updated with accurate figures, and more importantly, this high rate of complications was not properly communicated to surgeons or patients.

All Prolift trocars are passed blindly and, even in highly trained surgical hands, serious injury can result to the bladder, ureter, pelvic nerves, and potentially life-threatening injury to major pelvic blood vessels can occur. This issue takes on even far greater importance when considering the varying level of skill and experience many surgeons have with the Prolift System. Additionally, if blood vessels are damaged, it may be difficult, if not impossible, to recognize and treat such injuries as they are likely to be deep within the woman's pelvis.[91,92,93,94]

## D. Bladder Injury/Perforation

---

[86] Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.
[87] Fatton R, Amblard P, Debodinance P. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique)--a case series multicentric study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):743-52.
[88] Altman D, Tapio V et al. Short-term outcome after transvaginal mesh repair of POP. Int Urogynecol J (2008) 19:787–793.
[89] Abdel Fattah I, Ramsey I. Retrospective multicentre study of the new minimally invasive mesh repair devices for POP. BJOG. 2008 Jan;115(1):22-30.
90 ETH.MESH,07192929, ETH.MESH.02270724, ETH.MESH.00584846, ETH.MESH.01220730, ETH.MESH.02157879 , ETH.MESH.00006636 , ETH.MESH.07200382
[91] ETH.MESH.PM.000019
[92] Chen C, Gustilo-Ashby AM et al. Anatomic relationships of the tension free vaginal mesh trocars. Am J Obstet Gynecol. 2007 Dec;197(6):666.e1-6.
[93] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.
[94] Vierhout M, Withagen M, Futterer J: Rectal obstruction after a vaginal posterior compartment polypropylene mesh fixed to the sacrospinous ligaments. Int Urogynecol J (2011) 22:1035–1037.

Bladder perforation by the Prolift trocars tends to be one of the more common injuries with a reported incidence of up to 6%. Due to the obvious frequency of bladder perforation, Ethicon should have required from the outset that cystoscopy be performed at the time of the Prolift POP surgery in order to detect and treat a bladder perforation should one exist. An unrecognized bladder perforation undoubtedly leads to a significant number of complications that could otherwise be avoided by cystoscopy.[95,96,97,98]

### E. Rectal Injury/Perforation

The incidence of rectal perforation at the time of Prolift POP procedures is less common than those of bladder perforation with a known reported incidence of 0.4-1.2%. Although rectal perforation is less common, the potential severe consequences of a rectal perforation, especially one that goes unrecognized, can be devastating and life threatening. Also, rectal obstruction and rectal-vaginal fistula following the implantation of the Prolift System have been reported. These potentially devastating complications require immediate and skilled intervention to prevent severe complications including death. Following both the Prolift Posterior and the Prolift Total POP procedure, a rectal exam should be performed to check for inadvertent rectal cuts or perforations and to ensure that there has not been any narrowing of the rectum.[99,100,101,102]

### F. Vascular Injury

Several sets of major blood vessels (the pudendal, the obturator and the inferior gluteal) are at significantly increased risk for intraoperative injury compared to traditional, non-mesh, and non-trocar POP procedures. These large, major blood vessels are at increased risk due to their close anatomic proximity during the several blind Prolift trocar passages through the pelvic tissue. The internal pudendal artery and vein are at increased risk by the trocar of the Prolift Posterior and Prolift Total Pelvic Floor Repair System because these procedures pass the trocars through the sacrospinous ligament. Any blood vessel injury represents a significant and potentially life threatening condition for the patient. Ethicon's documents indicate awareness of this increased risk at least as early as 2005.[103,104,105]

---

[95] ETH-01761
[96] Henderson Deposition 10-5, p457
[97] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.
[98] Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6.
[99] ETH.MESH.PM.000019
[100] ETH.MESH.00067362
[101] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.
[102] Vierhout M, Withagen M, Futterer J: Rectal obstruction after a vaginal posterior compartment polypropylene mesh fixed to the sacrospinous ligaments. Int Urogynecol J (2011) 22:1035–1037.
[103] ETH-48769
[104] Gangam N, Kanee A: Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol. 2007 Aug;110(2 Pt 2):463-4.

## G. Nerve Injury

Pelvic nerve injury is a critically important and under-diagnosed condition following Prolift POP repair. The nerves most specifically at risk are the pudendal nerve and the levator ani nerve. These nerves have critical bladder and pelvic floor functions. However, the pelvic anatomy and specifically the neuroanatomy can vary significantly between patients. Any direct nerve injury during the blind Prolift trocar passage or nerve entrapment by one or more of the Prolift mesh arms can greatly impact the patients' bladder function leading to urinary retention, bladder spasms, urinary leakage and pelvic floor pain syndromes including sexual function dysfunction. Multiple factors increase the likelihood of nerve injury including the multiple blind trocar passes; the close proximity of important nerves to these trocars; and, insufficiently trained or novice surgeons. Specifically, these factors play a role in levator ani nerve injury.[106,107,108,109,110,111,112,113,114,115]

The pudendal nerve is susceptible to trocar injury, entrapment, or inflammation secondary to mesh contraction. The pudendal nerve has both sensory and motor function; therefore, when damaged or irritated the pudendal nerve affects both the patient's sensation and the function of key motor/muscle groups. The pudendal nerve crosses the sacrospinous ligament in various locations thereby making it especially susceptible to injury during the blind passage of the trocars. Injury to the pudendal nerve can lead to a painful pelvis syndrome called Pudendal Nerve Neuralgia, which results in a debilitating chronic pelvic pain syndrome.

Despite the knowledge that the Prolift System could damage the pudendal nerve, Ethicon elected not to include a statement regarding the risk of Prolift POP surgery causing "pain with

---

[105] Ignjatovic I, Stosic D: Retrovesical haematoma after anterior Prolift procedure for cystocele correction. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Dec;18(12):1495-7. Epub 2007 Jun 29.

[106] ETH.MESH.PM.000019

[107] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.

[108] Takeyama M, Koyama M, Murakami G et al: Nerve preservation in the tension free vaginal mesh procedures for pelvic organ prolapse - a cadaveric study. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):559-66. Epub 2007 Oct 10.

[109] Altman D, Zhang A, Falconer C: Innervation of the rectovaginal wall in patients with rectocele compared to healthy controls. Neurourology and Urodynamics 25:776-781.

[110] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.

[111] Winnard KP, Dmitrieva N, Berkley KJ. Cross-organ interactions between reproductive, gastrointestinal, and urinary tracts: modulation by estrous stage and involvement of the hypogastric nerve. *Am J Physiol Regul Integr Comp Physiol* 291: R1592–R1601, 2006.

[112] Ustinova EE, Fraser MO, Pezzone MA. Colonic irritation in the rat sensitizes urinary bladder afferents to mechanical and chemical stimuli: an afferent origin of pelvic organ cross-sensitization. *Am J Physiol Renal Physiol* 290: F1478–F1487, 2006.

[113] Ustinova et al: Sensitization of pelvic nerve afferents and mast cell infiltration in the urinary bladder following chronic colonic irritation is mediated by neuropeptides. *Am J Physiol Renal Physiol* 292: F123–F130, 2007.

[114] Ruddick CN, Chen MC, Mongiu AK, Klumpp DJ. Organ cross talk modulates pelvic pain. Am J Physiol Regul Integr Comp Physiol 2007;293: R1191–8.

[115] Pezzone MA, Liang R, Fraser MO. A model of neural cross-talk and irritation in the pelvis: implications for the overlap of chronic pelvic pain disorders. *Gastroenterology* 128: 1953–1964, 2005.

intercourse and pelvic pain".[116]  Also, at the Ethicon Expert Meeting regarding Meshes for Pelvic Floor Repair in June 2006, data was clearly presented which detailed mesh-related nerve damage, the risk of nerve damage, and the consequences of the damage.[117]

### H. Urinary Tract Dysfunction and Incontinence

Urination difficulties following Prolift POP procedures include prolonged urinary retention (the inability to void), urinary urgency, urge incontinence, urinary frequency, and new onset stress urinary incontinence (leakage with activity).  The incidence of these complications has been reported to occur in as many as 1 in 4 (25%) of women following Prolift POP repair.[118,119,120]  Ethicon did not identify voiding dysfunction as a risk in the original Prolift IFU.[121,122,123]  However, as early as October 2005, Ethicon's documents show severe and prolonged urinary retention in patients after Prolift surgery.  Dr. David Robinson, newly hired into the position of Medical Director at Ethicon, discussed the need to add the risk of postoperative urinary retention to the Prolift IFU.  Despite several meetings to consider this, the Prolift IFU was not revised to include this important information until October 2009.  As a result, neither physicians nor patients were adequately informed about this potential risk.

Urinary urgency, frequency, and urge incontinence can have a significant negative impact on a woman's quality of life, and the conditions can lead to impaired sleep, impaired sexual function, decreased socialization and depression. Even after the revised Prolift IFU was finally made available in October 2009, Ethicon's statement regarding voiding dysfunction was inadequate in that it was vague and read as if the same risk applied to all pelvic floor repair procedures.  This, however, is not the case as the severe and prolonged urinary retention after the Prolift procedure is likely related to the extensive dissection around the sacrospinous ligaments on both the right and left sides of the patient.  This extensive dissection, along with the attendant scarring, disrupts the pelvic splanchnic nerves, which normally provide parasympathetic nervous input that controls the bladder's detrusor muscle, resulting in normal detrusor contractions and bladder emptying.  Accordingly, the implication in Ethicon's revised IFU for Prolift that the risks

---

[116] ETH-80318
[117] ETH-80645-80651
[118] Kasturi S, Diaz S, McDermott C et al: De novo stress urinary incontinence after negative prolapse reduction stress testing for total vaginal mesh procedures: incidence and risk factors. Am J Obstet Gynecol. 2011 Nov;205(5):487.e1-4. Epub 2011 Jul 20.
[119] Roy S, Mohandas A, Coyne K et al: Assessment of the psychometric properties of the short-form prolapse/urinary incontinence sexual questionnaire (PISQ-12) following surgical placement of Prolift+M: A transvaginal partially absorbable mesh system for the treatment of pelvic organ prolapse.  J Sec Med 2012;9:1190-1199
[120] Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7
[121] ETH-80249 (email from David Robinson to Giselle Bonett, description of 4 cases of total Prolift: "In folks with normal preop voiding function, who then post Prolift can can't void [due to bladder atony]…. Some have resolved spontaneously but have taken as long as a year to do so…. [t]he cases seem to have no common thread or any difficulty with the surgery Itself.  But if this starts getting reported, it is going to scare the daylights out of docs ….")
[122] ETH-01762 ("Dissection for pelvic floor repair procedures has the potential to impair normal voiding for a variable length of time.")
[123] ETH-80297: Jan. 26-27, 2006 email chain about revising the Prolift IFU: "Dissection for Prolift and any similar procedure has the potential to impair normal voiding for variable length of time")

of urinary problems with the Prolift are comparable to that of all pelvic floor repair procedures is misleading at best.

## I. Mesh Contraction

Polypropylene surgical mesh is known to contract and shrink when placed in the body.[124,125,126,127,128,129,130,131,132,133,134,135,136,137,138,139,140] Vaginal mesh contraction can result in vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion, dyspareunia, recurrence and the need for surgical intervention. The reported incidence (which likely underestimates the degree of the problem) ranges from 11 to 20%. However, because of multiple varying factors such as reporting variations, under-reporting, short-term reporting, patient and physician ignorance, and delayed presentation, it is impossible to know the true incidence and severity of vaginal mesh contraction.[141,142,143,144,145,146,147,148,149,150,151,152,153,154,155,156,157,158,159,160] Feiner and Maher

[124] ETH-80645 – 80651

[125] Robinson Deposition 3-13, p206

[126] Kirkemo Deposition, p153-154

[127] Walji Deposition p465

[128] Hinoul Deposition 4-5, p132-133

[129] Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

[130] Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267.

[131] Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing? Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

[132] Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[133] Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[134] Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

[135] Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.

[136] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

[137] Krambeck A, Dora C, Elliott D. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May;67(5):1105-10.

[138] Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

[139] Hilger W, Walter A, Zobitz M et al: Histological and biomechanical evaluation of implanted graft materials in a rabbit vaginal and abdominal model. Am J Obstet Gynecol 2006; 195:1826-31.

[140] Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542.

[141] ETH.MESH.00067360

[142] ETH-80645 – 80651

[143] Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7.

[144] Caquant F, Collinet P, Deobodianance P, et al. Safety of transvaginal mesh procedure: retrospective study of 684 patients. J Obstet Gynaecol Res. 2008 Aug;34(4):449-56.

[145] Argirovic RB, Gudovic AM et al, Transvaginal repair of genital prolapse with polypropylene mesh using tension-free technique. Eur J Obstet Gynecol Reprod Biol. 2010 Nov;153(1):104-7.

evaluated 17 women with vaginal mesh contraction to demonstrate that the mesh caused the condition. The patients' presenting complaints included severe vaginal pain, dyspareunia, and focal tenderness over contracted portions of mesh on vaginal examination, mesh erosion, vaginal tightness, and vaginal shortening. The patients underwent surgical intervention with mobilization of mesh from underlying tissue, division of fixation arms of the central graft, and excision of contracted mesh. Fifteen of 17 (88%) patients reported a 'substantial reduction in vaginal pain following explantation, while 11 of 17 (64%) reported 'substantial' reduction in dyspareunia. However, despite Feiner's relative success with mesh explanation, the adverse effects of transvaginal mesh contraction caused permanent life-altering sequelae in 22-46% of patients in this study.

More recently, Letouzey et al. reviewed the long-term changes in pelvic mesh volumes over time using three-dimensional translabial ultrasonography and found mean contraction of 30%, 65%, 85% at follow-up durations of 3, 6, and 8 years, respectively. This study demonstrates that the pathological process that causes mesh shrinkage is progressive and there is a linear evolution of the contraction rate with time.

---

[146] Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70.

[147] Blandon RE, Gebhart JB et al. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Feb 10.

[148] Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17:315-320.

[149] Abed H, Rahn D, Lowenstein L, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98.

[150] Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.

[151] Feiner B, Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. Obstet Gynecol. 2010 Feb;115(2 Pt 1):325-30.

[152] Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

[153] Krause H, Bennett M, Forwood M. Biomechanical properties of raw meshes used in pelvic floor reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1677-81

[154] Dietz H, Vancaillie P, Svehla M. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct;14(4):239-43.

[155] Debodinance P, Engrand J. Development of better tolerated prosthetic materials: applications in gynecological surgery. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):527-40.

[156] Martan A, Svabik K. et al. Incidence and prevalence of complications after urogynecological and reconstructive pelvic floor surgery. Ceska Gynekol. 2007 Dec;72(6):410-5.

[157] Jia X, Glazener C, Mowatt G, et al. Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systemic review and meta-analysis. BJOG 2008 Oct;115(11):1350-61.

[158] Falagas M, Velakoulis S, Iavazzo C, et al. Mesh-related infections after pelvic organ prolapse repair surgery. Eur J Obstet Gynecol Reprod Biol. 2007 Oct;134(2):147-56.

[159] Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6.

[160] Diwadkar G, Barber M, Feiner B, et al. Complications and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol. 2009 Feb;113(2 Pt 1):367-73.

At the IUGA Conference in 2009, the inventor of the TVM technique used in the Prolift system, Prof Jacquetin, presented data indicating that painful mesh contraction occurred at a rate of 19.6%. [161]

A consistently worrisome statistic is that many of the complications related to mesh contraction such as pelvic pain and dyspareunia are delayed in onset. Given the currently reported complication rates, there are a large number of women around the world who have yet to develop problems but given enough time will. In other words, we may be seeing just the tip of the iceberg.[162] Ethicon's own internal documents indicate a substantial risk of mesh shrinkage of at least 20% at one year with resultant mesh retraction and vaginal pain.[163,164,165,166,167] However, neither the original Prolift IFU nor the Surgical Guide adequately warned of the risk of mesh contraction. Ethicon also knew from a 2005 article by Cobb et al that "*All available meshes, regardless of their composition, experience a 20-50% reduction in their initial size. Factors of the mesh itself and the surrounding tissue inflammatory response contribute to this phenomenon.*" [168,169]

In addition, the Prolift IFU did not report the negative consequences of mesh contraction, which were known by Ethicon, such as "*vaginal anatomic distortion*," pelvic pain, vaginal pain, "*negative impact on sexual function*," "*difficult treatment*" and "*stiffness of the vagina that further impacts sexual function in a negative manner*." Instead of properly warning of these potential problems, the Prolift IFU misleadingly claimed was that "*the mesh remains soft and pliable, and normal wound healing is not noticeably impaired.*"[170] The Prolift patient information brochure misleadingly stated: "*[Prolift] allows for the restoration of sexual function by restoring vaginal anatomy*".[171] Given the known high rates and amounts of shrinkage, such statements were false and misleading.[172] Physicians were thus misled into believing that contraction was a positive process for the patient, rather than a negative, and in some cases devastating process.

## J. Foreign Body Reaction

An abundant amount of medical literature and basic science data over the past 40 years indicates the strong and direct relationship between postoperative complications and mesh design.[173,174,175,176,177,178,179,180,181,182,183,184,185] Reducing mesh-related complications demands a

---

[161] L. Velemir, B. Fatton, B. Jacquetin: Mesh shrinkage: How to asses, how to prevent, how to manage. IUGA Como, Italy June 16-20, 2009
[162] ETH-80645 - 80651
[163] ETH-02326
[164] Robison Deposition 3-13, p260
[165] Kirkemo Deposition p153-154
[166] Walji Deposition p465
[167] Hinoul Deposition4-5, p132-133
[168] ETH.MESH.01210562
[169] ETH-80645-80651
[170] ETH.MESH.00095913 - 00095918
[171] ETH-00259
[172] ETH-80645 - 80651
[173] ETH-80645 – 80651
[174] Kirkemo Deposition 4-18, p125-131
[175] Robinson Deposition 3-13, p129-130

31

thorough understanding and knowledge of the chemical, physical and synthetic characteristics of meshes and how they react inside the human body. Based upon vast amounts of general surgery and basic science literature, there is a consensus that synthetic meshes that are lighter weight, larger pore size, monofilament, and that are capable of maintaining their elasticity and structural stability will have better results with fewer complications. Of all the mesh characteristics mesh porosity, mesh pore size and mesh stability under load are the most important. If a mesh product's design does not allow for effective tissue integration and fibrotic bridging occurs, leading to a rigid scar plate, many adverse events can occur such as erosion, nerve entrapment, pain syndromes, dyspareunia, loss of elasticity, mesh contraction, organ dysfunction and the need for reoperation. [186,187,188,189,190,191,192]

White et al. published an article suggesting that inflammatory response may also be explained by the amount of movement of the implant and mechanical stresses that are placed on the mesh. As the movement and mechanical stresses of the pelvic floor differ extensively to that of the abdominal wall, it should have been obvious to Ethicon that the inflammatory response would not only be different, but also more intense in a pelvic floor implant.

In the late 1990's, studies were published by Klinge et al. in which explanted hernia mesh was analyzed from rats, dogs and humans. They discovered that in some patients, a chronic foreign body reaction could still be observed after 15 years. Given that this implant is meant to be placed permanently in a woman's pelvic tissue, to base the safety and efficacy of Prolift on studies that were short-term (6 months or less in duration), while studies were available in the scientific literature showing potential complications up to 15 years, was irresponsible. Generally

[176] Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

[177] Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267.

[178] Klinge U, Klosterhalfen B, Muller M et al: Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[179] Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

[180] Klinge U, Klosterhalfen M, Muller A et al: Shrinking of polypropylene mesh in vivo: an experiment study in dogs. European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[181] Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46

[182] Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirurg 2000;71:43-51.

[183] Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

[184] Garcia M, Ruiz V, Godoy A, et al: Differences in polypropylene shrinkage depending on mesh position in an experimental study. American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542.

[185] Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects. Minerva Chir. 1997 Oct;52(10):1169-76.

[186] ETH.MESH.00869977 - 00870098

[187] ETH.MESH.02589033 - 02589079

[188] ETH-80645 – 80651

[189] Robinson Deposition 3-13, p 120

[190] Hinoul Deposition 4-5, p165-170

[191] Robinson Deposition 3-13, p129-130

[192] Kirkemo Deposition 4-18, p138

speaking, the women who undergo these POP mesh procedures are between 30 and 60 years of age.  To have a chronic foreign body reaction that can continue for an unmeasured amount of time in a woman who will have this mesh implanted for decades is unsafe and can potentially lead to life-long debilitating pain and complications.  Studies that analyzed the complications that occur years after implantation, such as those performed by Klinge and his colleagues, should have provided Ethicon with a more comprehensive understanding of the true long-term risks and complications to patients, and at the very least, should have prompted Ethicon to conduct long-term controlled studies prior to any marketing of the Prolift System.[193,194,195,196,197,198]

Despite the vast amount of data regarding mesh-related inflammatory response, the original and the revised IFU for Prolift claim that "…*implantation of Gynecare Gynesmesh PS mesh elicits a minimum to slight inflammatory reaction, which is transient*".[199,200]  However, Ethicon, according to an internal Ethicon email from Scott Jones dated 11-12-2008, knew this was not true because "*Polypropylene creates an intense inflammatory response that results in rapid and dense incorporation into the surrounding tissues…*"[201]  The internal Ethicon documents and depositions are filled with references to the chronic foreign body reaction and inflammatory response by the body to the mesh.

## K. Degradation

As polypropylene has been used in surgery for over 50 years as a suture material, the mesh in the Prolift System was marketed by Ethicon as inert.  However, many published studies and internal Ethicon documents prove otherwise.[202,203,204,205,206,207,208,209,210]

[193] Klinge U, Klosterhalfen B, Muller M et al:  Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[194] Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

[195] Klinge U, Klosterhalfen M, Muller A et al:  Shrinking of polypropylene mesh in vivo: an experiment study in dogs.  European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[196] Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

[197] Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT]  Chirurg 2000;71:43-51.

[198] Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

[199] ETH-00005 (Original)

[200] ETH-01764 (Revised)

[201] ETH.MESH.00087294

[202] ETH.MESH.02589066-02589068

[203] ETH-80645-80651

[204] Robinson Deposition 3-14, p 532-533

[205] Kirkemo Deposition 4-18, p137-138

[206] Klinge U, Klosterhalfen B, Muller M et al:  Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

[207] Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002).

[208] Klinge U, Klosterhalfen M, Muller A et al:  Shrinking of polypropylene mesh in vivo: an experiment study in dogs.  European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

[209] Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

Costello et al., in 2007, reported that polypropylene is more susceptible to degradation due to oxidation caused by inflammatory response. Using Scanning Electron Microscopy (SEM), degradation could be seen in PP in the form of cracks and peeling.

Dr. Donald Ostergard, a urogynecologist and founder of AUGS, created a presentation titled "*Polypropylene is Not Inert in the Human Body*" in which he described degradation of in vivo polypropylene.

"Degradation occurs by oxidation";

"A large surface area incites more inflammation";

"This results in more oxidation since more macrophages are present";

Macrophages secrete hydrogen peroxide and hypochlorous acid to oxidize the mesh";

"Mesh may become brittle."

In a 2010 article by Clave et al., 100 pelvic floor explants were analyzed. Results showed an over 20% rate of degradation from the implants. They concluded that "*for transvaginal surgery, clinical experience indicates the use of low density, large pore implants knitted from a monofilament to facilitate tissue integration, and decrease the inflammatory response....not all types of PP implants degraded equally.*" It should be noted that the lead author, Henri Clave, holds an educational position for Ethicon Europe.

In a 2013 article by Wood et al, it was determine that polypropylene material will degrade in vivo due to its exposure to foreign body responses.[211]

As polypropylene degrades, the inflammatory response increases and intensifies.[212,213,214] The abraded fiber surface increases the surface area of the mesh, provides multiple areas that can effectively harbor bacteria, and creates a "*barbed-wire*" effect, all of which lead to an increased risk of an enhanced and chronic inflammatory response, as well as chronic infections due to bacterial proliferation at the mesh surface.

The literature and internal Ethicon studies demonstrate clearly that Ethicon's surgical polypropylene meshes oxidize, degrade, crack and peel in human tissue.[215]

[210] Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [ABSTRACT] Chirugr 2000;71:43-51.

[211] Wood, A. et al. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci Mater Med 24, 1113-22 (2013).

[212] Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

[213] Boulanger L, Moukerrou M et al. Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse. Int Urogynecol J (2008) 19:827-831

[214] Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

[215] Liebert T, Chartoff R, Costgrove S. Subcutaneous Implants of Polypropylene Filaments. J.Biomed. Mater. Res. 1976; 10:939-951, Williams D. Review Biodegradation of surgical polymers. Journal of Materials Science. 1982;

Dr. Iakovlev has published numerous articles showing and explaining the degradation and surface cracking of polypropylene explants using histological and transmission electron microscopy approaches.[216]

Not only is this information widely known and accepted in the medical and scientific communities, but it was also known to Ethicon before and at the time of launch of the Prolift System. There are Ethicon studies dating back as far as 1983 using test methods nearly identical to Dr. Iakovlev's showing in vivo degradation of the Prolene polypropylene material.[217] Ethicon conducted additional studies in 1985 (dog study) and in 1987 (human explants); both showing in vivo degradation and cracking of the polypropylene materials.[218]

It is my opinion, to a reasonable degree of medical and scientific certainty that not only does polypropylene degrade in the human body, but failure to warn doctors and patients that Prolift mesh would degrade in human tissue was inexcusable and dangerous to patients and further demonstrates a pattern of Ethicon's refusal to truthfully and accurately communicate known risks and complications of permanent implantation of its Prolift mesh in patients.

## L. Pain Syndromes

Persistent pelvic pain (lasting more than 12 weeks after surgery) such as vaginal pain, groin pain, pain with walking, pain with sitting, and pain with sexual activity has been reported as high as 20% of women following Prolift POP repair. Mesh-induced pelvic and vaginal inflammation can lead to nerve irritation due to the mechanical irritation of the mesh and surrounding tissues on the pelvic nerves. This process leads to chronic pain syndromes involving the pelvis, vagina, and buttocks.

The etiology of pain syndromes after Prolift surgery is multi-factorial, given the anatomy and physiology of the pelvic areas affected by the Prolift procedure and the consequences of permanent mesh placement. Chronic pelvic and buttock pain can occur following the implantation of the Prolift system. This is due to a number of reasons including the blind trocar passes through multiple large pelvic muscles, chronic inflammation, contraction of the mesh, nerve entrapment and disruption due to excessive scarring and scar plate formation, nerve trauma and dissection due to surgical implantation of a mesh with sharp edges that curls, ropes, deforms and forms painful ridges in the vagina and surrounding organs. Any or all of the pelvic muscles can be permanently injured or inflamed secondary to the act of the trocars passing through them

---

17:1233-1246, Celine Mary, Yves Marois, Martin W. King, Gaetan Laroche, Yvan Douville, Louisette Martin, Robert Guidoin, Comparison of the In Vivo Behaviour of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal, 44 (1998) 199-206, Wood, et al. Materials Characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: Mater med (2013) 24:1113-1122, DEPO.ETH.MESH.00000367, ETH.MESH.09557798, ETH.MESH.15144988, ETH.MESH.00874032, ETH.MESH.07192929, B. Klosterhalfen presentation "What can we learn from explanted meshes?", Depositions of Thomas Barbolt and Daniel Burkley and exhibits thereto

[216] Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35; Iakovlev V, Guelcher S, Bendavid R. In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35

[217] ETH.MESH.15955438

[218] DEPO.ETH.MESH.00004755; ETH.MESH.11336474; ETH.MESH.13334286

and/or secondary to the inflammation caused by the mesh contraction. As a result of this muscular pain, it is not unusual for the woman to be greatly limited in her activities and have a significant negative impact on her QOL. For most of the chronic pain syndromes there is no consistently successful treatment.[219,220,221]

On December 1, 2005, in the notes from the Prolift Round Table Discussion, buttock pain was identified as a complication,[222] but Ethicon did not list postoperative buttock pain as a risk in the original or revised Prolift IFU. In February 2006, Dr. Michel Cosson (a French surgeon who was part of the team that developed the TVM procedure used with the Prolift system) advised Ethicon that a statement should be added to the Prolift IFU about the complication of postoperative pain. However, the Prolift IFU was not revised at that time. The term "pain" was later added to the list of potential adverse reactions, in October 2009. Therefore, Ethicon intentionally withheld information about postoperative pain as an adverse reaction after the Prolift procedure for 3 ½ years. [223] Furthermore, merely listing the word "pain" woefully underdescribes the complex and chronic pain syndromes.

**M. Sexual Dysfunction**

Painful sexual activity (dyspareunia) and any functional sexual disorder which makes satisfactory sexual activity for the female and her partner painful will have a significant negative impact upon a patient's QOL. Unfortunately, this condition, as well as any other sexual QOL issues, are frequently not studied, are underreported when studied, or completely ignored in the medical literature. The true impact and negative effect on QOL from embarrassment, loss of intimacy, pain, and depression for a woman affected with this condition cannot be truly estimated; but a vast amount of medical literature exists documenting how impaired sexual function significantly impacts a woman's QOL. Therefore, new-onset, post-mesh POP surgery dyspareunia (de novo) rates are underreported, but the reported rates range up to nearly 20%. [224]

The source of dyspareunia and vaginal pain following Prolift POP surgery is multifactorial. The modalities described above can cause general pain and sexual dysfunction. Additionally, the chronic and progressive nature of mesh contraction causing vaginal shrinkage, shortening and fibrosis (firmness) plays a significant role. This condition continues indefinitely such that many patients currently unaffected become affected with time. Depending on the severity of vaginal shrinkage and shortening, outcomes can range from mild sexual discomfort to complete loss of sexual function and inability to accommodate for intercourse.

Also, many studies report only short-term results of less than one year. It is understood that mesh contraction can take many years to develop and this progressive nature of mesh contraction can lead to a delayed onset of dyspareunia and vaginal/pelvic pain. Therefore, there

---

[219] ETH-80647 (Lucente prefers "20 recurrences or erosions over 1 pain patient")
[220] ETH.MESH.00067363
[221] Withagen M Vierhout M, Hendricks J et al: Risk factors for exposure, pain, and dyspareunia after tension-free vaginal mesh procedures. Obstet Gynecol. 2011 Sep;118(3):629-36.
[222] ETH-80636-80644
[223] Walji Deposition 3-4, p 294
[224] Walid MS, Heaton RL: Laparoscopic apical mesh excision for deep dyspareunia caused by mesh banding in the vaginal apex. Arch Gynecol Obstet. 2009 Sep;280(3):347-50.

36

are more patients who have been treated with Prolift mesh who have not yet developed dyspareunia, but given enough time, will.[225,226,227,228,229] There is no effective treatment for dyspareunia. Despite all available treatment modalities, it is not uncommon for up to 50% of patients to have permanent pain with sexual activity.

Internal emails and meetings at Ethicon both prior to and after the launch of Prolift demonstrate a failure to address this serious condition either through proper warnings to doctors and patients or in design changes to decrease the risk.[230] Despite its knowledge of this very serious complication, Ethicon elected not to warn of the increased risks to sexually active women, or include the statement regarding the risk of Prolift POP surgery causing "pain with intercourse and pelvic pain."[231] As a result of this decision, countless women were, and will be, permanently and needlessly forced to suffer lifelong pain and embarrassment by Ethicon's failure to properly warn of this condition.

### N. Frequency of Complications

There is some confusion and often misleading documentation discussing whether or not a given mesh-related complication is defined as "rare" or not. As mentioned earlier in this report, it is important to note that there is no single, widely-accepted definition for "rare." The definitions used in the medical literature and by national health plans are similarly divided, with definitions ranging from 1/1,000 to 1/200,000. Based upon these criteria most of the mesh-related complications do not remotely fit the definition of "rare."[232,233,234] Ethicon defines "rare" as 1/100,000. Ethicon claims that complications due to its mesh products are "rare". But the percentages of serious complications listed in this report are anything but "rare" and many instances occur greater than 10% (1/10) of the time and in other instances 20% (1/5) or more of the time.

In an article published in 2011, a group of physicians were attempting to create terminology and classifications for complications directly related to the implantation of devices into the pelvic floor. The majority of these physicians stated that they were in some way affiliated with medical device manufacturers. Approximately 84 categories were created, showing the large amount of complications that are directly related to mesh products.[235]

---

[225] ETH-80645 – 80651
[226] Walji Deposition 3-8, p398-399
[227] Walji Deposition 3-8, p365-366
[228] Gauld Deposition Rough 4-26, p200
[229] Hinoul Deposition 4-5, p200
[230] ETH.MESH.02017152  2007 Expert Meeting; ETH.MESH.00870466: 2006 Expert meeting; ETH.MESH.01220871 email from Kammerer re: D'Art Conversation with Prof. Jacquetin; ETH.MESH.05448541: Email from Susanne Landgrebe re shrinkage review; ETH-18761: email from Kelly Brown re: Proposal for work with CBAT; ETH.MESH.00130117: Email from Ophelie Berthier re ICS Prolift Abstracts
[231] ETH-80318
[232] Gauld Deposition rough 4-26, p 171, p251
[233] Walji Deposition 3-8, p 477
[234] Hinoul Deposition 4-5, p71
[235] Haylen B, Freeman R, Swift S et al: An International Urogynecological Association (IUGA) / International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J (2011) 22:3–15.

The Prolift surgical kit and procedures are relatively new and unique surgical tools and surgical procedures for POP. Therefore, there is a learning curve associated with their proper performance. In order to reduce complications, to provide the most appropriate anatomical results, and to maintain normal vaginal and pelvic floor function, it is impracticable if not impossible for treating surgeons to have an advanced knowledge of the range of reported complications if "kept in the dark" by manufacturers of these products.

It does not require vast amounts of medical knowledge and experience nor does it require biostatistical analysis to view complications consistently ranging in the 10-20% range as not "rare." Using common sense and the generally accepted definitions of the medical term "rare," most, if not all of the mesh-related complications are "frequent" or "common", but certainly not "rare." Statements suggesting otherwise are misleading to unsuspecting surgeons and patients. [236,237,238,239]

A consistent pattern of significantly increased complication rates of transvaginal Prolift mesh over traditional no-mesh POP repairs is found throughout the medical literature. These complications also come without demonstrable symptomatic or QOL improvement compared to traditional non-mesh surgery. The complications are not "rare" as stated and otherwise implied in the Ethicon IFU documents regarding Prolift. Some complications require repeat surgical intervention to repair the tissue damaged by the effects of the Prolift mesh. Complications such as pelvic pain, buttock pain, vaginal pain, dyspareunia, and pain with walking and sitting have no known consistently successful treatment.

Unfortunately, due to multiple factors, it is very difficult to know the true incidence and severity of many of the mesh-specific complications, but it is clear that they are often underreported. Ethicon withheld information about the frequency of complications in its planned response to the FDA notification. [240] Instead of making efforts to disseminate the very important safety information contained in the FDA notification, Ethicon deliberately downplayed the notification, and instructed its sales staff to refrain from bringing up the FDA notification with physicians. [241] Such instructions are contrary to Ethicon's duty to provide fair and balanced information to physicians and patients regarding the Prolift System.

---

[236] Walji Deposition 3-8, p477
[237] Gauld Deposition rough 4-26, p251
[238] Gauld Deposition rough 4-27, p171
[239] Hinoul Deposition 4-5, p71
[240] ETH-47351 (10-15-2008 email about response to FDA notification "…We would prefer not to give reported complication rate for TVT but instead emphasize our commitment to reporting complications")
[241] ETH-47369 (10-21-08 email from Scott Jones about FDA notification to Field Sales Team "…. Also, please note that you are not to proactively initiate conversations with your customers about this notice. If you are asked about the notice, you should respond with the following statement: The complications stated in the notification are known risks that can occur with surgical procedures of this type and they are included in the labeling for our products. If you have further questions, please contact our Medical Affairs group.")

## VIII.   Product Development

### A.  Standardized Product & Technique

The attempt at developing a standardized surgical technique for pelvic mesh implantation began with the TVM studies in both the US and France. Ethicon's reasons for proceeding with the launch of Prolift were "supported" by very limited results that were seen during these studies. [242,243,244,245] At the time of launch, only short-term (6-month) results were available.  They saw complication rates that were higher than expected; however, Ethicon continued to list them as "rare."  Also, as pelvic floor meshes are implanted as a permanent device, it is inappropriate to consider 6-month results a sufficient representation of efficacy and safety, as complications continue to increase with time, as reported by Miller et al. in 2011. [246]  The technique used differed between the initial U.S. and French TVM studies.  Although, this technique was not considered to be the "final" procedural guide or device, it was their justification for launching Prolift in 2005.   In fact, all Ethicon-sponsored articles reporting TVM findings appear to be flawed and misleading.

Ethicon did not submit a 510k premarket notification application to the FDA before marketing Prolift in March 2005.  Ethicon was not permitted to market Prolift Pelvic Floor System until FDA clearance in May 2008. [247]  It was sold to surgeons and patients for 3 ½ years without proper FDA clearance.  No reasonable surgeon would have used the Prolift System had Ethicon disclosed that they had failed to seek or receive proper FDA clearance for this "revolutionary" surgical technique using a "specially designed" pelvic floor mesh.  The fact that Ethicon employees acknowledge in internal communications, as cited herein, that the TVM procedure and surgical technique was a "major mind shift" for pelvic surgeons, makes Ethicon's decision not to seek 510k clearance that much more egregious.

### B.  The IFUs for Prolift Contain the Same Indications as for Gynemesh PS.

The Prolift Systems represented something much different from traditional POP surgery repair as they were developed as a kit (with components like Guides/trocars, Cannulas, Retrieval Devices, and pre-cut mesh implants) and as a new procedure with detailed steps. [248,249,250]  As such, multiple new issues of safety and effectiveness were introduced with the Prolift System over and above Gynemesh PS, which was sold simply as a sheet of mesh to be used by the physician as the physician deemed was appropriate.

### C. Ethicon Designed Prolift, Not Merely as a Surgical Mesh, but as both a Product *and* a Technique.

---

[242] ETH.MESH.02589071
[243] Walji deposition 3-8, p457
[244] Gauld Deposition rough 4-26, p200
[245] Hinoul Deposition 4-5, p200
[246] Walji Deposition p404
[247] ETH-01363 - 01365
[248] ETH-00253 (Gynemesh PS)
[249] ETH.MESH.00095913 – 00095918 (Prolift)
[250] Cosson M, Caquant F et al. Prolift for Pelvic organ prolapse surgical treatment using the TVM group technique - a retrospective study of 687 patients. (ABSTRACT)

39

Ethicon obtained United States patents for:

- The process of creating a surgical mesh of PP monofilament yarn;[251]
- The shape of the mesh implants and the procedures for placing the mesh implants;[252]
- The system and method for mesh placement (guide, cannula, retrieval, steps of the surgery);[253] and,
- The packaging (precut mesh, etc.).[254]

All of these patents are further evidence of the unique nature of the Prolift product and surgical technique. Ethicon also consistently refers to the "*Prolift procedure*" in its materials, including the IFU and the Prolift surgical technique guide.[255,256,257]

## D. Faulty Prolift Product Design and Resultant Complications

There is a scientific correlation between the biophysical characteristics of Prolift mesh and the documented mesh-specific complications of vaginal erosion, extrusion, inflammation, and infection with resultant chronic pain in the pelvis and vagina.[258,259] As a classification for pelvic floor meshes has not been created, the classifications for hernia meshes have often been used. Amid wrote an article in 1997, determining that hernia meshes should have a pore size greater than 75 microns in order to allow for macrophages to clear bacteria; however, his classification did not address scar plating and contraction, and was outdated shortly after publication because "macroporous" or "large pore meshes" did not exist prior to the development of Vypro (Ethicon) mesh, first marketed in 1998. An article was recently published by Klinge et al., which requires a textile porosity greater than 60% in order to be considered 'large pore,' and therefore, allowing for an appropriate level of tissue integration. It is also noted in that publication as well as other scientific literature and numerous Ethicon documents (including Ethicon Medical Affairs Director, David Robinson's draft Clinical Expert Report for Prolift +M) that the pore size of mesh implants needs to be greater than 1mm in all directions in order to allow for proper tissue integration. Inadequate tissue integration caused by inadequate porosity and pore size can reasonably be expected to result in the development of a rigid scar plate, potentially leading to erosion, nerve entrapment, pain syndromes, dyspareunia, and loss of elasticity and mesh contraction. As early as 1998, Ethicon knew and stated repeatedly throughout internal documents that pore size less than 1 mm would result in fibrotic bridging and increased safety risks to patients.

---

[251] ETH-07427 - 07433
[252] ETH-07434 – 07494
[253] ETH-07546 - 07609
[254] ETH-07495 - 07545
[255] ETH-00002
[256] ETH-01761
[257] ETH.MESH.00419572
[258] ETH.MESH.02589066-02589068
[259] Kirkemo Deposition 4-18, p135-138

Both during mesh implantation and after, the arms are put under a considerable amount of strain, which may ultimately lead to mesh curling, roping, and/or pore deformation. This creates an even further enhanced state of inflammatory response in the pelvic area. [260,261]

Once a pelvic floor mesh is implanted, the surgeon is unable to see the mesh to know whether it has stayed in a flat position. Wrinkling or curling of the mesh will also prevent adequate tissue in-growth and lead to fibrotic bridging, and increased contraction, and thus, the cascade of chronic inflammatory events, further increasing the risk of complications.

As my practice has evolved to spending almost half my clinical time treating mesh-related complications related to both incontinence slings and POP mesh, I can say that mesh curling, roping, fraying and deforming is a real problem with these meshes. The Prolift mesh, especially the arms, curls and ropes and increases the risk of the cascade of symptoms as set forth throughout this report, with erosion/extrusion, chronic pelvic pain, dyspareunia, organ dysfunction and the need for painful multiple revision surgeries being at the top of the list.

### E. Insufficient Prolift Preoperative Guides

Ethicon is responsible for ensuring the safety and effectiveness of products for its intended use and function. Ethicon was marketing not only a new product but also a new surgical procedure.

Ethicon claimed in marketing materials that Prolift was appropriate for almost all patients, [262,263] but it had no clinical evidence to support these claims.

Ethicon claimed that Prolift was appropriate for patients with recurrent prolapse, [264,265] but it was forced to admit that it had no clinical evidence to support this claim during FDA review. Therefore, Ethicon agreed to remove this claim from its labeling. [266] Despite this "agreement," Ethicon continued to make this claim in online Prolift DTC advertising.

Ethicon claimed that a sling procedure to treat SUI could be performed at the same time as the Prolift procedure. [267] However, Ethicon had no clinical evidence to support this claim. In fact, Ethicon had received feedback from experienced Prolift surgeons that the effectiveness of sling procedures was dramatically decreased when performed at the same time as the Prolift procedure. [268] Despite this, Ethicon apparently never studied this issue and never provided this information to surgeons or patients (i.e., that the effectiveness of slings may be decreased with concomitant Prolift procedure).

---

[260] Kirkemo Deposition 4-18, p135-138, p150
[261] Hinoul Deposition 4-5, p506-507
[262] ETH-00260
[263] ETH-00264
[264] ETH-00260
[265] ETH-00264
[266] ETH-01321
[267] ETH-00258
[268] ETH-80289 (Email from Steele to Bonet dated 5-10-2006: "decreased efficiency in TVT procedures when treating concomitantly with Prolift. [Dr.] LaSala has had >50% failure rate...")

41

Ethicon claimed that pain is a symptom of POP,[269,270,271] but they had received feedback from experienced clinicians that pain is not a typical symptom of POP.[272,273] Their marketing materials implied that patients with preoperative pain due to prolapse experienced resolution of the pain after Prolift. However, they had received feedback from experienced Prolift surgeons that patients with preoperative pain often experienced dramatic exacerbation of pain *after* the Prolift procedure.[274,275] Despite this feedback, Ethicon apparently never specifically studied this issue. Ethicon never provided guidance to surgeons or patients regarding the appropriate evaluation and management of patients with pain and prolapse.

Ethicon also marketed to overweight and elderly patients, claiming the procedure was appropriate for them;[276,277,278] but, this claim was never studied and thus, Ethicon had no clinical evidence to support claims that Prolift was a reasonable and appropriate procedure for overweight or elderly patients.

Ethicon stated in the IFU for the TVT (Tension-Free Vaginal tape for urinary incontinence) product line that these products should not be used on patients who are on anti-coagulation therapy (blood thinners such as aspirin, Coumadin, Plavix®). This is because of the blind trocar passages (one on each side) and the inherent bleeding risk this presents. However, the Prolift procedure involves up to six (6) blind trocar passes, and despite anti-coagulation patients' increased risk of bleeding with these trocar passes, Ethicon chose not to warn against this risk in its original Prolift IFU.[279] Although working drafts of the original IFU contained the statement, "*Do not use the Gynecare Prolift Pelvic Floor Repair Systems in patients who are on anti-coagulation therapy,*"[280] this statement was subsequently deleted.[281,282] Ethicon eventually revised the IFU to say that patients on anticoagulation should be "*carefully managed.*"[283]

## F. Inadequate Prolift Pelvic Floor System Surgical Training

A marked difference exists between the Prolift Pelvic Floor System (both product and procedure) and the traditional non-mesh POP repair surgery. This fact was emphasized in Ethicon's product evaluations *before* Prolift was commercially available and in feedback *after* the product was marketed. Because of the new technique developed with this product, Ethicon

---

[269] ETH-00255 - 00256
[270] ETH-00264
[271] ETH-48130
[272] ETH-85678 (Email from Dr. Butrick to David Robinson: "POP does not cause pain!!!")
[273] Kirkemo Deposition 4-18, p97-98
[274] ETH-85676 (Butrick to Robinson, "I sure am getting tired of seeing these pts with bad myofascial pain after Prolifts…")
[275] ETH-85678 (slide from Butrick, "The aggressive surgery flares the pre-existing myofascial pain…")
[276] ETH-00264
[277] ETH-07712
[278] ETH-48130
[279] ETH-65877-65884
[280] ETH-16986
[281] ETH-17061
[282] Hinoul Deposition 4-6, p408-410
[283] ETH.MESH.00095913

42

recommended advanced training for surgeons prior to performing the Prolift procedures.[284,285,286,287]

Surgeon selection criteria for advanced training was initially focused on highly-skilled and experienced surgeons. Despite their advanced skill level, many of the surgeons had to be re-trained shortly after Prolift's launch.[288]

Despite Ethicon being provided feedback regarding the inadequacy of the training/trainees for the Prolift procedures, Ethicon representatives pushed the envelope on training. Ethicon did not want a repeat of the transobturator stress urinary incontinence inter-company competition where Ethicon was in a catch-up position from launch.[289,290]

In marketing materials, Ethicon claimed that Prolift was appropriate for almost all patients but it had no clinical evidence to support these claims.[291,292]

Hydrodissection is a surgical step used to create a space between the vagina and the rectum and/or bladder. The purpose of this step is to identify and surgically enter the rectovaginal/vesicovaginal space more easily and to reduce the risk of injury to the adjacent rectum and/or bladder. This step would seem even more important given the differences between vaginal dissections in Prolift procedures versus traditional procedures. However, the Prolift IFU makes no mention of vaginal wall hydrodissection. The Surgical Guide merely lists hydrodissection as a bullet-point item "to be considered as optional."[293] However, from internal documents and feedback from surgeons, Ethicon understood the importance of hydrodissection to minimize complications for surgeons unfamiliar with the vaginal dissection required for the Prolift procedure. Subsequently, there were many surgeons unaware of the potential importance of this potential surgical step.[294,295,296,297,298,299,300,301,302,303,304,305]

---

[284] *See* ETH-83318
[285] *See* ETH-62214
[286] *See* ETH-83323
[287] *See* ETH-01624
[288] ETH-62214 (Email from Vie [Education Development Manager] dated 5-17-2005: "…16 of the 84 [surgeons trained as of May 3] have needed to be retrained (19%)…")
[289] ETH-83193 – 83194 (email from Miller [proctor] dated 12-10-2005 regarding preceptorship: "…I thought a couple of those guys were going to poke somebody's eye out.")
[290] ETH-83318 (email from Sweatt [District Manager] dated 6-27-2006: "…The reps push the envelope on training because they don't want to see a repeat of the obturator wars, where we were in a catch up position from launch. Our current labs don't really discuss Gynemesh, which is what most doctors should in fact be using at this point.")
[291] ETH-00260
[292] ETH-00264
[293] ETH.MESH.00419573
[294] ETH-74435 ("key for minimizing erosion risk")
[295] ETH-02707-02708 ("…critical to maintaining low rates of mesh exposure seen by experienced…users.")
[296] ETH.MESH.PM.000019
[297] ETH.MESH.00419571-00419600
[298] ETH-20085
[299] ETH-60151 ("Hydrodissection is key in helping…")
[300] ETH.MESH.00158295 (Prolift Forums and Round Table Summary of experienced Prolift surgeons – "Hydrodissection was identified as a key procedural step")
[301] ETH-19943

Initially, Ethicon provided no guidance and subsequently provided inadequate guidance to surgeons as to the necessity of performing a cystoscopy (a procedure looking into the bladder at the time of Prolift Anterior and Prolift Total POP surgery).[306,307,308,309,310,311] Nor did Ethicon discuss the critically important issue of timing of the cystoscopy in conjunction with the Prolift procedures. A cystoscopy is an essential step following the blind passage of the Prolift. Guides/trocars to detect if there has been any inadvertent damage to the bladder. The surgeon can reassess the bladder following trocar removal to determine the most appropriate management for the patient, including cancelling the planned mesh insertion, as recommended by the Prolift surgical guide.[312,313] In the original Prolift IFU, there was no information regarding the need for cystoscopy or the appropriate timing of an intraoperative cystoscopy to detect potential bladder injury. Although the original draft version of the IFU did have a statement regarding intraoperative cystoscopy, the final version of the original IFU omitted such recommendation.[314,315]

Prolift surgeons recommended that cystoscopy be performed in all Prolift procedures.[316,317,318,319,320,321] However, Ethicon ignored this feedback and did not place this requirement in the IFU or the Surgical Guide.

Ethicon ignored a request by the FDA that cystoscopy be recommended. Instead, Ethicon added a statement in the Prolift IFU that cystoscopy was "optional."[322,323]

Ethicon understood that at many hospitals, surgeon credentialing for cystoscopy performance was limited by specialty, especially limiting gynecologists.[324] Thus, if cystoscopy were stated as a requirement in the Prolift IFU, surgeons without credentialing for cystoscopy (many gynecologists) would not be credentialed to perform Prolift surgery independently. So, in

---

[302] ETH-08028
[303] ETH.MESH.00008084
[304] Robinson Deposition 3-13, p193-196
[305] Henderson Deposition p146
[306] ETH-02711
[307] ETH-80643
[308] ETH-19622
[309] ETH-19944
[310] ETH-02713
[311] ETH-19645
[312] ETH.MESH.00419571 – 00419600
[313] Hinoul Deposition 4-6, p609-610
[314] ETH-62799
[315] ETH-62803 - 62808
[316] ETH-02711
[317] ETH-80643
[318] ETH-19622
[319] ETH-19944
[320] ETH-02713
[321] ETH-19645
[322] ETH-01242 – 01248 (12-20-2007 Communication from FDA to Ethicon regarding the Prolift and Prolift-M 510K's requesting "Please add a warning…")
[323] ETH-01761 2-22-2008 response by Ethicon stating that they would revise to say that "Cystoscopy may be performed…")
[324] Henderson Deposition 10-5, p457

order to broaden their market to surgeons not credentialed in cystoscopy, Ethicon chose to only list cystoscopy as an option, at the expense of patient safety.

Reducing the size (trimming) of the Prolift mesh is recommended in the Guide.[325] However, there is no explanation given to the implanting surgeon as to the standardization of when trimming is "*required,*" what constitutes "*small reductions,*" nor what constitutes a "*proper fit*" of the anterior and posterior mesh implants. The Guide only states in one place that, "*[i]t is recommended to avoid large vaginal excisions…*"[326] No other guidance is given by Ethicon despite the fact that their consulting surgeons expressed to them how important it is to consider the anticipated amount of mesh contraction in determining whether and how much vaginal trimming to perform.[327,328]

The Prolift POP Procedure is not truly "*standardized.*" The first sentence of the Prolift Guide claims that, "*[t]he objective of the Prolift procedure is to achieve a complete anatomic repair of the pelvic floor defects in a standardized way.*" However, one of the most important concepts of the Prolift procedure is "*tension-free*" placement of the mesh implant, which cannot be standardized given both the patient-to-patient and the surgeon-to-surgeon variability in detecting this.[329]

Ethicon representatives acknowledge that there is no standardized means of determining whether Prolift mesh is in fact, "*tension-free.*" After four years of selling and training the Prolift procedures, Ethicon still had problems training surgeons on standardizing the "tension-free" aspects of the procedure.[330,331,332]

It is generally accepted that the correct positioning and tensioning of the mesh and mesh arms is an essential surgical step to prevent needless complications. However, Ethicon provides no standardized instruction on how to ensure that this critical step is performed correctly. Ethicon documents describe fixation of Posterior Straps (Transgluteal or vaginal approach). Two perineal incisions bilaterally and the cannulas are passed through gluteal area to traverse the sacrospinous ligament and exit into the vaginal incision. Each of the two posterior straps is shortened and fixed directly to the sacrospinous ligament bilaterally.[333]

However, there is no guidance provided by Ethicon to the surgeons regarding: (a) how to decide whether sacrospinous fixation of the posterior straps is necessary or preferred over the transgluteal approach; (b) how to decide the proper length for trimming the posterior straps in a "standardized" manner; and (c) how to determine best means of affixing the shortened posterior straps to the sacrospinous ligaments in a "standardized" manner.

---

[325] ETH.MESH.00419584 - 00419585
[326] ETH.MESH.00419572
[327] ETH-80641 ("Mesh will contract up to 30%.")
[328] Robinson Deposition 3-13, p260
[329] ETH.MESH.PM.000019
[330] ETH-49659
[331] Hinoul Deposition 4-5, p506-507
[332] Kirkemo Deposition 4-18, p135-135, p150
[333] ETH.MESH.00419582

Positioning of the anterior segment of the Prolift is intended to be placed under the bladder in lateral contact with the arcus tendineus fascia pelvis.[334,335] But, the Surgical Guide does not give any guidance on how to accomplish this in a standardized manner, raising a number of questions regarding technique to accomplish this step.

Positioning of the posterior segment of the Prolift is intended to be placed above the rectum in lateral contact with the superior surface of the levator ani muscles.[336][337][338][339] But, the Surgical Guide does not give any guidance on how to accomplish this in a standardized manner, raising a number of questions regarding technique to accomplish this step.

Adjusting the position and the tension of the Prolift is addressed in the Guide.[340] But it gives no guidance on how to determine: (1) when and whether "further adjustments of tension and position" will be neither necessary, nor (2) the magnitude of "further adjustments" in a "standardized" manner.[341][342] Again, in 2009, more than four years after the launch of Prolift, Ethicon was made aware of the difficulty in teaching "tension-free" placement in a "standardized" manner.[343] Since mesh arm tensioning and positioning are such an essential aspect to reducing complications, it is wholly unacceptable for such a critical surgical procedure to be left without clear instructions for the surgeon.

A surgeon would reasonably expect Ethicon's Surgical Guide to provide useful guidelines on critical maneuvers and measures to avoid needless complications. The absence of recommendations and potential complications would reasonably imply to a surgeon a lack of importance of key surgical steps. It is important to keep in mind that Ethicon developed and patented the TVM technique and surgical procedure, which was, according to Ethicon, a "major mind shift" in urogynecological surgery. At a minimum, Ethicon should have provided key technique guidelines, warnings, and recommendations based upon high volume surgeons' experience and feedback such as:

- Warnings regarding the increased risk of urinary incontinence following Prolift Anterior and Prolift Total repairs.
- Need for hydrodissection of vaginal wall.
- Critical role of permanent suture at base of cervix.
- Importance of proper vaginal wall dissection to prevent complications.
- Importance of mesh trimming and need for it to be done properly.
- The implications of performing a uterine preserving repair vs. hysterectomy vs. post-hysterectomy Prolift Total POP repair.

---

[334] ETH.MESH.00419584
[335] ETH.MESH.PM.000019
[336] ETH.MESH.00419585
[337] ETH.MESH.PM.000019
[338] Hinoul Deposition 4-5, p506-507
[339] Kirkemo Deposition 4-18, p135-135, p150
[340] ETH.MESH.00419584 – 00419585
[341] Hinoul Deposition 4-5, p506-507
[342] Kirkemo Deposition 4-18, p135-135, p150
[343] ETH-49659 (email dated 8-10-2009 from Kirkemo: "A real misconception exists in the community…. We really need to think about how to change our teaching…")

46

- Recommendations to accurately pass the transobturator trocars blindly into the proper anatomic locations.
- Recommendations regarding the importance of feeding the mesh without twisting through the Prolift Cannula, resulting in preventable complications if this step is incorrectly performed
- Recommendations regarding the crucial importance of proper mesh tensioning, resulting in preventable complications if this step is incorrectly performed.
- Essential need for cystoscopy to rule out inadvertent bladder perforation.

Mesh exposure and bladder injury are common complications, yet there is inadequate guidance in the Surgical Guide on managing these complications. An absence of a description and guidance in the management of these complications minimizes the frequency and magnitude of these complications to a surgeon.

Dyspareunia, vaginal pain, and pelvic pain are common complications following Prolift POP procedures, yet there is inadequate information in the Surgical Guide explaining the lack of a safe and effective method to treat these complications. The absence of this information minimizes the frequency and magnitude of these complications to a surgeon.[344][345]

## IX. FALSE AND MISLEADING STATEMENTS BY ETHICON

### A. Prolift mesh provides *"long-lasting stabilization of fascial structures of the pelvic floor in vaginal wall prolapse".* [346]

Clinicians reading this statement would reasonably assume that Ethicon possessed evidence from clinical trials that Prolift Pelvic Floor Repair System had demonstrated "long-lasting" effectiveness. However, Ethicon had no such evidence as of March 2005, when marketing of Prolift Pelvic Floor Repair System was initiated.[347][348][349] Ethicon still had no such evidence as of August 2007 to May 2008, when the FDA review of Prolift Pelvic Floor Repair System was ongoing. In September 2007, Ethicon informed the FDA that "no clinical investigations were conducted on the use of Prolift Pelvic Floor Repair System."[350] Therefore, Ethicon's use of the term "long-lasting" had no factual basis. By claiming that Prolift produces "stabilization of fascial structures of the pelvic floor in vaginal wall prolapse," Ethicon implies that studies had been performed to directly assess the anatomic and physiologic effect of the Prolift system on the pelvic floor. Clinicians reading such a statement would reasonably and incorrectly assume that studies had demonstrated a direct and beneficial effect of Prolift placement on fascial structures that provide pelvic floor support. However, Ethicon had no such evidence at the time marketing of Prolift was initiated in March 2005.

---

[344] ETH.MESH.00419571 - ETH.MESH.00419600
[345] ETH.MESH.00067363
[346] ETH.MESH.02589071
[347] Walji Deposition p300, p457,
[348] Gauld Deposition rough 4-26, p200
[349] Hinoul Deposition 4-5, p200
[350] ETH-00929 - 00930

47

In January 2005, Ethicon's own internal Clinical Expert Report on Prolift stated, "... in vivo forces and exerted strains on pelvic floor repairs during the postoperative period are not known." [351] [352] [353]  Years after the Prolift was launched, Ethicon scientists still continued to search for answers regarding the estimated pelvic forces and how to develop a mesh that would compensate those forces.  Because the forces on pelvic floor repair were unknown, there would be no way of knowing whether Prolift Pelvic Floor Repair System adequately compensated such forces.  Other internal Ethicon documents confirm their conclusion that a lack of knowledge of pelvic floor forces leads to patient complications and that Prolift mesh was not designed to compensate these forces. [354]

**B. Prolift Mesh had *"bi-directional elastic property".* [355]**

The Gynemesh PS mesh used in the Prolift Pelvic Floor Repair System does not stretch significantly.  This is a direct contradiction to the claim that the Gynemesh PS mesh used in Prolift has elasticity of any kind, bidirectional or otherwise.  Indeed, Ethicon eventually deleted the claim of bidirectional elasticity from the Prolift Pelvic Floor Repair System IFU due to lack of evidence. [356]

By claiming that the Gynemesh PS mesh used in Prolift has bidirectional elasticity, Ethicon implied that studies have been performed to prove that Prolift possesses these elastic design characteristics when used for the surgical treatment of vaginal prolapse.  Clinicians reading such a statement would reasonably and incorrectly assume studies had demonstrated adaptation of the mesh to the stresses normally encountered by the unique movement of the vagina.  Clinicians would reasonably conclude that, by having elastic properties in two directions, the mesh would allow for expansion of the vagina, which normally occurs during sexual activity, permitting comfortable penile penetration and thrusting of vaginal intercourse.  However, Ethicon could produce no such evidence, despite making the claim of bidirectional elastic property of its meshes since 1985 for Mersilene mesh, Prolene Soft mesh, and Gynemesh PS mesh.

Ethicon had no such evidence that Gynemesh PS mesh in Prolift Pelvic Floor Repair System had bidirectional elastic properties at the time the marketing of Prolift was initiated in March 2005.  Ethicon had no such evidence that Gynemesh PS mesh in Prolift had bidirectional elastic properties between August 2007 and May 2008, when the FDA review of Prolift was ongoing. [357] [358] [359] [360]

---

[351] ETH-07156
[352] ETH.MESH.05237872 Mesh Properties – How important are they?
[353] ETH.MESH02227224 Thunder MGPP decision meeting
[354] ETH.MESH.02185584 Biomechanical Considerations for Pelvic Mesh Design; ETH.MESH.03753245 BIOMECHANICS
[355] ETH-00002
[356] ETH-00943
[357] ETH.MESH.00922443 - 00922445
[358] ETH.MESH.00869985
[359] ETH.MESH.00869987
[360] ETH.MESH.02589077 - 02589078

The FDA requested that Ethicon either remove the statement or provide evidence to support it.[361] On September 20, 2007, Ethicon admitted that they had no evidence to support the claim that the Gynemesh PS mesh in Prolift had bidirectional elastic properties.[362,363,364] Nevertheless, the baseless claim that Gynemesh PS mesh in Prolift Pelvic Floor Repair System had bidirectional elastic properties remained in the Prolift IFU until 2009.

One of the inventors of the TVM technique as well as a number of other leading scientists and surgeons have attempted to determine the mesh requirements necessary to account for the unique nature of the variability in pelvic and vaginal tissues in terms of elasticity, stretchability, and anisotropy and have been unsuccessful in their studies to adequately define and characterize these parameters in order to define the material characteristics that would properly mimic the pelvic floor environment.[365,366]

### C. Prolift Mesh *"remains soft and pliable"*.

Ethicon's claim that the Gynemesh PS mesh used in Prolift Pelvic Floor Repair System remains soft and pliable postoperatively implies that studies have been performed to document this mesh characteristic when used for the surgical treatment of vaginal wall prolapse.[367,368,369,370,371] Clinicians reading such a statement would reasonably and incorrectly assume studies had been performed, which demonstrated the softness and pliability of the mesh after its placement in the vagina. Clinicians would reasonably conclude that mesh characteristics of softness and pliability would not interfere with sexual function after Prolift placement. However, Ethicon was well aware that mesh contraction occurred to some extent in all cases after Prolift placement. In many cases, mesh contraction occurred to the extent of causing complications, including chronic pain, pain with mesh palpation, vaginal rigidity, and dyspareunia. Ethicon was well aware of mesh contraction because of its experience with Prolene mesh and Prolene Soft mesh used for hernia repair.[372]

In addition, Ethicon had no evidence to support the claim that the Prolift "mesh remains soft and pliable" when used for the surgical treatment of vaginal wall prolapse. Indeed, Ethicon had evidence that directly contradicted the claim that the "mesh remains soft and pliable" from

---

[361] ETH-00943
[362] ETH.MESH.00922443 - 00922445
[363] ETH-00938
[364] ETH.MESH.09656632
[365] Gabriel B, Rubod C, Brieu M, Dedet B, de Landsheere L, Delmas V, Cosson M. Vagina, abdominal skin, and aponeurosis: do they have similar biomechanical properties? Int Urogynecol J. 2011 Jan;22(1):23-7. Epub 2010 Aug 27.)
[366] Cosson M, Lambaudie E, Boukerrou M, Lobry P, Crépin G, Ego A. A biomechanical study of the strength of vaginal tissues. Results on 16 post-menopausal presenting with genital prolapse. Eur J Obstet Gynecol Reprod Biol. 2004 Feb 10;112(2):201-5
[367] ETH.MESH.00067357 (Lucente Webinar: "... the things that we all worried about tissue healing and comfort; the 2 things that, again, have plagued us all along using an implant, erosion and discomfort...")
[368] Walji Deposition p471-472
[369] Robinson Deposition 3-14 p683-684
[370] Kirkemo Deposition 4-18, p246-249
[371] Ciarrocca Deposition 3-29, p264-266
[372] ETH-80646

49

several sources, including physician experts,[373] internal documents related to Prolift + M (known as "Project Lightning") development,[374] and Ethicon-supported animal[375] and clinical studies.[376] Ethicon's French Medical Director, Axel Arnaud, stated that the mesh remaining "soft and pliable" after implantation was "an illusion."[377]

As of these key time periods (2005, 2007), there was abundant evidence in the scientific literature regarding mesh rigidity, contraction, shrinkage, fibrosis due to mesh foreign body reaction leading to lack of tissue in-growth, lack of vascularization, and scar plate formation. The origin of synthetic mesh contraction in the human body and in animal models has definitely shown that no mesh is inert.[378,379,380,381,382,383] This inflammatory reaction causes free radical synthesis, which then causes oxidation and degradation of polypropylene meshes.

Mesh degradation then causes more inflammation and, subsequently, more mesh contraction. When mesh contraction occurs in the abdominal wall or thoracic wall, it causes multiple conditions such as chronic pain, fibrosis, and infection. Similarly, when synthetic meshes are placed in the vagina for POP procedures, mesh responds the same way. When vaginal mesh contracts, it causes vaginal fibrosis, infection, chronic vaginal pain, chronic pelvic pain, vaginal shortening, vaginal narrowing, vaginal extrusion, adjacent organ erosion and dyspareunia.

### D. *"Wound healing is not noticeably impaired"* by Prolift Mesh.

Similar to the Ethicon's claim regarding the softness and pliability of its mesh, it appears that Ethicon lacked evidence regarding wound healing following the surgical implantation of Prolift. As with noted above, in September 2007, Ethicon informed the FDA that "no clinical investigations were conducted on the use of Prolift Pelvic Floor Repair System".[384] However, there existed abundant evidence in the scientific literature regarding rigidity, contraction, shrinkage, fibrosis due to mesh foreign body reaction leading to lack of tissue in-growth, lack of vascularization, and scar plate formation. Ethicon's internal documents have meeting minutes from meetings between Ethicon representatives and their key outside consulting experts wherein the concept of a "chronic wound" that is created around the mesh was discussed.[385] Ethicon was told that the mesh continues to react in the tissues decades after implantation. So for Ethicon to claim that "wound healing is not noticeably impaired" is absolutely false and misleading given the information they had available to them both before and after the launch of Prolift.

---

[373] ETH-82320
[374] ETH-77061
[375] ETH-60555 – 60556
[376] ETH-77061
[377] Arnaud depo 11/15/12 68:18-69:13
[378] ETH-80641 ("Mesh will contract up to 30%")
[379] ETH-80645 – 80651
[380] Hinoul Deposition 4-5, p 132-134, p147-149
[381] Kirkemo Deposition 4-18, p138, p151-152
[382] Robinson Deposition 3-13, p260
[383] Walji Deposition p465
[384] ETH-00929 - 00930
[385] ETH.MESH.00870466

### E. The Prolift procedure is *"minimally invasive"*.

As noted above, Ethicon claimed in its patient brochures that the Prolift procedure was a new and revolutionary minimally invasive procedure. This was inaccurate, and downplayed the invasive nature of the implantation surgery for the Prolift. In fact, Ethicon's own medical directors described the surgery as a major invasive procedure, yet Ethicon failed to timely correct its labeling. Ethicon's characterization of the Prolift procedure as minimally invasive is flat wrong, and no doubt falsely reassured doctors and patients.

### F. Prolift Mesh is not *"subject to degradation"*.

Ethicon states that the mesh contained in the Prolift System is not *"subject to degradation or weakening by the action of tissue enzymes."* [386][387][388] There is scientific literature, however, which states just the opposite – polypropylene is not biologically inert and is, in fact, subject to oxidation and degradation. In fact, as stated above in this report, Ethicon's own internal studies and a significant amount of readily available medical literature specifically concludes that polypropylene mesh incites a specific immune response, creating within the vagina a foreign body reaction that directly causes mesh degradation, mesh contraction, fibrosis, vaginal narrowing, pelvic pain, and dyspareunia. [389][390][391]

Despite its own internal studies and numerous peer-reviewed articles regarding degradation, Ethicon failed to change its IFU, its surgical guide, its patient brochures, or its marketing materials to acknowledge that degradation of the polypropylene in the woman's pelvic tissues not only would occur but that it would occur at varying degrees over the life of the implant.

### G. Prolift Pelvic Floor Repair Systems *"restore normal sexual function"*

Ethicon admits it has no evidence to support claims regarding sexual function after implantation of the Prolift Pelvic Floor Repair Systems. [392][393][394][395][396][397][398] Nevertheless, at the

---

[386] ETH-01777
[387] ETH.MESH.00570955
[388] ETH.MESH.02589066 - 02589068
[389] Walji Deposition 3-9 p399, p404, p457
[390] Gauld Deposition rough 4-26, p200
[391] Hinoul Deposition 4-5, p200, Hinoul Deposition 4-5, p 132-134, p147-149, Kirkemo Deposition 4-18, p138, p151-152, Robinson Deposition 3-13, p260, Liebert T, Chartoff R, Costgrove S. Subcutaneous Implants of Polypropylene Filaments. J.Biomed. Mater. Res. 1976; 10:939-951, Williams D. Review Biodegradation of surgical polymers. Journal of Materials Science. 1982; 17:1233-1246, Celine Mary, Yves Marois, Martin W. King, Gaetan Laroche, Yvan Douville, Louisette Martin, Robert Guidoin, Comparison of the In Vivo Behaviour of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal, 44 (1998) 199-206, Wood, et al. Materials Characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: Mater med (2013) 24:1113-1122, DEPO.ETH.MESH.00000367, ETH.MESH.09557798, ETH.MESH.15144988, ETH.MESH.00874032, ETH.MESH.07192929, B. Klosterhalfen presentation "What can we learn from explanted meshes?", Depositions of Thomas Barbolt and Daniel Burkley and exhibits thereto
[392] ETH-48281: email from Scott Jones 3-5-2009 "... Apparently, Bos Sci [Boston Scientific] has been talking to doctors about the 'banding' effect that occurs with the anterior Prolift.... The banding that customers are telling me occurs at the edge of the mesh near the apex. Regardless of how doctors adjust the mesh, there is still a definite ridge or banding that can be vaginally palpated with our anterior mesh. In fact, during my discussions with Dr. Raul

same time, Ethicon claims in its Patient Information Brochure, "[*The Prolift Pelvic Floor Repair Systems] allows for the restoration of sexual function by restoring vaginal anatomy.*" In fact, as of June 2006, the opposite was shown in a study that demonstrated the number of sexually active patients decreased from 61/90, (68%) at baseline, to 42/90, (47%) at 6 months, and to 40/90, (44%) at 12 months. One-third of patients who were sexually active before surgery became sexually inactive after mesh surgery. The substantial reduction in the number of sexually active patients strongly suggests that many patients abandoned attempts at sexual activity due to dyspareunia or other complications of mesh surgery. Also, it is critical to note that all results described are short term (less than two years). [399]

As is reported in the literature and as I have seen in my own clinical practice, mesh-specific complications, such as mesh contraction leading to dyspareunia, can be delayed many years following implantation. Therefore, the true frequency of dyspareunia is greatly underestimated. Evidence shows that Ethicon had knowledge of impaired sexual function and dyspareunia, but rather than disclosing this knowledge, Ethicon intentionally chose to not disclose the evidence they had in their possession regarding the full extent of complications of sexual dysfunction. [400 401 402 403 404 405]

## X. ETHICON'S INSTRUCTIONS FOR USE (IFU) AND KNOWN RISKS RELATED TO THE PROLIFT WERE NOT DISCLOSED

At the time of the Prolift launch, Ethicon was fully aware of all the risks associated with the Prolift product. Ethicon did not fully or adequately disclose the risks, adverse reactions, or the clinical consequences thereof in the Prolift Instructions for Use (IFU) despite Ethicon's internal awareness of these risks (as demonstrated by extensive internal documentation, ETH.MESH.06372356-ETH.MESH.06372363; ETH.MESH.02026591-02026595) and the deposition testimony of its employees:

---

Mendelovici yesterday, he told me that he is so frustrated with the banding effect on the anterior Prolift that he is now modifying his mesh to provide better anterior apical support, and to reduce banding (different modification than Raders or Lucente)... this banding has not been clinically significant for most patients, but the impression in the surgeons eyes is that this is unacceptable, and they will try to avoid this if possible.... ")

[393] ETH-71307 (3 of 14 patients with unresolved symptoms with palpable mesh banding)

[394] ETH-02689 ("surgical release of mesh banding" was necessary for patients with persistent dyspareunia)

[395] ETH-82419 (Summary of meeting points Sexual function June 2006: "Previous history says that we want to avoid this discussion without a solid case for Prolift....")

[396] ETH-01121 June 2006 "...New onset dyspareunia was reported in 7 patients [of 61 patients] at 6 months and in 3 patients at 12 months

[397] ETH-48769 (Email 5-9-2009 addressing Pinnacle competition "...remember that de novo dyspareunia is a post op safety concern")

[398] ETH.MESH.00067357 (Lucente Webinar: "... the things that we all worried about tissue healing and comfort; the 2 things that, again, have plagued us all along using an implant, erosion and discomfort...")

[399] ETH-01121

[400] ETH-80645 - ETH-80651

[401] ETH.MESH.00067363

[402] Walji Deposition 3-8, p398-399, p457

[403] Gauld Deposition rough 4-26, p200

[404] Hinoul Deposition 4-5, p200

[405] Robinson Deposition 3-13 p299

1. Dr. Martin Weisberg
2. Dr. Piet Hinoul,
3. Dr. David Robinson,
4. Dr. Axel Arnaud,
5. Mr. Joerg Holste,
6. Dr. Aaron Kirkemo
7. Jennifer Paine
8. Catherine Beath
9. Ms. Zenobia Walji,
10. Ms. Judy Gauld
11. Dr. Aran Maree
12. Mr. Daniel Smith
13. Mr. Sean O'Bryan
14. Dr. Charlotte Owens
15. Mr. Scott Ciarrocca
16. Dr. James Hart
17. Bryan Lisa
18. Brian Kanerviko
19. Price St. Hilaire
20. Paul Parisi
21. Alex Gorsky
22. Renee Selman
23. Cliff Volpe

Each of the risks, adverse reactions, contraindications, and warnings, and the clinical consequences, should have been clearly placed and stated in the IFU so that the patients' implanting surgeon would be fully informed, and so the patient could have been informed. The following lists inadequacies in the development of the Prolift and the information provided to physicians and patients:

1. Inadequate pre-launch testing and durability studies.
2. Ineffective procedure puts women through extensive surgery with unacceptably high failure rate.
3. Dangerous procedure with incomplete IFU specifications regarding tensioning and appropriate use of trocars thereby leading to complications and failure.
4. Inadequate data to support use of Prolene Soft polypropylene mesh through the Prolift procedure in the Pelvic Floor.

5. Failure to disclose that Prolift complications are not able to be safely and effectively treated in certain patients, including the inability to safely and effectively remove the mesh when necessary, and that the complications can result in chronic, permanent debilitating pain.

6. Inaccurate and misleading claim in the IFU that the inflammatory response is slight and transient, whereas Ethicon has admitted it is chronic and in some patients severe.

7. Incomplete warnings regarding the inherent nature of the polypropylene mesh, and that a predictable increased immune response to the presence of the mesh is set off, with an increased risk of product breakdown and failure.

8. Incomplete warnings regarding the significant risks for young and sexually active women, including the failure to include a warning written by Dr. Axel Arnaud for inclusion in the initial IFU because the project leader did not want to take the time or expense to reprint the IFU, and the failure to only indicate the procedure for severe prolapse of at least stage 3 or 4, where the alternatives would not be safe or feasible, consistent with internal documents and the writings of the French inventors of the procedure. In fact, Dr. Hinoul's report in 2012 regarding the procedure indicates that the Prolift is not indicated for a patient who does not fit the criteria to be an appropriate candidate.

9. That Prolift mesh causes a lifelong risk of vaginal erosion/extrusion.

10. That Prolift mesh causes a lifelong risk of pelvic organ erosion.

11. That erosions and extrusions will be severe and incurable in some women.

12. Incomplete warning and pre-launch evaluations regarding the host's acute inflammatory response to Prolift mesh.

13. That the polypropylene mesh used to manufacture Prolift contracts in all patients, and that in some patients, this leads to complications including but not limited to nerve entrapment, pain, chronic pain, recurrence of prolapse, vaginal wall stiffness, vaginal anatomic distortion, erosion, and when this occurs the mesh cannot be safely and effectively revised or removed as necessary, including the body of the implant, and the deep arms which are virtually impossible to safely and effectively treat.

14. Incomplete warning and pre-launch evaluations regarding the risks and consequences of the host's chronic inflammatory response to Prolift polypropylene mesh.

15. That the Prolift mesh pore size is inadequate, especially in actual use, and as a result of tension and strain both during and following implantation causes fibrotic bridging/scar plating and increased contraction, and the consequences thereof.

16. That the polypropylene resins used in the meshes in Prolift have been associated with causing sarcomas at the implantation site.

17. Insufficient evaluation regarding implantation of the Prolift product into the contaminated field of the vagina.

18. Insufficient evaluation regarding Prolift product degradation/product failure due to product degradation.

19. Insufficient evaluation and warnings regarding polypropylene-related complications not seen in traditional repair.

20. Insufficient evaluation regarding and warning regarding long-term hypersensitivity to polypropylene mesh.

21. That Ethicon knew of data that the risk and consequences of vaginal scarring was greater than it disclosed in its IFU.

It is my opinion to a reasonable degree of medical probability that the Prolift is defective due to Ethicon's failure to adequately design and test the product prior to launch, failure to properly evaluate and act in response to adverse event reports and informal communications from surgeons notifying Ethicon of catastrophic complications and the failure to appropriately warn patients and health care providers of the range, severity and magnitude of the risks and complications, and consequences thereof, including, but not limited to, the following:

    a.  The mesh will degrade, fragment, and elongate in some patients;

    b.  The risk of chronic, refractory infections resulting from the fact that the mesh will potentiate infection (contrary to the professional education and marketing documents);

    c.  The complications and consequences due to the chronic foreign body reaction due to the presence of the product;

    d.  The risk of permanent vaginal or pelvic scarring as a result of the interaction with the host;

    e.  The risk and consequences of vaginal extrusion;

    f.  The risk of permanent vaginal shortening as a result of the product;

    g.  The risk of intractable pelvic, vaginal, urethral, and systemic pain resulting from the product's interaction with the body;

    h.  The need for corrective or revision surgery to revise or attempt to remove the product, which cannot be safely or effectively achieved in many instances;

    i.  The severity of complications such as pelvic pain, vaginal pain, dyspareunia, overactive bladder, urinary retention and other symptoms and conditions, voiding pain that could arise as a result of implantation of the product;

    j.  That the Prolift causes permanent mesh based dyspareunia;

    k.  That the Prolift causes permanent pelvic pain;

55

l.   That the Prolift causes narrowing of the vaginal vault.

m.   The frequency of complications that result from  implantation of the product;

n.   Folding, wrinkling, and bunching of the mesh inside the body, increasing the risk of contraction and other complications;

o.   Treatment of pelvic organ prolapse is no more effective than feasible available alternatives such as colporrhaphy;

p.   Treatment of pelvic organ prolapse with the Prolift procedure exposes patients to greater, and medically unreasonable risks than feasible available alternative procedures;

q.   Treatment of pelvic organ prolapse with the Prolift makes future surgical repair more difficult than the feasible available alternative procedures;

r.   The use of the Prolift procedure puts the patients at greater risk of requiring additional and morbid surgery;

s.   The removal of the products due to complications may involve multiple surgeries, significantly impair the patient's quality of life, and ultimately not successfully treat the condition;

t.   Complete removal of the products is most likely not possible and may not result in resolution of the complications, including but not limited to pain, contraction and scarring and recurrent urinary leakage and pelvic organ prolapse;

u.   Insufficient evaluation regarding and warning regarding the pullout forces of the polypropylene arms;

v.   Insufficient evaluation regarding and warning regarding the pullout forces of polypropylene arms if the mesh were to be adjusted (pulled back and forth) during the mesh tensioning portion of the procedure;

w.   Insufficient evaluation regarding and warning regarding the mesh anchoring configuration and "rolling potential" once in place in the body and muscle and fascia;

x.   Insufficient evaluation regarding, warning and IFU guidance for, polypropylene mesh placement in morbidly obese patients.

It is my opinion to a reasonable degree of medical probability that Ethicon did not fully disclose the above risks and those discussed in this report, in its IFU and to surgeons and thereby denied the patient the right to full information about her surgery. This is true despite the information being readily available and known to Ethicon about these risks, which predate the launch of the device

## XI.    Statement of Opinions

My opinions are based on my personal knowledge, experience, and my investigation in this case. All of my opinions, and the basis of these opinions, are true and correct to the best of my knowledge and belief, including those related to scientific and medical issues, which I believe are true and correct to a reasonable degree of scientific and medical probability.

A. Lack of Clinical Benefit:

1. Patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including Prolift Pelvic Floor System, do not have improvement in symptomatic results over traditional, non-mesh repair.

2. Patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including Prolift Pelvic Floor System, do not have improvement in or quality of life (QOL) over traditional, non-mesh repair.

3. Patients implanted with non-absorbable, transvaginal synthetic mesh for pelvic organ prolapse, including Prolift Pelvic Floor System, do not have improvement reoperation rate over traditional, non-mesh repair.

4. Because of the lack of benefit of Prolift Pelvic Floor System, the increased patient risks, complications, and added expense of these products far outweigh any stated or implied benefit.

5. There was no need for Prolift Pelvic Floor System, a non-absorbable, synthetic mesh, to be sold and marketed as a surgical treatment and procedure for pelvic organ prolapse (POP) as there were safe, effective and reasonable alternative surgical treatments available at the time this product was launched that did not needlessly endanger patients nor carry the likelihood or risk of serious injury that the Prolift product did.

B. Complication Rate:

1. Synthetic transvaginal meshes for POP, including Prolift Pelvic Floor System, subject patients to needless danger through increased risks not present in traditional, non-mesh surgery for POP repair. Prolift has, therefore, caused serious and potentially permanent injuries due to complications associated with its implantation for POP repair.

57

2. Based on the information that was easily and readily available and abundant in the scientific literature, as well as the information known by Ethicon at the time it launched Prolift Pelvic Floor Repair Systems in 2005, a reasonably prudent and publicly responsible manufacturer should have never put this product on the market knowing that it would be permanently implanted into the pelvic region of female patients.

3. Even when surgeons used the Prolift Pelvic Floor Repair Systems as designed and marketed, it was unsafe to patients for its intended use as a method of surgical POP repair because of patient-to-patient anatomic variability and surgeon-to-surgeon variability in experience, training and technique.

4. Because non-absorbable, synthetic, polypropylene mesh such as Prolift causes an intense foreign body reaction in pelvic tissue, there is no way to safely implant these products into a woman's pelvic tissue without an increased risk of serious complications including, but not limited to, pain associated with the implant procedure (nerve and tissue damage), chronic pelvic pain associated with fibrosis and scarring, chronic infection associated with, among other things, the product's implantation into a clean/contaminated field and the intense inflammatory response to the polypropylene, chronic wound healing issues, organ erosion, vaginal extrusion/exposure, chronic pelvic pain associated with the explant procedure (nerve and tissue damage) , de novo incontinence, and significant dyspareunia (painful intercourse).

C. Data Withheld From Physicians:

1. Ethicon, the manufacturer of Prolift Pelvic Floor Repair Systems, knowingly failed to completely disclose the known risks of prolapse surgery using Prolift to physicians and patients. By withholding this information and failing to provide adequate warnings and/or instructions, Ethicon failed to act as a reasonably prudent manufacturer, and knowingly exposed patients to needless, preventable danger, harm and permanent suffering.

2. Ethicon failed to disclose the lack of benefit of POP surgery using Prolift Pelvic Floor Repair Systems to physicians and patients. By withholding this information and failing to provide adequate warnings and/or instructions, Ethicon knowingly failed to act as a reasonably prudent manufacturer and thereby exposed patients to needless danger and harm.

3. For reasons that only served to harm women and lure physicians into a false belief that Prolift Pelvic Floor Repair Systems only helped to improve sexual activity, Ethicon elected to not disclose the increased risks to sexually active women, and not to include a statement regarding the possibility of Prolift POP surgery to cause "pain with intercourse and pelvic pain", and as a result, countless women were,

and will be, permanently and needlessly forced to suffer lifelong pain and embarrassment in part due to this decision to withhold essential information.

D. Breach of Duty by Ethicon:

1. Ethicon breached its duty of reasonable care to implanting surgeons and to patients by marketing and selling Prolift Pelvic Floor Repair Systems as a new surgical device *and* procedure with insufficient evidence of either the product's or the procedure's safety, effectiveness and benefit despite knowing the risks of non-absorbable, synthetic surgical mesh for POP, including its product, Prolift.

2. Ethicon breached its duty of reasonable care to implanting surgeons and to patients by marketing and selling Prolift Pelvic Floor Repair Systems (both the product *and* the procedure) to surgeons and patients without proper warnings, without proper instructions for use and without sufficient evidence of its safety and efficacy, thereby exposing them to needless danger and unreasonable risk of harm.

3. Ethicon breached its duty of reasonable care to implanting surgeons and to patients by *failing to disclose its knowledge of a significant increase in complications associated with Prolift through physician communications,* "Dear Surgeon" letters, its sales force, sales and marketing brochures to physicians and patients and/or updates to its Instructions for Use to physicians.

4. Ethicon breached its duty of reasonable care by knowingly and falsely marketing Gynemesh PS to physicians as if the product was specially designed for treatment of POP while its intended and documented design was for abdominal wall hernia and "other fascial defects."

## XII.    PREVIOUS TESTIMONY

On November 21, 2015, my trial deposition testimony was given in *Patricia L. Hammons v. Ethicon, Inc., et al.;.* All of my opinions and testimony contained within that transcript are incorporated herein by reference and attached as Exhibit "C". Additionally, as noted in Section XI below, I have given testimony and provided expert reports in numerous Ethicon transvaginal mesh cases over the past few years. All of my testimony and opinions therein are hereby incorporated by reference.

I reserve the right to modify these opinions as necessary based upon any new or additional information or data that I may obtain or with which I am presented including, without limitation, any materials that I produce in response to Ethicon's requests.

## XIII.   EXHIBITS
Exhibit "A" contains a copy of my current Curriculum Vitae.

All materials that have been available to me to consider in support of my finding and opinions are included above and listed below in Exhibit "B".

November 21, 2015 Bene Esse Transcript attached as Exhibit "C"

*Patricia L. Hammons v. Ethicon, Inc., et al.;* Philadelphia County Court of Common Please Case No. 0003913 – Report attached as Exhibit "D"

*Linda Gross et al. v. Gynecare, et al.;* Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08– Reports attached as Exhibit "E"

*Linda Gross et al. v. Gynecare, et al.;* Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08– Deposition attached as Exhibit "F"

*Diane Bellew v. Ethicon et al.;* United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 – Reports attached as Exhibit "G"

*Diane Bellew v. Ethicon et al.;* United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 –Deposition attached as Exhibit "H"

*Diane Bellew v. Ethicon et al.;* United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 –Trial testimony attached as Exhibit "I"

*Dale Watkins et al. vs. Ethicon, Inc. et al.;* Superior Court of New Jersey Law Division – Bergen County Case No. BER-L-13787-14 MCL – Report attached as Exhibit "J"

*Dale Watkins et al. vs. Ethicon, Inc. et al.;* Superior Court of New Jersey Law Division – Bergen County Case No. BER-L-13787-14 MCL –Deposition attached as Exhibit "K"

*Mullins et al v. Ethicon, Inc., et al.;* Southern District of West Virginia Charleston Division Case No. 2:12-cv-02952 – Report attached as Exhibit "L"

*Mullins et al v. Ethicon, Inc., et al.;* Southern District of West Virginia Charleston Division Case No. 2:12-cv-02952 – Deposition attached as Exhibit "M"

Powerpoint Presentation used during Hammons de bene esse testimony attached as Exhibit "N"

## XIV. RECENT TESTIMONY

*Coloplast A/S v. Generical Medical Devices;* United States District Court – Western District of Washington at Tacoma Case No. C10-227BHS

*Linda Gross et al. v. Gynecare, et al.*; Superior Court of New Jersey Law Division – Middlesex County Case No. MID-L-9131-08– Report & Deposition

*Diane Bellew v. Ethicon et al.*; United States District Court, Southern District of West Virginia Case No. 2:12-cv-22473 – Report, Deposition & Trial

*Janice L. St. Cyr v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-02313

*Kathleen Stanbrough v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-06937

*Sheila Sutton v. C.R. Bard, Inc. et al.;* United States District Court, Southern District of West Virginia Case No. 2:14-cv-00105

*Pamela Ailey v Cook Medical, Inc., et al.*; United States District Court, Southern District of West Virginia Case No. 2:13-CV-20496

*Patricia L. Hammons v. Ethicon, Inc., et al.;* Philadelphia County Court of Common Please Case No. 0003913 – Report & De Bene Esse

*Dale Watkins et al. vs. Ethicon, Inc. et al.;* Superior Court of New Jersey Law Division – Bergen County Case No. BER-L-13787-14 MCL – Report & Deposition

*Mullins et al v. Ethicon, Inc., et al.;* Southern District of West Virginia Charleston Division Case No. 2:12-cv-02952 – Report & Deposition

## XV.   COMPENSATION

I am compensated for investigation, study and consultation in the case at the rate of $700.00 per hour.


DATE:


Daniel Elliott, M.D

Daniel Steven Elliott, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,        :Master File No.
PELVIC REPAIR SYSTEM         :2:12-MD-0237
PRODUCTS LIABILITY           :
LITIGATION                   :MDL No. 2327
---------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
---------------------------------------------
Mullins, et al. V.          2:12-cv-02952
Ethicon, Inc., et al.
Sprout, et al. V.           2:12-cv-07924
Ethicon, Inc., et al.
Iquinto v. Ethicon,         2:12-cv-09765
Inc., et al.
Daniel, et al. V.           2:13-cv-02565
Ethicon, Inc., et al.
Dillon, et al. V.           2:13-cv-02919
Ethicon, Inc., et al.
Webb, et al. V.             2:13-cv-04517
Ethicon, Inc., et al.
Martinez v. Ethicon,        2:13-cv-04730
Inc., et al.
McIntyre, et al. V.         2:13-cv-07283
Ethicon, Inc., et al.
Oxley v. Ethicon,           2:13-cv-10150
Inc., et al.
Atkins, et al. V.           2:13-cv-11022
Ethicon, Inc., et al.
Garcia v. Ethicon,          2:13-cv-14355
Inc., et al.
Lowe v. Ethicon,            2:13-cv-14718
Inc., et al.
Dameron, et al. V.          2:13-cv-14799
Ethicon, Inc., et al.
Vanbuskirk, et al. V.       2:13-cv-16183
Ethicon, Inc., et al.


SEPTEMBER 26, 2015
DANIEL STEVEN ELLIOTT, M.D.

Daniel Steven Elliott, M.D.

|  | Page 2 |
| --- | --- |

1  CAPTION CONTINUED:
2  Mullens, et al. V.        2:13-cv-16564
3  Ethicon, Inc., et al.
   Shears, et al. V.        2:13-cv-17012
4  Ethicon, Inc., et al.
   Javins, et al. V.        2:13-cv-18479
5  Ethicon, Inc., et al.
   Barr, et al. V.          2:13-cv-22606
6  Ethicon, Inc., et al.
   Lambert v. Ethicon,      2:13-cv-24393
7  Inc., et al.
   Cook v. Ethicon, Inc.    2:13-cv-29260
8  Stevens v. Ethicon,      2:13-cv-29918
   Inc., et al.
9  Harmon v. Ethicon, Inc.  2:13-cv-31818
   Snodgrass v. Ethicon,    2:13-cv-31881
10 Inc., et al.
   Miller v. Ethicon, Inc.  2:13-cv-32627
11 Matney, et al. V.        2:14-cv-09195
   Ethicon, Inc., et al.
12 Jones, et al. V.         2:14-cv-09517
   Ethicon, Inc., et al.
13 Humbert v. Ethicon,      2:14-cv-10640
   Inc., et al.
14 Gillum, et al. V.        2:14-cv-12756
   Ethicon, Inc., et al.
15 Whisner, et al. V.       2:14-cv-13023
   Ethicon, Inc., et al.
16 Tomblin v. Ethicon,      2:14-cv-14664
   Inc., et al.
17 Schepleng v. Ethicon,    2:14-cv-16061
   Inc., et al.
18 Tyler, et al. V.         2:14-cv-19110
   Ethicon, Inc., et al.
19 Kelly, et al. V.         2:14-cv-22079
   Ethicon, Inc., et al.
20 Lundell v. Ethicon,      2:14-cv-24911
   Inc., et al.
21 Cheshire, et al. V.      2:14-cv-24999
   Ethicon, Inc., et al.
22 Burgoyne, et al., V.     2:14-cv-28620
   Ethicon, Inc., et al.
23 Bennett, et al., V.      2:14-cv-29624
24 Ethicon, Inc., et al.
25

|  | Page 4 |
| --- | --- |

1              A P P E A R A N C E S
2  For the Plaintiffs:
3      WAGSTAFF & CARTMELL, LLP
       4740 Grand Avenue
4      Suite 300
       Kansas City, Missouri  64112
5      816.701.1100
       tcartmell@wcllp.com
6      BY: THOMAS P. CARTMELL
7
   For the Defendants:
8
       BUTLER SNOW, LLP
9      500 Office Center Drive
       Suite 400
10     Fort Washington, Pennsylvania  19034
       267.513.1885
11     Burt.Snell@butlersnow.com
       BY: NILS B. (BURT) SNELL
12        and
       BUTLER SNOW, LLP
13     1020 Highland Colony Parkway
       Suite 1400
14     Ridgeland, Mississippi  39157
       601.948.5711
15     paul.rosenblatt@butlersnow.com
       BY: PAUL S. ROSENBLATT
16
17
18
19
20
21
22
23
24
25

|  | Page 3 |
| --- | --- |

1        DEPOSITION OF DANIEL STEVEN ELLIOTT, M.D.,
2   produced, sworn and examined on behalf of the
3   Defendants, pursuant to Notice and Agreement, on
4   Saturday, the 26th day of September, 2015, between the
5   hours of 9:41 a.m. and 5:54 p.m. of that day, at the
6   law offices of Wagstaff & Cartmell, LLP, 4740 Grand
7   Avenue, in the City of Kansas City, in the County of
8   Jackson, and the State of Missouri, before me,
9   NAOLA C. VAUGHN, CCR No. 1052, CRR, RPR, a Certified
10  Court Reporter, within and for the States of Missouri
11  and Kansas.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

|  | Page 5 |
| --- | --- |

1               I N D E X
2  WITNESS:  DANIEL STEVEN ELLIOTT, M.D.
3  Examination by Mr. Snell ...................... 9, 326
4  Examination by Mr. Cartmell .................... 323
5
6               EXHIBITS
7  NUMBER    DESCRIPTION                      PAGE
8  Exhibit 1  - Amended notice of Deposition of     9
9             Daniel Elliott, M.D.
10 Exhibit 2  - Updated publication list            11
11 Exhibit 3  - International Journal of Urology     11
12            Long-term quality of life outcomes
13            and retreatment rates after robotic
14            sacrocolpopexy
15 Exhibit 4  - The Cochrane Collaboration          54
16            Mid-urethral sling operations for
17            stress urinary incontinence in women
18 Exhibit 5  - Oxford Level of Evidence Pyramid    60
19 Exhibit 6  - International Urogynecology Journal  66
20            Long-Term (10-15 years) Follow-up
21            after Burch Colposuspension for
22            Urinary Stress Incontinence
23 Exhibit 7  - Cochrane Database Syst Rev 2015      89
24            (Dr. Elliott's copy)
25

2 (Pages 2 to 5)

## Daniel Steven Elliott, M.D.

Page 6

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                      PAGE
3    Exhibit 8 - American Urological Association    116
4         AUA Position Statement on the Use
5         of Vaginal Mesh for The Surgical
6         Treatment of Stress Urinary
7         Incontinence
8    Exhibit 9 - IUGA Position Statement on      134
9         Mid-Urethral Slings for Stress
10        Urinary Incontinence
11   Exhibit 10 - AUGS/SUFU Position Statement on   139
12        Mesh Midurethral Slings for Stress
13        Urinary Incontinence
14   Exhibit 11 - AUGS Position Statement on     146
15        Restriction of Surgical Options
16        for Pelvic Floor Disorders
17   Exhibit 12 - EAU Guidelines on Surgical     151
18        Treatment of Urinary Incontinence
19   Exhibit 13 - EAU Guidelines on Urinary      154
20        Incontinence
21   Exhibit 14 - ICS Fact Sheets                155
22   Exhibit 15 - NICE Urinary Incontinence:  The    160
23        management of urinary incontinence
24        in women
25   Exhibit 16 - Mayo Clinic web site information    171

Page 8

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                      PAGE
3    Exhibit 22 - In-Depth Nano-Investigation of    250
4         Vaginal Mesh and Tape Fiber
5         Explants in Women
6    Exhibit 23 - FDA article on Medical Devices,    264
7         Considerations about Surgical Mesh
8         for SUI
9    Exhibit 24 - Journal of Urology, Time Dependent    289
10        Variations in Biomechanical Properties
11        of Cadaveric Fascia, Porcine Dermis,
12        Porcine Small Intestine submucosa,
13        polypropylene mesh and autologous
14        fascia in the rabbit model:
15        implications for sling surgery
16   Exhibit 25 - Urology, Time-Dependent Variations    293
17        in inflammation and scar formation
18        of six different pubovaginal sling
19        materials in the rabbit model
20
21
22
23
24
25

Page 7

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                      PAGE
3    Exhibit 17 - International Urogynecology Journal   178
4         Long-term Results of the Tension-Free
5         Vaginal Tape (TVT) Procedure for
6         Surgical Treatment of Female Stress
7         Urinary Incontinence
8    Exhibit 18 - Neurourology and Urodynamics     185
9         Minimally Invasive Synthetic
10        Suburethral Sling Operations for
11        Stress Urinary Incontinence in Women
12        A Short Version Cochrane Review
13   Exhibit 19 - American Journal of Obstetrics and    204
14        Gynecology, A histologic and
15        immunohistochemical analysis of
16        defective vaginal healing after
17        continence taping procedures:
18        A prospective case-controlled pilot
19        study
20   Exhibit 20 - Hernia Repair Sequelae         213
21   Exhibit 21 - International Urogynecologic      242
22        Journal, polypropylene as a
23        reinforcement in pelvic surgery
24        is not inert:  Comparative
25        analysis of 100 explants

Page 9

1         (Exhibit 1 marked.)
2         DANIEL STEVEN ELLIOTT, M.D.,
3    a witness, being first duly sworn, testified as
4    follows:
5              EXAMINATION
6    BY MR. SNELL:
7         Q.   Good morning, Dr. Elliott?
8         A.   Good morning.
9         Q.   Can you state your full name for the
10   record, please.
11        A.   Daniel Steven Elliott, S-t-e-v-e-n.
12        Q.   You and I know each other.  I'll just
13   forewarn you.  I'm developing a cold and my voice
14   is a little deep and cracky.  And I have some
15   water and I'll try to drink so it my speech is not
16   impeded, but if you don't understand something I
17   say today, please tell me and I'll try to pose a
18   question that makes coherent sense to you.
19             Is that okay?
20        A.   That is perfectly fine.  Thank you.
21        Q.   All right.  I've given you Exhibit 1,
22   which is the notice for your deposition.
23             Have you seen that document before?
24        A.   Yes.
25        Q.   All right.  And what, if anything, did

## Daniel Steven Elliott, M.D.

Page 10

1  you do to comply with the request that you bring
2  documents and materials that is attached to that
3  request?
4      A.  I provided up-to-date -- well, you
5  have already a copy of my CV. I have -- which I
6  can provide to you. There are five new things.
7  Just as far as what has been published, which I
8  can provide to you there. That's a -- and then
9  that is a copy of the manuscript, that number 5,
10  because that just came out yesterday. So I didn't
11  have that typed up.
12      Q.  Did you bring your file here today?
13      A.  The file? I'm sorry.
14      Q.  I guess, did you bring your expert
15  file here today that would contain the documents
16  and materials that you reviewed and are relying
17  on?
18          MR. CARTMELL:  We can just -- for the
19  record, we can get a thumb drive of everything
20  that's on his reliance list, including that
21  update. I just need to talk to Elliott about.
22  I don't have the thumb drive with me today.
23      Q.  BY MR. SNELL:  Do you have the thumb
24  drive, Doctor?
25      A.  No. I don't have that, no. I have my

Page 11

1  report. I do not have a copy of my reliance list.
2      Q.  Okay. So we'll mark as Exhibit 2 the
3  five new studies that would go on your CV; is that
4  correct?
5      A.  Correct. Those are my published
6  studies, yes.
7          (Exhibit 2 marked.)
8      Q.  BY MR. SNELL:  We'll mark as Exhibit 3
9  article number 5, which the lead author is Linder,
10  L-i-n-d-e-r, then Chow, then Elliott. Long-term
11  quality of life outcomes and retreatment rates
12  after robotic sacrocolpopexy.
13          (Exhibit 3 marked.)
14      Q.  BY MR. SNELL:  To what professional
15  societies do you currently belong to?
16      A.  That would be in my CV. Let me see if
17  I have a copy of my CV. I might not. Oh, I do
18  have one.
19          Professional societies are going to be
20  listed in the professional membership society on
21  page 3 of 25. AMA, American Medical Association.
22  American Association of Clinical Urologists.
23  American Urologic Association. International
24  Incontinent Society. Society of Urodynamics and
25  Female Urology, which I am a member and on the

Page 12

1  education committee. Minnesota Medical Society.
2  Zumbro Valley Medical Society. Olmsted Community
3  Medical Society. International Urogynecologic
4  Society. Society of Urologic Prosthetic Surgeons.
5  Society of Laparoendoscopic Surgeons. Minimally
6  Invasive Robotic Association. Minnesota Urologic
7  Society. European Association of Urology, which I
8  am a member of, an international member, and then
9  I'm also a member of the subsection of
10  Genitourinary Reconstructive Surgeons, and also a
11  member of the section of the Female Urology and
12  Functional Urology. And again that's underneath
13  the umbrella of the European Urology Association.
14  International Urogynecologic Association.
15  International Pelvic Pain Society.
16      Q.  In your role on the education
17  committee for SUFU -- and that's the society of
18  what?
19      A.  Good question. They changed the name.
20          Society of Urodynamics and Female
21  Urology is an acceptable -- but, again, they've
22  actually moved around the words a bit there, but
23  that's what it means.
24      Q.  Can I just call it SUFU?
25      A.  SUFU.

Page 13

1      Q.  Make it easier on the court reporter,
2  too.
3      A.  SUFU is much better. I prefer that.
4      Q.  SUFU in all caps. Okay. What is your
5  role -- strike that.
6          What do you do in your role as being
7  on the education committee for SUFU?
8      A.  It is a -- focusing on the education
9  not only of the current residents of what we feel
10  would be appropriate for training in female
11  urology, urinary incontinence and prolapse, but
12  also determining goals, objectives of education at
13  meetings and lecture topics, things like that.
14      Q.  You've given testimony in the past;
15  correct?
16      A.  Correct.
17      Q.  I've deposed you in the past; correct?
18      A.  Twice, I believe, yes.
19      Q.  So we can rely on your prior
20  testimony. We don't have to ask you those
21  questions again; correct?
22      A.  Well, with the understanding that
23  sometimes things have changed, but, yeah, as far
24  as data being out, those types of things.
25      Q.  Okay.

4 (Pages 10 to 13)

Daniel Steven Elliott, M.D.

Page 14

1    A.   That's a broad question, because those
2  are depositions over two or three days -- or two
3  days, excuse me.  So I'd have to see each specific
4  question what you're talking about.
5    Q.   Okay.  As you sit here today, is there
6  any testimony that you gave in the Bellew or Gross
7  cases that was inaccurate or untruthful?
8    A.   No.  They would all been truthful and
9  accurate, but as the -- as data becomes available,
10  more research being done, as I read more internal
11  documents, certain positions may change.  But
12  there's nothing dishonest or deceitful.
13    Q.   In connection with the education
14  committee for SUFU, you testified that one of the
15  things that you were involved in was looking at
16  the training that residents would need in urology,
17  female urology?
18    A.   Looking at the goals or where we want
19  residents to be, what criteria or surgeries,
20  volumes, types of surgeries, testing,
21  credentialing.
22    Q.   Okay.
23    A.   All those issues.
24    Q.   And for the EAU, can I call that the
25  European Association of Urology?

Page 15

1    A.   EAU's easy, yeah.
2    Q.   Okay.  And you said you were a member
3  of the genitourinary section?
4    A.   Yeah.  The genitourinary
5  reconstructive.  So it's reconstructive surgeons,
6  because my training is in female pelvic medicine
7  and reconstructive surgery, which are separate and
8  overlapping training.
9    Q.   That would include the surgical
10  treatment of stress urinary incontinence?
11    A.   That would be the other committee.
12  That would be the female urology and functional
13  urology.  Reconstructive would be complications,
14  radiation damage, those types of things.  Anytime
15  you hear of reconstructive, think of fixing
16  mistakes or problems.
17    Q.   Are you a member of the section that
18  assesses surgical treatment options for stress
19  urinary incontinence for the EAU?
20    A.   Well, the members of the female
21  functional -- we're not necessarily -- unlike the
22  SUFU, which is an education section, this is more
23  like the research that's being done.  It's not
24  setting goals or guidelines by any means.  I don't
25  know if that answers your questions or not.

Page 16

1    Q.   Not really.
2         So just remind me, what section of the
3  EAU is focused on assessing the surgical options
4  for stress urinary incontinence?
5    A.   That would be a function of the female
6  and functional urology.
7    Q.   Are you a member of that section?
8    A.   Correct.  And I'm on the board of
9  that, yes.
10    Q.   How long have you been on the board of
11  that section that assesses the surgical treatment
12  of stress incontinence?
13    A.   Since April of 2013.
14    Q.   Okay.  What are your fees for your
15  work as an expert in this matter?
16    A.   $700 an hour.
17    Q.   And what is your fees for testimony?
18    A.   Same.  $700 an hour for everything.
19    Q.   Plus travel expenses and costs?
20    A.   Correct.
21    Q.   How many hours have you worked on the
22  Mullins case.
23         And when I say Mullins, this is the
24  MDL design defect case.
25    A.   As far as specifically on patient

Page 17

1  Mullins, I have not reviewed her records.  As far
2  as TVT and design, I guess I don't know
3  specifically -- specifically on the TVT and
4  design, it's going to be somewhat difficult to
5  ascertain exact time, because obviously the study
6  of Prolift factors in.
7         But as far as I can determine, roughly
8  60 hours have been spent as of August 31st, 2015.
9  60 hours.
10    Q.   How many hours have you spent since
11  September 1st on this matter?
12    A.   It's going to be difficult, because
13  there's also travel involved in there.  So I don't
14  know if you want the total hours, because that's
15  not also study on things.  But that'd be about
16  110 hours.
17    Q.   Do you bill $700 an hour when you
18  travel?
19    A.   Correct.
20    Q.   Do you issue invoices for your time
21  spent on this matter?
22    A.   Correct.
23    Q.   Do you send those to Ben Anderson?
24    A.   Correct.
25    Q.   And would those invoices be specific

5 (Pages 14 to 17)

Daniel Steven Elliott, M.D.

Page 18

1   to and reference your work in the Mullins' TVT
2   design defect case?
3       A.   It will be specific to Ethicon.
4       Q.   Okay.
5       A.   So that's why it's difficult to
6   determine exact number of hours, and that data
7   reviewed two years ago is pertinent to now.  So
8   that's why it's difficult to know the total
9   number.
10      Q.   You're serving as an expert against
11  other mesh manufacturers?
12      A.   Yes.  Mentor ObTape.
13      Q.   Any others?
14      A.   There was start in the Cook Surgisis
15  mesh, but last I've heard there's no action going
16  on with that.
17           I have been deposed with Avaulta.
18  But, again, nothing has happened with that in six
19  months, and I don't know where the status of those
20  are.
21      Q.   Avaulta, is that a Bard product?
22      A.   Correct.
23      Q.   That's a prolapse product?
24      A.   Prolapse product; correct.
25      Q.   Okay.  Does the Mayo Clinic know that

Page 19

1   you're serving as an expert for plaintiffs in the
2   mesh litigation?
3       A.   No.  This is all done by private time.
4       Q.   I know I deposed you in two prolapse
5   cases in the past.  So today I'm really focused on
6   stress urinary incontinence; all right?
7       A.   Correct.
8       Q.   With that said, though, let me just
9   ask you this question.
10           In the Bellew deposition you testified
11  about treatment options you used for prolapse.
12           Do you recall that, in general?
13      A.   Correct.
14      Q.   Have those changed as we sit here
15  today?
16      A.   No.
17      Q.   For Exhibit 3, the robotic
18  sacrocolpopexy cohort that you published on --
19      A.   Yes.
20      Q.   -- am I correct that you're not the
21  one who runs and operates the robot?
22      A.   No.  Dr. Chow does that.
23      Q.   Okay.  Are you credentialed at Mayo
24  Clinic to run the robot for sacrocolpopexy
25  procedures?

Page 20

1       A.   The answer to that probably would be
2   no.  I could be involved in the cases, but I am
3   not the one sitting behind the robot.  I am the
4   one involved directing traffic as far as the
5   dissection goes.
6       Q.   Okay.  What surgical options do you
7   currently use for the treatment of stress urinary
8   incontinence in your patients, if any?
9       A.   Autologous pubovaginal sling,
10  cadaveric pubovaginal sling, autologous obturator
11  vagina sling, and then in the past since August of
12  2013, there's been one mesh sling.  So that is a
13  change from previous testimony.
14      Q.   How many autologous transobturator
15  slings do you use on average each year?
16      A.   Probably it's around 80 or so.  That's
17  a rough -- that's a rough number.  It varies from
18  time to time.  But in the past two years or --
19  yeah, two years now, I'd say 80 a year's probably
20  accurate.
21      Q.   And that's the autologous
22  transobturator sling?
23      A.   Correct.
24      Q.   I know you published a feasibility
25  cohort study on very small sample size for the

Page 21

1   autologous transobturator pubovaginal sling;
2   correct?
3       A.   Correct.
4       Q.   That was ten patients; correct?
5       A.   I believe so.  It was ten patients,
6   yes.
7       Q.   There's a 20 percent failure rate at a
8   mean average of four months' follow-up; correct?
9       A.   Yeah.  That data is now -- we're
10  looking at 60 patients with one year.
11      Q.   Has that data been published?
12      A.   That's in the process of being
13  gathered right now.  All patients are being
14  contacted.
15      Q.   How many patients are going to be in
16  that cohort, you said?
17      A.   60.  It's a continuation of
18  feasibility study.  Looking at safety, efficacy,
19  complications, et cetera.
20      Q.   Has that data been presented anywhere
21  in abstract form or oral presentation?
22      A.   Yes.  I'd have to go back to the CV.
23  It was presented in February of 2015 at SUFU.
24  Again, that was the initial feasibility study.
25      Q.   I think my question maybe wasn't

6 (Pages 18 to 21)

Daniel Steven Elliott, M.D.

| Page 22 | Page 24 |
|---|---|
| 1 clear. | 1 their tissue. Because mostly what I'm seeing in |
| 2       So on this updated cohort of 60 | 2 my practice is somebody that's been operated on |
| 3 patients -- | 3 multiple times. I'm not seeing usually the |
| 4    A. Oh, I see. | 4 first-time patient. So, again, there's multiple |
| 5    Q. -- have you presented on those data | 5 patient variables. |
| 6 anywhere? | 6    Q. Do you have patients for whom you |
| 7    A. No. Not in the updated, no. | 7 offer the autologous pubovaginal sling and who |
| 8    Q. And then the small feasibility study | 8 decline that operation? |
| 9 that you did publish on, you recall the mean | 9    A. I suppose that could occur, but |
| 10 follow-up time was to four months? | 10 usually those individuals are declining surgery |
| 11    A. It was short-term, yes. | 11 period, not declining the autologous sling. So we |
| 12    Q. What's a feasibility study? | 12 have to be very careful how we're phrasing that. |
| 13    A. Feasibility is a small cohort of | 13 They are not a surgical candidate or they're |
| 14 patients that understand that they're involved in | 14 choosing not to undergo surgery for their |
| 15 a study to determine whether or not this is a good | 15 treatment. They're not saying, I do not want a |
| 16 treatment option, where we're doing quality of | 16 autologous sling. |
| 17 life assessments prior to and afterwards and | 17    Q. Are there patients for whom you've |
| 18 following very closely, looking at complications | 18 treated that do not want a cadaveric sling? |
| 19 and efficacy with 24-hour PAD tests. | 19    A. I have not encountered that, no. |
| 20    Q. How many cadaver slings do you use on | 20    Q. Is the autologous transobturator sling |
| 21 average each year? And if that's changed year to | 21 the primary -- sounds like it's the primary stress |
| 22 year, you can tell me that. | 22 urinary incontinence surgery you're doing? |
| 23    A. Yeah. The numbers are so -- quite | 23    A. Primary being the most common? |
| 24 variable. So it's difficult to give you a number | 24    Q. Yes, sir. |
| 25 I would say autologous slings are probably going | 25    A. That would be correct, sir, at this |

| Page 23 | Page 25 |
|---|---|
| 1 to be around, let's say, 30 or so. And then | 1 point. But, again, we're going to analyze the |
| 2 cadaverics are probably going to be probably less | 2 data. |
| 3 than that. Probably 10 or so a year. | 3    Q. And the autologous transobturator |
| 4    Q. You do about 30 or so autologous | 4 sling is not a medical device; is that correct? |
| 5 pubovaginal slings; correct? | 5    A. That's correct. |
| 6    A. About 30 a year, yes. And that will | 6    Q. The cadaveric sling is not a medical |
| 7 vary dramatically, yes. | 7 device; correct? |
| 8    Q. And that's the traditional pubovaginal | 8    A. Well, it's -- it's a device -- it's a |
| 9 sling procedure that's been referenced in the | 9 product that is purchased from the company |
| 10 literature for decades? | 10 Coloplast. So I don't think it qualifies. It's |
| 11    A. Yes. With the understanding that the | 11 not a man-made device. |
| 12 term "pubovaginal" is not necessarily a specific | 12    Q. It's harvested from a dead person; |
| 13 way of doing it, but in general, you are correct. | 13 correct? |
| 14    Q. And that's the sling that's -- where | 14    A. Correct. |
| 15 the tissue is harvested from the patient herself; | 15    Q. And the one mesh sling you used, I |
| 16 correct? | 16 think you said in August of 2013? |
| 17    A. Correct. | 17    A. Correct. |
| 18    Q. Okay. And the autologous pubovaginal | 18    Q. What type of mesh sling was that? |
| 19 sling is not a medical device; is it? | 19    A. That was a Coloplast product, the |
| 20    A. Correct. It is not. | 20 Supris. |
| 21    Q. Why do you only use 10 or so cadaveric | 21    Q. Why did you only use that Coloplast |
| 22 slings a year? | 22 Supris on one occasion? |
| 23    A. It's going to be dependent upon the | 23    A. That was -- I can't recall the exact |
| 24 patients, the specific patient, the criteria they | 24 patient issues with that one. There was some |
| 25 have, multiple different surgeries, the quality of | 25 reason why we did not -- and that's one -- it |

7 (Pages 22 to 25)

Daniel Steven Elliott, M.D.

Page 26

1  wasn't in August of 2013. It's since August of
2  2013 there's only been one. So it's a major shift
3  in my practice. And I don't recall the reasons
4  why we chose it, but there was a medically
5  necessary reason, in my opinion, to do it.
6      Q.  What type of material is the Coloplast
7  material made of?
8      A.  It is a polypropylene mesh.
9      Q.  And what route is the Coloplast Supris
10 sling placed?
11     A.  It's a suprapubic approach.
12 Transvaginal suprapubic.
13     Q.  Can you explain that to me? I'm
14 familiar with retropubic and transobturator.
15     A.  Well, retropubic, all that means is
16 behind the pubic bone. So it doesn't describe to
17 a surgeon -- it doesn't describe -- it just
18 describes an anatomical location. The TVT is
19 bottom up. Supris or Sparc is top-down. That's
20 probably -- that's the easier way to --
21     Q.  So the Colopress -- strike that.
22         The Coloplast Supris polypropylene
23 mesh sling uses a top-to-bottom approach?
24     A.  Correct.
25     Q.  And just so I'm clear, you've used

Page 27

1  that sling on one occasion only?
2      A.  No. No. I've used that once since
3  August of 2013. Prior to that, I probably placed
4  1200 or so. For a while there I was doing 100 to
5  150 slings a year. Those were synthetic slings.
6  Those were the Coloplast, and that started in 2004
7  or so. So whatever the math is on that. So prior
8  to that I used another product. So what I'm
9  saying is I've stopped using polypropylene as a
10 first line treatment.
11     Q.  So from 2004 up to around the midpoint
12 of 2013, August 2013 --
13     A.  Correct.
14     Q.  -- you used Coloplast polypropylene
15 mesh slings as your primary surgical option for
16 the treatment of stress urinary incontinence?
17     A.  That's correct. At some point in
18 time -- I cannot recall the exact dates -- I
19 changed from using the AMS product, because of the
20 problems I was having with it, to the Coloplast
21 product. Again, we have to take with a grain of
22 salt, it was 2004, 2005, in that time frame. And
23 then it was exclusively the Coloplast product. No
24 other product. No other polypropylene mesh was
25 used.

Page 28

1      Q.  In the past 10 years, have you used
2  the Birch colposuspension?
3      A.  No, I have not.
4      Q.  In the past 10 years, have you used
5  the Marshall-Marchetti-Krantz colposuspension
6  procedure?
7      A.  No, I have not. I have not
8  personally. I've been involved in cases -- I
9  should take that back or strike it whatever your
10 legal terminology is.
11         I have been involved with GYN cases
12 who have done the Burch. I was not the surgeon
13 doing the Burch. I was doing something else. But
14 I have not personally done the Burch or the MMK
15 since fellowship, which was in '99 to 2000.
16     Q.  How many Burch procedures have you
17 personally done in your career?
18     A.  Probably two.
19     Q.  How many MMK procedures have you
20 personally done in your career?
21     A.  Zero.
22     Q.  The Burch colposuspension is not a
23 medical device; correct?
24     A.  Correct.
25     Q.  Besides the Supris Coloplast sling,

Page 29

1  what other Coloplast slings did you use?
2      A.  The Aris. A-i -- excuse me, A-r-i-s.
3  That is the transobturator. Same mesh, just a
4  different route.
5      Q.  So I take it you would have began
6  using the Coloplast Supris before the Coloplast
7  Aris sling?
8      A.  I don't recall the sequence of how
9  they were introduced. So it would have been about
10 the same time, because in that time frame,
11 transobturator route was available and suprapubic
12 route, or top-down was available. I would think I
13 probably started using both at the same time, if
14 they were available. I don't recall exactly.
15     Q.  Okay. You mentioned you had some
16 problems with AMS slings.
17     A.  Correct.
18     Q.  Were those AMS polypropylene slings?
19     A.  Correct. The Sparc, S-p-a-r-c, and
20 the Monarc, M-o-n-a-r-c. Because of those
21 problems, I stopped using the product.
22     Q.  Sparc is a retropubic sling?
23     A.  Correct. Top-down.
24     Q.  Top-down. And Monarc, as I understand
25 it, is an outside and transobturator sling?

8 (Pages 26 to 29)

Daniel Steven Elliott, M.D.

Page 30

1    A.  Correct.
2    Q.  How many AMS slings do you think you
3  placed in your career made of polypropylene?
4    A.  Yeah.  I initially started -- I'll
5  answer your question.  This is complicated.  I
6  initially started using the ObTape, which was a
7  transobturator Mentor product.  Had a horrible
8  amount of complications.
9       So around in 2004 -- excuse me,
10  2003 -- again, I don't recall the exact dates -- I
11  changed over to the AMS product.  And so I
12  probably placed in a period of a year or two until
13  the Coloplast product became available -- so you
14  have to understand this is a guesstimate -- 100 to
15  150 a year.  So we can say 2 to 300, maybe.
16    Q.  Okay.  So am I correct that the ObTape
17  was the first synthetic sling you placed for the
18  surgical treatment of stress urinary
19  incontinence?
19    A.  Okay.  We're going back 13, 14,
20  15 years now.  That was a transobturator route.
21  So I was doing suprapubic prior to that.  I was
22  the first in the state of Minnesota and possibly
23  the first in the United States to use the ObTape.
24  At least that's what the company told me.  So I
25  was actually using the Sparc prior to that.  And,

Page 31

1  again, I know it's going to be difficult.  I'm not
2  trying to be difficult.  I just can't recall the
3  exact -- so I was definitively using suprapubic
4  prior to that time.  And then transobturator came
5  out.  The Mentor at the time had the patent, two
6  transobturators.  They were the first ones to do
7  it.  So I would have used a suprapubic route
8  first.  Then transobturator with Mentor.  Had
9  problems.  Then swapped over to the AMS Monarc
10  would probably be the sequence of things.
11    Q.  What kind of problems did you have
12  with the ObTape sling?
13    A.  You name it.  It was a terrible
14  device.  It was problems of buttock abscess.
15  Extrusion rate.  Pussing out.  Pain.  I did it in
16  110 patients, and we had 9 come back within a year
17  or so with obturator fossa abscess, buttock
18  abscess, extrusion.  And then I had one patient
19  come back in 2013.  So what's that?  Eight years
20  after I implanted it with another extrusion.
21    Q.  So you had a total of 10 patients who
22  came back with some type of complication out of
23  110 for the ObTape?
24    A.  Correct.  That I know of.
25    Q.  What type of problems did you have

Page 32

1  with the AMS Sparc and Monarc problems?  Strike
2  that.  That was a bad question.  I need water.
3       When do you recall first using the
4  ObTape?
5    A.  I'd be able to search my records and
6  give you a pretty close to accurate date, but it
7  would have been about in 2003, about in October or
8  so.
9    Q.  You did a fellowship; right?
10    A.  Correct.
11    Q.  What surgeries did you learn to do to
12  treat stress urinary incontinence during your
13  fellowship?
14    A.  Well, that's where we did a Burch.  So
15  I'd never done Burch in residency.  We only did
16  one or two.
17    Q.  Okay.
18    A.  Where I was the surgeon or under the
19  leadership of a staff.
20       I had already done autologous slings.
21  So I improved my skills.  I wouldn't say I was
22  learning something new.
23       And then the cadaveric sling I learned
24  there.
25    Q.  Okay.

Page 33

1    A.  Or first did there.  I knew about it,
2  but had first performed the procedure.
3    Q.  In your residency, what stress urinary
4  incontinence surgeries did you learn about?
5    A.  Only pubovaginal, autologous
6  pubovaginal sling.
7    Q.  Is it correct that in your fellowship
8  you did not learn -- strike that.
9       Is it correct in your fellowship you
10  did not perform any synthetic slings to treat
11  stress urinary incontinence?
12    A.  That is correct.  At that point in
13  time, only the TVT was available.  My staff and
14  residency and then my fellowship staff both did
15  not feel it was safe; so did not do it.  So my
16  first synthetic came afterwards when the Sparc
17  came out.
18    Q.  Is the retropubic mid-urethral sling
19  taught in Mayo Clinic in residencies?
20    A.  It is not taught in the urology
21  department.  I cannot speak for the urogynecology
22  department.
23    Q.  Is the retropubic mid-urethral
24  polypropylene sling taught in fellowship at Mayo
25  Clinic?

Golkow Technologies, Inc. - 1.877.370.DEPS

Daniel Steven Elliott, M.D.

Page 34

1    A.  Well, that would just be in the
2  urogynecology department.  We do not have a
3  fellowship.  So I don't know what they learn
4  there.
5    Q.  So circling back around to the AMS
6  sling problems that you had, what were those with
7  the Sparc and the Monarc?
8    A.  We'd have to divide it up into each
9  one, if you want.  Kind of a -- because suprapubic
10  approach, the Sparc, had different complications
11  than the transobturator route.
12    Q.  Okay.  Let's go with Sparc first, and
13  thanks for that clarification.
14    A.  Sparc --
15    Q.  Let me just get a good question.  That
16  was a bad question on the record.
17        Can you tell me the problems you saw
18  with the AMS Sparc device?
19    A.  Yeah.  With the Sparc, it was the
20  top-down route.  We had the problem with about a
21  10 percent bladder perforation rate.  And then
22  also we had the problem the connector of the
23  trochar to the mesh was bulky.
24        So per our routine, after we would
25  place our trochar we would perform a cystoscopic

Page 35

1  exam, and we were discovering, after we had
2  attached the mesh and pull it through, we're
3  tearing the bladder.  So we developed these bad
4  tears in the bladder, when we would unequivocally
5  confirmed there was no bladder hole there to start
6  off with.  So that was an unacceptable
7  complication right there.
8        And then we were having a problem as
9  far as mesh extrusion and pain.  Now, that's the
10  Sparc complications.
11    Q.  What rate of mesh extrusion did you
12  have with the Sparc device?
13    A.  It was around -- that's going to be
14  very difficult to say, because it's looking back
15  so far now.
16    Q.  Let me withdraw and ask you a question
17  that I think is easier to answer, a least it may
18  lead me to where I may want to go.
19        Did you or anyone else ever publish on
20  these problems with the AMS Sparc device?
21    A.  We never published.  We spoke about --
22  I spoke about it.  But I never had any
23  publications on it.
24    Q.  When you say you spoke about it, what
25  do you mean by that?

Page 36

1    A.  I'm going to have to clarify that
2  statement.  Actually, that's incorrect, because on
3  my CV that I turned in, we have written up the
4  largest series of bladder outlet obstruction
5  requiring urethrolysis.  So in that series would
6  be some of those Sparcs that were obstructed.  So
7  I don't -- I can't give you an exact number.  So
8  that has been published on, yes.
9    Q.  Okay.  What was the rate of bladder
10  outlet obstruction with the Sparc device in your
11  hands?
12    A.  I don't recall me personally having
13  one.  The other -- my colleague had a few, about a
14  1 to 5 percent rate of obstruction.
15    Q.  Who is your colleague?
16    A.  Dr. Deborah Lightner.
17    Q.  And what was your rate of mesh
18  extrusion with the Sparc?
19    A.  I can just, off the top of my head,
20  remember a few.  I did not keep accurate records
21  of the exact number of those.
22    Q.  What was the rate of pain with the
23  Sparc?
24    A.  When we closely -- you know, when we
25  asked patients to see them back, there was

Page 37

1  probably about a 5 percent risk, roughly, of
2  suprapubic pain or vaginal discomfort with it.
3    Q.  It would be routine to have the
4  patients come back following stress incontinence
5  surgery with a mid-urethral sling?
6    A.  Yes or no.  It depends if we're doing
7  a study looking at something specifically.  So we
8  do not have a standard protocol to follow-up with
9  them.
10    Q.  So when you put in a trans -- strike
11  that.
12        When you put in a Sparc sling in a
13  patient, am I correct you did not have a specific
14  follow-up plan for the patient?
15    A.  We had a -- based upon efficacy only
16  at that point in time.  I remember, this is back
17  in 2002 or 2003.  We were -- and if the patients
18  were happy, they were continent, then we did not
19  have a scheduled follow-up for them.
20    Q.  For the autologous pubovaginal sling
21  that you would perform around that time, did you
22  have scheduled follow-ups for your patients?
23    A.  During that time frame I performed
24  very few, almost down to zero a year.  There may
25  be an occasional one for a complicated

Daniel Steven Elliott, M.D.

Page 38

1  reconstruction. So for a period of, what, seven,
2  eight years my numbers of autologous slings was
3  negligible.
4      Q.   The Aris sling is the one made by
5  Coloplast, which is a transobturator approach;
6  correct?
7      A.   Correct.
8      Q.   When you began using the Coloplast
9  Supris sling, how many randomized control trials,
10  if any, were there on that device?
11      A.   I don't recall.
12      Q.   As you sit here today, do you know if
13  there are any randomized control trials on the
14  Coloplast Supris device?
15      A.   I don't recall.
16      Q.   Do you know or do you -- you say you
17  don't recall. Do you know?
18      A.   I don't know. I have not searched the
19  literature if there is or isn't.
20      Q.   When you began using the Coloplast
21  Aris transobturator sling, were there any
22  randomized control trials that existed at that
23  time?
24      A.   Again, I don't recall back then, no.
25      Q.   As you sit here the today, do you know

Page 39

1  if there are any randomized control trials on the
2  Aris Coloplast sling?
3      A.   I don't know. I don't recall if there
4  are or are not.
5      Q.   When you began using the AMS Sparc
6  polypropylene sling, were there any randomized
7  control trials that existed on that device at that
8  time?
9      A.   I would have to theorize there were
10  not because it was a brand-new product on the
11  market.
12      Q.   When you began using the AMS Monarc
13  device, were there any randomized control trials
14  on that device?
15      A.   Same answer as before. I don't recall
16  if there were or were not.
17      Q.   Did you began doing the AMS Monarc
18  transobturator sling when it was introduced to the
19  market or did you wait some time?
20      A.   No. As I recall, I used the Mentor
21  ObTape first for transobturator route. Again, as
22  I was told by the company, I was the first in the
23  state of Minnesota and possibly first in the
24  United States to do transobturator because it was
25  brand-new. So that answers a lot of questions.

Page 40

1  There was no data. I recall trusting the company
2  that there had been data, but there apparently was
3  not.
4          Same answer for the Sparc that I
5  believe that was already on the market when I
6  began using it.
7      Q.   But my question was for the Monarc.
8  When you began using the AMS Monarc transobturator
9  device, did you begin using it when it was
10  introduced to the market or sometime later?
11      A.   It most likely would have been
12  sometime later. Again, I don't recall the exact
13  dates.
14      Q.   When you began using the AMS Sparc
15  device, did you sit down and do a literature
16  search to ascertain what literature, if any,
17  existed on that device before using it?
18      A.   The product was brand-new to the
19  market. So there was no independent research on
20  it and definitely no long-term studies on it.
21      Q.   When you began using either the
22  Coloplast sling products, the Supris or the Aris
23  devices, did you sit down and do a literature
24  search to assess what information and data were
25  available on those products, if any, before using

Page 41

1  those products?
2      A.   I don't recall what I did at that
3  point in time, but there definitely were no
4  long-term studies because it was new to the
5  market.
6      Q.   Now, when you began doing the AMS
7  Monarc procedure, did you do a literature search
8  to see if there was any data on that particular
9  device before using it in women?
10      A.   Again, same answer as -- there was no
11  long-term studies. I don't recall if I did any
12  literature searches on it or not. I was provided
13  literature by the company, but, again, there was
14  no long-term studies.
15      Q.   What literature were you provided by
16  the company on the AMS Monarc sling?
17      A.   Their IFU and then their product
18  publicity statement, so to speak, that has the
19  blurbs on the product and how it's to be used and
20  things like that, with, you know, criteria, those
21  type things.
22      Q.   Did AMS give you any published
23  clinical studies or abstracts of clinical studies
24  at the time they gave you the IFU or the publicity
25  statement for the Monarc device?

11 (Pages 38 to 41)

Daniel Steven Elliott, M.D.

Page 42

1    A.   I cannot recall exactly what happened.
2    The -- it is part of the routine of most of these
3    reps to provide you with papers.  And I don't
4    recall that specifically with this one, no.
5    Q.   What was your mesh exposure rate, if
6    anything, with the Coloplast Supris device?
7    A.   That I am aware of, I've had two.
8    Q.   How many mesh exposures did you have
9    with the Coloplast Aris device?
10    A.   Oh, I'm sorry.  I misspoke.  Of all
11    the -- of all the Coloplast products combined, I
12    know of two that I've had so far.  I don't know
13    which one was which, though.
14    Q.   Okay.  So it would be fair to say for
15    the Coloplast stress incontinence polypropylene
16    mid-urethral slings you used, those being the
17    Supris and the Aris, you're aware of two mesh
18    exposures?
19    A.   Correct.
20    Q.   Okay.  When was the last time you used
21    a polypropylene mid-urethral sling to treat stress
22    urinary incontinence that utilized a top-down
23    approach?
24    A.   That would have been the one that I
25    did between August of 2013 to the present, and it

Page 43

1    would have been -- I can't recall exactly.  It may
2    have been in 2013 or early 2014.
3    Q.   Have you ever placed a mid-urethral
4    sling utilizing a retropubic approach from the
5    bottom to the top like is employed with the TVT
6    retropubic device?
7    A.   Never.  I've seen it.  But I have not
8    performed it myself.
9    Q.   Okay.  As between the -- so just so
10    I'm clear.  You've done transobturator
11    mid-urethral polypropylene slings, and you've used
12    suprapubic top to bottom polypropylene slings to
13    treat stress urinary incontinence in your career?
14    A.   Correct.
15    Q.   What problems did you have with the
16    AMS Monarc device, the transobturator device?
17    A.   Similar problems as with the
18    suprapubic, the Sparc, in that the adaptor was
19    very large.  So as you pulled it through the
20    obturator foramen, you had to pull very hard, tug
21    on it, stretching the mesh, and then it'd come
22    through forcefully.  So obturator pain, patient
23    discomfort with it.  We had dyspareunia.  And then
24    you had some vaginal extrusions.  I do not
25    recall -- not that it didn't happen, I do not

Page 44

1    recall ever seeing one of my patients who was
2    obstructed afterwards.
3    Q.   Okay.  What was your rate of obturator
4    pain you saw with the Monarc device?
5    A.   Initially was essentially 100 percent.
6    Markedly more than the ObTape.  The ObTape when
7    you placed it, the patient initially did not
8    complain of any obturator foramen pain.  The
9    Monarc, they complained of it significantly
10    immediately postop.  We had to give a lot more
11    analgesic, keep patients in the hospital, those
12    types of things.  So it was unacceptable problem
13    with the device from my perspective.
14    Q.   What was the rate of obturator pain in
15    your Monarc patients at six months or greater?
16    A.   I don't recall.  And I don't know if
17    we ever looked at that.
18    Q.   What was the rate of dyspareunia in
19    your Monarc patients?
20    A.   Same answer as before.  I don't
21    recall.  We never did a formal study on that.  So
22    I don't know.
23    Q.   Why did you have -- strike that.
24    Did you find that the rate of the
25    abscesses in your use of ObTape was unacceptable?

Page 45

1    A.   Absolutely unacceptable.
2    Q.   Why did you have an unacceptable rate
3    of abscesses in the ObTape?
4    A.   That was with the design of the
5    product.  It was a heavy weight, essentially zero
6    pore mesh, polypropylene mesh that transmitted
7    infection through the obturator foramen to the
8    buttock region.
9    Q.   For your Coloplast polypropylene
10    slings, what type of efficacy did you see?
11    A.   Well, there's -- again, there's the
12    suprapubic and the obturator route.  We did
13    never -- we never looked at our rate.  So I can't
14    tell you that.  Though efficacy overall was
15    acceptable.
16    Q.   With the AMS Sparc and Monarc devices,
17    was your efficacy with those devices acceptable?
18    A.   Yes.
19    Q.   With the Coloplast polypropylene
20    slings, did tissue integration occur with those
21    devices?
22    MR. SNELL:  Object to form.
23    A.   The only way to know if there was
24    tissue integration is to do a revision surgery on
25    them.  So we never did that.

12 (Pages 42 to 45)

Daniel Steven Elliott, M.D.

Page 46

1    Q.   BY MR. SNELL: Did any of your
2  patients with the Coloplast slings made of
3  polypropylene placed at the mid-urethral come back
4  to you with their slings falling out?
5    A.   Well, yeah, we had two that I
6  mentioned that I know of came out. So you could
7  say those two had poor integration, but I cannot
8  speak to the others, because we did not have a
9  routine follow-up scheduled for them.
10    Q.   For the two patients I thought you
11  told me they had mesh exposures.
12    A.   They did. So that's poor tissue
13  integration.
14    Q.   What size were those exposures?
15    A.   I don't recall. They're probably
16  around the range of a centimeter or so. It was
17  not just a mild exposure. These required
18  treatment.
19    Q.   And was the tissue integrated in the
20  area beyond the mesh exposure in those two cases?
21    A.   Again, I can't recall going back that
22  far. I know it was not at the location of the
23  extrusion, though.
24    Q.   What was the pore size of the
25  Coloplast polypropylene mesh?

Page 47

1    A.   I don't know.
2    Q.   Was the Coloplast polypropylene
3  mid-urethral sling mesh that you used mechanical
4  cut or laser cut?
5    A.   It's actually different. It's hemmed.
6  So the border of it looks completely different
7  than the TVT or the Sparc. So you don't have the
8  roping, the fraying particle loss with it or
9  elongation. That's why I liked it over the Sparc
10  procedure.
11    Q.   Did the Coloplast IFU for their sling
12  products you used provide the frequency, severity,
13  and duration of complications?
14    A.   I don't recall what the IFU said.
15    Q.   Did you read it?
16    A.   Yes, I read it.
17    Q.   As you sit here today, do you know
18  whether those IFUs on the Coloplast mid-urethral
19  slings ever reported frequency, severity, or
20  duration of complications?
21    MR. CARTMELL: Objection. Asked and
22  answered. He just said he didn't recall.
23    A.   I don't recall, sir. It's been a long
24  time. I know I'm required to review it, but I
25  don't recall what they stated.

Page 48

1    Q.   BY MR. SNELL: What was the weight of
2  the Coloplast slings you used for stress urinary
3  incontinence treatment?
4    A.   70 grams per meter squared.
5    Q.   For the AMS Sparc and Monarc slings,
6  what was the pore size of those products?
7    A.   Well, it depends if it's coming out of
8  the box or once you've implanted it. And so the
9  answer is, I don't know because it was quite
10  variable. When you placed it in the patient and
11  then pulled on the trochars, pulled the sheath
12  around it, it would elongate and pull and roll up.
13  And so you'd get this rope look appearance to it,
14  which the pore size was zero, essentially --
15  excuse me, not zero. It was negligible.
16    Q.   How many Sparc and Monarc slings did
17  you place in your career?
18    A.   And that's in a period of probably
19  two, maybe three years, a rate of 100 to 150 a
20  year.
21    Q.   And when did you first see this roping
22  and elongation of the Sparc and Monarc slings?
23    A.   As soon as we started putting it in.
24    Q.   So you began -- just so I understand,
25  as soon as you began seeing -- strike that.

Page 49

1    As soon as you began using the AMS
2  polypropylene mid-urethral sling, you began seeing
3  the roping and elongation?
4    A.   Correct.
5    Q.   Yet you continued to place 100 to 150
6  of those a year?
7    A.   That is correct, because I didn't know
8  the significance of it at the time.
9    Q.   Is the Sparc polypropylene sling
10  mechanical cut or laser cut?
11    A.   I believe it is mechanical cut. In
12  appearance it is identical to the TVT.
13    Q.   Does it have blue striping as well?
14    A.   Has a blue thread through it.
15  Prolene -- or I believe it's Prolene suture. I'm
16  not sure. And that was placed there not
17  initially. That was placed afterwards to prevent
18  the problem of it rolling, because when you'd
19  tension it, it'd roll up.
20    Q.   And for the Monarc sling, is that
21  mechanically cut or laser cut?
22    A.   Same answer as the Sparc. It appears
23  to be mechanical cut. I can't speak for the cut.
24  I've not reviewed those documents, but it appears
25  to be mechanical cut.

13 (Pages 46 to 49)

Daniel Steven Elliott, M.D.

Page 50

1    Q.   Did you ever see particles falling off
2  of that mesh?
3    A.   When you would pull on it, either the
4  Monarc or the Sparc, they're the same mesh, you
5  would pull and then you would get these little
6  tiny fibers, like just little things that you
7  could actually see on your glove.  And so the
8  answer to that question is yes.
9    Q.   And that did not deter you from using
10  those products?
11    A.   I was unaware of the significance at
12  the time.
13    Q.   Well, you knew you were implanting
14  polypropylene into the body; right?
15    A.   Correct.
16    Q.   And those little particles you would
17  see on your glove were made of what?
18    A.   Polypropylene.
19    Q.   Does the Monarc have the blue striping
20  as well?
21    A.   Yeah.  It has a blue Prolene -- well,
22  I assume Prolene -- suture going through end to
23  end.  That's for tensioning purposes.  That was
24  added later.
25    Q.   Have you ever looked at the MSDS

Page 51

1  sheets that pertain to the Sparc or Monarc
2  products?
3    A.   No, I have not.
4    Q.   Have you ever looked at the MSDS
5  sheets that pertain to the Coloplast sling
6  products?
7    A.   I have not.
8    Q.   Why not?
9    A.   Because I don't know how to find them.
10    Q.   Am I correct; you never used the TVT
11  retropubic device?
12    A.   Correct.  Correct.  You're right.
13    Q.   And when I say TVT retropubic, I mean
14  the original, still-on-the-market-today Ethicon
15  manufactured TVT retropubic device.
16    A.   Correct.  The bottom up.  They also
17  have a top-down.  But bottom line, I have not used
18  any Ethicon product for stress urinary
19  incontinence.
20    Q.   Okay.  So that makes it fast.  Great.
21      Before writing your report in this
22  case, did you review the order issued by the judge
23  regarding the design defect claim in Mullins, and
24  what the judge expected the parties to focus on in
25  this matter?

Page 52

1    A.   I don't --
2      MR. CARTMELL:  Let me object to the
3  form.
4      MR. SNELL:  Okay.
5      MR. CARTMELL:  I'm not sure what
6  you're talking about, frankly, and I'm not sure he
7  will either.  So it may call for speculation.
8    A.   I've reviewed a lot of documents, some
9  coming from Judge Goodwin.  I don't recall the
10  nomenclature you're using.
11    Q.   BY MR. SNELL:  Okay.  Have you seen
12  any orders by Judge Goodwin in the Mullins case?
13    A.   Again, same answer as before.  I
14  don't -- I've seen a lot of stuff coming from
15  Judge Goodwin with his signature or whatever on
16  it.  I just don't recall the nomenclature you're
17  talking about.
18    Q.   I looked through your report, and your
19  footnotes begin on page 11; correct?
20    A.   That is correct.
21    Q.   Actually, if you turn to page 9, you
22  have a footnote at the top, but there's no
23  citation to it.
24    A.   Yeah.  That is correct.  That's a
25  typographical error, it looks, appears.

Page 53

1    Q.   Okay.
2    A.   That's my comment.  Yeah, there's no
3  reason to reference that.
4    Q.   Okay.
5    A.   That's my comment.
6    Q.   Okay.  So looking at your report,
7  beginning on page 11 where you have Footnotes, the
8  majority of what you cite -- that way we can just
9  see if we can agree to this.
10      In your expert report -- strike that.
11      The majority of things that you cite
12  in your expert report in footnotes are either
13  Ethicon company documents, testimony by company
14  witnesses, or papers concerning hernia mesh or
15  prolapse.
16      Is that a fair statement?
17      MR. CARTMELL:  Object to the form.
18    A.   Well, the majority -- you're correct.
19  There's internal documentation.  Many depositions.
20  There's the significant amount of medical
21  literature in the canine model, rabbit model,
22  human, and then there's TVT references in there,
23  too.  So I can't say that -- there's a lot of
24  different references from a lot of different
25  sources.

14 (Pages 50 to 53)

Daniel Steven Elliott, M.D.

Page 54

1    Q.  BY MR. SNELL:  Well, for the medical
2  literature, it's correct, isn't it, that you cited
3  to a lot more hernia literature than you did TVT
4  literature?
5    A.  That is --
6    MR. SNELL:  Object to the form.
7    A.  That is correct, because TVT is a
8  hernia mesh.
9    Q.  BY MR. SNELL:  And if we go to the
10  back of your report, on page 32, you cite to the
11  recent Cochrane Review by Ford, et al.?
12    A.  Page 32?  I'm sorry.
13    Q.  Yes.  Footnote 97, I see.
14    A.  That is correct.
15    Q.  What is a Cochrane Review?
16    A.  Cochrane Review -- well, I actually
17  have a copy of it here.  A Cochrane Review -- I
18  can give you the exact nomenclature that they use.
19  Yes.  The Cochrane database, which is a -- I
20  believe it's government sponsored, that is in
21  charge of analyzing studies and a combination of
22  studies to hopefully be able to come up with
23  analysts -- analysis of papers and their efficacy,
24  their quality, et cetera.
25    (Exhibit 4 marked.)

Page 55

1    Q.  BY MR. SNELL:  I've handed you
2  Exhibit 4.  This is the intervention review of
3  mid-urethral sling operations for stress urinary
4  incontinence in women by Dr. Ford and others;
5  correct?
6    A.  Well, this is the abbreviated form of
7  it, the summary.
8    Q.  Right.
9    A.  The real document is -- I don't know
10  how many pages, but is a very big document.
11    Q.  Right.
12    A.  But, yes, this is the summary, as you
13  have stated.
14    Q.  And this is the same Cochrane Review
15  you cited; correct?
16    A.  Correct.  One by Ford, et al., in
17  2015.
18    Q.  And it looks like -- the publication
19  status and date, this actually -- Cochrane Review
20  was published this summer; correct?
21    A.  July.  Correct.
22    Q.  And if you look in the abstract -- let
23  me ask you this:  Why did you cite to the Cochrane
24  Review?
25    A.  Multiple different reasons.  It's a

Page 56

1  large study.  It's one of the bits of evidence.  I
2  try to look at all evidence out there, whether it
3  be pro or con for mesh so I can get a balanced
4  opinion on this.  And this is one of the
5  documents.  And it's an updated one.  2015.
6    Q.  Okay.  Under the background, they
7  state that the mid-urethral sling operations are a
8  recognized minimally invasive surgical treatment
9  for stress urinary incontinence.
10    You see that?
11    A.  That's what they state, yes.
12    Q.  You would agree that the mid-urethral
13  sling is minimally invasive compared to the
14  autologous pubovaginal sling which requires
15  harvesting of tissue from the woman?
16    MR. CARTMELL:  Object to the form.
17    A.  I would agree, minimally invasive is
18  always a statement, has to be with qualifiers or a
19  comparison to.  And I think it would be ligament
20  to say the mid-urethral sling is less invasive
21  than the autologous sling.
22    Q.  BY MR. SNELL:  Would you agree that
23  the mid-urethral sling, particularly the TVT
24  retropubic is less invasive than the Burch
25  colposuspension?

Page 57

1    MR. CARTMELL:  Same objection.
2    A.  You know, possibly.  But, again,
3  depends how you do it.  Some people can do it with
4  a very small incision, and it's -- but it depends
5  upon -- again, it's very difficult because you
6  have to pass those trochars blind.  So that's an
7  invasive thing.  It's a stab wound to a patient.
8  What's the difference in making an incision and
9  putting your stitches in.  But you could say, yes,
10  it is going to be less -- the TVT is going to be
11  less invasive somewhat than the Burch.
12    Q.  BY MR. SNELL:  Would you agree that
13  the TVT retropubic device is less invasive than
14  doing an MMK?
15    A.  I think, again, same as the Burch
16  answer.  The MMK requires more lateral dissection.
17  So I think that's a fair statement.
18    Q.  The MMK, as I understand it, has about
19  a 2.4 percent risk of the osteopubitis.  Am I
20  saying that correctly?
21    A.  Correct.  It should not be that high
22  of a percentage, but that is a risk of it,
23  correct.
24    Q.  But you've read literature summarizing
25  that risk is 2.4 percent by authors Drews and

15 (Pages 54 to 57)

Daniel Steven Elliott, M.D.

Page 58

1  others?
2      A.  I've read literature from other people
3  saying it is less than 1 percent.  But I'm not
4  going to deny it.  Yes, there is a risk of that,
5  and that's probably one of the reasons it's not
6  done very much.
7      Q.  And how did patients in the MMK --
8  strike that.
9          The MMK is a open procedure?
10     A.  Correct.  I don't recall anybody doing
11  it laparoscopically, but it's a procedure not done
12  very often anymore.
13     Q.  How does osteopubis occur in open
14  procedure like the MMK?
15     A.  They're thinking it's irritation to
16  the bone with the sutures.
17     Q.  The main results of this Cochrane
18  Review -- I want to go down a little bit.
19         First of all, they included 81 trials;
20  correct?  I'm on this page here, Doc.
21     A.  Oh, I'm sorry.  Yes.
22     Q.  That evaluated 12,113 women; correct?
23     A.  Correct.
24     Q.  The quality of most outcomes was
25  moderate; correct?

Page 59

1      A.  Yes.  It reads, "moderate, mainly due
2  to bias or risk of imprecision."
3      Q.  And the vast majority of these studies
4  that were included in the Ford Cochrane Review
5  that you cited are what are called randomized
6  control trials; correct?
7      A.  I'm sorry.  I don't understand your
8  question.  Can you -- there's misspellings on
9  that.  So can you -- I'm sorry.
10     Q.  Do you know what a randomized control
11  trial is?
12     A.  Yes, I do.
13     Q.  Of course you do.  What is a
14  randomized control trial?
15     A.  Randomized control trial would be a
16  level 1 trial on the Oxford education levels,
17  where there are two different groups that are
18  equally randomized to two separate treatment arms.
19  And then you do the same evaluations and the same
20  pre and postop description of patients and
21  outcomes.
22     Q.  Okay.  You mentioned the Oxford.  I've
23  heard of the Oxford Levels of Evidence.
24         Is that what you're referring to?
25     A.  Yes.  That's fine.

Page 60

1      Q.  And what is the importance, if any, of
2  Oxford Levels of Evidence?
3      A.  It is trying to quantify or
4  demonstrate or show individuals the data that is
5  gathered from various different studies.  It does
6  not mean that other studies are invaluable, such
7  as case reports.  But when you're trying to
8  compare apples to oranges or different types of
9  apples to each other, you need to compare them
10  directly to each other.  And you get arguably the
11  better data from that type of a study.
12     Q.  Level 1 you said was an RCT?
13     A.  Correct.
14     Q.  What is level 2?
15     A.  Level 2 is a case controlled trial.
16  Comparisons are made, but they're not randomized.
17     Q.  You pulled out a document.  Could we
18  mark that as Exhibit 5?  Thank you.  Oh, okay.
19         (Exhibit 5 marked.)
20     Q.  BY MR. SNELL:  I just want to look at
21  it real quick, and then I'll give it right back to
22  you.
23         So where would the Cochrane Review
24  that you cited in your expert report rate on that
25  level of evidence pyramid?

Page 61

1      A.  Cochrane Review is really not on it.
2  Cochrane Review is an analysis of all the data out
3  there.  It's like a meta-analysis.  Meta-analysis
4  which are used extensively don't fall into these
5  categories.  These are smaller studies.  Cochrane
6  or meta-analysis are a combination.  Like they
7  mentioned, 81 trials that evaluated 1200 patients.
8  Hence the reason why there'll be weaknesses or
9  errors within those studies because they're
10  analyzing potentially bad studies.
11     Q.  I've seen a similar evidence pyramid
12  that has on top, above an individual randomized
13  control trial, something called systematic reviews
14  in meta-analyses.
15     A.  Yeah.  That's why I mentioned
16  meta-analysis.  I'm not familiar with that.
17     Q.  Okay.
18     A.  But, again, as I mentioned,
19  meta-analysis, if you take bunches of poor quality
20  studies, you're not going to get out of that
21  magically a good quality study.  If you take dog
22  doo and make a lot of dog doo, you still have dog
23  doo.  So you have to be careful on those types of
24  analyses.  And that's why they mention here in
25  this Cochrane one, the quality, at most, was

16 (Pages 58 to 61)

Daniel Steven Elliott, M.D.

Page 62

1 moderate, and they indicate the reason why.
2     Q.   Do you rely on meta-analyses?
3     A.   I look -- I'm a reviewer for
4 15 different journals, and twice been awarded the
5 best reviewer in Journal of Urology. I look at
6 them with skepticism, because it's just -- again,
7 as I mentioned, you have to know what goes on on
8 each and every study to know if it's a good
9 quality study. If you take a lot of good quality
10 studies and put them together, that's quality.
11 And that's why there's going to be selection, and
12 that's why certain studies won't meet criteria.
13 But if you just take everything and analyze it,
14 again, it's the -- a lot of dog doo. You got a
15 big dog doo at the end.
16     Q.   So you are aware there's a Cochrane
17 Review for the pubovaginal sling published by
18 Remmen.
19     A.   I don't recall that title. I'd like
20 to see that one. I don't recall that one.
21     Q.   Let me ask you this: Do you know if
22 there's a Cochrane Review that analyzes the
23 pubovaginal sling?
24     A.   Yes. By Remmen.
25     Q.   So if I mispronounce a name, you can

Page 63

1 answer yes and correct me. I'm okay with that.
2     And the quality of evidence on the
3 pubovaginal slings by Remmen was noted to be poor;
4 correct?
5     A.   I don't recall. I'd have to see that.
6 I have no reason to think -- I have no reason to
7 think that you would be wrong with that, though.
8 I'm going to see if I have that the study. Yeah.
9 I don't -- without knowing how to spell it, I
10 don't know how to find it. Okay.
11     Q.   You would agree that overall the
12 quality of studies on pubovaginal slings is poor?
13     A.   I would say the overall studies on
14 incontinence, in general, are moderate to poor.
15 There are very few high quality studies out there.
16     Q.   But my question is specific to the
17 autologous pubovaginal sling. You would agree for
18 the autologous pubovaginal sling, the quality of
19 evidence on that procedure is poor?
20     A.   As with all the other treatments, I
21 would agree with you, yes.
22     Q.   You mentioned there were a few high
23 quality studies. What would those be?
24     A.   For which procedure?
25     Q.   For the autologous pubovaginal sling.

Page 64

1     A.   There's a paper by Chaken, et al.
2 There's another one by McGuire's group at
3 University of Michigan, both of which had
4 100 percent patient involvement. Some up to --
5 involvement. Contact. So zero dropout rate
6 except for a death, and up to 10 years of
7 follow-up.
8     Q.   Neither one of those studies are
9 randomized control trials; correct?
10     A.   Correct.
11     Q.   They were both retrospective cohort
12 studies; correct?
13     A.   Yeah. The data was prospectively
14 gathered, retrospectively reviewed.
15     Q.   And they were single center studies;
16 correct?
17     A.   Correct.
18     Q.   And Ed McGuire is the surgeon you're
19 referring to out of Michigan; correct?
20     A.   Well, he was actually down in Houston
21 at the time that he wrote it, but he had been in
22 Michigan.
23     Q.   For the Burch colposuspension, are
24 there any high quality studies that you're aware
25 of?

Page 65

1     A.   Yeah, there are several. I have a
2 Langer, et al., 10 to 15 years of follow-up, Burch
3 colposuspension, from internal -- International
4 Urogyn Journal.
5     Q.   Do you recall what the loss to
6 follow-up was in the Langer Burch paper?
7     A.   Of the 156 patients, 29 were admitted
8 for not completing a 10-year follow-up. 8
9 patients died. Can't blame them for that. 21
10 could not be located. So actually -- so they
11 had -- death would not factor into it. So you
12 have 21 out of 1156 were lost to follow-up.
13     Q.   The 29 patients, what happened with
14 them?
15     A.   Well, that's what I'm saying. 29
16 patients were not studied. 8 died.
17     Q.   Okay.
18     A.   And 21 could not be located. So that
19 equals a percentage of 13 percent lost to
20 follow-up.
21     Q.   And one of the issues or problems with
22 longer term studies is that patients can die,
23 succumb to mortality, as you follow over a decade
24 or more; right?
25     A.   Correct.

17 (Pages 62 to 65)

Daniel Steven Elliott, M.D.

Page 66

1     Q.   And that's recognized in the field as
2  an issue when looking at randomized -- strike
3  that.
4            When looking at longer term studies?
5     A.   Yes and no with that.  Death is looked
6  at differently than loss -- than a true loss to
7  follow-up.  They had the 21 patients that were not
8  able to be located.  Those are important.  The 8
9  that died are still important.  It's sad they
10 died, but you look at that data differently.  And
11 statistically it's different.  And that's a
12 follow-up over 12.4 years, median follow-up.
13           And you also asked the question about
14 other studies.  There's also Herbertsson, et al.,
15 H-e-r-b-e-r-t-s-o-n, and then I'll spell the next
16 one, K-j-o-e-h-e-d-e, which had 14-year follow-up,
17 and those are specifically on Burch.  So here's
18 three studies with greater than 10 years of
19 follow-up.
20    Q.   Can I see the paper you were looking
21 at real quick.  Can we mark this, Doctor, as an
22 exhibit?
23    A.   Sure.
24        MR. SNELL:  What number.
25        (Exhibit 6 marked.)

Page 67

1     Q.   BY MR. SNELL:  Look at table 5,
2  Doctor.
3     A.   I'm there.
4     Q.   There's a 22 percent rate of detrusor
5  instability; correct?
6     A.   That is what they quote, yes.
7     Q.   And what is that?
8     A.   That -- I'd have to see how they
9  define it.  De novo detrusor instability was found
10 in 17 patients.  So that means, following the
11 procedure, it caused de novo overactive bladder
12 symptoms.  So their overall rate they state is 29.
13 But only 17 of those were caused by the procedure.
14    Q.   Okay.  So about two-thirds were caused
15 by the procedure?
16    A.   Yeah.  58 percent.  So 17 out of 127
17 had de novo.  13 percent.  So when you look at
18 graphs and tables, that's why it's difficult to be
19 a good reviewer.  You have to look at the whole
20 big picture.  Not just one graph.
21    Q.   All right.  The rate of dyspareunia
22 was 3.9 percent in this Burch study?
23    A.   That is what they quote.  Again, I'd
24 have to look at the study exactly, if that's
25 de novo or if that's preexisting or not.  I'd have

Page 68

1  to search for that.
2     Q.   Isn't 3.9 percent rate of dyspareunia
3  with the Burch acceptable?
4     A.   Well, I think ideally you want a zero
5  percent dyspareunia, but you'd have to know and
6  which this study does not have, which I would
7  critique if I were reviewing it, is a qualifier of
8  how bad that dyspareunia is.  Is it dryness or is
9  it a complete inability to have intercourse due to
10 pain, but it says 3.9 percent.
11    Q.   Right.  And my question is:  Is that
12 3.9 percent rate of dyspareunia with the Burch in
13 the paper review reference acceptable?
14        MR. CARTMELL:  Object to the form.
15    A.   Again, I need to know if it was
16 de novo or not.
17    Q.   BY MR. SNELL:  So you can't answer my
18 question?
19    A.   I would, if I can find dyspareunia in
20 here, where they discuss it.  Yeah.  I don't see
21 it.  We can take our time.  I can search for
22 it.  But I would need to see how they're
23 describing it in those things.
24    Q.   I didn't see it either.
25    A.   That is an issue with many studies.

Page 69

1  It is not included.  That's why we keep saying
2  moderate quality.  No.  There's only -- in the
3  document there's only one time they mention
4  dyspareunia, and it's in that graph.  So there's
5  no qualifiers to it.
6     Q.   But it's still a paper you pointed me
7  to as important with regard to the Burch
8  colposuspension; correct?
9     A.   That is correct.
10    Q.   Back to the Cochrane Review.  We were
11 looking at the Results section in the fourth
12 paragraph.  It says, "The overall rate of vaginal
13 tape erosion/extrusion/exposure was low in both
14 groups."  It was 21 out of 1,000 for retropubic
15 mid-urethral sling.
16         Do you see that?
17    A.   That is what they state for the study,
18 yes.
19    Q.   That's 2.1 percent; correct?
20    A.   That is -- that is what they state,
21 yes.
22    Q.   The 2.1 percent would be the incidents
23 of the mesh exposure; correct?
24    A.   Well, that's what they state with the
25 understanding that these are short-term, moderate

18 (Pages 66 to 69)

Daniel Steven Elliott, M.D.

Page 70

1   quality studies, within the hands of high-quality
2   large volume surgeons.
3       Q.   So these 31 trials that they assess,
4   did all of those trials involve short-term
5   follow-up?
6       A.   Well, in the situation of meshes, this
7   is an implantable permanent medical device.
8   Anything short-term -- or short of lifelong
9   follow-up is going to be inadequate, from my
10  perspective.  So this is going to be short-term.
11  I doubt any of these are over 10 years, and even
12  that, in my opinion, is inadequate.  But you'd
13  have to look at each individual study to find out
14  what follow-up duration was.
15          MR. SNELL:  Move to strike as
16  nonresponsive.
17      Q.   BY MR. SNELL:  The 31 trials that were
18  assessed, is it your testimony that all of those
19  trials are short-term trials?
20          MR. CARTMELL:  Object to the form.
21      A.   I would have to see this complete
22  document to see each of those follow-ups to see if
23  they're adequate or not.
24      Q.   BY MR. SNELL:  Is there any lifelong
25  follow-up data on the Burch colposuspension,

Page 71

1   reporting a mean follow-up of 30, 40, 50, 60 years
2   in women?
3       A.   Well, as you've pointed out, it's not
4   a medical device.  There doesn't need to be.
5   There can be for efficacy, but for safety and
6   complications, that's going to be all
7   perioperative.  So there does not need to be.
8   You're comparing apples to oranges.
9           MR. SNELL:  Move to strike as
10  nonresponsive.
11      Q.   BY MR. SNELL:  For the Burch
12  colposuspension, are there any lifelong follow-up
13  studies?
14          MR. CARTMELL:  Objection.  Asked and
15  answered.  He just answered your question.
16          MR. SNELL:  I don't care whether he
17  thinks it's necessary or not.  I'm asking him is
18  it -- all right.  Do those exist.  That's a yes or
19  no or he doesn't know.
20          MR. CARTMELL:  Well, he said no and
21  explained why it's not important.
22          MR. SNELL:  I don't think he said no,
23  Tom.  He gave me a speech.
24          MR. CARTMELL:  Well, you can say no,
25  and explain again why it's not important.

Page 72

1       Q.   BY MR. SNELL:  Let me reask the
2   question.
3           For the Burch colposuspension, are
4   there any studies that have lifelong follow-up of
5   the patients?
6       A.   As I stated, the Burch is not a
7   medical device.  So, no, there are no long-term
8   studies, but there don't need to be because
9   there's no permanent implantable product in the
10  patient.
11      Q.   But the Burch can lead to dyspareunia,
12  just like the paper you showed me; right?
13      A.   No.  I disagree with that.  As I
14  stated, dyspareunia was recorded, but I have no
15  idea the preoperative incidence of dyspareunia.
16      Q.   So it's not important to track
17  dyspareunia with the Burch colposuspension?
18      A.   No.  You are spinning my words.
19  That's incorrect.  I stated, in that paper there's
20  one word of dyspareunia.  I don't know; did
21  10 percent have dyspareunia preop?  They don't
22  mention it.  Hence the quality of the paper goes
23  down.
24          So from your argument, the 10 percent
25  could have been preop, now it's down 3.9.  So they

Page 73

1   did a good job.
2       Q.   Do you know which way it went?
3       A.   As I stated, the paper does not
4   mention that.
5       Q.   Is it important to track dyspareunia
6   with the Burch colposuspension?
7           MR. CARTMELL:  Object to the form.
8       A.   Dyspareunia and safety of the device
9   is always important to track.  It's going to be
10  different for different products.  If you have a
11  permanent implantable device, you have to follow
12  it lifelong.  If you have a device that's
13  absorbed, gone away, it's not as important to
14  follow.
15      Q.   BY MR. SNELL:  So it's not as
16  important to follow dyspareunia with the Burch
17  colposuspension; is that what you're saying?
18      A.   For as long a duration.
19      Q.   Is it important to follow and assess
20  dyspareunia with the Burch colposuspension out to
21  10 years?
22      A.   It would be an interesting fact.
23  However, again, there's no permanent devices
24  placed in a woman.  So I am more concerned about
25  the shorter term, five years, those type things.

19 (Pages 70 to 73)

Daniel Steven Elliott, M.D.

Page 74

1  But even that, the suture's absorbed. It's healed
2  up. So really you can't compare TVT mesh, or any
3  mesh for that matter, and the Burch or autologous
4  fascia for that matter.
5      Q.   There's scarring when you do a Burch
6  colposuspension; correct?
7      A.   Yes. By six weeks it's healed up.
8      Q.   And it's not important to assess
9  whether there's any painful scarring in a Burch?
10     A.   Absolutely there is, but the duration
11 of the follow-up, the perioperative morbidity is
12 extremely important. But after you've done the
13 surgery, and there's healing that's happened,
14 which 98 percent happens at six weeks, one, two,
15 five-year data is important to look at. But it's
16 not as important because you don't have the
17 progressive scarring, et cetera, that you see with
18 the polypropylenes.
19     Q.   How would one go about assessing the
20 lifelong -- give me a second.
21         Can I see the exhibits. 1, 2, 3. You
22 can hold on to this one. The Burch study we
23 marked a minute ago.
24     A.   Oh, I'm sorry. I took that back.
25 There you go.

Page 75

1      Q.   Okay. That way she has it.
2      A.   Okay.
3      Q.   You have 5 over there?
4      A.   Oh, I'm sorry. I'm taking those.
5      Q.   That's okay.
6          All right. You can hold on to that
7  one. I still have some questions.
8          How would one go about conducting a
9  lifelong study on the Burch colposuspension?
10     A.   A registry would be mandatory where
11 these individuals are followed. And you can't
12 have a 30 or 40 or 50 percent fallout rate. And
13 they have to be monitored on a yearly basis until
14 death. And then the true complication rate in
15 those highly experienced surgeons' hands would
16 then be known.
17     Q.   And a registry being mandatory
18 monitored yearly until a woman's death has never
19 been performed for the autologous pubovaginal
20 sling; correct?
21     A.   Again, for the same mentioned -- as
22 the reasons I mentioned for the Burch. There's no
23 permanent implantable device placed in that woman.
24 So the perioperative morbidity is very important,
25 but it has not been done for the pubovaginal

Page 76

1  sling, as you described.
2          MR. SNELL: Move to strike everything
3  before "it has not been done."
4      Q.   BY MR. SNELL: A registry being
5  mandatory with monitoring yearly until the death
6  of all women has never been performed for the
7  Burch colposuspension; correct?
8      A.   As I've mentioned already, because
9  there's no permanent device implanted in the
10 woman, it is not necessary, but to answer your
11 question, yes.
12         MR. SNELL: Move to strike everything
13 before "to answer your question, yes" as
14 nonresponsive.
15     Q.   BY MR. SNELL: For any stress urinary
16 incontinence surgery that's ever been performed
17 that you are aware of, has there ever been a
18 registry conducted that was mandatory until her death?
19 monitored every woman yearly until her death?
20     A.   Unfortunately, no. And that's why
21 we're in the situation we're in now.
22     Q.   Looking back at the Cochrane Review
23 you cited in your expert report --
24     A.   Yes, sir.
25     Q.   -- it says in the next paragraph, "A

Page 77

1  retropubic bottom-to-top route was more effective
2  than top-to-bottom route for subjective cure."
3          Do you see that?
4      A.   That is what is stated, yes.
5      Q.   And the TVT is the retropubic
6  bottom-to-top route; correct?
7      A.   As far as I know, that is the only
8  bottom -- with the understanding -- let me back
9  up.
10         With the understanding that from my
11 understanding at this point right now, TVT is the
12 only one on the market bottom-up. So I don't know
13 if there's another one on the market.
14     Q.   You have looked at the -- you looked
15 at the entire Cochrane Review from 4/2015 over --
16 I think it's over 200 pages?
17     A.   Very long document, yes.
18     Q.   Right. Right. Right. And you saw
19 that the retropubic bottom-to-top studies were
20 studies that assessed the TVT retropubic device;
21 correct?
22     A.   I don't recall that. Again, I have no
23 reason to doubt that. I'm just saying, there are
24 a lot of companies that used to make slings,
25 Boston Scientific, Bard, et cetera. I just don't

20 (Pages 74 to 77)

Daniel Steven Elliott, M.D.

Page 78

1  know of another one. If that study says there's
2  only one bottom-up and it's the TVT, I can't
3  disagree with that. I just don't know right now.
4      Q.   You certainly know that the TVT
5  retropubic device has been studied in more
6  randomized control trials than any other stress
7  urinary incontinence surgical device; correct?
8          MR. CARTMELL: Object to the form.
9      A.   I have -- I have heard a lot of facts
10 like that. I have never independently verified
11 that to be true, but I don't doubt its existence.
12     Q.   BY MR. SNELL: It says the retropubic
13 bottom-to-top route also "incurred significantly
14 less voiding dysfunction and led to fewer bladder
15 perforations and vaginal tape erosions"; correct?
16     A.   That is what they state, yes.
17     Q.   And those would be benefits of using a
18 retropubic bottom-top route like the TVT
19 retropubic employs as compared to a top-to-bottom
20 route; correct?
21         MR. CARTMELL: Object to the form.
22     A.   Well, correct except that Ethicon
23 makes a TVT-AA, which is top-to-bottom. So based
24 upon what they're saying here, TVT-AA would be
25 included in the top-to-bottom. So this would be

Page 79

1  very worrisome that perhaps that TVT product
2  employed in that fashion is actually more
3  dangerous.
4      Q.   BY MR. SNELL: Have you ever assessed
5  the literature on the TVT-AA device?
6      A.   There's limited data out there.
7      Q.   But have you assessed it?
8      A.   Yes, I have assessed it, and there's
9  limited data on it.
10     Q.   And how does the voiding rates compare
11 between the TVT retropubic and then the top-down
12 TVT?
13     A.   The data overall with all sling
14 products is very poor. With TVT-AA it's even
15 worse. So I don't know. I cannot quote you a
16 study looking at that, but I'm just saying the
17 Cochrane analysis possibly raises the issue of a
18 TVT-AA.
19     Q.   As you sit here today, you don't know,
20 though whether the TVT-AA was assessed in
21 top-to-bottom in the Cochrane Review?
22     A.   That's what I'm saying.
23     Q.   Do you know whether the Supris was
24 assessed in this Cochrane Review?
25     A.   I don't know.

Page 80

1      Q.   It wouldn't surprise you to learn that
2  there were no randomized control trials on the
3  Supris; correct?
4      A.   As I stated earlier, I was unaware of
5  any, and hence the reason why sling data is bad.
6  Or poor quality, let's put it that way.
7      Q.   Have you conducted an analysis of the
8  literature regarding slings to see whether any of
9  the other manufacturers' polypropylene slings have
10 been subjected to more randomized control trials
11 than the Ethicon TVT retropubic device?
12     A.   I have not done any independent
13 research on that.
14     Q.   Have you done any PubMed searches to
15 assess how many hundreds or thousands of studies
16 there are on the TVT retropubic? And when I say
17 TVT -- strike that.
18         When I say studies, I'm not limiting
19 it just to randomized control trials.
20     A.   I understand.
21     Q.   I mean cohort studies, studies that
22 would comport with the level of evidence pyramid,
23 levels 2 and 3 that you identified.
24         MR. CARTMELL: Object to the form.
25     A.   My methodology that I use when I

Page 81

1  approach any of these projects is going to involve
2  multiple different facets, but one of them is
3  using the PubMed search engine, which is -- as far
4  as I know, the largest search engine available,
5  funded by the NIH. And when I search just TVT,
6  only TVT, it comes up with about 1300 papers. But
7  that's going to be TVT-Secur, TVT-AA, TVT -- all
8  the TVTs.
9      Q.   BY MR. SNELL: Did you do any other
10 search string modifiers like "tension-free vaginal
11 tape"?
12     A.   I don't recall that --
13     Q.   TVT retropubic?
14     A.   I don't -- well, TVT is going to
15 capture all TVTs. Tension-free vaginal tape -- I
16 don't recall if I used that, I may have. But I
17 searched multiple different factors looking at,
18 you know, mesh complications associated with those
19 things.
20     Q.   How many studies on TVT did you locate
21 on PubMed?
22     A.   I found roughly 1300 on all TVT
23 products, the entire product line.
24         On just TVT retropubic or TVT classic,
25 I can't give you a number.

21 (Pages 78 to 81)

Daniel Steven Elliott, M.D.

Page 82

1    Q.   Okay.  How would the TVT retropubic
2   have less voiding dysfunction than a top-to-bottom
3   device like the Sparc that you used?
4    A.   With my training in neurophysiology,
5   neuroanatomy and bladder dysfunction, it does not
6   make any intuitive sense why that difference would
7   be.  You're passing a trochar up -- from bottom up
8   or top down, you should be -- there's -- the
9   voiding dysfunction should be identical.
10        There's going to be variables, such as
11  the mesh, the experience of the surgeon, the
12  amount of tension placed on it, the patient
13  factors in there.  That's where the Cochrane
14  analysis -- we don't know; were the patients
15  morbidly obese; were they diabetics; their
16  previously existing bladder dysfunction.  All
17  those factors I don't know.
18   Q.   So I guess the answer to my question
19  then would be, you do not know how there would be
20  less voiding dysfunction seen with the TVT
21  retropubic as compared to a top-to-bottom device
22  like the Sparc; correct?
23        MR. CARTMELL:  Object to the form.
24  Asked and answered.
25   A.   Well, the statement, quote/unquote, I

Page 83

1   don't know, implies I haven't thought about it.
2   I've thought a lot about it.  It does not -- I
3   cannot come up, to answer your question, with a
4   logical explanation why that's occurring.  There's
5   a variable we don't know.  Is it poor quality
6   studies?  Patient variables?  Those issues.  As I
7   mentioned earlier in the previous question.
8    Q.   Okay.  How is it that the TVT
9   retropubic would have less vaginal tape erosions
10  than a top-to-bottom route, such as the Sparc that
11  you use?
12   A.   Well, I do not use the Sparc and
13  haven't used it for 10 years or so.  Or less than
14  that.  Excuse me.
15        But, again, we have to include in
16  there -- unless you can show me in the Cochrane
17  study does not include the TVT-AA, that there can
18  be some of the Ethicon product in there.
19        But to answer your question, it does
20  not make logical sense, based upon the anatomical
21  approach, to have more or less or vaginal
22  extrusions.  That's why there's going to be some
23  of a variable in there that we don't know in these
24  studies.
25   Q.   What was the size of the vaginal

Page 84

1   incision you did when you used the Sparc?
2    A.   Be 1 to 1.5 centimeters.
3    Q.   And what was the other top-to-bottom
4   device you used?
5    A.   The Supris.
6    Q.   Supris.  What was the size of the
7   vaginal incision you used with the Supris?
8    A.   Same thing.  1 to 1.5 centimeters,
9   mid-urethral.
10   Q.   And did you do blind passage of the
11  trochars with any of those devices?
12   A.   Correct.  With the Supris and the
13  Sparc, that is the identical length of blind
14  passage as with the TVT.
15   Q.   And did you do blind passage with any
16  of the transobturator slings you performed?
17   A.   Yes.  But it's a degree -- significant
18  degree less, because you have your finger in the
19  obturator foramen.  So you're passing that around
20  the obturator foramen, which is about
21  1 centimeter, but that would be blind.
22   Q.   All right.  You would use your finger
23  and that's known as haptic or tactile feedback;
24  correct?
25   A.   I suppose.  It is tactile.  It's

Page 85

1   feedback.  Yes, you're right.
2    Q.   And that's commonly done in pelvic
3   surgery?
4    A.   Pelvic surgery does a lot of surgery
5   by proprioception.  Yes, by feel.
6    Q.   And for the autologous transobturator
7   pubovaginal sling, part of that procedure is
8   blind; correct?
9    A.   No.  I disagree with that because when
10  you do a different dissection, you dissect through
11  the endopelvic fascia bilaterally.  You dissect
12  along the pubic bone up to the rectus muscle.
13  Then you're able to palpate from your incision in
14  the abdomen, feel right where your finger is.  So
15  you pass it through the rectus muscle and then on
16  to your finger.  So there's no blind passage of 5
17  to 10 centimeters like with the Sparc or the TVT.
18   Q.   But there is a blind package in that
19  procedure.  It's just shorter; correct?
20   A.   A significant -- well, no, there's no
21  organs that can get away.  That's why there's no
22  bladder perforation, or extremely rare.  In my
23  experience, I've never perforated the bladder with
24  it.  Where I had a 10 percent Sparc bladder
25  perforation.  And you're passing it right onto

22 (Pages 82 to 85)

Daniel Steven Elliott, M.D.

Page 86

1  your finger.  So there's -- you know, we can
2  splice and say, yes, there is some blind passage,
3  but it's right onto your finger.  So you're
4  passing it through the rectus muscle.  So you're
5  talking a centimeter.
6      Q.  In the autologous pubovaginal sling
7  placement there's blind passage performed;
8  correct?
9      A.  I've already answered that.  That's
10  what I just stated.
11      Q.  I'm not talking about the
12  transobturator.
13      A.  Oh, I'm sorry.  You said
14  transobturator?
15      Q.  In the autologous pubovaginal sling
16  that you do.
17      A.  Isn't that what I just answered
18  already?
19      Okay.  I mean, that's the same answer
20  as what I just stated.  That your finger's right
21  up there against the rectus muscle.  The needle
22  goes right through the rectus muscle onto your
23  finger.  So there's no blind passage, like the 5
24  to 10 centimeters like with the TVT or the Sparc.
25      Q.  I may have got confused or maybe you

Page 87

1  didn't hear my earlier question right.
2      For the autologous transobturator
3  pubovaginal sling, that was my initial set of
4  questions.
5      Those involve blind passage; correct?
6      A.  That would be the same -- actually,
7  less than with the mesh slings because we dissect
8  deeper right underneath the muscle.  So the same
9  answer would be for the abdomen as with this.
10  We're passing it through the obturator foramen
11  onto your finger.  So it has no chance of getting
12  into the bladder.  So if you want to define that
13  as blind, I'll give that to you, but it's a --
14  it's a safe passage.  It's right on your finger.
15  I'm sorry.  I misunderstood your first question.
16      MR. SNELL:  It's okay.  Let's take a
17  break.  We've been going for a bit.  I want to use
18  the restroom, if that's okay.
19      MR. CARTMELL:  Sure.
20      (Recessed from 11:22 a.m. to
21      11:41 a.m.)
22      Q.  BY MR. SNELL:  Back on the record.
23      Two of the studies you mentioned in
24  addition to this study by Langer, L-a-n-g-e-r,
25  were studied by Herbertsson, which is reference 8

Page 88

1  in the Langer paper; correct?
2      A.  Correct.
3      Q.  And then the Kjoehede.  And I'm not
4  sure if I'm pronouncing that correct.
5      Do you know if that's right?
6      A.  Yeah.  My Swedish is not very good.
7  But that would be reference number 9.
8      Q.  Okay.
9      A.  Correct.
10      Q.  And do you know what percent of the
11  women were dry in follow-up in the Kjoehede study?
12      A.  I do not.  I'd have to look at the
13  study.
14      Q.  Do you know what percentage of the
15  women were dry in follow-up of the Herbertsson
16  study?
17      A.  No, I'd have to look at the study.
18      Q.  And I think that's spelled can
19  H-e-r-b-e-r-t-s-s-o-n, published in Acta, A-c-t-a,
20  Obstet Gynecol Scand, 1993, volume 72, pages 298
21  to 301.
22      Correct?
23      A.  That is correct, yes.
24      Q.  And looking back at the Cochrane
25  Review that we were discussing, under the author's

Page 89

1  conclusions.
2      A.  Yes, sir.  Sorry.
3      Q.  You have it there?
4      A.  Yes, I do.  I have both.  I have my
5  copies and then your copy.
6      Q.  Great.  For the record, can we mark
7  your copy, too, then?
8      A.  Sure.
9      Q.  Just so I can look at it at some
10  point.
11      (Exhibit 7 marked.)
12      Q.  BY MR. SNELL:  So Exhibit 7 is your
13  copy of this Cochrane Review by Ford, et al. we've
14  been discussing?
15      A.  That is correct.  This is the abstract
16  off of PubMed.
17      Q.  Okay.  And under the author's
18  conclusions, it says, "mid-urethral-urethral sling
19  operations have been the most extensively
20  researched surgical treatment for stress urinary
21  incontinence."
22      You see that?
23      A.  Yes, I do.
24      Q.  And you will agree with that; correct?
25      MR. CARTMELL:  Object to the form.

23 (Pages 86 to 89)

Daniel Steven Elliott, M.D.

| Page 90 | Page 92 |
|---|---|

**Page 90**

1    A. Again, I have no reason to doubt it.
2  But I've not done independent research on that
3  knowledge.
4    Q. BY MR. SNELL: Okay. And also it
5  says, "and have a good safety profile."
6    You would agree with that; correct?
7    MR. CARTMELL: Object to the form.
8    A. That statement needs to be taken in
9  the entirety of the paragraph, where they say
10  longer term studies are needed. But that is what
11  they state.
12    Q. BY MR. SNELL: And you agree with
13  that; correct?
14    MR. CARTMELL: Object to the form.
15  You just asked him the question. And he answered
16  it.
17    A. I agree that's what they state. And
18  then it has to be looked at in the entirety of the
19  paragraph where they say longer studies are
20  needed.
21    Q. BY MR. SNELL: And my question to you
22  is: You agree with that conclusion; correct?
23    MR. CARTMELL: Object to the form.
24  Asked and answered.
25    A. I disagree with the conclusion because

**Page 92**

1    MR. SNELL: Stop it. Knock it off,
2  Tom.
3    MR. CARTMELL: No, I'm not.
4    MR. SNELL: Knock it off, Tom.
5    MR. CARTMELL: He answered your
6  question no.
7    MR. SNELL: No.
8    MR. CARTMELL: And I'm not going to
9  let you do this again. We're not going to sit in
10  here for seven hours where you ask the same
11  question five times because you don't like his
12  answer.
13    MR. SNELL: It's not about whether I
14  like his answer.
15    MR. CARTMELL: He told you he
16  disagrees with the conclusion. So move on.
17    MR. SNELL: No, he didn't. You're
18  misstating, Tom.
19    MR. CARTMELL: Tell him again.
20    MR. SNELL: You're giving speaking
21  objections on the record.
22    MR. CARTMELL: We're going to do this
23  once.
24    MR. SNELL: This is my question.
25    MR. CARTMELL: We're not going to do

| Page 91 | Page 93 |
|---|---|

**Page 91**

1  longer studies have not been done.
2    Q. BY MR. SNELL: Well, you agree that
3  mid-urethral sling operations have a good safety
4  profile with the caveat that you would like to see
5  more long-term studies done; correct?
6    MR. CARTMELL: Object to the form.
7  That misstates his testimony. And I'm not going
8  to let you do this thing where you do -- you ask
9  four different times the same question, like we
10  did the last time.
11    MR. SNELL: That's fine.
12    MR. CARTMELL: He's asked -- don't
13  answer that. You've answered it three times.
14    MR. SNELL: No, he hasn't. No, he
15  hasn't.
16    MR. CARTMELL: Yes, he has.
17    MR. SNELL: No.
18    MR. CARTMELL: He answered your
19  question. You asked if he agreed with the
20  conclusion. He said no.
21    MR. SNELL: You're wrong, Tom. He
22  said because of the caveat that it needs more
23  long-term study. So there's my follow-up
24  question, Tom. You're playing games with me.
25    MR. CARTMELL: No, I'm not.

**Page 93**

1  it again.
2    MR. SNELL: Just knock it off. This
3  is my question. You're wasting my time. This is
4  your time you're burning here, not mine.
5    Q. BY MR. SNELL: You would agree
6  mid-urethral sling have a good safety profile with
7  the caveat that you, Dr. Elliott, would like to
8  see more long-term data on those procedures;
9  correct?
10    MR. CARTMELL: Object to the form. It
11  misstates his testimony. He's already answered
12  it.
13    A. I disagree with that.
14    Q. BY MR. SNELL: Very well. Would you
15  like to see more long-term data on the autologous
16  pubovaginal sling?
17    A. Long-term studies are always going to
18  be important. However, when we're talking about
19  safety and complications, it's comparing apples to
20  oranges because there is no medical device placed
21  in those patients that's permanent.
22    Q. Can you answer it yes or no?
23    Would you like to see more long-term
24  data on the autologous pubovaginal sling?
25    MR. CARTMELL: Objection.

24 (Pages 90 to 93)

Daniel Steven Elliott, M.D.

Page 94

1  Q. BY MR. SNELL: A procedure that you
2  perform.
3      MR. CARTMELL: Objection. Asked and
4  answered.
5      A. I don't necessarily know if it is
6  actually needed. On efficacy, I would agree with
7  you. On safety, I disagree.
8      Q. BY MR. SNELL: This paper you gave me
9  by Langer on the Burch says that more longer term
10 studies are needed on the Burch because of safety;
11 doesn't it?
12     A. I'd have to look at the study.
13     Q. Here. How about we look at the very
14 last sentence. "The most significant
15 complications are de novo detrusor instability
16 (16.6 percent) and anatomical defects
17 (18.9 percent), half of which appeared only 5
18 years postoperatively, stressing the need for
19 long-term follow-up."
20     A. I never denied --
21     Q. Did I read that correctly?
22     A. I have no reason to doubt that you --
23 that's the editorial comment. You said the
24 author's conclusion. So you read the editorial
25 comment. I have it highlighted there.

Page 95

1      Q. That's not what I read. I read this.
2      A. Okay. Now, number one, you didn't
3  show this what you were reading so I don't know
4  what you're reading. I go down here, and they say
5  longer term studies.
6      Q. I'm not reading your highlights. I'm
7  reading what I stated.
8      A. Okay. That's what the author states.
9  I'm not disagreeing with that at all.
10     Q. So there is long-term follow-up needed
11 on the Burch to assess safety considerations;
12 correct?
13     MR. CARTMELL: Objection. Asked and
14 answered.
15     A. They never say safety. They're
16 talking about de novo instability and anatomical
17 defects, which anatomical defects can occur in any
18 woman with any type of -- as long as they have a
19 vagina there could be prolapse happening. They're
20 not talking safety. They're talking contraction,
21 roping, those type of things.
22     Q. BY MR. SNELL: They're talking safety;
23 aren't they?
24     A. They're talking de novo instability.
25 Okay. That's new afterwards. Anatomical defects,

Page 96

1  which can occur, but it's not an issue of safety.
2      Q. Those authors categorized those two
3  issues as complications; didn't they?
4      A. They record them as complications;
5  that's correct.
6      Q. Back to the Cochrane Review that you
7  cite in your report. It says that "The
8  mid-urethral sling-urethral slings are highly
9  effective in the short and medium term, and
10 accruing evidence demonstrates their effectiveness
11 in the long-term; correct?
12     A. That's what they state, yes.
13     Q. And you would agree with this paper
14 you cited in your report that mid-urethral slings
15 are highly effective in the short and medium term?
16     MR. CARTMELL: Object to the form.
17     A. I will never say that the -- I will
18 not -- I agree with you as far as effectiveness.
19 I'm never going to be challenging the
20 effectiveness of the TVT as far as causing -- or
21 in treating urinary incontinence. The question is
22 always going to be at what cost.
23     Q. BY MR. SNELL: We can agree that the
24 TVT retropubic device is effective in the
25 treatment of stress urinary incontinence in women?

Page 97

1      MR. CARTMELL: Object to the form.
2      A. Correct. With the caveat, at what
3  cost.
4      Q. BY MR. SNELL: All right. There is no
5  stress urinary incontinence surgery that is
6  performed in women that is more effective than the
7  TVT retropubic; correct?
8      MR. CARTMELL: Object to the form.
9      A. More effective? I would have to look
10 at all the literature out there on pubovaginal
11 slings, including the Burch. I would say it's
12 safe to say that the TVT, as far as efficacy, on
13 the average, is going to be -- specifically
14 dealing with stress urinary incontinence
15 recurrence, is going to be as efficacious as
16 pubovaginal and Burch, in properly trained hands.
17     Q. BY MR. SNELL: And you've seen a
18 conclusion very similar to that which you stated
19 about TVT being efficacious in the treatment of
20 stress urinary incontinence, as compared to
21 pubovaginal slings and the Burch in the
22 Ogah/Cochrane Review; correct?
23     A. That's correct. Yeah.
24     Q. That's a paper --
25     A. They state that that -- yeah.

25 (Pages 94 to 97)

Daniel Steven Elliott, M.D.

Page 98

1    Q.   That's a paper you reviewed; correct?
2    A.   Correct. Yes.
3    Q.   You didn't cite the Ogah review in
4  your report. Why not?
5    A.   Because I stayed the Ford one, which
6  is an update. So I'm not going to go back to
7  Ogah. I'm going to go to the most updated
8  literature.
9    Q.   Ogah compared TVT to the Burch and
10 pubovaginal slings, though?
11   A.   Okay.
12   Q.   You're aware of that; right?
13   A.   Yeah.
14   Q.   Any reason you didn't cite that
15 comparative data by Cochrane?
16   A.   Because that's going to be a Cochrane
17 analysis of compiling a meta-analysis, so to
18 speak.
19   Q.   Okay.
20   A.   So using my methodology there's going
21 to be some papers that are not going to included
22 and others are going to be included.
23   Q.   You would agree that there's accruing
24 evidence that -- demonstrating the efficacy of TVT
25 retropubic in the long-term?

Page 99

1       MR. CARTMELL: Object to the form.
2  Are you talking just efficacy?
3    A.   Well, again, I'd have to see what
4  you're talking about as far as which papers you're
5  referring to. But since the product has been in a
6  long time, naturally there's going to be longer --
7  or hopefully there's going to be longer term
8  studies.
9    Q.   BY MR. SNELL: You're aware there are
10 several studies that have a duration of follow-up
11 of seven years or more with the TVT retropubic
12 device?
13   A.   Correct.
14   Q.   I'm not talking about other
15 manufacturers' devices.
16   A.   Yes. There are studies out there,
17 yes.
18   Q.   Due to your -- let me back up.
19      I don't know if I asked you this
20 question. If I did, I apologize.
21      You and I can agree that with regard
22 to long-term studies following up on a
23 mid-urethral sling that the original TVT
24 retropubic has the most long-term data of any of
25 those devices?

Page 100

1    A.   You'd have to show me that study.
2    Q.   Well, it's not just one study. I'm
3  just saying from your general awareness, are you
4  aware that for the original TVT retropubic device
5  it has the largest volume of longer term data
6  compared to other manufacturers' stress
7  incontinence mid-urethral sling devices?
8    A.   I think that's probably a fair
9  statement, yes.
10   Q.   Have you assessed the literature to
11 ascertain how many studies with 10 years follow-up
12 or more exist on the TVT retropubic device?
13   A.   Have I -- I'm sorry. I'm not really
14 following your question.
15      Have I assessed how many 10-year
16 studies there are?
17   Q.   10-year or more. Yes, sir.
18   A.   I looked at the literature. I
19 reviewed it. There are studies out there. I
20 can't give you a number, though.
21   Q.   Are you aware if studies that look at
22 10 years duration or more specific to the TVT
23 retropubic device assess safety issues, such as
24 mesh exposure or dyspareunia?
25   A.   I am unaware of any study that the

Page 101

1  primary end point is on safety with the TVT.
2  There can be a paper here and there with large
3  amounts of follow-up -- with large amounts of lost
4  follow-up that can refer to an erosion or
5  exposure.
6    Q.   So you are aware that in the longer
7  term studies with TVT they do assess safety?
8    A.   You'd have to show me those studies.
9  I'm sorry. Because I have to look at those
10 studies very carefully. As I mentioned, I am not
11 aware of any with the primary end point being on
12 safety.
13   Q.   I didn't ask you about primary end
14 point. I asked you about assessing safety, okay?
15      Are you aware of TVT retropubic device
16 studies looking at it long-term that assess
17 safety?
18      MR. CARTMELL: Object to the form.
19 It's vague and ambiguous as to what you mean by
20 assess.
21   A.   There can be random --
22   Q.   BY MR. SNELL: They look on and report
23 about whether there were mesh erosions, mesh
24 exposures, dyspareunia, detrusor instability.
25      Are you aware of that?

26 (Pages 98 to 101)

Daniel Steven Elliott, M.D.

| Page 102 | Page 104 |
|---|---|

**Page 102**

1     A. They can mention -- there are studies
2 out there that mention those various different
3 facts. They also, you know, very rarely talk
4 about contraction because it's not -- those
5 patients aren't examine. They're telephone
6 follow-ups. So, again, I'd have to look at those
7 specific studies and we can analyze that. I'm all
8 for that. But otherwise you're talking somewhat
9 vague for me.
10     Q. What studies, long-term studies on TVT
11 are you referencing where patients were not
12 assessed?
13     A. Well, no. I'm saying that we'd have
14 to pull out a study and look at it, how many of
15 those patients came back and had a physical exam.
16 How many of them did quality of life surveys. How
17 many of them did global bother index. And those
18 studies are very few. Hence, the reason why all
19 these different societies, the AUA, for example,
20 keep talking about moderate to low quality of
21 studies.
22     MR. SNELL: Move to strike as
23 nonresponsive.
24     Q. BY MR. SNELL: Admit your primary end
25 point on safety.

**Page 103**

1     How many Burch or pubovaginal sling
2 studies are you aware of that have long-term
3 follow-up that have a primary end point of safety?
4     A. And you -- with -- oh, Burch or
5 pubovaginal.
6     I'm aware of pubovaginal because
7 that's the procedure I'm doing. So I'm going to
8 be more focused on that. That have 8 to 10-year
9 follow-up where global bother index and distress
10 inventories have been obtained.
11     Q. Right. But how many of those had a
12 primary end point of safety?
13     A. It was part of the study. It was not
14 the primary end point.
15     Q. Just like the TVT studies; right? It
16 was part of the study?
17     MR. CARTMELL: Object to the form.
18     A. Incorrect. As I've mentioned before,
19 pubovaginal slings and Burch are not a permanent
20 medical device that's implanted in a woman.
21 Therefore, the bar is changed for the pubovaginal
22 and Burch, okay.
23     But to answer your question, I am
24 aware -- I am not aware of any primary end point
25 on safety with those other ones. But, again,

**Page 104**

1 we're comparing apples to oranges.
2     MR. SNELL: Move to strike everything
3 before "But to answer your question."
4     Q. BY MR. SNELL: On the Cochrane Review
5 that you cite in your report, the last page they
6 say, referencing mid-urethral sling operations,
7 are suitable for women who have -- who are having
8 their first operation to prevent incontinence and
9 also women who have had unsuccessful surgery
10 previously.
11     A. I'm sorry. I don't know where you
12 are.
13     Q. Back --
14     A. You're in the Author's conclusions?
15     Q. Background information.
16     A. Oh, Background.
17     Q. It's the next page, if you flip it
18 over. Are you with me now?
19     A. Yeah. Which paragraph are you on on
20 Background?
21     Q. Second paragraph.
22     A. Second paragraph starting with, "Over
23 the years"?
24     Q. Second sentence.
25     A. It starts, "Over the years"?

**Page 105**

1     Q. Yes.
2     A. And second sentence, "These operations
3 are suitable for women...."
4     Okay. Yes, I see that statement.
5 Yes.
6     Q. Would you agree that the TVT
7 retropubic device is suitable for women who are
8 having their first operation to prevent
9 incontinence?
10     A. I disagree strongly with that unless
11 the caveat is that the woman and the physician
12 have been fully warned of all the complications
13 known.
14     Q. A little bit further down, we were
15 talking about long-term studies. And they talk
16 about the main findings of this review.
17     A. Under Author's conclusions?
18     Q. Right here. We were here.
19     A. Yeah.
20     Q. So Main findings.
21     A. Yes, sir.
22     Q. So under the Main findings of the
23 review, they stated that the trial showed over
24 80 percent of women with stress urinary
25 incontinence are cured or have significant

27 (Pages 102 to 105)

Daniel Steven Elliott, M.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

1  improvement in their symptoms with either
2  operation for up to five years after surgery.
3     A.   Yes, I see that statement.
4     Q.   Is that an accurate statement?
5     A.   That is the findings of their studies.
6     Q.   Do you --
7     A.   And I have never -- and as you look at
8  my expert report, ever challenged TVT's efficacy.
9  That's not an issue with me. It's at what cost.
10     Q.   At the end of that paragraph it says,
11  "The evidence that we have been able to assess
12  indicates that the positive effects persist."
13       Do you see that?
14     A.   Yes, I see it.
15     Q.   You did not challenge that statement
16  either; correct?
17       MR. CARTMELL: Object to the form.
18     A.   The evidence that they're saying is
19  they're talking about the durability of the
20  treatment for stress urinary incontinence. As I
21  mentioned, I'm not challenging that. The question
22  is at what cost.
23     Q.   BY MR. SNELL: Yeah. We can agree TVT
24  retropubic -- that that device has durability for
25  treating stress urinary incontinence in women?

**Page 107**

1     A.   Yes, I believe that the data, in my
2  clinical experience, would agree with that
3  statement.
4     Q.   And that is a utility of the TVT
5  retropubic device; correct?
6       MR. CARTMELL: Object to the form.
7  It's vague and ambiguous with respect to what you
8  mean by "utility."
9     A.   The device is designed specifically to
10  treat female stress urinary incontinence.
11     Q.   BY MR. SNELL: Okay.
12     A.   And so to answer your question then,
13  it has durable results in the long-term, but the
14  question is at what cost.
15     Q.   Okay. The TVT retropubic device is
16  useful in treating female stress urinary
17  incontinence; correct?
18       MR. CARTMELL: Object to the form.
19  It's vague and ambiguous with respect to what you
20  mean by "useful."
21     A.   It has been shown to be efficacious.
22  The question is at what cost.
23     Q.   BY MR. SNELL: In this study -- strike
24  that.
25       In this Cochrane Review you cite, they

**Page 108**

1  also talk about main findings pertaining to
2  adverse effects; correct?
3     A.   Correct.
4     Q.   And it says, "Tapes passing behind the
5  pubic bone (retropubic) seem to carry a greater
6  risk of injuring the bladder"; correct?
7     A.   Oh, that is correct.
8     Q.   All right. And that's been reported
9  in the literature; correct?
10     A.   Yes. And that's pertaining to either
11  bottom-up, top-down.
12     Q.   But even for the TVT retropubic, going
13  bottom-up, it's been known that there's a risk of
14  hitting the bladder with the trochars. That's why
15  a cystoscopy is done; correct?
16     A.   That is correct. And the big question
17  then becomes the ramifications of that
18  perforation, long-term erosions and those
19  things -- erosions and extrusions, yes.
20     Q.   When you did your top-down passage
21  with the mid-urethral sling, I take it you also
22  did cystoscopies as well?
23     A.   Always, yes.
24     Q.   I know the AUA recommends cystoscopies
25  for all incontinence procedures, surgeries, as I

**Page 109**

1  understand it.
2       Is that consistent with your
3  understanding, based upon their updated stress
4  incontinence guidelines published by Dmochowski,
5  et al.?
6     A.   Dmochowski. Yeah. I don't even know
7  how to spell his name, but I know how to say it.
8  It's no problem.
9       I'd have to look at the specific
10  guidelines. For retropubic procedures, whether
11  they're top-up, bottom-down, mandatory cystoscopy.
12       Transobturator tends to be -- they say
13  they suggest it's strongly supported, but it can
14  be at the discretion of the treating physician.
15     Q.   Do you do any cystoscopy when you do
16  any transobturator procedures?
17     A.   I do not, no.
18     Q.   You don't?
19     A.   No.
20     Q.   Why is that?
21     A.   Because in having done 400, 500 or
22  more of those, I've never once hit the bladder,
23  because I'm dissecting right onto my finger, and I
24  bring it right out. I don't use the helical
25  trochar. Now, I've seen and taken care of a lot

28 (Pages 106 to 109)

Daniel Steven Elliott, M.D.

Page 110

1 of patients with it, but I've never caused it.
2     Q.   Okay.  A little further down in that
3 paragraph in the Cochrane Review, under Adverse
4 effects, it says, "There is moderate quality
5 evidence that overall reported rates of
6 tape-related complications are low, such as
7 erosion of the tape into the vagina at about
8 2 percent for both routes of tape insertion."
9         Did I read that correctly?
10     A.   Yes, you did.
11     Q.   And do you agree with that?
12     A.   Disagree.
13     Q.   I didn't see in your expert report
14 where you identify what the rate of mesh exposure
15 was with the TVT device.
16     A.   That's because the true rate is not
17 known.
18     Q.   I didn't see where you reported any
19 rates of mesh exposure based on any studies for
20 the TVT retropubic device.
21         MR. CARTMELL:  Is that a question or
22 statement?
23     Q.   BY MR. SNELL:  Am I correct, Doctor?
24         MR. CARTMELL:  We'll stipulate that
25 that's not in there.

Page 111

1     A.   I don't believe and I don't recall
2 stating a specific number, no.
3     Q.   BY MR. SNELL:  And this Cochrane
4 Review you cite to in your report does say that
5 "The reported occurrence of problems with sexual
6 intercourse including pain was low"; correct?
7     A.   That's what they state, yes.
8     Q.   And you didn't acknowledge that point
9 in your report; did you?
10     A.   I talk about dyspareunia in there.
11     Q.   Did you acknowledge that the Cochrane
12 Review that you cite to states that problems with
13 sexual intercourse, including pain, were low in
14 your report?
15     A.   I don't recall using those specific
16 words, no.
17     Q.   Why not?
18     A.   Because, again, this is a
19 meta-analysis of poor quality or moderate quality
20 studies that do not focus on dyspareunia.  And
21 specifically they're short-term studies.  It does
22 not tell -- also, these are in the hands of
23 experts, high-volume surgeons.  Does not tell us
24 the rate of the true average surgeon out there,
25 which is known to be much higher.

Page 112

1     Q.   You say these studies are done by
2 expert high-volume surgeons.
3         First of all, how do you define an
4 expert high-volume surgeon?
5     A.   Well, Kuuva, et al., defined it as
6 anybody doing -- they said the learning curve on
7 the TVT is 15 or greater.
8         Okay.  So any -- most surgeons in the
9 United States, based upon people sitting for the
10 oral boards for urology, are doing 1 to 2 slings a
11 year.  Those people are not experts, but those are
12 the people putting in the majority of slings.
13         Okay.  Now, to answer your question,
14 how do we define an expert, it's going to be tough
15 to say, but they're going to be doing more than
16 that number.
17     Q.   Do you have a definition or a number
18 in your mind, when you keep mentioning expert
19 high-volume surgeons, what that is to you?
20     A.   It also -- because there's not a
21 specific answer to that because it depends upon
22 their level of training coming into the procedure
23 or did they do a fellowship.  Did they learn from
24 an expert.  Did they have Ulmsten or Nilsson come
25 in and teach them how to do it.  Those numbers are

Page 113

1 going to be different than an average person who
2 goes and has a three-hour Ethicon meeting and then
3 goes back out in the middle of nowhere USA and
4 puts them in.  For me, I would have to say if
5 they're not doing at least 25 or greater slings --
6 specific sling a year, they are going to possibly
7 be putting that patient at risk for complications.
8     Q.   Well, this study -- strike that.
9         This Cochrane Review included 81
10 trials.  So of all the investigators in all of
11 those 81 trials, how many of them performed at
12 least 25 or more TVT slings in a given year?
13         MR. CARTMELL:  Do you want him to look
14 at the underlying data and tell you that?
15         MR. SNELL:  I want him to answer my
16 question, Tom.
17         MR. CARTMELL:  Well, but you know --
18     A.   Let's get the Cochrane analysis out
19 and I'll look at that.
20         MR. CARTMELL:  Yeah.
21     Q.   BY MR. SNELL:  Well, did you bring it
22 here?
23     A.   No, I don't have that.
24     Q.   BY MR. SNELL:  So you can't answer my
25 question?

29 (Pages 110 to 113)

Daniel Steven Elliott, M.D.

Page 114

1    A.   Well, no, but you brought up the
2  issue.  And so you have a question that I can't
3  answer based upon -- we have two pieces of paper,
4  81 studies.  That should be roughly, what, 150
5  pages of data.  I'd have to go through and look at
6  that.
7    Q.   So as you sit here today, you can't
8  answer that?
9    A.   I just answered -- I just already
10 answered that because you have not provided me
11 with the information I need.
12   Q.   I asked that you bring your file to
13 this deposition.  You didn't bring it.
14   A.   Because with this study --
15       MR. CARTMELL:  Wait.  For the record.
16 Let me just say this.  You have been provided his
17 reliance list that has every single document on it
18 he reviewed and relied on.  It has this
19 document that you only -- the full document.  You
20 only provided a summary document.  So if you
21 wanted to ask him questions about the full
22 document, you knew he reviewed it and relied on
23 it.  You could have brought it.
24       MR. SNELL:  Here's why, Tom, I'd like
25 him to bring his file.  The document he did

Page 115

1  produce has notes on every single page of the
2  studies.  So whatever I could pull off the
3  internet or elsewhere, will not be the version
4  that he has that has his notes on it.
5        MR. CARTMELL:  Okay.  Now, he didn't
6  have to provide you that today.  He brought it
7  with him today.  I mean all you -- the rules say
8  that we got to give you is the reliance list and
9  the materials.  And I've told you, I'll give you
10 the materials on a -- what do you call it?
11       MR. SNELL:  Thumb drive.
12       MR. CARTMELL:  Thumb drive.  But you
13 have it all.  You have it all.
14       MR. SNELL:  I would like those with
15 his notes on them.  Not your version of them.  I
16 want Dr. Elliott's file.
17       MR. CARTMELL:  He gave you a study
18 that has his notes on it.  I don't know what he
19 has that has notes on it or not, okay?  But the
20 bottom line is you have the reliance materials and
21 you know every single study and paper and internal
22 document he's relied on.
23       MR. SNELL:  I don't think I know that.
24       MR. CARTMELL:  Yes, you do.
25       MR. SNELL:  All right.  So move on.

Page 116

1        (Exhibit 8 marked.)
2    Q.   BY MR. SNELL:  So, Doctor, I've handed
3  you the American Urological Association's position
4  statement on the use of vaginal mesh for the
5  surgical treatment of stress urinary incontinence
6  from October 2013.
7        You're aware of this; correct?
8    A.   Yes.
9    Q.   And this is the same association
10 you're a member of; correct?
11   A.   Yes.
12   Q.   And the AUA says suburethral synthetic
13 polypropylene mesh sling placement is the most
14 common surgery currently performed for stress
15 urinary incontinence"; correct?
16   A.   Yes.
17   Q.   Do you know whether that statement is
18 accurate or not?
19   A.   I don't know if it's accurate or not.
20 I have no reason to doubt its validity, though.
21   Q.   I think you're familiar with the paper
22 by Chughtai, et al., that reports on the different
23 types of stress urinary incontinence surgeries
24 performed by urologists certifying or recertifying
25 for their boards that found the mid-urethral sling

Page 117

1  to be the dominantly used procedure?
2    A.   I recall the name of that study.  I
3  don't recall the data.  But, again, I have no
4  reason to doubt that it's the most common.  But I
5  have not done independent research to verify that.
6    Q.   Okay.  The AUA statement says,
7  "Extensive data exist to support the use of
8  synthetic polypropylene mesh suburethral slings
9  for the treatment of female SUI."
10   A.   That's what they state, yes.
11   Q.   And that's an accurate statement;
12 correct?
13       MR. CARTMELL:  Object to the form.
14   A.   No.  That's what they state.
15   Q.   BY MR. SNELL:  I know that's what they
16 state, but that is an accurate statement; correct?
17       MR. CARTMELL:  Well, is that a
18 statement by you, or are you asking him if he
19 agrees that's accurate?
20   Q.   BY MR. SNELL:  I'm asking you if you
21 agree that's accurate.  What I just read to you.
22       MR. CARTMELL:  Object to the form.  He
23 just answered that question.
24       MR. SNELL:  He said that's what they
25 say.  I know that.

30 (Pages 114 to 117)

Daniel Steven Elliott, M.D.

Page 118

1    A.   The document, as it says now,
2  Extensive data exist to support the use of
3  synthetic polypropylene mesh suburethral slings
4  for the treatment of SUI."
5         As we've stated before, it is
6  effective, along with pubovaginal slings and
7  Burch, to treat SUI.  So I agree with that.
8    Q    BY MR. SNELL:  Okay.
9    A.   Minimal morbidity compared to the
10 alternatives, I disagree with.  So I guess, I
11 can't --
12   Q.   Okay.
13   A.   It's a complicated or -- not a
14 compound sentence, whatever the -- multiple
15 aspects of t the sentence.
16   Q.   What Cochrane reviews or meta-analyses
17 or randomized control trials report that the TVT
18 retropubic has -- strike that.
19        When you say you disagree that the
20 mid-urethral sling have minimal morbidity compared
21 with alternative surgeries, why do you say that?
22   A.   Because there have been very few
23 randomized control trials, none which are
24 long-term, comparing head-to-head autologous
25 pubovaginal slings versus TVT.  The only one I can

Page 119

1  think of off the top of my head is Amaro, et al.,
2  from International Journal of Urology, I believe.
3    Q.   Do you agree that with regard to the
4  TVT retropubic as compared to the pubovaginal
5  sling and the Burch that it has an advantage,
6  including shorter operative time?
7    A.   It is shorter.  Whether that's an
8  advantage or not -- surgeons get too caught up in
9  doing something in, say, 15 minutes.  So it is
10 shorter.  I'll give that to you.
11   Q.   Okay.
12   A.   Is it an advantage?  That's debatable.
13   Q.   Okay.  Is it an advantage of the TVT
14 retropubic device that it can be done, if chosen,
15 locally, as compared to the Burch and the
16 pubovaginal slings?
17   A.   Well, that's a difficult question.  Is
18 that an advantage?  I suppose in some highly
19 select patients.  In all my years of doing this at
20 a high-volume tertiary center, I've never once had
21 to do a procedure under a local, as far as a
22 sling.  I mean, so that's a theoretical potential
23 advantage.
24   Q.   I'm not even going to ask you about
25 Burch.

Page 120

1         When you do the autologous pubovaginal
2  slings, you do general anesthesia?
3    A.   That is correct.  Or spinal.
4    Q.   Or spinal.  And that's because that's
5  a painful procedure when you have to harvest that
6  tissue from the lady; correct?
7    A.   No.  You don't want them moving during
8  the procedure.
9    Q.   It wouldn't be painful if that was
10 under local anesthesia?
11   A.   You could do it under local.  It's
12 been done under local.
13   Q.   Is the autologous pubovaginal sling
14 commonly done under local anesthesia?
15   A.   No, I would say it is not, no.
16   Q.   Why not?
17   A.   Just as I mentioned, patient's going
18 to be moving.  And you'd have to inject local
19 underneath the rectus fascia.  It could be done.
20 But for patient comfort, most patients don't want
21 to be awake for it.  You just don't do it that
22 way.
23   Q.   So when the AUA says, "Advantages
24 include, and they say anesthetic need, what do
25 they mean by that?

Page 121

1         MR. CARTMELL:  Object to the form.
2    A.   I suspect they're probably meaning
3  postop analgesia.
4    Q    BY MR. SNELL:  Is that a benefit of
5  the TVT retropubic compared to Burch and
6  pubovaginal sling?
7    A.   Well, the statement they say
8  "Advantages include shorter operative time and
9  anesthetic need."
10   Q.   Um-hum.
11   A.   Somewhat ambiguous.  I don't know if
12 they mean intraop or postop.  But if you're
13 looking just at the short-term, just at the time
14 of the perioperative period, that would
15 theoretically be an advantage.  But, again, it's
16 at what cost long-term.
17   Q.   When you say perioperative period,
18 what are you referring to?
19   A.   Meaning right before surgery, meaning
20 10 minutes before surgery, the surgery, and then
21 immediately postoperative.  Like the first few
22 weeks.
23   Q.   They also say, "Another advantage
24 would reduce surgical pain."
25        Do you agree that TVT retropubic has

31 (Pages 118 to 121)

Daniel Steven Elliott, M.D.

Page 122

1    reduced surgical pain, and that is an
2    advantage?
3        A.   Well, but, again, we have to go back
4    to the lack of studies.  Again, I'm always aware
5    of Amaro, et al., TVT randomized versus
6    pubovaginal.  In that study, hospital duration was
7    the same.  And so that is debatable.  But, again,
8    let's look at the short-term.  I got to look at
9    long-term.  As a surgeon, I got to look at
10   long-term, 10 years on down the road.  So I can
11   give that to you with the caveats I mentioned.
12       Q.   So in the short-term you'd agree TVT
13   retropubic has the potential for reduced surgical
14   pain versus the Burch or the autologous
15   pubovaginal sling?
16           MR. CARTMELL:  Object to the form.
17       A.   I agree, in the immediate
18   postoperative period, let's say within the
19   first -- define that as the first six weeks of
20   surgery --
21       Q   BY MR. SNELL:  Okay.
22       A.   -- especially the first week, I think
23   it's acceptable to say that the TVT would have
24   less perioperative pain than the Burch or the
25   pubovaginal sling.

Page 123

1        Q.   When you do your pubovaginal slings,
2    do you give your patients pain medicines?
3        A.   Yes.
4        Q.   Why?
5        A.   To reduce the perioperative pain.
6        Q.   How long do you give them pain
7    medications?
8        A.   We give them 10 to 15 tablets of a
9    narcotic, and they take it if they need it.  They
10   stop it if they don't.  So I don't know how long
11   they take it.
12       Q.   Do you agree that and advantage of the
13   TVT retropubic device is reduced hospitalization?
14       A.   Disagree.
15       Q.   Why is that?
16       A.   Based upon Amaro, et al., that
17   hospital duration was the same for the TVT and the
18   autologous pubovaginal sling.
19       Q.   Do you know of other TVT versus
20   autologous pubovaginal sling randomized control
21   trials?
22       A.   As I sit here right now, I'm not
23   aware.  I'd have to go back and look at the
24   literature.
25       Q.   In general, not isolated to a single

Page 124

1    RCT.  So for the practice of stress urinary
2    incontinence surgery in the United States, over
3    the time period TVT retropubic device has been
4    available, would you agree that there is reduced
5    hospitalization with it compared to the autologous
6    pubovaginal sling and the Burch?
7        A.   I think there's going to be data out
8    there that supports it's a faster, quicker, and
9    less hospital stay on the average.  But, again, we
10   have to look at the randomized control studies.
11   But, again, that's not an issue I'm debating.
12   It's the long-term risks that I'm talking about.
13       Q.   It says another advantage is reduced
14   voiding dysfunction.
15           Do you believe that's a potential
16   advantage for the TVT retropubic versus the
17   autologous pubovaginal slings?
18           MR. CARTMELL:  Object to the form.
19   It's vague and ambiguous with respect to what you
20   mean by voiding dysfunction.
21       A.   Well, no, I disagree with that.  I'd
22   have to say show me the -- that one very
23   specifically, you're going to need level 1 data to
24   support that.  You cannot take cohort studies and
25   compare cohort to cohort.  And so that one is

Page 125

1    highly debatable.
2        Q   BY MR. SNELL:  When you see "voiding
3    dysfunction" -- and this is written by the
4    organization that you belong to; right?
5        A.   Oh, yeah, and I know the people who
6    wrote it.  One's on staff with me.
7        Q.   When you see the term "voiding
8    dysfunction" -- Mr. Cartmell objected as vague.
9            What did the AUA mean by "voiding
10   dysfunction" in this position statement?
11           MR. CARTMELL:  Object to the form.
12       A.   Yeah, when these guys and women get
13   together, this is a big argument, because, again,
14   I know the people on this board and I'm at the
15   meetings.  I don't go -- I'm not a member of this
16   and the guidelines.
17           But voiding dysfunction can be
18   anything.  Stress incontinence, overactive
19   bladder, urgency frequency, nocturnal enuresis,
20   bladder pain with urination.  Voiding dysfunction
21   is very vague.  And hence, the reason why Rovner,
22   et al., wrote up a follow-up article in this in
23   the AUA newsletter.
24       Q   BY MR. SNELL:  Actually, Rovner's
25   follow-up was before this was reissued.  You know

32 (Pages 122 to 125)

Daniel Steven Elliott, M.D.

| Page 126 |
|---|

1  that; right?
2      A.   This was were the --
3      Q.   October 2013.
4      A.   2013 is the one I'm referring to.
5      Q.   This paper was issued after Rovner's
6  commentary?
7      A.   Well, no, this is a revision of the
8  original; wasn't it?  I'd have to look at when the
9  first one came out, and it's a revision of it.
10  Update.
11      Q.   On the very back page, October 2013,
12  revised.  Correct?
13      A.   Yeah.
14      Q.   They state that "mesh-related
15  complications can occur following polypropylene
16  sling placement, but the rate of these
17  complications is acceptably low."
18          Do you see that?
19      A.   Yes, I do.
20      Q.   "It is the AUA's opinion that any
21  restriction on the use of synthetic polypropylene
22  mesh suburethral slings would be a disservice to
23  women who choose surgical correction of SUI."
24          Do you see that?
25      A.   Yes, I do.

| Page 127 |
|---|

1      Q.   "Multiple case series and randomized
2  control trials attest to the efficacy of synthetic
3  polypropylene mesh slings at 5 to 10 years."
4          Do you see that?
5      A.   Yes, I do.
6      Q.   "The efficacy is equivalent or
7  superior to other surgical techniques."  Correct?
8      A.   That's what it states, yes.
9      Q.   And you've seen literature and data
10  that supports that statement?
11      A.   As it pertains to efficacy, I agree.
12  I mean, equivalent, I think is fine.  And superior
13  is debatable, and you have to look at those
14  specific studies, but I'm not going to argue that.
15      Q.   "There is no significant increase in
16  adverse events observed over this period of
17  follow-up"; correct?
18      A.   Yeah.  And that's the actual key right
19  there, "over this period of follow-up," which is
20  short-term.
21      Q.   How do you define -- did I ask you how
22  you define "short-term"?  I know you've mentioned
23  that term.
24      A.   Yeah.
25      Q.   Can you define "short-term" for me as

| Page 128 |
|---|

1  you have used it?
2      A.   It's going to depend upon the
3  procedure we are discussing, but when specifically
4  in TVT, from my perspective, based upon the
5  literature and what's out there, as far as
6  degradation, et cetera, anything short of lifelong
7  is going to be insufficient.
8          MR. SNELL:  I don't think -- move to
9  strike as nonresponsive.
10      Q   BY MR. SNELL:  I'm trying to get a
11  definition from you.  So when you use the term
12  "short-term," what do you mean by that?
13      A.   Short-term specifically relative to
14  polypropylene meshes --
15      Q.   Okay.
16      A.   -- because it is a permanent
17  implantable device, shown to have degradation in
18  Klinge, et al., up to 15 years, Ethicon's
19  statement showing that degradation continues,
20  contraction, et cetera.  Anything less than
21  lifelong, to me, is short-term and insufficient.
22      Q.   And you like to apply a different bar
23  to the Burch colposuspension; correct?
24      A.   Burch and also the autologous
25  because -- specifically because those are no

| Page 129 |
|---|

1  permanent implantable device.  With that said, for
2  example, when the ProteGen sling was used in the
3  past, the Gortex sling was used in the past, then
4  I would say for those, you need to have lifelong
5  follow-up.
6          Okay.  But, again, when we're talking
7  about autologous tissue, the patient's own, or
8  Burch, where there's no tissue used, the
9  products -- there's no product in there to have
10  lifelong problems with.
11      Q.   So how do you define short-term as to
12  the autologous and the Burch?
13      A.   Well, a minimum study criteria
14  established about four, five years ago, said any
15  study less than 12 months for sling procedures was
16  insufficient.
17          So, again, it depends on what you're
18  looking at in a study.  But if we're looking at
19  efficacy, efficacy is a different story.  Efficacy
20  can be lifelong.  But if we're looking at
21  perioperative complications, then really two years
22  out.  Patients heal.  But there is no written in
23  stone what short-term, long-term is.
24      Q.   I was just following up, though,
25  because you used those terms, and I want to know

33 (Pages 126 to 129)

Daniel Steven Elliott, M.D.

Page 130

1  what it means to you.
2      So what is short-term --
3      A.  Short-term --
4      Q.  -- in the context of an autologous
5  pubovaginal sling?
6      MR. CARTMELL:  Are you talking about
7  in the context of a study?
8      MR. SNELL:  Not a particular study.
9  He says short-term.
10     Q.  BY MR. SNELL:  I want to know what you
11 mean by that.
12     A.  I understand.
13     Q.  You've told me about the TVT and
14 stuff, and I hear you.  But now I want to know
15 what standard do you apply to the Burch when you
16 say short-term?
17     A.  Less than 12 months.
18     Q.  Okay.
19     A.  Less than 12 months.  Arguably, 24
20 months.
21     Q.  And what do you mean -- strike that.
22     What standard do you use for the
23 definition of short-term with regard to the
24 autologous pubovaginal sling?
25     A.  Same thing.  12 months definitively.

Page 131

1  Arguably 24 months.
2      Q.  Okay.  Is that for safety, too?
3      A.  Yes.  But, again, we don't have any
4  permanent implantable device with those other
5  procedures.  So perioperative morbidity is a more
6  important issue.
7      Q.  Well, you know there can be permanent
8  sutures placed at the time of the autologous
9  pubovaginal sling or a Burch; correct?
10     A.  Yes.  And those are --
11     Q.  And you know there can be suture or --
12     MR. CARTMELL:  Let him finish.  Hold
13 on?  Yes, and those are?
14     A.  Yes, and those are usually Prolene
15 sutures, which we've been told by Ethicon are
16 safe.  However, in my practice, I've had two
17 patients develop suture granulomas; so I don't use
18 them.  I use Vicryl sutures.
19     Q.  BY MR. SNELL:  And you know that
20 suture erosion can occur with those -- any type of
21 permanent suture; correct?
22     A.  Then that raises the very real
23 possibility of those sutures causing degradation,
24 inflammatory reaction, foreign body response,
25 which we know happens in the dog model.  That's

Page 132

1  been discussed.  Ethicon knows that.  So that
2  actually is a very good point.  Perhaps Prolene is
3  not safe product, as we've been told.
4      MR. SNELL:  Move to strike as
5  non-responsive.
6      Q.  BY MR. SNELL:  My question was:  It's
7  known that permanent sutures can degrade.  In
8  fact, it's known that permanent sutures can have
9  suture erosion if employed with the Burch
10 colposuspension or the autologous pubovaginal
11 sling procedure; right?
12     A.  Incorrect.
13     Q.  You haven't seen publications by
14 people like Ed McGuire and others that report
15 suture erosions following an autologous
16 pubovaginal sling at an average duration follow-up
17 of greater than 24 months?
18     A.  If you're doing a pubovaginal sling in
19 the classic way where it's described, where the
20 Prolene sutures are high up in the abdomen, away
21 from the bladder, there should be zero erosions.
22 If somebody's doing a variant of it, that's a
23 different story.  I can't speak to that.  Burch is
24 the same thing.  You have a Prolene suture, which
25 we know degrades based upon studies, okay, which

Page 133

1  are outlined in my expert report.  Ethicon knows
2  it.  Prolene, as a much suture, degrades.  If you
3  knot it up and put it by the bladder, you can have
4  degradation, foreign body reaction, and then
5  subsequently erosion.  So, yes, the question is
6  why.
7      MR. SNELL:  Move to strike as
8  nonresponsive.
9      Q.  BY MR. SNELL:  My question was:  Do
10 you know there are studies that report suture
11 erosions by people who do the autologous
12 pubovaginal sling, like Ed McGuire, that report
13 suture erosions at a follow-up of greater than
14 24 months?
15     A.  I would have to see that exact study
16 and we'd have to review it, see how they did the
17 study.  But, again, it raises the issue of why
18 that's occurring.
19     Q.  My question is:  Do you know whether
20 or not the data exists?
21     A.  I answered that and said I'd have to
22 see the studies you're talking about and how they
23 did the procedure.
24     MR. CARTMELL:  Lunch is ready when you
25 are.

34 (Pages 130 to 133)

Page 134

1 MR. SNELL: Is it. Yeah, let's go
2 ahead and do lunch.
3 (Recessed from 12:30 p.m. to
4 1:01 p.m.)
5 (Exhibit 9 marked.)
6 Q BY MR. SNELL: Doctor, I've handed you
7 the Position Statement on mid-urethral
8 sling-Urethral Slings for Stress Urinary
9 Incontinence By IUGA.
10 You're familiar with this document?
11 A. Yes, I am.
12 Q. This is one of those professional
13 societies to which you belong today?
14 A. That is correct.
15 Q. And similar to the AUA statement that
16 we looked at, it talks about efficacy of the
17 mid-urethral slings; correct?
18 A. Correct.
19 Q. And it talks about safety of
20 mid-urethral slings; correct?
21 A. Yeah. It discusses it, yes.
22 Q. All right. In the third paragraph,
23 when they're talking about mid-urethral slings,
24 they state that "They have been shown to be as
25 effective as more invasive traditional surgery

Page 135

1 with major advantages of shorter operating and
2 admission times and a quicker return to normal
3 activities together with lower rates of
4 complications."
5 Do you see that?
6 A. Yes, I do.
7 Q. Do you disagree with the IUGA position
8 statement?
9 A. I disagree.
10 Q. "This has resulted in the mid-urethral
11 sling becoming the operation of choice in Europe,
12 Asia, South America, South Africa, Australasia,"
13 A-u-s-t-r-a-l-a-s-i-a, "and North America for the
14 treatment of SUI with several million procedures
15 performed worldwide."
16 Do you see that?
17 A. Yes, I do.
18 Q. Do you agree or disagree with that
19 statement that it is the operation of choice as
20 amongst the alternative surgeries?
21 A. It is the most common procedure --
22 Q. Okay.
23 A. -- I mean, performed.
24 Q. A little further down it says, "There
25 is robust evidence to support the use of

Page 136

1 mid-urethral slings from over 2,000 publications
2 making this treatment the most extensively
3 reviewed and evaluated procedure for female stress
4 urinary incontinence now in use."
5 Do you agree with that?
6 A. I have not looked at that.
7 Q. "These scientific publications studied
8 all types of patients, including those with
9 co-morbidities, such as prolapse, obesity, and
10 other types of bladder dysfunction."
11 Have you analyzed that?
12 A. Independently analyzed it, I've read
13 the studies concerning that.
14 Q. You haven't read all 2,000
15 publications they're referring to; correct?
16 A. No. That is correct. Yes.
17 Q. It says, "It is, however, acknowledged
18 that any operation can cause complications."
19 And that's a fair statement; correct?
20 A. There can be different sets of
21 complications, but any procedure can have
22 complications.
23 Q. "For mid-urethral slings these include
24 bleeding, damage to the bladder and bowel, voiding
25 difficulty, tape exposure and pelvic pain; all of

Page 137

1 these may require repeat surgery, but this is
2 uncommon."
3 Do you see that?
4 A. Yes, I do.
5 Q. A little further down, they talk about
6 "long-term effectiveness of up to 80 percent has
7 been demonstrated in studies including one which
8 has followed up a small group of patients for
9 17 years"; correct?
10 A. That's what it states, yes.
11 Q. And in this IUGA statement has a list
12 of references -- do you have that? All right.
13 So for the 17-year study, you
14 understand that to be the Nilsson paper on the TVT
15 retropubic study?
16 A. That's the only 17-year one. I'll
17 make an argument that it's not TVT.
18 Q. What argument would you make that it's
19 not TVT?
20 A. Based upon the deposition by Arnaud
21 who said it's not a TVT product. And he doesn't
22 know if it's the polypropylene mesh even used by
23 Ethicon -- or manufactured by Ethicon.
24 Q. Do you have any -- have you done any
25 independent confirmation of whether or not that

35 (Pages 134 to 137)

Daniel Steven Elliott, M.D.

Page 138

1   product was TVT other than what you just
2   referenced with regard to Dr. Axel Arnaud's
3   deposition testimony?
4       A.   The only way I'd have access to that
5   is via the deposition.  It's impossible to know
6   that in another independent source, but since Axel
7   Arnaud is very high up in Ethicon and he states
8   it's not TVT, I'm going to believe him.
9       Q.   Do you know whether that mesh was a
10  Prolene -- polypropylene mesh?
11      A.   It was a polypropylene mesh, as what
12  he said.  Maybe made by Ethicon.  Maybe made by
13  Bard.  He doesn't know.
14      Q.   As a result IUGA supports the use of
15  monofilament polypropylene mid-urethral slings for
16  the surgical treatment of female stress urinary
17  incontinence."
18          Do you see that?
19      A.   Yes, I do.
20      Q.   Do you agree or disagree with IUGA's
21  support?
22      A.   Disagree.
23      Q.   You've read the AUGS and SUFU
24  statement on mid-urethral slings?
25      A.   Yes, I have.

Page 139

1          (Exhibit 10 marked.)
2       Q.   BY MR. SNELL:  You don't belong to
3   AUGS, but you do belong to SUFU; right?
4       A.   That -- yeah.  They're sister
5   societies.  So I can attend AUGS meetings as a
6   member, but I am not formally in their membership
7   role.
8       Q.   SUFU has over 500 members?
9       A.   I don't know the number.  It's a lot.
10      Q.   AUGS -- do you know whether they
11  represent more than 1,700 members?
12      A.   They have a lot.  They have more than
13  SUFU.
14      Q.   Do you have to be a urogynecologist or
15  to have passed a subspecialty female pelvic
16  medicine or reconstructive surgery boards to be a
17  member of AUGS as opposed to SUFU?
18      A.   No.  You can be a member of AUGS
19  without having any credentials.  To take the board
20  exam, the female pelvic medicine reconstructive
21  surgery, you just have to supply certain logs,
22  have a certain amount of volume of cases and take
23  the exam.
24      Q.   You took that exam and passed it;
25  right?

Page 140

1       A.   Correct.  In June of 2013.
2       Q.   Did you have to study for that exam?
3       A.   Yes, I did.
4       Q.   Did part of that exam testing concern
5   polypropylene mid-urethral slings?
6       A.   Yes.
7       Q.   Was part of that exam concerning the
8   Burch colposuspension and the autologous
9   pubovaginal sling?
10      A.   It's been two years, and I can't
11  recall exactly.  I know they had Burch questions
12  and I know they had sling questions, yes.
13      Q.   This says, "The polypropylene mesh
14  mid-urethral sling is the recognized worldwide
15  standard of care for the surgical treatment of
16  stress urinary incontinence."
17          Do you see that?  On the first page.
18      A.   Unfortunately, no, I don't see it.
19      Q.   Here.
20      A.   I listen to -- oh, there on the bold.
21  Yes.  I see it.
22      Q.   And you would agree it's within the
23  standard of care for a female urologist or a
24  pelvic floor surgeon to do a polypropylene mesh
25  mid-urethral sling like the TVT retropubic today?

Page 141

1       A.   It is not malpractice to do that
2   procedure.
3       Q.   It, therefore, is within the standard
4   of care; correct?
5           MR. CARTMELL:  Object to the form.
6       A.   Well, as I said, it's not going to be
7   malpractice.  It is an accepted treatment out
8   there.
9       Q.   BY MR. SNELL:  You've reviewed --
10  well, let me ask you:  Have you reviewed the AUA
11  stress urinary incontinence guidelines?
12      A.   Yeah.  It depends which year you're
13  talking about.  There's 2009 and others.
14      Q.   The 2009 and then the update in 2012?
15      A.   Yes.  Yes.
16      Q.   All right.  I think you pronounced the
17  lead author's name --
18      A.   Oh, Dmochowski.  Call him Roger.
19      Q.   For example, in those AUA stress
20  urinary incontinence guidelines, they recognize
21  mid-urethral, retropubic, trans -- they -- strike
22  that.
23          In the AUA stress urinary incontinence
24  guidelines they recognize the retropubic
25  polypropylene mid-urethral sling like the TVT

36 (Pages 138 to 141)

Daniel Steven Elliott, M.D.

Page 142

1 retropubic as being a suitable surgical option for
2 surgeons to turn to; correct?
3    A.   Yeah.  Using the terminology you did,
4 it is one of the treatment options available.
5    Q.   And they looked at the literature, did
6 a systematic review, and they analyzed the data on
7 mid-urethral slings, Burch, and the autologous
8 pubovaginal slings, and came to that conclusion?
9    A.   Yes.  They analyzed more than just
10 those, but, yes, those are some of the ones they
11 analyzed.
12    Q.   Those were the main groups that they
13 reported on; correct?
14    A.   I'd have to look at your question --
15 it was, you know, retropubic, transobturator,
16 pubovaginal, and Burch.
17    Q.   Right.  In the AUGS/SUFU statement
18 they say, "The procedure is safe, effective, and
19 has improved the quality of life for millions of
20 women."
21         Do you see that?  I'm sorry.  Right
22 where we were at.
23    A.   Oh, I'm sorry.  Yes, I see that.
24    Q.   Do you agree or disagree with
25 AUGS/SUFU?

Page 143

1    A.   Disagree.
2    Q.   You disagree that the procedure is
3 effective?
4    A.   No.
5    Q.   Do you disagree that the procedure has
6 improved the quality of lives for millions of
7 women?
8    A.   I have no way of proving that.
9    Q.   You disagree the procedure is safe?
10    A.   Yes.
11    Q.   And do you believe that all
12 polypropylene mesh mid-urethral slings are unsafe?
13    A.   That are currently available on the
14 market now, I agree with you they are all unsafe.
15    Q.   Let me rephrase that.  I don't think I
16 asked you to agree with me.
17         MR. CARTMELL:  You did.
18         MR. SNELL:  No, I didn't.  I think --
19         MR. CARTMELL:  Do you disagree?
20         MR. SNELL:  Disagree the procedure is
21 safe, yes.
22    Q.   BY MR. SNELL:  All right.  My question
23 was:  And do you believe that all polypropylene
24 mesh mid-urethral slings are unsafe?
25    A.   Okay.  All the --

Page 144

1         MR. CARTMELL:  He answered it.
2 Objection.  Asked and answered.
3         We're reading it.  He says that are
4 "currently available on the market, I agree with
5 you, they are all unsafe."
6         MR. SNELL:  He's not agreeing with me,
7 because I didn't posit the question as "please
8 agree with me."  I'm just asking his opinion.
9    Q.   BY MR. SNELL:  Understand.  So let me
10 just -- let's just strike that and make sure we
11 get a clean Q and A.
12         Do you believe, Dr. Elliott, that all
13 of the polypropylene mesh mid-urethral slings
14 available for the treatment of female stress
15 urinary incontinence are unsafe?
16    A.   I believe that all the currently
17 available mesh slings available on the market as
18 of right now and their technique are unsafe.
19    Q.   You do not disagree, I take it, that
20 some women can have, following the TVT retropubic
21 placement, cure of their incontinence and
22 improvement in quality of life?
23         MR. CARTMELL:  Object to the form.
24    A.   It is a hypothetical individual, but
25 there are going to be studies that show, as of

Page 145

1 right now, they have had -- they've reached that.
2 The question is what will happen with long-term
3 follow-up.
4    Q.   BY MR. SNELL:  Do you only treat
5 female stress incontinence or do you also treat
6 male stress incontinence?
7    A.   I treat both female and male voiding
8 dysfunction.
9    Q.   Do males have stress urinary
10 incontinence?
11    A.   Following prostate surgery.  Almost
12 exclusively that's what I see them for.
13    Q.   Do you use any medical devices for the
14 treatment of male stress urinary incontinence?
15    A.   Yes.  The AMS800 -- American Medical
16 Systems 800 artificial urinary sphincter.
17    Q.   And are there any lifelong registries
18 monitoring those patients?
19    A.   Yes.  The AMS -- American Medical
20 Systems keeps a registry of all implants.  Every
21 time I do a surgery on them, they are notified,
22 and I have to fill out a summary of what I did,
23 revision, complications, et cetera.
24    Q.   Do those track the patients lifelong?
25    A.   Yes.

37 (Pages 142 to 145)

Daniel Steven Elliott, M.D.

|   | Page 146 |   | Page 148 |
|---|---|---|---|

**Page 146**

1  Q.  Where is that data published, if at
2  all?
3  A.  It is not published. It's at AMS.
4  American Medical Systems, which is based in
5  Minnetonka, Minnesota. And that goes back to
6  1972.
7  (Exhibit 11 marked.)
8  Q  BY MR. SNELL: I've handed you
9  Exhibit 11. This is the AUGS -- one of the AUGS
10  position statements; correct?
11  A.  Correct. This one is on pelvic floor
12  disorders, though.
13  Q.  If you look at paragraph 5 where they
14  talk about stress urinary incontinence and mesh
15  slings.
16  A.  On page 3, I think?
17  Q.  Yes.
18  A.  I'm there.
19  Q.  It says, "Full length mid-urethral
20  slings, both retropubic and transobturator" -- and
21  just so we're clear, the TVT retropubic is a full
22  length retropubic mid-urethral sling; correct?
23  A.  I'm sorry to interrupt you. I just
24  don't know where you are -- I see the paragraph.
25  I just don't know which --

**Page 147**

1  Q.  The bottom five, six lines.
2  A.  Starting --
3  Q.  Actually, the bottom three lines.
4  That's okay.
5  A.  Starting with "Full-length," yes.
6  Q.  Okay. The TVT retropubic device is a
7  full length retropubic mid-urethral sling; right?
8  A.  Okay. I'm sorry. I was trying to
9  find where you -- I thought you were reading. I'm
10  sorry.
11  The question was, is the
12  full-length -- well, I don't necessarily know what
13  they mean by a full length. Everything is a full
14  length, whether it's short or long, but this is
15  the longest length of mesh.
16  Q.  It says they "have been extensively
17  studied, are safe and effective relative to other
18  treatment options and remain the leading treatment
19  option and current gold standard of care for
20  stress incontinence surgery"; correct?
21  A.  That's what they state, yes.
22  Q.  Do you disagree or agree with AUGS?
23  A.  I disagree.
24  Q.  What exactly do you disagree with
25  there in that paragraph -- sorry. In that

**Page 148**

1  sentence?
2  A.  That is outlined in detail in my
3  expert report, going to all those various issues.
4  The extensively studied, I agree with.
5  Safe, I disagree with, as mentioned in
6  my expert report, my clinical experience, my
7  discussion in national and international meetings.
8  Effective relative to other treatment
9  options, I agree with. We've established that
10  already.
11  Remains a leading treatment
12  opposition, I agree. It is common, the use. I
13  don't have a problem with that.
14  Current gold standard of care for
15  stress urinary incontinence. Gold standard means
16  absolutely nothing to me. I don't even know what
17  that means. The term gets thrown around a lot.
18  Is it something that is compared to?
19  It is the best. So it is -- I agree with the
20  leading treatment option. There are other things
21  that are available that it could be compared to.
22  Burch sling or the TVT.
23  Q.  The term "gold standard," that's
24  something that you've seen commonly in the medical
25  literature; correct?

**Page 149**

1  A.  It is thrown around extensively. It's
2  a bad term.
3  Q.  You've seen people refer to the
4  autologous pubovaginal sling as a gold standard;
5  correct?
6  A.  Correct.
7  Q.  You've seen people refer to the Burch
8  colposuspension as the gold standard; correct?
9  A.  Correct.
10  Q.  You've seen people refer to the TVT
11  retropubic device as a gold standard; correct?
12  A.  Correct.
13  Q.  To your knowledge or understanding, is
14  there a -- strike that.
15  To your knowledge and understanding,
16  what does it mean to be a gold standard within the
17  art of pelvic surgery?
18  A.  It should be -- this is my
19  interpretation of it.
20  Gold standard should be the procedure
21  that has the safest, the best, which everything
22  should be compared to. The gold standard, unlike
23  gold. Gold cannot -- the true iron -- or true
24  element cannot be replaced. Okay. Gold standards
25  have evolved.

38 (Pages 146 to 149)

## Daniel Steven Elliott, M.D.

Page 150

1    In the '90s, it was the Raz, R-a-z,
2  urethropexy.  That's gone now.  So gold standard
3  is a shifting thing.  It's what everything should
4  be compared to because it has proven itself to be
5  the best in all factors involved.
6    Q.   Back when the Raz urethropexy was
7  reported in the literature, there weren't any
8  randomized control trials in that procedure,
9  comparing it to the Burch and pubovaginal sling;
10  correct?
11    A.   I'd have to look at the literature.  I
12  don't recall any.
13    Q.   Did people refer to, like, the Raz
14  procedure as the gold standard, not based on
15  comparative -- direct comparative data?
16    A.   The gold standard relative to urinary
17  incontinence has really evolved since TVT came
18  out.  And that's when there was now a comparison.
19  You had some people were for Burch, some people
20  for sling, some people for the Raz.  The Raz fell
21  out.  Wasn't effective.  Then TVT was around.
22  Then the argument came of this gold standard.
23  But, again, it's not like you can type up a paper
24  and put in equations and come up with, oh, this
25  one's gold.  It's relative.

Page 151

1    Q.   There are other procedures for stress
2  urinary incontinence that have also fallen out of
3  favor, like the MMK that you earlier referenced;
4  correct?
5    A.   Correct.  There are many that have
6  faded away.
7    Q.   The anterior repair is another;
8  correct?
9    A.   Well, I don't know if you're talking
10  about the Kennedy Kelly plication.  That is still
11  done somewhat, but it's not, what you would say,
12  in the upper tier of effective treatments.
13    Q.   And that would be based on randomized
14  control trial data or cohort studies?
15    A.   Cohort studies.
16    MR. SNELL:  Let's mark this as the
17  next one.
18    (Exhibit 12 marked.)
19    Q   BY MR. SNELL:  Exhibit 12 is the EAU
20  Guidelines on Surgical Treatment of stress --
21  strike that.
22    EAU Guidelines -- let me get a better
23  question out.
24    Exhibit 12 is the EAU Guidelines on
25  Surgical Treatment of Urinary Incontinence;

Page 152

1  correct?
2    A.   That is correct.
3    Q.   And have you reviewed this document
4  before?
5    A.   Yes, I have.
6    Q.   Okay.  Were you involved in the
7  drafting of this document?
8    A.   No, I was not.  And the interesting
9  thing is, being a member of the female urology
10  section, I don't recognize very many of these
11  names.
12    Q.   This was published in 2012; right?
13    A.   Yes.
14    Q.   And what they did was, using their
15  methodology, they used evidence-based medicine
16  methodology and did individual literature search
17  strategies?
18    A.   Correct.  For the treatment of both
19  men and women.
20    Q.   Fair enough.
21    And for the treatment of stress
22  urinary incontinence in women, they concluded that
23  mid-urethral slings should be offered as the first
24  line treatment; correct?
25    A.   I'd have to see where you're quoting.

Page 153

1  I just don't see it in the document.  The
2  document's fairly long.
3    Q.   Okay.  The third page, go to the
4  surgical algorithm.
5    A.   Yes.
6    Q.   Where you see if a person has -- a
7  woman; right?  The top diagram is for treatment in
8  women; right?
9    A.   Correct.
10    Q.   And for stress incontinent women,
11  first line is "Offer mid-urethral sling"; correct?
12    A.   Yeah.  Or "consider peri-urethral
13  injections"; right.
14    Q.   Right.  So mid-urethral sling would be
15  a first-line surgical option for the treatment of
16  stress urinary incontinence in women, according to
17  the EAU Guidelines; correct?
18    A.   Yeah.  Yes.  This algorithm,
19  established in 2012, that is what they offer as
20  first-line treatment.
21    Q.   And they also identify the
22  mid-urethral sling as a first-line surgical option
23  if there's mixed incontinence, but the stress is
24  predominant; correct?
25    A.   Yes.

Daniel Steven Elliott, M.D.

Page 154

1    Q.   And do you disagree with the EAU
2  Guidelines in that regard?
3    A.   Yes, I do.
4       (Exhibit 13 marked.)
5    Q   BY MR. SNELL:  This is the Guidelines
6  on Urinary Incontinence from the EAU 2015.
7       Do you see that?
8    A.   Yes, I do.
9    Q.   So this is when you were in your role
10  in that pertinent group; correct?
11    A.   That's correct.
12    Q.   First page says, "Mid-urethral slings
13  are now the most frequently used surgical
14  intervention in Europe for women with stress
15  urinary incontinence."
16       Do you see that?
17    A.   I don't see it.  But I heard you read
18  it.  Okay.  Yes.  Yes, I see it.  Yes.
19    Q.   And for the purpose of the guidelines,
20  they did a new meta-analysis; correct?
21    A.   Correct.
22    Q.   Were you consulted on these
23  guidelines?
24    A.   No, I was not.
25    Q.   But these are people who are in the

Page 155

1  group that you belong to?
2    A.   They're in -- members of the EAU.  But
3  these are not people in the subsection of female
4  urology and functional urology.  And I'm on the
5  board of those.  And I know some of their names,
6  but they're not sitting on the board.
7    Q.   Were you even aware that these urinary
8  incontinence guidelines were published in 2015 by
9  EAU?
10    A.   No.  I was aware they were published.
11  I was not part of their publishing.
12    Q.   Does the EAU still recognize the
13  mid-urethral polypropylene slings as a surgical
14  option to treat stress urinary incontinence?
15    A.   Yes.  As stated in their document,
16  they do not ban its use.
17    Q.   Do they still, as of today, recognize
18  the mid-urethral polypropylene sling as being the
19  appropriate first-line surgical option?
20    A.   That's what they state in the previous
21  document.  I don't know about this one.
22       (Exhibit 14 marked.)
23    Q.   BY MR. SNELL:  So these are the fact
24  sheets by ICS published July 2013.
25       Do you see that?

Page 156

1    A.   Yes, I do.
2    Q.   ICS is another organization you belong
3  to; correct?
4    A.   That is correct.
5    Q.   And so they cover different
6  conditions, like overactive bladder, and then they
7  have stress urinary incontinence beginning on
8  page 12.
9    A.   Yes.
10    Q.   Have you seen these before?
11    A.   Um-hum.  Yes, I have.
12    Q.   Do you use these statements with any
13  of your patients?
14    A.   No.
15    Q.   I know ACOG and the Urology
16  Foundation, the branch of the AUA, have patient
17  guides, publications, things like that.
18       Do you use any of those materials with
19  your patients?
20    A.   We have them available for education
21  purposes.  We'll go through it.  But to be honest,
22  usually that's so overwhelming for the average
23  individual that we don't rely on them heavily.
24    Q.   Does Mayo Clinic have its own patient
25  education handouts that you use --

Page 157

1    A.   Yeah.  We have a --
2    Q.   -- for stress urinary incontinence?
3  That's what I'm focused on.
4    A.   We have an overarching, for
5  incontinence.  Within it is a subsection of stress
6  incontinence.  But it's not specific just to
7  stress.
8    Q.   Okay.  On page 13 where they're
9  talking about -- it says, "Definitive therapy for
10  SUI is surgical."
11    A.   Correct.
12    Q.   You would agree with that; correct?
13       MR. CARTMELL:  I'm sorry.  What was
14  the question again?
15    A.   Definitive area for SUI is the
16  surgical?
17    Q.   BY MR. SNELL:  No.  Let me repeat it.
18  It's not "area."
19       This states on page 13, "Definitive
20  therapy for SUI is surgical."
21       Do you see that?
22    A.   No.  I see it.
23    Q.   Do you agree with that?
24    A.   I'd say no.  It is -- surgery is an
25  option for some individuals.  But some individuals

Daniel Steven Elliott, M.D.

Page 158

1  with appropriate counseling do not need to have
2  surgery. So depends how you're defining
3  definitive, I suppose. There are other things
4  that work.
5      Q.  Right. So pelvic floor exercises;
6  correct?
7      A.  Correct. That's one of them.
8      Q.  And bulking agents; correct?
9      A.  Correct.
10     Q.  And you're aware of data showing
11 surgical -- when you compare stress urinary
12 incontinence surgery, the efficacy of that
13 compared to those alternatives, non-surgical
14 alternatives, surgery has better results?
15     A.  Correct. I agree with that. I just
16 have a problem with definitive therapy.
17     Q.  Right.
18     A.  It's a little too dogmatic for me.
19     Q.  Okay. "Worldwide, mid-urethral slings
20 comprised of synthetic mesh have become the
21 treatment of choice for SUI."
22         And we've already discussed that;
23 right?
24     A.  Ad nauseam, yes.
25     Q.  "Long-term data are robust and

Page 159

1  demonstrate durable efficacy with a very low
2  complication rate, particularly in experienced
3  hands."
4          You would agree with that?
5      MR. CARTMELL:  Object to the form.
6      A.  I agree with parts and disagree with
7  other parts. So in totality, I would have to say
8  I disagree.
9      Q.  BY MR. SNELL:  What do you agree with
10 in that sentence?
11     A.  Long-term -- oh, what do I agree with?
12 Sorry.
13     Q.  Yes.
14     A.  I think, as we established, "durable
15 efficacy," I'm okay with that.
16         And then, "particularly in experienced
17 hands," as I've stated before, more experienced
18 surgeons, the data is very clear. Arnaud even
19 admitted they're going to have better results.
20         "Very low complication rates," I
21 disagree with. Strongly.
22     Q.  For any type of stress incontinence
23 surgery, we can agree that more experienced
24 surgeons are going to typically give better
25 results; right?

Page 160

1      A.  Yes, that is a fair statement.
2      Q.  And I mean, you're a better surgeon,
3  don't you think, today than when you were coming
4  out of your fellowship; correct?
5      A.  Correct.
6      Q.  And part of that is because you've
7  amassed more surgical volume experience; correct?
8      A.  That is one aspect of it. And I have
9  read hundreds of journal articles, attend all the
10 national and international meetings, and discuss
11 with high level colleagues. But, yes, there
12 should be progress. But individuals who don't
13 have the advantages I do, aren't necessarily going
14 to progress. They could actually worsen.
15         (Exhibit 15 marked.)
16     Q  BY MR. SNELL:  This is the NICE,
17 N-I-C-E, Clinical Guideline 171 issued
18 September 2013 on urinary incontinence in women.
19         Are you familiar with this?
20     A.  Yes, I am.
21     Q.  Turn to page 24.
22     A.  Okay.
23     Q.  And just as background, you're aware
24 then that in the generation of this NICE guideline
25 they searched the medical literature?

Page 161

1      A.  Yes. They have done similar to what
2  the AUA guidelines are. All these societies do
3  essentially the same thing.
4      Q.  And they say for when offering --
5  strike that.
6          They state, paragraph 1.10.3, "When
7  offering a synthetic mid-urethral tape procedure
8  surgeons should:  Use procedures and devices for
9  which there is current high quality evidence of
10 efficacy and safety."
11         Do you see that?
12     A.  Yes, and I agree with that statement.
13     Q.  They also say use only -- "only use a
14 device that they have been trained to use."
15         Do you agree with that?
16     A.  Yes, I do.
17     Q.  Do you use any devices that you
18 weren't trained on?
19     A.  No.
20     Q.  "Use a device manufactured from type 1
21 macroporous polypropylene tape."
22         Do you agree with that?
23     A.  If he's referring to the Amid type 1,
24 I disagree with that.
25     Q.  Well, there's no other type 1 system

41 (Pages 158 to 161)

Daniel Steven Elliott, M.D.

Page 162

1  that reports and identifies macroporous versus
2  microporous than Amid; correct?
3       A.  There is no industry standard
4  regarding that.  However, I'm stating that Amid is
5  archaic.  So macroporous is a relative term.  We
6  have to define what macroporous is.
7       Q.  So there is no -- so macroporous means
8  macro, large; porous, pores; correct?
9       A.  That is the literal translation of the
10  word, yes.
11      Q.  And in the Amid classification,
12  macroporous is defined as greater than or equal to
13  75 microns; is that correct?
14      A.  Yeah.  Yeah.  Greater than or equal
15  to, yeah, that's what Amid does.
16      Q.  And that's because the cells involved
17  in tissue ingeneration, combating bacteria are all
18  cells that are smaller than 75 microns; correct?
19      A.  Well, I mean, it goes beyond that,
20  that the 75 microns and be able to have the
21  inflammatory responders, be able to perforate
22  through that.
23          But, again, the data shows, Ethicon
24  agrees as stating, that it's 1,000 microns now and
25  a minimum under strain.  So what I'm saying is the

Page 163

1  Amid is archaic, and not the standard used
2  anymore.
3       Q.  Do any of the professional societies
4  that you belong to state and define macroporous as
5  anything other than that which the Amid
6  classification states it as, greater than or equal
7  to 75 microns?
8       A.  I have yet to see that in any of the
9  society statements that they state that because
10  they don't know the information I've been privy
11  to.
12      Q.  We can agree that those inflammatory
13  cells are all smaller than 75 microns; correct?
14          MR. CARTMELL:  Object to the form.
15      A.  Not necessarily, because some of the
16  macrophages, especially under activated states,
17  can be up to 80 micrometers or greater.
18      Q.  BY MR. SNELL:  Well, you know
19  macrophages can enhance pseudopodia, which can get
20  into spaces that are less than 5 microns; don't
21  you.
22      A.  Then if all that were true --
23      Q.  Answer my question.  Do you know that
24  or not?
25      A.  I was answering your question.

Page 164

1          MR. CARTMELL:  Let him answer.
2       A.  And I'm saying, if all that were true,
3  we would not be sitting here with all the
4  degradation problems and inflammatory responses.
5  And then I know what I read with Ethicon
6  depositions, that they all agree that is too small
7  and that is not the standard they go by.  So all
8  I'm saying is I do not agree with this as it's
9  stated.
10      Q.  BY MR. SNELL:  But my question to you
11  is:  Based on your knowledge and scientific
12  understanding, can macrophages extend pseudopodia
13  to try to get to bacteria in spaces less than
14  5 microns?
15      A.  They can try, but are they successful?
16      Q.  Are they --
17      A.  And this is -- this is 75 microns when
18  it comes out of the box.  But that's not under
19  stress.  So it decreases.  So, again, where
20  they're really insufficient and where I have privy
21  to information is not what it comes out of the
22  box, when it's been implanted in the woman and
23  after contraction of scarring.
24      Q.  The pore size in the mesh for TVT is
25  much larger than 75 microns out of the box.  We

Page 165

1  can agree to that.
2       A.  Out of the box, I have seen numbers
3  all over the board because they don't have a --
4  there's not a circle with a diameter.  There's
5  wires or fibers going everywhere.  So there's not
6  a uniform size.  So you may have one greater than
7  75.  Right next to it, you have one at 10 microns.
8  And that's what P.A. Newell said under oath.
9       Q.  Have you ever put the TVT mesh out of
10  the box next to a millimeter ruler and looked --
11      A.  Yes.
12      Q.  -- and seen whether the pores are
13  larger than a millimeter?
14      A.  Absolutely, I have.
15      Q.  And those pores are larger than a
16  millimeter out of the box; correct?
17      A.  Absolutely not.  A millimeter?
18      Q.  Yes.  100 microns for a TVT.
19      A.  Out of the box.  You might be able to
20  find some, but right next to it it's not.  But,
21  again, that doesn't matter out of the box.  It's
22  when it is implanted in the woman under load.
23      Q.  Yes.  But those inflammatory cells
24  don't just go in circles; do they, sir?
25      A.  Well, there's going to be

42 (Pages 162 to 165)

Daniel Steven Elliott, M.D.

Page 166

1  literature -- and let's go to my expert report on
2  this, on degradation and pore size. I've got the
3  literature stated from individuals like Klinge,
4  Klostenhalfen, Costello, Clave, et al., who will
5  disagree with you, that, no, that pore size is
6  insufficient to have adequate tissue incorporation
7  and prevention of the inflammation which then
8  causes degradation, et cetera.
9      Q. Klinge and those doctors were
10  assessing hernia mesh, not the TVT device in the
11  application of stress incontinence in women;
12  correct?
13      MR. CARTMELL: Object to the form.
14      A. Okay. And then --
15      Q. BY MR. SNELL: Is that a yes or no?
16      A. No. I can't answer a separate yes or
17  no because my understanding is they're doing
18  hernia meshes in the abdomen. TVT is a hernia
19  mesh being put into the vagina. So it's going to
20  be a worse of an environment because of higher
21  bacteria counts. Different types of strain. So
22  if it performs poorly in the abdomen, it's going
23  to perform worse in the vagina.
24      Q. All of the citations where you cite to
25  Klinge and those doctors in your report are in the

Page 167

1  context of hernia; correct?
2      A. All right. Let's go to my expert
3  report on pore size, because if we're going to
4  talk about this in detail -- I spent a lot of time
5  on this, and so we can go to that. So I have it
6  down here beginning around page 18, where I
7  reference internal documents, studies, et cetera.
8      Q. None of them being TVT retropubic
9  device studies that were in women; correct?
10      A. Well, if --
11      Q. That's a yes or no. So which one is
12  it?
13      MR. CARTMELL: No. You can answer.
14  Let him answer. You cut him off again. That's
15  twice in the last minute and a half.
16      MR. SNELL: No, no. I can say a yes
17  or no question, Tom; you know that.
18      MR. CARTMELL: So let him answer the
19  question. Go ahead.
20      MR. SNELL: It's a yes or no.
21      MR. CARTMELL: Go ahead.
22      A. They have done studies looking at the
23  hernia mesh. Have Klinge, Klostenhalfen and
24  others done it specifically with the TVT? No.
25  But I have to extrapolate the data. That would

Page 168

1  have been something very good for Ethicon to have
2  done.
3      MR. SNELL: Move to strike everything
4  up to the responsiveness about "when they" with
5  regard to TVT, no.
6      Q. BY MR. SNELL: You call him Klingel?
7      A. Klinge.
8      Q. Is it Klingel or Klinge? Because I
9  heard it all different ways.
10      MR. CARTMELL: I thought it's Klinge.
11      A. It's Klinge.
12      MR. CARTMELL: Klinge, okay. He said
13  Klinge.
14      Q. BY MR. SNELL: Oh, I think he said
15  Klingel, like Chris Klingel? I just want to make
16  sure I know we're talking about the same person.
17  It's the same person; right?
18      A. Klinge, yeah.
19      Q. Okay. Look, I'm even worse than you
20  are with names, and you're pretty good with names.
21  I'm bad with them. All right.
22      MR. CARTMELL: Chris Klinge.
23      Q. BY MR. SNELL: So we were looking at
24  that NICE guideline. It says down --
25      MR. CARTMELL: NICE or NICE.

Page 169

1      Q. BY MR. SNELL: That's a good one.
2  It's abbreviated NICE.
3      A. I know it.
4      Q. All right. So for the NICE guideline
5  under colposuspension, it says, "Do not offer a
6  laparoscopic colposuspension as a routine
7  procedure for the treatment of stress UI in
8  women."
9      Do you see that?
10      A. Yes, I do.
11      Q. You've never done a laparoscopic
12  Burch; right?
13      A. No, I have not.
14      Q. Why would they say that respect to the
15  laparoscopic Burch?
16      A. Well, the laparoscopic Burch is really
17  not a -- let me start over.
18      A laparoscopic Burch is not a true
19  Burch procedure. They have to modify it, and it's
20  not really even a Burch. And the success has been
21  poor with the laparoscopic procedure called the
22  laparoscopic Burch.
23      Q. Under Biological slings they say, "Do
24  not offer anterior colporrhaphy, needle
25  suspensions, paravaginal defect repair and the MMK

Daniel Steven Elliott, M.D.

Page 170

1  for the treatment of stress UI."
2      Q.  Do you see that?
3      A.  Yes, I do.
4      Q.  Is that an accurate, up-to-date
5  statement with regard to the practice of
6  surgically treating female stress urinary
7  incontinence?
8      A.  This is a very simplified, infantile
9  form of it, but anterior colporrhaphy is to treat
10  prolapses, not incontinence.
11      Q.  Okay.
12      A.  Needle suspensions have fallen out of
13  favor because they don't work.  Paravaginal defect
14  repair, it's, again, a prolapse repair.  It's not
15  incontinence.  MMK, in the correct the high-volume
16  surgeon's hands can have decent success with it,
17  but that's not everybody.  So I agree that it's
18  not going to be, by any means, for the
19  overwhelming majority of people a first-line
20  treatment.
21      Q.  Is the MMK taught at all to residents
22  and fellows in Mayo?
23      A.  In the GYN department it may be, but
24  not in urology at all.
25      Q.  Do you think it's a fair statement

Page 171

1  that as between GYNs versus urologists, GYNs tend
2  to do more colposuspension procedures than
3  urologists, like yourself tend to favor slings
4  more?
5          MR. CARTMELL:  Object to the form.
6      A.  Colposuspension just means a vaginal
7  prolapse repair.  So that's what you're talking
8  about.  They do more prolapse than we do?
9      Q.  BY MR. SNELL:  No.  They do more like
10  Burch and MMK?
11      A.  Oh, yes.  Oh, okay.  I see what you're
12  saying.
13          That would probably be a fair
14  statement, yes.
15          (Recessed from 1:45 p.m. to
16          1:50 p.m.)
17          (Exhibit 16 marked.)
18      Q.  BY MR. SNELL:  Doctor, I've handed you
19  Exhibit 16.  This is from the Mayo Clinic
20  regarding urinary incontinence.
21          Is this the information you had
22  earlier referenced that Mayo puts out regarding
23  urinary incontinence?
24      A.  Well, this is on their web site, yeah,
25  which I had no role in this.

Page 172

1      Q.  I printed this out September 18th,
2  2015.  You see that at the bottom?
3      A.  Yes.
4      Q.  This is where the Mayo Clinic is
5  talking about urinary incontinence, particularly
6  for women; right?
7      A.  Yes.
8      Q.  And you see on the second page, Mayo
9  Clinic.
10          And you still work at Mayo Clinic;
11  right?
12      A.  Correct.
13      Q.  Talks about "Sling procedures to treat
14  stress incontinence"; correct?
15      A.  Correct.
16      Q.  And they say Mayo Clinic -- are you
17  employed by Mayo Clinic or are you an independent
18  contractor?
19      A.  No.  I'm employed by Mayo.
20      Q.  Mayo Clinic says sling procedures and
21  bladder neck suspension procedures are the most
22  common surgical procedures; right?  Falling into
23  those categories?
24      A.  I don't see where you're reading from.
25      Q.  Let me withdraw.  Restate it.

Page 173

1          MR. CARTMELL:  Where's it say that?
2      Q.  BY MR. SNELL:  The topic under Sling
3  procedures to treat stress incontinence on page 2.
4  Are you there?
5      A.  Yes.
6      Q.  All right.  And Mayo Clinic, your
7  employer, says, "Most surgical procedures to treat
8  stress incontinence fall into two main categories:
9  Sling procedures and bladder neck suspension
10  procedures."
11      A.  That's what it states, but the Mayo
12  Clinic doesn't state anything.  It's a building.
13  So this is a writer that has been hired to do
14  this, which I had no role in, but that's what they
15  state there.
16      Q.  Well, Mayo Clinic doesn't put
17  unreliable information on their web site to
18  patients; do they?
19      A.  No.  Again, I'm saying, Mayo Clinic is
20  a building.  So I'm saying it's like saying the
21  White House said something.  Well, no a person
22  said it.
23          But I'm saying, this is what is stated
24  on the Mayo Clinic web site.
25      Q.  Right.  And it says, "During a sling

44 (Pages 170 to 173)

Daniel Steven Elliott, M.D.

Page 174

1  procedure, your surgeon uses strips of synthetic
2  mesh, your own tissue or sometimes animal or donor
3  tissue to create a sling or 'hammock' under your
4  urethra or bladder neck; correct?
5      A.   Correct.
6      Q.   And that's accurate; right?
7      A.   That is correct; yes.
8      Q.   Depending upon which option a surgeon
9  chooses to offer to his or her patients; correct?
10     A.   That's correct; yes.
11     Q.   "The sling procedure that's best for
12 you depends upon your individual situation," it
13 says.
14          You'd agree with that?
15     A.   Correct.
16     Q.   It's got Tension-free sling under
17 that.  You with me?
18     A.   Yes.
19     Q.   "No stitches are used to attach the
20 tension-free sling, which is made from a strip of
21 synthetic mesh tape"; correct?
22     A.   Correct.
23     Q.   And that's like the TVT retropubic
24 device; correct?
25     A.   That would be one of them, but there'd

Page 175

1  be a lot in that category, yes.
2      Q.   "Instead, body tissue holds the sling
3  in place"; correct?
4      A.   Correct.
5      Q.   "Eventually scar tissue forms in and
6  around the mesh to keep it from moving."
7          That's correct?
8      A.   Yeah.  That is part of the problem,
9  but, yes.
10     Q.   And then they talk about retropubic
11 and transobturator approaches that we've discussed
12 today; right?
13     A.   Correct.
14     Q.   Then on the next page, the Mayo Clinic
15 says, "Using surgical mesh is a safe and effective
16 way to treat stress urinary incontinence."
17     A.   That is what --
18     Q.   You agree with that; right?
19     A.   I disagree with that.
20     Q.   So you disagree with your employer,
21 the Mayo Clinic, that surgical mesh is a safe and
22 effective way to treat stress urinary
23 incontinence?
24     A.   And it says, "However, complications
25 can occur in some women, including erosion of the

Page 176

1  material, infection and pain."
2          That part I agree with.  But in my
3  department, in Urology, no one uses meshes, except
4  for me one time in the past 2-1/2 years.  I cannot
5  speak for the gynecologists.  But I was not part
6  of writing this document.
7      Q.   So you disagree with the Mayo Clinic's
8  web site.
9          MR. CARTMELL:  Object to the form.  He
10 has already answered that question.  Okay?  You
11 asked him specifically what the web site says.  He
12 said he disagrees with it.  So don't answer that.
13     Q.   BY MR. SNELL:  How about this?  A
14 little further down it says, "A conventional sling
15 sometimes requires a larger incision than a
16 tension-free sling.  You may need an overnight
17 stay in a hospital and usually a longer recovery
18 period.  You may also need a temporary catheter
19 after surgery while you heal."
20          You agree with that; right?
21     A.   Yes.
22     Q.   Do you teach your patients for whom
23 you do an autologous sling self-catheterization?
24     A.   No.
25     Q.   You had mentioned -- we were talking

Page 177

1  about -- strike that.
2          We were talking about the 17-year
3  paper by Nilsson, et al.?
4      A.   Correct.
5      Q.   And you had said you were not sure as
6  to whether that study followed patients who had
7  received the Prolene mesh?
8      A.   Oh, I said Arnaud was not sure, and so
9  subsequently I'm not sure.
10     Q.   I'm not asking about Arnaud.  I'm
11 asking you.
12     A.   I was clarifying.
13     Q.   Okay.  So what was your methodology in
14 selecting that one quote out of Arnaud's multiple
15 days of testimony?
16          MR. CARTMELL:  Object to the form.
17 I'm not sure what you mean.
18     A.   My methodology was, in this one very
19 straightforward.  I read the deposition.  They
20 asked Arnaud questions, is this TVT, and he says,
21 no, similar, but it is not TVT.
22          They say, is this polypropylene
23 Ethicon, and he says, to the effect, no it could
24 be ours.  It could be Bard's.  I don't know.  So
25 methodology on this one is straightforward.

45 (Pages 174 to 177)

Daniel Steven Elliott, M.D.

Page 178

1    Q    BY MR. SNELL:  So you believe the
2   testimony was in -- that he gave was in regards to
3   the Nilsson study?
4    A    In the original Ulmsten study that has
5   subsequently been carried forward to 17 years.
6    Q    Let's mark that.
7        (Exhibit 17 marked.)
8    Q    BY MR. SNELL:  You recognize this,
9   Doctor, to be that same study we've been
10  discussing by Nilsson, et al.?
11   A    That is correct.  That is a --
12       MR. CARTMELL:  The 17 year?
13   A    That's what I'm trying to find out.
14       MR. CARTMELL:  This isn't the 17 year.
15  This is 2000 --
16   A    This is 2001.
17   Q    BY MR. SNELL:  Right.  This is the
18  same study, but it reported that the mean
19  follow-up of 56 months; right?
20   A    Correct.  I don't know what -- I don't
21  see what the follow-up was on this one.  Was it
22  the 5 year?
23   Q    It's right here.  It's right here.
24  Yeah.  Yeah.
25   A    It's the 5 year.  Approximately 5 year

Page 179

1   range.  Yes.
2    Q    Right.
3    A    This is the 5-year study.
4    Q    You're familiar with this.  They
5   follow the series at 5 years, 7, 11, and 17 years;
6   correct?
7    A    Yes, sir.
8    Q    All right.  And if you go to the
9   Patients and Methods section, in the left column
10  it says, "The TVT set consisted of two 6
11  millimeter needles connected to a handle and a
12  specific polypropylene (Prolene) mesh tape fixed
13  to the needles."
14       Do you see that?
15   A    Yes, I do.
16   Q    So this paper reports that the mesh
17  they used in that Nilsson study was Prolene tape;
18  correct?
19   A    Even the medical director of Ethicon
20  needs to get updated on his data.  I don't know
21  why he would raise those issues then, because he
22  was there during this time frame and involved, as
23  far as knowledge of these studies.  So that would
24  have to be answered by him.  But he said it under
25  oath.  So all I'm doing is parroting back what I

Page 180

1   have read him say.
2    Q    Right.  The jury can ultimately hear
3   testimony and decide whatever they want to.
4    A    Correct.
5    Q    But for you as a doctor, this is
6   medical literature.  Did you read this and ignore
7   it or did you not know about this?
8    A    Oh, I knew it.  I knew it very well.
9   I read all these, including the 17-year one.  I
10  also know that Ulmsten was paid $400,000, which
11  Arnaud said was a conflict of interest and would
12  bias the results.  I also know from other things
13  that they don't necessarily write down what the
14  truth is.  All I know is the authors were getting
15  paid $400,000 originally and are getting money,
16  save TVT.  The medical director of Ethicon says, I
17  don't know if it is, maybe not, but it's not TVT.
18   Q    And you chose to go with the medical
19  director?
20   A    No, I'm keeping an open mind.  I have
21  to have data to show me clearly that this was.
22  Because from my perspective from what Arnaud said,
23  who should be the authority, this is a Mediscan
24  product, and or possibly Bard mesh.  So it raises
25  a major problem for me.  And I am not -- if you

Page 181

1   show me -- if you have data to prove it, I would
2   love to see it.
3    Q    You mentioned the $400,000 that
4   Ulmsten received.  Why does that matter to you?
5    A    Well, conflict of interest and bias,
6   unfortunately, exists in medicine.  And that's why
7   now we have to declare that.  Originally we did
8   not have to declare it.  During my residency you
9   didn't have to do it.  Early on in staff, you
10  didn't have to do it.  But because of events like
11  this, now you have to declare it.
12       So if there is money and you stand to
13  make a lot of money, there's the potential for
14  bias.  I didn't say there is there.  I said
15  there's a potential for it.  There's clearly a
16  conflict of interest, which Arnaud agreed with me
17  on that.  He said there is conflict of interest in
18  this paper.  So that is important.  You have to
19  read this article through that lens of potential
20  bias.
21   Q    And the same would hold true for all
22  the Vypro and other studies you cited by
23  Dr. Klinge who had a financial interest, correct,
24  in promoting that product.
25   A    You --

46 (Pages 178 to 181)

Daniel Steven Elliott, M.D.

Page 182

1       MR. CARTMELL:  Wait.  Object to the
2  form.  It's vague and ambiguous with respect to
3  what product you're talking about.
4       MR. SNELL:  I said Vypro; didn't I?
5    Q.   BY MR. SNELL:  You know Dr. Klinge had
6  an interest in Vypro, don't you, Doctor?
7    A.   I do know that.
8    Q.   You know he's biased with regard to
9  Vypro; don't you?
10   A.   No.  There's a difference between
11 conflict of interest and bias.  I am stating with
12 Nilsson and Ulmsten there is a conflict of
13 interest.  There is the potential for bias.  I
14 didn't say there was bias.  And as a reviewer, I
15 have to keep an open mind and look at that.  I'm
16 not denying at all with the Klinge, Klosterhalfen,
17 whichever one -- I can't remember which one's
18 which.  But with Vypro, if there is a financial
19 interest there, that is a potential for conflict
20 of interest.  If there is a conflict of interest,
21 potential for bias.
22   Q.   All right.  And you know for a fact
23 that exists with Dr. Klinge?
24   A.   I don't know for a fact.  I can't keep
25 track of who's got what where.  But if you are

Page 183

1  stating for me that he has a financial interest in
2  that, that does -- I have to be concerned about
3  that and look at it as objectively as I can.
4    Q.   And you cited to Dr. Klinge more than
5  10 times in your expert report; right?
6    A.   Probably.  And I also cite the Nilsson
7  and Ulmsten studies quite a bit in there, too.
8  Those are all the body of evidence in the
9  methodology that I have to look at is look at the
10 potential for bias in papers.
11   Q.   Tell me if you agree or disagree with
12 these assertions.  The Burch and MMK are very
13 invasive, often result in complications, and
14 usually require prolonged hospital stays.
15   A.   A lot of factors.  It would be easier
16 if we go one by one or if you just want to -- if
17 you want to take the sentence in totality, it all
18 has to be true, I disagree with it.  We can go bit
19 by bit through it, though.
20   Q.   You would agree that Burch and MMK
21 both are very invasive?
22   A.   I disagree.  Compared to what?
23   Q.   Compared to alternative surgeries for
24 stress urinary incontinence.
25   A.   No.  Now, you've lumped MMK and Burch

Page 184

1  together.  So that's not a fair comparison.  The
2  Burch can be done -- you can get it done in a 5,
3  6, 7-centimeter incision.  Outpatient, overnight
4  stay in the hospital.  So, no, I disagree with
5  that.  There are studies out there showing longer
6  stays.  It's all over the board.
7    Q.   But you'd at least agree with the
8  statement that the pubovaginal sling is effective
9  but is known to have a high rate of complications,
10 require long hospital stays, and patients often
11 experience a significant amount of pain?
12       MR. CARTMELL:  Object to the form.
13   A.   Again, we're looking at the
14 perioperative period.  So I would agree with that,
15 but we have to always compare it to what.  Are we
16 comparing it to TVT?  Are we comparing it to the
17 synthetics?  Are we comparing it to the MMK or
18 just any transabdominal procedure?
19   Q.   BY MR. SNELL:  You would agree with
20 the statement that mid-urethral sling procedures
21 are much less invasive than the earlier
22 pubovaginal sling procedures; right?
23   A.   Overall, when you're doing a
24 comparison of synthetics to the pubovaginal or
25 Burch, those are -- the Burch and pubovaginal

Page 185

1  slings are going to be relatively more invasive.
2    Q.   Would you agree or disagree with the
3  statement that tension-free mid-urethral sling,
4  like the TVT retropubic, is a significant
5  advancement in treating stress urinary
6  incontinence?
7    A.   Oh, yes.  And early on I was very --
8  now, again, I never used the TVT because I was
9  described the various different fears of it.  But
10 when TVT came out, it was revolutionary.  It
11 changed the way we did things.  But we didn't know
12 what we know now.  And even comparing myself to
13 two or three years ago, my opinion has changed.
14 So, yeah, it was touted as being revolutionary.
15       (Discussion off the record.)
16       (Exhibit 18 marked.)
17   Q.   BY MR. SNELL:  Doctor, I've given you
18 the Cochrane Review.  This is the publication in
19 2011.
20   A.   Correct.
21   Q.   You're familiar with this; correct?
22   A.   Yes, I am.
23   Q.   And this was the Cochrane Review where
24 they did a comparative analysis of like the
25 retropubic TVT versus the Burch or pubovaginal

47 (Pages 182 to 185)

Daniel Steven Elliott, M.D.

| Page 186 | Page 188 |
|---|---|
| 1 slings; correct? | 1 recall seeing another meta-analysis. And, again, |
| 2     A. I see suburethral slings, open | 2 then I'd have to look at how long the follow-up |
| 3 retropubic colposuspension. I don't see | 3 is. Is it 12 months or is it 30 years. That's |
| 4 pubovaginal in there. I'm not saying it isn't | 4 what matters to me, end of the patient. |
| 5 there. I just don't see it. | 5     Q. "Minimally invasive synthetic slings |
| 6     Q. Well, here, let's -- let me just -- | 6 appeared to be as effective as the open retropubic |
| 7 we'll go through it quickly. In the Results | 7 colposuspension." |
| 8 section -- I'm on the very front. They say, | 8     A. Yeah. I don't see where you are. And |
| 9 "Minimally invasive synthetic suburethral sling | 9 I wouldn't challenge -- |
| 10 operations appeared to be as effective as | 10     Q. I wouldn't mislead you. I'm just |
| 11 traditional suburethral slings"; correct? | 11 reading -- |
| 12     A. Correct. | 12     A. No. I don't doubt. That's what we've |
| 13     Q. And when they talk about traditional | 13 been discussing all along. The Burch and the |
| 14 suburethral slings, that would be like the | 14 pubovaginal sling and the TVT have many studies |
| 15 autologous pubovaginal sling; correct? | 15 showing they have similar efficacy. |
| 16     A. That's not nomenclature that's | 16     Q. And here's what I want to ask you |
| 17 normally used. It's not called a suburethral | 17 about. |
| 18 sling. I would have to see what they're referring | 18     But the TVT retropubic sling "has |
| 19 to. It's called a pubovaginal sling. It's not -- | 19 fewer perioperative complications, less |
| 20 suburethral slings, normal nomenclature is the | 20 postoperative voiding dysfunction, shorter |
| 21 synthetics. | 21 operative time and hospital stay, but |
| 22     Q. On the next page where they go through | 22 significantly more bladder perforations." |
| 23 the different procedures, they put the -- what I | 23     A. Correct. And the key with that |
| 24 read to be the pubovaginal slings and the | 24 statement, as you read it, was perioperative. So |
| 25 minimally invasive slings, like TVT, under the | 25 that's immediate perioperative. And I'm not going |

| Page 187 | Page 189 |
|---|---|
| 1 category of suburethral slings. | 1 to challenge. I think it's going to be somewhat |
| 2     Do you see that? | 2 of a relative issue. It's the long-term |
| 3     A. Yeah. What they're doing is they're | 3 complications that I'm most concerned about and |
| 4 comparing it to the colposuspension, which would | 4 see on a daily basis in my clinic. |
| 5 be probably supra urethral slings -- or | 5     Q. So in the comparative studies for like |
| 6 supra urethral suspension. That's probably what | 6 comparing to the Burch, there are some |
| 7 they're doing. | 7 perioperative complications that appear to be |
| 8     Q. Okay. But they found that "the | 8 higher with Burch as compared to the TVT; correct? |
| 9 minimally invasive synthetic suburethral slings | 9     A. Correct. |
| 10 appeared to be as effective as the traditional | 10     Q. Bladder perforation being the one |
| 11 suburethral slings, but with shorter operating | 11 higher with the TVT because of the retropubic |
| 12 time and less postoperative voiding dysfunction | 12 passage; correct? |
| 13 and de novo urgency symptoms; correct? | 13     A. Correct. |
| 14     A. Okay. That's what they state, yes. | 14     Q. A little further down they say that |
| 15     Q. And have you seen data consistent with | 15 the "retropubic bottom-to-top route was more |
| 16 that conclusion by this Cochrane Review? | 16 effective than the top-to-bottom route"; correct? |
| 17     A. I've seen data consistent with it and | 17     A. That was their conclusion. It says |
| 18 inconsistent with it. So, again, I'd have to | 18 effective in -- it doesn't say exactly here, but I |
| 19 analyze each of the studies, what they're talking | 19 assume they're talking about stress urinary |
| 20 about. | 20 incontinence. That's what they state. |
| 21     Q. Have you seen any other meta-analyses | 21     Q. That's consistent with the Ford paper |
| 22 that report that for the TVT retropubic compared | 22 you cited; right? |
| 23 to pubovaginal slings, it has a higher rate of | 23     A. Yes. |
| 24 complications? | 24     Q. And the approach used by TVT |
| 25     A. Again, I'd have to see the -- I don't | 25 retropubic "incurred significantly less voiding |

48 (Pages 186 to 189)

Daniel Steven Elliott, M.D.

Page 190

1  dysfunction, bladder perforations, and tape
2  erosions"; correct?
3      A.   That's what they state, yes.
4      Q.   That's consistent with the Ford paper;
5  right?
6      A.   I'd have to look back at that, but it
7  sounds similar.
8      Q.   "Monofilament tapes had significantly
9  higher objective cure rates compared to
10  multifilament tapes and fewer tape erosions."
11          Do you see that?
12      A.   Yes.
13      Q.   And TVT is a monofilament tape;
14  correct?
15      A.   Correct.
16      Q.   And that's a benefit of monofilament
17  tapes over multifilament tapes, where they have
18  fewer erosions; correct?
19      A.   Yeah.  The multifilament is going to
20  be a worse product.  Doesn't mean monofilament is
21  safe.  It just says is safer relative to the worst
22  product.  Worse --
23      Q.   And the -- I'm sorry.  You're going --
24      A.   No, no, no, no.
25      Q.   And the monofilament tape had a rate

Page 191

1  of erosion of 1.3 percent; correct?
2      A.   Based upon their analysis here in the
3  hands of experts and short-term follow-up, yes,
4  that's the number they found.
5      Q.   Were you aware of this Ogah/Cochrane
6  Review at the time you wrote your draft -- your
7  expert report?
8      A.   I don't recall when I became aware of
9  it.  It's a -- it's a well-known paper.
10      Q.   In looking at your report, I did not
11  see you citing any TVT retropubic device
12  literature where the device had been used to treat
13  stress urinary incontinence in women and where it
14  was reported that there was contraction.
15          Is that a fair statement with regard
16  to your report?
17      A.   No.  That would be incorrect.
18      Q.   Where in your report do you report
19  studies in TVT in women that reports contractions?
20      A.   Well, wherever there is pain, wherever
21  there is extrusion, that is evidence of
22  contraction.
23      Q.   Where in your report do you report
24  that?
25      A.   Well, if we go to pain or dyspareunia.

Page 192

1  Let's see here.  There's Kuhn, et al.
2      Q.   Let me see where you're at.
3      A.   Which is a TVT paper.  Let me see
4  where Kuhn is referenced.  I'd have to search for
5  it.
6      Q.   Just so I'm on the same page as you,
7  Doctor, I appreciate you telling me what page of
8  your report you're on where you discuss
9  contraction with the TVT.  I'm going to let you --
10  let's take a quick break.
11          (Recessed from 2:17 p.m. to
12          2:28 p.m.)
13      Q   BY MR. SNELL:  All right.  Okay,
14  Doctor, before we took a break, I asked you to
15  show me in your expert report where you discuss
16  contraction rates with regard to the TVT device
17  and its use in women for stress urinary
18  incontinence.
19          Can you point me to that?
20      A.   Well, in the Contraction section,
21  obviously we do a lot of discussion about
22  contraction, various different studies with it.
23  When we limit it specifically to TVT, I think we
24  have to look at Wang, et al., on page 24, where
25  we're talking about infections, erosions and

Page 193

1  exposures, because the complication of contraction
2  is intimately tied to also exposures and
3  infections.
4      Q.   So TVT and contraction -- strike that.
5          So for TVT contraction in women, you
6  point me to Wang on page 24?
7      A.   That's when you specifically limit it
8  just to the TVT product.
9      Q.   Right.
10      A.   Because as I mentioned, all
11  complications are all intertwined.  So exposure,
12  infection is intertwined with inflammation,
13  contraction, degradation, et cetera.
14      Q.   And the other part of your report
15  where you talk about contraction, you talk about
16  Klinge and his discussion of hernia mesh
17  contraction; right?
18      A.   That is correct, because that is a TVT
19  mesh implanted via the abdominal route.
20      Q.   All right.  It's not cut to and
21  configured as TVT is; correct?
22      A.   No.  But without -- no, you are
23  correct.  However, the TVT mesh has different
24  forces placed upon it that the hernia meshes do
25  not, i.e., you can make hernia meshes lay flat.

49 (Pages 190 to 193)

Daniel Steven Elliott, M.D.

Page 194

1  You can't do that with the vagina.
2      Q.   The hernia mesh does not have a sheath
3  on it; correct?
4      A.   No.  It does not, but it's also not
5  placed in the vagina to have bacterial
6  contamination.
7      Q.   When you say bacterial contamination,
8  you're not referring to infection; are you?
9      A.   I'm referring to bacterial
10 contamination.
11     Q.   Right.  There is a difference between
12 bacterial contamination and infection; correct?
13     A.   Yes, but infection starts with a
14 contamination.
15     Q.   Right.  You're aware of the paper by
16 Pat Culligan where they found and they quantified
17 the different bacteria counts in the vagina?
18     A.   Correct.
19     Q.   In that study there were patients who
20 received the TVT as well; correct?
21     A.   I'd have to look at it.  I don't
22 recall the specifics.
23     Q.   Would it surprise you to learn that
24 there were no infections with the TVT mesh in the
25 Culligan paper.

Page 195

1          MR. CARTMELL:  Object to the form.
2      A.   I would have to look at the
3  methodology, because methodology is very
4  important.  I'd have to look at how they did the
5  study and what they looked at.
6      Q    BY MR. SNELL:  Have you looked at
7  that?
8      A.   Yes, I have, but I don't have it off
9  the top of my head.
10     Q.   Is it your opinion that whenever mesh
11 is placed through the vagina there is bacteria
12 that gets on it?
13     A.   We know that the vagina's impossible
14 to sterilize, and so when you place it through the
15 vagina, you are going to have contact with that.
16 So it's even with the sheath on it, but then when
17 you remove the sheath, there's going to be issues
18 there.  So the risk for contamination on every
19 single one is definitely there.
20     Q.   But that does not translate into
21 infection?
22     A.   It might not translate into a clinical
23 infection/abscess, but it can correlate to a
24 subclinical infection, leading to inflammation,
25 degradation, and that cascade.

Page 196

1      Q.   And you have not stated in your report
2  the rate at which clinical infections occur with
3  TVT; have you?
4      A.   I don't recall that specific, but the
5  way you phrase it, specifically mentioned in
6  there.
7      Q.   I have not seen in your expert report
8  where you calculate and state the complication
9  rates with the TVT retropubic device.
10     A.   Because we don't know the true
11 complication rate.  We can quote studies, as I
12 mentioned, in high volume surgeons with limited
13 follow-up.  We can quote those.  But as I said, we
14 don't know the true complication rate.
15     Q.   Well, there are meta-analyses, and
16 we've gone through a couple of them today and
17 various other studies that report rates of
18 complications, and you're aware of that; correct?
19     A.   Yes.  But that does not reflect what
20 is happening out in the real world and what I see
21 in my daily practice.  That the average low-volume
22 surgeon, who does the majority of the TVTs in the
23 United States, that's what -- you know, because
24 Arnaud even admitted, their complication rates are
25 even going to be higher.  So, yes, we can quote

Page 197

1  extensively the studies that you've done that show
2  these various different complication rates with
3  short-term follow-up and highly experienced
4  surgeons.
5      Q.   In the studies that report on the TVT
6  retropubic device, what percentage of those
7  studies involved surgeons who were of average
8  quality?
9      A.   Well, I can't speak to quality.  All
10 we can speak to is volume.
11     Q.   How many of those then had average
12 volume for the TVT retropubic studies?
13     A.   Most likely very few of those had
14 small volume.  And the Kuuva study, they
15 eliminated the lower volume studies -- lower
16 volume people.  So they falsely raised their
17 success rate and lowered their complication rate.
18 But, no, small volume surgeons aren't going to
19 publish anything because they're small volume.
20         MR. SNELL:  Move to strike.
21     Q.   BY MR. SNELL:  Do you know of all the
22 TVT retropubic device studies which percent of
23 them included surgeons that had average volume or
24 less?
25         MR. CARTMELL:  Object to the form.

50 (Pages 194 to 197)

Daniel Steven Elliott, M.D.

| Page 198 | Page 200 |
|---|---|
| 1  Asked and answered.  He said a very small | 1  analysis by which you segregated the investigators |
| 2  percentage of those.  He answered your question. | 2  who had low to average surgical volume as compared |
| 3  He also said other information, but he | 3  to more than that? |
| 4  specifically answered your question.  So please | 4      A.  I have reviewed the literature |
| 5  move on. | 5  extensively.  Can I quote to a certain specific |
| 6      Q    BY MR. SNELL:  Is that correct; you | 6  paper?  No.  If you have one, show me, and I'll |
| 7  believe it's a very small number? | 7  keep an open mind and modify my statement.  But |
| 8      A.  Average or low-volume surgeons aren't | 8  this is based upon experience.  Again, national, |
| 9  going to have their data included because they | 9  international meetings.  Editor -- or reviewer of |
| 10  don't have enough data to analyze. | 10  15 different journals.  And I'm reading these |
| 11      The only way I can answer your | 11  papers constantly.  And you're not seeing |
| 12  question is Kuuva, et al., where they actually | 12  low-volume surgeons produce papers.  The only one |
| 13  eliminated the small volume surgeons who had done | 13  that comes close to it is Anger, et al., which |
| 14  less than 15. | 14  demonstrated that low-volume surgeons had higher |
| 15      Q.  I'm familiar with the Kuuva paper. | 15  complication rates. |
| 16  I'm talking about the hundreds of other TVT | 16      Q.  Do you believe lower-volume surgeons |
| 17  retropubic papers.  In those, is it correct that | 17  with other stress incontinence surgeries, like the |
| 18  you don't know what percent of those papers | 18  Burch or pubovaginal slings, have higher |
| 19  reported on surgeons who had average to low | 19  complication rates? |
| 20  volume? | 20      A.  I would think that would be true.  And |
| 21      MR. CARTMELL:  Objection.  Asked and | 21  those surgeons usually don't do those surgeries |
| 22  answered.  You can tell him again. | 22  because they are more complicated surgeries to |
| 23      A.  As I stated, my opinion is it's going | 23  perform.  It takes more talent to do.  So most of |
| 24  to be a very, very small number of small volume | 24  those surgeons don't do it.  That was the |
| 25  surgeons are going to be included in those | 25  revolutionary aspect of TVT because it opened up |

| Page 199 | Page 201 |
|---|---|
| 1  studies, if any, because you don't write up a | 1  minimal -- it opened up stress incontinence |
| 2  paper if you've done 10.  No one's going to get | 2  surgery to the common surgeon. |
| 3  accepted. | 3      Q.  Is the common surgeon unqualified in |
| 4      Q    BY MR. SNELL:  Well, you wrote up a | 4  your opinion to do TVTs? |
| 5  paper where you did 10 transobturator procedures? | 5      A.  The common surgeon needs to -- no, the |
| 6      A.  Absolutely I did, and that was called | 6  common surgeon -- let's be careful on the word |
| 7  a feasibility study.  In properly counseled | 7  "common."  I'm saying the average, private |
| 8  patients.  I am not out there touting that that is | 8  practice surgeon, who is doing less than 15 or so |
| 9  the new gold standard.  That's why we called it a | 9  a year, based upon the Kuuva study, et al., is |
| 10  feasibility study. | 10  going to be having a higher complication rate. |
| 11      Q.  Other than the Kuuva paper, what are | 11  Most of these studies also demonstrate in highly |
| 12  you relying on for that statement that it would be | 12  experienced hands. |
| 13  a very, very small number? | 13      So I'm saying as far as the common, |
| 14      A.  Based upon my experience and | 14  the average surgeon out there, they are not going |
| 15  attendance at national and international meetings, | 15  to have the expertise of the high-volume surgeons; |
| 16  working at a tertiary care center, working on the | 16  hence, complications go up. |
| 17  journal articles from 15 different journals, that | 17      Q.  Do you believe that surgeons in |
| 18  small volume surgeons don't write papers because | 18  private practice have less surgical skills than |
| 19  there's nothing there to publish.  So, therefore, | 19  surgeons in universities? |
| 20  my experience is, and I'll state unequivocally, | 20      A.  Absolutely not.  It just depends upon |
| 21  very, very small percentage.  If you want a | 21  their experience.  There are some that I know in |
| 22  number, 1 to 2 percent, if that.  And they're not | 22  private practice who do very high volumes.  It's |
| 23  going to get published anywhere. | 23  not an issue of the specific individual.  It's an |
| 24      Q.  Have you surveyed the literature for | 24  issue of their volumes.  And you know if you look |
| 25  all the TVT retropubic device studies and done an | 25  at the Nilsson study, Nilsson is a five-year |

51 (Pages 198 to 201)

## Daniel Steven Elliott, M.D.

1  study. That was -- five-year study? Yeah. It's
2  a five-year study.
3          See, they very clearly -- all surgeons
4  involved were experienced urogynecologists well
5  trained in TVT surgery. That's not going to be
6  your average surgeon. That's are highly qualified
7  people.
8      Q. How many average pelvic surgeons in
9  the United States use TVT?
10     A. I can't answer that question. I don't
11 know the -- a way of referencing it. We'd have to
12 look at ethical sales and where they go so and the
13 volumes that move off the shelf. That data would
14 be available.
15     Q. Have you analyzed that data?
16     A. That data's been tried to get and
17 can't.
18     Q. How many high-volume surgeons are
19 there in the United States for TVT retropubic
20 device as you define high volume?
21     A. There's going to be a certain number.
22 But I don't know what that number would be.
23 Around the nation there's going to be people that
24 are going to be very good surgeons.
25     Q. Are residents -- do residents

1  typically have higher complication rates than the,
2  you know, professors or the surgeons who teach
3  them?
4      A. It depends. If the resident is
5  running solo and doing a case without any
6  supervision, that possibly could be the case.
7  However, if they have been well trained in a
8  certain procedure and they're doing it solo and
9  they've done more than anybody else -- they've
10 done an acceptable number, their complications are
11 going to be low. There's too many variables to be
12 able to answer that question.
13     Q. If a surgeon is a -- strike that.
14         If a surgeon is more than an average
15 surgeon, as you've stated, and he or she uses TVT
16 retropubic device, based upon the data, you would
17 agree then that the rate of complications are
18 acceptable in his or her hands?
19     A. Number one, acceptable, no. Number
20 two, it depends upon what -- how much follow-up
21 they have. And it's true, a surgeon can put in
22 the device and at one year that woman has not
23 experienced any complications yet. But that
24 device is going to stay in her the rest of her
25 life. That's why I'm saying all these studies are

1  insufficient.
2      Q. Have you analyzed the studies overall
3  that show that the majority of complications do
4  occur in the first 12 months?
5          MR. CARTMELL: Object to the form. I
6  think it misstates the evidence in the studies.
7      A. Yeah. And it's also -- the
8  complications they know of at that point. Because
9  I can give you examples of bladder erosions that
10 I've taken care of that I put in the sling that at
11 7 years they're fine. At year 8 there's an
12 erosion, which we've examined. So we have to look
13 at the life of the patient.
14     Q. BY MR. SNELL: In the studies that
15 report on TVT retropubic at five years duration or
16 more, what is the rate of mesh exposure occurring
17 after five years.
18     A. It's unknown.
19     Q. You mentioned the Wang paper. Let me
20 just make sure I have it here. I think I do.
21         (Exhibit 19 marked.)
22     Q. BY MR. SNELL: Is this the Wang paper
23 you referenced, Doctor, with regard to TVT?
24     A. Correct. 2004 publication, yes.
25     Q. And that paper says on the first page

1  "Prolene tape seems unusually biocompatible when
2  used as a suburethral sling"; correct?
3          It's all on the very first page.
4      A. I'm sorry. Where are you?
5      Q. Very first page. Right here.
6      A. That's what it states, yes.
7      Q. And so this paper by Wang is actually
8  inconsistent with your belief that Prolene --
9  strike that.
10         Do you believe Prolene mesh is not
11 biocompatible?
12     A. I do not believe it is biocompatible,
13 no.
14     Q. In what percentage of patients is
15 Prolene tape -- strike that.
16         In what percentage of patients is the
17 Prolene mesh used in TVT for the treatment of
18 incontinence not biocompatible?
19     A. That's impossible to know because
20 there's been no good studies looking long-term at
21 them.
22     Q. Well, in this paper, out of 700 women
23 that you reference, the rate of exposure was
24 2.4 percent; correct?
25         MR. CARTMELL: Object to the form.

## Daniel Steven Elliott, M.D.

Page 206

1    A.   Correct.  During the time period of
2  this study, of 7 -- I don't see what the follow-up
3  is.
4        MR. CARTMELL:  I think that misstates
5  the evidence.  The question assumes facts that are
6  not in evidence.
7    A.   The paper, at least in the abstract,
8  does not state the follow-up time.  But this paper
9  states defective vaginal healing that became
10  clinically significant was 2.4 percent during the
11  study period.  But, again, I'm trying to find
12  the -- this is at 1 to 3 months.  Defective
13  healing from 1 to 3 months, it looks like.  So
14  it's a very short-term study.
15    Q   BY MR. SNELL:  Well, they actually
16  looked at a longer time period than 3 months in
17  this paper; right?  It's just that the healing
18  problems arose before three months; correct?
19    A.   The acute healing problems arose
20  during that time, yes.
21    Q.   And so that means that 97.6 percent of
22  the women did not have vaginal healing problems;
23  right?
24    A.   At the time the study was conducted.
25    Q.   Fair enough.

Page 207

1        And you see there were four women what
2  complained of dyspareunia?  I'm right here in the
3  Results section.
4    A.   Five complained of pain and four
5  complained of dyspareunia by themselves or their
6  partner.
7    Q.   And so four women complained of
8  dyspareunia by themselves or their partner or
9  partner discomfort; right?
10    A.   Yes.  So nine patients overall
11  complained of pain.
12    Q.   All right.
13    A.   Four complained of dyspareunia.
14    Q.   And as for dyspareunia, that rate is
15  0.57 percent; correct?  This paper you point to.
16    A.   A -- well, it's 4 out of 700 patients
17  at that short-term follow-up.  That's how many
18  complained of dyspareunia.
19    Q.   And does it sound about right that
20  that rate is 0.57 percent.
21    A.   I would have to do the math on it.
22  I'll have to take your word for it.
23    Q.   Well, 4 is certainly -- 4 women out of
24  700 is certainly less than 1 percent; right?
25    A.   Well, if you look at this, 5 women

Page 208

1  complained of pain, 4 complained of dyspareunia, 5
2  complained of vaginal bleeding and irritated
3  voiding.  And so to break it down into specific
4  little complications is disingenuous at best.  But
5  going to that, yeah, 4 out of 700 complained
6  specifically of dyspareunia during this short
7  period of time, short period of follow-up.
8    Q.   And that's less than 1 percent; right?
9    A.   It's whatever the math is.  Again, I
10  don't -- I can trust you on the math, I think.
11    Q.   5 out of 700's less than 1 percent;
12  correct?
13        MR. CARTMELL:  He's answered you.
14  Asked and answered.
15    Q.   BY MR. SNELL:  I'm talking about the
16  pain rate now.  Not dyspareunia.
17    A.   Pain?  Well, pain -- if you want pain,
18  it's going to be different.  So it's going to be
19  9.  Pain is roughly a 2 percent incidence of pain
20  at that point in time.
21    Q.   Where do you get 2 percent?
22    A.   We have five women complained of pain.
23  Four women complained of dyspareunia.  Five women
24  complained of vaginal bleeding and irritated
25  voiding.

Page 209

1    Q.   Doesn't say those five complained of
2  pain.
3    A.   No, they didn't.  But they
4  complained -- they complained of something else.
5  So, again, what is always -- I'll let you have
6  this, but as a doctor that takes care of patients
7  who are crying in my office, you guys break down
8  the complications.  Yeah.  So, yes.  9 patients in
9  this series out of 700 complained of pain.  The
10  other ones weren't happy with vaginal bleeding,
11  irritated voiding.
12    Q.   That was five who weren't happy with
13  vaginal bleeding or irritated voiding; correct?
14    A.   Correct.
15    Q.   And they ended up, 7 patients in this
16  series that you point to required excision of the
17  exposed suburethral part of the sling; is that
18  correct?
19    A.   That's correct.
20    Q.   So that was an excision rate of only
21  1 percent in this entire cohort; right?
22    A.   During the very limited follow-up
23  duration of this study, that is the number they
24  came up with.
25    Q.   When you say limited follow-up

53 (Pages 206 to 209)

Daniel Steven Elliott, M.D.

| Page 210 | Page 212 |
|---|---|

**Page 210**

1  duration, why do you say that?
2      A.   What's going to happen in 5 years? 10
3  years? 20 years?
4      Q.   How about this? Why don't we look a
5  little bit further below that. You see the mean
6  follow-up of 68.2 months?
7      A.   Okay. What about 69 months -- I'm
8  sorry.
9      Q.   That's over five years, isn't it,
10  Doctor?
11      A.   And as I have mentioned over and over
12  and over, this is an implantable medical device,
13  as you mentioned. There are studies out there.
14  Klinge, 15 years, degradation continues. This is
15  a progressive process. I see these patients in my
16  clinic that aren't being followed by anybody. So
17  I'm saying 5 years, that's a step in the right
18  direction. But if a woman lives 30 years beyond
19  that, what's going to happen in that time frame?
20  Our data suggests it's going to get worse.
21      MR. SNELL: Move to strike.
22      Q.   BY MR. SNELL: In this paper you point
23  to -- you pointed me to, at over 5 years
24  follow-up, there was only 1 percent rate of mesh
25  excision to treat the exposure; right?

**Page 211**

1      A.   That is what the study stated at five
2  years, yes.
3      Q.   So that means at a mean follow-up
4  greater than 5 years, 99 percent of the women in
5  this entire large cohort didn't need a mesh
6  excision procedure; correct?
7      A.   The key is yet.
8      Q.   And there are other studies that
9  report --
10      MR. CARTMELL: Just for the record, I
11  want it to be clear, because I think it's unfair
12  to the witness that you've been representing that
13  there was a small number of erosions. And I think
14  there were 17 erosions in the cohort. And I want
15  the record to be clear for that.
16      MR. SNELL: I think -- the study says
17  what it says, so I can't --
18      MR. CARTMELL: Yeah, but you're just
19  kind of trying to trick him, you know, because
20  you --
21      MR. SNELL: I'm not tricking him. He
22  pointed to this study, Tom. He knows this study.
23  Don't try to tell me I'm tricking a witness about
24  a paper he told me -- he's pointing me to.
25      MR. CARTMELL: So don't say --

**Page 212**

1      MR. SNELL: You're not testifying,
2  Tom, please.
3      MR. CARTMELL: -- there's 7 erosions
4  when there's 17 erosions. In fairness.
5      MR. SNELL: You know what. You're
6  totally off base.
7      MR. CARTMELL: I am?
8      MR. SNELL: Yes.
9      MR. CARTMELL: Tell me how.
10      MR. SNELL: On your time I was asking
11  him about erosions that needed surgical -- where's
12  the paper? We just went through this, didn't we,
13  Doctor.
14      MR. CARTMELL: 17 erosions. 17
15  erosions, it says right here.
16      MR. SNELL: Tom, you're being
17  nonsensical. I asked him about the ones that
18  required excision.
19      MR. CARTMELL: No, you didn't. You
20  said erosions in general, and the record will
21  reflect that.
22      Q.   BY MR. SNELL: Sir, don't you remember
23  me asking you about 7 of those patients required
24  excision of the exposed suburethral part of the
25  sling? Didn't I ask you about that?

**Page 213**

1      A.   You asked me a question. I can't
2  remember the specific details of it.
3      Q   BY MR. SNELL: But it says seven
4  required excision of the exposed suburethral part
5  of the sling; right?
6      A.   That's what that says there, and the
7  other part says 17 out of 100 had defective
8  vaginal healing.
9      Q.   And it gives the measurement, CA 1
10  times 0.5 centimeters; correct?
11      MR. CARTMELL: Okay. Now, it's all on
12  the record. Now it's fair.
13      MR. SNELL: It was fair before. He
14  cited to the document. He knows the study.
15      (Exhibit 20 marked.)
16      Q   BY MR. SNELL: Giving you one of the
17  publications by Klinge, Alloplastic Implants for
18  the Treatment of Stress Urinary Incontinence and
19  Pelvic Organ Prolapse.
20      You see this?
21      A.   Yes, I do.
22      Q.   Whereas you cited to Klinge about
23  hernia and other papers, you didn't cite to his
24  discussion of the TVT mesh; did you?
25      A.   I don't recall that specifically.

54 (Pages 210 to 213)

Daniel Steven Elliott, M.D.

| Page 214 | Page 216 |
|---|---|

**Page 214**

1  Q.  Look for where Klinge was writing
2  about meshes in stress urinary incontinence.
3  You there?
4  A.  Yes. I mean, I'm sorry. I'm at the
5  Meshes and Stress Urinary Incontinence. I'm there
6  now.
7  Q.  All right. And you saw Dr. Klinge was
8  one of the authors of this section; right?
9  A.  Correct.
10  Q.  And it says, "At present the gold
11  standard in SUI surgery is the suburethral sling
12  using either the tension-free vaginal tape (TVT)
13  or the transobturator tape (TOT) technique";
14  correct?
15  A.  That's what he states, yes.
16  Q.  And do you disagree with Dr. Klinge?
17  A.  I disagree.
18  Q.  It said, the initial concern that the
19  meshes used might lead to high rates of erosions,
20  did not hold true when macroporous polypropylene
21  was used; correct?
22  A.  That's what it states, yes.
23  Q.  And here when Dr. Klinge is talking
24  about macroporous polypropylene in the context of
25  stress urinary incontinence, he's talking about

**Page 216**

1  referencing to the Meschia study.
2  Q.  And you know that that's a study that
3  looks at the Ethicon TVT retropubic device?
4  A.  I'd have to look back at the study. I
5  don't remember the study.
6  Q.  Okay. So at least in the context of
7  the intended use to treat stress urinary
8  incontinence with regard to the TVT device, he
9  reports that tape is a type 1 macroporous tape?
10  A.  That's what he reports in 2010.
11  Q.  Right.
12  A.  Which then reflects data from 2008.
13  And that's what he states.
14  I disagree with it. Be interesting to
15  what he says now.
16  Q.  Now that he's been paid hundreds of
17  thousands of dollars by the plaintiffs' lawyers in
18  the mesh litigation?
19  MR. CARTMELL:  Object to the form.
20  It's argumentative. Be distracting.
21  A.  If you want to go on the record that
22  he's being biased.
23  Q  BY MR. SNELL:  Do you know how many
24  royalties he -- Dr. Klinge received on Vypro?
25  A.  I'm not familiar with that number

| Page 215 | Page 217 |
|---|---|

**Page 215**

1  the mesh in TVT; correct?
2  MR. CARTMELL:  Object to the form.
3  A.  No. He doesn't state which he's
4  talking -- referring to. The sentence prior, it
5  says TVT or transobturator tape. There's a lot of
6  different ones out there. And then he says, "The
7  initial concern that meshes." He does not say
8  TVT. So all he's saying is meshes.
9  Q  BY MR. SNELL:  Well, you see below
10  that, right, where he talks about -- he follows up
11  on his point.
12  He says, "There was a zero percent
13  exposure rate using the classical TVT (Type 1
14  macroporous monofilament polypropylene) mesh in
15  the same trial"; correct?
16  A.  Well, that's in the second -- in the
17  next paragraph down. I'm talking about the
18  sentence you showed me. Initial concern that
19  meshes. So it doesn't say TVT. We can agree it
20  says meshes, and I'll agree that's what it states,
21  but he doesn't say TVT.
22  Q.  We can agree that he says the
23  classical TVT (type 1 macroporous monofilament
24  polypropylene) mesh; right?
25  A.  That's what he's saying when he's

**Page 217**

1  because I'm doing involvement of TVT case, not
2  Vypro.
3  Q.  Do you know how many royalties
4  Dr. Klinge has received for ULTRAPRO?
5  A.  The same answer as before, because I
6  know what data I've been provided on TVT. I have
7  not been provided confidential data on Vypro or
8  the other ones.
9  Q.  And you don't disagree that when Amid
10  type 3 mesh, used for intravaginal slingplasty,
11  the vaginal erosion rate was 9 percent, and the
12  rate was 0 percent with TVT?
13  MR. CARTMELL:  Object to the form.
14  A.  I agree with the first part. I don't
15  agree with the second part.
16  The Amid type 3 like the ObTape, which
17  I'm very familiar with, had an unacceptably
18  significant complication rate with it.
19  Q  BY MR. SNELL:  And you didn't cite to
20  this writing by Klinge in your expert report; did
21  you?
22  A.  I cited Klinge multiple times. I
23  don't know if this specific -- this is a book
24  chapter. I quoted this one. Book chapters I tend
25  not to quote.

55 (Pages 214 to 217)

Daniel Steven Elliott, M.D.

Page 218

1    Q.   Well, this is one place in the medical
2  literature where Dr. Klinge discussed his views on
3  what type of mesh TVT mesh was in the application
4  of treating stress urinary incontinence and
5  whether or not it was the gold standard.
6        Have you seen that published anywhere
7  else?
8        MR. CARTMELL:  Objection.
9    Q    BY MR. SNELL:  By Dr. Klinge.
10       MR. CARTMELL:  Objection.  And move to
11 strike this statement of counsel.
12   A.   And I agree with you completely, and
13 that should tell you something about Klinge's
14 expertise, as far as a stress urinary incontinence
15 surgeon, which he is not.  He's a mesh expert.
16 But he's not a transvaginal surgeon.  He's never
17 been involved in one of these cases.  So you
18 search around and find one reference where he's
19 quoting something in the book, okay, that's what
20 it is.
21   Q    BY MR. SNELL:  He doesn't just quote
22 something in a book.  He's actually citing data,
23 randomized trial data on TVT versus an alternative
24 mesh; doesn't he?
25   A.   I'm saying he is not a surgeon.  He's

Page 219

1  not providing expertise as a pelvic surgeon like I
2  am.  He's a mesh expert, a very good one, but he
3  is not a pelvic surgeon.
4    Q.   Do you know how many royalties
5  Dr. Klinge gets with regard to his work with the
6  German DynaMesh mesh?
7    A.   I have not heard a number, no.
8    Q.   You know he does get money from that
9  mesh; right?
10   A.   I just said I don't know.  I don't
11 know.  I'm not a faithful apostle of Dr. Klinge.
12 I don't know what he does.
13   Q.   Do you acknowledge he's got a
14 conflict --
15       MR. CARTMELL:  All you got to do is
16 answer do you know or not.
17   A.   I do not know.
18   Q    BY MR. SNELL:  You know that he has a
19 conflict of interest when it comes to DynaMesh;
20 don't you?
21       MR. CARTMELL:  What it comes to what?
22       MR. SNELL:  DynaMesh, D-y-n-a-M-e-s-h.
23 It's a mesh that's not even available here in the
24 United States.
25       MR. CARTMELL:  So then why would he

Page 220

1  know?
2        MR. SNELL:  So the question is would
3  you -- well, I take it he's read Dr. Klinge's
4  writings.  He's seen Dr. Klinge's statements.
5        MR. CARTMELL:  What writings are you
6  asking him about?  If you have writings about
7  DynaMesh that you want to ask him about, put them
8  in front of him.  Why all the questions about
9  studies and things that you don't even let him
10 look at.
11       MR. SNELL:  He can look at anything he
12 wants.
13       MR. CARTMELL:  Then put it in front of
14 him.
15       MR. SNELL:  It's not my job to put it
16 in front of him.  It's the job of your witness to
17 bring his file.  Secondly, he cites to Klinge
18 about 100 times in the report, and not once does
19 he acknowledge any of this.
20       MR. CARTMELL:  If you're going to ask
21 him about a study specifically on it that's on his
22 reliance list, then bring it with you and ask him
23 questions and let him look at it so it can be
24 fair.  How about that?  How about that?
25       MR. SNELL:  He could bring his own

Page 221

1  file.  How about that?  That was asked and
2  requested of him, Tom.
3        MR. CARTMELL:  You have everything he
4  has reviewed.
5        MR. SNELL:  Tom, my experts bring
6  their file to the depositions.
7        MR. CARTMELL:  Wrong.
8        MR. SNELL:  You remember when you
9  deposed Denise Selzer she showed up with nine
10 boxes of stuff.
11       MR. CARTMELL:  Denise Selzer did.
12       MR. SNELL:  Christina Pramudji showed
13 up with boxes and boxes and boxes of stuff.
14       MR. CARTMELL:  Not when I deposed her.
15       MR. SNELL:  Get for real.  You know
16 she did.  Crazy.
17   A.   But to address your question, as far
18 as conflict of interest, if he truly does have
19 conflict of interest and bias, then based upon
20 this here he's coming out in support of TVT.  So I
21 see a fault in your logic.
22   Q    BY MR. SNELL:  I don't have a logic.
23 I'm asking you a question.
24   A.   Well, I know you don't have a logic
25 and that's what I've been pointing out.

56 (Pages 218 to 221)

Daniel Steven Elliott, M.D.

Page 222

1    Q.   My question is:  You were aware of
2    these writings by Klinge with regard to TVT
3    and that mesh and the specific intended use of stress
4    urinary incontinence before you wrote your report;
5    right?
6    A.   I'm aware of this reference.
7    Q.   Yes.  You were --
8    A.   The one that I'm holding, Exhibit 20.
9    I don't recall if I've ever been aware of this.
10   Q.   The plaintiffs' lawyers never gave
11   that to you?
12   A.   I don't recall if they have.  I have
13   thousands of pages they've sent me.  It may have
14   been in there somewhere.  I have not seen this.
15   Again, if he were a pelvic surgeon, I would be
16   putting weight into his comments on gold standard
17   and things.  But all he's doing is parroting what
18   he's read somewhere else.  So, again, it is what
19   it is.
20   Q.   Can you point me to any other
21   publications by Klinge where he assesses the TVT
22   retropubic device in the application of stress
23   incontinence and discusses the clinical studies on
24   that device like he did in that paper I just
25   showed you, Exhibit 20?

Page 223

1    MR. CARTMELL:  Object to the form.  It
2    misstates the actual paper.
3    A.   He has studied extensively hernia
4    meshes.  TVT is a hernia mesh.  But to put all the
5    dots together as you very narrowed it down to, the
6    answer to that is no, not that I am aware of.
7    Q.   BY MR. SNELL:  My focus is the
8    intended application of the treatment of stress
9    incontinence and those studies alone.
10   You haven't seen that paper or those
11   papers?
12   A.   As you word it there, I have not seen
13   that.  The intended application of the TVT mesh
14   was actually for hernias.  Not for female stress
15   incontinence.  So, again, he has studied the
16   intended purpose of that mesh.  He has not studied
17   it when it's been put into the vagina.
18   Q.   For the TVT device, that's what I'm
19   referring to for its intended -- you've
20   acknowledged that the TVT retropubic device is
21   intended to treat stress urinary incontinence;
22   right?
23   A.   The device is, but the mesh intended
24   use was for hernias, which was then extended to
25   the application of stress urinary incontinence.

Page 224

1    So, again, I'm agreeing with you and disagreeing
2    with you at the same time.  Not to be difficult.
3    MR. SNELL:  Okay.  Let's take a quick
4    break so I can get organized.
5    (Recessed from 3:05 p.m. to
6    3:07 p.m.)
7    Q.   BY MR. SNELL:  I want to ask you about
8    your opinions about the mechanical cut of the TVT
9    retropubic device.
10   You've mechanically cut mesh before?
11   A.   Just the sacrocolpopexy mesh.  Not
12   sling mesh.
13   Q.   And did it ever concern you when you
14   were cutting sacrocolpopexy mesh mechanically?
15   A.   It didn't.  And now it does.
16   Q.   Do you still cut sacrocolpopexy mesh?
17   A.   No.  We modified -- well, we're in the
18   process of modifying it to using Restoril, which
19   will not hopefully have that problem.  It's
20   already hemmed.  And that is a concern of mine
21   which I now counsel my patients on.
22   Q.   And is it fair to say that you believe
23   the laser cut TVT mesh is defective?
24   A.   I think it's treated one -- to
25   specifically answer your question, yes.

Page 225

1    Q.   I didn't see in your expert report
2    where you cite to any TVT studies with regard to
3    clinical complications occurring at a
4    statistically higher rate with mechanical cut TVT
5    mesh as compared to laser cut TVT mesh.
6    Is that a fair summary of your report?
7    A.   You are correct.  I have not heard of
8    a study with that.  However, I'm basing that on
9    Nilsson's comment of a four-time -- four times
10   increased risk of vaginal extrusion with a laser
11   cut.
12   Q.   What comment is this by Nilsson?  I'm
13   sorry.
14   A.   That was in one of the documents I
15   read.  I don't know where I read it, but it's in
16   the document.
17   Q.   What methodology did you use to select
18   that one quote by Nilsson?
19   A.   Because he is arguably one of the
20   world's experts on it.  And so I value his opinion
21   on this.
22   Q.   Do you also value his statement in the
23   company documents that he will not use laser cut
24   mesh; that he only uses mechanical cut mesh?
25   A.   Absolutely.  That's supporting what I

57 (Pages 222 to 225)

Daniel Steven Elliott, M.D.

Page 226

1    just said.
2         Q.   So you're aware that Nilsson only --
3    in the company documents, reports that he will
4    only use mechanical cut mesh?
5         A.   That's -- I don't know what his recent
6    statements are, but that the document that I read,
7    which that source can be found, he said he would
8    not use the laser cut because of the four times
9    increased risk of vaginal extrusion, and he would
10   only use the mechanical.  Then I read the other
11   individuals stating the exact opposite.  So I get
12   conflicting evidence.  I have not seen, to the
13   best of my knowledge and it may be out there
14   somewhere, a study, comparative, randomized
15   clinical study of the two.  I've not seen it.
16        Q.   Are you aware of any TVT retropubic
17   clinical data that reports that there's a higher
18   rate of complications with mechanically cut mesh
19   compared to laser cut mesh?
20        A.   I don't think overall there's going to
21   be a higher risk from one or the other.  They're
22   both bad and both have their set of complications.
23   So you're trading one set of problems for another
24   set of problems.
25        Q.   What studies are you specifically

Page 227

1    relying upon for your opinion with regard to the
2    mechanical cut TVT retropubic mesh, if any?
3         A.   Well, that's what I'm talking about.
4    The methodology that I have used with this,
5    concerning specifically mechanically cut, is
6    obviously the internal documentation, with
7    complaints coming in about the fraying, roping,
8    particle loss, the inflammation.  Reviewing of the
9    papers talking about various different
10   complications.  My clinical experience dealing
11   with patients.  Last week alone, there's one
12   patient.  Week before that, three, which were all
13   TVT patients.  Where that I see this mechanically
14   cut mesh.  Then my discussion with colleagues at
15   international and national meetings.  So all that
16   is going into it.
17        Q.   You said the papers.  You reference
18   papers.  Are you talking about Ethicon documents?
19        A.   Correct.  Well, I mean the medical
20   literature, too.
21        Q.   That's what I'm asking.  What medical
22   literature on TVT reports complications
23   attributed -- attributed to the mechanical cut
24   nature of the mesh?
25        A.   The defect in -- and every paper I've

Page 228

1    ever read on TVT.  If you have something
2    different, then I'll keep an open mind.  I have
3    yet to see any paper describe we're using
4    mechanically cut or we're using laser cut.  So I
5    can't base it upon that.
6         Q.   Okay.  So when I was asking about what
7    papers you were talking about, I thought you were
8    talking about Ethicon company documents and not
9    medical literature.
10        A.   No.  That was one of them.  The
11   internal documentation -- I'll just be clear.
12             As I stated in the previous answer,
13   internal Ethicon documentations, medical
14   literature, the emails back and forth, and then my
15   clinical experience.  That's how I came by it.
16             I am not here today to say that laser
17   cut is better or worse.  They're both bad in my
18   opinion.
19        Q.   So with regard to your selection of
20   which company documents to put in your expert
21   report on this mechanical cut issue, what was your
22   methodology in selecting those particular company
23   documents?
24        A.   My methodology of what I reviewed is
25   very simple.  Every document that I was provided

Page 229

1    with internal documentation from Ethicon I
2    reviewed.
3         Q.   So you were provided those by the
4    plaintiffs' lawyers?
5         A.   Correct.
6         Q.   My question to you is this:  Let's
7    focus on your methodology for which ones you
8    decided to cite in your expert report as support
9    for your points.
10             What was the methodology in that?
11        A.   You have to -- you have to analyze --
12             MR. CARTMELL:  Well, just for
13   clarification, you mean because they're all cited
14   in his report.
15             MR. SNELL:  No, they're not.
16             MR. CARTMELL:  There's a reliance
17   list.
18             MR. SNELL:  There's a reliance list,
19   but he cited certain things.
20             MR. CARTMELL:  Okay.  So you're
21   distinguishing between what's in a footnote versus
22   what's in the reliance list that's attached.
23             MR. SNELL:  Of course, because, I'm
24   sure, everything in the reliance list doesn't
25   support the things he says.

Daniel Steven Elliott, M.D.

1    MR. CARTMELL:  Well, everything on his
2  reliance list is information he used in forming
3  his opinions and relies on.
4    MR. SNELL:  You're speaking -- you're
5  doing a speaking objection.
6    MR. CARTMELL:  Well, I'm responding to
7  your statement you just made.  You're talking
8  about only the citations in the report.
9    MR. SNELL:  Yes.  That is my question.
10  That is my question.  Do I need to repose it again
11  so we have a clear record?
12    THE DEPONENT:  No.
13    Q    BY MR. SNELL:  Why don't we just do it
14  again.
15    A.    That's fine.
16    Q.    Otherwise there's just going to be
17  four pages of gap.
18       What specific methodology, did you use
19  in determining what Ethicon documents you would
20  cite to in support of your opinions where you
21  listed them in the footnotes?
22    A.    Okay.  I have to look at the body of
23  knowledge out there on medical literature, my
24  clinical experience and what I see day to day,
25  correlating that with what was known and discussed

1  in the Ethicon documents, whether it be from their
2  scientists, from their medical experts, from their
3  clinicians calling in, correlating that and does
4  it all fit.  Everything has to fit logically,
5  okay, and that was what was included in this.
6    Q.    So, for example, did you see company
7  documents that indicated that the majority of
8  surgeons in the United States actually prefer
9  mechanical cut mesh as opposed to laser cut?
10    A.    I've seen that, yes.  Well, I'm sorry.
11  Let me take that -- strike that.
12       I do remember seeing and reading that
13  certain physicians would not change to the laser
14  cut.  I can't say that the majority did.  I also
15  see that certain surgeons would not use the
16  mechanical one because of the fraying and the
17  particle loss.  So I don't know the percentage of
18  who uses what.
19    Q.    So you were not provided documents
20  that state that the majority of surgeons in the
21  United States who use TVT prefer the mechanical
22  cut mesh as opposed to laser cut; fair?
23    A.    I may have been provided that.  I
24  don't recall that specific document.
25    Q.    If that document existed, what would

1  be your methodology for excluding it or not
2  referencing it in your report?
3    MR. CARTMELL:  It was on his reliance
4  list.
5    A.    Yeah.  To a certain extent, surgeon
6  preference is important, and then also not
7  important.  So certain surgeons choose to do one
8  product over the another.  The fact that
9  51 percent like the mechanical cut and 49 don't,
10  it doesn't matter to me.  Again, we're not talking
11  about one product being great and the other one
12  being horrible.  They're both bad.  So to me it's
13  immaterial.
14    Q    BY MR. SNELL:  Did you assess or look
15  at the reported rates of sales of mechanical cut
16  versus laser cut in the United States?
17    A.    Well, from my angle as a doctor, the
18  needs of the patient come first.  And sales are
19  not an issue that I'm going to be concerned about.
20    Q.    So the answer is, no, you didn't look
21  at that?
22    A.    The answer is what I just stated.
23    Q.    Sir, my question is very simple, which
24  is:  Did you look at it?
25       I understand you want to give me a

1  speech on things, but if you could just give me a
2  yes or no answer, then I can move on.  If you say
3  no, then I'm going to move on.
4    A.    Well, no, because my speech, as you
5  did, is based upon my taking care of patients who
6  are crying in my office from pain.  So I don't
7  dismiss it as a speech.  But medical marketing
8  sales are not something that's going to factor
9  into my decision.
10    Q.    I believe earlier you were talking
11  about complications, and I think it may have been
12  around mesh exposures, where you said there would
13  be numerous different factors like patient
14  factors, surgeon factors, the mesh.
15       Do you recall that?
16    A.    Yeah.  Concerning vaginal exposure.  I
17  don't recall if I mentioned patient factors
18  involved in it, but, I mean, maybe I did.  I
19  don't -- I'd have to see exactly what I said.
20    Q.    I wrote it down.
21    A.    It's a multifactorial problem that
22  leads to that complication.
23    Q.    What are the patient factors involved?
24    A.    Well, that's difficult because it's --
25  I don't know of anyone ever studying to show

59 (Pages 230 to 233)

Daniel Steven Elliott, M.D.

Page 234

1   consistently a patient factor being involved in
2   the exposures.  Smoking, I'm not aware of.
3   Obesity, I'm unaware of.  Vaginal atrophy -- I
4   don't know of patient factors that can be
5   consistently proven to be a factor in vaginal
6   exposure.
7       Q.   You are -- vaginal atrophy is a
8   condition that women have that can progress or get
9   worse as they get older in their postmenopausal
10  years if not supplemented with some type of
11  estrogen; fair?
12      A.   There's the possibility of that, yes.
13  Not in all cases.
14      Q.   But is that a common finding in women
15  who are postmenopausal that there is some degree
16  of vaginal atrophy?
17      A.   It's not uncommon, let's put it that
18  way.  So, yeah, it does occur.
19      Q.   Is there a recognized weight
20  classification specific to stress urinary
21  incontinence slings that has been endorsed and put
22  out by any of the pertinent professional medical
23  societies?
24      A.   Pertaining to what?  I guess I don't
25  understand your question.  That they should or

Page 235

1   should not get a TVT?
2       Q.   No, no.  For the intended use of
3   stress urinary incontinence.
4            Is there a recognized weight
5   classification system for slings?
6       A.   Well, no.  The BMI is the standard
7   what is used.  And but there's not, as it pertains
8   specifically to SUI treatments.
9       Q.   I think you and I -- we weren't on the
10  same wavelength.
11           For the weight of the mesh --
12      A.   Oh, okay.
13      Q.   -- and the intended use of treating
14  stress urinary incontinence, is there a recognized
15  weight classification system that's endorsed by
16  the professional societies?
17      A.   No.  As far as -- even in industry,
18  industry and surgical societies, there is -- as
19  far as I know, there is no specific
20  classification.  I think they have heavy weight --
21  you know, Cobb and others taught about heavy
22  weight.  So there would be that.  And above
23  certain -- or below certain numbers would become
24  medium weight and lightweight.  I don't know if I
25  can -- I can't quote a society that has this

Page 236

1   standard thing that's out there.  Same thing goes
2   for pore size, too.
3       Q.   And my focus is on the intended use
4   with the stress incontinence device and the
5   application to treat stress incontinence.
6       A.   Closest thing I think would have to be
7   a Clave study, breaking it down to the various
8   weights, I think, if I'm answering your question
9   correctly.  But that's not as it pertains
10  specifically to SUI.
11      Q.   Right.  That's what I'm looking for is
12  SUI.
13      A.   I am not aware of that specific narrow
14  application.
15      Q.   For SUI, the slings are typically
16  around 1 centimeter wide.
17      A.   1 to 1.5, probably.
18      Q.   Ethicon's TVT is reported to be about
19  1.1 centimeters; correct?
20      A.   As it comes out of the box, which is
21  an important distinction.
22      Q.   Yeah.
23      A.   But, yeah, they're all about that
24  width.
25      Q.   Is it a fair statement that all of the

Page 237

1   mesh slings, synthetic mesh slings that are used
2   to treat stress urinary incontinence have a weight
3   of more than 60 grams per meter squared?
4            MR. CARTMELL:  Object to the form.
5   May call for speculation.
6            Answer if you know.
7       A.   Yeah.  All I can speak to is Aris,
8   which I know is at 70.  TVT at 105.  I don't know
9   that the other products.
10      Q.   BY MR. SNELL:  You read Moalli's paper
11  on the biomechanical evaluation of slings?
12      A.   I read it at one point in time.  Not
13  recently.
14      Q.   It has a table in there where it has
15  the reported weights of the different slings.
16      A.   Okay.
17      Q.   Is that a paper you're relying on, the
18  Moalli paper?
19      A.   That's in my reliance list.  But I'm
20  just saying I haven't read it recently.  You're
21  referring to the 2007 paper?
22      Q.   Give me the title and I'll tell you.
23      A.   Tensile Properties of Five Commonly
24  Used Mid-Urethral Slings Relative to the TVT, by
25  Moalli, et al., June of 2007.  Published in 2008.

60 (Pages 234 to 237)

Daniel Steven Elliott, M.D.

Page 238

1    Excuse me.
2        Q.   That's it.  Yeah.  Is that a paper
3    you're relying on?
4        A.   Yes.
5        Q.   Are there any studies in the stress
6    incontinence application with the use of TVT that
7    show that a lighter weight mesh is either more
8    efficacious -- strike that.
9            Let me just say is more efficacious
10   than the TVT?
11       A.   Can you rephrase the question, because
12   as I'm reading it.  I can't quite understand.
13       Q.   Absolutely.  Yeah.
14           Are there any clinical studies
15   evaluating efficacy in women with stress urinary
16   incontinence that show that a lighter weight mesh
17   works better than the TVT retropubic device?
18           MR. CARTMELL:  Object to the form.
19       A.   No, I don't think the weight of the
20   mesh --
21           MR. CARTMELL:  Can I -- can I get
22   this?  Can we take a break.
23           MR. SNELL:  Yeah.  An opportune time.
24           (Recessed from 3:31 p.m. to
25           3:32 p.m.)

Page 239

1            MR. SNELL:  Can you read back the
2    question?
3            (The reporter read the record as
4            requested.)
5        A.   As is worded there, I'm not aware of
6    it.  I mean, Cobb and internal Ethicon documents
7    talk about lighter weight being better, fewer
8    complications, sort of things.  But as you
9    specifically narrow it down to TVT, there is not
10   that study.
11       Q.   BY MR. SNELL:  And my question -- the
12   initial question was on efficacy.
13       A.   No.  As far as I know.
14       Q.   Okay.
15       A.   There is nothing out there, as far as
16   the lightweights.
17           The move was in hernias and pelvic
18   organ prolapse to go to lighter weight because of
19   the complications, but that was decided against
20   with TVT.
21       Q.   And so my question is I want to get
22   into -- ask you about the complications.
23           Are you aware of any clinical studies
24   showing a lower rate of complications in women who
25   receive a lighter weight mesh for the intended use

Page 240

1    of treating stress urinary incontinence?
2        A.   No.  I've only seen it in pelvic organ
3    prolapse data and in meshes.  Meshes for hernia
4    repairs, but it was not extrapolated, even though
5    Ethicon knew about it, into stress urinary
6    incontinence.
7        Q.   All right.  And you're not testifying
8    that a lighter weight mesh would have worked
9    better than the TVT mesh in the TVT retropubic
10   application to treat stress urinary incontinence;
11   are you?
12           MR. CARTMELL:  Are you talking about
13   efficacy only?
14           MR. SNELL:  I can go with efficacy
15   first.
16       A.   There is no data out there on it.
17   That would be an important thing to do before a
18   launch is to study that to determine efficacy
19   prior to widespread use.
20       Q.   BY MR. SNELL:  You would agree it's a
21   benefit for the TVT retropubic device that they do
22   have studies of 5 years, 10 years, or more
23   duration in the literature?
24           MR. CARTMELL:  Object to the form.
25       A.   Yes, as we mentioned concerning

Page 241

1    efficacy, but not safety.
2        Q.   BY MR. SNELL:  Well, there's --
3        A.   The lighter meshes, the larger pore,
4    lighter weight meshes are for complications.  Not
5    for efficacy.
6        Q.   And I understand you say that with
7    regard to prolapse and hernia.  My question to you
8    is:  With regard to complications, is it your
9    opinion that a lighter weight mesh was used in the
10   application of TVT for the treatment of stress
11   incontinence, cut to 1.1 centimeters, that there
12   would be a lower complication rate?
13       A.   There's the theoretical possibility of
14   that.  However, my ultimate opinion is no meshes
15   should be placed transvaginally.
16       Q.   Fair enough.
17           You mentioned the Clave study.  That
18   was not a study that reported on the use of the
19   TVT retropubic device in women who had been
20   treated for stress urinary incontinence; correct?
21       A.   Correct.  That was, as I recall, for
22   pelvic organ prolapse.
23       Q.   Is this the Clave 2010 paper?
24       A.   Correct.
25       Q.   Okay.

Daniel Steven Elliott, M.D.

Page 242

1    (Exhibit 21 marked.)
2    Q    BY MR. SNELL:  I've given you
3  Exhibit 21.  This is the paper we were referencing
4  by Clave; correct?
5    A    Correct.
6    Q    Okay.  This is the paper where they
7  start out with 100 explants and they only
8  subjected 84 of them to scanning electron
9  microscopy; correct?
10    A    Well, there were 100 explants, and I'd
11  have to look through how many got evaluated with
12  SEM.  I don't recall the exact number.  If you say
13  it's 82, I'm okay with that.
14    Q    84.
15    A    84.
16    Q    I wouldn't misrepresent to you.  Right
17  there.
18    A    Okay.  I got it.
19    Q    You go it?
20    A    Um-hum.  Thank you.
21    Q    Under SEM analysis, it found that less
22  than half of the implants had this surface
23  cracking; correct?
24    A    It's an extremely high number, yes.
25    Q    There were 35 out of 84?

Page 243

1    A    Yeah.  That's -- that's a worrisome
2  number to me.  I mean, it's 35 out of 80 women are
3  having this degradation going on.
4    Q    And besides just looking at the
5  pictures on the SEM and seeing the cracking and
6  saying that must be degradation, when they
7  actually did tests to analyze and see if it was
8  degradation, those testings did not show it was
9  degradation; correct?
10    A    You'd have to show me where you're
11  referring to.
12    Q    How about --
13    A    Because to me, degradation is
14  cracking, brittle --
15    Q    266.
16    A    266?
17    Q    266.  You know that after doing the
18  scanning electron microscopy, they subjected them
19  to FTIR, DSC analyses; correct?
20    A    Correct.
21    Q    And if you look at the bottom of
22  page 266, they reported that several hypotheses
23  concerning the degradation of the PP are described
24  below.  None of these, particularly indirect
25  oxidation, could be confirmed in this study.

Page 244

1  I read that correctly; didn't I?
2    A    I didn't see where you're reading.
3    Q    BY MR. SNELL:  Right here.
4    A    266 or 267?
5    Q    266 at the bottom right.
6    A    Oh, yes.  I see it now.  Yes.  I'm
7  sorry.
8    Q    So when they try to do the other
9  testings, the FTIR, the DSCs, they did not confirm
10  degradation; correct?
11        MR. CARTMELL:  Object to the form.
12  Misstates the statement.
13    A    Again, I'd have to see where you're
14  reading.  I don't know where this is coming from.
15    Q    BY MR. SNELL:  This is a question to
16  you based on this study.
17    A    Again, I'd have to -- it's been a
18  while since I've gone over this paper.  So I'd
19  have to find all the nuances you're discussing.  I
20  mean, they describe degradation.  They describe
21  cracking, and to me that's degradation.
22        But the exact etiology of it, I don't
23  recall from the study what they came up with.
24    Q    Well, when you see this cracking, that
25  could be polypropylene or something other than

Page 245

1  polypropylene; correct?
2        MR. CARTMELL:  Object to the form.
3    A    Well, all I can quote, as far as my
4  experience, obviously I have these papers which I
5  reviewed, but I can only correlate that
6  macroscopically to my surgical experience.  When I
7  take out these meshes, which I did, it happened to
8  be a TVT-Secur last week.  Where you hold it, it's
9  brittle, it cracks, it breaks, it's sharp; it
10  pokes the finger.  Okay.  To me that is
11  degradation.
12        Now, on the microscopic level, you
13  know, I don't know what exactly they call and what
14  specific words they use to describe that process.
15    Q    BY MR. SNELL:  They didn't say it was
16  brittle and broke and cracked in your fingers in
17  Clave; correct?
18    A    No, they didn't say that.  I'm saying
19  that's what me and my daily experience, including
20  just last week -- that's what I feel, and that's
21  what I'm calling degradation of the product.
22    Q    Clave and them show pictures of
23  scanning electron microscopy with surface
24  cracking?
25    A    Yes.  But none of these are TVT, you

62 (Pages 242 to 245)

## Daniel Steven Elliott, M.D.

Page 246

1  said. So this is a very important study. Seems
2  like they're raising red flags.
3         Next step is Ethicon needs to study it
4  with their specific product.
5     Q.   And in Clave the explants have been
6  explanted because of reported complications;
7  correct?
8     A.   I believe so, yes.
9     Q.   There was no control group in this
10 study of explants for which there was no
11 complication reported; correct?
12    A.   Well, yeah, the complication was a
13 manifestation of underlying pathology. So, no,
14 you don't have a control because you're not going
15 to go operate on women who do not have a
16 complication yet.
17    Q.   And so the authors were unable to
18 state whether or not this amount and this type of
19 surface cracking is something that occurs in
20 non-explanted meshes?
21    A.   I mean, you're really narrowing down
22 the focus of this. Again, it's not a TVT product,
23 but they were not able to say -- I guess, I'm not
24 really following your question. I'm sorry.
25    Q.   What I was getting at is on page 269,

Page 247

1  they say, "For obvious ethical reasons this study
2  did not provide the opportunity to analyze vaginal
3  implants from non-pathological situations.
4  Therefore, prediction of normal in vivo material
5  aging and the range of consequences in the
6  clinical state beyond the observed samples is not
7  possible."
8     A.   That is correct.
9     Q.   Okay. Can you point to any clinical
10 studies, any studies on the TVT device to treat
11 women that showed degradation of that TVT mesh?
12        And if you're looking at your report,
13 just tell me what page so I can --
14    A.   Page 13.
15    Q.   Give me a second. Okay.
16    A.   Specifically if you limit it to just
17 TVT, obviously I quote multiple different studies
18 looking at polypropylene and the foreign body
19 response, the inflammatory response, the
20 degradation, you have Mary, et al., Costello,
21 Clave, Wood. But on page 15 at the very top, the
22 first full sentence says, "In 2015 seven
23 implants." And that is -- if you look down at
24 reference 11, it's a Russian name, I think.
25 T-z-a-r-t-z-e-v-a. In-depth nano-investigation of

Page 248

1  vaginal mesh and tape fibers explants in women,
2  okay. And that included TVT. They were removed
3  four to seven years after, and it demonstrated
4  degradation on SEM, and surface cracks, which
5  corresponds to my clinical experience.
6     Q.   In these seven explants, was there any
7  oxidation found of the TVT mesh?
8     A.   Oxidation is the process by which you
9  get degradation. So in order to study for
10 oxidation, you have to do some pretty
11 sophisticated chemical studies on the microscopic
12 level as far as what macrophages are doing. I
13 don't know -- I'm not an expert on how exactly
14 that would be accomplished. But if there's
15 degradation, I know there's been an inflammatory
16 response, which inflammatory response causes
17 oxidation, is one of the main reasons with
18 peroxides, hypochloric acid, et cetera.
19    Q.   Has the reported degradation in these
20 seven explants been confirmed in any standardized
21 test, such as chemical analyses?
22    A.   I'm unaware. I have to go back to the
23 study and see what they've done from that. From
24 my angle as a surgeon, I would want the company
25 then to go back and look at some of this stuff for

Page 249

1  me.
2     Q.   Are there any studies that you're
3  aware of on the TVT device that correlate and show
4  that a particular complication was caused by
5  degradation?
6     A.   Well, no. Degradation is part of the
7  cascade of events. You have an implantation of a
8  product that causes a foreign body response and
9  inflammatory response, which then the immune
10 system comes in the various different dumping
11 of various different product to try and to
12 eliminate the foreign body, infection, and then
13 degradation occurs.
14        So you're not going to find something
15 where it's just degradation. It's a cascade of
16 events.
17    Q.   Is there any clinical literature that
18 shows any complications are caused by degradation?
19    A.   Well, I would say every study that
20 there's a vaginal erosion or extrusion is evidence
21 of degradation. Yeah, every time that I do an
22 exam on a patient and find this bristle, cracking,
23 hard mesh that is evidence of degradation.
24    Q.   Are there any studies that report
25 degradation played any kind of role in a vaginal

63 (Pages 246 to 249)

## Daniel Steven Elliott, M.D.

| Page 250 | Page 252 |
|---|---|

**Page 250**

1 erosion or extrusion following a TVT?

2     A.   Well, yeah, this T-z-a-r-t-z-e-v-a on

3 page 15. There are seven explants, including TVT,

4 that were removed after implantation. Okay. So

5 some sort of complication. And they found

6 degradation there.

7     (Exhibit 22 marked.)

8     MR. CARTMELL: Just so you know,

9 Doctor, for the record, a lot of times people call

10 it the Zimmern study. It's easier to

11 pronounce.

12     THE DEPONENT: Yeah. Phillippe at UT

13 Southwestern.

14     Q   BY MR. SNELL: This is the paper you

15 were referencing?

16     A.   Correct. It's an abstract.

17     Q.   It's T-z-a-r-t-z-e-v-a.

18     A.   Yeah. It's Zimmern. Phillippe

19 Zimmern at Utah Southwestern's paper.

20     Q.   And this wasn't seven TVT devices as

21 you put in your report; was it?

22     A.   No. I said including the TVT. So not

23 all were TVT.

24     Q.   Right. In fact, how many of these

25 were TVTs?

**Page 251**

1     A.   I don't know if it actually says.

2 Seven explants. But I don't think they break it

3 down into what -- which one has what.

4     Q.   Well, they had a Gynemesh; correct?

5     A.   Correct.

6     Q.   And that's not a TVT retropubic

7 device; correct?

8     A.   No. It's an Ethicon product.

9     Q.   Then they had a TVT; correct?

10     A.   Yes.

11     Q.   They identify one TVT in this study

12 you cite; right?

13     MR. CARTMELL: Object to the form.

14 Misstates the paper.

15     A.   Again, I'd have to see where it is.

16     Q   BY MR. SNELL: Well, you cite to it,

17 Doctor. So I'm telling you, they cite to one TVT

18 in this study; right?

19     MR. CARTMELL: That's not what it

20 says. It misstates the paper.

21     A.   That's not what it -- it says seven

22 explants were studied covering a range of

23 currently MT devices, Gynemesh, TVT, TOT, Sparc,

24 and mini sling.

25     Q   BY MR. SNELL: So that's five

**Page 252**

1 different devices; correct?

2     A.   That's right. That's five different

3 devices. So TVT could be three of them. What I'm

4 saying is this particular abstract does not break

5 it down into which one is which.

6     Q.   And you don't have a clue then as to

7 whether one was a TVT or two or three; correct?

8     A.   As I've stated, the abstract does not

9 state that.

10     Q.   And this abstract doesn't state what

11 complications, if any, occurred with the TVT;

12 correct?

13     A.   No. It states they were explanted for

14 some reason.

15     Q.   And you note in this study they looked

16 for peaks of oxidation, and they didn't find any;

17 right?

18     A.   Okay. You know, they did or didn't.

19 Immaterial to me because it shows degradation.

20 Degradation can occur because of multiple

21 different reasons, but they didn't find it on this

22 particular study.

23     Q.   And they didn't try to say the

24 clinical effect, if any, of a 7-nanometer degree

25 of surface cracking; correct?

**Page 253**

1     A.   Well, no, you have to extrapolate.

2 There was a complication on all seven of these.

3 They had degradation. They had cracking.

4 Something went wrong. Was it infection? Was it

5 pain? Extrusion? Contraction? Dyspareunia. I

6 don't know. I'm just going -- they don't state in

7 this paper, in this abstract.

8     Q.   Do you believe that there are any

9 clinically significant complications that occur

10 because of degradation?

11     A.   Yes.

12     Q.   And where do you identify them in your

13 report? I'm sorry.

14     A.   That is in the section on Degradation,

15 beginning on page 13 through top of 16.

16     Q.   So what specific complications, if

17 any, arise because of degradation?

18     A.   Well, that's what we've talked about

19 multiple times here. Degradation is one of the

20 steps of the problems. It starts with

21 implantation of a foreign body in a contaminated

22 environment that creates inflammation, foreign

23 body response. Macrophages come in. They dump

24 their hydrogen peroxide, hypochloric acid. The

25 product breaks down. It creates more of an

Daniel Steven Elliott, M.D.

Page 254

1   inflammatory process. And it's a vicious cycle,
2   which leads to then scarring, contraction, scar
3   plate, dyspareunia, pelvic pain, urethral erosion,
4   bladder erosion.
5          So degradation is one of the steps of
6   this cascade.
7      Q.   Are you aware of any reliable
8   scientific studies that show the degree to which
9   degradation causes any of these complications you
10  just identified as compared to surgical technique,
11  patient factors or any other causal elements?
12     A.   See, that's exactly what I've been
13  trying to state this entire time. The whole
14  device, as marketed, is bad because surgeons play
15  a role. The patient may or may not. I think
16  that's questionable. We talked about that
17  already. I can't find an identifiable source
18  there. But then you have a bad product put in.
19         So the whole thing is bad. It's
20  multifactorial reasons why certain number of these
21  patients have devastating complications.
22     Q.   If a patient has a mesh exposure, do
23  you assume that degradation was a cause?
24     A.   Depends partly on when it occurred.
25  However, I believe Clave said it was independent

Page 255

1   of time of implantation that they found their
2   degradation. The longer it's in, intuitively and
3   based upon the data and based upon like
4   Klosterhalfen says 15 years, degradation
5   contraction continue, that the longer it's in,
6   there's going to be more problems with it.
7      Q.   Well, Clave, they didn't even find
8   surface cracking in half of the explants.
9      A.   But they found it in half. So tell a
10  patient, great, half of you aren't going to have
11  it at that point in time, but the other half are.
12     Q.   Maybe we're not communicating.
13         We've already gone through Clave, and
14  it didn't show degradation or surface cracking in
15  more than half of the implants.
16     A.   It was like 55 percent or something
17  like that, or in that ballpark.
18     Q.   Right. Right.
19         So in those 55 percent, right, some of
20  those patients would have had exposures; right?
21     A.   Possibly. I don't believe the article
22  states it.
23     Q.   Yet they didn't see surface cracking;
24  right?
25     A.   So that means something else was going

Page 256

1   on.
2      Q.   So that's what I'm asking you then,
3   okay?
4          How do you know which exposures
5   degradation played a role in, when in Clave they
6   didn't even see degradation, except in 45 percent
7   of them?
8      A.   Okay. Then -- I mean --
9      Q.   That's a scientific question I'm
10  getting at.
11     A.   Well, yes and no with that. So
12  45 percent of the patients, based on Clave, had
13  degradation and complications. That means the
14  other 55 had other factors, surgical, implantation
15  technique, roping, curling, whatever, to cause
16  complications. For myself, as a surgeon who takes
17  care of these patients, I ultimately don't care
18  what causes the problem. I've got a problem I've
19  got to deal with.
20         So if we want to base it upon Clave,
21  45 percent of these complications could have
22  occurred due to degradation. It's 45 percent of
23  patients who have been damaged due to degradation
24  of the product.
25     Q.   Is that an opinion you hold

Page 257

1   45 percent --
2      A.   No.
3      Q.   -- of exposures occur because of
4   degradation?
5      A.   No, I don't. We're saying based upon
6   the Clave study. I have yet to see -- and this
7   would be a very good study to be done, and it
8   should be done by Ethicon, if there's a concern
9   and they want to take care of patients and prevent
10  women from being damaged of studying these things.
11     Q.   But I'm here to learn your opinion;
12  right.
13         What percent of the women who have an
14  exposure is that caused by degradation?
15     A.   I guess --
16     Q.   If you can't say or you don't know,
17  tell me that. But if you have a number, then I
18  want to know the methodology by which you come
19  to -- come to that number.
20     A.   If I have a patient who is seeing me
21  two or three days after a mesh sling with
22  exposure, that's not due to degradation, okay.
23     Q.   That's her wound that hasn't healed up?
24     A.   That's right.
25     Q.   Maybe it was placed superficially;

65 (Pages 254 to 257)

Daniel Steven Elliott, M.D.

Page 258

1  correct?
2      A.  Within a couple of days, that is not
3  the mesh causing -- now, it will impair healing,
4  because there's a foreign body reaction to things.
5  But it's not due to degradation.
6      Q.  Well --
7      A.  If somebody is occurring longer than
8  that, let's say beyond the initial healing period.
9  Six weeks is traditionally where the body will be
10  at roughly 98 percent of its strength.  That's our
11  usual, going by that six weeks.  Beyond that, if
12  exposure or an event like that occurs, degradation
13  in my opinion is going to be one of the main
14  underlying factors for it, in combination with the
15  infection, inflammatory response.
16      Q.  And what's the methodology for that
17  statement?
18      A.  Exact -- based upon the literature and
19  my clinical experience on a daily basis, including
20  in the past two weeks, four -- three TVT and one
21  TVT-Secur patient I dealt with.
22      Q.  Let's talk about the literature
23  because I can't go and look at your charts, okay.
24          In the literature, what studies show
25  that if an exposure occurs beyond six weeks did

Page 259

1  degradation play a major role, I think you said?
2      A.  Then we go back -- let's go back to
3  Clave then.  And we've said -- we've admitted
4  roughly 45 percent of those patients had
5  degradation.  Okay.  So based purely and just on
6  that paper, that will be my opinion, that
7  45 percent for that paper.
8          But what I'm saying is it has been
9  inadequately studied elsewhere.  Something that
10  needs to be done.
11      Q.  Did Clave rule out other causal
12  factors for the exposures in his study?
13      A.  I have --
14      Q.  If he did, tell me how he did it.
15      A.  No.  I would have to look at the paper
16  and see all that he's looked at.
17      Q.  This study you talk about that you
18  think Ethicon should have done, how would you
19  design that study?
20      A.  The basic unfortunate reality is it --
21  I don't know if it could be done.  Hence the
22  reason why I am anti-mesh in the vagina, because
23  you cannot safely make this thing work and cannot
24  do it in a long-term.
25      Q.  When you say that there are some

Page 260

1  patients who have mesh who have devastating
2  complications, that's a statement you'd made
3  earlier; correct?
4      A.  Multiple times that's based on my
5  clinical experience in talking and discussing it
6  with surgical colleagues.
7      Q.  So you're not relying on any
8  literature to report the rates of devastating
9  complications with TVT retropubic; correct?
10          MR. CARTMELL:  Not relying on what?
11  Object to the form of that.
12      A.  No.  I think certain patients --
13  certain patients.
14          Certain studies like Hou, et al.,
15  which was also Phillippe Zimmern, who I personally
16  talked to about his paper, where they had slings,
17  where after -- they had only removed for pain.
18  19 percent had persistent pain.  Just to beat you
19  to the punch, they did not break it down into TVT
20  or not.
21      Q.  BY MR. SNELL:  And they also didn't
22  report a denominator from which all those patients
23  were drawn from; correct?
24      A.  They did not.  That denominator, as
25  far as I know, is not known.

Page 261

1      Q.  And that's an issue with case series,
2  where you do not have a denominator, thus one
3  cannot compute reliably the incidence; correct?
4      A.  The true incidence, unfortunately, is
5  not known, and it needs to be known because some
6  of these people's lives are destroyed.
7      Q.  So in a case series like you
8  mentioned, a major limitation to that series is
9  that it does not speak to the incidence of those
10  complications; correct?
11      A.  I would disagree with you that it's a
12  major limitation.  It is a limit you cannot
13  extrapolate across the board, but in his series,
14  in a very good reconstructive surgeon's hands,
15  19 percent of SUIs had persistent chronic pain.
16      Q.  And you don't know how many were TVT;
17  correct?
18      A.  That is correct.
19      Q.  More likely than not, they were not
20  going to have persistent pain; correct?
21          MR. CARTMELL:  Object to the form.  I
22  think it's vague and ambiguous.  May call for
23  speculation.
24      A.  Oh, I see what you're saying.  Okay.
25          In the follow-up of these individuals,

66 (Pages 258 to 261)

Daniel Steven Elliott, M.D.

Page 262

1  there were 19 percent that had permanent pain.
2  Statically speaking, that means that you get rid
3  of the mesh, 81 percent got better. Therefore,
4  the mesh is the source for the pain.
5      MR. SNELL: Move to strike.
6      Q    BY MR. SNELL: It was more likely that
7  the patients would get better as opposed to having
8  persistent pain in the study you just told me
9  about; correct?
10     A    During the duration of their
11 follow-up, 81 percent of the patients, once the
12 mesh was relieved, had resolution of their pain.
13     Q    You wrote in your report that you
14 believe that the TVT mesh is cytotoxic?
15     A    Correct.
16     Q    You saw that cytotoxicity -- that data
17 were presented to the FDA in the 510K for TVT;
18 right? I can withdraw it and clean it up.
19         Dr. Elliott, you saw that, in the 510K
20 for TVT retropubic device to treat stress
21 incontinence, Ethicon reported the cytotoxicity
22 data that you reference in your report to the FDA;
23 right?
24     A    I don't -- it's been a long time since
25 I read the 510K submission. I have to look to see

Page 263

1  if they talk about the severely cytotoxic, marked
2  cytotoxic part of these studies.
3      Q    You know in 2013 the FDA released a
4  statement regarding synthetic slings for the
5  treatment of stress incontinence?
6      A    They had a release.
7      Q    And you saw the FDA wrote in that
8  release that the full length mid-urethral sling
9  like TVT retropubic device has been shown to be
10 safe and effective up to one year; correct?
11     A    I would have to see that study. And
12 let's just -- or not the study. But that
13 publication. But let's just say they say that
14 exactly as you did.
15         At one year.
16     Q    Right.
17     A    Again, that's the limitation of all
18 those statements.
19     Q    And has the FDA, to your knowledge,
20 ever concluded that the TVT retropubic device --
21 that the mesh is cytotoxic?
22     A    I have not seen that in any of their
23 writings. I don't know also what information
24 they've received.
25     Q    You have not seen any documents from

Page 264

1  the FDA and the people what reviewed the TVT
2  retropubic device 510K with regard to their
3  determination as to whether the TVT retropubic
4  device is safe and effective?
5      A    No. I mean, I've seen that the --
6  that the FDA has made those statements. But what
7  I'm saying is, I don't know if they've received
8  all of the documentation and then their opinions
9  on that, as far as the cytotoxicity, et cetera.
10     Q    Okay.
11         (Exhibit 23 marked.)
12     Q    BY MR. SNELL: I marked as Exhibit 23
13 the FDA's statement, Considerations about Surgical
14 Mesh for SUI, 2013.
15         This is a document you're familiar
16 with?
17     A    Correct.
18     Q    And you see this is off the FDA web
19 site as well?
20     A    That is correct.
21     Q    Page last updated March 27, 2013;
22 correct? I'll show you?
23     A    Yes, I see it.
24     Q    And it says on the first page, "the
25 safety and effectiveness of multi-incision slings

Page 265

1  is well established in clinical trials that
2  followed patients for up to one year. Longer
3  follow-up data is available in the literature, but
4  there are fewer of these long-term studies
5  compared to studies with one-year follow-up."
6         Correct?
7      A    Correct. That's what they state.
8      Q    Let me ask you this question.
9         It would be a true statement that the
10 safety and effectiveness of the Burch
11 colposuspension, the autologous slings, biologic
12 slings, cadaveric slings, all the different stress
13 incontinence options -- that the safety and
14 effectiveness of them has been assessed more, to a
15 greater volume in studies reporting on 12 months
16 or less as compared to longer term studies;
17 correct?
18         MR. CARTMELL: Object to the form.
19     A    That would be true, that most SUI
20 studies are short-term because they're easier to
21 do, and that's why the data is poor to moderately
22 poor.
23     Q    BY MR. SNELL: So what you just said
24 there, let me make sure I understand you.
25         Shorter term studies assessing stress

67 (Pages 262 to 265)

Daniel Steven Elliott, M.D.

Page 266

1  urinary incontinence surgery are easier to do than
2  longer term studies?
3      A.   Correct.
4      Q.   That applies across the board?
5      A.   Correct.  I mean, shorter term studies
6  are easier to do because they're short-term.  You
7  have less patient loss to follow-up those things.
8      Q.   What studies, if any, in women show
9  that cytotoxicity causes any complications with
10 the use of TVT retropubic device?
11     A.   There have been none because the issue
12 of cytotoxicity has not been released to the
13 general public.  Therefore, someone is not going
14 to study that if they don't even know it exists.
15     Q.   Do you know the 510K documents on TVT
16 are publicly available at the FDA and available
17 through a Google search on the web sites?
18     A.   They may be.  I don't -- I don't know
19 because I don't search that.
20     Q.   You've never attempted that search?
21     A.   Not with this device.  I've done it
22 with the ObTape, and I couldn't find it.
23     Q.   Okay.  Are there any complications
24 that you believe are due to cytotoxicity?
25     A.   Possible --

Page 267

1      Q.   Let me make sure because I want to
2  focus on TVT, not leave a vague question out there
3  because we were last talking about ObTape.
4          So for the TVT retropubic device, are
5  there complications which you believe are caused
6  by cytotoxicity?
7      A.   In theory, possibly all of them,
8  because cytotoxicity is cell death.  Cell death
9  will increase the foreign body response, the
10 inflammatory response, subsequently increase the
11 degradation, cracking, increase pain, increase the
12 potential for infection.  I'm saying possibly.  It
13 could be.
14     Q.   Okay.
15     A.   That has not been studied to date.
16     Q.   Okay.  For example, you pointed me to
17 the Wang paper earlier, and we looked at it, and
18 there was a 2.4 percent rate of exposure; right?
19     A.   There was 17 out of 700 that had
20 impaired vaginal healing.  And I can't recall the
21 data beyond that.
22     Q.   It was 2.4 percent?
23     A.   Okay.  I remember the 2.4 percent.
24     Q.   Okay.  So working with that number,
25 2.4 percent, and we looked and there was more than

Page 268

1  60 months follow-up.
2          Of that 2.4 percent, can you say how
3  many of those 17 patients had the defective
4  vaginal healing because of cytotoxicity, or is
5  that known?
6      A.   That has not been studied to date,
7  because as I mentioned, I didn't even know the
8  cytotoxicity report even existed until I got
9  involved in this.  So no one out in the community,
10 our physicians, researchers going to know that
11 exists.  They're not going to study it.
12     Q.   What percent of TVT retropubic devices
13 is the mesh cytotoxic?
14     A.   Well, from what they state here, if
15 this TVT is studied and has been shown to have
16 marked cytotoxicity or severely cytotoxic in these
17 two references and that mesh is put in the
18 patient, then 100 percent of those have the
19 potential for cytotoxicity.
20     Q.   All right.  So if 100 percent have a
21 cytotoxic mesh, why is it that 97.6 percent in the
22 Wang study who were followed out beyond 60 months
23 didn't have any defective vaginal healing?
24     A.   It's going to be, again,
25 multifactorial.  The vaginal healing, the duration

Page 269

1  of follow-up, is smoking going to play a role,
2  obesity, impaired vaginal status.  And, again,
3  what's going to be these people 15, 20, 30 years
4  from now.
5          MR. SNELL:  Move to strike as
6  nonresponsive.
7      Q.   BY MR. SNELL:  My question was:  If
8  100 percent of people have the cytotoxic TVT
9  retropubic mesh, why is it that 97.6 percent of
10 the patients in Wang did not have the defective
11 vaginal healing?
12     A.   See the -- not to be critical, but
13 your logic is impaired.  100 percent of people who
14 smoke don't get lung cancer.  100 percent of
15 people exposed to asbestos don't get mesothelioma.
16 100 percent exposed to TVT aren't going to have
17 those devastating complications, but certain ones
18 do.
19     Q.   And that's what I'm trying to
20 understand and test here.  All right.
21         What is it about the 97.6 percent of
22 the patients who didn't have defective vaginal
23 healing that led this cytotoxic mesh to have no
24 role or no effect on the --
25     A.   Okay.  We decreased it down.  You said

68 (Pages 266 to 269)

Daniel Steven Elliott, M.D.

|  | Page 270 |
|---|---|

1  defective vaginal healing.
2      Q.  I was trying to use the words you
3  said.
4      A.  You're correct; 2.4 percent had
5  defective vaginal healing.  That is just one of
6  the complications.  Not all cytotoxicity or
7  degradation is going to go just to mesh extrusion.
8  I'm talking pain, contraction, roping, the
9  degradation process.  Pelvic pain, vaginal pain,
10  dyspareunia.
11      So they are just saying, just in this
12  limiting it, 2.4 percent had defective vaginal
13  healing.  Okay.  So that's narrowing the number I
14  talked about before, okay.  I cannot answer the
15  question as to why don't all.  All I know is that
16  to me this is a red flag and patients and doctors
17  need to be warned of that possible cytotoxicity.
18      Q.  For example, we looked at the number
19  of patients who reported dyspareunia and there was
20  four out of that group.
21      A.  Five complained of pain.  Four
22  complained of dyspareunia, and then five
23  complained of vaginal bleeding.
24      Q.  Right.  So for the dyspareunia, I will
25  right -- we addressed this somewhat.  I will

|  | Page 271 |
|---|---|

1  represent to you I calculated that, and it's
2  0.56 percent.  Okay.  4 out of 700.
3      For that 0.56 percent of patients who
4  had dyspareunia, is there a way to scientifically
5  reliably say, which, if any of them, that was
6  caused by cytotoxicity?  And if there is, I want
7  to know the methodology by which you would
8  conclude that.
9      A.  That would require a study by Ethicon
10  to do that.  And so all I know is we have a red
11  flag.  We have marked cytotoxicity.  We have
12  complication.  These are just limiting to the
13  specific one.  I cannot point to a paper and say
14  that because then it has not been studied because
15  individuals didn't know to study it.  It needs to
16  be studied, though.
17      Q.  So I think in fairness, the answer to
18  my question was, no, you don't know that; correct?
19      MR. CARTMELL:  Objection.  Asked and
20  answered.  He just answered your question.
21      A.  No.  And I will reiterate just what I
22  said again.  Cytotoxicity is a red flag of
23  something going on.  We know there's cytotoxicity
24  there.  How much of a role it plays in all the
25  other complications, I don't know.  That needs to

|  | Page 272 |
|---|---|

1  be studied.
2      Q   BY MR. SNELL:  Okay.  That was my
3  question.
4      Of -- and I was really focused on
5  dyspareunia.  Of the four patients with
6  dyspareunia, you can't say, reliably,
7  scientifically, which if any of those four were
8  caused by cytotoxicity; correct?
9      A.  No.  You are correct because all I can
10  say is there was some defect in the product that
11  caused this.  I cannot attribute that just to
12  cytotoxicity.
13      Q.  And Wang did not rule out other
14  factors besides the mesh; did he?
15      A.  I don't recall Wang giving a specific
16  opinion on that, what necessitated.
17      Q.  How would you design a study like you
18  state Ethicon should do with regard to
19  cytotoxicity to see what effect, if any, it would
20  have on complications for women receiving the TVT
21  retropubic device for stress incontinence?
22      A.  You cannot ethically construct a study
23  of putting a product in that has the possibility
24  of cytotoxicity in a patient for a quality of life
25  study.  You can't do it.  It would never get

|  | Page 273 |
|---|---|

1  approved and no woman would accept it.
2      Q.  Am I correct that for the pore size of
3  the TVT mesh you cannot reliably say
4  scientifically what complications are caused due
5  to pore size in TVT patients?
6      MR. CARTMELL:  Object to the form.
7      A.  As I've stated multiple times, as
8  outlined in my report, we have an overall system
9  design failure.
10      Specifically small pore, what role is
11  that playing in percentage of the complications.
12  No, I cannot state that.
13      Q   BY MR. SNELL:  You have not studied
14  the rates of complications of stress urinary
15  incontinence slings to see whether there is a
16  statistically significant different rate of
17  complications that occurs dependent upon pore
18  size; correct?
19      A.  You are partly correct.  However, we
20  do know from the hernia mesh data and the Vypro
21  mesh data that complications can be reduced with a
22  large poor lightweight.  It has not been extended
23  down into the TVT like it should have been.  So
24  you are correct.  That data does not exist and it
25  should exist.

69 (Pages 270 to 273)

Daniel Steven Elliott, M.D.

Page 274

1  Q.  Actually, that data do exist to some
2  degree in the application of stress urinary
3  incontinence because there are data like the
4  Cochrane Reviews that show that multifilament
5  meshes have higher complication rates than
6  monofilament meshes; correct?
7  A.  Yes.  But we're talking about the TVT
8  here.  And I'm talking about lightweight hernia
9  mesh.  You know, Ethicon employees all agree,
10  lightweight, small -- or large pore reduce
11  complications.  The Cochrane has nothing to do
12  with lightweight, large pore meshes.  It doesn't
13  exist, as far as I know, for slings.
14  Q.  The multifilament meshes assessed in
15  the Cochrane Review that had higher rates of
16  complications compared to the monofilament meshes
17  like TVT have a smaller pore size than the TVT
18  mesh; correct?
19  A.  No.  You are correct, but we're
20  talking -- yes, I agree with you.
21  The ObTape, the ProteGen, the
22  Gortexes, the Amid 3's have higher implications
23  than TVT.  I agree with you.  But what I'm saying
24  is the next level up above TVT, the lightweight,
25  large pore meshes, it does not exist.  The

Page 275

1  technology exists for it, but the product has not
2  been done in any studies for women in stress
3  incontinence.
4  Q.  Right.  Okay.  So those larger pore,
5  lighter weight meshes have not been cut down to
6  1.1 centimeters, put into sheaths and tested by
7  anyone; correct?
8  A.  That is correct.  In my opinion it
9  should have been.
10  Q.  All right.  What physicians and
11  surgeons -- well, strike that.
12  If physicians and surgeons wanted to
13  test larger pore, lighter weight hernia meshes in
14  the application of stress incontinence, couldn't
15  they cut slings made of ULTRAPRO and test it for
16  incontinence?
17  A.  I can't speak to what surgeons could
18  or could not do.
19  Q.  Well, you cut mesh and put it in the
20  body however you wanted; didn't you?
21  A.  No.
22  Q.  You didn't do that for sacrocolpopexy?
23  A.  I configured an already Y-shaped mesh.
24  I did not take something and create something new.
25  I just configured it to fit into the patient's

Page 276

1  body.
2  Q.  No surgeon in the world that you're
3  aware of has ever taken a larger pore, lighter
4  weight hernia mesh, cut it down to 1.1
5  centimeters, put it in a sheath and placed it
6  retropubicly, like the TVT retropubic device;
7  correct?
8  A.  I am unaware of anybody doing that.
9  Including Ethicon.
10  Q.  Therefore, you are unaware of any
11  studies in the application of a stress urinary
12  incontinence tape that show that when put in that
13  configuration and used as the TVT is,
14  retropubicly, with the passage of trochars, that
15  there is a lower complication rate in stress
16  incontinent women; correct?
17  MR. CARTMELL:  Object to the form.  I
18  believe it misstates his opinions in this case and
19  the report.
20  Q.  BY MR. SNELL:  Go ahead.
21  A.  And therein lies a huge deficit of
22  what Ethicon should have done.  They knew the data
23  on hernia meshes and prolapse meshes.  Large pore,
24  lightweight fewer complications.  They did not
25  take the next step of extrapolating that to TVT,

Page 277

1  because, as they said, now their TVT data no
2  longer holds up.  So they made a decision not to
3  do that.
4  Q.  BY MR. SNELL:  Well, you would
5  criticize Ethicon for wanting to have a product
6  that has longer term data than all the other
7  meshes out there, including ones you, yourself,
8  have used?
9  MR. CARTMELL:  Objection.
10  Argumentative.
11  A.  Well, I have no problem with them
12  having long-term studies out there, but I'm saying
13  they're not focused on safety.  And I'm saying if
14  they knew, if a corporation knew that there were a
15  better product available and they chose not to,
16  purely for marketing, that is unethical,
17  unacceptable.
18  Q.  BY MR. SNELL:  How do they know it's
19  better in the application of stress urinary
20  incontinence when the sling is only 1.1
21  centimeters?
22  A.  They should --
23  MR. CARTMELL:  Object to the form.  I
24  don't understand the question.
25  A.  No.

70 (Pages 274 to 277)

Daniel Steven Elliott, M.D.

1　　　　MR. SNELL: I mean, you're -- I mean,
2　what you're talking about is Ethicon's state of
3　mind, and that will not fly with this judge. So
4　I'm going to withdraw that question.
5　　　　MR. CARTMELL: Let's take a break.
6　　　　MR. SNELL: That's fine.
7　　　　(Recessed from 4:25 p.m. to
8　　　　4:42 p.m.)
9　　　　MR. SNELL: You do know that I'm here
10　to question him on his New Jersey report as well?
11　　　　MR. CARTMELL: No, I didn't know that.
12　　　　MR. SNELL: Ben didn't tell you that?
13　　　　MR. CARTMELL: Hum-um.
14　　　　MR. SNELL: He said he wanted it all
15　done in one sitting. So --
16　　　　MR. CARTMELL: He told me next week in
17　Minneapolis.
18　　　　MR. SNELL: That's only case specific
19　on Watkins. I'm doing the New Jersey general
20　stuff today.
21　　　　MR. CARTMELL: Okay.
22　　　　MR. SNELL: That's what they told me.
23　　　　MR. CARTMELL: I'm not doing that. If
24　you're telling me you're going longer than
25　7 hours --

1　　　　MR. SNELL: Yeah.
2　　　　MR. CARTMELL: -- I ain't doing that.
3　　　　MR. SNELL: Well, why didn't Ben tell
4　you that, because that's the agreement.
5　　　　MR. CARTMELL: Nobody told me that.
6　　　　MR. SNELL: That's the agreement I put
7　in the emails, too. Ben was having --
8　　　　MR. CARTMELL: This was the
9　consolidation deposition.
10　　　　MR. SNELL: Right. And then but Ben
11　said, but you need to do his New Jersey generally
12　TVT at the same sitting because Watkins case
13　specific is next week. And I said, okay, I'll
14　start that after I finish the design defect. It's
15　all in the emails. I'm surprised he did not tell
16　you that.
17　　　　MR. CARTMELL: He didn't tell me and
18　I'm not doing it.
19　　　　MR. SNELL: Is that on the record. I
20　mean, because I came here and flew here to do
21　both. And I'm not available next weekend, okay,
22　because I have my own experts.
23　　　　MR. CARTMELL: I'm not available
24　tonight, and I -- I agreed to do this, and I have
25　something I have to be at at 6:00, and if I'm not

1　there at 6:00, I'm going to get my brains beat in.
2　I'm not doing that.
3　　　　MR. SNELL: Well, then we're going to
4　have to agree that whenever I can make it and the
5　doctor make it, we'll do the New Jersey general
6　TVT portion.
7　　　　MR. CARTMELL: Well, that's fine. But
8　I'm not --
9　　　　MR. SNELL: Because the person who's
10　deposing him in Watkins --
11　　　　MR. CARTMELL: Look, there's --
12　　　　MR. SNELL: Let me just say something.
13　　　　MR. CARTMELL: This is ridiculous that
14　you take 7-hour depositions.
15　　　　MR. SNELL: The person disposing him
16　in Watkins is only case specific. That was all
17　agreed to and hammered out --
18　　　　MR. CARTMELL: Nobody told me that.
19　　　　MR. SNELL: -- between Ben and
20　everybody in these big mass emails. All right.
21　Well, let's just -- let's jump on it, okay.
22　　　　MR. CARTMELL: Okay.
23　　　　MR. SNELL: We'll find something that
24　works. But I'm telling you -- and you know it. I
25　know you're tied up and I'm tied up, through the

1　5th, okay. But I'm here today, prepared to do the
2　New Jersey general after this one.
3　　　　MR. CARTMELL: Well, I'm not.
4　　　　MR. SNELL: I know. I know.
5　　　　MR. CARTMELL: I'm not doing that.
6　I'm not doing 9 hours --
7　　　　MR. SNELL: I don't know why they
8　didn't tell you.
9　　　　MR. CARTMELL: I'm not making the
10　doctor do 9 hours of deposition. That's
11　ridiculous. This is crazy. We're, again, going
12　over stuff that I think you even covered in his
13　first depo.
14　　　　MR. SNELL: I've only deposed him on
15　Prolift.
16　　　　MR. CARTMELL: But that doesn't
17　matter. A lot of this stuff has been talked
18　about.
19　　　　MR. SNELL: No. But this is in the
20　application of the design of TVT for stress
21　incontinence. That was the agreement.
22　　　　MR. CARTMELL: Go. You've got
23　48 minutes.
24　　　　MR. SNELL: That was the agreement,
25　okay. That's why I came here. And I'm prepared

Daniel Steven Elliott, M.D.

| Page 282 | Page 284 |
|---|---|
| 1  to do that. | 1  section of my report, which I have down here |
| 2  MR. CARTMELL: I wish I had known. | 2  starting on roughly page 17, it appears. |
| 3  MR. SNELL: I wish they would have | 3  In there I say, Ethicon's medical |
| 4  told you, to be honest with you. And I wish they | 4  director stated that TVT can shrink -- generally |
| 5  would have told me, because I was preparing to go | 5  believe TVT mesh would shrink approximately |
| 6  out tomorrow. And as for the length of deposition | 6  30 percent post implantation, and that is an |
| 7  being ridiculous, in New Jersey some of my experts | 7  internal document. |
| 8  were deposed for more than 13 hours. | 8  MR. SNELL: So respectfully move to |
| 9  MR. CARTMELL: I just can't believe | 9  strike. |
| 10  this. But go ahead. | 10  Q.  BY MR. SNELL: My question was: Are |
| 11  MR. SNELL: All right. So we'll pick | 11  you aware of any clinical studies that assess the |
| 12  it up. Are you ready, Doc. | 12  TVT in the application of stress urinary |
| 13  THE DEPONENT: Yes, I am. | 13  incontinence and reported that there was no |
| 14  Q.  BY MR. SNELL: You got your report | 14  shrinkage with the TVT mesh? |
| 15  there handy? | 15  A.  That there was no shrinkage? I'm |
| 16  A.  Yes, I do. | 16  unaware of any studies that's documented no |
| 17  Q.  Can you just turn to page 20. | 17  shrinkage. |
| 18  A.  Yes. | 18  Q.  Okay. The Vypro mesh, you're aware |
| 19  Q.  The picture there, that is not a | 19  that -- let me back up. |
| 20  picture of the TVT retropubic device to treat | 20  So you make reference to Vypro and |
| 21  stress urinary incontinence; is that correct? | 21  ULTRAPRO in your report; I believe; correct? |
| 22  A.  That is correct. | 22  A.  Vypro. I'd have to look and see with |
| 23  Q.  All right. The width of whatever that | 23  ULTRAPRO, where I put that. But Vypro, yes. |
| 24  mesh is is a lot more than 1 centimeter; correct? | 24  Q.  In the context of a hernia or animal |
| 25  A.  I don't know the dimensions on that. | 25  study; correct? |

| Page 283 | Page 285 |
|---|---|
| 1  I have to go back to the original document. | 1  A.  That's correct. On page 21 of my |
| 2  Q.  Well, if you look at the number of | 2  report. |
| 3  pores all the way across it, you and I can agree | 3  Q.  You know Vypro was assessed even for |
| 4  that that's a lot more than 1 centimeter wide; | 4  the application of prolapse and was found to have |
| 5  correct. | 5  a greater than 10 percent exposure rate; right? |
| 6  MR. CARTMELL: Object to the form. | 6  A.  That is correct. But it was less than |
| 7  A.  Again, I can't say. I just don't | 7  the existing Gynemesh. |
| 8  know. I'm saying I don't know what it is. I'm | 8  Q.  Actually it was assessed and it was |
| 9  not disagreeing with you. I just don't know. | 9  found to be 17 percent and Dr. Jacquetin found |
| 10  Q.  BY MR. SNELL: There's no sheath on | 10  that it was not tolerated by the body. |
| 11  that mesh; correct? | 11  A.  Okay. |
| 12  A.  That is correct. | 12  Q.  Is that correct? |
| 13  Q.  And there's certainly no trochars | 13  A.  I don't recall that. I have no reason |
| 14  connected to it; correct? | 14  to doubt that it's incorrect. |
| 15  A.  That is correct. | 15  Q.  Okay. And the ULTRAPRO, you're aware |
| 16  Q.  And you don't know how that -- | 16  that that was ultimately put into the Prolift |
| 17  whatever mesh it was stretched; is that correct? | 17  Plus, and there were mesh exposures with that mesh |
| 18  A.  I'd have to go back to the original | 18  in the POP application; correct? |
| 19  document and see what they said. | 19  MR. CARTMELL: Object to the form. Go |
| 20  Q.  Okay. Are you aware of any studies | 20  ahead. |
| 21  that have looked at potential shrinkage with the | 21  A.  Yes. Again, and that reinforces my |
| 22  TVT device in the application of stress urinary | 22  opinion. Mesh should not be placed in the vagina. |
| 23  incontinence treatment that report that there was | 23  Q.  Can we just -- I'm sorry to |
| 24  no shrinkage with the TVT? | 24  interrupt -- deflect the curtain the opposite |
| 25  A.  We'd have to go to the contraction | 25  direction. Thank you. Feel like God there for a |

Daniel Steven Elliott, M.D.

| Page 286 | Page 288 |
|---|---|
| 1   second; I was glowing.<br>2     Q   BY MR. SNELL: You know that<br>3  Dr. Jacquetin in the TVM group assessed Vypro in<br>4  the transvaginal mesh pelvic organ prolapse<br>5  application?<br>6     A.   That is correct. I've read that, yes.<br>7     Q.   And they found that tolerance of that<br>8  material was poor?<br>9     MR. CARTMELL: Object to the form.<br>10  You got the study. Show it to him. I think -- I<br>11  think you're misstating the study.<br>12     Q   BY MR. SNELL: You're aware of that;<br>13  correct?<br>14     A.   I am aware that they did look at it.<br>15  I am not aware of the specific details of that<br>16  study. It's been a while since I looked at that<br>17  study.<br>18     Q.   I have it here on the computer.<br>19     A.   That's fine. Which name or title is<br>20  it? Or who's the lead author?<br>21     Q   BY MR. SNELL: Denis, D-e-n-i-s.<br>22     A.   Okay.<br>23     Q.   Denis, Jacquetin. Here you better --<br>24  okay. You need to maximize -- there you go?<br>25     A.   Oh, so it's an abstract. | 1     Q.   And they talk about the use of a half<br>2  absorbable mesh does not seem to reduce<br>3  inflammation and could even accentuate it;<br>4  correct?<br>5     A.   That's correct. All right. And then<br>6  they go on to say, "Good results of the TVT does<br>7  not seem to be much modified by the additional" --<br>8  okay. That's separate.<br>9     Q.   Your understanding --<br>10     A.   I have to see if that Vypro -- they<br>11  mentioned a bioabsorbable, is if they have Vicryl<br>12  in there --<br>13     Q.   Right.<br>14     A.   -- or a collagen base of some sort.<br>15  That's associated with increased inflammation.<br>16     MR. CARTMELL: Hey, put the name of<br>17  that study and the citation to it on the record,<br>18  please.<br>19     MR. SNELL: Yeah. Denis, D-e-n-i-s,<br>20  Abstract 620. It was an abstract presentation.<br>21  And Dr. Jacquetin there, too. All of the study<br>22  subjects coming out of Clermont-Ferrand. Abstract<br>23  620 at the joint ICS/IUGA 2004 conference in<br>24  Paris, France. I'll make that representation. I<br>25  know that's where this is from. |

| Page 287 | Page 289 |
|---|---|
| 1     Q.   Right.<br>2     A.   Okay.<br>3     Q.   You see that they reported the<br>4  tolerance was poor?<br>5     A.   Let me go to their conclusions.<br>6     Q.   Can I come around and look at it with<br>7  you.<br>8     A.   By all means.<br>9     Q.   Because it's electronic, just so the<br>10  record reflects -- it says in this study that<br>11  tolerance of the Vypro mesh is VERY poor; correct?<br>12     A.   That's what it states, yes.<br>13     Q.   High rate of erosion, and problems of<br>14  cicatrisation have been observed.<br>15     A.   Correct. C-i-c-a-t-r-i-s-a-t-i-o-n,<br>16  which just means scars.<br>17     Q.   Okay.<br>18     A.   Contraction.<br>19     Q.   And it also had complications of<br>20  retraction and rigidity were observed with the<br>21  Vypro mesh?<br>22     A.   That is correct.<br>23     Q.   Frequently with clinical severe<br>24  consequences; correct?<br>25     A.   That is correct. | 1     THE DEPONENT: And I was at that<br>2  meeting.<br>3     Q   BY MR. SNELL: Did you see this<br>4  presentation?<br>5     A.   I don't recall seeing it, no.<br>6     Q.   And you know the Vypro mesh, it's a<br>7  larger pore mesh than the mesh used in the TVT<br>8  device; correct?<br>9     A.   It is.<br>10     Q.   And the Vypro mesh uses a combination<br>11  of Vicryl with the Prolene polypropylene; correct?<br>12     A.   Again, I'd have to refresh my memory.<br>13  That is my recollection. It is partially<br>14  absorbable.<br>15     Q.   All right. The Vicryl part is what<br>16  absorbs over time?<br>17     A.   That is correct.<br>18     Q.   And the Prolene polypropylene mesh is<br>19  what's left behind; correct?<br>20     A.   That is the permanent portion of the<br>21  implant, yes.<br>22     MR. SNELL: Let's mark this.<br>23     (Exhibit 24 marked.)<br>24     Q   BY MR. SNELL: Exhibit 24 is a study<br>25  of various meshes, fascia, animal, cadaveric |

73 (Pages 286 to 289)

Daniel Steven Elliott, M.D.

Page 290

1  materials, and the rabbit model with implications
2  for sling surgery; correct?
3      A.   That is correct.
4      Q.   This is a paper you were one of the
5  authors of; correct?
6      A.   I was the lead author.
7      Q.   Okay.  And this was published in the
8  Journal of Urology?
9      A.   Correct.  In 2004.
10     Q.   All right.  Is the Journal of
11 Urology -- does it have a poor peer review
12 process?
13     A.   A poor, meaning incompetent?  I
14 mean --
15     Q.   Okay.
16     A.   As opposed to pore, p-o-r-e?  You're
17 talking poor, p-o-o-r?
18     Q.   Yes, sir, p-o-o-r.
19     A.   No.  It would -- in urology, it is
20 probably one of the most strict peer review, along
21 with the European Urology Journal.
22     Q.   All right.  So among the various
23 things assessed, one was polypropylene mesh.
24 Another was autologous fascia; correct?
25     A.   That is correct.  And it was the Sparc

Page 291

1  that we used.
2      Q.   And Sparc was a -- that was a
3  monofilament polypropylene mesh; correct?
4      A.   Correct.  Quite similar to TVT.
5      Q.   And there was a rapid loss of strength
6  and stiffness in the porcine and cadaveric
7  materials; correct?
8      A.   That is correct.
9      Q.   And the autologous fascia, as well as
10 small intestinal submucosa demonstrated the
11 highest rate of contraction; correct?
12     A.   In this short-term limited, yes,
13 that's what we found.
14     Q.   Does the autologous fascia contract in
15 the human body?
16     A.   It is reabsorbed.  And remodeled is
17 the term we usually use.  As opposed to
18 contraction.
19     Q.   I saw in your pilot study with the
20 10 patients with the transobturator autologous
21 sling that you reported that you placed that sling
22 loosely in order to hopefully minimize contraction
23 of the autologous tissues.
24         Do you recall that statement?
25     A.   I don't recall that statement per se.

Page 292

1  However, in the first 10 patients we didn't know
2  the tensioning of this.  No one had ever done it
3  before.  And so we're accounting for a lot of
4  different factors.  Is it going to -- is it going
5  to tighten up or is it going to stretch out.  We
6  didn't know.
7      Q.   Okay.
8      A.   And that's why it's a feasibility
9  study.
10     Q.   Okay.  The last page you talk about
11 "the polypropylene mesh has extremely low
12 stiffness at baseline, but it demonstrated
13 increasing stiffness with time.  This phenomenon
14 is likely caused by the ingrowth of tissues into
15 the interstices of the mesh."
16     A.   That's correct.  That's what we
17 stated.
18     Q.   Is that an accurate statement?
19     A.   That is an accurate statement of what
20 we found.  We did not know at that point in time
21 the potential implications of that.
22     Q.   You concluded that the biomechanical
23 results of the current study support the use of
24 polypropylene mesh for sling surgery relative to
25 other non-autologous materials; right?

Page 293

1      A.   Again, that's what we stated as of
2  2004 in our short-term study because we found the
3  increased stiffness and thought that that would be
4  increased as far as efficacy.  And we didn't
5  realize that that process continues.
6      Q.   You published a subsequent study in
7  follow-up; correct?
8      A.   Correct.  By Krambeck, et al.
9          MR. SNELL:  Go off the record for a
10 second.
11         (Exhibit 25 marked.)
12     Q   BY MR. SNELL:  So-Exhibit 25, Doctor,
13 is your follow-up study that you published in 2006
14 in the Urology Journal; correct?
15     A.   Correct.
16     Q.   And this was a study where you found
17 significant differences were found for
18 inflammation, eosinophil infiltrate and
19 inflammatory rind at 12 weeks with polypropylene
20 mesh having the lowest degree; correct?
21     A.   That was one of our findings.
22     Q.   And that was a study looking at
23 polypropylene mesh versus cadaveric fascia,
24 porcine dermis, porcine small intestine submucosa,
25 and autologous fascia; correct?

74 (Pages 290 to 293)

Daniel Steven Elliott, M.D.

Page 294

1    A.   Those were all the properties or the
2  substances we studied.
3    Q.   All right.  And you reported that the
4  inflammation with the cadaveric fascia and porcine
5  may cause rapid clinical deterioration compared to
6  the autologous fascia and polypropylene mesh?
7    A.   That is correct.  That was the main
8  purpose of this study, looking at what happens to
9  the cadaveric and porcine materials.  Does the
10  body rapidly absorb them, which we found out it
11  did.  And the polypropylene had the greatest
12  degree of scar formation.
13    Q.   And that's one of the reasons why
14  cadaveric fascia and porcine materials for use in
15  the sling application never really caught on to a
16  large degree because, with longer term follow-up
17  surgeons found that those slings would actually be
18  absorbed into the body; correct?
19    A.   Partly correct.  The porcine, no
20  question.  The porcine dermis and then the porcine
21  SIS, in my opinion, were horrible products.  I
22  used them and they failed miserably.  It was
23  worthless to do that.  Actually worse than
24  worthless.
25    The -- I forget the rest of what your

Page 295

1  statements were.  But the --
2    Q.   Cadaveric.  With regard to the
3  cadaveric.
4    A.   And the cadaveric -- there's multiple
5  different types of cadaveric and how they are
6  processed.  And some are good and some are not
7  good.  The one we found here raised questionable
8  results.
9    Q.   How do you know which ones are good
10  and not good until you try them?
11    A.   That's a major problem, but pretty
12  much agreed upon, freeze died eradiated cadaverics
13  have a higher -- not degradation.  Decomposition.
14  De --
15    Q.   The eradiation process that you need
16  to do to cadaveric tissue to reduce any potential
17  transmission of disease is known to cause those
18  materials to degrade; correct?
19    A.   Yes.
20    Q.   And you wrote here that the fibrosis
21  and scarring noted with the polypropylene mesh may
22  also contribute to a more lasting repair; correct?
23    A.   You're correct.  That was at that
24  point in time the conclusions that we reached.
25  And we subsequently discovered that we were

Page 296

1  incorrect with that.  We had our facts right, our
2  conclusion wrong.
3    Q.   You wrote that the facial slings using
4  harvested autologous fascia which increases
5  operative time and patient morbidity.
6    And that's true as of today; correct?
7    A.   I would not disagree with that.
8    Q.   And you report other studies have
9  shown a decrease in tensile strength of cadaveric
10  fascia; correct?
11    A.   Correct.  But the issue was -- we
12  assumed at that point in time that increasing
13  tensile strength was a good thing.  We're now
14  realizing that the pelvis and the vagina are
15  elastic and have to bend, and so we're not
16  necessarily agreeing with the conclusions I had in
17  this study.
18    Q.   You found that the xenograft and
19  cadaveric products demonstrated high degrees of
20  inflammatory infiltrate; correct?
21    A.   That is correct.  Specifically with
22  the SIS.  And those had a significant immune
23  response to it.  Yes.  And those are not used in
24  our practice at all anymore because of that.
25    Q.   Okay.  What is the significance of the

Page 297

1  SIS for the porcine?  Is that a single incision
2  sling?
3    A.   No.  It's just like -- instead of
4  using cadaveric tissue for the sling, we use SIS,
5  which is pig intestine, submucosal pig intestines.
6  There's also porcine dermis, but both of them
7  contain porcine DNA and are not recommended to be
8  used.
9    Q.   And you're right.  "We also noted a
10  low degree of inflammation with polypropylene mesh
11  compared to the other materials."
12    A.   Yes.  And that's a relative statement
13  in the short-term in the rabbit model compared to
14  the processes that we know create a significant
15  amount of immune response because they still have
16  porcine DNA.  So there's a major foreign body
17  reaction to that.
18    Q.   And you found that there was a low
19  degree of inflammation with polypropylene mesh,
20  which was similar to what was seen with the
21  autologous fascia; correct?
22    A.   Correct.  In the short-term that is
23  correct.  That's what we found.
24    Q.   And so the polypropylene mesh in your
25  study acted most closely to the autologous fascia;

75 (Pages 294 to 297)

Daniel Steven Elliott, M.D.

| Page 298 | Page 300 |
|---|---|
| 1  correct?<br>2      A.   Correct.  In the rabbit model, placed<br>3  transabdominally, that is the conclusions we<br>4  reached in 2008.<br>5      Q.   All right.  I mean, some of the<br>6  studies you cite to in dogs and other animals<br>7  that are not even in the sling application like<br>8  you tried to do; right?<br>9      A.   I agree.<br>10      Q.   So are you saying that your study is<br>11  not important, or that --<br>12      A.   No.<br>13      Q.   -- the findings are inaccurate?<br>14      A.   No.  I'm saying it has to be looked at<br>15  as far as -- this is looking what the rabbit model<br>16  does to these various different slings in the<br>17  short-term.  I think they're very important<br>18  findings.<br>19      Q.   You say, our results -- "the<br>20  alternatives to biologic material, synthetics are<br>21  gaining popularity.  The polypropylene mesh has<br>22  shown promising initial and long-term results<br>23  similar to that of autologous sling material";<br>24  correct?<br>25      A.   Correct. | 1      Q.   You say UCLA State of the Art Urology<br>2  Meeting --<br>3      A.   Oh.  Oh.<br>4      Q.   -- page 4.<br>5      A.   That's a yearly meeting that they have<br>6  that Raz and other experts discuss.  That was an<br>7  attendance-only meeting.  That's not Grand Rounds.<br>8      Q.   Okay.  I'm sorry.<br>9      A.   No.<br>10      Q.   Were you just kind of -- were you<br>11  identifying different conferences or meetings you<br>12  go to typically?<br>13      A.   Correct.  That was continuing medical<br>14  education.<br>15      Q.   Okay.<br>16      A.   Where specifically UCLA is well-known<br>17  for having Dr. Raz there.  So there's always a<br>18  strong female urology section to it.  That's all<br>19  that's stating.<br>20      Q.   Dr. Raz is one of the proponents of<br>21  needle suspension procedures over the years;<br>22  correct?<br>23      A.   Well, he used to be.  He's not<br>24  anymore.  He doesn't do his own procedure anymore.<br>25      Q.   Why not? |

| Page 299 | Page 301 |
|---|---|
| 1      Q.   And then you go on to say, "Our<br>2  results indicated little degree of inflammation<br>3  and significant fibrosis similar to that with<br>4  autologous material"; correct?<br>5      A.   Correct.  And that is the significant<br>6  finding of that, which we did not correctly<br>7  interpret our results at that point in time.<br>8      Q.   Well, you've stated significantly that<br>9  none of the material appeared grossly infected at<br>10  explantation in your study either; is that right?<br>11      A.   That's correct.  In the rabbit model<br>12  placed transabdominally, that is correct.<br>13      Q.   All right.  I think in your report<br>14  somewhere you mentioned -- and maybe I'm<br>15  misstating this, but you were relying on -- or you<br>16  found something important coming out of the UCLA<br>17  Grand Rounds?<br>18      A.   No.  No.  I don't recall that.<br>19      Q.   Okay.<br>20      A.   I attended multiple UCLA meetings<br>21  which involved discussions of meshes, but I think<br>22  that's the only thing I could --<br>23      Q.   Okay.<br>24      A.   I don't think I ever attended what we<br>25  call Grand Rounds. | 1      A.   Didn't work.<br>2      Q.   Okay.  Do you have that Ford Cochrane<br>3  Review you cited to in your expert report handy?<br>4  I think it was one of the first exhibits we<br>5  marked.  Can I just turn to a page.  I have a<br>6  question for you.<br>7          With the 2.1 percent mesh exposure<br>8  rate they saw with the retropubic sling in the<br>9  Ford Cochrane Review of 2015, would there be a<br>10  scientifically reliable way of stating which, if<br>11  any, of those exposures occurred due to the<br>12  mechanically cut nature of the mesh?<br>13      A.   You have to look at those studies and<br>14  see when they were published.  If they're<br>15  published prior to 2007, you could say all of them<br>16  were attributed.  If they're published after that<br>17  we don't know, and they'd have to look at the<br>18  studies, see if they break it down in mechanical<br>19  versus laser.<br>20      Q.   Do any of the randomized control<br>21  trials report that there was a sawing effect with<br>22  the TVT mechanically cut mesh in the treatment of<br>23  stress incontinence?<br>24      A.   I have not seen that in the<br>25  literature.  That is based upon my personal |

76 (Pages 298 to 301)

Daniel Steven Elliott, M.D.

Page 302

1  experience with Sparc, not the TVT, and then also
2  internal documentation.
3      Q.  So if there was a 2.1 percent rate --
4  if there was a 2.1 percent rate of exposure with
5  the retropubic TVT sling -- and I want you to
6  assume that all of those were mechanically cut,
7  okay -- how would you scientifically, reliably
8  ascertain which of those 21 patients' exposures
9  were because of the mechanical cut nature of the
10  mesh?
11      A.  Looking at this, I have no idea how
12  many of these are TVT or not.  It says retropubic
13  slings, but that could be anything.  It's not
14  talking up-down, top-down, or anything.  They're
15  not comparing TVT right here necessarily.
16          So based upon that, I don't know how
17  to answer your question because I don't know what
18  they're looking at, because they just say
19  retropubic.
20      Q.  You didn't look and see how many of
21  those studies were the TVT study.
22      A.  I did not look through those to find
23  out that information, no.
24      Q.  So let me ask you this hypothetical
25  then.  If there were hypothetically 21 mesh

Page 303

1  exposures out of 1,000 TVT mechanically cut
2  retropubic device cases, how would you -- would
3  you be able to scientifically reliably say which
4  of those 21 exposures were due to the mechanical
5  cut nature of the mesh?  And if so, how did you do
6  that?
7      A.  In a retrospective fashion, you would
8  not be able to determine that with precision.  You
9  could say it's going to be a contributing factor
10  in certain numbers.  Also contributing could be
11  degradation, infection, subclinical infection, all
12  those things.  In a retrospective fashion, you
13  cannot.  That's why it has to be done
14  prospectively.
15      Q.  And as you sit here today, you have
16  never seen, in any prospective TVT retropubic
17  study, any author attribute clinical mesh exposure
18  due to a sawing of the mesh; correct?
19      A.  I'd only have to go off of data on
20  TVT-Secur and TVT -- TOT, the Hinoul study, but
21  that is not a TVT study.  To the best of my
22  knowledge, that has not been evaluated.  It should
23  have been, but it has not been evaluated.
24      Q.  The TVT-Secur, that was the laser cut
25  mesh; correct?

Page 304

1      A.  Correct.
2      Q.  That study didn't assess the TVT
3  retropubic mid-urethral sling to treat stress
4  incontinence; correct?
5      A.  Correct.  It was TVT-Secur versus the
6  TVTO.
7      Q.  And the TVTO, in that study, do you
8  recall if there were any mesh exposures?
9      A.  I'd have to look at the study.  I
10  don't recall.
11      Q.  Do you know if that TVTO mesh was
12  mechanical cut?
13      A.  The Secur was laser cut.  And it was
14  my understanding that the TVTO was mechanically
15  cut.
16      Q.  And the TVTO mechanically cut had a
17  lower rate of exposure than the TVT-Secur;
18  correct?
19          MR. CARTMELL:  Tell him, if you know.
20      A.  Again, I do not know.  I'd have to
21  look at the study.
22      Q   BY MR. SNELL:  Are there any data in
23  women on the TVT used to treat stress incontinence
24  which report how many, if any, of those TVT
25  mechanically cut slings have a sawing effect?

Page 305

1      A.  To the best of my knowledge, in those,
2  they did not use that specific terminology.  The
3  fraying and the sawing is more from internal
4  documentation of complaints coming into Ethicon
5  and their discussions about it.
6      Q.  Do any of the clinical studies on TVT
7  used to treat stress incontinence report the mesh
8  frame and its use in women?
9      A.  Again, just like the last answer, I am
10  unaware of any manuscript that discusses that
11  specific terminology.  That comes from internal
12  documentation and also comes from my experience
13  with the TVT, which did the same thing.  But I
14  didn't write on that either.
15      Q.  Have you ever seen any scientifically
16  reliable studies in women that document the
17  incidents at which there is -- withdrawn.
18          I just didn't remember the word.  You
19  used two words, and I wanted to use one of them.
20          Have you ever seen any scientifically
21  reliable studies in women utilizing the TVT
22  retropubic device to treat incontinence that
23  states the incidence of fraying of the mesh?
24      A.  Again, this is -- what I stated
25  before.  I've not seen that in the literature,

Daniel Steven Elliott, M.D.

Page 306

1  that specific terminology used. That comes from
2  the internal documents and complaints that came
3  in.
4      Q.  Do you know the incidence for which
5  fraying of TVT retropubic mesh in the treatment of
6  stress incontinence occurs?
7      A.  We have to go to my report on page 21,
8  where I talk about fraying --
9      Q.  Um-hum.
10      A.  -- and particle loss, and the sawing
11  effect. And the incidence -- okay. It varies --
12  as you go through the various sections here in the
13  report on that.
14      Say on page 22, testing done by
15  Ethicon. So that after elongation, 18 percent of
16  the weight was lost due to particle loss.
17  Pariente says the point -- 8.5 percent of the
18  particle loss.
19      Q.  But my question is specific to
20  fraying. So what --
21      A.  Fraying?
22      Q.  Yes, sir. What -- I'm sorry. Yes,
23  Doctor.
24      What's the incidence of fraying that
25  occurs? I didn't see that number in your report.

Page 307

1      A.  I don't think I state a specific
2  number in there. However, during the placement of
3  it, where, you know, they talk about 50 percent of
4  these devices are elongated during the
5  implantation with 12 pounds of force, that causes
6  the -- to rope, fray, and particle loss. So I
7  can't give you an exact percentage. But it is a
8  constellation of problems that happen with that.
9      Q.  Other than your paper on the use of
10  the Holmium laser, have you published on treating
11  any mesh complications?
12      A.  Yes.
13      Q.  Where? What paper would that be? For
14  stress urinary incontinence?
15      A.  Stress urinary incontinence.
16      Q.  Yes.
17      A.  I have the copy of my CV, which is an
18  exact copy of yours.
19      My page 17 of 25, I have the Holmium
20  laser complication, as you mentioned. And then
21  number 9 on this is Clifton, et al., where I'm the
22  senior author, of Repeat Anti-Incontinence
23  Procedures Following a Sling Release.
24      So that's a study of individuals who
25  had obstruction following a sling. We treated the

Page 308

1  obstruction, and then what happened to those
2  individuals.
3      Q.  What types of slings were those?
4      A.  Those were all types of slings.
5  Retropubic, suprapubic, transobturator, and
6  vaginal.
7      Q.  Were there any retropubic TVTs in that
8  study?
9      A.  I'd have to look and see what we
10  documented.
11      Q.  What was the main result of that
12  study? What percent of the patients remained
13  continent following sling release.
14      A.  Again, I'd have to look at that study,
15  the exact numbers on it.
16      Q.  Do you have it with you?
17      A.  Yes, I do. I should. Actually I
18  don't have the paper. I would have to guess on
19  the numbers. It was a high -- the issue was --
20      MR. CARTMELL: Don't guess. If you
21  know, you know.
22      A.  All I'll say is there's a high rate of
23  reoperation once we cut the sling over time. That
24  was the significant findings.
25      Q.  BY MR. SNELL: What do you mean by

Page 309

1  that?
2      A.  What I mean is the traditional thought
3  was, based upon a Webster paper, George Webster
4  out of Duke, is that if you cut slings, 85 percent
5  of people stayed dry. But the problem is no one
6  had followed those individuals long-term. So we
7  followed them long-term and found out that over
8  time the rate of incontinence increased, requiring
9  further treatment. So bottom line, it's not like
10  if you obstruct somebody, you treat it, they're
11  done. They're great. No, they have problems
12  later.
13      Q.  What was the mean time for your
14  surgery to release the sling?
15      A.  I'd have to look at the paper.
16      Q.  Was it more than a year or less than a
17  year?
18      A.  I'd have to look at the paper. I
19  don't recall and I don't, for some reason, have a
20  copy of it here.
21      Q.  What was the long-term follow-up that
22  you say that you all conducted? How long was
23  that?
24      A.  Again, that's what I'm saying. I need
25  to see the paper because I can't recall what the

Daniel Steven Elliott, M.D.

Page 310

1  duration was.
2      Q.  As you sit here today, do you know
3  whether 50 percent or more -- strike that.
4          As sit here today, was it more likely
5  than not that those papers who had a sling release
6  would not require reoperation for incontinence?
7      A.  I'll get the paper.
8      Q.  Okay.
9      A.  Because I can't recall.
10     Q.  That's fine.  I don't think I have it.
11 So if you don't remember, that's fine.
12         MR. CARTMELL:  You don't need to get
13 the paper.
14         MR. SNELL:  It would be good if he got
15 the paper.  But that's fine.  If he doesn't
16 remember his own data, that's fine.  I'm not
17 trying to trick him.  I just want to know.
18         MR. CARTMELL:  I mean, if you don't
19 know the answer, then say you don't know, okay.
20     A.  I don't know the exact number.  We
21 worked hard on it, and to do it justice, I'd have
22 to find the paper.
23     Q   BY MR. SNELL:  Fair enough.
24         In your Holmium laser paper, the
25 majority of women got better; right?

Page 311

1      A.  At this point.  But we are still
2  continuing to follow those, and that's what was
3  raised in the SUFU lecture when I talked about
4  this.  We don't know what's going to happen to
5  these people long-term.
6      Q.  Here, I have your paper.  We have it
7  here.  Clifton, you said?
8      A.  Clifton.
9      Q.  This says median follow-up after
10 release was 32 months.  Of the 93 patients,
11 14 percent required repeat anti-incontinence
12 procedure after sling realize.
13     A.  Okay.  All right.
14     Q.  That's your paper; right?
15     A.  I can't see the top of it.  I'll
16 assume you're telling me the truth, though.
17         That's it.  Yes.
18     Q.  All right.  So actually, your data
19 were consistent with other data in the literature,
20 because 86 percent of your patients didn't require
21 repeat anti-incontinence procedure; right?
22     A.  I'll have to see the paper.
23         MR. SNELL:  We can go off the record
24 while he reviews that.
25         MR. CARTMELL:  No.  We're not going

Page 312

1  off the record while he reviews it.
2          MR. SNELL:  It's his own paper.  So
3  you're going to waste my -- you're going to burn
4  my time with him looking at his own paper?
5          MR. CARTMELL:  You wanted him to look
6  at it.  This is your time, period.
7      Q.  BY MR. SNELL:  Okay.  Doctor, could
8  you quickly look at your own paper that you wrote?
9      A.  14 percent of patients after a sling
10 release ultimately went on to a repeat operation.
11 That's what we had in our data.
12     Q.  All right.  So that means 86 percent
13 of those patients did not go on to a repeat sling
14 operation?
15     A.  Yes.  But some of those elected not to
16 because they were scared from previous surgeries.
17     Q.  What percentage of the patients
18 elected not to?
19     A.  I'd have to look at the study.  I
20 don't have that.  So I mean, that's -- again, I'd
21 have to look at the study.
22     Q.  Fair enough.
23         When you do your autologous fascial
24 slings, and the transobturator autologous slings,
25 how do you tension those slings?

Page 313

1      A.  How do I tension them?  I -- well, you
2  said two different things.  Pubovaginal or
3  autologous transobturator.  Which one?
4      Q.  Either one.  Or if there's a
5  difference, just tell me there's a difference.
6      A.  Well, there's a difference between the
7  two.
8      Q.  Fair enough.  How do you tension
9  autologous fascial slings?
10     A.  Well, again, there's two different
11 types.  Pubovaginal or transobturator?
12     Q.  Pubovaginal?
13     A.  Pubovaginal, there's three steps to do
14 this.  Place a cystoscope in the urethra, deflect
15 it 15 degrees.  Up top in the abdomen, you tie
16 initial knot that you can fit two finger breadths
17 in it.  Secure it with a clamp.  Tie multiple
18 knots.  In doing that, you're fairly reproducible
19 as far as the tension goes.
20     Q.  Some surgeons use one finger breadth;
21 correct?
22     A.  It's -- you can -- yeah.  Well, I
23 can't speak to that.  I do two finger breadths and
24 it works.
25     Q.  Is that because that's how you were

79 (Pages 310 to 313)

Daniel Steven Elliott, M.D.

| Page 314 | Page 316 |
|---|---|

**Page 314**

1 taught to do that procedure?
2     A.   Yeah, but I'm going to modify it.
3 That's originally how -- oh, I was taught the
4 leave a gap. The key is you leave it loose.
5     Q.   Okay.
6     A.   And so if you use one finger breadth
7 or two finger breadths might not make all that
8 difference because it's the distance from the
9 fascia to your knot, not necessarily the width.
10 So one finger breadth and two finger breadths is
11 actually going to be the same.
12     Q.   You don't really use any objective
13 measurement to assess tension; correct?
14     A.   That is an objective. 15 degrees and
15 one finger breadth. So I have objective,
16 reproducible data. And I have never had, in my
17 pubovaginal slings, a patient go into retention
18 that was not a purposeful retention.
19     Q.   You don't use any type of gauge to
20 assess tension on the sutures; correct?
21     A.   That does not exist for the
22 pubovaginal slings.
23     Q.   All right. And is there any
24 literature that reports on the effect, if any, of
25 using one, two, or three suture finger breadths of

**Page 316**

1 reproducible in my hands.
2     Q.   Right. But you don't do all the sling
3 surgeries in this country. So I'm more interested
4 in out in the masses in the United States.
5     There is a fairly high rate of urinary
6 retention following the autologous pubovaginal
7 sling; right?
8     MR. CARTMELL: Object and move to
9 strike the statement of counsel. Object to the
10 form as well.
11     MR. SNELL: I'll withdraw the
12 statement.
13     Q   BY MR. SNELL: Let me just -- looking
14 broadly, nationally, okay, across the data, there
15 is a fairly high rate of urinary retention
16 following autologous pubovaginal slings; correct?
17     MR. CARTMELL: Object to the form.
18     A.   I can't agree with that. You say
19 fairly high. I don't know that. I've not seen
20 that data.
21     Q   BY MR. SNELL: You've seen reports in
22 the data of rates of retention higher than
23 20 percent following autologous pubovaginal sling?
24     A.   It depends on how you're describing
25 retention. If you're talking immediately

| Page 315 | Page 317 |
|---|---|

**Page 315**

1 detensioning for the autologous pubovaginal sling
2 as opposed to some other method of tensioning?
3     A.   No, there's nothing in the literature
4 like that. The teaching is to leave it loose.
5     Q.   And realizing you don't really do the
6 Burch. Do you even remember how you were taught
7 to tension or detension a Burch?
8     A.   No, I don't remember that.
9     Q.   What is wrong with the tensioning of
10 the TVT retropubic device, if anything, in your
11 opinion?
12     A.   It's not reproducible. The
13 pubovaginal sling, I can tell somebody exactly
14 like I told you. Cystoscope in, deflect it
15 15 degrees, two finger breadths up, tie it loose,
16 and you won't have retention.
17     TVT, it says tension free, but then
18 there's tension. And so it's not reproducible. I
19 can't tell you how to tension it correctly. I can
20 tell you the pubovaginal sling.
21     Q.   Well, with the pubovaginal sling,
22 there is a fair number of patients who have
23 urinary retention after that procedure; right?
24     A.   I can't speak to those. I can speak
25 to my own experience. Like I say, it's

**Page 317**

1 postoperatively, yes, that is very commonly.
2 That's why a suprapubic tube or intermittent
3 catheterization is not uncommonly required.
4 Permanent retention after a month or six weeks,
5 that's debatable, the duration, should be very
6 low. In experienced people's hands, it's
7 essentially zero. Again, my hands zero.
8     Q.   You've read the sister study by the --
9 that was funded by the NIH that compared the
10 autologous pubovaginal fascial sling to the Burch
11 colposuspension, and they found statistically
12 significant higher rates of not only voiding
13 dysfunction and retention but retention requiring
14 reoperation in the autologous sling arms; correct?
15     A.   That's been a long time since I've
16 read it. I have to look at that paper. That was
17 a good paper, but it's been a long time since I've
18 seen it.
19     MR. CARTMELL: I don't mean to
20 interrupt, but I'd like to check the time, please.
21     THE REPORTER: 7 hours and 13 minutes.
22     MR. CARTMELL: Okay. You're done. If
23 you want to go -- I may have a few questions. But
24 if -- if -- we can go off the record if you want
25 and talk about what you and Ben agreed to. It's

Daniel Steven Elliott, M.D.

Page 318

1  just nobody told me that, and I really need to be
2  somewhere.
3       But let's go off the record right now.
4       MR. SNELL: Well, no. This needs to
5  be put on the record, and I have emails
6  documenting this, where Ben said, Burt, the MDL
7  design defect dep and New Jersey general TVT dep
8  have to done in one sitting on one day; you got to
9  do it today. And I said, okay, Ben, I will. And
10  then he and Judy Walberger, are doing the case
11  specific Watkins deposition next weekend. So that
12  was the agreement.
13       And I emailed Ben, fine, I'll do that.
14  No problem. I'll start the New Jersey general TVT
15  dep after this deposition, okay. And nobody ever
16  said that that wasn't going to occur. And I came
17  here with that expectation. And I wouldn't lie to
18  you. I mean, you've seen the email. Were you on
19  the email? It's in the email.
20       MR. CARTMELL: You don't have to
21  answer that.
22       MR. SNELL: You don't have to answer.
23  You're not under oath.
24       But with that said, what do you want
25  to do? I understand you have to do something with

Page 319

1  your family.
2       MR. CARTMELL: We've been here nine
3  hours, and I don't want to put him through -- if
4  you told me you had 30 minutes or an hour, then
5  maybe, but I mean --
6       MR. ROSENBLATT: Did they agree to
7  extend any deadline? Will that work?
8       MR. CARTMELL: What's the deadline in
9  New Jersey we're talking about?
10       MR. SNELL: I don't know. I think
11  it's October 5th or something.
12       MR. ROSENBLATT: I don't know.
13       MR. CARTMELL: Let me make a call,
14  okay.
15       MR. SNELL: Yeah.
16       MR. CARTMELL: I mean, I don't want to
17  get anybody in trouble and all that, and I get the
18  idea of having -- you know, doing them all at
19  once. But I'm telling you, I knew nothing about
20  this. And I think the idea of making a
21  deposition -- you know, he's been here 9 hours.
22  We've been on the record over 7 hours. That's
23  hard. I don't know that I want him to continue
24  this.
25       MR. ROSENBLATT: It wasn't Burt's

Page 320

1  idea.
2       MR. SNELL: Okay. Yeah, I mean, that
3  wasn't my idea, okay. One.
4       Two, I understand. I know -- you
5  know, look, I have a family, too, and I sympathize
6  for you.
7       But, three, I came here with that
8  intention and am ready to go.
9       And four, in New Jersey, my experts
10  have been deposed for pretty much more than
11  12 hours in a sitting.
12       (Recessed from 5:33 p.m. to
13       5:42 p.m.)
14       MR. SNELL: So I will pass the witness
15  in the MDL design defect case, and I reserve the
16  right to do the New Jersey TVT general deposition,
17  as I told Ben.
18       And I'm looking at my email that I
19  sent to him, where I said, "That's fine. I will
20  do my MDL design defect deposition first. And
21  after that we will do the New Jersey general TVT
22  deposition for anything that was not already
23  addressed."
24       I'll stand by that statement I sent to
25  Ben. I will not be duplicative. I really only

Page 321

1  have the warning stuff from my quick review of his
2  report left over. So I am not foregoing my right
3  to do that portion. And I will make a statement
4  on the record that New Jersey, the deposition of
5  an expert is not limited to 7 hours. My experts
6  have been deposed in cases in New Jersey for well
7  over 10 hours. But so that's my position. And
8  I -- go ahead, Tom.
9       MR. CARTMELL: Okay. Just so it's
10  clear. We took a break. I called Ben. He told
11  me that the correspondence back and forth was --
12  or our position, I guess, that he stated was you
13  needed to do both the New Jersey and the MDL
14  deposition today, meaning in 7 hours, because
15  there's a 7-hour requirement from the -- I'm just
16  telling you what he said, from the MDL. And that
17  the reports are the same. The general causation
18  reports.
19       You just pointed out to me that in
20  New Jersey there are failure-to-warn opinions that
21  you have not yet been able to question the witness
22  on. And I do agree with that. You have not done
23  that.
24       You've said you wanted to continue the
25  deposition for that. I had not been told -- and

81 (Pages 318 to 321)

Daniel Steven Elliott, M.D.

Page 322

1  we've been here for 9 hours. I had not been told
2  that that was going to happen today. I actually
3  have a prior commitment that I really need to go
4  to, and I believe the doctor is tired as well.
5       So I've agreed, and I think you have,
6  too, that we would go ahead and allow you that
7  time for the warnings opinions that you have and
8  set it up at an additional time.
9       MR. SNELL: And at a mutually
10  convenient date between doctor, myself, and
11  whoever will defend.
12       MR. CARTMELL: That's right.
13       MR. SNELL: And I will just state for
14  the record, too, Ben Anderson never told me he
15  expected me to do both in 7 hours, nor does he
16  have a basis under the New Jersey Rules of
17  Procedure to make such a statement. I have my
18  email that I sent to him, and there was no reply
19  saying, no, Burt, you're wrong.
20       MR. CARTMELL: Okay.
21       MR. SNELL: But we have an agreement,
22  and I'm passing the witness. Let's get this
23  design defect deposition in the books.
24       MR. CARTMELL: Okay.
25       MR. SNELL: That way you can go do

Page 323

1  your thing.
2       MR. CARTMELL: Doctor, I just have a
3  few follow-up questions.
4       You recall that you were asked
5  previously about --
6       MR. SNELL: Can you give me one
7  second, Tom. I'm essentially sorry to interrupt
8  you. I just have to get something to write with.
9  Very, very sorry. Go ahead. I'll shut up.
10       EXAMINATION
11  BY MR. CARTMELL:
12       Q.  Do you recall being asked questions by
13  Mr. Snell about large pore lightweight mesh?
14       A.  Yes.
15       Q.  And do you have an opinion within a
16  reasonable degree of medical certainty that
17  lightweight large pore mesh would lead to less
18  complications in the TVT or in a mid-urethral
19  sling than the TVT heavy weight small pore mesh?
20       A.  Yes.
21       MR. SNELL: Objection. Leading. Go
22  ahead.
23       A.  Yes.
24       Q   BY MR. CARTMELL: And what is your
25  opinion?

Page 324

1       A.  That based upon the medical
2  literature, Klosterhalfen, Klinge, as stated in my
3  report, lightweight large pore meshes have lower
4  complication rates, and that is also including the
5  internal Ethicon documents that state
6  acknowledgment of that fact.
7       Q.  You mentioned, when you were
8  questioned by Mr. Snell, that the TVT, I believe
9  you said during the first six weeks, may result in
10  more pain.
11       Do you recall that?
12       MR. SNELL: Objection. Misstates.
13       A.  I don't believe I said that. That the
14  TVT may result in more pain? No, I didn't --
15       Q   BY MR. CARTMELL: You didn't say that?
16       A.  I didn't say that.
17       Q.  I think you were talking about
18  perioperative pain when comparing the TVT to maybe
19  pubovaginal slings or the Burch.
20       A.  Correct.
21       Q.  Okay. When you were talking about
22  pain during that perioperative period or during
23  the first six weeks, what type of pain were you
24  talking about?
25       A.  I'm talking about incisional pain,

Page 325

1  pain in the suprapubic region, where the tissue
2  may have been harvested. I'm not talking about
3  vaginal discomfort. That would be equal. We're
4  just giving the harvest area.
5       Q.  Are you talking about dyspareunia?
6       A.  No. I'm talking specifically
7  perioperative incisional pain.
8       Q.  Do you have an opinion within a
9  reasonable degree of medical certainty whether or
10  not TVT, when compared to pubovaginal slings or
11  Burch slings, causes more dyspareunia or vaginal
12  pain on a long-term basis?
13       MR. SNELL: Objection. Beyond the
14  scope. Non-disclosed opinion in the report.
15       Go ahead.
16       A.  Based upon my clinical experience, my
17  discussion with colleagues, review of the
18  literature, and what is outlined in my expert
19  report, TVT, in the long-term, causes increased
20  risk for dyspareunia and the severity of that
21  dyspareunia.
22       Q   BY MR. CARTMELL: What about with
23  vaginal pain?
24       A.  Vaginal pain would be the --
25       MR. SNELL: Same objection. Go ahead.

82 (Pages 322 to 325)

## Daniel Steven Elliott, M.D.

Page 326

1  Doctor. I'm sorry.
2      A.   They would be the same. Vaginal pain
3  implies a constant vaginal pain. Dyspareunia is
4  just during sexual activity. And, yes, in my
5  experience, I do not see pubovaginals and Burchs
6  come in with that type of pain. On a daily basis,
7  I see the TVT that way.
8          MR. CARTMELL: Okay. That's all I
9  have.
10         MR. SNELL: A couple of quick
11 questions in follow-up.
12             EXAMINATION
13 BY MR. SNELL:
14     Q.   Cobb, Klosterhalfen and Klinge, none
15 of those are pelvic surgeons; correct?
16     A.   Clave, I don't know what he is. The
17 first two, Klinge and Klosterhalfen are
18 pathologists, I believe.
19     Q.   Cobb is not --
20     A.   Cobb is not. And I don't know if I
21 mentioned it. I mentioned -- Clave should be on
22 there, and I believe he is a pelvic surgeon, but I
23 don't know his specific credentials.
24     Q.   But Cobb, Klosterhalfen, Klinge, none
25 of them published on the TVT device assessed in

Page 327

1  women; correct?
2      A.   That is correct, yes.
3      Q.   Just so we're clear on the record, the
4  increased perioperative incisional pain that you
5  just talked to Mr. Cartmell about, that actually
6  occurs in the autologous pubovaginal arm; is that
7  correct?
8      A.   That is correct. It would be fair to
9  say that, in my experience, the immediate
10 perioperative period, you will have an increased
11 incisional pain that is still treated with
12 medications and tolerable, but it will be more
13 than the TVT.
14     Q.   Now, I believe you said that you
15 believe that the long-term dyspareunia rates with
16 the TVT were higher than pubovaginal, did you say,
17 and the Burch?
18     A.   I don't recall if I mentioned the
19 Burch in there.
20         What I mentioned was the pubovaginal
21 and the Burch have traditionally been a very
22 common procedure done up until the mid-'90s and
23 into probably early 2000's.
24         And in my practice, I have never seen
25 a woman come in with severe pain, life altering

Page 328

1  pain from either of those aforementioned
2  procedures. But I see it commonly, weekly with
3  the meshes, including the TVT.
4      Q.   You can't point to any comparative
5  trials that show a statistically significantly
6  higher rate of dyspareunia for the TVT retropubic
7  device compared to either the Burch or the
8  pubovaginal sling; correct?
9      A.   Those studies, as you've mentioned,
10 have not been done.
11     Q.   And actually, the one paper you
12 pointed me to earlier about the Burch had the
13 4 percent rate of dyspareunia with that procedure
14 long-term; correct?
15     A.   It wasn't 4 percent. It was
16 3.9 percent.
17     Q.   So -- okay. If you round up, it's
18 4 percent; correct?
19     A.   I don't round up, though.
20     Q.   Okay. And you can't point to any
21 studies on TVT that show a rate higher than
22 3.9 percent at that length of follow-up for
23 dyspareunia; can you?
24         MR. CARTMELL: Object to the form.
25     A.   Because that study has not been done.

Page 329

1  As I mentioned, no studies focused specifically on
2  output -- end point of dyspareunia have been done.
3      Q    BY MR. CARTMELL: So the answer to my
4  question is, yes, you can't point to that study;
5  correct?
6          MR. CARTMELL: Object to the form.
7  Asked and answered.
8      A.   That's what I mentioned. Those
9  studies with that specific end point have not been
10 done.
11     Q    BY MR. CARTMELL: Except you know that
12 there's a 10-year TVT retropubic study, lead
13 author Heinonen, that reports zero cases of
14 dyspareunia at 10 years follow-up.
15         Did you know that?
16     A.   You would have to show me that study.
17     Q.   Do you know that study?
18     A.   I'm saying, you'd have to show me that
19 study. I've read a lot of studies. I can't
20 recall that one specifically. So I'd have to look
21 at that.
22     Q.   So you very well may be wrong when you
23 make statements like there's no long-term studies
24 that look at TVT and dyspareunia?
25         MR. CARTMELL: Object to the form.

## Daniel Steven Elliott, M.D.

| Page 330 |
|---|

1   Q.  BY MR. SNELL:  Correct?
2   A.  Also certain studies I've looked at, I
3   disregard --
4   Q.  Can you say yes or no?
5   MR. CARTMELL:  Let him answer the
6   question?
7   A.  That's not a yes or no.  It's more
8   complicated than that.  I review a lot of studies.
9   Some of them get disregarded because they're so
10  poor quality that they're not worth quoting.  So
11  that particular study I'd like to see and we can
12  dissect that one out.
13  Q.  And if I'm correct --
14  MR. CARTMELL:  You said a couple.  So
15  you went over 7 hours.  And I'm here for the MDL
16  portion.
17  MR. SNELL:  I didn't go over 7 hours.
18  MR. CARTMELL:  You went 7 hours and 13
19  minutes.
20  MR. SNELL:  No, no.  That was 6 hours;
21  wasn't it?
22  MR. CARTMELL:  No.  It was 7 hours and
23  13 minutes.  I let you ask a few.  We done.
24  MR. SNELL:  Okay.
25  MR. CARTMELL:  And you could have

| Page 331 |
|---|

1   saved your time.
2   MR. SNELL:  Well, I have two more
3   considering you've asked him to comment and say
4   rates are higher.  That's not even in his expert
5   report, okay.  He doesn't put in his expert report
6   what the rates are for Burch, for the pubovaginal,
7   or the TVT.
8   MR. CARTMELL:  I didn't ask him what
9   the rates were.
10  MR. SNELL:  Yes, you did.
11  MR. CARTMELL:  No, I didn't.  I
12  said --
13  MR. SNELL:  You said higher.
14  MR. CARTMELL:  -- the claim is it's
15  higher, and it says that in his expert report.
16  MR. SNELL:  No, it doesn't.
17  MR. CARTMELL:  Yes, it does.
18  MR. SNELL:  It can't be higher.  He
19  doesn't even have the rates.
20  Q.  BY MR. SNELL:  How about this?  You've
21  seen the AUA guideline from 2012 and the SGS
22  systematic meta-analysis and review, and in both
23  of those systematic reviews, they report higher
24  rates of dyspareunia, pain, and sexual dysfunction
25  with the autologous sling and the Burch as

| Page 332 |
|---|

1   compared to the mid-urethral sling; correct?
2   A.  I'd have to look at that.  That's a
3   799-page document.  I'd have to see that.
4   Q.  As you sit here today, you can't
5   answer my question?
6   A.  Oh, I can answer.  Let's pull out the
7   document, take a look at it.
8   Q.  BY MR. SNELL:  Do you want to do that?
9   MR. CARTMELL:  I mean, I'm not giving
10  you any more time.  So you don't have the time to
11  do that.  This whole day you've been asking him
12  questions about things and you've been making
13  statements from those documents without showing
14  them to him.
15  MR. SNELL:  No, no.  He's got these
16  documents.
17  MR. CARTMELL:  No, no.
18  MR. SNELL:  I wouldn't misrepresent.
19  MR. CARTMELL:  All day long.
20  MR. SNELL:  Do you want me to show him
21  the numbers?  You know the numbers.  I used them
22  with Dr. Rosenswath.
23  MR. CARTMELL:  No.  I want to be done.
24  You're over your 7 hours.  So let's go.
25  Q.  BY MR. SNELL:  As you sit here,

| Page 333 |
|---|

1   Doctor, can you answer my question without me
2   showing you those papers?
3   A.  I want to see those papers.
4   MR. CARTMELL:  No.
5   MR. SNELL:  Fair enough.
6   MR. CARTMELL:  The question was:  Can
7   you answer it without seeing the papers.  If you
8   can't answer it without seeing it, just say no.
9   A.  I cannot answer it without it.  It's a
10  799-page document.  I would need to see those
11  papers.
12  MR. SNELL:  Fair enough.
13  MR. CARTMELL:  Go ahead.  Thank you
14  very much.
15  (Deposition concluded at 5:54 p.m.)
16
17
18
19
20
21
22
23
24
25

84 (Pages 330 to 333)

Daniel Steven Elliott, M.D.

Page 334

<pre>
 1        REPORTER'S CERTIFICATE
 2
 3        I, NAOLA C. VAUGHN, a Certified Court
 4  Reporter within and for the States of Missouri and
 5  Kansas, hereby certify that the within-named witness
 6  was first duly sworn by me to testify to the truth;
 7  and that the deposition by said witness was given in
 8  response to the questions propounded, as herein set
 9  forth; was first taken in machine shorthand by me
10  and afterwards reduced to writing under my direction
11  and supervision; and is a true and correct record of
12  the testimony given by the witness.
13        I further certify that I am not a relative
14  or employee or attorney or counsel of any of the
15  parties, or a relative or employee of such attorneys
16  or counsel, or financially interested in the action.
17        WITNESS my hand and official seal at
18  Tonganoxie, Kansas, this 29th day of September 2015.
19
20
21        _____
22        NAOLA C. VAUGHN, CCR, CRR, RPR
          Missouri CCR No. 1052
23        Kansas CCR No. 0895
24
25
</pre>

Page 336

<pre>
 1        ------
 2        E R R A T A
 3        ------
 4  PAGE LINE CHANGE
 5  ____ ____ _____
 6        REASON: _____
 7  ____ ____ _____
 8        REASON: _____
 9  ____ ____ _____
10        REASON: _____
11  ____ ____ _____
12        REASON: _____
13  ____ ____ _____
14        REASON: _____
15  ____ ____ _____
16        REASON: _____
17  ____ ____ _____
18        REASON: _____
19  ____ ____ _____
20        REASON: _____
21  ____ ____ _____
22        REASON: _____
23  ____ ____ _____
24        REASON: _____
25        REASON: _____
</pre>

Page 335

<pre>
 1     INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition
 4  over carefully and make any necessary
 5  corrections.  You should state the reason
 6  in the appropriate space on the errata
 7  sheet for any corrections that are made.
 8        After doing so, please sign
 9  the errata sheet and date it.  It will be
10  attached to your deposition.
11        It is imperative that you
12  return the original errata sheet to the
13  deposing attorney within thirty (30) days
14  of receipt of the deposition transcript
15  by you.  If you fail to do so, the
16  deposition transcript may be deemed to be
17  accurate and may be used in court.
18
19
20
21
22
23
24
25
</pre>

Page 337

<pre>
 1     ACKNOWLEDGMENT OF DEPONENT
 2
 3        I,_____, do
    hereby certify that I have read the
 4  foregoing pages, and that the same
    is a correct transcription of the answers
 5  given by me to the questions therein
    propounded, except for the corrections or
 6  changes in form or substance, if any,
    noted in the attached Errata Sheet.
 7
 8  _____
    DANIEL STEVEN ELLIOTT, M.D.      DATE
 9
10
11
12
13
14
    Subscribed and sworn
15  to before me this
    _____ day of _____, 20____.
16
    My commission expires:_____
17
18  _____
    Notary Public
19
20
21
22
23
24
25
</pre>

85  (Pages 334 to 337)

Daniel Steven Elliott, M.D.

Page 338

```
 1          LAWYER'S NOTES
 2   PAGE LINE
 3   ____ ____ _____
 4   ____ ____ _____
 5   ____ ____ _____
 6   ____ ____ _____
 7   ____ ____ _____
 8   ____ ____ _____
 9   ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____
25   ____ ____ _____
```

## A

**abbreviated** 55:6 169:2

**abdomen** 85:14 87:9 132:20 166:18,22 313:15

**abdominal** 193:19

**able** 32:5 54:22 66:8 85:13 106:11 162:20 162:21 165:19 203:12 246:23 303:3,8 321:21

**abscess** 31:14,17 31:18 195:23

**abscesses** 44:25 45:3

**absolutely** 45:1 74:10 148:16 165:14,17 199:6 201:20 225:25 238:13

**absorb** 294:10

**absorbable** 288:2 289:14

**absorbed** 73:13 74:1 294:18

**absorbs** 289:16

**abstract** 21:21 55:22 89:15 206:7 250:16 252:4,8,10 253:7 286:25 288:20,20,22

**abstracts** 41:23

**accentuate** 288:3

**accept** 273:1

**acceptable** 12:21 45:15,17 68:3,13 122:23 203:10,18,19

**acceptably** 126:17

**accepted** 141:7 199:3

**access** 138:4

**accomplished** 248:14

**accounting** 292:3

**accruing** 96:10 98:23

**accurate** 14:9 20:20 32:6 36:20 106:4 116:18,19 117:11,16,19 117:21 170:4 174:6 292:18 292:19 335:17

**acid** 248:18 253:24

**acknowledge** 111:8,11 219:13 220:19

**acknowledged** 136:17 223:20

**acknowledgm...** 324:6 337:1

**acog** 156:15

**acta** 88:19,19

**acted** 297:25

**action** 18:15 334:16

**activated** 163:16

**activities** 135:3

**activity** 326:4

**actual** 127:18 223:2

**acute** 206:19

**ad** 158:24

**adaptor** 43:18

**added** 50:24

**addition** 87:24

**additional** 288:7 322:8

**address** 221:17

**addressed** 270:25 320:23

**adequate** 70:23 166:6

**admission** 135:2

**admit** 102:24

**admitted** 65:7 159:19 196:24 259:3

**advancement** 185:5

**advantage** 119:5 119:8,12,13,18 119:23 121:15 121:23 122:2 123:12 124:13 124:16

**advantages** 120:23 121:8 135:1 160:13

**adverse** 108:2 110:3 127:16

**aforementioned** 328:1

**africa** 135:12

**agents** 158:8

**aging** 247:5

**ago** 18:7 74:23 129:14 185:13

**agree** 53:9 56:12 56:17,22 57:12 63:11,17,21 89:24 90:6,12 90:17,22 91:2 93:5 94:6 96:13,18,23 98:23 99:21 105:6 106:23 107:2 110:11 117:21 118:7 119:3 121:25 122:12,17 123:12 124:4 127:11 135:18 136:5 138:20 140:22 142:24 143:14,16 144:4,8 147:22

148:4,9,12,19 157:12,23 158:15 159:4,6 159:9,11,23 161:12,15,22 163:12 164:6,8 165:1 170:17 174:14 175:18 176:2,20 183:11,20 184:7,14,19 185:2 203:17 215:19,20,22 217:14,15 218:12 240:20 274:9,20,23 280:4 283:3 298:9 316:18 319:6 321:22

**agreed** 91:19 181:16 279:24 280:17 295:12 317:25 322:5

**agreeing** 144:6 224:1 296:16

**agreement** 3:3 279:4,6 281:21 281:24 318:12 322:21

**agrees** 117:19 162:24

**ahead** 134:2 167:19,21 276:20 282:10 285:20 321:8 322:6 323:9,22 325:15,25 333:13

**ai** 29:2

**aint** 279:2

**al** 1:7,8,8,9,10 1:10,11,11,12 1:12,13,14,14 1:15,16,16,17 1:18,19,19,20 1:21,21 2:2,3,3

2:4,4,5,5,6,7,8 2:10,11,11,12 2:12,13,14,14 2:15,15,16,17 2:18,18,19,19 2:20,21,21,22 2:22,23,24 54:11 55:16 64:1 65:2 66:14 89:13 109:5 112:5 116:22 119:1 122:5 123:16 125:22 128:18 166:4 177:3 178:10 192:1 192:24 198:12 200:13 201:9 237:25 247:20 260:14 293:8 307:21

**algorithm** 153:4 153:18

**alloplastic** 213:17

**allow** 322:6

**altering** 327:25

**alternative** 118:21 135:20 183:23 218:23

**alternatives** 118:10 158:13 158:14 298:20

**ama** 11:21

**amaro** 119:1 122:5 123:16

**amassed** 160:7

**ambiguous** 101:19 107:7 107:19 121:11 124:19 182:2 261:22

**amended** 5:8

**america** 135:12 135:13

**american** 6:3

7:13 11:21,22
11:23 116:3
145:15,19
146:4
**amid** 161:23
162:2,4,11,15
163:1,5 217:9
217:16 274:22
**amount** 30:8
53:20 82:12
139:22 184:11
246:18 297:15
**amounts** 101:3,3
**ams** 27:19 29:16
29:18 30:2,11
31:9 32:1 34:5
34:18 35:20
39:5,12,17
40:8,14 41:6
41:16,22 43:16
45:16 48:5
49:1 145:19
146:3
**ams800** 145:15
**analgesia** 121:3
**analgesic** 44:11
**analyses** 61:24
243:19 248:21
**analysis** 7:15,25
54:23 61:2
79:17 80:7
82:14 98:17
113:18 185:24
191:2 200:1
242:21
**analysts** 54:23
**analyze** 25:1
62:13 102:7
187:19 198:10
229:11 243:7
247:2
**analyzed** 136:11
136:12 142:6,9
142:11 202:15
204:2
**analyzes** 62:22

**analyzing** 54:21
61:10
**anatomical**
26:18 83:20
94:16 95:16,17
95:25
**anderson** 17:23
322:14
**anesthesia** 120:2
120:10,14
**anesthetic**
120:24 121:9
**anger** 200:13
**angle** 232:17
248:24
**animal** 174:2
284:24 289:25
**animals** 298:6
**answer** 20:1
30:5 35:17
39:15 40:4
41:10 44:20
48:9 49:22
50:8 52:13
57:16 63:1
68:17 76:10,13
82:18 83:3,19
86:19 87:9
91:13 92:12,14
93:22 103:23
104:3 107:12
112:13,21
113:15,24
114:3,8 163:23
164:1 166:16
167:13,14,18
176:12 198:11
202:10 203:12
217:5 219:16
223:6 224:25
228:12 232:20
232:22 233:2
237:6 270:14
271:17 302:17
305:9 310:19
318:21,22

329:3 330:5
332:5,6 333:1
333:7,8,9
**answered** 47:22
71:15,15 82:24
86:9,17 90:15
90:24 91:13,18
92:5 93:11
94:4 95:14
114:9,10
117:23 133:21
144:1,2 176:10
179:24 198:1,2
198:4,22
208:13,14
271:20,20
329:7
**answering**
163:25 236:8
**answers** 15:25
39:25 337:4
**anterior** 151:7
169:24 170:9
**antiincontine...**
307:22 311:11
311:21
**antimesh** 259:22
**anybody** 58:10
112:6 203:9
210:16 276:8
319:17
**anymore** 58:12
163:2 296:24
300:24,24
**anytime** 15:14
**apologize** 99:20
**apostle** 219:11
**apparently** 40:2
**appear** 189:7
**appearance**
48:13 49:12
**appeared** 94:17
186:10 187:10
188:6 299:9
**appears** 49:22
49:24 52:25

284:2
**apples** 60:8,9
71:8 93:19
104:1
**application**
166:11 218:3
222:22 223:8
223:13,25
236:5,14 238:6
240:10 241:10
274:2 275:14
276:11 277:19
281:20 283:22
284:12 285:4
285:18 286:5
294:15 298:7
**applies** 266:4
**apply** 128:22
130:15
**appreciate**
192:7
**approach** 26:11
26:23 34:10
38:5 42:23
43:4 81:1
83:21 189:24
**approaches**
175:11
**appropriate**
13:10 155:19
158:1 335:6
**approved** 273:1
**approximately**
178:25 284:5
**april** 16:13
**archaic** 162:5
163:1
**area** 46:20
157:15,18
325:4
**arent** 95:23
102:5 160:13
197:18 198:8
210:16 255:10
269:16
**arguably** 60:10

130:19 131:1
225:19
**argue** 127:14
**argument** 72:24
125:13 137:17
137:18 150:22
**argumentative**
216:20 277:10
**aris** 29:2,2,7
38:4,21 39:2
40:22 42:9,17
237:7
**arm** 327:6
**arms** 59:18
317:14
**arnaud** 137:20
138:7 159:18
177:8,10,20
180:11,22
181:16 196:24
**arnauds** 138:2
177:14
**arose** 206:18,19
**art** 149:17 300:1
**article** 6:3 11:9
125:22 181:19
255:21
**articles** 160:9
199:17
**artificial** 145:16
**asbestos** 269:15
**ascertain** 17:5
40:16 100:11
302:8
**asia** 135:12
**asked** 36:25
47:21 66:13
71:14 82:24
90:15,24 91:12
91:19 94:3
95:13 99:19
101:14 114:12
143:16 144:2
176:11 177:20
192:14 198:1
198:21 208:14

Daniel Steven Elliott, M.D.

212:17 213:1
221:1 271:19
323:4,12 329:7
331:3
**asking** 71:17
117:18,20
144:8 177:10
177:11 212:10
212:23 220:6
221:23 227:21
228:6 256:2
332:11
**aspect** 160:8
200:25
**aspects** 118:15
**assertions**
183:12
**assess** 40:24
70:3 73:19
74:8 80:15
95:11 100:23
101:7,16,20
106:11 232:14
284:11 304:2
314:13,20
**assessed** 70:18
77:20 79:4,7,8
79:20,24
100:10,15
102:12 265:14
274:14 285:3,8
286:3 290:23
326:25
**assesses** 15:18
16:11 222:21
**assessing** 16:3
74:19 101:14
166:10 265:25
**assessments**
22:17
**associated** 81:18
288:15
**association** 6:3
11:21,22,23
12:6,7,13,14
14:25 116:9

**associations**
116:3
**assume** 50:22
189:19 254:23
302:6 311:16
**assumed** 296:12
**assumes** 206:5
**atkins** 1:16
**atrophy** 234:3,7
234:16
**attach** 174:19
**attached** 10:2
35:2 229:22
335:10 337:6
**attempted**
266:20
**attend** 139:5
160:9
**attendance**
199:15
**attendanceonly**
300:7
**attended** 299:20
299:24
**attest** 127:2
**attorney** 334:14
335:13
**attorneys**
334:15
**attribute** 272:11
303:17
**attributed**
227:23,23
301:16
**aua** 6:4 102:19
108:24 116:12
117:6 120:23
125:9,23
134:15 141:10
141:19,23
156:16 161:2
331:21
**auas** 126:20
**augs** 6:11,14
138:23 139:3,5
139:10,17,18

142:17,25
146:9,9 147:22
**august** 17:8
20:11 25:16
26:1,1 27:3,12
42:25
**australasia**
135:12,13
**author** 11:9 95:8
286:20 290:6
303:17 307:22
329:13
**authority**
180:23
**authors** 57:25
88:25 89:17
94:24 96:2
104:14 105:17
141:17 180:14
214:8 246:17
290:5
**autologous** 8:13
20:9,10,14,21
21:1 22:25
23:4,18 24:7
24:11,16,20
25:3 32:20
33:5 37:20
38:2 56:14,21
63:17,18,25
74:3 75:19
85:6 86:6,15
87:2 93:15,24
118:24 120:1
120:13 122:14
123:18,20
124:5,17
128:24 129:7
129:12 130:4
130:24 131:8
132:10,15
133:11 140:8
142:7 149:4
176:23 186:15
265:11 290:24
291:9,14,20,23

293:25 294:6
296:4 297:21
297:25 298:23
299:4 312:23
312:24 313:3,9
315:1 316:6,16
316:23 317:10
317:14 327:6
331:25
**available** 14:9
29:11,12,14
30:13 33:13
40:25 81:4
124:4 142:4
143:13 144:4
144:14,17,17
148:21 156:20
202:14 219:23
265:3 266:16
266:16 277:15
279:21,23
**avaulta** 18:17,21
**avenue** 3:7 4:3
**average** 20:15
21:8 22:21
97:13 111:24
113:1 124:9
132:16 156:22
196:21 197:7
197:11,23
198:8,19 200:2
201:7,14 202:6
202:8 203:14
**awake** 120:21
**awarded** 62:4
**aware** 42:7,17
62:16 64:24
76:17 98:12
99:9 100:4,21
101:6,11,15,25
103:2,6,24,24
116:7 122:4
123:23 155:7
155:10 158:10
160:23 191:5,8
194:15 196:18

222:1,6,9
223:6 226:2,16
234:2 236:13
239:5,23 249:3
254:7 276:3
283:20 284:11
284:18 285:15
286:12,14,15
**awareness** 100:3
**axel** 138:2,6

**B**

**b** 4:11
**back** 21:22 28:9
30:19 31:16,19
31:22 34:5
35:14 36:25
37:4,16 38:24
46:3,21 54:10
60:21 69:10
74:24 76:22
77:8 87:22
88:24 96:6
98:6 99:18
102:15 104:13
113:3 122:3
123:23 126:11
146:5 150:6
179:25 190:6
216:4 228:14
239:1 248:22
248:25 259:2,2
283:1,18
284:19 321:11
**background**
56:6 104:15,16
104:20 160:23
**bacteria** 162:17
164:13 166:21
194:17 195:11
**bacterial** 194:5
194:7,9,12
**bad** 32:2 34:16
35:3 61:10
68:8 80:5
149:2 168:21

Case 2:12-md-02327 Document 2332-1 Filed 05/26/20 Page 514 of 603
Daniel Steven Elliott, M.D.

Page 342

226:22 228:17
232:12 254:14
254:18,19
**balanced** 56:3
**ballpark** 255:17
**ban** 155:16
**bar** 103:21
128:22
**bard** 18:21
77:25 138:13
180:24
**bards** 177:24
**barr** 2:5
**base** 212:6 228:5
256:20 288:14
**based** 37:15
78:23 83:20
109:3 110:19
112:9 114:3
123:16 128:4
132:25 137:20
146:4 150:14
151:13 164:11
191:2 199:14
200:8 201:9
203:16 221:19
233:5 244:16
255:3,3 256:12
257:5 258:18
259:5 260:4
301:25 302:16
309:3 324:1
325:16
**baseline** 292:12
**basic** 259:20
**basing** 225:8
**basis** 75:13
189:4 258:19
322:16 325:12
326:6
**beat** 260:18
280:1
**becoming**
135:11
**began** 29:5 38:8
38:20 39:5,12

39:17 40:6,8
40:14,21 41:6
48:24,25 49:1
49:2
**beginning** 53:7
156:7 167:6
253:15
**behalf** 3:2
**belief** 205:8
**believe** 13:18
21:5 40:5
49:11,15 54:20
107:1 111:1
119:2 124:15
138:8 143:11
143:23 144:12
144:16 178:1
198:7 200:16
201:17 205:10
205:12 224:22
233:10 246:8
253:8 254:25
255:21 262:14
266:24 267:5
276:18 282:9
284:5,21 322:4
324:8,13
326:18,22
327:14,15
**bellew** 14:6
19:10
**belong** 11:15
125:4 134:13
139:2,3 155:1
156:2 163:4
**ben** 17:23
278:12 279:3,7
279:10 280:19
317:25 318:6,9
318:13 320:17
320:25 321:10
322:14
**bend** 296:15
**benefit** 121:4
190:16 240:21
**benefits** 78:17

**bennett** 2:23
**best** 62:5 148:19
149:21 150:5
174:11 208:4
226:13 303:21
305:1
**better** 13:3
60:11 151:22
158:14 159:19
159:24 160:2
228:17 238:17
239:7 240:9
262:3,7 277:15
277:19 286:23
310:25
**beyond** 46:20
162:19 210:18
247:6 258:8,11
258:25 267:21
268:22 325:13
**bias** 59:2 180:12
181:5,14,20
182:11,13,14
182:21 183:10
221:19
**biased** 182:8
216:22
**big** 55:10 62:15
67:20 108:16
125:13 280:20
**bilaterally** 85:11
**bill** 17:17
**bioabsorbable**
288:11
**biocompatible**
205:1,11,12,18
**biologic** 265:11
298:20
**biological**
169:23
**biomechanical**
8:10 237:11
292:22
**birch** 28:2
**bit** 12:22 58:18
87:17 105:14

183:7,18,19
210:5
**bits** 56:1
**bladder** 34:21
35:3,4,5 36:4,9
67:11 78:14
82:5,16 85:22
85:23,24 87:12
108:6,14
109:22 125:19
125:20 132:21
133:3 136:10
136:24 156:6
172:21 173:9
174:4 188:22
189:10 190:1
204:9 254:4
**blame** 65:9
**bleeding** 136:24
208:2,24
209:10,13
270:23
**blind** 57:6 84:10
84:13,15,21
85:8,16,18
86:2,7,23 87:5
87:13
**blue** 49:13,14
50:19,21
**blurbs** 41:19
**bmi** 235:6
**board** 16:8,10
125:14 139:19
155:5,6 165:3
184:6 261:13
266:4
**boards** 112:10
116:25 139:16
**body** 50:14
131:24 133:4
175:2 183:8
230:22 247:18
249:8,12
253:21,23
258:4,9 267:9
275:20 276:1

285:10 291:15
294:10,18
297:16
**bold** 140:20
**bone** 26:16
58:16 85:12
108:5
**book** 217:23,24
218:19,22
**books** 322:23
**border** 47:6
**boston** 77:25
**bother** 102:17
103:9
**bottom** 26:19
43:5,12 51:16
51:17 77:8
82:7 115:20
147:1,3 172:2
243:21 244:5
309:9
**bottomdown**
109:11
**bottomtotop**
77:1,6,19
78:13,18
189:15
**bottomup** 77:12
78:2 108:11,13
**bowel** 136:24
**box** 48:8 164:18
164:22,25
165:2,10,16,19
165:21 236:20
**boxes** 221:10,13
221:13,13
**brains** 280:1
**branch** 156:16
**brandnew** 39:10
39:25 40:18
**breadth** 313:20
314:6,10,15
**breadths** 313:16
313:23 314:7
314:10,25
315:15

**break** 87:17
192:10,14
208:3 209:7
224:4 238:22
251:2 252:4
260:19 278:5
301:18 321:10
**breaking** 236:7
**breaks** 245:9
253:25
**bring** 10:1,12,14
109:24 113:21
114:12,13,25
220:17,22,25
221:5
**brittle** 243:14
245:9,16
249:22
**broad** 14:1
**broadly** 316:14
**broke** 245:16
**brought** 114:1
114:23 115:6
**building** 173:12
173:20
**bulking** 158:8
**bulky** 34:23
**bunches** 61:19
**burch** 5:21
28:12,13,14,16
28:22 32:14,15
56:24 57:11,15
64:23 65:2,6
66:17 67:22
68:3,12 69:7
70:25 71:11
72:3,6,11,17
73:6,16,20
74:3,5,9,22
75:9,22 76:7
94:9,10 95:11
97:11,16,21
98:9 103:1,4
103:19,22
118:7 119:5,15
119:25 121:5

122:14,24
124:6 128:23
128:24 129:8
129:12 130:15
131:9 132:9,23
140:8,11 142:7
142:16 148:22
149:7 150:9,19
169:12,15,16
169:18,19,20
169:22 171:10
183:12,20,25
184:2,25,25
185:25 188:13
189:6,8 200:18
265:10 315:6,7
317:10 324:19
325:11 327:17
327:19,21
328:7,12 331:6
331:25
**burchs** 326:5
**burgoyne** 2:22
**burn** 312:3
**burning** 93:4
**burt** 4:11,11
318:6 322:19
**burts** 319:25
**butler** 4:8,12
**butlersnow** 4:11
4:15
**buttock** 31:14
31:17 45:8

---

**C**

**c** 3:9 4:1 334:3
334:22
**ca** 213:9
**cadaver** 22:20
**cadaveric** 8:11
20:10 23:21
24:18 25:6
32:23 265:12
289:25 291:6
293:23 294:4,9
294:14 295:2,3

295:4,5,16
296:9,19 297:4
**cadaverics** 23:2
295:12
**calculate** 196:8
**calculated** 271:1
**call** 12:24 14:24
52:7 115:10
141:18 168:6
237:5 245:13
250:9 261:22
299:25 319:13
**called** 59:5
61:13 169:21
186:17,19
199:6,9 321:10
**calling** 231:3
245:21
**cancer** 269:14
**candidate** 24:13
**canine** 53:21
**cant** 25:23 31:2
36:7 43:1
45:13 46:21
49:23 53:23
65:9 68:17
74:2 75:11
78:2 81:25
100:20 113:24
114:2,7 118:11
132:23 140:10
166:16 182:17
182:24 194:1
197:9 202:10
202:17 211:17
213:1 228:5
231:14 235:25
238:12 254:17
257:16 258:23
267:20 272:6
272:25 275:17
282:9 283:7
307:7 309:25
310:9 311:15
313:23 315:19
315:24 316:18

328:4,20 329:4
329:19 331:18
332:4 333:8
**caps** 13:4
**caption** 2:1
**capture** 81:15
**care** 71:16
109:25 140:15
140:23 141:4
147:19 148:14
199:16 204:10
209:6 233:5
256:17,17
257:9
**career** 28:17,20
30:3 43:13
48:17
**careful** 24:12
61:23 201:6
**carefully** 101:10
335:4
**carried** 178:5
**carry** 108:5
**cartmell** 3:6 4:3
4:6 5:4 10:18
47:21 52:2,5
53:17 56:16
57:1 68:14
70:20 71:14,20
71:24 73:7
78:8,21 80:24
82:23 87:19
89:25 90:7,14
90:23 91:6,12
91:16,18,25
92:3,5,8,15,19
92:22,25 93:10
93:25 94:3
95:13 96:16
97:1,8 99:1
101:18 103:17
106:17 107:6
107:18 110:21
110:24 113:13
113:17,20
114:15 115:5

115:12,17,24
117:13,17,22
121:1 122:16
124:18 125:8
125:11 130:6
131:12 133:24
141:5 143:17
143:19 144:1
144:23 157:13
159:5 163:14
164:1 166:13
167:13,18,21
168:10,12,22
168:25 171:5
173:1 176:9
177:16 178:12
178:14 182:1
184:12 195:1
197:25 198:21
204:5 205:25
206:4 208:13
211:10,18,25
212:3,7,9,14
212:19 213:11
215:2 216:19
217:13 218:8
218:10 219:15
219:21,25
220:5,13,20
221:3,7,11,14
223:1 229:12
229:16,20
230:1,6 232:3
237:4 238:18
238:21 240:12
240:24 244:11
245:2 250:8
251:13,19
260:10 261:21
265:18 271:19
273:6 276:17
277:9,23 278:5
278:11,13,16
278:21,23
279:2,5,8,17
279:23 280:7

Daniel Steven Elliott, M.D.

280:11,13,18
280:22 281:3,5
281:9,16,22
282:2,9 283:6
285:19 286:9
288:16 304:19
308:20 310:12
310:18 311:25
312:5 316:8,17
317:19,22
318:20 319:2,8
319:13,16
321:9 322:12
322:20,24
323:2,11,24
324:15 325:22
326:8 327:5
328:24 329:3,6
329:11,25
330:5,14,18,22
330:25 331:8
331:11,14,17
332:9,17,19,23
333:4,6,13
**cascade** 195:25
249:7,15 254:6
**case** 16:22,24
18:2 51:22
52:12 60:7,15
127:1 203:5,6
217:1 261:1,7
276:18 278:18
279:12 280:16
318:10 320:15
**casecontrolled**
7:18
**cases** 1:6 14:7
19:5 20:2 28:8
28:11 46:20
139:22 218:17
234:13 303:2
321:6 329:13
**categories** 61:5
172:23 173:8
**categorized** 96:2
**category** 175:1

187:1
**catheter** 176:18
**catheterization**
317:3
**caught** 119:8
294:15
**causal** 254:11
259:11
**causation**
321:17
**cause** 136:18
254:23 256:15
294:5 295:17
**caused** 67:11,13
67:14 110:1
249:4,18
257:14 267:5
271:6 272:8,11
273:4 292:14
**causes** 166:8
248:16 249:8
254:9 256:18
266:9 307:5
325:11,19
**causing** 96:20
131:23 258:3
**caveat** 91:4,22
93:7 97:2
105:11
**caveats** 122:11
**ccr** 3:9 334:22
334:22,23
**cell** 267:8,8
**cells** 162:16,18
163:13 165:23
**center** 4:9 64:15
119:20 199:16
**centimeter**
46:16 84:21
86:5 236:16
282:24 283:4
**centimeters** 84:2
84:8 85:17
86:24 213:10
236:19 241:11
275:6 276:5

277:21
**certain** 14:11
62:12 139:21
139:22 200:5
202:21 203:8
229:19 231:13
231:15 232:5,7
235:23,23
254:20 260:12
260:13,14
269:17 303:10
330:2
**certainly** 78:4
207:23,24
283:13
**certainty** 323:16
325:9
**certificate** 334:1
**certified** 3:9
334:3
**certify** 334:5,13
337:3
**certifying**
116:24
**cetera** 21:19
54:24 74:17
77:25 128:6,20
145:23 166:8
167:7 193:13
248:18 264:9
**chaken** 64:1
**challenge**
106:15 188:9
189:1
**challenged**
106:8
**challenging**
96:19 106:21
**chance** 87:11
**change** 14:11
20:13 231:13
336:3
**changed** 12:19
13:23 19:14
22:21 27:19
30:11 103:21

185:11,13
**changes** 337:5
**chapter** 217:24
**chapters** 217:24
**charge** 54:21
**charleston** 1:2
**charts** 258:23
**check** 317:20
**chemical** 248:11
248:21
**cheshire** 2:21
**choice** 135:11,19
158:21
**choose** 126:23
232:7
**chooses** 174:9
**choosing** 24:14
**chose** 26:4
180:18 277:15
**chosen** 119:14
**chow** 11:10
19:22
**chris** 168:15,22
**christina** 221:12
**chronic** 261:15
**chughtai** 116:22
**cicatrisation**
287:14,15
**circle** 165:4
**circles** 165:24
**circling** 34:5
**citation** 52:23
288:17
**citations** 166:24
230:8
**cite** 53:8,11
54:10 55:23
96:7 98:3,14
104:5 107:25
111:4,12
166:24 183:6
213:23 217:19
225:2 229:8
230:20 251:12
251:16,17
298:6

**cited** 54:2 55:15
59:5 60:24
76:23 96:14
181:22 183:4
189:22 213:14
213:22 217:22
229:13,19
301:3
**cites** 220:17
**citing** 191:11
218:22
**city** 3:7,7 4:4
**claim** 51:23
331:14
**clamp** 313:17
**clarification**
34:13 229:13
**clarify** 36:1
**clarifying**
177:12
**classic** 81:24
132:19
**classical** 215:13
215:23
**classification**
162:11 163:6
234:20 235:5
235:15,20
**clave** 166:4
236:7 241:17
241:23 242:4
245:17,22
246:5 247:21
254:25 255:7
255:13 256:5
256:12,20
257:6 259:3,11
326:16,21
**clean** 144:11
262:18
**clear** 22:1 26:25
43:10 146:21
159:18 211:11
211:15 228:11
230:11 321:10
327:3

**clearly** 180:21 181:15 202:3
**clermontferra...** 288:22
**clifton** 307:21 311:7,8
**clinic** 6:25 18:25 19:24 33:19,25 156:24 171:19 172:4,9,10,16 172:17,20 173:6,12,16,19 173:24 175:14 175:21 189:4 210:16
**clinical** 11:22 41:23,23 107:2 148:6 160:17 195:22 196:2 222:23 225:3 226:15,17 227:10 228:15 230:24 238:14 239:23 247:6,9 248:5 249:17 252:24 258:19 260:5 265:1 284:11 287:23 294:5 303:17 305:6 325:16
**clinically** 206:10 253:9
**clinicians** 231:3
**clinics** 176:7
**close** 32:6 200:13
**closely** 22:18 36:24 297:25
**closest** 236:6
**clue** 252:6
**cobb** 235:21 239:6 326:14 326:19,20,24
**cochrane** 5:15 5:23 7:12 54:11,15,16,17

54:19 55:14,19 55:23 58:17 59:4 60:23 61:1,2,5,25 62:16,22 69:10 76:22 77:15 79:17,21,24 82:13 83:16 88:24 89:13 96:6 97:22 98:15,16 104:4 107:25 110:3 111:3,11 113:9 113:18 118:16 185:18,23 187:16 191:5 274:4,11,15 301:2,9
**coherent** 9:18
**cohort** 19:18 20:25 21:16 22:2,13 64:11 80:21 124:24 124:25,25 151:14,15 209:21 211:5 211:14
**cold** 9:13
**collaboration** 5:15
**collagen** 288:14
**colleague** 36:13 36:15
**colleagues** 160:11 227:14 260:6 325:17
**colony** 4:13
**coloplast** 25:10 25:19,21 26:6 26:9,22 27:6 27:14,20,23 28:25 29:1,6,6 30:13 38:5,8 38:14,20 39:2 40:22 42:6,9 42:11,15 45:9

45:19 46:2,25 47:2,11,18 48:2 51:5
**colopress** 26:21
**colporrhaphy** 169:24 170:9
**colposuspension** 5:21 28:2,5,22 56:25 64:23 65:3 69:8 70:25 71:12 72:3,17 73:6 73:17,20 74:6 75:9 76:7 128:23 132:10 140:8 149:8 169:5,6 171:2 171:6 186:3 187:4 188:7 265:11 317:11
**column** 179:9
**com** 4:5,11,15
**combating** 162:17
**combination** 54:21 61:6 258:14 289:10
**combined** 42:11
**come** 31:16,19 37:4 43:21 46:3 54:22 83:3 112:24 150:24 232:18 253:23 257:18 257:19 287:6 326:6 327:25
**comes** 81:6 164:18,21 200:13 219:19 219:21 236:20 249:10 305:11 305:12 306:1
**comfort** 120:20
**coming** 48:7 52:9,14 112:22 160:3 221:20

227:7 244:14 288:22 299:16 305:4
**comment** 53:2,5 94:23,25 225:9 225:12 331:3
**commentary** 126:6
**comments** 222:16
**commission** 337:16
**commitment** 322:3
**committee** 12:1 12:17 13:7 14:14 15:11
**common** 24:23 116:14 117:4 135:21 148:12 172:22 201:2,3 201:5,6,7,13 234:14 327:22
**commonly** 85:2 120:14 148:24 237:23 317:1 328:2
**communicating** 255:12
**community** 12:2 268:9
**comorbidities** 136:9
**companies** 77:24
**company** 25:9 30:24 39:22 40:1 41:13,16 53:13,13 225:23 226:3 228:8,20,22 231:6 248:24
**comparative** 7:24 98:15 150:15,15 185:24 189:5

226:14 328:4
**compare** 60:8,9 74:2 79:10 124:25 158:11 184:15
**compared** 56:13 78:19 82:21 97:20 98:9 100:6 118:9,20 119:4,15 121:5 124:5 148:18 148:21 149:22 150:4 158:13 183:22,23 187:22 189:8 190:9 200:2 225:5 226:19 254:10 265:5 265:16 274:16 294:5 297:11 297:13 317:9 325:10 328:7 332:1
**comparing** 71:8 93:19 104:1 118:24 150:9 184:16,16,17 185:12 187:4 189:6 302:15 324:18
**comparison** 56:19 150:18 184:1,24
**comparisons** 60:16
**compiling** 98:17
**complain** 44:8
**complained** 44:9 207:2,4,5,7,11 207:13,18 208:1,1,2,5,22 208:23,24 209:1,4,4,9 270:21,22,23
**complaints** 227:7 305:4

Daniel Steven Elliott, M.D.

306:2
**complete** 68:9
70:21
**completely** 47:6
218:12
**completing** 65:8
**complicated**
30:5 37:25
118:13 200:22
330:8
**complication**
31:22 35:7
75:14 159:2,20
193:1 196:8,11
196:14,24
197:2,17
200:15,19
201:10 203:1
217:18 233:22
241:12 246:11
246:12,16
249:4 250:5
253:2 271:12
274:5 276:15
307:20 324:4
**complications**
15:13 21:19
22:18 30:8
34:10 35:10
47:13,20 71:6
81:18 93:19
94:15 96:3,4
105:12 110:6
113:7 126:15
126:17 129:21
135:4 136:18
136:21,22
145:23 175:24
183:13 184:9
187:24 188:19
189:3,7 193:11
196:18 201:16
203:10,17,23
204:3,8 208:4
209:8 225:3
226:18,22

227:10,22
233:11 239:8
239:19,22,24
241:4,8 246:6
249:18 252:11
253:9,16 254:9
254:21 256:13
256:16,21
260:2,9 261:10
266:9,23 267:5
269:17 270:6
271:25 272:20
273:4,11,14,17
273:21 274:11
274:16 276:24
287:19 307:11
323:18
**comply** 10:1
**comport** 80:22
**compound**
118:14
**comprised**
158:20
**compute** 261:3
**computer**
286:18
**con** 56:3
**concern** 140:4
214:18 215:7
215:18 224:13
224:20 257:8
**concerned** 73:24
183:2 189:3
232:19
**concerning**
53:14 136:13
140:7 227:5
233:16 240:25
243:23
**conclude** 271:8
**concluded**
152:22 263:20
292:22 333:15
**conclusion**
90:22,25 91:20
92:16 94:24

97:18 142:8
187:16 189:17
296:2
**conclusions** 89:1
89:18 104:14
105:17 287:5
295:24 296:16
298:3
**condition** 234:8
**conditions** 156:6
**conducted** 76:18
80:7 206:24
309:22
**conducting** 75:8
**conference**
288:23
**conferences**
300:11
**confidential**
217:7
**configuration**
276:13
**configured**
193:21 275:23
275:25
**confirm** 244:9
**confirmation**
137:25
**confirmed** 35:5
243:25 248:20
**conflict** 180:11
181:5,16,17
182:11,12,19
182:20 219:14
219:19 221:18
221:19
**conflicting**
226:12
**confused** 86:25
**connected**
179:11 283:14
**connection**
14:13
**connector** 34:22
**consequences**
247:5 287:24

**consider** 153:12
**considerations**
8:7 95:11
264:13
**considering**
331:3
**consisted** 179:10
**consistent** 109:2
187:15,17
189:21 190:4
311:19
**consistently**
234:1,5
**consolidation**
279:9
**constant** 326:3
**constantly**
200:11
**constellation**
307:8
**construct**
272:22
**consulted**
154:22
**contact** 64:5
195:15
**contacted** 21:14
**contain** 10:15
297:7
**contaminated**
253:21
**contamination**
194:6,7,10,12
194:14 195:18
**context** 130:4,7
167:1 214:24
216:6 284:24
**continence** 7:17
**continent** 37:18
308:13
**continuation**
21:17
**continue** 255:5
319:23 321:24
**continued** 2:1
6:1 7:1 8:1

49:5
**continues**
128:19 210:14
293:5
**continuing**
300:13 311:2
**contract** 291:14
**contraction**
95:20 102:4
128:20 164:23
191:14,22
192:9,16,20,22
193:1,4,5,13
193:15,17
253:5 254:2
255:5 270:8
283:25 287:18
291:11,18,22
**contractions**
191:19
**contractor**
172:18
**contribute**
295:22
**contributing**
303:9,10
**control** 38:9,13
38:22 39:1,7
39:13 59:6,10
59:14,15 61:13
64:9 78:6 80:2
80:10,19
118:17,23
123:20 124:10
127:2 150:8
151:14 246:9
246:14 301:20
**controlled** 60:15
**convenient**
322:10
**conventional**
176:14
**cook** 2:7 18:14
**copies** 89:5
**copy** 5:24 10:5,9
11:1,17 54:17

| | | | | |
|---|---|---|---|---|
| 89:5,7,13 | 96:5,11 97:2,7 | 189:16 190:2 | 288:4,5 289:8 | 121:16 |
| 307:17,18 | 97:22,23 98:1 | 190:14,15,18 | 289:11,17,19 | **costello** 166:4 |
| 309:20 | 98:2 99:13 | 191:1 193:18 | 290:2,3,5,9,24 | 247:20 |
| **corporation** | 106:16 107:5 | 193:21,23 | 290:25 291:3,4 | **costs** 16:19 |
| 277:14 | 107:17 108:2,3 | 194:3,12,18,20 | 291:7,8,11 | **couldnt** 266:22 |
| **correct** 11:4,5 | 108:6,7,9,15 | 196:18 198:6 | 292:16 293:7,8 | 275:14 |
| 13:15,16,17,21 | 108:16 110:23 | 198:17 204:24 | 293:14,15,20 | **counsel** 218:11 |
| 16:8,20 17:19 | 111:6 116:7,10 | 205:2,24 206:1 | 293:25 294:7 | 224:21 316:9 |
| 17:22,24 18:22 | 116:15 117:12 | 206:18 207:15 | 294:18,19 | 334:14,16 |
| 18:24 19:7,13 | 117:16 120:3,6 | 208:12 209:13 | 295:18,22,23 | **counseled** 199:7 |
| 19:20 20:23 | 126:12 127:7 | 209:14,18,19 | 296:6,10,11,20 | **counseling** |
| 21:2,3,4,8 23:5 | 127:17 128:23 | 211:6 213:10 | 296:21 297:21 | 158:1 |
| 23:13,16,17,20 | 131:9,21 | 214:9,14,21 | 297:22,23 | **country** 316:3 |
| 24:25 25:4,5,7 | 134:14,17,18 | 215:1,15 225:7 | 298:1,2,24,25 | **counts** 166:21 |
| 25:13,14,17 | 134:20 136:15 | 227:19 229:5 | 299:4,5,11,12 | 194:17 |
| 26:24 27:13,17 | 136:16,19 | 236:19 241:20 | 300:13,22 | **county** 3:7 |
| 28:23,24 29:17 | 137:9 140:1 | 241:21,24 | 303:18,25 | **couple** 196:16 |
| 29:19,23 30:1 | 141:4 142:2,13 | 242:4,5,9,23 | 304:1,4,5,18 | 258:2 326:10 |
| 30:16 31:24 | 146:10,11,22 | 243:9,19,20 | 313:21 314:13 | 330:14 |
| 32:10 33:7,9 | 147:20 148:25 | 244:10 245:1 | 314:20 316:16 | **course** 59:13 |
| 33:12 37:13 | 149:5,6,8,9,11 | 245:17 246:7 | 317:14 324:20 | 229:23 |
| 38:6,7 42:19 | 149:12 150:10 | 246:11 247:8 | 326:15 327:1,2 | **court** 1:1 3:10 |
| 43:14 49:4,7 | 151:4,5,8 | 250:16 251:4,5 | 327:7,8 328:8 | 13:1 334:3 |
| 50:15 51:10,12 | 152:1,2,18,24 | 251:7,9 252:1 | 328:14,18 | 335:17 |
| 51:12,16 52:19 | 153:9,11,17,24 | 252:7,12,25 | 329:5 330:1,13 | **cover** 156:5 |
| 52:20,24 53:18 | 154:10,11,20 | 258:1 260:3,9 | 332:1 334:11 | **covered** 281:12 |
| 54:2,7,14 55:5 | 154:21 156:3,4 | 260:23 261:3 | 337:4 | **covering** 251:22 |
| 55:15,16,20,21 | 157:11,12 | 261:10,17,18 | **correction** | **cracked** 245:16 |
| 57:21,23 58:10 | 158:6,7,8,9,15 | 261:20 262:9 | 126:23 | **cracking** 242:23 |
| 58:20,22,23,25 | 160:4,5,7 | 262:15 263:10 | **corrections** | 243:5,14 |
| 59:6 60:13 | 162:2,8,13,18 | 264:17,20,22 | 335:5,7 337:5 | 244:21,24 |
| 63:1,4 64:9,10 | 163:13 165:16 | 265:6,7,17 | **correctly** 57:20 | 245:24 246:19 |
| 64:12,16,17,19 | 166:12 167:1,9 | 266:3,5 270:4 | 94:21 110:9 | 249:22 252:25 |
| 65:25 67:5 | 170:15 172:12 | 271:18 272:8,9 | 236:9 244:1 | 253:3 255:8,14 |
| 69:8,9,19,23 | 172:14,15 | 273:2,18,19,24 | 299:6 315:19 | 255:23 267:11 |
| 74:6 75:20 | 174:4,5,7,9,10 | 274:6,18,19 | **correlate** 195:23 | **cracks** 245:9 |
| 76:7 77:6,21 | 174:15,21,22 | 275:7,8 276:7 | 245:5 249:3 | 248:4 |
| 78:7,15,20,22 | 174:24 175:3,4 | 276:16 282:21 | **correlating** | **cracky** 9:14 |
| 80:3 82:22 | 175:7,13 177:4 | 282:22,24 | 230:25 231:3 | **crazy** 221:16 |
| 84:12,24 85:8 | 178:11,20 | 283:5,11,12,14 | **correspondence** | 281:11 |
| 85:19 86:8 | 179:6,18 180:4 | 283:15,17 | 321:11 | **create** 174:3 |
| 87:5 88:1,2,4,9 | 181:23 185:20 | 284:21,25 | **corresponds** | 275:24 297:14 |
| 88:22,23 89:15 | 185:21 186:1 | 285:1,6,12,18 | 248:5 | **creates** 253:22 |
| 89:24 90:6,13 | 186:11,12,15 | 286:6,13 | **cost** 96:22 97:3 | 253:25 |
| 90:22 91:5 | 187:13 188:23 | 287:11,15,22 | 106:9,22 | **credentialed** |
| 93:9 95:12 | 189:8,9,12,13 | 287:24,25 | 107:14,22 | 19:23 |

Case 3:20-cv-00851-MO   Document 83-1   Filed 04/16/96   Page 520 of 603
Case 2:12-md-02327   Document 2082   Filed 05/26/26   Page 519 of 192   PageID# 48005

Daniel Steven Elliott, M.D.

Page 348

**credentialing** 14:21
**credentials** 139:19 326:23
**criteria** 14:19 23:24 41:20 62:12 129:13
**critical** 269:12
**criticize** 277:5
**critique** 68:7
**crr** 3:9 334:22
**crying** 209:7 233:6
**culligan** 194:16 194:25
**cure** 77:2 144:21 190:9
**cured** 105:25
**curling** 256:15
**current** 13:9 147:19 148:14 161:9 292:23
**currently** 11:15 20:7 116:14 143:13 144:4 144:16 251:23
**curtain** 285:24
**curve** 112:6
**cut** 47:4,4 49:10 49:10,11,21,21 49:23,23,25 167:14 193:20 224:8,10,16,23 225:4,5,11,23 225:24 226:4,8 226:18,19 227:2,5,14,23 228:4,4,17,21 231:9,9,14,22 231:22 232:9 232:15,16 241:11 275:5 275:15,19 276:4 301:12 301:22 302:6,9 303:1,5,24

304:12,13,15 304:16,25 308:23 309:4
**cutting** 224:14
**cv** 10:5 11:3,16 11:17 21:22 36:3 307:17
**cycle** 254:1
**cystoscope** 313:14 315:14
**cystoscopic** 34:25
**cystoscopies** 108:22,24
**cystoscopy** 108:15 109:11 109:15
**cytotoxic** 262:14 263:1,2,21 268:13,16,21 269:8,23
**cytotoxicity** 262:16,21 264:9 266:9,12 266:24 267:6,8 268:4,8,16,19 270:6,17 271:6 271:11,22,23 272:8,12,19,24

_____

**D**

**d** 1:24 3:1 5:1,2 5:9 9:2 337:8
**daily** 189:4 196:21 245:19 258:19 326:6
**damage** 15:14 136:24
**damaged** 256:23 257:10
**dameron** 1:19
**dangerous** 79:3
**daniel** 1:10,24 3:1 5:2,9 9:2 9:11 337:8
**data** 13:24 14:9

18:6 21:9,11 21:20 22:5 25:2 40:1,2,24 41:8 60:4,11 61:2 64:13 66:10 70:25 74:15 79:6,9 79:13 80:5 93:8,15,24 98:15 99:24 100:5 107:1 113:14 114:5 117:3,7 118:2 124:7,23 127:9 133:20 142:6 146:1 150:15 151:14 158:10 158:25 159:18 162:23 167:25 179:20 180:21 181:1 187:15 187:17 198:9 198:10 202:13 202:15 203:16 210:20 216:12 217:6,7 218:22 218:23 226:17 240:3,16 255:3 262:16,22 265:3,21 267:21 273:20 273:21,24 274:1,3 276:22 277:1,6 303:19 304:22 310:16 311:18,19 312:11 314:16 316:14,20,22
**database** 5:23 54:19
**datas** 202:16
**date** 32:6 55:19 267:15 268:6 322:10 335:9 337:8
**dates** 27:18

30:10 40:13
**day** 3:4,5 230:24 230:24 318:8 332:11,19 334:18 337:15
**days** 14:2,3 177:15 257:21 258:2 335:13
**de** 67:9,11,17,25 68:16 94:15 95:16,24 187:13 295:14
**dead** 25:12
**deadline** 319:7,8
**deal** 256:19
**dealing** 97:14 227:10
**dealt** 258:21
**death** 64:6 65:11 66:5 75:14,18 76:5,19 267:8 267:8
**debatable** 119:12 122:7 125:1 127:13 317:5
**debating** 124:11
**deborah** 36:16
**decade** 65:23
**decades** 23:10
**deceitful** 14:12
**decent** 170:16
**decide** 180:3
**decided** 229:8 239:19
**decision** 233:9 277:2
**declare** 181:7,8 181:11
**decline** 24:8
**declining** 24:10 24:11
**decomposition** 295:13
**decrease** 296:9
**decreased**

269:25
**decreases** 164:19
**deemed** 335:16
**deep** 9:14
**deeper** 87:8
**defect** 16:24 18:2 51:23 169:25 170:13 227:25 272:10 279:14 318:7 320:15,20 322:23
**defective** 7:16 206:9,12 213:7 224:23 268:3 268:23 269:10 269:22 270:1,5 270:12
**defects** 94:16 95:17,17,25
**defend** 322:11
**defendants** 3:3 4:7
**deficit** 276:21
**define** 67:9 87:12 112:3,14 122:19 127:21 127:22,25 129:11 162:6 163:4 202:20
**defined** 112:5 162:12
**defining** 158:2
**definitely** 40:20 41:3 195:19
**definition** 112:17 128:11 130:23
**definitive** 157:9 157:15,19 158:3,16
**definitively** 31:3 130:25
**deflect** 285:24 313:14 315:14

Case 2:12-md-02327-MDL Document 2822-1 Filed 04/16/17 Page 521 of 603 PageID #: 48006
Case 3:20-cv-00851-MO Document 83-1 Filed 05/26/20 Page 522 of 593

Daniel Steven Elliott, M.D.

Page 349

| | | | | |
|---|---|---|---|---|
| **degradation** 128:6,17,19 131:23 133:4 164:4 166:2,8 193:13 195:25 210:14 243:3,6 243:8,9,13,23 244:10,20,21 245:11,21 247:11,20 248:4,9,15,19 249:5,6,13,15 249:18,21,23 249:25 250:6 252:19,20 253:3,10,14,17 253:19 254:5,9 254:23 255:2,4 255:14 256:5,6 256:13,22,23 257:4,14,22 258:5,12 259:1 259:5 267:11 270:7,9 295:13 303:11 **degrade** 132:7 295:18 **degrades** 132:25 133:2 **degree** 84:17,18 234:15 252:24 254:8 274:2 293:20 294:12 294:16 297:10 297:19 299:2 323:16 325:9 **degrees** 296:19 313:15 314:14 315:15 **demonstrate** 60:4 159:1 201:11 **demonstrated** 137:7 200:14 248:3 291:10 292:12 296:19 | **demonstrates** 96:10 **demonstrating** 98:24 **denied** 94:20 **denis** 286:21,21 286:23 288:19 288:19 **denise** 221:9,11 **denominator** 260:22,24 261:2 **deny** 58:4 **denying** 182:16 **dep** 318:7,7,15 **department** 33:21,22 34:2 170:23 176:3 **depend** 128:2 **dependent** 8:9 23:23 273:17 **depending** 174:8 **depends** 37:6 48:7 57:3,4 112:21 129:17 141:12 158:2 174:12 201:20 203:4,20 254:24 316:24 **depo** 281:13 **deponent** 230:12 250:12 282:13 289:1 337:1 **deposed** 13:17 18:17 19:4 221:9,14 281:14 282:8 320:10 321:6 **deposing** 280:10 335:13 **deposition** 3:1 5:8 9:22 19:10 114:13 137:20 138:3,5 177:19 279:9 281:10 | 282:6 318:11 318:15 319:21 320:16,20,22 321:4,14,25 322:23 333:15 334:7 335:3,10 335:14,16 **depositions** 14:2 53:19 164:6 221:6 280:14 **dermis** 8:11 293:24 294:20 297:6 **describe** 26:16 26:17 228:3 244:20,20 245:14 **described** 76:1 132:19 185:9 243:23 **describes** 26:18 **describing** 68:23 316:24 **description** 5:7 6:2 7:2 8:2 59:20 **design** 16:24 17:2,4 18:2 45:4 51:23 259:19 272:17 273:9 279:14 281:20 318:7 320:15,20 322:23 **designed** 107:9 **destroyed** 261:6 **detail** 148:2 167:4 **details** 213:2 286:15 **detension** 315:7 **detensioning** 315:1 **deter** 50:9 **deterioration** 294:5 | **determination** 264:3 **determine** 17:7 18:6 22:15 240:18 303:8 **determining** 13:12 230:19 **detrusor** 67:4,9 94:15 101:24 **devastating** 254:21 260:1,8 269:17 **develop** 131:17 **developed** 35:3 **developing** 9:13 **device** 23:19 25:4,7,8,11 28:23 31:14 34:18 35:12,20 36:10 38:10,14 39:7,13,14 40:9,15,17 41:9,25 42:6,9 43:6,16,16 44:4,13 51:11 51:15 57:13 70:7 71:4 72:7 73:8,11,12 75:23 76:9 77:20 78:5,7 79:5 80:11 82:3,21 84:4 93:20 96:24 99:12 100:4,12 100:23 101:15 103:20 105:7 106:24 107:5,9 107:15 110:15 110:20 119:14 123:13 124:3 128:17 129:1 131:4 147:6 149:11 161:14 161:20 166:10 167:9 174:24 191:11,12 | 192:16 196:9 197:6,22 199:25 202:20 203:16,22,24 210:12 216:3,8 222:22,24 223:18,20,23 224:9 236:4 238:17 240:21 241:19 247:10 249:3 251:7 254:14 262:20 263:9,20 264:2 264:4 266:10 266:21 267:4 272:21 276:6 282:20 283:22 289:8 303:2 305:22 315:10 326:25 328:7 **devices** 8:6 40:23 45:16,17 45:21 73:23 84:11 99:15,25 100:7 145:13 161:8,17 250:20 251:23 252:1,3 268:12 307:4 **diabetics** 82:15 **diagram** 153:7 **diameter** 165:4 **didnt** 10:10 43:25 47:22 49:7 68:24 87:1 92:17 95:2 96:3 98:3 98:14 101:13 110:13,18 111:8 114:13 115:5 143:18 144:7 181:9,10 181:14 182:4 182:14 185:11 209:3 211:5 212:12,19,25 |

Case 2:12-md-02327-MD  Document 2022-1 4/16 05/26/20 Page 522 of 603
Daniel Steven Elliott, M.D.

Page 350

213:23 217:19
224:15 225:1
232:20 244:1,2
245:15,18
252:16,18,21
252:23 255:7
255:14,23
256:6 260:21
268:7,23
269:22 271:15
275:20,22
278:11,12
279:3,17 281:8
292:1,6 293:4
301:1 302:20
304:2 305:14
305:18 306:25
311:20 324:14
324:15,16
330:17 331:8
331:11
**die** 65:22
**died** 65:9,16
  66:9,10 295:12
**difference** 57:8
  82:6 182:10
  194:11 313:5,5
  313:6 314:8
**differences**
  293:17
**different** 8:18
  23:25 29:4
  34:10 47:5,6
  53:24,24 55:25
  59:17 60:5,8
  62:4 66:11
  73:10,10 81:2
  81:17 85:10
  91:9 102:2,19
  113:1 116:22
  128:22 129:19
  132:23 136:20
  156:5 166:21
  168:9 185:9
  186:23 192:22
  193:23 194:17

197:2 199:17
200:10 208:18
215:6 227:9
228:2 233:13
237:15 247:17
249:10,11
252:1,2,21
265:12 273:16
292:4 295:5
298:16 300:11
313:2,10
**differently** 66:6
  66:10
**difficult** 17:4,12
  18:5,8 22:24
  31:1,2 35:14
  57:5 67:18
  119:17 224:2
  233:24
**difficulty** 136:25
**dillon** 1:11
**dimensions**
  282:25
**direct** 150:15
**directing** 20:4
**direction** 210:18
  285:25 334:10
**directly** 60:10
**director** 179:19
  180:16,19
  284:4
**disagree** 72:13
  78:3 85:9
  90:25 93:13
  94:7 105:10
  110:12 118:10
  118:19 123:14
  124:21 135:7,9
  135:18 138:20
  138:22 142:24
  143:1,2,5,9,19
  143:20 144:19
  147:22,23,24
  148:5 154:1
  159:6,8,21
  161:24 166:5

175:19,20
176:7 183:11
183:18,22
184:4 185:2
214:16,17
216:14 217:9
261:11 296:7
**disagreeing** 95:9
  224:1 283:9
**disagrees** 92:16
  176:12
**discomfort** 37:2
  43:22 207:9
  325:3
**discovered**
  295:25
**discovering** 35:1
**discretion**
  109:14
**discuss** 68:20
  160:10 192:8
  192:15 300:6
**discussed** 132:1
  158:22 175:11
  218:2 230:25
**discusses** 134:21
  222:23 305:10
**discussing** 88:25
  89:14 128:3
  178:10 188:13
  244:19 260:5
**discussion** 148:7
  185:15 192:21
  193:16 213:24
  227:14 325:17
**discussions**
  299:21 305:5
**disease** 295:17
**dishonest** 14:12
**disingenuous**
  208:4
**dismiss** 233:7
**disorders** 6:16
  146:12
**disposing**
  280:15

**disregard** 330:3
**disregarded**
  330:9
**dissect** 85:10,11
  87:7 330:12
**dissecting**
  109:23
**dissection** 20:5
  57:16 85:10
**disservice**
  126:22
**distance** 314:8
**distinction**
  236:21
**distinguishing**
  229:21
**distracting**
  216:20
**distress** 103:9
**district** 1:1,1,6
**divide** 34:8
**dmochowski**
  109:4,6 141:18
**dna** 297:7,16
**doc** 58:20
  282:12
**doctor** 10:24
  66:21 67:2
  110:23 116:2
  134:6 171:18
  178:9 180:5
  182:6 185:17
  192:7,14
  204:23 209:6
  210:10 212:13
  232:17 250:9
  251:17 280:5
  281:10 293:12
  306:23 312:7
  322:4,10 323:2
  326:1 333:1
**doctors** 166:9,25
  270:16
**document** 1:6
  9:23 55:9,10
  60:17 69:3

70:22 77:17
114:17,19,19
114:20,22,25
115:22 118:1
134:10 152:3,7
153:1 155:15
155:21 176:6
213:14 225:16
226:6 228:25
231:24,25
264:15 283:1
283:19 284:7
305:16 332:3,7
333:10
**documentation**
  53:19 227:6
  228:11 229:1
  264:8 302:2
  305:4,12
**documentations**
  228:13
**documented**
  284:16 308:10
**documenting**
  318:6
**documents** 10:2
  10:15 14:11
  49:24 52:8
  53:13 56:5
  153:2 167:7
  225:14,23
  226:3 227:18
  228:8,20,23
  230:19 231:1,7
  231:19 239:6
  263:25 266:15
  306:2 324:5
  332:13,16
**doesnt** 26:16,17
  71:4,19 94:11
  137:21 138:13
  165:21 173:12
  173:16 189:18
  190:20 209:1
  215:3,19,21
  218:21,24

| | | | | |
|---|---|---|---|---|
| 229:24 232:10 | 44:16,20,22 | 188:8,12 191:8 | 309:19,19 | **dry** 88:11,15 |
| 252:10 274:12 | 46:15 47:1,7 | 194:21 195:8 | 310:10,11,12 | 309:5 |
| 281:16 300:24 | 47:14,23,25 | 196:4,10,14 | 310:18,19,20 | **dryness** 68:8 |
| 310:15 331:5 | 48:9 51:9 52:1 | 198:10,18 | 311:4 312:20 | **dsc** 243:19 |
| 331:16,19 | 52:9,14,16 | 199:1,18 | 314:12,19 | **dscs** 244:9 |
| **dog** 61:21,22,22 | 55:9 58:10 | 200:21,24 | 315:5,8 316:2 | **due** 59:1 68:9 |
| 62:14,15 | 59:7 61:4 | 202:10,22 | 316:19 317:19 | 99:18 256:22 |
| 131:25 | 62:19,20 63:5 | 206:2 208:10 | 318:20,22 | 256:23 257:22 |
| **dogmatic** 158:18 | 63:9,10 68:20 | 210:4 211:23 | 319:3,10,12,16 | 258:5 266:24 |
| **dogs** 298:6 | 71:16,22 72:8 | 211:25 212:22 | 319:23 324:13 | 273:4 301:11 |
| **doing** 22:16 | 72:20,21 74:16 | 213:25 216:5 | 326:16,20,23 | 303:4,18 |
| 23:13 24:22 | 77:12,22,25 | 217:9,14,23 | 327:18 328:19 | 306:16 |
| 27:4 28:13,13 | 78:3,11 79:15 | 219:10,10,12 | 332:10 | **duke** 309:4 |
| 30:21 37:6 | 79:19,25 81:12 | 219:20 220:9 | **doo** 61:22,22,23 | **duly** 9:3 334:6 |
| 39:17 41:6 | 81:14,16 82:14 | 221:22,24 | 62:14,15 | **dump** 253:23 |
| 57:14 58:10 | 82:17 83:1,5 | 222:9,12 | **dots** 223:5 | **dumping** 249:10 |
| 103:7 112:6,10 | 83:23 91:12 | 225:15 226:5 | **doubt** 70:11 | **duplicative** |
| 112:15 113:5 | 92:11 94:5 | 226:20 230:13 | 77:23 78:11 | 320:25 |
| 119:9,19 | 95:3 99:19 | 231:17,24 | 90:1 94:22 | **durability** |
| 132:18,22 | 104:11 109:6 | 232:9 233:6,17 | 116:20 117:4 | 106:19,24 |
| 166:17 179:25 | 109:18,24 | 233:19,25 | 188:12 285:14 | **durable** 107:13 |
| 184:23 187:3,7 | 111:1,1,15 | 234:4,24 | **dr** 5:24 9:7 | 159:1,14 |
| 201:8 203:5,8 | 113:23 115:18 | 235:24 237:8 | 19:22 36:16 | **duration** 47:13 |
| 217:1 222:17 | 115:23 116:19 | 238:19 242:12 | 55:4 93:7 | 47:20 70:14 |
| 230:5 243:17 | 117:3 120:7,20 | 244:14,22 | 115:16 138:2 | 73:18 74:10 |
| 248:12 276:8 | 120:21 121:11 | 245:13 246:14 | 144:12 181:23 | 99:10 100:22 |
| 278:19,23 | 123:10,10 | 248:13 251:1,2 | 182:5,23 183:4 | 122:6 123:17 |
| 279:2,18 280:2 | 125:15 128:8 | 252:6 253:6,6 | 214:7,16,23 | 132:16 204:15 |
| 281:5,6 313:18 | 131:3,17 139:2 | 255:21 256:17 | 216:24 217:4 | 209:23 210:1 |
| 318:10 319:18 | 139:9 140:18 | 257:5,16 | 218:2,9 219:5 | 240:23 262:10 |
| 335:8 | 143:15 146:24 | 259:21 261:16 | 219:11 220:3,4 | 268:25 310:1 |
| **dollars** 216:17 | 146:25 147:12 | 262:24 263:23 | 262:19 285:9 | 317:5 |
| **dominantly** | 148:13,16 | 264:7 266:14 | 286:3 288:21 | **dynamesh** 219:6 |
| 117:1 | 150:12 151:9 | 266:18,18,19 | 300:17,20 | 219:19,22,22 |
| **donor** 174:2 | 152:10 153:1 | 269:14,15 | 332:22 | 220:7 |
| **dont** 9:16 10:22 | 154:17 155:21 | 270:15 271:18 | **draft** 191:6 | **dysfunction** |
| 10:25 13:20 | 156:23 160:3 | 271:25 272:15 | **drafting** 152:7 | 78:14 82:2,5,9 |
| 15:24 17:2,13 | 160:12 163:10 | 277:24 281:7 | **dramatically** | 82:16,20 |
| 18:19 25:10 | 163:20 165:3 | 282:25 283:7,8 | 23:7 | 124:14,20 |
| 26:3 29:8,14 | 165:24 170:13 | 283:9,16 | **drawn** 260:23 | 125:3,8,10,17 |
| 30:10 34:3 | 172:24 176:12 | 285:13 289:5 | **drews** 57:25 | 125:20 136:10 |
| 36:7,12 38:11 | 177:24 178:20 | 291:25 299:18 | **drink** 9:15 | 145:8 187:12 |
| 38:15,17,18,24 | 178:20 179:20 | 299:24 301:17 | **drive** 4:9 10:19 | 188:20 190:1 |
| 39:3,3,15 | 180:13,17 | 302:16,17 | 10:22,24 | 317:13 331:24 |
| 40:12 41:2,11 | 182:6,9,24 | 304:10 307:1 | 115:11,12 | **dyspareunia** |
| 42:3,12 44:16 | 186:3,5 187:25 | 308:18,20 | **dropout** 64:5 | 43:23 44:18 |

67:21 68:2,5,8
68:12,19 69:4
72:11,14,15,17
72:20,21 73:5
73:8,16,20
100:24 101:24
111:10,20
191:25 207:2,5
207:8,13,14,18
208:1,6,16,23
253:5 254:3
270:10,19,22
270:24 271:4
272:5,6 325:5
325:11,20,21
326:3 327:15
328:6,13,23
329:2,14,24
331:24

**E**

**e** 4:1,1 5:1
193:25 336:1
**earlier** 80:4 83:7
87:1 151:3
171:22 184:21
233:10 260:3
267:17 328:12
**early** 43:2 181:9
185:7 327:23
**easier** 13:1
26:20 35:17
183:15 250:10
265:20 266:1,6
**easy** 15:1
**eau** 6:17,19
14:24 15:19
16:3 151:19,22
151:24 153:17
154:1,6 155:2
155:9,12
**eaus** 15:1
**ed** 64:18 132:14
133:12
**editor** 200:9
**editorial** 94:23

94:24
**education** 12:1
12:16 13:7,8
13:12 14:13
15:22 59:16
156:20,25
300:14
**effect** 177:23
252:24 269:24
272:19 301:21
304:25 306:11
314:24
**effective** 77:1
96:9,15,24
97:6,9 118:6
134:25 142:18
143:3 147:17
148:8 150:21
151:12 175:15
175:22 184:8
186:10 187:10
188:6 189:16
189:18 263:10
264:4
**effectiveness**
96:10,18,20
137:6 264:25
265:10,14
**effects** 106:12
108:2 110:4
**efficacious**
97:15,19
107:21 238:8,9
**efficacy** 21:18
22:19 37:15
45:10,14,17
54:23 71:5
94:6 97:12
98:24 99:2
106:8 127:2,6
127:11 129:19
129:19,19
134:16 158:12
159:1,15
161:10 188:15
238:15 239:12

240:13,14,18
241:1,5 293:4
**eight** 31:19 38:2
**either** 40:21
50:3 52:7
53:12 68:24
106:1,16
108:10 214:12
238:7 299:10
305:14 313:4
328:1,7
**elastic** 296:15
**elected** 312:15
312:18
**electron** 242:8
243:18 245:23
**electronic** 287:9
**element** 149:24
**elements** 254:11
**eliminate** 249:12
**eliminated**
197:15 198:13
**elliott** 1:24 3:1
5:2,9 9:2,7,11
11:10 93:7
144:12 262:19
337:8
**elliotts** 5:24
115:16
**elongate** 48:12
**elongated** 307:4
**elongation** 47:9
48:22 49:3
306:15
**email** 318:18,19
318:19 320:18
322:18
**emailed** 318:13
**emails** 228:14
279:7,15
280:20 318:5
**employed** 43:5
79:2 132:9
172:17,19
**employee**
334:14,15

**employees** 274:9
**employer** 173:7
175:20
**employs** 78:19
**encountered**
24:19
**ended** 209:15
**endopelvic**
85:11
**endorsed** 234:21
235:15
**engine** 81:3,4
**enhance** 163:19
**entire** 77:15
81:23 209:21
211:5 254:13
**entirety** 90:9,18
**enuresis** 125:19
**environment**
166:20 253:22
**eosinophil**
293:18
**equal** 162:12,14
163:6 325:3
**equally** 59:18
**equals** 65:19
**equations**
150:24
**equivalent** 127:6
127:12
**eradiated**
295:12
**eradiation**
295:15
**erosion** 69:13
101:4 110:7
131:20 132:9
133:5 175:25
191:1 204:12
217:11 249:20
250:1 254:3,4
287:13
**erosions** 78:15
83:9 101:23
108:18,19
132:15,21

133:11,13
190:2,10,18
192:25 204:9
211:13,16
212:3,4,11,14
212:15,20
214:19
**errata** 335:6,9
335:12 337:6
**error** 52:25
**errors** 61:9
**especially**
122:22 163:16
**essentially** 44:5
45:5 48:14
161:3 317:7
323:7
**established**
129:14 148:9
153:19 159:14
265:1
**estrogen** 234:11
**et** 1:7,8,8,9,10
1:10,11,11,12
1:12,13,14,14
1:15,16,16,17
1:18,19,19,20
1:21,21 2:2,3,3
2:4,4,5,5,6,7,8
2:10,11,11,12
2:12,13,14,14
2:15,15,16,17
2:18,18,19,19
2:20,21,21,22
2:22,23,24
21:19 54:11,24
55:16 64:1
65:2 66:14
74:17 77:25
89:13 109:5
112:5 116:22
119:1 122:5
123:16 125:22
128:6,18,20
145:23 166:4,8
167:7 177:3

| | | | | |
|---|---|---|---|---|
| 178:10 192:1 192:24 193:13 198:12 200:13 201:9 237:25 247:20 248:18 260:14 264:9 293:8 307:21 **ethical** 202:12 247:1 **ethically** 272:22 **ethicon** 1:3,8,9,9 1:11,12,13,13 1:15,15,17,17 1:18,20,21 2:3 2:4,5,6,6,7,8,9 2:9,10,11,12 2:13,14,15,16 2:17,18,19,20 2:21,22,24 18:3 51:14,18 53:13 78:22 80:11 83:18 113:2 131:15 132:1 133:1 137:23,23 138:7,12 162:23 164:5 168:1 177:23 179:19 180:16 216:3 227:18 228:8,13 229:1 230:19 231:1 239:6 240:5 246:3 251:8 257:8 259:18 262:21 271:9 272:18 274:9 276:9,22 277:5 305:4 306:15 324:5 **ethicons** 128:18 236:18 278:2 284:3 **etiology** 244:22 **europe** 135:11 154:14 | **european** 12:7 12:13 14:25 290:21 **evaluated** 58:22 61:7 136:3 242:11 303:22 303:23 **evaluating** 238:15 **evaluation** 237:11 **evaluations** 59:19 **event** 258:12 **events** 127:16 181:10 249:7 249:16 **eventually** 175:5 **everybody** 170:17 280:20 **evidence** 5:18 56:1,2 59:23 60:2,25 61:11 63:2,19 80:22 96:10 98:24 106:11,18 110:5 135:25 161:9 183:8 191:21 204:6 206:5,6 226:12 249:20,23 **evidencebased** 152:15 **evolved** 149:25 150:17 **exact** 17:5 18:6 25:23 27:18 30:10 31:3 36:7,21 40:12 54:18 133:15 226:11 242:12 244:22 258:18 307:7,18 308:15 310:20 **exactly** 29:14 42:1 43:1 | 67:24 140:11 147:24 189:18 233:19 245:13 248:13 254:12 263:14 315:13 **exam** 35:1 102:15 139:20 139:23,24 140:2,4,7 249:22 **examination** 5:3 5:4 9:5 323:10 326:12 **examine** 102:5 **examined** 3:2 204:12 **example** 102:19 129:2 141:19 231:6 267:16 270:18 **examples** 204:9 **excision** 209:16 209:20 210:25 211:6 212:18 212:24 213:4 **excluding** 232:1 **exclusively** 27:23 145:12 **excuse** 14:3 29:2 30:9 48:15 83:14 238:1 **exercises** 158:5 **exhibit** 5:8,10,11 5:15,18,19,23 6:3,8,11,14,17 6:19,21,22,25 7:3,8,13,20,21 8:3,6,9,16 9:1 9:21 11:2,7,8 11:13 19:17 54:25 55:2 60:18,19 66:22 66:25 89:11,12 116:1 134:5 139:1 146:7,9 151:18,19,24 | 154:4 155:22 160:15 171:17 171:19 178:7 185:16 204:21 213:15 222:8 222:25 242:1,3 250:7 264:11 264:12 289:23 289:24 293:11 **exhibits** 5:6 6:1 7:1 8:1 74:21 301:4 **exist** 71:18 100:12 117:7 118:2 273:24 273:25 274:1 274:13,25 314:21 **existed** 38:22 39:7 40:17 231:25 268:8 **existence** 78:16 **existing** 82:16 285:7 **exists** 133:20 181:6 182:23 266:14 268:11 275:1 **expectation** 318:17 **expected** 51:24 322:15 **expenses** 16:19 **experience** 82:11 85:23 107:2 148:6 160:7 184:11 199:14,20 200:8 201:21 227:10 228:15 230:24 245:4,6 245:19 248:5 258:19 260:5 302:1 305:12 315:25 325:16 326:5 327:9 | **experienced** 75:15 159:2,16 159:17,23 197:3 201:12 202:4 203:23 317:6 **expert** 10:14 16:15 18:10 19:1 53:10,12 60:24 76:23 106:8 110:13 112:2,4,14,18 112:24 133:1 148:3,6 166:1 167:2 183:5 191:7 192:15 196:7 217:20 218:15 219:2 225:1 228:20 229:8 248:13 301:3 321:5 325:18 331:4,5 331:15 **expertise** 201:15 218:14 219:1 **experts** 111:23 112:11 191:3 221:5 225:20 231:2 279:22 282:7 300:6 320:9 321:5 **expires** 337:16 **explain** 26:13 71:25 **explained** 71:21 **explanation** 83:4 **explantation** 299:10 **explanted** 246:6 252:13 **explants** 7:25 8:5 242:7,10 246:5,10 248:1 248:6,20 250:3 251:2,22 255:8 |

**exposed** 209:17 212:24 213:4 269:15,16
**exposure** 42:5 46:17,20 69:13 69:23 100:24 101:5 110:14 110:19 136:25 193:11 204:16 205:23 210:25 215:13 233:16 234:6 254:22 257:14,22 258:12,25 267:18 285:5 301:7 302:4 303:17 304:17
**exposures** 42:8 42:18 46:11,14 101:24 193:1,2 233:12 234:2 255:20 256:4 257:3 259:12 285:17 301:11 302:8 303:1,4 304:8
**extend** 164:12 319:7
**extended** 223:24 273:22
**extensive** 117:7 118:2
**extensively** 61:4 89:19 136:2 147:16 148:4 149:1 197:1 200:5 223:3
**extent** 232:5
**extrapolate** 167:25 253:1 261:13
**extrapolated** 240:4
**extrapolating** 276:25
**extremely** 74:12

85:22 242:24 292:11
**extrusion** 31:15 31:18,20 35:9 35:11 36:18 46:23 69:13 191:21 225:10 226:9 249:20 250:1 253:5 270:7
**extrusions** 43:24 83:22 108:19

**F**
**facets** 81:2
**facial** 296:3
**fact** 6:21 73:22 132:8 155:23 182:22,24 232:8 250:24 324:6
**factor** 65:11 233:8 234:1,5 303:9
**factors** 17:6 81:17 82:13,17 150:5 183:15 233:13,14,14 233:17,23 234:4 254:11 256:14 258:14 259:12 272:14 292:4
**facts** 78:9 102:3 206:5 296:1
**faded** 151:6
**fail** 335:15
**failed** 294:22
**failure** 21:7 273:9
**failuretowarn** 321:20
**fair** 42:14 53:16 57:17 100:8 136:19 152:20 160:1 170:25

171:13 184:1 191:15 206:25 213:12,13 220:24 224:22 225:6 231:22 234:11 236:25 241:16 310:23 312:22 313:8 315:22 327:8 333:5,12
**fairly** 153:2 313:18 316:5 316:15,19
**fairness** 212:4 271:17
**faithful** 219:11
**fall** 61:4 173:8
**fallen** 151:2 170:12
**falling** 46:4 50:1 172:22
**fallout** 75:12
**falsely** 197:16
**familiar** 26:14 61:16 116:21 134:10 160:19 179:4 185:21 198:15 216:25 217:17 264:15
**family** 319:1 320:5
**far** 10:7 13:23 16:25 17:1,7 20:4 35:9,15 42:12 46:22 77:7 81:3 96:18,20 97:12 99:4 119:21 128:5 179:23 201:13 218:14 221:17 235:17 235:19 239:13 239:15 245:3 248:12 260:25 264:9 274:13 293:4 298:15

313:19
**fascia** 8:11,14 74:4 85:11 120:19 289:25 290:24 291:9 291:14 293:23 293:25 294:4,6 294:14 296:4 296:10 297:21 297:25 314:9
**fascial** 312:23 313:9 317:10
**fashion** 79:2 303:7,12
**fast** 51:20
**faster** 124:8
**fault** 221:21
**favor** 151:3 170:13 171:3
**fda** 8:6 262:17 262:22 263:3,7 263:19 264:1,6 264:18 266:16
**fdas** 264:13
**fears** 185:9
**feasibility** 20:24 21:18,24 22:8 22:12,13 199:7 199:10 292:8
**february** 21:23
**feedback** 84:23 85:1
**feel** 13:9 33:15 85:5,14 245:20 285:25
**fees** 16:14,17
**fell** 150:20
**fellows** 170:22
**fellowship** 28:15 32:9,13 33:7,9 33:14,24 34:3 112:23 160:4
**female** 7:6 11:25 12:11,20 13:10 14:17 15:6,12 15:20 16:5

107:10,16 117:9 136:3 138:16 139:15 139:20 140:23 144:14 145:5,7 152:9 155:3 170:6 223:14 300:18
**fewer** 78:14 188:19 190:10 190:18 239:7 265:4 276:24
**fiber** 8:4
**fibers** 50:6 165:5 248:1
**fibrosis** 295:20 299:3
**field** 66:1
**file** 1:3 10:12,13 10:15 114:12 114:25 115:16 220:17 221:1,6
**fill** 145:22
**financial** 181:23 182:18 183:1
**financially** 334:16
**find** 44:24 51:9 63:10 68:19 70:13 147:9 165:20 178:13 206:11 218:18 244:19 249:14 249:22 252:16 252:21 254:17 255:7 266:22 280:23 302:22 310:22
**finding** 234:14 299:6
**findings** 105:16 105:20,22 106:5 108:1 293:21 298:13 298:18 308:24
**fine** 9:20 59:25

91:11 127:12
204:11 230:15
278:6 280:7
286:19 310:10
310:11,15,16
318:13 320:19
**finger** 84:18,22
85:14,16 86:1
86:3,23 87:11
87:14 109:23
245:10 313:16
313:20,23
314:6,7,10,10
314:15,25
315:15
**fingers** 86:20
245:16
**finish** 131:12
279:14
**first** 9:3 27:10
30:17,22,23
31:6,8 32:3
33:1,2,16
34:12 39:21,22
39:23 48:21
58:19 87:15
104:8 105:8
112:3 121:21
122:19,19,22
126:9 140:17
152:23 153:11
154:12 204:4
204:25 205:3,5
217:14 232:18
240:15 247:22
264:24 281:13
292:1 301:4
320:20 324:9
324:23 326:17
334:6,9
**firstline** 153:15
153:20,22
155:19 170:19
**firsttime** 24:4
**fit** 231:4,4
275:25 313:16

**five** 10:6 11:3
73:25 92:11
106:2 129:14
147:1 204:15
204:17 207:4
208:22,23
209:1,12 210:9
211:1 237:23
251:25 252:2
270:21,22
**fiveyear** 74:15
201:25 202:1,2
**fixed** 179:12
**fixing** 15:15
**flag** 270:16
271:11,22
**flags** 246:2
**flat** 193:25
**flew** 279:20
**flip** 104:17
**floor** 6:16
140:24 146:11
158:5
**fly** 278:3
**focus** 51:24
111:20 223:7
229:7 236:3
246:22 267:2
**focused** 16:3
19:5 103:8
157:3 272:4
277:13 329:1
**focusing** 13:8
**follow** 65:23
73:11,14,16,19
179:5 311:2
**followed** 75:11
137:8 177:6
210:16 265:2
268:22 309:6,7
**following** 22:18
37:4 67:10
99:22 100:14
126:15 129:24
132:15 144:20
145:11 246:24

250:1 307:23
307:25 308:13
316:6,16,23
**follows** 9:4
215:10
**followup** 5:20
21:8 22:10
37:8,14,19
46:9 64:7 65:2
65:6,8,12,20
66:7,12,12,16
66:19 70:5,9
70:14,25 71:1
71:12 72:4
74:11 88:11,15
91:23 94:19
95:10 99:10
100:11 101:3,4
103:3,9 125:22
125:25 127:17
127:19 129:5
132:16 133:13
145:3 178:19
178:21 188:2
191:3 196:13
197:3 203:20
206:2,8 207:17
208:7 209:22
209:25 210:6
210:24 211:3
261:25 262:11
265:3,5 266:7
268:1 269:1
293:7,13
294:16 309:21
311:9 323:3
326:11 328:22
329:14
**followups** 37:22
70:22 102:6
**footnote** 52:22
54:13 229:21
**footnotes** 52:19
53:7,12 230:21
**foramen** 43:20
44:8 45:7

84:19,20 87:10
**force** 307:5
**forcefully** 43:22
**forces** 193:24
**ford** 54:11 55:4
55:16 59:4
89:13 98:5
189:21 190:4
301:2,9
**foregoing** 321:2
337:3
**foreign** 131:24
133:4 247:18
249:8,12
253:21,22
258:4 267:9
297:16
**forearm** 9:13
**forget** 294:25
**form** 21:21
45:22 52:3
53:17 54:6
55:6 56:16
68:14 70:20
73:7 78:8,21
80:24 82:23
89:25 90:7,14
90:23 91:6
93:10 96:16
97:1,8 99:1
101:18 103:17
106:17 107:6
107:18 117:13
117:22 121:1
122:16 124:18
125:11 141:5
144:23 159:5
163:14 166:13
170:9 171:5
176:9 177:16
182:2 184:12
195:1 197:25
204:5 205:25
215:2 216:19
217:13 223:1
237:4 238:18

240:24 244:11
245:2 251:13
260:11 261:21
265:18 273:6
276:17 277:23
283:6 285:19
286:9 316:10
316:17 328:24
329:6,25 337:5
**formal** 44:21
**formally** 139:6
**formation** 8:17
294:12
**forming** 230:2
**forms** 175:5
**fort** 4:10
**forth** 228:14
321:11 334:9
**forward** 178:5
**fossa** 31:17
**found** 67:9
81:22 116:25
187:8 191:4
194:16 226:7
242:21 248:7
250:5 255:1,9
285:4,9,9
286:7 291:13
292:20 293:2
293:16,17
294:10,17
295:7 296:18
297:18,23
299:16 309:7
317:11
**foundation**
156:16
**four** 21:8 22:10
91:9 129:14
207:1,4,7,13
208:23 225:9
226:8 230:17
248:3 258:20
270:20,21
272:5,7 320:9
**fourth** 69:11

fourtime 225:9
frame 27:22
  29:10 37:23
  179:22 210:19
  305:8
france 288:24
frankly 52:6
fray 307:6
fraying 47:8
  227:7 231:16
  305:3,23 306:5
  306:8,20,21,24
free 315:17
freeze 295:12
frequency 47:12
  47:19 125:19
frequently
  154:13 287:23
front 186:8
  220:8,13,16
ftir 243:19 244:9
full 9:9 114:19
  114:21 146:19
  146:21 147:7
  147:13,13
  247:22 263:8
fulllength 147:5
  147:12
fully 105:12
function 16:5
functional 12:12
  15:12,21 16:6
  155:4
funded 81:5
  317:9
further 105:14
  110:2 135:24
  137:5 176:14
  189:14 210:5
  309:9 334:13

**G**

gaining 298:21
games 91:24
gap 230:17
  314:4

garcia 1:17
gathered 21:13
  60:5 64:14
gauge 314:19
general 19:12
  23:13 63:14
  100:3 120:2
  123:25 212:20
  266:13 278:19
  280:5 281:2
  318:7,14
  320:16,21
  321:17
generally 279:11
  284:4
generation
  160:24
genitourinary
  12:10 15:3,4
george 309:3
german 219:6
getting 87:11
  180:14,15
  246:25 256:10
gillum 2:14
give 22:24 32:6
  36:7 41:22
  44:10 54:18
  60:21 74:20
  81:25 87:13
  100:20 115:8,9
  119:10 122:11
  123:2,6,8
  159:24 204:9
  232:25 233:1
  237:22 247:15
  307:7 323:6
given 9:21 13:14
  113:12 185:17
  242:2 334:7,12
  337:4
gives 213:9
giving 92:20
  213:16 272:15
  325:4 332:9
global 102:17

103:9
glove 50:7,17
glowing 286:1
go 11:3 21:22
  34:12 35:18
  54:9 58:18
  74:19,25 75:8
  95:4 98:6,7
  114:5 122:3
  123:23 125:15
  134:1 153:3
  156:21 164:7
  165:24 166:1
  167:2,5,19,21
  179:8 180:18
  183:16,18
  186:7,22
  191:25 201:16
  202:12 216:21
  239:18 240:14
  242:19 246:15
  248:22,25
  258:23 259:2,2
  270:7 276:20
  281:22 282:5
  282:10 283:1
  283:18,25
  285:19 286:24
  287:5 288:6
  293:9 299:1
  300:12 303:19
  306:7,12
  311:23 312:13
  314:17 317:23
  317:24 318:3
  320:8 321:8
  322:3,6,25
  323:9,21
  325:15,25
  330:17 332:24
  333:13
goals 13:12
  14:18 15:24
god 285:25
goes 20:5 62:7
  72:22 86:22

113:2,3 146:5
  162:19 236:1
  313:19
going 11:19 17:4
  17:12 18:15
  21:15 22:25
  23:2,23 25:1
  30:19 31:1
  35:13 36:1
  46:21 50:22
  57:10,10 58:4
  61:20 62:11
  63:8 70:9,10
  71:6 73:9 81:1
  81:7,14 82:10
  83:22 87:17
  91:7 92:8,9,22
  92:25 93:17
  96:19,22 97:13
  97:15 98:6,7
  98:16,20,21,22
  99:6,7 103:7
  108:12 112:14
  112:15 113:1,6
  119:24 120:17
  124:7,23
  127:14 128:2,7
  138:8 141:6
  144:25 148:3
  159:19,24
  160:13 165:5
  165:25 166:19
  166:22 167:3
  170:18 185:1
  188:25 189:1
  190:19,23
  192:9 195:15
  195:17 196:25
  197:18 198:9
  198:23,25
  199:2,23
  201:10,14
  202:5,21,23,24
  203:11,24
  208:5,18,18
  210:2,19,20

220:20 226:20
  227:16 230:16
  232:19 233:3,8
  243:3 246:14
  249:14 253:6
  255:6,10,25
  258:11,13
  261:20 266:13
  268:10,11,24
  269:1,3,16
  270:7 271:23
  278:4,24 280:1
  280:3 281:11
  292:4,4,5
  303:9 311:4,25
  312:3,3 314:2
  314:11 318:16
  322:2
gold 147:19
  148:14,15,23
  149:4,8,11,16
  149:20,22,23
  149:23,24
  150:2,14,16,22
  150:25 199:9
  214:10 218:5
  222:16
good 9:7,8 12:19
  22:15 34:15
  61:21 62:8,9
  67:19 73:1
  88:6 90:5 91:3
  93:6 132:2
  168:1,20 169:1
  202:24 205:20
  219:2 257:7
  261:14 288:6
  295:6,7,9,10
  296:13 310:14
  317:17
goodwin 1:6
  52:9,12,15
google 266:17
gortex 129:3
gortexes 274:22
government

Daniel Steven Elliott, M.D.

54:20
**grain** 27:21
**grams** 48:4
237:3
**grand** 3:6 4:3
299:17,25
300:7
**granulomas**
131:17
**graph** 67:20
69:4
**graphs** 67:18
**great** 51:20 89:6
232:11 255:10
309:11
**greater** 44:15
66:18 108:5
112:7 113:5
132:17 133:13
162:12,14
163:6,17 165:6
211:4 265:15
285:5
**greatest** 294:11
**gross** 14:6
**grossly** 299:9
**group** 64:2
137:8 154:10
155:1 246:9
270:20 286:3
**groups** 59:17
69:14 142:12
**guess** 10:14 17:2
82:18 118:10
234:24 246:23
257:15 308:18
308:20 321:12
**guesstimate**
30:14
**guideline** 160:17
160:24 168:24
169:4 331:21
**guidelines** 6:17
6:19 15:24
109:4,10
125:16 141:11

141:20,24
151:20,22,24
153:17 154:2,5
154:19,23
155:8 161:2
**guides** 156:17
**guys** 125:12
209:7
**gyn** 28:11
170:23
**gynecol** 88:20
**gynecologists**
176:5
**gynecology** 7:14
**gynemesh** 251:4
251:23 285:7
**gyns** 171:1,1

---

**H**

**half** 94:17
167:15 242:22
255:8,9,10,11
255:15 288:1
**hammered**
280:17
**hammock** 174:3
**hand** 334:17
**handed** 55:1
116:2 134:6
146:8 171:18
**handle** 179:11
**handouts**
156:25
**hands** 36:11
70:1 75:15
97:16 111:22
159:3,17
170:16 191:3
201:12 203:18
261:14 316:1
317:6,7
**handy** 282:15
301:3
**happen** 43:25
145:2 210:2,19
307:8 311:4

322:2
**happened** 18:18
42:1 65:13
74:13 245:7
308:1
**happening**
95:19 196:20
**happens** 74:14
131:25 294:8
**happy** 37:18
209:10,12
**haptic** 84:23
**hard** 43:20
249:23 310:21
319:23
**harmon** 2:9
**harvest** 120:5
325:4
**harvested** 23:15
25:12 296:4
325:2
**harvesting**
56:15
**hasnt** 91:14,15
257:23
**havent** 83:1,13
132:13 136:14
223:10 237:20
**head** 36:19
119:1 195:9
**headtohead**
118:24
**heal** 129:22
176:19
**healed** 74:1,7
257:23
**healing** 7:16
74:13 206:9,13
206:17,19,22
213:8 258:3,8
267:20 268:4
268:23,25
269:11,23
270:1,5,13
**hear** 15:15 87:1
130:14 180:2

**heard** 18:15
59:23 78:9
154:17 168:9
219:7 225:7
**heavily** 156:23
**heavy** 45:5
235:20,21
323:19
**heinonen** 329:13
**helical** 109:24
**hemmed** 47:5
224:20
**herbertson**
66:15
**herbertsson**
66:14 87:25
88:15,19
**heres** 66:17
114:24 188:16
**hernia** 7:20
53:14 54:3,8
166:10,18,18
167:1,23
193:16,24,25
194:2 213:23
223:3,4 240:3
241:7 273:20
274:8 275:13
276:4,23
284:24
**hernias** 223:14
223:24 239:17
**hes** 91:12 93:11
115:22 144:6
161:23 182:8
208:13 211:24
214:25 215:3,8
215:25,25
216:16,22
218:15,16,16
218:18,22,25
219:2,13 220:3
220:4 221:20
222:17,18
259:16 300:23
319:21 332:15

**hey** 288:16
**high** 57:21 63:15
63:22 64:24
132:20 138:7
160:11 161:9
184:9 196:12
201:22 202:20
214:19 242:24
287:13 296:19
308:19,22
316:5,15,19
**higher** 111:25
166:20 187:23
189:8,11 190:9
196:25 200:14
200:18 201:10
203:1 225:4
226:17,21
274:5,15,22
295:13 316:22
317:12 327:16
328:6,21 331:4
331:13,15,18
331:23
**highest** 291:11
**highland** 4:13
**highlighted**
94:25
**highlights** 95:6
**highly** 75:15
96:8,15 119:18
125:1 197:3
201:11 202:6
**highquality** 70:1
**highvolume**
111:23 112:2,4
112:19 119:20
170:15 201:15
202:18
**hinoul** 303:20
**hired** 173:13
**histologic** 7:14
**hit** 109:22
**hitting** 108:14
**hold** 74:22 75:6
131:12 181:21

214:20 245:8
256:25
**holding** 222:8
**holds** 175:2
277:2
**hole** 35:5
**holmium** 307:10
307:19 310:24
**honest** 156:21
282:4
**hopefully** 54:22
99:7 224:19
291:22
**horrible** 30:7
232:12 294:21
**hospital** 44:11
122:6 123:17
124:9 176:17
183:14 184:4
184:10 188:21
**hospitalization**
123:13 124:5
**hou** 260:14
**hour** 16:16,18
17:17 319:4
**hours** 3:5 16:21
17:8,9,10,14
17:16 18:6
92:10 278:25
281:6,10 282:8
317:21 319:3
319:21,22
320:11 321:5,7
321:14 322:1
322:15 330:15
330:17,18,20
330:22 332:24
**house** 173:21
**houston** 64:20
**huge** 276:21
**human** 53:22
291:15
**humbert** 2:13
**humum** 278:13
**hundreds** 80:15
160:9 198:16

216:16
**hydrogen**
253:24
**hypochloric**
248:18 253:24
**hypotheses**
243:22
**hypothetical**
144:24 302:24
**hypothetically**
302:25

**I**

**ics** 6:21 155:24
156:2 288:23
**id** 14:3 20:19
21:22 32:5,15
62:19 63:5
67:8,23,25
88:12,17 94:12
99:3 102:6
109:9 114:5,24
123:23 124:21
126:8 133:21
138:4 142:14
150:11 152:25
157:24 187:18
187:25 188:2
190:6 192:4
194:21 195:4
216:4 233:19
242:10 244:13
244:17,18
251:15 283:18
284:22 289:12
303:19 304:9
304:20 308:9
308:14 309:15
309:18 310:21
312:19,20
317:20 329:20
330:11 332:2,3
**idea** 72:15
302:11 319:18
319:20 320:1,3
**ideally** 68:4

**identical** 49:12
82:9 84:13
**identifiable**
254:17
**identified** 80:23
254:10
**identifies** 162:1
**identify** 110:14
153:21 251:11
253:12
**identifying**
300:11
**ifu** 41:17,24
47:11,14
**ifus** 47:18
**ignore** 180:6
**ill** 9:12,15,17
30:4 60:21
66:15 87:13
113:19 115:9
119:10 137:16
199:20 200:6
207:22 209:5
215:20 228:2
228:11 237:22
264:22 279:13
288:24 308:22
310:7 311:15
311:22 316:11
318:13,14
320:24 323:9
**im** 9:13 10:13
12:9 16:8 19:5
24:1,3 26:13
26:25 27:8
31:1 36:1
42:10 43:10
47:24 49:15
52:5,6 54:12
58:3,20,21
59:7,9 61:16
62:3 63:1,8
65:15 67:3
71:17 74:24
75:4,4 77:23
79:16,22 80:18

86:11,13 87:15
88:3,4 91:7,25
92:3,8 95:6,6,9
96:19 98:6,7
99:14 100:2,13
100:13 101:9
102:7,13 103:6
103:7,7 104:11
106:21 109:23
117:20 119:24
122:4 123:22
124:11,12
125:14,15
126:4 127:14
128:10 138:8
142:21,23
144:8 146:18
146:23 147:8,9
155:4 157:3,13
159:15 162:4
162:25 164:2,8
168:19,21
172:19 173:19
173:20,23
177:9,10,10,17
178:13 179:25
180:20 182:15
186:4,8 188:10
188:25 189:3
190:23 192:6,9
194:9 198:15
198:16 200:10
201:7,13
203:25 205:4
206:11 207:2
208:15 210:7
210:17 211:21
211:23 214:4,4
214:5 215:17
216:25 217:1
217:17 218:25
219:11 221:23
222:6,8 223:18
224:1 225:8,12
227:3,21
229:23 230:6

231:10 232:19
233:3 234:2,3
236:8,11
237:19 238:12
239:5 242:13
244:6 245:18
245:21 246:23
246:24 248:13
248:22 251:17
252:3 253:6,13
256:2,9 257:11
259:8 264:7
267:12 269:19
270:8 274:8,23
277:12,13
278:4,9,19,23
279:15,18,21
279:23,25
280:1,2,8,24
280:25 281:1,3
281:5,6,9,25
283:8,8 284:15
285:23 298:14
299:14 300:8
306:22 307:21
309:24 310:16
314:2 316:3
319:19 320:18
321:15 322:22
323:7 324:25
325:2,6 326:1
329:18 330:13
330:15 332:9
**immaterial**
232:13 252:19
**immediate**
122:17 188:25
327:9
**immediately**
44:10 121:21
316:25
**immune** 249:9
296:22 297:15
**immunohistoc...**
7:15
**impair** 258:3

Daniel Steven Elliott, M.D.

impaired 267:20
269:2,13
impeded 9:16
imperative
335:11
implant 289:21
implantable
70:7 72:9
73:11 75:23
128:17 129:1
131:4 210:12
implantation
249:7 250:4
253:21 255:1
256:14 284:6
307:5
implanted 31:20
48:8 76:9
103:20 164:22
165:22 193:19
implanting
50:13
implants 145:20
213:17 242:22
247:3,23
255:15
implications
8:15 274:22
290:1 292:21
implies 83:1
326:3
importance 60:1
important 66:8
66:9 69:7
71:21,25 72:16
73:5,9,13,16
73:19 74:8,12
74:15,16 75:24
93:18 131:6
181:18 195:4
232:6,7 236:21
240:17 246:1
298:11,17
299:16
impossible
138:5 195:13

205:19
imprecision
59:2
improved 32:21
142:19 143:6
improvement
106:1 144:22
inability 68:9
inaccurate 14:7
298:13
inadequate 70:9
70:12
inadequately
259:9
incidence 72:15
208:19 261:3,4
261:9 305:23
306:4,11,24
incidents 69:22
305:17
incision 57:4,8
84:1,7 85:13
176:15 184:3
297:1
incisional
324:25 325:7
327:4,11
include 15:9
83:15,17
120:24 121:8
136:23
included 58:19
59:4 69:1
78:25 98:21,22
113:9 197:23
198:9,25 231:5
248:2
including 10:20
97:11 111:6,13
119:6 136:8
137:7 175:25
180:9 245:19
250:3,22
258:19 276:9
277:7 324:4
328:3

incompetent
290:13
inconsistent
187:18 205:8
incontinence
5:17,22 6:7,10
6:13,18,20,22
6:23 7:7,11
13:11 15:10,19
16:4,12 19:6
20:8 24:22
27:16 30:18
32:12 33:4,11
37:4 42:15,22
43:13 48:3
51:19 55:4
56:9 63:14
76:16 78:7
89:21 96:21,25
97:5,14,20
100:7 104:8
105:9,25
106:20,25
107:10,17
108:25 109:4
116:5,15,23
124:2 125:18
134:9 136:4
138:17 140:16
141:11,20,23
144:15,21
145:5,6,10,14
146:14 147:20
148:15 150:17
151:2,25
152:22 153:16
153:23 154:6
154:15 155:8
155:14 156:7
157:2,5,6
158:12 159:22
160:18 166:11
170:7,10,15
171:20,23
172:5,14 173:3
173:8 175:16

175:23 183:24
185:6 189:20
191:13 192:18
200:17 201:1
205:18 213:18
214:2,5,25
216:8 218:4,14
222:4,23 223:9
223:15,21,25
234:21 235:3
235:14 236:4,5
237:2 238:6,16
240:1,6,10
241:11,20
262:21 263:5
265:13 266:1
272:21 273:15
274:3 275:3,14
275:16 276:12
277:20 281:21
282:21 283:23
284:13 301:23
304:4,23 305:7
305:22 306:6
307:14,15
309:8 310:6
incontinent
11:24 153:10
276:16
incorporation
166:6
incorrect 36:2
72:19 103:18
132:12 191:17
285:14 296:1
increase 127:15
267:9,10,11,11
increased
225:10 226:9
288:15 293:3,4
309:8 325:19
327:4,10
increases 296:4
increasing
292:13 296:12
incurred 78:13

189:25
independent
40:19 80:12
90:2 117:5
137:25 138:6
172:17 254:25
independently
78:10 136:12
indepth 8:3
247:25
index 102:17
103:9
indicate 62:1
indicated 231:7
299:2
indicates 106:12
indirect 243:24
individual 61:12
70:13 144:24
152:16 156:23
174:12 201:23
individuals
24:10 60:4
75:11 157:25
157:25 160:12
166:3 226:11
261:25 271:15
307:24 308:2
309:6
industry 162:3
235:17,18
inert 7:24
infantile 170:8
infected 299:9
infection 45:7
176:1 193:12
194:8,12,13
195:21,23,24
249:12 253:4
258:15 267:12
303:11,11
infections
192:25 193:3
194:24 196:2
infiltrate 293:18
296:20

inflammation
8:17 166:7
193:12 195:24
227:8 253:22
288:3,15
293:18 294:4
297:10,19
299:2
inflammatory
131:24 162:21
163:12 164:4
165:23 247:19
248:15,16
249:9 254:1
258:15 267:10
293:19 296:20
information
6:25 40:24
104:15 114:11
163:10 164:21
171:21 173:17
198:3 230:2
263:23 302:23
ingeneration
162:17
ingrowth 292:14
initial 21:24
87:3 214:18
215:7,18
239:12 258:8
298:22 313:16
initially 30:4,6
44:5,7 49:17
inject 120:18
injections
153:13
injuring 108:6
insertion 110:8
instability 67:5
67:9 94:15
95:16,24
101:24
instructions
335:1
insufficient
128:7,21

129:16 164:20
166:6 204:1
integrated 46:19
integration
45:20,24 46:7
46:13
intended 216:7
222:3 223:8,13
223:16,19,21
223:23 235:2
235:13 236:3
239:25
intention 320:8
intercourse 68:9
111:6,13
interest 180:11
181:5,16,17,23
182:6,11,13,19
182:20,20
183:1 219:19
221:18,19
interested 316:3
334:16
interesting
73:22 152:8
216:14
intermittent
317:2
internal 14:10
53:19 65:3
115:21 167:7
227:6 228:11
228:13 229:1
239:6 284:7
302:2 305:3,11
306:2 324:5
international
5:11,19 7:3,21
11:23 12:3,8
12:14,15 65:3
119:2 148:7
160:10 199:15
200:9 227:15
internet 115:3
interpret 299:7
interpretation

149:19
interrupt 146:23
285:24 317:20
323:7
interstices
292:15
intertwined
193:11,12
intervention
55:2 154:14
intestinal 291:10
intestine 8:12
293:24 297:5
intestines 297:5
intimately 193:2
intraop 121:12
intravaginal
217:10
introduced 29:9
39:18 40:10
intuitive 82:6
intuitively 255:2
invaluable 60:6
invasive 7:9
12:6 56:8,13
56:17,20,24
57:7,11,13
134:25 183:13
183:21 184:21
185:1 186:9,25
187:9 188:5
inventories
103:10
investigators
113:10 200:1
invoices 17:20
17:25
involve 70:4
81:1 87:5
involved 14:15
17:13 20:2,4
22:14 28:8,11
150:5 152:6
162:16 179:22
197:7 202:4
218:17 233:18

233:23 234:1
268:9 299:21
involvement
64:4,5 217:1
iquinto 1:9
iron 149:23
irritated 208:2
208:24 209:11
209:13
irritation 58:15
isnt 38:19 54:2
68:2 86:17
178:14 186:4
210:9
isolated 123:25
issue 17:20 66:2
68:25 79:17
96:1 106:9
114:2 124:11
131:6 133:17
189:2 201:23
201:24 228:21
232:19 261:1
266:11 296:11
308:19
issued 51:22
126:5 160:17
issues 14:23
25:24 65:21
83:6 96:3
100:23 148:3
179:21 195:17
itd 43:21 49:19
iuga 6:8 134:9
135:7 137:11
138:14 288:23
iugas 138:20
ive 9:21 13:17
18:15 27:2,9
28:8 42:7,12
43:7 49:24
52:8,14 55:1
58:2 59:22
61:11 76:8
83:2 85:23
86:9 90:2

103:18 109:22
109:25 110:1
115:9 116:2
119:20 131:16
134:6 136:12
146:8 159:17
163:10 166:2
171:18 185:17
187:17 204:10
217:6 221:25
222:9 226:15
227:25 231:10
240:2 242:2
244:18 252:8
254:12 256:18
256:18 264:5
266:21 273:7
281:14 286:6
305:25 316:19
317:15,17
322:5 329:19
330:2

---

**J**

jackson 3:8
jacquetin 285:9
286:3,23
288:21
javins 2:4
jersey 278:10,19
279:11 280:5
281:2 282:7
318:7,14 319:9
320:9,16,21
321:4,6,13,20
322:16
job 73:1 220:15
220:16
joint 288:23
jones 2:12
joseph 1:6
journal 5:11,19
7:3,13,22 8:9
62:5 65:4
119:2 160:9
199:17 290:8

290:10,21
293:14
**journals** 62:4
199:17 200:10
**judge** 1:6 51:22
51:24 52:9,12
52:15 278:3
**judy** 318:10
**july** 55:21
155:24
**jump** 280:21
**june** 140:1
237:25
**jury** 180:2
**justice** 310:21

**K**

**kansas** 3:7,11
4:4 334:5,18
334:23
**keep** 36:20
44:11 69:1
102:20 112:18
175:6 182:15
182:24 200:7
228:2
**keeping** 180:20
**keeps** 145:20
**kelly** 2:19
151:10
**kennedy** 151:10
**key** 127:18
188:23 211:7
314:4
**kind** 31:11 34:9
211:19 249:25
300:10
**kjoehede** 66:16
88:3,11
**klinge** 128:18
166:3,9,25
167:23 168:7,8
168:10,11,12
168:13,18,22
181:23 182:5
182:16,23

183:4 193:16
210:14 213:17
213:22 214:1,7
214:16,23
216:24 217:4
217:20,22
218:2,9 219:5
219:11 220:17
222:2,21 324:2
326:14,17,24
**klingel** 168:6,8
168:15,15
**klinges** 218:13
220:3,4
**klosterhalfen**
166:4 167:23
182:16 255:4
324:2 326:14
326:17,24
**knew** 33:1 50:13
114:22 180:8,8
240:5 276:22
277:14,14
319:19
**knock** 92:1,4
93:2
**knot** 133:3
313:16 314:9
**knots** 313:18
**know** 9:12 15:25
17:2,14 18:8
18:19,25 19:4
20:24 31:1,24
34:3 36:24
38:12,16,17,18
38:25 39:3
41:20 42:12,12
44:16,22 45:23
46:6,22 47:1
47:17,24 48:9
49:7 51:9 55:9
57:2 59:10
62:7,8,21
63:10 68:5,15
71:19 72:20
73:2 77:7,12

78:1,3,4 79:15
79:19,23,25
81:4,18 82:14
82:17,19 83:1
83:5,23 86:1
88:5,10,14
94:5 95:3
99:19 102:3
104:11 108:24
109:6,7 113:17
115:18,21,23
116:17,19
117:15,25
121:11 123:10
123:19 125:5
125:14,25
127:22 129:25
130:10,14
131:7,11,19,25
132:25 133:10
133:19 137:22
138:5,9,13
139:9,10
140:11,12
142:15 146:24
146:25 147:12
148:16 151:9
155:5,21
156:15 163:10
163:18,23
164:5 167:17
168:16 169:3
177:24 178:20
179:20 180:7
180:10,12,14
180:17 182:5,7
182:8,22,24
185:11,12
195:13 196:10
196:14,23
197:21 198:18
201:21,24
202:11,22
203:2 204:8
205:19 211:19
212:5 216:2,23

217:3,6,23
219:4,8,10,11
219:12,16,17
219:18 220:1
221:15,24
225:15 226:5
231:17 233:25
234:4 235:19
235:21,24
237:6,8,8
239:13 243:17
244:14 245:13
245:13 248:13
248:15 250:8
251:1 252:18
253:6 256:4
257:16,18
259:21 260:25
261:16 263:3
263:23 264:7
266:14,15,18
268:7,10
270:15 271:7
271:10,15,18
271:23,25
273:20 274:9
274:13 277:18
278:9,11
280:24,25
281:4,4,7
282:25 283:8,8
283:9,16 285:3
286:2 288:25
289:6 292:1,6
292:20 295:9
297:14 301:17
302:16,17
304:11,19,20
306:4 307:3
308:21,21
310:2,17,19,19
310:20 311:4
316:19 319:10
319:12,18,21
319:23 320:4,5
326:16,20,23

329:11,15,17
332:21
**knowing** 63:9
**knowledge** 90:3
149:13,15
164:11 179:23
226:13 230:23
263:19 303:22
305:1
**known** 75:16
84:23 105:13
108:13 110:17
111:25 132:7,8
184:9 230:25
260:25 261:5,5
268:5 282:2
295:17
**knows** 132:1
133:1 211:22
213:14
**krambeck** 293:8
**kuhn** 192:1,4
**kuntz** 10:21
**kuuva** 112:5
197:14 198:12
198:15 199:11
201:9

**L**

**lack** 122:4
**lady** 120:6
**lambert** 2:6
**langer** 65:2,6
87:24,24 88:1
94:9
**laparoendosc...**
12:5
**laparoscopic**
169:6,11,15,16
169:18,21,22
**laparoscopica...**
58:11
**large** 43:19 56:1
70:2 101:2,3
162:8 211:5
273:22 274:10

274:12,25
276:23 294:16
323:13,17
324:3
**larger** 164:25
165:13,15
176:15 241:3
275:4,13 276:3
289:7
**largest** 36:4 81:4
100:5
**laser** 47:4 49:10
49:21 224:23
225:5,10,23
226:8,19 228:4
228:16 231:9
231:13,22
232:16 301:19
303:24 304:13
307:10,20
310:24
**lasting** 295:22
**lateral** 57:16
**launch** 240:18
**law** 3:6
**lawyers** 216:17
222:10 229:4
338:1
**lay** 193:25
**lead** 11:9 35:18
72:11 141:17
214:19 286:20
290:6 323:17
329:12
**leadership** 32:19
**leading** 147:18
148:11,20
195:24 323:21
**leads** 233:22
254:2
**learn** 32:11 33:4
33:8 34:3 80:1
112:23 194:23
257:11
**learned** 32:23
**learning** 32:22

112:6
**leave** 267:2
314:4,4 315:4
**lecture** 13:13
311:3
**led** 78:14 269:23
**left** 179:9 289:19
321:2
**legal** 28:10
**length** 84:13
146:19,22
147:7,13,14,15
263:8 282:6
328:22
**lens** 181:19
**level** 5:18 59:16
60:12,14,15,25
80:22 112:22
124:23 160:11
245:12 248:12
274:24
**levels** 59:16,23
60:2 80:23
**liability** 1:4
**lie** 318:17
**lies** 276:21
**life** 5:12 11:11
22:17 102:16
142:19 144:22
203:25 204:13
272:24 327:25
**lifelong** 70:8,24
71:12 72:4
73:12 74:20
75:9 128:6,21
129:4,10,20
145:17,24
**ligament** 56:19
**lighter** 238:7,16
239:7,18,25
240:8 241:3,4
241:9 275:5,13
276:3
**lightner** 36:16
**lightweight**
235:24 273:22

274:8,10,12,24
276:24 323:13
323:17 324:3
**lightweights**
239:16
**liked** 47:9
**limit** 192:23
193:7 247:16
261:12
**limitation** 261:8
261:12 263:17
**limited** 79:6,9
196:12 209:22
209:25 291:12
321:5
**limiting** 80:18
270:12 271:12
**linder** 11:9,10
**line** 27:10 51:17
81:23 115:20
152:24 153:11
309:9 336:3
338:2
**lines** 147:1,3
**list** 5:10 10:20
11:1 114:17
115:8 137:11
220:22 229:17
229:18,22,24
230:2 232:4
237:19
**listed** 1:6 11:20
230:21
**listen** 140:20
**literal** 162:9
**literature** 23:10
38:19 40:15,16
40:23 41:7,12
41:13,15 53:21
54:2,3,4 57:24
58:2 79:5 80:8
97:10 98:8
100:10,18
108:9 123:24
127:9 128:5
142:5 148:25

150:7,11
152:16 160:25
166:1,3 180:6
191:12 199:24
200:4 218:2
227:20,22
228:9,14
230:23 240:23
249:17 258:18
258:22,24
260:8 265:3
301:25 305:25
311:19 314:24
315:3 324:2
325:18
**litigation** 1:5
19:2 216:18
**little** 9:14 50:5,6
50:16 58:18
105:14 110:2
135:24 137:5
158:18 176:14
189:14 208:4
210:5 299:2
**lives** 143:6
210:18 261:6
**llp** 3:6 4:3,8,12
**load** 165:22
**local** 119:21
120:10,11,12
120:14,18
**locally** 119:15
**locate** 81:20
**located** 65:10,18
66:8
**location** 26:18
46:22
**logic** 221:21,22
221:24 269:13
**logical** 83:4,20
**logically** 231:4
**logs** 139:21
**long** 16:10 47:23
68:21 73:18
77:17 95:18
99:6 123:6,10

147:14 153:2
184:10 188:2
262:24 309:22
317:15,17
332:19
**longer** 65:22
66:4 90:10,19
91:1 94:9 95:5
99:6,7 100:5
101:6 176:17
184:5 206:16
255:2,5 258:7
265:2,16 266:2
277:2,6 278:24
294:16
**longest** 147:15
**longterm** 5:12
5:20 7:4 11:10
40:20 41:4,11
41:14 72:7
91:5,23 93:8
93:15,17,23
94:19 95:10
96:11 98:25
99:22,24
101:16 102:10
103:2 105:15
107:13 108:18
118:24 121:16
122:9,10
124:12 129:23
137:6 145:2
158:25 159:11
189:2 205:20
259:24 265:4
277:12 298:22
309:6,7,21
311:5 325:12
325:19 327:15
328:14 329:23
**look** 48:13 55:22
56:2 60:20
62:3,5 66:10
67:1,17,19,24
70:13 74:15
88:12,17 89:9

| | | | | |
|---|---|---|---|---|
| 94:12,13 97:9 | 267:17,25 | 192:21 215:5 | 163:16,19 | **manufacturers** |
| 100:21 101:9 | 270:18 283:21 | 250:9 281:17 | 164:12 248:12 | 18:11 80:9 |
| 101:22 102:6 | 286:16 298:14 | 282:24 283:4 | 253:23 | 99:15 100:6 |
| 102:14 106:7 | 330:2 | 292:3 329:19 | **macroporous** | **manuscript** 10:9 |
| 109:9 113:13 | **looking** 14:15,18 | 330:8 | 161:21 162:1,5 | 305:10 |
| 113:19 114:5 | 21:10,18 22:18 | **love** 181:2 | 162:6,7,12 | **march** 264:21 |
| 122:8,8,9 | 35:14 37:7 | **low** 69:13 | 163:4 214:20 | **mark** 11:2,8 |
| 123:23 124:10 | 53:6 66:2,4,20 | 102:20 110:6 | 214:24 215:14 | 60:18 66:21 |
| 126:8 127:13 | 69:11 76:22 | 111:6,13 | 215:23 216:9 | 89:6 151:16 |
| 142:14 146:13 | 79:16 81:17 | 126:17 159:1 | **macroscopically** | 178:6 289:22 |
| 150:11 168:19 | 88:24 101:16 | 159:20 198:19 | 245:6 | **marked** 9:1 11:7 |
| 182:15 183:3,9 | 121:13 129:18 | 200:2 203:11 | **magically** 61:21 | 11:13 54:25 |
| 183:9 188:2 | 129:18,20 | 292:11 297:10 | **main** 58:17 | 60:19 66:25 |
| 190:6 192:24 | 167:22 168:23 | 297:18 317:6 | 105:16,20,22 | 74:23 89:11 |
| 194:21 195:2,4 | 184:13 191:10 | **lowe** 1:18 | 108:1 142:12 | 116:1 134:5 |
| 201:24 202:12 | 205:20 236:11 | **lower** 135:3 | 173:8 248:17 | 139:1 146:7 |
| 204:12 207:25 | 243:4 247:12 | 197:15,15 | 258:13 294:7 | 151:18 154:4 |
| 210:4 214:1 | 247:18 293:22 | 239:24 241:12 | 308:11 | 155:22 160:15 |
| 216:4 220:10 | 294:8 298:15 | 276:15 304:17 | **major** 26:2 | 171:17 178:7 |
| 220:11,23 | 302:11,18 | 324:3 | 135:1 180:25 | 185:16 204:21 |
| 230:22 232:14 | 312:4 316:13 | **lowered** 197:17 | 259:1 261:8,12 | 213:15 242:1 |
| 232:20,24 | 320:18 | **lowervolume** | 295:11 297:16 | 250:7 263:1 |
| 242:11 243:21 | **looks** 47:6 52:25 | 200:16 | **majority** 53:8,11 | 264:11,12 |
| 247:23 248:25 | 55:18 206:13 | **lowest** 293:20 | 53:18 59:3 | 268:16 271:11 |
| 258:23 259:15 | 216:3 | **lowvolume** | 112:12 170:19 | 289:23 293:11 |
| 262:25 280:11 | **loose** 314:4 | 196:21 198:8 | 196:22 204:3 | 301:5 |
| 283:2 284:22 | 315:4,15 | 200:12,14 | 231:7,14,20 | **markedly** 44:6 |
| 286:14 287:6 | **loosely** 291:22 | **lumped** 183:25 | 310:25 | **market** 39:11,19 |
| 301:13,17 | **loss** 47:8 65:5 | **lunch** 133:24 | **making** 57:8 | 40:5,10,19 |
| 302:20,22 | 66:6,6 227:8 | 134:2 | 136:2 281:9 | 41:5 77:12,13 |
| 304:9,21 308:9 | 231:17 266:7 | **lundell** 2:20 | 319:20 332:12 | 143:14 144:4 |
| 308:14 309:15 | 291:5 306:10 | **lung** 269:14 | **male** 145:6,7,14 | 144:17 |
| 309:18 312:5,8 | 306:16,18 | | **males** 145:9 | **marketed** |
| 312:19,21 | 307:6 | | **malpractice** | 254:14 |
| 317:16 320:5 | **lost** 65:12,19 | **M** | 141:1,7 | **marketing** 233:7 |
| 329:20,24 | 101:3 306:16 | **m** 1:24 3:1,5,5 | **management** | 277:16 |
| 332:2,7 | **lot** 39:25 44:10 | 5:2,9 9:2 87:20 | 6:23 | **marshallmarc...** |
| **looked** 44:17 | 52:8,14 53:23 | 87:21 134:3,4 | **mandatory** | 28:5 |
| 45:13 50:25 | 53:24 54:3 | 171:15,16 | 75:10,17 76:5 | **martinez** 1:13 |
| 51:4 52:18 | 61:22 62:9,14 | 192:11,12 | 76:18 109:11 | **mary** 247:20 |
| 66:5 77:14,14 | 77:24 78:9 | 224:5,6 238:24 | **manifestation** | **mass** 280:20 |
| 90:18 100:18 | 83:2 85:4 | 238:25 278:7,8 | 246:13 | **masses** 316:4 |
| 134:16 136:6 | 109:25 139:9 | 320:12,13 | **manmade** 25:11 | **master** 1:3 |
| 142:5 165:10 | 139:12 148:17 | 333:15 337:8 | **manufactured** | **material** 26:6,7 |
| 195:5,6 206:16 | 167:4 175:1 | **machine** 334:9 | 51:15 137:23 | 176:1 247:4 |
| 252:15 259:16 | 181:13 183:15 | **macro** 162:8 | 161:20 | 286:8 298:20 |
| | | **macrophages** | | |

298:23 299:4,9
**materials** 8:19
  10:2,16 115:9
  115:10,20
  156:18 290:1
  291:7 292:25
  294:9,14
  295:18 297:11
**math** 27:7
  207:21 208:9
  208:10
**matney** 2:11
**matter** 16:15
  17:11,21 51:25
  74:3,4 165:21
  181:4 232:10
  281:17
**matters** 188:4
**maximize**
  286:24
**mayo** 6:25 18:25
  19:23 33:19,24
  156:24 170:22
  171:19,22
  172:4,8,10,16
  172:17,19,20
  173:6,11,16,19
  173:24 175:14
  175:21 176:7
**mcguire** 64:18
  132:14 133:12
**mcguires** 64:2
**mcintyre** 1:14
**mdl** 1:5 16:24
  318:6 320:15
  320:20 321:13
  321:16 330:15
**mean** 21:8 22:9
  35:25 51:13
  60:6 71:1
  80:21 86:19
  101:19 107:8
  107:20 115:7
  119:22 120:25
  121:12 124:20
  125:9 127:12

128:12 130:11
130:21 135:23
147:13 149:16
160:2 162:19
177:17 178:18
190:20 210:5
211:3 214:4
227:19 229:13
233:18 239:6
243:2 244:20
246:21 256:8
264:5 266:5
278:1,1 279:20
290:14 298:5
308:25 309:2
309:13 310:18
312:20 317:19
318:18 319:5
319:16 320:2
332:9
**meaning** 121:2
  121:19,19
  290:13 321:14
**means** 12:23
  15:24 26:15
  67:10 130:1
  148:15,17
  162:7 170:18
  171:6 206:21
  211:3 255:25
  256:13 262:2
  287:8,16
  312:12
**measurement**
  213:9 314:13
**mechanical** 47:3
  49:10,11,23,25
  224:8 225:4,24
  226:4,10 227:2
  227:23 228:21
  231:9,16,21
  232:9,15
  301:18 302:9
  303:4 304:12
**mechanically**
  49:21 224:10

224:14 226:18
227:5,13 228:4
301:12,22
302:6 303:1
304:14,16,25
**median** 66:12
  311:9
**medical** 8:6
  11:21 12:1,2,3
  23:19 25:4,6
  28:23 53:20
  54:1 70:7 71:4
  72:7 93:20
  103:20 145:13
  145:15,19
  146:4 148:24
  160:25 179:19
  180:6,16,18
  210:12 218:1
  227:19,21
  228:9,13
  230:23 231:2
  233:7 234:22
  284:3 300:13
  323:16 324:1
  325:9
**medically** 26:4
**medications**
  123:7 327:12
**medicine** 15:6
  139:16,20
  152:15 181:6
**medicines** 123:2
**mediscan**
  180:23
**medium** 96:9,15
  235:24
**meet** 62:12
**meeting** 113:2
  289:2 300:2,5
  300:7
**meetings** 13:13
  125:15 139:5
  148:7 160:10
  199:15 200:9
  227:15 299:20

300:11
**member** 11:25
  12:8,8,9,11
  15:2,17 16:7
  116:10 125:15
  139:6,17,18
  152:9
**members** 15:20
  139:8,11 155:2
**membership**
  11:20 139:6
**memory** 289:12
**men** 152:19
**mention** 61:24
  69:3 72:22
  73:4 102:1,2
**mentioned**
  29:15 46:6
  59:22 61:7,15
  61:18 62:7
  63:22 75:21,22
  76:8 83:7
  87:23 101:10
  103:18 106:21
  120:17 122:11
  127:22 148:5
  176:25 181:3
  193:10 196:5
  196:12 204:19
  210:11,13
  233:17 240:25
  241:17 261:8
  268:7 288:11
  299:14 307:20
  324:7 326:21
  326:21 327:18
  327:20 328:9
  329:1,8
**mentioning**
  112:18
**mentor** 18:12
  30:7 31:5,8
  39:20
**meschia** 216:1
**mesh** 6:5,12 8:4
  8:7,13 18:11

18:15 19:2
20:12 25:15,18
26:8,23 27:15
27:24 29:3
34:23 35:2,9
35:11 36:17
42:5,8,17
43:21 45:6,6
46:11,20,25
47:3 50:2,4
53:14 54:8
56:3 69:23
74:2,3 81:18
82:11 87:7
100:24 101:23
101:23 110:14
110:19 116:4
116:13 117:8
118:3 126:22
127:3 137:22
138:9,10,11
140:13,24
143:12,24
144:13,17
146:14 147:15
158:20 164:24
165:9 166:10
166:19 167:23
174:2,21 175:6
175:15,21
177:7 179:12
179:16 180:24
193:16,19,23
194:2,24
195:10 204:16
205:10,17
210:24 211:5
213:24 215:1
215:14,24
216:18 217:10
218:3,3,15,24
219:2,6,9,23
222:3 223:4,13
223:16,23
224:10,11,12
224:14,16,23

225:5,5,24,24
226:4,18,19
227:2,14,24
231:9,22
233:12,14
235:11 237:1,1
238:7,16,20
239:25 240:8,9
241:9 247:11
248:1,7 249:23
254:22 257:21
258:3 260:1
262:3,4,12,14
263:21 264:14
268:13,17,21
269:9,23 270:7
272:14 273:3
273:20,21
274:9,18
275:19,23
276:4 282:24
283:11,17
284:5,14,18
285:17,17,22
286:4 287:11
287:21 288:2
289:6,7,7,10
289:18 290:23
291:3 292:11
292:15,24
293:20,23
294:6 295:21
297:10,19,24
298:21 301:7
301:12,22
302:10,25
303:5,17,18,25
304:8,11 305:7
305:23 306:5
307:11 323:13
323:17,19
**meshes** 70:6
128:14 166:18
176:3 193:24
193:25 214:2,5
214:19 215:7,8

215:19,20
223:4 240:3,3
241:3,4,14
245:7 246:20
274:5,6,12,14
274:16,25
275:5,13
276:23,23
277:7 289:25
299:21 324:3
328:3
**meshrelated**
126:14
**mesothelioma**
269:15
**metaanalyses**
61:14 62:2
118:16 187:21
196:15
**metaanalysis**
61:3,3,6,16,19
98:17 111:19
154:20 188:1
331:22
**meter** 48:4
237:3
**method** 315:2
**methodology**
80:25 98:20
152:15,16
177:13,18,25
183:9 195:3,3
225:17 227:4
228:22,24
229:7,10
230:18 232:1
257:18 258:16
271:7
**methods** 179:9
**michigan** 64:3
64:19,22
**micrometers**
163:17
**microns** 162:13
162:18,20,24
163:7,13,20

164:14,17,25
165:7,18
**microporous**
162:2
**microscopic**
245:12 248:11
**microscopy**
242:9 243:18
245:23
**mid90s** 327:22
**middle** 113:3
**midpoint** 27:11
**midurethral**
5:16 6:9,12
33:18,23 37:5
42:16,21 43:3
43:11 46:3
47:3,18 49:2
55:3 56:7,12
56:20,23 69:15
84:9 91:3 93:6
96:8,14 99:23
100:7 104:6
108:21 116:25
118:20 134:7
134:17,20,23
135:10 136:1
136:23 138:15
138:24 140:5
140:14,25
141:21,25
142:7 143:12
143:24 144:13
146:19,22
147:7 152:23
153:11,14,22
154:12 155:13
155:18 158:19
161:7 184:20
185:3 237:24
263:8 304:3
323:18 332:1
**midurethralu...**
89:18
**mild** 46:17
**miller** 2:10

**millimeter**
165:10,13,16
165:17 179:11
**million** 135:14
**millions** 142:19
143:6
**mind** 112:18
180:20 182:15
200:7 228:2
278:3
**mine** 93:4
224:20
**mini** 251:24
**minimal** 118:9
118:20 201:1
**minimally** 7:9
12:5 56:8,13
56:17 186:9,25
187:9 188:5
**minimize** 291:22
**minimum**
129:13 162:25
**minneapolis**
278:17
**minnesota** 12:1
12:6 30:22
39:23 146:5
**minnetonka**
146:5
**minute** 74:23
167:15
**minutes** 119:9
121:20 281:23
317:21 319:4
330:19,23
**miserably**
294:22
**mislead** 188:10
**mispronounce**
62:25
**misrepresent**
242:16 332:18
**mississippi** 4:14
**missouri** 3:8,10
4:4 334:4,22
**misspellings**

59:8
**misspoke** 42:10
**misstates** 91:7
93:11 204:6
206:4 223:2
244:12 251:14
251:20 276:18
324:20
**misstating** 92:18
286:11 299:15
**mistakes** 15:16
**misunderstood**
87:15
**mixed** 153:23
**mmk** 28:14,19
57:14,16,18
58:7,9,14
151:3 169:25
170:15,21
171:10 183:12
183:20,25
184:17
**moalli** 237:18,25
**moallis** 237:10
**model** 8:14,19
53:21,21
131:25 290:1
297:13 298:2
298:15 299:11
**moderate** 58:25
59:1 62:1
63:14 69:2,25
102:20 110:4
111:19
**moderately**
265:21
**modified** 224:17
288:7
**modifiers** 81:10
**modify** 169:19
200:7 314:2
**modifying**
224:18
**monarc** 29:20
29:20,24 31:9
32:1 34:7

39:12,17 40:7
40:8 41:7,16
41:25 43:16
44:4,9,15,19
45:16 48:5,16
48:22 49:20
50:4,19 51:1
**money** 180:15
181:12,13
219:8
**monitored** 75:13
75:18 76:19
**monitoring** 76:5
145:18
**monofilament**
138:15 190:8
190:13,16,20
190:25 215:14
215:23 274:6
274:16 291:3
**month** 317:4
**months** 18:19
21:8 22:10
44:15 129:15
130:17,19,20
130:25 131:1
132:17 133:14
178:19 188:3
204:4 206:12
206:13,16,18
210:6,7 265:15
268:1,22
311:10
**morbidity** 74:11
75:24 118:9,20
131:5 296:5
**morbidly** 82:15
**morning** 9:7,8
**mortality** 65:23
**move** 70:15 71:9
76:2,12 92:16
102:22 104:2
115:25 128:8
132:4 133:7
168:3 197:20
198:5 202:13

210:21 218:10
233:2,3 239:17
262:5 269:5
284:8 316:8
**moved** 12:22
**moving** 120:7,18
175:6
**msds** 50:25 51:4
**mt** 251:23
**mullens** 2:2
**mullins** 1:7
16:22,23 17:1
18:1 51:23
52:12
**multifactorial**
233:21 254:20
268:25
**multifilament**
190:10,17,19
274:4,14
**multiincision**
264:25
**multiple** 23:25
24:3,4 55:25
81:2,17 118:14
127:1 177:14
217:22 247:17
252:20 253:19
260:4 273:7
295:4 299:20
313:17
**muscle** 85:12,15
86:4,21,22
87:8
**mutually** 322:9

——————
**N**
——————
**n** 4:1 5:1
**name** 9:9 12:19
31:13 62:25
109:7 117:2
141:17 247:24
286:19 288:16
**names** 152:11
155:5 168:20
168:20

**nanoinvestiga...**
8:3 247:25
**naola** 3:9 334:3
334:22
**narcotic** 123:9
**narrow** 236:13
239:9
**narrowed** 223:5
**narrowing**
246:21 270:13
**nation** 202:23
**national** 148:7
160:10 199:15
200:8 227:15
**nationally**
316:14
**naturally** 99:6
**nature** 227:24
301:12 302:9
303:5
**nauseam** 158:24
**necessarily**
15:21 23:12
94:5 147:12
160:13 163:15
180:13 296:16
302:15 314:9
**necessary** 26:5
71:17 76:10
335:4
**necessitated**
272:16
**neck** 172:21
173:19 174:4
**need** 10:21
14:16 32:2
60:9 68:15,22
71:4,7 72:8
94:18 114:11
120:24 121:9
123:9 124:23
129:4 158:1
176:16,18
211:5 230:10
270:17 279:11
286:24 295:15

309:24 310:12
318:1 322:3
333:10
**needed** 90:10,20
94:6,10 95:10
212:11 321:13
**needle** 86:21
169:24 170:12
300:21
**needles** 179:11
179:13
**needs** 90:8 91:22
179:20 201:5
232:18 246:3
259:10 261:5
271:15,25
318:4
**negligible** 38:3
48:15
**neither** 64:8
**neuroanatomy**
82:5
**neurophysiolo...**
82:4
**neurourology**
7:8
**never** 32:15
35:21,22 43:7
44:21 45:13,13
45:25 51:10
75:18 76:6
78:10 85:23
94:20 95:15
96:17,19 106:7
109:22 110:1
119:20 169:11
185:8 218:16
222:10 266:20
272:25 294:15
303:16 314:16
322:14 327:24
**new** 10:6 11:3
32:22 41:4
95:25 154:20
199:9 275:24
278:10,19

279:11 280:5
281:2 282:7
318:7,14 319:9
320:9,16,21
321:4,6,13,20
322:16
**newell** 165:8
**newsletter**
125:23
**nice** 6:22 160:16
160:17,24
168:24,25,25
169:2,4
**nih** 81:5 317:9
**nils** 4:11
**nilsson** 112:24
137:14 177:3
178:3,10
179:17 182:12
183:6 201:25
201:25 225:12
225:18 226:2
**nilssons** 225:9
**nine** 207:10
221:9 319:2
**nocturnal**
125:19
**nomenclature**
52:10,16 54:18
186:16,20
**nonautologous**
292:25
**nondisclosed**
325:14
**nonexplanted**
246:20
**nonpathological**
247:3
**nonresponsive**
70:16 71:10
76:14 102:23
128:9 132:5
133:8 269:6
**nonsensical**
212:17
**nonsurgical**

158:13
**normal** 135:2
  186:20 247:4
**normally** 186:17
**north** 135:13
**notary** 337:18
**note** 252:15
**noted** 63:3
  295:21 297:9
  337:6
**notes** 115:1,4,15
  115:18,19
  338:1
**notice** 3:3 5:8
  9:22
**notified** 145:21
**novo** 67:9,11,17
  67:25 68:16
  94:15 95:16,24
  187:13
**nuances** 244:19
**number** 5:7 6:2
  7:2 8:2 10:9
  11:9 18:6,9
  20:17 22:24
  36:7,21 66:24
  81:25 88:7
  95:2 100:20
  111:2 112:16
  112:17 139:9
  191:4 198:7,24
  199:13,22
  202:21,22
  203:10,19,19
  209:23 211:13
  216:25 219:7
  242:12,24
  243:2 254:20
  257:17,19
  267:24 270:13
  270:18 283:2
  306:25 307:2
  307:21 310:20
  315:22
**numbers** 22:23
  38:2 112:25

165:2 235:23
303:10 308:15
308:19 332:21
332:21
**numerous**
  233:13

_____

## O

**oath** 165:8
  179:25 318:23
**obese** 82:15
**obesity** 136:9
  234:3 269:2
**object** 45:22
  52:2 53:17
  54:6 56:16
  68:14 70:20
  73:7 78:8,21
  80:24 82:23
  89:25 90:7,14
  90:23 91:6
  93:10 96:16
  97:1,8 99:1
  101:18 103:17
  106:17 107:6
  107:18 117:13
  117:22 121:1
  122:16 124:18
  125:11 141:5
  144:23 159:5
  163:14 166:13
  171:5 176:9
  177:16 182:1
  184:12 195:1
  197:25 204:5
  205:25 215:2
  216:19 217:13
  223:1 237:4
  238:18 240:24
  244:11 245:2
  251:13 260:11
  261:21 265:18
  273:6 276:17
  277:23 283:6
  285:19 286:9
  316:8,9,17

328:24 329:6
  329:25
**objected** 125:8
**objection** 47:21
  57:1 71:14
  93:25 94:3
  95:13 144:2
  198:21 218:8
  218:10 230:5
  271:19 277:9
  323:21 324:12
  325:13,25
**objections** 92:21
**objective** 190:9
  314:12,14,15
**objectively**
  183:3
**objectives** 13:12
**observed** 127:16
  247:6 287:14
  287:20
**obstet** 88:20
**obstetrics** 7:13
**obstruct** 309:10
**obstructed** 36:6
  44:2
**obstruction** 36:4
  36:10,14
  307:25 308:1
**obtained** 103:10
**obtape** 18:12
  30:6,16,23
  31:12,23 32:4
  39:21 44:6,6
  44:25 45:3
  217:16 266:22
  267:3 274:21
**obturator** 20:10
  31:17 43:20,22
  44:3,8,14 45:7
  45:12 84:19,20
  87:10
**obvious** 247:1
**obviously** 17:5
  192:21 227:6
  245:4 247:17

**occasion** 25:22
  27:1
**occasional** 37:25
**occur** 24:9 45:20
  58:13 95:17
  96:1 126:15
  131:20 175:25
  196:2 204:4
  234:18 252:20
  253:9 257:3
  318:16
**occurred** 252:11
  254:24 256:22
  301:11
**occurrence**
  111:5
**occurring** 83:4
  133:18 204:16
  225:3 258:7
**occurs** 246:19
  249:13 258:12
  258:25 273:17
  306:6,25 327:6
**october** 32:7
  116:6 126:3,11
  319:11
**offer** 24:7
  153:11,19
  169:5,24 174:9
**offered** 152:23
**offering** 161:4,7
**office** 4:9 209:7
  233:6
**offices** 3:6
**official** 334:17
**ogah** 97:22 98:3
  98:7,9 191:5
**oh** 11:17 22:4
  42:10 58:21
  60:18 74:24
  75:4 86:13
  103:4 104:16
  108:7 125:5
  140:20 141:18
  142:23 150:24
  159:11 168:14

171:11,11
  177:8 180:8
  185:7 235:12
  244:6 261:24
  286:25 300:3,3
  314:3 332:6
**okay** 9:19 11:2
  13:4,25 14:5
  14:22 15:2
  16:14 18:4,25
  19:23 20:6
  23:18 29:15
  30:16,19 32:17
  32:25 34:12
  36:9 42:14,20
  43:9 44:3
  51:20 52:4,11
  53:1,4,6 56:6
  59:22 60:18
  61:17 63:1,10
  65:17 67:14
  75:1,2,5 82:1
  83:8 86:19
  87:16,18 88:8
  89:17 90:4
  95:2,8,25
  98:11,19
  101:14 103:22
  105:4 107:11
  107:15 110:2
  112:8,13 115:5
  115:19 117:6
  118:8,12
  119:11,13
  122:21 128:15
  129:6 130:18
  131:2 132:25
  135:22 143:25
  147:4,6,8
  149:24 152:6
  153:3 154:18
  157:8 158:19
  159:15 160:22
  166:14 168:12
  168:19 170:11
  171:11 176:10

Case 2:12-md-02327 Document 2083-4 Filed 05/26/2016 Page 540 of 603
Case 2:12-md-02327 MDL Document 83-14/21-16 Page 2 PageID #: 48025

Daniel Steven Elliott, M.D.

Page 368

| | | | | |
|---|---|---|---|---|
| 177:13 187:8 | once 27:2 48:8 | 257:11 258:13 | organized 224:4 | 252:16 |
| 187:14 192:13 | 92:23 109:22 | 259:6 272:16 | organs 85:21 | oxley 1:15 |
| 210:7 213:11 | 119:20 220:18 | 275:8 285:22 | original 51:14 | |
| 216:6 218:19 | 262:11 308:23 | 294:21 315:11 | 99:23 100:4 | **P** |
| 224:3 228:6 | 319:19 | 323:15,25 | 126:8 178:4 | p 3:5 4:1,1,6 |
| 229:20 230:22 | ones 31:6 103:25 | 325:8,14 | 283:1,18 | 134:3,4 165:8 |
| 231:5 235:12 | 125:6 142:10 | opinions 224:8 | 335:12 | 171:15,16 |
| 237:16 239:14 | 150:25 182:17 | 230:3,20 264:8 | originally | 192:11,12 |
| 241:25 242:6 | 199:2 209:10 | 276:18 321:20 | 180:15 181:7 | 224:5,6 238:24 |
| 242:13,18 | 212:17 215:6 | 322:7 | 314:3 | 238:25 278:7,8 |
| 245:10 247:9 | 217:8 229:7 | opportune | osteopubis | 320:12,13 |
| 247:15 248:2 | 269:17 277:7 | 238:23 | 58:13 | 333:15 |
| 250:4 252:18 | 295:9 | opportunity | osteopubitis | package 85:18 |
| 256:3,8 257:22 | oneyear 265:5 | 247:2 | 57:19 | pad 22:19 |
| 258:23 259:5 | open 58:9,13 | opposed 139:17 | outcomes 5:12 | page 5:7 6:2 7:2 |
| 261:24 264:10 | 180:20 182:15 | 231:9,22 262:7 | 11:11 58:24 | 8:2 11:21 |
| 266:23 267:14 | 186:2 188:6 | 290:16 291:17 | 59:21 | 52:19,21 53:7 |
| 267:16,23,24 | 200:7 228:2 | 315:2 | outlet 36:4,10 | 54:10,12 58:20 |
| 269:25 270:13 | opened 200:25 | opposite 226:11 | outlined 133:1 | 104:5,17 115:1 |
| 270:14 271:2 | 201:1 | 285:24 | 148:2 273:8 | 126:11 140:17 |
| 272:2 275:4 | operate 246:15 | opposition | 325:18 | 146:16 153:3 |
| 278:21 279:13 | operated 24:2 | 148:12 | outpatient 184:3 | 154:12 156:8 |
| 279:21 280:21 | operates 19:21 | option 22:16 | output 329:2 | 157:8,19 |
| 280:22 281:1 | operating 135:1 | 27:15 142:1 | outside 29:25 | 160:21 167:6 |
| 281:25 283:20 | 187:11 | 147:19 148:20 | overactive 67:11 | 172:8 173:3 |
| 284:18 285:11 | operation 24:8 | 153:15,22 | 125:18 156:6 | 175:14 186:22 |
| 285:15 286:22 | 104:8 105:8 | 155:14,19 | overall 45:14 | 192:6,7,24 |
| 286:24 287:2 | 106:2 135:11 | 157:25 174:8 | 63:11,13 67:12 | 193:6 204:25 |
| 287:17 288:8 | 135:19 136:18 | options 6:15 | 69:12 79:13 | 205:3,5 243:22 |
| 290:7,15 292:7 | 312:10,14 | 15:18 16:3 | 110:5 184:23 | 246:25 247:13 |
| 292:10 296:25 | operations 5:16 | 19:11 20:6 | 204:2 207:10 | 247:14,21 |
| 299:19,23 | 7:10 55:3 56:7 | 142:4 147:18 | 226:20 273:8 | 250:3 253:15 |
| 300:8,15 301:2 | 89:19 91:3 | 148:9 265:13 | overarching | 264:21,24 |
| 302:7 306:11 | 104:6 105:2 | oral 21:21 | 157:4 | 282:17 284:2 |
| 310:8,19 | 186:10 | 112:10 | overlapping | 285:1 292:10 |
| 311:13 312:7 | operative 119:6 | oranges 60:8 | 15:8 | 300:4 301:5 |
| 314:5 316:14 | 121:8 188:21 | 71:8 93:20 | overnight | 306:7,14 |
| 317:22 318:9 | 296:5 | 104:1 | 176:16 184:3 | 307:19 336:3 |
| 318:15 319:14 | opinion 26:5 | order 51:22 | overwhelming | 338:2 |
| 320:2,3 321:9 | 56:4 70:12 | 248:9 291:22 | 156:22 170:19 | pages 55:10 |
| 322:20,24 | 126:20 144:8 | orders 52:12 | oxford 5:18 | 77:16 88:20 |
| 324:21 326:8 | 185:13 195:10 | organ 213:19 | 59:16,22,23 | 114:5 222:13 |
| 328:17,20 | 198:23 201:4 | 239:18 240:2 | 60:2 | 230:17 337:3 |
| 330:24 331:5 | 225:20 227:1 | 241:22 286:4 | oxidation | paid 180:10,15 |
| older 234:9 | 228:18 241:9 | organization | 243:25 248:7,8 | 216:16 |
| olmsted 12:2 | 241:14 256:25 | 125:4 156:2 | 248:10,17 | pain 12:15 31:15 |

35:9 36:22
37:2 43:22
44:4,8,14
68:10 111:6,13
121:24 122:1
122:14,24
123:2,5,6
125:20 136:25
176:1 184:11
191:20,25
207:4,11 208:1
208:16,17,17
208:17,19,19
208:22 209:2,9
233:6 253:5
254:3 260:17
260:18 261:15
261:20 262:1,4
262:8,12
267:11 270:8,9
270:9,21
324:10,14,18
324:22,23,25
325:1,7,12,23
325:24 326:2,3
326:6 327:4,11
327:25 328:1
331:24
**painful** 74:9
120:5,9
**palpate** 85:13
**paper** 64:1 65:6
66:20 68:13
69:6 72:12,19
72:22 73:3
88:1 94:8
96:13 97:24
98:1 101:2
114:3 115:21
116:21 126:5
137:14 150:23
177:3 179:16
181:18 189:21
190:4 191:9
192:3 194:15
194:25 198:15

199:2,5,11
200:6 204:19
204:22,25
205:7,22 206:7
206:8,17
207:15 210:22
211:24 212:12
222:24 223:2
223:10 227:25
228:3 237:10
237:17,18,21
238:2 241:23
242:3,6 244:18
250:14,19
251:14,20
253:7 259:6,7
259:15 260:16
267:17 271:13
290:4 307:9,13
308:18 309:3
309:15,18,25
310:7,13,15,22
310:24 311:6
311:14,22
312:2,4,8
317:16,17
328:11
**papers** 42:3
53:14 54:23
81:6 98:21
99:4 183:10
198:17,18
199:18 200:11
200:12 213:23
223:11 227:9
227:17,18
228:7 245:4
310:5 333:2,3
333:7,11
**paragraph**
69:12 76:25
90:9,19 104:19
104:21,22
106:10 110:3
134:22 146:13
146:24 147:25

161:6 215:17
**paravaginal**
169:25 170:13
**pariente** 306:17
**paris** 288:24
**parkway** 4:13
**parroting**
179:25 222:17
**part** 42:2 85:7
103:13,16
140:4,7 155:11
160:6 175:8
176:2,5 193:14
209:17 212:24
213:4,7 217:14
217:15 249:6
263:2 289:15
**partially** 289:13
**particle** 47:8
227:8 231:17
306:10,16,18
307:6
**particles** 50:1,16
**particular** 41:8
130:8 228:22
249:4 252:4,22
330:11
**particularly**
56:23 159:2,16
172:5 243:24
**parties** 51:24
334:15
**partly** 254:24
273:19 294:19
**partner** 207:6,8
207:9
**parts** 159:6,7
**pass** 57:6 85:15
320:14
**passage** 84:10
84:14,15 85:16
86:2,7,23 87:5
87:14 108:20
189:12 276:14
**passed** 139:15
139:24

**passing** 82:7
84:19 85:25
86:4 87:10
108:4 322:22
**pat** 194:16
**patent** 31:5
**pathologists**
326:18
**pathology**
246:13
**patient** 16:25
23:15,24 24:4
24:5 25:24
31:18 37:13,14
43:22 44:7
48:10 57:7
64:4 72:10
82:12 83:6
113:7 120:20
156:16,24
188:4 204:13
227:12 232:18
233:13,17,23
234:1,4 249:22
254:11,15,22
255:10 257:20
258:21 266:7
268:18 272:24
296:5 314:17
**patients** 20:8
21:4,5,10,13
21:15 22:3,14
23:24 24:6,17
31:16,21 36:25
37:4,17,22
44:1,11,15,19
46:2,10 58:7
59:20 61:7
65:7,9,13,16
65:22 66:7
67:10 72:5
82:14 93:21
102:5,11,15
110:1 119:19
120:17,20
123:2 129:7,22

131:17 136:8
137:8 145:18
145:24 156:13
156:19 173:18
174:9 176:22
177:6 179:9
184:10 194:19
199:8 205:14
205:16 207:10
207:16 209:6,8
209:15 210:15
212:23 224:21
227:11,13
233:5 254:21
255:20 256:12
256:17,23
257:9 259:4
260:1,12,13,22
262:7,11 265:2
268:3 269:10
269:22 270:16
270:19 271:3
272:5 273:5
275:25 291:20
292:1 302:8
308:12 311:10
311:20 312:9
312:13,17
315:22
**paul** 4:15,15
**peaks** 252:16
**peer** 290:11,20
**pelvic** 1:4 6:16
7:23 12:15
15:6 85:2,4
136:25 139:15
139:20 140:24
146:11 149:17
158:5 202:8
213:19 219:1,3
222:15 239:17
240:2 241:22
254:3 270:9
286:4 326:15
326:22
**pelvis** 296:14

**pennsylvania**
4:10
**people** 57:3 58:2
112:9,11,12
125:5,14
132:14 133:11
149:3,7,10
150:13,19,19
150:20 154:25
155:3 170:19
197:16 202:7
202:23 250:9
264:1 269:3,8
269:13,15
309:5 311:5
**peoples** 261:6
317:6
**percent** 21:7
34:21 36:14
37:1 44:5
57:19,25 58:3
64:4 65:19
67:4,16,17,22
68:2,5,10,12
69:19,22 72:21
72:24 74:14
75:12 85:24
88:10 94:16,17
105:24 110:8
137:6 191:1
197:22 198:18
199:22 205:24
206:10,21
207:15,20,24
208:8,11,19,21
209:21 210:24
211:4 215:12
217:11,12
232:9 255:16
255:19 256:6
256:12,21,22
257:1,13
258:10 259:4,7
260:18 261:15
262:1,3,11
267:18,22,23

267:25 268:2
268:12,18,20
268:21 269:8,9
269:13,14,16
269:21 270:4
270:12 271:2,3
284:6 285:5,9
301:7 302:3,4
306:15,17
307:3 308:12
309:4 310:3
311:11,20
312:9,12
316:23 328:13
328:15,16,18
328:22
**percentage**
57:22 65:19
88:14 197:6
198:2 199:21
205:14,16
231:17 273:11
307:7 312:17
**perfectly** 9:20
**perforate**
162:21
**perforated**
85:23
**perforation**
34:21 85:22,25
108:18 189:10
**perforations**
78:15 188:22
190:1
**perform** 33:10
34:25 37:21
94:2 166:23
200:23
**performed** 33:2
37:23 43:8
75:19 76:6,16
84:16 86:7
97:6 113:11
116:14,24
135:15,23
**performs** 166:22

**period** 24:11
30:12 38:1
48:18 121:14
121:17 122:18
124:3 127:16
127:19 176:18
184:14 206:1
206:11,16
208:7,7 258:8
312:6 324:22
327:10
**perioperative**
71:7 74:11
75:24 121:14
121:17 122:24
123:5 129:21
131:5 184:14
188:19,24,25
189:7 324:18
324:22 325:7
327:4,10
**periurethral**
153:12
**permanent** 70:7
72:9 73:11,23
75:23 76:9
93:21 103:19
128:16 129:1
131:4,7,21
132:7,8 262:1
289:20 317:4
**peroxide** 253:24
**peroxides**
248:18
**persist** 106:12
**persistent**
260:18 261:15
261:20 262:8
**person** 25:12
113:1 153:6
168:16,17
173:21 280:9
280:15
**personal** 301:25
**personally** 28:8
28:14,17,20

36:12 260:15
**perspective**
44:13 70:10
128:4 180:22
**pertain** 51:1,5
**pertaining** 108:1
108:10 234:24
**pertains** 127:11
235:7 236:9
**pertinent** 18:7
154:10 234:22
**phenomenon**
292:13
**phillippe** 250:12
250:18 260:15
**phrase** 196:5
**phrasing** 24:12
**physical** 102:15
**physician**
105:11 109:14
**physicians**
231:13 268:10
275:10,12
**pick** 282:11
**picture** 67:20
282:19,20
**pictures** 243:5
245:22
**pieces** 114:3
**pig** 297:5,5
**pilot** 7:18
291:19
**place** 34:25
48:17 49:5
175:3 195:14
218:1 313:14
**placed** 26:10
27:3 30:3,12
30:17 43:3
44:7 46:3
48:10 49:16,17
73:24 75:23
82:12 93:20
131:8 193:24
194:5 195:11
241:15 257:25

276:5 285:22
291:21 298:2
299:12
**placement** 86:7
116:13 126:16
144:21 307:2
**plaintiffs** 4:2
19:1 216:17
222:10 229:4
**plan** 37:14
**plate** 254:3
**play** 254:14
259:1 269:1
**played** 249:25
256:5
**playing** 91:24
273:11
**plays** 271:24
**please** 9:10,17
144:7 198:4
212:2 288:18
317:20 335:3,8
**plication** 151:10
**plus** 16:19
285:17
**point** 25:1 27:17
33:12 37:16
41:3 77:11
89:10 101:1,11
101:14 102:25
103:3,12,14,24
111:8 132:2
192:19 193:6
204:8 207:15
208:20 209:16
210:22 215:11
222:20 237:12
247:9 255:11
271:13 292:20
295:24 296:12
299:7 306:17
311:1 328:4,20
329:2,4,9
**pointed** 69:6
71:3 210:23
211:22 267:16

321:19 328:12
**pointing** 211:24
221:25
**points** 229:9
**pokes** 245:10
**polypropylene**
7:22 8:13 26:8
26:22 27:9,14
27:24 29:18
30:3 33:24
39:6 42:15,21
43:11,12 45:6
45:9,19 46:3
46:25 47:2
49:2,9 50:14
50:18 80:9
116:13 117:8
118:3 126:15
126:21 127:3
128:14 137:22
138:10,11,15
140:5,13,24
141:25 143:12
143:23 144:13
155:13,18
161:21 177:22
179:12 214:20
214:24 215:14
215:24 244:25
245:1 247:18
289:11,18
290:23 291:3
292:11,24
293:19,23
294:6,11
295:21 297:10
297:19,24
298:21
**polypropylenes**
74:18
**poor** 46:7,12
61:19 63:3,12
63:14,19 79:14
80:6 83:5
111:19 169:21
265:21,22

273:22 286:8
287:4,11
290:11,13,17
290:17,18
330:10
**poorly** 166:22
**pop** 285:18
**popularity**
298:21
**porcine** 8:11,12
291:6 293:24
293:24 294:4,9
294:14,19,20
294:20 297:1,6
297:7,16
**pore** 45:6 46:24
48:6,14 164:24
166:2,5 167:3
236:2 241:3
273:2,5,10,17
274:10,12,17
274:25 275:4
275:13 276:3
276:23 289:7
290:16,16
323:13,17,19
324:3
**pores** 162:8
165:12,15
283:3
**porous** 162:8
**portion** 280:6
289:20 321:3
330:16
**pose** 9:17
**posit** 144:7
**position** 6:4,8,11
6:14 116:3
125:10 134:7
135:7 146:10
321:7,12
**positions** 14:11
**positive** 106:12
**possibility**
131:23 234:12
241:13 272:23

**possible** 247:7
266:25 270:17
**possibly** 30:22
39:23 57:2
79:17 113:6
180:24 203:6
255:21 267:7
267:12
**post** 284:6
**postmenopausal**
234:9,15
**postop** 44:10
59:20 121:3,12
**postoperative**
121:21 122:18
187:12 188:20
**postoperatively**
94:18 317:1
**potential** 119:22
122:13 124:15
181:13,15,19
182:13,19,21
183:10 267:12
268:19 283:21
292:21 295:16
**potentially**
61:10
**pounds** 307:5
**pp** 243:23
**practice** 24:2
26:3 124:1
131:16 170:5
196:21 201:8
201:18,22
296:24 327:24
**pramudji**
221:12
**pre** 59:20
**precision** 303:8
**prediction** 247:4
**predominant**
153:24
**preexisting**
67:25
**prefer** 13:3
231:8,21

**preference**
232:6
**preop** 72:21,25
**preoperative**
72:15
**prepared** 281:1
281:25
**preparing** 282:5
**present** 42:25
214:10
**presentation**
21:21 288:20
289:4
**presented** 21:20
21:23 22:5
262:17
**pretty** 32:6
168:20 248:10
295:11 320:10
**prevent** 49:17
104:8 105:8
257:9
**prevention**
166:7
**previous** 20:13
83:7 155:20
228:12 312:16
**previously** 82:16
104:10 323:5
**primary** 24:21
24:21,23 27:15
101:1,11,13
102:24 103:3
103:12,14,24
**printed** 172:1
**prior** 13:19
22:17 27:3,7
30:21,25 31:4
215:4 240:19
301:15 322:3
**private** 19:3
201:7,18,22
**privy** 163:10
164:20
**pro** 56:3
**probably** 20:1

20:16,19 22:25
23:2,2,3 26:20
27:3 28:18
29:13 30:12
31:10 37:1
46:15 48:18
58:5 100:8
121:2 171:13
183:6 187:5,6
236:17 290:20
327:23
**problem** 34:20
34:22 35:8
44:12 49:18
109:8 148:13
158:16 175:8
180:25 224:19
233:21 256:18
256:18 277:11
295:11 309:5
318:14
**problems** 15:16
27:20 29:16,21
31:9,11,14,25
32:1 34:6,17
35:20 43:15,17
65:21 111:5,12
129:10 164:4
206:18,19,22
226:23,24
253:20 255:6
287:13 307:8
309:11
**procedure** 7:5
23:9 28:6 33:2
41:7 47:10
58:9,11,14
63:19,24 67:11
67:13,15 85:7
85:19 94:1
103:7 112:22
117:1 119:21
120:5,8 128:3
132:11 133:23
135:21 136:3
136:21 141:2

142:18 143:2,5
143:9,20
149:20 150:8
150:14 161:7
169:7,19,21
174:1,11
184:18 203:8
211:6 300:24
311:12,21
314:1 315:23
322:17 327:22
328:13
**procedures** 7:17
19:25 28:16,19
93:8 108:25
109:10,16
129:15 131:5
135:14 151:1
161:8 171:2
172:13,20,21
172:22 173:3,7
173:9,10
184:20,22
186:23 199:5
300:21 307:23
328:2
**process** 21:12
210:15 224:18
245:14 248:8
254:1 270:9
290:12 293:5
295:15
**processed** 295:6
**processes**
297:14
**produce** 115:1
200:12
**produced** 3:2
**product** 18:21
18:23,24 25:9
25:19 27:8,19
27:21,23,24
29:21 30:7,11
30:13 39:10
40:18 41:17,19
45:5 51:18

72:9 79:1
81:23 83:18
99:5 129:9
132:3 137:21
138:1 180:24
181:24 182:3
190:20,22
193:8 232:8,11
245:21 246:4
246:22 249:8
249:11 251:8
253:25 254:18
256:24 272:10
272:23 275:1
277:5,15
**products** 1:4
40:22,25 41:1
42:11 47:12
48:6 50:10
51:2,6 73:10
79:14 81:23
129:9 237:9
294:21 296:19
**professional**
11:14,19,20
134:12 163:3
234:22 235:16
**professors** 203:2
**profile** 90:5 91:4
93:6
**progress** 160:12
160:14 234:8
**progressive**
74:17 210:15
**projects** 81:1
**prolapse** 13:11
18:23,24 19:4
19:11 53:15
95:19 136:9
170:14 171:7,8
213:19 239:18
240:3 241:7,22
276:23 285:4
286:4
**prolapses**
170:10

**prolene** 49:15
49:15 50:21,22
131:14 132:2
132:20,24
133:2 138:10
177:7 179:12
179:17 205:1,8
205:10,15,17
289:11,18
**prolift** 17:6
281:15 285:16
**prolonged**
183:14
**promising**
298:22
**promoting**
181:24
**pronounce**
250:11
**pronounced**
141:16
**pronouncing**
88:4
**properly** 97:16
199:7
**properties** 8:10
237:23 294:1
**proponents**
300:20
**propounded**
334:8 337:5
**proprioception**
85:5
**prospective** 7:18
303:16
**prospectively**
64:13 303:14
**prostate** 145:11
**prosthetic** 12:4
**protegen** 129:2
274:21
**protocol** 37:8
**prove** 181:1
**proven** 150:4
234:5
**provide** 10:6,8

42:3 47:12
115:6 247:2
**provided** 10:4
41:12,15
114:10,16,20
217:6,7 228:25
229:3 231:19
231:23
**providing** 219:1
**proving** 143:8
**pseudopodia**
163:19 164:12
**pubic** 26:16
85:12 108:5
**public** 266:13
337:18
**publication** 5:10
55:18 185:18
204:24 263:13
**publications**
35:23 132:13
136:1,7,15
156:17 213:17
222:21
**publicity** 41:18
41:24
**publicly** 266:16
**publish** 22:9
35:19 197:19
199:19
**published** 10:7
11:5 19:18
20:24 21:11
35:21 36:8
41:22 55:20
62:17 88:19
109:4 146:1,3
152:12 155:8
155:10,24
199:23 218:6
237:25 290:7
293:6,13
301:14,15,16
307:10 326:25
**publishing**
155:11

**pubmed** 80:14
81:3,21 89:16
**pubovaginal**
8:18 20:9,10
21:1 23:5,8,12
23:18 24:7
33:5,6 37:20
56:14 62:17,23
63:3,12,17,18
63:25 75:19,25
85:7 86:6,15
87:3 93:16,24
97:10,16,21
98:10 103:1,5
103:6,19,21
118:6,25 119:4
119:16 120:1
120:13 121:6
122:6,15,25
123:1,18,20
124:6,17 130:5
130:24 131:9
132:10,16,18
133:12 140:9
142:8,16 149:4
150:9 184:8,22
184:24,25
185:25 186:4
186:15,19,24
187:23 188:14
200:18 313:2
313:11,12,13
314:17,22
315:1,13,20,21
316:6,16,23
317:10 324:19
325:10 327:6
327:16,20
328:8 331:6
**pubovaginals**
326:5
**pull** 35:2 43:20
48:12 50:3,5
102:14 115:2
332:6
**pulled** 43:19

| | | | | |
|---|---|---|---|---|
| 48:11,11 60:17 | 11:11 22:16 | 164:10 167:17 | **quite** 22:23 48:9 | 179:1 247:5 |
| **punch** 260:19 | 23:25 54:24 | 167:19 176:10 | 183:7 238:12 | 251:22 |
| **purchased** 25:9 | 58:24 61:19,21 | 198:2,4,12 | 291:4 | **rapid** 291:5 |
| **purely** 259:5 | 61:25 62:9,9 | 202:10 203:12 | **quote** 67:6,23 | 294:5 |
| 277:16 | 62:10 63:2,12 | 206:5 213:1 | 79:15 82:25 | **rapidly** 294:10 |
| **purpose** 154:19 | 63:15,18,23 | 220:2 221:17 | 177:14 196:11 | **rare** 85:22 |
| 223:16 294:8 | 64:24 69:2 | 221:23 222:1 | 196:13,25 | **rarely** 102:3 |
| **purposeful** | 70:1 72:22 | 224:25 229:6 | 200:5 217:25 | **rate** 21:7 31:15 |
| 314:18 | 80:6 83:5 | 230:9,10 | 218:21 225:18 | 34:21 35:11 |
| **purposes** 50:23 | 102:16,20 | 232:23 234:25 | 235:25 245:3 | 36:9,14,17,22 |
| 156:21 | 110:4 111:19 | 236:8 238:11 | 247:17 | 42:5 44:3,14 |
| **pursuant** 3:3 | 111:19 142:19 | 239:2,11,12,21 | **quoted** 217:24 | 44:18,24 45:2 |
| **pussing** 31:15 | 143:6 144:22 | 241:7 244:15 | **quoting** 152:25 | 45:13 48:19 |
| **put** 37:10,12 | 161:9 197:8,9 | 246:24 256:9 | 218:19 330:10 | 60:24 64:5 |
| 62:10 80:6 | 272:24 330:10 | 265:8 267:2 | | 67:4,12,21 |
| 133:3 150:24 | **quantified** | 269:7 270:15 | **R** | 68:2,12 69:12 |
| 165:9 166:19 | 194:16 | 271:18,20 | **r** 1:6 4:1 336:1,1 | 75:12,14 |
| 173:16 186:23 | **quantify** 60:3 | 272:3 277:24 | **rabbit** 8:14,19 | 110:14,16 |
| 203:21 204:10 | **question** 9:18 | 278:4,10 | 53:21 290:1 | 111:24 126:16 |
| 220:7,13,15 | 12:19 14:1,4 | 284:10 294:20 | 297:13 298:2 | 159:2 184:9 |
| 223:4,17 | 19:9 21:25 | 301:6 302:17 | 298:15 299:11 | 187:23 190:25 |
| 228:20 234:17 | 30:5 32:2 | 306:19 321:21 | **radiation** 15:14 | 196:2,11,14 |
| 234:21 250:21 | 34:15,16 35:16 | 329:4 330:6 | **raise** 179:21 | 197:17,17 |
| 254:18 268:17 | 40:7 50:8 59:8 | 332:5 333:1,6 | **raised** 197:16 | 201:10 203:17 |
| 275:6,19 276:5 | 63:16 66:13 | **questionable** | 295:7 311:3 | 204:16 205:23 |
| 276:12 279:6 | 68:11,18 71:15 | 254:16 295:7 | **raises** 79:17 | 207:14,20 |
| 284:23 285:16 | 72:2 76:11,13 | **questioned** | 131:22 133:17 | 208:16 209:20 |
| 288:16 318:5 | 82:18 83:3,7 | 324:8 | 180:24 | 210:24 215:13 |
| 319:3 331:5 | 83:19 87:1,15 | **questions** 13:21 | **raising** 246:2 | 217:11,12,18 |
| **puts** 113:4 | 90:15,21 91:9 | 15:25 39:25 | **ramifications** | 225:4 226:18 |
| 171:22 | 91:19,24 92:6 | 75:7 87:4 | 108:17 | 239:24 241:12 |
| **putting** 48:23 | 92:11,24 93:3 | 114:21 140:11 | **random** 101:21 | 267:18 273:16 |
| 57:9 112:12 | 96:21 99:20 | 140:12 177:20 | **randomized** | 276:15 285:5 |
| 113:7 222:16 | 100:14 103:23 | 220:8,23 | 38:9,13,22 | 287:13 291:11 |
| 272:23 | 104:3 106:21 | 317:23 323:3 | 39:1,6,13 59:5 | 301:8 302:3,4 |
| **pyramid** 5:18 | 107:12,14,22 | 323:12 326:11 | 59:10,14,15,18 | 304:17 308:22 |
| 60:25 61:11 | 108:16 110:21 | 332:12 334:8 | 60:16 61:12 | 309:8 316:5,15 |
| 80:22 | 112:13 113:16 | 337:4 | 64:9 66:2 78:6 | 328:6,13,21 |
| | 113:25 114:2 | **quick** 60:21 | 80:2,10,19 | **rates** 5:13 11:11 |
| **Q** | 117:23 119:17 | 66:21 192:10 | 118:17,23 | 79:10 110:5,19 |
| **qualified** 202:6 | 132:6 133:5,9 | 224:3 321:1 | 122:5 123:20 | 135:3 159:20 |
| **qualifier** 68:7 | 133:19 142:14 | 326:10 | 124:10 127:1 | 190:9 192:16 |
| **qualifiers** 56:18 | 143:22 144:7 | **quicker** 124:8 | 150:8 151:13 | 196:9,17,24 |
| 69:5 | 145:2 147:11 | 135:2 | 218:23 226:14 | 197:2 200:15 |
| **qualifies** 25:10 | 151:23 157:14 | **quickly** 186:7 | 301:20 | 200:19 203:1 |
| **quality** 5:12 | 163:23,25 | 312:8 | **range** 46:16 | 214:19 232:15 |

260:8 273:14
274:5,15
316:22 317:12
324:4 327:15
331:4,6,9,19
331:24
**raz** 150:1,1,6,13
150:20,20
300:6,17,20
**rct** 60:12 124:1
**reabsorbed**
291:16
**reached** 145:1
295:24 298:4
**reaction** 131:24
133:4 258:4
297:17
**read** 14:10
47:15,16 57:24
58:2 94:21,24
95:1,1 110:9
117:21 136:12
136:14 138:23
154:17 160:9
164:5 177:19
180:1,6,9
181:19 186:24
188:24 220:3
222:18 225:15
225:15 226:6
226:10 228:1
237:10,12,20
239:1,3 244:1
262:25 286:6
317:8,16
329:19 335:3
337:3
**reading** 95:3,4,6
95:7 144:3
147:9 172:24
188:11 200:10
231:12 238:12
244:2,14
**reads** 59:1
**ready** 133:24
282:12 320:8

**real** 55:9 60:21
66:21 131:22
196:20 221:15
**reality** 259:20
**realize** 293:5
311:12
**realizing** 296:14
315:5
**really** 16:1 19:5
61:1 74:2
100:13 129:21
150:17 164:20
169:16,20
246:21,24
272:4 294:15
314:12 315:5
318:1 320:25
322:3
**reask** 72:1
**reason** 25:25
26:5 53:3 61:8
62:1 63:6,6
77:23 80:5
90:1 94:22
98:14 102:18
116:20 117:4
125:21 252:14
259:22 285:13
309:19 335:5
336:5,7,9,11
336:13,15,17
336:19,21,23
336:25
**reasonable**
323:16 325:9
**reasons** 26:3
55:25 58:5
75:22 247:1
248:17 252:21
254:20 294:13
**recall** 19:12 22:9
25:23 26:3
27:18 29:8,14
30:10 31:2
32:3 36:12
38:11,15,17,24

39:3,15,20
40:1,12 41:2
41:11 42:1,4
43:1,25 44:1
44:16,21 46:15
46:21 47:14,22
47:23,25 52:9
52:16 58:10
62:19,20 63:5
65:5 77:22
81:12,16 111:1
111:15 117:2,3
140:11 150:12
188:1 191:8
194:22 196:4
213:25 222:9
222:12 231:24
233:15,17
241:21 242:12
244:23 267:20
272:15 285:13
289:5 291:24
291:25 299:18
304:8,10
309:19,25
310:9 323:4,12
324:11 327:18
329:20
**receipt** 335:14
**receive** 239:25
**received** 177:7
181:4 194:20
216:24 217:4
263:24 264:7
**receiving** 272:20
**recertifying**
116:24
**recessed** 87:20
134:3 171:15
192:11 224:5
238:24 278:7
320:12
**recognize**
141:20,24
152:10 155:12
155:17 178:8

**recognized** 56:8
66:1 140:14
234:19 235:4
235:14
**recollection**
289:13
**recommended**
297:7
**recommends**
108:24
**reconstruction**
38:1
**reconstructive**
12:10 15:5,5,7
15:13,15
139:16,20
261:14
**record** 9:10
10:19 34:16
87:22 89:6
92:21 96:4
114:15 185:15
211:10,15
212:20 213:12
216:21 230:11
239:3 250:9
279:19 287:10
288:17 293:9
311:23 312:1
317:24 318:3,5
319:22 321:4
322:14 327:3
334:11
**recorded** 72:14
**records** 17:1
32:5 36:20
**recovery** 176:17
**rectus** 85:12,15
86:4,21,22
120:19
**recurrence**
97:15
**red** 246:2
270:16 271:10
271:22
**reduce** 121:24

123:5 274:10
288:2 295:16
**reduced** 122:1
122:13 123:13
124:4,13
273:21 334:10
**refer** 101:4
149:3,7,10
150:13
**reference** 18:1
53:3 68:13
87:25 88:7
167:7 205:23
218:18 222:6
227:17 247:24
262:22 284:20
**referenced** 23:9
138:2 151:3
171:22 192:4
204:23
**references** 53:22
53:24 137:12
268:17
**referencing**
102:11 104:6
202:11 216:1
232:2 242:3
250:15
**referring** 59:24
64:19 99:5
121:18 126:4
136:15 161:23
186:18 194:8,9
215:4 223:19
237:21 243:11
**reflect** 196:19
212:21
**reflects** 216:12
287:10
**refresh** 289:12
**regard** 69:7
99:21 119:3
130:23 138:2
154:2 168:5
170:5 182:8
191:15 192:16

204:23 216:8
219:5 222:2
225:2 227:1
228:19 241:7,8
264:2 272:18
295:2
**regarding** 51:23
80:8 162:4
171:20,22
263:4
**regards** 178:2
**region** 45:8
325:1
**registries** 145:17
**registry** 75:10
75:17 76:4,18
145:20
**reinforcement**
7:23
**reinforces**
285:21
**reissued** 125:25
**reiterate** 271:21
**relates** 1:6
**relative** 128:13
147:17 148:8
150:16,25
162:5 189:2
190:21 237:24
292:24 297:12
334:13,15
**relatively** 185:1
**release** 263:6,8
307:23 308:13
309:14 310:5
311:10 312:10
**released** 263:3
266:12
**reliable** 254:7
301:10 305:16
305:21
**reliably** 261:3
271:5 272:6
273:3 302:7
303:3
**reliance** 10:20

11:1 114:17
115:8,20
220:22 229:16
229:18,22,24
230:2 232:3
237:19
**relied** 114:18,22
115:22
**relies** 230:3
**relieved** 262:12
**rely** 13:19 62:2
156:23
**relying** 10:16
199:12 227:1
237:17 238:3
260:7,10
299:15
**remain** 147:18
**remained**
308:12
**remains** 148:11
**remember** 36:20
37:16 182:17
212:22 213:2
216:5 221:8
231:12 267:23
305:18 310:11
310:16 315:6,8
**remind** 16:2
**remmen** 62:18
62:24 63:3
**remodeled**
291:16
**remove** 195:17
**removed** 248:2
250:4 260:17
**reoperation**
308:23 310:6
317:14
**repair** 1:4 7:20
151:7 169:25
170:14,14
171:7 295:22
**repairs** 240:4
**repeat** 137:1
157:17 307:22

311:11,21
312:10,13
**rephrase** 143:15
238:11
**replaced** 149:24
**reply** 322:18
**report** 11:1
51:21 52:18
53:6,10,12
54:10 60:24
76:23 96:7,14
98:4 101:22
104:5 106:8
110:13 111:4,9
111:14 118:17
132:14 133:1
133:10,12
148:3,6 166:1
166:25 167:3
183:5 187:22
191:7,10,16,18
191:18,23,23
192:8,15
193:14 196:1,7
196:17 197:5
204:15 211:9
217:20 220:18
222:4 225:1,6
228:21 229:8
229:14 230:8
232:2 247:12
249:24 250:21
253:13 260:8
260:22 262:13
262:22 268:8
273:8 276:19
278:10 282:14
283:23 284:1
284:21 285:2
296:8 299:13
301:3,21
304:24 305:7
306:7,13,25
321:2 324:3
325:14,19
331:5,5,15,23

**reported** 47:19
108:8 110:5,18
111:5 142:13
150:7 178:18
191:14 198:19
232:15 236:18
237:15 241:18
243:22 246:6
246:11 248:19
262:21 270:19
284:13 287:3
291:21 294:3
**reporter** 3:10
13:1 239:3
317:21 334:4
**reporters** 334:1
**reporting** 71:1
265:15
**reports** 60:7
116:22 162:1
179:16 191:19
216:9,10 226:3
226:17 227:22
314:24 316:21
321:17,18
329:13
**repose** 230:10
**represent**
139:11 271:1
**representation**
288:24
**representing**
211:12
**reproducible**
313:18 314:16
315:12,18
316:1
**reps** 42:3
**request** 10:1,3
**requested** 221:2
239:4
**require** 137:1
183:14 184:10
271:9 310:6
311:20
**required** 46:17

47:24 209:16
212:18,23
213:4 311:11
317:3
**requirement**
321:15
**requires** 56:14
57:16 176:15
**requiring** 36:5
309:8 317:13
**research** 14:10
15:23 40:19
80:13 90:2
117:5
**researched**
89:20
**researchers**
268:10
**reserve** 320:15
**residencies**
33:19
**residency** 32:15
33:3,14 181:8
**resident** 203:4
**residents** 13:9
14:16,19
170:21 202:25
202:25
**resolution**
262:12
**respect** 107:7,19
124:19 169:14
182:2
**respectfully**
284:8
**responders**
162:21
**responding**
230:6
**response** 131:24
247:19,19
248:16,16
249:8,9 253:23
258:15 267:9
267:10 296:23
297:15 334:8

Case 2:12-md-02327-00851-MO Document 2002-1 04/21/16 Page 2024 Page 548 of 603
Case 2:12-md-02327 Document 2002 Filed 05/26/20 Page 548 PageID #: 48033

Daniel Steven Elliott, M.D.

Page 376

responses 164:4
responsiveness 168:4
rest 203:24 294:25
restate 172:25
restoril 224:18
restriction 6:15 126:21
restroom 87:18
result 138:14 183:13 308:11 324:9,14
resulted 135:10
results 7:4 58:17 69:11 107:13 158:14 159:19 159:25 180:12 186:7 207:3 288:6 292:23 295:8 298:19 298:22 299:2,7
retention 314:17 314:18 315:16 315:23 316:6 316:15,22,25 317:4,13,13
retraction 287:20
retreatment 5:13 11:11
retropubic 26:14,15 29:22 33:18,23 43:4 43:6 51:11,13 51:15 56:24 57:13 69:14 77:1,5,19,20 78:5,12,18,19 79:11 80:11,16 81:13,24 82:1 82:21 83:9 96:24 97:7 98:25 99:11,24 100:4,12,23 101:15 105:7

106:24 107:5
107:15 108:5
108:12 109:10
110:20 118:18
119:4,14 121:5
121:25 122:13
123:13 124:3
124:16 137:15
140:25 141:21
141:24 142:1
142:15 144:20
146:20,21,22
147:6,7 149:11
167:8 174:23
175:10 185:4
185:25 186:3
187:22 188:6
188:18 189:11
189:15,25
191:11 196:9
197:6,12,22
198:17 199:25
202:19 203:16
204:15 216:3
222:22 223:20
224:9 226:16
227:2 238:17
240:9,21
241:19 251:6
260:9 262:20
263:9,20 264:2
264:3 266:10
267:4 268:12
269:9 272:21
276:6 282:20
301:8 302:5,12
302:19 303:2
303:16 304:3
305:22 306:5
308:5,7 315:10
328:6 329:12
retropubicly 276:6,14
retrospective 64:11 303:7,12
retrospectively

64:14
return 135:2 335:12
rev 5:23
review 7:12 47:24 51:22 54:11,15,16,17 55:2,14,19,24 58:18 59:4 60:23 61:1,2 62:17,22 68:13 69:10 76:22 77:15 79:21,24 88:25 89:13 96:6 97:22 98:3 104:4 105:16,23 107:25 110:3 111:4,12 113:9 133:16 142:6 185:18,23 187:16 191:6 274:15 290:11 290:20 301:3,9 321:1 325:17 330:8 331:22
reviewed 10:16 17:1 18:7 49:24 52:8 64:14 98:1 100:19 114:18 114:22 136:3 141:9,10 152:3 200:4 221:4 228:24 229:2 245:5 264:1
reviewer 62:3,5 67:19 182:14 200:9
reviewing 68:7 227:8
reviews 61:13 118:16 274:4 311:24 312:1 331:23
revised 126:12

revision 45:24 126:7,9 145:23
revolutionary 185:10,14 200:25
rid 262:2
ridgeland 4:14
ridiculous 280:13 281:11 282:7
right 9:21,25 19:6 21:13 32:9 35:7 50:14 51:12 55:8,11 60:21 65:24 67:21 68:11 71:18 72:12 75:6 77:11,18,18,18 78:3 84:22 85:1,14,25 86:3,20,22 87:1,8,14 88:5 97:4 98:12 103:11,15 105:18 108:8 109:23,24 115:25 121:19 123:22 125:4 126:1 127:18 132:11 134:22 137:12 139:3 139:25 141:16 142:17,21 143:22 144:18 145:1 147:7 152:12 153:7,8 153:13,14 158:5,17,23 159:25 165:7 165:20 167:2 168:17,21 169:4,12 172:6 172:11,22 173:6,25 174:6 175:12,18

176:20 178:17
178:19,23,23
179:2,8 180:2
182:22 183:5
184:22 189:22
190:5 192:13
193:9,17,20
194:11,15
205:5 206:17
206:23 207:2,9
207:12,19,24
208:8 209:21
210:17,25
212:15 213:5
214:7,8 215:10
215:24 216:11
219:9 222:5
223:22 236:11
240:7 242:16
244:3,5 250:24
251:12,18
252:2,17
255:18,18,19
255:20,24
257:12,24
262:18,23
263:16 267:18
268:20 269:20
270:24,25
275:4,10
279:10 280:20
282:11,23
285:5 287:1
288:5,13
289:15 290:10
290:22 292:25
294:3 296:1
297:9 298:5,8
299:10,13
302:15 310:25
311:13,14,18
311:21 312:12
314:23 315:23
316:2,7 318:3
320:16 321:2
322:12

**rigidity** 287:20
**rind** 293:19
**risk** 37:1 57:19
  57:22,25 58:4
  59:2 108:6,13
  113:7 195:18
  225:10 226:9
  226:21 325:20
**risks** 124:12
**road** 122:10
**robot** 19:21,24
  20:3
**robotic** 5:13
  11:12 12:6
  19:17
**robust** 135:25
  158:25
**roger** 141:18
**role** 12:16 13:5,6
  139:7 154:9
  171:25 173:14
  249:25 254:15
  256:5 259:1
  269:1,24
  271:24 273:10
**roll** 48:12 49:19
**rolling** 49:18
**rope** 48:13
  307:6
**roping** 47:8
  48:21 49:3
  95:21 227:7
  256:15 270:8
**rosenblatt** 4:15
  4:15 319:6,12
  319:25
**rosenswath**
  332:22
**rough** 20:17,17
**roughly** 17:7
  37:1 81:22
  114:4 208:19
  258:10 259:4
  284:2
**round** 328:17,19
**rounds** 299:17

299:25 300:7
**route** 26:9 29:4
  29:11,12 30:20
  31:7 34:11,20
  39:21 45:12
  77:1,2,6 78:13
  78:18,20 83:10
  189:15,16
  193:19
**routes** 110:8
**routine** 34:24
  37:3 42:2 46:9
  169:6
**rovner** 125:21
**rovners** 125:24
  126:5
**royalties** 216:24
  217:3 219:4
**rpr** 3:9 334:22
**rule** 259:11
  272:13
**ruler** 165:10
**rules** 115:7
  322:16
**run** 19:24
**running** 203:5
**runs** 19:21
**russian** 247:24

――――――
**S**
**s** 1:6 4:1,15
**sacrocolpopexy**
  5:14 11:12
  19:18,24
  224:11,14,16
  275:22
**sad** 66:9
**safe** 33:15 87:14
  97:12 131:16
  132:3 142:18
  143:9,21
  147:17 148:5
  175:15,21
  190:21 263:10
  264:4
**safely** 259:23

**safer** 190:21
**safest** 149:21
**safety** 21:18
  71:5 73:8 90:5
  91:3 93:6,19
  94:7,10 95:11
  95:15,20,22
  96:1 100:23
  101:1,7,12,14
  101:17 102:25
  103:3,12,25
  131:2 134:19
  161:10 241:1
  264:25 265:10
  265:13 277:13
**sales** 202:12
  232:15,18
  233:8
**salt** 27:22
**sample** 20:25
**samples** 247:6
**saturday** 3:4
**save** 180:16
**saved** 331:1
**saw** 34:17 44:4
  77:18 214:7
  262:16,19
  263:7 291:19
  301:8
**sawing** 301:21
  303:18 304:25
  305:3 306:10
**saying** 24:15
  27:9 57:20
  58:3 65:15
  69:1 73:17
  77:23 78:24
  79:16,22 100:3
  102:13 106:18
  162:25 164:2,8
  171:12 173:19
  173:20,20,23
  186:4 201:7,13
  203:25 210:17
  215:8,25
  218:25 237:20

243:6 245:18
  252:4 257:5
  259:8 261:24
  264:7 267:12
  270:11 274:23
  277:12,13
  283:8 298:10
  298:14 309:24
  322:19 329:18
**says** 68:10 69:12
  76:25 78:1,12
  89:18 90:5
  94:9 96:7
  106:10 108:4
  110:4 116:12
  117:6 118:1
  120:23 124:13
  130:9 135:24
  136:17 140:13
  144:3 146:19
  147:16 154:12
  157:9 168:24
  169:5 172:20
  173:7,25
  174:13 175:15
  175:24 176:11
  176:14 177:20
  177:23 179:10
  180:16 189:17
  190:21 204:25
  211:16,17
  212:15 213:3,6
  213:7 214:10
  215:5,6,12,20
  215:22 216:15
  229:25 247:22
  251:1,20,21
  255:4 264:24
  287:10 302:12
  306:17 311:9
  315:17 331:15
**scand** 88:20
**scanning** 242:8
  243:18 245:23
**scar** 8:17 175:5
  254:2 294:12

**scared** 312:16
**scarring** 74:5,9
  74:17 164:23
  254:2 295:21
**scars** 287:16
**scheduled** 37:19
  37:22 46:9
**schepleng** 2:17
**scientific** 77:25
  136:7 164:11
  254:8 256:9
**scientifically**
  271:4 272:7
  273:4 301:10
  302:7 303:3
  305:15,20
**scientists** 231:2
**scope** 325:14
**se** 291:25
**seal** 334:17
**search** 32:5
  40:16,24 41:7
  68:1,21 81:3,4
  81:5,10 152:16
  192:4 218:18
  266:17,19,20
**searched** 38:18
  81:17 160:25
**searches** 41:12
  80:14
**second** 74:20
  104:21,22,24
  105:2 172:8
  215:16 217:15
  247:15 286:1
  293:10 323:7
**secondly** 220:17
**section** 12:11
  15:3,17,22
  16:2,7,11
  69:11 152:10
  179:9 186:8
  192:20 207:3
  214:8 253:14
  284:1 300:18
**sections** 306:12

secur 304:13
secure 313:17
see 11:16 14:3
  22:4 36:25
  41:8 45:10
  48:21 50:1,7
  50:17 53:9
  54:13 56:10
  62:20 63:5,8
  66:20 67:8
  68:20,22,24
  69:16 70:21,22
  70:22 74:17,21
  77:3 80:8
  89:22 91:4
  93:8,15,23
  99:3 105:4
  106:3,13,14
  110:13,18
  125:2,7 126:18
  126:24 127:4
  133:15,16,22
  135:5,16 137:3
  138:18 140:17
  140:18,21
  142:21,23
  145:12 146:24
  152:25 153:1,6
  154:7,16,17,18
  155:25 157:21
  157:22 161:11
  163:8 169:9
  170:2 171:11
  172:2,8,24
  178:21 179:14
  181:2 186:2,3
  186:5,18 187:2
  187:25 188:8
  189:4 190:11
  191:11 192:1,2
  192:3 196:20
  202:3 206:2
  207:1 210:5,15
  213:20 215:9
  221:21 225:1
  227:13 228:3

230:24 231:6
231:15 233:19
243:7 244:2,6
244:13,24
248:23 251:15
254:12 255:23
256:6 257:6
259:16 261:24
262:25 263:11
264:18,23
269:12 272:19
273:15 283:19
284:22 287:3
288:10 289:3
301:14,18
302:20 306:25
308:9 309:25
311:15,22
326:5,7 328:2
330:11 332:3
333:3,10
seeing 24:1,3
  44:1 48:25
  49:2 188:1
  200:11 231:12
  243:5 257:20
  289:5 333:7,8
seen 9:23 43:7
  52:11,14 61:11
  82:20 97:17
  109:25 127:9
  132:13 148:24
  149:3,7,10
  156:10 165:2
  165:12 187:15
  187:17,21
  196:7 218:6
  220:4 222:14
  223:10,12
  226:12,15
  231:10 240:2
  263:22,25
  264:5 297:20
  301:24 303:16
  305:15,20,25
  316:19,21

317:18 318:18
327:24 331:21
segregated
  200:1
select 119:19
  225:17
selecting 177:14
  228:22
selection 62:11
  228:19
selfcatheteriza...
  176:23
selzer 221:9,11
sem 242:12,21
  243:5 248:4
send 17:23
senior 307:22
sense 9:18 82:6
  83:20
sent 222:13
  320:19,24
  322:18
sentence 94:14
  104:24 105:2
  118:14,15
  148:1 159:10
  183:17 215:4
  215:18 247:22
separate 15:7
  59:18 166:16
  288:8
september 1:23
  3:4 17:11
  160:18 172:1
  334:18
sequelae 7:20
sequence 29:8
  31:10
series 36:4,5
  127:1 179:5
  209:9,16 261:1
  261:7,8,13
serving 18:10
  19:1
set 87:3 179:10
  226:22,23,24

322:8 334:8
sets 136:20
setting 15:24
seven 38:1 92:10
  99:11 213:3
  247:22 248:3,6
  248:20 250:3
  250:20 251:2
  251:21 253:2
severe 287:23
  327:25
severely 263:1
  268:16
severity 47:12
  47:19 325:20
sexual 111:5,13
  326:4 331:24
sgs 331:21
sharp 245:9
shears 2:3
sheath 48:11
  194:2 195:16
  195:17 276:5
  283:10
sheaths 275:6
sheet 335:7,9,12
  337:6
sheets 6:21 51:1
  51:5 155:24
shelf 202:13
shift 26:2
shifting 150:3
short 7:12 70:8
  96:9,15 128:6
  147:14 208:6,7
shorter 73:25
  85:19 119:6,7
  119:10 121:8
  135:1 187:11
  188:20 265:25
  266:5
shorthand 334:9
shortterm 22:11
  69:25 70:4,8
  70:10,19
  111:21 121:13

122:8,12
127:20,22,25
128:12,13,21
129:11,23
130:2,3,9,16
130:23 191:3
197:3 206:14
207:17 265:20
266:6 291:12
293:2 297:13
297:22 298:17
show 60:4 83:16
  95:3 100:1
  101:8 124:22
  144:25 180:21
  181:1 192:15
  197:1 200:6
  204:3 233:25
  238:7,16 243:8
  243:10 245:22
  249:3 254:8
  255:14 258:24
  264:22 266:8
  274:4 276:12
  286:10 328:5
  328:21 329:16
  329:18 332:20
showed 72:12
  105:23 215:18
  221:9,12
  222:25 247:11
showing 128:19
  158:10 184:5
  188:15 239:24
  332:13 333:2
shown 107:21
  128:17 134:24
  263:9 268:15
  296:9 298:22
shows 162:23
  249:18 252:19
shrink 284:4,5
shrinkage
  283:21,24
  284:14,15,17
shut 323:9

**sign** 335:8
**signature** 52:15
**significance**
  49:8 50:11
  296:25
**significant**
  53:20 84:17
  85:20 94:14
  105:25 127:15
  184:11 185:4
  206:10 217:18
  253:9 273:16
  293:17 296:22
  297:14 299:3,5
  308:24 317:12
**significantly**
  44:9 78:13
  188:22 189:25
  190:8 299:8
  328:5
**similar** 43:17
  61:11 97:18
  134:15 161:1
  177:21 188:15
  190:7 291:4
  297:20 298:23
  299:3
**simple** 228:25
  232:23
**simplified** 170:8
**single** 64:15
  114:17 115:1
  115:21 123:25
  195:19 297:1
**sir** 24:24,25
  47:23 76:24
  89:2 100:17
  105:21 165:24
  179:7 212:22
  232:23 290:18
  306:22
**sis** 294:21
  296:22 297:1,4
**sister** 139:4
  317:8
**sit** 14:5 19:14

38:12,25 40:15
40:23 47:17
79:19 92:9
114:7 123:22
303:15 310:2,4
332:4,25
**site** 6:25 171:24
  173:17,24
  176:8,11
  264:19
**sites** 266:17
**sitting** 20:3
  112:9 155:6
  164:3 278:15
  279:12 318:8
  320:11
**situation** 70:6
  76:21 174:12
**situations** 247:3
**six** 8:18 18:18
  44:15 74:7,14
  122:19 147:1
  258:9,11,25
  317:4 324:9,23
**size** 20:25 46:14
  46:24 48:6,14
  83:25 84:6
  164:24 165:6
  166:2,5 167:3
  236:2 273:2,5
  273:18 274:17
**skepticism** 62:6
**skills** 32:21
  201:18
**sling** 5:16 7:10
  8:15,18 20:9
  20:10,11,12,22
  21:1 23:9,14
  23:19 24:7,11
  24:16,18,20
  25:4,6,15,18
  26:10,23 27:1
  28:25 29:7,22
  29:25 30:17
  31:12 32:23
  33:6,18,24

34:6 37:5,12
37:20 38:4,9
38:21 39:2,6
39:18 40:22
41:16 42:21
43:4 47:3,11
49:2,9,20 51:5
55:3 56:7,13
56:14,20,21,23
62:17,23 63:17
63:18,25 69:15
75:20 76:1
79:13 80:5
85:7 86:6,15
87:3 89:18
91:3 93:6,16
93:24 99:23
100:7 103:1
104:6 108:21
113:6 116:13
116:25 118:20
119:5,22
120:13 121:6
122:15,25
123:18,20
124:6 126:16
129:2,3,15
130:5,24 131:9
132:11,16,18
133:12 135:11
140:9,12,14,25
141:25 146:22
147:7 148:22
149:4 150:9,20
153:11,14,22
155:18 172:13
172:20 173:2,9
173:25 174:3
174:11,16,20
175:2 176:14
176:16,23
184:8,20,22
185:3 186:9,15
186:18,19
188:14,18
204:10 205:2

209:17 212:25
213:5 214:11
224:12 251:24
257:21 263:8
277:20 290:2
291:21,21
292:24 294:15
297:2,4 298:7
298:23 301:8
302:5 304:3
307:23,25
308:13,23
309:14 310:5
311:12 312:9
312:13 315:1
315:13,20,21
316:2,7,23
317:10,14
323:19 328:8
331:25 332:1
**slingplasty**
  217:10
**slings** 6:9,12
  20:15 22:20,25
  23:5,22 27:5,5
  27:15 29:1,16
  29:18 30:2
  32:20 33:10
  38:2 42:16
  43:11,12 45:10
  45:20 46:2,4
  47:19 48:2,5
  48:16,22 63:3
  63:12 77:24
  80:8,9 84:16
  87:7 96:8,14
  97:11,21 98:10
  103:19 112:10
  112:12 113:5
  113:12 117:8
  118:3,6,25
  119:16 120:2
  123:1 124:17
  126:22 127:3
  134:8,17,20,23
  136:1,23

138:15,24
140:5 142:7,8
143:12,24
144:13,17
146:15,20
152:23 154:12
155:13 158:19
169:23 171:3
185:1 186:1,2
186:11,14,20
186:24,25
187:1,5,9,11
187:23 188:5
200:18 234:21
235:5 236:15
237:1,1,11,15
237:24 260:16
263:4 264:25
265:11,12,12
273:15 274:13
275:15 294:17
296:3 298:16
302:13 304:25
308:3,4 309:4
312:24,24,25
313:9 314:17
314:22 316:16
324:19 325:10
325:11
**slingurethral**
  96:8 134:8
**small** 8:12 20:25
  22:8,13 57:4
  137:8 164:6
  197:14,18,19
  198:1,7,13,24
  198:24 199:13
  199:18,21
  211:13 273:10
  274:10 291:10
  293:24 323:19
**smaller** 61:5
  162:18 163:13
  274:17
**smoke** 269:14
**smoking** 234:2

| | | | | |
|---|---|---|---|---|
| 269:1 | 159:9 160:16 | 280:23 281:4,7 | 132:22 | 29:19,19,22 |
| **snell** 4:11,11 5:3 | 163:18 164:10 | 281:14,19,24 | **somewhat** 17:4 | 30:25 32:1 |
| 9:6 10:23 11:8 | 166:15 167:16 | 282:3,11,14 | 57:11 102:8 | 33:16 34:7,10 |
| 11:14 45:22 | 167:20 168:3,6 | 283:10 284:8 | 121:11 151:11 | 34:12,14,18,19 |
| 46:1 48:1 52:4 | 168:14,23 | 284:10 286:2 | 189:1 270:25 | 35:10,12,20 |
| 52:11 54:1,6,9 | 169:1 171:9,18 | 286:12,21 | **soon** 48:23,25 | 36:10,18,23 |
| 55:1 56:22 | 173:2 176:13 | 288:19 289:3 | 49:1 | 37:12 39:5 |
| 57:12 60:20 | 178:1,8,17 | 289:22,24 | **sophisticated** | 40:4,14 43:18 |
| 66:24 67:1 | 182:4,5 184:19 | 293:9,12 | 248:11 | 45:16 47:7,9 |
| 68:17 70:15,17 | 185:17 192:13 | 304:22 308:25 | **sorry** 10:13 | 48:5,16,22 |
| 70:24 71:9,11 | 195:6 197:20 | 310:14,23 | 42:10 54:12 | 49:9,22 50:4 |
| 71:16,22 72:1 | 197:21 198:6 | 311:23 312:2,7 | 58:21 59:7,9 | 51:1 82:3,22 |
| 73:15 76:2,4 | 199:4 204:14 | 316:11,13,21 | 74:24 75:4 | 83:10,12 84:1 |
| 76:12,15 78:12 | 204:22 206:15 | 318:4,22 | 86:13 87:15 | 84:13 85:17,24 |
| 79:4 81:9 | 208:15 210:21 | 319:10,15 | 89:2 100:13 | 86:24 251:23 |
| 87:16,22 89:12 | 210:22 211:16 | 320:2,14 322:9 | 101:9 104:11 | 290:25 291:2 |
| 90:4,12,21 | 211:21 212:1,5 | 322:13,21,25 | 142:21,23 | 302:1 |
| 91:2,11,14,17 | 212:8,10,16,22 | 323:6,13,21 | 146:23 147:8 | **sparcs** 36:6 |
| 91:21 92:1,4,7 | 213:3,13,16 | 324:8,12 | 147:10,25 | **speak** 33:21 |
| 92:13,17,20,24 | 215:9 216:23 | 325:13,25 | 157:13 159:12 | 41:18 46:8 |
| 93:2,5,14 94:1 | 217:19 218:9 | 326:10,13 | 190:23 205:4 | 49:23 98:18 |
| 94:8 95:22 | 218:21 219:18 | 330:1,17,20,24 | 210:8 214:4 | 132:23 176:5 |
| 96:23 97:4,17 | 219:22 220:2 | 331:2,10,13,16 | 225:13 231:10 | 197:9,10 237:7 |
| 99:9 101:22 | 220:11,15,25 | 331:18,20 | 244:7 246:24 | 261:9 275:17 |
| 102:22,24 | 221:5,8,12,15 | 332:8,15,18,20 | 253:13 285:23 | 313:23 315:24 |
| 104:2,4 106:23 | 221:22 223:7 | 332:25 333:5 | 300:8 306:22 | 315:24 |
| 107:11,23 | 224:3,7 229:15 | 333:12 | 323:7,9 326:1 | **speaking** 92:20 |
| 110:23 111:3 | 229:18,23 | **snodgrass** 2:9 | **sort** 239:8 250:5 | 230:4,5 262:2 |
| 113:15,21,24 | 230:4,9,13 | **snow** 4:8,12 | 288:14 | **specific** 14:3 |
| 114:24 115:11 | 232:14 237:10 | **societies** 11:15 | **sound** 207:19 | 17:25 18:3 |
| 115:14,23,25 | 238:23 239:1 | 11:19 102:19 | **sounds** 24:21 | 23:12,24 37:13 |
| 116:2 117:15 | 239:11 240:14 | 134:13 139:5 | 190:7 | 63:16 100:22 |
| 117:20,24 | 240:20 241:2 | 161:2 163:3 | **source** 138:6 | 102:7 109:9 |
| 118:8 121:4 | 242:2 244:3,15 | 234:23 235:16 | 226:7 254:17 | 111:2,15 |
| 122:21 125:2 | 245:15 250:14 | 235:18 | 262:4 | 112:21 113:6 |
| 125:24 128:8 | 251:16,25 | **society** 11:20,24 | **sources** 53:25 | 127:14 157:6 |
| 128:10 130:8 | 260:21 262:5,6 | 11:24 12:1,2,3 | **south** 135:12,12 | 179:12 196:4 |
| 130:10 131:19 | 264:12 265:23 | 12:4,4,5,7,15 | **southern** 1:1 | 200:5 201:23 |
| 132:4,6 133:7 | 269:5,7 272:2 | 12:17,20 163:9 | **southwestern** | 208:3 213:2 |
| 133:9 134:1,6 | 273:13 276:20 | 235:25 | 250:13 | 217:23 222:3 |
| 139:2 141:9 | 277:4,18 278:1 | **soexhibit** 293:12 | **southwesterns** | 230:18 231:24 |
| 143:18,20,22 | 278:6,9,12,14 | **solo** 203:5,8 | 250:19 | 234:20 235:19 |
| 144:6,9 145:4 | 278:18,22 | **somebody** 24:2 | **space** 335:6 | 236:13 245:14 |
| 146:8 151:16 | 279:1,3,6,10 | 258:7 309:10 | **spaces** 163:20 | 246:4 253:16 |
| 151:19 154:5 | 279:19 280:3,9 | 315:13 | 164:13 | 271:13 272:15 |
| 155:23 157:17 | 280:12,15,19 | **somebodys** | **sparc** 26:19 | 278:18 279:13 |

280:16 286:15 305:2,11 306:1 306:19 307:1 318:11 326:23 329:9
**specifically** 16:25 17:3,3 37:7 42:4 66:17 97:13 107:9 111:21 124:23 128:3 128:13,25 167:24 176:11 192:23 193:7 196:5 198:4 208:6 213:25 220:21 224:25 226:25 227:5 235:8 236:10 239:9 247:16 273:10 296:21 300:16 325:6 329:1,20
**specifics** 194:22
**speculation** 52:7 237:5 261:23
**speech** 9:15 71:23 233:1,4 233:7
**spell** 63:9 66:15 109:7
**spelled** 88:18
**spent** 17:8,10,21 167:4
**sphincter** 145:16
**spinal** 120:3,4
**spinning** 72:18
**splice** 86:2
**spoke** 35:21,22 35:24
**sponsored** 54:20
**sprout** 1:8
**squared** 48:4 237:3
**stab** 57:7

**staff** 32:19 33:13 33:14 125:6 181:9
**stand** 181:12 320:24
**standard** 37:8 130:15,22 140:15,23 141:3 147:19 148:14,15,23 149:4,8,11,16 149:20,22 150:2,14,16,22 162:3 163:1 164:7 199:9 214:11 218:5 222:16 235:6 236:1
**standardized** 248:20
**standards** 149:24
**start** 18:14 35:5 169:17 242:7 279:14 318:14
**started** 27:6 29:13 30:4,6 48:23
**starting** 104:22 147:2,5 284:2
**starts** 104:25 194:13 253:20
**state** 3:8 9:9 30:22 39:23 56:7,11 67:12 69:17,20,24 78:16 90:11,17 96:12 97:25 111:7 117:10 117:14,16 126:14 134:24 147:21 155:20 161:6 163:4,9 173:12,15 187:14 189:20 190:3 196:8

199:20 206:8 215:3 231:20 246:18 247:6 252:9,10 253:6 254:13 265:7 268:14 272:18 273:12 278:2 300:1 307:1 322:13 324:5 335:5
**stated** 47:25 55:13 72:6,14 72:19 73:3 77:4 80:4 86:10,20 95:7 97:18 105:23 118:5 155:15 159:17 164:9 166:3 173:23 196:1 198:23 203:15 211:1 228:12 232:22 252:8 273:7 284:4 292:17 293:1 299:8 305:24 321:12 324:2
**statement** 6:4,8 6:11,14 36:2 41:18,25 53:16 56:18 57:17 82:25 90:8 100:9 105:4 106:3,4,15 107:3 110:22 116:4,17 117:6 117:11,16,18 121:7 125:10 127:10 128:19 134:7,15 135:8 135:19 136:19 137:11 138:24 142:17 160:1 161:12 170:5 170:25 171:14 184:8,20 185:3

188:24 191:15 199:12 200:7 218:11 225:22 230:7 236:25 244:12 258:17 260:2 263:4 264:13 265:9 291:24,25 292:18,19 297:12 316:9 316:12 320:24 321:3 322:17
**statements** 146:10 156:12 163:9 220:4 226:6 263:18 264:6 295:1 329:23 332:13
**states** 1:1 3:10 30:23 39:24 95:8 111:12 112:9 124:2 127:8 137:10 138:7 157:19 163:6,16 173:11 196:23 202:9,19 205:6 206:9 214:15 214:22 215:20 216:13 219:24 231:8,21 232:16 252:13 255:22 287:12 305:23 316:4 334:4
**statically** 262:2
**stating** 111:2 162:4,24 182:11 183:1 226:11 300:19 301:10
**statistically** 66:11 225:4 273:16 317:11 328:5
**status** 18:19

55:19 269:2
**stay** 124:9 176:17 184:4 188:21 203:24
**stayed** 98:5 309:5
**stays** 183:14 184:6,10
**step** 210:17 246:3 276:25
**steps** 253:20 254:5 313:13
**sterilize** 195:14
**steven** 1:24 3:1 5:2 9:2,11,11 337:8
**stevens** 2:8
**stiffness** 291:6 292:12,13 293:3
**stillonthemar...** 51:14
**stipulate** 110:24
**stitches** 57:9 174:19
**stone** 129:23
**stop** 92:1 123:10
**stopped** 27:9 29:21
**story** 129:19 132:23
**straightforward** 177:19,25
**strain** 162:25 166:21
**strategies** 152:17
**strength** 258:10 291:5 296:9,13
**stress** 5:17,22 6:6,9,12 7:6,11 15:10,18 16:4 16:12 19:6 20:7 24:21 27:16 30:18 32:12 33:3,11

Daniel Steven Elliott, M.D.

| | | | |
|---|---|---|---|
| 37:4 42:15,21 | 276:11,15 | 136:7 147:17 | 183:7 184:5 | 100:1,2,25 |
| 43:13 48:2 | 277:19 281:20 | 148:4 223:3,15 | 187:19 188:14 | 102:14 103:13 |
| 51:18 55:3 | 282:21 283:22 | 223:16 251:22 | 189:5 191:19 | 103:16 107:23 |
| 56:9 76:15 | 284:12 301:23 | 259:9 267:15 | 192:22 196:11 | 113:8 114:14 |
| 78:6 89:20 | 304:3,23 305:7 | 268:6,15 | 196:17 197:1,5 | 115:17,21 |
| 96:25 97:5,14 | 306:6 307:14 | 271:14,16 | 197:7,12,15,22 | 117:2 122:6 |
| 97:20 100:6 | 307:15 | 272:1 273:13 | 199:1,25 | 129:13,15,18 |
| 105:24 106:20 | **stressing** 94:18 | 294:2 | 201:11 203:25 | 130:7,8 133:15 |
| 106:25 107:10 | **stretch** 292:5 | **studies** 11:3,6 | 204:2,6,14 | 133:17 137:13 |
| 107:16 109:3 | **stretched** 283:17 | 40:20 41:4,11 | 205:20 210:13 | 137:15 140:2 |
| 116:5,14,23 | **stretching** 43:21 | 41:14,23,23 | 211:8 220:9 | 177:6 178:3,4 |
| 124:1 125:18 | **strict** 290:20 | 54:21,22 59:3 | 222:23 223:9 | 178:9,18 179:3 |
| 134:8 136:3 | **strike** 13:5 | 60:5,6 61:5,9 | 225:2 226:25 | 179:17 194:19 |
| 138:16 140:16 | 26:21 28:9 | 61:10,20 62:10 | 238:5,14 | 195:5 197:14 |
| 141:11,19,23 | 32:1 33:8 | 62:12 63:12,13 | 239:23 240:22 | 199:7,10 201:9 |
| 144:14 145:5,6 | 37:10 44:23 | 63:15,23 64:8 | 247:10,10,17 | 201:25 202:1,1 |
| 145:9,14 | 48:25 53:10 | 64:12,15,24 | 248:11 249:2 | 202:2 206:2,11 |
| 146:14 147:20 | 58:8 66:2 | 65:22 66:4,14 | 249:24 254:8 | 206:14,24 |
| 148:15 151:1 | 70:15 71:9 | 66:18 68:25 | 258:24 260:14 | 209:23 211:1 |
| 151:20 152:21 | 76:2,12 80:17 | 70:1 71:13 | 263:2 265:4,5 | 211:16,22,22 |
| 153:10,16,23 | 102:22 104:2 | 72:4,8 77:19 | 265:15,16,20 | 213:14 216:1,2 |
| 154:14 155:14 | 107:23 113:8 | 77:20 80:15,18 | 265:25 266:2,5 | 216:4,5 220:21 |
| 156:7 157:2,5 | 118:18 128:9 | 80:21,21 81:20 | 266:8 275:2 | 225:8 226:14 |
| 157:7 158:11 | 130:21 132:4 | 83:6,24 87:23 | 276:11 277:12 | 226:15 236:7 |
| 159:22 164:19 | 133:7 141:21 | 90:10,19 91:1 | 283:20 284:11 | 239:10 240:18 |
| 166:11 169:7 | 144:10 149:14 | 91:5 93:17 | 284:16 296:8 | 241:17,18 |
| 170:1,6 172:14 | 151:21 161:5 | 94:10 95:5 | 298:6 301:13 | 243:25 244:16 |
| 173:3,8 175:16 | 168:3 177:1 | 99:8,10,16,22 | 301:18 302:21 | 244:23 246:1,3 |
| 175:22 183:24 | 193:4 197:20 | 100:11,16,19 | 305:6,16,21 | 246:10 247:1 |
| 185:5 189:19 | 203:13 205:9 | 100:21 101:7,8 | 328:9,21 329:1 | 248:9,23 |
| 191:13 192:17 | 205:15 210:21 | 101:10,16 | 329:9,19,23 | 249:19 250:10 |
| 200:17 201:1 | 218:11 231:11 | 102:1,7,10,10 | 330:2,8 | 251:11,18 |
| 213:18 214:2,5 | 238:8 262:5 | 102:18,21 | **study** 7:19 17:5 | 252:15,22 |
| 214:25 216:7 | 269:5 275:11 | 103:2,15 | 17:15 20:25 | 257:6,7 259:12 |
| 218:4,14 222:3 | 284:9 310:3 | 105:15 106:5 | 21:18,24 22:8 | 259:17,19 |
| 222:22 223:8 | 316:9 | 110:19 111:20 | 22:12,15 37:7 | 262:8 263:11 |
| 223:14,21,25 | **string** 81:10 | 111:21 112:1 | 44:21 56:1 | 263:12 266:14 |
| 234:20 235:3 | **strip** 174:20 | 114:4 115:2 | 60:11 61:21 | 268:11,22 |
| 235:14 236:4,5 | **striping** 49:13 | 122:4 124:10 | 62:8,9 63:8 | 271:9,15 |
| 237:2 238:5,15 | 50:19 | 124:24 127:14 | 67:22,24 68:6 | 272:17,22,25 |
| 240:1,5,10 | **strips** 174:1 | 132:25 133:10 | 69:17 70:13 | 284:25 286:10 |
| 241:10,20 | **strong** 300:18 | 133:22 136:13 | 74:22 75:9 | 286:11,16,17 |
| 262:20 263:5 | **strongly** 105:10 | 137:7 144:25 | 78:1 79:16 | 287:10 288:17 |
| 265:12,25 | 109:13 159:21 | 151:14,15 | 83:17 87:24 | 288:21 289:24 |
| 272:21 273:14 | **studied** 65:16 | 167:7,9,22 | 88:11,13,16,17 | 291:19 292:9 |
| 274:2 275:2,14 | 78:5 87:25 | 179:23 181:22 | 91:23 94:12 | 292:23 293:2,6 |

293:13,16,22
294:8 296:17
297:25 298:10
299:10 302:21
303:17,20,21
304:2,7,9,21
307:24 308:8
308:12,14
312:19,21
317:8 328:25
329:4,12,16,17
329:19 330:11
**studying** 233:25
257:10
**stuff** 52:14
130:14 221:10
221:13 248:25
278:20 281:12
281:17 321:1
**subclinical**
195:24 303:11
**subjected** 80:10
242:8 243:18
**subjective** 77:2
**subjects** 288:22
**submission**
262:25
**submucosa** 8:12
291:10 293:24
**submucosal**
297:5
**subscribed**
337:14
**subsection** 12:9
155:3 157:5
**subsequent**
293:6
**subsequently**
133:5 177:9
178:5 267:10
295:25
**subspecialty**
139:15
**substance** 337:5
**substances**
294:2

**suburethral**
7:10 116:12
117:8 118:3
126:22 186:2,9
186:11,14,17
186:20 187:1,9
187:11 205:2
209:17 212:24
213:4 214:11
**success** 169:20
170:16 197:17
**successful**
164:15
**succumb** 65:23
**sufu** 6:11 12:17
12:24,25 13:3
13:4,7 14:14
15:22 21:23
138:23 139:3,8
139:13,17
142:17,25
311:3
**suggest** 109:13
**suggests** 210:20
**sui** 8:8 117:9
118:4,7 126:23
135:14 157:10
157:15,20
158:21 214:11
235:8 236:10
236:12,15
264:14 265:19
**suis** 261:15
**suitable** 104:7
105:3,7 142:1
**suite** 4:4,9,13
**summarizing**
57:24
**summary** 55:7
55:12 114:20
145:22 225:6
**summer** 55:20
**superficially**
257:25
**superior** 127:7
127:12

**supervision**
203:6 334:11
**supplemented**
234:10
**supply** 139:21
**support** 117:7
118:2 124:24
135:25 138:21
221:20 229:8
229:25 230:20
292:23
**supported**
109:13
**supporting**
225:25
**supports** 124:8
127:10 138:14
**suppose** 24:9
84:25 119:18
158:3
**supra** 187:5,6
**suprapubic**
26:11,12 29:11
30:21 31:3,7
34:9 37:2
43:12,18 45:12
308:5 317:2
325:1
**supris** 25:20,22
26:9,19,22
28:25 29:6
38:9,14 40:22
42:6,17 79:23
80:3 84:5,6,7
84:12
**sure** 49:16 52:5
52:6 66:23
87:19 88:4
89:8 144:10
168:16 177:5,8
177:9,17
204:20 229:24
265:24 267:1
**surface** 242:22
245:23 246:19
248:4 252:25

255:8,14,23
**surgeon** 26:17
28:12 32:18
64:18 82:11
111:24 112:4
122:9 140:24
160:2 174:1,8
196:22 201:2,3
201:5,6,8,14
202:6 203:13
203:14,15,21
218:15,16,25
219:1,3 222:15
232:5 233:14
248:24 256:16
276:2 326:22
**surgeons** 12:4,5
12:10 15:5
70:2 75:15
111:23 112:2,8
112:19 119:8
142:2 159:18
159:24 161:8
170:16 196:12
197:4,7,18,23
198:8,13,19,25
199:18 200:12
200:14,16,21
200:24 201:15
201:17,19
202:3,8,18,24
203:2 231:8,15
231:20 232:7
254:14 261:14
275:11,12,17
294:17 313:20
326:15
**surgeries** 14:19
14:20 23:25
32:11 33:4
108:25 116:23
118:21 135:20
183:23 200:17
200:21,22
312:16 316:3
**surgery** 7:23

8:15 15:7
24:10,14,22
37:5 45:24
74:13 76:16
85:3,4,4 97:5
104:9 106:2
116:14 121:19
121:20,20
122:20 124:2
134:25 137:1
139:16,21
145:11,21
147:20 149:17
157:24 158:2
158:12,14
159:23 176:19
201:2 202:5
214:11 266:1
290:2 292:24
309:14
**surgical** 6:5,15
6:17 7:6 8:7
15:9,18 16:3
16:11 20:6
24:13 27:15
30:18 56:8
78:7 89:20
116:5 121:24
122:1,13
126:23 127:7
138:16 140:15
142:1 151:20
151:25 153:4
153:15,22
154:13 155:13
155:19 157:10
157:16,20
158:11 160:7
172:22 173:7
175:15,21
200:2 201:18
212:11 235:18
245:6 254:10
256:14 260:6
264:13
**surgically** 170:6

surgisis 18:14
surprise 80:1
  194:23
surprised
  279:15
surveyed 199:24
surveys 102:16
suspect 121:2
suspension
  172:21 173:9
  187:6 300:21
suspensions
  169:25 170:12
suture 49:15
  50:22 131:11
  131:17,20,21
  132:9,15,24
  133:2,10,13
  314:25
sutures 58:16
  74:1 131:8,15
  131:18,23
  132:7,8,20
  314:20
swapped 31:9
swedish 88:6
sworn 3:2 9:3
  334:6 337:14
sympathize
  320:5
symptoms 67:12
  106:1 187:13
synthetic 7:9
  27:5 30:17
  33:10,16
  116:12 117:8
  118:3 126:21
  127:2 158:20
  161:7 174:1,21
  186:9 187:9
  188:5 237:1
  263:4
synthetics
  184:17,24
  186:21 298:20
syst 5:23

system 1:4
  161:25 235:5
  235:15 249:10
  273:8
systematic 61:13
  142:6 331:22
  331:23
systems 145:16
  145:20 146:4

— T —

t 118:15 336:1
table 67:1
  237:14
tables 67:18
tablets 123:8
tactile 84:23,25
take 27:21 28:9
  29:5 61:19,21
  62:9,13 68:21
  87:16 108:21
  123:9,11
  124:24 139:19
  139:22 144:19
  183:17 192:10
  207:22 220:3
  224:3 231:11
  238:22 245:7
  257:9 275:24
  276:25 278:5
  280:14 332:7
taken 90:8
  109:25 204:10
  276:3 334:9
takes 200:23
  209:6 256:16
talent 200:23
talk 10:21 102:3
  105:15 108:1
  111:10 137:5
  146:14 167:4
  175:10 186:13
  193:15,15
  239:7 258:22
  259:17 263:1
  288:1 292:10

306:8 307:3
  317:25
talked 253:18
  254:16 260:16
  270:14 281:17
  311:3 327:5
talking 14:4
  52:6,17 86:5
  86:11 93:18
  95:16,20,20,22
  95:24 99:2,4
  99:14 102:8,20
  105:15 106:19
  124:12 129:6
  130:6 133:22
  134:23 141:13
  151:9 157:9
  168:16 171:7
  172:5 176:25
  177:2 182:3
  187:19 189:19
  192:25 198:16
  208:15 214:23
  214:25 215:4
  215:17 227:3,9
  227:18 228:7,8
  230:7 232:10
  233:10 240:12
  260:5 267:3
  270:8 274:7,8
  274:20 278:2
  290:17 302:14
  316:25 319:9
  324:17,21,24
  324:25 325:2,5
  325:6
talks 134:16,19
  172:13 215:10
tape 7:5 8:4
  69:13 78:15
  81:11,15 83:9
  110:7,8 136:25
  161:7,21
  174:21 179:12
  179:17 190:1
  190:10,13,25

205:1,15
  214:12,13
  215:5 216:9,9
  248:1 276:12
taperelated
  110:6
tapes 108:4
  190:8,10,17,17
taping 7:17
taught 33:19,20
  33:24 170:21
  235:21 314:1,3
  315:6
tcartmell 4:5
teach 112:25
  176:22 203:2
teaching 315:4
tearing 35:3
tears 35:4
technique
  144:18 214:13
  254:10 256:15
techniques
  127:7
technology
  275:1
telephone 102:5
tell 9:17 22:22
  34:17 45:14
  92:19 111:22
  111:23 113:14
  183:11 198:22
  211:23 212:9
  218:13 237:22
  247:13 255:9
  257:17 259:14
  278:12 279:3
  279:15,17
  281:8 304:19
  313:5 315:13
  315:19,20
telling 192:7
  251:17 278:24
  280:24 311:16
  319:19 321:16
temporary

176:18
ten 21:4,5
tend 171:1,3
  217:24
tends 109:12
tensile 237:23
  296:9,13
tension 49:19
  82:12 312:25
  313:1,8,19
  314:13,20
  315:7,17,18,19
tensionfree 7:4
  81:10,15
  174:16,20
  176:16 185:3
  214:12
tensioning 50:23
  292:2 315:2,9
term 23:12
  65:22 66:4
  73:25 90:10
  94:9 95:5 96:9
  96:15 99:7
  100:5 101:7
  125:7 127:23
  128:11 148:17
  148:23 149:2
  162:5 265:16
  265:25 266:2,5
  277:6 291:17
  294:16
terminology
  28:10 142:3
  305:2,11 306:1
terms 129:25
terrible 31:13
tertiary 119:20
  199:16
test 248:21
  269:20 275:13
  275:15
tested 275:6
testified 9:3
  14:14 19:10
testify 334:6

| | | | | |
|---|---|---|---|---|
| **testifying** 212:1 | 82:13 83:4,22 | 209:19 210:9 | 319:22 320:19 | 226:20 227:11 |
| 240:7 | 84:23 85:2,21 | 210:17 213:6 | 321:7 322:12 | 229:16,18 |
| **testimony** 13:14 | 86:9,19 87:18 | 214:15,22 | 326:8 329:8 | 230:16 234:12 |
| 13:20 14:6 | 88:5,18 90:17 | 215:16,20,25 | 330:7 331:4 | 235:7 241:2,13 |
| 16:17 20:13 | 91:11 93:21 | 216:2,10,13 | 332:2 | 248:14,15 |
| 53:13 70:18 | 94:23 95:1,8 | 218:19 219:23 | **theoretical** | 249:20 255:6 |
| 91:7 93:11 | 95:25 96:5,12 | 220:21 221:25 | 119:22 241:13 | 257:8 258:4 |
| 138:3 177:15 | 97:23,24 98:1 | 223:18 225:25 | **theoretically** | 271:23 280:11 |
| 178:2 180:3 | 98:16 100:8 | 226:5 227:3,21 | 121:15 | 283:10,13 |
| 334:12 | 103:7,20 106:9 | 228:15 229:22 | **theorize** 39:9 | 295:4 297:6,16 |
| **testing** 14:20 | 108:8,10,14 | 230:15 233:8 | **theory** 267:7 | 300:17 308:22 |
| 140:4 306:14 | 110:16,25 | 233:24 235:15 | **therapy** 157:9 | 313:4,5,6,10 |
| **testings** 243:8 | 111:7 117:10 | 236:1,9,11 | 157:20 158:16 | 313:13 315:3 |
| 244:9 | 117:11,14,15 | 237:19 238:2 | **thered** 174:25 | 315:18 321:15 |
| **tests** 22:19 243:7 | 117:19,21,24 | 243:1,1 244:21 | **therell** 61:8 | 329:12,23 |
| **thank** 9:20 | 119:7,12,17,22 | 245:19,20,20 | **theres** 14:12 | **theyre** 22:14 |
| 60:18 242:20 | 120:4,4 124:11 | 251:6,19,21,25 | 17:13 18:5 | 24:13,15 46:15 |
| 285:25 333:13 | 124:15 127:8 | 252:2,2 253:18 | 20:12 21:7 | 50:4 58:15 |
| **thanks** 34:13 | 127:18 131:25 | 254:12,16 | 24:4 26:2 | 60:16 61:9 |
| **thatd** 17:15 | 132:22 133:18 | 256:2,9 257:22 | 45:11,11 52:22 | 68:22 70:23 |
| **thats** 10:8,20 | 136:19 137:10 | 257:23,24 | 53:2,19,20,22 | 78:24 95:15,19 |
| 12:12,17,23 | 137:16 145:12 | 258:10 260:2,4 | 53:23 59:8 | 95:20,22,24 |
| 14:1 15:23 | 147:4,21 | 261:1 263:17 | 62:11,16,22 | 102:5 106:18 |
| 17:14 18:5,8 | 148:23 150:2 | 265:7,21 | 64:1,2 66:14 | 106:19 109:11 |
| 18:23 20:16,17 | 150:18 154:11 | 269:19 270:13 | 67:4 69:2,3,4 | 111:21 112:15 |
| 20:21 21:12 | 155:20 156:22 | 278:6,18,22 | 72:9,19 73:23 | 113:5 121:2 |
| 22:21 23:8,9 | 157:3 158:7 | 279:4,6 280:7 | 74:5,9,13 | 134:23 136:15 |
| 23:14,14 24:2 | 162:15,16 | 281:10,25 | 75:22 76:9 | 139:4 155:2,6 |
| 25:5,25 26:19 | 164:18 165:8 | 283:4 284:16 | 77:13 78:1 | 157:8 159:19 |
| 26:20 27:17 | 167:11,14 | 285:1 286:19 | 79:6,8 82:8,10 | 164:20 166:17 |
| 30:24 32:14 | 169:1 170:17 | 287:12 288:5,8 | 83:4,22 85:16 | 186:18 187:3,3 |
| 35:9,13 36:2 | 171:7 173:11 | 288:15,25 | 85:20,21 86:1 | 187:7,19 |
| 46:12 47:9 | 173:14 174:6 | 291:13 292:8 | 86:7,23 91:23 | 189:19 197:19 |
| 48:18 50:23 | 174:10,11,23 | 292:16,16 | 98:20,23 99:6 | 199:22 203:8 |
| 52:24 53:2,5 | 175:7 178:13 | 293:1 294:13 | 99:7 108:13 | 204:11 226:21 |
| 56:11 57:6,17 | 181:6 184:1 | 295:11 296:6 | 112:20 124:7 | 228:17 229:13 |
| 58:5 59:25 | 186:16,16 | 297:12,23 | 129:8,9 141:13 | 229:15 232:12 |
| 61:15,24 62:10 | 187:6,14 188:3 | 299:11,22 | 153:23 161:25 | 236:23 246:2 |
| 62:11,12 65:15 | 188:12,25 | 300:5,7,18,19 | 165:4,4,5,25 | 265:20 266:6 |
| 66:1,11 67:18 | 189:20,21 | 303:13 307:24 | 181:13,15,15 | 268:11 277:13 |
| 67:24,25 69:1 | 190:3,4,16 | 309:24 310:10 | 182:10 192:1 | 298:17 301:14 |
| 69:19,24 71:6 | 191:4 193:7 | 310:11,15,16 | 195:17 199:19 | 301:16 302:14 |
| 71:18 72:19 | 196:23 199:9 | 311:2,14,17 | 202:21,23 | 302:18 309:10 |
| 73:12 74:13 | 202:5,6 203:25 | 312:11,20 | 203:11 204:11 | 309:11 330:9 |
| 75:5 76:16,20 | 205:6,19 | 313:25 314:3 | 205:20 212:3,4 | 330:10 |
| 79:22 81:7 | 207:17 208:8 | 317:2,5,15 | 215:5 226:17 | **theyve** 12:21 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Daniel Steven Elliott, M.D.

145:1 203:9,9
222:13 248:23
263:24 264:7
**thing** 57:7 84:8
91:8 130:25
132:24 150:3
152:9 161:3
236:1,1,6
240:17 254:19
259:23 296:13
299:22 305:13
323:1
**things** 10:6
13:13,23,24
14:15 15:14
17:15 31:10
41:20,21 44:12
50:6 53:11
68:23 73:25
81:19 95:21
108:19 148:20
156:17 158:3
180:12 185:11
220:9 222:17
229:19,25
233:1 239:8
257:10 258:4
266:7 290:23
303:12 313:2
332:12
**think** 15:15
21:25 25:10,16
29:12 30:2
35:17 56:19
57:15,17 63:6
63:7 68:4
71:22 77:16
88:18 100:8
115:23 116:21
119:1 122:22
124:7 127:12
128:8 141:16
143:15,18
146:16 159:14
160:3 168:14
170:25 189:1

192:23 200:20
204:6,20 206:4
208:10 211:11
211:13,16
224:24 226:20
233:11 235:9
235:20 236:6,8
238:19 247:24
251:2 254:15
259:1,18
260:12 261:22
271:17 281:12
286:10,11
298:17 299:13
299:21,24
301:4 307:1
310:10 319:10
319:20 322:5
324:17
**thinking** 58:15
**thinks** 71:17
**third** 134:22
153:3
**thirty** 335:13
**thomas** 4:6
**thought** 46:10
83:1,2 147:9
168:10 228:7
293:3 309:2
**thousands** 80:15
216:17 222:13
**thread** 49:14
**three** 14:2 48:19
66:18 91:13
147:3 185:13
206:18 227:12
252:3,7 257:21
258:20 313:13
314:25 320:7
**threehour** 113:2
**thrown** 148:17
149:1
**thumb** 10:19,22
10:23 115:11
115:12
**tie** 313:15,17

315:15
**tied** 193:2
280:25,25
**tier** 151:12
**tighten** 292:5
**time** 8:9 17:5,20
19:3 20:18,18
22:10 27:18,22
29:10,10,13
31:4,5 33:13
37:16,21,23
38:23 39:8,19
41:3,24 42:20
47:24 49:8
50:12 64:21
68:21 69:3
91:10 93:3,4
99:6 119:6
121:8,13 124:3
131:8 145:21
167:4 176:4
179:22 187:12
188:21 191:6
206:1,8,16,20
206:24 208:7
208:20 210:19
212:10 224:2
237:12 238:23
249:21 254:13
255:1,11
262:24 289:16
292:13,20
295:24 296:5
296:12 299:7
308:23 309:8
309:13 312:4,6
317:15,17,20
322:7,8 331:1
332:10,10
**timedependent**
8:16
**times** 24:3 91:9
91:13 92:11
135:2 183:5
213:10 217:22
220:18 225:9

226:8 250:9
253:19 260:4
273:7
**tiny** 50:6
**tired** 322:4
**tissue** 23:15 24:1
45:20,24 46:12
46:19 56:15
120:6 129:7,8
162:17 166:6
174:2,3 175:2
175:5 295:16
297:4 325:1
**tissues** 291:23
292:14
**title** 62:19
237:22 286:19
**today** 9:17 10:12
10:15,22 14:5
19:5,15 38:12
38:25 47:17
79:19 114:7
115:6,7 134:13
140:25 155:17
160:3 175:12
196:16 228:16
278:20 281:1
296:6 303:15
310:2,4 318:9
321:14 322:2
332:4
**told** 30:24 39:22
46:11 92:15
115:9 130:13
131:15 132:3
211:24 262:8
278:16,22
279:5 280:18
282:4,5 315:14
318:1 319:4
320:17 321:10
321:25 322:1
322:14
**tolerable** 327:12
**tolerance** 286:7
287:4,11

**tolerated** 285:10
**tom** 71:23 91:21
91:24 92:2,4
92:18 113:16
114:24 167:17
211:22 212:2
212:16 221:2,5
321:8 323:7
**tomblin** 2:16
**tomorrow** 282:6
**tonganoxie**
334:18
**tonight** 279:24
**top** 36:19 43:5
43:12 52:22
61:12 82:8
119:1 153:7
195:9 247:21
253:15 311:15
313:15
**topdown** 26:19
29:12,23,24
34:20 42:22
51:17 79:11
108:11,20
302:14
**topic** 173:2
**topics** 13:13
**toptobottom**
26:23 77:2
78:19,23,25
79:21 82:2,21
83:10 84:3
189:16
**topup** 109:11
**tot** 214:13
251:23 303:20
**total** 17:14 18:8
31:21
**totality** 159:7
183:17
**totally** 212:6
**tough** 112:14
**touted** 185:14
**touting** 199:8
**track** 72:16 73:5

73:9 145:24
182:25
**trading** 226:23
**traditional** 23:8
134:25 186:11
186:13 187:10
309:2
**traditionally**
258:9 327:21
**traffic** 20:4
**trained** 97:16
161:14,18
202:5 203:7
**training** 13:10
14:16 15:6,8
82:4 112:22
**trans** 37:10
141:21
**transabdominal**
184:18
**transabdomin...**
298:3 299:12
**transcript**
335:14,16
**transcription**
337:4
**translate** 195:20
195:22
**translation**
162:9
**transmission**
295:17
**transmitted**
45:6
**transobturator**
20:14,22 21:1
24:20 25:3
26:14 29:3,11
29:25 30:7,20
31:4,8 34:11
38:5,21 39:18
39:21,24 40:8
43:10,16 84:16
85:6 86:12,14
87:2 109:12,16
142:15 146:20

175:11 199:5
214:13 215:5
291:20 308:5
312:24 313:3
313:11
**transobturators**
31:6
**transvaginal**
26:12 218:16
286:4
**transvaginally**
241:15
**travel** 16:19
17:13,18
**treat** 32:12
33:10 42:21
43:13 107:10
118:7 145:4,5
145:7 155:14
170:9 172:13
173:3,7 175:16
175:22 191:12
210:25 216:7
223:21 236:5
237:2 240:10
247:10 262:20
282:20 304:3
304:23 305:7
305:22 309:10
**treated** 24:18
224:24 241:20
307:25 327:11
**treating** 96:21
106:25 107:16
109:14 170:6
185:5 218:4
235:13 240:1
307:10
**treatment** 6:6,18
7:6 15:10,18
16:11 19:11
20:7 22:16
24:15 27:10,16
30:18 46:18
48:3 56:8
59:18 89:20

96:25 97:19
106:20 116:5
117:9 118:4
135:14 136:2
138:16 140:15
141:7 142:4
144:14 145:14
147:18,18
148:8,11,20
151:20,25
152:18,21,24
153:7,15,20
158:21 169:7
170:1,20
205:17 213:18
223:8 241:10
263:5 283:23
301:22 306:5
309:9
**treatments**
63:20 151:12
235:8
**trial** 59:11,14,15
59:16 60:15
61:13 105:23
151:14 215:15
218:23
**trials** 38:9,13,22
39:1,7,13
58:19 59:6
61:7 64:9 70:3
70:4,17,19,19
78:6 80:2,10
80:19 113:10
113:11 118:17
118:23 123:21
127:2 150:8
265:1 301:21
328:5
**trick** 211:19
310:17
**tricking** 211:21
211:23
**tried** 202:16
298:8
**trochar** 34:23

34:25 82:7
109:25
**trochars** 48:11
57:6 84:11
108:14 276:14
283:13
**trouble** 319:17
**true** 66:6 75:14
78:11 110:16
111:24 149:23
149:23 163:22
164:2 169:18
181:21 183:18
196:10,14
200:20 203:21
214:20 261:4
265:9,19 296:6
334:11
**truly** 221:18
**trust** 208:10
**trusting** 40:1
**truth** 180:14
311:16 334:6
**truthful** 14:8
**try** 9:15,17 56:2
164:13,15
211:23 244:8
249:11 252:23
295:10
**trying** 31:2 60:3
60:7 128:10
147:8 178:13
206:11 211:19
254:13 269:19
270:2 310:17
**tube** 317:2
**tug** 43:20
**turn** 52:21 142:2
160:21 282:17
301:5
**turned** 36:3
**tvm** 286:3
**tvt** 7:5 17:2,3
18:1 26:18
33:13 43:5
47:7 49:12

51:10,13,15
53:22 54:3,7
56:23 57:10,13
74:2 77:5,11
77:20 78:2,4
78:18 79:1,11
79:12 80:11,16
80:17 81:5,6,7
81:13,14,20,22
81:24,24 82:1
82:20 83:8
84:14 85:17
86:24 96:20,24
97:7,12,19
98:9,24 99:11
99:23 100:4,12
100:22 101:1,7
101:15 102:10
103:15 105:6
106:23 107:4
107:15 108:12
110:15,20
112:7 113:12
118:17,25
119:4,13 121:5
121:25 122:5
122:12,23
123:13,17,19
124:3,16 128:4
130:13 137:14
137:17,19,21
138:1,8 140:25
141:25 144:20
146:21 147:6
148:22 149:10
150:17,21
164:24 165:9
165:18 166:10
166:18 167:8
167:24 168:5
174:23 177:20
177:21 179:10
180:16,17
184:16 185:4,8
185:10,25
186:25 187:22

188:14,18
189:8,11,24
190:13 191:11
191:19 192:3,9
192:16,23
193:4,5,8,18
193:21,23
194:20,24
196:3,9 197:5
197:12,22
198:16 199:25
200:25 202:5,9
202:19 203:15
204:15,23
205:17 213:24
214:12 215:1,5
215:8,13,19,21
215:23 216:3,8
217:1,6,12
218:3,23
221:20 222:2
222:21 223:4
223:13,18,20
224:8,23 225:2
225:4,5 226:16
227:2,13,22
228:1 231:21
235:1 236:18
237:8,24 238:6
238:10,17
239:9,20 240:9
240:9,21
241:10,19
245:25 246:22
247:10,11,17
248:2,7 249:3
250:1,3,20,22
250:23 251:6,9
251:11,17,23
252:3,7,11
258:20 260:9
260:19 261:16
262:14,17,20
263:9,20 264:1
264:3 266:10
266:15 267:2,4

268:12,15
269:8,16
272:20 273:3,5
273:23 274:7
274:17,17,23
274:24 276:6
276:13,25
277:1 279:12
280:6 281:20
282:20 283:22
283:24 284:4,5
284:12,14
288:6 289:7
291:4 301:22
302:1,5,12,15
302:21 303:1
303:16,20,21
304:2,23,24
305:6,13,21
306:5 315:10
315:17 318:7
318:14 320:16
320:21 323:18
323:19 324:8
324:14,18
325:10,19
326:7,25
327:13,16
328:3,6,21
329:12,24
331:7
**tvtaa** 78:23,24
79:5,14,18,20
81:7 83:17
**tvto** 304:6,7,11
304:14,16
**tvts** 81:8,15
106:8 196:22
201:4 250:25
308:7
**tvtsecur** 81:7
245:8 258:21
303:20,24
304:5,17
**twice** 13:18 62:4
167:15

**two** 14:2,2 18:7
19:4 20:18,19
28:18 30:12
31:5 32:16
42:7,12,17
46:5,7,10,20
48:19 59:17,18
74:14 87:23
96:2 114:3
129:21 131:16
140:10 173:8
179:10 185:13
203:20 226:15
252:7 257:21
258:20 268:17
305:19 313:2,7
313:10,16,23
314:7,10,25
315:15 320:4
326:17 331:2
**twothirds** 67:14
**tyler** 2:18
**type** 25:18 26:6
31:22,25 41:21
45:10 60:11
73:25 95:18,21
131:20 150:23
159:22 161:20
161:23,25
215:13,23
216:9 217:10
217:16 218:3
234:10 246:18
314:19 324:23
326:6
**typed** 10:11
**types** 13:24
14:20 15:14
44:12 60:8
61:23 116:23
136:8,10
166:21 295:5
308:3,4 313:11
**typically** 159:24
203:1 236:15
300:12

**typographical**
52:25
**tzartzeva** 247:25
250:2,17

---

**U**

**u** 1:6
**ucla** 299:16,20
300:1,16
**ui** 169:7 170:1
**ulmsten** 112:24
178:4 180:10
181:4 182:12
183:7
**ultimate** 241:14
**ultimately** 180:2
256:17 285:16
312:10
**ultrapro** 217:4
275:15 284:21
284:23 285:15
**umbrella** 12:13
**umhum** 121:10
156:11 242:20
306:9
**unable** 246:17
**unacceptable**
35:6 44:12,25
45:1,2 277:17
**unacceptably**
217:17
**unaware** 50:11
80:4 100:25
234:3 248:22
276:8,10
284:16 305:10
**uncommon**
137:2 234:17
**uncommonly**
317:3
**undergo** 24:14
**underlying**
113:14 246:13
258:14
**underneath**
12:12 87:8

120:19
**understand** 9:16
22:14 29:24
30:14 48:24
57:18 59:7
80:20 109:1
130:12 137:14
144:9 232:25
234:25 238:12
241:6 265:24
269:20 277:24
318:25 320:4
**understanding**
13:22 23:11
69:25 77:8,10
77:11 109:3
149:13,15
164:12 166:17
288:9 304:14
**unequivocally**
35:4 199:20
**unethical** 277:16
**unfair** 211:11
**unfortunate**
259:20
**unfortunately**
76:20 140:18
181:6 261:4
**uniform** 165:6
**united** 1:1 30:23
39:24 112:9
124:2 196:23
202:9,19
219:24 231:8
231:21 232:16
316:4
**universities**
201:19
**university** 64:3
**unknown**
204:18
**unqualified**
201:3
**unquote** 82:25
**unreliable**
173:17

**unsafe** 143:12
143:14,24
144:5,15,18
**unsuccessful**
104:9
**untruthful** 14:7
**unusually** 205:1
**update** 10:21
98:6 126:10
141:14
**updated** 5:10
22:2,7 56:5
98:7 109:3
179:20 264:21
**updown** 302:14
**upper** 151:12
**uptodate** 10:4
170:4
**urethra** 174:4
313:14
**urethral** 187:5,6
254:3
**urethrolysis**
36:5
**urethropexy**
150:2,6
**urgency** 125:19
187:13
**urinary** 5:17,22
6:6,10,13,18
6:19,22,23 7:7
7:11 13:11
15:10,19 16:4
19:6 20:7
24:22 27:16
30:18 32:12
33:3,11 42:22
43:13 48:2
51:18 55:3
56:9 76:15
78:7 89:20
96:21,25 97:5
97:14,20
105:24 106:20
106:25 107:10
107:16 116:5

116:15,23
124:1 134:8
136:4 138:16
140:16 141:11
141:20,23
144:15 145:9
145:14,16
146:14 148:15
150:16 151:2
151:25 152:22
153:16 154:6
154:15 155:7
155:14 156:7
157:2 158:11
160:18 170:6
171:20,23
172:5 175:16
175:22 183:24
185:5 189:19
191:13 192:17
213:18 214:2,5
214:25 216:7
218:4,14 222:4
223:21,25
234:20 235:3
235:14 237:2
238:15 240:1,5
240:10 241:20
266:1 273:14
274:2 276:11
277:19 282:21
284:12 307:14
307:15 315:23
316:5,15
**urination**
125:20
**urodynamics**
7:8 11:24
12:20
**urogyn** 65:4
**urogynecologic**
7:21 12:3,14
**urogynecologist**
139:14
**urogynecologi...**
202:4

**urogynecology**
5:19 7:3 33:21
34:2
**urologic** 11:23
12:4,6
**urological** 6:3
116:3
**urologist** 140:23
**urologists** 11:22
116:24 171:1,3
**urology** 5:11 8:9
8:16 11:25
12:7,11,12,13
12:21 13:11
14:16,17,25
15:12,13 16:6
33:20 62:5
112:10 119:2
152:9 155:4,4
156:15 170:24
176:3 290:8,11
290:19,21
293:14 300:1
300:18
**usa** 113:3
**use** 6:4 20:7,15
22:20 23:21
25:21 29:1
30:23 44:25
54:18 80:25
83:11,12 84:22
87:17 109:24
116:4 117:7
118:2 126:21
128:11 130:22
131:17,18
135:25 136:4
138:14 145:13
148:12 155:16
156:12,18,25
161:8,13,13,14
161:17,20
192:17 202:9
216:7 222:3
223:24 225:17
225:23 226:4,8

226:10 230:18
231:15,21
235:2,13 236:3
238:6 239:25
240:19 241:18
245:14 266:10
270:2 288:1
291:17 292:23
294:14 297:4
305:2,8,19
307:9 313:20
314:6,12,19
**useful** 107:16,20
**uses** 26:23 174:1
176:3 203:15
225:24 231:18
289:10
**usual** 258:11
**usually** 24:3,10
131:14 156:22
176:17 183:14
200:21 291:17
**ut** 250:12
**utah** 250:19
**utility** 107:4,8
**utilized** 42:22
**utilizing** 43:4
305:21

_____
**V**
**v** 1:7,8,9,10,11
1:12,13,14,15
1:16,17,18,19
1:21 2:2,3,4,5
2:6,7,8,9,9,10
2:11,12,13,14
2:15,16,17,18
2:19,20,21,22
2:23
**vagina** 20:11
95:19 110:7
166:19,23
194:1,5,17
195:11,15
223:17 259:22
285:22 296:14

**vaginal** 6:5 7:5
7:16 8:4 37:2
43:24 69:12
78:15 81:10,15
83:9,21,25
84:7 116:4
171:6 206:9,22
208:2,24
209:10,13
213:8 214:12
217:11 225:10
226:9 233:16
234:3,5,7,16
247:2 248:1
249:20,25
267:20 268:4
268:23,25
269:2,11,22
270:1,5,9,12
270:23 308:6
325:3,11,23,24
326:2,3
**vaginas** 195:13
**vague** 101:19
102:9 107:7,19
124:19 125:8
125:21 182:2
261:22 267:2
**validity** 116:20
**valley** 12:2
**value** 225:20,22
**vanbuskirk** 1:21
**variable** 22:24
48:10 83:5,23
**variables** 24:5
82:10 83:6
203:11
**variant** 132:22
**variations** 8:10
8:16
**varies** 20:17
306:11
**various** 60:5
102:2 148:3
185:9 192:22
196:17 197:2

| | | | |
|---|---|---|---|
| 227:9 236:7 | 199:18 200:2 | 310:17 317:23 | 176:8,11 | 319:2,22 322:1 |
| 249:10,11 | 202:20 265:15 | 317:24 318:24 | 264:18 266:17 | **whats** 22:12 |
| 289:25 290:22 | **volumes** 14:20 | 319:3,16,23 | **webb** 1:12 | 31:19 57:8 |
| 298:16 306:12 | 201:22,24 | 332:8,20,23 | **webster** 309:3,3 | 128:5 210:2,19 |
| **vary** 23:7 | 202:13 | 333:3 | **wed** 34:8 102:13 | 229:21,22 |
| **vast** 59:3 | **vypro** 181:22 | **wanted** 114:21 | 133:16 202:11 | 258:16 269:3 |
| **vaughn** 3:9 | 182:4,6,9,18 | 275:12,20 | 283:25 | 289:19 306:24 |
| 334:3,22 | 216:24 217:2,7 | 278:14 305:19 | **week** 122:22 | 311:4 319:8 |
| **verified** 78:10 | 273:20 284:18 | 312:5 321:24 | 227:11,12 | **wheres** 173:1 |
| **verify** 117:5 | 284:20,22,23 | **wanting** 277:5 | 245:8,20 | 212:11 |
| **version** 7:12 | 285:3 286:3 | **wants** 220:12 | 278:16 279:13 | **whichever** |
| 115:3,15 | 287:11,21 | **warned** 105:12 | **weekend** 279:21 | 182:17 |
| **versus** 118:25 | 288:10 289:6 | 270:17 | 318:11 | **whisner** 2:15 |
| 122:5,14 | 289:10 | **warning** 321:1 | **weekly** 328:2 | **white** 173:21 |
| 123:19 124:16 | ——————— | **warnings** 322:7 | **weeks** 74:7,14 | **whos** 182:25 |
| 162:1 171:1 | **W** | **washington** 4:10 | 121:22 122:19 | 280:9 286:20 |
| 185:25 218:23 | **wagstaff** 3:6 4:3 | **wasnt** 21:25 | 258:9,11,20,25 | **wide** 236:16 |
| 229:21 232:16 | **wait** 39:19 | 26:1 126:8 | 293:19 317:4 | 283:4 |
| 293:23 301:19 | 114:15 182:1 | 150:21 250:20 | 324:9,23 | **widespread** |
| 304:5 | **walberger** | 318:16 319:25 | **weight** 45:5 48:1 | 240:19 |
| **vicious** 254:1 | 318:10 | 320:3 328:15 | 222:16 234:19 | **width** 236:24 |
| **vicryl** 131:18 | **wang** 192:24 | 330:21 | 235:4,11,15,20 | 282:23 314:9 |
| 288:11 289:11 | 193:6 204:19 | **waste** 312:3 | 235:22,24 | **wires** 165:5 |
| 289:15 | 204:22 205:7 | **wasting** 93:3 | 237:2 238:7,16 | **wish** 282:2,3,4 |
| **views** 218:2 | 267:17 268:22 | **water** 9:15 32:2 | 238:19 239:7 | **withdraw** 35:16 |
| **virginia** 1:1 | 269:10 272:13 | **watkins** 278:19 | 239:18,25 | 172:25 262:18 |
| **vivo** 247:4 | 272:15 | 279:12 280:10 | 240:8 241:4,9 | 278:4 316:11 |
| **voice** 9:13 | **want** 14:18 | 280:16 318:11 | 275:5,13 276:4 | **withdrawn** |
| **voiding** 78:14 | 17:14 24:15,18 | **wavelength** | 306:16 323:19 | 305:17 |
| 79:10 82:2,9 | 34:9 35:18 | 235:10 | **weights** 236:8 | **withinnamed** |
| 82:20 124:14 | 58:18 60:20 | **way** 23:13 26:20 | 237:15 | 334:5 |
| 124:20 125:2,7 | 68:4 87:12,17 | 45:23 53:8 | **wellknown** | **witness** 5:2 9:3 |
| 125:9,17,20 | 113:13,15 | 73:2 75:1 80:6 | 191:9 300:16 | 211:12,23 |
| 136:24 145:7 | 115:16 120:7 | 120:22 132:19 | **went** 73:2 | 220:16 320:14 |
| 187:12 188:20 | 120:20 129:25 | 138:4 143:8 | 212:12 253:4 | 321:21 322:22 |
| 189:25 208:3 | 130:10,14 | 175:16,22 | 312:10 330:15 | 334:5,7,12,17 |
| 208:25 209:11 | 168:15 180:3 | 185:11 196:5 | 330:18 | 335:1 |
| 209:13 317:12 | 183:16,17 | 198:11 202:11 | **west** 1:1 | **witnesses** 53:14 |
| **volume** 70:2 | 188:16 199:21 | 234:18 271:4 | **weve** 87:17 | **woman** 56:15 |
| 88:20 100:5 | 208:17 211:11 | 283:3 301:10 | 89:13 118:5 | 73:24 75:23 |
| 139:22 160:7 | 211:14 216:21 | 322:25 326:7 | 131:15 132:3 | 76:10,19 95:18 |
| 196:12 197:10 | 220:7 224:7 | **ways** 168:9 | 148:9 158:22 | 103:20 105:11 |
| 197:12,14,15 | 232:25 239:21 | **wcllp** 4:5 | 175:11 178:9 | 153:7 164:22 |
| 197:16,18,19 | 248:24 256:20 | **weaknesses** 61:8 | 188:12 196:16 | 165:22 203:22 |
| 197:23 198:13 | 257:9,18 267:1 | **web** 6:25 171:24 | 204:12 253:18 | 210:18 273:1 |
| 198:20,24 | 271:6 302:5 | 173:17,24 | 255:13 259:3,3 | 327:25 |

Daniel Steven Elliott, M.D.

| | | | | |
|---|---|---|---|---|
| womans 75:18 | 158:4 170:13 | written 36:3 | 204:7 208:5 | 204:11,15,17 |
| women 5:17 | 172:10 219:5 | 125:3 129:22 | 209:8 211:18 | 210:2,3,9,14 |
| 6:24 7:11 8:5 | 259:23 301:1 | wrong 63:7 | 232:5 233:16 | 210:17,18,23 |
| 41:9 55:4 | 319:7 | 91:21 221:7 | 234:18 236:22 | 211:2,4 234:10 |
| 58:22 71:2 | worked 16:21 | 253:4 296:2 | 236:23 237:7 | 240:22,22 |
| 76:6 88:11,15 | 240:8 310:21 | 315:9 322:19 | 238:2,13,23 | 248:3 255:4 |
| 96:25 97:6 | working 199:16 | 329:22 | 243:1 246:12 | 269:3 300:21 |
| 104:7,9 105:3 | 199:16 267:24 | wrote 64:21 | 249:21 250:2 | 329:14 |
| 105:7,24 | works 238:17 | 125:6,22 191:6 | 250:12,18 | yesterday 10:10 |
| 106:25 125:12 | 280:24 313:24 | 199:4 222:4 | 279:1 288:19 | youd 48:13 |
| 126:23 142:20 | world 196:20 | 233:20 262:13 | 313:22 314:2 | 49:18 68:5 |
| 143:7 144:20 | 276:2 | 263:7 295:20 | 319:15 320:2 | 70:12 100:1 |
| 152:19,22 | worlds 225:20 | 296:3 312:8 | year 20:15 21:10 | 101:8 120:18 |
| 153:8,10,16 | worldwide | | 22:21,21,22 | 122:12 174:14 |
| 154:14 160:18 | 135:15 140:14 | **X** | 23:3,6,22 27:5 | 184:7 243:10 |
| 166:11 167:9 | 158:19 | x 5:1 | 30:12,15 31:16 | 260:2 329:18 |
| 169:8 172:6 | worrisome 79:1 | xenograft | 37:24 48:20 | youre 14:4 |
| 175:25 191:13 | 243:1 | 296:18 | 49:6 112:11 | 18:10 19:1,20 |
| 191:19 192:17 | worse 79:15 | | 113:6,12 | 24:22 42:17 |
| 193:5 205:22 | 166:20,23 | **Y** | 141:12 178:12 | 51:12 52:6,10 |
| 206:22 207:1,7 | 168:19 190:20 | yeah 13:23 15:1 | 178:14,22,25 | 52:16 53:18 |
| 207:23,25 | 190:22 210:20 | 15:4 20:19 | 178:25 201:9 | 59:24 60:7 |
| 208:22,23,23 | 228:17 234:9 | 21:9 22:23 | 203:22 204:11 | 61:20 64:18,24 |
| 211:4 234:8,14 | 294:23 | 30:4 34:19 | 263:10,15 | 71:8 73:17 |
| 238:15 239:24 | worsen 160:14 | 46:5 50:21 | 265:2 309:16 | 82:7 84:19 |
| 241:19 243:2 | worst 190:21 | 52:24 53:2 | 309:17 | 85:1,13,25 |
| 246:15 247:11 | worth 330:10 | 61:15 63:8 | yearly 75:13,18 | 86:3,4 91:21 |
| 248:1 257:10 | worthless | 64:13 65:1 | 76:5,19 300:5 | 91:24 92:17,20 |
| 257:13 266:8 | 294:23,24 | 67:16 68:20 | years 5:20 18:7 | 93:3,4 95:4 |
| 272:20 275:2 | wouldnt 32:21 | 88:6 97:23,25 | 20:18,19,19 | 98:12 99:4,4,9 |
| 276:16 304:23 | 80:1 120:9 | 98:13 104:19 | 28:1,4 30:20 | 102:8 104:14 |
| 305:8,16,21 | 188:9,10 | 105:19 106:23 | 31:19 38:2 | 116:7,10,21 |
| 310:25 327:1 | 242:16 318:17 | 109:6 113:20 | 48:19 64:6 | 121:12 124:23 |
| wont 62:12 | 332:18 | 125:5,12 | 65:2 66:12,18 | 129:17 132:18 |
| 315:16 | wound 57:7 | 126:13 127:18 | 70:11 71:1 | 133:22 134:10 |
| wood 247:21 | 257:23 | 127:24 134:1 | 73:21,25 83:13 | 141:12 151:9 |
| word 72:20 | write 180:13 | 134:21 139:4 | 94:18 99:11 | 152:25 158:2 |
| 162:10 201:6 | 199:1,18 | 141:12 142:3 | 100:11,22 | 158:10 160:2 |
| 207:22 223:12 | 305:14 323:8 | 153:12,18 | 104:23,25 | 160:23 168:20 |
| 305:18 | writer 173:13 | 157:1 162:14 | 106:2 119:19 | 171:7,11 |
| worded 239:5 | writing 51:21 | 162:14,15 | 122:10 127:3 | 172:24 179:4 |
| words 12:22 | 176:6 214:1 | 168:18 171:24 | 128:18 129:14 | 182:3 184:23 |
| 72:18 111:16 | 217:20 334:10 | 175:8 178:24 | 129:21 137:9 | 185:21 190:23 |
| 245:14 270:2 | writings 220:4,5 | 178:24 185:14 | 140:10 176:4 | 192:2,8 194:8 |
| 305:19 | 220:6 222:2 | 187:3 188:8 | 178:5 179:5,5 | 194:15 196:18 |
| work 16:15 18:1 | 263:23 | 190:19 202:1 | 185:13 188:3 | 200:11 211:18 |

Daniel Steven Elliott, M.D.

212:1,5,16
220:20 226:2
226:23 229:20
230:4,4,7
237:17,20
238:3 240:7
243:10 244:2
244:13,19
246:14,21
247:12 249:2
249:14 260:7
261:24 264:15
270:4 276:2
278:1,2,24,24
280:25 284:18
285:15 286:11
286:12 290:16
295:23 297:9
311:16 312:3,3
313:18 316:24
316:25 317:22
318:23 322:19
332:24
**youve** 13:14
24:17 26:25
43:10,11 48:8
57:24 71:3
74:12 91:13
97:17 127:9,22
130:13 138:23
141:9 148:24
149:3,7,10
160:6 169:11
183:25 197:1
199:2 203:15
211:12 223:19
224:10 266:20
281:22 299:8
316:21 317:8
318:18 321:24
328:9 331:3,20
332:11,12
**yshaped** 275:23

_____

**Z**

**zero** 28:21 37:24

45:5 48:14,15
64:5 68:4
132:21 215:12
317:7,7 329:13
**zimmern** 250:10
250:18,19
260:15
**zumbro** 12:2

_____

**0**

**0** 207:15,20
213:10 217:12
271:2,3
**00** 279:25 280:1
**000** 69:14 136:1
136:14 162:24
180:10,15
181:3 303:1
**01** 134:4
**05** 224:5
**07** 224:6
**0895** 334:23

_____

**1**

**1** 5:8 9:1,21
36:14 58:3
59:16 60:12
69:14,19,22
74:21 84:2,2,8
84:8,21 112:10
124:23 134:4
139:11 161:6
161:20,23,25
162:24 171:15
171:16 191:1
199:22 206:12
206:13 207:24
208:8,11
209:21 210:24
213:9 215:13
215:23 216:9
236:16,17,17
236:19,19
241:11,11
275:6,6 276:4
276:4 277:20

277:20 282:24
283:4 301:7
302:3,4 303:1
**10** 6:11 23:3,21
28:1,4 31:21
34:21 64:6
65:2 66:18
70:11 72:21,24
73:21 83:13
85:17,24 86:24
100:11,22
121:20 122:10
123:8 127:3
139:1 161:6
165:7 183:5
199:2,5 210:2
240:22 285:5
291:20 292:1
321:7 329:14
**100** 7:25 27:4
30:14 44:5
48:19 49:5
64:4 165:18
213:7 220:18
242:7,10
268:18,20
269:8,13,14,16
**1015** 5:20
**1020** 4:13
**105** 237:8
**1052** 3:9 334:22
**10year** 65:8
100:15,17
103:8 329:12
**11** 5:10,11 6:14
52:19 53:7
87:20,21 146:7
146:9 179:5
247:24
**110** 17:16 31:16
31:23
**1100** 4:5
**113** 58:22
**1156** 65:12
**116** 6:3
**12** 6:17 58:22

66:12 129:15
130:17,19,25
134:3 151:18
151:19,24
156:8 188:3
204:4 265:15
293:19 307:5
320:11
**1200** 27:4 61:7
**127** 67:16
**12cv02952** 1:7
**12cv07924** 1:8
**12cv09765** 1:9
**12md0237** 1:4
**13** 6:19 30:19
65:19 67:17
154:4 157:8,19
247:14 253:15
282:8 317:21
330:18,23
**1300** 81:6,22
**134** 6:8
**139** 6:11
**13cv02565** 1:10
**13cv02919** 1:11
**13cv04517** 1:12
**13cv04730** 1:13
**13cv07283** 1:14
**13cv10150** 1:15
**13cv11022** 1:16
**13cv14355** 1:17
**13cv14718** 1:18
**13cv14799** 1:19
**13cv16183** 1:21
**13cv16564** 2:2
**13cv17012** 2:3
**13cv18479** 2:4
**13cv22606** 2:5
**13cv24393** 2:6
**13cv29260** 2:7
**13cv29918** 2:8
**13cv31818** 2:9
**13cv31881** 2:9
**13cv32627** 2:10
**14** 6:21 30:19
155:22 311:11

312:9
**1400** 4:13
**146** 6:14
**14cv09195** 2:11
**14cv09517** 2:12
**14cv10640** 2:13
**14cv12756** 2:14
**14cv13023** 2:15
**14cv14664** 2:16
**14cv16061** 2:17
**14cv19110** 2:18
**14cv22079** 2:19
**14cv24911** 2:20
**14cv24999** 2:21
**14cv28620** 2:22
**14cv29624** 2:23
**14year** 66:16
**15** 6:22 30:20
62:4 65:2
112:7 119:9
123:8 128:18
160:15 198:14
199:17 200:10
201:8 210:14
247:21 250:3
255:4 269:3
313:15 314:14
315:15
**150** 27:5 30:15
48:19 49:5
114:4
**151** 6:17
**154** 6:19
**155** 6:21
**156** 65:7
**16** 6:25 94:16
171:17,19
253:15
**160** 6:22
**17** 7:3 67:10,13
67:16 137:9
178:5,7,12,14
179:5 192:11
211:14 212:4
212:14,14
213:7 267:19

Daniel Steven Elliott, M.D.

268:3 284:2
285:9 307:19
**171** 6:25 160:17
**178** 7:3
**17year** 137:13
137:16 177:2
180:9
**18** 7:8 94:17
167:6 185:16
306:15
**185** 7:8
**1885** 4:10
**18th** 172:1
**19** 7:13 204:21
260:18 261:15
262:1
**19034** 4:10
**1972** 146:6
**1993** 88:20
**1st** 17:11

————— **2** —————
**2** 1:4,7,8,9,10,11
1:12,13,14,15
1:16,17,18,19
1:21 2:2,3,4,5
2:6,7,8,9,9,10
2:11,12,13,14
2:15,16,17,18
2:19,20,21,22
2:23 5:10 11:2
11:7 30:15
57:19,25 60:14
60:15 69:19,22
74:21 80:23
110:8 112:10
136:1,14 173:3
176:4 192:11
192:12 199:22
205:24 206:10
208:19,21
210:6 267:18
267:22,23,25
268:2 270:4,12
301:7 302:3,4
**20** 7:20 21:7

210:3 213:15
222:8,25 269:3
282:17 316:23
337:15
**200** 77:16
**2000** 28:15
178:15
**2000s** 327:23
**2001** 178:16
**2002** 37:17
**2003** 30:10 32:7
37:17
**2004** 27:6,11,22
30:9 204:24
288:23 290:9
293:2
**2005** 27:22
**2006** 293:13
**2007** 237:21,25
301:15
**2008** 216:12
237:25 298:4
**2009** 141:13,14
**2010** 216:10
241:23
**2011** 185:19
**2012** 141:14
152:12 153:19
331:21
**2013** 16:13
20:12 25:16
26:1,2 27:3,12
27:12 31:19
42:25 43:2
116:6 126:3,4
126:11 140:1
155:24 160:18
263:3 264:14
264:21
**2014** 43:2
**2015** 1:23 3:4
5:23 17:8
21:23 55:17
56:5 77:15
154:6 155:8
172:2 247:22

301:9 334:18
**204** 7:13
**21** 7:21 65:9,12
65:18 66:7
69:14 176:4
242:1,3 285:1
302:8,25 303:4
306:7
**213** 7:20
**22** 8:3 67:4
87:20 250:7
306:14
**23** 8:6 264:11,12
**2327** 1:5
**24** 8:9 130:19
131:1 132:17
133:14 160:21
192:24 193:6
289:23,24
**242** 7:21
**24hour** 22:19
**25** 8:16 11:21
113:5,12 278:7
293:11,12
307:19
**250** 8:3
**26** 1:23
**264** 8:6
**266** 243:15,16
243:17,22
244:4,5
**267** 4:10 244:4
**269** 246:25
**26th** 3:4
**27** 264:21
**28** 192:12
**289** 8:9
**29** 65:7,13,15
67:12
**293** 8:16
**298** 88:20
**29th** 334:18

————— **3** —————
**3** 5:11 11:8,13
11:21 19:17

67:22 68:2,10
68:12 72:25
74:21 80:23
146:16 161:6
191:1 206:12
206:13,16
217:10,16
224:5,6 238:24
238:25 328:16
328:22
**30** 23:1,4,6 71:1
75:12 134:3
188:3 210:18
269:3 284:6
319:4 335:13
**300** 4:4 30:15
**301** 88:21
**31** 70:3,17
238:24
**31st** 17:8
**32** 54:10,12
238:25 311:10
**323** 5:4
**326** 5:3
**33** 320:12
**35** 242:25 243:2
**39157** 4:14
**3s** 274:22

————— **4** —————
**4** 5:15 54:25
55:2 57:19,25
66:12 77:15
205:24 206:10
207:16,23,23
208:1,5 267:18
267:22,23,25
268:2 270:4,12
271:2 278:7,8
300:4 328:13
328:15,18
**40** 71:1 75:12
**400** 4:9 109:21
180:10,15
181:3
**41** 3:5 87:21

**42** 278:8 320:13
**45** 171:15 256:6
256:12,21,22
257:1 259:4,7
**4740** 3:6 4:3
**48** 281:23
**49** 232:9

————— **5** —————
**5** 3:5 5:18 10:9
11:9 36:14
37:1 60:18,19
67:1 75:3 84:2
84:8 85:16
86:23 94:17
127:3 146:13
163:20 164:14
178:22,25,25
179:5 184:2
207:25 208:1
208:11 210:2
210:17,23
211:4 213:10
236:17 240:22
306:17 320:12
320:13 333:15
**50** 71:1 75:12
171:16 307:3
310:3
**500** 4:9 109:21
139:8
**51** 232:9
**510k** 262:17,19
262:25 264:2
266:15
**513** 4:10
**54** 3:5 5:15
333:15
**55** 255:16,19
256:14
**56** 178:19 271:2
271:3
**57** 207:15,20
**5711** 4:14
**58** 67:16
**5th** 281:1 319:11

| | | |
|---|---|---|
| **5year** 179:3 | **7centimeter** 184:3 | **98** 74:14 258:10 |
| **6** | **7hour** 280:14 321:15 | **99** 28:15 211:4 |
| **6** 5:19 66:25 94:16 179:10 184:3 206:21 268:21 269:9 269:21 279:25 280:1 330:20 | **7nanometer** 252:24 | |
| **60** 5:18 17:8,9 21:10,17 22:2 71:1 237:3 268:1,22 | **8** | |
| | **8** 6:3 65:8,16 66:8 87:25 103:8 116:1 204:11 306:17 | |
| **601** 4:14 | **80** 20:16,19 105:24 137:6 163:17 243:2 | |
| **620** 288:20,23 | **800** 145:16 | |
| **64112** 4:4 | **81** 58:19 61:7 113:9,11 114:4 262:3,11 | |
| **66** 5:19 | | |
| **68** 210:6 | **816** 4:5 | |
| **69** 210:7 | **82** 242:13 | |
| **7** | **84** 242:8,14,15 242:25 | |
| **7** 5:23 89:11,12 179:5 204:11 206:2 209:15 212:3,23 278:25 317:21 319:22 321:5 321:14 322:15 330:15,17,18 330:22 332:24 | **85** 309:4 | |
| | **86** 311:20 312:12 | |
| | **89** 5:23 | |
| | **9** | |
| | **9** 3:5 5:3,8 6:8 31:16 52:21 67:22 68:2,10 68:12 72:25 88:7 94:17 134:5 208:19 209:8 217:11 281:6,10 307:21 319:21 322:1 328:16 328:22 | |
| **70** 48:4 237:8 | | |
| **700** 16:16,18 17:17 139:11 205:22 207:16 207:24 208:5 209:9 267:19 271:2 | | |
| **700s** 208:11 | | |
| **701** 4:5 | | |
| **72** 88:20 | | |
| **75** 162:13,18,20 163:7,13 164:17,25 165:7 | **90s** 150:1 | |
| | **93** 311:10 | |
| | **948** 4:14 | |
| | **97** 54:13 206:21 268:21 269:9 269:21 | |
| **799page** 332:3 333:10 | | |

International Journal of Urology (2012) **19**, 1003–1009                    doi: 10.1111/j.1442-2042.2012.03078.x

## Original Article: Clinical Investigation

# Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome

Pia Heinonen,[1] Seija Ala-Nissilä,[2] Pentti Kiilholma[1] and Eija Laurikainen[2]

[1]Turku University, and [2]Department of Obstetrics and Gynecology, Turku University Hospital, Turku, Finland

**Abbreviations & Acronyms**
BMI = body mass index
DIS = Detrusor Instability Score
EQ-5D VAS = European quality of life – visual analog scale
EuroQoL-5D = European quality of life-five dimensions
IIQ-7 = Incontinence Impact Questionnaire-7
ISD = intrinsic sphincteric deficiency
MUI = mixed urinary incontinence
NS = not significant
SD = standard deviation
SUI = stress urinary incontinence
TOT = transobturator tape
TVT = tension-free vaginal tape
UDI-6 = Urogenital Distress Inventory-6
UISS = Urinary Incontinence Severity Score
UUI = urgency urinary incontinence
VAS = visual analog scale

**Correspondence:** Pia Heinonen M.D., Department of Obstetrics and Gynecology, University of Turku, Turku 20520, Finland. Email: pia.heinonen@tyks.fi

Received 19 September 2011; accepted 26 May 2012.
Online publication 24 June 2012

**Objectives:** To evaluate the long-term outcome of the tension-free vaginal tape procedure.

**Methods:** A total of 191 patients were operated on with tension-free vaginal tape between January 1998 and May 2000. Of these, 127 (66%) had stress urinary incontinence, 64 (34%) had mixed urinary incontinence and 39 (20%) had recurrent incontinence. A total of 34 (18%) patients had had concomitant surgery. The diagnosis of incontinence was based on a history of leakage during stress and physical examination with a supine stress test in all patients. Tension-free vaginal tape was carried out under local (82%) or spinal (18%) anesthesia. After a mean of 10.5 years follow up, the assessment included a gynecological examination and a supine stress test. Subjective outcome was evaluated with Urinary Incontinence Severity Score, Detrusor Instability Score, visual analog scale, European quality of life-five dimensions, European quality of life – visual analog scale and short versions of Incontinence Impact Questionnaire-7 and Urogenital Distress Inventory-6. Objective cure was defined as a negative stress test and an absence of reoperation for incontinence during the follow up.

**Results:** A total of 138 (72%) of 191 patients were evaluated. Patients with minimally invasive surgery before operation had significantly higher scores in Urinary Incontinence Severity Score, Detrusor Instability Score, Incontinence Impact Questionnaire-7 and Urogenital Distress Inventory-6 at follow up than the patients with stress urinary incontinence ($P < 0.01$). Recurrent incontinence and concomitant surgery did not affect the long-term outcome. Three patients (2.3%) had late-onset adverse events. The objective and subjective cure rates were 90% and 78%, respectively.

**Conclusions:** The tension-free vaginal tape procedure is effective and safe even after 10 years. The objective cure rate is high, but the subjective outcome is significantly lower in mixed urinary incontinence patients compared with patients with pure stress urinary incontinence. Recurrent stress urinary incontinence does not affect the outcome, and tape-related problems are rare.

**Key words:** follow-up studies, minimally invasive surgery, stress urinary incontinence, suburethral slings, tension-free vaginal tape.

## Introduction

The overall prevalence of female SUI among females over the age of 18 years is approximately 30%,[1] but is increasing with age.[2] SUI can be treated surgically, and minimally invasive techniques have been developed to minimize surgical complications, and to improve outcome and patient satisfaction. The TVT technique was introduced by Ulmsten in 1996, and has become the gold standard for treating female SUI.[3] In TVT, a tape is placed loosely under the midurethra through the retropubic space. According to the few long-term follow-up studies that are available, cure rates have been satisfying for TVT and mesh-related adverse events are rare.[4,5]

The aim of the present study was to report the effectiveness, subjective and objective outcomes, and late adverse events among patients who underwent TVT a mean of 10.5 years

P HEINONEN *ET AL.*

ago without preoperative urodynamic examination. The short-term outcome of the present study population has already been published.[6]

## Methods

The present study is a follow-up study of 191 patients operated on with the TVT procedure between January 1998 and May 2000 at the Department of Obstetrics and Gynecology in the Turku City Hospital, Turku, Finland. The Departments of Obstetrics and Gynecology of the Turku City Hospital and of the University Hospital were joined in 2004, and therefore this follow up was not carried out in the same hospital as the original operation. All the operations were carried out by senior gynecologists. Most (90%) of the procedures were carried out by one surgeon (PK). The study population has been presented previously.[6] A total of 127 patients (66%) had SUI and 64 (34%) had MUI with SUI symptoms dominating. In the original cohort, 39 (20%) patients had recurrent incontinence with previous anti-incontinence operations, which were colposuspension in 23 cases (19 open and 4 laparoscopic), vaginal incontinence operation in 12 (including one TVT) and periurethral injection in six patients. Furthermore, one patient had undergone bladder neck discision because of retention and overflow incontinence.

The diagnosis of incontinence was based on a history of leakage during stress and physical examination with a supine stress test in all patients. In over half of the cases the UISS[7] (Appendix 1), the DIS[7,8] (Appendix 2) was also filled in. Urogynecological perineal ultrasonography was carried out to examine the patients who had a history of MUI in order to verify the SUI component.[9] Also, of the 39 patients with recurrent incontinence, 22 patients underwent preoperative ultrasonography. In the original study population, all patients were primarily treated with pelvic floor exercise including instructions for bladder training and secondarily with anti-cholinergic medication if required.[6]

Vaginal, systemic or combined hormone replacement therapy was used by 119 (62%) patients. The procedure was carried out as previously described[3] under local (82%) or spinal (18%) anesthesia with perioperative cystoscopy. The tape (TVT Gynecare; Ethicon, Somerville, NJ, USA) was loosely placed under the midurethra. An intraoperative stress test with 300 mL bladder filling was used to adjust the tape in all patients regardless of the method of anesthesia. One dose of 500 mg metronidazole was given intravenously for antibiotic prophylaxis immediately before the operation. Concomitant surgery was carried out in 34 (18%) patients; 13 procedures were carried out for pelvic organ prolapse and 21 vaginal hysterectomies were carried out because of heavy bleeding or uterine fibroids.

After a mean of 10.5 years (range 9–12 years), postal questionnaires were sent to all patients together with an invitation for a charge-free follow-up visit at the Turku University Hospital, Outpatient Clinic of Gynecology. A reminder was sent to those who did not respond to the first questionnaire. Attempts were made to contact non-respondents by telephone. They were asked about symptoms of SUI, urgency or UUI and any late adverse events, as well as satisfaction with the operation.

Subjective outcome was evaluated with condition-specific questionnaires: the UISS, the DIS, short versions of the IIQ-7 and the UDI-6, and a VAS 0–100.[10] UISS and DIS have been designed by the urogynecological working groups of Finnish and Nordic Gynecological Societies. UISS demonstrates symptom severity and the impact of urinary incontinence on everyday life, and DIS symptoms of detrusor instability and its degree. These questionnaires are widely used in Finland, as in other Scandinavian countries.[7,8] In the DIS questionnaire, scores $\leq 7$ refer to pure SUI and the more scores that are calculated, the more symptoms of urgency exists.[8] The patients' general quality of life and health was assessed with EQ-5D and EQ-5D VAS. If a patient left more than two items unanswered in the IIQ-7 or UDI-6 questionnaires, a total score was not calculated. The patient was considered to be satisfied with the procedure if the total score of the IIQ-7 questionnaire was 0–7[11] and if they expressed satisfaction at the telephone interview. If the score in the DIS questionnaire was more than 7, and if the patient had moderate or severe frequency or urgency (scores 2 or 3) in questions one and two of the UDI-6 questionnaire, the patient was considered to have urgency or UUI.

At the follow-up visit, a gynecological examination and a supine stress test with a 250–300 mL bladder volume were carried out. The hospital records of all the patients were reviewed to examine whether the patients had had visits to the hospitals in the Hospital District of Southwest Finland. This was done to acquire information on later acquired systemic diseases, gynecological or anti-incontinence operations, urinary symptoms and adverse events after the TVT-operation.

Objective cure was defined as a negative stress test and no need for a reoperation for SUI.

The SAS system for Windows version 9.2 (SAS Institute, Cary, NC, USA) was used for tabulations and statistical analysis.

The study was approved by the Ethics Committee of the Hospital District of Southwest Finland.

## Results

A total of 138 (72%) out of 191 patients were evaluated at a mean of 10.5 years postoperatively (Fig. 1). Of these, 127 (66% of the original cohort) both answered the questionnaires and visited the outpatient clinic. A total of 21 (11%) patients were unwilling to attend the follow-up visit and only returned the questionnaires. A total of 18 (9% of the

© 2012 The Japanese Urological Association



**Fig. 1** Study population.

**Table 1** Characteristics of the patients in the original cohort operated on using TVT and in patients evaluated objectively or with the questionnaires after a mean of 10.5 years postoperatively

|  | Original cohort ($n = 191$) | Evaluated cohort ($n = 128$)† |
|---|---|---|
| Median age (years) | 60 | 68 |
| Median BMI | 27 | 26 |
| Estrogen ($n$)‡ | 119 | 77 |
| Chronic illnesses ($n$)§ | 74 (39%) | 100 (78%) |
| • Diabetes | 3 | 10 |
| • Cardiovascular | 61 | 68 |
| • Neurological | 4 | 7 |
| • Respiratory | 14 | 9 |
| Previous gynecological surgery ($n$) | 110 | |
| • Incontinence surgery | 39 | |
| • Hysterectomy | 77 | |
| • Vaginal prolapse surgery | 24 | |
| Surgery after the TVT operation ($n$) | | |
| • Incontinence surgery | | 6 |
| • Bulking agent¶ | | 1 |
| • Hysterectomy | | 5 |
| • Vaginal prolapse surgery | | 4 |

†The 10 patients contacted by telephone are not included in this cohort. ‡Vaginal and/or systemic estrogen. §One patient might have had one or more chronic illnesses. ¶Poly-acrylamide hydrogel.

original cohort) patients had died during the follow up of unrelated causes. Of the 35 (21%) patients who did not participate in the evaluation, 21 (11%) were not reached and 14 (7%) were too disabled to attend, mainly because of cognitive disorders. Ten patients could be contacted by telephone.

The mean follow-up time was 126.5 months (range 108–145 months). The mean age at the follow up was 69 years (range 48–93 years). The patient characteristics are presented in Table 1.

Out of 64 patients with MUI preoperatively, 58% (37 patients) and 80% (101 patients out of 127) of SUI patients participated in the present study. By the time of the surgery, the mean age for MUI patients who didn't participate in the present follow-up study was 67 years, whereas the mean age for the whole study group was 60 years.

Of the 128 patients, 100 (78%) had a score of 0–7 in IIQ-7, which is considered as a satisfactory subjective outcome.[11] The results of the questionnaires are presented in Table 2. In all condition-specific questionnaires (UISS, DIS, UDI-6, IIQ-7), all the results were significantly poorer in patients with MUI compared with those with SUI (Table 2). Also, in questionnaires assessing patients' general quality of life and health (EQ-5D and EQ-5D VAS), MUI patients had significantly poorer results. Five patients did not reply to more than two questions in the IIQ-7 or UDI-6 questionnaires, and therefore a total score was not calculated for these patients. Ten out of 37 MUI patients (27%) had persistent urgency at the time of follow up. Six (6.6%) patients developed de novo urgency. The occurrence of urgency was of similar frequency among patients aged over 7 years as among younger patients (34% vs 47%, $P = 0.18$).[12]

A total of 18 (14%) patients had a DIS score >7, and at the same time moderate or severe scores at the first and the second questions of the UDI-6 questionnaire indicating urgency or UUI. Patients with chronic illnesses had a poorer health-related quality of life, as assessed with EQ-5D VAS

and EQ-5D than healthy patients (65 vs 74 and 8.1 vs 9.3, respectively, $P < 0.05$ for both). In regard to the patients with recurrent SUI, 12 (31%) out of 39 patients were diagnosed to have MUI preoperatively. There were no statistically significant differences in the results of the questionnaires compared with patients with primary SUI and those with recurrent SUI (Table 3). Of the 10 patients who were contacted by telephone, seven were continent and satisfied with the operation, whereas two of the patients had MUI and one UUI.

Among the 107 patients who were eligible for objective evaluation, a stress test was negative for 100 (93%) patients. The TVT procedure was considered a failure in 11 (10%) patients: six patients had undergone a repeat anti-incontinence procedure and a stress test was positive in six patients, including one reoperated patient with a positive stress test. Repeat anti-incontinence procedures were TVT in one patient and TOT in five patients. One patient of the latter group has had two transobturator procedures; with outside-in and inside-out technique. All these patients are now stress continent, though two of them are using anticholinergic medication for urgency symptoms. These reoperated patients were not included in the analysis. The mean

**Table 2**   Results of the questionnaires at the time of follow up a mean of 10.5 years after the TVT operation

| $n = 128$ | SUI† mean ± SD | Range | MUI† mean ± SD | Range | P-value‡ |
|---|---|---|---|---|---|
| IIQ-7 (0–21) | 1.8 ± 3.5 | 0–21 | 5.7 ± 5.9 | 0–21 | <0.001 |
| UDI-6 (0–18) | 3.6 ± 2.9 | 0–13 | 7.1 ± 4.9 | 0–17 | <0.001 |
| EQ-5D VAS (0–100) | 73 ± 21 | 10–100 | 63 ± 19.5 | 15–100 | <0.05 |
| EQ-5D (6–18) | 8.3 ± 1.8 | 6–14 | 9.1 ± 2.1 | 6–16 | <0.05 |
| VAS (0–100) | 22 ± 25.4 | 0–90 | 42.7 ± 34 | 0–100 | <0.001 |
| UISS (0–100) | 12.9 ± 16.6 | 0–78 | 33 ± 25.4 | 0–90 | <0.001 |
| DIS (0–20) | 5.3 ± 3.1 | 0–11 | 8.9 ± 4.2 | 0–16 | <0.001 |

†SUI or MUI before the TVT operation. ‡*P*-value representing differences in scores in SUI and MUI patients.

**Table 3**   Results of the questionnaires evaluating subjective outcome in patients with primary and recurrent SUI after the 10.5 years follow-up

| | Primary SUI mean ± SD | Range | Recurrent SUI mean ± SD | Range | P-value |
|---|---|---|---|---|---|
| IIQ-7 (0–21) | 9.9 ± 5 | 0–28 | 9.3 ± 3.5 | 7–20 | NS |
| UDI-6 (0–18) | 10.6 ± 4.2 | 0–23 | 9.8 ± 3.2 | 6–19 | NS |
| EQ-5D VAS (0–100) | 71.4 ± 19.6 | 10–100 | 65.2 ± 65.2 | 15–100 | NS |
| EQ-5D (6–18) | 8.4 ± 1.9 | 6–16 | 9.2 ± 2.0 | 7–14 | NS |
| VAS (0–100) | 27.6 ± 29.5 | 0–95 | 28.4 ± 28.4 | 0–100 | NS |
| UISS (0–100) | 19.7 ± 22.2 | 0–90 | 16.3 ± 19.5 | 0–70 | NS |
| DIS (0–20) | 6.3 ± 3.9 | 0–16 | 6.8 ± 3.4 | 0–13 | NS |

NS indicates *P*-value >0.05.



**Fig. 2** Objective cure rates after the TVT operation at 3 months, 1 year, 3 years and 10 years follow up. Objective cure rates after 3 months, 1 year and 3 years. Reproduced from Laurikainen *et al.*,[6] with permission. ■, %.

age of the six patients with a positive stress test was 79 years. Two of these patients were primarily operated on because of recurrent SUI. The objective cure rate for the patients with MUI before TVT was 93% (37/40 patients) and with SUI it was 94% (63/67). The overall objective cure rate was 90% of the 107 evaluated patients. The results and cure rates at earlier time-points have been presented in a previous publication (Fig. 2).[6]

In this evaluated cohort, local anesthesia was used in 88% of the patients and spinal anesthesia in 12%. The type of anesthesia did not affect the outcome, nor did any concomitant surgical procedures affect the scores.

The TVT tape was cut below the urethra in two patients; one because of urinary retention at 1 year after the operation and another because of pain at 8 years. The symptoms of both patients disappeared after the re-intervention and the patients remained stress continent. The patient with urinary retention also had urgency incontinence, which was successfully treated with anticholinergic medication and pelvic floor physiotherapy. Recurrent urinary tract infections and pain during urination appeared in one patient 9 years after the TVT procedure. A fiberocystoscopy was carried out by a urologist and a small part of calcificated tape was found to be eroded into the bladder on the right side of the bladder neck. A visible part of the tape was resected at repeat cystoscopies three times. At the latest control more than 11 years after the operation, the patient still had recurrent urinary tract infections and difficulties in emptying the bladder. An abdominal computed tomography and cystos-

© 2012 The Japanese Urological Association

copy was scheduled to locate the exact position of the tape. The original TVT operation was carried out uneventfully. A cystoscopy was carried out twice after the insertion of the tape at both sides routinely, as advised in the original TVT technique during the primary operation,[3] and no abnormal findings; for example, perforation or folding of the bladder wall, were discovered. Hospital records of the original cohort did not show any additional complications.

## Discussion

The TVT-procedure has become the gold standard of female incontinence surgery. Short-term efficacy and safety have been well demonstrated in numerous studies,[13,14] but there is a paucity of long-term data. In two studies with follow up more than 10 years, objective cure rates were 90% and 84%, respectively.[4,5] Accordingly, in the present study, objective cure of SUI was found to be 90% and subjective cure 78%. The TVT operation is a highly standardized procedure with a routine performance including an intraoperative stress test under local anesthesia, and a cystoscopy after insertion of the tape at each side.[3] When TVT was introduced in Finland, systematic, nationwide, hands-on training for gynecological surgeons was executed.[15] This might contribute to the relatively high cure rates after the long-term follow up.

In the present follow-up study, the outcome could be evaluated objectively in 107 patients and subjectively in 138 patients of the 191 patients who had undergone the TVT procedure a mean of 10.5 years ago. A total of 18 patients had died, and 14 were unable to attend a charge-free follow-up visit to an outpatient clinic. Some patients could not be reached by postal invitation, and some declined participation, partially as they were initially operated on in a hospital different from the follow-up site. The readiness to participate the present study might also have been affected by the relatively high median age of the patients, 68 years. The oldest participant was 93 years. However, the risk of non-responder bias has to be taken into account when interpreting the results of the present study.

There are some studies showing that TVT is also an effective way to treat patients with MUI.[13,16] In contrast, in the present study population,[6] the short-term cure rate of the patients with MUI was significantly lower than of the SUI patients at 36 months of follow up, 69% versus 97%. The same tendency also persisted in the long-term follow-up. However, just 58% of the MUI patients participated the present study. The mean age of MUI patients was 7 years higher than that of the SUI patients, which might have affected the readiness of MUI patients to attend. Subjective outcome is likely to be poorer with MUI patients, because of persistent urgency or UUI symptoms. It is obvious, that the stress test is not ideal for testing urgency incontinence symptoms objectively. Omitting preoperative urodynamic testing might be associated with poorer subjective results in

MUI patients. The risk of an unsatisfying result is higher with a patient with MUI and should be taken into consideration in connection with the preoperative counselling, as urgency before the operation is predictive of patient satisfaction.[17]

Three years after TVT, the present patient population had a 60% improvement in their urgency symptoms, whereas 4.8% of the patients presented de novo urgency symptoms. After a mean of 10.5 years, de novo urgency was reported by six (6.6%) patients. Previously, de novo urgency or UUI has been reported in 1.5–22% patients after TVT during a follow up from 12 to 36 months.[13,18] De novo urgency is regarded as the most common long-term adverse event after surgical treatment of female SUI. Indeed, it might be even more troublesome for the patient than preoperative SUI.[19] In contrast, after the TVT, urgency symptoms will abate in 54–93% of patients.[5,13] Increasing urgency rates during the follow up might preferentially relate to aging, as the incidence and severity of symptoms of overactive bladder increase progressively with age.[20,21]

The TVT procedure is effective for the treatment of recurrent SUI when the follow-up time has been 20–60 months.[22–24] Rezapour and Ulmsten reported an 82% cure rate and 8% significant improvement of stress urinary incontinence in the study population where some patients have had several operations before the TVT.[25] As repeat surgical intervention, medium cure rates after TOT seem to be lower than after TVT in women with ISD.[22,26] The low pressure urethra and impaired urethral mobility are the risk factors predictive of failure of repeat incontinence surgery.[22,27] Urodynamic examination is required to identify patients with ISD and to guide the surgeon to choose the TVT procedure in these cases. Previous operations might impair urethral function and increase the risk of complications as a result of scarring and altered anatomy. Thus, it is not surprising that the incidence of urgency and UUI are more common after recurrent operations than after the first operation. In the present study, patients operated on with TVT as a repeat procedure had the same long-term outcome than patients with primary SUI.

In the present study, three patients suffered from late tape-related adverse events at 1–11 years postoperatively. In all these cases, the initial TVT procedure and immediate recovery after that proceeded as expected. Two patients with retention and pain had the tape cut without any further problems. One patient had recurrent urinary tract infections and dysuria as a result of tape erosion into the bladder and had to undergo at least three cystoscopies to remove the visible tape from the bladder wall. Irritating symptoms, recurrent urinary tract infections and pain during urination might emerge several years after the primary operation, and need to be taken into consideration as a sign of late complication of TVT. Tape erosion might develop because of possible submucosal placement of the tape or pressure necrosis

of the bladder wall.[28,29] In patients with prolonged or later-appearing urinary symptoms, a cystoscopy should be carried out, even many years afterwards.

The results of the present long-term follow-up study of patients with primary or recurrent SUI and concomitant procedures undergoing TVT operation are encouraging. The TVT shows excellent durable subjective and objective cure rates in SUI patients, and shows similar durable objective efficacy for SUI component of MUI patients. However, a long-term subjective cure might not be achieved by this procedure in MUI patients, even when they predominantly complain of SUI. The long-term complications of the TVT are very few.

## Acknowledgments

Statistician Mikko Taalikka assisted substantially with statistical analyses. Dr Robert Paul reviewed the language of this manuscript. The corresponding author has received grants from Turku University.

## Conflict of interest

None declared.

## References

1 Ogah J, Cody JD, Rogerson L. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. *Cochrane Database Syst. Rev.* 2009; Issue 4. Art. No.: CD006375. DOI: 10.1002/14651858.CD006375.pub2.

2 Sandvik H, Hunskaar S, Seim A, Hermstad R, Vanvik A, Bratt H. Validation of a severity index in female urinary incontinence and its implementation in an epidemiological survey. *J. Epidemiol. Community Health* 1993; **47**: 497–9.

3 Ulmsten U, Henriksson L, Johnson P, Varhos G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 1996; **7**: 81–5; discussion 85–6.

4 Nilsson CG, Palva K, Rezapour M, Falconer C. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2008; **19**: 1043–7.

5 Olsson I, Abrahamsson A, Kroon U. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2010; **21**: 679–83.

6 Laurikainen E, Kiilholma P. The tension-free vaginal tape procedure for female urinary incontinence without preoperative urodynamic evaluation. *J. Am. Coll. Surg.* 2003; **196**: 579–83.

7 Stach-Lempinen B, Kujansuu E, Laippala P, Metsänoja R. Visual analogue scale, urinary incontinence severity score and 15 D – psychometric testing of three different health-related quality-of-life instruments for urinary incontinent women. *Scand. J. Urol. Nephrol.* 2001; **35**: 476–83.

8 Kauppila A, Alavaikko P, Kujansuu E. Detrusor instability score in the evaluation of stress urinary incontinence. *Acta Obstet. Gynecol. Scand.* 1982; **61**: 137–41.

9 Shek KL, Dietz HP. The urethral motion profile: a novel method to evaluate urethral support and mobility. *Aust. N. Z. J. Obstet. Gynaecol.* 2008; **48**: 337–42.

10 Uebersax J, Wyman J, Shumaker S, McClish D, Fantl J. Short forms to assess life quality and symptom distress for urinary incontinence in women: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program for Women Research Group. *Neurourol. Urodyn.* 1995; **14**: 131–9.

11 Mellier G, Mistrangelo E, Gery L, Philippe C, Patrice M. Tension-free obturator tape (Monarc Subfascial Hammock) in patients with or without associated procedures. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2007; **18**: 165–72.

12 Hellberg D, Holmgren C, Lanner L, Nilsson S. The very obese woman and the very old woman: tension-free vaginal tape for the treatment of stress urinary incontinence. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2007; **18**: 423–9.

13 Rinne K, Laurikainen E, Kivela A *et al*. A randomized trial comparing TVT with TVT-O: 12-month results. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2008; **19**: 1049–54.

14 Tamussino K, Hanzal E, Kölle D, Ralph G, Riss P, Group AUW. The Austrian tension-free vaginal tape registry. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2001; **12** (Suppl 2): S28–9.

15 Kuuva N, Nilsson C. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. *Acta Obstet. Gynecol. Scand.* 2002; **81**: 72–7.

16 Kulseng-Hanssen S, Husby H, Schiøtz HA. Follow-up of TVT operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2008; **19**: 391–6.

17 Lee KS, Choo MS, Doo CK *et al*. The long term (5-year) objective TVT success rate does not depend on predictive factors at multivariate analysis: a multicentre retrospective study. *Eur. Urol.* 2008; **53**: 176–82.

18 Lleberia-Juanós J, Bataller-Sánchez E, Pubill-Soler J, Mestre-Costa M, Ribot-Luna L, Vizcaíno MA. De novo urgency after tension-free vaginal tape versus transobturator tape procedure for stress urinary incontinence. *Eur. J. Obstet. Gynecol. Reprod. Biol.* 2011; **155**: 229–32.

19 Holmgren C, Nilsson S, Lanner L, Hellberg D. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – a long-term follow-up. *Eur. J. Obstet. Gynecol. Reprod. Biol.* 2007; **132**: 121–5.

20 Donaldson MM, Thompson JR, Matthews RJ, Dallosso HM, McGrother CW, Group LMIS. The natural history of overactive bladder and stress urinary incontinence in older women in the community: a 3-year prospective cohort study. *Neurourol. Urodyn.* 2006; **25**: 709–16.

21 Stewart W, Van Rooyen J, Cundiff G *et al*. Prevalence and burden of overactive bladder in the United States. *World J. Urol.* 2003; **20**: 327–36.

© 2012 The Japanese Urological Association

22  Stav K, Dwyer P, Rosamilia A *et al.* Repeat synthetic mid urethral sling procedure for women with recurrent stress urinary incontinence. *J. Urol.* 2010; **183**: 241–6.

23  Liapis A, Bakas P, Lazaris D, Creatsas G. Tension-free vaginal tape in the management of recurrent stress incontinence. *Arch. Gynecol. Obstet.* 2004; **269**: 205–7.

24  Palva K, Nilsson CG. Effectiveness of the TVT procedure as a repeat mid-urethra operation for treatment of stress incontinence. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2009; **20**: 769–74.

25  Rezapour M, Ulmsten U. Tension-Free vaginal tape (TVT) in women with recurrent stress urinary incontinence – a long-term follow up. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2001; **12** (Suppl 2): S9–11.

26  Walsh CA. Recurrent stress urinary incontinence after synthetic mid-urethral sling procedures. *Curr. Opin. Obstet. Gynecol.* 2011; **23**: 355–61.

27  Lo T, Horng S, Chang C, Huang H, Tseng L, Liang C. Tension-free vaginal tape procedure after previous failure in incontinence surgery. *Urology* 2002; **60**: 57–61.

28  Huwyler M, Springer J, Kessler TM, Burkhard FC. A safe and simple solution for intravesical tension-free vaginal tape erosion: removal by standard transurethral resection. *BJU Int.* 2008; **102**: 582–5.

29  Irer B, Aslan G, Cimen S, Bozkurt O, Celebi I. Development of vesical calculi following tension-free vaginal tape procedure. *Int. Urogynecol. J. Pelvic Floor Dysfunct.* 2005; **16**: 245–6.

## Appendix 1. Urinary Incontinence Severity Score (UISS)

| | | | | |
|---|---|---|---|---|
| 1. | Do you experience urine leakage not related to effort or position (for example lying down)? | Not at all | Sometimes | Often |
| 2. | Do you experience urine leakage to minor physical activity (e.g. walking or rising)? | Not at all | Sometimes | Often |
| 3. | Do you experience urine leakage related to sudden, strong physical activity or even coughing or sneezing? | Not at all | Sometimes | Often |
| 4. | Has urine leakage disturbed your daily chores (shopping, cooking, housecleaning etc.)? | Not at all | Sometimes | Often |
| 5. | Has urine leakage disturbed your employment (client service, work performance etc.)? | Not at all | Sometimes | Often |
| 6. | Are you afraid that others will notice your problem (fear of your odour or wetness etc.)? | Not at all | Sometimes | Often |
| 7. | Do you have to restrict or give up social activities (such as visiting friends, physical activity, theatre, church etc.)? | Not at all | Sometimes | Often |
| 8. | Do your incontinence symptoms disturb your sex life? | Not at all | Sometimes | Often |
| 9. | Does incontinence cause irritation of your external genital organs? | Not at all | Sometimes | Often |
| 10. | How often must you use a protective happy or pad? | Not at all | Sometimes | Often |

## Appendix 2. Detrusor Instability Score (DIS)

Please circle the most suitable response to the questions below.

| | | 0 | 1 | 2 |
|---|---|---|---|---|
| 1. | How many times per day do you urinate? | 5–7 | 8–10 | Over 10 |
| 2. | How many times at night do you have to get up to urinate? | 0–1 | 2–3 | Over 3 |
| 3. | Do you feel there is still urine in the bladder after urinating? | No | Sometimes | Often |
| 4. | Does hurry and tension cause urge to urinate? | No | Slightly | Strongly |
| 5. | Do you have urinary leakage during stress (coughing, sneezing, laughing)? | Yes | | On other occasions as well |
| 6. | Does the leakage of urine happen immediately in connection with stress? | Immediately | | After some time |
| 7. | Do you feel need to urinate before the leakage of urine? | No | Slightly | Strongly |
| 8. | Have you had treated urinary infections during the past two years? | No | 1–2 | More than 2/chronically |
| 9. | How much is the amount of urinary leakage at a time? | Drops | A certain amount | Bladder empties completely |
| 10. | Can you stop the stream of urine while urinating? | Yes | Fairly well | No |

**Notice of FDA Warning regarding the use of vaginal mesh:**

The U.S. Food and Drug Administration (FDA) has issued several safety communications about the use of mesh for pelvic organ prolapse (POP). However, this AUA guideline reviews the current literature regarding SUI alone, and covers neither POP nor mini-incision slings. The FDA warning does not apply to biologicals used in POP. Based on continuing adverse event reports that have been received by the FDA since their initial warning in 2008, the FDA has stated that serious complications associated with surgical mesh in transvaginal POP repairs are not rare.

The AUA will continue to monitor the FDA's alerts and notices and will update the guideline as additional warnings or alerts regarding this device are issued. Informed consent requires that patients be advised of the risks of vaginal mesh.

The FDA will provide updates on its Web page:
http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/UroGynSurgicalMesh/default.htm.

# Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update

**Female Stress Urinary Incontinence Guideline Update Panel:**

Rodney A. Appell, MD, Chair
Roger R, Dmochowski, MD, Facilitator
Jerry M. Blaivas, MD
E. Ann Gormley, MD
Mickey M. Karram, MD
Saad Juma, MD
Deborah J. Lightner, MD
Karl M. Luber, MD
Eric Scott Rovner, MD
David R. Staskin, MD
J. Christian Winters, MD

**Consultants:**

Hanan S. Bell, PhD
Patrick M. Florer
Linda Whetter, DVM, PhD

**AUA Staff:**

Heddy Hubbard, PhD, MPH
Edith Budd
Suzanne Pope, MBA
Michael Folmer
Katherine Moore
Cynthia Janus, MLS
Kadiatu Kebe



American Urological Association
Education and Research, Inc.

## *Table of Contents*

Introduction ............................................................................................................. 5

Definitions ............................................................................................................... 6

Index patient ........................................................................................................... 7

Methodology ........................................................................................................... 7

    PROBLEM DEFINITION .......................................................................................... 8
    LITERATURE SEARCH AND DATA EXTRACTION .................................................... 9
    EVIDENCE COMBINATION ..................................................................................... 9
    PATIENT GROUPS ................................................................................................ 10
    EFFICACY ANALYSIS ........................................................................................... 10
    COMPLICATIONS ................................................................................................. 11
    GUIDELINE GENERATION AND APPROVALS ......................................................... 12
    DISSEMINATION ................................................................................................. 13

Diagnostic Evaluation of the Index Patient ....................................................... 13

    TO CONFIRM THE DIAGNOSIS AND CHARACTERIZE SUI .................................... 13
    TO ASSESS DIFFERENTIAL DIAGNOSIS AND COMORBIDITIES ............................ 14
    TO AID IN PROGNOSIS AND SELECTION OF TREATMENT ................................... 15

Diagnostic Guidelines for the Index Patient ...................................................... 16

Therapeutic Options .............................................................................................. 18

    NONSURGICAL TREATMENT ................................................................................ 18
    SURGICAL TREATMENT ...................................................................................... 18

Outcomes Analysis ............................................................................................... 18

    EFFICACY ........................................................................................................... 18
    COMPLICATIONS ................................................................................................. 19

Surgical Treatments Analyzed - Descriptions and Outcomes .......................... 20

    RETROPUBIC SUSPENSIONS ............................................................................... 20
    SLINGS  22
        *Autologous Fascial Slings* .......................................................................... 22
        *Cadaveric Slings* ....................................................................................... 23
        *Synthetic Slings* ........................................................................................ 25
    INJECTABLE AGENTS .......................................................................................... 28
    ARTIFICIAL URINARY SPHINCTERS ...................................................................... 29

Treatment Guidelines for the Index Patient ....................................................... 30

Recommendations for Future Research and Reporting ..................................... 33

3

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

RECOMMENDATIONS TO EDITORS AND REVIEWERS.................................................................33
TRANSOBTURATOR TAPE PROCEDURES ...........................................................................35

Conflict of Interest Disclosures ...............................................................................................36

Acknowledgments and Disclaimers ........................................................................................37

References ................................................................................................................................43

Abbreviations and Acronyms ..................................................................................................46

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## Introduction

Stress urinary incontinence (SUI) has a significant impact on the quality of life for many women, although estimates of prevalence vary widely due to inconsistencies in the definitions of SUI and differences in populations studied.[1] A large meta-analysis reported an estimated prevalence for urinary incontinence of 30% in women aged 30 to 60 years, with approximately half of the cases attributed to SUI;[2] another study reported the prevalence of SUI was 5% to 30% in European women.[3] Many women in the United States (U.S.) elect to have a surgical procedure for management of their SUI symptoms each year. The first Female Stress Urinary Incontinence Clinical Guidelines Panel reviewed literature available up to January 1994 and published its report in 1997.[4] Since that time, a new body of literature has emerged on primarily novel surgical interventions for the treatment of SUI. For these reasons, the American Urological Association (AUA) has elected to update the initial report on the Surgical Management of Stress Urinary Incontinence. The literature search used in this analysis had a conclusion date of June 2005; it is recognized that this guideline will likely change in response to new information and further developments in the field.

In the 1997 guideline, the index patient was an otherwise healthy female patient with SUI without significant pelvic organ prolapse. It has become apparent since the prior guideline that many women with SUI also have pelvic organ prolapse and that these two issues may be addressed concurrently. Therefore, in constructing this guideline update, the index patient is defined as an otherwise healthy female patient who has elected surgical therapy for the correction of SUI as in the previous guideline. An additional index patient defined by the panel is an otherwise healthy female patient with SUI and prolapse who elects to have treatment of her

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

5

SUI along with surgical correction of prolapse. The current Female Stress Urinary Incontinence Guideline Update Panel (the Panel) was selected by the Panel chair and approved by the Practice Guidelines Committee (PGC) of the AUA. The Panel members are representative of different medical specialties and geographic regions of the U.S. and are from both academic and private institutions.

This report describes an analysis of efficacy and safety outcomes for surgical procedures for use in treatment of SUI and provides a guideline based on review of these data and/or panel consensus. It also offers a discussion about the diagnostic evaluation of the index patient and recommendations for outcomes reporting and future research.

## Definitions

Stress urinary incontinence is a symptom that refers to leakage of urine during events that result in increased abdominal pressure such as sneezing, coughing, physical exercise, lifting, bending and even changing positions. There are two principle causes of this symptom – SUI and the rarer stress-induced detrusor overactivity (involuntary detrusor contractions that are caused by sudden increases in abdominal pressure). The distinction between these two can be determined by (in order of increasing specificity) patient history, physical examination (e.g., urinary loss after a stress event) and urodynamic studies.  For the purposes of this guideline, it is assumed that patients in the extracted studies had surgical management of SUI.

Urgency refers to a sudden, compelling desire to pass urine which is difficult to defer[5] or a strong need to pass urine for fear of leakage.[6] Urge urinary incontinence is defined as

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

6

involuntary leakage accompanied by or immediately preceded by urgency.[5] Mixed incontinence refers to SUI that occurs in combination with urge urinary incontinence.

## Index patient

The index patient is defined as an otherwise healthy female patient who has elected surgical therapy for the correction of SUI as in the previous guideline. An additional index patient defined by the panel is an otherwise healthy female patient with SUI and pelvic organ prolapse who elects to have treatment of her SUI along with surgical correction of pelvic organ prolapse. Either index patient may be untreated or previously surgically-treated and may have urethral hypermobility and/or intrinsic sphincter deficiency. Urethral hypermobility was defined by the author; no uniform definition was used.

## Methodology

This guideline included analysis of those relevant factors (perceived risks and outcomes of the interventions, patient preferences and relative priorities of the interventions given limited health care resources) used to choose among alternative treatment interventions.[7] The peer-reviewed medical literature was meta-analyzed to estimate outcomes of treatment modalities, and Panel members themselves served as proxies for patients in considering preferences. The steps taken to develop this guideline, further detailed in Chapter 2, included problem definition, literature search, data extraction, systematic evidence combination, guideline generation, approval and dissemination. The Panel did not review needle suspensions or anterior colporrhaphy in

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

7

developing this guideline update. Since development of the 1997 guideline, very limited new data has been published addressing these procedures, and there is a lack of current use or interest in them as well. Though these operations may still be performed in isolated circumstances by some surgeons, the Panel believes that they are largely of historical interest only and no longer considers these procedures contemporary treatments for SUI.

## Problem Definition

This guideline update was based on the original AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence published in 1997 using a similar methodology. The analysis was likewise limited to surgical treatments but included new procedures and those considered the most efficacious as determined by the previous analysis. Unlike the 1997 guideline, outcomes of surgical therapies for prolapse were also included.

Surgical efficacy was defined in three parts: 1) the resolution and lack of recurrence of SUI and urgency; 2) the resolution of prolapse and the lack of recurrence or new onset of prolapse; and 3) the incidence and severity of adverse events of these treatments. Urgency (resolution and de novo) was included as an efficacy outcome due to its significant impact on patient quality of life. The treatments included in the analysis were retropubic suspensions, slings, injection therapy and artificial sphincters; the analysis excluded those procedures not generally available in the U.S. or not expected to be approved at the time of publication. Anterior repairs for prolapse reduction in conjunction with other surgical treatments for incontinence were included as prolapse surgeries. Procedures used to correct prolapse included hysterectomy in conjunction with or as a component of surgical treatment of SUI and site-specific repairs.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

8

**Literature Search and Data Extraction**

A database was generated that included articles retrieved for the previous guideline and those resulting from a series of four MEDLINE® searches beginning in December 2002 and concluding in June 2005. The searches were limited to papers involving human subjects and published in the English language on or after 1990 which included the MeSH term "female." The MeSH headings used were "urinary incontinence, stress," "stress incontinence" and "urinary incontinence" in any field. A total of 7,111 citations and abstracts were reviewed for relevance by the panel chairs, of which 1,302 citations entered the extraction process. Panel members extracted data from the articles which were then entered into a Microsoft Access® (Microsoft, Redmond, WA) database. In person and via conference calls, the Panel collectively reviewed the extracted data. A total of 436 articles were suitable for inclusion in the meta-analysis; an additional 155 articles were deemed suitable only for their complications data due to an insufficient follow-up duration for the efficacy outcomes analysis.

**Evidence Combination**

To generate outcomes tables, estimates of the probabilities and/or magnitudes of the outcomes are required for each intervention. Ideally, these come from a synthesis or combination of the evidence. Combination can be performed in a variety of ways depending on the nature and quality of the evidence. For this guideline, the panel used the confidence profile method,[8, 9] which provides methods for meta-analyzing data from studies that are not randomized controlled trials (RCTs). Meta-analysis was performed using the Fast*Pro software to combine individual arms from controlled trials and clinical series where similar patients were similarly treated. Although a number of RCTs were found through the literature search, there were insufficient numbers on any one topic to warrant an independent meta-analysis of RCTs. The results of

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

certain trials are discussed where relevant. Frequently, published series used in a combined analysis showed very divergent results implying site-to-site variations, variability in patient populations, in the performance of the intervention, the skill of the surgeon or normal statistical variation. Given these differences, a random-effects, or hierarchical, model was used to combine the studies.

## Patient Groups

While stratifying outcomes based on patient characteristics such as type of incontinence, previous treatment(s), presence of prolapse, prior pregnancy and severity of incontinence would be most instructive, in most cases the outcomes data were not fully or consistently identified by these criteria. Therefore, analysis was limited to two patient groups; one in which no patient received concomitant surgical treatment for prolapse (comparable to the previous guideline) and another in which some or all patients received concomitant treatment for prolapse. Very few published studies included all of the SUI patients receiving concomitant prolapse treatment, therefore, the analysis was based mainly on data from studies that included some patients with prolapse treatment. This did not permit a clear distinction to be made between these groups in the analysis. An attempt to stratify the outcomes of SUI surgical interventions by the presence of prolapse was thwarted by insufficient data since few published studies stratified results in this manner.

## Efficacy Analysis

The efficacy outcomes analyzed included two levels of continence: cured/dry and cured/dry/improved; these are reported percentages and credible intervals (Bayesian confidence intervals [CIs]). Allocation to the previously mentioned categories was determined by author definition of continence. For the analysis of postoperative urgency, patients were divided into

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

10

three categories: without pre-existing urgency, with pre-existing urgency, and unknown or
uncertain pre-existing urgency. Postoperative urgency categories included urge incontinence,
urge symptoms and unspecified. Again, the results are reported as the percent of the relevant
patient group having each outcome. Abbreviated tables summarizing the cured/dry and
resolution or urge incontinence for the time interval of 12-23 months for patients with or without
concurrent prolapse treatment are provided with this document (see Tables 1–3); for a complete
set of data tables see Appendices A7-A16.

## Complications

Complications were analyzed similarly to the efficacy outcomes. However, because of the wide
variety of ways authors name and describe complications, the panel attempted to group
complications together that represented the same or related outcomes. As discussed in Chapter
2, this could result in some inaccuracies in the resultant estimates. Appendix A-17 shows how
the panel grouped outcomes. Certain complication outcomes such as pain and de novo urgency
were tabulated as defined by the author, and no further analysis was performed based upon the
limitations of data reporting. After grouping the complications for analysis, the grouped
complications were then put into general categories for display and discussion. Outcomes tables
were developed for each group of complications. Separate tables were again created for patients
with and without prolapse treatment. The format of the tables is the same as the efficacy tables.
An abbreviated table summarizing retention data for patients with or without concurrent prolapse
treatment is provided with this document (see Table 4); for a complete set of data tables see
Appendices A7 – A16.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## Appendix A11 -Complications rates.Any Prolapse

**SUI Guideline Update Panel**
### Complications
### ANY Prolapse**

| | Suspensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **All Retropubic Suspensions** | | | **Burch Suspension** | | | **Laparoscopic Suspension** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 7/415 | 6% | (2 – 14)% | 6/375 | 7% | (2 – 16)% | 5/183 | 2% | (1 – 6)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 3/342 | 2% | (1 – 4)% | 3/342 | 2% | (1 – 4)% | 3/185 | 3% | (1 – 6)% |
| Febrile | 7/614 | 11% | (5 – 20)% | 5/513 | 14% | (6 – 26)% | 3/296 | 2% | (1 – 5)% |
| Infection | 2/280 | 12% | (6 – 19)% | 2/280 | 12% | (6 – 19)% | | | |
| Infection/Local Extension | 1/51 | 3% | (1 – 7)% | 1/51 | 3% | (1 – 7)% | 2/164 | 3% | (1 – 9)% |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/33 | 4% | (0 – 13)% | | | | 2/151 | 3% | (1 – 7)% |
| Systemic - Abscess | 1/82 | 4% | (1 – 9)% | 1/82 | 4% | (1 – 9)% | 2/149 | 3% | (1 – 8)% |
| UTI | 10/779 | 17% | (11 – 25)% | 10/779 | 17% | (11 – 25)% | 11/545 | 7% | (5 – 11)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 8/503 | 3% | (2 – 6)% | 8/503 | 3% | (2 – 6)% | 16/901 | 6% | (4 – 8)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 2/177 | 5% | (1 – 13)% | 2/177 | 5% | (1 – 13)% | 2/98 | 2% | (0 – 8)% |
| Bleeding - Hematoma | 9/600 | 5% | (3 – 7)% | 8/560 | 5% | (3 – 7)% | 7/366 | 3% | (2 – 6)% |
| Bowel Injury | 2/150 | 2% | (0 – 6)% | 1/82 | 1% | (0 – 6)% | 3/182 | 3% | (1 – 8)% |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/147 | 2% | (0 – 5)% | 2/147 | 2% | (0 – 5)% | 4/201 | 6% | (2 – 11)% |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | 1/127 | 1% | (0 – 4)% | 1/127 | 1% | (0 – 4)% | 1/36 | 1% | (0 – 7)% |
| Osteomyelitis | 2/2 | 71% | (23 – 98)% | | * | | | | |
| Ureteral Injury | | * | | | * | | 3/109 | 4% | (1 – 10)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | * | | | * | | | | |
| Vaginal Operative CX | | | | | | | 1/113 | 1% | (0 – 4)% |
| Wound | 5/408 | 5% | (3 – 9)% | 5/408 | 5% | (3 – 9)% | 4/206 | 4% | (1 – 8)% |
| Abdominal | 3/233 | 5% | (1 – 12)% | 1/132 | 1% | (0 – 3)% | 4/155 | 7% | (2 – 18)% |
| Vaginal | | | | | | | 1/48 | 0% | (0 – 5)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/76 | 9% | (2 – 24)% | 2/76 | 9% | (2 – 24)% | 7/353 | 3% | (2 – 6)% |
| Sexual Dysfunction | 5/262 | 7% | (4 – 12)% | 5/262 | 7% | (4 – 12)% | 1/34 | 12% | (4 – 26)% |
| Voiding Dysfunction | 3/314 | 16% | (5 – 33)% | 3/314 | 16% | (5 – 33)% | 3/104 | 8% | (3 – 15)% |
| **Conversion** | | | | | | | 3/219 | 11% | (5 – 20)% |
| **Other Complications** | 3/183 | 8% | (4 – 14)% | 3/183 | 8% | (4 – 14)% | 1/36 | 6% | (1 – 17)% |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A11 - Complications rates. Any Prolapse

| SUI Guideline Update Panel<br>**Complications**<br>**ANY Prolapse\*\*** | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Autologous fascia | | | Autologous Vaginal Wall Slings | | | | | |
| | without Bone Anchors | | | with/without Bone anchors | | | w Bone Anchors - Suprapubic | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 1/198 | 4% | (2 - 7)% | 2/35 | 9% | (2 - 24)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 1/15 | 8% | (1 - 27)% | | | |
| Febrile | | | | | | | | | |
| Infection | 1/80 | 4% | (1 - 10)% | 2/32 | 22% | (8 - 42)% | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/80 | 10% | (5 - 18)% | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | 1/80 | 8% | (3 - 15)% | 1/20 | 1% | (0 - 12)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 2/278 | 8% | (1 - 26)% | 1/82 | 3% | (1 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/80 | 8% | (3 - 15)% | 1/20 | 6% | (1 - 21)% | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | 1/80 | 1% | (0 - 6)% | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | * | | 1/20 | 1% | (0 - 12)% | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | 1/82 | 1% | (0 - 6)% | | | |
| Osteomyelitis | | | | | | | | * | |
| Ureteral Injury | | | | 1/20 | 1% | (0 - 12)% | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/278 | 4% | (2 - 8)% | | | | | | |
| Abdominal | | | | 1/82 | 3% | (1 - 8)% | | * | |
| Vaginal | | | | 2/65 | 3% | (0 - 11)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 1/80 | 3% | (1 - 8)% | 1/45 | 3% | (0 - 10)% | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those group

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

## Appendix A11 -Complications rates.Any Prolapse

**SUI Guideline Update Panel**
**Complications**
**ANY Prolapse\*\***

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cadaveric | | | | | | Homologous Tissue (Dermis) | | |
| | with Bone Anchors | | | without Bone Anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | 1/36 | 6% | (1 - 17)% | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | 1/36 | 3% | (0 - 12)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | * | | | | | 1/19 | 6% | (1 - 22)% |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/19 | 1% | (0 - 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Abdominal | | | | | | | | | |
| Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had
   a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

## Appendix A11 - Complications rates. Any Prolapse

| SUI Guideline Update Panel Complications ANY Prolapse** | Slings Synthetic at Bladder Neck | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | 2/92 | 53% | (40 – 66)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | | | | 1/47 | 2% | (0 – 10)% |
| Infection | | | | 1/49 | 0% | (0 – 5)% | 1/20 | 25% | (10 – 46)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | 3/112 | 9% | (4 – 17)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | 1/24 | 1% | (0 – 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | 3/112 | 11% | (3 – 24)% |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | 2/143 | 12% | (2 – 36)% |
| Erosion Extrusion - Unknown | | | | 1/49 | 2% | (0 – 9)% | 1/20 | 1% | (0 – 12)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/49 | 0% | (0 – 5)% | 4/223 | 9% | (5 – 19)% |
| Erosion Extrusion - Vaginal | | * | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/98 | 1% | (0 – 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | 1/98 | 20% | (14 – 30)% |
| Wound | | | | | | | 1/98 | 40% | (31 – 50)% |
| Abdominal | | | | | | | 1/98 | 26% | (18 – 35)% |
| Vaginal | | | | | | | 1/20 | 1% | (0 – 12)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | 1/49 | 4% | (1 – 12)% | 1/62 | 2% | (0 – 7)% |
| Sexual Dysfunction | | | | 1/49 | 4% | (1 – 12)% | | | |
| Voiding Dysfunction | | | | 1/49 | 0% | (0 – 5)% | 2/122 | 16% | (3 – 38)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

## Appendix A11 -Complications rates.Any Prolapse

**SUI Guideline Update Panel**

## Complications
## ANY Prolapse**

| | Synthetic at Midurethra | | | without Bone Anchors (Xenograft) | | | Other Sling | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 9/3189 | 1% | (0 - 1)% | | | | 1/126 | 0% | (0 - 2)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/2113 | 0% | (0 - 1)% | | | | | | |
| Febrile | 3/468 | 8% | (4 - 14)% | | | | | | |
| Infection | 1/1455 | 1% | (0 - 1)% | 1/18 | 17% | (5 - 38)% | | | |
| Infection/Local Extension | | * | | | | | | | |
| Neurologic | 1/76 | 2% | (0 - 6)% | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/111 | 3% | (1 - 9)% | 1/10 | 60% | (30 - 85)% | | | |
| UTI | 16/3016 | 7% | (5 - 9)% | | | | 1/126 | 1% | (0 - 4)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 29/4248 | 6% | (5 - 8)% | | | | 1/126 | 3% | (1 - 6)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 6/1921 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Bleeding - Hematoma | 15/3770 | 3% | (2 - 4)% | | | | | | |
| Bowel Injury | | * | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | 6/632 | 4% | (2 - 7)% | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 5/308 | 3% | (1 - 8)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/2185 | 2% | (1 - 5)% | | | | | | |
| Nerve Injury | 3/1891 | 1% | (0 - 2)% | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | 5/1801 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | 3/393 | 1% | (0 - 3)% | 1/18 | 17% | (5 - 38)% | 1/126 | 5% | (2 - 10)% |
| Wound | 2/301 | 2% | (0 - 6)% | | | | | | |
| Abdominal | 3/1612 | 1% | (0 - 2)% | | | | | | |
| Vaginal | 1/45 | 1% | (0 - 5)% | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 4/1985 | 3% | (1 - 7)% | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | 9/2407 | 16% | (6 - 33)% | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 1/193 | 1% | (0 - 2)% | | | | | | |

Note:  G/P: G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

## Appendix A11 -Complications rates. Any Prolapse

**SUI Guideline Update Panel**
### Complications ANY Prolapse**

| | Injectables | | | Artificial Sphincter | | |
|---|---|---|---|---|---|---|
| | Collagen | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | |
| **Transfusion** | | | | | | |
| **General Medical Complications** | | | | | | |
| Cardiovascular | | | | 1/206 | 1% | (0 - 3)% |
| Febrile | | | | | | |
| Infection | | | | | | |
| Infection/Local Extension | | | | | | |
| Neurologic | | | | | | |
| Pulmonary | | | | | | |
| Systemic - Abscess | | | | | | |
| UTI | 1/105 | 2% | (0 - 6)% | | | |
| **Operative Complications** | | | | | | |
| Bladder Injury | | | | 2/206 | 15% | (10 - 22)% |
| Bleeding | | | | | | |
| Bleeding - Acute | | | | | | |
| Bleeding - Hematoma | | | | 1/179 | 4% | (2 - 8)% |
| Bowel Injury | | | | | | |
| Erosion Extrusion | | | | | | |
| Erosion Extrusion - Unknown | | | | 1/206 | 7% | (4 - 11)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/206 | 3% | (1 - 6)% |
| Erosion Extrusion - Vaginal | | | | | | |
| Nerve Injury | | | | | | |
| Operative CX - Other | | | | | | |
| Osteomyelitis | | | | | | |
| Ureteral Injury | | | | | | |
| Urethral Injury | | | | 2/206 | 2% | (0 - 9)% |
| Urinary Tract Injury NS | | | | | | |
| Vaginal Operative CX | | | | 2/206 | 13% | (6 - 22)% |
| Wound | | | | | | |
| Abdominal | | | | 1/179 | 7% | (4 - 12)% |
| Vaginal | | | | | | |
| **Subjective Complications** | | | | | | |
| Pain | | | | | | |
| Sexual Dysfunction | | | | | | |
| Voiding Dysfunction | | | | | | |
| **Conversion** | | | | | | |
| **Other Complications** | | | | 1/206 | 3% | (2 - 7)% |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those group
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A16 -Complications rates - No Prolapse

## SUI Guideline Update Panel
## Complications
## NO Prolapse

| Complications NO Prolapse | All Retropubic Suspensions | | | Burch Suspension | | | Laparoscopic Suspension | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 2/170 | 3% | (0 - 14)% | 2/170 | 3% | (0 - 14)% | | | |
| **Transfusion** | 6/321 | 6% | (2 - 12)% | 4/169 | 9%§ | (3 - 19)% | 1/24 | 5% | (0 - 18)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 6/592 | 2% | (1 - 4)% | 3/294 | 3% | (1 - 8)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | 7/426 | 8% | (5 - 12)% | 3/113 | 11% | (5 - 20)% | 1/60 | 0% | (0 - 4)% |
| Infection | 1/98 | 2% | (0 - 6)% | 1/98 | 2% | (0 - 6)% | 1/31 | 4% | (0 - 14)% |
| Infection/Local Extension | | * | | | * | | | | |
| Neurologic | 1/113 | 1% | (0 - 4)% | 1/113 | 1% | (0 - 4)% | | | |
| Pulmonary | 1/15 | 8% | (1 - 27)% | | | | 1/51 | 2% | (0 - 9)% |
| Systemic - Abscess | 1/62 | 7% | (2 - 15)% | 1/62 | 7% | (2 - 15)% | | | |
| UTI | 17/1442 | 13% | (9 - 19)% | 10/978 | 15% | (8 - 24)% | 1/51 | 2% | (0 - 9)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 10/887 | 4% | (2 - 7)% | 7/589 | 6% | (2 - 12)% | 5/165 | 5% | (2 - 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 3/433 | 4% | (1 - 9)% | 2/334 | 2% | (0 - 6)% | | | |
| Bleeding - Hematoma | 6/484 | 3% | (2 - 6)% | 5/469 | 3% | (1 - 5)% | 1/51 | 2% | (0 - 9)% |
| Bowel Injury | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/102 | 19%§ | (1 - 70)% | | * | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | | | | | | |
| Ureteral Injury | 5/1739 | 1% | (1 - 2)% | 4/1640 | 1% | (1 - 2)% | 3/57 | 11% | (1 - 42)% |
| Urethral Injury | | | | | | | 2/55 | 2% | (0 - 10)% |
| Urinary Tract Injury NS | 1/60 | 2% | (0 - 8)% | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 13/1229 | 6% | (4 - 7)% | 8/793 | 6% | (4 - 9)% | 1/51 | 2% | (0 - 9)% |
| Wound - Abdominal | 9/761 | 4% | (3 - 6)% | 5/449 | 4% | (2 - 7)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 9/980 | 5% | (3 - 8)% | 6/756 | 6% | (3 - 12)% | | * | |
| Sexual Dysfunction | 8/989 | 4% | (2 - 6)% | 5/801 | 3% | (2 - 4)% | | | |
| Voiding Dysfunction | 6/636 | 9% | (5 - 15)% | 5/583 | 10% | (5 - 18)% | 1/60 | 5% | (1 - 13)% |
| **Conversion** | 1/17 | 7% | (1 - 24)% | 1/17 | 7% | (1 - 24)% | 3/184 | 5% | (2 - 9)% |
| **Other Complications** | 3/253 | 5% | (0 - 20)% | 2/154 | 14% | (0 - 66)% | 1/51 | 2% | (0 - 9)% |

Note: G/P: G = Number of Groups/Treatment arms extracted   P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
   are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A16 -Complications rates - No Prolapse

**SUI Guideline Update Panel**
## Complications
## NO Prolapse

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Autologous fascia | | | Autologous Vaginal Wall Slings | | | Cadaveric | | |
| | without Bone Anchors | | | with/without Bone anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 1/90 | 0% | (0 - 3)% | | | | | | |
| **Transfusion** | 3/194 | 4% | (1 - 11)% | | | | 1/63 | 0% | (0 - 4)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/338 | 2% | (0 - 5)% | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | 1/71 | 0% | (0 - 3)% | | | | 1/63 | 7% | (2 - 14)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | 1/30 | 4%§ | (0 - 15)% | | | | | | |
| Pulmonary | 1/91 | 1% | (0 - 5)% | | | | | | |
| Systemic - Abscess | | | | | | | 1/104 | 2% | (0 - 6)% |
| UTI | 5/241 | 16% | (6 - 31)% | 2/402 | 4% | (2 - 7)% | 1/63 | 7% | (2 - 14)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 6/423 | 4% | (2 - 9)% | 1/29 | 1% | (0 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/20 | 6% | (1 - 21)% | | | | | | |
| Bleeding - Hematoma | 1/247 | 1% | (0 - 3)% | | | | 1/104 | 1% | (0 - 4)% |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | 1/33 | 1% | (0 - 7)% | | | | | * | |
| Erosion Extrusion - Urethral-Bladder | 4/370 | 2% | (0 - 7)% | | | | 1/63 | 0% | (0 - 4)% |
| Erosion Extrusion - Vaginal | | | | 1/373 | 2% | (1 - 4)% | | * | |
| Nerve Injury | | | | | | | 1/104 | 1% | (0 - 4)% |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/111 | 8% | (3 - 16)% | | | | | | |
| Wound - Abdominal | 1/247 | 1% | (0 - 3)% | 2/402 | 5% | (3 - 8)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 3/63 | 10% | (1 - 35)% | | | | | | |
| Sexual Dysfunction | 4/105 | 8% | (3 - 16)% | | | | | | |
| Voiding Dysfunction | | * | | | | | 1/8 | 38%§ | (12 - 71)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted  P = Number of Patients in those groups
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A16 -Complications rates - No Prolapse

| SUI Guideline Update Panel Complications NO Prolapse | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Synthetic at Bladder Neck | | | | | | | | |
| | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | w Bone Anchors - Transvaginal | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/11 | 10%§ | (1 - 35)% | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | * |
| Erosion Extrusion - Vaginal | 1/10 | 21%§ | (4 - 50)% | | | | | | * |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | 1/108 | 3% | (1 - 7)% | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
are not consistent with their experience.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A16 -Complications rates - No Prolapse

**SUI Guideline Update Panel**
**Complications**
**NO Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Synthetic at Bladder Neck | | | Synthetic at Midurethra | | | Other Sling | | |
| | without Bone Anchors | | | | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | 1/25 | 1% | (0 - 9)% | | | |
| **Transfusion** | 1/200 | 1% | (0 - 3)% | 3/569 | 2% | (1 - 4)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 2/261 | 1% | (0 - 3)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | * | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | 2/174 | 7% | (4 - 13)% | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/315 | 3% | (1 - 5)% | 1/25 | 1% | (0 - 9)% | | | |
| UTI | 2/224 | 10% | (2 - 27)% | 9/771 | 8% | (5 - 13)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/200 | 1% | (0 - 2)% | 23/1925 | 6% | (4 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | 6/705 | 3% | (1 - 5)% | | | |
| Bleeding - Hematoma | | | | 7/1035 | 3% | (2 - 4)% | | | |
| Bowel Injury | | | | 3/256 | 1% | (0 - 4)% | | | |
| Erosion Extrusion - Unknown | 2/501 | 17%§ | (9 - 28)% | 6/621 | 1% | (0 - 3)% | | | |
| Erosion Extrusion - Urethral-Bladder | 3/346 | 3% | (1 - 9)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/591 | 8% | (4 - 15)% | 9/891 | 7% | (2 - 15)% | | * | |
| Nerve Injury | 1/200 | 1% | (0 - 2)% | 1/404 | 0% | (0 - 1)% | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | * | | | * | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | 2/302 | 2% | (0 - 7)% | | | |
| Wound | 2/385 | 7% | (3 - 14)% | 3/280 | 2% | (1 - 5)% | | | |
| Wound - Abdominal | | | | 2/75 | 2% | (0 - 8)% | | | |
| Wound - Vaginal | | | | 4/189 | 4% | (1 - 7)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/264 | 9% | (2 - 23)% | 2/512 | 1% | (0 - 3)% | | | |
| Sexual Dysfunction | | | | 1/62 | 0% | (0 - 4)% | | | |
| Voiding Dysfunction | | | | 1/1175 | 2% | (1 - 3)% | | | |
| **Conversion** | | | | | | | | * | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
are not consistent with their experience.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A16 - Complications rates - No Prolapse

## SUI Guideline Update Panel

### Complications NO Prolapse

| | Injectables | | | | | | Artificial Sphincter | | |
|---|---|---|---|---|---|---|---|---|---|
| | Collagen | | | Other Non-degradable synthetics | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | 1/25 | .5% | (0 - 17)% |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | 3/399 | 5% | (1 - 17)% | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/60 | 2% | (0 - 8)% | | | | | | |
| Systemic - Abscess | 1/115 | 1% | (0 - 4)% | | | | | | |
| UTI | 6/381 | 10% | (5 - 17)% | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 4/251 | 5% | (3 - 8)% | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | 1/18 | 28%§ | (11 - 51)% |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | * | | | * | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | * | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 3/342 | 27%§ | (2 - 76)% | | | | 1/18 | 23%§ | (8 - 45)% |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
are not consistent with their experience.

© 2009 American Urological Association, Inc. All rights reserved.

## UROGYNECOLOGY

# Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis

Megan O. Schimpf, MD; David D. Rahn, MD; Thomas L. Wheeler, MD, MSPH; Minita Patel, MD, MS;
Amanda B. White, MD; Francisco J. Orejuela, MD; Sherif A. El-Nashar, MBBCh, MS; Rebecca U. Margulies, MD;
Jonathan L. Gleason, MD; Sarit O. Aschkenazi, MD; Mamta M. Mamik, MD; Renée M. Ward, MD;
Ethan M. Balk, MD, MPH; Vivian W. Sung, MD, MPH; for the Society of Gynecologic Surgeons Systematic Review Group

**OBJECTIVE:** Understanding the long-term comparative effectiveness of competing surgical repairs is essential as failures after primary interventions for stress urinary incontinence (SUI) may result in a third of women requiring repeat surgery.

**STUDY DESIGN:** We conducted a systematic review including English-language randomized controlled trials from 1990 through April 2013 with a minimum 12 months of follow-up comparing a sling procedure for SUI to another sling or Burch urethropexy. When at least 3 randomized controlled trials compared the same surgeries for the same outcome, we performed random effects model metaanalyses to estimate pooled odds ratios (ORs).

**RESULTS:** For midurethral slings (MUS) vs Burch, metaanalysis of objective cure showed no significant difference (OR, 1.18; 95% confidence interval [CI], 0.73−1.89). Therefore, we suggest either intervention; the decision should balance potential adverse events (AEs) and concomitant surgeries. For women considering pubovaginal sling vs Burch, the evidence favored slings for both subjective and objective cure. We recommend pubovaginal sling to maximize cure outcomes. For pubovaginal slings vs MUS, metaanalysis of subjective cure favored MUS (OR, 0.40; 95% CI,

0.18−0.85). Therefore, we recommend MUS. For obturator slings vs retropubic MUS, metaanalyses for both objective (OR, 1.16; 95% CI, 0.93−1.45) and subjective cure (OR, 1.17; 95% CI, 0.91−1.51) favored retropubic slings but were not significant. Metaanalysis of satisfaction outcomes favored obturator slings but was not significant (OR, 0.77; 95% CI, 0.52−1.13). AEs were variable between slings; metaanalysis showed overactive bladder symptoms were more common following retropubic slings (OR, 1.413; 95% CI, 1.01−1.98, $P = .046$). We recommend either retropubic or obturator slings for cure outcomes; the decision should balance AEs. For minislings vs full-length MUS, metaanalyses of objective (OR, 4.16; 95% CI, 2.15−8.05) and subjective (OR, 2.65; 95% CI, 1.36−5.17) cure both significantly favored full-length slings. Therefore, we recommend a full-length MUS.

**CONCLUSION:** Surgical procedures for SUI differ for success rates and complications, and both should be incorporated into surgical decision-making. Low- to high-quality evidence permitted mostly level-1 recommendations when guidelines were possible.

**Key words:** Burch urethropexy, midurethral sling, pubovaginal sling, stress urinary incontinence, single-incision sling

Cite this article as: Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;210:x.ex-x.ex.

From the Division of Gynecology and Urogynecology, Department of Obstetrics and Gynecology, University of Michigan Medical School, Ann Arbor, MI (Dr Schimpf); Department of Obstetrics and Gynecology, University of Texas Southwestern Medical Center, Dallas, TX (Dr Rahn); Department of Obstetrics and Gynecology, University of South Carolina School of Medicine Greenville, Greenville, SC (Dr Wheeler); Department of Obstetrics and Gynecology, Kaiser Permanente, Roseville, CA (Dr Patel); Department of Obstetrics and Gynecology, University of Texas Southwestern at Seton Healthcare Family, Austin, TX (Dr White); Department of Obstetrics and Gynecology and Reproductive Sciences, University of Texas Health Science Center at Houston, Houston, TX (Dr Orejuela); Division of Gynecologic Surgery, Department of Obstetrics and Gynecology, Mayo Clinic, Rochester, MN (Dr El-Nashar); Division of Urogynecology, Department of Obstetrics and Gynecology, Kaiser Permanente, Oakland, CA (Dr Margulies); Division of Urogynecology, Department of Obstetrics and Gynecology, Carilion Clinic, Roanoke, VA (Dr Gleason); Department of Urogynecology, ProHealth Care, Women's Center, Medical College of Wisconsin, Waukesha, WI (Dr Aschkenazi); Icahn School of Medicine at Mount Sinai, Department of Obstetrics and Gynecology, New York, NY (Dr Mamik); Vanderbilt University Medical Center, Department of Obstetrics and Gynecology, Nashville, TN (Dr Ward); Tufts Medical Center, Institute for Clinical Research and Health Policy Studies, Boston, MA (Dr Balk); and Division of Urogynecology and Reconstructive Pelvic Surgery, Department of Obstetrics and Gynecology, Women and Infants Hospital of Rhode Island and Warren Alpert Medical School of Brown University, Providence, RI (Dr Sung).

Received Aug. 26, 2013; revised Nov. 22, 2013; accepted Jan. 21, 2014.

The Society of Gynecologic Surgeons provided funding for assistance by methods experts in systematic review and for logistic support.

The authors report no conflict of interest.

Presented at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons, Charleston, SC, April 8-10, 2013.

Reprints: Megan O. Schimpf, MD, Obstetrics and Gynecology, Female Pelvic Medicine and Reconstructive Surgery, University of Michigan, L4000 Women's, 1500 E. Medical Center Dr., Ann Arbor, MI 48109. mschimpf@umich.edu.

0002-9378/$36.00 • © 2014 Mosby, Inc. All rights reserved. • http://dx.doi.org/10.1016/j.ajog.2014.01.030

FIGURE 1
**Literature flow**



*PVS*, pubovaginal slings.

*These studies were potentially eligible to be included for adverse event (AE) analyses; [†]Several studies had 3 arms and provided data for multiple comparisons; [‡]For noncomparative studies, the following minimum sample size criteria were used: minisling obturator, n ≥120; minisling retropubic, n ≥100; obturator midurethral sling (MUS), n ≥1000; pubovaginal fascial, n ≥300; pubovaginal synthetic, n ≥120; retropubic MUS, n ≥1000; [§]Several studies reported on ≥2 slings; [¶]Only from randomized controlled trials (RCTs).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Stress urinary incontinence (SUI), or the involuntary loss of urine with activity such as coughing, laughing, and sneezing, is present in 15-80% of women.[1] Options for treating SUI include physical therapy, pessaries, urethral bulking injections, and surgery. Surgery traditionally consisted of Burch urethropexy or pubovaginal sling. Since 1996, when Ulmsten et al[2] published the initial paper about retropubic tension-free vaginal tape (TVT), the use of synthetic midurethral slings (MUS) has grown to become the most common surgery performed for SUI in women.[3] This type of surgery has evolved to also include options of obturator passage and smaller, single-incision synthetic slings (eg, "minislings").

The decision of which SUI procedure to perform can include suture-only, native

tissue, mesh, laparoscopic, open incisions, small incisions, or single-incision surgery. Many studies have compared these options. The primary aim of our work was to utilize systematic review and meta-analysis methodology to compare objective and subjective cure rates in adult women with SUI between these different surgeries. The secondary outcomes were to compare surgical methods by quality-of-life measures, sexual function, and perioperative and adverse event (AE) data.

## MATERIALS AND METHODS

The Society of Gynecologic Surgeons Systematic Review Group includes members with clinical and surgical expertise on female SUI and in the conduct of systematic reviews and guideline development. This project was considered exempt from institutional review board approval.

### Data sources and searches

We searched MEDLINE and Cochrane Central Register for Controlled Trials from Jan. 1, 1990 through April 12, 2013 (Figure 1). We excluded older studies because the TVT was not available in the United States prior to this. Search terms included "urinary incontinence," "urgency," "sling," "obturator," "retropubic," "pubovaginal," "vaginal tape," "urologic surgical procedures" (instrumentation or adverse effects), and related terms. The search was limited to comparative studies, cohort studies, and systematic reviews. The search was further limited to human and English-language studies. Meeting abstracts were excluded. Any review articles obtained in this search were excluded after reference lists were reviewed and articles not originally in the search were obtained. Study authors were not contacted.

Twelve reviewers independently double-screened the abstracts using the computerized screening program Abstrackr (Tufts Medical Center, Boston, MA).[4] To establish relevance and consensus among reviewers, all 12 screened and achieved consensus on an initial batch of 300 abstracts. Potentially relevant full-text articles were also independently double-screened by 12 reviewers.

### Study selection

For the principal evaluation of outcomes, we included peer-reviewed randomized controlled trials (RCTs) with at least 12 months of follow-up (Table 1). Trials were excluded from outcomes analysis for poor randomization schemes, such as alternate assignment of patients or assignment based on day of the week or birth date. We included RCTs that compared ≥2 sling procedures or a sling procedure to Burch urethropexy performed in adult women for SUI. Studies that compared Burch urethropexy to any other surgery were excluded. Bulking injections were excluded because they are not similar enough to sling surgeries regarding cure, perioperative data, or AEs. When a study included 3 arms, it was analyzed as multiple 2-arm comparisons. For the evaluation of AEs we

**TABLE 1**
**Randomized controlled trials included in systematic review**

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MUS vs Burch** | | | | | | | | | | | | |
| Bai et al,[9] 2005[a] | B | Retropubic MUS (TVT) | Burch | 31 | 33 | 12 mo | X | | | X | | |
| Bandarian et al,[10] 2011 | C | Obturator MUS (TOT, unspecified) | Burch | 31 | 31 | 25 mo mean | | X | X | X | | |
| Foote et al,[11] 2006 | C | Retropubic MUS (SPARC) | Laparoscopic Burch | 49 | 48 | 24 mo | X | X | X | X | | |
| Liapis et al,[12] 2002 | C | Retropubic MUS (TVT) | Burch | 36 | 35 | 24 mo | X | X | X | X | | |
| Paraiso et al,[13] 2004[b] | B | Retropubic MUS (TVT) | Laparoscopic Burch | 36 | 36 | 21 mo | X | X | X | X | X | |
| Persson et al,[14] 2002 | B | Retropubic MUS (TVT) | Laparoscopic Burch | 38 | 33 | 12 mo | X | X | X | | | |
| Sivaslioglu et al,[15] 2007 | A | Obturator MUS (Safyre T) | Burch | 49 | 51 | 24 mo | X | X | X | | | |
| Téllez Martínez-Fornés et al,[16] 2009 | B | Retropubic MUS (TVT) | Burch | 24 | 25 | 36 mo | X | X | X | X | X | |
| Wang and Chen,[17] 2003 | B | Retropubic MUS (TVT) | Burch | 49 | 49 | 22 mo | X | X | X | | | |
| Ward et al,[18] 2002[c] | B | Retropubic MUS (TVT) | Burch | 169 | 175 | 5 y | X | | X | X | X | X |
| **PVS vs Burch** | | | | | | | | | | | | |
| Albo et al,[19] 2007 (SISTEr Trial)[d] | A | PVS (autologous fascia) | Burch | 326 | 329 | 24 mo | X | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Burch | 28 | 33 | 12 mo | X | | | X | | |
| Culligan et al,[20] 2003[e] | B | PVS (Gore-Tex) | Burch | 17 | 19 | 73 mo | X | | X | | | |
| Enzelsberger et al,[21] 1996 | C | PVS (dura mater) | Burch | 36 | 36 | 36 mo | X | | X | X | | |
| **PVS vs MUS** | | | | | | | | | | | | |
| Amaro et al,[22] 2009 | C | PVS (autologous fascia) | Retropubic MUS (TVT) | 21 | 20 | 44 mo | | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 28 | 31 | 12 mo | X | | | X | | |
| Guerrero et al,[23] 2010[f] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 79 | 50 | 12 mo | | X | X | X | | |
| Sharifiaghdas and Mortazavi,[24] 2008 | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 52 | 48 | 40 mo | X | | X | | | |
| Tcherniakovsky et al,[25] 2009 | C | PVS (autologous fascia) | Obturator MUS (Safyre T) | 20 | 21 | 12 mo | X | | X | X | | |
| **Retropubic vs obturator MUS** | | | | | | | | | | | | |
| Aniuliene et al,[26] 2009 | C | TVT | TVT-0 | 114 | 150 | 12 mo | | X | X | X | | |
| Araco et al,[27] 2008 | B | TVT | TVT-0 | 108 | 100 | 12 mo | X | | X | X | X | |
| Ballester et al,[28] 2012[g] | B | Retropubic ISTOP | Transobturator ISTOP | 42 | 46 | 48 mo | X | X | X | X | X | |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

(continued)

www.AJOG.org — ARTICLE IN PRESS — Urogynecology Research

American Journal of Obstetrics & Gynecology MONTH 2014

RESEARCH Urogynecology — ARTICLE IN PRESS — www.AJOG.org

## TABLE 1
### Randomized controlled trials included in systematic review (continued)

| Study | Study quality[r] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barber et al,[29] 2008[h] | A | TVT | Monarc | 88 | 82 | 18 mo | X | X | X | X | X | X |
| Deffieux et al,[30] 2010 | A | TVT | TVT-O | 75 | 74 | 24 mo | X | X | X | X | X | X |
| El-Hefnawy et al,[31] 2010 | C | TVT | Obturator MUS (unspecified) | 19 | 21 | 20 mo | X | X | X | X | | |
| Freeman et al,[32] 2011 | A | TVT | Monarc | 93 | 100 | 12 mo | | X | X | X | X | X |
| Karateke et al,[33] 2009 | A | TVT | TVT-O | 83 | 84 | 14 mo | X | X | X | X | | |
| Krofta et al,[34] 2010 | A | TVT | TVT-O | 149 | 151 | 12 mo | X | X | X | X | | X |
| Liapis et al,[35] 2006 | C | TVT | TVT-O | 46 | 43 | 12 mo | X | X | X | X | | |
| Richter et al,[1] 2010 (TOMUS Trial)[i] | A | TVT | Obturator MUS (TVT-O or Monarc) | 298 | 299 | 24 mo | X | X | X | X | | X |
| Rinne et al,[36] 2008[j] | A | TVT | TVT-O | 136 | 131 | 36 mo | X | X | X | X | X | |
| Ross et al,[37] 2009 | B | Retropubic MUS (Advantage) | Obturator MUS (Obtryx) | 105 | 94 | 12 mo | X | X | X | X | X | |
| Scheiner et al,[38] 2012[k] | B | TVT | Monarc | 80 | 40 | 12 mo | X | X | X | X | X | |
| Scheiner et al,[38] 2012[k] | B | TVT | TVT-O | 80 | 40 | 12 mo | X | X | X | X | X | |
| Schierlitz et al,[39] 2008[l] | B | TVT | Monarc | 82 | 82 | 36 mo | X | X | X | X | | X |
| Teo et al,[40] 2011 | B | TVT | TVT-O | 66 | 61 | 12 mo | X | X | X | X | X | |
| Wang F et al,[41] 2010 | A | TVT | Obturator MUS (out-to-in) | 70 | 70 | 12 mo | X | X | X | X | X | |
| Wang W et al,[42] 2009 | B | TVT | TVT-O | 160 | 155 | 36 mo | X | | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT | TVT-O | 32 | 36 | 12 mo | X | | X | X | | |
| Zullo et al,[44] 2007[n] | B | TVT | TVT-O | 35 | 37 | 5 y | X | X | X | X | X | X |
| Retropubic MUS vs retropubic MUS | | | | | | | | | | | | |
| Andonian et al,[45] 2005 | B | SPARC | TVT | 41 | 43 | 12 mo | X | X | X | X | | |
| Tseng et al,[46] 2005 | B | SPARC | TVT | 31 | 31 | 24 mo | X | | X | X | | |
| Obturator MUS vs obturator MUS | | | | | | | | | | | | |
| Abdel-Fattah et al,[47] 2010 (E-TOT Trial)[o] | B | ARIS TOT (out-to-in) | TVT-O (in-to-out) | 171 | 170 | 12 mo | X | X | | X | X | X |
| Scheiner et al,[38] 2012[k] | B | Monarc | TVT-O | 40 | 40 | 12 mo | X | X | X | X | X | |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

(continued)

**TABLE 1**
**Randomized controlled trials included in systematic review** (continued)

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minisling vs any other sling** | | | | | | | | | | | | |
| Andrada Hamer et al,[48] 2013 | B | TVT-Secur H | TVT | 64 | 69 | 12 mo | X | X | X | X | | |
| Barber et al,[49] 2012 | A | TVT-Secur U | TVT | 136 | 127 | 12 mo | X | X | X | X | X | X |
| Hinoul et al,[50] 2011 | A | TVT-Secur H | TVT-O | 97 | 98 | 12 mo | X | X | X | X | X | |
| Hota et al,[51] 2012 | A | TVT-O | TVT-Secur | 44 | 42 | 12 mo | X | X | X | X | X | |
| Kim et al,[52] 2010 | B | TVT-Secur U | TVT-Secur H | 53 | 62 | 12 mo | X | X | X | X | | X |
| Lee et al,[53] 2010 | A | TVT-Secur U | TVT-Secur H | 165 | 165 | 12 mo | X | X | X | X | | X |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-O | 65 | 68 | 24 mo | X | X | X | X | X | |
| Masata et al,[54] 2012[p] | A | TVT-Secur H | TVT-O | 64 | 68 | 24 mo | X | X | X | X | X | |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-Secur H | 65 | 64 | 24 mo | X | X | X | X | X | |
| Oliveira et al,[55] 2011[q] | C | TVT-Secur H | TVT-O | 30 | 30 | 12 mo | X | | X | | | |
| Oliveira et al,[55] 2011[q] | C | MiniArc | TVT-O | 30 | 30 | 12 mo | X | | X | | | |
| Oliveira et al,[55] 2011[q] | C | TVT-Secur H | MiniArc | 30 | 30 | 12 mo | X | | X | | | |
| Tommaselli et al,[56] 2010 | B | TVT-Secur H | TVT-O | 42 | 42 | 12 mo | | | X | X | X | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT | 34 | 32 | 12 mo | | | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT-O | 34 | 36 | 12 mo | X | | X | X | | |

Advantage; Boston Scientific Corp., Natick, MA; Gore-Tex; Gore Medical, Flagstaff, AZ; ISTOP, CL Medical, Winchester, CA; MiniArc; AMS, Minnetonka, MN; Monarc; AMS; Obtryx; Boston Scientific Corp.; Safyre; Promedon, Cordoba, Argentina; SPARC; AMS; TVT-O; Ethicon Gynecare, Cincinnati, OH; TVT-Secur, Ethicon Gynecare.

*AE*, adverse event; *MUS*, midurethral sling; *OC*, objective cure; *Po*, perioperative outcomes; *PVS*, pubovaginal sling; *QoL*, Life-of-life outcomes; *SC*, subjective cure; *SF*, sexual function outcomes; *TOMUS*, Trial of Midurethral Slings; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

[a] 3-Arm trial comparing PVS (autologous fascia) vs TVT vs Burch; [b] Jelovsek et al[59] 2008; [c] Ward et al[60] 2004 and Ward et al[61] 2008; [d] Tennstedt et al[62] 2005, Tennstedt et al[63] 2008, Chai et al[64] 2009, Kraus et al[65] 2011, Brubaker et al[66] 2012; [e] Sand et al[67] 2000; [f] Trial also included PVS (Pelvichol) arm (n = 72) that was not included as Pelvichol is off market; [g] Daraï et al[68] 2007 and David-Montefiore et al[69] 2006; [h] Barber et al[70] 2008; [i] Albo[71] 2008, Brubaker et al[72] 2011, Zyczynski et al[73] 2012, Albo et al[3] 2012; [j] Laurikainen et al[74] 2007 and Palva et al[75] 2010; [k] 3-Arm trial comparing Monarc vs TVT vs TVT-O; [l] Schierlitz et al[76] 2012 and De Souza et al[77] 2012; [m] 3-Arm trial comparing TVT-Secur vs TVT vs TVT-O; [n] Angioli et al[78] 2010; [o] Abdel-Fattah et al[79] 2010 and Abdel-Fattah et al[80] 2012; [p] 3-Arm trial comparing TVT-Secur H vs TVT-Secur U vs TVT-O; [q] 3-Arm trial comparing TVT-O vs TVT-Secur H vs MiniArc; [r] A (good), B (fair), C (poor).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

www.AJOG.org

ARTICLE IN PRESS

Urogynecology RESEARCH

**TABLE 2**
**Categorization of outcomes analyzed from randomized controlled trials**

| Outcome category of interest | Specific outcomes collected |
|---|---|
| Objective cure | Cough stress test |
| | Pad testing |
| | Urodynamic stress incontinence |
| | Voiding diary data |
| Subjective cure | Sandvik Incontinence Severity Index |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | Patient Global Impression of Improvement (PGI-I) |
| | Pelvic Floor Distress Inventory (PFDI) |
| | Urinary Distress Inventory (UDI) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Measures such as "better" or "satisfied" |
| | "Would recommend to a friend" |
| | Met expectations |
| Perioperative outcomes | Estimated blood loss, time to return to normal activity/work, operative time, hospital time, length of stay, length of use of catheter, pain |
| Quality of life or satisfaction | Kings Health Questionnaire (KHQ) |
| | Measures of activities of daily living |
| | Urinary Incontinence Quality-of-life Scale (I-QOL) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Floor Impact Questionnaire/Incontinence Impact Questionnaire (PFIQ/IIQ) |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| Sexual function | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Organ Prolapse/Incontinence Sexual Questionnaire, IUGA-Revised (PISQ-IR) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| | Dyspareunia |
| | "Return to normal sex life" |
| Adverse events | Table 3 |

*IUGA*, International Urogynecology Association.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

surgery was not collected. Sling types of interest included MUS (retropubic, obturator), pubovaginal slings at the bladder neck (biologic, synthetic, or autologous), and minislings. All studies had to report results for cohorts (or study arms) of women who all received the same sling type (or Burch urethropexy); studies that combined women who received different sling types in their analyses were excluded. Studies that examined various aspects of surgical technique, anesthesia, or surgeon training were excluded if the same type of sling was used in each arm. Data were excluded if the surgical product used was not available in the United States as of April 2013.

Outcomes of interest from RCTs fell into 6 categories: objective cure, subjective cure, perioperative outcomes, quality of life or satisfaction, sexual function, and AEs (Table 2). Studies with nonrandomized designs were included only for AEs. Information on cost was not collected.

### Data extraction and quality assessment

Data were extracted by 1 of 12 reviewers using a standard data extraction form and confirmed by another; discrepancies were resolved by consensus. We extracted data on study characteristics, participant characteristics, funding source, details on the interventions, length of follow-up, outcomes of interest measured, and how these outcomes were assessed. After data extraction, the lead reviewer and methodologist categorized all outcomes extracted from the RCTs into the 6 outcome categories listed above. Two reviewers also categorized all AEs into 22 categories as listed in Table 3. The underlying data, together with additional extracted information, are accessible online at http://srdr.ahrq.gov/ in the project Sling surgery for stress urinary incontinence in women: Society of Gynecologic Surgeons 2013.

We assessed the methodological quality of each RCT using predefined criteria from a 3-category system modified from the Agency for Healthcare Research and Quality.[5] Studies were graded as good (A), fair (B), or poor (C)

also included trials excluded from RCT analysis, nonrandomized comparative studies, and cohort (pre-post) studies of any follow-up duration. Because of the volume of these studies, sample size limitations were placed to restrict the number of studies to only those with the most patients and therefore highest potential for identifying a complication (Figure 1). Studies included for AEs had to evaluate at least 1 sling type, and information about any other comparator

Case 2:12-md-02327-MDL Document 2082-10 Filed 04/21/16 Page 7 of 9 Page ID #: 48086
www.AJOG.org
Urogynecology RESEARCH
ARTICLE IN PRESS

### TABLE 3
### Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies[1,9-57,59-117]

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Estimated blood loss >200 mL | | | | | |
| Obturator | 4 | 0.22% (0.03–1.59%) | 1 | 448 | 0.00–1.79% |
| Minisling | 3 | 1.1% (0.5–1.9%) | 10 | 888 | 0.00–3.68% |
| Retropubic | 4 | 1.5% (1.0–2.1%) | 33 | 2071 | 0.21–4.76% |
| Transfusion | | | | | |
| Burch | 3 | 0.00% (0.00–7.73%) | 0 | 105 | 0.00–0.00% |
| Obturator | 6 | 0.17% (0.02–1.22%) | 1 | 584 | 0.00–0.40% |
| Retropubic | 13 | 0.40% (0.28–0.55%) | 31 | 8105 | 0.00–4.00% |
| Minisling | 5 | 0.51% (0.23–1.14%) | 6 | 1177 | 0.00–0.74% |
| Pubovaginal | 5 | 1.9% (0.9–3.2%) | 10 | 515 | 0.00–5.17% |
| Hematoma | | | | | |
| Obturator | 18 | 0.59% (0.35–0.89%) | 17 | 2995 | 0.00–2.41% |
| Retropubic | 25 | 0.88% (0.74–1.0%) | 184 | 15,950 | 0.00–16.13% |
| Minisling | 2 | 0.85% (0.21–3.44%) | 2 | 236 | 0.74–1.00% |
| Burch | 4 | 1.4% (0.6–2.6%) | 8 | 542 | 0.00–5.71% |
| Pubovaginal | 5 | 2.2% (1.2–3.4%) | 14 | 677 | 0.00–5.17% |
| Dyspareunia | | | | | |
| Retropubic | 2 | 0.00% (0.01–1.64%) | 0 | 488 | 0.00–0.00% |
| Obturator | 6 | 0.16% (0.02–1.14%) | 1 | 624 | 0.00–0.40% |
| Minisling | 11 | 0.74% (0.40–1.2%) | 19 | 1809 | 0.00–6.49% |
| Pubovaginal | 5 | 0.99% (0.39–1.9%) | 8 | 696 | 0.00–2.63% |
| Return to operating room for erosion | | | | | |
| Burch | 2 | 0.28% (0.04–2.03%) | 1 | 352 | 0.00–0.30% |
| Minisling | 3 | 1.4% (0.5–2.8%) | 5 | 399 | 0.53–2.86% |
| Pubovaginal | 5 | 1.6% (0.8–2.7%) | 16 | 640 | 0.00–12.50% |
| Retropubic | 12 | 1.9% (1.0–3.0%) | 13 | 703 | 0.00–6.45% |
| Obturator | 7 | 2.7% (1.5–4.3%) | 14 | 518 | 0.00–8.24% |
| Exposure | | | | | |
| Burch | 4 | 0.00% (0.02–6.22%) | 0 | 130 | 0.00–0.00% |
| Retropubic | 29 | 1.4% (1.1–1.7%) | 84 | 5684 | 0.00–12.90% |
| Minisling | 19 | 2.0% (1.5–2.6%) | 61 | 2408 | 0.00–19.05% |
| Obturator | 31 | 2.2% (1.7–2.7%) | 66 | 3253 | 0.00–10.00% |
| Pubovaginal | 10 | 5.4% (4.0–7.0%) | 48 | 851 | 0.00–15.52% |
| Wound infection | | | | | |
| Minisling | 3 | 0.31% (0.05–0.80%) | 2 | 852 | 0.00–1.04% |
| Obturator | 14 | 0.74% (0.43–1.1%) | 14 | 2348 | 0.00–2.11% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                    (continued)

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] *(continued)*

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Retropubic | 13 | 0.75% (0.54–0.98%) | 43 | 5781 | 0.00–13.04% |
| Pubovaginal | 3 | 2.6% (0.8–5.4%) | 4 | 174 | 0.85–5.56% |
| Burch | 5 | 7.0% (4.3–10%) | 17 | 269 | 3.13–9.68% |
| **Urinary tract infection** | | | | | |
| Minisling | 13 | 3.6% (2.8–4.6%) | 72 | 1762 | 0.74–18.33% |
| Pubovaginal | 4 | 4.2% (2.5–6.3%) | 21 | 420 | 1.84–18.75% |
| Obturator | 21 | 4.3% (3.4–5.2%) | 88 | 1826 | 0.00–16.79% |
| Burch | 7 | 5.9% (4.2–7.9%) | 55 | 648 | 0.00–31.51% |
| Retropubic | 21 | 11.0% (9.7–11%) | 718 | 6286 | 0.00–23.33% |
| **Bowel injury** | | | | | |
| Obturator | 5 | 0.00% (0.00–1.96%) | 0 | 410 | 0.00–0.00% |
| Retropubic | 7 | 0.34% (0.09–1.36%) | 2 | 594 | 0.00–1.57% |
| Minisling | 1 | 0.74% (0.10–5.30%) | 1 | 136 | 0.74–0.74% |
| Burch | 1 | 3.13% (0.44–23.63%) | 1 | 32 | 3.13–3.13% |
| **Nerve injury** | | | | | |
| Minisling | 1 | 0.00% (0.02–5.95%) | 0 | 136 | 0.00–0.00% |
| Retropubic | 4 | 0.06% (0.01–0.43%) | 1 | 1642 | 0.00–0.07% |
| Obturator | 3 | 0.61% (0.09–4.36%) | 1 | 165 | 0.00–1.72% |
| **Ureteral injury** | | | | | |
| Retropubic | 1 | 0.00% (0.00–9.25%) | 0 | 88 | 0.00–0.00% |
| Pubovaginal | 4 | 0.18% (0.03–1.26%) | 1 | 567 | 0.00–1.28% |
| Burch | 1 | 0.61% (0.15–2.46%) | 2 | 329 | 0.61–0.61% |
| Obturator | 1 | 1.22% (0.17–8.87%) | 1 | 82 | 1.22–1.22% |
| **Vascular injury** | | | | | |
| Obturator | 2 | 0.00% (0.00–6.75%) | 0 | 120 | 0.00–0.00% |
| Retropubic | 4 | 0.08% (0.04–0.18%) | 6 | 7149 | 0.00–0.09% |
| **Overactive bladder/urgency** | | | | | |
| Burch | 3 | 4.3% (2.5–6.5%) | 17 | 387 | 2.86–21.74% |
| Obturator | 8 | 5.3% (4.2–6.5%) | 106 | 1485 | 0.00–34.53% |
| Minisling | 11 | 5.4% (4.4–6.5%) | 103 | 1769 | 2.22–21.00% |
| Retropubic | 15 | 6.9% (6.0–7.7%) | 374 | 3486 | 0.76–45.00% |
| Pubovaginal | 5 | 8.6% (6.5–11%) | 55 | 558 | 3.37–38.10% |
| **Retention lasting <6 wk postoperatively** | | | | | |
| Minisling | 13 | 2.1% (1.5–2.8%) | 36 | 1778 | 0.00–5.88% |
| Obturator | 17 | 2.3% (1.8–3.0%) | 70 | 2629 | 0.00–10.00% |
| Retropubic | 18 | 3.1% (2.7–3.5%) | 248 | 7127 | 0.00–21.74% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                                                          *(continued)*

TABLE 3

**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] (continued)

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Pubovaginal | 10 | 12% (10.2–14%) | 158 | 1053 | 3.03–81.97% |
| Burch | 5 | 17% (13–21%) | 55 | 288 | 0.00–32.88% |
| **Retention lasting >6 wk postoperatively** | | | | | |
| Obturator | 6 | 2.4% (1.4–3.6%) | 70 | 2629 | 0.00–10.00% |
| Retropubic | 9 | 2.7% (2.1–3.4%) | 248 | 7127 | 0.00–21.74% |
| Minisling | 2 | 3.3% (1.6–5.7%) | 36 | 1778 | 0.00–5.88% |
| Pubovaginal | 6 | 7.5% (5.4–10%) | 158 | 1053 | 3.03–81.97% |
| Burch | 4 | 7.6% (4.7–11%) | 55 | 288 | 0.00–32.88% |
| **Return to operating room for urinary retention** | | | | | |
| Burch | 4 | 0.00% (0.00–1.54%) | 0 | 522 | 0.00–0.00% |
| Obturator | 22 | 1.1% (0.7–1.5%) | 23 | 2342 | 0.00–6.67% |
| Retropubic | 21 | 1.2% (0.9–1.7%) | 48 | 3103 | 0.00–24.00% |
| Minisling | 12 | 1.9% (1.2–2.9%) | 16 | 970 | 0.00–5.00% |
| Pubovaginal | 15 | 3.0% (2.3–3.9%) | 57 | 1667 | 0.00–7.69% |
| **Groin pain** | | | | | |
| Pubovaginal | 2 | 0.34% (0.09–1.36%) | 2 | 591 | 0.00–0.61% |
| Minisling | 12 | 0.62% (0.30–1.1%) | 14 | 1619 | 0.00–5.26% |
| Burch | 2 | 1.10% (0.42–2.98%) | 4 | 364 | 0.00–11.43% |
| Retropubic | 12 | 1.5% (1.0–2.1%) | 29 | 1811 | 0.00–5.56% |
| Obturator | 17 | 6.5% (5.3–7.7%) | 128 | 1594 | 0.00–36.67% |
| **Leg pain** | | | | | |
| Retropubic | 4 | 0.62% (0.16–2.51%) | 2 | 322 | 0.00–1.69% |
| Minisling | 4 | 1.6% (0.5–3.2%) | 4 | 337 | 0.00–2.63% |
| Obturator | 7 | 16% (13–19%) | 112 | 649 | 3.66–60.87% |
| **Bladder perforation** | | | | | |
| Obturator | 32 | 0.70% (0.46–0.98%) | 22 | 4000 | 0.00–4.76% |
| Minisling | 6 | 0.85% (0.40–1.5%) | 12 | 1138 | 0.00–4.41% |
| Pubovaginal | 14 | 2.3% (1.5–3.3%) | 23 | 1069 | 0.00–5.56% |
| Burch | 10 | 2.8% (1.7–4.1%) | 19 | 753 | 0.00–6.25% |
| Retropubic | 41 | 3.6% (3.3–3.9%) | 420 | 11,390 | 0.00–24.39% |
| **Urethral perforation** | | | | | |
| Burch | 1 | 0.00% (0.00–34.04%) | 0 | 25 | 0.00–0.00% |
| Obturator | 7 | 0.20% (0.05–0.80%) | 2 | 1013 | 0.00–1.72% |
| Retropubic | 8 | 0.41% (0.19–0.72%) | 17 | 2211 | 0.00–5.37% |
| Minisling | 1 | 2.70% (0.38–20.26%) | 1 | 37 | 2.70–2.70% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                    *(continued)*