ARTICLE IN PRESS

Case 2: Case 3:23-cv-00851-MO Document 2 Document 132-13 Filed 04/21/16 05/26/20 Page 1 of 257 Page 10 of 12 Page #: 48089

Research   Urogynecology                                                                                    www.AJOG.org

TABLE 3
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies[1,9-57,59-117]** (continued)

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Vaginal perforation | | | | | |
| Pubovaginal | 1 | 0.00% (0.00–2.46%) | 0 | 326 | 0.00–0.00% |
| Burch | 2 | 0.21% (0.03–1.50%) | 1 | 475 | 0.00–0.30% |
| Retropubic | 12 | 0.73% (0.40–1.2%) | 19 | 1892 | 0.00–15.00% |
| Minisling | 10 | 1.3% (0.8–1.9%) | 20 | 1538 | 0.00–4.84% |
| Obturator | 20 | 2.8% (2.2–3.5%) | 82 | 2498 | 0.00–10.87% |
| Deep vein thrombosis | | | | | |
| Obturator | 2 | 0.00% (0.00–12.03%) | 0 | 68 | 0.00–0.00% |
| Retropubic | 3 | 0.06% (0.01–0.43%) | 1 | 1660 | 0.00–0.07% |
| Pubovaginal | 4 | 0.35% (0.09–1.42%) | 2 | 567 | 0.00–1.28% |
| Burch | 3 | 0.58% (0.11–1.4%) | 4 | 506 | 0.00–3.23% |

*AE*, adverse event; *CI*, confidence interval.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

quality based on the likelihood of biases and completeness of reporting. Grades for different outcomes could vary within the same study.

**Data synthesis and analysis**
We were able to identify comparisons for MUS vs Burch, pubovaginal slings vs Burch, pubovaginal slings vs MUS, retropubic MUS vs obturator MUS, retropubic MUS vs retropubic MUS (based on route of passage), obturator MUS vs obturator MUS (based on route of passage), and minisling vs other sling. When at least 3 RCTs compared the same surgeries for the same outcomes and provided adequate data for metaanalysis (including for AEs), we performed random effects model metaanalyses to estimate pooled odds ratios (ORs). We included data from the time point closest to 12 months' follow-up that were reported. For objective cure, studies used cough stress test, pad test, or both methods. Across studies, we treated the different methods as equivalent (ie, we included both methods in the metaanalyses), but when a single study reported both methods, we preferentially chose stress test over pad test or a combined outcome (both pad and stress tests). When at least 3 studies (pre-post,

nonrandomized comparative, or RCT) reported the same AE for the same sling type, we performed random effects model metaanalyses of the arcsine transformed proportion of women with the outcome.[6] The arcsine transformed proportion was used to minimize bias due to the nonnormal distribution when proportions are close to 0. However, when the total number of events was <3 or metaanalysis gave an implausible summary estimate, the exact proportion and confidence interval (CI) were calculated for the total number of events and women at risk.[7] These absolute rates of AEs are compared qualitatively between procedures, and all data are presented in Table 3.

For each comparison of different sling types (or vs Burch), we generated an evidence profile by grading the quality of evidence for each outcome according to the Grades for Recommendation, Assessment, Development, and Evaluation system. The process considered the methodological quality, consistency of results across studies, directness of the evidence, and imprecision or sparseness of evidence to determine an overall quality of evidence. Four quality rating categories were possible: high (A), moderate (B), low (C), and very

low/insufficient (D).[8] Evidence profiles for the reviewed studies are in the Appendix.

We developed clinical practice guideline statements incorporating the balance between benefits and harms of the compared interventions when the data were sufficient to support these statements. Each guideline statement was assigned an overall level of strength of the recommendation (1 = strong, 2 = weak) based on the quality of the supporting evidence and the size of the net benefit. The strength of a recommendation indicates the extent to which one can be confident that adherence to the recommendation will do more good than harm. The wording and its implications for patients, physicians, and policymakers are detailed in Table 4.

We presented our findings at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons in April 2013 in Charleston, SC. A link to the guidelines and manuscript was then e-mailed to the entire membership for review and vetting in August 2013 prior to submission for publication.

**Results**
The MEDLINE search identified 2849 abstracts, of which we retrieved 881

ARTICLE IN PRESS
Case 2:22-cv-00851-MG Document 2002-1 Filed 04/21/16 05/26/20 Page 91 of 199 Page ID #: 48090
www.AJOG.org
Urogynecology    RESEARCH

Case 2:22-cv-00851-MG Document 2002-1 Filed 04/21/16 05/26/20 Page 2 of 257

---

**TABLE 4**
**Society for Gynecologic Surgeons Systematic Review Group sling surgery for stress urinary incontinence in women, clinical practice guidelines**

**Midurethral sling vs Burch (open or laparoscopic)**

For women considering midurethral slings or Burch procedures for treatment of SUI, we suggest either intervention for objective and subjective cure and that decision be based on: (1) which adverse events are of greatest concern to patient; and (2) any other planned concomitant surgeries (vaginal vs abdominal route). (1A)

- Midurethral slings may result in lower rates of perioperative adverse events such as blood loss, postoperative pain, operating room time, hospital stay, bowel injury, wound infection, and hematomas. (1C)
- Burch procedures may result in lower rates of return to operating room for retention, erosion, overactive bladder symptoms, and groin pain. (1C)

**Pubovaginal sling vs Burch**

For women considering pubovaginal slings or Burch procedures for treatment of SUI, we recommend pubovaginal slings to maximize cure outcomes. (1A)

- Burch procedure results in lower rates of erosion, overactive bladder symptoms, and retention requiring reoperation. (1C)
- Pubovaginal slings result in lower rates of wound infection, bladder/vaginal perforation, and bowel injury. (1C)

**Pubovaginal sling (biologic and synthetic) vs midurethral sling (only TVT was studied)**

For women considering pubovaginal or midurethral sling for treatment of SUI, we recommend midurethral sling for better subjective cure outcomes. (2C)

- Midurethral slings may result in lower rates of perioperative outcomes such as operating room time, blood loss, and hospital stay. (2D)
- Pubovaginal slings may result in lower rates of adverse events such as urinary tract infection and vaginal perforation. (2D)

**Retropubic vs obturator midurethral slings**

For women considering retropubic or transobturator midurethral sling, we recommend either intervention for objective and subjective cure and that decision be based on which adverse events are of greatest concern to patient. (1A)

- Retropubic slings result in lower rates of sling erosion, need to return to operating room for treatment of sling erosion, groin/leg pain, and vaginal perforation. (1D)
- Transobturator midurethral slings result in shorter operative time, fewer bladder/urethral perforations, less perioperative pain, fewer urinary tract infections, and less overactive bladder symptoms. (1D)

**Obturator vs obturator or retropubic vs retropubic midurethral slings**

There is insufficient evidence to provide recommendation for choosing among specific obturator or retropubic slings.

**Minisling (TVT-Secur U/H position and MiniArc studied) vs other sling (TVT and TVT-O studied)**

For women considering minislings (specifically TVT-Secur in H or U configuration) compared to traditional midurethral slings for treatment of SUI, we recommend traditional midurethral sling to maximize cure rates. (1A)

- Route of traditional midurethral sling that would be performed is important consideration in regard to adverse events compared with minislings. For example, minislings have similar rates of postoperative overactive bladder symptoms compared with obturator slings, but lower rates compared with retropubic slings. Exposure of sling postoperatively is similar between obturator slings and minislings, but retropubic slings have lower rates than both other types. (1D)
- Dyspareunia is more common with minisling than either retropubic or obturator sling, but absolute rates are low for all types of slings. (1D)

MiniArc; AMS, Minnetonka, MN; TVT-O; Ethicon Gynecare, Cincinnati, OH; TVT-Secur; Ethicon Gynecare.

*SUI*, stress urinary incontinence; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

---

full-text papers that were further assessed in detail (Figure 1). This process resulted in 127 papers detailing RCTs (Table 1), from which there were 49 unique, eligible trials. There were also 704 additional papers reflecting other study designs, which were considered for AE data (Table 3). After limiting the non-RCT papers to those with the largest number of patients, we included 39 of those studies in addition to collecting AE information from RCTs (Table 3).

We categorized the trials into 6 comparisons, which are discussed in detail below and in Table 1.

## MUS vs Burch urethropexy

There were 10 RCTs for this comparison with overall moderate quality of evidence (Supplementary Table 1).[9-18] Two studies examined obturator MUS,[10,15] while the remaining analyzed a retropubic sling vs Burch urethropexy, which was performed via laparotomy except in 3 studies that analyzed laparoscopic

Burch surgery.[11,13,14] There were no studies comparing minislings to Burch urethropexy.

The evidence reviewed did not support a difference between the 2 surgeries with regard to objective cure, subjective cure, quality-of-life, or sexual function outcomes. While 8 studies provided data about cure outcomes, there were fewer studies evaluating quality of life[13,16,18] and sexual function.[18]

Metaanalysis of objective cure did not show a significant difference for sling

FIGURE 2
## Metaanalysis for objective cure: MUS vs Burch urethropexy



Forest plot subdivided by objective cure test. *Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme. Stress test chosen preferentially over pad test.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *lap*, laparoscopic; *MUS*, midurethral slings; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *TVT*, tension-free vaginal tape.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

---

compared to Burch (OR, 1.18; 95% CI, 0.73−1.89) (Figure 2). The 6 RCTs that met inclusion for this outcome analyzed TVT vs Burch, which was performed open or laparoscopically.

For subjective cure, the metaanalysis included retropubic slings (all TVT) and obturator slings (unspecified obturator sling or Safyre T; Promedon, Cordoba, Argentina) (Figure 3). The pooled OR for all analyses showed no significant difference but favored slings compared to Burch (OR, 1.12; 95% CI, 0.79−1.60). Similar results were seen for metaanalyses of retropubic and obturator slings compared with the Burch procedure (Figure 3).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies. Analysis of perioperative and AE data for the absolute rates of complications per type of surgery showed that MUS may result in lower rates of perioperative AEs such as

postoperative pain, operating room time, hospital stay, bowel injury, wound infection, and hematomas (Appendix and Table 3). Burch procedures may result in lower rates of longer-term AEs such as return to the operating room for retention or erosion, overactive bladder (OAB) symptoms, and groin pain (Table 3). Metaanalysis of AE outcomes that were similar across studies showed no significant difference among these procedures for postoperative OAB symptoms, return to the operating room for erosion, and return to the operating room for retention. Interpretation of these rates is also dependent on the route of the MUS (obturator vs retropubic) that would be chosen, although more studies were available using retropubic slings for this comparison, weighting our analysis.

In summary, for women considering MUS or Burch procedures for treatment of SUI, we suggest either intervention

for objective and subjective cure, with the decision based on AEs and other planned concomitant surgeries (vaginal vs abdominal route) (Table 4).

### Pubovaginal slings vs Burch urethropexy

There were 4 RCTs for this comparison with an overall high quality of evidence (Supplementary Table 2).[9,19-21] The pubovaginal slings in these studies were composed of autologous fascia, Gore-Tex (Gore Medical, Flagstaff, AZ), or human dura mater.[9,19-21] The data for this grouping included the SISTEr trial, a high-quality, multicenter network trial with 655 subjects investigating autologous pubovaginal slings compared to Burch surgery (Table 1).[19] No studies reported sexual function data and only 1 reported quality-of-life outcomes.[19] The evidence favored sling procedures compared to Burch for subjective and objective cure outcomes.

FIGURE 3
**Metaanalysis for subjective cure: slings vs Burch urethropexy**



Forest plots subdivided by slings being compared with Burch urethropexy. *Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *lap*, laparoscopic; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *PVS*, pubovaginal sling; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

There was an inadequate number of studies to support a metaanalysis of objective cure. Subjective cure outcome metaanalysis favored pubovaginal sling compared to Burch (OR, 1.65; 95% CI, 1.13—2.43) (Figure 3).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies. Looking at absolute rates of AEs per procedure, a Burch procedure results in lower rates of OAB symptoms, transfusion, hematomas, and return to the operating room for retention or erosion. Pubovaginal slings result in lower rates of wound infection, groin pain, urinary tract infection, and bladder/vaginal perforation. Metaanalysis of AE information showed no significant difference between the 2 surgeries for postoperative OAB symptoms and return to the operating room for erosion. There

was a greater risk of return to the operating room for retention with the pubovaginal sling in the 2 studies that could be combined for this question (OR, 14.9; 95% CI, 1.35—165.15; *P* = .028).

In summary, for women considering pubovaginal slings or Burch procedures for treatment of SUI, we recommend pubovaginal slings to maximize cure outcomes (Table 4).

**Pubovaginal slings vs MUS**
There were 5 RCTs for this grouping and the evidence was overall of low quality (Supplementary Table 3).[9,22-25] The only MUS included in these studies was a retropubic TVT sling. There are no RCTs comparing pubovaginal slings to obturator MUS or minislings. No studies reported sexual function data. Review of the available data did not support a

difference between procedures for either cure outcome.

Metaanalysis of data for subjective cure outcomes favors placement of MUS compared to pubovaginal slings (OR, 0.40; 95% CI, 0.18—0.85) (Figure 4). There were inadequate studies to support a metaanalysis for objective cure. Metaanalysis for the satisfaction outcome was also not possible due to a limited number of studies.

Comparing absolute complication rates for the surgeries in general, MUS resulted in lower rates of operating room time, blood loss, transfusion, wound infection, retention, OAB symptoms, and hospital stay (Appendix and Table 3). Interpretation of these rates is also dependent on the route of MUS (obturator vs retropubic) that would be chosen. Pubovaginal slings result in



**FIGURE 4**
**Metaanalysis for subjective cure: pubovaginal vs MUS**

*Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme.

*CI,* confidence interval; *I²,* percentage of total variation across studies that is due to heterogeneity rather than chance; *MUS,* midurethral slings; *OR,* odds ratio; *P_Het,* χ² *P* value for statistical heterogeneity; *PVS,* pubovaginal sling; *TVT,* tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

lower rates of urinary tract infection and vaginal perforation than either route of MUS (Table 3). Metaanalysis of AE information showed no significant difference between these surgeries for postoperative OAB symptoms, return to the operating room for retention, or return to the operating room for erosion.

Driven by the metaanalysis information, for women considering a pubovaginal sling or MUS for treatment of SUI, we recommend MUS for better subjective cure (Table 4).

**Retropubic MUS vs obturator MUS**
This comparison had the most studies with 21 RCTs with large numbers of patients enrolled (Supplementary Table 4).[1,26-44] The quality of evidence was high, including Trial of Midurethral Slings (TOMUS), a high-quality multicenter network trial with 597 participants.[1] The evidence did not show a difference for objective or subjective cure outcomes between the 2 slings. Quality-of-life and sexual function outcomes were also similar between the 2 procedures.

Metaanalysis of objective cure data favored retropubic slings but was not significant (OR, 1.18; 95% CI, 0.95−1.47) (Figure 5). The retropubic sling studied was a TVT in all studies in the metaanalysis.

Similarly, for subjective cure, metaanalysis favored retropubic slings (OR, 1.17; 95% CI, 0.91−1.51) but was not significant (Figure 6). Again, the retropubic sling for included studies was always a TVT while the obturator slings included a variety of slings and routes of passages.

Four studies were included in a metaanalysis of satisfaction outcomes (Figure 7), which favored obturator slings but was not significant (OR, 0.77; 95% CI, 0.52−1.13).

AE and perioperative outcome data were highly variable by each outcome and did not provide a consistent direction when examined by absolute rates of complications for each surgery (Appendix and Table 3). Retropubic slings result in lower absolute rates of sling erosion, need to return to the operating room for treatment of sling erosion, nerve injury, ureteral injury, groin/leg pain, and vaginal perforation. Obturator MUS result in shorter operative time, lower blood loss, fewer bladder/urethral perforations, less perioperative pain, fewer urinary tract infections, and less OAB symptoms. Metaanalysis showed that postoperative OAB symptoms were more common in patients following retropubic slings (OR, 1.41; 95% CI, 1.01−1.98, *P* =.046). There was no difference between slings on

metaanalysis of return for operating room for erosion or for retention. There were too few studies that examined subpopulations of stress-incontinent patients (eg, those with intrinsic sphincter deficiency or prior surgical failures) to allow metaanalysis.

In summary, for women considering a retropubic or transobturator MUS, we recommend either intervention for objective and subjective cure; the decision should be based on surgeon expertise accounting for AEs (Table 4).

**Retropubic MUS vs retropubic MUS**
There was a limited number (2) of RCTs for this question, and moderate-quality evidence (Table 1) (Supplementary Table 5).[45,46] These studies each compared top-down passage (SPARC; AMS, Minnetonka, MN) to bottom-up passage (TVT). The evidence does not support a difference in outcomes between the retropubic slings studied. No studies reported quality-of-life or sexual function data.

Because we collected AE data by sling type (eg, retropubic vs obturator slings), we could not segregate complications by route of passage.

There were inadequate data to support any metaanalyses. The evidence was also not robust enough to merit a clinical practice guideline.

Case 3:22-cv-00851-MO    Document 2002    Filed 04/21/16    Page 6 of 257

FIGURE 5
**Metaanalysis for objective cure: retropubic (retro) vs obturator midurethral slings**



Forest plot subdivided by objective cure test. *Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme. Stress test chosen preferentially over pad test.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator; *UDS*, urodynamic study.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

## Obturator MUS vs obturator MUS

There have been 2 RCTs investigating this question, which provided low-quality evidence (Table 1) (Supplementary Table 6).[39,47] The evidence does not support a difference in outcomes between the routes of obturator slings studied.

Because we collected AE data by sling type (eg, retropubic vs obturator slings), we could not segregate complications by route of passage.

There were inadequate data to support any metaanalyses. The evidence was

also not robust enough to merit a clinical practice guideline.

## Minislings vs any other slings

There were 15 RCTs providing data for this question, which represented 3-arm or 2-arm studies by original design (Table 1) (Supplementary Table 7).[43,48-56] The comparator arm of traditional full-length MUS was either an obturator or retropubic sling; no studies compared Burch urethropexy or pubovaginal slings to minislings. The majority of studies in

this category used a TVT-Secur (Ethicon Gynecare, Cincinnati, OH) placed in either the "U" (similar to retropubic slings) or "H" (similar to obturator slings) configuration. While this product is no longer available in the United States, it was retained for this analysis because we thought that there was significant interest among physicians regarding this clinical question. By excluding studies with TVT-Secur (Ethicon Gynecare) from the analysis, a review and guideline on this question would not have been possible.

FIGURE 6
**Metaanalysis for subjective cure: retropubic vs obturator midurethral slings**



*Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI, confidence interval; I², percentage of total variation across studies that is due to heterogeneity rather than chance; OR, odds ratio; P_Het, χ² P value for statistical heterogeneity; TOT, transobturator sling; TVT, tension-free vaginal tape; TVT-O, tension-free vaginal tape-obturator.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Review of the evidence showed that both objective and subjective cure outcomes were improved with use of a full-length sling compared to a minisling.

Metaanalysis of objective cure outcomes significantly favored traditional full-length MUS, all of which happened to be an obturator sling (TVT-obturator), compared to minislings (OR, 4.16; 95% CI, 2.15—8.05) (Figure 8).

Results were similar for the meta-analysis of subjective cure outcomes (Figure 9). There were data included for both obturator and retropubic traditional MUS. Traditional MUS were found to be superior to minislings (OR, 2.65; 95% CI, 1.36—5.17).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies.

With respect to a comparison of AEs, the route (retropubic vs obturator) of the traditional full-length MUS is an important consideration (Table 3). For example, minislings have similar rates of postoperative OAB symptoms (5.4%) compared with obturator slings (5.3%), but somewhat lower rates than retropubic slings (6.9%). Exposure of the sling postoperatively is similar with either obturator slings (2.2%) or minislings (2.0%), but retropubic slings have somewhat lower rates than either (1.4%). Dyspareunia is rare with any type of sling, but is somewhat more common with a minisling (0.99%) than either a retropubic (<0.001%) or obturator (0.16%) sling. Minislings have the highest rate of urethral perforation (2.7% vs <1% for either retropubic or obturator), but the lowest rate of groin pain (0.62%) when compared to either route of MUS (1.5% for retropubic, 6.5% for obturator). Metaanalyses of the AE data failed to show a significant difference for OAB symptoms after surgery or return to the operating room for retention.

In summary, for women considering minislings or traditional full-length MUS,

we recommend traditional full-length MUS to maximize cure rates (Table 4).

## COMMENT

Surgical treatment of SUI has been well studied. MUS have become more common than pubovaginal sling procedures and Burch urethropexy for correction of SUI. In this systematic review we reviewed studies comparing MUS (retropubic, obturator, and minisling), pubovaginal slings, and Burch urethropexy for treatment of SUI in women. A large number of studies were available for review. In general, both the quality of study design and the inclusion of patient-centered outcomes have improved over time. We found low- to high-quality evidence permitting metaanalyses and development of clinical practice guidelines.

The best-studied comparison is for retropubic compared to obturator MUS, which included 21 separate studies. There appears to be little need to study

ARTICLE IN PRESS
Case 2:22-cv-00851-MO   Document 2   Filed 04/21/16   Page 27 of 89   Page ID #: 48096
www.AJOG.org
Urogynecology RESEARCH

Case 3:22-cv-00851-MO   Document 2   Filed 04/21/16   Page 27 of 257   Page ID #: 48096

**FIGURE 7**
**Metaanalysis for satisfaction: retropubic vs obturator midurethral slings**



*Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *OR*, odds ratio; $P_{Het}$, $\chi^2$ *P* value for statistical heterogeneity; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

this further for straightforward SUI unless surgical products change significantly. We found few reliable data for subpopulations; patients who have urethral sphincter weakness or a history of surgical failure, for example, are often analyzed together with primary surgical candidates with normal urethral function. Definitions of these conditions were highly variable, which meant we were not able to perform reliable analyses of these data. As these are challenging populations to treat clinically, they should be better studied in future work. There is 1 trial that exclusively enrolled women with intrinsic sphincter deficiency, defined either by maximum urethral closure pressure of <20 cm $H_2O$ or leak point pressures of <60 cm $H_2O$.[39,76,77] While urodynamic stress incontinence 6 months postoperatively was more common in patients undergoing an obturator sling, objective cure rates based on pad test at 6 months, perioperative information, overall definition of "success," and sexual function data showed no difference between slings.[39,76,77] For subjective cure rates, the obturator sling was favored only on analysis of Incontinence Impact Questionnaire-7 total score data at 3 years' follow-up, with other markers and

time periods for subjective cure measures not different between groups.[39,76,77] Rate of reoperation for SUI at 3 years of follow-up favored the retropubic sling in this population (18.3% of women in obturator sling group vs 1.2% of the women in the retropubic sling group on intention-to-treat analysis, P <.001) with a significantly shorter time to reoperation in the obturator group as well.[39,76,77]

Comparing MUS vs Burch urethropexy, there is moderate-quality evidence that either procedure provides equivalent subjective and objective cure rates. The benefits of a minimally invasive approach may be offset by the inclusion of concomitant procedures. For example, if other intraabdominal procedures are planned, this may mitigate the perioperative differences and AEs associated with Burch surgery compared to a MUS.

Only one study compared different types of pubovaginal slings to each other based on the type of sling material, and therefore we could not draw any conclusions on this question.[57]

We eliminated studies with <12 months' follow-up because of the robust body of literature on this topic (Table 1 presents length of follow-up for each study). Still, it is worthy to note that

this is short-term from the perspective of a patient who desires lifelong cure. While challenging from an investigator standpoint, more studies with extended follow-up are needed.

One challenge in creation of clinical practice guidelines came when the importance of the various outcomes was weighed against each other. For example, should objective cure be more important overall than postsurgical sexual function? Many studies used composite success outcomes in an attempt to address this issue. The weight of these factors may also differ for surgeons and patients, and even between patients. For this reason, the clinical practice guideline statements provide detail to guide physician-patient counseling, which remains of paramount importance when planning surgery. Counseling also should address the impact of other concomitant procedures, such as hysterectomy and pelvic organ prolapse repair, in the decision-making process among the options for incontinence treatment.

Despite being the newest product on the market, the minislings had a large number of studies that met our inclusion criteria. Considering the interest in these slings, we thought it was merited to include TVT-Secur (Ethicon Gynecare)

Case 2:12-md-02327 Document 2002-10 Filed 04/21/16 Page 9 of 257 PageID #: 48097

**FIGURE 8**
**Metaanalysis for objective cure: traditional midurethral sling (MUS) vs minisling**



| Study (Year) | Intervention | Comparator | Follow-up, y | | OR (95% CI) | Objective Cure/Total Intervention | Comparator | Quality |
|---|---|---|---|---|---|---|---|---|
| **Stress Test** | | | | | | | | |
| Tommaselli (2010)* | TVT-O | TVT-Secur H | 1 | | 0.86 (0.26, 2.84) | 31/38 | 31/37 | B |
| Hinoul (2011)* | TVT-O | TVT-Secur H | 1 | | 7.90 (1.71, 36.6) | 83/85 | 63/75 | A |
| Wang YJ (2011)* | TVT-O | TVT-Secur H | 1 | | 5.26 (1.32, 21.0) | 33/36 | 23/34 | B |
| Masata (2012)* | TVT-O | TVT-Secur H | 2 | | 5.73 (2.00, 16.4) | 63/68 | 44/64 | A |
| Masata (2012)* | TVT-O | TVT-Secur U | 2 | | 5.60 (1.96, 16.0) | 63/68 | 45/65 | A |
| Hota (2012)* | TVT-O | TVT-Secur H | 1 | | 5.45 (1.22, 24.4) | 20/23 | 11/20 | A |
| **Overall (I² = 39%, P_Het = 0.14)** | | | | | 4.16 (2.15, 8.05) | 293/318 | 217/295 | |

0.2    0.5    1    2    5    10
Favors Minisling          Favors Obturator

*Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *MUS*, midurethral slings; *OR*, odds ratio; *P_Het* χ² *P* value for statistical heterogeneity; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

in our analysis although it has now been removed from the market. It should be noted that this is the most widely studied minisling, and the results of those studies and thus our review may not be generalizable to newer products. Further RCTs on these newer products are needed.

When choosing between surgical procedures, any surgeon must weigh the presumed benefits with the potential risks and AEs of these procedures. Balancing these against a specific patient's goals and desires is an important consideration for a diagnosis such as SUI in which treatment is elective based on degree of bother and quality-of-life impact. Additionally, surgeons should evaluate their own personal success and complication rates with the procedures and products they use, as these may differ from published rates. Whenever possible, physicians should counsel patients about the balance of both success rates and AEs for the various procedures discussed in this review. For example, some patients may tolerate some mild SUI to avoid any risk of obstructive OAB

symptoms, while other patients would accept a high risk of needing to self-catheterize to avoid any SUI.

The strengths of this review include the large numbers of randomized clinical trials reviewed to provide data for the metaanalyses and clinical practice guidelines. Most of the randomized trials achieved their stated power and some studies reported long-term follow-up extending up to 5 years. Given the breadth of these data, we thought we could limit our review to studies with data at 12 months or longer, since patients and surgeons place higher value on long-term success rather than shorter-term rates. Our strict inclusion criteria, including the length of follow-up and the exclusion of meeting abstracts not submitted to the peer-review process, makes the included outcome data strong. There was also a large number of comparative cohort studies and observational studies to provide data on AEs. We were able to limit our collection to those studies with often >1000 patients to collect the most common problems rather than basing

conclusions on rare, unusual events from smaller studies or case reports.

There are limitations to the study. Reporting of subpopulations of high interest to surgeons, including intrinsic sphincter deficiency and recurrent SUI, were variable and often not separated out from other patients in analyses, so we cannot draw conclusions about those populations. There was also high variability in reporting of numbers and types of complications in trials, making analyses of AE outcomes challenging. While many surgeons and patients are interested in information about postoperative symptoms such as urgency and de novo urgency, these symptoms were inconsistently reported, thus limiting their analysis. Additionally, data concerning need for retreatment were sparse and inconsistent, limiting our ability to draw any conclusions on this important question. Complications were assessed at different time intervals among different trials, and sometimes later trials reporting secondary analyses did not update longer-term AEs. The vast

Case 3:20-cv-00851-MO Document 1-2 Filed 05/26/20 Page 11 of 257

---



**FIGURE 9**

**Metaanalysis for subjective cure: traditional midurethral sling vs minisling**

Forest plot subdivided by slings being compared with minisling. Gray boxes reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

CI, confidence interval; I², percentage of total variation across studies that is due to heterogeneity rather than chance; OR, odds ratio; $P_{Het}$, χ² P value for statistical heterogeneity; TVT, tension-free vaginal tape; TVT-O, tension-free vaginal tape-obturator.

Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.

---

majority did not use a standard classification for complications such as the classification system of Dindo et al.[58] The length of follow-up for outcomes in most RCTs was up to 5 years but there was attrition as length of follow-up increased, which reduced the numbers of patients analyzed to determine long-term success rates for the slings or Burch urethropexy. Retropubic MUS, specifically TVT, is the best-studied procedure. There were few studies comparing different types of retropubic slings, obturator slings, or pubovaginal slings with those classifications, limiting our ability to comment on the best product/material.

In summary, this review supports the use of MUS for treatment of SUI compared to pubovaginal slings. The decision for retropubic vs obturator approaches to MUS should be based on the risks associated with each approach as no difference in effectiveness was found. The pubovaginal sling procedure is more effective than Burch urethropexy although, again, differences in surgical

risks may guide the decision to utilize one approach over the other. Traditional MUS are significantly superior to minislings for cure outcomes. Overall, the evidence supporting use of MUS and pubovaginal slings is of high quality. These clinical practice guidelines provide an effective tool to assist in patient counseling and decision-making for the various surgical approaches to management of SUI. ■

**REFERENCES**

**1.** Richter HE, Albo ME, Zyczynski HM, et al. Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med 2010;362:2066-76.

**2.** Ulmsten U, Henriksson L, Johnson P, Varhos G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1996;7:81-6.

**3.** Albo ME, Litman HJ, Richter HE, et al. Treatment success of retropubic and transobturator midurethral slings at 24 months. J Urol 2012;188:2281-7.

**4.** Wallace BC, Small K, Brodley C, Lau J, Trikalinos TA. Deploying an interactive

machine learning system in an evidence-based practice center. In: Proceedings of the 2nd ACM SIGHIT International Health Informatics Symposium, Miami, Florida, 28–30 January. New York: Assoc Computing Machinery; 2012:819-24.

**5.** Owens DK, Lohr KN, Atkins D, et al. AHRQ series paper 5: grading the strength of a body of evidence when comparing medical interventions. J Clin Epidemiol 2010;63: 513-23.

**6.** Trikalinos TA, Hoaglin DC, Schmid CH. Empirical and simulation-based comparison of univariate and multivariate meta-analysis for binary outcomes. Methods research report. (Prepared by the Tufts evidence-based practice center under contract no. 290-2007-10055-I.) AHRQ publication no. 13-EHC066-EF. Rockville, MD: Agency for Healthcare Research and Quality; March 2013.

**7.** Clopper C, Pearson ES. The use of confidence or fiducial limits illustrated in the case of the binomial. Biometrika 1934;26:404-13.

**8.** Atkins D, Eccles M, Flottorp S, et al. GRADE Working Group. Systems for grading the quality of evidence and the strength of recommendations I: critical appraisal of existing approaches; the GRADE working group. BMC Health Serv Res 2004;4:38.

**9.** Bai SW, Sohn WH, Chung DL, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and

Case 2:12-md-02327-00851-MD Document 1092-10 Filed 04/21/16 Page 20 of 57 PageID #: 48099
ARTICLE IN PRESS
Research Urogynecology
www.AJOG.org

tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91: 246-51.

**10.** Bandarian M, Ghanbari Z, Asgari A. Comparison of transobturator tape (TOT) vs Burch method in treatment of stress urinary incontinence. J Obstet Gynaecol 2011;31:518-20.

**11.** Foote AJ, Maughan V, Carne C. Laparoscopic colposuspension versus vaginal suburethral slingplasty: a randomized prospective trial. Aust N Z J Obstet Gynaecol 2006;46: 517-20.

**12.** Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Urol 2002;41:469-73.

**13.** Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol 2004;104: 1249-58.

**14.** Persson J, Teleman P, Etén-Bergquist C, Wolner-Hanssen P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand 2002;81:1066-73.

**15.** Sivaslioglu AA, Caliskan E, Dolen I, Haberal A. A randomized comparison of transobturator tape and Burch colposuspension in the treatment of female stress urinary incontinence. Int Urogynecol J 2007;18:1015-9.

**16.** Tellez Martinez-Fornes M, Fernández Pérez C, Fouz López C, Fernández Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Urol Esp 2009;33:1088-96.

**17.** Wang AC, Chen MC. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-90.

**18.** Ward K, Hilton P; United Kingdom and Ireland Tension-free Vaginal Tape Trial Group. Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ 2002;325:67.

**19.** Albo ME, Richter HE, Brubaker L, et al. Burch colposuspension versus fascial sling to reduce urinary stress incontinence. N Engl J Med 2007;356:2143-55.

**20.** Culligan PJ, Goldberg RP, Sand PK. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:229-33.

**21.** Enzelsberger H, Helmer H, Schatten C. Comparison of Burch and lyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol 1996;88:251-6.

**22.** Amaro JL, Yamamoto H, Kawano PR, Barros G, Gameiro MO, Agostinho AD. Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a

prospective randomized trial. Int Braz J Urol 2009;35:60-7.

**23.** Guerrero KL, Emery SJ, Wareham K, Ismail S, Watkins A, Lucas MG. A randomized controlled trial comparing TVT, Pelvicol, and autologous fascial slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493-503.

**24.** Sharifiaghdas F, Mortazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Princ Pract 2008;17:209-14.

**25.** Tcherniakovsky M, Fernandes CE, Bezerra CA, Del Roy CA, Wroclawski ER. Comparative results of two techniques to treat stress urinary incontinence: synthetic transobturator and aponeurotic slings. Int Urogynecol J Pelvic Floor Dysfunct 2009;20:961-6.

**26.** Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina (Kaunas) 2009;45:639-43.

**27.** Araco F, Gravante G, Sorge R, et al. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 917-26.

**28.** Ballester M, Bui C, Frobert J, et al. Four-year functional results of the suburethral sling procedure for stress urinary incontinence: a French prospective randomized multicenter study comparing the retropubic and transobturator routes. World J Urol 2012;30: 117-22.

**29.** Barber MD, Kleeman S, Karram MM, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008;111:611-21.

**30.** Deffieux X, Daher N, Mansoor A, Debodinance P, Muhlstein J, Fernandez H. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010;21:1337-45.

**31.** El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-53.

**32.** Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus transobturator mid-urethral slings for urodynamic stress incontinence—a multicenter randomized controlled trial. Int Urogynecol J 2011;22:279-86.

**33.** Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome: a prospective randomized study. Aust N Z J Obstet Gynaecol 2009;49:99-105.

**34.** Krofta L, Feyereisl J, Otcenásek M, Velebil P, Kasíková E, Krcmár M. TVT and TVT-O for surgical treatment of primary stress urinary

incontinence: prospective randomized trial. Int Urogynecol J 2010;21:141-8.

**35.** Liapis A, Bakas P, Giner M, Creatsas G. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence. Gynecol Obstet Invest 2006;62:160-4.

**36.** Rinne K, Laurikainen E, Kivelä A, et al. A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1049-54.

**37.** Ross S, Robert M, Swaby C, et al. Transobturator tape compared with tension-free vaginal tape for stress incontinence: a randomized controlled trial. Obstet Gynecol 2009;114: 1287-94.

**38.** Scheiner DA, Betschart C, Wiederkehr S, Seifert B, Fink D, Perucchini D. Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings. Int Urogynecol J 2012;23:197-206.

**39.** Schierlitz L, Dwyer PL, Rosamilia A, et al. Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial. Obstet Gynecol 2008;112:1253-61.

**40.** Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-5.

**41.** Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281: 279-86.

**42.** Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-6.

**43.** Wang YJ, Li FP, Wang Q, Yang S, Cai XG, Chen YH. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2011;22:1369-74.

**44.** Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomized trial. Eur Urol 2007;51:1376-84.

**45.** Andonian S, Chen T, St-Denis B, Corcos J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Urol 2005;47: 537-41.

**46.** Tseng LH, Wang AC, Lin YH, Li SJ, Ko YJ. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-5.

**47.** Abdel-Fattah M, Ramsay I, Pringle S, et al. Randomized prospective single-blinded study

comparing "inside-out" versus "outside-in" transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117: 870-8.

48. Andrada Hamer M, Larsson PG, Teleman P, Bergqvist CE, Persson J. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J 2013;24:223-9.

49. Barber MD, Weidner AC, Sokol AI, et al. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2012;119:328-37.

50. Hinoul P, Vervest HA, den Boon J. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. J Urol 2011;185:1356-62.

51. Hota LS, Hanaway K, Hacker MR, et al. TVT-Secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2012;18:41-5.

52. Kim JJ, Lee YS, Lee KS. Randomized comparative study of the U- and H-type approaches of the TVT-Secur procedure for the treatment of female stress urinary incontinence: one-year follow-up. Korean J Urol 2010;51: 250-6.

53. Lee KS, Lee YS, Seo JT, et al. A prospective multicenter randomized comparative study between the U- and H-type methods of the TVT SECUR procedure for the treatment of female stress urinary incontinence: 1-year follow-up. Eur Urol 2010;57:973-9.

54. Masata J, Svabik K, Zvara K, et al. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of stress urinary incontinent women—2-year follow-up. Int Urogynecol J 2012;23:1403-12.

55. Oliveira R, Botelho F, Silva P, et al. Exploratory study assessing efficacy and complications of TVT-O, TVT-Secur, and Mini-Arc: results at 12-month follow-up. Eur Urol 2011;59:940-4.

56. Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Scala M, Nappi C. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010;21:1211-7.

57. Barbalias G, Liatsikos E, Barbalias D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol 1997;31: 394-400.

58. Dindo D, Demartines N, Clavien PA. Classification of surgical complications: a new proposal with evaluation in a cohort of 6336 patients and results of a survey. Ann Surg 2004;240: 205-13.

59. Jelovsek JE, Barber MD, Karram MM, Walters MD, Paraiso MF. Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow-up. BJOG 2008;115:219-25.

60. Ward KL, Hilton P; UK and Ireland TVT Trial Group. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol 2004;190:324-31.

61. Ward KL, Hilton PUK and Ireland TVT Trial Group. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115: 226-33.

62. Tennstedt S. Urinary Incontinence Treatment Network. Design of the stress incontinence surgical treatment efficacy trial (SISTEr). Urology 2005;66:1213-7.

63. Tennstedt SL, Litman HJ, Zimmern P, et al. Urinary Incontinence Treatment Network. Quality of life after surgery for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 1631-40.

64. Chai TC, Albo ME, Richter HE, et al. Complications in women undergoing Burch colposuspension versus autologous rectus fascial sling for stress urinary incontinence. J Urol 2009;181:2192-7.

65. Kraus SR, Lemack GE, Richter HE, et al. Changes in urodynamic measures two years after Burch colposuspension or autologous sling surgery. Urology 2011;78:1263-8.

66. Brubaker L, Richter HE, Norton PA, et al. 5-year continence rates, satisfaction and adverse events of Burch urethropexy and fascial sling surgery for urinary incontinence. J Urol 2012;187:1324-30.

67. Sand PK, Winkler H, Blackhurst DW, Culligan PJ. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol 2000;182:30-4.

68. Daraï E, Frobert J, Grisard-Anaf M, et al. Functional results after the suburethral sling procedure for urinary stress incontinence: a prospective randomized multicenter study comparing the retropubic and transobturator routes. Eur Urol 2007;51:795-801.

69. David-Montefiore E, Frobert J, Grisard-Anaf M, et al. Peri-operative complications and pain after the suburethral sling procedure for urinary stress incontinence: a French prospective randomized multicenter study comparing the retropubic and transobturator routes. Eur Urol 2006;49:133-8.

70. Barber MD, Kleeman S, Karram MM, et al. Risk factors associated with failure 1 year after retropubic or transobturator midurethral slings. Am J Obstet Gynecol 2008;199:666.e1-7.

71. Albo ME. The trial of mid-urethral slings (TOMUS): design and methodology. J Appl Res 2008;8:1-13.

72. Brubaker L, Norton PA, Albo ME, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the trial of mid-urethral slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6.

73. Zyczynski HM, Rickey L, Dyer KY. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6.

74. Laurikainen E, Valpas A, Kivelä A, et al. Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. Obstet Gynecol 2007;109:4-11.

75. Palva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-55.

76. Schierlitz L, Dwyer PL, Rosamilia A. Three-year follow-up of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency. Obstet Gynecol 2012;119: 321-7.

77. De Souza A, Dwyer PL, Rosamilia A, et al. Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency: a multicenter prospective study. Int Urogynecol J 2012;23:153-8.

78. Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomized trial. Eur Urol 2010;58:671-7.

79. Abdel-Fattah M, Ramsay I, Pringle S, Hardwick C, Ali H. Evaluation of transobturator tapes (E-TOT) study: randomized prospective single-blinded study comparing inside-out vs outside-in transobturator tapes in management of urodynamic stress incontinence; short term outcomes. Eur J Obstet Gynecol Reprod Biol 2010;149:106-11.

80. Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, N'dow J. Prospective randomized controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the evaluation of transobturator tapes study. Eur Urol 2012;62: 843-51.

81. Barry C, Lim YN, Muller R, et al. A multicenter, randomized clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-8.

82. Basu M, Duckett J. A randomized trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-5.

83. Bernasconi F, Napolitano V, Natale F, Leone V, Lijoi D, Cervigni M. TVT SECUR system: final results of a prospective, observational, multicentric study. Int Urogynecol J 2012;23: 93-8.

84. But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 857-61.

**85.** Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-4.

**86.** Carey JM, Leach GE. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology 2004;63:665-70.

**87.** Cholhan HJ, Lotze PM. Urodynamic changes after tension-free sling procedures: Mycromesh-Plus vs TVT sling. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:217-25.

**88.** De Ridder D, Berkers J, Deprest J, et al. Single incision mini-sling versus a transobturator sling: a comparative study on MiniArc and Monarc slings. Int Urogynecol J 2010;21:773-8.

**89.** Dyrkorn OA, Kulseng-Hanssen S, Sandvik L. TVT compared with TVT-O and TOT: results from the Norwegian national incontinence registry. Int Urogynecol J 2010;21: 1321-6.

**90.** Frederick RW, Carey JM, Leach GE. Osseous complications after transvaginal bone anchor fixation in female pelvic reconstructive surgery: report from single largest prospective series and literature review. Urology 2004;64: 669-74.

**91.** Haverkorn RM, Williams BJ, Kubricht WS III, Gomelsky A. Is obesity a risk factor for failure and complications after surgery for incontinence and prolapse in women? J Urol 2011;185: 987-92.

**92.** Kennelly MJ, Moore R, Nguyen JN, Lukban J, Siegel S. Miniarc single-incision sling for treatment of stress urinary incontinence: 2-year clinical outcomes. Int Urogynecol J 2012;23:1285-91.

**93.** Kennelly MJ, Moore R, Nguyen JN, Lukban JC, Siegel S. Prospective evaluation of a single incision sling for stress urinary incontinence. J Urol 2010;184:604-9.

**94.** Kölle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol 2005;193:2045-9.

**95.** Kuo HC. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int 2005;74:147-52.

**96.** Kuuva N, Nilsson CG. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002;81:72-7.

**97.** Lee JK, Dwyer PL, Rosamilia A, Lim YN, Polyakov A, Stav K. Persistence of urgency and urge urinary incontinence in women with mixed urinary symptoms after midurethral slings: a multivariate analysis. BJOG 2011;118: 798-805.

**98.** Meschia M, Barbacini P, Baccichet R, et al. Short-term outcomes with the Ajust system: a new single incision sling for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:177-82.

**99.** Neuman M. Perioperative complications and early follow-up with 100 TVT-Secur procedures. J Minim Invasive Gynecol 2008;15:480-4.

**100.** Neuman M, Sosnovski V, Kais M, Ophir E, Bornstein J. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up. J Minim Invasive Gynecol 2011;18:769-73.

**101.** Norris JP, Breslin DS, Staskin DR. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol 1996;10: 227-30.

**102.** Oliveira R, Botelho F, Silva P, et al. Single-incision sling system as primary treatment of female stress urinary incontinence: prospective 12 months data from a single institution. BJU Int 2011;108:1616-21.

**103.** Oliveira R, Silva A, Pinto R, et al. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU Int 2009;104:225-8.

**104.** Pickens RB, Klein FA, Mobley JD III, White WM. Single incision mid-urethral sling for treatment of female stress urinary incontinence. Urology 2011;77:321-4.

**105.** Presthus JB, Van Drie D, Graham C. MiniArc single-incision sling in the office setting. J Minim Invasive Gynecol 2012;19:331-8.

**106.** Pushkar DY, Godunov BN, Gvozdev M, Kasyan GR. Complications of mid-urethral slings for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2011;113:54-7.

**107.** Rapp DE, Nazemi TM, Kobashi KC, Govier FE. Transvaginal bone-anchored sling for the treatment of female stress urinary incontinence: effect of Valsalva leak point pressure and

prior pelvic surgery on outcomes. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1211-5.

**108.** Rodrigues FR, Maroccolo Filho R, Maroccolo RR, Paiva LC, Diaz FA, Ribeiro EC. Pubovaginal sling with a low-cost polypropylene mesh. Int Braz J Urol 2007;33:690-4.

**109.** Simsiman AJ, Powell CR, Stratford RR, Menefee SA. Suburethral sling materials: best outcome with autologous tissue. Am J Obstet Gynecol 2005;193:2112-6.

**110.** Staskin DR, Choe JM, Breslin DS. The Gore-Tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol 1997;15:295-9.

**111.** Tincello DG, Botha T, Grier D, et al. The TVT worldwide observational registry for long-term data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women. J Urol 2011;186:2310-5.

**112.** Paparella R, Marturano M, Pelino L. Prospective randomized trial comparing synthetic vs biological sling in transobturator tape: a mean 3-year follow-up study. Int Urogynecol J 2010;21:1327-36.

**113.** Basok EK, Yildirim A, Atsu N, Basaran A, Tokuc R. Cadaveric fascia lata versus intravaginal slingplasty for the pubovaginal sling: surgical outcome, overall success and patient satisfaction rates. Urol Int 2008;80:46-51.

**114.** Porena M, Costantini E, Frea B, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicenter randomized trial. Eur Urol 2007;52:1481-90.

**115.** Howden NS, Zyczynski HM, Moalli PA, Sagan ER, Meyn LA, Weber AM. Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes. Am J Obstet Gynecol 2006;194: 1444-9.

**116.** Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol 2004;190:609-13.

**117.** Tamussino KF, Hanzal E, Kölle D, Ralph G, Riss PA; Austrian Urogynecology Working Group. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol 2001;98:732-6.

ARTICLE IN PRESS
Case 3:20-cv-00851-MO   Document 1002-10   Filed 04/26/20   Page 14 of 257
www.AJOG.org                                                          Urogynecology   RESEARCH

## APPENDIX

**SUPPLEMENTARY TABLE 1**
**Evidence profile for midurethral sling vs Burch**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 9 | 994 | 1A (0), 4B (-1), 2B (-2), 2C (-2) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Subjective cure | 8 | 712 | 1A (-1), 2B (-1), 2B (-2), 3C (-2) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Perioperative outcomes | 9 | 964 | 1A (0), 4B (-1), 1B (-2), 3C (-2) | 0 | 0 | 0 | High | Favors midurethral | Variable |
| Quality of life | 3 | 465 | 3B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Sexual functioning | 1 | 344 | 1B (-1) | NA | 0 | -1 | Low | No difference | High |
| Total | 10 separate studies | | | | | | | | |

Quality of overall evidence: moderate. Balance of benefits and harms: comparing midurethral slings (retropubic or obturator routes) to Burch (open or laparoscopic), there were no differences in objective or subjective cure, quality of life and sexual function outcomes. Metaanalyses for subjective and objective cure also showed no significant differences. There were not enough studies to perform a metaanalysis of subjective cure outcomes. Perioperative outcomes favored midurethral slings but long-term adverse event outcomes were less common with the Burch procedure. Metaanalysis of the adverse event outcomes where possible did not show a difference.

*NA*, not applicable.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**SUPPLEMENTARY TABLE 2**
**Evidence profile for PV sling vs Burch**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 4 | 855 | 1A (0), 1B (-2), 1B (-1), 1C (-2) | 0 | 0 | 0 | High | Favors sling | Critical |
| Subjective cure | 2 | 747 | 1A (0) | NA | 0 | 0 | High | Favors sling | Critical |
| Perioperative outcomes | 3 | 819 | 1A (0), 1B (-1), 1C (-2) | 0 | 0 | 0 | High | Favors Burch | Variable |
| Quality of life | 1 | 655 | 1A (0) | NA | 0 | 0 | High | No difference | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 4 separate studies | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: comparing PVS using fascia or synthetic material to Burch (open or laparoscopic) for SUI treatment, objective and subjective cure outcomes favor PVS. There was no difference seen for quality of life outcomes and no data regarding sexual functioning. Short-term (perioperative) and long-term adverse event outcomes favor Burch although some adverse events are less common with sling procedures.

*NA*, not applicable; *PVS*, pubovaginal slings; *SUI*, stress urinary incontinence.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

RESEARCH   Urogynecology
ARTICLE IN PRESS
Case 2:12-md-02327 Document 2002 Filed 04/21/16 Page 24 of 27 PageID #: 48103
www.AJOG.org

SUPPLEMENTARY TABLE 3
**Evidence profile for pubovaginal sling vs midurethral sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | |
|---------|-------------|---------|------------------------|-------------|------------|----------------------|---------------------|---|---|
| | | | | | | | Evidence strength | Effect | Outcome importance |
| Objective cure | 3 | 233 | 1B (-1), 1B (-2), 1C(-2) | 0 | 0 | 0 | Low | No difference | Critical |
| Subjective cure | 4 | 305 | 2B (-2), 1C (-2) | 0 | 0 | 0 | Very low | No difference | Critical |
| Perioperative outcomes | 4 | 383 | 2B (-1), 2C (-2) | -1 | 0 | 0 | Low | Favors midurethral | Variable |
| Quality of life | 3 | 342 | 2B (-1), 1C (-2) | 0 | 0 | 0 | Low | No difference | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 5 separate studies | | | | | | | | |

Quality of overall evidence: low. Balance of benefits and harms: comparing PVS (fascia or synthetic material) to synthetic midurethral slings (only retropubic passage was studied), objective and subjective cure outcomes as well as quality of life and sexual function outcomes showed no differences. There were not enough studies available to perform a metaanalysis for objective cure outcomes, but a metaanalysis for subjective cure significantly favored midurethral slings. Both short-term (perioperative) and long-term adverse event data in general favored midurethral slings although metaanalysis did not show a difference for selected adverse-event outcomes.

*NA*, not applicable; *PVS*, pubovaginal slings.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**SUPPLEMENTARY TABLE 4**
**Evidence profile for retropubic vs obturator sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 19 | 3354 | 7A (0), 6B (-1), 4B (-2), 2C (-2) | 0 | 0 | 0 | High | No difference | Critical |
| Subjective cure | 18 | 3186 | 6A (0), 2A (-1), 4B (-1), 2B (-2) 2C (-2) | 0 | 0 | 0 | High | No difference | Critical |
| Perioperative outcomes | 21 | 3811 | 8A (0), 10B (-1), 3C (-2) | -1 | 0 | 0 | High | Most outcomes show no difference but wide range. For OR time, 10 studies show a difference and 8 favor obturator>retropubic. One study demonstrated that obturator sling patients were in hospital less time. For pain, 3 studies show a difference, 1 favoring retropubic and 2 favoring obturator. | Variable |
| Quality of life | 15 | 2837 | 8A (0), 7B (-1) | 0 | 0 | 0 | High | No difference | Critical |
| Sexual functioning | 10 | 2004 | 4A (0), 1A (-1), 4B (-2), 1B (-1) | 0 | 0 | 0 | High | No difference | High |
| Total | 21 separate studies | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: comparing retropubic to obturator midurethral slings, there was no difference seen for objective cure, subjective cure, quality of life or sexual functioning outcomes. Metaanalysis favored retropubic slings for objective and subjective cure, although neither was significant. Metaanalysis for satisfaction favored obturator slings, but again was not significant. Adverse event data was variable across outcomes. Metaanalysis showed postoperative overactive bladder symptoms were more common with retropubic slings, but rates of retention and return to OR for erosion were similar.

*OR*, operating room.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

## SUPPLEMENTARY TABLE 5
### Evidence profile for retropubic vs retropubic sling

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | |
|---------|-------------|---------|------------------------|-------------|------------|----------------------|---------------------|--------|-------------------|
| | | | | | | | Evidence strength | Effect | Outcome importance |
| Objective cure | 2 | 146 | 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Subjective cure | 1 | 84 | 1B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Perioperative outcomes | 2 | 146 | 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Moderate |
| Quality of life | 0 | 0 | NA | NA | NA | NA | NA | NA | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 2 separate studies | 146 | | | | | | | |

Quality of overall evidence: low. Balance of benefits and harms: comparing TVT (retropubic *bottom-up*) to SPARC (AMS, Minnetonka, MN) (retropubic *top-down*) in a population undergoing both prolapse repairs and anti-incontinence procedures, it is uncertain whether TVT is preferable to SPARC. There were few studies to analyze. Similar objective cure, perioperative event, and long-term adverse event rates (moderate quality evidence) and subjective cure rates (low quality evidence) are observed for TVT and SPARC. Data are insufficient to compare differences in postoperative QoL or sexual function. Adverse events could not be compared.

*NA*, not applicable; *QoL*, quality of life; *TVT*, tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

## SUPPLEMENTARY TABLE 6
### Evidence profile for obturator vs obturator sling

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | |
|---------|-------------|---------|------------------------|-------------|------------|----------------------|---------------------|--------|-------------------|
| | | | | | | | Evidence strength | Effect | Outcome importance |
| Objective cure | 2 | 421 | 2B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Subjective cure | 2 | 421 | 1B (-1) 1B (-2) | NA | 0 | -1 | Low | No difference | Critical |
| Perioperative outcomes | 1 | 80 | 1B (-1) | NA | 0 | -1 | NA | NA | Variable |
| Quality of life | 2 | 421 | 2B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Sexual functioning | 2 | 421 | 1B (-1) 1B (-2) | NA | 0 | -1 | Low | No difference | High |
| Total | 2 studies | | | | | | | | |

Quality of overall evidence: low. Balance of benefits and harms: in 2 studies comparing routes of obturator sling passage (in-to-out vs out-to-in) for SUI, it is uncertain which route is preferable. Similar objective cure, subjective cure, quality of life and sexual functioning results were seen with low-quality evidence. Data are insufficient to compare short- or long-term adverse events.

*NA*, not applicable; *SUI*, stress urinary incontinence.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

www.AJOG.org

ARTICLE IN PRESS

**SUPPLEMENTARY TABLE 7**
**Evidence profile for minisling vs other**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Evidence strength | Effect | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Summary of findings | | |
| Objective cure | 15 | 1916 | 7A (0), 1B (-1), 4B (-2), 3C (-2) | -1 | 0 | 0 | High | Favors other sling over minisling | Critical |
| Subjective cure | 9 | 1516 | 3A (0), 4A (-1), 1B (-1), 1B (-2) | -1 | 0 | 0 | High | Favors other sling over minisling | Critical |
| Perioperative outcomes | 15 | 1916 | 7A (0), 5B (-1), 3C (-2) | -1 | 0 | 0 | Moderate | For EBL, no difference in most studies. For catheter time favors TVT-O or no difference. For pain, favors minisling. Hospital time not different. OR time results mixed. | Variable |
| Quality of life | 9 | 1467 | 7A (0), 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Sexual functioning | 3 | 708 | 1A (0), 2B (-1) | 0 | 0 | sparse | Moderate | No difference | High |
| Total | 15 arms | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: Comparing traditional MUS (TVT or TVT-O) to the minislings (TVT-Secur U or H position, MiniArc), both objective and subjective cure outcomes strongly favored the traditional MUS, including on metaanalyses of both types of cure outcomes. No difference was seen for quality of life or sexual functioning outcomes. Adverse event outcomes were mixed and may depend on which MUS passage would be chosen as an alternative; metaanalysis of adverse-event data showed no difference. MiniArc; AMS, Minnetonka, MN; TVT-Secure; Ethicon Gynecare, Cincinnati, OH.

*EBL*, estimated blood loss; *MUS*, midurethral slings; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Urogynecology RESEARCH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DIANNE M. BELLEW,

                Plaintiff,

v.                                    CIVIL ACTION NO.  2:13-cv-22473

ETHICON, INC., et al.,

                Defendants.

**MEMORANDUM OPINION AND ORDER**
***(Daubert Motions)***

The following motions have been brought by the defendants, Ethicon, Inc. and Johnson & Johnson (collectively, "the defendants"): (1) Motion to Exclude or, Alternatively, to Limit the Opinions and Testimony of Dr. Howard Jordi, Ph.D. [Docket 118]; (2) Motion to Exclude the Opinions and Testimony of Prof. Dr. –Ing. Thomas Mühl [Docket 107]; (3) Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge [Docket 101]; (4) Motion to Exclude Certain Opinions of Daniel S. Elliott, M.D. [Docket 116]; and (5) Motion to Exclude the Testimony of Dr. Vladimir Iakovlev, M.D. [Docket 121].

The following motions have been brought by the plaintiff, Dianne M. Bellew: (1) Motion to Preclude the Testimony of Defense Expert David J. Weber, M.D., M.P.H. [Docket 114]; (2) Motion to Preclude the Testimony of Defense Expert Denise M. Elser, M.D. on the Adequacy of Defendants' Warnings and Pre-Existing Myalgia [Docket 127]; (3) Motion to Preclude the Testimony of Defense Expert Christina Pramudji, M.D. on Particular Issues; and (4) Motion to Preclude Testimony of Defense Expert Stanley J. Robboy, M.D., F.C.A.P. [Docket 131].

For the reasons explained below, the defendants' motion with respect to Dr. Jordi [Docket 118] is **DENIED as moot in part** and **DENIED in part**. The defendants' motion with respect to Dr. Mühl [Docket 107] is **DENIED**. The defendants' motion with respect to Dr. Klinge [Docket 101] is **DENIED as moot**, **DENIED in part**, and **GRANTED in part**. The defendants' motion with respect to Dr. Elliott [Docket 116] is **GRANTED in part**, **DENIED as moot in part**, **DENIED in part** and **RESERVED in part**. The defendants' motion with respect to Dr. Iakovlev [Docket 121] is **DENIED as moot in part**, **GRANTED in part**, and **DENIED in part**.

The plaintiff's motion with respect to Dr. Weber [Docket 114] is **DENIED**. The plaintiff's motion with respect to Dr. Elser [Docket 127] is **GRANTED**. The plaintiff's motion with respect to Dr. Pramudji [Docket 129] is **GRANTED in part** and **DENIED in part**. The plaintiff's motion with respect to Dr. Robboy [Docket 131] is **DENIED**.

## I.     Background

This bellwether case resides in one of seven MDLs assigned to me by the Judicial Panel on Multidistrict Litigation concerning the use of transvaginal surgical mesh to treat pelvic organ prolapse ("POP") and stress urinary incontinence ("SUI"). In the seven MDLs, there are more than 67,000 cases currently pending, approximately 22,000 of which are in the Ethicon, Inc. MDL, MDL 2327. In this particular case, the plaintiff was surgically implanted with the Prolift Anterior Pelvic Floor Repair System ("Prolift"), a mesh product manufactured by Ethicon and Johnson & Johnson (collectively, "Ethicon") to treat POP. (*See* Short Form Compl. [Docket 1], at 2).[1] The plaintiff received her surgery in Arizona. (*Id.* at 3). The plaintiff claims that as a result of implantation of the Prolift, she has experienced multiple complications, including mesh

---

[1] I have selected this case as a Prolift bellwether case in the Ethicon MDL. (*See* Pretrial Order # 98 [Docket 29], at 1).

erosion, mesh contraction, inflammation, dyspareunia (pain during sexual intercourse), urinary incontinence, chronic pain, and recurring prolapse of organs. (Master Compl. ¶ 49). In addition, she had four additional operations to remove and revise the mesh. (Pl. Fact Sheet [Docket 206-1], at 7). The plaintiff alleges negligence, failure to warn, design defect, common law fraud, fraudulent concealment, negligent misrepresentation, breach of express warranty, violation of consumer protection laws, gross negligence, and punitive damages. (Short Form Compl. [Docket 1], at 4; *see also* Pl.'s Opp. to Defs.' Mot. for Summ. J. [Docket 153], at 1 n.1 (stating that the plaintiff will not pursue several of the claims set forth in her short form complaint)). The parties have retained experts to render opinions regarding the elements of these causes of action, and the instant motions involve the parties' efforts to exclude or limit the experts' opinions and testimony pursuant to *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

## II.     Legal Standard

Under Federal Rule of Evidence 702, expert testimony is admissible if the expert is "qualified . . . by knowledge, skill, experience, training, or education," and if his testimony is (1) helpful to the trier of fact in understanding the evidence or determining a fact in issue; (2) "based upon sufficient facts or data"; and (3) "the product of reliable principles and methods" that (4) have been reliably applied "to the facts of the case." Fed. R. Evid. 702. The U.S. Supreme Court established a two-part test to govern the admissibility of expert testimony under Rule 702—the evidence is admitted if it "rests on a reliable foundation and is relevant." *Daubert*, 509 U.S. at 597. The proponent of expert testimony does not have the burden to "prove" anything to the court. *Md. Cas. Co. v. Therm-O-Disk, Inc.*, 137 F.3d 780, 783 (4th Cir. 1998). He or she must, however, "come forward with evidence from which the court can determine that the proffered testimony is properly admissible." *Id.*

3

Case 2:13-cv-22473   Document 265   Filed 11/20/14   Page 4 of 42 PageID #: 19155

The district court is the gatekeeper.[2] It is an important role: "[E]xpert witnesses have the potential to be both powerful and quite misleading[;]" the court must "ensure that any and all scientific testimony . . . is not only relevant, but reliable." *Cooper v. Smith & Nephew, Inc.*, 259 F.3d 194, 199 (4th Cir. 2001) (citing *Westberry v. Gislaved Gummi AB*, 178 F.3d 257, 261 (4th Cir. 1999) and *Daubert*, 509 U.S. at 588, 595). In carrying out this role, I "need not determine that the proffered expert testimony is irrefutable or certainly correct"—"[a]s with all other admissible evidence, expert testimony is subject to testing by 'vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof.'" *United States v. Moreland*, 437 F.3d 424, 431 (4th Cir. 2006) (quoting *Daubert*, 509 U.S. at 596); *see also Md. Cas. Co.*, 137 F.3d at 783 (noting that "[a]ll *Daubert* demands is that the trial judge make a 'preliminary assessment' of whether the proffered testimony is both reliable . . . and helpful").

*Daubert* mentions specific factors to guide the court in making the overall reliability determinations that apply to expert evidence. These factors include (1) whether the particular scientific theory "can be (and has been) tested"; (2) whether the theory "has been subjected to peer review and publication"; (3) the "known or potential rate of error"; (4) the "existence and maintenance of standards controlling the technique's operation"; and (5) whether the technique has achieved "general acceptance" in the relevant scientific or expert community. *United States v. Crisp*, 324 F.3d 261, 266 (4th Cir. 2003) (quoting *Daubert*, 509 U.S. at 593–94).

Despite these factors, "[t]he inquiry to be undertaken by the district court is 'a flexible one' focusing on the 'principles and methodology' employed by the expert, not on the conclusions reached." *Westberry*, 178 F.3d at 261 (quoting *Daubert*, 509 U.S. at 594–95); *see*

---

[2] With more than 67,000 cases related to surgical mesh products currently pending before me, this gatekeeper role takes on extraordinary significance. Each of my evidentiary determinations carries substantial weight with the remaining surgical mesh cases. Regardless, while I am cognizant of the subsequent implications of my rulings in these cases, I am limited to the record and the arguments of counsel.

*also Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150 (1999) ("We agree with the Solicitor

General that '[t]he factors identified in *Daubert* may or may not be pertinent in assessing

reliability, depending on the nature of the issue, the expert's particular expertise, and the subject

of his testimony.'") (citation omitted); *see also Crisp*, 324 F.3d at 266 (noting "that testing of

reliability should be flexible and that *Daubert*'s five factors neither necessarily nor exclusively

apply to every expert").

 With respect to relevancy, *Daubert* further explains:

> Expert testimony which does not relate to any issue in the case is not relevant and,
> ergo, non-helpful. The consideration has been aptly described by Judge Becker as
> one of fit. Fit is not always obvious, and scientific validity for one purpose is not
> necessarily scientific validity for other, unrelated purposes. . . . Rule 702's
> helpfulness standard requires a valid scientific connection to the pertinent inquiry
> as a precondition to admissibility.

*Daubert*, 509 U.S. at 591–92 (internal citations and quotation marks omitted).

 Finally, in several of the instant *Daubert* motions, a specific scientific methodology

comes into play, dealing with differential diagnoses or etiologies. "Differential diagnosis, or

differential etiology, is a standard scientific technique of identifying the cause of a medical

problem by eliminating the likely causes until the most probable one is isolated." *Westberry*, 178

F.3d at 262. The Fourth Circuit has stated that:

> A reliable differential diagnosis typically, though not invariably, is performed
> after "physical examinations, the taking of medical histories, and the review of
> clinical tests, including laboratory tests," and generally is accomplished by
> determining the possible causes for the patient's symptoms and then eliminating
> each of these potential causes until reaching one that cannot be ruled out or
> determining which of those that cannot be excluded is the most likely.

*Id.* A reliable differential diagnosis passes scrutiny under *Daubert*. An unreliable differential

diagnosis is another matter:

> A differential diagnosis that fails to take serious account of other potential causes
> may be so lacking that it cannot provide a reliable basis for an opinion on

5

causation. However, "[a] medical expert's causation conclusion should not be excluded because he or she has failed to rule out every possible alternative cause of a plaintiff's illness." The alternative causes suggested by a defendant "affect the weight that the jury should give the expert's testimony and not the admissibility of that testimony," unless the expert can offer "no explanation for why she has concluded [an alternative cause offered by the opposing party] was not the sole cause."

*Id.* at 265–66 (internal citations omitted).

Ultimately, the district court has broad discretion in determining whether to admit or exclude expert testimony, and the "the trial judge must have considerable leeway in deciding in a particular case how to go about determining whether particular expert testimony is reliable." *Cooper,* 259 F.3d at 200 (quoting *Kumho Tire,* 526 U.S. at 152).

Before I review these motions, I begin by addressing three arguments that apply to many of the parties' *Daubert* objections. First, as I have maintained throughout these MDLs, I will not permit the parties to use experts to usurp the jury's fact-finding function by allowing an expert to testify as to a party's state of mind or on whether a party acted reasonably. *See, e.g., Huskey v. Ethicon, Inc.,* 2:12-cv-05201, 2014 WL 3362264, at *3 (S.D. W. Va. July 8, 2014); *Lewis, et al. v. Ethicon, Inc.,* 2:12-cv-4301, 2014 WL 186872, at *6, *21 (S.D. W. Va. Jan. 15, 2014); *In re C. R. Bard, Inc.,* 948 F. Supp. 2d 589, 611, 629 (S.D. W. Va. 2013). Although an expert may testify about his or her review of internal corporate documents solely for the purpose of explaining the basis for his or her opinions—assuming the opinions are otherwise admissible—a party's knowledge, state of mind, or other matters related to corporate conduct and ethics are not appropriate subjects of expert testimony because opinions on these matters will not assist the jury.

Second, "opinion testimony that states a legal standard or draws a legal conclusion by applying law to the facts is generally inadmissible." *United States v. McIver,* 470 F.3d 550, 562

6

(4th Cir. 2006). I have diligently applied this rule to previous expert testimony, and I continue to adhere to it in this case. I will not parse the expert reports and depositions of each expert in relation to these same objections. I trust that able counsel in this matter will tailor expert testimony at trial accordingly.

Last, with respect to the arguments that certain experts' testimony is litigation driven, I note that an expert's formulation of his or her opinion for the purposes of litigation does not, by itself, justify that expert's exclusion. *See Daubert v. Merrell Dow Pharm., Inc.* ("*Daubert II*"), 43 F.3d 1311, 1317 (9th Cir. 1995) ("That an expert testifies for money does not necessarily cast doubt on the reliability of his testimony, as few experts appear in court merely as an eleemosynary gesture."). This concern, however, does have a role in applying *Daubert*. *See Hoffman v. Monsanto Co.*, No. 2:05-cv-00418, 2007 WL 2984692, at *3 (S.D. W. Va. Oct. 11, 2007) (considering in the *Daubert* analysis "[w]hether experts are proposing to testify about matters growing naturally and directly out of research they have conducted independent of the litigation, or whether they have developed their opinions expressly for purposes of testifying" (quoting Fed. R. Evid. 702 advisory committee's note)). In sum, I will not exclude an expert on the sole basis that the opinion arose during litigation, so long as it is otherwise reliable. But I will consider the independence of an expert's testimony as evidence that his "research comports with the dictates of good science." *Daubert II*, 43 F.3d at 1317. Having addressed these universal objections, I now turn to the defendants' *Daubert* motions.

### III.    The Defendants' *Daubert* Motions

In this case, the defendants seek to limit or exclude the expert opinions of Dr. Howard Jordi, Dr. Thomas Mühl, Dr. Uwe Klinge, Dr. Daniel S. Elliott, and Dr. Vladimir Iakovlev.

### A. Motion to Exclude or, Alternatively, to Limit the Opinions & Testimony of Dr. Howard Jordi, Ph.D.

The defendants seek to exclude or limit the expert opinions of Dr. Howard Jordi, Ph.D. Dr. Jordi is a biochemist who founded Jordi Labs, which "provide[s] high quality analytical services to the polymer and plastics industry." (Jordi Report [Docket 135], at 1). He also served as president and CEO of Jordi Labs from 1980 to 2008. (*Id.*). The plaintiff offers Dr. Jordi to testify that (1) polypropylene degrades; (2) as a result of the chemical and physical degradation that occurs while in the body, the Prolift mesh fibers become brittle and crack; and (3) Ms. Bellew's explanted Prolift mesh degraded and cracked while in her body. (Pl.'s Resp. in Opp. to Defs.' Mot. & Mem. of Law to Exclude or, Alternatively, to Limit the Ops. & Test. of Dr. Howard Jordi, Ph.D. ("Pl.'s Resp. re: Jordi") [Docket 157], at 2). The defendants contend that Dr. Jordi should be prohibited from testifying about degradation entirely, but that in the alternative, the court should exclude his opinions regarding: (1) any clinical or mechanical effects of degradation; (2) degradation beyond the surface of the Prolene fibers; (3) mesh explants taken from patients other than the plaintiffs; (4) environmental stress cracking; (5) his belief that PVDF is a viable alternative design; and (6) Ethicon's knowledge, intentions, or beliefs with respect to PVDF. (Mem. of Law in Supp. of Defs.' Mot. to Exclude or, Alternatively, to Limit the Ops. & Test. of Dr. Howard Jordi, Ph.D. ("Defs.' Mem. re: Jordi") [Docket 119], at 2). For the reasons discussed below, the defendants' motion with respect to Dr. Jordi is **DENIED as moot in part** and **DENIED in part.**

### 1. Degradation Generally

Throughout their *Daubert* briefing, the defendants contend that expert opinions on degradation are not helpful to the jury because the plaintiff cannot prove specific causation and because no expert can say that degradation is clinically significant. As I have previously held in these MDLs, general causation opinions are helpful to the jury and fit the facts of this case

8

regardless of whether the plaintiff may ultimately fail to carry her burden to show that she was harmed by the Prolift implant. Accordingly, I reject the defendants' argument with regard to the relevancy of degradation in the context of all expert witnesses.

### 2.  Qualifications

Next, the defendants contend that Dr. Jordi is unqualified to opine on the clinical or mechanical effects of degradation. (Defs.' Mem. re: Jordi [Docket 119], at 7).  The plaintiff concedes that "Dr. Jordi will not offer medical opinions[.]" (Pl.'s Resp. re: Jordi [Docket 157], at 3). Therefore, the defendants' motion with regard to the clinical effects of degradation is **DENIED as moot.**

The defendants also contend that Dr. Jordi is unqualified to opine on the mechanical effects of degradation because he is "not a mesh design specialist or biomechanical engineer." (Defs.' Mem. re: Jordi [Docket 119], at 7). Dr. Jordi has an undergraduate degree in Chemistry and a Ph.D. in biochemistry. (Jordi Report [Docket 135] at 1). He is the founder of Jordi Labs, which specializes in the analysis of polymers, like polypropylene. (*Id.*). In his expert report, Dr. Jordi states that he has been analyzing polypropylene for over 25 years. (*Id.*). Furthermore, in *Lewis*, the court allowed Dr. Jordi to offer expert opinions about polypropylene degradation without objection. (*See* Lewis Trial Tr. [Docket 157-1], at 19). Accordingly, I **FIND** that Dr. Jordi is qualified to opine on the mechanical effects of degradation.

The defendants also appear to make a reliability argument regarding Dr. Jordi's degradation opinions. However, in his expert report, Dr. Jordi describes numerous tests he performed on Ms. Bellew's mesh explant, and subsequently concludes that based on his review of the scientific literature and his knowledge, training, and experience in polymer science, "this level of degradation will have a *strong impact* on fiber mechanical properties." (Jordi Report [Docket 135], at 22). Accordingly, I **FIND** Dr. Jordi's opinions regarding the mechanical effects

of degradation sufficiently reliable under *Daubert*.

### 3. Non-party Explants

Next, the defendants argue that the court should exclude any opinions or evidence concerning explants removed from non-parties. (Defs.' Mem. re: Jordi [Docket 119], at 9). The plaintiff concedes that "Dr. Jordi will not offer . . . opinions concerning his review of other explants." (Pl.'s Resp. re: Jordi [Docket 157], at 3). Therefore, the defendants' motion with regard to non-party explants is **DENIED as moot.**

### 4. Surface Degradation

Next, the defendants contend that if Dr. Jordi is permitted to opine on the degradation of Ms. Bellew's mesh, these opinions should be limited to surface degradation, given that Dr. Jordi has not observed any degradation of the inner layer of Ms. Bellew's mesh. (Defs.' Mem. re: Jordi [Docket 119], at 10). As discussed more fully above, Dr. Jordi is qualified to opine on degradation, and his opinions are reliable. Nowhere in his expert report does Dr. Jordi specifically opine that the "inner layer" of Ms. Bellew's mesh degraded. If the defendants are concerned that the jury will incorrectly infer that Dr. Jordi's use of the term "degradation" generally includes the inner layer of Ms. Bellew's mesh, they are free to clarify that issue at trial. Accordingly, the defendants' motion with regard to surface degradation is **DENIED.**

### 5. Environmental Stress Cracking

Next, the defendants argue that Dr. Jordi's opinions on environmental stress cracking ("ESC") are unreliable, unhelpful, and inadmissible. (Defs.' Mem. re: Jordi [Docket 119], at 11). The defendants claim that Dr. Jordi is unable to offer an opinion on ESC to a reasonable degree of scientific certainty. I disagree. The defendants attempt to conflate Dr. Jordi's opinion that Ms. Bellew's Prolene mesh was *susceptible* to ESC with the opinion that the mesh actually underwent ESC. Dr. Jordi specifically states that he cannot definitively determine whether

oxidation or ESC caused the cracking. (*See* Jordi Dep. [Docket 118-3], at 96-97). However, in both his expert report and deposition, he opines, to a reasonable degree of scientific certainty, that Ms. Bellew's mesh was *susceptible* to ESC. (Jordi Report [Docket 135], at 166; Jordi Dep. [Docket 118-3], at 98). Dr. Jordi's opinion is based on his examination of Ms. Bellew's mesh and supported by peer-reviewed literature. Accordingly, the defendant's motion with regard to ESC is **DENIED**.

### 6. PVDF as Alternative Polymer

Next, the defendants contend that Dr. Jordi's opinions regarding PVDF as an alternative polymer are unreliable because he fails to cite any peer-reviewed studies establishing that PVDF is safer and more effective than Prolene. The defendants' emphasis on safety and efficacy relates back to their original argument regarding the relevancy of degradation, which I rejected above. Disregarding this argument, the defendants are incorrect in their assertion that Dr. Jordi fails to cite any peer-reviewed studies in support of his opinion. In his expert report, when discussing PVDF, Dr. Jordi cites the Celine Mary study and Ethicon's dog study. (*See* Jordi Report [Docket 135], at 7, 9). Furthermore, I previously allowed Dr. Jordi to testify that "PVDF is much more resistant to degradation than polypropylene, and that polypropylene is more susceptible to degradation." (Lewis Trial Tr. [Docket 157-1], at 41). Accordingly, the defendants' motion with regard to PVDF is **DENIED**.

### 7. Ethicon's Knowledge, Intentions, Beliefs

Lastly, the defendants ask the court to exclude Dr. Jordi's opinions about Ethicon's knowledge, intentions, or beliefs regarding PVDF. (Defs.' Mem. re: Jordi [Docket 119], at 14). The plaintiff concedes that "Dr. Jordi will not offer opinions concerning Ethicon's state of mind or corporate conduct." (Pl.'s Resp. re: Jordi [Docket 157], at 14). Therefore, the defendants' motion with regard to Ethicon's knowledge, intentions, and beliefs is **DENIED as moot**.

**B. Motion to Exclude the Opinions & Testimony of Dr. Thomas Mühl**

The defendants seek to exclude the opinions and testimony of Dr. –Ing. Thomas Mühl.

Dr. Mühl holds a Ph.D. in electrical engineering and, along with Dr. Uwe Klinge, developed a

concept called "effective porosity," which is defined as a percentage of the area of mesh that has

a pore size of greater than one millimeter in all directions. (Mühl Report [Docket 107-1], at 2).

The effective porosity threshold is based on the theory that pores should be at least one

millimeter in all directions in order to (1) prevent fibrotic bridging and (2) permit tissue

ingrowth. (*See id.*). Utilizing his effective porosity theory, Dr. Mühl determined that Ethicon's

Prolift has an effective porosity of 26.0%. (*Id.* at 26).

I have previously reviewed the reliability of Dr. Mühl's effective porosity theory under

*Daubert. See Lewis, et al. v. Ethicon, Inc., et al.*, No. 2:12-cv-4301, 2014 WL 186872, at *3-5

(S.D. W. Va. Jan. 15, 2014).  While the parties in this case have not relied on precisely the same

arguments, my reasoning and conclusions from *Lewis* still govern. Furthermore, to the extent that

there are differences in fact and exhibits, the court does not find them sufficiently material. In

*Lewis*, I ruled as follows:

> First, Ethicon argues that Dr. Mühl's opinions are not reliable because they are
> not generally accepted. The concept of effective porosity is apparently adopted
> only in articles authored by Drs. Mühl and Klinge, and it is used only by a single
> manufacturer, FEG Textiltechnik ("FEG"), a company affiliated with Drs. Mühl
> and Klinge. But general acceptance is merely one factor a court should consider in
> determining admissibility of expert testimony. A court should consider numerous
> factors, none of which is dispositive, in determining whether an expert's methods
> pass muster under *Daubert. See United States v. Crisp*, 324 F.3d 261, 266 (4th
> Cir. 2003). In addition to general acceptance, a court should consider whether an
> expert's theories have been "subjected to peer review and publication." *Daubert*,
> 509 U.S. at 593. Dr. Mühl's effective porosity theories are published in several
> peer-reviewed articles. (*See, e.g.*, Mühl Dep. [Docket 161-6], at 244:14-245:19;
> Klinge Report [Docket 132-1], at 18 (citing Mühl T. et al., *New Objective
> Measurement to Characterize the Porosity of Textile Implants*, J. Biomed. Mater.
> Res. Part B: Applied Biomaterials 176-183 (2007)), *id.* (citing J. Otto et al.,
> *Elongation of Textile Pelvic Floor Implants Under Load is Related to Complete*

*Loss of Effective Porosity, thereby Favoring Incorporation of Scar Plates*, J. Biomed. Mater. Res. Part A 1-6 (2013))).

Second, Ethicon argues that these opinions are unreliable because Drs. Mühl and Klinge have contradicted themselves in the past by stating that pores measuring less than one millimeter can be effective. (*See* Defs.' Mem. re: Mühl [Docket 138], at 8). An expert's contradictory prior statements may indicate that the expert's methods are unreliable, but that is not necessarily dispositive. The relevant inquiry is whether the proffered opinions are sufficiently reliable under *Daubert*. Dr. Klinge explained in his deposition that they adopted the one millimeter parameters in reliance on the Conze study and his research with Dr. Bernd Klosterhalfen. (*See* Klinge Dep. [Docket 161-10], at 376:14-377:16; 663:13-664:3). With support from a peer-reviewed publication, I am not convinced that opinions regarding the one millimeter parameters are unreliable.

Third, Ethicon suggests that the methods for testing effective porosity are unreliable because they were developed for FEG, a direct competitor of Ethicon. But as Ethicon admits, "a proffered expert witness's financial interest often goes to the weight rather than the admissibility of testimony." (Defs.' Mem. re: Mühl [Docket 138], at 7). "[I]t is well-settled that an expert witness's bias goes to the weight, not the admissibility of the testimony, and should be brought out on cross-examination." *Grant Thornton, LLP v. F.D.I.C.*, 297 F. Supp. 2d 880, 884 (S.D.W. Va. 2004) (Faber, J.). Ethicon is free to highlight this conflict of interest on cross-examination.

Fourth, Ethicon contends that even if I permit Dr. Mühl to testify about his effective porosity opinions, I should still prohibit his opinions regarding "effective porosity under strain" because they fail to take into account the wide range of physical forces exerted on implanted mesh. (*See* Defs.' Mem. re: Mühl [Docket 138], at 9-11). In order to test the TVT mesh's effective porosity while subjected to the mechanical forces of the human body, Dr. Mühl applied uniaxial forces (pulling from one side) between a range of 102 grams and 1,000 grams to the mesh. Ethicon argues that, in the human body, meshes are subject to forces from multiple directions simultaneously and that the actual forces to which urethral slings are subjected are estimated to be less than 50 grams. (*See* Defs.' Mem. re: Mühl [Docket 138], at 10). The plaintiffs retort that Ethicon used the same uniaxial loads to test its own products. (*See, e.g.*, Mühl Report [Docket 137-1], at 6 ("Ethicon's manner of applying uniaxial loads to Ethicon mesh to determine the behavior of mesh is strikingly similar to our test method.")). Further, Dr. Klinge explained that because slings are only one centimeter wide, any force attempting to make a sling wider will be very small (*see* Klinge Dep. [Docket 161-10], at 483:7-9), and the downward forces exerted on the sling by the pelvic floor will create a largely uniaxial strain (*id.* at 482:22-438:5). Finally, Dr. Mühl's expert report cites a published study employing similar uniaxial tensile testing methods to analyze Ethicon slings. (*See* Mühl Report [Docket 137-1], at 6).

Lastly, Ethicon argues that Dr. Mühl impermissibly relied on unreliable medical opinions of Dr. Klinge, but Ethicon does not point to any specific statements or opinions that it challenges. (*See* Defs.' Mem. re: Mühl [Docket 138], at 11). In any event, I address Ethicon's challenges to Dr. Klinge below.

Ethicon's arguments do not convince me that Dr. Mühl's opinions regarding effective porosity are unreliable. I therefore **FIND** that Dr. Mühl's opinions regarding effective porosity are not excluded.

*Lewis*, 2014 WL 186872, at *3-5. Therefore, I **ADOPT** my prior ruling on Dr. Mühl, as stated in *Lewis*, and **FIND** that his opinions regarding effective porosity are sufficiently reliable under *Daubert*.

### C. Motion to Limit the Testimony of Dr. Uwe Klinge

The defendants seek to limit the opinions of Dr. Uwe Klinge. Dr. Klinge is a former hernia surgeon with extensive research experience in the area of biomaterials and surgical mesh. The plaintiff offers Dr. Klinge to opine on the biomaterials used in Ethicon's Prolift and how certain design deficiencies have resulted in numerous complications. Ethicon moves to preclude "Dr. Klinge from offering opinions at trial related to the following topics: (1) Ethicon's alleged knowledge, bad acts, state of mind, and corporate conduct; (2) mesh degradation, fraying, and particle loss, (3) effective porosity; and (4) alternative design." (Defs.' Mot. to Limit the Test. of Prof. Dr. Med. Uwe Klinge [Docket 101], at 1). For the reasons discussed below, the defendants' motion is **DENIED as moot, DENIED in part,** and **GRANTED in part.**

#### 1. State of Mind

First, the defendants argue that Dr. Klinge's "narrative summary of Ethicon documents and Depositions and his opinions concerning Ethicon's knowledge, state of mind, and corporate conduct should be excluded." (Defs.' Mem. in Supp. of Mot. to Limit. The Test. of Prof. Dr. Med. Uwe Klinge ("Defs.' Mem. re: Klinge") [Docket 102], at 2). However, the plaintiff "has no intention of eliciting testimony from Dr. Klinge that would characterize Ethicon's state of mind

or corporate intent." (Pl.'s Resp. in Opp. to Defs.' Mot. to Limit the Test. of Prof. Dr. Med. Uwe Klinge ("Pl.'s Resp. re: Klinge") [Docket 149], at 5). Therefore, the defendants' motion with regard to Ethicon's state of mind is **DENIED as moot.**

### 2. Mesh Degradation, Fraying, & Particle Loss

Next, the defendants contend that "the [c]ourt should further exclude Dr. Klinge's general opinion that the Prolift is defective because its mesh degrades in vivo and is subject to fraying and particle loss" because he cannot explain the clinical significance of these alleged conditions. (Defs.' Mem. re: Klinge [Docket 102], at 3). I disagree. In his expert report, Dr. Klinge ascribes particular complications to degradation, fraying, and particle loss. For instance, when discussing degradation, he states "that oxidation of mesh . . . . leads to embrittlement of the material, impaired tissue mobility and eventually chronic pain." (Klinge Report [Docket 101-2], at 18). In his discussion of fraying and particle loss, Dr. Klinge also states that "particulates scattered throughout the pelvic tissue will create an inflammatory response of some magnitude; will increase the overall foreign body reaction and inflammatory response; will increase the amount of the fibrotic reaction; and will run the risk of migrating into other parts of the body." (*Id.* at 21). Furthermore, throughout both of these sections of his expert report, Dr. Klinge supports his opinions, at least in part, by citing to peer-reviewed, published literature. (*See* Klinge Report [Docket 101-2], at 18-21 (citing studies by Costello, Clave, and Moalli, to name a few)). Therefore, consistent with my decision in *Lewis*, I **FIND** that Dr. Klinge is permitted to testify generally about polypropylene's tendency to degrade, fray, or lose particles and its effect on the human body. *See* 2014 WL 186872, at *7.

### 3. Effective Porosity

Next, the defendants argue that "the court should exclude Dr. Klinge's opinions regarding effective porosity" by "incorporate[ing] by reference their motion to exclude Dr. Mühl and the

memorandum supporting the same." (Defs.' Mem. re: Klinge [Docket 102], at 6). Dr. Klinge's opinions regarding effective porosity are based on Dr. Mühl's testing, examined above. (*See* Klinge Report [Docket 101-2], at 15-16 ("In connection with this litigation, Prof. Mühl performed testing on Ethicon's surgical mesh product [Prolift/TVT Products] using the same protocol as we used in our study in 2007 and as reported again in 2013.")). Therefore, for the reasons discussed in relation to Dr. Mühl, and consistent with my decision in *Lewis*, I **FIND** that Dr. Klinge is permitted to testify about effective porosity and pore deformation. *See* 2014 WL 186872, at *7.

### 4. Alternative Design

Lastly, the defendants contend that "Dr. Klinge should be precluded from testifying about feasible alternative designs" because his expert report does not explain the basis for his opinion that PVDF is a safer design. (Defs.' Mem. re: Klinge [Docket 101], at 6). The plaintiff argues that I previously allowed Dr. Klinge to opine on alternative design in *Lewis* and that he references the same publications in his *Bellew* report that he referenced in his *Lewis* report. The plaintiff is mistaken. In *Lewis*, Dr. Klinge cited multiple peer-reviewed studies to support his opinions on Dynamesh, including the Klink and Silva studies. *See* 2014 WL 186872, at *7. Here, Dr. Klinge simply states that "[t]he PVDF product is a safer design for all of the reasons stated above," referencing his discussion of effective porosity. (Klinge Report [Docket 101-1], at 16). In the section of his report specifically addressing alternative design, Dr. Klinge fails to cite *any* peer-reviewed studies. (*See id.* at 24-27). Dr. Klinge's report provides no indication that his alternative design opinions are based on anything other than his and Dr. Mühl's effective porosity testing and internal Ethicon documents, which are not sufficiently reliable scientific bases under *Daubert*. (*See* Defs.' Reply in Supp. of Mot. to Limit the Test. of Prof. Dr. Med. Uwe Klinge [Docket 162], at 3-4 ("Nowhere does Dr. Klinge report that this [effective porosity]

testing was conducted on a mesh made of PVDF, nor does Dr. Klinge state elsewhere in his report that PVDF mesh would perform differently under similar testing.")). Accordingly, I **FIND** that Dr. Klinge's alternative design opinions should be **EXCLUDED**.

### D.  Motion to Exclude Certain Opinions of Daniel S. Elliott, M.D.

The defendants seek to exclude certain opinions of Dr. Daniel S. Elliott. Dr. Elliott is an associate professor of urology, section of Female Urology and Reconstructive Surgery, at Mayo Clinic Graduate School of Medicine in Rochester, Minnesota who has treated hundreds of patients with mesh-related complications. (Elliott Report [Docket 116-1], at 2). In preparation for this litigation, Dr. Elliott consulted approximately 300 publications, reviewed Ms. Bellew's medical records, and performed an independent medical examination of Ms. Bellew. (Pl.'s Resp. to Defs.' Mot. to Exclude Certain Ops. Of Daniel S. Elliott, M.D. ("Pl.'s Resp. re: Elliott") [Docket 150], at 2). In his expert report, Dr. Elliott concludes that (1) the Prolift has a lack of clinical benefit; (2) the Prolift causes serious and potentially permanent injuries due to complications associated with its implantation; (3) Ethicon failed to completely disclose to physicians and patients the risks of using the Prolift; and (4) Ethicon breached its duty of reasonable care. (*See* Elliott Report [Docket 116-1], at 3-5). The defendants move to exclude the following opinions offered by Dr. Elliott: (1) the defendants' knowledge, state of mind and alleged bad acts; (2) legal opinions; (3) product marketing; (4) regulatory opinions; (5) matters that do not fit the facts of this case; (6) supposed underreporting of complications; (7) other matters for which Dr. Elliott lacks support; (8) degradation; (9) patents; (10); physician training; (11) communications between Plaintiff and her treating physicians; (12) Ethicon's discontinuation of the Prolift; (1) and opinions not set forth in his report. (Defs.' Mot. to Exclude Certain Ops. of Daniel S. Elliott, M.D. [Docket 116], at 1). I agree with the plaintiff that the

17

defendants have taken a "scatter-shot" approach, which would be better suited for a motion *in limine*. (Pl.'s Resp. re: Elliott [Docket 150], at 1). Nevertheless, I proceed to review each objection in turn.

### 1. State of Mind

The defendants point out various instances where Dr. Elliott opines on Ethicon's knowledge or state of mind. (*See* Defs.' Mem. re: Elliott [Docket 117], at 2-3). The plaintiff appears to agree that Dr. Elliott may not opine on Ethicon's alleged knowledge or state of mind, but argues that Dr. Elliott's statements regarding what Ethicon did or did not do "go beyond opinions about Ethicon's state of mind or corporate conduct." (Pl.'s Resp. re: Elliott [Docket 150], at 5 (internal quotation marks omitted)). I disagree. Whether Ethicon studied certain issues, provided information, or provided guidance are all examples of corporate conduct. (*See* Elliott Report [Docket 116-1] at 42, 44). As I previously discussed, Ethicon's state of mind, knowledge, or corporate conduct are not appropriate subjects of expert testimony because they are not helpful to the jury. *See* Fed. R. Evid. 702. Therefore, these opinions are **EXCLUDED.**

### 2. Legal Opinions

The defendants argue that Dr. Elliott should be precluded from testifying as to what a "reasonably prudent medical device manufacturer would or would not do." (Defs.' Mem. re: Elliott [Docket 117], at 3). The plaintiff "agrees that Dr. Elliott will not use the phrases 'reasonably prudent medical device manufacturer' or 'duty of reasonable care.'" Therefore, the defendants' motion with regard to legal opinions is **DENIED as moot.**

### 3. Marketing Opinions

The defendants contend that Dr. Elliott is unqualified to offer opinions on Ethicon's marketing of the Prolift. (*Id.* at 4). The plaintiff concedes that Dr. Elliott is not an expert in

marketing and "true marketing opinions should be excluded." Nevertheless, I agree with the plaintiff that Dr. Elliott's statement that "the Prolift System should have never been marketed to surgeons or patients in the first place," addresses the Prolift's safety, and not the defendants' marketing techniques. (Elliott Report [Docket 116-1], at 3). Therefore, the defendants' motion with regard to marketing opinions is **DENIED as moot in part** and **DENIED in part**. To the extent that the defendants have further objections, they are free to raise them at trial.

### 4. Regulatory Opinions

The defendants ask this court to preclude Dr. Elliott from providing regulatory opinions because he has conceded that he is not a regulatory expert. (Defs.' Mem. re: Elliott [Docket 117], at 5). The plaintiff indicates that she "does not intend to raise any FDA clearance issues" (Pl.'s Resp. re: Elliott [Docket 150], at 6). Therefore, the defendants' motion with regard to regulatory opinions is **DENIED as moot**.

### 5. Irrelevant Opinions

#### a. Alleged Complications the Plaintiff Never Developed, Including Mesh Erosion & Performance of a Cystoscopy

First, the defendants argue that Dr. Elliott's opinions on conditions the plaintiff never suffered should be excluded because they are irrelevant, including "adhesions, vaginal retraction and shortening, fistula formation, chronic infection, chronic wound healing issues, organ erosion, bladder perforation, rectal perforation, vascular injury, injury to the pudendal nerve, nerve entrapment, chronic inflammatory process, and [ ]sarcomas." (Def.'s Mem. re: Elliott [Docket 117], at 6 (internal quotation marks omitted)). The defendants also ask the court to exclude Dr. Elliott's opinions on mesh erosion—because the plaintiff's mesh did not erode—and cystoscopies—because the plaintiff did not require or receive one. (*Id.* at 7). The plaintiff claims that all ways in which a product might injure a particular plaintiff are relevant under Arizona

19

Case 2:12-md-02327-00851-MO   Document 2082-11   Filed 04/21/16   Page 20 of 42 PageID #: 48126

law; and furthermore, the plaintiff did in fact suffer some of the complications the defendants wish to exclude. (Pl.'s Resp. re: Elliott [Docket 150], at 8-9).

Evidence of complications that the plaintiff did not experience is irrelevant and lacking in probative value. First, in regard to the plaintiff's strict liability claim, I disagree with the plaintiff's reading of *Golonka v. General Motors Corp.*, 65 P.3d 956 (Ariz. 2003). The plaintiff asserts that "likelihood of injury," one of the factors assessed under the risk/benefit analysis, refers to the likelihood of *any* injury. However, a strict liability claim requires "the defective condition proximately cause *the plaintiff's* injury[.]" *Anderson v. Nissei ASB Mach. Co.*, 3 P.3d 1088, 1092 (Ariz. 1999) (emphasis added). Reading the elements of the prima facie case and the risk/benefit factors together, the pertinent injury is clearly that which the plaintiff actually suffered. Second, although the plaintiff's argument that *any* warning is relevant to proximate cause based on Dr. Dehasse's testimony has some merit, elaborating on injuries that the plaintiff did not incur risks "confusing the issues [and] misleading the jury." Fed. R. Evid. 403. Therefore, the defendants' motion on this issue is **GRANTED** and Dr. Elliott's opinions on complications the plaintiff never developed are **EXCLUDED**. To the extent that the parties disagree as to what complications the plaintiff suffered, these objections are better suited for trial.

### b. Mesh Procedures Not Administered to the Plaintiff

Next, the defendants contend that Dr. Elliott's opinions about mesh procedures that the plaintiff did not undergo do not fit the facts of the case. (Defs.' Mem. re: Elliott [Docket 117], at 8). The plaintiff "agrees that Dr. Elliott will not address the posterior and apical Prolift procedures." (Pl.'s Resp. re: Elliott [Docket 150], at 7). Therefore, the defendants' motion with regard to mesh procedures not administered to the plaintiff is **DENIED as moot.**

### c.  Prolift Appropriateness for Certain Populations

Lastly, the defendants argue that Dr. Elliott's opinions on Ethicon's marketing of the Prolift to overweight and elderly patients are irrelevant, given that the plaintiff is neither overweight nor elderly. (Defs.' Mem. re: Elliott [Docket 117], at 8). Again, the plaintiff "agrees that Dr. Elliott will not talk about whether the Prolift is appropriate for overweight and elderly patients." (Pl.'s Resp. re: Elliott [Docket 150], at 7 (internal quotation marks omitted)). Therefore, the defendants' motion with regard to the Prolift's appropriateness for certain populations is **DENIED as moot.**

### 6.  Underreporting of Complications

The defendants argue that Dr. Elliott's opinions on the underreporting of complications should be excluded because they are conclusory and unreliable. (Defs.' Mem. re: Elliott [Docket 117], at 8). Dr. Elliott only cites one peer-reviewed article that the defendants argue examines drugs, not medical devices. (*Id.* at 9). However, the plaintiff points out that although the Kessler article focuses on drugs, the author also discusses "device-induced disease." (Pl.'s Resp. re: Elliott [Docket 150], at 11). Dr. Elliott's decision to rely on the Kessler article indicates his opinions are not conclusory and that he utilized a reliable methodology. Whether the defendants disagree with Dr. Elliott's ultimate conclusion that the Kessler article supports his opinion with regard to medical devices is not a sufficient basis to object under *Daubert.* Additionally, the defendants' concern with the lack of additional support goes to the weight of Dr. Elliott's testimony and can be adequately addressed on cross-examination. Accordingly, the defendants' motion with regard to underreporting of complications is **DENIED.**

### 7.  Other Matters Lacking Support

In its seventh point, the defendants list ten page references where Dr. Elliott allegedly

fails to support his opinions with "citations to medical literature or other information." (Defs.' Mem. re: Elliott [Docket 117], at 9-10). The defendants provide no further explanation as to why these portions of Dr. Elliott's report should be excluded under *Daubert*. Without more specific information, I am unable to review the merits of such a motion. One instance with which the defendants take specific issue is Dr. Elliott's opinion on anatomic recurrence rates. Although Dr. Elliott fails to cite any scientific literature in his discussion of this topic in his report, when asked about anatomic recurrence rates during his deposition, Dr. Elliott indicates he relied on three different papers in coming to this conclusion. (Elliott Dep. [Docket 116-2], at 113 (naming Chmielewski, Walters, and Weber)). Dr. Elliott's response is sufficient to establish reliability under *Daubert*. Therefore, the defendants' motion with regard to anatomic recurrence rates is **DENIED**.

### 8. Degradation

The defendants argue that Dr. Elliott is unqualified to opine on mesh degradation and that his opinions are "unconnected to any reliable methodology." (Defs.' Mem. re: Elliott [Docket 117], at 11-15). With regard to his qualifications, the defendants contend that Dr. Elliott has no experience in the field of polymer science and has not shown that he possesses any specialized knowledge observing mesh degradation in his practice. (*Id.* at 13).

An expert may be qualified by "knowledge, skill, experience, training, or education." Fed. R. Evid. 702. "One knowledgeable about a particular subject need not be precisely informed about all the details of the issues raised in order to offer an [expert] opinion." *Thomas J. Kline, Inc. v. Lorillard, Inc.*, 878 F.2d 791, 799 (4th Cir. 1989). Dr. Elliott has personally treated patients with Prolift mesh complications "too numerous to count." (Elliott Dep. [Docket 116-2], at 178). He has published nearly 60 peer-reviewed articles and given over 100 lectures pertaining

to POP. (Elliott Report [Docket 116-1], at 2). Additionally, he has published two scientific manuscripts dealing specifically with polypropylene mesh. (*Id.*). According to Dr. Elliott, his "practice has become increasingly dedicated to treating a whole host of life-altering complications associated with the use of both SUI and POP meshes, including meshes made by Ethicon." (*Id.*). Therefore, I **FIND** that Dr. Elliott is qualified to offer opinions on mesh degradation.

With regard to his methodology, Dr. Elliott bases his opinions on both his clinical experience, as well as his extensive review of the scientific literature and internal Ethicon documents. Specifically, in the section of his report discussing mesh degradation, Dr. Elliott cites numerous peer-reviewed studies and articles to support his assertions. (*See* Elliott Report [Docket 116-1], at 34-35 (citing Costello and Clave in the text, to name a few)). Accordingly, I **FIND** that Dr. Elliott may testify regarding mesh degradation.

### 9. Patents

The defendants ask the court to preclude Dr. Elliott from expressing opinions about Ethicon's patents because he is not a patent expert. (Defs.' Mem. re: Elliott [Docket 117], at 14). The plaintiff indicates that Dr. Elliott has not and will not offer expert opinions on Ethicon's patents. Therefore, the defendants' motion with regard to patents is **DENIED as moot.**

### 10. Physician Training

The defendants seek to preclude Dr. Elliott from testifying about physician training because his opinions are unreliable and not helpful to the jury. (*Id.* at 15). However, in their Memorandum in Support, the defendants only take issue with one particular statement by Dr. Elliott: "Ethicon representatives pushed the envelope on training." (*Id.* (quoting Elliott Report [Docket 116-1], at 43-44)). As indicated in the footnotes, the phrase "pushed the envelope" is

taken directly from an email written by an Ethicon district manager. (*See* Elliott Report [Docket 116-1], at n.285). Furthermore, although the section as a whole consists of a review of corporate documents, Dr. Elliott comments on the quality of training by pointing out where Ethicon failed to inform physicians of certain risks and complications, as well as why such information is critical. (*See, e.g.*, Elliott Report [Docket 116-1], at 48 ("Mesh exposure and bladder injury are common[ ]complications, yet there is inadequate guidance in the Surgical Guide on managing these complications. An absence of a description and guidance in the management of these complications minimizes the frequency and magnitude of these complications to a surgeon.")). In Arizona, under the risk/benefit analysis, one of the factors to be considered is "the avoidability of injury by care in use of the product (including the effect of instructions or warnings)[.]" *Golonka*, 65 P.3d at 962 n.2. I agree with the plaintiff that "[t]his standard places into issue whether Ethicon provided sufficient guidance to surgeons through the Prolift [IFU], the Surgical Guide, and any training programs offered." Accordingly, the defendants' motion with regard to physician training is **DENIED**.

### 11. Communications Between the Plaintiff and Her Treating Physicians

The defendants argue that Dr. Elliott's summary of the discussion between the plaintiff and her treating physician, Dr. Dehasse, should be excluded because "Dr. Elliott has no specialized knowledge enabling him to render *expert opinions* about what Dr. Dehasse did or did not discuss with Plaintiff." (Defs.' Mem. re: Elliott [Docket 117], at 15 (emphasis added)). The defendants' contention is misplaced, however, because Dr. Elliott is not offering an expert opinion in this section of his report. He is merely summarizing the factual record, which does not require the use of "scientific, technical, or other specialized knowledge." Fed. R. Evid. 702. Therefore, I will not address the admissibility of this testimony here and **RESERVE** ruling for

trial.

### 12. Withdrawal of Prolift

The defendants contend that Dr. Elliott's discussion of Ethicon's decision to withdraw the Prolift from the market is irrelevant because it took place after the plaintiff's implant procedure, and that Dr. Elliott is not qualified to render an opinion on Ethicon's decision. I agree with the plaintiff that "[u]ltimately, the issue of whether Defendants' withdrawal of [the] Prolift from the market is relevant to this case should be decided based on [future] briefing." (Pl.'s Resp. re: Elliott [Docket 150], at 17). Regardless, as discussed more fully above, Ethicon's state of mind—its reasoning behind the decision to withdraw the Prolift—is not an appropriate subject for expert testimony. Accordingly, the defendants' motion on this issue is **GRANTED** and Dr. Elliott's opinions on why Ethicon withdrew the Prolift are **EXCLUDED**.

### 13. Opinions Not Set Forth in Expert Report

Finally, the defendants seek to exclude opinions not set forth in Dr. Elliott's report as required by Federal Rule of Civil Procedure 26(a)(2)(B)(i). (Defs.' Mem. re: Elliott [Docket 117], at 16). The plaintiff concedes that there was no discussion of ischemia in Dr. Elliott's report, and that he will not opine on that subject at trial. (Pl.'s Resp. re: Elliott [Docket 150], at 17). Therefore, the defendants' motion with regard to ischemia is **DENIED as moot**. Objections to the following opinions remain: (1) granulation; (2) nerve injury; and (3) future surgeries.

#### a. Granulation

In his expert report, Dr. Elliott states that Dr. Dehasse and Dr. Joseph noted that Ms. Bellew experienced tissue granulation, in addition to a variety of other complications. (*See* Elliott Report [Docket 116-1], at 60-61). Dr. Elliott subsequently concludes "[t]o a reasonable degree of medical certainty, *each of* the permanent complications, injuries, and the consequences

thereof, as documented herein and in the medical records, was caused by all of the defects and problems with the Prolift discussed throughout this report." (*Id.* at 64 (emphasis added)). This conclusion clearly includes granulation, which was discussed with regard to Ms. Bellew's medical records. Accordingly, the defendants' motion with regard to granulation is **DENIED**.

### b. Nerve Injury

Throughout his expert report, Dr. Elliott discusses nerve injury as "a critically important . . . condition following Prolift POP repair." (Elliott Report [Docket 116-1], at 27). However, with regard to his examination and diagnosis of Ms. Bellew, Dr. Elliott fails to specifically mention nerve injury. In his deposition, Dr. Elliott states that Ms. Bellew "possibly" had nerve injury based on his discussion of her pelvic muscle spasms in his report. Under Rule 26, expert reports must contain "a complete statement of all opinions the witness will express and the basis and reasons for them." Fed. R. Civ. P. 26(a)(2)(B)(i). Accordingly, the defendants' motion with regard to nerve injury is **GRANTED**, and Dr. Elliott's opinions on this issue are **EXCLUDED**.

### c. Future Surgeries

Finally, Dr. Elliott clearly states that Ms. Bellew "will continue to . . . need future medical care," which could include future surgeries. Dr. Elliott indicates that he holds this opinion to a reasonable degree of medical certainty based on his review of Ms. Bellew's medical records, his examination of Ms. Bellew, and his knowledge and opinions on the Prolift as discussed throughout his report. Accordingly, I **FIND** that Dr. Elliott addressed future surgeries in his expert report, and that his opinions are sufficiently reliable under *Daubert*.

### E. Motion to Exclude the Testimony of Dr. Vladimir Iakovlev, M.D.

The defendants seek to exclude the opinions of Dr. Vladimir Iakovlev in their entirety. Dr. Iakovlev is an anatomical pathologist and director of Cytopathology at the Department of

Laboratory Medicine at St. Michael's Hospital in Toronto, Canada. (Iakovlev Report [Docket 121-1], at 1). In his expert report, Dr. Iakovlev describes a study he participated in with Dr. Robert Bendavid beginning in 2012 to "analyze explanted meshes and . . . provide a correlation between pathological findings and clinical symptoms." (*Id.*). Based on this study, as well as his background in pathology, Dr. Iakovlev concludes "that women implanted with pelvic mesh devices are at an increased risk of suffering chronic and debilitating pelvic pain and dyspareunia as a result of the higher innervation of that anatomical region of the body compared to the anterior abdominal wall." (*Id.* at 2).

The defendants make the following arguments regarding the admissibility of Dr. Iakovlev's opinions under *Daubert*: (1) Dr. Iakovlev's opinions regarding potential complications are unreliable and irrelevant; (2) Dr. Iakovlev is unqualified to opine on degradation and his opinions are unreliable and irrelevant; (3) Dr. Iakovlev's nerve density analysis is unreliable; (4) Dr. Iakovlev's opinions regarding mesh deformation and folding are unreliable and speculative; (5) Dr. Iakovlev's opinions regarding Ms. Bellew's urinary symptoms are speculative; (6) Dr. Iakovlev's proposed testimony significantly exceeds his expertise; and (7) Dr. Iakovlev's opinion about Ms. Bellew's post-explant condition is speculative. (Defs.' Mem. of Law in Supp. of Mot. to Exclude the Ops. & Test. of Dr. Vladimir Iakovlev (Defs.' Mem. re: Iakovlev [Docket 122]). The plaintiff "agrees not to question Dr. Iakovlev on the mesh design and mesh knitting, about the other 130 surgical mesh explants he has analyzed prior to this case, the Bark Thickness Correlation Chart that uses data from other explants, or Ms. Bellew's future pain as a result of the Prolift implant." (Pl.'s Resp. in Opp. to Defs.' Mot. & Mem. of Law to Exclude the Ops. & Test. of Vladimir Iakovlev, M.D. ("Pl.'s Resp. re: Iakovlev [Docket 156], at 2). Accordingly, to the extent that the defendants' motion

relates to one of the areas of testimony conceded by the plaintiff, it is **DENIED as moot**.

### 1. Degradation

First, the defendants contend that the court should exclude Dr. Iakovlev's opinions regarding degradation because Dr. Iakovlev is unqualified to testify as to the chemical composition of Ms. Bellew's explanted mesh and his opinions are unreliable. (Defs.' Mem. re: Iakovlev [Docket 122], at 5-13). I have previously reviewed Dr. Iakovlev's qualifications and the reliability of his degradation opinions under *Daubert*. *See Eghnayem, et al. v. Boston Scientific Corp.*, No. 2:13-cv-07965, 2014 WL 5461991, at *46 (S.D. W. Va. Oct. 27, 2014). While the parties in this case have not relied on precisely the same arguments, my reasoning and conclusions from *Eghnayem* still govern. In *Eghnayem*, I ruled as follows:

#### a. Qualifications

A pathologist is a clinician who provides diagnoses for patient care based on the examination of specimens they receive and relevant clinical information. *Edwards*, 2014 WL 3361923, at *24 (citation omitted). In his expert report, Dr. Iakovlev states that his "professional activities include diagnostic examination of specimens surgically removed from human patients" where his "annual practice volume amounts to 5000 cases." (Iakovlev Report [Docket 105-1], at 2). Dr. Iakovlev describes himself as an "academic physician" who "pursue[s] research endeavors and teach[es] medical students and residents." (*Id.*). BSC does not question Dr. Iakovlev's pathology credentials; rather, it only argues that as a pathologist, he is unqualified to render these opinions. However, throughout these MDLs, I have allowed numerous pathologists to testify regarding the properties of polypropylene mesh. *See, e.g., Sanchez, et al. v. Boston Scientific Corp.*, No. 2:12-cv-05762, 2014 WL 4851989, at *19–20 (S.D. W. Va. Sept. 29, 2014) (discussing Dr. Richard W. Trepeta); *In re C. R. Bard, Inc.*, 948 F. Supp. 2d 589, 621 (S.D. W. Va. 2013) (discussing Dr. Bernd Klosterhalfen). In fact, in *Edwards*, I determined that Dr. Iakovlev was qualified to render opinions specific to that plaintiff's mesh based on his experience as a pathologist. *See Edwards*, 2014 WL 3361923, at *24–25. Therefore, I **FIND** that Dr. Iakovlev is qualified to offer specific causation opinions regarding Ms. Eghnayem based on his pathological examination of her mesh explants.

*Eghnayem*, 2014 WL 5461991, at *46. Therefore, I **ADOPT** my prior ruling on Dr. Iakovlev's qualifications, as stated in *Eghnayem*, and **FIND** that he is qualified to opine on the degradation

of Ms. Bellew's mesh in particular.

### b. Reliability

In *Edwards*, I determined that "the process Dr. Iakovlev used to analyze the explant is the industry standard in pathology" and that "[m]ere disagreement among experts is not, in itself, a reason to exclude an expert's testimony." *Edwards*, 2014 WL 3361923, at *25. Therefore, I **ADOPT** my prior ruling on the reliability of Dr. Iakovlev's degradation opinions, as stated in *Edwards*, and **FIND** that he is permitted to opine on the degradation *of Ms. Bellew's mesh.*[3]

### 2. Nerve Density & Mesh Deformation

In his expert report, when discussing Ms. Bellew's nerve density and mesh deformation, Dr. Iakovlev compares Ms. Bellew's specimen to the transvaginal meshes in his "sample pool." (Iakovlev Report [Docket 121-1], at 93). Because the plaintiff has agreed not to ask Dr. Iakovlev about the other 130 mesh explants he reviewed prior to this case, the defendants' motion with regard to nerve density and mesh deformation is **DENIED as moot** to the extent that Dr. Iakovlev's opinions are based on his "sample pool."

### 3. Urinary Symptoms

In his expert report, Dr. Iakovlev opines "to a reasonable degree of medical certainty, that the mesh caused the appearance of new urinary symptoms experienced by Ms. Bellew." (Iakovlev Report [Docket 121-2], at 93). The defendants argue that this opinion is unreliable speculation because there are no allegations that Ms. Bellew's mesh was "overtightened." (Defs.' Mem. re: Iakovlev [Docket 122], at 15). Dr. Iakovlev writes that "[t]he specimen shows that the mesh was in contact with muscle bundles consistent with detrusor muscle" and that "[i]t affected nerves and neural ganglia in the area of bladder and urethral innervation." (Iakovlev Report

---

[3] I also permitted Dr. Iakovlev to opine on mesh degradation with regard to Ms. Eghnayem's mesh based on his "morphological differential diagnosis." *Eghnayem*, 2014 WL 5461991, at *46.

[Docket 121-2], at 93). Because Dr. Iakovlev is able to explain the basis for his opinion that the mesh caused new urinary symptoms, I **FIND** that his opinion contains sufficient indicia of reliability. Accordingly, the defendants' motion with regard to urinary symptoms is **DENIED**. To the extent that the defendants disagree with Dr. Iakovlev's ultimate conclusion, they are free to address that issue on cross-examination.

### 4.  Proposed Testimony

Lastly, the defendants contend that Dr. Iakovlev's proposed testimony significantly exceeds his expertise. (Defs.' Mem. re: Iakovlev [Docket 122], at 15). As discussed more fully above, as a pathologist, Dr. Iakovlev is qualified to opine on the condition of Ms. Bellew's mesh. Therefore, the defendants' motion on this issue is **DENIED**.

### IV.   The Plaintiff's *Daubert* Motions

The plaintiff moves to limit or exclude the expert opinions of David J. Weber, M.D., M.P.H., Denise M. Elser, M.D., Christina Pramudji, M.D., and Stanley J. Robboy, M.D., F.C.A.P.

#### A.  Motion to Preclude Testimony of Defense Expert David J. Weber, M.D., M.P.H.

The plaintiff seeks to exclude the opinions of Dr. David J. Weber. Dr. Weber is a full professor in the Department of Epidemiology, University of North Carolina Gillings School of Global Public Health with both a medical degree and master's degree in public health. (Weber Report [Docket 114-1], at 3). The defendants requested Dr. Weber to review and comment on scientific and medical literature addressing the use of the Prolift in the surgical treatment of female POP. (*Id.* at 5). In his expert report, Dr. Weber concludes that "[o]verall, the scientific literature demonstrates the Prolift is an efficacious and safe treatment for POP." (*Id.* at 7). The plaintiff argues that Dr. Weber "arbitrarily narrowed the substantial literature on the Prolift and the Gynemesh PS (the mesh material in the Prolift) to a select few articles, based upon no

recognized scientific method or process, excluding the vast majority of relevant literature from his analysis." (Pl.'s Mem. of Law in Supp. of *Daubert* Mot. to Preclude Test. of David J. Weber., M.P.H. ("Pl.'s Mem. re: Weber") [Docket 115], at 1). The plaintiff takes particular issue with Dr. Weber's decision to define "long-term" as greater than three or more years and his failure to review the Velemir article. (*See id.* at 1, 3).

I find the plaintiff's arguments wholly unconvincing. There is nothing "arbitrary" about Dr. Weber's process. Dr. Weber chose specific search and exclusion criteria based on his years of experience as an epidemiologist and reviewed only literature matching that chosen criteria. (*See* Weber Report [Docket 114-1], at 12-13 ("A PubMed (US National Library of Medicine, National Institutes of Health) search was conducted with MeSH terms 'surgical mesh' and 'pelvic organ prolapse.' All randomized controlled trials since 2005 conducted in humans and published in English were reviewed. All studies that used Prolift or Gynemesh PS in the transvaginal repair of POP in one arm were selected."); *see also id.* at 13 ("A PubMed (US National Library of Medicine, National Institutes of Health) search was conducted with MeSH terms 'surgical mesh' and 'pelvic organ prolapse' and 'follow-up studies[.]' All studies since 2005 conducted in humans and published in English were reviewed. Exclusion criteria included the following: non-epidemiologic study design[;] case series, registries, reviews, editorials; non-Prolift or Gynemesh PS products; less than 3 years follow-up duration; non-vaginal surgery (e.g. abdominal surgery) and, studies with an arm with multiple mesh products.")). Throughout his report and deposition, Dr. Weber explains why he chose the objective criteria he did. (*See e.g., id.* at 7 ("The randomized, blinded (or masked) comparative clinical trial is considered the best design to study a medical intervention (treatment).")); *see also* Weber Dep. [Docket 148-1], at 92 ("The reports were selected solely on the study design and studying of Gynemesh.")).

Furthermore, Dr. Weber did not "decide" to exclude certain literature. (Pl.'s Reply in Further Supp. of *Daubert* Mot. to Preclude Ops. of David J. Weber, M.D., M.P.H. [Docket 163], at 3). Instead, he reviewed the articles that fit the criteria of his search, nothing more, nothing less. If the plaintiff is concerned that certain studies were omitted from Dr. Weber's review, she is free to address that issue on cross-examination. Accordingly, the plaintiff's motion with regard to the reliability of Dr. Weber's expert opinions is **DENIED**.

### B. *Motion to Preclude the Testimony of Defense Expert Denise M. Elser, M.D. on the Adequacy of Defendants' Warnings and Pre-Existing Myalgia*

The plaintiff seeks to preclude the testimony of Dr. Denise M. Elser on the adequacy of the defendants' warnings and pre-existing myalgia. (Pl.'s Mem. of Law in Supp. of *Daubert* Mot. to Preclude the Test. of Denise M. Elser, M.D. on the Adequacy of Defs.' Warnings & Pre-Existing Myalgia ("Pl.'s Mem. re: Elser [Docket 128]). Dr. Elser is board-certified in female pelvic medicine and reconstructive surgery and the Medical Director of Women's Health Institute of Illinois. (Elser Report [Docket 145-1], at 1). The plaintiff argues that Dr. Elser's opinions on the adequacy of the Prolift IFU are unreliable *ipse dixit* opinions and that her opinion that the plaintiff suffered from pelvic floor myalgia before she was implanted with the Prolift is pure speculation. (Pl.'s Mem. re: Elser [Docket 128], at 7, 10). Based on slightly different reasoning than the plaintiff provides, I agree that Dr. Elser's opinions on these two issues should be **EXCLUDED** under *Daubert*.

### 1. Adequacy of Defendants' Warnings

The plaintiff argues that Dr. Elser's opinions on the adequacy of the Prolift IFU are unreliable because she is unfamiliar with the pertinent regulatory standards and bases her opinions solely on her status and knowledge as a surgeon. (Pl.'s Mem. of Law in Supp. of *Daubert* Mot. to Preclude the Test. of Denise M. Elser, M.D. on the Adequacy of Defs.'

Warnings & Pre-Existing Myalgia ("Pl.'s Mem. re: Elser") [Docket 128], at 7). In her reply, the plaintiff specifically indicates that she is not objecting to Dr. Elser's qualifications to opine on the adequacy of warnings. (Pl.'s Reply in Further Supp. of *Daubert* Mot. to Preclude Ops. of Denise Elser, M.D. [Docket 160], at 2). However, I have previously determined "that without additional expertise in the specific area of product warnings, a doctor, such as a urologist or urogynecologist, is not qualified to opine that a product warning was adequate, merely because it included the risks [s]he has observed in [her] own practice." *Tyree, et al. v. Boston Scientific Corp.*, No. 2:12-cv-08633, 2014 WL 5320566, at *70 (S.D. W. Va. Oct. 17, 2014). The plaintiff's arguments speak to Dr. Elser's qualifications, rather than the reliability of her opinions. Dr. Elser's familiarity with IFUs comes solely from her clinical experience. (*See* Elser Dep. [Docket 127-1], at 37 (Q: [Y]ou're just basing that on your own opinions based on your own experience and what you think is reasonable. Is that fair? A: That's fair.")). In fact, she admits that she did not even know that there were regulations governing what information must be provided in the IFU. (*Id.* at 38). Dr. Elser's understanding of the possible risks associated with pelvic surgery is not sufficient to qualify her to make the broad assertion that *all* possible risks were adequately warned of in the Prolift IFU. Accordingly, consistent with my decision in *Tyree*, I **FIND** that Dr. Elser is not qualified to offer opinions on the adequacy of the Prolift IFU.

## 2. Pre-Existing Myalgia

The plaintiff contends that Dr. Elser's opinion that Ms. Bellew suffered from pelvic floor myalgia prior to her Prolift implantation surgery is unreliable by Dr. Elser's own admission. (Pl.'s Mem. re: Elser [Docket 128], at 10). In her deposition, Dr. Elser concedes that there is "no objective evidence in any medical record indicating that" Ms. Bellew had pelvic floor myalgia before the Prolift surgery; therefore, her opinion is speculative. (Elser Dep. [Docket 127-1], at 208). The defendants respond by arguing that Dr. Elser discusses pelvic floor myalgia

throughout her deposition and supports her opinion with facts summarized in Ms. Bellew's medical records. (Defs.' Resp. in Opp. To Pl.'s Daubert Mot. to Preclude the Test. of Defense Expert Denise M. Elser, M.D., on the Adequacy of Defs.' Warnings and Pre-Existing Myalgia [Docket 145], at 6). However, the defendants' assertion fails to support their argument.

Throughout her deposition, Dr. Elser clearly states that she does not know whether Ms. Bellew had pre-existing myalgia because she was never tested or diagnosed. (*See id.* at 90 ("So, I don't know what was preexisting[.]"); *see also id.* at 92 ("No, the answer is we don't know. She had complaints of pelvic pain, abdominal pain; and I don't see an assessment of the pelvic muscle tone on the initial evaluation so I don't know what she had."); *see also id.* at 117 ("So, I wish it had been explored more in this patient, but I can't say for sure she has it.")). First, none of these statements by Dr. Elser constitutes an expert opinion because she clearly indicates that she does not have sufficient knowledge to determine whether Ms. Bellew had pre-existing myalgia. Second, nowhere in her expert report does Dr. Elser come to the conclusion that Ms. Bellew had pre-existing myalgia based on her medical records. Although Dr. Elser attempts to connect certain "risk factors" discussed in her report back to her opinion on pre-existing myalgia in her deposition, this connection is not supported by any scientific basis or a differential diagnosis. In her expert report, Dr. Elser's discussion of pre-existing pain is merely a recitation of Ms. Bellew's medical history. Based on my review of the record, the first time Dr. Elser opines that Ms. Bellew may have had myalgia prior to her Prolift surgery is in her deposition. Dr. Elser's opinion is not held to a reasonable degree of medical certainty and was not formed using reliable methodology. Accordingly, I **FIND** that Dr. Elser's opinion that Ms. Bellew had pre-existing myalgia should be **EXCLUDED**.

### C. Motion to Preclude the Testimony of Defense Expert Christina Pramudji, M.D. on Particular Issues

The plaintiff seeks to exclude the expert opinions of Dr. Christina Pramudji on "particular issues." (Pl.'s Mem. of Law in Supp. of *Daubert* Mot. to Preclude the Test. of Dr. Christina Pramudji on Particular Issues ("Pl.'s Mem. re: Pramudji") [Docket 130]). Dr. Pramudji is a board-certified urologist, with a subspecialty board certification of Pelvic Floor Medicine and Reconstructive Surgery. (Pramudji Report [Docket 146-1], at 9). The plaintiff contends that Dr. Pramudji's opinions on (1) the adequacy of the defendants' warnings and (2) smoking are unreliable, and therefore, should be excluded. (Pl.'s Mem. re: Pramudji [Docket 130], at 1). For the reasons discussed below, the plaintiff's motion with regard to Dr. Pramudji **is GRANTED in part** and **DENIED in part**.

### 1. Adequacy of Warnings

The plaintiff argues that Dr. Pramudji's opinions on the adequacy of the Prolift IFU are unreliable because she is unfamiliar with the pertinent regulatory standards and bases her opinions solely on her subjective beliefs and "status" as a surgeon. (*Id.* at 7). In her reply, the plaintiff specifically indicates that she is not objecting to Dr. Pramudji's qualifications to opine on the adequacy of warnings. (Pl.'s Reply in Further Supp. of *Daubert* Mot. to Preclude Certain Ops. of Christina Pramudji, M.D. [Docket 161], at 1). However, I have previously determined "that without additional expertise in the specific area of product warnings, a doctor, such as a urologist or urogynecologist, is not qualified to opine that a product warning was adequate, merely because it included the risks [s]he has observed in [her] own practice." *Tyree*, 2014 WL 5320566, at *70. The plaintiff's arguments speak to Dr. Pramudji's qualifications, rather than the reliability of her opinions. Dr. Pramudji's familiarity with IFUs comes solely from her clinical experience. (*See* Pramudji Dep. [Docket 129-1], at 64-65 ("Q: Well, in determining whether or not the IFU for the Prolift adequately warned of the risks and complications, did you base your

opinion on your own judgment and your own evaluation based on your experience? A: Yes. Q: You did not rely on any particular standards, for example, an FDA regulation or any statement by anyone at Ethicon as to what they were supposed to communicate in those warnings correct? A: Correct.")). In fact, she admits that she is not familiar with any regulations or Ethicon standards governing the Prolift IFU. (*Id.* at 16-17). Dr. Pramudji's understanding of the possible risks associated with pelvic surgery is not sufficient to qualify her to make the broad assertion that *all* possible risks were adequately warned of in the Prolift IFU. Accordingly, consistent with my decision in *Tyree*, I **FIND** that Dr. Pramudji is not qualified to offer opinions on the adequacy of the Prolift IFU. Accordingly, the plaintiff's motion with regard to adequacy of warnings is **GRANTED**.

**2. Smoking**

Dr. Pramudji opines that the plaintiff's history as a chronic heavy smoker has impeded her healing and contributed to her osteopenia. (Pramudji Dep. [Docket 146-2], at 130-132, 157-158). The plaintiff argues that this opinion is unreliable speculation because Dr. Pramudji "infers causation from risk alone" and fails to perform a differential diagnosis. (Pl.'s Mem. re: Pramudji [Docket 130], at 10). However, Ms. Bellew's medical records reflect that she has struggled with healing in the past. Dr. Pramudji testified that "smoking causes microcapillary damage, so without good blood supply to the vaginal area, the healing is not going to be as robust as it would" and that "[she] know[s] that [Ms. Bellew] doesn't heal well based on her neck surgery where she didn't - - her - - the bone graft didn't take very well at all. And that was attributed to her smoking." (Pramudji Dep. [Docket 129-1], at 136-137). Furthermore, Dr. Pramudji did not perform a differential diagnosis because her opinion is that smoking is a "major contributing factor" with regard to Ms. Bellew's wound healing, not the only factor or cause. (*See id.* at 144). Because Dr. Pramudji is able to explain the basis for her medical opinion that Ms. Bellew's

smoking contributed to her issues with the Prolift, I **FIND** that her opinion contains sufficient indicia of reliability. Accordingly, the plaintiff's motion with regard to smoking is **DENIED**.

### D. Motion to Preclude the Testimony of Defense Expert Stanley J. Robboy, M.D., F.C.A.P.

The plaintiff seeks to exclude the expert opinions of Dr. Stanley J. Robboy, M.D., F.C.A.P. Dr. Robboy is a gynecologic pathologist with 45 years of experience and the immediate past-president of the College of American Pathologists. (Robboy Report [Docket 131-1], at 1). Dr. Robboy's expert report discusses "what is expected to be seen following tissue injury, the histologic characteristics of the body's reaction to the implantation of Ethicon's Prolift to treat [POP], a discussion of what is seen in the mesh specimens removed from Mrs. Bellew, and whether histological support exits for Mrs. Bellew's clinical complaints." (*Id.* at 3). Based on his analysis of Ms. Bellew's explanted mesh, among other things, Dr. Robboy concludes that Ms. Bellew's tissue reaction does not explain her symptomology. (*Id.* at 8). The plaintiff argues that Dr. Robboy's expert opinions should be excluded because (1) they are litigation-driven; (2) he failed to perform a reliable differential diagnosis; and (3) he relied on improper anecdotal evidence. (Pl.'s Mem. of Law in Supp. of *Daubert* Mot. to Preclude Test. of Stanley J. Robboy, M.D., F.C.A.P. ("Pl.'s Mem. re: Robboy") [Docket 132]). For the reasons discussed below, the plaintiff's motion with regard to Dr. Robboy is **DENIED**.

#### 1. Litigation-Driven

First, the plaintiff contends that Dr. Robboy's expert opinions are unreliable because they are litigation-driven. Specifically the plaintiff asserts that "before this litigation, [Dr. Elliott has] never been asked to correlate pathological findings to pain" and "has never researched mesh." (Pl.'s Mem. re: Robboy [Docket 132], at 1, 4). An expert's formulation of his opinions for the purposes of litigation does not, by itself, justify that expert's exclusion. *See Daubert*, 43 F.3d at

1317 ) ("That an expert testifies for money does not necessarily cast doubt on the reliability of his testimony, as few experts appear in court merely as an eleemosynary gesture."). This concern, however, does have a role in applying *Daubert. See Hoffman v. Monsanto Co.*, No. 2:05-CV-00418, 2007 WL 2984692, at *3 (S.D. W. Va. Oct. 11, 2007) (considering in the *Daubert* analysis "[w]hether experts are proposing to testify about matters growing naturally and directly out of research they have conducted independent of the litigation, or whether they have developed their opinions expressly for purposes of testifying" (quoting Fed. R. Evid. 702 advisory committee's note)). However, I will not exclude an expert on the sole basis that the opinion arose during litigation, so long as it is otherwise reliable.

Dr. Robboy has largely based his opinions on his professional experience with mesh pathology samples examined during his practice. (Robboy Report [Docket 131-1], at 5, 8). In addition, in his expert report, Dr. Robboy writes that he would have come to the same conclusions had he "received Mrs. Bellew's specimen as 'routine' on the usual surgical pathology bench and not as part of a legal proceeding." (*Id.* at 14). In forming his opinions, Dr. Robboy reviewed Ms. Bellew's medical records and various deposition transcripts, as well as personally examined Ms. Bellew's explanted mesh both grossly and microscopically. (*Id.* at 6). Dr. Robboy's approach in no way indicates he failed to "comport with the dictates of good science." *Daubert II*, 43 F.3d at 1317. Accordingly, the plaintiff's motion with regard to Dr. Robboy's opinions being litigation-driven is **DENIED.**

### 2. Methodology

Next, the plaintiff argues that Dr. Robboy employs an unreliable methodology because he fails to conduct a proper differential diagnosis in concluding that the mesh did not cause Ms. Bellew's pain. (Pl.'s Mem. re: Robboy [Docket 132], at 4). I disagree. In forming his specific

causation opinions, Dr. Robboy properly relies on his clinical experience, his review of the scientific literature, and his personal examination of Ms. Bellew's medical records and explanted mesh. (*See* Robboy Report [Docket 131-1], at 5-6, 8). This methodology is typical of pathologists, including Dr. Iakovlev, the plaintiff's pathology expert. (Iakovlev Report [Docket 121-1], at 92-94).

    With regard to utilizing a differential diagnosis, a plaintiff's expert can rule out alternative causes to determine that mesh, for example, is the most likely cause of the plaintiff's pain. However, as a defendant's expert, Dr. Robboy is ruling out ways in which the mesh could cause pain to come to the conclusion that there is no pathological explanation for the plaintiff's pain. In his expert report, Dr. Robboy explains the various ways in which mesh can cause pain. (*See* Robboy Report [Docket 131-1-], at 15-19 (discussing dyspareunia, nerve entrapment, mesh exposure/erosion, and mesh degradation)). He subsequently concludes, based on his examination of Ms. Bellew's mesh, there is no evidence that her explant caused her pain. (*See e.g., id.* [Docket 131-1], at 16 ("From my review of Mrs. Bellew's specimen and my review of the plaintiff's expert's photographs, it is clear that no traumatic neuroma or any other nerve abnormality that would indicate pain is present, and certainly no atypical one.")). I **FIND** this approach sufficiently reliable under *Daubert*. Accordingly, the plaintiff's motion with regard to Dr. Robboy's methodology is **DENIED**.

### 3. Surgical Specimens

    Lastly, the plaintiff argues that "Dr. Robboy's reliance on between 10 to 50 'surgical specimens' of explanted mesh is" improper anecdotal evidence. (Pl.'s Mem. re: Robboy [Docket 132], at 5). The defendants clarify that Dr. Robboy is not attempting to opine on mesh explants outside the context of the present litigation, but instead is merely forming an opinion based on his "knowledge, skill, experience, training, [and] education" stemming from his clinical practice.

Fed. R. Evid. 702; (*see also* Defs.' Resp. in Opp. to Pl.'s *Daubert* Mot. to Preclude the Test. of

Stanley J. Robboy, M.D., F.C.A.P. ("Defs.' Resp. re: Robboy") [Docket 151], at 2). In his expert

report, Dr. Robboy correlates tissue reactions he has observed in his own practice with the

scientific literature. (*See* Robboy Report [Docket 131-1], at 5). Subsequently, Dr. Robboy

concludes that

> [b]ased on my experience with other mesh specimens where I have been the
> examining pathologist, and with earlier extensive experience with cardiac
> pacemaker electrodes in the heart as well as a 45 year experience with many other
> tissue types and condition, the overall tissue reaction is mild and does not explain
> the patient's symptomology.

(*Id.* at 8). In explaining why he thinks Ms. Bellew had a mild tissue reaction, Dr. Robboy

identifies various factors "typically expected with mesh specimens." (*See id.* at 15).

The plaintiff takes issue with Dr. Robboy's reliance on his clinical experience because

she has no way of "independently verifying" opinions. (Pl.'s Reply to Defendants' Resp. in Opp.

to Pl.'s *Daubert* Mot. to Preclude the Test. of Stanley J. Robboy, M.D., F.C.A.P. ("Pl.'s Reply

re: Robboy") [Docket 171], at 2). The plaintiff's argument has no practical merit. Numerous

expert witnesses throughout the course of these MDLs have relied on their clinical experience in

forming their expert opinions. Such practice can hardly be described as a "mystery." (Pl.'s Mem.

re: Robboy [Docket 132], at 5). If *Daubert* required an expert witness to independently verify

every single clinical experience he had over the course of his career, the court would never make

it past pre-trial motions. Dr. Robboy's reference and reliance on specimens he has previously

examined "demonstrates his *experience* with mesh explants and their typical presentation in his

normal pathology practice." (Defs.' Resp. re: Robboy [Docket 151], at 4). Furthermore, even

where I have previously excluded general causation opinions based on the reliability of the

samples, "[an expert's] experience reviewing the mesh in his collection may be relevant to his

qualifications." *Edwards*, 2014 WL 3361923, at *23, n.5 (discussing Dr. Iakovlev's Bendavid study). Accordingly, the plaintiff's motion with regard to Dr. Robboy's surgical specimens is **DENIED**.

### V.   **Effect of *Daubert* Rulings**

I emphasize that my rulings *excluding* expert opinions under Rule 702 and *Daubert* are dispositive of their admissibility in these cases, but my rulings *not to exclude* expert opinions are not dispositive of their admissibility. In other words, to the extent that certain opinions might be cumulative or might confuse or mislead the jury, they may still be excluded under Rule 403 or some other evidentiary rule. I will take up these issues as they arise.

### VI.   **Conclusion**

For the reasons explained above, the defendants' motion with respect to Dr. Jordi [Docket 118] is **DENIED as moot in part** and **DENIED in part**. The defendants' motion with respect to Dr. Mühl [Docket 107] is **DENIED**. The defendants' motion with respect to Dr. Klinge [Docket 101] is **DENIED as moot, DENIED in part,** and **GRANTED in part**. The defendants' motion with respect to Dr. Elliott [Docket 116] is **GRANTED in part, DENIED as moot in part, DENIED in part,** and **RESERVED in part**. The defendants' motion with respect to Dr. Iakovlev [Docket 121] is **DENIED as moot in part, GRANTED in part,** and **DENIED in part**.

The plaintiff's motion with respect to Dr. Weber [Docket 114] is **DENIED**. The plaintiff's motion with respect to Dr. Elser [Docket 127] is **GRANTED**. The plaintiff's motion with respect to Dr. Pramudji [Docket 129] is **GRANTED in part** and **DENIED in part**. The plaintiff's motion with respect to Dr. Robboy [Docket 131] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        November 20, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Confidential – Attorneys' Eyes Only

Page 1

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ATLANTIC COUNTY
CASE NO. 291 CT
MASTER CASE NO. L-6341-10

- - -

IN RE:
PELVIC MESH/GYNECARE
LITIGATION

- - -

CONFIDENTIAL – ATTORNEYS' EYES ONLY
VOLUME I
Thursday, November 15, 2012

- - -

Oral deposition of DANIEL
STEVEN ELLIOTT, M.D., held at MAZIE SLATER
KATZ & FREEMAN, L.L.C., 103 Eisenhower
Parkway, Roseland, New Jersey, commencing at
approximately 9:56 a.m., before Rosemary
Locklear, a Registered Professional
Reporter, Certified Realtime Reporter,
Certified Court Reporter (NJ License No.
30XI00171000), and Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 971.591.5672  Fax
deps@golkow.com

Confidential – Attorneys' Eyes Only

Page 2

```
 1    APPEARANCES:
 2
 3        ANDERSON LAW OFFICES, L.L.C.
          BY:  BENJAMIN H. ANDERSON, ESQUIRE
 4        ben@andersonlawoffices.net
          1360 West 9th Street, Suite 215
 5        Cleveland, Ohio 44113
          (216) 589-0256
 6            and
          THE RESTAINO LAW FIRM, P.C.
 7        BY:  JOHN M. RESTAINO, JR., ESQUIRE
          jrestaino@restainolawfirm.com
 8        1550 Larimer Street, Suite 527
          Denver, Colorado 80202
 9        (720) 924-2006
          Appearing on behalf of the Plaintiffs
10
11
          BUTLER SNOW O'MARA STEVENS & CANNADA, P.L.L.C.
12        BY:  NILS B. (BURT) SNELL, ESQUIRE
          burt.snell@butlersnow.com
13        500 Office Center Drive, Suite 400
          Fort Washington, Pennsylvania 19034
14        (267) 513-1885
          Appearing on behalf of the Defendants Johnson
15        & Johnson and Ethicon
16
17        SILLS CUMMIS EPSTEIN & GROSS, P.C.
          BY:  WILLIAM R. STUART, III., ESQUIRE
18        wstuart@sillscummmis.com
          The Legal Center, One Riverfront Plaza
19        Newark, New Jersey 07102
          (973) 643-7000
20        Appearing on behalf of the Defendant Caldero
          Medical, Inc.
21
22                        -  -  -
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Attorneys' Eyes Only

Page 3

```
 1                     I N D E X
 2
 3   WITNESS                              PAGE
 4
 5   DANIEL STEVEN ELLIOTT, M.D.
 6
 7        By Mr. Snell                      8
 8
 9                   - - -
10
11              EXHIBIT INDEX
12                                        MAR
     Elliott
13     1    10-page copy of document dated    8
           10/12/12 entitled "Notice to Take
14         Deposition of Dr. Daniel Elliott
           (General)"
15
       2    4-page copy of letter dated 11/7/12   64
16         to Benjamin H. Anderson, Esq., from
           Daniel S. Elliott, M.D.
17
       3    4-page copy of article dated 6/12/03  156
18         entitled "Robotic-Assisted
           Laparoscopic Sacrocolpopexy for
19         Treatment of Vaginal Vault Prolapse"
20     4    5-page copy of article dated 2004     165
           entitled "Gynecologic use of
21         robotically assisted laparoscopy:
           sacrocolpopexy for the treatment of
22         high-grade vaginal vault prolapse"
23     5    5-page copy of article dated 9/13/05  172
           entitled "Long-Term Results of
24         Robotic Assisted Laparoscopic
           Sacrocolpopexy for the Treatment of
25         High Grade Vaginal Vault Prolapse"
```

Confidential – Attorneys' Eyes Only

Page 4

1                    EXHIBIT INDEX (Continued)

2                                                        MAR
     Elliott

3

     6      4-page copy of article dated 11/14/03      181
4            entitled "Time Dependent Variations
             in Biomechanical Properties of
5            Cadaveric Fascia, Porcine Dermis
             Porcine Small Intestine Submucosa
6            Polypropylene Mesh and Autologous
             Fascia in the Rabbit Model:
7            Implications for Sling Surgery"

8      7      6-page copy of article dated 11/11/05      190
             entitled "Time-Dependent Variations
9            In Inflammation and Scar Formation of
             Six Different Pubovaginal Sling
10           Materials in the Rabbit Model"

11     8      1-page copy of document dated              214
             10/17/12 entitled "Financial
12           Disclosure of Daniel Elliott, M.D."

13

14    (Exhibits retained by the court reporter and
      attached to transcript.)

15

16                        – – –

17

18

19

20

21

22

23

24

25

Page 113

1    with Prolift+M®?

2         A.    No.

3         Q.    Did you ever undergo any of the

4    Prolift® training?

5         A.    No.

6         Q.    I would assume you never

7    underwent Prosima® training either.

8         A.    Correct.  I have not.

9         Q.    Why did you switch from Gore-Tex

10   mesh to polypropylene mesh?

11        A.    Because I --

12              MR. ANDERSON:  Objection.

13   Asked and answered.

14              Go ahead.

15              THE WITNESS:  I was having too

16   many problems with the Gore-Tex,

17   specifically erosion.  Extrusion.  Excuse

18   me.  Vaginal extrusion.

19   BY MR. SNELL:

20        Q.    And with the Gore-Tex mesh you

21   were having that mesh extrude into the

22   vagina?

23        A.    Correct.

24        Q.    And this was a potential

25   complication that you were aware of during

Page 161

1    any indication of a manufacturer.

2        Q.    Well, what's your understanding

3    of what type of material a Silastic graft

4    is?

5        A.    Well, Silastic is Silastic.  I

6    don't -- I don't know anything else beyond

7    that.

8        Q.    Is it mono-filament,

9    multi-filament?

10        A.    I don't know.

11        Q.    Is it macro-porous or

12    micro-porous?

13                MR. ANDERSON:  Objection.

14                THE WITNESS:  Yeah.  I'm not a

15    biomaterials expert, and I'd have to look at

16    it and measure it and things.

17    BY MR. SNELL:

18        Q.    Is it a synthetic material?

19        A.    Yes.

20        Q.    The Silastic grafts that you were

21    using for prolapse, do you know if they were

22    FDA approved for the treatment of prolapse?

23        A.    Well, since it was provided to me

24    by a company, I don't know what, I'm going

25    to assume it is.

Confidential - Attorneys' Eyes Only

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ATLANTIC COUNTY
CASE NO. 291 CT
MASTER CASE NO. L-6341-10

- - -

IN RE:
PELVIC MESH/GYNECARE
LITIGATION

- - -

CONFIDENTIAL - ATTORNEYS' EYES ONLY
VOLUME II
Friday, November 16, 2012

- - -

Continued oral deposition of
DANIEL STEVEN ELLIOTT, M.D., held at MAZIE
SLATER KATZ & FREEMAN, L.L.C., 103 Eisenhower
Parkway, Roseland, New Jersey, commencing at
approximately 8:25 a.m., before Rosemary
Locklear, a Registered Professional Reporter,
Certified Realtime Reporter, Certified Court
Reporter (NJ License No. 30XI00171000), and
Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 971.591.5672  Fax
deps@golkow.com

Confidential - Attorneys' Eyes Only

Page 323

```
 1    APPEARANCES:
 2
 3        ANDERSON LAW OFFICES, L.L.C.
          BY:  BENJAMIN H. ANDERSON, ESQUIRE
 4        ben@andersonlawoffices.net
          1360 West 9th Street, Suite 215
 5        Cleveland, Ohio 44113
          (216) 589-0256
 6        Appearing on behalf of the Plaintiffs
 7
 8        BUTLER SNOW O'MARA STEVENS & CANNADA, P.L.L.C.
          BY:  NILS B. (BURT) SNELL, ESQUIRE
 9        burt.snell@butlersnow.com
          500 Office Center Drive, Suite 400
10        Fort Washington, Pennsylvania 19034
          (267) 513-1885
11        Appearing on behalf of the Defendants Johnson &
          Johnson and Ethicon
12
13
          SILLS CUMMIS EPSTEIN & GROSS, P.C.
14        BY:  WILLIAM R. STUART, III., ESQUIRE
          wstuart@sillscummmis.com
15        The Legal Center, One Riverfront Plaza
          Newark, New Jersey 07102
16        (973) 643-7000
          Appearing on behalf of the Defendant Caldero
17        Medical, Inc.
18
19                          - - -
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Attorneys' Eyes Only

Page 324

```
 1                    I N D E X

 2

 3   WITNESS                              PAGE

 4

 5   DANIEL STEVEN ELLIOTT, M.D.

 6

 7        By Mr. Snell                     328

 8

 9                   - - -

10

11                EXHIBIT INDEX

12                                          MAR
     Elliott
13   9    11-page copy of article dated 8/10    410
          entitled "Vaginal Mesh for Prolapse"
14

     10   9-page copy of article dated 2/11     420
15        entitled "Trocar-Guided Mesh Compared
          With Conventional Vaginal Repair in
16        Recurrent Prolapse"
17

     (Exhibits retained by the court reporter and
18   attached to transcript.)
19

                     - - -
20

21

22

23

24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 387

```
 1                I believe you testified
 2      yesterday that you've never used or
 3      implanted Prolift®; correct?
 4           A.    Correct.
 5           Q.    Have you ever used or implanted
 6      Apogee®?
 7           A.    No.
 8           Q.    Have you ever used or implanted
 9      Perigee®?
10           A.    No.
11           Q.    You never underwent or
12      participated in any of the professional
13      education programs for Prolift®; correct?
14           A.    Correct.  I did not.
15           Q.    You never did any cadaver
16      training with respect to Prolift®; correct?
17           A.    I did not.
18           Q.    And you never underwent cadaver
19      training with respect to the use of any mesh
20      products for prolapse repair; correct?
21           A.    No.  I'm just trying to remember.
22      In fellowship we may have had cadaver labs
23      on the sacrocolpopexy because our staff was
24      involved in AUA as far as the individual to
25      come in for learning and I may have been
```

Confidential - Attorneys' Eyes Only

1    about, the patient-specific issues.

2        Q.    So it's correct, then, that if

3    you can do a transvaginal mesh rescission,

4    you prefer to do so over the transabdominal

5    mesh excision; correct?

6        A.    If it can be safely and

7    successfully accomplished transvaginally,

8    that is, no question, my preferred route.

9        Q.    And that's because transabdominal

10   surgery is a major and morbid surgery;

11   correct?

12       A.    That is fair to say, yes.

13       Q.    Before becoming involved in this

14   litigation, had you ever looked at mesh that

15   had been removed from a patient under a

16   microscope?

17       A.    No.

18       Q.    Have you done that since becoming

19   involved in this litigation?

20       A.    Not of my own patients.  I've

21   seen photographs and microscopies and

22   papers.

23       Q.    Prior to being engaged as an

24   expert witness in this matter, had you ever

25   performed any examination of the porosity of

Confidential - Attorneys' Eyes Only

Page 404

1    meshes?

2        A.    No.

3        Q.    You don't hold yourself out to be

4    a polymer chemist; correct?

5        A.    That is correct.

6        Q.    If you were counseling a patient

7    on the sacrospinous ligament fixation

8    surgery, what risk would you identify to her

9    with that procedure?

10       A.    Well, I wouldn't have that

11   counsel, consultation because I would send

12   them to my urogynecology colleagues.

13       Q.    Because you don't do sacrospinous

14   ligament fixation procedures; correct?

15       A.    That is correct.

16       Q.    Can you tell me what independent

17   research you did in connection with your

18   role as an expert in this litigation, other

19   than reviewing the materials that

20   plaintiffs' counsel provided to you?

21       A.    Well, I reviewed, as you

22   mentioned, the internal documents, I

23   reviewed roughly, what, 200 manuscripts,

24   scientific journal manuscripts, and then the

25   depositions, which would be the -- from the

Page 405

1    litigation.

2         Q.    The internal documents were

3    documents that Mr. Anderson or the other

4    plaintiffs' lawyers gave you; correct?

5         A.    Correct.

6         Q.    Before becoming involved in this

7    litigation, had you ever reviewed any other

8    company's internal documents?

9         A.    Only pertaining to that patent

10   infringement case.

11        Q.    The deposition transcripts, those

12   were given to you by Mr. Anderson or

13   plaintiffs' counsel; correct?

14        A.    Correct.  Yes.

15        Q.    The medical literature, the

16   manuscripts that you reviewed, were those

17   given to you by plaintiffs' counsel as well?

18        A.    They gave me a few.  So roughly

19   we're looking at 200 or so manuscripts in my

20   report and supplemental report.  When this

21   all started, I believe Mr. Anderson gave me

22   20, maybe 30.  So everything else is from

23   me.

24        Q.    So the independent research you

25   did besides reviewing the materials that

Confidential - Attorneys' Eyes Only

1    plaintiffs' counsel sent to you was you

2    reviewed some of the medical literature and

3    manuscripts.

4         A.    Yeah.  It's fair to say that

5    except for what I received from Mr. Anderson

6    and colleagues, everything would be journal

7    reviews.

8         Q.    Do you know any of the study

9    investigators involved in clinical studies

10   concerning Gynemesh® PS?

11        A.    No, I -- I don't know any of

12   those.

13        Q.    Do you know Doug Hale?

14        A.    I don't recognize the name.

15        Q.    Do you know anyone involved in

16   the Prolift® clinical studies?

17        A.    Not that I know of, no.

18        Q.    Now, you've never been employed

19   by the FDA; correct?

20        A.    No.

21        Q.    I'm not correct?

22        A.    No.  You are correct.  I have

23   never been employed --

24             MR. ANDERSON:  Your bad

25   question.

Page 407

1          THE WITNESS:  -- or never

2     anticipate being employed by the FDA.

3     BY MR. SNELL:

4          Q.     Have you ever been a consultant

5     to the FDA?

6          A.     No.  The closest would be through

7     that Public Citizen, Ralph Nader's group,

8     where I had comments read at the FDA.  But I

9     wouldn't think I would be a consultant for.

10          Q.     Has the FDA ever paid you to be a

11     consultant to provide information to them?

12          A.     No.

13          Q.     Have you ever served on an FDA

14     advisory committee board?

15          A.     No.

16          Q.     Have you ever testified at any

17     government institution, setting aside, you

18     know, the patent case and any other

19     depositions or trial testimony you've given?

20          A.     No.

21          Q.     Have you ever testified at an FDA

22     advisory committee?

23          A.     No.  Again, other than that

24     Public Citizen comments.  But I was not

25     personally there.

Page 408

```
 1       Q.      Have you reviewed the federal

 2   regulations that pertain to medical devices?

 3       A.      No.

 4       Q.      Have you ever reviewed any FDA

 5   regulations pertaining to devices before

 6   becoming engaged as an expert witness in

 7   this case?

 8       A.      No.

 9               MR. ANDERSON:  Off the record.

10               (Discussion off the record.)

11   BY MR. SNELL:

12       Q.      Have you ever been involved in

13   the clinical trial designed to evaluate the

14   safety and efficacy of a medical device?

15   When I say clinical trial, I mean in humans.

16       A.      Yes.

17       Q.      What was that?

18       A.      1998 to '99, it was a new design

19   of an artificial urinary sphincter for men,

20   and I was involved in the original dog

21   studies and then it went into human trials,

22   which my name was on.  However, I was not

23   involved because I went down to my

24   fellowship.  But my name would be attached

25   to it.
```

Confidential – Attorneys' Eyes Only

1    Q.    So it's correct that you were not

2    involved in the human clinical trials with

3    regard to this artificial urinary sphincter;

4    correct?

5    A.    I was not involved in the

6    implantation.  I was involved heavily as far

7    as the write-up, the documentation.  And

8    then timing, I was sent down to my

9    fellowship so I left.  I did the work but

10    didn't get to do the surgery.

11    Q.    You've never been involved in a

12    clinical trial designed to evaluate the

13    safety and efficacy of a prolapse device;

14    correct?

15    A.    Correct.

16    Q.    You've never been involved in a

17    clinical trial designed to evaluate the

18    safety and efficacy of a stress urinary

19    incontinence synthetic sling; correct?

20    A.    Correct.  I have not.

21    MR. SNELL:  Why don't we take a

22    break.

23    (Recess, 11:15–11:52 a.m.)

24  BY MR. SNELL:

25    Q.    Doctor, you've never been

Page 410

1    involved in a clinical trial designed to

2    assess the safety and efficacy of a stress

3    urinary incontinence device; correct?

4         A.    Correct.

5         Q.    Prior to becoming involved in

6    this litigation, you had never reviewed a

7    device design safety assessment; correct?

8         A.    From an industry, I guess I don't

9    know -- I just want to make sure I'm clear

10   in understanding your question.

11        Q.    Yes.

12        A.    Would this be an industry --

13        Q.    From a manufacturer, yes.

14        A.    No, I have not.

15        Q.    You're not an FDA regulatory

16   expert, are you?

17        A.    No, I'm not.

18        Q.    Yesterday, Doctor, you mentioned

19   the Iglesia study?

20        A.    Yes.

21             MR. SNELL:  Can we mark it as

22   the next exhibit.

23             (Exhibit Elliott-9 was marked

24   for identification.)

25   BY MR. SNELL:

1  residents, you have to look and feel for the

2  mesh.  And many times, it's so encased in

3  scar that you have to go by feel, then you

4  can feel the poking sensation of it.  It's

5  sharp.

6      Q.    And in the Prolift® mesh that you

7  have examined, you don't recall it being

8  barbed wire; correct?

9      A.    No.  I cannot recall.  I did not

10  keep records if it was specifically

11  Prolift®.  I do know specifically TVT® but

12  not Prolift®.

13      Q.    Can you tell me any clinical

14  human studies in TVT® that reported a

15  barbed-wire effect with the mesh?

16      A.    I don't recall off the top of my

17  head, no.  Barbed wire is a descriptive

18  term, not a scientific term.

19            MR. SNELL:  Okay.  Let's have

20  some lunch.

21            (Luncheon recess,

22  12:29-1:15 p.m.)

23            AFTERNOON SESSION

24  BY MR. SNELL:

25      Q.    Am I correct that you never

Page 432

1    looked at any FDA guidance documents before

2    becoming involved in this litigation?

3        A.    I'm not familiar what guidance

4    documents are.

5        Q.    As you sit here today, do you

6    know what FDA guidance documents are?

7        A.    No, I do not.

8        Q.    Do you know whether the mesh that

9    was used in sacrocolpopexies by surgeons

10   between the 1970s and the 1990s, whether

11   that use was cleared by the FDA for use in

12   prolapse?

13       A.    I do not know that.

14       Q.    The FDA has never begun, to your

15   knowledge, any type of enforcement

16   proceedings against Ethicon for the

17   Prolift®; correct?

18       A.    I don't know.  Proceedings,

19   again, that falls under regulation

20   territory.  I'm a clinician.  I know of the

21   only -- the event in I believe 2008 where

22   letters were sent, from what I reviewed in

23   depositions, about not having 510

24   clearance.  But I'm not a regulatory

25   individual.

Confidential - Attorneys' Eyes Only

Page 433

1      Q.      You're not a regulatory expert on

2      510(k) clearance.

3      A.      By no means.

4      Q.      And you're not a lawyer; correct?

5      A.      No.

6      Q.      You don't have any legal

7      specialization in what is illegal versus

8      legal conduct; correct?

9      A.      Correct.

10     Q.      I'd like to ask you a couple of

11     questions, Doctor, about Exhibit Number 2.

12     A.      Yes.

13     Q.      And this is your November 7th,

14     2012, supplemental report; correct?

15     A.      Yes, it is.

16            MR. SNELL:  And, again, for the

17     record, we have filed a Motion to strike

18     this report and identified the bases for

19     that.  And I'm not waiving any arguments or

20     rights by questioning the doctor on this

21     report.

22     BY MR. SNELL:

23     Q.      Doctor, in your November 7th,

24     2012, report, this is the first time that

25     you identified any opinions with regard to

The American Journal of Surgery 193 (2007) 538–542
Research

# Differences in polypropylene shrinkage depending on mesh position in an experimental study

Miguel Ángel García-Ureña, M.D., Ph.D.[a],*, Vicente Vega Ruiz, M.D., Ph.D.[a],
Antonio Díaz Godoy, M.D.[a], Jose María Báez Perea, M.D., Ph.D.[b],
Luis Miguel Marín Gómez, M.D., Ph.D.[a], Francisco Javier Carnero Hernández, M.D.[a],
Miguel Ángel Velasco García, M.D., Ph.D.[a]

[a]Department of Surgery, Cadiz University School of Medicine, Cra Nacional IV, Km 665, 11510 Puerto Real, Spain
[b]Department of Pathology, Cadiz University School of Medicine, Pza Fragela s/n, 11003 Cadiz, Spain

Manuscript received January 20, 2006; revised manuscript June 20, 2006

## Abstract

**Background:** Polypropylene (PP) mesh is one of the most frequent materials used in hernia repair. We have experimentally evaluated the shrinkage of PP mesh depending on the place of implantation.

**Methods:** In 15 New Zealand rabbits a muscular defect measuring $3 \times 3$ cm was created in both pararectal sides of the abdominal wall. The defect was repaired using a PP mesh measuring $5 \times 3.5$ cm that was placed in the right side in the sublay location and in the left side in the onlay location. Five animals were killed on the 30th, 60th, and 90th postoperative days. Macroscopic measurement and microscopic study of the prosthesis–host tissue interfaces were performed.

**Results:** One rabbit was killed because of severe infection in the onlay mesh. Another 2 infections were tolerated in the onlay mesh side. All the prostheses were integrated in the host tissue at death. In the macroscopic evaluation the mesh areas were reduced by 25.92% on the 30th day, by 28.67% on the 60th day, and by 29.02% on the 90th day. The mesh shrinkage was greater in the onlay group than in the sublay group at the 3 time intervals. More inflammatory leukocyte and mononuclear responses also were seen in the onlay group.

**Conclusions:** These observations support the theory of PP mesh shrinkage as a consequence of the incorporation of the biomaterial to the scarring tissue. This shrinkage is significantly more intense if the meshes are placed in the onlay position. © 2007 Excerpta Medica Inc. All rights reserved.

*Keywords:* Hernia; Surgical mesh; Polypropylene; Shrinking

Polypropylene (PP) mesh is universally accepted for use in the repair of incisional hernias [1]. This mesh was introduced in 1958 by Usher et al [2], and later was popularized by Lichtenstein [3]. This material has been proven not to be completely inert and does generate an inflammatory response as a foreign body reaction that differs between individuals and depends on the amount of material and the structure of the mesh [4–6]. In fact, late complications such as chronic infection, migration, and erosion have been described.

One of the physical consequences of the inflammatory response to the mesh is shrinking, which has been responsible for recurrences and pain [7,8]. A certain degree of shrinkage,

contraction, or folding of the mesh has been reported in experimental models and in some clinical reports during the past 8 years. We also postulated that shrinkage might be the reason for recurrences in the mesh borders after an onlay mesh ventral hernia repair, as seen in our clinical practice. These recurrences were not observed after sublay repairs. The aim of our study was to confirm this contraction in an experimental model and to evaluate possible differences in shrinking depending on the position of implantation.

## Materials and Methods

The study was approved by the Cadiz University Committee of Experimental Studies. Fifteen female New Zealand rabbits weighing 2000 to 2500 g were used. The animals followed the European Union guidelines for animal studies (CEE 2871-22A9). All animals were housed in in-

* Corresponding author. Tel.: +1-0034619051622.
*E-mail address:* mgarciau@meditex.es

Case 3:20-cv-00851-MO   Document 83-2   Filed 05/26/20   Page 2 of 25
Case 2:12-md-02327-00851-MO   Document 2092   Filed 04/23/15   Page 2 of 25   PageID #: 748171

dividual cages with controlled light/dark cycles, constant temperature, and given free access to water.

All animals were given 150 mg/kg cefazolin 1 hour before the surgical procedure. The anesthesia was induced by an intramuscular injection of ketamine hydrochloride (Ketolar; Parke Davis, Barcelona, Spain) 70 mg/kg and atropine .25 to .3 mL. Additional anesthetic doses were administered in some cases if it was necessary during surgery. Postoperative infiltration with bupivacaine also was used to moderate postoperative pain.

A combined bilateral approach was planned to create 2 groups. An identical defect in the pararectal space was created in either side, a 5-cm long × 3.5-cm wide PP mesh (Trelex, Boston Scientific Corp.) was implanted on the preperitoneal plane (sublay group) in the right side and on the prefascial plane (onlay group) in the left side. Under sterile conditions the animals were shaved and the surgical field was prepared with the animal in a supine position. A vertical 5-cm pararectal incision was made in both sides of the anterior abdominal wall. A 3-cm × 3-cm wide defect, including all muscular layers, was created in either side. On the right side the retromuscular preperitoneal space was dissected, the peritoneum was closed with 4/0 polyglactin 910 (Vicryl; Ethicon, Somerville, NJ) suture, and a mesh (5 × 3.5 cm) was laid in the layer sandwiched between the peritoneum and the muscle, fixed with interrupted PP 4/0 sutures. Then, the anterior fascia of the abdominal wall was closed with a 4/0 PP running suture. On the left side the defect was closed with 4/0 polyglactin 910 suture, including all the layers, and a mesh (5 × 3.5 cm) was placed on the prefascial plane fixed with 4/0 interrupted sutures. Finally, the skin was closed with 4/0 nylon interrupted sutures.

Eight hours after surgery the animals were left to feed and drink ad libitum. Five animals were killed 30, 60, and 90 days after implantation. The complete anterior abdominal wall was removed for macroscopic and microscopic evaluations. The presence of tissue integration, infection, denuded areas in the implants, seromas-hematomas, and adhesion formation was recorded. The mesh was isolated in either side and measured in the 4 borders. Tissue samples were obtained from the prosthesis interfaces. Conventional light microscopy was performed on 5-μm slices after fixing in 10% formaldehyde and embedding in paraffin. The specimens were stained in hematoxylin-eosin, Masson's trichrome, orcein, desmin, CD 68, and factor VIII. A morphometric analysis was performed at the interface within 500 μm around the mesh. The partial volume and the percentage of cells were calculated.

Statistical analysis was performed with the nonparametric Wilcoxon rank-sum test to compare measurements be-

tween both groups. In addition, a multiple linear regression study was applied. SPSS 11.5 software (SPSS Inc., Chicago, IL) was used.

## Results

There were no intraoperative complications. One animal developed a severe prosthetic infection of the onlay mesh and was killed on the 6th postoperative day and excluded from the study. No other mesh was removed. The weights and abdominal perimeters of the animals were increased progressively in both groups (Table 1). Two animals killed on the 60th day had mild postoperative wound infections in the onlay side that were treated effectively with local wound cures. These animals had a favorable evolution and were included in the study. The macroscopic abnormal findings on death are shown in Table 2. All the implants were incorporated into the host tissue. Only a few cases showed small denuded areas in the mesh–tissue interface. The detachment of the implant from the abdominal layers was very difficult in both groups, especially when it was situated in the sublay location. In the explanted specimens, we observed folding of the materials in all cases with a perceptible macroscopic appearance of shrinkage (Fig. 1).

**Table 1**
Morphologic data of animals

| Day | 30 | 60 | 90 |
|---|---|---|---|
| Preoperative weight | 3667.2 (169.8) | 2749.0 (365.3) | 3953 (300.3) |
| Weight at death | 4993.0 (401.3) | 4344.0 (75.5) | 5186.4 (483.0) |
| Preoperative abdominal perimeter | 38.5 (1.7) | 34.0 (.76) | 37.4 (2.3) |
| Abdominal perimeter at death | 42.5 (3.1) | 41.0 (1.8) | 43.1 (3.7) |

Data are expressed as mean (SD).

**Table 2**
Macroscopic abnormal findings seen at 30, 60, and 90 days after implantation

| Findings | Day 30 | | Day 60 | | Day 90 | | Total |
|---|---|---|---|---|---|---|---|
| | Mesh onlay | Mesh sublay | Mesh onlay | Mesh sublay | Mesh onlay | Mesh sublay | |
| Infection | 1* | — | 2 | — | — | — | 3 |
| Seroma-hematoma | 1 | — | — | — | — | — | 1 |
| Denuded areas | — | 1 | 1 | — | 1 | — | 3 |
| Abdominal adhesions | — | — | — | — | — | — | — |

* Animal was killed on the 6th day and excluded from the study.



Fig. 1. Macroscopic appearance of shrinkage with foldings of an onlay mesh in an animal killed on the 60th day.

Case 2:12-md-02327-90851-MO   Document 2092-2   Filed 04/29/16   Page 3 of 5 PageID #: 748172

540 *M.Á. García-Ureña et al. / The American Journal of Surgery 193 (2007) 538–542*

Table 3
Measurements of mesh at 30, 60, and 90 days after implantation

| | Day 30 | | Day 60 | | Day 90 | |
|---|---|---|---|---|---|---|
| | Onlay | Sublay | Onlay | Sublay | Onlay | Sublay |
| Length (5 cm)[a] | 4.02 (.35) | 4.20 (.21) | 3.77 (.15) | 4.27 (.06) | 3.77 (.09) | 4.45 (.43) |
| P value | .012 | | .012 | | .005 | |
| Width (3.5 cm)[a] | 3.12 (.18) | 3.20 (.29) | 3.03 (.26) | 3.15 (.07) | 3.90 (.08) | 3.00 (.20) |
| P value | .018 | | .012 | | .005 | |
| Area (17.5 cm²)[a] | 12.44 (1.58) | 13.48 (1.88) | 11.49 (1.50) | 13.46 (.36) | 10.94 (.31) | 13.40 (1.73) |
| P value | .012 | | .012 | | .005 | |

Data are expressed as mean (SD).
[a] Initial measurement of mesh at implantation.

In Table 3 the 2-dimensional examination showed a significant shortening of the mesh in length and width on the 30th day ($P = .01$, $P = .01$, respectively), the 60th day ($P = .01$, $P = .01$, respectively), and the 90th day ($P = .005$, $P = .005$, respectively). The implant areas were reduced by 25.92% (onlay, 28.89%; sublay, 22.95%) on the 30th day, by 28.67% (onlay, 34.30%; sublay, 23.05%) on the 60th day, and by 29.02% (onlay, 37.45%; sublay, 23.40%) on the 90th day (Fig. 2).

In the multiple-regression linear analysis the onlay group showed a statistically significant additional shrinking than the sublay group: length, $P = .001$, R = −.654 interval of confidence (IC) (−.6 to −.241); width, $P = .016$, R = −.468 IC (−.43 to −.04); and area $P = .013$, R = −.440 IC (−2.5 to −.32).

In the microscopic evaluation, all of the meshes were integrated into the host tissues with dense scar tissue. Numerous fibrous bundles were arranged paralleled to the prosthetic surface with areas of fibrinoid necrosis. A number of myofibroblasts also was found among fibrous tissue in the 3 periods of study, more frequently found in the onlay meshes (Table 4). There was also a great inflammatory response with infiltration of polymorphonuclear leukocytes including foreign body reaction (granulomas and giant cells) outlining both sides of the biomaterials. This inflammatory response was slightly more intense in the onlay meshes, and in both groups this infiltrate decreased from the

first to the third month. In addition, an increased neoangiogenesis colonizing the connective tissue also was observed in the onlay meshes.

**Comments**

Mesh repair is the treatment of choice in abdominal incisional hernias [9]. In the open approach, the PP meshes can be placed in 2 locations safely: onlay, in which the mesh is epifascial on the anterior lamina of the rectus sheath after repair of the defect; and sublay, which is a retromuscular placement of the mesh on the posterior lamina of the rectus sheath or on the preperitoneal spaces. The advantages of the onlay technique are the easier dissection of a risk-free plane over the sheath and the security of laying the mesh far away from the abdominal contents. However, this technique is inconvenient because of the need for an extensive subcutaneous dissection and the limitation of the anatomic boundaries that may restrict the appropriate overlap. Postoperative seromas and infections also are fairly common [10]. The sublay technique promoters advocate that this is theoretically the more correct position to deal with the intra-abdominal pressure forces, and holds the prosthesis against the deep surface of the muscles [11–14]. On the other hand, the longer dissection and separation of the mesh from the abdominal contents is certainly more difficult. There is not enough evidence based on clinical trials to determine whether the sublay location is superior to the onlay location [15]. Our study suggests the benefits of sublay meshes because of fewer infections and less degree of shrinkage.

Despite its high biocompatibility, the PP mesh does generate a foreign body reaction [16]. One of the consequences of this interaction within the host is that the PP material shrinks [7]. Recent studies also have shown that PP meshes are not inert and their pore sizes may reduce in size but also expand when they are exposed to different basic laboratory chemicals [4]. In the same study, a wide range of alterations in pore size, from −40% to 58.5%, also were seen in materials explanted after infection, recurrences, or another surgery. It is important to remember that an increase in pore size is generally equivalent to material shrinkage [17].

Most of the experimental studies with PP meshes have shown a variable grade of shrinkage after different periods of time (Table 5) [18–21], although in some of them this shrinkage was imperceptible [22,23]. Nevertheless, these studies are somewhat heterogeneous because several variables can affect the different outcomes: creation of a muscle



Fig. 2. Percentage of mesh shrinkage for both groups in the 3 periods of death. □, Onlay; ■, sublay.

Table 4
Cellularity (cells/mm$^2$) at 30, 60, and 90 days after implantation

|  | Day 30 | | Day 60 | | Day 90 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Mesh onlay | Mesh sublay | Mesh onlay | Mesh sublay | Mesh onlay | Mesh sublay |
| Mononuclear cells (macrophages, histiocytes, monocytes) | 45 (9) | 33 (7) | 39 (8) | 29 (9) | 26 (7) | 21 (3) |
| Fibroblasts, myofibroblasts | 12 (2) | 8 (1) | 15 (4) | 11 (3) | 15 (3) | 10 (2) |
| Vascular cells | 37 (6) | 18 (4) | 34 (10) | 16 (4) | 33 (6) | 14 (1) |
| Neutrophils | 12 (2) | 6 (3) | 7 (1) | 7 (2) | 8 (2) | 5 (1) |
| Giant cells | 8 (2) | 6 (1) | 8 (1) | 7 (0) | 6 (0) | 5 (1) |

Data are expressed as mean (SD).

and fascial defect, the physiologic growth of the animal, fixation of the mesh, pore size of the mesh, textile structure, weave configuration, fiber diameter, and the quantity of the material.

It is well known that inflammatory reactions also vary between different polypropylene meshes [24] and also between individuals [6]. In a study comparing shrinking of PP meshes with or without fixation after 90 days, the fixation group shrank less and retained their original shapes [18]. Reduction in the amount of implanted PP also generates less inflammatory response [25,26], and larger pore size seems to improve the mature collagen deposition between the fibrils [27]. In a recent study fewer multinucleate giant cells and foci of inflammatory leukocytic exudates were seen in multifilament PP implanted between the erectus spinae muscles in rats [28], although in another study monofilament high-weight PP in an intra-abdominal position showed larger granuloma formation than multifilament PP, but fewer reactions were observed in the monofilament low-weight PP [29]. Our microscopic results showed a slightly more inflammatory response of leukocytes and mononuclear cells in the onlay group. It is possible that the wound healing in the onlay position is subjected to more tensile forces or that the inflammatory response to the mesh also may depend on the interface of surrounding tissues. Another issue that could be assessed in our study was the possible influence on the acute inflammatory response of the mesh of one side to the other. In an experimental study of mesh implantation on both sides of the abdominal wall with PP and polyester, no difference was observed in mesh contraction when a PP mesh was placed near another PP mesh or next to a polyester mesh [21].

In the clinical setting the tendency to shrink also has been described. Amid [7] observed a 20% theoretic shrinkage in a radiographic follow-up evaluation after PP mesh implantation. This contraction of PP materials is particularly remarkable after the use of 3-dimensional meshes. The volume of these plugs has been described to be reduced as much as 70% and may be responsible for some complications attributed to these meshes such as recurrence, migration, and infection [8,30,31]. Mesh contraction also has been observed after the use of other types of materials such as expanded polytetrafluoroethylene, polyester, and polyethylene terephthalate [20–23]. In an interesting clinical study the intraperitoneal mesh placement of expanded polytetrafluoroethylene considerably reduced the size of the rectus abdominis fascia defect [32]. These investigators attributed this phenomenon to the fibrous ingrowth on the rough surface of the mesh acting as a scaffold for contractile forces of the muscles.

We completely agree with LeBlanc [8] that mesh shrinkage is not a complication of the biomaterial but a consequence of the incorporation of the mesh to a scar tissue that shrinks as it matures. Wound healing is an extraordinarily complex process. At the end of the inflammatory phase, about 4 days under normal conditions, the macrophages provide the growth factors necessary to stimulate the recruitment of fibroblasts, which will play the main role in the incoming fibroplastic phase [33]. This phase is in part mediated by T lymphocytes [34]. During the second week of

Table 5
Published reports that have considered PP mesh shrinkage

| Study | PP mesh | Place of implantation | Creation of defect | Animal (number of animals) | Days until death | % area reduction |
| --- | --- | --- | --- | --- | --- | --- |
| Klinge et al [19], 1998 | Marlex[a] | Sublay (preperitoneal) | No | Dogs (10) | 180 | 34% |
| Zieren et al [18], 1999 | Prolene[b] | Sublay | Yes | Rats (30) | 90 | 17%–22% |
| Zieren et al [22], 2002 | Prolene[b] | Sublay | Yes | Pigs* (12) | 100 | .01% |
| Gonzalez and Ramshaw [23], 2003 | Marlex[a] | Sublay (preperitoneal) | No | Pigs (6) | 96 | .02% |
| Johnson et al [20], 2004 | Sepramesh[c] | Sublay (preperitoneal) | No | Rabbits (12) | 150 | 32.6% |
| Gonzalez et al [21], 2005 | Surgipro[d] | Sublay | No | Pigs | 90 | 15%–65% |

* Fast-growing animals.
[a] Manufactured by Bard Inc., Murray Hill, NJ.
[b] Manufactured by Ethicon, Somerville, NJ.
[c] Manufactured by Genzyme, Cambridge, MA.
[d] Manufactured by Autosuture-Tyco, Norwalk, CT.

*M.Á. García-Ureña et al. / The American Journal of Surgery 193 (2007) 538–542*



Fig. 3. Histologic appearance obtained at 30 days after implantation. Some myofibroblasts stained with desmin can be seen in the tissue surrounding mesh fibers (arrow).

healing and having started the collagen deposition, some fibroblasts assume a myofibroblast phenotype with large bundles of actin microfilaments (Fig. 3) [35]. The activity of these myofibroblasts is responsible for wound contraction and is stimulated by several growth factors, integrin receptors, and cross-links between collagen filaments. Shrinking of the mesh embedded in wound healing therefore may be attributed to myofibroblasts [17]. In an experimental model of mesh implantation in rats, spindle-shaped fibroblasts increased from months 2 to 4 and stabilized thereafter [36].

We conclude that PP meshes undergo an important degree of shrinkage that occurs during the scarring and remodeling process. In this experimental model this shrinkage has been smaller when the biomaterials were implanted in the sublay retromuscular position than when they were placed using an extrafascial onlay technique.

## References

[1] Schumpelick V, Klinge U. Prosthetic implants for hernia repair. Br J Surg 2003;90:1457–8.
[2] Usher FC, Ochsner J, Tuttle LL Jr. Use of marlex mesh in the repair of incisional hernias. Am Surg 1958;24:969–74.
[3] Lichtenstein IL. Hernia Repair Without Disability. 2nd ed. St. Louis: Ishiyaku EuroAmerica, Inc.; 1986.
[4] Coda A, Bendavid R, Botto-Micca F, et al. Structural alterations of prosthetic meshes in humans. Hernia 2003;7:29–34.
[5] Klosterhalfen B, Klinge U, Hermanns B, et al. Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. Chirurg 2000;71:43–51.
[6] Schachtrupp A, Klinge U, Junge K, et al. Individual inflammatory response of human blood monocytes to mesh biomaterials. Br J Surg 2003;90:114–20.
[7] Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia 1997;1:15–21.
[8] LeBlanc KA. Complications associated with the plug-and-patch method of inguinal herniorrhaphy. Hernia 2001;5:135–8.
[9] Luijendijk RW, Hop WC, van den Tol MP, et al. A comparison of suture repair with mesh repair for incisional hernia. N Engl J Med 2000;343:392–8.
[10] Korenkov M, Sauerland S, Arndt M, et al. Randomized clinical trial of suture repair, polypropylene mesh or autodermal hernioplasty for incisional hernia. Br J Surg 2002;89:50–6.
[11] Rives J, Pire JC, Flament JB, et al. Major incisional hernias. In: Chevrel JP, ed. Surgery of the Abdominal Wall. New York: Springer-Verlag; 1987:116–44.
[12] Amid PK, Shulman AG, Lichtenstein IL. A simple stapling technique for prosthetic repair of massive incisional hernias. Am Surg 1994;60:934–7.
[13] Wantz GE. Incisional hernioplasty with Mersilene. Surg Gynecol Obstet 1991;172:129–37.
[14] Trupka AW, Hallfeldt KK, Schmidbauer S, et al. Management of complicated incisional hernias with underlay-technique implanted polypropylene mesh. An effective technique in French hernia surgery. Chirurg 1998;69:766–72.
[15] Schumpelick V, Klinge U, Junge K, et al. Incisional abdominal hernia: the open mesh repair. Langenbecks Arch Surg 2004;389:1–5.
[16] Junge K, Klinge U, Rosch R, et al. Decreased collagen type I/III ratio in patients with recurring hernia after implantation of alloplastic prostheses. Langenbecks Arch Surg 2004;389:17–22.
[17] Kapischke M, Prinz K, Tepel J, et al. Comparative investigation of alloplastic materials for hernia repair with improved methodology. Surg Endosc 2005;19:1260–5.
[18] Zieren J, Castenholz E, Jacobi CA, et al. Is mesh fixation necessary in abdominal hernia repair? Results of an experimental study in the rat. Langenbecks Arch Surg 1999;384:71–5.
[19] Klinge U, Klosterhalfen B, Muller M, et al. Shrinking of polypropylene mesh in vivo: an experimental study in dogs. Eur J Surg 1998;164:965–9.
[20] Johnson EK, Hoyt CH, Dinsmore RC. Abdominal wall hernia repair: a long-term comparison of Sepramesh and Dualmesh in a rabbit hernia model. Am Surg 2004;70:657–61.
[21] Gonzalez R, Fugate K, McClusky D, et al. Relationship between tissue ingrowth and mesh contraction. World J Surg 2005;29:1038–43.
[22] Zieren J, Maecker F, Neuss H, et al. Trevira mesh: a promising new implant for the treatment of abdominal hernias. Langenbecks Arch Surg 2002;387:8–13.
[23] Gonzalez R, Ramshaw BJ. Comparison of tissue integration between polyester and polypropylene prostheses in the preperitoneal space. Am Surg 2003;69:471–6.
[24] Bellon JM, Contreras LA, Bujan J, et al. Tissue response to polypropylene meshes used in the repair of abdominal wall defects. Biomaterials 1998;19:669–75.
[25] Klinge U, Klosterhalfen B, Birkenhauer V, et al. Impact of polymer pore size on the interface scar formation in a rat model. J Surg Res 2002;103:208–14.
[26] Conze J, Junge K, Klinge U, et al. Intraabdominal adhesion formation of polypropylene mesh. Influence of coverage of omentum and polyglactin. Surg Endosc 2005;19:798–803.
[27] Greca FH, de Paula JB, Biondo-Simoes ML, et al. The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the repair of abdominal defects. Experimental study in dogs. Hernia 2001;5:59–64.
[28] Papadimitriou J, Petros P. Histological studies of monofilament and multifilament polypropylene mesh implants demonstrate equivalent penetration of macrophages between fibrils. Hernia 2005;9:75–8.
[29] Conze J, Rosch R, Klinge U, et al. Polypropylene in the intraabdominal position: influence of pore size and surface area. Hernia 2004;8:365–72.
[30] Taylor SG, Hair A, Baxter GM, et al. Does contraction of mesh following tension free hernioplasty effect testicular or femoral vessel blood flow? Hernia 2001;5:13–5.
[31] Schumpelick V, Arlt G, Schlachetzki A, et al. Chronic inguinal pain after transperitoneal mesh implantation. Case report of net shrinkage. Chirurg 1997;68:1297–300.
[32] Sickle KR, Baghai M, Mattar SG, et al. What happens to the rectus abdominus fascia after laparoscopic ventral hernia repair? Hernia 2005;9:358–62.
[33] Rath AM, Chevrel JP. The healing of laparotomies: review of the literature. Hernia 1998;2:145–9.
[34] Peterson JM, Barbul A, Breslin RJ, et al. Significance of T-lymphocytes in wound healing. Surgery 1987;102:300–5.
[35] Singer AJ, Clark RA. Cutaneous wound healing. N Engl J Med 1999;341:738–46.
[36] Ferrando JM, Vidal J, Armengol M, et al. Experimental evaluation of a new layered prosthesis exhibiting a low tensile modulus of elasticity: long-term integration response within the rat abdominal wall. World J Surg 2002;26:409–15.

Int Urogynecol J
DOI 10.1007/s00192-010-1245-7

ORIGINAL ARTICLE

# Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection

Laurent Mamy · Vincent Letouzey ·
Jean-Philippe Lavigne · Xavier Garric · Jean Gondry ·
Pierre Mares · Renaud de Tayrac

Received: 2 April 2010 / Accepted: 1 August 2010
© The International Urogynecological Association 2010

**Abstract**
*Introduction and hypothesis* The aim of this study was to evaluate a link between mesh infection and shrinkage.
*Methods* Twenty-eight Wistar rats were implanted with synthetic meshes that were either non-absorbable (polypropylene (PP), $n=14$) or absorbable (poly (D,L-lactic acid) (PLA94), $n=14$). A validated animal incisional abdominal hernia model of mesh infection was used. Fourteen meshes ($n=7$ PLA94 and $n=7$ PP meshes) were infected intra-operatively with 10e6 CFU *Escherichia coli*, and compared with 14 non-infected meshes ($n=7$ PLA94 and $n=7$ PP meshes) (control groups). Explantations were performed on day 30. Shrinkage was evaluated by a reproducible numerical analysis of mesh area. Infection and histological study were evaluated on day 30.

*Results* Non-infected meshes were less shrunk than infected meshes for both non-absorbable ($5.0\pm1.7\%$ versus $21.6\pm6.1\%$, $p<0.05$) and absorbable meshes ($2.4\pm0.9\%$ versus $11.0\pm2.5\%$, $p<0.05$).
*Conclusion* This study highlights a link between infection and shrinkage in the model used.

**Keywords** Infection · Mesh · Poly (lactic acid) · Polypropylene · Shrinkage

L. Mamy · V. Letouzey · P. Mares · R. de Tayrac
Department of Obstetrics and Gynecology, Carémeau Hospital,
Nîmes, France

L. Mamy · J. Gondry
Department of Obstetrics and Gynecology, Centre of Gynecology
and Obstetrics of Amiens,
Amiens, France

J.-P. Lavigne
INSERM, Espri 26, Universite Montpellier 1, UFR Medecine,
Nîmes, France

X. Garric
Faculty of Pharmacy, IBMM, UMR CNRS 5473,
University of Montpellier 1,
Montpellier, France

R. de Tayrac (✉)
Service de Gynécologie-Obstétrique, Hôpital Carémeau,
Place du Pr Robert Debré,
30029 Nîmes Cedex 9, France
e-mail: renaud.detayrac@chu-nimes.fr

## Introduction

The surgical treatment of genital prolapse using synthetic mesh is restricted by complications such as erosion, infection and shrinkage. Vaginal erosions are well known and may affect more than 10% of patients [1]. They usually require local excision. However, recent publications have reported lower erosion rates (0% to 6.9%), which are therefore close to those observed after laparoscopic or open sacrocolpopexy (3% to 5%) [2].

The biological response of tissues to foreign bodies largely depends on the material and conformation of the mesh [3]. The current literature supports the notion that monofilament polypropylene with a large-pore size induces fewer complications [4]. However, data are not consistently compelling, making it difficult to choose the ideal material [5]. Furthermore, infection is thought to be responsible for erosion, shrinkage, migration of prosthetic devices, and pain [6]. Microorganisms can interfere with the integration process through adhesion to mesh surfaces, and such adhesion is an important stage in the infection [7]. The first stage of adhesion is physical and reversible. The second stage is molecular and irreversible [8]. A subclinical mesh infection, acquired during the initial implantation,

Published online: 07 September 2010

 Springer

could result in wound separation with subsequent mesh exposure [9]. Both infection and shrinkage are current problems concerning the treatment of genital prolapse using synthetic meshes.

The aim of this study was to evaluate the link between mesh infection and shrinkage in a validated animal model of mesh infection.

## Materials and methods

Shrinkage was studied in relation to the infected or non-infected character of the meshes used. A referent mesh, light-weight PP (Parietene®, Sofradim-Covidien, Trévoux, France), weighting 38 g/m², was compared with a new mesh called $PLA_{94}$. PLA is a long-lasting absorbable polymer that has been used for many years in not only orthopedic and vascular surgery, due to its biocompatibility, but also in preclinic study of our team [10, 11]. We used a thread composed of PLA with 94% L-lactic acid and 6% D-lactic acid ($PLA_{94}$), which had previously been treated by extraction to remove the surface additive and any agents present in the fibers. A large-pore monofilament mesh composed only of $PLA_{94}$ was used. Time to resorption depends on the level of "L" form containing in the polymer. The resorption time of $PLA_{94}$ is done in 1.5 years; nonetheless, after 8 months, the mesh has no mechanical property anymore. The technical characteristics of the two meshes are outlined in Table 1. Meshes were pre-cut into 30×30-mm patches. Eight 3/0 polypropylene sutures were placed around each implant to facilitate surface area measurements. All meshes used for the study were then sterilized by ethylene oxide, which does not affect their mechanical properties [11].

Ethical committee approval was obtained for the animal study (Ethical Committee Approval number CE-LR-0804).

Rats were housed in an animal facility and treated in accordance with current national guidelines on animal welfare. Twenty-eight Wistar rats (weight range 250 to 300 g) were implanted with synthetic meshes that were either non-absorbable (polypropylene (PP), $n=14$) or absorbable (poly (D,L-lactic acid) ($PLA_{94}$), $n=14$). Fourteen meshes ($n=7$ $PLA_{94}$ meshes and $n=7$ PP meshes) were infected intraoperatively with 10e6 CFU *Escherichia coli* and compared with 14 non-infected meshes ($n=7$ $PLA_{94}$ meshes and $n=7$ PP meshes) (control groups).

The animals were anesthetized by a mixture of halotane 2.5% and oxygen (0.5 l/min) administered via an inhalation mask, and by an intraperitoneal injection of ketamine (50 mg/kg). The experiments were performed according to the validated incisional hernia rat model described by Alponat et al. [12] and used by Zheng et al. [13]. The abdomen was shaved, disinfected with betadine, and draped to ensure sterile conditions. A vertical midline incision was made through the skin, and skin flaps were raised. A 15×25-mm longitudinal full-thickness defect was created. The defects were repaired with the meshes positioned under the skin but above fascia and muscles. Typically, a mesh was extended 5 mm beyond the cranial and caudal borders and 15 mm laterally. The mesh was laid over the defect with a slight overlap and was sutured without tension to the abdominal wall using interrupted resorbable 2/0 PGA sutures (Vicryl®, Ethicon) at the fourth corners. The peritoneum was left unclosed under the mesh. The meshes were then photographed in vivo using a digital reflex camera (Canon EOS 400D digital), and the area of the mesh was evaluated numerically by ImageJ freeware available on the internet (results in pixels) (Fig. 1). The distance between the camera and the mesh was noted such that the photograph at explantation on day 30 was taken with the same distance between mesh and camera (average 40 cm). The subcutaneous tissues and skin incision were closed with interrupted resorbable 2/0 PGA sutures (Vicryl®). Bacterial inoculation was performed at the end of the surgical procedure according to a validated model of mesh infection previously developed by our team [14], using a small quantity of *E. coli* (10e6 CFU) in order to mimic a subclinical mesh infection.

The animals were checked daily for local or systemic complications throughout the entire 30-day observation period. Explantations were performed on day 30. The meshes were photographed in vivo using the same reflex digital camera previously used, and mesh area was again evaluated numerically by the software (Fig. 2). The initial implants, with their neighboring host tissues, were resected. On retrieval, the meshes were cut into two strips for both histological and bacteriological study.

An uropathogenic *E. coli* (UPEC) strain previously isolated from a patient with UTI (NECS19923) and harboring the main virulence factors (e.g., toxins, adhesins, siderophores, and capsules) registered in UPEC was used.

**Table 1** Comparative technical characteristics of the implanted meshes

| Name | Type of textile | Filament | Structure | Coating | Pore size (mm) | Amid classification | Weight (g/m²) |
|------|-----------------|----------|-----------|---------|----------------|---------------------|---------------|
| None | $PLA_{94}$ | Mono | Knitted | No | Macroporous (3.5×1.7) | I | 100 |
| Parietene light | PP light | Mono | Knitted | No | Macroporous (1.5×1.7) | I | 38 |



Case 2:12-md-02327 Document 2082-13 Filed 04/21/16 Page 3 of 9 PageID #: 48177
Case 3:20-cv-90851-MO Document 83-2 Filed 05/26/20 Page 89 of 257

Int Urogynecol J

**Fig. 1** Mesh contraction was evaluated by measuring mesh area pre- and postoperatively using a standardized protocol of in vivo mesh photography. Pictures of anesthetized rats at a distance of 40 cm were taken, before skin closure preoperatively and after skin incision on day 30



Device for measuring area of meshes
(here at d0 = implantation)

The bacteriologist was blinded with regard to mesh identity. Strips samples were placed in 2 ml Muller–Hinton broth, crushed with a sterile scalpel, and incubated at 37°C for 18 h. Colonies were counted after serial dilution. Different standard agar plates were used to identify and isolate the bacteria that grew around the meshes. Genus and species were determined biochemically using the API identification card (bioMérieux, Marcy l'etoile, France). Post-infection *E. coli* strains were identified by genetically comparing randomly collected colonies with NECS19923 on the basis of their virulence profile.

The investigator for the histopathological examination was blinded to the mesh. For each histology strip sample (one per mesh explanted), three slides were stained with Masson's trichrome, and three slides with hematoxylin and eosin (H&E). The microscopic evaluation quantified the presence of polynuclear, mononuclear, and giant cells; newly formed vessels in H&E-stained sections; and collagen (organization, composition, and amount). Five fields per slide were counted at ×400 magnification (Olympus AX70 Provis, Japan). The scale used was similar to that described by Zheng et al. [13].

Data were summarized by frequency and percentage for categorical variables and by mean, standard deviation, median, and range for continuous variables. To investigate the association between categorical variables, univariate statistical analyze were performed using Pearson's chi-2 test or Fisher's exact test if the sample size was small and using Wilcoxon's test or Student's *t* test for continuous variables. In order to account for the number of tests performed, the alpha risk was corrected using the Bonferroni method. All statistical tests were two-tailed, and a *p* value of less than 0.05 was considered statistically significant. All statistical tests were performed using SAS v.9 statistical software (SAS Institute, Cary, NC, USA).

## Results

Four animals died during the experimental period (14.3%): one in the $PLA_{94}$-infected group, two in the PP-infected group, and one in the PP non-infected group. One died after anesthesia and three because of postoperative evisceration. None died because of infection. Tests conducted on day 30 showed that no *E. coli* were present on the mesh in non-infected animals. In the opposite group, the NECS19923 strain was found in all infected animals and there was at least 10e5 CFU. Contamination with *Staphylococcus epidermidis* was possible, but always less than 10e5 CFU, and did not correlate with mesh shrinkage.

Non-infected meshes were less contracted ($2.4 \pm 0.9\%$ for $PLA_{94}$ and $5.0 \pm 1.7\%$ for PP) than infected meshes ($11.0 \pm 2.5\%$ for $PLA_{94}$ and $21.6 \pm 6.1\%$ for PP) after 1 month of implantation ($p < 0.05$). Moreover, absorbable $PLA_{94}$ meshes contracted less than non-absorbable PP meshes when infected ($11.0 \pm 2.5\%$ versus $21.6 \pm 6.1$, $p < 0.05$) (Table 2). Histological results are shown in Table 3.

## Discussion

Three recent randomized controlled trials have showed that mesh repair was superior to anterior colporrhaphy in pelvic floor reconstructive surgery [15–17]. Low-weight polypropylene meshes were used by Hiltunen et al. [15], and the rate of recurrence was better with it than with colporrhaphy repair. Nguyen and Burchette [16] also found less recurrence of prolapsed using polypropylene than without. Sivaslioglu et al. [17] concluded in their study that surgery with light polypropylene mesh (Sofradim, Parietene) is superior in terms of anatomical results to the site-specific surgery in the treatment of cystocoeles. Local complica-



**Fig. 2** Examples of mesh contraction measurements using Image J software



uninfected PLA94 mesh : contraction (measure in vivo)
on the left at d0, area = 566252 pixels. on the right, at d30 area = 561439
contraction : (566252-561439)/566252 = 0.8%



infected PP mesh
mesh contraction (measurements in vivo) :
on the left, area of the mesh at day 0 = 632000 pixels
on the right, area of the mesh at day 30 = 518342 pixels
contraction : (632000-518342)/632000 = 18%

tions, such as erosion, shrinkage, pain, dyspareunia, and infection, are still important limitations, particularly in young and sexually active women.

Whereas the pathophysiology and management of vaginal erosion are now well known, little information is available on mesh shrinkage. Although this phenomenon is poorly defined, its incidence poorly reported, and its pathophysiology and risk factors unclear, it may be responsible for major local complications such as pain and dyspareunia, and also recurrences, with subsequent difficult reinterventions.

Hypotheses explaining mesh shrinkage include an inflammatory reaction around the mesh, itself correlated with weight and pore size, and an immunological reaction, which we have not found in our study, probably due to a lack of power. In the present study, we put forward the hypothesis that infection of the mesh caused by bacterial contamination during the implantation phase is an independent risk factor for shrinkage. When working with two different meshes, we observed a significant correlation between infection and shrinkage.

Tissue ingrowth around synthetic implants is a complex phenomenon, indissociable from the inflammatory reaction. An immunochemical analysis of infected implanted mesh would be of great interest, with a particular focus on TGF-beta1 which is a determinant of foreign body reaction to alloplastic materials in rat fibroblast cultures [18]. This type of study should be able to differentiate between the respective responsibilities of bacterial contamination and non-infectious foreign body reactions in mesh shrinkage.



Int Urogynecol J

**Table 2** Results for infection and contraction

| Meshes | Samples | Death | Infection on day30 (mean CFU) | Contraction (%±SD) | $p$ |
|---|---|---|---|---|---|
| Non-infected PLA$_{94}$ | 7 | 0 | 0 | 2.4±0.9 | – |
| Infected PLA$_{94}$ (*E. coli* 10e6 CFU) | 7 | 1 | 7 (5×10e5) | 5±1.7 | <0.05[a] |
| Non-infected PP | 7 | 1 | 0 | 11±2.5 | – |
| Infected PP (*E. coli* 10e6 CFU) | 7 | 2 | 7 (2×10e6) | 21.6±6.1 | <0.05[b] |

*PLA$_{94}$* poly (lactic acid) mesh, *PP* polypropylene mesh

[a] The difference between infected PLA meshes and non-infected PLA meshes is significant in term of shrinkage ($p<0.05$): The infected one are more shrunk

[b] The difference between infected PPL meshes and non-infected PPL meshes is significant in term of shrinkage ($p<0.05$): The infected one are more shrunk

However, intraoperative bacterial contamination of synthetic implants is rather uncommon in clinical practice; although clinical infection such as abscess is rare, subclinical chronic infection may explain several local complications. This has already been observed in mesh exposure after wound separation due to infection [9]. Further studies are necessary to confirm our hypothesis using more animals, animal models for vaginal surgery, and longer-term experiments. Should the hypothesis be confirmed, the use of antibacterial products on synthetic implants would be greatly beneficial in women.

Mesh shrinkage has been reported to occur early after tissue implantation, within the first 14 days of tissue healing in response to the acute inflammatory reaction [19]. After this early phase, mesh shrinkage defined as surface loss measured in millimeters and expressed as a percentage of initial surface area, and which occurs in 72% of all implants, was stable over a 180-day period in a rabbit abdominal model where it correspond to 3–20% of the initial surface area [19].

*E. coli* isolate was used because this strain is common in vaginal infections [20] and is the most frequent in infected biomaterial [21]. Prosthesis infection often springs from the transformation of a usually non-pathogenic colonizing

bacterium into virulent colonies that adhere to the material [21]. A low infection level (10e6 UFC) was injected intraoperatively on the mesh in order to mimic a subclinical bacterial contamination of the mesh.

As previously shown [10], mesh was better tolerated in the PLA$_{94}$ than in the PPL groups, and PLA$_{94}$ is also less likely to be infected than PPL, which could contribute to improving biocompatibility, but our results are not significant probably due to a lack of power. Anyway, PLA$_{94}$ did shrink less than PPL. A better tolerance and a lower degree of infection with a better integration of the mesh could explain the difference; physical reasons may explain the difference, including different hydrophilic surface properties, which could influence bacteria colonization [22]. Furthermore, research with more power would be interesting in order to find out a link between shrinkage, infection, and integration of meshes.

In conclusion, shrinkage, which is a complex phenomenon occurring during tissue healing around synthetic biomaterial, may be significantly influenced by both the polymer used for the implant and intraoperative bacterial contamination around the mesh. To explain the mechanism of shrinkage with infection, more powerful studies are needed. Are the meshes less integrated when infected? Mechanical strength tests and histological studies with more effective power would be

**Table 3** Histological results (scores from 0 to 3)

| Meshes | Mononuclear cells | Polynuclear cells | Foreign body giant cells | Vascularity | Collagen organization | Collagen composition | Collagen amount |
|---|---|---|---|---|---|---|---|
| PLA$_{94}$, $n=7$ | 1.43[a] | 0.71 | 0.29 | 2.86 | 2.71 | 2.43 | 2.71 |
| Infected PLA$_{94}$, $n=6$ | 2 | 0.83 | 0.33 | 2.5 | 2.5 | 2.67 | 2.8 |
| PP, $n=6$ | 2.5 | 1.33 | 1 | 2.17 | 2 | 1.83 | 2 |
| Infected PP, $n=5$ | 2.8 | 1.4 | 0.8 | 1.6 | 1.86 | 2 | 2 |
| $p$[b] | 0.43 | 1.0 | 1.0 | 0.18 | 0.84 | 0.68 | 1.0 |

*PLA$_{94}$* poly (lactic acid) mesh, *PP* polypropylene mesh

[a] Results: average score of the parameters

[b] Statistical comparison between the 14 non-infected meshes and the 14 infected meshes

interesting. These observations are critical if the local complications of synthetic mesh placement by the vaginal route are to be reduced.

**Conflicts of interest** This study represents a master thesis funded by Covidien. Renaud de Tayrac is a consultant for Covidien. The other co-authors have no conflict of interest.

# References

1. Collinet P, Belot F, Debodinance P, Ha Duc E, Lucot JP, Cosson M (2006) Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J Pelvic Floor Dysfunct 17:315–320

2. De Ridder D (2008) Should we use meshes in the management of vaginal prolapse? Curr Opin Urol 18:377–382

3. Bellon JM, Bujan J, Contreras L, Hernando A (1995) Integration of biomaterials implanted into abdominal wall: process of scar formation and macrophage response. Biomaterials 16:381–387

4. Birch C, Fynes MM (2002) The role of synthetic and biological prostheses in reconstructive pelvic floor surgery. Curr Opin Obstet Gynecol 14:527–535

5. Cosson M (2004) Risk of infection and prostheses: time out or a red flag? J Gynécol Obstét Biol Reprod 33:559–560

6. Dougherty SH (1988) Pathobiology of infection in prosthetic devices. Rev Infect Dis 10:1102–1117

7. An YH, Friedman RJ (1998) Concise review of mechanisms of bacterial adhesion to biomaterial surfaces. J Biomed Mater Res 43:338–348

8. Marshall K (1985) Mechanisms of bacterial adhesions at solid-water interfaces. In: Savage D, Fletcher M (eds) Bacterial adhesion. Mechanisms and physiological significance. Plenum, New York

9. Huang KH, Kung FT, Liang HM, Chang SY (2005) Management of polypropylene mesh erosion after intravaginal midurethral sling operation for female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 16:437–440

10. de Tayrac R, Oliva-Lauraire MC, Guiraud I, Henry L, Vert M, Mares P (2007) Long-lasting bioresorbable poly(lactic acid) 94 mesh: a new approach for soft tissue reinforcement based on an experimental pilot study. Int Urogynecol J Pelvic Floor Dysfunct 18:1007–1014

11. de Tayrac R, Chentouf S, Garreau H, Braud C, Guiraud I, Boudeville P, Vert M (2008) In vitro degradation and in vivo biocompatibility of poly(lactic acid) 94 mesh for soft tissue reinforcement in vaginal surgery. J Biomed Mater Res B Appl Biomater 85:529–536

12. Alponat A, Lakshminarasappa SR, Yavuz N, Goh PMY (1997) Prevention of adhesions by Seprefilm, an absorbable adhesion barrier: an incisional hernia model in rats. Am Surg 63:818–819

13. Zheng F, Lin Y, Verbeken E et al (2004) Host response after reconstruction of abdominal wall defects with porcine dermal collagen in a rat model. Am J Obstet Gynecol 191:1961–1970

14. Mathé ML, Lavigne JP, Oliva-Lauraire MC, Guiraud I, Marès P, de Tayrac R (2007) Comparison of different biomaterials for vaginal surgery using an in vivo model of meshes infection in rats. Gynécol Obstét Fertil 35:398–405

15. Hiltunen R, Nieminen K, Takala T et al (2007) Low weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol 110:455–462

16. Nguyen JN, Burchette RJ (2008) Outcome after anterior vaginal prolapse repair: a randomized controlled trial. Obstet Gynecol 111:891–898

17. Sivaslioglu AA, Unlubilgin E, Dolen I (2008) A randomized comparison of polypropylene mesh surgery with site specific surgery in the treatment of cystocele. Int Urogynecol J Pelvic Floor Dysfunct 19:467–471

18. Weyhe D, Hoffmann P, Belyaev O, Mros K, Muller C, Uhl W, Schmitz F (2007) The role of TGF-beta1 as a determinant of foreign body reaction to alloplastic materials in rat fibroblast cultures: comparison of different commercially available polypropylene meshes for hernia repair. Regul Pept 138(1):10–14, Epub 2006 Sep 12

19. Sergent F, Desilles N, Lacoume Y, Bunel C, Marie JP, Marpeau L (2009) Experimental biomechanical evaluation of polypropylene prostheses used in pelvic organ prolapse surgery. Int Urogynecol J 20:597–604

20. Judlin P (2002) Infections in gynecology. Masson, Paris, pp p6–p7

21. Gristina AG (1987) Biomaterial-centered infection: microbial adhesion versus tissue integration. Science 237:1588–1595

22. Klinge U, Junge K, Spellerberg B, Piroth C, Klosterhalfen B, Schumpelick V (2002) Do multifilament alloplastic meshes increase the infection rate? Analysis of the polymeric surface, the bacteria adherence, and the in vivo consequences in a rat model. J Biomed Mater Res 63:765–771



NOTICE:
THIS MATERIAL MAY BE PROTECTED
BY COPYRIGHT LAW (Title 17, U.S. Code)

# Vaginal Mesh Contraction
*Definition, Clinical Presentation, and Management*

*Benjamin Feiner, MD, and Christopher Maher, MD*

**OBJECTIVE:** While transvaginal polypropylene mesh is increasingly used in the management of pelvic organ prolapse, contraction of the mesh after implantation may cause substantial morbidity. This report defines the clinical entity of vaginal mesh contraction.

**METHODS:** This is a case series of women who underwent surgical intervention for the management of symptomatic vaginal mesh contraction in our tertiary referral urogynecology center between January 2007 and December 2008. We evaluated the presenting symptoms, examination findings, subsequent management, and outcome.

**RESULTS:** Seventeen women with vaginal mesh contraction were included in this series. Clinical presentation included severe vaginal pain, aggravated by movement (17 of 17), dyspareunia in all sexually active women (14 of 14), and focal tenderness over contracted portions of the mesh on vaginal examination (17 of 17), commonly involving the lateral fixation arms. Mesh erosion (9 of 17), vaginal tightness (7 of 17), and shortening (5 of 17) were frequently present. Surgical intervention consisted of mobilization of the mesh from the underlying tissue, division of fixation arms from the central graft, and excision of contracted mesh. After surgery, 88% (15 of 17; 95% confidence interval 73–104) of women have experienced substantial reduction in vaginal pain and 64% (9 of 14; 95% confidence interval 39–89) experienced substantial reduction in dyspareunia. Three women required subsequent excision of the entire accessible mesh because of persisting symptoms.

**CONCLUSION:** Vaginal mesh contraction is a serious complication after prolapse repair with armed polypropylene mesh that is associated with substantial morbidity, frequently requiring surgical intervention. Research and development is urgently needed for newer graft materials with diminished shrinkage properties.
*(Obstet Gynecol 2010;115:325–30)*

**LEVEL OF EVIDENCE: III**

*From the Royal Women's, Mater and Wesley Urogynecology, Brisbane, Queensland, Australia.*

*Corresponding author: Dr. Benjamin Feiner, Royal Brisbane and Women's Hospital, Women's and Newborn Services, NHB Level 5, Butterfield Street, Herston, QLD 4029, Australia; e-mail: feiner@tx.technion.ac.il.*

*Financial Disclosure*
*The authors did not report any potential conflicts of interest.*

*Preliminary data from this project was presented in oral abstract form at the 33rd annual scientific meeting of the International Urogynecological Association, June 16–20, 2009, Taipei, Taiwan.*

*© 2010 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.*
ISSN: 0029-7844/10

High failure rates after conventional surgeries for pelvic organ prolapse (POP) have led to the introduction of graft materials to the field of pelvic floor reconstruction, aiming to reinforce the native tissues and achieve improved functional and anatomical outcomes. While recent randomized controlled trials have demonstrated that synthetic mesh at the anterior vaginal compartment reduces the risk of prolapse recurrence as compared with anterior colporrhaphy at 1 and 2 years,[1–4] there is no level I evidence to support the use of vaginal polypropylene mesh for apical or posterior compartment prolapse.[5] Commercial polypropylene repair kits are available and typically consist of a prestyled mesh graft with fixation arms that travel through the obturator foramen for anterior compartment reinforcement or through the ischiorectal fossa for the posterior and apical compartments. More recently device related complications have been reported,[6–9] and in October 2008 the U. S. Food and Drug Administration (FDA) published a special notification titled "Serious complications associated with transvaginal placement of surgical mesh in repair of pelvic organ prolapse and stress urinary incontinence." In this release, the U. S. Food and Drug Administration describes more than 1,000 reports from manufacturers of mesh and mesh-based kits of complications associated with these products. The most frequently reported complications included mesh erosion through the vaginal epithelium, infection, pain, urinary problems, and recurrence of prolapse and/or incontinence. A few months before that, Ridgeway et al (Ridgeway B, Walters

Copyright© American College of Obstetricians and Gynecologists


MD, Paraiso MF, Barber MD, McAchran SE, Goldman HB, et al. Early experience with mesh excision for adverse outcomes after transvaginal mesh placement using prolapse kits. Presented at the 34th Annual Scientific Meeting of the Society of Gynecologic Surgeons, April 2008, Savannah, GA) reported their early experience with mesh excision for a variety of adverse outcomes.

While in vivo shrinkage of polypropylene mesh up to 50% of its original size has been previously demonstrated both in animal models[10] and in women,[11] the clinical implication of this biomechanical characteristic remains undefined. During the last 2 years a number of patients who developed substantial morbidity related to mesh contraction have been treated in our unit and despite attempts of conservative management the majority required surgical intervention. The aim of this report is to define the clinical entity of vaginal mesh contraction.

## MATERIALS AND METHODS

This case series describes the presenting symptoms, examination findings, subsequent management, and outcome of women who underwent surgical intervention for the management of vaginal mesh contraction after prolapse repair with armed polypropylene mesh kits. The study was approved by the Institutional Review Board at the Royal Brisbane & Women's Hospital. Consecutive women who underwent surgery for symptomatic mesh contraction between January 2007 and December 2008 were included in this series. Women with other mesh-related complications (erosion, infection, etc) without associated contraction were excluded. The medical records of all patients were reviewed by the principal author (B.F.), a urogynecology fellow, and relevant information collected including demographics, medical and obstetric history, previous surgeries, presenting symptoms and examination findings, details of conservative and/or surgical management, and outcome. The clinical evaluation consisted of abdominal palpation, speculum visualization of the vagina including prolapse quantification using the International Continence Society POP-Q system,[12] and bimanual vaginal and rectal examination. On bimanual examination the clinician carefully palpated all areas of the vaginal epithelium. Any abnormal findings such as focal or diffuse tenderness, increased mesh tension, or the presence of prominent bands under the vaginal mucosa were recorded. Descriptive statistical calculations including means, medians and standard deviations were used for demographic parameters and 95% confidence

intervals (CIs) were calculated as part of the outcome analysis of the surgical interventions.

To identify previous publications on this entity we searched the Cochrane Central Register of Controlled Trials, Cochrane Database of Systematic Reviews, Database of Abstracts of Reviews and Effects, American College of Physicians Journal Club and MEDLINE (1950 to June 2009) using the terms "vaginal mesh contraction," "mesh complications," and "mesh shrinkage." No language limitations were used. We also hand-searched conference proceedings of the International Urogynecological Association, the International Continence Society, the American Urogynecologic Society, and Society for Gynecologic Surgeons between January 2007 and June 2009.

All women initially underwent a variety of conservative management including topical estrogen therapy, pelvic floor muscle exercises, and vaginal dilators. Women with persisting symptoms underwent surgical intervention. All surgeries were performed by the two authors of this manuscript, ie, a consultant urogynecologist and a urogynecology fellow, in operating theater setting with the patient under general anesthesia.

An examination with the patient under anesthesia is performed, and the areas of contracted mesh, including any involved mesh arms, are identified by palpation. The vaginal epithelium covering the mesh is infiltrated using 0.25% bupivacaine with 1:400,000 adrenalin for hydrodissection and hemostasis. The vaginal epithelium is incised with a scalpel and dissected off the underlying tissue using sharp dissection with Metzenbaum scissors. The mesh is identified and grasped with Moynihan forceps. With counter-traction applied by the forceps, the mesh is gently dissected off the bladder or rectum using scissors. The plane of dissection has to be parallel to the mesh, and the tips of the scissors should point away from the underlying viscus to avoid inadvertent injury. When dissecting laterally to mobilize contracted mesh arms, medial traction of the mesh is valuable to improve visualization and access. The mesh arms should be transected as lateral as possible, and any contracted areas of mesh should be excised. Not uncommonly the mesh is firmly adhered to the fascia and cannot be safely removed in one step. In these cases it should be mobilized and removed in a piecemeal fashion. It is typically more difficult to define the extent of the contracted mesh once the vaginal epithelium has been incised and dissected. Therefore it is highly important to determine the affected area before the first incision. The same surgical principles apply in cases in which removal of the entire mesh is indicated due to failure of a previous partial excision to alleviate

Copyright© American College of Obstetricians and Gynecologists

symptoms. In these cases, the central body of the mesh and the arms medial to the pubic rami at the anterior compartment and to the sacrospinous ligament at the apical compartment are excised. After satisfactory hemostasis is obtained, the vaginal epithelium is approximated using 2/0 Polyglactin absorbable suture (Vicryl, Ethicon, Somerville, NJ). In cases of concomitant mesh erosion, distal from the site of contraction, the surrounding vaginal epithelium is mobilized from the underlying mesh using sharp dissection, and the eroded mesh is grasped with Moynihan forceps and excised until no mesh is visible or palpable underneath the epithelial edges. The vaginal epithelium is then oversewn. At the end, cystoscopy and rectal examination are performed to ensure bladder and rectal integrity, the vagina is packed, and an indwelling urethral catheter is inserted overnight.

## RESULTS

Seventeen women were included in this review. Ten of these women (60%) underwent the initial mesh repair in different institutions and were referred to our tertiary referral center for the management of their adverse postoperative outcome. Seven were originally operated on by our team and are included in an ongoing analysis to be published in the future, which will help estimate the incidence of this complication.

Demographics and surgical history are detailed in Table 1. All women had previously undergone armed polypropylene mesh reconstructive surgery, and in 65% of women (11 of 17) this was the primary intervention for POP. None of the patients underwent further interventions between the mesh implantation and presenting to our unit. In all cases the type of mesh kit used for prolapse repair was either anterior mesh alone or combined anterior and posterior mesh kits. The Total Prolift system (Ethicon Women's Health and Urology, Somerville, NJ) was used in six women (35%), Anterior Prolift and Perigee (American Medical Systems Inc., Minnetonka, MN) systems

were used in four patients (24%) each, and Apogee–Perigee in conjunction was used in three women (18%). All included patients failed to respond to conservative management and required at least one surgical intervention. The median (range) time from mesh implantation to seeking medical care for symptomatic mesh contraction was 20 (4–52) weeks.

The presenting symptoms and examination findings are detailed in Table 2 and demonstrate that 100% of women had severe vaginal pain, which was aggravated by movement, and all sexually active women experienced severe dyspareunia. On vaginal examination all women had prominent tense focal areas of mesh palpated under the vaginal epithelium. In 82% (14 of 17) of the women the junctions between the fixation arms and the main body of the mesh were the focal site of tension, with the proximal arms of the anterior mesh accounting for 71% (10 of 14) of cases. In all the women palpation of the localized prominent tense mesh under the vaginal mucosa reproduced the pain the patients experience with movement and intercourse.

The extent of surgical intervention performed was proportional to the severity of symptoms and physical findings, and the various procedures are detailed in Table 3. Median (range) postoperative review was 24 (6–84) weeks, and Table 4 presents the clinical outcome of the surgical management. Eighty-eight percent of women (15 of 17, 95% CI 73–104) had resolution of the vaginal pain after the primary surgery, and 64% of sexually active women (9 of 14, 95% CI 39–89) experienced substantial reduction in dyspareunia. Three patients who had persisting symp-

**Table 1. Demographics and Surgical History**

| Variable | |
| --- | --- |
| Age [mean y±SD] | 54.9±11.7 |
| Parity [median (range)] | 2 (1–6) |
| BMI [mean kg/m$^2$±SD] | 27.6±5.8 |
| Previous hysterectomy [n (%)] | 11 (65) |
| Previous prolapse repair with polypropylene mesh kit [n/N (%)] | 17/17 (100) |
| Prolapse surgery prior to mesh implantation [n/N (%)] | 6/17 (35) |

SD, standard deviation; BMI, body mass index.

**Table 2. Clinical Presentation of Women With Vaginal Mesh Contraction**

| | n (%) (N=17) |
| --- | --- |
| Symptoms | |
| Severe vaginal pain | 17 (100) |
| Dyspareunia | 14 (100*) |
| Vaginal discharge/spotting | 3 (18) |
| Male discomfort | 1 (7*) |
| Awareness of prolapse | 1 (6) |
| Examination findings | |
| Focal vaginal tenderness over contracted mesh | 17 (100) |
| Prominent tender band(s) over mesh arm(s) | 14 (82) |
| Vaginal tightness | 7 (41) |
| Foreshortened vagina (TVL less than 7 cm) | 5 (29) |
| Mesh erosion | 9 (53) |

TVL, total vaginal length.
* Value represents the percent of the sexually active women.

Copyright© American College of Obstetricians and Gynecologists

### Table 3. Surgical Procedures

| Intervention Arm | n (%) |
|---|---|
| First intervention (n=17) | |
| A | 3 (18) |
| B | 3 (18) |
| E | 1 (6) |
| A+C | 1 (6) |
| B+C | 2 (12) |
| B+D | 3 (18) |
| B+C+D | 2 (12) |
| C+D | 2 (12) |
| Second intervention (n=3) | |
| E | 3 (100) |

A, mobilization and division of mesh arms (without excision); B, excision of mesh arms; C, partial excision of the central mesh graft; D, management of mesh erosion; E, excision of the entire accessible mesh.

toms with further tense areas of contracted mesh on examination underwent complete excision of the accessible mesh, resulting in substantial reduction in pain. One of the three reported on resolution of the dyspareunia after the intervention, and two had not been sexually active yet at the time of the review. One woman presented with multiple mesh erosions and a multifocal contraction after a Perigee mesh implantation, and therefore the entire mesh was excised at the first surgical intervention. Another woman who underwent complete excision of the mesh subsequently presented with a recurrent symptomatic vault and anterior vaginal prolapse, and a laparoscopic sacralcolpopexy and paravaginal repair were performed at a later stage.

In summary, in our review all women presented after undergoing prolapse repair with transvaginal armed polypropylene mesh and experienced severe vaginal pain and dyspareunia (those who were sexually active) subsequently. On a thorough vaginal examination localized areas of prominent tense mesh were noticed under the vaginal epithelium in all the

### Table 4. Outcome After Surgical Intervention

| Outcome | Proportion of Women (%) |
|---|---|
| Outcome after first intervention | |
| Substantial reduction in vaginal pain | 15/17 (88) |
| Substantial reduction in dyspareunia | 9/14 (64) |
| Sexual discomfort due to foreshortened vagina | 1/14 (7) |
| Minor improvement/no change | 2/17 (12) |
| Outcome after second intervention | |
| Substantial reduction in vaginal pain | 2/2 (100) |
| Substantial reduction in dyspareunia | 1/3 (33) |
| Not sexually active yet | 2/3 (66) |

patients. Palpation of the contracted mesh reproduced the pain these women experienced with movement and sexual intercourse. After primary surgical intervention to release the tension caused by the contracted mesh, 88% of patients had resolution or substantial reduction of the vaginal pain. All women had resolution of the pain if including the three who underwent further excision of the entire accessible mesh.

After evaluating the presenting symptoms, examination findings, and outcome analysis we define vaginal mesh contraction as an adverse outcome after prolapse repair with armed polypropylene mesh in women who experience vaginal pain with movement and dyspareunia and on examination have localized areas of prominent tense and tender mesh under the vaginal epithelium.

### DISCUSSION

In this report we describe the clinical presentation, surgical management, and outcome of women with vaginal mesh contraction after pelvic organ prolapse repair with armed polypropylene mesh kits. The main clinical features include severe vaginal pain with movement, dyspareunia, and focal tenderness over contracted portions of the mesh on vaginal examination. This is the first article to define the clinical entity of vaginal mesh contraction as well as the largest series written on this adverse surgical outcome as confirmed by our thorough literature search, in which we were unable to locate any series defining or relating to the clinical implication of this entity.

Although shrinkage of synthetic mesh after implantation had been reported by Amid et al[13] as early as in 1997, the etiology of this phenomenon is still unknown, and different theories have been suggested. García-Ureña et al[10] considered graft shrinkage to be a physical consequence of the inflammatory response to the mesh, while Gonzalez et al[14] argued that it is a result of inadequate tissue ingrowth into the mesh. While the pathophysiology remains unclear, there is growing evidence to suggest that synthetic mesh shrink significantly once incorporated in the biological tissues. This evidence emerges both from animal studies, in which the rate of shrinkage can be directly assessed by comparing the graft's area preoperatively and postoperatively,[10] and from human studies involving mesh for hernia or prolapse repair.[11] Using imaging techniques such as ultrasonography or magnetic resonance imaging, the dimensions of the graft can be assessed postoperatively and compared with those of the original mesh. More recently Letouzey et al (Letouzey V, Deffieux X, Levaillant J, Faivre E, de Tayrac R, Fernandez H. Ultrasound evaluation of

Copyright© American College of Obstetricians and Gynecologists

 

**Fig. 1.** Illustration of anterior and posterior vaginal mesh layout, showing an anterior mesh with four arms above and a posterior mesh with two apical arms below: at implantation (**A**) and after the body of the mesh has contracted by 30% (**B**). Increased tension is demonstrated by the narrowing of the arms, and areas of pain are demonstrated by curved lines. Illustration: Stephen Francis. Copyright ©2009, Francis, Feiner, and Maher.

*Feiner. Vaginal Mesh Contraction. Obstet Gynecol 2010.*

polypropylene mesh contraction at long term after vaginal surgery for cystocele repair. Presented at the 34th Annual Scientific Meeting of the International Urogynecological Association, June 2009, Lake Como, Italy) reviewed the long-term changes in mesh volumes over time using three-dimensional translabial ultrasonography and found mean contraction of 30%, 65%, 85% at follow-up durations of 3, 6, and 8 years, respectively. This study demonstrates that the pathological process that causes mesh shrinkage is progressive and there is a linear evolution of the contraction rate with time, raising the worrying possibility that mesh contraction syndrome that we have defined may be encountered more frequently in the future.

The present study however focuses on the clinical expression of mesh contraction rather than on the biomechanical phenomenon. All of the women included in this series had a clearly palpable painful mesh contraction that brought them to seek medical care. In the majority of cases the most severe tenderness on vaginal examination was present at the junctions between the central mesh graft and the fixation arms as a result of excessive tension after shrinkage of the main body of the mesh against the serrated arms that remain fixated and unmovable in the tissue (Fig. 1). This tension is also likely to be responsible for the extremely high erosion rate (53%) seen in this group of patients as compared with published data on polypropylene mesh erosion rates after prolapse repair (5–20%).[2,15] An alternative explanation for the pathophysiology of this scenario can be either excessive tensioning of the arms or bunching of the mesh at implantation. The manufacturer's instructions and mentoring programs all stress the importance of a tension-free insertion of the mesh as a flat sheet without bunching. The use of vaginal pack postoperatively is nearly universal and further acts to reduce the likelihood of both bunching of the graft and excessive tension on the fixation mesh arms.

The goal of our surgical management was to relieve the tension by dividing the central graft from the arms and excising all areas of mesh contraction. This approach led to a substantial reduction in the vaginal pain in 88% of women and in dyspareunia in 64% after the primary intervention. Further improvement was reported by women who underwent a subsequent removal of the entire accessible mesh. This surgical intervention however is potentially associated with an increased risk of visceral injury and hemorrhage as the tissue is often firmly adhered to the mesh and surgical planes rarely exist. Moreover, re-approximation of the vaginal epithelium after excision of the mesh is often challenging as the vaginal tissue itself is typically scarred and fragile in areas of mesh contraction.

The retrospective nature of this study is associated with possible weaknesses, including failure to adequately document pre–mesh insertion morbidity, which is exacerbated by the fact that 60% of the patients had their initial interventions performed in other institutions, where variability in indications for surgery and in surgical techniques exist. A further weakness is the inability to estimate the incidence of symptomatic mesh contraction as opposed to asymptomatic shrinkage. Finally, three-dimensional ultrasound assessment of mesh volumes would have been beneficial, although not essential, in the context of defining the clinical implication of a biomechanical

Copyright© American College of Obstetricians and Gynecologists

phenomenon that has been well documented in previous work.

Vaginal mesh contraction is a serious complication after pelvic organ prolapse repair using armed polypropylene mesh. It is characterized by severe vaginal pain and dyspareunia and on vaginal examination focal tenderness over contracted portions of the mesh. Surgical intervention is often required to alleviate symptoms. It involves mobilization of the mesh, division of the fixation arms, and excision of contracted mesh. Removal of the mesh en-block is reserved, as a last resort, for the most severe and persistent cases. Longer follow-up is required to estimate the outcome after the surgical management, and profound research and development effort is urgently needed for newer graft materials with diminished shrinkage properties.

## REFERENCES

1. Hiltunen R, Nieminen K, Takala T, Heiskanen E, Merikari M, Niemi K, et al. Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol 2007;110:455–62.

2. Nguyen JN, Burchette RJ. Outcome after anterior vaginal prolapse repair: a randomized controlled trial. Obstet Gynecol 2008;111:891–8.

3. Sivaslioglu AA, Unlubilgin E, Dolen I. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:467–71.

4. Nieminen K, Hiltunen R, Heiskanen E, Takala T, Niemi K, Merikari M, et al. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1611–6.

5. Maher C, Baessler K, Glazener CM, Adams EJ, Hagen S. Surgical management of pelvic organ prolapse in women. Cochrane Database of Systematic Reviews 2007, Issue 3. Art. No.: CD004014.

6. Blandon RE, Gebhart JB, Trabuco EC, Klingele CJ. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J Pelvic Floor Dysfunct 2009;20:523–31.

7. Margulies RU, Lewicky-Gaupp C, Fenner DE, McGuire EJ, Clemens JQ, Delancey JO. Complications requiring reoperation following vaginal mesh kit procedures for prolapse. Am J Obstet Gynecol 2008;199:678 e1–4.

8. Feiner B, Jelovsek JE, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 2009;116:15–24.

9. Altman D, Falconer C. Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol 2007;109:303–8.

10. Garcia-Urena MA, Vega Ruiz V, Diaz Godoy A, Baez Perea JM, Marin Gomez LM, Carnero Hernandez FJ, et al. Differences in polypropylene shrinkage depending on mesh position in an experimental study. Am J Surg 2007;193:538–42.

11. Gauruder-Burmester A, Koutouzidou P, Rohne J, Gronewold M, Tunn R. Follow-up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse. Int Urogynecol J Pelvic Floor Dysfunct 2007;18:1059–64.

12. Bump RC, Mattiasson A, Bo K, Brubaker LP, DeLancey JO, Klarskov P, et al. The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol 1996;175:10–7.

13. Amid P. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia 1997;1:15–21.

14. Gonzalez R, Fugate K, McClusky D 3rd, Ritter EM, Lederman A, Dillehay D, et al. Relationship between tissue ingrowth and mesh contraction. World J Surg 2005;29:1038–43.

15. Collinet P, Belot F, Debodinance P, Ha Duc E, Lucot JP, Cosson M. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J Pelvic Floor Dysfunct 2006;17:315–20.

Copyright© American College of Obstetricians and Gynecologists 



## MATERIAL SAFETY DATA SHEET

### 1. CHEMICAL PRODUCT AND COMPANY INFORMATION

**Product Name:**  C4001 POLYPROPYLENE HOMOPOLYMER

**Manufacturer Information:**

Sunoco, Inc. (R&M)
Ten Penn Center
1801 Market Street
Philadelphia, Pennsylvania, 19103-1699

**Product Use:**

Blow molding,
Extrusion,
Profiles,

**Emergency Phone Numbers:**

| Chemtrec | (800) 424-9300 |
| Sunoco Inc. | (800) 964-8861 |

**Information:**

Product Safety Information    (610) 859-1120

### 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Component | CAS No. | Amount (Vol%) |
|---|---|---|
| 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 | 100 - 100 |

**EXPOSURE GUIDELINES (SEE SECTION 15 FOR ADDITIONAL EXPOSURE LIMITS)**

| | CAS No. | Governing Body | Exposure Limits |
|---|---|---|---|

### 3. HAZARDS IDENTIFICATION

- **EMERGENCY OVERVIEW**
  Caution!  Low hazard for usual industrial or commercial handling.  May cause respiratory tract irritation.

  **Hazards Ratings:**
  *Key: 0 = least, 1 = slight, 2 = moderate, 3 = high, 4 = extreme*

  | | Health | Fire | Reactivity | PPI |
  |---|---|---|---|---|
  | NFPA | 1 | 1 | 0 | |
  | HMIS | 0 | 1 | 0 | X |

- **POTENTIAL HEALTH EFFECTS**

R000000C4001, C4001 POLYPROPYLENE HOMOPOLYMER
04/13/05

1

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.05439518

- PRE-EXISTING MEDICAL CONDITIONS
  The following diseases or disorders may be aggravated by exposure to this product: Respiratory system; Skin;
- INHALATION
  At elevated temperatures may cause irritation to eyes and respiratory tract.

  | | |
  |---|---|
  | LC50 (mg/l): | no data |
  | LC50 (mg/m3): | no data |
  | LC50 (ppm): | no data |

- SKIN
  Contact with heated product may cause thermal burns.

  | | | |
  |---|---|---|
  | Draize Skin Score: | no data | other |
  | LD50 (mg/kg): | no data | |

- EYES
  Contact with product at elevated temperatures can result in thermal burns. Slightly irritating but does not injure eye tissue.
- INGESTION
  No effects expected if product is ingested.

  | | |
  |---|---|
  | LD50 (g/kg): | no data |


## 4. FIRST AID MEASURES

- **INHALATION**
  Remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen and continue to monitor. Get medical attention.
- **SKIN**
  For hot product, immediately immerse in or flush the affected area with large amounts of cold water to dissipate heat. Cover with clean cotton sheeting or gauze and get prompt medical attention. No attempt should be made to remove material from skin or to remove contaminated clothing as the damaged flesh can be easily torn.
- **EYES**
  For contact with molten product, flush immediately with plenty of cool water for at least 15 minutes. Get medical attention.
- **INGESTION**
  First aid not normally required.


## 5. FIRE FIGHTING MEASURES

- **EXTINGUISHING MEDIA**
  The following media may be used to extinguish a fire involving this material: Water spray; Carbon dioxide; Dry chemical;
- **FIRE FIGHTING INSTRUCTIONS**
  The use of fresh air equipment such as Self Contained Breathing Apparatus (SCBA) or Supplied Air Respirators should be worn for fire fighting if exposure or potential exposure to products of combustion is expected. Wear structural fire fighting gear.

### FLAMMABLE PROPERTIES

| | Typical | Minimum | Maximum | Text Result | Units | Method |
|---|---|---|---|---|---|---|
| Flash Point | | | | no data | F | N/A |
| Autoignition Temperature | | | | no data | F | N/A |
| Lower Explosion Limit | | | | no data | % | N/A |
| Upper Explosion Limit | | | | no data | % | N/A |

R000000C4001, C4001 POLYPROPYLENE HOMOPOLYMER                                              2
04/13/05

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.05439519

## 6. ACCIDENTAL RELEASE MEASURES

Vacuum or sweep up material and place in a disposal container. Forms smooth, slippery surfaces on floors, posing an accident risk. Clean up spills immediately, observing precautions in Protective Equipment section.

## 7. HANDLING AND STORAGE

- **HANDLING**
  Avoid breathing vapors from heated material. Follow all MSDS/label precautions even after container is emptied because it may retain product residue.
- **STORAGE**
  Store in a cool dry place.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

Consult With a Health and Safety Professional for Specific Selections

- **ENGINEERING CONTROLS**
  Local exhaust ventilation may be necessary to control any air contaminants to within their TLVs during the use of this product. General dilution ventilation may assist with the reduction of air contaminant concentrations.
- **PERSONAL PROTECTION**

  - **EYE PROTECTION**
    Splash proof chemical goggles are recommended to protect against the splash of product. Full-face shield is recommended to protect against splash of hot product.
  - **GLOVES or HAND PROTECTION**
    Wear insulated impervious protective gear to protect against the splash of hot product.
  - **RESPIRATORY PROTECTION**
    Half-mask air purifying respirator with combination organic vapor and HEPA filter cartridges is acceptable for exposures to ten (10) times the exposure limit. Full-face air purifying respirator with combination organic vapor and HEPA filter cartridges is acceptable for exposures to fifty (50) times the exposure limit.
  - **OTHER**
    Facilities storing or utilizing this material should be equipped with an eyewash facility and a safety shower.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| Physical Property | Typical | Units | Text Result | Reference |
|---|---|---|---|---|
| Appearance | | other | White pellets | |
| Boiling Point | | F | no data | |
| Bulk Density | | lb/gal | no data | |
| Melting Point | | F | 160 - 170 deg C | |
| Molecular Weight | | other | no data | |
| Octanol/Water Coefficient | | other | no data | |
| pH | | other | no data | |
| Specific Gravity | | other | 0.90 - 0.91 | |
| Solubility In Water | | wt % | Negligible | |
| Odor | | other | Odorless | |
| Odor Threshold | | other | no data | |
| Vapor Pressure | | psia | Negligible | |
| Viscosity (F) | | other | no data | |
| Viscosity (C) | | other | no data | |

R000000C4001, C4001 POLYPROPYLENE HOMOPOLYMER
04/13/05

3

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05439520

| % Volatile | | wt % | no data | | |

## 10. STABILITY AND REACTIVITY

- **STABILITY**
  Stable
- **CONDITIONS TO AVOID**
  none known
- **INCOMPATIBILITY**
  The following materials are incompatible with this product:  Strong oxidizers such as chlorine, peroxides, chromates, nitric acid, perchlorates, concentrated oxygen, sodium hypochlorite, calcium hypochlorite and permanganates. Chlorine;  Nitric acid;
- **HAZARDOUS DECOMPOSITION PRODUCTS**
  Combustion may produce carbon monoxide, carbon dioxide and other asphyxiants.
- **HAZARDOUS POLYMERIZATION**
  Will not occur

## 11. ECOLOGICAL INFORMATION
   No data available

## 12. DISPOSAL CONSIDERATIONS
   Follow federal, state and local regulations.  Contract to authorized disposal service.

## 13. TRANSPORT INFORMATION

| Governing Body | Mode | Proper Shipping Name | |
| --- | --- | --- | --- |
| DOT | Ground | Not Regulated | |

| Governing Body | Mode | Hazard Class | UN/NA No. | Label |
| --- | --- | --- | --- | --- |
| DOT | Ground | N/A | N/A | |

## 14. REGULATORY INFORMATION

| Regulatory List | Component | CAS No. |
| --- | --- | --- |
| Inventory - Australia (AICS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Canada - Domestic Substances List | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - China | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Japan - (ENCS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Korea - Existing and Evaluated | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - Philippines Inventory (PICCS) | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |
| Inventory - TSCA - Sect. 8(b) Inventory | 1-PROPENE, HOMOPOLYMER, ISOTACT | 25085-53-4 |

**Title III Classifications Sections 311,312:**

R000000C4001, C4001 POLYPROPYLENE HOMOPOLYMER
04/13/05

4

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.05439521

- Acute:  NO
- Chronic:  NO
- Fire:  NO
- Reactivity:  NO
- Sudden Release of Pressure:  NO

## 15. OTHER INFORMATION

Follow all MSDS/label precautions even after container is emptied because it may retain product residue.
COMPONENT TOXICITY:  Polypropylene has been tested in laboratory rats by subcutaneous implantation of discs or powder.  Local sarcomas were induced at the site of implantation.  No epidemiological studies or case reports *suggest any serious chronic health hazards from long-term exposure to polypropylene decomposition products below the irritation level (OARC, 19, 128).*

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.05439522

## Expert Report of Dr. Daniel S. Elliot
### List of Materials Reviewed

### Scientific Literature

| |
|---|
| Abbott S, Unger CA. Abbott [2014] Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery; Am J obstet Gynecol 2013;210:163.e1-8 |
| Abdel-Fattah M, Barrington JW,et al. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study; Eur Urol. 2004 Nov;46(5):629-35 |
| Abdel-Fattah M, et al. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study; GJOG 2006; 113: 1377-1381 |
| Abdel-fattah M, et al. Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK: a register linkage study; BMJ Open 2011; 1:e000206 |
| Abdel-Fattah M, Ford JA, et al. Single-Incision Mini-Slings Versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinence: A Meta Analysis of Effectiveness and Complications.; European Urology ,60: 468-80,24-May-11 |
| Abdel-fattah M, Mostafa A et al: Prospective Randomised Controlled Trial of Transobturator Tapes in Management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. Eur Urol. 2012 Nov;62(5):843-51. |
| Abdel-fattah M, Ramsay I et al: Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence- 1-year outcomes from the E-TOT study. BJOG. 2010 Jun;117(7):870-8. |
| Abdel-Fattah M, Sivanesan K, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure.; BJU Int. 2006 Sep;98(3):594-8. |
| Abdel-Fattah M, Ramsay I, Pringle S, Hardwick C, Ali H, Young D, Mostafa A. Evaluation of transobturator tension-free vaginal tapes in management of women with recurrent stress urinary incontinence. Urology. 2011 May;77(5):1070-5. |
| Abdel-fattah M, Ramsay I, Pringle S, Hardwick C, Ali H.. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes. Eur J Obstet Gynecol Reprod Biol. 2010 Mar;149(1):106-11 |
| Abdelwahab O, Shedid I, et al. Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female; Current Urology, 4 (2): 93-98 |

1

Abed H, Rahn D, Lowenstein L, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98.

Abouassaly R, Steinberg J et al: Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul;94(1):110-3.

Abrams P et al. Synthetic Vaginal Tapes for Stress Incontinence: Proposals for Improved Regulation of New Devices in Europe; European Urology 60 (2011) 1207-1211

Abrams P, Cardozo L, Fall M, et al. The Standardization of terminology of lower urinary tract function: Report from the Standardization Sub-committee of the International Continence Society. Neurourol Urodynam. 2002;21:167–78.

Abrams T. The Regulation of Prescription Drug Promotion; In Ethics and the Pharmaceutical Industry, 2005; 153-169

Achtari C, Hiscock R, O'Reilly BA, et al. Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/ polyglactin 910 (Vypro II) mesh. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:389–94.

Achtari C, McKenzie B et al: Anatomical study of the obturator foramen and dorsal nerve of the clitoris and their relationship to minimally invasive slings. Int Urogynecol J (2006) 17: 330–334.

ACOG. ACOG Committee Opinion 439 Informed Consent; ACOB 439 (2009)

ACOG. Patient Safety in Obstetrics and Gynecology; ACOG Committee opinion number 447, December 2009

Adile B, Granese R, Lo Bue A, et al. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up.; http://www.ics.org/Abstracts/Publish/41/000550.pdf

AE Hafeman, KJ Zienkiewicz, AL Zachman, HJ Sung, LB Nanney, JM Davidson, SA Guelcher. Characterization of degradation mechanisms of biodegradable lysine-derived aliphatic polyurethanes. Biomaterials 32(2):419-29, 2011.

Afonso JS, et a. Structural and thermal properties of polypropylene mesh used in treatment of stress urinary incontinence; Acta of Bioengineering and Biomechanics (2009) 11(3):

Agarwala N.. A randomized comparison of two synthetic mid-urethral tension-free slings.; UroToday Int J. 2008 Oct;1(4)

Agnew G, Dwyer PL, et al. Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence2; Int Urogynecol J (2014) 25:235-239

Agostini A, Bretelle F et al: Immediate complications of tension-free vaginal tape (TVT): results of a French survey. Eur J Obstet Gynecol Reprod Biol. 2006 Feb 1;124(2):237-9. Epub 2005 Aug 10.

Agresta F, Baldazzi G, Ciardo et al: Lightweight partially absorbable monofilament mehs (polyproylene/poliglecaprone 25) for TAPP inguinal hernia repair. Surg laparosc endosc percutan tech 2007, 17;91-94.

Aigmueller, T. Reason for dissatisfaction ten years after TVT procedure; Int Urogynecol J (2014) 25;213-217

Alajmo F. Polypropylene Suture Fracture2; Ann Thorac Surg 1985 39.4: 400

Alappattu M, Bishop M: Psychological factors in chronic pelvic pain in woman: Relevance and application of the fear-avoidance model of pain. Physical Therapy Vol 91, Number 10, October 2011.

Albo ME, et al. Treatment success of retropubic and transobturator mid urethral slings at 24 months; J urology 2012 (188) 2281-2287

Albo ME, Richter HE, et al. Burch colposuspension versus fascial sling to reduce urinary stress incontinence2; New England Journal of Medicine,356:2143-55,21-May-07

Albrich S, Naumann G, Skala C, Koelbl H (2007) TVT-SECUR: a novel approach for the treatment of female genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1): S25–S26

Alcalay, Menachem. Burch colposuspension: a 10-20 year follow up; British Journal of Obstetrics and Gynaecology September 1995, Vol. 102, pp. 740-745

Aldrete V. Polpropylene Suture Fracture; Ann Thorac Surg 1984 Mar; 37(3):264

Alinsod R, et al. Initial outcomes of a stabilized adjustable minisling for female urinary stress incontinence; Abstract 865 (2009)

Al-Omary R, et al. Long term patient satisfaction after suburethral sling operation for stress incontinence; Abstract 381
Int Urogynecol J (2011) ss (Suppl 3): S1769-S2008

Altman D, Tapio V et al. Short-term outcome after transvaginal mesh repair of POP. Int Urogynecol J (2008) 19:787–793.

Altman AJ, Gorn RA, et al. The breakdown of polypropylene in the human eye: is it clinically significant?; Ann Ophthalmol 1986 May; 18(5) 182-5

Altman D, Elmer C Kiiholma P et al: Sexual dysfunction after trocar-guided transvaginal mesh repair of pelvic organ prolapse. Obstet Gynecol. 2009 Jan;113(1):127-33.

Altman D, Falconer C. Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol. 2007 Feb;109(2 Pt 1):303-8.

Altman D, Vayrynen T, Engh M: Anterior colporrhaphy versus transvaginal mesh for pelvic organ prolapse. N Engl J Med. 2011 May 12;364(19):1826-36.

Altman D, Zhang A, Falconer C: Innervation of the rectovaginal wall in patients with rectocele compared to healthy controls.  Neurourology and Urodynamics 25:776-781.

Altuna S, et al. Lower urinary tract injuries associated with the out-in transobturator tape:  is cystoscopy required?  An argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l) S163-S164

Amaro, JL, et al. Clinical and qualify-of-life outcomes after autologus faxcial sling and tension-free vaginal tape:  A prospective randomized trial; International Braz U Urol (2009) 35(1): 60-67

Amat I Tardiu L, Martínez et al. Contasure-Needleless compared with transobturator-TVT for the treatment of stress urinary incontinence.; Int Urogynecol J. 2011 Jul;22(7):827-33. doi: 10.1007/s00192-011-1380-9. Epub 2011 Mar 2.

Amid PK.  Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21.

Amna MB, Michel F: Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec;170(6 Pt 1):2387.

Amrute KV, Eisenberg ER.  Analysis of outcomes of single polypropylene mesh in total pelvic floor reconstruction. Neurourology and Urodynamics 26:53-58, 2007.  [uses AMS apogee and perigee]

An, YH. Concise Review of Mechanisms of Bacterial Adhesion to Biomaterial Surfaces; J Biomed Mater Res (Appl Biomater) 1998;43:338-48

Anderson, HA. Utilization of Adipose Tissue Biopsy in Characterizing Human Halogenated Hydrocarbon Exposure; Environ Health Perspect. 1985 May; 60:127-131

Anderson-Smits C. Developing of the Pelvic Floor Disorder Registry; www.fda.gov

Andonian S, Chen T, et al. Randomized Clinical Trial Comparing Suprapubic Arch Sling (SPARC) and Tension-Free Vaginal Tape (TVT): One-Year Results; European Urology,47:537-41,13-Jan-05

Andonian S, St-Denis B, et al. Prospective clinical trial comparing Obtape and DUPS to TVT: one-year safety and efficacy results.; Eur Urol. 2007 Jul;52(1):245-51. Epub 2007 Jan 10

Andrada Hamer M, Larsson PG, et al. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur.; Int Urogynecol J. 2013 Feb;24(2):223-9

Andrada Hamer M, Larsson PG, et al. Short-term Results of a Prospective Randomized Evaluator Blinded Multicenter Study Comparing TVT and TVT-Secur.; International Urogynecology Journal,22:781-787,16-Apr-11

Anger J, Litwin M et al: Complications of sling surgery among female Medicare beneficiaries. Obstet Gynecol 2007;109:707–14.

Anger JT, Weinberg AE, et al. Trends in surgical management of stress urinary incontinence among female Medicare beneficiaries; Urology,74:283-7,07-Jun-09

Angioli R, Plotti F et al: Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Angioli R, Plotti F et al: Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol. 2010 Nov;58(5):671-7.

Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence.; Medicina (Kaunas). 2009;45(8):639-43

Ansquer Y, et al. The suburethral sling for female stress urinary incontinence: a retropubic or obturator approach?; J Am Assoc Gynecol Laparosc 2004, 11(3):353-358

Anthanasiou S, Grigoriadis T, et al. Mixed Urodynamic Incontinence: TVT or TVT-O?; Int Urogynecol J (2009) 20 (Suppl 2): S73-S239

Apple DJ, Mamalis N, et al. Biocompatibility of implant materials: a review and scanning electron microscopic study; J Am Intraocul Implant Soc 1984 Winter; 10(1):53-66

Apte, et al. Pain after suburethral sling insertion for urinary stress incontinence2; Pain Practice 2012; 12(2):88-110

Araco F, Gravante F et al: Tension Free vaginal tape Secur hammock procedure: Two additional cases of intraoperative bleeding. Int Urogynecol J (2009) 20:125.

Araco F, Gravante G et al: TVT-O vs TVT- a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926.

Argirovic RB, Gudovic AM et al, Transvaginal repair of genital prolapse with polypropylene mesh using tension-free technique. Eur J Obstet Gynecol Reprod Biol. 2010 Nov;153(1):104-7.

Arunkalaivanan A, et al. Efficacy and safety of transbturator tape (Obtryx™) in women with stress urinary incontinence and intrinsic sphincter deficiency: results from international Obtryx™ registry; ICS 2009 Abst. 778

Arunkalaivanan AS and Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study;

Int Urogynecology J (2003) 14: 17-23

Asicioglu, O. A 5-year follow-up study comparing Burch colposuspension and transobturator tape for the surgical treatment of stress urinary incontinence.; Int J Gynecol Obstet.( 2014) April 125(1): 73-77

Atassi Z, Reich A, Rudge A, Kreienberg R, Flock F (2008) Haemorrhage and nerve damage as complications of TVT-O procedure: case report and literature review. Arch Gynecol Obstet 277:161–4.

Athanasopoulos A. McGuire EJ. Urethral diverticulum: A new complication associated with tension-free vaginal tape. Urol Int 81: 480-482. 2008

Atherton MJ and Stanton SL. The tension-free vaginal tape reviewed: an evidence-based review from inception to current status.; BJOG,112:534-46, 5/1/2005

Atis G, Arisan S, Ozagari A, et al. Tissue reaction of the rat urinary bladder to synthetic mesh materials.; Scientific World Journal,9:1046-51,02-Oct-09

Atlas of Pelvic Surgery. Wheeless C, Roenneburg M editors. Williams & Wilkins; 3rd edition (January 15, 1997)

AUA. AUA Newsletter; 42290

AUA. Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update;

AUA. Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence;

AUGS. Corporate Members"; http://www.augs.org/p/cm/ld/fid=24

AUGS. Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders;

AUGS/SUFU. Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinance;

Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7.

Azam U, Frazer M. I., et al, The tension - free vaginal tape procedure in women with previous failed stress incontinence surgery. J. of Urology, 166 (2), Aug 2001 , p. 554

Bader G, Fauconnier A, Roger N et al: Cystocele repair by vaginal approach with a tension-free transversal polypropylene mesh. Technique and results. Gynecologie Obstetrique & Fertilite 32 (2004) 280-284.

Baessler K, et al. Severe mesh complications following intravaginal slingplasty; Obstet Gynecol 2005; 106:713-6

Baessler K, Maher C: Mesh augmentation during pelvic-floor reconstructive surgery: risks and benefits. Curr

Opin Obstet Gynecol. 2006 Oct;18(5):560-6.

Bafghi A, Lannelli A, Verger S et al: Transvaginal repair of genital prolapse with Prolift: evaluation of safety and learning curve. J Gynecol Obstet Biol Reprod (Paris). 2009 Feb;38(1):77-82. Epub 2008 Nov 25.

Bai SW, Sohn WH, Chung DJ, et al. "Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence"; Int J Gynaecol Obstet. 2005 Dec;91(3):246-51. Epub 2005 Oct 20

Balkwill F, Mantovani A (2001) Inflammation and cancer: back to Virchow? Lancet 357(9255):539–545.

Ballard, J., et al. Harnessing a Health Information Exchange to Identify Surgical Device Adverse Events for Urogynecologic Mesh; Abstract

Banks CL, et al. Abscess formation following trans-obturator tape procedures; Int Urogynecol J (2006) 17 (Suppl 2):S171-S359
Abst 204

Barber M, Brubaker L, Nygaard, I et al.  Defining success after surgery for pelvic organ prolapse.  Obstet Gynecol. 2009 September; 114(3): 600–609.

Barber M, et al. A multicenter randomized trial comparing the trannsobturator tape with tension-free vaginal tape for the surgical treatment of stress urinary incontinence; Abst 113

Barber MD, Kleeman S, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial.; Obstetrics & Gynecology,111:611-21,01-Mar-08

Barber MD. "Cleveland Clinic leads multicenter trial of single-incision 'minisling' for stress urinary incontinence."; Ob/GYN & Women's Health Research Perspectives. Summer 2011. clevelandclinic.org/obgyn

Barber, M., et al. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the treatment of Stress Urinary Incontinence; Obstetrics & Gynecology, Vol. 119, No. 2, Part 1 (Feb 2012)

Barone WR, et al. The impact of boundary conditions on surface curvature of polypropylene mesh in response to uniaxial loading; J Biomechanics, Accepted 28 Feb 2015, In Press

Barone, DVM, MS, Mark A, et al. Determinants of Postoperative Outcomes of Female Genital Fistula Repair Surgery.; Obstet Gynecol, 2012 September; 120(3); 524-531, doi:10.1097/AOG.0b013e31826579e8.

Barrington JW, Arunkalaivanan AS, Swart M (2002) Postcolposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct 13:187–188

Barry C, Lim YN, Muller R, et al. A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study; The International Urogynecology Journal,19:171-8,19-Jul-07

Basok EK, Yildirim A, Atsu N, et al. Cadaveric fascia lata versus intravaginal slingplasty for the pubovaginal sling: surgical outcome, overall success and patient satisfaction rates.; Urol Int 2008;80(1):46-51

Basu M, et al. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence; BJOG 2010; 117:730-735

Basu M, et al. Three-year results from a randomised trial of a retropubic mid-urethral sling versus the Miniarc single incision sling for stress urinary incontinence; Int Urogynecol J 2013

Bekelman JE, et al. Scope and Impact of Financial Conflicts of Interest in Biomedical Research A Systematic Review; JAMA, January 22/29, 2003 Vol 289 No. 4, 454-465

Bellon J, Honduvilla N, Jurado F et al: In vitro interaction of bacteria with polypropylene/ePTFE prostheses. Biomaterials. 2001 Jul;22(14):2021-4.

Bemelmans BLH, Chapple CR. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?; Curr Opin Urol 2003;13:301-307

Benbouzid, S,. Cornu, J., Benchikh, A., Chanu, T., Haab, F., Delmas, V., Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and compilcations after a 4.5 years follow up; Internation Journal of Urology (2012) 19, 1010-1016

Bendavid R Iakovlev V, et al. Mesh-Related SIN Syndrome. A Surreptitious Irreversible Neuralgia and Its Morphologic Background in the Etiology of Post-Herniorrhaphy Pain2; Int J Clinical Med (2014)(5) 799-810

Benhaim Y, de Tayrac R, Deffieux X, Gervaise A et al: Treatment of genital prolapse with a polypropylene mesh inserted via the vaginal route. Anatomic and functional outcome in women aged less than 50 years. J Gynecol Obstet Biol Reprod (Paris). 2006 May;35(3):219-26.

Benson JT, Lucente V, McClellan E.: Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. **1996** Dec;175(6):1418-21; discussion 1421-2.

Bermudez EA, Rifai N, Buring JE, et al. Relation between markers of systemic vascular inflammation and smoking in women. Am J Cardiol 2002;89: 1117–9.

Berrocal J, Clave H, Cosson M (The TVM Group) et al: Conceptual advances in the surgical management of genital prolapse. J Gynecol Obstet Biol Reprod 2004; 33:577-587.

Berthier A, Sentilhes L, Taibi S, Loisel C, Grise P, Marpeau L. Sexual function in women following the transvaginal tension-free tape procedure for incontinence. Int J Gynaecol Obstet. 2008 Aug;102(2):105-9. Epub 2008 Apr 16. PubMed PMID: 18420207.

Bezerra CA and Bruschini H.. Suburethral sling operations for urinary incontinence in women.; Cochrane Database Syst Rev.

Bhandari M, Busse J, Jackowski D et al: Association between industry funding and statistically significant pro-industry findings in medical and surgical randomized trials. CMAJ. 2004 Feb 17;170(4):477-80.

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh

Bhatia N, Murphy M, Lucente V et al: A comparison of short-term sexual function outcomes for patients undergoing the transvaginal mesh procedure using standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh. (ABSTRACT ONLY).

Bianchi-Ferraro AM, Jarmy-Di Bella ZI, et al Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomizedcontrolled trial. Int Urogynecol J. 2013 Sep;24(9):1459-65. doi: 10.1007/s00192-012-1998-2. Epub 2012 Dec 4.

Binnebosel M, et al.. Biocompatibility of prosthetic meshes in abdominal surgery; Semin Immunopathol. 2011; [Deleted Object]:235-243

Birder L, Wyndale J: From urothelial signaling to experiencing a sensation related to the urinary bladder. Acta Physio 1-6, 2012.

Birder LA. Nervous network for lower urinary tract function. Int J Urol. 2012 Oct 23.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19.

Birlolini C, Minossi J et al: Mesh cancer: long-term mesh infection leading to squamous cell carcinoma of the abdominal wall. Hernia. 2013 Apr 19. [Epub ahead of print]

Birolini C, Minossi JG, et al. Mesh Cancer: Long-Term Mesh Infection Leading to Squamous-Cell Carcinoma of the Abdominal Wall; Hernia,19-Apr-13

Blaivas J, Purohit R, et al. Salvage Surgery after Failed Treatment of Synthetic Mesh Sling Complications; J Urology, 2013 Oct, Vol 190, 1281-1286

Blaivas JG and Chaikin DC.. Pubovaginal fascial sling for the treatment of all types of stress urinary incontinence: surgical technique and long-term outcome.; The Urologic Clinics of North America,38:7-15,00-Jan-00

Blaivas, et al. Safety considerations for synthetic sling surgery. Nat. Rev. Urol 18 August 2015, e-publication ahead of print.

Blandon RE, Gebhart JB et al. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Feb 10.

Blavais, J,. Purohit, R., Weinberger, J., Tsui, J., Chouhan, J., Sidhu, R., Saleem, K. Salvage Surgery after

Failed Treatment of Synthetic Sling Complications. The Journal of Urology: 2013; Vole 190, 1281-1286

Bobyn JD, Wilson GJ MacGreagor DC et al: Effect of pore size on the peel strength of attachement of fibrous tissue to pourous surface implants. J. Biomed Mater Res, pp 571-584.

Bodelsson G, et al. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women; BJOG (2002) 109: 566-569

Bodenheimer T. Uneasy alliance: Clinical investigators and the pharmaceutical industry. N Engl J Med.2000;342:1539-1544.

Bohrer JC, Chen CC. Pudendal neuropathy involving the perforating cutaneous nerve after cystocele repair with graft. Obstet Gynecol. 2008 Aug;112 (2 Pt 2):496-8.

Bonnet P, Waltregny D, et al. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: Anatomical considerations; The Journal of Urology,173:1223-8,01-Apr-05

Bouikerrou M, Boulanger L, Rubod C et al: Study of the biomechanical properties of synthetic implanted in vivo. European J. Obstet & Gynecol and Repro Bio 134: (2007) 262-267

Bouillot JL, et al. Parietal mesh abscess as an original presentation of cancer of the caecum; Digestive Surgery (1999) 16(2) 158-160

Boukerrou M, Rubod C, Dedet B et al: Tissue resistance of free tension procedure: What about healing? Int Urogynecol J (2008) 19:397-400. Published online Sept 2007.

Boulanger L, Boukerrou M, Lambaudie E, Cosson M: Tissue integration and tolerance to meshes used gynecological surgery: an experimental study. Eur J Obstet Gynecol Reprod Biol. 2006 Mar 1;125(1):103-8. Epub 2005 Sep 19.

Boulanger L, Boukerrou M, Rubod C et al: Development of an animal model to study meshes used in genital prolapse surgery

Boulanger L, Moukerrou M et al. Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse. Int Urogynecol J (2008) 19:827-831.

Bourrat M, Armand C et al: Complications and medium-term functional results of TVT in stress urinary incontinence. Prog Urol. 2003 Dec;13(6):1358-64. [in French]

Bowler S. Preparing articles for publication in peer-reviewed journals; American College of Preventive Medicine  www.acpm.org

Boyles S, Edwards R et al: Complications associated with transobturator sling. Int Urogynecol J (2007) 18: 19–22

Boyles SH, McCrery R., Dyspareunia and mesh erosion after mesh placement with a kit procedure. Obstet Gynecol. 2008 Apr;111(4):969-75.

Brill AI. The hoopla over mesh: what it means for practice.; Obstet Gynecol News,47:14-5 ,01-Jan-12

Brubaker L, Cundiff GW, et al. Abdominal sacrocolpopexy with Burch colposuspension to reduce urinary stress incontinence.; New England Journal of Medicine,354:1557-66,13-Apr-06

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery findings from the Trial of Midurethral Slings (TOMUS) study; Am J Obstet Gynecol 2011; 205: 498.e1-6

Brubaker L, Maher C, et al. Surgery for pelvic organ prolapse.; Female Pelvic Medicine & Recontructive Surgery,16:9-19,01-Jan-10

Brubaker L, Nygaard I, et al. Two-year outcomes after sacrocolpopexy with and without burch to prevent stress urinary incontinence.; Obstetrics and Gynecology,112:49-55, 7/1/2008

Brubaker L, 5-Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence2; The Journal of Urology

Brubaker, L., et al. Missing data frequency and correlates in two randomized surgical trials for urinary incontinence in women; Int Urogynecol J Published online 03/24/2015

Brubaker, L. (2006). Editorial: partner dyspareunia (hispareunia).; Int Urogynecol J Pelvic Floor Dysfunt, 17(4), 311. doi: 10.1007/s00192-006-0097-7

Bump RC, Mattiasson A, Bø K, Brubaker LP et al: The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol. 1996 Jul;175(1):10-7.

Burns-Heffner, C., et al. Testing Compliance of Surgical Meshes Fabricated from Different Polymeric Biomaterials; Abstract #877 2014 Society for Biomaterials

Burton, C., et al. Comments on Araco et al.: TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence.  Int Urogynecol J (2009) 20:369

But, Igor et al: Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J (2008) 19:857–861.

Cadish L, Hacker M, et al. Characterization of Pain After Inside-Out Transobturator Midurethral Sling; Female Pelvic & Reconstructive Surgery Vol 20, (2) March/April 2014

Calhoun TR, Kitten DM. Polypropylene suture -- Is it safe?; J Vasc Surg 1986; 4:98-100

Calvo JJ, Alfara AH, et al. "Stress urinary incontinence surgery with MiniArc sling system: Our experience."; Actas Urologicas Espanolas 2010;34(4):372-377

Cameron AP, et al. The treatment of female stress urinary incontinence: an evidenced-based review; Open Access J Urology 2011:3 109-120

Campeau L, Tu LM, Lemieux MC, et al. A Multicenter, Prospective Randomized Clinical Trial Comparing Tension-Free Vaginal Tape Surgery and No Treatment for the Management of Stress Urinary Incontinence in Elderly Women; Neurourology and Urodynamics 26:990-994 (2007)

Cao J., et al. In Vitro Study: Synthetic Prosthetic Meshes for Inguinal Hernia Repair; Presented at AATCC International Conference May 18-20 in Atlanta, GA  AATCC Review November/December 2011

Cappelletti M, Attolini G, Cangioni G, et al. The use of mesh in abdominal wall defects.  Minerva Chir. 1997 Oct;52(10):1169-76.

Caquant F, Collinet P, Deobodianance P, et al. Safety of transvaginal mesh procedure: retrospective study of 684 patients. J Obstet Gynaecol Res. 2008 Aug;34(4):449-56

Carey M, Higgs P. Vaginal repair with mesh vs colporrhaphy for prolapse a randomized controlled trial. BJOG. 2009 Sep;116(10):1380-6.

Carey M, Slack M, Higgs P et al: Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG. 2008 February; 115(3): 391–397.

Caruso S, Rugolo S, et al. Clitoral Blood Flow Changes After Surgery for Stress Urinary Incontinence:  Pilot Study on TVT Versus TOT Procedures; Urology 70: 554-557, 2007

Casiano ER, et al. Does concomitant prolapse repair at the time of midurethral sling affect recurrent rates of incontinence; Int Urogynecol J (2011) 22:819-825

Cayan, R.. Sexual function after surgery for stress urinary incontinence: vaginal sling versus Burch colposuspension.; Gynecol Obstet. 2008 Jan; 277(1):31-6 Epub 2007 Jul 25.

Celebi I. Gungorduk K. Ark K. Results of the tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: a 5 year follow-up study. Arch Gynecol Obstet 279: 463-467, 2009.

Celine Mary, Yves Marois, Martin W. King, Gaetan Laroche, Yvan Douville, Louisette Martin, Robert Guidoin, Comparison of the In Vivo Behaviour of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal, 44 (1998) 199-206

Cervigni M, Natale F, et al. Surgical Correction of Stress Urinary Incontinence Associated with Pelvic Organ Prolapse:  Trans-Obturator Approach (Monarc) Versus Retropubic Approach (TVT); Int Urogynecol J 2006;17(suppl. 2):S215 abstract 280. 31st annual IUGA meeting, Athens, Greece, 6-9 September 2006

Cetinel B, Demirkesen O, Onal B, Akkus E, Alan C, Can G: Are there any factors predicting the cure and complication rates of tension-free vaginal tape? Int Urogynecol J Pelvic Floor Dysfunct 2004;15:188–93.

Chae HD, Kim SR, Jeon GH, et al. A comparative study of outside-in and inside-out transobturator tape procedures for stress urinary incontinence.; Gynecol Obstet Invest. 2010;70(3):200-5. doi: 10.1159/000318866. Epub 2010 Jul 17.

Chaikin DC et al  Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct;160(4):1312-6.

Challoner, D, Korn, D. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years2; Institute of Medicine of the National Academies Report Brief July 2011

Challoner, DR, et al. Medical Devices and Health -- Creating a New Regulatory Framework for Moderate-Risk Devices; N Engl J Med 365:11: 977-979

Challoner, DR,. 2011 - IOM Committee on the Public-Health Effectiveness of the FDA 510(k) Clearance Process - letter to FDA re 510k; IOM 2011

Chapple, C., Raz, S., Brubaer, L., Zimmern, P. Mesh Sling in an Era of Uncertainty: Lessons Learned and the Way Forward. European Associations of Urology, 2013.

Charalambous S, Touloupidis S,et al. Transvaginal vs transobturator approach for synthetic sling placement in patients with stress urinary incontinence.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Mar;19(3):357-60. Epub 2007 Aug 29.

Chen C,  Gustilo-Ashby AM et al.  Anatomic relationships of the tension free vaginal mesh trocars. Am J Obstet Gynecol. 2007 Dec;197(6):666.e1-6.

Chen X, Tong X, Jiang M, et al. A modified inexpensive transobturator vaginal tape inside-out procedure versus tension-free vaginal tape for the treatment of SUI: a prospective comparative study; Archives of Gynecology and Obstetrics,284:1461-6 ,22-Mar-11

Chen Z, Chen Y, Du GH, et al. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence; Urologia. 2010 Jan-Mar;77(1):37-41; discussion 42.

Cheng D, Liu C.. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up.; Eur J Obstet Gynecol Reprod Biol. 2012 Apr;161(2):228-31. doi: 10.1016/j.ejogrb.2012.01.011. Epub 2012 Feb 13.

Chinthakanan O, et al. Indication and surgical treatment of midurethral sling complications:  a multicenter study; 2014-A-1239-AUGS/IUGS

Chinthakanan O, et al. Mesh removal following sling/mesh placement:  a multicenter study2; 2014-A-1236-AUGS/IUGA

Chinthakanan, O., Miklos, J.R., Moore, R.D., Mitchell, G., Favors, S., Karp, D.R., Northington, G.M., Nogueiras, G., Davila, G. "Mesh Removal Following Sling/Mesh Placement: A multicenter Study." *Int Urogynecol J* (2014): S139-S143.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial J Obstet Gynecol 2011;205:69.e1-8.

Chmielewski L, Walters MD, Weber AM, et al. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. J Obstet Gynecol 2011;205:69.e1-8.

Choe JH, Kim JH, Na TG, et al. Comparative Study of Tension-Free Vaginal Tape (TVT) and Suprapubic Arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence; International Urogynecology Journal 2005

Choi J, et al.. Use of Mesh During Ventral Hernia Repair in Clean-Contaminated and Contaminated Cases; Annals of Surgery, Vol 255, Number 1, Jan 2012

Cholhan HJ, et al. Pre-pubic approach to mid-urethral slings: 3-mmonth interim report on peri-operative experience and complications; 2007 Abstract

Cholhan HJ, Hutchings TB, et al. Dyspareunia associated with paraurethral banding in the transobturator sling2; Am J Obstet Gynecol (2010):202:481.e1-5

Chopra, S: Industry Funding of Clinical trials: Benefit or Bias? JAMA. 2003;290(1):113-114. doi:10.1001/jama.290.1.113.

Chrysostomou A. The management of stress urinary incontinence using transobturator tapes in a tertiary hospital in South Africa; Abst 0177 Oral presentations/Int J Gynecol & Obstet 10752 (2009) S93-S396

Chung C, Kingman T, Tsai L, et al. Serious Complications From a Single-Incision Midurethral Sling Placement; Obstet & Gynecol, February 2012, Vol 119, No. 2 Part 2, 464-466

Clave A, Yahi H, Hammou J, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 patients. Int Urogynecol J. 2010 Mar;21(3):261-70.

Claymen HM. Polypropylene; Opthalmology 1981 88:959-976

Clemons, J.L., et al., Impact of the 2011 FDA transvaginal mesh safety update on AUGS

Cobb W, Burns J, Peindl R et al: Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model. J Surgical Research 136, 1-7 (2006).

Cobb WS, et al. The argument for lightweight polypropylene mesh in hernia repair; Surg Innov 2005 12: 63-69

Coda, A., et al. Structural Alterations of Prosthetic Mesh in Humans; Hernia. 2003; Mar;7(1):29-34

Collinet P . Ciofu C. Costa P. Cosson M. Deval B . Grise P. Jacquetin B. Haab F; The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women . International Urogynecological Journal. 19:711-715, 2008.

Collinet P, Belot F, Debodinance P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17:315-320.

Colombo M, Vitabello D, et al. Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse; International Urogynecology Journal August 2005, Volume 16, Issue 2 Supplement, pp S35-S130

CommonHealth. Surgery Under Scrutiny:  What Went Wrong With Vaginal; http://commonhealth.wbur.org/2011/11

Constantini E, Lazzeri M, Kocjanci. ICS Abs 3 Prolonged follow-up shows continence deterioration after transobturator tape: Results from a randomised controlled trial.; International Continence Society Mtg 2013

Contemporary OB/GYN Staff. American Urogynecologic Society voices opposition to restrictions on transvaginal mesh; Contemporary OB/GYN May 01, 2013

Cornel G. Fracture of Polypropylene Suture; Ann Thorac Surg 1982; [Deleted Object]:641

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature (Update); Int Urogynecol J (2015) 26: 229-234

Cornelis R, Hogewoning C, et al. The introduction of mid-urethral slings: an evaluation of literature; Int Urogynecol J (Published online 21 August 2014))

Cornu J-N, Haab F.. Mini-slings for female stress urinary incontinence: Not yet at the age of reason.; Eur Urol 2011;60:481-483

Cornu, JN, et al. Midterm prospective evaluation of TVT-Secur reveals high failure rate; European Urology 58 (2010) 157-161

Corona, R., et al. Tension-free Vaginal Tapes and Pelvic Nerve Neuropathy; J Min Invas Gynecol 2008; 15(3):262-267

Corporate Action Network. Putting Women at Risk, The Case Against Pelvic Mesh Report; Corporate Action Network August 2014

Corton M. Critical anatomic concepts for safe surgical mesh; Clin Obstet Gynecol 2013 Jun; 56(2):247-56

Cosson M, Caquant F et al. Prolift Mesh for pelvic organ prolapse surgical treatment using the TVM group technique - a retrospective study of 96 women under 50.  (Abstract)

Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol (2003) 14:169-178.

Cosson M, Lambaudie E, Boukerrou M, Lobry P, Crépin G, Ego A. A biomechanical study of the strength of vaginal tissues. Results on 16 post-menopausal patients presenting with genital prolapse. Eur J Obstet

Gynecol Reprod Biol. 2004 Feb 10;112(2):201-5

Cosson M, Rosenthal C, Debodinance P: Prospective clinical assessment for Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse - 3 year results. (ABSTRACT ONLY)

Cosson, M., et al. Trans-vagianl mesh technique for Treatment of Pelvic Organ Prolapse: 5 years of Prospective follow up;

Costa P, Ballanger P, et al. Transobturator Tape for SUI. Preliminary Results of Prospective Multicenter Register; ICS Abstract #379,05-Oct-03

Costa P, Grise P, et al. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study; European Urology

Costa P. Comparisons of Safety and Efficacy of the Obtryx Sling and Advantage Mid-Urethral Sling for the Treatment of Stress Urinary Incontinence: Propensity Matching Results in a Large International Registry; Abstract 614 (2010)

Costello C, Bachman M, Grand, S, et al. Characterization of heavyweight and lightweight polypropylene prosthetic mesh explants from a single patient. Surg Innov. 2007 Sep;14(3):168-76.

Costello CR, et al. Materials Characterization of Explanted Polypropylene Hernia Meshes; J Biomed Mater Res Part B: Appl Biomater 83B: 44-49, 2007

Cox A, Herschorn S, et al. Surgical management of female SUI: Is there a gold standard?; Nat Rev Urol 2013;10:78-89

Cozad MJ, et al. Materials characterization of explanted polypropylene, polyethylene terephthaiate, and expanded polytetrafluoroethylene composites: Spectral and thermal analysis; J Biomed Mater Res Part B: Appl Biomater 94B: 455-462, 2010

Crosby E, Abernethy M, et al. Symptom Resolution After Operative Management of Complications From Transvaginal Mesh2; Obstet & Gynecol January 2012, Vol 123, No. 1, 134-139

Crosby, E., Abernathy, M., Berger, M., DeLancey, J., Fenner, D., Morgan, D. Symptom Resolution After Operative Management of Complications From Transvaginal Mesh., 2014. American College of Obstetricians and Gynecologists

Culligan PJ, Murphy M, et al. Long term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol. 2002 Dec;187(6):1473-80; discussion 1481-2.

Cundiff G, Varner E et al: Risk factors for mesh/suture erosion following sacral colpopexy. Am J Obstet Gynecol. 2008 Dec;199(6):688.e1-5.

Curfman, GD., et al. Medical Devices -- Balancing Regulation and Innovation; N Engl J Med 365; 11: 975-977

Daher N, et al. Pre-pubic TVT: an alternative to calssic TVT in selected patients with urinary stress incontinence; European J Obstet & Gynecol and Reproduct Biology 107 (2003) 205-207

Dallenbach et al: Incidence and risk factors for reoperation of surgically treated pelvic organ prolapse. Int Urogynecol J (2012) 23:35–41.

Daneshgari F, Kong W, et al. Complications of Mid Urethral Slings: Important Outcomes for Future Clinical Trials.; The Journal of Urology Vol 180, 1890-1897 November 2008.

Daraï E, Frobert JL, et al. Functional results after the suburethral sling procedure for urinary stress incontinence: a prospective randomized multicentre study comparing the retropubic and transobturator routes.; Eur Urol 2007 Mar;51(3):795-801; discussion 801-2. Epub 2006 Sep 8

Das, N., et al. Review Article: Microbial Degradation of Petroleum Hydrocarbon Contaminants: An Overview; Biotechnology Res Int 2011: 1-13 Article ID 941810

Dati S, et al. Obtryn (TM) system: transobturatory out-in sling in the treatment of isolated or pop-associated urinary incontinence (Abstract only); Int Urogynecol J (2007) 18 (Suppl l): S152

David-Montefiore E,et al. Peri-operative complications and pain after the suburethral sling procedure for urinary stress incontinence: a French prospective randomised multicentre study comparing the retropubic and transobturator routes.; European Urology,49:133-8 ,02-Nov-05

Davila G, Baessler K, Cosson M et al: Selection of patients in whom vaginal graft use may be appropriate. Consensus of the 2nd IUGA Grafts Roundtable: optimizing safety and appropriateness of graft use in transvaginal pelvic reconstructive surgery. Int Urogynecol J. 2012 Apr;23 Suppl 1:S7-14. Epub 2012 Mar 7

de Landsheere L, Ismail S, Lucot JP, Deken V, Foidart JM, Cosson M.: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7. Epub 2011 Jul 30.

de Leval J, Thomas A, Waltregny D (2011) The original versus a modified inside-out transobturator procedure: 1-year results of aprospective randomized trial. Int Urogynecol J 22:145–156

de Leval J.. Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out; European Urology,44:724-30,02-Oct-03

de Oliveira LM, Girao MJBC, et al. Comparison of Retro-Pubic TVT, Pre-Pubic TVT and TVT Transobturator in Surgical Treatment of Women With Stress Urinary Incontinence; International Urogynecology Journal

De Ridder D, et al. Single incision mini-sling versus a transobutaror sling: a comparative study on MiniArc and Monarc slings; Int Urogynecol J (2010) 21:773-778

De Souza A. Sexual function following retropubic TVT and transobturator Monarch sling in women with intrinsic sphincter deficiency: a multicentre prospective study .; Int Urogynecol J (2012) 23:153-158

de Tayrac R, Deffieux X, et al. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence.; American Journal of Obstetrics and Gynecology,190:602-8 ,01-Mar-04

de Tayrac R, Deffieux X, et al. A transvaginal ultrasound study comparing transobturator tape and tension-free vaginal tape after surgical treatment of female stress urinary incontinence.; Int Urogynecol J (2006) 17: 466-471

de Tayrac R, Deffieux X, Gervaise A et al:  Long term anatomical and functional assessment of trans vaginal cystocele repair using polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Sep;17(5):483-8.

de Tayrac R, Droupy S, et al. A Prospective Randomized Study Comparing TVT and Transobturator Suburethral Tape (TOT) for the Surgical Treatment of Stress Incontinence; ICS Abstract #344,,05-Oct-03

De Tayrac R, Gervaise A, Chauveaud A et al: Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct;83(10):950-4.;

De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80.

de Tayrac R, Letouzey V. Basic Science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. Int Urogynecol J. 2011 Jul;22(7):775-80.

de Tayrac R, Picone O, et al.  A 2-year anatomical and functional assessment oftransvaginal rectocele repair using a polypropylene mesh.  Int Urogynecol J (2006) 17: 100-105.

De Tayrac, Deffieux X et al: A prospective randomized trial comparing tension free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602-8.

de Tayrac, R et al.. Long-term anatomical and functional assessment of trans- vaginal cystocele repair using a tension-free polypropylene mesh.; Int Urogynecol J  (2006) 17: 483-488.

Debodinance P, Berrocal J, Clave H: Changing attitudes on the surgical treatment of urogential prolapse: birth of the tension-free vaginal mesh. J Gynecol Obstet Biol Reprod (Paris). 2004 Nov;33(7):577-88. (original manuscript in French only.  Only have English abstract.)

Debodinance P, Cosson M, Collinet P et al: Synthetic meshes for transvaginal surgical cure of gential prolapse: evaluation in 2005. J Gynecol Obstet Biol Reprod (Paris). 2006 Sep;35(5 Pt 1):429-54.

Debodinance P, Engrand J. Development of better tolerated prosthetic materials: applications in gynecological surgery. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):527-40. .

Debodinance P, Lagrange E, Amblard J, Jacquetin B (2007) TVT SECUR: more and more minimal invasive-

preliminary prospective study on 40 cases. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S136

Debodinance P, Lagrange E, Amblard J, Lenoble C, Lucot JP, Villet R et al (2008) TVT Secur: more and more minimally invasive. Preliminary prospective study of 110 cases. J Gynecol Obstet Biol Reprod (Paris) 37:229–236.

Deffieux X, Daher N, et al. Transobturator TVT-O versus retropubic TVT:  results of a multicenter randomized controlled trial at 24 months follow-up; Int Urogynecol J. 2010 Nov;21(11):1337-45.

Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9.

Deffieux X, Huel C, De Tayrac R et al: Vaginal mesh extrusion after transvaginal repair of cystocele using a prosthetic mesh: Treatment and functional outcomes. J Gynecol Obstet Biol Reprod (Paris). 2006 Nov;35(7):678-84.

Del Rosario J. Urena R. Manduley A. Cordoba L. Chronic pelvic pain as a complication of cystourethropexy with tension free vaginal tape. Arch Esp Urol. 59(5):533-5, June 2006.

Delorme E, Droupy S, et al. Transobturator tape (Uratape): a new minimally-invasive procedure to treat female urinary incontinence; European Urology,45:203-7 ,01-Feb-04

Delorme E. Transobturator urethral suspension:  mini-invasive procedure in the treatment of stress urinary inccontinence in women; Prog Urol 2001 Dec; 11(6):1306-13

Demirkesen, O, et al. Are the effectiveness and complication rates of transoburator and tension-free vaginal tape similat?; Türk Üroloji Dergisi: 34(4): 456-462, 2008

Demirkesen, O. Does vaginal anti-incontinence surgery affect sexual satisfaction? A comparison of TVT and Burch –colposuspension.; Int Braz J Urol. 2008 Mar- Apr; 34 (2):214-9

Deng M, Chen G, et al. A Study on In Vitro Degradation Behavior of a Poly(glycolide-co-L-lactide) Monofilament; Acta Biomaterialia,4:1382-91,11-Apr-08

Deng, DY, et al. Presentation and management of major complications of midurethral slings:  are complications under-reported?; Neurourol and Urodyna (2007) 26: 46-52

Deprest J, Zheng F, Konstantinovic M et al (2006) The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J 17:S16–S25.

Deprest, et al.. The need for preclinical research on pelvic floor reconstruction; BJOG 2013; 120:  141-143

DeSouza R, Shapiro A, et al. "Adductor brevis myosistis following transobturator tape procedure: a case report and review of the literature."; Int Urogyn J 2007;18:817-820

Detollenaere, RJ., et al. Short Term Anatomical Results of a Randomized Controlled Non Inferiority Trial Comparing Sacrospinous Hysteropexy and Vaginal Hysterectomy in Treatment of Uterine Prolapse Stage 2 or

Higher2; Int Urogynecol J (2013) 24 (Suppl 1): S1-S152

Deval B and Haab F.. Management of the complications of the synthetic slings.; Current Opinion in Urology

Deval B, Birsan A, et al. Objective and Subjective Cure Rates After Tension-free Vaginal Tape for Treatment of Urinary Incontinence.; Urology,58: 702-706 ,01-Nov-01

Di Piazza L, Piroli Torelli D,et al. Complications in short suburethral sling positioning.; Int Urogyn J 2009;20(Suppl 3):S403-404 IUGA Abst 430

Diallo S, Cour F, et al. Evaluating single-incision slings in female stress urinary incontinence: The usefulness of the CONSORT statement criteria.; Urol 2012;80:535-541

Dietz H, Vancaillie P, Svehla M. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct;14(4):239-43.

Digesu G, Chaliha C, Salvatore S et al: The relationship of vaginal prolapse severity to symptoms and quality of life.  BJOG July 2005 vol. 112:971-976.

Dindo D, Demartines N, Clavien P: Classification of surgical complications: a new proposal with evaluation in a cohort of 6336 patients and results of a survey. Ann Surg. 2004 Aug;240(2):205-13

Diwadkar G, Barber M, Feiner B, et al. Complications and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol. 2009 Feb;113(2 Pt 1):367-73.;

Dobson A, et al. Trans-obturator surgery for stress urinary incontinence:  1-year follow-up of a cohort of 52 women; Int Urogynecol J (2006)  Accepted 6 March 2006

Dora C, DiMaro D, Zobitz, M, Elliott, D:  Time dependent variations in biochemical properties of cadaveric fascia, porcine dermis, porcine small intestine submucosal, polypropylene mesh and autologous fascia in the rabbit model:  Implications for sling surgery.   Journal of Urology Vol. 171, 1970–1973, May 2004.

Drahoradova P, Masata J, et al. Comparative Development of Quality of Life Between TVT and Burch Colposuspension; Proceedings of the 34th Annual Meeting of the International Continence Society and the International UroGynecological Association August 25-27; Paris, France (, 2004) Abstract 278

Drahoradova P,. Longitudinal trends with improvement in quality of life after TVT, TVT O and Burch colposuspension procedures.; Med Sci Monit. 2011; 17(2):CR67-72

Drews RC. Polypropylene in the human eye; Am Intra-Occular Implant Soc J 1983 Spring 9:137-142

Duckett J, Baranowski A. Pain after suburethral sling insertion for urinary stress incontinence; Int Urogynecol J (2013) 24:195-201

Duckett JR, Jain S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int 2005;95(1):95–7

DukeMedicine. Alert - Pelvic floor disorders Incontinence and vaginal prolapse; DukeMedicine

Dunn GE, et al. Changed Women:  The Long-Term Impace of Vaginal Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 131-136

Dunn, G., Hansen, B., Egger, M., Nygaard, I., Sanchez-Birkeah, A., Hsu, Y., Clark, L. "Changed Women: The Long-Term Impact of Vaginal Mesh Complications." *Female Pelvic Medicine & Reconstructive Surgery* (2014). Volume 20, Number 3.

Duong TH, Taylor D, et al. A Multicenter Study of Vesicovaginal Fistula Formation Following Cystotomy During Hysterectomy for Benign Indications; Felmale Pelvic Med & Reconstruc Surgery (2010)16(2) Supp S5-S43

Dwyer P: Ulf Ulmsten (1938–2004) leader and innovator in urogynaecology. Int Urogynecol J (2004) 15: 221–222.

Dwyer, PL. Editorial The 75% rule:  all stress incontinence procedures are alike; Int Urogynecol J (2011) 22:769-770

Dykorn O, Kulseng-Hanssen S: TVT compared with TVT-O and TOT: results from the Norwegian National Incontinence Registry. Int Urogynecol J (2010) 21:1321–1326.

EAU 2009:. Single-incision mid-urethral sling has high cure rate for stress urinary incontinence.; Medscape Mar 31, 2009.

EAU. Guidelines on Surgical Treatment of Urinary Incontinence; Published online 6 November 2012

Ek M, Altman D, Falconer C et al: Effects of anterior trocar guided-transvaginal mesh surgery on lower urinary tract symptoms. Neurourol Urodyn. 2010 Nov;29(8):1419-23

Ek M, Tegeerstedt G, Falconer C et al: Urodynamic assessment of anterior vaginal wall surgery: a randomized comparison between colporraphy and transvaginal mesh. Neurourol Urodyn. 2010 Apr;29(4):527-31.

Eland IA, et al. Attitudinal surgey of volunatry reporting of adverse drug reactions; Br J Clin Pharmacol (1999) 48, 623-627

El-Barky E, El-Shazly A, et al. Tension free vaginal tape versus Burch colposuspension for treatment of stress urinary incontinence.; Int Urol Nephrol. 2005;37(2):277-81

El-Hefnawy AS, Wadie BS, et al. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT?; Int Urogynecol J. 2010 Aug;21(8):947-53

Ellington DR and Richter HE.. Indications, Contraindications, and Complications of Mesh in Surgical Treatment of Pelvic Organ Prolapse; Clincial Obstetrics & Gynecology,56:276-88,01-Jun-13

Elliott DS. Con: mesh in vaginal surgery: do the risks outweigh the benefits? Curr Opin Urol. 2012 Jul;

22(4):276-81.

Elmer C Altman D, Engh M et al: Trocar-guided transvaginal mesh repair of pelvic organ prolapse. Obstet Gynecol. 2009 Jan;113(1):117-26

Elmer C, Blomgren B, Falconer C et al: Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery. J Urol. 2009 Mar;181(3):1189-95.

Elmer C, Falconer C, Hallin A et al: Risk factors for mesh complications after trocar guided transvaginal mesh kit repair of anterior vaginal wall prolapse. Neurourol Urodyn. 2012 Apr 19. doi: 10.1002/nau.22231.

Elser, D. New Options for Stress Urinary Incontinence; The Female Patient, Supp. Aug. 2009

Elzevier H, Putter H et al: Female sexual function after surgery for stress urinary incontinence: transobturator suburethral tape vs. tension fre vaginal tape obturator. J Sex Med. 2008 Feb;5(2):400-6. Epub 2007 Nov 27

Endo M, et al. Mesh contraction: in vivo documentation of changes in apparent surface area utilizing meshes visible on magnetic resonance imaging in the rabbit abdominal wall model; Int Urogynecol J (2014) 25:737-743

Enzelsberger H, Schalupny J, et al. TVT versus TOT - A prospective randomized study for the treatment of female stress urinary incontinence at a followup of 1 year [German].; Geburtsh Frauenheilk 65:506-511

Eschenbach et al: Prevalence of hydrogen peroxide-producing Lactobacillus species in normal women and women with bacterial vaginosis. J Clin Microbiol. Feb 1989; 27(2): 251–256.

Ethicon, Inc. 2012. Sacrocolpopexy with ARTISYN™ Y-Shaped Mesh, Sales Process; ETH.MESH.08114911 - ETH.MESH.08114934

Falagas M, Velakoulis S, Iavazzo C, et al. Mesh-related infections after pelvic organ prolapse repair surgery. Eur J Obstet Gynecol Reprod Biol. 2007 Oct;134(2):147-56.

Falconer, C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S19-S23

Farrell S, Dempsey T, Geldenhuys L: Histological examination of "fascia" used in colporrhaphy. Obstet Gynecol. 2001 Nov;98(5 Pt 1):794-8

Farrell SA,. The evaluation of stress incontinence prior to primary surgery; J obstet Gynaecol Can 2003;25(4):313-8

Fattah MA, Sivanesan K. Ramsay I. Pringle S. Bjornsson S. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU international. 594-598, 2006.

Fatton R, Amblard P, Debodinance P. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique)--a case series multicentric study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):743-52.

FDA Blue Book. Device Labeling Guidance #G91-1 (blue book memo) 1991. last updated 5/09.

FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence. http://www.fda.gov/medicaldevices/safety/alertsandnotices/publichealthnotifications/ucm061976.htm

FDA. §801.63 Medical devices; warning statements for devices containing or manufactured with chlorofluorocarbons and other class I ozone-depleting substances; 2014 Food and Drug Administration, HHS §801.63

FDA. FDA's Role and Activities; FDA webpage 4/29/2014

FDA. Surgical mesh for treatment of women with pelvic organ prolapse and stress urinary incontinence; FDA Executive Summary 2011

Feifer A and Corcos J.. The use of synthetic sub-urethral slings in the treatment of female stress urinary incontinence.; Int Urogynecol J (2007) 18:1087-1095

Feiner B and Maher C.. Vaginal mesh contraction: definition, clinical presentation, and management.; Obstetrics & Gynecology,115:325-30 ,01-Feb-10

Female Urology, Urogynecology and Voiding Dysfunction. Edited by Vasavada, Appell, Sand, Raz. 2005 Edition.

Feng CL, Chin HY, Wang KH.. Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients.; Int Urogynecol J Pelvic Floor Dysfunct. 2008 Oct;19(10):1423-7. doi: 10.1007/s00192-008-0658-z. Epub 2008 May 31.

Feola A, Moalli PA, et al. Stress-Shielding the impact of Mesh Stiffness on Vaginal Function; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Feola A, Moalli P et al: Characterizing the ex vivo textile and structural properties of synthetic prolapse mesh products. Int Urogynecol J (2013) 24:559–564.

Feola, A. Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh; BJOG An International Journal of Obstetrics and Gynaecology 2013

Firoozi F and Goldman HB.. Pure transvaginal excision of mesh erosion involving the bladder; The International Urogynecology Journal,,04-Apr-13

Firoozi F, Goldman H. Transvaginal excision of mesh erosion involving the bladder after mesh placement using a prolapse kit - a novel technique. Urology. 2010 Jan;75(1):203-6

Fischer A, Fink T, et al. Comparison of retropubic and outside-in transoburator sling systems for the cure of female genuine stress urinary incontinence; European Urology,48:799-804,15-Aug-05

Fisher H, Lotze P: Nerve injury locations during retropubic sling procedures. Int Urogynecol J (2011) 22:439–441.

Flam F, Boijsen M, and Lind F.. Necrotizing fasciitis following transobturator tape treated by extensive surgery and hyperbaric oxygen.; Int Urogynecol J (2009) 20:113-115

Fletcher AP. Spontaneous adverse drug reaction reporting vs event monitoring: a comparison; J Royal Society Med (1991) 84: 341-344

Flock F, Reich A, et al. Hemorrhagic complications associated with tension-free vaginal tape procedure.; Obstetrics & Gynecology,104:989-94,01-Nov-04

Flood CG, et al. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles; Int Urogynecol J Pelvic Floor Dysfunct 1998; 9(4): 200-4

Food and Drug Administration (FDA).. FDA executive summary. Surgical mesh for the treatment of women with pelvic organ prolapsed and stress urinary incontinence.; Obstetrics and Gynecology Devices Advisory Committee Meeting,, 9/8/2011

Food and Drug Administration (FDA).. FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse.; 40737

Foon R, Toozs-Hobson P, Latthe P. Adjuvant materials in anterior vaginal wall prolapse surgery: a systematic review of effectiveness and complications. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1697-706.

Foote J, et al. Referral Patterns and Complications of Midurethral Slings; Abstract 843

Ford, et al. Mid-urethral sling operations for stress urinary incontinence in women. 2015 The Cochrane Collaboration.

Freeman R, Holmes D, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence - a multi-centre randomised controlled trial; Int Urogynecol J. 2011 Mar;22(3):279-86

Frenkl TL, Rackley RR, et al. Management of Iatrotgenic Foreign Bodies of the Bladder and Urethra Following Pelvic Floor Surgery; Neuro and Urodynam (2008)27:491-495

Funk MJ, Siddiqui NY, et al. Long-term Outcomes After Stress Urinary Incontinence Surgery; Obstetrics & Gynecology,120:83-90,01-Jul-12

Gabriel B, Rubod C, Brieu M, Dedet B, de Landsheere L, Delmas V, Cosson M. Vagina, abdominal skin, and aponeurosis: do they have similar biomechanical properties? Int Urogynecol J. 2011 Jan;22(1):23-7. Epub 2010 Aug 27.)

Galloway N, Davies N, Stephenson TP. The complications of colposuspension. Br J Urol 1987;60:122–124.

Gamble T, et al. Predicting persistent dstrusor overactivity after sling procedures; Int Urogynecol J (2008) 19 (Suppl 1): S64-S65

Gangam N, Kanee A: Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol. 2007 Aug;110(2 Pt 2):463-4.

Ganj F, Ibeanu O, Bedestani A et al: Complication of transvaginal monofilament polypropylene mesh in POP repair. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):919-25. Epub 2009 Apr 7.

GAO. Medical Devices FDA Should Take Steps to Ensure That High-Risk Device Types Are Approved through the Most Stringent Premarket Review Process; GAO Report to Congressional Addressees January 2009

Garber, AM. Modernizing Device Regulation; N Engl J Med (2010) 362:13: 1161-1163

Garcia M, Ruiz V, Godoy A, et al:  Differences in polypropylene shrinkage depending on mesh position in an experimental study.  American Journal of Surgery Vol 193, Issue 4, April 2007, p538-542

Gauruder-Burmester A, Koutouzidou P et al: Effect of vaginal polypropylene mesh implants on sexual function. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):76-80.

Gebhart JB, Dixon DA, et al. Three-year outcomes of Uretex Urethral Support System for treatment of stress urinary incontinence; The International Urogynecology Journal,19:1075-9,28-Feb-08

Geoffrion R, et al. Closing the Chapter on Obtape:  a case report of delayed thigh abscess and a literature reivew; J Obstet Gynaecol Can 2008; 30(2): 143-147

Gerstenbluth, RE., et al. Simultaneous Urethral Erosion of Tension-Free Vaginal Tape and Woven Polyester Pubovaginal Sling; J Urol. 2003, Aug; 170 (2 Pt 1): 525-6

Ghadimi BM, Langer C, Becker H (2002) The carcinogenic potential of biomaterials in hernia surgery. Chirurg 73(8):833–837.

Ghezzi F, Serati M, Cromi A, Uccella S, Triacca P, Bolis P. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2006 Jan;17(1):54-9. Epub 2005 Jun 23

Gilberti C, et al. Transobturator Tape for Treatment of Female Stress Urinary Incontinence: Objective and Subjective Results After a Mean Follow-up of Two Years.; Urology 2007;69:703-707

Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery*. Humana Press, 2013.

Gomelsky A, et al. Biocompatibility Assessment of synthetic sling materials for female stress urinary incontinence; J Uro (2007)178:1171-1181

Greca FH. The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the

repair of abdominal defects. Experimental study in dogs.; Hernia. (2001); 5: 59-64.

Green J, Buencamino D, et al. A comparison of the transobturator tape and transabdominal tension free vaginal tape procedures for the surgical treatment of stress urinary incontinence; Presented at the 35th Annual Meeting of the International Continence Society, 28th August-2nd September 2005, Montreal, Canada.

Greenwald D, Shumway S, et al. Mechanical Comparison of 10 Suture Materials Before and After in Vivo Incubation; J Surg Research 1994; 56:372-377

Gristina, A.G.. (1987). Biomaterial-centered infection: microbial adhesion versus tissue integration.; Science, 237:1588-1595.

Groah S et al: Excess risk of bladder cancer in spinal cord injury: evidence for an association between indwelling catheter use and bladder cancer. Arch Phys Med Rehabil. 2002 Mar;83(3):346-51.

Groutz A, Cohen A, et al. The safety and efficacy of the ""inside-out"" trans-obturator TVT in elderly versus younger stress-incontinent women: a prospective study of 353 consecutive patients.; Neurourol Urodyn. 2011 Mar;30(3):380-3. doi: 10.1002/nau.20976.

Groutz A, Levin I, Gold R, et al. """Inside-out"" transobturator tension-free vaginal tape for management of occult stress urinary incontinence in women undergoing pelvic organ prolapse repair."; Urology. 2010 Dec;76(6):1358-61. doi: 10.1016/j.urology.2010.04.070. Epub 2010 Oct 25.

Groutz A, Rosen G, Gold R, et al. Long-term outcome of transobturator tension-free vaginal tape: efficacy and risk factors for surgical failure.; J Womens Health (Larchmt). 2011 Oct;20(10):1525-8. doi: 10.1089/jwh.2011.2854. Epub 2011 Aug 5.

Guerrero KL, Emery SJ, et al. "A randomised controlled trial comparing TVT, Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women "; BJOG 2010 Nov;117(12):1493-502.

Guidoin R, Chakfe N. Aneurysmal Deteroration of Arterial Substitutes; Current Therapy in Vascular Surgery 2: 324-328

Gurshumov EL. Mapper AS. Siercki AR. Small bowel perforation in a hernia sac after TVT placement at the time of Colpocleisis. Int Urogynecol J, July 2009.

Haferkamp, A., et al. Urethral Erosion of Tension-Free Vaginal Tape; J Urol. 2002;167(1): 250

Halaska, M., Maxova, K., Sottner, O., Svabik, K., Mlcoch, M., Kolarik, D., Mama, I., Krofta, L., Halaska, M. A multicenter, randized prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. American Journal of Obstetrics and Gynecology; 2012

Hamilton B, McCrery R: Dyspareunia and mesh erosion after vaginal mesh placement with a kit procedure. Obstet Gynecol 2008, 4:969-975

Hammad FT, et al. Erosions and Urinary Retention Following Polypropylene Synthetic Sling: Australasian

Surgey; Eur Urol 47 (2005) 641-647

Hammad FT. TVT can also cause urethral diverticulum . International Urogynecological Journal . 18:467-469, 2007.

Hammett J, et al. Short-term surgical outcomes and characteristics of patients with mesh complications from pelvic organ prolapse and stress urinary incontinence surgery2; Int Urogynecol J (2014) 25:465-470

Han H, Shukiman I, Lee L (2007) TVT SECUR in treating female stress urinary incontinence: early experience. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S184–S185.

Han WHC.. Burch colposuspension or tension-free vaginal tape for female urinary incontinence? (Abstract).; International Urogynecology Journal and Pelvic Floor Dysfunction

Handa VL, et al. Banked human fascia lata for the suburethral sling procedure:  a preliminary report; Obstet Gynecol 88(6): 1045-9 1996 Dec

Hansen BL, et al. Long-Term Follow-up of Treatment for Synthetic Mesh Complications; Female Pelvic Med Reconstr Surg 2014;20: 126-130

Harding CK, et al. A prospective study of surgeon and patient-perceived outcome following transobturator tape insertion for treatment of urodynamic stress incontinence; Br J Med and Surg Urol (2009) 2, 197-201

Hartung DM, et al. Reporting Discrepancies between clinicaltrials.gov results database and peer-reviewed publications; Ann Intern Med 2014;160:477-483

Hassan MF, et al. Treatment success of transobturator tape compared with tension free vaginal tape for stress urinary incontinence at 24 months:  a randomized controlled trial; Open J Obstet and Gynecol, 2014, 4, 169-175

Hawker et al:  Measures of Adult Pain.  Arthritis Care & Research. Vol. 63, No. S11, November 2011, pp S240 –S252

Haylen, BT, et al. An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) and grafts in female pelvic fl; Neurourology and Urodynamics,30:2-12,01-Jan-11

Hay-Smith J, Berghmans B, Burgio K, et al. Adult Conservative Management. In: Abrams P, Cardozo L, Khoury S, Wein A, editors. Incontinence; 4th International Consultation on Incontinence; Paris: Health Publication Ltd; 2009. pp. 1025–1120.

Hazell L, et al. Under-reporting of adverse drug reactions a systematic review; Drug Safety 2006; 29(5) 385-396

Hazenwinkel M, Hinoul P et al: Persistent groin pain following a transobturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):363-5. Epub 2008 Sep 4.

Health Canada. Health Canada Warns of Serious, Life-Altering Complications Associated with Transvaginal Mesh _ NewsInferno; http://www.newsinfero.com/health-canada-warns

Heesakkers JP. Vierhout ME. Some complications of tension-free midurethral tapes for the treatment of stress incontinence in women. Ned Tijdschr Geneeskd. 151(24):1361-6, June 2007.

Heinonen, P.. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome; International Journal of Urology (2012) 19, 1003-1009

Heise, CP, et al. Mesh Inguinodynia:  A New Clinical Syndrome After Inguinal Herniorrhaphy?; J Am Coll Surg.  1998 Nov; 187(5): 514-8

Heniford, B.T.. """The benefits of lightweight meshes in Ventral Hernia Repair in Ventral Hernia Repair"""; Video produced by Ethicon. 2007

Herbertsson G, Iosif CS. Surgical results and urodynamic studies 10 years after retropubic colporurethropexy. Acta Obstet Gynecol Scand 1993;72:298–301.

Hernádez-Gascón B, et al. Mechanical behaviour of synthetic surgical meshes:  Finite element simulation of the herniated abdominal wall; Acta Biomaterialia 7 (2011) 3905-3913

Hilger W, Walter A, Zobitz M et al: Histological and biomechanical evaluation of implanted graft materials in a rabbit vaginal and abdominal model. Am J Obstet Gynecol 2006; 195:1826-31.

Hilton P. Long-term follow-up studies in pelvic floor dysfunction:  the Holy Grail or a realistic aim?; BJOG 2008; 115: 135-143

Hilton, P., et al. Postural Perineal Pain Associated With Perforation of the Lower Urinary Tract Due to Insertion of a Tension-Free Vaginal Tape; BJOG (2003) 110: 79-82

Hiltunen R, Takala, T, Heiskanen E et al: Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol. 2007 Aug;110(2 Pt 2):455-62.

Hines, Jonas Zajac, et al.. Left to Their Own Devices:  Breakdowns in United States Medical Device Premarket Review; PLOS Med 7(7): e1000280 July 13, 2010

Hinoul P, Bonnet P, Krofta L,et al. An anatomic comparison of the original versus a modified inside-out transobturator procedure; Int.Urogynecol J(2011) 22(8) 997-1004

Hinoul P, et al. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence; J Urology 2011 (185): 1356-1362

Hinoul P, et al. TVT obturator system versus TVT secur: randomized controlled trial, short term results; Int Urogynecol J (2009) 20:S213

Hinoul P, Ombelet W, Matthe P et al:  A prospective study to evaluate the anatomic and functional outcome

of a transobturator mesh kit (Prolift Anterior) for symptomatic cystocele repair. J Minim Invasive Gynecol 2008;15(5):615-620.

Hinoul P, Roovers JP, et al. Surgical management of urinary stress incontinence in women: A historical and clinical overview.; Eur J Obstet Gyn Reprod Biol 2009;145:219-225

Hinoul P, Vanormelingen L et al: Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J Pelvic Floor Dysfunction 2007;18:1201-6.

Hogston P. Single surgeon experience with 125 trans-obturator sling procedures; Int Urogynecol J (2011) 22 (Suppl 3) S1947

Hokenstad ED, et al. Health-related quality of life and outcomes after surgical treatment of complications from vaginally placed mesh; Female Pelvic Med Reconstr Surg 2015;21: 176-180

Holmgren, C. Quality of life after tension-free vaginal tape surgery for female stress incontinence; Scandinavian Journal of Urology and Nephrology, 2006; 40: 131-137

Hong MK, Liao CY, et al. Internal Pudendal Artery Injury during Prolapse Surgery Using Nonanchored Meesh; J Min Invas Gynecol (2011) 18, 678-681

Hota L, Hanaway K et al: TVT-Secur (Hammock) versus TVT-Obturator: A randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg. 2012 ; 18(1): 41–45

Hou JC, et al. Outcome of Transvaginal Mesh and Tape Removed for Pain Only; The Journal of Urology Vol 192, 856-860, September 2014

Howden NS, Zyczynski HM, et al. Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes; The American Journal of Obstetrics & Gynecology,194:1444-9,31-Mar-06

Hsiao SM, et al. Sequential comparisons of postoperative urodynamic changes between retropubic and transobturator midurethral tape procedures; World J Urol 2008 Dec;26(6):643-8

Hubka P, Masata J et al:  Anatomical relationship and fixation of tension free vaginal tape Secur. Int Urogynecol J (2009) 20:681–688

Hubka P, Masata J, Nanka O, et al. Possible complications of the TVT-S vaginal tape in the H-position.; ICS Abstract #286,,00-Jan-00

Hubka P, Nanka O et al:  TVT-S in the U-position--Anatomical study. Int Urogynecol J (2011) 22:241–246.

Hubka P, Svabik K et al: A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure: two cases of contact of TVT-S with the corona mortis during cadaver study. Int Urogynecol J (2010) 21:1179–1180.

Huffaker RK. Yandell PM. Shull BL. Tension-free vaginal tape bowel perforation. Int Urogynecol Journal, 2009.

Hurtado EA, Appell RA. Management of complications arising from transvaginal mesh kit procedures: a tertiary referral center's experience; Int Urogynecol J (2009) 20:11-17

Iakovlev V, et al. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications Mesh Is Not Inert; ICS Abstract 228, 2014

Iakovlev V, Guelcher S, et al. In vivo degradation of surgical polypropylene meshes: A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

Iakovlev V, Mekel G, Blaivas J. Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications: Mesh Is Not Inert; ICS.org abst 228 Study St Michael's Hospital, Univ. Toronto

Iakovlev V. Explanted surgical meshes: what pathologists and industry failed to do for 50 years; Virchows Arch (2014) 465 (Suppl 1):S1-S379

Iakovlev VV, Carey ET, Steege J. Pathology of Explanted Transvaginal Meshes2; Accepted Abstract

Iakovlev VV, et al. Pathology of Explanted Transvaginal Meshes; Int J Med Health Pharmaceu and Biomedical Engineering 2014, (8)9: 510-513

Iakovlev, V., et al. OFP-13-001 In vivo degradation of surgical polypropylene meshes: A finding overlooked for decades; Virchows Arch (2014) 465 (Suppl 1): S35

ICS. ICS Fact Sheets A Background to Urinary and Faecal Incontinence Prepared by the Publications & Communications Committee; 42198

Iglesia C, Sokol A, Sokol E, et al. Vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol. 2010 Aug;116(2 Pt 1):293-303.

Iglesia CB, et al. The use of mesh in gynecologic surgery; Int Urogynecol J (1997)8:105-115

Iglesia CB. Pelvic Organ Prolapse Surgery: Long-term Outcomes and Implications for Shared Decision Making; The Journal of American Medical Association,309:2045-6,15-May-13

Iglesia, CB. Stop Using Synthetic Mesh for Routine Repair of Pelvic Organ ProlapseStart Performing Native Tissue Repairs and Reserve Mesh for Selective Cases; OBG Management 2013; 25: 24-25

Ignjatovic I, Stosic D: Retrovesical haematoma after anterior Prolift procedure for cystocele correction. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Dec;18(12):1495-7. Epub 2007 Jun 29.

IUGA. Stress Urinary Incontinence A Guide for Women; IUGA 2011

Jaburek L, Jaburkova J, et al. Risk of haemorrhagic complications of retropubic surgery in females: anatomic remarks; Biomedical Papers of the Medical Faculty of the University Palacky, Olomouc, Czech

Republic,155:75-7,01-Mar-11

Jacquetin B, Caquant F, Collinet P: Prolene Soft Mesh for POP surgical treatment - a prospective study of 264 patients. (ABSTRACT ONLY)

Jacquetin B, Fatton B, Rosenthal C et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J. 2010 Dec;21(12):1455-62.

Jacquetin B, Cosson M, Lucente V et al: Prospective clinical assessment of the transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse-one year results of 175 patients. (Abstract #291: Presentation International Continence Society 2006).

Jacquetin B, Cosson M: Complications of vaginal mesh: our experience. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug;20(8):893-6.

Jallah, Z., et al. The impact of prolapse mesh on vaginal smooth muscle structure and fuction. 2015 Royal College of Obstetricians and Gynaecologists.

Jeffery S, Nieuwoudt A: Beyond the complications: medium-term anatomical, sexual and functional outcomes following removal of trocar-guided transvaginal mesh. a retrospective cohort study. Int Urogynecol J. 2012 Apr 20. Epub ahead of print.

Jelovsek JE, Barber MD, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up; BJOG,115:219-25; discussion 225,01-Jan-08

Jha S. Radley S. Farkas A. Jones G. The impact of TVT on sexual function. Int Urogynecol Journal 20: 165-169, 2009

Jha, Swati. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis; J Sex Med 2012; 9: 34-43

Jia X, Glazener C, Mowatt G, et al. Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systemic review and meta-analysis. BJOG 2008 Oct;115(11):1350-61.

Joint Meeting of the International Continence Society and the International Urogynecological Association August 23-27, 2010 Toronto, Canada. Poster Presentation.

Jones K, Moalli P et al: Tensile Properties of Commonly used prolapse meshes. Int Urogynecol J Pelvic Floor Dysfunct. 2009 July ; 20(7): 847–853.

Jongebloed, WL, et al.. Degradation of Polypropylene in the Human Eye: A Sem-Study; Doc Ophthalmol,Vol 64, No. 1, pp. 143-152, 1986

Jonsson Funk M, Siddiqui NY, et al. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors; Am J Obstet Gynecol 2013; 208:73.e1-7

Julia JJ, et al. Long term experinee in 72 patients with the Advantage® sling system;

www.bostonscientific.com/gynecology

Julian TM.. The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall.; The American Journal of Obstetrics and Gynecology,175:1472-5,01-Dec-96

Jun KK, Oh S, et al; Long-term clinical outcomes of the tension-free vaginal tape procedure for the treatment of stress urinary incontinence in elderly women over 65. Korean J Urol. 2012 Mar;53(3):184-8. doi: 10.4111/kju.2012.53.3.184. Epub 2012 Mar 19.

Jung HC, Kim JY, Lim HS, et al.. Three-year Outcomes of the IRIS procedure for Treatment of Female Stress Urinary Incontinence: Comparison with TVT Procedure.; J Korean Med Sci. (2007); 22: 497-501.

Junge, K., Rosch, R. Klinge, U.et a. Risk factors related to recurrence in inguinal hernia repair:  a retrospective analysis.; Hernia (2006)10: 309-315.

Kaelin-Gambirasio I, Jacob S,et al. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up.; BMC Womens Health. 2009 Sep 25;9:28. doi: 10.1186/1472-6874-9-28.

Kane AR, et al. Midurethral Slings for Stress Urinary Incontinence; Clinical Obstetrics and Gynecol (2008) 51(1): 124-134

Kang D., et al. MP75-16 Patient Quality of Life AFter Removal of Vaginal Mesh; Urology J Vol 191, No. 4S e879

Karateke A, Haliloglu B, Cam C, Sakalli M.  Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomised study. Aust N Z J Obstet Gynaecol. 2009 Feb;49(1):99-105.

Karram M, Lucente V, Khandwala S, Nilsson C, Artibani W, Dmochowski R (2007) An evaluation of the Gynecare TVT Secur system (tension-free support for incontinence) for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S3

Karram MM, Segal JL, et al. Complications and untoward effects of the tension-free vaginal tape procedure.; Obstetrics and Gynecology,101:929-32. ,01-May-03

Karsenty G, et a. Severe soft tissue infection of the thigh after vaginal erosion of transobturator tape for stress urinary incontinence; Int Urogynecol J 2007;18:207- 221

Kasturi S, Diaz S, McDermott C et al: De novo stress urinary incontinence after negative prolapse reduction stress testing for total vaginal mesh procedures: incidence and risk factors. Am J Obstet Gynecol. 2011 Nov;205(5):487.e1-4. Epub 2011 Jul 20. .

Katz, S.. Bacterial adherence to surgical sutures: a possible factor in suture induced infections.; Ann Surg, 194:35-41

Kavvadias T, Klinge U, Schuessler. "Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence"; Hernia Repair Sequelae , editors, V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ,

2010, pp. 439-444

Kennelly MJ, et al. Prospective evaluation of a single incision sling for stress urinary incontinence; J Urology (2010)184: 604-609

Kessler, D: Introducing a New Approach to Reporting Medication and Device Adverse Effects and Product Problems: JAMA, June 2, 1993 – Volume 269, No 21

Khandwala S, Jayachandran C et al: Experience with TVT-Secur sling for stress urinary incontinence: a 141 case analysis. Int Urogynecol J (2010) 21:767–772.

Khandwala S, Jayachandran C: Transvaginal mesh surgery for pelvic organ prolapse--Prolift + M: a prospective clinical trial. Int Urogynecol J. 2011 Nov;22(11):1405-11

Khandwala S, Lucent V, et al. Preliminary Results of Peri-Operative and 3-Month Outcomes From a World-Wide Observational Registry of Tension-Free Vaginal Tapes in Women with Stress Urinary Incontinence; ICS Abstract 493

Khanuengkitkong S, et al. Delayed vaginal and urethral mesh exposure:  10 years after TVT surgery; Int Urogynecol J (2013) 24: 519-521

Killingsworth LB. Wheeler TL. Burgio KL . Martirosian TE. Redden DT. Richter HE. One year outcomes of tension free vaginal tape (TVT) mid- urethral slings in overweight and obese women . Int Urogynecol Journal 20: 1103-1108, 2009.

Kim J, Na Y, Lee J, Seo J. et al.. Comparative Study of Tension-free Vaginal Tape (TVT) and Suprapubic arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence.; V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444

Kim JY, Jung HC, Moon KH, et al. Comparisons of IRIS, TVT and SPARC Procedure for Stress Urinary Incontinence.; European Urology Supplement

Kim Y, Kim S, Kim W et al: Acute and serious myositis with abscess in thigh muscle after transobturator tape implantation. Int Neurourol J. 2010 Oct;14(3):182-5. Epub 2010 Oct 31.

King AB, Wolters JP, Klausner AP, Rapp DE.  Vaginal Symptoms and Sexual Function After Tension-free Vaginal Tape-obturator Placement: Minimum 12-Month Follow-up. Urology. 2013 Jan;81(1):50-4. Epub 2012 Nov 30.

Kjolhede, Preben. Long-term efficacy of Burch colposuspension: a 14 year follow-up study; Acta Obstet Gynecol Scand 2005: 84:767-772

Kjolhede, Preben. Prognostic factors and long-term results of the Burch colposuspension; Acta Obstet Gynecol Scand 1994; 73: 642-64

Klein-Patel M, et al. Ultra-lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Klinge U, et al. High structural stability of textile implants prevents pore collapse and preserves effective porosity at strain; BioMed Research Internal (2015) Art ID 953209; 1-7

Klinge U, Klosterhalfen B, Muller M et al:  Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg. 1999 Jul;165(7):665-73.

Klinge U, Klosterhalfen M, Muller A et al:  Shrinking of polypropylene mesh in vivo: an experiment study in dogs.  European Journal of Surgery Volume 164, Issue 12, pages 965–969, December 1998.

Klinge U, Klosterhalfen M: Modified classification of surgical meshes for hernia repair based on the analysis of 1,000 explanted meshes. Hernia. 2012 Jun;16(3):251-8. Epub 2012 May 5.

Klinge U, Park J, Klosterhalfen B: The ideal mesh? Pathobiology 2013;80:169–175.

Klinge, U., et al. Do Multifilament Alloplastic Meshes Increase the Infection Rate?  Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model; J Biomed Mater Res 2002; 63:765-771

Klinge, U., et al. Shrinking of Polyproplene Mesh In Vivo:  An Experimental Study in Dogs; Eur J Surg. 1998:  164; 965-969

Klinge, U., Koch, A., Weyhe, D., Nicolo, E., Bendavid, R. and Fiebeler, A. (2014) Bias-Variation Dilemma Challenges Clinical Trials: Inherent Limitations of Randomized Controlled Trials and Meta-Analyses Comparing Hernia
Therapies. International Journal of Clinical Medicine, 5, 778-789.
http://dx.doi.org/10.4236/ijcm.2014.513105

Klosterhalfen B, Junge K, Klinge W. The lightweight and large porous mesh concepts for hernia repair. Expert Rev Med Devices. 2005 Jan;2(1):103-17.

Klosterhalfen B, Klinge U, Schumpelick V (2001) Carcinogenicity of implantable biomaterials. In: Bendavid R (ed) Abdominal Wall Hernias: principles and management. Springer, New York, pp 235–236.

Klosterhalfen B, Klinge U: Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction. J Biomed Mater Res B Appl Biomater. 2013 May 19. doi: 10.1002/jbmm.32958. [Epub ahead of print].

Klosterhalfen B, Klinge W, Hermanns B et al: Pathology of traditional surgical nets for hernia repair after long-term implantation in humans. [Abstract]  Chirurg 2000;71:43-51.

Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46.

Klutke C, Siegel S, Carlin B, et al:  Urinary retention after tension free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov;58(5):697-701.

Kobashi KC. Management of Erosion of Graft Materials in Pelvic Floor Reconstruction; The Scientific World

J (2009) 9, 32-26

Kobashi, K, et al. Erosion of Woven Polyester Pubovaginal Sling; The Journal of Urology, Vol. 162, 2070-72 (Dec 1999)

Kobashi, K, et al. Management of Vaginal Erosion of Polypropylene Mesh Slings; The Journal of Urology, Vol. 169, 2242-2243 (June 2003)

Koch YK, Zimmern P, A critical overview of the evidence base for the contemporary surgical management of stress incontinence, Current Opinion in Urology, 2008 Jul; 18 (4): 370-6.

Kociszewski J. Tape Functionality: Sonographic Tape Characteristics and Outcome After TVT Incontinence Surgery; Neurourol Urodynam. 27.6 (2008): 485-490

Koelbl H, Halaska M,et al. Burch Colposuspension and TVT: Perioperative Results of a Prospective Randomized Trial in Patients with Genuine Stress Incontinence.; Neurourol Urodyn 22 (2003): 327.

Kölle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol. 2005;193:2045–9.

Kondo A, Isobe Y, Kimura K, et al. Efficacy, Safety and Hospital Costs of Tension-free Vaginal Tape and Pubovaginal Sling in the Surgical Treatment of Stress Incontinence.; J Obstet Gynaecol Res. 2006 Dec;32(6):539-44.

Koo et al:  Pelvic Congestion Syndrome and pelvic varicosities.  Tech Vasc Interv Radiol. 2014 Jun;17(2):90-5.

Koops, S, et al. What determines a successful tension-free vatinal tape?  A prospective multicenter cohort study:  Results from The Netherlands TVT database; Am J Obstet Gynecol (2006) 194. 65-74

Krambeck A, Dora C, Elliott D. Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model. Urology. 2006 May;67(5):1105-10.

Krause H, Bennett M, Forwood M. Biomechanical properties of raw meshes used in pelvic floor reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1677-81

Krause H, Galloway S, Khoo S et al: Biocompatible properties of surgical mesh using an animal model.  Aust N Z J Obstet Gynaecol. 2006 Feb;46(1):42-5.

Krauth JS, Rasoamiaramanana H,et al. Sub-urethral tape treatment of female urinary incontinence--morbidity assessment of the trans-obturator route and a new tape (I-STOP): a multi-centre experiment involving 604 cases; European Urology

Krlin R, Murphy A, Goldman H: Pro: the contemporary use of transvaginal mesh in surgery for pelvic organ prolapse. Curr Opin Urol. 2012 May 19. [Epub ahead of print]

Krofta L, et al. TVT and TVT-O for Surgical Treatment of Primary Stress Urinary Incontinence Prospective

Randomized Trial.; Int Urogynecol J 2010;21:141-148

Krofta L, Feyereisl J et al: TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785

Kruger J, Dunning D: Unskilled and unaware of it: How difficulties in recognizing one's own incompetence lead to inflated self-assessments. J Pers Soc Psychol 1999 Dec;77(6):1121-34.

Kuhn A, Burkhard F, et al; Sexual function after suburethral sling removal for dyspareunia. Surg Endosc. 2009 Apr;23(4):765-8

Kuo HC.. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence; The Journal of Urology,65:163-8,01-Jan-01

Kuuva N and Nilsson CG.. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure; Acta Obstetricia et Gynecologica Scandinavica ,81:72-7,01-Jan-02

Kuuva, N, et al.. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women; Acta Obstetricia Gynecologica Scandanavica 2006(85: 4 482-87)

Kwon S, Latchamsetty K et al: Inflammatory myofibroblastic tumor of the urinary tract following a TVT. Female Pelvic Med Reconstr Surg. 2012 Jul-Aug;18(4):249-51

Kwon SY, Latchamsetty KC, et al. Inflammatory Myofibroblastic Tumor of the Urinary Tract Following a TVT; Female Pelvic Medicine & Recontructive Surgery,18:249-51,01-Jul-12

L. Velemir, B. Fatton, B. Jacquetin: Mesh shrinkage: How to asses, how to prevent, how to manage. IUGA Como, Italy June 16-20, 2009

Labrie J, van der Graaf Y,et al. Protocol for physiotherapy OR TVT Randomised efficacy trial (PORTRET): a multicenter randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to s; BMC Women's Health 2009;9:24-32

Landsheere L, Ismail S, Lucot J et al: Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan;206(1):83.e1-7.

Langer et al: Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int urogynecol J. Pelvic Floor Dysfunction. 2001;12(5):323-6; discussion 326-7.

Lapitan MC, Cody JD, and et al. Open retropubic colposuspension for urinary incontinence in women.; Cochrane Database of Systematic Reviews ,CD002912,21-Jan-09

Larsson PG, Teleman P, Persson J (2010) A serious bleeding complication with injury of the corona mortis with the TVT-Secur procedure. Int Urogynecol J Pelvic Floor Dysfunct doi:10.1007/s00192-010-1103-7

LaSala C, Schimpf M: Occurrence of Postoperative hematomas after prolapse repair using a mesh

augmentation system. Obstet Gynecol. 2007 Feb;109(2 Pt2):569-72.

Latthe PM, Foon R, and Toozs-Hobso. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications; BJOG 2007; 114:522-531

Latthe PM, Singh P, Foon R, et al. Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials.; BJUI 2009; 106:68-76

Laurikainen E, Valpas A, Kivelä A, Kalliola T, Rinne K, Takala T, Nilsson CG: Retropubic compared with transobturator tape placement in treatment of urinary incontinence: arandomized controlled trial. Obstet Gynecol. 2007 Jan;109(1):4-11.

Lawndy S, Withagen M, Kluivers et al: Between hope and fear: patient's expectations prior to pelvic organ prolapse surgery. Int Urogynecol J (2011) 22:1159-1163.

Lee D, Bacsu C, et al. Meshology: a fast-growing field involving mesh and/or tape removal procedures and their outcomes; Expert Rev. Med Devices Early online 1-16 (2014)

Lee D, Dillon B, Lemack G, et al. "Transvaginal Mesh Kits-- How ""Serious"" Are the Complications and Are They Reversible?"; Urology 81: 43-49, 2013

Lee KS, Choo MS, Lee YS, et al. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of femals stress urinary incontinence; Int Urogynecol J. (2008) 19:577-582.

Lee KS, Han DH, Choi YS, et al. A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up.; J Urology (2007) 177: 214-218

Letouzey V, Deffieux X, Gervaise A et al: Transvaginal cystocele repair using a tension-free polypropylene mesh: more than 5 years of follow-up. Eur J Obstet Gynecol Reprod Biol. 2010 Jul;151(1):101-5.

Levin I, Groutz A, Gold R, et al. Surgical Complications and Medium-term Outcome Results of Tension-free Vaginal Tape: A Prospective Study of 313 Consecutive Patients.; Neurology and Urodynamics ,23:7-9,01-Jan-04

Levy, B., et al. Best Options, Techniques, and Coding Tips for Pelvic Prolapse Repair; OBG Management Supp.Sept. 2007; S1-S12

Li B, Zhu L, Lang J, Fan R,et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China; J Min Invas Gynecol 2012; 19(2):201-205

Li X, et al.. Characterizing the ex vivo mechanical properties of synthetic polypropylene surgical mesh; J Mechanical Behavior Biomedical Materials (2014) 48-55

Liang R, Abramowitch S, et al. Vaginal Degeneration Following Implantation of Synthetic Mesh With

Increased Stiffness; BJOG (2013); 120(2): 233-243

Liang R, et al. Impact of prolapse meshes on the metabolism of vaginal extracellular matrix in rhesus macaque; Am J Obstet Gynecol 2015;212:174.e1-7.

Liang R, et al. Increasing stiffness of synthetic mesh negatively impacts vaginal connective tissue; Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110

Liapis A, Bakas et al: Tension-free vaginal tape for elderly women with stress urinary incontinence. International Journal of Gynecology & Obstetrics Volume 1, Pages 48-51, January 2006.

Liapis A, Bakas G: Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190

Liapis A, Bakas P, et al. Tension-free Vaginal Tape for Elderly Women with Stress Urinary Incontinence.; International Journal of Gynecology & Obstetrics (2006) 92, 48-51

Liapis A, Bakas P, Giner M, et al. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence; Gynecol Obstetric Invest 62:160-164

Liapis A. Bakas P. Creatsas G. Long term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7- year follow up. Int Urogynecol J 19: 1509-1512, 2008.

Liebert T, Chartoff R, Costgrove S. Subcutaneous Implants of Polypropylene Filaments. J.Biomed. Mater. Res. 1976; 10:939-951, Williams D. Review Biodegradation of surgical polymers. Journal of Materials Science. 1982; 17:1233-1246

Lim J, Cornish A et al: Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG. 2006 Nov;113(11):1315-20.

Lim YN, et al. Do the Advantage slings work as well as the tension-free vaginal tapes?; Int Urogynecol J (2010) 21:1157-1162

Lim YN, Muller R, et al. "Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial."; Australian and New Zealand Journal of Obstetrics and Gynaecology,45:52-9,24-Feb-05

Lin A, Wang et al:  In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar;173(3):894-7.

Lindstrom D, Sadr Azodi O, Wladis A, et al. Effects of a perioperative smoking cessation intervention on postoperative complications: A randomized trial. Ann Surg 2008;248:739–45.

Lisa Rogo-Gupta, Shlomo Raz. "Pain Complications of Mesh Surgery." Goldman, Howard B. *Complications of Female Incontinence and Pelvic Reconstructive Surgery*. Human Press, 2013. 87-105.

Litwiller JP, et al. Effect of lithotomy positions on strain of the obturator and lateral femoral cutaneous nerves; Clin Anat 2004 Jan; 17(1): 45-9

Litwiller, SE et al. Presentation Number: Poster 109  Long term efficacy and safety of the Obtryxtm (Boston Scientific Corp.) sling for treatment of stress urinary incontinence in a community setting:  an analysis of outcomes and quality of life; J Pelvic Med & Surg (2009) 12(5) 353

Liu PE, Su CH, Lau HH, et al. Outcome of tension-free obturator tape procedures in obese and overweight women.; Int Urogynecol J. 2011 Mar;22(3):259-63. doi: 10.1007/s00192-010-1311-1. Epub 2010 Nov 12.

Lopes E, Lemos N, Carramao S et al: Transvaginal polypropylene mesh versus  sacrospinous ligament fixation for the treatment of uterine prolapse: 1-year follow-up of a randomized controlled trial. Int Urogynecol J. 2010 Apr;21(4):389-94.

Lord HE, Taylor JD, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress incontinence.; BJU International,98:367-76 (2006)

Lose G, et al:  Pad-weighing test performed with standardized bladder volume. Urology. 1988 Jul;32(1):78-80.

Lowder JL, Park AJ, Ellison R et al. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. Obstet Gynecol. 2008 Jan;111(1):152-7.

Lowman J, Woodman P et al: Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008 May;198(5):561.e1-4

Lowman JK, Woodman PJ, Nosti PA, et al. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. Am J Obstet Gynecol. 2008;198:561.e1–561.e4.

Lowry, F. EAU 2009 Single-incision mid-urethral sling has high cure rate for stress urinary incontinence; Medscape.  Mar 31, 2009

Lucas M, Emery S, Alan W, et al. Failure of porcine xenograft sling in a randomised controlled trial of three sling materials in surgery for stress incontinence (Abstract).; Proceedings of the International Continence Society (34th Annual Meeting) and the International UroGynecological Association. 2004.

Lucas, M, Bosch, R, et al.. EAU Guidelines on Surgical Treatment of Urinary Incontinence; European Urology 62 (2012) 1118-1129

Lucente V, Jacquetin B, Miller D, et al: Tranvaginal Mesh (TVM) An innovative approach to placing synthetic mesh transvaginally for surgical correction of pelvic support defects--perioperative safety results. (abstract and video submission only)

Lucente V, Hale D, Miller D et al: A clinical assessment of Gynemesh PS for the repair of pelvic organ prolapse (POP). (Poster presentation only)

Lucente V, Miller D, Babin B: Prospective clinical assessment of the Total Vaginal Mesh (TVM) technique for treatment of pelvic organ prolapse (POP)  6 &12 month results. (ABSTRACT ONLY)

Lucente V, Molden, S, Barker, M, Karram, M, Point-Counterpoint: Transvaginal Placement of Synthetic Grafts to repair Pelvic Organ Prolapse, Current Bladder Dysfunction Reports, 2008.

Lucioni A, Rapp D, Gong E et al: The surgical technique and early postoperative complications of the Gynecare Prolift pelvic floor repair system. Can J Urol. 2008 Apr;15(2):4004-8.

Mahdy A. Elmissiry M. Ghoniem GM. Urethral diverticulum after tension-free vaginal tape procedure: case report. Urology 72(2): 461.e5-461.e6, 2008.

Maher C, Feiner B, Baessier K, et al. Surgical management of pelvic organ prolapse in women. The updated summary version Cochrane review. Int Urogynecol J. 2011 Nov;22(11):1445-57. Epub 2011 Sep 17.

Maher C, Qatawneh A, et al. Laparoscopic Colposuspension or Tension-free Vaginal Tape for Recurrent Stress Urinary Incontinence and/or Intrinsic Sphincter Deficiency in a Randomized Controlled Trial.; Neurourol Urodyn 2004; 23:433-434

Mahmoud, W.M., Vieth, R.F., et al.. Migration of bacteria along synthetic polymeric fibers.; J Biomater Sci Polym Ed, 4(6):567-578

Mamy L, Letouzey V, Lavigne J et al: Correlation between shrinkage and infection of implanted synthetic meshes using an animal model of mesh infection. Int Urogynecol J. 2011 Jan;22(1):47-52.

Mansoor A, Védrine N et al. Surgery of female urinary incontinence using transobturator tape (TOT): a prospective randomised comparative study with TVT (Abstract).; Neurourology and Urodynamics 22.5 (2003): 88-88.

Marchionni M, Bracco G, Checcucci V: True incidence of vaginal vault prolapse. Thirteen years of experience. J Reprod Med. 1999 Aug;44(8):679-84.

Marcus-Braun N, Bourret A, et al. Persistent pelvic pain following transvaginal mesh surgery: a cause for mesh removal; Euro J Obstet & Gynecol and Reprod Bio 162 (2012) 224-228

Marcus-Braun N, von Theobald P. Mesh removal following transvaginal mesh placement: a case series of 104 operations.; Int Urogynecol J (2010) 21:423-430

Marguilies R, Lewicky C, Dee F et al: Complications requiring reoperation following vaginal mesh kit procedures for prolapse. Am J Obstet Gynecol 2008; 199:678.e1-678.e4.

Margulis V, Defreitas G, Zimmern PE. Urinary retention after tension-free vaginal tape procedure: from incision to excision...to complete urethrolysis. Urology. 2001 Nov;58(5):697-701

Marks B, Goldman H. Controversies in the Management of Mesh-Based Complications: A Urology Perspective; Urol Clin N Am 39 (2012) 419-428

Marsh F and Rogerson L. Groin abscess secondary to trans obturator tape erosion: case report and literature review.; Neurol Urodynam 26:543-546, 2007

Marsh F, Assassa P (2007) An audit of the introduction of TVT Secur in clinical practice. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S26

Marszalek M. Roehlich M. Racz U. Metzenbauer M. Ponholzer A. Rauchenwald M. Madersbacher S. Sexual function after tension-free vaginal tape procedure. Urologia Internationalis. 78:126-129, 2007.

Martan A, Masata J, Svabik K (2007) Initial experience with TVT-Secur system procedure and the reason for persistent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18 (Suppl 1):S26–S27

Martan A, Svabik K. et al.  Incidence and prevalence of complications after urogynecological and reconstructive pelvic floor surgery. Ceska Gynekol. 2007 Dec;72(6):410-5.

Martin-Alguacil N, Pfaff D et al: Clitoral sexual arousal: an immunocytochemical and innervation study of the clitoris. BJU Int. 2008 Jun;101(11):1407-13.

Martinez-Fornes. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urol Esp. 2009 Nov;[Deleted Object](10):1088-96

Mary, Celine, et al. Comparison of the In Vivo Behavior of the Polyvinylidene Floride and Polypropylene Sutures Used In Vascular Surgery; ASAIO Journal 1998: 199-206

Masata J, Hubka P: Pudendal neuralgia following transobturator inside-out tape procedure (TVT-O)--case report and anatomical study. Int Urogynecol J (2012) 23:505–507

Masata J, Svabik K: Randomized trial of a comparison of the efficacy of TVT-O and single incision tape TVT Secur systems in the treatment of stress urinary incontinent women--2-year follow-up. Int Urogynecol J (2012) 23:1403–1412.

Mathias SD, Kupperman M et al:  Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol. 1996 Mar;87(3):321-

May, J, et al. M429 OUTCOME OF OBTRYX; Poster presentations / Inte J Gynecol & Obstet 11953 (2012) S531-S867

Mazouni, Chafika. Urinary complications and sexual function after the tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scandinavica volume 83 Issue 10 pages 955-961 October 2004

McCracken, G.R. Five Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension; Ulster Med J 2007; 76(3) 146-149

McNanley AR, et al. Poster Presentation Abstracts 108 Recovery after robotic sacrocolpopexy:  the patient's perspective; J Pelvic Med & Surg (2009) 12(5) 353

Medical Records of Dale Watkins

Meier, B. Group Faults the FDA on Oversight of Devices; New York Times 04/12/2011

Mellier G, Benayed B, et al. Suburethral tape via the obturator route: is the TOT a simplification of the TVT?; Int Urogynecol J (2004) 15: 227-232

Merritt, K.. Factors Influencing Bacterial Adherence to Biomaterials; J Biomater Appl. 1991;5:185-203

Meschia M, Bertozzi R et al:  Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O.  Int Urogynecol J (2007) 18:1257–1261.

Meschia M, et al. Single-incision mid-urethral sling: impact of obesity on outcome.; Eur J Obstet Gynecol Reprod Biol 2013;170:571-574

Meschia M, et al. Tension-Free Vaginal Tape:  Analysis of Outcomes and Complications in 404 Stress Incontinent Women; Int Urogynecol J (2001) (Suppl 2): S24-S27

Meschia M, Pifarotti P, et al. A Multicenter Randomized Comparison of Tension-free Vaginal Tape (TVT) and Trans-obturator in-out Technique (TVT-O) for the Treatment of Stress Urinary Incontinence: One Year Results.; International Urogynecology Journal

Meschia M, Pifarotti P, et al. A randomized comparision of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence; Am J Obstet Gynecol. 2004 Mar;190(3):609-13.

Meschia M, Pifarotti P, et al. Tension-free Vaginal Tape (TVT) and Intravaginal Slingplasty (IVS) for Stress Urinary Incontinence: a Multicenter Randomized Trial.; Am J Obstet Gynecol. 2006 Nov;195(5):1338-42. Epub 2006 Jun 12

Miklos JR, Chinthakana O, et al. The IUGA_ICS classification of synthetic mesh complications in femals pelvic floor reconstructive surgery:  A multicenter study2; Int Urogynecol J (2014) 25 (Suppl 1):S140-S141

Milani A, Hinoul P, Gauld J, Cosson M, Prolift+M Investigators: Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcome. Am J Obstet Gynecol. 2011 Jan;204(1):74.e1-8. Epub 2010 Oct 20.

Milani R, Salvatore S, Soligo M, et al.  Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan;112(1):107-11.

Milani R, Withagen M, The H et al: Sexual function following trocar-guided mesh or vaginal native tissue repair in recurrent prolapse: a randomized controlled trial. J Sex Med. 2011 Oct;8(10):2944-53.

Miller D, Lucente V, et al. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results.; Female Pelvic Med Reconstr Surg 2011; 17: 139-143

Miller JR, Botros SM, et al. Comparing stress urinary outcomes of tension free vaginal tape with transobturator tape sling: a retrospective cohort study; Presented at ICS 2005, 35th annual meeting of the

International Continence Society, Aug. 31-Sept. 2, 2005, Montreal, Canada.

Mirosh M and Epp A. TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence.; http://www.ics.org/Abstracts/Publish/43/00640.pdf

Mischinger J, et al. Different surgical approaches for stress urinary incontinence in women; Minerva Ginecol 2013; 65: 21-8

Misrai V, Roupret M, et al. Surgical resection for suburethral sling complications after treatment for stress urinary incontinence; J Urol 2009 May;181(5):2198-202; discussion 2203

Moalli, P., et al. Tensile Properties of Five Commonly Used Mid-Urethral Slings Relative to the TVT; Int Urogynecol J (2008) 19:655-663

Mokrzycki M, Hampton B: Pelvic arterial embolization in the setting of acute hemorrhage as a results of the anterior Prolift Procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jul;18(7):813-5.

Molden S, Lucente V: New Minimally invasive slings: TVT Secur:  Current Urology Reports September 2008, Volume 9, Issue 5, pp 358-361

Moldovan C et al:  Transvaginal retropubic sling systems: efficacy and patient acceptability. Int J Womens Health.  2015 Feb 16;7:227-37. doi: 10.2147/IJWH.S59265. eCollection 2015.

Moller AM, Villebro N, Pedersen T, et al. Effect of preoperative smoking intervention on postoperative complications: A randomised clinical trial. Lancet 2002;359:114–7.

Montefiore, E, Frobert J et al. Peri-Operative Complications and Pain After the Suburethral Sling Procedure for Urinary Stress Incontinence: A French Prospective Randomised Multicentre Study Comparing the Retropubic and Transobturator Routes. Eur Urol. 2006 Jan;49(1):133-8. Epub 2005 Nov 2.

Montoya TI, et al. Anatomic relationships of pudendal nerve branches; Am J Obstet Gynecol 2011; 205: 504.e1-5

Moon, HB., et al. Occurrence and Accumulation Patterns of Polycyclic Aromatic Hydrocarbons and Synthetic Musk Compounds in Adipose Tissues of Korean Females.; Chemosphere.  (2012) 86:485-90

Moore R, Mitchell G, et al. "ICS Abs 827 MiniArc single incision sling: 1 year follow-up on a new minimally invasive treatment for female SUI."; International Continence Society Mtg 2009

Moore RD, et al. Minimally Invasive Treatment for Female Stress Urinary Incontinence; Expert Rev Obstet Gynecol 3(2), 257-272 (2008)

Moore RD, Miklos JR.. Single incision mini-sling. 1 year follow-up on a new minimally invasive treatment for female SUI.; Int Urogyn J 2009;20(Suppl 3):S312-313 IUGA Abs 298

Moore WS, Hall AD. Late Suture Failure in the Pathogenesis of Anastomotic False Aneurysms; Annals of

Surgery 172.6 (1970):1064-1068

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7

Morey AF, Medendorp AR, Noller MW, Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol. 2006 Mar;175(3 Pt 1):1014-7.

Morgan TO Jr1, Westney OL, et al. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun;163(6):1845-8.

Moride Y, et al. Under-reporting of adverse drug reactions in general practice; Br J Clin Pharmacol 1997; 43: 177-181

Morley R and Nethercliffe J.. Minimally invasive surgical techniques for stress incontinence surgery.; Best Practice & Research Clinical Obstetrics & Gynaecology ,19:925-40,07-Nov-05

Morton HC, et al. Urethral injury associated with minimally invasive mid-urethral sling procedures for the treatment of stress urinary incontinence:  a case series and systematic literature search; BJOG 2009;1 16:1120-1126

Mostafa A, et al. Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: An updated systematic review and meta-analysis of effectiveness and complications; Eur Urol 2014;65:4-2-427.

Mostafa A, Agur W, Abdel-All M, et al. Multicenter Prospective Randomized Study of Single-incision Mini-sling Vs Tension-free Vaginal Tape-obturator in Management of Female Stress Urinary Incontinence: A Minimum of 1-Year Follow-up. Urology. 2013 Jul 8. pii: S0090-4295(13)00562-1. doi: 10.1016/j.urology.2013.02.080. [Epub ahead of print]

Mostafa A, Agur W, Abdel-All M, et al:  A multicentre prospective randomised study of single-incision mini-sling (Ajust®) versus tension-free vaginal tape-obturator (TVT-O™) in the management of female stress urinary incontinence: pain profile and short-term outcomes.   Eur J Obstet Gynecol Reprod Biol. 2012 Nov;165(1):115-21.

Mothos et al:  Systematic assessment of surgical complications in 438 cases of vaginal native tissue repair for pelvic organ prolapse adopting Clavien–Dindo classification. Arch Gynecol Obstet DOI 10.1007/s00404-014-3549-1

Mouzoon, N, Garome, M, et al.. Substantially Unsafe Medical Devices Pose Great Threat to Patients; Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Mucowski SJ, Jurnalov C, Phelps JY. Use of vaginal mesh in the   face of recent FDA warnings and litigation. Am J Obstet Gynecol. 2010 Aug;203(2):103.e1-4. doi: 10.1016/j.ajog.2010.01.060. Epub 2010 Mar 15.

Mueller, ER. Retropubic Bladder Neck Suspensions; In H.B. Goldman (Ed.), Complications of Female

| |
|---|
| Incontinence and Pelvic Reconstructive Surgery (pp. 107-114): Humana Press |
| Muffy TM, et al. Interventional Radiologic Treatment of pelvic hemorrhage after placement of mesh for reconstructive pelvic surgery; Obstet Gynecol 2012; 119:459-62 |
| Muhl, T., Binnebösel, M., Klinge, U., Goedderz, T.: New Objective Measurement to Characterize the Porosity of Textile Implants, Journal of Biomedical Materials Research Part B: Applied Biomaterials 84B: 176–183, 2008. |
| Muir TW, Tulikangas PK, Fidela Paraiso M, Walters MD. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May;101(5 Pt 1):933-6. |
| Murphy (Lucente, Goldman) - Time to rethink: an evidence-based response from pelvic surgeons to the FDA safety communication: "Update on serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse." Int Urogynecol J (2012) 23:5-9. |
| Murphy M, Sternschuss G, Haff R, van Raalte H, Lucente V: Quality of life and surgical satisfaction after vaginal reconstructive vs. obliterative surgery for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2008 May;198(5):573.e1-7. |
| Murphy M, van Raalte H, et al. "Incontinence-related quality of life and sexual function following the tension-free vaginal tape versus the ""inside-out"" tension-free vaginal tape obturator."; Int Urogynecol J (2008) 19:481-487 |
| N/A. "American National Standard Biological evaluationof medical devices--Part 7: Ethylene oxide sterilization residuals"; ANSI/AAMI/ISO 10993-7:2008 |
| N/A. "IUGA Sexual Dysfunction in Women Roundtable, June 6-8, 2008, Lago Mar Resort, Fort Lauderdale, Florida, USA"; Int Urogynecol J (2009) 20 (Suppl 1): S1-S2 |
| N/A. 2005 IUGA Grafts Roundtable International Urogynecological Association: The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005 July 8-10, 2005, Lago Mar Resort, Fort Lauderdale FL, USA; Int Urogynecol J (2006) 17: S1-S3 |
| N/A. Discrepancies between trial results reported on clinical trial registry and in journals; Medical Press medicalxpress.com March 11, 2014 |
| N/A. Emedicine – Medscape.com (2013) Burch colposuspension; |
| N/A. Emedicine – Medscape.com (2013) Vaginal sling procedures; |
| N/A. FDA.gov (2013) Stress Urinary Incontinence; |
| N/A. Hazardous Substances; CAW Health, Safety & Environment Fact Sheet, Aug 2011 |
| N/A. IAGE News Letter 2011-2012; |
| N/A. Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years; IOM Report |

| |
|---|
| Brief July 2011 |
| N/A. Netdoctor.com (2013) Stress Urinary Incontinence – Pelvic Floor exercise; |
| N/A. Regulatory Issues:  FDA urged to replace 510(k) process; OR Manager (2011) 27;9: 1 |
| N/A. WebMD.com (2013) Mechanical devices for Urinary Incontinence in Women; |
| N/A. Wikipedia.org (2013) Urinary Incontinence; |
| N/A. Womensdoctor.com (2013) Burch Procedure and Paravaginal Repair; |
| Nager C, Albo M:  Testing in women with lower urinary tract dysfunction. Clin Obstet Gynecol. 2004 Mar;47(1):53-69. |
| Nambiar A, Cody JD, Jeffery ST. Single-incision sling operations for urinary incontinence in women (Review). The Cochrane Library, 2014, Issue 6. |
| Natale, F, La Penna C, Padoa A et al: A prospective randomized controlled study comparing Gynemesh®, a synthetic mesh, and Pelvicol®, a biologic graft, in the surgical treatment of recurrent cystocele.  Int Urogynecol J (2009) 20:75-81. |
| Naumann G, Lobodasch K,et al. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery.; http://www.ics.org/Abstracts/Publish/44/000481.pdf |
| Nazemi TM, Yamada B, et al. Minimum 24-Month Followup of the Sling for the Treatment of Stress Urinary Incontinence; The Journal of Urology,179:596-9,21-Dec-07 |
| Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tension free vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Urol. 2009 Jul;25(3):321-5. |
| Neuman M, Sosnovski V, et al. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up.; J Minim Invasive Gynecol. (2011) 18: 769-773 |
| Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence:  Early Postoperative Pain and 3-year Follow Up. J Min. Invas. Gynecol 2011 Nov-Dec;18(6):769-73. |
| Neuman M. TVT and TVT Obturator comparison of two operative procedures; European J Obstet & Gynecol and Reproduct Biology 131 (2007) 89-92 |
| Neuman M; TVT-Obturator: Short term data on an operative procedure for the cure of female stress urinary incontinence performed on 300 patients . 51:1083-1088, 2007. |
| Nezhat FR, et al. Robotic-assisted laparoscopic transection and repair of an obturator nerve during pelvic |

lymphadenectomy for endometrial cancer; Obstet Gynecol 2012; 119: 462-4

Nguyen JN and Burchette RJ.. Outcome after anterior vaginal prolapsed repair: a randomized controlled trial.; Obstetrics & Gynecology (2008),111 (4):891-898

Nguyen JN, Jakus-Waldman SM, et al. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants.; Obstetrics & Gynecology, (2012)119(3):539-546

NICE Guidance. http://guidance.nice.org.uk/index.jsp?action=article&o=32572;

NICE. 2013-NICE-urinary incontinence p24- Synthetic tapes; NICE clinical guideline 171 pg 24

NICE. Clinical Guideline 171 Urinary Incontinence:  The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

NICE. Eighth Report of Session 2012-13 Volume ll;

NICE. Urinary Incontinence.  The management of urinary incontinence in women  Issued:  September 2013; NICE clinical guideline 171

NICE. Urinary incontinence: The management of urinary incontinence in women; NICE clinical guideline 171 (2013)

Niemczyk P, Klutke JJ, Carlin BI, Klutke CG. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability.  Tech Urol. 2001 Dec;7(4):261-5

Nieminen K, Hiltunen R, Heiskanen E et al: Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Dec;19(12):1611-6. .

Nieminen K, Hiltunen R, Takala T, et al. Outcomes after anterior wall repair with mesh: a randomized controlled trial with a 3 year follow-up. Am J Obstet Gynecol. 2010 Sep;203(3):235. .

Nienhuijs S, et al.  Chronic pain after mesh repair of inguinal hernia: a systematic review. American Journal of Surgery 2007; 194(3): 394-400. (11% incidence chronic mesh inguinal hernia pain)

Nilsson C G, Palva K, Rezapour M, Falconer C. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J. 2008;19:1043-1047

Nilsson C.G., et al. Reprint: Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence; Int Urogynecol J (2001)(Supp. 2):S5-S8 Eth.Mesh.00159481-00159484

Nilsson CG, et al. Seven year follow up of the tension free vaginal tape procedure for treatment of urinary

incontinence; Obstet Gynecol 2004; 104: 1259-62

Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence; Int Urogynecol J 24, 1265-1269 (2013)

Nilsson CG, Kuuva N, Falconer C, Rezapour M, and Ulmsten U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. The International Urogynecology Journal,,23-Jun-05

Nilsson, C. Creating a gold standard surgical procedure: the development and implementation of TVT; Int Urogynecol J DOI 10.1007/s00192-014-2616-2 (2015)

Nilsson, CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence2; Int Urgynecol J (2008) 19:1043-1047

Noblett KL, Shen B, et al. Lynx midurethral sling system: a 1-year prospective study on efficacy and safety; 5479411

Norton, P. New technology in gynecologic surgery.  Is new necessarily better?; Obstet & Gynecol (2006)108(3)2:707-708

Nossier S, et al. Presentation Number:  Poster 30 Safety and efficacy of the Solyx™ single-incision sling system; Female Pelvic Medicine & Reconstructive Surgery (2010) 16(5)2:S110-S1111

Novara G et al: Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol. 2010 Aug;58(2):218-38.

Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence:  a systematic review and meta-analysis of randomized controlled trials of effectiveness; European Urol 52 (2007) 663-679

Novara G, et at, Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension free midurethral tapes to other surgical procedures and different devices, European Urology, 2008 Feb: 53 (2): 288-308.

Novara G, Galfano A, Mancini M, Ficarra V, and Artibani W.  Critical Assessment of Pelvic Floor Surgical Reconstruction Outcome; European Association of Urology;,4:202-13,01-Oct-06

Nygaard I, Barber MD, Burgio KL, Kenton K, Meikle S, Schaffer J, Spino C, Whitehead WE, Wu J, Brody DJ; and Pelvic Floor Disorders Network.  Prevalence of symptomatic pelvic floor disorders in US women; Journal of the American Medical Association,300:1311-6 ,17-Sep-08

Nygaard I, Brubaker L, Zyczynski HM, Cundiff G, Richter H, Gantz M, Fine P, Menefee S, Ridgeway B, Visco A, Warren LK, Zhang M, and Meikle S.
Long-term Outcomes Following Adbdominal Sacrocolpopexy for Pelvic Organ Prolapse;  The Journal of

American Medical Association,309:2016-24,15-May-13

Nygaard IE, McCreery R, Brubaker L, Connolly A, Cundiff G, Weber AM, Zyczynski H; Pelvic Floor Disorders Network. Abdominal sacrocolpopexy: a comprehensive review. Obstetrics & Gynecology,104:805-23,01-Oct-04

Nygaard, I. Approval Process for Devices and Mesh for Surgical Treatment of Pelvic Organ Prolapse and Urinary Incontinence; Clinical Obstet and Gynecol (2013) 56(2): 229-231

Nyguyen J, Burchette R. Outcomes after anterior vaginal prolapse repair: a randomized controlled trial. Obstet Gynecol. 2008; 111(4):891-8.

Ogah J, Cody DJ, and Rogerson L.. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane Review; Neurourology and Urodynamics(2011)30:284-291

Ogle CA, Linder BJ, Elliott DS. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J. 2015 Jun 11.

OHSU. Clinical trial results inconsistently reported among journals, government website _ News _ OHSU; 03/31/14 Portland, Ore.

Okcu G, Erkan S, Yercan HS, Ozic U (2004) The incidence and location of corona mortis. Acta Orthop 75:53–55.

Okulu E, Kayigil O, et al. Use of three types of synthetic mesh material in sling surgery - a prospective randomized clinical trial evaluating effectiveness and complications; Scandinavian J Urology 2013; 47: 217-224

Oliveira R, Botelho F et al: Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT-Secur, and Mini-Arc: Results at 12-Month Follow-Up. Eur Urol. 2011 Jun;59(6):940-4.

Olsen A, Smith V, Bergstrom J: Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6.

One year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O™) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence [abstract] ICS-IUGA,,23-Aug-10

Ortega-Castillo V and Neri-Ruz ES. Chapter 15: Surgical Complications with Synthetic Materials; Urinary Incontinence (book published by InTech),241-62,02-Apr-12

Osborn, D. J. et al. Analysis of patient and technical factors associated with midurethral sling mesh exposure and perforation. Int. J. Urol. 11, 1167–1170 (2014).

Osterberg, B., et al. Effect of Suture Materials on Bacterial Survival in Infected Wounds. An Experimental

Study; Acta Chir Scand. 1979; 145(7):431-4

Ostergard, Donald R. Presentation: "Polypropylene is Not Inert in the Human Body"

Ostergard D: Polypropylene vaginal mesh grafts in gynecology. Obstet Gynecol. 2010 Oct;116(4):962-6.

Ostergard DR. Degradation, infection and heat effects on polypropylene mesh for pelvic implantation: what was known and when it was known; Int Urogynecol J (2011) 22:771-774

Ostergard DR. Lessons from the past: directions for the future Do new marketed surgical procedures and grafts produce ethical, personal liability, and legal concerns for physicians?; Int Urogynecol J (2007) 18:591-598

Ostergard, DR. Vaginal mesh grafts and the Food and Drug Administration; Int Urogynecol J (2010) 21: 1181-1183

Oswald, E. Turi. The Deterioration of Polypropylene By Oxidavive Degradation; Polymer Engineering and Science 5 (1965) 152-158

Otto, J., Kaldenhoff, E., Kirschner-Hermanns, R., Mühl, T., Klinge, U.: Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates, Journal of Biomedical Materials Research Part A , to be published in 2013

Ozog Y., et al. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair; Int Urogynecol J published online: 12 May 2011

Ozog Y., et al. Weight of Polypropylene Mesh is Not the Only Property Defining in Vivo Mesh Biomechanics; IUGA Abstract 47

Pace G, Vicentini G: Female sexual function evaluation of the tension-free vaginal tape (TVT) and transobturator suburethral tape (TOT) incontinence surgery: results of a prospective study. J Sex Med. 2008 Feb;5(2):387-93.

Pacquee S, Palit G, Jacquemyn Y: Complications and patient satisfaction after transobturator anterior and/or posterior tension-free vaginal polypropylene mesh for pelvic organ prolapse. Acta Obstet Gynecol Scand. 2008;87(9):972-4.

Palma P, et al. Arcus to acrus microsling: technique and preliminary results; Int Urogynecol J Accepted 23 February 2008

Palma P, et al. Monoprosthesis for anterior vaginal prolapse and stress uringary incontinence: midterm results of an international multicentre prospective study; Int Urogynecol J (2011) 22:1535-1541

Palva K, Rinne K, Aukee P, Kivela A, Laurikainen E, Takala T, Valpas A, Nilsson C. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, et al. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results; Int Urogynecol J(2010) 21: 1049-1055

Palva K, Rinne K, Nilsson CG. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J Pelvic Floor Dysfunct. 2010 Sep;21(9):1049-55.

Pandit A, Henry J. Design of surgical meshes - an engineering perspective. Technol Health Care. 2004;12(1):51-65.

Paplomata E, Balaxix D, Pantelis T et al: Genital floor repair using polypropylene meshes: a comparative study. (ABASTRACT ONLY).

Paraiso MF, Walters MD, et al. Laparoscopic Burch Colposuspension versus Tension-free vaginal tape: a randomized trial; Obstetrics & Gynecology (2004)104(6):1249-1258

Parden AM, Gleason JL, et al. Incontinence outcomes in women undergoing primary and repeat midurethral sling procedures.; Obstet Gynecol (2013);121(201):273-278

Pariente et.al., An independent biomechanical evaluation of commercially available suberetheral slings.

Pariente, JL. Mechanical evaluation of various suburethral tapes used for the treatment of stress urinary incontinence.; (2005) Progres en Urologie, 15 (6), pp. 1106-1109 (French - abstract only)

Park Y, Kim D: Randomized Controlled Study of Monarc vs. Tension-free Vaginal Tape Obturator in the Treatment of Female Urinary Incontinence: Comparison of 3-Year Cure Rates. Korean J Urol. 2012 Apr;53(4):258-62.

Parnell, BA, et al. Gentiofemoral and Perineal Neuralgia After Transobturator Midurethral Sling; Obstet Gynecol. 2012 Feb; 119(2 Pt 2):428-31

Paulson J, Baker J: De novo Pudendal neuropathy after TOT-O surgery for stress urinary incontinence. JSLS. 2011 Jul-Sep; 15(3): 326–330.

Pelvic Med Reconstr Surg, 2013. 19(4): p. 191-8.

Peoples, AJ., et al. Determination of Volatile Purgeable Alogenated Hydrocarbons in Human Adipose Tissue and Blood Serum; Bull. Environm. Contam. Toxicol. 23, 244-249 (1979)

Persson J, Teleman P, Etén-Bergquist C, and Wølner-Hanssen P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure; Acta Obstetricia et Gynecologica Scand 2002 Nov; 81(11):1066-73

Peters A, et al. Referral Patterns for Pelvic Floor Surgical Prosthesis Complications: From Symptom Onset and Initial Treatments to Evaluation at a Tertiary Care Center; Female Pelvic Med Reconstr Surg 2015;21: 116-120

Petri E, Ashok K. Comparison of late complications of retropubic and transobturator slings in stress urinary

| |
|---|
| incontinence; Int Urogynecol J (2012) 23:321-325 |
| Petri E, Ashok K. Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification2; Euro Obstet & Gynecol and Reproductive Biology J 165 (2012) 347-351 |
| Petri E, Ashok, K:  Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification. Eur J Obstet Gynecol Reprod Biol. 2012 Dec;165(2):347-51. Epub 2012 Sep 1 |
| Petros P, et al. Evolution of midurethral and other mesh slings – a critical analysis.; Neurology Urodynamics 2012;9999:1-7 |
| Petros P, Richardson PA.. Midurethral tissue fixation system sling – a "micromethod" for cure of stress urinary incontinence – preliminary report.; Aust NZ J Obstet Gynaecol 2005;45:372-375 |
| Petros PE and Ulmsten UI.. An integral theory of female urinary incontinence: Experimental and clinical considerations; Acta Obstet  Gynecol Scand (1990) 69 Suppl 153:7-31 |
| Petros PEP, Richardson PA.. Midurethral tissue fixation system (TFS) sling for cure of stress incontinence – 3 year results.; Int Urogynecol J 2008;19:869-871. |
| Pezzone MA, Liang R, Fraser MO. A model of neural cross-talk and irritation in the pelvis: implications for the overlap of chronic pelvic pain disorders. Gastroenterology128: 1953–1964, 2005. |
| Pham S, Rodeheaver GT, et al. Ease of Continuous Dermal Suture Removal; J Emergence Med 1990; 8:539-543 |
| Phillips L. Flood CG. Schutz JA. Case report of tension-free vaginal tape associated bowel obstruction and relationship to body habitus. Int Urogynecol Journal 20: 367-386, 2009 |
| Pierce L, Grunlan M, Hou Y et al: Biomechanical properties of synthetic and biologic graft materials following long-term implantation in the rabbit abdomen and vagina. Am J Obstet Gynecol. 2009 May;200(5):549.e1-8. |
| Pierre, Gounon. Abstract "Histological analysis of peri prothetic tissues of mesh explanted for complication after SUI or POP surgery"; Universite de Nice Sophia Antipolis France |
| Pikaart DP, et al. Laparoscopic removal of pubovaginal polypropylene tension-free tape slings; JSLS (2006) 10:220-225 |
| Pocock ST. The pros and cons of noninferiority trials; Fundamental & Clinical Pharmacol 17 (2003) 483-490 |
| Polichetti M, et al. "IUGA Abs. 557 SUS(suburethral support): a new technique for short suburethral sling application"; Int Urogyn J 2009;20(Suppl 3):S477-478 |

Porena M, Costantini E et al: Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a Multicentre Randomised Trial. November 2007 (Vol. 52, Issue 5, pages 1481 - 1491).

Porena M, Costantini E, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial.; Eur Urology, (2007)52:1481-1490

Portney S. Advertising and Promotion of Medical Devices; J Health Law (2006) 39(2) 265-282

Postlethwait RW. Five Year Study of Tissue Reaction to Synthetic Sutures; Ann Surg 190(1):54-57 (1979)

Postlethwait RW. Long-Term Comparative Study of Nonabsorbably Sutures; Ann Surg (1970) 171(6): 892-898

Powerpoint Titled "Mesh Shrinkage: How to assess, how to prevent, how to manage?"

Presthus JB, VanDrie D, et al. Short-Term Assessment of MiniArc Single Incision for Treatment of Stress Urinary Incontinence; The Journal of Minimally Invasive Gynecology,15:28S-9S Abstract 103,01-Nov-08

Propex Geotextile Systems. Propex EB-405 Durability of Polypropylene; Propex EB-405

Public Citizen. Substantially Unsafe Medical Devices Pose Great Threat to Patients: Safeguards Must be Strengthened, Not Weakened; Public Citizen, February 2012

Pukall CF, et al. Neural correlates of painful genital touch in women with vulvar vestibulitis syndrome; Pain 2005 May; 115(1-2):118-27

Pungpapong SU, Thum-umnauysuk S (2005) Incidence of corona mortis; preperitoneal anatomy for laparoscopic hernia repair. J Med Assoc Thai 88:51–53.

Pushkar DY, Godunov BN, Gvozdev M, Kasyan GR. Complications of mid-urethral slings for treatment of stress urinary incontinence.  Int J Gynaecol Obstet. 2011 Apr;113(1):54-7. doi: 10.1016/j.ijgo.2010.10.024

Quereux F. Morce K. Landreat V. Beauville E. Quereux C. Leveque J.  Bladder erosion few years after TVT procedure. Journal De Gynecologie Obstetrique et Biologie De La Reproduction. 36(1):75-77, 2007.

Rajendra M, Han H et al: Retrospective study on tension-free vaginal tape obturator (TVT-O). Int Urogynecol J (2012) 23:327–334.

Rao JN, Sant Cassia LJ. Ethics of undisclosed payments to doctors recruiting patients in clinical trials.  BMJ.2002;325:36-37.

Rardin CR, Moore R, Ward RM, and Myers DL.
Recurrent Thigh Abscess with Necrotizing Fasciitis from a Retained Transobturator Sling Segment; The Journal of Minimally Invasive Gynecology,16:84-7,01-Jan-09

Ravve, C.. Principles of Polymer Chemistry; 2000, Revised edition

Rechberger T, Rzeźniczuk K, Skorupski P, Adamiak A, Tomaszewski J, Baranowski W, and Jakowicki JA. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery; Int Urogynecol J Pelvic Floor Dysfunct. 2003 Dec;14(6):432-6. Epub 2003 Nov 25

Rechberger T, Wrobel A, et al. "The tissue reaction to polypropylene mono-et multifilamentous tape used in surgical techniques of stress urinary incontinence treatment."; Gin Pol 2003;74(9):1008-1013

Rees PM, et al. Sexual function in men and women with neurological disorders2; Lancet 2007; 369: 512-525

Reisenauer C, Kirschniak A, et al. Transobturator tape inside-out. A minimally invasive treatment of stress urinary incontinence: surgical procedure and Anatomical considerations; European Journal of Obstetrics & Gynecology and Reproductive Biology(2006) 127: 123-129

Reisenauer C, Kirshniak A, Drews U et al: Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. Eur J Obstet and Gynecol Repr Biol 2007;131:214-25.

Reisenauer C, Shiozawa T, et al. Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device; Obstet Gynecol 2010; 203:1.e1-1.e7

Relman AS, Angell M. America's other drug problem: how the drug industry distorts medicine and politics. New Republic.2002;227:27-41.

Renganathan A, Basu M, Duckett J.. A series of Advantage suburethral slings; J Obstet Gynaecol Aug 2011;31:521-523

Reynolds S, Kit L et al: Obturator Foramen Dissection for Excision of Symptomatic Transobturator Mesh. J Urol. 2012 May;187(5):1680-4. doi: 10.1016/j.juro.2011.12.065. Epub 2012 Mar 15.

Rezapour M, et al.. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) -- A Long-Term Follow-Up; Int Urogynecol J (2001) (Suppl 2): S12-S14

Rezapour M., et al. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow up; Int Urogynecol J (2001) (Suppl 2):S9-S11

Rezapour, M., et al. Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence -- A Long-Term Follow-Up; Int Urogynecol J (2001) (Suppl 2): S15-S18

Rice NT, Hu Y, et al. Pelvic mesh complications in women before and after the 2011 FDA public health notification; Female Pelvic Med Reconstr Surg (2013);19:33-338

Richards SR. Balaloski SP. Vulvar hematoma following a transobturator sling. International Urogynecological Journal . 17:672- 673, 2006.

Richter et al: Retropubic versus Transobturator Mid-urethral Slings for Stress Incontinence. N Engl J Med 2010;362:2066-76.

Ridgeway B, Arias B, and Barber M. Variation of the obturator foramen and pubic arch of the female bony pelvis; The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08

Ridgeway B, Arias B, Barber M: Variation of the obturator foramen and pubic arch of the female bony pelvis. Am J Obstet Gynecol. 2008 May;198(5):546.e1-4.

Rigaud J, Delavierre D,et al. Management of chronic pelvic and perineal pain after suburethral tape placement for urinary incontinence; Prog Urol. 2010 Nov;20(12):1166-74. Epub 2010 Oct 20. Review. French

Rigaud J, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Tape or Transobturator Tape. (2010) The Journal of Urology. Vol. 184, 610-615

Rignaud J, Pothin P, et al. Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Vaginal Tape or Transobturator Tape; J Urology (2010) 184: 610-615

Rinne K, Laurikainen E et al: A randomized trial comparing TVT with TVT-O- 12-month results. Int Urogynecol J (2008) 19:1049–1054.

Rinne K, Laurikainen E, Kivelä A, Aukee P, Takala T, Valpas A, and Nilsson CG. A randomized trial comparing TVT with TVT-O: 12-month results; The International Urogynecology Journal,19:1049-54,29-Mar-08

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T.: A Randomized Study at 1-year Follow-up; International Urogynecology Journal, 2006 Sept 17(2) Supp: 57-100

Robert M, et al. Patient expectations, subjective improvement and objective cure: is there a difference between the transobturator tape and the tension free vaginal tape procedure? (Abstract); Abstract 217

Robinson D., et al. What Women Want - Their Interpretation of the Concept of Cure; Journal of Pelvic Medicine & Surgery, Vol. 9 Issue 6, pp. 273-277, 2003

Robinson GA, et al. Motor neuron target selectivity and survival after prolonged axotomy; Restor Neurol Neurosci. 2013 Jan 1;31(4):451-60

Rogers AS, et al. Physician knowledge, attitudes, and behavior related to reporting adverse drug events; Arch Intern Med 1988 Jul: 148(7): 1596-600

Rogers RG. Urinary Stress Incontinence in Women; N Engl J Med 2008; 358:1029-36

Rogerson, et al. Mid-Urethal sling opeations for stress urinary incontinence in women (Review). 2015. The Cochrane Collaboration.

Rogo-Gupta, L., Raz, S.. Pain Complications of Mesh Surgery.; In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 87-105):  Humana Press. (2013)

Rogowski A, Bienkowski P, Tosiak A, Jerzak M, Mierzejewski P, and Baranowski W.
Mesh Retraction Correlates with Vaginal Pain and Overactive Bladder Symptoms After Anterior Vaginal Mesh Repair
The International Urogynecology Journal,,08-Jun-13

Rogowski A, Bienkowski, et al. Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair2; Int Urogynecol J (2013) 24:2087-2092

Rosch R, et al. Mesh implants In hernia repair. Inflammatory cell response in a rat model.; Eur Surg Res (2003)35(3): 161-6

Rosch R, Junge K, Hölzl F et al (2004) How to construct a mesh. In: Schumpelick V, Nyhus LM (eds) Meshes: benefits and risks. Springer, Berlin, pp 179–184.

Rosengren A, Bjursten L., Pore size in implanted polypropylene filters is critical for tissue organization. J Biomed Mater Res A. 2003 Dec 1;67(3):918-26.

Ross S, et al. Ethical issues associated with the introduction of new surgical devices, or just because we can, doesn't mean we should; June JOGC Juin 2008 508-513

Ross S, et al. Incontinence-specific quality of life measures used in trials of treatments for female urinary incontinence:  a systematic review; Int Urogynecol J (2006) 17(3): 272-85

Ross S, Robert M, et al. Transobturator tape compared with tension free vaginal tape for stress incontinence: a randomized controlled trial. Obstet Gynecol. 2009 Dec; 114(6): 1287-94

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical Management of Stress Urinary Incontinence in Women: Safety, Effectiveness, and Cost-Utility of Trans-Obturator Tape (TOT) versus Tension-free Vaginal Tape (TVT) Five Years After a Randomized Surgical Trial; BMC Women's Health 2011, 11:34

Ross S, Robert M, Swaby C, Dederer L, Lier D, Tang S, Brasher P, Birch C, Cenaiko D, Mainprize T, Murphy M, Carlson K, Baverstock R, Jacobs P, and Williamson T.
Transobturator Tape Compared With Tension-Free Vaginal Tape for Stress Incontinence
Obstetrics & Gynecology,114:1287-94,01-Dec-09

Roth, T: Management of persistent groin pain after transobturator sling. Int Urogynecol J (2007) 18:1371–1373

Roth, Ted M.. Management of persistent groin pain after transobturator sling; Int Urogynecol J (2007) 18:1371-1373 doi: 10.1007/s00192-007-0365-1

Roumeguère T, Quackels T, Bollens R, de Groote A, Zlotta A, Bossche MV, et al. Trans-obturator vaginal tape (TOT) for female stress incontinence: one year follow-up in 120 patients. Eur Urol. 2005;48:805-9. Epub 2005 Aug 31

Roy S, Mohandas A, Coyne K et al: Assessment of the psychometric properties of the short-form prolapse/urinary incontinence sexual questionnaire (PISQ-12) following surgical placement of Prolift+M: A transvaginal partially absorbable mesh system for the treatment of pelvic organ prolapse. J Sec Med 2012;9:1190-1199.

Rubod C, Boukerrou M, Brieu M et al: Biomechanical properties of vaginal tissue: preliminary results. Int Urogynecol J (2008) 19:811-816.

Ruddick CN, Chen MC, Mongiu AK, Klumpp DJ. Organ cross talk modulates pelvic pain. Am J Physiol Regul Integr Comp Physiol 2007;293: R1191–8.

Russell R. Zimmern cites shortcomings in published outcomes for anti-incontinence surgery; Newsroom Center Times, March 28-31, 2011

Salonia A, Briganti A, Deho F, Zanni G, Rigatti P, Montorsi F, Women's sexual dysfunction: a review of the "surgical landscape", European Urology

Saltz S, Haff R, Lucente V (2007) Short-term assessment of patients undergoing the new tension free vaginal tape: Secur procedure for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 18(Suppl 1):S27–S28

Sand PK. Sumit Trial Outcomes: Clinical Insights Into Percutaneous Tibial Nerve Stimulation; Abstracts Female Pelvic Med & Reconstru Surg (2011) 17(5): S2

Santoro M, Gorrie TM. Ethics and the Pharmaceutical Industry; Eds New York: Cambridge University Press 2005

Sarsotti C, et al. The transobturatoric tape procedure for stress urinary incontinence: results of an Argentinean multicenter experience; Int Urogynecol J (2007) 18 (Suppl l):S107-S244 Abst 375

Sayer T, Lim J., et al. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device; Int Urogynecol J DOI 10.1007/s00192-011-1600-3

Scales, J.T. Tissue reactions to synthetic materials.; Proc R Soc Med, 46:647-652.

Scheiner D, Betschart C et al: Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings. Int Urogynecol J (2012) 23:197–206.

Scheiner D, Betschart C, et al. Retropubic TVT vs. Transobturator Outside-in TOT and TVT-O: One-year results from our prospective randomized study.; Neurourology and Urodynamics Eth.Mesh.00587443-00587444

Scheiner DA, et al. Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings; Int Urogynecol J 2012 Feb;23(2):197-206

Schierlitz L, Dwyer P, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (TVT) in women with severe genital prolpase and occult stress incontinence: long term follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer P, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISD): the three year follow up.; Int Urogynecol J (2010) 21 (Suppl 1):S1-S428

Schierlitz L, Dwyer PL, Rosamilia A, Murray C, Thomas E, De Souza A, Lim YN, and Hiscock R. Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial; Obstetrics & Gynecology,112:1253-61,01-Dec-08

Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211:71.e1-27.

Schneider, H.. Long-Term Performance of Polypropylene Geosynthetics; Durability and Aging of Geosynthetics, edited by R.M. Koerner, Elsevier Applied Science, 1989, pp. 95-109

Scottish News. Mesh surgery scandal: Controversial implants to be banned by Dumfries and Galloway health board; Scottish News article

Seker D, Kulacoglu H. Long-term complications of mesh repairs for abdominal wall hernias. J Long Term Eff Med Implants. 2011;21(3):205-18.

Sekiguchi Y, et al. Outpatient mid urethral tissue fixation system sling for urodynamic stress urinary incontinence: 1-year results.; J Urol 2009;182:2810-283.

Sentilhes L, Berthier A et al: Sexual function after transobturator tape procedure for stress urinary incontinence. Urology. 2008 Jun;71(6):1074-9. Epub 2008 Mar 20.

Sentilhes L, Berthier A, et al: Female sexual function following surgery for stress urinary incontinence: tension-free vaginal versus transobturator tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Apr;20(4):393-9. doi: 10.1007/s00192-008-0778-5. Epub 2008 Dec 17

Sepulcri Rde et al: Depressive symptoms, anxiety, and quality of life in women with pelvic endometriosis. Eur J Obstet Gynecol Reprod Biol. 2009 Jan;142(1):53-6.

Serati M, Salvatore S, et al. Surgical treatment for female stress incontinence: What is the gold-standard procedure?; Int Urogynecol J 2009;20:619-621

Serati, M.. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10- Year Follow-Up; Eur Urol61 (2012) 939-946

Serati, M.. The Impact of the Mid-Urethral Slings for the Treatment of Stress Urinary Incontinence on Female Sexuality.; J Sex Med 2009; 6:1534-1542

Serels S, et al. Long term follow up of the Solyx single incision sling in the treatment of female stress urinary incontinence (SUI); Open J Urology 2014, 4, 13-17

Serels S, et al. Preliminary findings with the Solyx™ single-incision sling system in female stress urinary incontinence; Int Urogynecol J (2010) 21:557-561

Serels S, et al. Safety and efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence.  Preliminary results; Urotoday Int J. 2011 Feb;4(1):art5

Serels S. Cadaveric assessment of synthetic mid-urethral sling placement.; Open J Urol 2011;1:19-24

Sergent F, Sebban A, et al; Per- and postoperative complications of TVT (tension-free vaginal tape). Acta Obstet Gynecol Scand. 2002 Jan;81(1):72-7.  [Article in French]

Shah K, Nikolavsky D, Flynn B. Bacteriological analysis of explanted transvaginal meshes. Abstract #1144 American Urological Association National Meeting San Diego 2013.

Shah, K, Nikolavsky, D, et al.. Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia; Int Urogynecol J DOI 10.1007/s00192-013-2146-3 (2013)

Shah, S.M. Impact of Vaginal Surgery For Stress Urinary Incontinence On Female Sexual Function: Is The Use Of Polypropylene Mesh Detrimental?; Urology (2005) 65: 270-274

Sharifiaghdas F and Mortazavi N.. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up; Med Princ Pract 2008; 17:209-214

Shek D, Dietz H, Rane A et al: Transobturator mesh for cystocele repair. a short to medium term follow up using 3D/4D ultrasound. Ultrasound Obstet Gynecol. 2008; 32:82-86.

Shepherd J, Feola A, et al. Uniaxial Tensile Properties of Seven Vaginally Implanted Meshes for Pelvic Organ Prolapse; IUGA Abstract

Shepherd JP, et al. Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse; Int Urogynecol J (2012) 23:613-620

Shindel AW, et al. Urethral slings placed by the transobturator approach: evolution in the technique and review of the literature; Curr Urol Rep 2005; 6(5):385-92

Siegel AL. Urethral necrosis and proximal urethro-vaginal fistula resulting from tension-free vaginal tape.

International Urogynecological Journal. 17:661-664, 2006

Simon M, Debodinance P: Vaginal prolapse repair using the Prolift Kit: a registry of 100 successive cases. Eur J Obstet Gynecol Reprod Biol. 2011 Sep;158(1):104-9.

Simsiman AJ, Powell CR, Stratford RR, Menefee SA. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Simsiman AJ, Powell CR, Stratford. Suburethral sling materials: best outcome with autologous tissue; The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05

Sivanesan K. Comment on "tvt and tvt-obturator:  comparison of two operative procedures"; Eur J Obstet Gynecol Reprod Biol 131 (2007) 87-90

Sivanesan K. Fattah MA. Ghani R. External iliac artery injury during insertion of tension-free vaginal tape: a case report and literature review. International Urogynecological Journal. 18:1105-1108, 2007.

Sivaslioglu A, Unlubilgin E, Dolen I. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):467-71.

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence:  5-year results; J urology (2012) 188: 194-199

Sivaslioglu AA, et al. A prospective randomized controlled trial of the transobturator tape and tissue fixation system minisling in 80 patients with stress urinary incontinence – 3 year results; Pelviperineology 2010;29:56-59.

Skala C, Renezeder K, et al. The IUGA ICS classification of complications of prosthesis and graft insertion; Int Urogynecol J (2011) 22:1429-1435

Skala CE, Renezeder K, et al. Mesh-complications following prolapse surgery:  management and outcome; Euro Obstet & Tynecol and Reprod Biology J 159 (2011) 453-456

Skoczylas L, Shepherd J et al: Managing mesh exposure following vaginal prolapse repair: a decision analysis comparing conservative versus surgical treatment. Int Urogynecol J (2013) 24:119–125.

Skriapas K. Poulakis V. Dillenburg W. De Vries R. Witzsch U. Melekos M. Becht E. Tension free vaginal tape (TVT) in morbidly obese patients with severe urodyanamic stress incontinence as last option treatment. European Urology. 49:544-550, 2006

Skypunch, OW. Giant Papillary Conjunctivitis from an Exposed Prolene Suture; Can. J. Ophthalmology, 1986; 21(5:189-192)

Slack, M. D. (2015). The safety of surgical meshes used in urogynaecological surgery. *Scientific Committe on Emerging and Newly Identitfied Health Risks* (pp. 1-3).

Smith JJ, et al. Long-term outcomes and review of complications in 75 patients with Boston Scientific Advantage mesh in mid-urethral slings; www.bostonscientific.com

Smith PP, et al. Comparison of single-incision mid-urethral tape (Ophira™) and transobturator tape (Obtryx™) sub-urethral sling procedures for female stress urinary incontinence; JCMR 2013 5(5) 58-61

Sokol, A., et al. One-Year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse; American Journal of Obstetrics & Gynecology; 2012: 206:66

Song Y, Ye P, Hong X et al: Changes in levator ani muscle after vaginal hysterectomy and prolapse repair using total Prolift. Int J Gynaecol Obstet. 2009 Jul;106(1):53-6. Epub 2009 Apr 8.

Song PH. Kim YD. Kim HT. Lim SU. Hyun CH. Seo JH. Park CH. Jung HC. The 7 year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU International. March 13, 2009

Song YF, Huang HJ, Xu B, Hao L.[Comparative study of tension-free vaginal tape and fascia lata for stress urinary incontinence]. [Chinese]. Zhonghua Fu Chan Ke Za; Zhi. 2004 Oct;39(10):658-61. Chinese.

Songara, RK et al. Need for harmonization of labeling of medical devices: a review; J Adv Pharm Technol Res. 1020 Apr-Jun; 1(2): 127-144

Sorensen LT, Karlsmark T, Gottrup F. Abstinence from smoking reduces incisional wound infection: A randomized controlled trial. Ann Surg 2003; 238:1–5.

Sorensen LT, Toft BG, Rygaard J, et al. Effect of smoking, smoking cessation, and nicotine patch on wound dimension, vitamin C, and systemic markers of collagen metabolism. Surgery 2010;148:982–90.

Sound Urological Associates. Women's Health webpage; Sound Urology Webpage http://soundurology.com/womens-health/ 2/16/2015

Spinosa J, Dubuis P, and Riederer. Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques; BJU International,100:1097-102,14-Sep-07

Spinsosa J, Dubuis P et al: Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques. BJU Int. 2007 Nov;100(5):1097-102. Epub 2007 Sep 14.

Srikrishna S, Robinson D, Cardozo L et al: Experiences and expectation of women with Urogenital prolapse: a quantitative and qualitative exploration. 2008. BJOG115:1362-1368

Srikrishna S, Robinson D, Cardozo L: A longitudinal study of patient and surgeon goal achievement 2 years after surgery following pelvic floor dysfunction surgery. BJOG. 2010 Nov;117(12):1504-11.

Stanton SL et al.. Some Reflections on Tension-Free Vaginal Tape – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001) (Suppl 2): S1-S2

Starr DS, Weatherford ST, et al. Suture Material as a Factor in the Occurrence of Anastomotic False Aneurysms; Arch Surg April 1979; 114: 412-415

Staskin DR, Plzak L. Synthetic Slings: Pros and Cons; Current Urology Reports 2002, 3:414-417

Steege, J.F.. Evaluation and Treatment of Dyspareunia; Obstetrics Y Gynecology: May 2009- Volume 113- Issue 5- pp 1124-1136

Sternschuss G, Ostergard DR, and Patel H. Post-Implantation Alterations of Polypropylene in the Human; Journal of Urology,188:27-32,12-May-12

Strasberg SM, et al. The accordion severity grading system of surgical complications; Annals of Surgery 2009; 250(2):177-186

Strus, M., et al. Hydrogen Peroxide Produced by Lactobacillus Species as a Regulatory Molecule for Vaginal Microflora; Med Dosw Mikrobiol 2004;56:67-77

Strus, M., et al. The In Vitro Effect of Hydrogen Peroxide on Vaginal Microbial Communities; FEMS Immunol Med Microbiol. 2006 Oct;48(1):56-63

Su T, Lau H, Huang W et al: Short term impact on female sexual function of pelvic floor reconstruction with the Prolift procedure. J Sex Med. 2009 Nov;6(11):3201-7.

SUFU and AUGS Position Statement on Mesh Midurethral Slings (MUS) for Stress Urinary Incontinence 2014.

Sung et al.,Comparison of Retropubic versus Transobturator Approach to Midurethral slings: A Sytematic Review and Meta-Analysis, Am J Obstet Gyncol. 2007 July; 197(1):3-11.

Sung VW, Schleinitz MD, Rardin CR, Ward RM, and Myers DL. Comparison of retropubic vs transobturator approach to midurethral slings: a systematic review and meta-analysis; The American Journal of Obstetrics & Gynecology,197:3-11,01-Jul-07

Svabik K, Martan A, et al. Ultrasound appearances after mesh implantation--evidence of mesh contraction or folding?; Int Urogynecol J (2011) 22:529-533

Svenningsen, Rune. Long-term follow-up of the retropubic tension-free vaginal tape procedure; Int Urogynecol J (2013) 24:1271-1278 DOI 10.1007/s00192-013-2058-2

Sweat S, Lightner, D: Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan;161(1):93-6.

Sweat, S., et al. Polypropylene Mesh Tape for Stress Urinary Incontinence: Complication of Urethral Erosion and Outlet Obstruction; The Journal of Urology, Vol. 168, 144-146, (July 2002)

Szarnicki RJ. Polypropylene Suture Fracture; Ann Thorac Surg 1985 April; 39(4):400

Tahseen S, et al. Effect of transobturator tape on overactive bladder symptoms and urge urinary incontinence in women with mixed urinary incontinence; Obstet Gynecol 2009; 113:617-23

Takeyama M, Koyama M, Murakami G et al: Nerve preservation in the tension free vaginal mesh procedures for pelvic organ prolapse - a cadaveric study. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Apr;19(4):559-66. Epub 2007 Oct 10.

Tamai A, et al. TVt and TOT: a comparison between these two techniques based onour clinical experience; Urologia 2008 October-December; 75(4): 232-236

Tamussino K, Hanzal E, et al. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry; Am J Obstet Gynecol 2007; 197:634e1-634e5

Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6.

Tamussino K, Hanzal E, Kolle D et al: Tension-free vaginal tape operation: results of the Austrian Registry. Obstet Gynecol. 2001 Nov;98(5 Pt 1):732-6.

Tamussino K, Tammaa A, Hanzal E, Umek W, Bjelic V, Koelle D. TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial; Int Urogynecol J (2008) 19 (Suppl 1):S1-S166

Tarcan T, et al. Safety and Efficacy of retropubic or transobturator midurethral slings in a randomized cohort of Turkish women; Urol Int Published online Aug 20, 2014

Tardiu L, Franco E, et al: Contasure-Needleless® compared with transobturator-TVT® for the treatment of stress urinary incontinence. Int Urogynecol J (2011) 22:827–833.

Taub, D., et al. Complications Following Surgical Intervention for Stress Urinary Incontinence: A National Perspective; Neurourology and Urodynamics 24:659-605 (2005)

Taylor S et al: Does contraction of mesh following tension free hernioplasty effect testicular or femoral vessel blood flow? Hernia 2001 Mar 5 (1):13-5. (Prosthetic mesh can contract by 20-75% within ten months of implantation)

Téllez Martínez-Fornés M, Fernández Pérez C, Fouz López C, Fernández Lucas C, and Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence; Actas Urologicas Españolas 2009 Nov;33(10):1088-96

Teo R, Moran P et al: Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol. 2011 Apr;185(4):1350-5

The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2009 "; The American Congress of Obstetricians and Gynecologists website,01-Jan-09

The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2010"; The American Congress of Obstetricians and Gynecologists website,01-Aug-12

The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2011"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13

The American College of Obstetricia. "Grants, Sponsorships, and Other Support - 2012"; The American Congress of Obstetricians and Gynecologists website,01-Mar-13

The American College of Obstetricia. Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse; Obstetrics & Gynecology,118:1459-64,01-Dec-11

The American College of Obstetricians and Gynecologists
Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse Obstetrics & Gynecology,118:1459-64,01-Dec-11

The British Association of Urologic. Synthetic Vaginal Tapes for Stress Incontinence Procedure-Specific Information for Patients;

The Federal and Drug Administration. Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011

The Federal and Drug Administration. Urogynecological surgical mesh: Update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. July 2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm

Tijdink M, Vierhout M, Heesakker J et al: Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh. Int Urogynecol J. 2011 Nov;22(11):1395-404.

Timmer M: Technical note - Evaluation of Mesh contraction in a swine fascia Implantation Model. (ABSTRACT ONLY)

Tincello D, Botha, T, Kirkemo et al: The TVT Worldwide Observational Registry for Long-Term Data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women. J Urol. 2011 Dec;186(6):2310-5. doi: 10.1016/j.juro.2011.07.078. Epub 2011 Oct 20.

Tincello D, Kenyon S, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1); BJOG 2009; 116:1809-1814

Tincello DG, Botha T, Grier D, Jones P, Subramanian D, Urquhart C, Kirkemo A, and Khandwala S. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women; Journal of Urology,186: 2310-5,01-Dec-11

Tipton, JS. Obturator neuropathy; Curr Rev Musculoskelet Med. 2008 Dec;1(3-4):234-7

Tirlapur SA, Vlismas A, Ball E, and Khan KS. Nerve stimulation for chronic pelvic pain and bladder pain

64

syndrome: a systematic review; Acta Obstetricia et Gynecologica Scandinavica,,24-May-13

Tommaselli G, Formisano C et al: Effects of a modified technique for TVT-O positioning on postoperative pain: single-blinded randomized study. Int Urogynecol J (2012) 23:1293–1299.

Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Mariamaddalena S, and Nappi C. Efficacy and Safety of TVT-Secur in the Treatment of Female Stress Urinary Incontinence: 1-year follow-up; The International Urogynecology Journal,21:1211-7,26-May-10

Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol. 2013 Mar;20(2):198-204. Epub 2013 Jan 23.

Tommaselli GA, D'Afiero A, et al. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol Reprod Biol. 2013 Apr;167(2):225-9.

Tønnesen H1, Nielsen PR, et al Smoking and alcohol intervention before surgery: evidence for best practice. Br J Anaesth. 2009 Mar;102(3):297-306.

Toshiaki T. Ko K. Takaoki H. Bladder perforation of the tension-free vaginal tape detected with a flexible cystoscope. Acta Urologica Japonica. 52(10):805-807, 2006.

Touboul - Major Venous Hemorrhagic Complication during Transvaginal cystocele repair using the transobturator approach.

Touboul, C. Perneal approach to vascular anatomy during transobturator cystocele repair; BJOG 2009: 116:708-712

Trivedi, et al. Understanding Female Urinary Incontinence and Master Management; S. Narayan & Sons 2014

Truntzer J et al. Smoking cessation and bone healing: optimal cessation timing. Eur J Orthop Surg Traumatol. 2014 May 31. [Epub ahead of print]

Tseng LH, Wang AC, Lin YH, Li SJ, Ko YJ. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women; The International Urogynecology Journal,16:230-5,27-Oct-04

Tsivian A, Kessler O, Mogutin B, Rosenthal J, Korczak D, Levin S, et al. Tape related complications of the tension- free vaginal tape procedure. J Urol 2004;171(2 Pt 1):762–4.

Tunn R, Picot A, Marschke J et al: Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele. Ultrasound Obstet Gynecol 2007; 29:449-452.

Tunuguntla H et al: Female sexual dysfunction following vaginal surgery: a review. J Urol. 2006 Feb;175(2):439-46.

Turut P, Florin P, et al. Les Complications Dues Au Prolene; Bull.Soc.Opht.France 1981: 8-9

Twiss C and Raz S. Complications of synthetic mid-urethral slings; laborie.com,,01-Mar-08

Tzartzeva K, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women2; ICS Abstract 366, 2014

Tzartzeva K, Lingam D, et al. In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women; Study: UT SW Med Center, UT Dallas

U.S. Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

UCLA. Clinical Updates - Surgical mesh for pelvic organ prolapse repair the subject of FDA warning; UCLA Clinical Updates webpage 9/19/2012

Ulmsten U, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of struess urinary incontinence; Int Urogynecol J (1998) 9:2010-213

Ulmsten U, Falconer C, Johnson P, Jomaa M, Lannér L, Nilsson CG, and Olsson I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence; The International Urogynecology Journal,9:210-213,20-Jun-05

Ulmsten U., et al. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence; Int Urogynecol J, 1996; 7:81-86
Eth.Mesh.05795664-05795669

Ulmsten U., et al. Reprint: A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence; British Journal of Obstetrics and Gynecology, April 1999, Vol. 106, pp. 345-350 Eth.Mesh.00158629-00158636

Ulmsten U. An Introduction to Tension-Free Vaginal Tape (TVT) – A New Surgical Procedure for Treatment of Female Urinary Incontinence; Int Urogynecol J (2001)(Suppl 2):S3-S4

Unger, CA., et al. Outcomes following treatment for pelvic floor mesh complications; (2014) Int Urogynecol J 25:745-749

Urogynecology and Reconstructive Pelvic Surgery. Edited by Walters and Karram. 2007 edition.

US Preventive Services Task Force (August 1989). Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. DIANE Publishing. pp. 24–. ISBN 978-1-56806-297-6.

Ustinova EE, Fraser MO, Pezzone MA. Colonic irritation in the rat sensitizes urinary bladder afferents to mechanical and chemical stimuli: an afferent origin of pelvic organ cross-sensitization. *Am J Physiol Renal Physiol* 290: F1478–F1487, 2006.

Ustinova et al: Sensitization of pelvic nerve afferents and mast cell infiltration in the urinary bladder following chronic colonic irritation is mediated by neuropeptides. *Am J Physiol Renal Physiol* 292: F123–F130, 2007.

Ustün Y, Engin-Ustün Y, Güngör M, and Tezcan S.
Tension-free vaginal tape compared with laparoscopic Burch urethropexy; J Am Assoc Gynecol Laparosc. 2003 Aug;10(3):386-9

Utomo E et al: Validation of the urogenital distress inventory (UDI-6) and incontinence impact questionnaire (IIQ-7) in a Dutch population. Neurourol Urodyn. 2013 Oct 26

V. Iakovlev, S. Guelcher, R. Bendavid.
In Vivo Degradation of Surgical Polypropylene Meshes: A Finding Overlooked for Decades. Virchows Archiv 2014, 463(1): 35

V. Iakovlev.
Explanted Surgical Meshes: What Pathologists and Industry Failed to do for 50 Years. Virchows Archiv 2014, 463(1): 337

Vaiyapuri G, Han H, Lee L et al: Use of the Gynecare Prolift System in surgery for pelvic organ prolapse: 1-year outcome. Int Urogynecol J. 2011 Jul;22(7):869-77. .

Vakili B, Trang H, Loesch H et al: Outcomes of vaginal reconstructive surgery with and without graft material. American Journal of Obstetrics and Gynecology (2005) 193:2126-32.

Valentim-lourenco A, Benoun M, Mascarenhas T, Cruz F, Moniz L. TORP- comparing the efficacy, execution and early complications of TVT and TVT-0; International Urogynecology Journal. Eth.Mesh.06133411-06133412

Valentim-lourenco A, et al. "TORP- comparing the efficacy, execution and early complications of TVT and TVT-0"; International Urogynecology Journal

Valpas A, Kivelä A, et al. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence; Obstetrics & Gynecology, 2004 July; 104(1):42-49

Valpas A, Kivelä A, Penttinen J, Kujansuu E, Haarala M, and Nilsson CG. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence; Obstetrics & Gynecology, 2004 July; 104(1):42-49

van Raalte H, Lucente V, Molden S et al: One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of posthysterectomy prolapse. Am J Obstet Gynecol. 2008 Dec;199(6):694.e1-6. .

Vassallo, BJ., et al. Management of Iatrogenic Vaginal Constriction; Obstet Gynecol. 2003 Sept; 102(3): 512-20

Vaze A, Goldman H et al: Determining the course of the dorsal nerve of the clitoris. Urology. 2008 Nov;72(5):1040-3

Velemie, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Velemir L, Amblard J, Jacquetin B, Fatton B. Urethral erosion after suburethral synthetic slings: risk factors, diagnosis, and functional outcome after surgical management. Int Urogynecol J Pelvic Floor Dysfunct. 2008. Jan 18.

Velemir, L, Amblard J, Fatton B et al: Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol. 2010 Apr;35(4):474-80.

Vervest HAM, Bisseling TM, et al. "The prevalence of voiding difficulty after TVT, its impact on quality of life, and related risk factors."; Int Urogynecol J 2007;18:173-182

Vervest HAM. Bongers MY. Van der Wurff AAM. Nerve injury: an exceptional cause of pain after TVT. International Urogynecological Journal . 17:665-667, 2006

Viereck, Volker ; Rautenberg, et al. Midurethral Sling Incision: Indications and Outcomes; Int Urogynecol J (2013) 24:645-653

Vierhout M, Withagen M, Futterer J:  Rectal obstruction after a vaginal posterior compartment polypropylene mesh fixed to the sacrospinous ligaments. Int Urogynecol J (2011) 22:1035–1037. .

Vierhout ME. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):139-40.

Voeller, GR. New Developments in Hernia Repair; Surg Technol XI: 111-116

Vollebregt, A., et al. Bacterial Colonisation of Collagen-Coated Polypropylene Vaginal Mesh:  Are Additional Intraoperative Serility Procedures Useful?; Int Urogynecol J Pelvic Floor Dysfunct. 2009 Nov;20(11):1345-51

Von Theobald P, Zimmerman CW, et al. New Techniques in Genital Prolapse Surgery; 2011 XII, 310 p, Hardcover ISBN: 978-1-84885-135-4

Wadie BS, Edwan A, and Nabeeh AM.. Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study; J Urology, 2005 Sept; 174:990-993

Wadie BS, Mansour A, EI-Hefnawy AS, Nabeeh A, and Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wadie BS, Mansour A, et al. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function; Int Urogynecol J (2010) 21:1485-1490

Wai CY, Atnip S , Williams KN, Schaffer JN. Urethral erosion of tension - free vaginal tape presenting as recurrent stress urinary incontinence . Int Urogyn Journal 15 ( 5), Oct 2004

Wai CY.. Surgical treatment for stress and urge urinary incontinence.; Obstet Gynecol Clin N Amer 2009;36:509-519

Wai, C.Y.. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence.; Obstet Gynecol (2013) 121:1009-1016

Walid MS, Heaton RL: Laparoscopic apical mesh excision for deep dyspareunia caused by mesh banding in the vaginal apex. Arch Gynecol Obstet. 2009 Sep;280(3):347-50.

Wall L, Brown D: The perils of commercially driven surgical innovations. Am J Obstet Gynecol. 2010 Jan;202(1):30.e1-4. Epub 2009 Jul 15

Walsh CA. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months; BJU International,108:652-7,14-Jul-11

Walter JE. SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada; Journal of Obstetrics and Gynaecology Canada,[Deleted Object]:168-74 ,01-Feb-11

Walters M, Tulikangas, P et al; Vascular Injury During TensionFree Vaginal Tape Procedure for Stress Urinary Incontinence. Obstet Gynecol. 2001 Nov;98(5 Pt 2):957-9

Waltregny D, de Leval et al: Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence- Interim Results of a Prospective Study After a 1-Year Minimum Follow up. J Urol. 2006 Jun;175(6):2191-5.

Waltregny D, de Leval J: The TVT-obturator surgical procedure for the treatment of female stress urinary incontinence: a clinical update. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar;20(3):337-48. Epub 2008 Nov 4.

Waltregny D, Gaspar Y, Reul O, Hamida W, Bonnet P, and de Leval J. TVT-O for the treatment of female stress urinary incontinence: Results of a prospective study after a 3-year minimum follow-up; European Urology,53:401-10,21-Aug-07

Wang AC and Chen MC.. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial; Neurourology and Urodynamics 22:185-190 (2003)

Wang AC et al: A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study. Int Urogynecol J (2008) 19:1145–1150.

Wang AC, Lee L, Lin C, et al. A histologic and immunohistochemical analysis of defective vaginal tape healing after continence taping procedures: A prospective case-controlled pilot study; American Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang F, Song Y and Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China; Arch Gynecol

Obstet. 2010 Feb; 281(2) 279-86

Wang W. Zhu L. Lang J. Transobturator tape procedure versus tension free vaginal tape for treatment of stress urinary incontinence. 104:113-116, 2009

Wang Y, Li F et al: Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369–1374

Wang, A.C., et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures: A prospective case-controlled pilot study Americal Journal of Obstetrics and Gynecology (2004) 191, 1868-74

Wang, AC. A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid-urethral sling procedures—a prospective case-controlled study.; Int Urogynecol J (2008) 19:1145-1150

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P (on behalf of UK and Ireland TVT Trial Group). Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P et al. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up; The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04

Ward KL and Hilton P et al. Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence2; BMJ,325:1-7,13-Jul-02

Ward KL and Hilton P. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up; BJOG 2008:115:226-233

Weber AM, Abrams P, Brubaker L., The Standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J (2001) 12:178–186. .

Weber AM, et al. The standardization of terminology for researchers in female pelvic floor disorders; Int Urogynecol J (2001) 12: 178-186

Weber AM, Walters MD, Piedmonte MR.Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun;182(6):1610-5.

Weber AM, Walters MD, Piedmonte MR et al: Anterior colporrhaphy: a randomized trial of three surgical techniques. Am J Obstet Gynecol. 2001 Dec;185(6):1299-304; discussion 1304-6.

Weis J; Pelvic floor myofascial trigger points: manual therapy for interstitial cystitis and the urgency-frequency syndrome. J. Urol Vol 166, 2226-2231. Dec 2001

Westermann L, Brown A, et al. Delayed Presentation of an Enterocutaneous Fistula After Tension-Free Vaginal Tape Sling; Female Pelvic Reconstr Surg 2011; 17: 258-259

Westney L, McGuire E, Cespedes R, Amundsen C:  Long term results of Ingel-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep;168(3):1044-7.

Wetta LA, Gerten K, Wheeler T et al: Synthetic Graft Use in Vaginal Prolapse Surgery: Objective and Subjective Outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 2009 November ; 20(11): 1307–1312. doi:10.1007/ s00192-009-0953-3.

White , R.A., Hirose, F.M., et al.. (1981).  Histopathologic observations after short-term implantation of two porous elastomers in dogs.; Biomaterials, 2:171-176.

Whiteside J, Barber M, Walters M:  Anatomy of ilioinguinal and hypogastric nerves in relation to trocar placement and low transverse incisions.  Am J Obstet Gynecol. 2003 Dec;189(6):1574-8; discussion 1578.

Whiteside J, Walters M: Anatomy of the obturator region: relations to a trans-obturator sling. Int Urogynecol J (2004)_ 15:223-226.

Whiteside JL and Walters MD. Anatomy of the obturator region: relations to a trans-obturator sling; The International Urogynecology Journal,15:223-6,24-Feb-04

Willard F, Schuenke M: The neuroanatomy of female pelvic pain. From Pain in Women: A Clinical Guide. Bailey and Bernstein editors.

Willard, FH, et al. The Neuroanatomy of Female Pelvic Pain; Pain in Women:  A Clinical Guide, Chapter 2

Williams D. Review Biodegradation of surgical polymers; Journal of Materials Science. 1982; 17:1233-1246

Wilson, C, et al. Short-term efficacy of transobturator sling in women veterans with a history of sexual trauma; MAAUA 68th Annual Meeting Abstracts (2010)

Withagen M Vierhout M, Hendricks J et al: Risk factors for exposure, pain, and dyspareunia after tension-free vaginal mesh procedures. Obstet Gynecol. 2011 Sep;118(3):629-36. .

Withagen MI, Milani AL, et al. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapsed: a randomized controlled trial.; Obstetrics & Gynecology,117:242-50 ,01-Feb-11

Wolter CE, Starkman JS, et al. Removal of transobturator midurethral sling for refractory thigh pain.; Urology (2008) 72: 461.el-461.e3

Wood, A.J., et al.  Materials characterization and histological analysis of explanted polyproplene, PTFE, and PET hernia meshes from an Individual Patient; J Mater Sci: Mater Med (2013) 24:11 13-1122

Wu JM, Kawasaki A, Hundley AF, Dieter AA, Myers ER, and Sung VW. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050; The American Journal of Obstetrics & Gynecology,205:230.e1-5 ,02-Apr-11

Wyczolkowski, M., et al. Reoperation After Complicated Tension-Free Vaginal Tape Procedures; The Journal of Urology, Vol 166, 1004-1005 (Sept 2001)

Yamada B, Govier et al: High rate of vaginal erosions associated with Mentor ObTape. J Urol. 2006 Aug;176(2):651-4; discussion 654.

Yang C, et al. Presentation Number:  Oral Poster 18  Anchor extraction forces for single-incision slings: strength comparison in a rabbit model; Female Pelvic Med & Reconstr Surg (2011) 17(5)2:S92

Yang CH, Chan PH, Lai SK, et al. A retrospective study comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of female stress urinary incontinence --- a preliminary report.; J Chin Med Assoc. 2007 Dec;70(12):541-4. doi: 10.1016/S1726-4901(08)70057-1.

Yucel S, De Souza A Jr, Baskin LS (2004) Neuroanatomy of the human female lower urogenital tract. J Urol 172:191–195.

Zahn CM Siddique S et al: Anatomic comparison of two transobturator tape procedures. Obstet Gynecol 2007;109:701-6.

Zeidel A, Beilin B, Yardeni I, et al. Immune response in asymptomatic smokers. Acta Anaesthesiol Scand 2002;46:959–64.

Zhong C, Yuan C, Guang-hui D, et al. Comparison of three kinds of midurethral slings for surgical treatment of female stress urinary incontinence.; Urologia 2010;77(1):37-42

Zhu L, Lang J, Hai N, and Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence; International Journal of Gynecology & Obstetrics (2007) 99, 14-17

Zhu Y, Gao G et al:  Inside out transobturator vaginal tape versus tension-free vaginal tape for primary female stress urinary incontinence: meta-analysis of randomized controlled trials. Chin Med J 2012;125(7):1316-1321

Zilbert AW, Farrell SA. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12(2):141-3

Zuckerman DM., et al. Medical Device Recalls and the FDA Approval Process; Arch Intern Med

2011:17(11): 1006-1011 Published Online February 14, 2011

Zugor V , Labanaris AP, Rezaei - Jafari MR, Hammerer P, Dembowski J, Witt J, Wucherpfennig W. TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow up of 48 months. Int Urol Nephrol. 2010 Feb 10

Zugor V, Labanaris AP, et al. "TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. "; Int Urol Nephrol 42, 915-20 (2010)

Zullo MA, Plotti F, Calcagno M, Marullo E, Palaia I, Bellati F, Basile S, Muzii L, Angioli R, and Panici PB. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial; European Urology,51:1376-82,07-Nov-06

Zullo MA, Plotti F, et al. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial.; European Urology,51:1376-82,07-Nov-06

Zullo MA. Ruggiero A. Montera R. Collettini F. Battista C. Muzii L. Zobel BB. Angioli R.  Pelvic-cutaneous fistula after retropubic vaginal tape placement. International journal of gynecology and obstetrics. 105(2): 178-179, 2009

Zumbe J. Porres D. Degiorgis PL. Wyler S. Obturator and thigh abscess after transobturator tape implantation for stress urinary incontinence. Urol Int. 81: 483-485. 2008.

Zwarenstein M, et al. Improving the reporting of pragmatic trials:  an extension of the CONSORT statement; BMJ 2008; 337:12390

Zycynski HM, Carey MP, et al. One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device; Am J Obstet Gynecol 2010; 203:587.e1-8

Zyczynski H, Carey M, Robinson D, Sikirica V et al: One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. (ABSTRACT ONLY presentation American Urological Association, 2009 and International Urogynecological Association meeting 2009)

Klinge U, Klosterhalfen B, Birkenhauer V: Impact of polymer pore size on the interface scar formation in a rat model. J. Surgical Research 103, 208-214 (2002)

Kwon Inflammatory Myofibroblastic tumor Birolini Mesh Cancer Sternschuss Post implantation alteration of polypropylene in humans

Mary, Celine, et. al.  Comparison of In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures used in Vascular Surgery

Iakovlev, et al., Pathology of Explanted Transvaginal Meshes. Intl . Science Index Vol. 8 No. 9 (2014)

Martin, MK Gupta, JM Page, F Yu, JM Davidson, SA Guelcher, CL Duvall. Synthesis of a Porous, Biocompatible Tissue Engineering Scaffold Selectively Degraded by Cell-Generated Reactive Oxygen Species. Biomaterials 35(12):3766-76, 2014

Tzartzeva, et al. In-depth nano-investigation of vaginal mesh and tape fiber explants in women. Abstract 366 (2015)

Klostherhalfen, B, Junge, K, Klinge, U, "The lightweight and large porous mesh concept for hernia repair," Expert Rev. Med. Devices, 2005 2(1)

Semin Immunopathol (2011) 33:235–243 - a Scar net formation following large pore (~3 mm) and b scar plate formation following small-pore (~0.3 mm) mesh implantation

About Apoptosis. Apoptosis Interest group, National Institute of Health, November 13, 2009

Sunoco MSDS, 2003, 2005, 2009

TVT IFU, May, 2015

TVT-O IFU, May, 2015

| Author | Name | Journal Citation |
|---|---|---|
| Abdel-Fattah M, Familusi A, et al | A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. | Neurourol Urodyn 2011;30:825¬826. |
| Abdel-Fattah M, Mostafa A, et al | Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the Evaluation of Transobturator Tapes study. | Eur Urol. 2012 Nov;62(5):843-51. doi: 10.1016/j.eururo.2012.04.021. Epub 2012 Apr 14. |
| Abdel-fattah M, Ramsay I, et al | Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes. | Eur J Obstet Gynecol Reprod Biol. 2010 Mar;149(1):106-11. doi: 10.1016/j.ejogrb.2009.11.023. Epub 2009 Dec 24 |
| Abdelnaser KH, et al | The use of polyprophylene mesh as a transobturator sling for the treatment of female stress urinary incontinence (early experience with 40 cases) | Int Urogynecol J 2008; 19: 833-838 |

| Athanasiou S, Grigoriadis T, et al | Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? | Int Urogynecol J. 2013 Jul 27. [Epub ahead of print] |
|---|---|---|
| Barber MD, Brubaker L, et al | Defining success after surgery for pelvic organ prolapse. | Obstetrics and Gynecology,114:600-9 ,01-Sep-09 |
| Cao J., et al | In Vitro Study: Synthetic Prosthetic Meshes for Inguinal Hernia Repair | Presented at AATCC International Conference May 18-20 in Atlanta, GA AATCC Review November/December 2011 |
| Capobianco G, Dessole M, et al | TVT-Abbrevo: efficacy and two years follow-up for the treatment of stress urinary incontinence | Clin Exp Obstet Gynecol (2014); 41(4): 445-447 |
| Cattoni,Elena; Serati M, et al | ISU Abs 5 Can preoperative overactive bladder (OAB) symptoms influence TVT-O outcome? | Neurolurol and Urodyn; International Society of Urology Conference abstracts 2012 |
| Chen YH, Wang YJ, Li FP, and Wang | Efficacy and postoperative complication of tension-free vaginal tape-Secur for female stress urinary incontinence | Chinese Medical Journal,124:1296-9 ,01-May-11 |
| Cho MK, Kim CH, Kang WD, et al | Comparison of the clinical and quality-of-life outcomes after the inside-out TVT-O procedure with or without concomitant transvaginal gynaecological surgery. | J Obstet Gynaecol. 2012 Apr;32(3):280-4. doi: 10.3109/01443615.2011.654290 |
| Costa P | Comparisons of Safety and Efficacy of the Obtryx Sling and Advantage Mid-Urethral Sling for the Treatment of Stress Urinary Incontinence: Propensity Matching Results in a Large International Registry | Abstract 614 (2010) |
| Dati S, Cappello S, et al | Single-incision minsling (AJUST®) vs Obturator Tension-free vaginal shortened tape (TVT- Abbrevo™) in surgical management of female stress urinary incontinence | Dati poster XX FIGO World Congress of Gynecology and Obstetrice Rome, 7-12 October 2012 |
| Dati S, Rombola P, et al | Single-Incision Minisling (Ajust) vs Obturator Tension-Free Vaginal Shortened Tape (TVT- Abbrevo) in Surgical Managenent of Female Stress Urinary Incontinence | Poster presentations/ Int J Gynecol & Obstet 119S3 (2012) S670 |
| Debodinance P, Legrange E, et al | TVT Secur: Prospective Study and Follow up to 1 Year about 150 Patients | International Urogynecology Journal,19(Supp. 1):211-S12 ,00-Jan-00 |

| Debodinance P. | Trans-obturator urethral sling for surgical correction of female stress urinary incontinence: Outside-in (Monarc) versus inside-out (TVT-O). Are the two ways reassuring? | Eur J Obstet Gynecol Reprod Biol,133:232-8 |
|---|---|---|
| Descazeaud A, Salet-Lizée, et al | Traitement de l'incontinence urinaire d'effort par bandelette TVT-O : résultats immédiats et à un an | Gynécologie Obstétrique & Fertilité |
| Detollenaere RJ, De Boon J, et al | Short term anatomical results of a randomized controlled non inferiority trial comparing sacrospinous hysteropexy and vaginal hysterectomy in treatment of uterine prolapse stage 2 or higher | Int Urogynecol J (2013) 24 (Suppl 1): S1-S152 |
| FDA | §801.63 Medical devices; warning statements for devices containing or manufactured with chlorofluorocarbons and other class I ozone-depleting substances | 2014 Food and Drug Administration, HHS §801.63 |
| FDA | FDA's Role and Activities | FDA webpage 4/29/2014 |
| FDA | Surgical mesh for treatment of women with pelvic organ prolapse and stress urinary incontinence | FDA Executive Summary 2011 |
| Feifer A and Corcos J. | The use of synthetic sub-urethral slings in the treatment of female stress urinary incontinence. | Int Urogynecol J (2007) 18:1087-1095 |
| Feiner B and Maher C. | Vaginal mesh contraction: definition, clinical presentation, and management. | Obstetrics & Gynecology,115:325-30 ,01-Feb-10 |
| Feng CL, Chin HY, Wang KH. | Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients. | Int Urogynecol J Pelvic Floor Dysfunct. 2008 Oct;19(10):1423-7. doi: 10.1007/s00192-008- 0658-z. Epub 2008 May 31. |
| Feola A, Moalli PA, et al | Stress-Shielding the impact of Mesh Stiffness on Vaginal Function | Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110 |
| Feola, A. | Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh | BJOG An International Journal of Obstetrics and Gynaecology 2013 |
| Firoozi F and Goldman HB. | Pure transvaginal excision of mesh erosion involving the bladder | The International Urogynecology Journal,,04-Apr- 13 |
| Fischer A, Fink T, et al | Comparison of retropubic and outside-in transoburator sling systems for the cure of female genuine stress urinary incontinence | European Urology,48:799-804,15-Aug-05 |

| Flam F, Boijsen M, and Lind F. | Necrotizing fasciitis following transobturator tape treated by extensive surgery and hyperbaric oxygen. | Int Urogynecol J (2009) 20:113-115 |
|---|---|---|
| Fletcher AP | Spontaneous adverse drug reaction reporting vs event monitoring: a comparison | J Royal Society Med (1991) 84: 341-344 |
| Flock F, Reich A, et al | Hemorrhagic complications associated with tension-free vaginal tape procedure. | Obstetrics & Gynecology,104:989-94,01-Nov-04 |
| Flood CG, et al | Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles | Int Urogynecol J Pelvic Floor Dysfunct 1998; 9(4): 200-4 |
| Food and Drug Administration (FDA). | FDA executive summary. Surgical mesh for the treatment of women with pelvic organ prolapsed and stress urinary incontinence. | Obstetrics and Gynecology Devices Advisory Committee Meeting,, 9/8/2011 |
| Food and Drug Administration (FDA). | FDA Safety Communication: Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse. | 13-07-11 |
| Foote J, et al | Referral Patterns and Complications of Midurethral Slings | Abstract 843 |
| Ford, AA, Rogerson L, et al | Mid-urethral sling operations for stress urinary incontinence in women (Review) | The Cochran Collaboration, The Cochran Library 2015, Issue 7 |
| Freeman R, Holmes D, et al | What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence - a multi- centre randomised controlled trial | Int Urogynecol J. 2011 Mar;22(3):279-86 |
| Frenkl TL, Rackley RR, et al | Management of Iatrotgenic Foreign Bodies of the Bladder and Urethra Following Pelvic Floor Surgery | Neuro and Urodynam (2008)27:491-495 |
| Funk MJ, Siddiqui NY, et al | Long-term Outcomes After Stress Urinary Incontinence Surgery | Obstetrics & Gynecology,120:83-90,01-Jul-12 |
| Gamble T, et al | Predicting persistent dstrusor overactivity after sling procedures | Int Urogynecol J (2008) 19 (Suppl 1): S64-S65 |
| GAO | Medical Devices FDA Should Take Steps to Ensure That High-Risk Device Types Are Approved through the Most Stringent Premarket Review Process | GAO Report to Congressional Addressees January 2009 |
| Garber, AM | Modernizing Device Regulation | N Engl J Med (2010) 362:13: 1161-1163 |
| Garcia-Urena, M.A., et al | 2007. Differences in polypropylene shrinkage depending on mesh position in an experimental study. | Am J Surg, 193(4), 538-542. doi: 10.1016/j.amjsurg.2006.06.045 |

| Gebhart JB, Dixon DA, et al | Three-year outcomes of Uretex Urethral Support System for treatment of stress urinary incontinence | The International Urogynecology Journal,19:1075-9,28-Feb-08 |
|---|---|---|
| Geoffrion R, et al | Closing the Chapter on Obtape: a case report of delayed thigh abscess and a literature reivew | J Obstet Gynaecol Can 2008; 30(2): 143-147 |
| Gerstenbluth, RE., et al | Simultaneous Urethral Erosion of Tension-Free Vaginal Tape and Woven Polyester Pubovaginal Sling | J Urol. 2003, Aug; 170 (2 Pt 1): 525-6 |
| Gilberti C, et al | Transobturator Tape for Treatment of Female Stress Urinary Incontinence: Objective and Subjective Results After a Mean Follow-up of Two Years. | Urology 2007;69:703-707 |
| Gomelsky A, et al | Biocompatibility Assessment of synthetic sling materials for female stress urinary incontinence | J Uro (2007)178:1171-1181 |
| Greca FH | The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the repair of abdominal defects. Experimental study in dogs. | Hernia. (2001); 5: 59-64. |
| Green J, Buencamino D, et al | A comparison of the transobturator tape and transabdominal tension free vaginal tape procedures for the surgical treatment of stress urinary incontinence | Presented at the 35th Annual Meeting of the International Continence Society, 28th August- 2nd September 2005, Montreal, Canada. |
| Greenwald D, Shumway S, et al | Mechanical Comparison of 10 Suture Materials Before and After in Vivo Incubation | J Surg Research 1994; 56:372-377 |
| Gristina, A.G. | (1987). Biomaterial-centered infection: microbial adhesion versus tissue integration. | Science, 237:1588-1595. |
| Groutz A, Cohen A, et al | The safety and efficacy of the ""inside-out"" trans- obturator TVT in elderly versus younger stress- incontinent women: a prospective study of 353 consecutive patients. | Neurourol Urodyn. 2011 Mar;30(3):380-3. doi: 10.1002/nau.20976. |
| Groutz A, Levin I, Gold R, et al | """Inside-out"" transobturator tension-free vaginal tape for management of occult stress urinary incontinence in women undergoing pelvic organ prolapse repair." | Urology. 2010 Dec;76(6):1358-61. doi: 10.1016/j.urology.2010.04.070. Epub 2010 Oct 25. |
| Groutz A, Rosen G, Gold R, et al | Long-term outcome of transobturator tension-free vaginal tape: efficacy and risk factors for surgical failure. | J Womens Health (Larchmt). 2011 Oct;20(10):1525-8. doi: 10.1089/jwh.2011.2854. Epub 2011 Aug 5. |

| Guerrero KL, Emery SJ, et al | "A randomised controlled trial comparing TVT, Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women " | BJOG 2010 Nov;117(12):1493-502. |
| Guidoin R, Chakfe N | Aneurysmal Deteroration of Arterial Substitutes | Current Therapy in Vascular Surgery 2: 324-328 |
| Haferkamp, A., et al | Urethral Erosion of Tension-Free Vaginal Tape | J Urol. 2002;167(1): 250 |
| Hammad FT, et al | Erosions and Urinary Retention Following Polypropylene Synthetic Sling:  Australasian Surgey | Eur Urol 47 (2005) 641-647 |
| Hammett J, et al | Short-term surgical outcomes and characteristics of patients with mesh complications from pelvic organ prolapse and stress urinary incontinence surgery2 | Int Urogynecol J (2014) 25:465-470 |
| Han WHC. | Burch colposuspension or tension-free vaginal tape for female urinary incontinence? (Abstract). | International Urogynecology Journal and Pelvic Floor Dysfunction |
| Handa VL, et al | Banked human fascia lata for the suburethral sling procedure:  a preliminary report | Obstet Gynecol 88(6): 1045-9 1996 Dec |
| Hansen BL, et al | Long-Term Follow-up of Treatment for Synthetic Mesh Complications | Female Pelvic Med Reconstr Surg 2014;20: 126- 130 |
| Harding CK, et al | A prospective study of surgeon and patient-perceived outcome following transobturator tape insertion for treatment of urodynamic stress incontinence | Br J Med and Surg Urol (2009) 2, 197-201 |
| Hartung DM, et al | Reporting Discrepancies between clinicaltrials.gov results database and peer-reviewed publications | Ann Intern Med 2014;160:477-483 |
| Hassan MF, et al | Treatment success of transobturator tape compared with tension free vaginal tape for stress urinary incontinence at 24 months:  a randomized controlled trial | Open J Obstet and Gynecol, 2014, 4, 169-175 |
| Haylen, BT, et al | An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) and grafts in female pelvic fl | Neurourology and Urodynamics,30:2-12,01-Jan- 11 |
| Hazell L, et al | Under-reporting of adverse drug reactions a systematic review | Drug Safety 2006; 29(5) 385-396 |

| Hazewinkel MH, Hinoul P, et al | Persistent groin pain following a trans-obturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge | The International Urogynecology Journal,20:363- 5,04-Sep-08 |
|---|---|---|
| Health Canada | Health Canada Warns of Serious, Life-Altering Complications Associated with Transvaginal Mesh _ NewsInferno | http://www.newsinfero.com/health-canada- warns |
| Heinonen, P. | Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome | International Journal of Urology (2012) 19, 1003-1009 |
| Heise, CP, et al | Mesh Inguinodynia:  A New Clinical Syndrome After Inguinal Herniorrhaphy? | J Am Coll Surg.  1998 Nov; 187(5): 514-8 |
| Heniford, B.T. | """The benefits of lightweight meshes in Ventral Hernia Repair in Ventral Hernia Repair""" | Video produced by Ethicon. 2007 |
| Hernádez-Gascón B, et al | Mechanical behaviour of synthetic surgical meshes:  Finite element simulation of the herniated abdominal wall | Acta Biomaterialia 7 (2011) 3905-3913 |
| Hilton P | Long-term follow-up studies in pelvic floor dysfunction:  the Holy Grail or a realistic aim? | BJOG 2008; 115: 135-143 |
| Hilton, P., et al | Postural Perineal Pain Associated With Perforation of the Lower Urinary Tract Due to Insertion of a Tension-Free Vaginal Tape | BJOG (2003) 110: 79-82 |
| Hines, Jonas Zajac, et al. | Left to Their Own Devices:  Breakdowns in United States Medical Device Premarket Review | PLOS Med 7(7): e1000280 July 13, 2010 |
| Hinoul P, Bonnet P, Krofta L,et al | An anatomic comparison of the original versus a modified inside-out transobturator procedure | Int.Urogynecol J(2011) 22(8) 997-1004 |
| Hinoul P, et al | Anatomical variabiity in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O) | Int Urogynecol J (2007) 18:1201-1206 |
| Hinoul P, et al | A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence | J Urology 2011 (185): 1356-1362 |
| Hinoul P, et al | TVT obturator system versus TVT secur: arandomized controlled trial, short term results | Int Urogynecol J (2009) 20:S213 |

| Hinoul P, Roovers JP, et al | Surgical management of urinary stress incontinence in women: A historical and clinical overview. | Eur J Obstet Gyn Reprod Biol 2009;145:219-225 |
| Hogston P | Single surgeon experience with 125 trans-obturator sling procedures | Int Urogynecol J (2011) 22 (Suppl 3) S1947 |
| Hokenstad ED, et al | Health-related quality of life and outcomes after surgical treatment of complications from vaginally placed mesh | Female Pelvic Med Reconstr Surg 2015;21: 176- 180 |
| Holmgren, C | Quality of life after tension-free vaginal tape surgery for female stress incontinence | Scandinavian Journal of Urology and Nephrology, 2006; 40: 131-137 |
| Hong MK, Liao CY, et al | Internal Pudendal Artery Injury during Prolapse Surgery Using Nonanchored Meesh | J Min Invas Gynecol (2011) 18, 678-681 |
| Hota LS, Hanaway K, et al | TVT-Secur (Hammock) Versus TVT-Obturator: A Randomized Trial of Suburethral Sling Operative Procedures. | Female Pelvic Reconstructive Surgery,18:41- 45,01-Jan-12 |
| Hou JC, et al | Outcome of Transvaginal Mesh and Tape Removed for Pain Only | The Journal of Urology Vol 192, 856-860, September 2014 |
| Houwert RM, Renes-Zijl C, et al | TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. | Int Urogynecol J Pelvic Floor Dysfunct. 2009 Nov;20(11):1327-33. doi: 10.1007/s00192-009- 0943-5. Epub 2009 Jul 14. |
| Howden NS, Zyczynski HM, et al | Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes | The American Journal of Obstetrics & Gynecology,194:1444-9,31-Mar-06 |
| Hsiao SM, et al | Sequential comparisons of postoperative urodynamic changes between retropubic and transobturator midurethral tape procedures | World J Urol 2008 Dec;26(6):643-8 |
| Hubka P, Masata J, Nanka O, et al | Possible complications of the TVT-S vaginal tape in the H-position. | ICS Abstract #286,,00-Jan-00 |
| Hubka P, Nanka O, Martan A, et al | Anatomical study of position of the TVT-O to the obturator nerve influenced by the position of the legs during the procedure: based upon findings at formalin-embalmed and fresh-frozen bodies. | Archives of Gynecology and Obstetrics |
| Hurtado EA, Appell RA | Management of complications arising from transvaginal mesh kit procedures: a tertiary referral center's experience | Int Urogynecol J (2009) 20:11-17 |
| Iakovlev V | Explanted surgical meshes: what pathologists and industry failed to do for 50 years | Virchows Arch (2014) 465 (Suppl 1):S1-S379 |

| Iakovlev V, et al | Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications  Mesh Is Not Inert | ICS Abstract 228, 2014 |
|---|---|---|
| Iakovlev V, Guelcher S, et al | In vivo degradation of surgical polypropylene meshes:  A finding overlooked for decades | Virchows Arch (2014) 465 (Suppl 1): S35 |
| Iakovlev V, Mekel G, Blaivas J | Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications:  Mesh Is Not Inert | ICS.org abst 228  Study St Michael's Hospital, Univ. Toronto |
| Iakovlev VV, Carey ET, Steege J | Pathology of Explanted Transvaginal Meshes2 | Accepted Abstract |
| Iakovlev VV, et al | Pathology of Explanted Transvaginal Meshes | Int J Med Health Pharmaceu and Biomedical Engineering 2014, (8)9: 510-513 |
| Iakovlev, V., | PS-24-006 Explanted surgical meshes:  what pathologists and industry failed to do for 50 years | Virchows Arch (2014) 465 (Suppl 1): S337 |
| Iakovlev, V., et al | OFP-13-001 In vivo degradation of surgical polypropylene meshes:  A finding overlooked for decades | Virchows Arch (2014) 465 (Suppl 1): S35 |
| ICS | ICS Fact Sheets A Background to Urinary and Faecal Incontinence Prepared by the Publications & Communications Committee | 13-Jul |
| Iglesia CB | Pelvic Organ Prolapse Surgery: Long-term Outcomes and Implications for Shared Decision Making | The Journal of American Medical Association,309:2045-6,15-May-13 |
| Iglesia CB, et al | The use of mesh in gynecologic surgery | Int Urogynecol J (1997)8:105-115 |
| Iglesia CB, Sokol AI, et al | Vaginal mesh for prolapsed: a randomized controlled trial. | Obstetrics & Gynecology,116:293-303,01-Aug-10 |
| Iglesia, CB | Stop Using Synthetic Mesh for Routine Repair of Pelvic Organ ProlapseStart Performing Native Tissue Repairs and Reserve Mesh for Selective Cases | OBG Management 2013; 25: 24-25 |
| IUGA | Stress Urinary Incontinence A Guide for Women | IUGA 2011 |
| Jaburek L, Jaburkova J, et al | Risk of haemorrhagic complications of retropubic surgery in females: anatomic remarks | Biomedical Papers of the Medical Faculty of the University Palacky, Olomouc, Czech Republic,155:75-7,01-Mar-11 |
| Jacquetin, B., et al | Complications of Vaginal Mesh:  Our Experience | Int Urogyn J 2009; 20:893-6 |

| Jelovsek JE, Barber MD, et al | Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up | BJOG,115:219-25; discussion 225,01-Jan-08 |
|---|---|---|
| Jha, Swati | Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis | J Sex Med 2012; 9: 34-43 |
| Jones, Keisha, Beola A, et al | Tensile Properties of Commonly Used Prolapse Meshes | Int Urogynecol J Pelvic Floor Dysfunct (2009); 20(7); 847-853 |
| Jongebloed, WL, et al. | Degradation of Polypropylene in the Human Eye: A Sem-Study | Doc Ophthalmol,Vol 64, No. 1, pp. 143-152, 1986 |
| Jonsson Funk M, Siddiqui NY, et al | Sling revision/removal for mesh erosion and urinary retention:  long-term risk and predictors | Am J Obstet Gynecol 2013; 208:73.e1-7 |
| Juang CM, Yu KJ, Chou P, et al | Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman- Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study | European Urology,51:1671-8,16-Jan-07 |
| Julia JJ, et al | Long term experinece in 72 patients with the Advantage® sling system | www.bostonscientific.com/gynecology |
| Julian TM. | The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall. | The American Journal of Obstetrics and Gynecology,175:1472-5,01-Dec-96 |
| Juma S and Brito CG. | Transobturator tape (TOT): Two years follow-up | Neurourol.Urodynam. (2007) 26:37-41 |
| Jung HC, Kim JY, Lim HS, et al. | Three-year Outcomes of the IRIS procedure for Treatment of Female Stress Urinary Incontinence: Comparison with TVT Procedure. | J Korean Med Sci. (2007); 22: 497-501. |
| Junge, K., Rosch, R. Klinge, U.et a | Risk factors related to recurrence in inguinal hernia repair:  a retrospective analysis. | Hernia (2006)10: 309-315. |
| Kaelin-Gambirasio I, Jacob S,et al | Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. | BMC Womens Health. 2009 Sep 25;9:28. doi: 10.1186/1472-6874-9-28. |
| Kane AR, et al | Midurethral Slings for Stress Urinary Incontinence | Clinical Obstetrics and Gynecol (2008) 51(1): 124-134 |
| Kang D., et al | MP75-16 Patient Quality of Life AFter Removal of Vaginal Mesh | Urology J Vol 191, No. 4S e879 |

| Karateke A, Haliloglu B,Cam C,et al | Comparison of TVT and TVT-O in Patients with Stress Urinary Incontinence: Short-term Cure Rates and Factors Influencing the Outcome. A Prospective Randomised Study. | Australian and New Zealand Journal of Obstetrics and Gynaecology 2009; 49:99-105 |
|---|---|---|
| Karram MM, Segal JL, et al | Complications and untoward effects of the tension-free vaginal tape procedure. | Obstetrics and Gynecology,101:929-32. ,01-May- 03 |
| Karsenty G, et a | Severe soft tissue infection of the thigh after vaginal erosion of transobturator tape for stress urinary incontinence | Int Urogynecol J 2007;18:207- 221 |
| Katz, S. | Bacterial adherence to surgical sutures: a possible factor in suture induced infections. | Ann Surg, 194:35-41 |
| Kavvadias T, Klinge U, Schuessler | "Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence" | Hernia Repair Sequelae , editors, V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444 |
| Kennelly MJ, et al | Prospective evaluation of a single incision sling for stress urinary incontinence | J Urology (2010)184: 604-609 |
| Kessler, DA | Introducing MEDWatch  A New Approach to Reporting Medication and Device Adverse Effects and Product Problems | JAMA (1993) 269 (21): 2765-2768 |
| Khandwala S, Lucent V, et al | Preliminary Results of Peri-Operative and 3-Month Outcomes From a World-Wide Observational Registry of Tension-Free Vaginal Tapes in Women with Stress Urinary Incontinence | ICS Abstract 493 |
| Khanuengkitkong S, et al | Delayed vaginal and urethral mesh exposure: 10 years after TVT surgery | Int Urogynecol J (2013) 24: 519-521 |
| Kim J, Na Y, Lee J, Seo J. et al. | Comparative Study of Tension-free Vaginal Tape (TVT) and Suprapubic arc (SPARC) Sling Procedure for Female Stress Urinary Incontinence. | V. Schumpelick, RJ Fitzgibbons, Springer-Verlag publ, 2010, pp. 439-444 |
| Kim JY, Jung HC, Moon KH, et al | Comparisons of IRIS, TVT and SPARC Procedure for Stress Urinary Incontinence. | European Urology Supplement |
| Kjolhede, Preben | Prognostic factors and long-term results of the Burch colposuspension | Acta Obstet Gynecol Scand 1994; 73: 642-64 |
| Kjolhede, Preben | Long-term efficacy of Burch colposuspension: a 14 year follow-up study | Acta Obstet Gynecol Scand 2005: 84:767-772 |
| Klein-Patel M, et al | Ultra-lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype | Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110 |

| Klinge U, et al | High structural stability of textile implants prevents pore collapse and preserves effective porosity at strain | BioMed Research Internal (2015) Art ID 953209; 1-7 |
|---|---|---|
| Klinge U, Klosterhalfen B, et al | Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias | Eur J Surg 1999; 165: 665-673 |
| Klinge, U., et al | Do Multifilament Alloplastic Meshes Increase the Infection Rate? Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model | J Biomed Mater Res 2002; 63:765-771 |
| Klinge, U., et al | Shrinking of Polyproplene Mesh In Vivo: An Experimental Study in Dogs | Eur J Surg. 1998: 164; 965-969 |
| Klosterhalfen B and Klinge U. | The lightweight and large porous mesh concept for hernia repair | Expert Rev. Med. Devices, 2005; 2(1) |
| Kobashi KC | Management of Erosion of Graft Materials in Pelvic Floor Reconstruction | The Scientific World J (2009) 9, 32-26 |
| Kobashi, K, et al | Management of Vaginal Erosion of Polypropylene Mesh Slings | The Journal of Urology, Vol. 169, 2242-2243 (June 2003) |
| Kobashi, K, et al | Erosion of Woven Polyester Pubovaginal Sling | The Journal of Urology, Vol. 162, 2070-72 (Dec 1999) |
| Kociszewski J | Tape Functionality: Sonographic Tape Characteristics and Outcome After TVT Incontinence Surgery | Neurourol Urodynam. 27.6 (2008): 485-490 |
| Koelbl H, Halaska M,et al | Burch Colposuspension and TVT: Perioperative Results of a Prospective Randomized Trial in Patients with Genuine Stress Incontinence. | Neurourol Urodyn 22 (2003): 327. |
| Kondo A, Isobe Y, Kimura K, et al | Efficacy, Safety and Hospital Costs of Tension-free Vaginal Tape and Pubovaginal Sling in the Surgical Treatment of Stress Incontinence. | J Obstet Gynaecol Res. 2006 Dec;32(6):539-44. |
| Koops, S, et al | What determines a successful tension-free vatinal tape? A prospective multicenter cohort study: Results from The Netherlands TVT database | Am J Obstet Gynecol (2006) 194. 65-74 |
| Krause H, et al | Biomechanical properties of raw meshes used in pelvic floor reconstruction | Int Urogynecol J (2008) 19: 1677-1681 |
| Krauth JS, Rasoamiaramanana H,et al | Sub-urethral tape treatment of female urinary incontinence--morbidity assessment of the trans- obturator route and a new tape (I-STOP): a multi- centre experiment involving 604 cases | European Urology |

| Krofta L, et al | TVT and TVT-O for Surgical Treatment of Primary Stress Urinary Incontinence Prospective Randomized Trial. | Int Urogynecol J 2010;21:141-148 |
|---|---|---|
| Krofta L, Feyereisl J, et al | "TVT-S for Surgical Treatment of SUI: Prospective Trial, 1-Year follow-up" | Int Urogynecol J (2010)21:779-85, |
| Krofta L, Feyereisl J, et al | TVT and TVT-O for Surgical Treatment of Primary Stress Urinary Incontinence: Prospective Randomized Trial. | Int Urogynecol J.(2010) 21:141-8 |
| Kuhn, A. | Sexual function after suburethral sling removal for dyspareunia | Surg Endosc (2009) 23:765-768 |
| Kuo HC. | Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence | The Journal of Urology,65:163-8,01-Jan-01 |
| Kuuva N and Nilsson CG. | A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure | Acta Obstetricia et Gynecologica Scandinavica ,81:72-7,01-Jan-02 |
| Kuuva, N, et al. | Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women | Acta Obstetricia Gynecologica Scandanavica 2006(85: 4 482-87) |
| Kwon SY, Latchamsetty KC, et al | Inflammatory Myofibroblastic Tumor of the Urinary Tract Following a TVT | Female Pelvic Medicine & Recontructive Surgery,18:249-51,01-Jul-12 |
| Labrie J, van der Graaf Y,et al | Protocol for physiotherapy OR TVT Randomised efficacy trial (PORTRET): a multicenter randomized controlled trial to assess the cost- effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to s | BMC Women's Health 2009;9:24-32 |
| Lapitan MC, Cody JD, and et al | Open retropubic colposuspension for urinary incontinence in women. | Cochrane Database of Systematic Reviews ,CD002912,21-Jan-09 |
| Latthe PM, Foon R, and Toozs-Hobso | Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications | BJOG 2007; 114:522-531 |
| Latthe PM, Singh P, Foon R, et al | Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. | BJUI 2009; 106:68-76 |

| Laurikainen E, et al | Retropubic TVT Compared with Transobturator TVT (TVT-O) in Treatment of Stress Urinary Incontinence Five-year Results of a Randomized Trial. | Öbstet Gynecol 2007;109:4-11 |
|---|---|---|
| Laurikainen E, Valpas A, et al | Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial | Obstetrics & Gynecology |
| Lee D, Bacsu C, et al | Meshology: a fast-growing field involving mesh and/or tape removal procedures and their outcomes | Expert Rev. Med Devices Early online 1-16 (2014) |
| Lee D, Dillon B, Lemack G, et al | "Transvaginal Mesh Kits-- How ""Serious"" Are the Complications and Are They Reversible?" | Urology 81: 43-49, 2013 |
| Lee KS, Choo MS, Lee YS, et al | Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of femals stress urinary incontinence | Int Urogynecol J. (2008) 19:577-582. |
| Lee KS, Han DH, Choi YS, et al | A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year follow up. | J Urology (2007) 177: 214-218 |
| Levin I, Groutz A, Gold R, et al | Surgical Complications and Medium-term Outcome Results of Tension-free Vaginal Tape: A Prospective Study of 313 Consecutive Patients. | Neurology and Urodynamics ,23:7-9,01-Jan-04 |
| Levy, B., et al | Best Options, Techniques, and Coding Tips for Pelvic Prolapse Repair | OBG Management Supp.Sept. 2007; S1-S12 |
| Li B, Zhu L, Lang J, Fan R,et al | Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China | J Min Invas Gynecol 2012; 19(2):201-205 |
| Li X, et al. | Characterizing the ex vivo mechanical properties of synthetic polypropylene surgical mesh | J Mechanical Behavior Biomedical Materials (2014) 48-55 |
| Liang R, Abramowitch S, et al | Vaginal Degeneration Following Implantation of Synthetic Mesh With Increased Stiffness | BJOG (2013); 120(2): 233-243 |
| Liang R, et al | Increasing stiffness of synthetic mesh negatively impacts vaginal connective tissue | Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110 |
| Liang R, et al | Vaginal degeneration following implantation of high stiffness mesh | Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110 |

| Liang R, et al | Impact of prolapse meshes on the metabolismof vaginal extracellular matrix in rhesusmacaque | Am J Obstet Gynecol 2015;212:174.e1-7. |
|---|---|---|
| Liapis A, Bakas P, and Creatsas G. | Monarc vs. TVT-O for the treatment of stress incontinence: a randomized study | Int Urogynecol J (2008) 19:185-190 |
| Liapis A, Bakas P, Creatsas G. | Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. | Eur J Obstet Gynecol Reprod Biol. 148 (2010) 199-201. |
| Liapis A, Bakas P, Creatsas G. | Burch Colposuspension and Tension-free Vaginal Tape in the Management of Stress Urinary Incontinence in Women. | Eur Urol. 41 (2002):469-473. |
| Liapis A, Bakas P, et al | Tension-free Vaginal Tape for Elderly Women with Stress Urinary Incontinence. | International Journal of Gynecology & Obstetrics (2006) 92, 48-51 |
| Liapis A, Bakas P, et al | The use of oestradiol therapy in postmenopausal women after TVT-O anti-incontinence surgery. | Maturitas. 2010 May;66(1):101-6. doi: 10.1016/j.maturitas.2010.01.020. Epub 2010 Mar 16. |
| Liapis A, Bakas P, Giner M, et al | Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence | Gynecol Obstetric Invest 62:160-164 |
| Liebert T., et al | Subcutaneous Implants of Polypropylene Filaments | J Biomed Mater Res. 1976; 10:939-951 |
| Lim JL, Cornish A, et al | Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. | BJOG. 2006 Nov;113(11):1315-20. |
| Lim JL, Quinlan DJ. | Safety of a new transobturator suburethral synthetic sling (TVT-O) procedure during the training phase. | J Obstet Gynaecol Can. 2006 Mar;28(3):214-7. |
| Lim YN, et al | Do the Advantage slings work as well as the tension-free vaginal tapes? | Int Urogynecol J (2010) 21:1157-1162 |
| Lim YN, Muller R, et al | "Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial." | Australian and New Zealand Journal of Obstetrics and Gynaecology,45:52-9,24-Feb-05 |
| Lin ATL, Wang SJ, et al | In vivo tension sustained by fascial sling in pubovaginal sling surgery for remale stress urinary incontinence | J Urology (2005) 173: 894-897 |
| Litwiller JP, et al | Effect of lithotomy positions on strain of the obturator and lateral femoral cutaneous nerves | Clin Anat 2004 Jan; 17(1): 45-9 |
| Litwiller, SE et al | Presentation Number: Poster 109  Long term efficacy and safety of the Obtryxtm (Boston Scientific Corp.) sling for treatment of stress urinary incontinence in a community setting: an analysis of outcomes and quality of life | J Pelvic Med & Surg (2009) 12(5) 353 |

| Liu PE, Su CH, Lau HH, et al | Outcome of tension-free obturator tape procedures in obese and overweight women. | Int Urogynecol J. 2011 Mar;22(3):259-63. doi: 10.1007/s00192-010-1311-1. Epub 2010 Nov 12. |
|---|---|---|
| Lord HE, Taylor JD, et al | A randomized controlled equivalence trial of short- term complications and efficacy of tension-free vaginal tape and suprapubic urethral support sling for treating stress incontinence. | BJU International,98:367-76 (2006) |
| Lowry, F | EAU 2009 Single-incision mid-urethral sling has high cure rate for stress urinary incontinence | Medscape. Mar 31, 2009 |
| Lucas M, Emery S, Alan W, et al | Failure of porcine xenograft sling in a randomised controlled trial of three sling materials in surgery for stress incontinence (Abstract). | Proceedings of the International Continence Society (34th Annual Meeting) and the International UroGynecological Association. 2004. |
| Lucas, M, Bosch, R, et al. | EAU Guidelines on Surgical Treatment of Urinary Incontinence | European Urology 62 (2012) 1118-1129 |
| Maher C, Qatawneh A, et al | Laparoscopic Colposuspension or Tension-free Vaginal Tape for Recurrent Stress Urinary Incontinence and/or Intrinsic Sphincter Deficiency in a Randomized Controlled Trial. | Neurourol Urodyn 2004; 23:433-434 |
| Mahmoud, W.M., Vieth, R.F., et al. | Migration of bacteria along synthetic polymeric fibers. | J Biomater Sci Polym Ed, 4(6):567-578 |
| Mansoor A, Védrine N et al | Surgery of female urinary incontinence using transobturator tape (TOT): a prospective randomised comparative study with TVT (Abstract). | Neurourology and Urodynamics 22.5 (2003): 88-88. |
| Marcus-Braun N, Bourret A, et al | Persistent pelvic pain following transvaginal mesh surgery:  a cause for mesh removal | Euro J Obstet & Gynecol and Reprod Bio 162 (2012) 224-228 |
| Marcus-Braun N, von Theobald P | Mesh removal following transvaginal mesh placement: a case series of 104 operations. | Int Urogynecol J (2010) 21:423-430 |
| Marks B, Goldman H | Controversies in the Management of Mesh-Based Complications:  A Urology Perspective | Urol Clin N Am 39 (2012) 419-428 |
| Marsh F and Rogerson L. | Groin abscess secondary to trans obturator tape erosion: case report and literature review. | Neurol Urodynam 26:543-546, 2007 |
| Martinez-Fornes | A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence | Actas Urol Esp. 2009 Nov;[Deleted Object](10):1088-96 |

| Mary, Celine, et al | Comparison of the In Vivo Behavior of the Polyvinylidene Floride and Polypropylene Sutures Used In Vascular Surgery | ASAIO Journal 1998: 199-206 |
|---|---|---|
| Masata J, Svabik K, et al | Randomized Prospective Trial of a Comparison of the Efficacy of TVT-O and TVT SECUR System in the Treatment of Stress Urinary Incontinent Women – Comparison of the Long- and Short- Term Results | Neurourol Urodyn 2011;30:805-806 |
| Masata J, Svabik K, Hubka P, et al | ICS Abs 6 Is the fixation of single incision tape (TVT-S) as good as a transobturator tape (TVT-O)? An ultrasound study, results from randomized trial. | International Continence Society Mtg 2012 |
| Masata J, Svabik K, Zvara K, et al | Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of stress urinary incontinent women--2-year follow-up. | Int Urogynecol J. 2012 Oct;23(10):1403-12. |
| May, J, et al | M429 OUTCOME OF OBTRYX | Poster presentations / Inte J Gynecol & Obstet 11953 (2012) S531-S867 |
| Mazouni, Chafika | Urinary complications and sexual function after the tension-free vaginal tape procedure | Acta Obstetricia et Gynecologica Scandinavica volume 83 Issue 10 pages 955-961 October 2004 |
| McCracken, G.R. | Five Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension | Ulster Med J 2007; 76(3) 146-149 |
| McNanley AR, et al | Poster Presentation Abstracts 108 Recovery after robotic sacrocolpopexy: the patient's perspective | J Pelvic Med & Surg (2009) 12(5) 353 |
| Meier, B | Group Faults the FDA on Oversight of Devices | New York Times 04/12/2011 |
| Mellier G, Benayed B, et al | Suburethral tape via the obturator route: is the TOT a simplification of the TVT? | Int Urogynecol J (2004) 15: 227-232 |
| Merritt, K. | Factors Influencing Bacterial Adherence to Biomaterials | J Biomater Appl. 1991;5:185-203 |
| Meschia M, Bertozzi R, et al | Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O | Int Urogynecol J (2007) 18: 1257-1261 |
| Meschia M, et al | TVT-secur: a minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial | Int Urogynecol J (2009) 20:313-317 |

| | | |
|---|---|---|
| Meschia M, et al | Tension-Free Vaginal Tape: Analysis of Outcomes and Complications in 404 Stress Incontinent Women | Int Urogynecol J (2001) (Suppl 2): S24-S27 |
| Meschia M, et al | Single-incision mid-urethral sling: impact of obesity on outcome. | Eur J Obstet Gynecol Reprod Biol 2013;170:571- 574 |
| Meschia M, Pifarotti P, et al | Tension-free Vaginal Tape (TVT) and Intravaginal Slingplasty (IVS) for Stress Urinary Incontinence: a Multicenter Randomized Trial. | Am J Obstet Gynecol. 2006 Nov;195(5):1338-42. Epub 2006 Jun 12 |
| Meschia M, Pifarotti P, et al | A randomized comparision of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence | Am J Obstet Gynecol. 2004 Mar;190(3):609-13. |
| Meschia M, Pifarotti P, et al | A Multicenter Randomized Comparison of Tension free Vaginal Tape (TVT) and Trans-obturator in- out Technique (TVT-O) for the Treatment of Stress Urinary Incontinence: One Year Results. | International Urogynecology Journal |
| Miklos JR, Chinthakana O, et al | The IUGA_ICS classification of synthetic mesh complications in femals pelvic floor reconstructive surgery: A multicenter study2 | Int Urogynecol J (2014) 25 (Suppl 1):S140-S141 |
| Milani R, Salvatore S, et al | Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. | BJOG (2005)112:107-111 |
| Miller D, Lucente V, et al | Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results. | Female Pelvic Med Reconstr Surg 2011; 17: 139-143 |
| Miller JR, Botros SM, et al | Comparing stress urinary outcomes of tension free vaginal tape with transobturator tape sling: a retrospective cohort study | Presented at ICS 2005, 35th annual meeting of the International Continence Society, Aug. 31- Sept. 2, 2005, Montreal, Canada. |
| Mirosh M and Epp A. | TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence. | http://www.ics.org/Abstracts/Publish/43/00640. pdf |
| Mischinger J, et al | Different surgical approaches for stress urinary incontinence in women | Minerva Ginecol 2013; 65: 21-8 |
| Misrai V, Roupret M, et al | Surgical resection for suburethral sling complications after treatment for stress urinary incontinence | J Urol 2009 May;181(5):2198-202; discussion 2203 |
| Moalli, P., et al | Tensile Properties of Five Commonly Used Mid- Urethral Slings Relative to the TVT | Int Urogynecol J (2008) 19:655-663 |

| Montoya TI, et al | Anatomic relationships of pudendal nerve branches | Am J Obstet Gynecol 2011; 205: 504.e1-5 |
|---|---|---|
| Moon, HB., et al | Occurrence and Accumulation Patterns of Polycyclic Aromatic Hydrocarbons and Synthetic Musk Compounds in Adipose Tissues of Korean Females. | Chemosphere.  (2012) 86:485-90 |
| Moore R, Mitchell G, et al | "ICS Abs 827 MiniArc single incision sling: 1 year follow-up on a new minimally invasive treatment for female SUI." | International Continence Society Mtg 2009 |
| Moore RD, et al | Minimally Invasive Treatment for Female Stress Urinary Incontinence | Expert Rev Obstet Gynecol 3(2), 257-272 (2008) |
| Moore RD, Miklos JR. | Single incision mini-sling. 1 year follow-up on a new minimally invasive treatment for female SUI. | Int Urogyn J 2009;20(Suppl 3):S312-313 IUGA Abs 298 |
| Moore WS, Hall AD | Late Suture Failure in the Pathogenesis of Anastomotic False Aneurysms | Annals of Surgery 172.6 (1970):1064-1068 |
| Morey AF, Medendorp AR, et al | Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications | J Urology, (2006)175:1014-1017 |
| Moride Y, et al | Under-reporting of adverse drug reactions in general practice | Br J Clin Pharmacol 1997; 43: 177-181 |
| Morley R and Nethercliffe J. | Minimally invasive surgical techniques for stress incontinence surgery. | Best Practice & Research Clinical Obstetrics & Gynaecology ,19:925-40,07-Nov-05 |
| Morton HC, et al | Urethral injury associated with minimally invasive mid-urethral sling procedures for the treatment of stress urinary incontinence:  a case series and systematic literature search | BJOG 2009;1 16:1120-1126 |
| Mostafa A, Agur W, et al | A multicentre prospective randomised study of single-incision mini-sling (Ajust®) versus tension- free vaginal tape-obturator (TVT-O) in the management of female stress urinary incontinence: pain profile and short-term outcomes. | Eur J Obstet Gynecol Reprod Biol. (2012);165:115-21. |
| Mostafa A, et al | Single-incision mini-slings versus standard midurethral slings in surgical management of female stress urinary incontinence: An updated systematic review and meta-analysis of effectiveness and complications | Eur Urol 2014;65:4-2-427. |

| Mouzoon, N, Garome, M, et al. | Substantially Unsafe Medical Devices Pose Great Threat to Patients; Safeguards Must be Strengthened, Not Weakened | Public Citizen, February 2012 |
|---|---|---|
| Mueller, ER | Retropubic Bladder Neck Suspensions | In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 107-114): Humana Press |
| Muffy TM, et al | Interventional Radiologic Treatment of pelvic hemorrhage after placement of mesh for reconstructive pelvic surgery | Obstet Gynecol 2012; 119:459-62 |
| Muir TW, Tulikangas PK, et al | The Relationship of Tension-Free Vaginal Tape Insertion and the Vascular Anatomy | Obstetrics & Gynecology,101:933-6,01-May-03 |
| Murphy M, van Raalte H, et al | "Incontinence-related quality of life and sexual function following the tension-free vaginal tape versus the ""inside-out"" tension-free vaginal tape obturator." | Int Urogynecol J (2008) 19:481-487 |
| Murray S, et al | Urethral distortion after placement of synthetic mid urethral sling | J Urol 2011; 185(4):1321-1326 |
| Mustafa M, et al | Bladder erosion of tension-free vaginal tape presented as vesical stone: management and review of literature | Int Urol Nephrol 2007; 39:453-455 |
| N/A | Discrepancies between trial results reported on clinical trial registry and in journals | Medical Press medicalxpress.com March 11, 2014 |
| N/A | IAGE News Letter 2011-2012 | |
| N/A | Regulatory Issues: FDA urged to replace 510(k) process | OR Manager (2011) 27;9: 1 |
| N/A | 2005 IUGA Grafts Roundtable International Urogynecological Association: The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005 July 8-10, 2005, Lago Mar Resort, Fort Lauderdale FL, USA | Int Urogynecol J (2006) 17: S1-S3 |
| N/A | Hazardous Substances | CAW Health, Safety & Environment Fact Sheet, Aug 2011 |
| N/A | Medical Devices and the Public's Health The FDA 510(k) Clearance Process at 35 Years | IOM Report Brief July 2011 |
| N/A | "IUGA Sexual Dysfunction in Women Roundtable, June 6-8, 2008, Lago Mar Resort, Fort Lauderdale, Florida, USA" | Int Urogynecol J (2009) 20 (Suppl 1): S1-S2 |
| N/A | Emedicine – Medscape.com (2013) Vaginal sling procedures | |

| N/A | Netdoctor.com (2013) Stress Urinary Incontinence – Pelvic Floor exercise | |
| N/A | FDA.gov (2013) Stress Urinary Incontinence | |
| N/A | Wikipedia.org (2013) Urinary Incontinence | |
| N/A | "American National Standard Biological evaluationof medical devices--Part 7: Ethylene oxide sterilization residuals" | ANSI/AAMI/ISO 10993-7:2008 |
| N/A | Emedicine – Medscape.com (2013) Burch colposuspension | |
| N/A | WebMD.com (2013) Mechanical devices for Urinary Incontinence in Women | |
| N/A | Womensdoctor.com (2013) Burch Procedure and Paravaginal Repair | |
| Narang S, Han HC | Initial Experience of TVT-Abbrevo at a Tertiary Care Hospital | ICS Abs. 682 |
| Narang, S, et al | TVT Abbrevo for management of remale stress urinary incontinence - A prospective analysis over 22 months in a tertiary care hospital | Narang abstract poster |
| Naumann G, Lobodasch K,et al | Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. | http://www.ics.org/Abstracts/Publish/44/00048 1.pdf |
| Nazemi TM, Yamada B, et al | Minimum 24-Month Followup of the Sling for the Treatment of Stress Urinary Incontinence | The Journal of Urology,179:596-9,21-Dec-07 |
| Neuman M | TVT and TVT Obturator comparison of two operative procedures | European J Obstet & Gynecol and Reproduct Biology 131 (2007) 89-92 |
| Neuman M, Sosnovski V, et al | Transobturator vs single-incision suburethral mini- slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up. | J Minim Invasive Gynecol. (2011) 18: 769-773 |
| Neuman M. | TVT-obturator: short-term data on an operative procedure for the cure of female stress urinary incontinence performed on 300 patients. | Eur Urol. (2007) 51: 1083-1088. |
| Neuman M. | Perioperative Complications and Early Follow Up with 100 TVT-SECUR Procedures | The Journal of Minimally Invasive Gynecology (2008) 15: 480-484 |

| Neuman, M, Sosnovski V, et al | Comparison of two inside-out transobturator suburethral sling techniques for stress incontinence:  Early postoperative thigh pain and 3-year outcomes | Int J Urol (2012) 19: 1103-1107 |
|---|---|---|
| Nezhat FR, et al | Robotic-assisted laparoscopic transection and repair of an obturator nerve during pelvic lymphadenectomy for endometrial cancer | Obstet Gynecol 2012; 119: 462-4 |
| Nguyen JN and Burchette RJ. | Outcome after anterior vaginal prolapsed repair: a randomized controlled trial. | Obstetrics & Gynecology (2008),111 (4):891-898 |
| Nguyen JN, Jakus-Waldman SM, et al | Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. | Obstetrics & Gynecology, (2012)119(3):539-546 |
| NICE | Urinary Incontinence.  The management of urinary incontinence in women Issued: September 2013 | NICE clinical guideline 171 |
| NICE | Eighth Report of Session 2012-13 Volume ll | |
| NICE | 2013-NICE-urinary incontinence p24-Synthetic tapes | NICE clinical guideline 171 pg 24 |
| NICE | Clinical Guideline 171 Urinary Incontinence: The management of urinary incontinence in women | NICE clinical guideline 171 (2013) |
| NICE | Urinary incontinence: The management of urinary incontinence in women | NICE clinical guideline 171 (2013) |
| NICE Guidance | http://guidance.nice.org.uk/index.jsp?action=arti cle&o=32572 | |
| Nieminen K, Hiltunen R, et al | "Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up" | Am J Obstet Gynecol,(2010)203:235.e1-8 |
| Nilsson C.G., et al | Reprint: Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence | Int Urogynecol J (2001)(Supp. 2):S5-S8 Eth.Mesh.00159481-00159484 |
| Nilsson CG, et al | Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence | Int Urogynecol J 24, 1265-1269 (2013) |
| Nilsson CG, et al | Seven year follow up of the tension free vaginal tape procedure for treatment of urinary incontinence | Obstet Gynecol 2004; 104: 1259-62 |
| Nilsson, C | Creating a gold standard surgical procedure: the development and implementation of TVT | Int Urogynecol J DOI 10.1007/s00192-014-2616- 2 (2015) |

95

| Nilsson, CG, et al | Eleven years prospective follow-up of the tension- free vaginal tape procedure for treatment of stress urinary incontinence2 | Int Urgynecol J (2008) 19:1043-1047 |
|---|---|---|
| Nilsson, CG., et al | Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence | Int Urogynecol J (2001) (Suppl 2): S5-S8 |
| Noblett KL, Shen B, et al | Lynx midurethral sling system: a 1-year prospective study on efficacy and safety | 5479411 |
| Norton, P | New technology in gynecologic surgery. Is new necessarily better? | Obstet & Gynecol (2006)108(3)2:707-708 |
| Nossier S, et al | Presentation Number:  Poster 30 Safety and efficacy of the Solyx™ single-incision sling system | Female Pelvic Medicine & Reconstructive Surgery (2010) 16(5)2:S110-S1111 |
| Novara G, et al | Tension-free midurethral slings in the treatment of female stress urinary incontinence:  a systematic review and meta-analysis of randomized controlled trials of effectiveness | European Urol 52 (2007) 663-679 |
| Novara G, Galfano A, et al | Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta- analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and d | Eur Urol (2008) 53: 288-309 |
| Novara G, Galfano A, et al | Critical Assessment of Pelvic Floor Surgical Reconstruction Outcome | EAU-EBU Update Series 4 (2006) 202-213 |
| Nygaard I, Barber MD, et al | Prevalence of symptomatic pelvic floor disorders in US women. | JAMA (2008); 300(11):1311-1316 |
| Nygaard I, Brubaker L, et al | Long-term Outcomes Following Adbdominal Sacrocolpopexy for Pelvic Organ Prolapse | JAMA (2013);309(19):2016-2024, |
| Nygaard IE, McCreery R, et al | Abdominal sacrocolpopexy: a comprehensive review. | Obstet & Gynecol (2004)104(4):805-823 |
| Nygaard, I | Approval Process for Devices and Mesh for Surgical Treatment of Pelvic Organ Prolapse and Urinary Incontinence | Clinical Obstet and Gynecol (2013) 56(2): 229-231 |
| Ogah J, Cody DJ, and Rogerson L. | Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women | Cochrane Database of Systematic Reviews ,CD006375,07-Oct-09 |

| Ogah J, Cody DJ, and Rogerson L. | Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane Review | Neurourology and Urodynamics(2011)30:284- 291 |
|---|---|---|
| OHSU | Clinical trial results inconsistently reported among journals, government website _ News _ OHSU | 03/31/14 Portland, Ore. |
| Okulu E, Kayigil O, et al | Use of three types of synthetic mesh material in sling surgery - a prospective randomized clinical trial evaluating effectiveness and complications | Scandinavian J Urology 2013; 47: 217-224 |
| Oliveira R, Botelho F, et al | Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT-Secur, and Mini-Arc: Results at 12-Month Follow-up. | European Urology (2011) 59: 940-44 |
| Ortega-Castillo V and Neri-Ruz ES. | Chapter 15: Surgical Complications with Synthetic Materials | Urinary Incontinence (book published by InTech),241-62,02-Apr-12 |
| Osterberg, B., et al | Effect of Suture Materials on Bacterial Survival in Infected Wounds.  An Experimental Study | Acta Chir Scand.  1979; 145(7):431-4 |
| Ostergard DR | Degradation, infection and heat effects on polypropylene mesh for pelvic implantation: what was known and when it was known | Int Urogynecol J (2011) 22:771-774 |
| Ostergard DR | Lessons from the past:  directions for the future Do new marketed surgical procedures and grafts produce ethical, personal liability, and legal concerns for physicians? | Int Urogynecol J (2007) 18:591-598 |
| Ostergard, DR | Vaginal mesh grafts and the Food and Drug Administration | Int Urogynecol J (2010) 21: 1181-1183 |
| Ozog Y., et al | Weight of Polypropylene Mesh is Not the Only Property Defining in Vivo Mesh Biomechanics | IUGA Abstract 47 |
| Ozog Y., et al | Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair | Int Urogynecol J published online:  12 May 2011 |
| Palma P, et al | Monoprosthesis for anterior vaginal prolapse and stress uringary incontinence:  midterm results of an international multicentre prospective study | Int Urogynecol J (2011) 22:1535-1541 |
| Palma P, et al | Arcus to acrus microsling:  technique and preliminary results | Int Urogynecol J Accepted 23 February 2008 |
| Palva K, Rinne K, et al | A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36- month results | Int Urogynecol J(2010) 21: 1049-1055 |

| | | |
|---|---|---|
| Paraiso MF, Walters MD, et al | Laparoscopic Burch Colposuspension versus Tension-free vaginal tape: a randomized trial | Obstetrics & Gynecology (2004)104(6):1249- 1258 |
| Parden AM, Gleason JL, et al | Incontinence outcomes in women undergoing primary and repeat midurethral sling procedures. | Obstet Gynecol (2013);121(201):273-278 |
| Pariente, JL. | Mechanical evaluation of various suburethral tapes used for the treatment of stress urinary incontinence. | (2005) Progres en Urologie, 15 (6), pp. 1106- 1109 (French - abstract only) |
| Parnell, BA, et al | Gentiofemoral and Perineal Neuralgia After Transobturator Midurethral Sling | Obstet Gynecol. 2012 Feb; 119(2 Pt 2):428-31 |
| Peoples, AJ., et al | Determination of Volatile Purgeable Alogenated Hydrocarbons in Human Adipose Tissue and Blood Serum | Bull. Environm. Contam. Toxicol. 23, 244-249 (1979) |
| Persson J, Teleman P, et al | "Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. " | Acta Obstetricia et Gynecologica Scand 2002 Nov; 81(11):1066-73 |
| Peters A, et al | Referral Patterns for Pelvic Floor Surgical Prosthesis Complications:  From Symptom Onset and Initial Treatments to Evaluation at a Tertiary Care Center | Female Pelvic Med Reconstr Surg 2015;21:  116- 120 |
| Petri E, Ashok K | Complications of synthetic slings used in female stress urinary incontinence and applicability of the new IUGA-ICS classification2 | Euro Obstet & Gynecol and Reproductive Biology J 165 (2012) 347-351 |
| Petri E, Ashok K | Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence | Int Urogynecol J (2012) 23:321-325 |
| Petri E, et al | Comparisono f late complications of retropubic and transobturator slings in stress urinary incontinence | Int Urogynecol J (2012) 23:321-325 |
| Petros P | Letter to the Editor - A basis for long-term midurethral tape complications | Neurology and Urodynamics 2011;130: 199-200 |
| Petros P, et al | Evolution of midurethral and other mesh slings – a critical analysis. | Neurology Urodynamics 2012;9999:1-7 |
| Petros P, et al | A basis for long-term midurethral tape complications | Neurourology and Urodynamics (2011) 30: 199- 200 |
| Petros P, Richardson PA. | Midurethral tissue fixation system sling – a "micromethod" for cure of stress urinary incontinence – preliminary report. | Aust NZ J Obstet Gynaecol 2005;45:372-375 |

| Petros PE and Ulmsten UI. | An integral theory of female urinary incontinence: Experimental and clinical considerations | Acta Obstet  Gynecol Scand (1990) 69 Suppl 153:7-31 |
|---|---|---|
| Petros PEP, Richardson PA. | Midurethral tissue fixation system (TFS) sling for cure of stress incontinence – 3 year results. | Int Urogynecol J 2008;19:869-871. |
| Pham S, Rodeheaver GT, et al | Ease of Continuous Dermal Suture Removal | J Emergence Med 1990; 8:539-543 |
| Phé V, Zimmern P, et al | Outcome measures for SUI can we minimally agree? | World J Urol published online 20 March 2014 |
| Phillips L, Flood CG, Schulz JA. | Case report of tension-free vaginal tape associated bowel obstruction and relationship to body habitus. | Int Urogyn J 2009;20:367-368 |
| Pickett SD, et al | The significant morbidity of removing pelvic mesh from multiple vaginal compartments | Obstetric & Gynecol 2015;125(6): 1418-1422 |
| Pierre, Gounon | Abstract "Histological analysis of peri prothetic tissues of mesh explanted for complication after SUI or POP surgery" | Universite de Nice Sophia Antipolis France |
| Pikaart DP, et al | Laparoscopic removal of pubovaginal polypropylene tension-free tape slings | JSLS (2006) 10:220-225 |
| Pocock ST | The pros and cons of noninferiority trials | Fundamental & Clinical Pharmacol 17 (2003) 483-490 |
| Polichetti M, et al | "IUGA Abs. 557 SUS(suburethral support): a new technique for short suburethral sling application" | Int Urogyn J 2009;20(Suppl 3):S477-478 |
| Porena M, Costantini E, et al | Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. | Eur Urology, (2007)52:1481-1490 |
| Portney S | Advertising and Promotion of Medical Devices | J Health Law (2006) 39(2) 265-282 |
| Postlethwait RW | Long-Term Comparative Study of Nonabsorbably Sutures | Ann Surg (1970) 171(6): 892-898 |
| Postlethwait RW | Five Year Study of Tissue Reaction to Synthetic Sutures | Ann Surg 190(1):54-57 (1979) |
| Presthus JB, VanDrie D, et al | Short-Term Assessment of MiniArc Single Incision for Treatment of Stress Urinary Incontinence | The Journal of Minimally Invasive Gynecology,15:28S-9S Abstract 103,01-Nov-08 |
| Propex Geotextile Systems | Propex EB-405 Durability of Polypropylene | Propex EB-405 |

| Public Citizen | Substantially Unsafe Medical Devices Pose Great Threat to Patients: Safeguards Must be Strengthened, Not Weakened | Public Citizen, February 2012 |
|---|---|---|
| Pukall CF, et al | Neural correlates of painful genital touch in women with vulvar vestibulitis syndrome | Pain 2005 May; 115(1-2):118-27 |
| Rardin CR, Moore R, et al | Recurrent Thigh Abscess with Necrotizing Fasciitis from a Retained Transobturator Sling Segment | The Journal of Minimally Invasive Gynecology,16:84-7,01-Jan-09 |
| Ravve, C. | Principles of Polymer Chemistry | 2000, Revised edition |
| Rechberger T, et al | A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery | Int Urogynecol J Pelvic Floor Dysfunct. 2003 Dec;14(6):432-6. Epub 2003 Nov 25 |
| Rechberger T, Wrobel A, et al | "The tissue reaction to polypropylene mono- et multifilamentous tape used in surgical techniques of stress urinary incontinence treatment." | Gin Pol 2003;74(9):1008-1013 |
| Rees PM, et al | Sexual function in men and women with neurological disorders2 | Lancet 2007; 369: 512-525 |
| Reisenauer C, Kirschniak A, et al | Transobturator tape inside-out. A minimally invasive treatment of stress urinary incontinence: surgical procedure and Anatomical considerations | European Journal of Obstetrics & Gynecology and Reproductive Biology(2006) 127: 123-129 |
| Reisenauer C, Shiozawa T, et al | Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device | Obstet Gynecol 2010; 203:1.e1-1.e7 |
| Renganathan A, Basu M, Duckett J. | A series of Advantage suburethral slings | J Obstet Gynaecol Aug 2011;31:521-523 |
| Reynolds WS, et al | Obturator foramen dissection for excision of symptomatic transobturator mesh | J Urology (2012) 187: 1680-1684 |
| Rezapour M, et al. | Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) -- A Long-Term Follow-Up | Int Urogynecol J (2001) (Suppl 2): S12-S14 |
| Rezapour M., et al | Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long- term Follow up | Int Urogynecol J (2001) (Suppl 2):S9-S11 |
| Rezapour, M., et al | Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence -- A Long-Term Follow-Up | Int Urogynecol J (2001) (Suppl 2): S15-S18 |
| Riachi L | A New Minimally Invasive Treatment Option for Stress Urinary Incontinence in Woman: TVT Abbrevo, a Shorter Sling with an Inside-out Transobturator Approach | Surg Technol Int (2013) 23: 176-180 ETH.MESH.12840997 |

| Rice NT, Hu Y, et al | Pelvic mesh complications in women before and after the 2011 FDA public health notification | Female Pelvic Med Reconstr Surg (2013);19:33- 338 |
|---|---|---|
| Richter HE, et al | Retropubic versus Transobturator Midurethral Slings for Stress Incontinence | N Engl J Med 2010 362;22 |
| Ridgeway B, Arias B, and Barber M. | Variation of the obturator foramen and pubic arch of the female bony pelvis | The American Journal of Obstetrics & Gynecology,198:546.e1-4,01-May-08 |
| Rigaud J, Delavierre D,et al | Management of chronic pelvic and perineal pain after suburethral tape placement for urinary incontinence | Prog Urol. 2010 Nov;20(12):1166-74. Epub 2010 Oct 20. Review. French |
| Rigaud J, Pothin P, et al | Functional Results After Tape Removal for Chronic Pelvic Pain Following Tension-Free Vaginal Tape  or Transobturator Tape | J Urology (2010) 184: 610-615 |
| Rinne K, Laurikainen E, et al | A randomized trial comparing TVT with TVT-O: 12- month results. | The International Urogynecology Journal,19:1049-54,29-Mar-08 |
| Riva D, Sacca V, Tonta A, et al. | T.V.T. versus T.O.T.: A Randomized Study at 1- year Follow-up. | International Urogynecology Journal, 2006 Sept 17(2) Supp: 57-100 |
| Robert M, et al | Patient expectations, subjective improvement and objective cure:  is there a difference between the transobturator tape and the tension free vaginal tape procedure? (Abstract) | Abstract 217 |
| Robinson D., et al | What Women Want - Their Interpretation of the Concept of Cure | Journal of Pelvic Medicine & Surgery, Vol. 9 Issue 6, pp. 273-277, 2003 |
| Robinson GA, et al | Motor neuron target selectivity and survival after prolonged axotomy | Restor Neurol Neurosci. 2013 Jan 1;31(4):451-60 |
| Rogers AS, et al | Physician knowledge, attitudes, and behavior related to reporting adverse drug events | Arch Intern Med 1988 Jul: 148(7): 1596-600 |
| Rogers RG | Urinary Stress Incontinence in Women | N Engl J Med 2008; 358:1029-36 |
| Rogo-Gupta, L., Raz, S. | Pain Complications of Mesh Surgery. | In H.B. Goldman (Ed.), Complications of Female Incontinence and Pelvic Reconstructive Surgery (pp. 87-105): Humana Press. (2013) |
| Rogowski A, Bienkowski, et al | Mesh retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal mesh repair2 | Int Urogynecol J (2013) 24:2087-2092 |
| Rosch R, et al | Mesh implants In hernia repair. Inflammatory cell response in a rat model. | Eur Surg Res (2003)35(3): 161-6 |
| Ross S, et al | Incontinence-specific quality of life measures used in trials of treatments for female urinary incontinence:  a systematic review | Int Urogynecol J (2006) 17(3): 272-85 |

| Ross S, et al | Ethical issues associated with the introduction of new surgical devices, or just because we can, doesn't mean we should | June JOGC Juin 2008 508-513 |
|---|---|---|
| Ross S, Robert M, Lier D, et al | Surgical Management of Stress Urinary Incontinence in Women: Safety, Effectiveness, and Cost-Utility of Trans-Obturator Tape (TOT) versus Tension-free Vaginal Tape (TVT) Five Years After a Randomized Surgical Trial. | BMC Women's Health 2011, 11:34 |
| Ross S, Robert M, Swaby C, et al | Transobturator Tape Compared With Tension- Free Vaginal Tape for Stress Incontinence2 | Obstetrics & Gynecology,114:1287-94,01-Dec-09 |
| Roth, Ted M. | Management of persistent groin pain after transobturator sling | Int Urogynecol J (2007) 18:1371-1373 doi: 10.1007/s00192-007-0365-1 |
| Roumeguère T, Quackels T, et al | Trans-obturator vaginal tape (TOT) for female stress incontinence: one year follow-up in 120 patients | European Urology (2005) 48: 805-809 |
| Russell R | Zimmern cites shortcomings in published outcomes for anti-incontinence surgery | Newsroom Center Times, March 28-31, 2011 |
| Sand PK | Sumit Trial Outcomes:  Clinical Insights Into Percutaneous Tibial Nerve Stimulation | Abstracts Female Pelvic Med & Reconstru Surg (2011) 17(5): S2 |
| Santoro M, Gorrie TM | Ethics and the Pharmaceutical Industry | Eds New York:  Cambridge University Press 2005 |
| Sarsotti C, et al | The transobturatoric tape procedure for stress urinary incontinence:  results of an Argentinean multicenter experience | Int Urogynecol J (2007) 18 (Suppl l):S107-S244 Abst 375 |
| Sayer T, Lim J., et al | Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device | Int Urogynecol J DOI 10.1007/s00192-011-1600- 3 |
| Scales, J.T. | Tissue reactions to synthetic materials. | Proc R Soc Med, 46:647-652. |
| Scheiner D, Betschart C, et al | Retropubic TVT vs. Transobturator Outside-in TOT and TVT-O: One-year results from our prospective randomized study. | Neurourology and Urodynamics Eth.Mesh.00587443-00587444 |
| Scheiner DA, et al | Twelve months effect on voiding function of retropubic compared with outside-in and inside- out transobturator midurethral slings | Int Urogynecol J 2012 Feb;23(2):197-206 |
| Schierlitz L, Dwyer P, et al | A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (TVT) in women with severe genital prolpase and occult stress incontinence: long term follow up. | Int Urogynecol J (2010) 21 (Suppl 1):S1-S428 |

| Schierlitz L, Dwyer P, et al | A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans- obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISD): the three year follow up. | Int Urogynecol J (2010) 21 (Suppl 1):S1-S428 |
| --- | --- | --- |
| Schierlitz L, Dwyer PL, et al | Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial | Obstet Gynecol (2008)112:1253-1261 |
| Schierlitz LHE, Dwyer PL,et al | A randomised controlled study to compare tension free vaginal tape (TVT) and Monarc transobturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (Abstract no. 032). | Int Urogynecol J (2010) 21 (Suppl 1):S1-S428 |
| Schneider, H. | Long-Term Performance of Polypropylene Geosynthetics | Durability and Aging of Geosynthetics, edited by R.M. Koerner, Elsevier Applied Science, 1989, pp. 95-109 |
| Scottish News | Mesh surgery scandal: Controversial implants to be banned by Dumfries and Galloway health board | Scottish News article |
| Sekiguchi Y, et al | Outpatient mid urethral tissue fixation system sling for urodynamic stress urinary incontinence: 1-year results. | J Urol 2009;182:2810-283. |
| Serati M, et al | TVT-O for the treatment of pure urodynamic stress incontinence: efficacy, adverse effects, and prognostic factors at 5-year follow-up | European Urology 63 (2013) 872-878 |
| Serati M, Salvatore S, et al | Surgical treatment for female stress incontinence: What is the gold-standard procedure? | Int Urogynecol J 2009;20:619-621 |
| Serati, M. | Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10- Year Follow-Up | Eur Urol61 (2012) 939-946 |
| Serati, M. | The Impact of the Mid-Urethral Slings for the Treatment of Stress Urinary Incontinence on Female Sexuality. | J Sex Med 2009; 6:1534-1542 |

| Serels S, et al | Safety and efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence. Preliminary results | Urotoday Int J. 2011 Feb;4(1):art5 |
|---|---|---|
| Serels S, et al | Long term follow up of the Solyx single incision sling in the treatment of female stress urinary incontinence (SUI) | Open J Urology 2014, 4, 13-17 |
| Serels S, et al | Preliminary findings with the Solyx™ single-incision sling system in female stress urinary incontinence | Int Urogynecol J (2010) 21:557-561 |
| Serels S. | Cadaveric assessment of synthetic mid-urethral sling placement. | Open J Urol 2011;1:19-24 |
| Shah, K, Nikolavsky, D, et al. | Surgical management of lower urinary mesh perforation after mid-urethral polypropylene mesh sling: mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus fascia | Int Urogynecol J DOI 10.1007/s00192-013-2146- 3 (2013) |
| Shah, S.M. | Impact of Vaginal Surgery For Stress Urinary Incontinence On Female Sexual Function: Is The Use Of Polypropylene Mesh Detrimental? | Urology (2005) 65: 270-274 |
| Sharifiaghdas F and Mortazavi N. | Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up | Med Princ Pract 2008; 17:209-214 |
| Shaw JS, Jeppson PC, et al | Incidence of Postoperative Thigh Pain after TVT Obturator and TVT Abbrevo | J Min Invas Gynecol Abstracts (2014) 21: S52 |
| Shaw JS, Rardin PC, et al | Effect of TVT-O Abbrevo on Post-Operative Groin Pain | J Min Invas Gynecol Abstracts (2014) 21: S27-28 |
| Shepherd J, Feola A, et al | Uniaxial Tensile Properties of Seven Vaginally Implanted Meshes for Pelvic Organ Prolapse | IUGA Abstract |
| Shepherd JP, et al | Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse | Int Urogynecol J (2012) 23:613-620 |
| Shindel AW, et al | Urethral slings placed by the transobturator approach: evolution in the technique and review of the literature | Curr Urol Rep 2005; 6(5):385-92 |
| Simsiman AJ, Powell CR, Stratford | Suburethral sling materials: best outcome with autologous tissue | The American Journal of Obstetrics & Gynecology,193:2112-6,01-Dec-05 |
| Sivanesan K | Comment on "tvt and tvt-obturator: comparison of two operative procedures" | Eur J Obstet Gynecol Reprod Biol 131 (2007) 87-90 |

| Sivaslioglu AA, et al | A prospective randomized controlled trial of the transobturator tape and tissue fixation mini-sling in patients with stress urinary incontinence: 5- year results | J urology (2012) 188: 194-199 |
|---|---|---|
| Sivaslioglu AA, et al | A prospective randomized controlled trial of the transobturator tape and tissue fixation system minisling in 80 patients with stress urinary incontinence – 3 year results | Pelviperineology 2010;29:56-59. |
| Skala C, Renezeder K, et al | The IUGA ICS classification of complications of prosthesis and graft insertion | Int Urogynecol J (2011) 22:1429-1435 |
| Skala CE, Renezeder K, et al | Mesh-complications following prolapse surgery: management and outcome | Euro Obstet & Tynecol and Reprod Biology J 159 (2011) 453-456 |
| Skypunch, OW | Giant Papillary Conjunctivitis from an Exposed Prolene Suture | Can. J. Ophthalmology, 1986; 21(5:189-192) |
| Smith JJ, et al | Long-term outcomes and review of complications in 75 patients with Boston Scientific Advantage mesh in mid-urethral slings | www.bostonscientific.com |
| Smith PP, et al | Comparison of single-incision mid-urethral tape (Ophira™) and transobturator tape (Obtryx™) sub- urethral sling procedures for female stress urinary incontinence | JCMR 2013 5(5) 58-61 |
| Song YF, Huang HJ, Xu B, et al | [Comparative study of tension-free vaginal tape and fascia lata for stress urinary incontinence]. [Chinese]. | Zhonghua Fu Chan Ke Za Zhi. 2004 Oct;39(10):658-61. Chinese. |
| Songara, RK et al | Need for harmonization of labeling of medical devices: a review | J Adv Pharm Technol Res. 1020 Apr-Jun; 1(2): 127-144 |
| Sound Urological Associates | Women's Health webpage | Sound Urology Webpage http://soundurology.com/womens-health/ 2/16/2015 |
| Spinosa J, Dubuis P, and Riederer | Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs inside-out techniques | BJU International,100:1097-102,14-Sep-07 |
| Stanton SL et al. | Some Reflections on Tension-Free Vaginal Tape – A New Surgical Procedure for Treatment of Female Urinary Incontinence | Int Urogynecol J (2001) (Suppl 2): S1-S2 |
| Starr DS, Weatherford ST, et al | Suture Material as a Factor in the Occurrence of Anastomotic False Aneurysms | Arch Surg April 1979; 114: 412-415 |
| Staskin DR, Plzak L | Synthetic Slings: Pros and Cons | Current Urology Reports 2002, 3:414-417 |

| Steege, J.F. | Evaluation and Treatment of Dyspareunia | Obstetrics Y Gynecology: May 2009-Volume 113- Issue 5- pp 1124-1136 |
| Stephens C, Zimmern PE | Expansion of role of web based networks to mesh complications | World J Urol published online 20 July 2014 |
| Sternschuss, G, et al | Post-Implantation Alternations of Polypropylene in the Human | J Uro 2012;188: 27-32 |
| Strasberg SM, et al | The accordion severity grading system of surgical complications | Annals of Surgery 2009; 250(2):177-186 |
| Strus, M., et al | Hydrogen Peroxide Produced by Lactobacillus Species as a Regulatory Molecule for Vaginal Microflora | Med Dosw Mikrobiol 2004;56:67-77 |
| Strus, M., et al | The In Vitro Effect of Hydrogen Peroxide on Vaginal Microbial Communities | FEMS Immunol Med Microbiol. 2006 Oct;48(1):56-63 |
| Sung VW, Schleinitz MD,et al | Comparison of retropubic vs transobturator approach to midurethral slings: a systematic review and meta-analysis | The American Journal of Obstetrics & Gynecology,197:3-11,01-Jul-07 |
| Svabik K, Martan A, et al | Ultrasound appearances after mesh implantation-- evidence of mesh contraction or folding? | Int Urogynecol J (2011) 22:529-533 |
| Svenningsen, Rune | Long-term follow-up of the retropubic tension- free vaginal tape procedure | Int Urogynecol J (2013) 24:1271-1278 DOI 10.1007/s00192-013-2058-2 |
| Sweat, S., et al | Polypropylene Mesh Tape for Stress Urinary Incontinence:  Complication of Urethral Erosion and Outlet Obstruction | The Journal of Urology, Vol. 168, 144-146, (July 2002) |
| Szarnicki RJ | Polypropylene Suture Fracture | Ann Thorac Surg 1985 April; 39(4):400 |
| Tahseen S, et al | Effect of transobturator tape on overactive bladder symptoms and urge urinary incontinence in women with mixed urinary incontinence | Obstet Gynecol 2009; 113:617-23 |
| Tamai A, et al | TVt and TOT:  a comparison between these two techniques based onour clinical experience | Urologia 2008 October-December; 75(4): 232-236 |
| Tamussino K, Hanzal E, et al | Transobturator tapes for stress urinary incontinence: Results of the Austrian registry | Am J Obstet Gynecol 2007; 197:634e1-634e5 |
| Tamussino K, Tammaa A, et al | TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial | Int Urogynecol J (2008) 19 (Suppl 1):S1-S166 |
| Tamussino KF, et al | Tension-Free Vaginal Tape Operation: Results of the Austrian Registry | Obstet Gynecol 2001;98:732-6 |
| Tarcan T, et al | Safety and Efficacy of retropubic or transobturator midurethral slings in a randomized cohort of Turkish women | Urol Int Published online Aug 20, 2014 |

| Taub, D., et al | Complications Following Surgical Intervention for Stress Urinary Incontinence: A National Perspective | Neurourology and Urodynamics 24:659-605 (2005) |
|---|---|---|
| Téllez Martínez-Fornés M, Fernánde | A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence2 | Actas Urologicas Españolas 2009 Nov;[Deleted Object](10):1088-96 |
| Teo R, Moran P, Mayne C, and Tince | Randomized Trial of Tension-free Vaginal Tape and Tension-free Vaginal Tape-Obturator for Urodynamic Stress Incontinence in Women. | Journal of Urology ,185: 1350-5 ,22-Feb-11 |
| The American College of Obstetricia | "Grants, Sponsorships, and Other Support - 2009 " | The American Congress of Obstetricians and Gynecologists website,01-Jan-09 |
| The American College of Obstetricia | Committee Opinion No. 513: Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse | Obstetrics & Gynecology,118:1459-64,01-Dec-11 |
| The American College of Obstetricia | "Grants, Sponsorships, and Other Support - 2012" | The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The American College of Obstetricia | "Grants, Sponsorships, and Other Support - 2010" | The American Congress of Obstetricians and Gynecologists website,01-Aug-12 |
| The American College of Obstetricia | "Grants, Sponsorships, and Other Support - 2011" | The American Congress of Obstetricians and Gynecologists website,01-Mar-13 |
| The British Association of Urologic | Synthetic Vaginal Tapes for Stress Incontinence Procedure-Specific Information for Patients | |
| Tijdink MM, Vierhout ME, et al | Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh | Int Urogynecol J (2011) 22:1395-1404 |
| Tincello D, Kenyon S, et al | Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient- preference study (CARPET 1) | BJOG 2009; 116:1809-1814 |
| Tincello DG, Botha T, et al | The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women | Journal of Urology,186: 2310-5,01-Dec-11 |
| Tipton, JS | Obturator neuropathy | Curr Rev Musculoskelet Med. 2008 Dec;1(3- 4):234-7 |

| Tirlapur SA, Vlismas A, et al | Nerve stimulation for chronic pelvic pain and bladder pain syndrome: a systematic review | Acta Obstetricia et Gynecologica Scandinavica,,24-May-13 |
|---|---|---|
| Tommaselli GA, D'Afiero A, et al | ICS Abs 791 Single incision tension-free vaginal tape (TVT-Secur®) in the treatment of female stress urinary incontinence. | International Continence Society Mtg 2010 |
| Tommaselli GA, D'Afiero A, et al | Effect of Modified Surgical Technique for the Positioning of TVT-O on Post-Operative Pain | Int Urogynecol J (2011) 22 (Suppl 1) S110 |
| Tommaselli GA, D'Afiero A, et al | Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty- six-month follow-up single-blind, double-arm, randomized study. | J Minim Invasive Gynecol (2013) 20, 198-204 |
| Tommaselli GA, D'Afiero A, et al | Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single- blind, multicenter, non-inferiority study. | Eur J Obstet Gynecol Reprod Biol. (2013) 167: 225-229 |
| Tommaselli GA, Di Carlo C, et al | Efficacy and Safety of TVT-Secur in the Treatment of Female Stress Urinary Incontinence: 1-year follow-up | The International Urogynecology Journal,21:1211-7,26-May-10 |
| Tommaselli GA, et al | Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence:  a 12-months preliminary study | Int J Gyencol Obstet (2012) 119: Supp 3: S504 |
| Tommaselli GA, Formisano C, Di Car | Effects of a modified technique for TVT-O positioning on postoperative pain: single-blind randomized study. | Int Urogynecol J. (2012) 23:1293-9. |
| Touboul, C. | Perneal approach to vascular anatomy during transobturator cystocele repair | BJOG 2009: 116:708-712 |
| Trivedi, et al | Understanding Female Urinary Incontinence and Master Management | S. Narayan & Sons 2014 |
| Tseng LH, Wang AC, Lin YH, et al | Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women | The International Urogynecology Journal,16:230- 5,27-Oct-04 |
| Tunn, R. | Sonomorphological Evaluation of Polypropylene Mesh Implants After Vaginal Mesh Repair in Women With Cystocele or Rectocele | Ultrasound Obstetrics Cynecol 2007; 29:449-452 |
| Turut P, Florin P, et al | Les Complications Dues Au Prolene | Bull.Soc.Opht.France 1981: 8-9 |
| Twiss C and Raz S. | Complications of synthetic mid-urethral slings | laborie.com,,01-Mar-08 |
| Tzartzeva K, et al | In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women2 | ICS Abstract 366, 2014 |

| Tzartzeva K, Lingam D, et al | In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women | Study: UT SW Med Center, UT Dallas |
|---|---|---|
| UCLA | Clinical Updates - Surgical mesh for pelvic organ prolapse repair the subject of FDA warning | UCLA Clinical Updates webpage 9/19/2012 |
| Ulmsten U, et al | A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of struess urinary incontinence | Int Urogynecol J (1998) 9:2010-213 |
| Ulmsten U, Henriksson L, et al | An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence | The International Urogynecology Journal,7:81- 6,01-Jan-96 |
| Ulmsten U. | An Introduction to Tension-Free Vaginal Tape (TVT) – A New Surgical Procedure for Treatment of Female Urinary Incontinence | Int Urogynecol J (2001)(Suppl 2):S3-S4 |
| Ulmsten U., et al | Reprint: A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence | Int Urogynecol J (1998) 9:210-213 Eth.Mesh.00145084-00145088 |
| Ulmsten, et al | A three-year follow up of tension free vaginal tape for surgical treatment of remale stress urinary incontinence | Br J Obstet Gynaecol (1999)106: 345-350 |
| Unger, CA, et al | Outcomes following treatment for pelvic floor mesh complications | Int Urgynecol J (2014) 25:745-749 |
| Ustün Y, Engin-Ustün Y, et al | Tension-free vaginal tape compared with laparoscopic Burch urethropexy | J Am Assoc Gynecol Laparosc. 2003 Aug;10(3):386-9 |
| Valentim-lourenco A, et al | "TORP- comparing the efficacy, execution and early complications of TVT and TVT-0" | International Urogynecology Journal |
| Valpas A, Kivelä A, et al | Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence | Obstetrics & Gynecology, 2004 July; 104(1):42-49 |
| Vassallo, BJ., et al | Management of Iatrogenic Vaginal Constriction | Obstet Gynecol. 2003 Sept; 102(3): 512-20 |
| Velemir L, Amblard J, Jet al | Urethral erosion after suburethral synthetic slings: risk factors, diagnosis, and functional outcome after surgical management | int Urogynecol J (2008) 19: 999-1006 |
| Vervest HAM, Bisseling TM, et al | "The prevalence of voiding difficulty after TVT, its impact on quality of life, and related risk factors." | Int Urogynecol J 2007;18:173-182 |
| Viereck, Volker ; Rautenberg, et al | Midurethral Sling Incision: Indications and Outcomes | Int Urogynecol J (2013) 24:645-653 |
| Voeller, GR | New Developments in Hernia Repair | Surg Technol XI: 111-116 |

| Vollebregt, A., et al | Bacterial Colonisation of Collagen-Coated Polypropylene Vaginal Mesh: Are Additional Intraoperative Serility Procedures Useful? | Int Urogynecol J Pelvic Floor Dysfunct. 2009 Nov;20(11):1345-51 |
|---|---|---|
| Von Theobald P, Zimmerman CW, et al | New Techniques in Genital Prolapse Surgery | 2011 XII, 310 p, Hardcover ISBN: 978-1-84885-135-4 |
| Wadie BS, Edwan A, and Nabeeh AM. | Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study | J Urology, 2005 Sept; 174:990-993 |
| Wadie BS, Mansour A, et al | Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function | Int Urogynecol J (2010) 21:1485-1490 |
| Wai CY. | Surgical treatment for stress and urge urinary incontinence. | Obstet Gynecol Clin N Amer 2009;36:509-519 |
| Wai, C.Y. | Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. | Obstet Gynecol (2013) 121:1009-1016 |
| Walsh CA. | TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. | BJU International,108:652-7,14-Jul-11 |
| Walter JE. | SOGC Technical Update No. 254: Transvaginal Mesh Procedures for Pelvic Organ Prolapse. Society of Obstetricians and Gynaecologists of Canada | Journal of Obstetrics and Gynaecology Canada,[Deleted Object]:168-74 ,01-Feb-11 |
| Waltregny D, | New Surgical Technique for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience | Surg Technol Int (2012) 22:149-157 |
| Waltregny D, de Leval J. | The TVT-obturator surgical procedure for the treatment of female stress urinary incontinence: a clinical update. | Int Urogynecol J (2009) 20:337-348 |
| Waltregny D, Gaspar Y, et al | TVT-O for the treatment of female stress urinary incontinence: Results of a prospective study after a 3-year minimum follow-up | European Urology,53:401-10,21-Aug-07 |
| Waltregny D, Reul O, et al | Inside out transobturator vaginal tape for the treatment of female stress urinary incontinence: interim results of a prospective study after a 1- year minimum followup. | J Urol. 2006 Jun;175(6):2191-5. |
| Waltregny D, Thomas A, et al | Three year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O™) procedure with a modified version using a shortened tape and reduced dissection for the treatment of female SUI | Poster #254 |

| Waltregny D, Thomas A, et al | Three year results of a prospective randomized trial comparing the original inside-out transobutrator (TVT-O™) Procedure with a modified version of using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence | ICU Abstract 254 |
|---|---|---|
| Waltregny TA, DeLeval J | One year results of a prospective randomized trial comparing the original inside-out transobutrator (TVT-O™) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence [abstract] | Int Urogynecol J (2010) 21 (Suppl 1) S219-S221 IUGA, Abst 153 |
| Wang AC and Chen MC. | Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial | Neurourology and Urodynamics 22:185-190 (2003) |
| Wang AC, Lee L, Lin C, et al | A histologic and immunohistochemical analysis of defective vaginal healing after continence raping procedures: A prospective case-controlled pilot study | American Journal of Obstetrics and Gynecology (2004) 191, 1868-74 |
| Wang F, Song Y and Huang H. | Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China | Arch Gynecol Obstet. 2010 Feb; 281(2) 279-86 |
| Wang W, Zhu L and Lang J. | Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence | International Journal of Gynecology & Obstetrics 104 (2009) 113-116 |
| Wang YJ, Li FP, Wang Q, et al | Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. | Int Urogynecol J. 2011 Nov;22(11):1369-74. doi: 10.1007/s00192-011-1445-9. Epub 2011 May 13 |
| Wang, AC | A microbiological and immunohistochemical analysis of periurethral and vaginal tissue in women with de novo urge symptoms after mid- urethral sling procedures—a prospective case- controlled study. | Int Urogynecol J (2008) 19:1145-1150 |
| Ward KL and Hilton P et al | Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence2 | BMJ,325:1-7,13-Jul-02 |

| Ward KL and Hilton P et al | A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two- year follow-up | The American Journal of Obstetrics & Gynecology,190:324-31,01-Feb-04 |
|---|---|---|
| Ward KL and Hilton P. | Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5- year follow up | BJOG 2008:115:226-233 |
| Weber AM, et al | The standardization of terminology for researchers in female pelvic floor disorders | Int Urogynecol J (2001) 12: 178-186 |
| Westermann L, Brown A, et al | Delayed Presentation of an Enterocutaneous Fistula After Tension-Free Vaginal Tape Sling | Female Pelvic Reconstr Surg 2011; 17: 258-259 |
| White , R.A., Hirose, F.M., et al. | (1981). Histopathologic observations after short- term implantation of two porous elastomers in dogs. | Biomaterials, 2:171-176. |
| Whiteside JL and Walters MD. | Anatomy of the obturator region: relations to a trans-obturator sling | The International Urogynecology Journal,15:223- 6,24-Feb-04 |
| Willard, FH, et al | The Neuroanatomy of Female Pelvic Pain | Pain in Women: A Clinical Guide, Chapter 2 |
| Williams D. | Review Biodegradation of surgical polymers | Journal of Materials Science. 1982; 17:1233-1246 |
| Wilson, C, et al | Short-term efficacy of transobturator sling in women veterans with a history of sexual trauma | MAAUA 68th Annual Meeting Abstracts (2010) |
| Withagen MI, Milani AL, et al | Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapsed: a randomized controlled trial. | Obstetrics & Gynecology,117:242-50 ,01-Feb-11 |
| Wolter CE, Starkman JS, et al | Removal of transobturator midurethral sling for refractory thigh pain. | Urology (2008) 72: 461.el-461.e3 |
| Wood,AJ | Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient | J Mater Sci: Mater Med (2013) 24:1113-1122 |
| Wu JM, Kawasaki A, et al | "Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050. " | The American Journal of Obstetrics & Gynecology,205:230.e1-5 ,02-Apr-11 |
| Wyczolkowski, M., et al | Reoperation After Complicated Tension-Free Vaginal Tape Procedures | The Journal of Urology, Vol 166, 1004-1005 (Sept 2001) |
| Yang C, et al | Presentation Number: Oral Poster 18 Anchor extraction forces for single-incision slings: strength comparison in a rabbit model | Female Pelvic Med & Reconstr Surg (2011) 17(5)2:S92 |

| Yang CH, Chan PH, Lai SK, et al | A retrospective study comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of female stress urinary incontinence --- a preliminary report. | J Chin Med Assoc. 2007 Dec;70(12):541-4. doi: 10.1016/S1726-4901(08)70057-1. |
|---|---|---|
| Zahn C et al | Anatomic comparison of two transobturator tape procedures. | Obstet Gynecol 2007;109:701-6. |
| Zhang Y, Jiang M, Tong XW, et al | The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. | Taiwan J Obstet Gynecol. 2011 Sep;50(3):318- 21. doi: 10.1016/j.tjog.2011.01.033 |
| Zhong C, Yuan C, Guang- hui D, et al | Comparison of three kinds of midurethral slings for surgical treatment of female stress urinary incontinence. | Urologia 2010;77(1):37-42 |
| Zhu L, Lang J, Hai N, and Wong F. | Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence2 | International Journal of Gynecology & Obstetrics (2007) 99, 14-17 |
| Zuckerman DM., et al | Medical Device Recalls and the FDA Approval Process | Arch Intern Med 2011:17(11): 1006-1011 Published Online February 14, 2011 |
| Zugor V, Labanaris AP, et al | "TVT vs. TOT: a comparison in terms of continence results, complications and quality of life after a median follow-up of 48 months. " | Int Urol Nephrol 42, 915-20 (2010) |
| Zullo MA, Plotti F, et al | One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. | European Urology,51:1376-82,07-Nov-06 |
| Zumbe J., Porres D., Degiorgis PL. | Obturator and thigh abscess after transobturator tape implantation for stress urinary incontinence. | Urol Int. (2008); 81:483-485 |
| Zwarenstein M, et al | Improving the reporting of pragmatic trials: an extension of the CONSORT statement | BMJ 2008; 337:12390 |
| Zycynski HM, Carey MP, et al | One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device | Am J Obstet Gynecol 2010; 203:587.e1-8 |

**Documents**

| Bates - Begin |
|---|
| ETH.MESH.00000272 |
| ETH.MESH.00002162 |
| ETH.MESH.00004755 |
| ETH.MESH.00006636 |
| ETH.MESH.00007091 |
| ETH.MESH.00010743 |
| ETH.MESH.00011724 |
| ETH.MESH.00013506 |
| ETH.MESH.00015598 |
| ETH.MESH.00015699 |
| ETH.MESH.00029963 |
| ETH.MESH.00030025 |
| ETH.MESH.00030098 |
| ETH.MESH.00030372 |
| ETH.MESH.00031538 |
| ETH.MESH.00035379 |
| ETH.MESH.00057335 |
| ETH.MESH.00057336 |
| ETH.MESH.00066960 |
| ETH.MESH.00073089 |
| ETH.MESH.00074068 |
| ETH.MESH.00074499 |
| ETH.MESH.00077727 |
| ETH.MESH.00126755 |
| ETH.MESH.00126954 |
| ETH.MESH.00130934 |
| ETH.MESH.00134029 |
| ETH.MESH.00134498 |
| ETH.MESH.00136359 |

| ETH.MESH.00139845 |
| ETH.MESH.00143697 |
| ETH.MESH.00143700 |
| ETH.MESH.00143842 |
| ETH.MESH.00144270 |
| ETH.MESH.00144304 |
| ETH.MESH.00155598 |
| ETH.MESH.00155619 |
| ETH.MESH.00158082 |
| ETH.MESH.00158286 |
| ETH.MESH.00158559 |
| ETH.MESH.00159634 |
| ETH.MESH.00160612 |
| ETH.MESH.00160615 |
| ETH.MESH.00160813 |
| ETH.MESH.00161129 |
| ETH.MESH.00161131 |
| ETH.MESH.00161444 |
| ETH.MESH.00161512 |
| ETH.MESH.00161969 |
| ETH.MESH.00162420 |
| ETH.MESH.00162841 |
| ETH.MESH.00163582 |
| ETH.MESH.00163644 |
| ETH.MESH.00164023 |
| ETH.MESH.00164643 |
| ETH.MESH.00167104 |
| ETH.MESH.00167119 |
| ETH.MESH.00169748 |
| ETH.MESH.00203328 |
| ETH.MESH.00203456 |

| |
|---|
| ETH.MESH.00203476 |
| ETH.MESH.00204478 |
| ETH.MESH.00204513 |
| ETH.MESH.00204562 |
| ETH.MESH.00206973 |
| ETH.MESH.00212665 |
| ETH.MESH.00223634 |
| ETH.MESH.00223640 |
| ETH.MESH.00223800 |
| ETH.MESH.00223801 |
| ETH.MESH.00250986 |
| ETH.MESH.00259473 |
| ETH.MESH.00260591 |
| ETH.MESH.00260739 |
| ETH.MESH.00271641 |
| ETH.MESH.00301367 |
| ETH.MESH.00301741 |
| ETH.MESH.00301874 |
| ETH.MESH.00301977 |
| ETH.MESH.00302105 |
| ETH.MESH.00302181 |
| ETH.MESH.00302390 |
| ETH.MESH.00303084 |
| ETH.MESH.00303944 |
| ETH.MESH.00304013 |
| ETH.MESH.00311802 |
| ETH.MESH.00311832 |
| ETH.MESH.00316780 |
| ETH.MESH.00321804 |
| ETH.MESH.00328895 |
| ETH.MESH.00329112 |

| ETH.MESH.00330760 |
| ETH.MESH.00339053 |
| ETH.MESH.00339083 |
| ETH.MESH.00339437 |
| ETH.MESH.00340835 |
| ETH.MESH.00340836 |
| ETH.MESH.00340839 |
| ETH.MESH.00340990 |
| ETH.MESH.00345289 |
| ETH.MESH.00346194 |
| ETH.MESH.00346227 |
| ETH.MESH.00349508 |
| ETH.MESH.00351439 |
| ETH.MESH.00353476 |
| ETH.MESH.00353639 |
| ETH.MESH.00355003 |
| ETH.MESH.00355435 |
| ETH.MESH.00371496 |
| ETH.MESH.00371503 |
| ETH.MESH.00371572 |
| ETH.MESH.00394544 |
| ETH.MESH.00400954 |
| ETH.MESH.00400957 |
| ETH.MESH.00407285 |
| ETH.MESH.00409657 |
| ETH.MESH.00409659 |
| ETH.MESH.00409670 |
| ETH.MESH.00409674 |
| ETH.MESH.00412260 |
| ETH.MESH.00440005 |
| ETH.MESH.00493332 |

| ETH.MESH.00499024 |
| ETH.MESH.00519476 |
| ETH.MESH.00524059 |
| ETH.MESH.00524907 |
| ETH.MESH.00525322 |
| ETH.MESH.00525573 |
| ETH.MESH.00526473 |
| ETH.MESH.00526484 |
| ETH.MESH.00528636 |
| ETH.MESH.00533025 |
| ETH.MESH.00533250 |
| ETH.MESH.00533283 |
| ETH.MESH.00539862 |
| ETH.MESH.00540629 |
| ETH.MESH.00541379 |
| ETH.MESH.00570955 |
| ETH.MESH.00574783 |
| ETH.MESH.00575160 |
| ETH.MESH.00581482 |
| ETH.MESH.00581483 |
| ETH.MESH.00584175 |
| ETH.MESH.00584291 |
| ETH.MESH.00584527 |
| ETH.MESH.00584811 |
| ETH.MESH.00585220 |
| ETH.MESH.00585672 |
| ETH.MESH.00585802 |
| ETH.MESH.00585823 |
| ETH.MESH.00585842 |
| ETH.MESH.00586018 |
| ETH.MESH.00589494 |

| ETH.MESH.00590896 |
|---|
| ETH.MESH.00591127 |
| ETH.MESH.00592915 |
| ETH.MESH.00602025 |
| ETH.MESH.00632655 |
| ETH.MESH.00640394 |
| ETH.MESH.00658058 |
| ETH.MESH.00658177 |
| ETH.MESH.00658421 |
| ETH.MESH.00658453 |
| ETH.MESH.00659430 |
| ETH.MESH.00681364 |
| ETH.MESH.00687820 |
| ETH.MESH.00700348 |
| ETH.MESH.00719198 |
| ETH.MESH.00722339 |
| ETH.MESH.00746204 |
| ETH.MESH.00746209 |
| ETH.MESH.00746210 |
| ETH.MESH.00748275 |
| ETH.MESH.00748310 |
| ETH.MESH.00750880 |
| ETH.MESH.00756887 |
| ETH.MESH.00764215 |
| ETH.MESH.00764323 |
| ETH.MESH.00766347 |
| ETH.MESH.00766975 |
| ETH.MESH.00772228 |
| ETH.MESH.00772231 |
| ETH.MESH.00790545 |
| ETH.MESH.00791766 |

| |
|---|
| ETH.MESH.00826028 |
| ETH.MESH.00826046 |
| ETH.MESH.00827376 |
| ETH.MESH.00844341 |
| ETH.MESH.00846523 |
| ETH.MESH.00847536 |
| ETH.MESH.00858080 |
| ETH.MESH.00858110 |
| ETH.MESH.00858252 |
| ETH.MESH.00862206 |
| ETH.MESH.00862284 |
| ETH.MESH.00862727 |
| ETH.MESH.00863391 |
| ETH.MESH.00863692 |
| ETH.MESH.00863841 |
| ETH.MESH.00864085 |
| ETH.MESH.00864101 |
| ETH.MESH.00864131 |
| ETH.MESH.00864503 |
| ETH.MESH.00865147 |
| ETH.MESH.00865322 |
| ETH.MESH.00866317 |
| ETH.MESH.00869977 |
| ETH.MESH.00870466 |
| ETH.MESH.00870481 |
| ETH.MESH.00875647 |
| ETH.MESH.00922443 |
| ETH.MESH.00994917 |
| ETH.MESH.00998286 |
| ETH.MESH.00998347 |
| ETH.MESH.00998349 |

| |
|---|
| ETH.MESH.01066916 |
| ETH.MESH.01137272 |
| ETH.MESH.01186068 |
| ETH.MESH.01201387 |
| ETH.MESH.01201955 |
| ETH.MESH.01202101 |
| ETH.MESH.01202102 |
| ETH.MESH.01203207 |
| ETH.MESH.01203957 |
| ETH.MESH.01216125 |
| ETH.MESH.01217285 |
| ETH.MESH.01217673 |
| ETH.MESH.01218019 |
| ETH.MESH.01218099 |
| ETH.MESH.01218361 |
| ETH.MESH.01219629 |
| ETH.MESH.01219984 |
| ETH.MESH.01220661 |
| ETH.MESH.01220693 |
| ETH.MESH.01221024 |
| ETH.MESH.01221055 |
| ETH.MESH.01221618 |
| ETH.MESH.01221735 |
| ETH.MESH.01222075 |
| ETH.MESH.01222617 |
| ETH.MESH.01226442 |
| ETH.MESH.01226446 |
| ETH.MESH.01238538 |
| ETH.MESH.01238551 |
| ETH.MESH.01238552 |
| ETH.MESH.01239065 |

| ETH.MESH.01247379 |
|---|
| ETH.MESH.01250926 |
| ETH.MESH.01250962 |
| ETH.MESH.01264260 |
| ETH.MESH.01265223 |
| ETH.MESH.01265511 |
| ETH.MESH.01268264 |
| ETH.MESH.01279975 |
| ETH.MESH.01310061 |
| ETH.MESH.01310476 |
| ETH.MESH.01310482 |
| ETH.MESH.01317508 |
| ETH.MESH.01317510 |
| ETH.MESH.01317515 |
| ETH.MESH.01320395 |
| ETH.MESH.0137272 |
| ETH.MESH.01419741 |
| ETH.MESH.01592467 |
| ETH.MESH.01673341 |
| ETH.MESH.01673341 |
| ETH.MESH.01675805 |
| ETH.MESH.017192929 |
| ETH.MESH.01745568 |
| ETH.MESH.01752532 |
| ETH.MESH.01775242 |
| ETH.MESH.01782867 |
| ETH.MESH.01784428 |
| ETH.MESH.01784823 |
| ETH.MESH.01785259 |
| ETH.MESH.01795909 |
| ETH.MESH.01805963 |

| ETH.MESH.01808310 |
| ETH.MESH.01808311 |
| ETH.MESH.01809082 |
| ETH.MESH.01813975 |
| ETH.MESH.01814740 |
| ETH.MESH.01815505 |
| ETH.MESH.01816990 |
| ETH.MESH.01822361 |
| ETH.MESH.01824104 |
| ETH.MESH.01945854 |
| ETH.MESH.02010834 |
| ETH.MESH.02013947 |
| ETH.MESH.02017152 |
| ETH.MESH.02019485 |
| ETH.MESH.02020712 |
| ETH.MESH.02026591 |
| ETH.MESH.02089392 |
| ETH.MESH.02090196 |
| ETH.MESH.02091873 |
| ETH.MESH.02106741 |
| ETH.MESH.02106803 |
| ETH.MESH.02108293 |
| ETH.MESH.02114101 |
| ETH.MESH.02122903 |
| ETH.MESH.02148431 |
| ETH.MESH.02169504 |
| ETH.MESH.02180737 |
| ETH.MESH.02180759 |
| ETH.MESH.02180826 |
| ETH.MESH.02180828 |
| ETH.MESH.02180833 |

| ETH.MESH.02182839 |
|---|
| ETH.MESH.02201463 |
| ETH.MESH.02219202 |
| ETH.MESH.02222437 |
| ETH.MESH.02236580 |
| ETH.MESH.02236784 |
| ETH.MESH.02237665 |
| ETH.MESH.02248778 |
| ETH.MESH.02249435 |
| ETH.MESH.02250914 |
| ETH.MESH.02253078 |
| ETH.MESH.02254087 |
| ETH.MESH.02254165 |
| ETH.MESH.02265803 |
| ETH.MESH.02293673 |
| ETH.MESH.02310653 |
| ETH.MESH.02316434 |
| ETH.MESH.02316781 |
| ETH.MESH.02340306 |
| ETH.MESH.02340471 |
| ETH.MESH.02340504 |
| ETH.MESH.02340829 |
| ETH.MESH.02340830 |
| ETH.MESH.02340902 |
| ETH.MESH.02342102 |
| ETH.MESH.02342194 |
| ETH.MESH.02587925 |
| ETH.MESH.02587926 |
| ETH.MESH.02589032 |
| ETH.MESH.02589033 |
| ETH.MESH.02592467 |

| |
|---|
| ETH.MESH.02596464 |
| ETH.MESH.02607272 |
| ETH.MESH.02613804 |
| ETH.MESH.02614599 |
| ETH.MESH.02619601 |
| ETH.MESH.02620354 |
| ETH.MESH.02620914 |
| ETH.MESH.02620964 |
| ETH.MESH.02621143 |
| ETH.MESH.02621559 |
| ETH.MESH.02622276 |
| ETH.MESH.02625055 |
| ETH.MESH.02627331 |
| ETH.MESH.02627466 |
| ETH.MESH.02628698 |
| ETH.MESH.02630134 |
| ETH.MESH.02652179 |
| ETH.MESH.03021946 |
| ETH.MESH.03208548 |
| ETH.MESH.03208738 |
| ETH.MESH.03259439 |
| ETH.MESH.03274663 |
| ETH.MESH.03358217 |
| ETH.MESH.03358398 |
| ETH.MESH.03422160 |
| ETH.MESH.03427878 |
| ETH.MESH.03432766 |
| ETH.MESH.03456775 |
| ETH.MESH.03458123 |
| ETH.MESH.03459088 |
| ETH.MESH.03459211 |

| |
|---|
| ETH.MESH.03460640 |
| ETH.MESH.03483690 |
| ETH.MESH.03497846 |
| ETH.MESH.03497878 |
| ETH.MESH.03499528 |
| ETH.MESH.03509909 |
| ETH.MESH.03535750 |
| ETH.MESH.03571983 |
| ETH.MESH.03574916 |
| ETH.MESH.03575061 |
| ETH.MESH.03589219 |
| ETH.MESH.03605398 |
| ETH.MESH.03614158 |
| ETH.MESH.03618587 |
| ETH.MESH.03624321 |
| ETH.MESH.03625982 |
| ETH.MESH.03627114 |
| ETH.MESH.03642659 |
| ETH.MESH.03643186 |
| ETH.MESH.03643726 |
| ETH.MESH.03644217 |
| ETH.MESH.03656697 |
| ETH.MESH.03658577 |
| ETH.MESH.03671138 |
| ETH.MESH.03685918 |
| ETH.MESH.03715869 |
| ETH.MESH.03715978 |
| ETH.MESH.03719177 |
| ETH.MESH.03721328 |
| ETH.MESH.03722384 |
| ETH.MESH.03730703 |

| |
|---|
| ETH.MESH.03735432 |
| ETH.MESH.03736578 |
| ETH.MESH.03736932 |
| ETH.MESH.03736989 |
| ETH.MESH.03738466 |
| ETH.MESH.03738468 |
| ETH.MESH.03750903 |
| ETH.MESH.03751168 |
| ETH.MESH.03832685 |
| ETH.MESH.03898831 |
| ETH.MESH.03905472 |
| ETH.MESH.03905968 |
| ETH.MESH.03906527 |
| ETH.MESH.03907468 |
| ETH.MESH.03907853 |
| ETH.MESH.03908029 |
| ETH.MESH.03909708 |
| ETH.MESH.03909721 |
| ETH.MESH.03910175 |
| ETH.MESH.03910208 |
| ETH.MESH.03910418 |
| ETH.MESH.03910799 |
| ETH.MESH.03911107 |
| ETH.MESH.03911712 |
| ETH.MESH.03913651 |
| ETH.MESH.03914629 |
| ETH.MESH.03914909 |
| ETH.MESH.03915380 |
| ETH.MESH.03915567 |
| ETH.MESH.03915588 |
| ETH.MESH.03916715 |

| |
|---|
| ETH.MESH.03916716 |
| ETH.MESH.03916905 |
| ETH.MESH.03917298 |
| ETH.MESH.03917309 |
| ETH.MESH.03917375 |
| ETH.MESH.03918552 |
| ETH.MESH.03919143 |
| ETH.MESH.03924530 |
| ETH.MESH.03924557 |
| ETH.MESH.03928696 |
| ETH.MESH.03929173 |
| ETH.MESH.03932909 |
| ETH.MESH.03932912 |
| ETH.MESH.03934952 |
| ETH.MESH.03965159 |
| ETH.MESH.03966039 |
| ETH.MESH.03981288 |
| ETH.MESH.04005863 |
| ETH.MESH.04015102 |
| ETH.MESH.04020134 |
| ETH.MESH.04037600 |
| ETH.MESH.04044797 |
| ETH.MESH.04048515 |
| ETH.MESH.04050265 |
| ETH.MESH.04062405 |
| ETH.MESH.04077109 |
| ETH.MESH.04081189 |
| ETH.MESH.04081871 |
| ETH.MESH.04082973 |
| ETH.MESH.04093125 |
| ETH.MESH.04094863 |

| |
|---|
| ETH.MESH.04099233 |
| ETH.MESH.04101014 |
| ETH.MESH.04101817 |
| ETH.MESH.04122262 |
| ETH.MESH.04127133 |
| ETH.MESH.04193990 |
| ETH.MESH.04205632 |
| ETH.MESH.04314739 |
| ETH.MESH.04321405 |
| ETH.MESH.04321409 |
| ETH.MESH.04321413 |
| ETH.MESH.04321418 |
| ETH.MESH.04321436 |
| ETH.MESH.04321454 |
| ETH.MESH.04321670 |
| ETH.MESH.04384185 |
| ETH.MESH.04927339 |
| ETH.MESH.04941016 |
| ETH.MESH.04985249 |
| ETH.MESH.05119622 |
| ETH.MESH.05120364 |
| ETH.MESH.05125293 |
| ETH.MESH.05163323 |
| ETH.MESH.05183409 |
| ETH.MESH.05210364 |
| ETH.MESH.05222673 |
| ETH.MESH.05222687 |
| ETH.MESH.05225354 |
| ETH.MESH.05236223 |
| ETH.MESH.05237034 |
| ETH.MESH.05238373 |

| |
|---|
| ETH.MESH.05238382 |
| ETH.MESH.05240144 |
| ETH.MESH.05245427 |
| ETH.MESH.05276086 |
| ETH.MESH.05276184 |
| ETH.MESH.05337217 |
| ETH.MESH.05337225 |
| ETH.MESH.05347751 |
| ETH.MESH.05442881 |
| ETH.MESH.05442973 |
| ETH.MESH.05446127 |
| ETH.MESH.05446129 |
| ETH.MESH.05447475 |
| ETH.MESH.05447481 |
| ETH.MESH.05448762 |
| ETH.MESH.05453719 |
| ETH.MESH.05454207 |
| ETH.MESH.05456117 |
| ETH.MESH.05469908 |
| ETH.MESH.05475773 |
| ETH.MESH.05479411 |
| ETH.MESH.05479535 |
| ETH.MESH.05479717 |
| ETH.MESH.05493965 |
| ETH.MESH.05494064 |
| ETH.MESH.05529274 |
| ETH.MESH.05529653 |
| ETH.MESH.05548122 |
| ETH.MESH.05549696 |
| ETH.MESH.05553782 |
| ETH.MESH.05560961 |

| ETH.MESH.05572526 |
| ETH.MESH.05585033 |
| ETH.MESH.05588123 |
| ETH.MESH.05604390 |
| ETH.MESH.05620358 |
| ETH.MESH.05641096 |
| ETH.MESH.05644163 |
| ETH.MESH.05644164 |
| ETH.MESH.05764101 |
| ETH.MESH.05768705 |
| ETH.MESH.05791132 |
| ETH.MESH.05793690 |
| ETH.MESH.05794787 |
| ETH.MESH.05795299 |
| ETH.MESH.05795309 |
| ETH.MESH.05795322 |
| ETH.MESH.05815791 |
| ETH.MESH.05822684 |
| ETH.MESH.05916450 |
| ETH.MESH.05918776 |
| ETH.MESH.05920616 |
| ETH.MESH.05961197 |
| ETH.MESH.05961204 |
| ETH.MESH.05961212 |
| ETH.MESH.05961304 |
| ETH.MESH.05972834 |
| ETH.MESH.05998775 |
| ETH.MESH.06001408 |
| ETH.MESH.06003173 |
| ETH.MESH.06015196 |
| ETH.MESH.06016054 |

| ETH.MESH.06040171 |
| ETH.MESH.06040657 |
| ETH.MESH.06087471 |
| ETH.MESH.06087513 |
| ETH.MESH.06164409 |
| ETH.MESH.06171801 |
| ETH.MESH.06195201 |
| ETH.MESH.06214296 |
| ETH.MESH.06239100 |
| ETH.MESH.06260647 |
| ETH.MESH.06261965 |
| ETH.MESH.06372356 |
| ETH.MESH.06696367 |
| ETH.MESH.06696589 |
| ETH.MESH.06696593 |
| ETH.MESH.06806078 |
| ETH.MESH.06828907 |
| ETH.MESH.06851860 |
| ETH.MESH.06852118 |
| ETH.MESH.06852120 |
| ETH.MESH.06859904 |
| ETH.MESH.06861473 |
| ETH.MESH.06861946 |
| ETH.MESH.06866920 |
| ETH.MESH.06866921 |
| ETH.MESH.06869163 |
| ETH.MESH.06873447 |
| ETH.MESH.06880021 |
| ETH.MESH.06884249 |
| ETH.MESH.06884516 |
| ETH.MESH.06884728 |

| ETH.MESH.06928168 |
| ETH.MESH.07181044 |
| ETH.MESH.07192929 |
| ETH.MESH.07205369 |
| ETH.MESH.07226377 |
| ETH.MESH.07236294 |
| ETH.MESH.07383730 |
| ETH.MESH.07402878 |
| ETH.MESH.07455220 |
| ETH.MESH.07474296 |
| ETH.MESH.07506983 |
| ETH.MESH.07724068 |
| ETH.MESH.07730291 |
| ETH.MESH.07808480 |
| ETH.MESH.07808484 |
| ETH.MESH.07877085 |
| ETH.MESH.07903682 |
| ETH.MESH.07931874 |
| ETH.MESH.07937826 |
| ETH.MESH.08003181 |
| ETH.MESH.08003197 |
| ETH.MESH.08003215 |
| ETH.MESH.08003231 |
| ETH.MESH.08003247 |
| ETH.MESH.08003263 |
| ETH.MESH.08003279 |
| ETH.MESH.08003295 |
| ETH.MESH.08003303 |
| ETH.MESH.08005908 |
| ETH.MESH.08007248 |
| ETH.MESH.08014324 |

| |
|---|
| ETH.MESH.08041930 |
| ETH.MESH.08065931 |
| ETH.MESH.08066401 |
| ETH.MESH.08073801 |
| ETH.MESH.08078799 |
| ETH.MESH.08107153 |
| ETH.MESH.08107933 |
| ETH.MESH.08164248 |
| ETH.MESH.08170224 |
| ETH.MESH.08315779 |
| ETH.MESH.08315782 |
| ETH.MESH.08315783 |
| ETH.MESH.08334244 |
| ETH.MESH.08334245 |
| ETH.MESH.08344659 |
| ETH.MESH.08345895 |
| ETH.MESH.08426862 |
| ETH.MESH.08476210 |
| ETH.MESH.08505071 |
| ETH.MESH.08581280 |
| ETH.MESH.08664680 |
| ETH.MESH.08692660 |
| ETH.MESH.08692670 |
| ETH.MESH.08692673 |
| ETH.MESH.08695896 |
| ETH.MESH.08696050 |
| ETH.MESH.08696084 |
| ETH.MESH.08696085 |
| ETH.MESH.08776231 |
| ETH.MESH.08792102 |
| ETH.MESH.08792936 |

| |
|---|
| ETH.MESH.08793207 |
| ETH.MESH.08793552 |
| ETH.MESH.08793554 |
| ETH.MESH.08793646 |
| ETH.MESH.08793648 |
| ETH.MESH.08798099 |
| ETH.MESH.08968369 |
| ETH.MESH.08969368 |
| ETH.MESH.09004550 |
| ETH.MESH.09004554 |
| ETH.MESH.09004555 |
| ETH.MESH.09155883 |
| ETH.MESH.09155909 |
| ETH.MESH.09158424 |
| ETH.MESH.09214438 |
| ETH.MESH.09214439 |
| ETH.MESH.09218058 |
| ETH.MESH.09234951 |
| ETH.MESH.09234953 |
| ETH.MESH.09235084 |
| ETH.MESH.09264884 |
| ETH.MESH.09264945 |
| ETH.MESH.09266457 |
| ETH.MESH.09266465 |
| ETH.MESH.09266659 |
| ETH.MESH.09266668 |
| ETH.MESH.09268506 |
| ETH.MESH.09273600 |
| ETH.MESH.09275875 |
| ETH.MESH.09293114 |
| ETH.MESH.09306898 |

| |
|---|
| ETH.MESH.09346417 |
| ETH.MESH.09346419 |
| ETH.MESH.09478633 |
| ETH.MESH.09478684 |
| ETH.MESH.09504558 |
| ETH.MESH.09504568 |
| ETH.MESH.09656790 |
| ETH.MESH.09671620 |
| ETH.MESH.09732998 |
| ETH.MESH.09744840 |
| ETH.MESH.09744848 |
| ETH.MESH.09744858 |
| ETH.MESH.09744870 |
| ETH.MESH.09746373 |
| ETH.MESH.09746615 |
| ETH.MESH.09747632 |
| ETH.MESH.09747724 |
| ETH.MESH.09747728 |
| ETH.MESH.09748842 |
| ETH.MESH.09748848 |
| ETH.MESH.09905193 |
| ETH.MESH.09909642 |
| ETH.MESH.09909830 |
| ETH.MESH.09932848 |
| ETH.MESH.09932902 |
| ETH.MESH.09932908 |
| ETH.MESH.09951087 |
| ETH.MESH.09951106 |
| ETH.MESH.09951746 |
| ETH.MESH.09954485 |
| ETH.MESH.09955464 |

| ETH.MESH.09955474 |
| ETH.MESH.09957926 |
| ETH.MESH.09958050 |
| ETH.MESH.09977270 |
| ETH.MESH.10003595 |
| ETH.MESH.10132609 |
| ETH.MESH.10133116 |
| ETH.MESH.10150515 |
| ETH.MESH.10181793 |
| ETH.MESH.10181921 |
| ETH.MESH.10183005 |
| ETH.MESH.10216874 |
| ETH.MESH.10227358 |
| ETH.MESH.10233144 |
| ETH.MESH.10287104 |
| ETH.MESH.10302266 |
| ETH.MESH.10591939 |
| ETH.MESH.10603246 |
| ETH.MESH.10611169 |
| ETH.MESH.10630803 |
| ETH.MESH.10630809 |
| ETH.MESH.10632641 |
| ETH.MESH.10633520 |
| ETH.MESH.10818812 |
| ETH.MESH.10818814 |
| ETH.MESH.10818815 |
| ETH.MESH.10984358 |
| ETH.MESH.11175841 |
| ETH.MESH.11175843 |
| ETH.MESH.11175844 |
| ETH.MESH.11175864 |

| |
|---|
| ETH.MESH.11205022 |
| ETH.MESH.11283949 |
| ETH.MESH.11283974 |
| ETH.MESH.11336474 |
| ETH.MESH.11445493 |
| ETH.MESH.11474337 |
| ETH.MESH.11529265 |
| ETH.MESH.11773498 |
| ETH.MESH.11790162 |
| ETH.MESH.11917445 |
| ETH.MESH.11920108 |
| ETH.MESH.11985160 |
| ETH.MESH.12002262 |
| ETH.MESH.12002601 |
| ETH.MESH.12006257 |
| ETH.MESH.12009027 |
| ETH.MESH.12009095 |
| ETH.MESH.12009276 |
| ETH.MESH.1218594 |
| ETH.MESH.12627553 |
| ETH.MESH.12831407 |
| ETH.MESH.12877116 |
| ETH.MESH.12906504 |
| ETH.MESH.12907174 |
| ETH.MESH.12907175 |
| ETH.MESH.12910023 |
| ETH.MESH.12910030 |
| ETH.MESH.12910111 |
| ETH.MESH.12913351 |
| ETH.MESH.12933182 |
| ETH.MESH.13204508 |

| |
|---|
| ETH.MESH.13206130 |
| ETH.MESH.13208194 |
| ETH.MESH.13210344 |
| ETH.MESH.13226457 |
| ETH.MESH.13259844 |
| ETH.MESH.13274846 |
| ETH.MESH.13274855 |
| ETH.MESH.13292806 |
| ETH.MESH.13296239 |
| ETH.MESH.13334286 |
| ETH.MESH.13374555 |
| ETH.MESH.13374559 |
| ETH.MESH.13376661 |
| ETH.MESH.13376756 |
| ETH.MESH.13376759 |
| ETH.MESH.13681529 |
| ETH.MESH.13797826 |
| ETH.MESH.13860322 |
| ETH.MESH.13869615 |
| ETH.MESH.13896042 |
| ETH.MESH.13907354 |
| ETH.MESH.14221357 |
| ETH.MESH.14273633 |
| ETH.MESH.14348386 |
| ETH.MESH.14409737 |
| ETH.MESH.14410478 |
| ETH.MESH.14410703 |
| ETH.MESH.14410846 |
| ETH.MESH.14411026 |
| ETH.MESH.14415287 |
| ETH.MESH.14416076 |

| ETH.MESH.14416182 |
| ETH.MESH.14442958 |
| ETH.MESH.14450438 |
| ETH.MESH.14471186 |
| ETH.MESH.14819286 |
| ETH.MESH.14852591 |
| ETH.MESH.14852593 |
| ETH.MESH.14896228 |
| ETH.MESH.14896230 |
| ETH.MESH.14896233 |
| ETH.MESH.14901753 |
| ETH.MESH.14901756 |
| ETH.MESH.14901758 |
| ETH.MESH.14908783 |
| ETH.MESH.14967283 |
| ETH.MESH.14967286 |
| ETH.MESH.14994657 |
| ETH.MESH.15034561 |
| ETH.MESH.15144996 |
| ETH.MESH.15285672 |
| ETH.MESH.15363068 |
| ETH.MESH.15406846 |
| ETH.MESH.15406860 |
| ETH.MESH.15406862 |
| ETH.MESH.15406864 |
| ETH.MESH.15406867 |
| ETH.MESH.15406869 |
| ETH.MESH.15406871 |
| ETH.MESH.15406874 |
| ETH.MESH.15406877 |
| ETH.MESH.15406884 |

| ETH.MESH.15406888 |
| ETH.MESH.15406890 |
| ETH.MESH.15406893 |
| ETH.MESH.15406895 |
| ETH.MESH.15406897 |
| ETH.MESH.15406900 |
| ETH.MESH.15406903 |
| ETH.MESH.15406906 |
| ETH.MESH.15406916 |
| ETH.MESH.15406920 |
| ETH.MESH.15406924 |
| ETH.MESH.15406927 |
| ETH.MESH.15406929 |
| ETH.MESH.15406935 |
| ETH.MESH.15406937 |
| ETH.MESH.15406939 |
| ETH.MESH.15406942 |
| ETH.MESH.15406944 |
| ETH.MESH.15406948 |
| ETH.MESH.15406950 |
| ETH.MESH.15406952 |
| ETH.MESH.15406954 |
| ETH.MESH.15406956 |
| ETH.MESH.15406958 |
| ETH.MESH.15406961 |
| ETH.MESH.15406963 |
| ETH.MESH.15406965 |
| ETH.MESH.15406967 |
| ETH.MESH.15406969 |
| ETH.MESH.15406971 |
| ETH.MESH.15406972 |

| ETH.MESH.15406975 |
| ETH.MESH.15406976 |
| ETH.MESH.15406977 |
| ETH.MESH.15406979 |
| ETH.MESH.15406985 |
| ETH.MESH.15406987 |
| ETH.MESH.15406989 |
| ETH.MESH.15406990 |
| ETH.MESH.15406992 |
| ETH.MESH.15406998 |
| ETH.MESH.15433760 |
| ETH.MESH.15955249 |
| ETH.MESH.15955438 |
| ETH.MESH.15958396 |
| ETH.MESH.15958400 |
| ETH.MESH.15958405 |
| ETH.MESH.15958408 |
| ETH.MESH.15958410 |
| ETH.MESH.15958433 |
| ETH.MESH.15958445 |
| ETH.MESH.15958452 |
| ETH.MESH.15958470 |
| ETH.MESH.15958478 |
| ETH.MESH.15958481 |
| ETH.MESH.15958486 |
| ETH.MESH.15958492 |
| ETH.MESH.15958495 |
| ETH.MESH.15958503 |
| ETH.MESH.15958510 |
| ETH.MESH.15958512 |
| ETH.MESH.15958524 |

| ETH.MESH.16263696 |
| ETH.MESH.16308087 |
| ETH.MESH.16357097 |
| ETH.MESH.16416002 |
| ETH.MESH.16434349 |
| ETH.MESH.17556486 |
| ETH.MESH.17556496 |
| ETH.MESH.17556498 |
| ETH.MESH.17556511 |
| ETH.MESH.17556512 |
| ETH.MESH.17556513 |
| ETH.MESH.17556556 |
| ETH.MESH.17556578 |
| ETH.MESH.17556582 |
| ETH.MESH.17556583 |
| ETH.MESH.17556591 |
| ETH.MESH.17556598 |
| ETH.MESH.17606501 |
| ETH.MESH.17619399 |
| ETH.MESH.17640736 |
| ETH.MESH.17642669 |
| ETH.MESH.17661336 |
| ETH.MESH.17661347 |
| ETH.MESH.17777759 |
| ETH.MESH.17777763 |
| ETH.MESH.18846146 |
| ETH.MESH.19306944 |
| ETH.MESH.19354118 |
| ETH.MESH.19356913 |
| ETH.MESH.PM 000001 |
| ETH.MESH.PM 000007 |

| |
|---|
| ETH.MESH.PM 000011 |
| ETH.MESH.PM 000019 |
| ETH.MESH.PM 000027 |
| ETH.MESH.PM 000032 |
| ETH.MESH.PM 000037 |
| ETH.MESH.PM 000039 |
| ETH.MESH.PM 000052 |
| ETH.MESH.PM 000057 |
| ETH.MESH.PM 000058 |
| ETH.MESH03919404 |
| ETH.MESH06881576 |
| ETHMESH.CHAHAL.00000001 |
| ETHMESH.CHAHAL.00000006 |
| ETHMESH.CHAHAL.00000028 |
| ETHMESH.CHAHAL.00000044 |
| ETHMESH.CHAHAL.00000049 |
| ETHMESH.CHAHAL.00000051 |
| ETHMESH.CHAHAL.00000052 |
| ETHMESH.OHARA.00000001 |
| ETHMESH.OHARA.00000157 |
| ETHMESH.OHARA.00000304 |
| ETHMESH.OHARA.00000313 |
| ETHMESH.OHARA.00000315 |
| ETHMESH.OHARA.00000322 |
| ETHMESH.OHARA.00000328 |
| ETHMESH.OHARA.00000334 |
| ETHMESH.OHARA.00000340 |
| ETHMESH.OHARA.00000347 |
| ETHMESH.OHARA.00000354 |
| ETHMESH.OHARA.00000360 |
| HMESH_ETH.00958003 |

| |
|---|
| HMESH_ETH.07269753 |
| HMESH_ETH_00660369 |
| HMESH_ETH_00782152 |
| HMESH_ETH_00946830 |
| HMESH_ETH_00958014 |
| HMESH_ETH_01840151 |
| HMESH_ETH_01876389 |
| HMESH_ETH_02030355 |
| HMESH_ETH_02781707 |
| HMESH_ETH_02944363 |
| HMESH_ETH_06033196 |
| HMESH_ETH_06509815 |
| HMESH_ETH_06509816 |
| HMRDH_ETH_00133261 |
| |
| MIL000268 |
| MIL00282 |
| Chart of Responsive Documents |
| Trial Testimony of Piet Hinoul in Linda Gross Trial |
| Trial Testimony of Melvyn Anhalt, MD in the Linda Batiste Trial |
| Gynecare Professional Education Digital Library |
| FDA Device Labeling Guidance #G91-1 (Blue Book Memo) |
| Medical Device Reporting for Manufacturers by Department of Health and Human Services, Public Health Services, FDA |
| 1997 Marlex MSDS |
| Tension Free Vaginal Tape (TVT) System 510(k) |
| Phillips Sumika 2001 Marlex MSDS |
| Patent CA2497158C Devices for surgical treatment of female urinary incontinence |
| Patent WO2004019786A1 - Devices for surgical treatment of female urinary incontinence |
| 2003 Marlex MSDS |
| 2004 Marlex MSDS Chevron Phillips |
| Sunoco 2004 MSDS |

| |
|---|
| United States Patent Application Publication De Leval US20050021086 20050127 |
| Sunoco 2006 MSDS |
| United States Patent De Leval US7204802 |
| 2007 Marlex MSDS |
| FDA Science and Mission at Risk -- Report from Subcommittee on Science and Technology |
| 2008 Marlex MSDS |
| IUGA 2009 Ital Sponsorship Invoice - 34th Annual Meeting Como, Italy June 10-20, 2009 |
| United States Patent Application Publication De Leval US20090306459 |
| United States Patent De Leval US7611454 |
| European Patent Specification EP1542596B1 |
| FDA Public Health Notification |
| 2011 Marlex MSDS |
| IFU   in_Use   Production_Chart |
| TVT Patient Brochure Index 8-26-13 |
| United States Patent De Leval US8641597 |
| PM.00003.m4v |
| PM.00004.m4v |
| PM.00011.m4v |
| T-1499 |
| T-3137 |
| Study Slides - various testimony |
| Jordi SEM and OM Images |
| 510(k) Submission and Communications for Prosima |
| Chart of Responsive Documents |
| CV of Piet Hinoul |
| Grier with notes T-752 |
| TVT-O laser cut mesh: 810081L |
| Copy of IFU__in_Use   Production_Chart |
| Gynecare_Professional_Education_Digital_Library |
| Degradation Slides |
| Design FMEA:  TVT Laser Cut Mesh Project spreadsheet |

| Flexibility/Compliance |
| --- |
| TVT-O mechanical cut: 810081, 810081E5 |
| Summary of 63 TVT-O RCTs - Batiste Defense Trial Exhibit |
| AUGS-SUFU Position Statement drafts |
| 510(k) Submission and Communications for TVT Exact |
| 510(k) Submission and Communications for TVT-O |
| TVT Retropubic Mechanical Cut, US Sales |
| 510(k) Submission and Communications for TVT Secure |
| Neuchatel_Particles in TVTO Blisters |
| TVT product sales |
| Vypro Mesh - Prolene Mesh |
| CV of Katrin EK Elbert, PhD |
| CV of Scott A Guelcher |
| J&J "Our Credo"  We believe our first . . . |
| TVT-R spreadsheet |
| Slide of LW LPR mesh used in pelvic floor |
| TVT Blue mesh, laser cut:810041BL |
| Complication spreadsheet T-3521 |
| Mesh Weight Chart |
| VOC Summary Mini Me - Presentation |
| Ethicon - Incontinence Surgery Types |
| 510(k) Submission and Communications for TVT |
| Ethicon - Incontinence Surgery |
| FDA Device Labeling Guidance #G91-1 |
| Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
| ASTM D 1388-96 - Standard Test Method for Stiffness of Fabrics |
| T 437 om -03 Dirt in Paper and Paperboard |
| T 437 om-03 Dirt in paper and paperboard |
| Clark Urological Center Newsletter |
| Patent CA2497158C - Devices for surgical treatment of female urinary incontinence |
| Patent WO2004019786A1 - Devices for surgical treatment of female urinary inc |

| |
|---|
| Sunoco 2004 MSDS |
| Mechanical v "Machine" - cut Mesh Prepared by Allison London Brown, Gene Kammerer |
| US Patent Application Publication US20050021086 20050127 |
| Labelling for Medical Devices by SG1 and endorsed by The Global Harmonization Task Force |
| AMS Solutions for Life Preserving Mesh Integrity, Simplifying Tensioning |
| Draft No. 2 Dirt in pulp - chart method (Proposed revision of T 213 om-01) |
| T 213 om-01 Proposed Revision - Dirt in pulp - chart method |
| Gadot, H EMEA Launch Strategy |
| US7204802 - US Patent De Leval |
| TVT Mini - O COGS for NPV |
| US Patent Application Publication De Leval US20090306459 |
| United States Patent De Leval US7611454 |
| Total Petrochemicals Certificate 10D0649 |
| FDA 510k communications and filings TVT-abbrevo from FDA |
| 2010 FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI) |
| - European Patent SpecificationEP1542596B1 |
| Misc. Medical Records from Dr. Flynn |
| TVT Patient Brochure Chart - TVT/SUI Patient Brochures |
| Letter Dr. David Challoner to Dr. Jeffrey E. Shuren re seven recommendations proposed by FDA |
| Advisory meeting transcript - Gaithersburg, MD |
| Surgical Mesh Panel Meeting Summary |
| Industry submission FDA advisory - Safety and Effectiveness of Surgical Mesh for the Treatment of SUI |
| Update on Surgical Mesh for Stress Urinary Incontinence (SUI) - FDA Meeting of the Obstetric and Gynecologic Devices Panel |
| FDA - Considerations about Surgical Mesh for SUI |
| AUA HP Brief - Billing for Sling Revisions and Urethrolysis |
| GYNECARE TVT ABBREVO - Mesh Placement Sheet for Patient Consult TVTA-357-10 SD |
| GYNECARE TVT ABBREVO - Mesh Placement Sheet for Patient Consult TVTA-357-10 CA File |
| AUA 2013 Annual Meeting Highlights Voiding Dysfunction/Female Urology |
| Hellhammer_091113_04 - Designation Run Report |
| GYNECARE TVT ABBREVO - Mesh Placement Sheet for Patient Consult TVTA-357-10 CA Email |

| |
|---|
| ICS Fact Sheets A Background to Urinary and Faecal Incontinence prepared by the Publications & Communications Committee, July 2013 |
| Hellhammer_091213_03 - Designation Run Report |
| Rule 26 Expert Report of Michael Thomas Margolis, MD |
| Rule 26 Expert Report of Christina Pramudji, MD |
| Webpage "A Solution: Gynecare TVT Tension-free Support for Incontinence" |
| AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence |
| US8641597 US Patent DeLeval Surgical Procedure for the treatment of female urinary incontinence: tension-free inside-out transobturator urethral suspension |
| Exhibit T-3604 LCM sales inside the US |
| GYNECARE TVT ABBREVO® Continence System _ Ethicon |
| Total Units Sold Chart - Product data |
| Letter Dr. Aileen Keel to Colleague re Transvaginal mesh implants |
| Management of Mesh  Complications AUGS and IUGA 2014 CButrick |
| TVT-O IFU |
| About Banque Carnegie Luxembourg - HL  - Banque Carnegie Luxembourg |
| GYNECARE TVT ABBREVO® Continence System _ Ethicon |
| GYNECARE TVT ABBREVO® Continence System _ Ethicon - Science |
| GYNECARE TVT ABBREVO® Continence System _ Ethicon#!videos |
| Medical Staff Update_ Urogynecology center forges ahead with new director, c |
| Stanford School of Medicine Publication -Incontinence - Medical Articles - About Us - Department of Urology - Stanford |
| GYNECARE TVT ABBREVO® Continence System _ Ethicon |
| tvt lightweight Google search |

**Deposition Transcripts**

| Deponent | Date |
|---|---|
| Angelini, Laura, Transcripts and Exhibits | All dates |
| Arnaud, Axel, MD Transcripts and Exhibits | All dates |
| Barbolt, Thomas A., Ph.D  Transcripts and Exhibits | 10/10/2012; 08/04/2013; |
| Batke, Boris Transcripts and Exhibits | 08/15/2013; 01/07/2014;1/8/2014 |
| Beath, Catherine Transcripts and Exhibits | 07/11-12/2013 |
| Burkley, Dan Transcripts and Exhibits | 5/22/2013; 5/23/2013 |
| Chen, Meng, MD Transcripts and Exhibits | 10/29-30/2013 |
| London-Brown, Allison Transcripts and Exhibits | All dates |
| Hart, James D., MD Transcripts and Exhibits | 09/17/2013; 12/20/2013 |
| Hellhammer, Brigette, MD Transcripts and Exhibits | 09/11-12/2013 |
| Hinoul, Piet Transcripts and Exhibits | 04/05/2012; 06/26-27/2013; 1/13-15/2014 |
| Holste, Joerg Transcripts and Exhibits | 07/29-30-2013 |
| Horton, Ron Transcripts and Exhibits | 7/1/2015 |
| Isenberg, Richard, MD Transcripts and Exhibits | 11/5/13 and 11/6/13 |
| Divilio, Thomas Transcrips and Exhibits | All dates |
| Kirkemo, Aaron, Transcripts and Exhibits | All dates |
| Kammerer, Gene, Transcript and Exhibits | All dates |
| Lin, Susan, Transcripts and Exhibits | 3/12-13/2013; 05/3,6/2013; 8/1/2013 |
| Lamont, Daniel J. Transcript | 4/3-4/2013; 9/11/2013 |
| Owens, Charlotte Transcript and Exhibits | 9/12/2012; 6/20/2013 |
| Robinson, David Transcripts and Exhibits | 07/24-25/2013; 09/11/2013 |
| Selman, Renee Transcript and Exhibits | 6/21/2013 |
| Smith, Dan, Transcripts and Exhibits | 05/15-16/2013; 06/04-05/2013; 8/20-21/2013 |
| Vailhe, Christophe, Ph.D., Transcripts and Exhibits | 06/20-21/2013 |
| Weisberg, Martin, MD Transcripts and Exhibits | 05/30-31/2013; 08/09/2013 |
| McCoy, Sheri Transcripts and Exhibits | All dates |
| Yale, Mark, Transcript and Exhibits | 8/7/2013 |
| Scheich, Martina Transcript and Exhibits | All dates |
| Trial Testimony of Piet Hinoul - Batiste v. Ethicon | 3/26/14; 3/27/14; 3/28/14 |
| Jones, Scot Transcript and Exhibits | 6/9/2014 |
| Rovner, Eric Transcript and Exhibits | All dates |
| Elbert, Katrina Transcript and Exhibits | 12/23/2014 |
| Elbert, Katrina Trial Transcript and Exhibits From Perry v. Ethicon | |
| Testimony and Exhibits from Batiste v. Ethicon Trial | |

All materials contained and/or referenced in the body of this expert report.

Int Urogynecol J (2001) 12:323–327
© 2001 Springer-Verlag London Limited

**International Urogynecology Journal**

*Original Article*

*[handwritten: p.324 8 pts c̄ Recurrent SUI * all within 1st 12 months. Vaginal exposure = 0%]*

# Long-Term (10–15 years) Follow-up after Burch Colposuspension for Urinary Stress Incontinence

R. Langer, Y. Lipshitz, R. Halperin, M. Pansky, I. Bukovsky and D. Sherman

Assaf Harofe Medical Center, Zerifin, Israel

*[stamp: EXHIBIT # 6 — D. ELLIOTT, M.D. — 9/26/15 — ncv]*

**Abstract:** The study group comprised 127 patients who underwent a Burch colposuspension for urinary incontinence. All had undergone urodynamic investigation both pre- and postoperatively. All patients had a mean follow-up of 12.4 years (range 10–15); 109 patients had an additional urodynamic investigation at least 10 years after the operation. Following surgery there was an improvement in symptoms of frequency ($P<0.001$), urgency ($P<0.01$) and urge incontinence ($P<0.001$). The cure rate was 93.7%. The only significant changes found on urodynamics were the measurements of the pressure transmission ratio, which were higher postoperatively ($P<0.001$) and remained so after 10 years. The most frequent postoperative complications were de novo detrusor instability (16.6%) and anatomical defects (18.7%). All failed cases were found during the first postoperative year. De novo detrusor instability appeared in 12/17 patients during the first year of follow-up. Postoperative anatomical defects were found only in 4/24 patients after 5 years. Ten years postoperatively most of the anatomical defects had been detected (20/24), stressing the need for long-term follow-up.

**Keywords:** Burch colposuspension; Complications; Cure rate; Long-term follow-up

## Introduction

There are numerous papers concerning different techniques for the surgical treatment of female stress incontinence. Among the suprapubic procedures the

*Correspondence and offprint requests to:* Dr R. Langer, Department of Obstetrics and Gynecology, Assaf Harofe Medical Center, Zerifin 70300, Israel.

Burch colposuspension is one of the most popular, as it seems to give the best results. Nevertheless, the continence rate following Burch colposuspension varies between 67% and over 95% [1–4]. This wide range depends on the criterion for defining cure, the lack of objective evaluation, patient selection and the length of follow-up.

The purpose of this study was to evaluate the long-term clinical, urodynamic data and associated complications following Burch colposuspension for urinary stress incontinence.

## Materials and Methods

*[handwritten: 21/50]*

During 1982–1987 156 consecutive patients underwent a Burch colposuspension procedure for urinary stress incontinence. Postoperative clinical assessment was performed at 3, 6 and 12 months, and once a year thereafter. Urodynamic investigation was performed 6–12 months postoperatively and during 1996.

Of the 156 patients, 29 were omitted for not completing the 10-year follow-up (8 patients died from unrelated causes and 21 patients could not be located). The study group comprised 127 patients, of whom 109 agreed to urodynamic investigation during 1996. The mean duration of follow-up was 12.4 years (range 10–15 years).

Preoperatively, all subjects had a full history taken and underwent gynecologic, urologic and neurologic system examination. Patients were examined with a full bladder for the visual appearance of urinary incontinence. The urodynamic investigation included twin-channel subtracted cystometry, uroflowmetry and urethral pressure profile measurements. Cystometry and uroflowmetry were performed using the Urinary

*[handwritten at bottom: Regarding Long-Term studies. ① TVT is an implantable Permanent Medical Device; Lifetime/Lifelong studies are needed Regarding Safety are mandatory!]*

Case 3:20-cv-00851-MO   Document 83-2   Filed 05/26/20   Page 255 of 257
Case 2:12-md-02327   Document 2082-12   Filed 04/21/16   Page 2 of 6 PageID #: 48343

Investigation System 5000 (Lectromed, Jersey, UK). Measurements were made with the patient in the supine and standing positions using saline solution as the filling substance, at room temperature and at an infusion rate of 100 ml/min. Urethral profile pressures were performed using the 7F Gaeltec dual microtransducer catheter (Gaeltec, Glasgow, Scotland). The bladder was filled with 300 ml saline in the supine position. These tests at rest and at stress in the supine position have been described elsewhere [5]. From the stress profiles we calculated pressure transmission ratios at four equidistant points along the functional urethral length. The operative procedure for correcting urinary stress incontinence was a modified Burch colposuspension [6], using two to three pairs of no. 1 absorbable sutures. The most caudal pair was inserted at the level of the bladder neck, and the other two pairs were inserted more cephalad alongside the bladder base. Of the entire group, 48 patients had a Burch colposuspension only and 79 had a concomitant abdominal hysterectomy for gynecologic indications. Cure was defined as subjective and objective dryness. The methods, definitions and units conform to the standards proposed by the International Continence Society [7]. The statistical method used was McNemar's paired $\chi^2$ test.

## Results

One hundred and twenty-seven patients completed at least the 10-year follow-up. Table 1 describes the patient characteristics. The mean age was 49.2 years; 23 patients (18.1%) had had previous anti-incontinence surgery; 58 (45.6%) had undergone Burch colposuspension only; the other 69 (54.4%) had had adjuvant surgery, mainly abdominal hysterectomy. Following surgery, as detected from a restrospective chart review, there was an immediate significant relief in the symptoms of frequency ($P<0.001$), urgency ($P<0.01$), urge incontinence ($P<0.001$) and stress incontinence ($P<0.001$) which remain throughout the years of follow-up (Table 2). The failure rate was 6.3%. All failed cases were found within the first postoperative year and 6 of those patients were reoperated. There were no changes in the cystometric and uroflowmetry parameters in the immediate and long-term measurements (Table 3). On urethral pressure profile measurements (Table 4) the

pressure transmission ratio was found to be significantly higher after 1 year ($P<0.001$) and still significantly higher at the measurements during 1996 ($P<0.005$). The most frequent postoperative complications were detrusor instability in 29 patients (22.2%) and anatomical defects in 24 patients (18.7%). Other complications, as listed in Table 5 appeared much less frequently. Concerning the appearance of detrusor instability, we divided the patient group into those with preoperative stable bladder (102 patients) and those with preoperative mixed incontinence (25 patients). Postoperatively the preoperative stable bladder group developed de novo detrusor instability in 17 cases (16.6%), whereas in the mixed incontinence group 13 out of 25 patients (52%) had stable bladders on cystometry postoperatively. Table 6 summarizes the time of diagnosed postoperative complications. Recurrent urinary stress incontinence was found in 8 patients, all of them in the first 12 months of follow-up. Six patients were successfully

**Table 1.** Patients' characteristics ($n = 127$)

| | | |
|---|---|---|
| Age | $49.2 \pm 5.1$ | (29–79) |
| Parity | $3.1 \pm 1.8$ | (1–10) |
| Duration of symptoms (years) | $4.7 \pm 2.7$ | (1–17) |
| Premenopausal | 56 | (44.0%) |
| Postmenopausal | 71 | (56.0%) |
| *Previous incontinence surgery | 23 | (18.1%) |
| Genuine stress incontinence | 102 | (80.3%) |
| Mixed stress incontinence | 25 | (19.7%) |

\* Vag. Hysterectomy and Ant. Repair = 14. Ant. Repair/Kelly's suture = 5. MM-3 Stamey = 1.

**Table 2.** Pre- and postoperative clinical data ($n = 127$)

| | Pre-Op | | Postop. | | | | |
|---|---|---|---|---|---|---|---|
| | | | (1 year) | | 1996 | | |
| | $n$ | % | $n$ | % | $P<$ | $n$ | % |
| Frequency | | | | | | | |
| Diurnal | 66 | 51.9 | 31 | 24.4 | 0.001 | 33 | 25.9 |
| Nocturnal | 54 | 42.5 | 22 | 17.3 | 0.001 | 25 | 19.6 |
| Urgency | 71 | 55.9 | 32 | 25.2 | 0.01 | 37 | 29.1 |
| Urge incontinence | 42 | 33.0 | 12 | 9.4 | 0.001 | 13 | 10.2 |
| Stress incontinence | 127 | 100 | *8 | 6.3 | 0.001 | 2 | |

\* Six patients were reoperated.

**Table 3.** Urodynamic data ($n = 109$)

| | Preop | Postop 1 yr | Postop 1996 |
|---|---|---|---|
| Capacity (ml) | $486.2 \pm 58.7$ | $474.3 \pm 49.8$ | $459.5 \pm 52.3$ |
| Residual volume (ml) | $19.4 \pm 24.6$ | $22.9 \pm 34.2$ | $24.6 \pm 32.8$ |
| Pressure rise on filling (CmH$_2$O) | $12.9 \pm 7.1$ | $13.6 \pm 8.3$ | $13.9 \pm 7.9$ |
| Pressure rise on standing (cmH$_2$O) | $9.3 \pm 7.8$ | $10.8 \pm 7.4$ | $11.8 \pm 7.5$ |
| Maximal voiding pressure (CmH$_2$O) | $36.8 \pm 10.4$ | $35.2 \pm 11.6$ | $33.8 \pm 10.7$ |
| Peak flow rate (ml/s) | $27.6 \pm 7.4$ | $25.9 \pm 7.3$ | $24.3 \pm 7.6$ |

P = NS for each value.

Case 3:20-cv-00851-MO   Document 83-2   Filed 05/26/20   Page 256 of 257
Case 2:12-md-02327   Document 2031-19   Filed 04/21/16   Page 3 of 4   PageID #: 48344

**Table 4.** Urethral pressure profile ($n = 109$)

|  | Preop | Postop (1 yr) | $P<$ | Postop (1996) | $P<$ |
|---|---|---|---|---|---|
| **At rest** |  |  |  |  |  |
| Absolute length (mm) | $46.8 \pm 7.0$ | $47.1 \pm 9.3$ | NS | $46.2 \pm 9.6$ |  |
| Functional length (mm) | $38.2 \pm 4.9$ | $39.9 \pm 7.4$ | NS | $37.1 \pm 8.3$ |  |
| Maximal urethral pressure (CmH$_2$O) | $53.2 \pm 16.1$ | $54.7 \pm 14.9$ | NS | $46.8 \pm 15.4$ | NS |
| Maximal urethral closure pressure (CmH$_2$O) | $46.9 \pm 15.3$ | $45.8 \pm 13.9$ | NS | $43.1 \pm 14.7$ |  |
| **Pressure transmission ratio (%)** |  |  |  |  |  |
| $Q_1$ | $84.6 \pm 11.2$ | $106.7 \pm 12.3$ | 0.001 | $100.3 \pm 11.6$ | 0.005 |
| $Q_2$ | $86.3 \pm 9.4$ | $107.9 \pm 14.0$ | 0.001 | $102.5 \pm 15.4$ | 0.005 |
| $Q_3$ | $74.7 \pm 16.3$ | $97.3 \pm 16.8$ | 0.005 | $82.4 \pm 17.3$ | NS |
| $Q_4$ | $65.1 \pm 15.8$ | $81.4 \pm 19.3$ | 0.05 | $70.1 \pm 16.7$ | NS |

**Table 5.** Postoperative complications ($n = 127$)

| | |
|---|---|
| Detrusor instability | 29 (22.2%) |
| Rectoenterocele | 18 (14.1%) |
| Vault prolapse | 4 (3.1%) |
| Uterine prolapse | 2 (1.5%) |
| Vesicovaginal fistula | 1 (0.8%) |
| Dyspareunia | 5 (3.9%) |
| Recurrent USI | 8 (6.2%) |
| Late voiding difficulties | 5 (3.9%) |
| (residual volume more than 100 ml) | |
| Recurrent UTI (more than 3 episodes/year) | 6 (4.7%) |

## Discussion

The importance of long-term follow-up after Burch colposuspension has already been advocated [6]. Nevertheless, although this is probably the most popular surgical procedure for urinary incontinence only a few studies have reported on its long-term effectiveness on the basis of subjective and objective pre- and postoperative assessment by urodynamic measurements. Some studies suggested that the cure rate declines over the years, from 92% after 1 year to 69% after 10 years [4]. A less pronounced decline was found by others [8], from 97.3% after 1 year to 90.3% after 10 years. Our results disagree with these findings, as after the first postoperative year found no further failures. These findings are in accord with other publications [9], which found a constant continent rate from the second to the 10th postoperative years.

Our long-term urethral pressure profile measurements reveal that there are no changes in urethral length and urethral closure pressure between the pre- and postoperative measurements. These results confirm the findings of the short postoperative follow-up [10], in contrast to others [3], who found a significant increase in urethral functional length and urethral closure pressures. The only significant changes found on urethral pressure profile measurements in this study were higher transmission ratios found postoperatively in both the short and the long-term measurements. Only a single paper [3] was found that measured pressure transmission ratios in the long-term follow-up, supporting our findings.

reoperated. De novo detrusor instability was found in 17 patients, the majority of them (12 patients) being diagnosed during the first postoperative cystometry. The same applies to the disappearance of detrusor instability in the preoperative mixed incontinence group, where 10/25 patients were found to have a stable bladder during their first postoperative cystometry. Postoperative anatomical defects were found in 24 patients. In the first 2 postoperative years only 4 patients were found with anatomical defects. After 5 years less than half (11/24) were found to have anatomical defects. Ten years postoperatively most of the anatomical defects (20/24) had been found. We tried to detect risk factors for failed surgery, and found that pre- and postoperative detrusor instability, previous incontinence surgery, advanced age and menopausal status appear more frequently in the failed group. The differences did not reach statistical significance, probably because of the small number of failed cases.

**Table 6.** Time of diagnosed postoperative complications

|  | 1 yr | 2 yrs | 5 yrs | 10 yrs | 15 yrs |
|---|---|---|---|---|---|
| Recurrent stress incontinence | *8 | 2 | 2 | 2 | 2 |
| De novo DI (preoperative stable bladder 102 patients) | 12 | 14 | 16 | 16 | 17 |
| DI (preoperative mixed incontinence 25 patients) | 10 | 10 | 10 | 11 | 12 |
| Rectoenterocele (18) Vault prolapse (4) ⎤ 24 patients Uterine prolapse (2) ⎦ | 2 | 4 | 11 | 20 | 24 |

* Six patients were reoperated.

R. Langer et al.

The major postoperative complications found in our series were detrusor instability (22.2%) and anatomical defects (18.7%) Detrusor instability is a well recognized complication following Burch colposuspension. In dealing with this complication one should separate those patients with preoperative mixed incontinence from those with a preoperative stable bladder who develop de novo detrusor instability postoperatively. This latter group has been reviewed in the literature [11]. Six studies were reviewed, with a total of 396 patients, 17% of whom devleoped de novo detrusor instability. The prevalence ranged from 5% to 27%. These figures were confirmed in a more recent work [4], as in the present series (16.6%). Our results indicate that 14/17 patients developed (de novo) detrusor instability in the short postoperative period, and only few others developed de novo instability over the years. On the other hand, patients with preoperative mixed incontinence in the present series were cured from detrusor instability following surgery in 50% of cases, as previously reported by us [12] and reviewed by others [11]. In a review of five papers the authors found a 55% cure rate for detrusor instability following Burch colposuspension (range 66%–15%). To date no satisfactory explanation as to why patients with preoperative detrusor instability are cured of their detrusor instability following Burch colposuspension can be provided, maybe because in the majority of cases detrusor instability is still idiopathic in origin.

Anatomical defects following Burch colposuspension were found in 18.7% of our patients. We included rectoenterocele (14.1%), vault prolapse (3.1%) and uterine prolapse (1.5%), all of which were severe enough to require surgical repair. These figures confirm other publications finding anatomical defects ranging from 7.6% to 26.7% [1,2,4]. The most acceptable explanation for this complication is the rotation of the vaginal axis anteriorly, allowing intra-abdominal pressure to be transmitted through the posterior cul de sac. Another possibility is that candidates for colposuspension have predisposing relaxation of the pelvic floor, with a greater tendency to develop anatomical defects. Our opinion is that both these theories combine, as patients with marked pelvic relaxation are candidates for Burch colposuspension, whereas those without marked pelvic relaxation tend to undergo minor procedures, such as needle suspension or vaginal slings. Postoperative anatomical defects are not recognized as a major complication following these minor procedures. The different rates of anatomical defects following Burch colposuspension may be explained by the various techniques with which this operation is performed, patient selection, the inclusion or not of rectocele as an anatomical defect following surgery, and the duration of follow-up. Our results indicate that long-term follow-up has been proved essential in tracing cases of anatomical defects, as more than 50% of our cases were detected after 5 years of follow-up, stressing the importance of long-term follow-up after Burch colposuspension.

Risk factors for failed surgery have been previously identified in the literature [2–4]: they include previous incontinence surgery, detrusor instability and advanced age. Our results, although not reaching statistical difference, tend to confirm these factors as imposing an increased risk of failure following Burch colposuspension.

In summary, our long-term cure rate with Burch colposuspension was found to be comparable with that reported by others. This was expressed objectively by the high pressure transmission ratios fond on urethral pressure profile measurements 10–15 years after surgery. All our failures occurred within the first postoperative year. The most significant complications are de novo detrusor instability (16.6%) and anatomical defects (18.9%), half of which appeared only 5 years postoperatively, stressing the need for long-term follow-up.

## References

1. Burch JC. Cooper's ligament urethrovesical suspension for stress incontinence. *Am J Obstet Gynecol* 1968;100:764–772
2. Eriksen BC, Hagen B, Eik-Nes SH, et al. Long term affectiveness of the Burch colposuspension in female urinary stress incontinence. *Acta Obstet Gynecol Scand* 1990;69:45–50
3. Feyereise J, Dreker E, Haenggi W, Zikmund J, Schneder H. Long term results after Burch colposuspension. *Am J Obstet Gynecol* 1994;171:647–652
4. Alcalay M, Monga A, Stanton SL. Burch colposuspension: a 10–20 year follow up. *Br J Obstet Gynecol* 1995;102:740–745
5. Hilton P, Stanton SL. Urethral pressure measurement by microtransducer, the results in symptom free women and those with genuine stress incontinence. *Br J Obstet Gynecol* 1983;90:919–933
6. Stanton SL, Cardoso LD. Results of the colposuspension for incontinence and prolapse. *Br J Obstet Gynaecol* 1979;86:693–697
7. Abrams PH, Blaivas JG, Stanton SL et al. The standardization of terminology of lower urinary tract function. *Int Urogynecol J* 1990;1:45–53
8. Herbertsson G, Iosif CS. Surgical results and urodynamic studies 10 years after retropubic colpourethropexy. *Acta Obstet Gynecol Scand* 1993;72:298–301
9. Kjoehede P, Ryden G. Prognostic factors and long term results of the Burch colposuspension. *Acta Obstet Gynecol Scand* 1994;73:642–647
10. Milani R, Scalambrosio S, Quadri G, Alegri M, Marchesim R. Marshall–Marchetti–Krantz procedure and burch colposuspension in the surgical treatment of female urinary incontinence. *Br J Obstet Gynecol* 1985;92:1050–1053
11. Vierhout ME, Mulder AFP. De novo detrusor instability after Burch colposuspension. *Acta Obstet Gynecol Scand* 1992; 71:414–416
12. Langer R, Ron-El-R, Bukovsky I, Caspi E. Colposuspension in patients with combined stress incontinence and detrusor instability. *Eur Urol* 1988;14:437–439

**EDITORIAL COMMENT: As the results of this study indicate, there remains little doubt that in the hands of expert surgeons the Burch colposuspension is a durable and effective operation for uncomplicated stress urinary incontinence.** Even if one considers the most pessimistic possible results of this study, i.e. that all of the patients lost to follow-up and who did not have follow-up urodynamic