Linder & Elliott



**Fig. 2.** Illustration of synthetic transobturator midurethral sling placement via (*A*) the outside-in approach and (*B*) the inside-out approach. (*Courtesy of* Mayo Foundation for Medical Education and Research, all rights reserved; with permission.)

formation or systemic disease.[13–16] In a Swedish nationwide study of 5.4 million women, including 20,905 that underwent midurethral sling placement, having undergone midurethral sling placement was not associated with an increased risk of cancer later in life.[16] Likewise, in review of a New York state registry of 2102 patients undergoing mesh implantation, no increased risk of autoimmune disorders was identified in women that underwent sling placement as compared with a matched control cohort undergoing nonmesh surgery (ie, colonoscopy or hysterectomy).[14]

## FOOD AND DRUG ADMINISTRATION AND MESH USE

A contemporary discussion of midurethral sling placement is not complete without reviewing the current environment and climate for the use of mesh in pelvic floor surgery.[17] As background, in 2008 the Food and Drug Administration (FDA) released a public notification informing clinicians and patients of adverse events related to use of surgical mesh in pelvic floor surgeries. They noted "serious complications associated with transvaginal placement of surgical mesh in repair of pelvic

Case 3:20-cv-00851-MO   Document 83-10   Filed 05/26/20   Page 2 of 910
Case 2:12-md-02327   Document 8090-14   Filed 05/13/19   Page 20 of 159   PageID #: 202443

Synthetic Midurethral Slings          21



**Fig. 3.** Illustration of synthetic single-incision sling placement, including: (*A*) trocar positioning and trajectory (*arrow*), (*B*) completed single-incision sling placement. (*Courtesy of* Mayo Foundation for Medical Education and Research, all rights reserved; with permission.)

organ prolapse and stress urinary incontinence."[18] Following this, the FDA continued to monitor outcomes for pelvic floor surgeries involving mesh and later issued an update in 2011. In this statement, the FDA noted that risks of serious complications associated with transvaginal pelvic organ prolapse repair with mesh are not rare, and that further updates regarding stress incontinence surgeries would be provided.[19] In 2013, an additional update was released reporting that "the safety and effectiveness of multi-incision slings is well-established in clinical trials that followed patients for up to 1 year."[20]

Despite this, use of synthetic urethral slings has been subject to dramatically increased scrutiny.[17] Many patients have exposure and preconceived notions regarding mesh placement even before consultation with a pelvic floor surgeon.[21] For instance, in one study, before consultation with a pelvic floor surgeon 62% of patients reported knowledge of mesh, with the main source of information coming from television advertisements for legal counsel.[21] Notably, 22% of patients reported that they would not consider implantation of a mesh product. In addition, there was a degree of misinformation, with 28% of patients reporting mesh products had all been recalled.[21]

More recently, in 2016 multiple national subspecialty organizations whose primary focus is the care of women with pelvic floor disorders, including the Society for Urodynamics, Female

Pelvic Medicine, and Reconstructive Surgery and the American Urogynecologic Society, have released a joint position statement supporting the use of synthetic midurethral sling placement in the treatment of women with SUI.[5] They note that "polypropylene mesh midurethral slings are a standard of care for the surgical treatment of SUI and represent a great advance in the treatment of this condition."

Likewise, guidelines including comments regarding the safety and efficacy of synthetic midurethral slings exist from the European Urologic Association and AUA.[12,22] Synthetic midurethral sling placement remains a surgical treatment option for the index female patient with bothersome stress incontinence in the 2017 AUA guideline on the subject (alongside other options, such as autologous fascia pubovaginal sling, Burch colposuspension, and urethral bulking agent injection).[22] That being said, with the concerns of vaginal mesh placement for prolapse, synthetic midurethral sling placement has also received increased scrutiny.[17] In one study evaluating the type of slings placed at eight academic centers, over a 7-year period that included the 2011 and 2013 FDA notification, there was a trend toward decreasing use of synthetic mesh slings, although this was not significant.[23] Likewise, there was increased use of autologous fascial slings, although this may represent a referral bias in academic centers.[23]

Linder & Elliott

## OUTCOMES FOLLOWING SYNTHETIC MIDURETHRAL SLING PLACEMENT
### Multi-incision Retropubic and Transobturator Slings

Whether using a transobturator or retropubic approach to multi-incision midurethral sling placement, high-quality evidence exists to support excellent short-term outcomes, with increasing evidence for their long-term efficacy.[4,24–26] Although there are specific nuances to each approach, such as the complication profiles, medium-term efficacy seems similar.[22] Long-term comparative data are less available, although starting to show potentially decreased durability of the transobturator route compared with the retropubic approach.[25,27,28] Overall, selection of a retropubic approach versus transobturator should be determined based on surgeon comfort and in shared decision making with each individual patient.[22]

In short- and medium-term follow-up retropubic and transobturator slings seem to have comparable efficacy.[4,26,29,30] In a large systematic review and meta-analysis, including 12,113 women in 81 trials, the 1-year subjective cure rates ranged between 62% and 98% for transobturator slings and 71% and 97% for retropubic slings.[4] Objective cure rates were similar between the two approaches.[4] In a separate systematic review and meta-analysis including 15,855 women, the retropubic approach was associated with higher subjective (odds ratio, 0.83; $P = .03$) and objective (odds ratio, 0.82; $P = .01$) cure rate compared with the transobturator route.[24]

With regard to longer term follow-up, the 5-year results of some randomized trials are now available, as is further extended follow-up in retrospective series.[25,27,31] In the 5-year longitudinal follow-up from the Trial of Mid-Urethral Slings (ToMUS), the retropubic and transobturator groups had a decrease in success rates over time, and the treatments no longer met the prespecified criteria for equivalence, with the retropubic sling showing a slight benefit (51.3% vs 43.4%).[25] Likewise, a nationwide Danish study, including 5820 women treated with a midurethral sling, found that the transobturator approach was associated with a two-fold higher risk of reoperation within 5 years compared with the retropubic approach.[27]

Several smaller cohort studies with extended follow-up to 17 years after retropubic midurethral sling placement are also available.[32,33] In one prospective series, including 52 women initially, 42 of 46 patients (91%) with an office visit documented were objectively continent at 17-year evaluation.[32]

In the other, 90 women underwent surgery and 78% were available for follow-up. Of those, more than 90% were objectively continent, and 87% were subjectively cured or significantly improved.[33]

Taken together, the current AUA guideline on the topic notes that physicians may offer either a retropubic or transobturator midurethral sling to an index patient.[22]

### Single-Incision Transobturator Slings

Single-incision slings are a more recent addition to the surgical armamentarium in treating stress incontinence, and as such data regarding their efficacy are immature.[22] Furthermore, the available data are hindered in that many of the early studies evaluated the use of the TVT-Secur, which was later withdrawn from clinical use. For instance, in systematic reviews and meta-analyses evaluating these early studies, the TVT-Secur was found inferior to standard full-length midurethral slings.[26,34]

More recently, there have been several publications with 1- to 2-year follow-up evaluating the efficacy of other single-incision slings.[35,36] Over time, modifications to the anchoring mechanism may impact the treatment efficacy. In a recent single center randomized trial of 98 women, at 1-year follow-up there was no significant difference in the rate of a positive cough stress test between the MiniArc single-incision sling and the Monarc sling (29% vs 21%; $P = .5$).[35] Likewise, in a single-center randomized trial including 201 women, at the 2-year end point similar cure rates were seen with the Contasure single incision sling compared with the full-length sling.[36] The AUA guideline on SUI comments that single-incision sling may be offered to index patients, as long as providers discuss the immaturity of the evidence regarding efficacy and safety with the patient.[22]

### Situations to Avoid Synthetic Midurethral Sling Placement

There are contraindications to placement of urethral mesh, including patients undergoing concomitant urethral diverticulectomy, urethrovaginal fistula repair, or mesh excision and concomitant SUI surgery.[22] This is secondary to potential impact of a foreign body near the suture line impacting healing, which may lead to urethral mesh perforation. Additionally, the recent AUA guideline notes surgeons should consider avoiding mesh placement in patients at risk for poor wound healing (eg, those with prior radiation therapy, local scarring, poor tissue quality),[22] and in those taking high-dose systemic corticosteroids. In such settings, other anti-incontinence procedures, such as a pubovaginal sling, urethral bulking

agent injection, or Burch retropubic colposuspension, may remain viable options. Recently, given the risk of voiding dysfunction following autologous pubovaginal sling placement, techniques relying on midurethral positioning of the fascial sling, via a transobturator[37,38] and a retropubic approach,[39] have been reported.

## COMPLICATIONS FOLLOWING SYNTHETIC MIDURETHRAL SLING PLACEMENT

As with any procedure, it is important for the surgeon to be aware of and comfortable managing potential surgical complications that may arise. Although we review several specific complications and their management, it is important to contextualize these with their frequency and the overall safety of midurethral sling placement, and recognize that this is not an exhaustive list of all potential complications.[25,30,40,41] Additionally, it is worth noting that although managed in a similar fashion, the risks of some specific complications vary between the type of sling used (eg, retropubic vs transobturator).[24,26]

Using a national dataset including 8772 women undergoing isolated midurethral sling placement in the United States, the overall 30-day complication rate was roughly 3.5%, with urinary tract infection the most common adverse event (2.9%).[40] In this study using the National Surgical Quality Improvement Program dataset, the 30-day readmission rate was 0.9% and the 30-day reoperation rate was 0.7%.[40] With regard to interventions for mesh-related complications, a population-based cohort from Ontario, Canada including 59,887 women undergoing midurethral sling placement (including concomitant procedures) found that with 10-year follow-up, 3% of women may undergo a procedure for mesh removal or revision.[42] In this study, lower surgeon volume was associated with a 37% greater risk of complications and repeat mesh-related surgeries.[42]

### Bladder Perforation

Bladder perforation is possible with any route of sling placement, although it is more common with retropubic trocar passage.[26,30] Universal intraoperative cystoscopy is useful for early identification of bladder perforation, should it occur (**Fig. 4**). During cystoscopy, adequate bladder distention is needed for appropriate visualization. In addition to evaluating for bladder perforations, cystoscopy at the time of sling may detect other abnormalities, with a reported incidence that 5% of cystoscopies following sling placement had pertinent findings.[43]



**Fig. 4.** Intraoperative cystoscopy image showing trocar bladder perforation.

The reported frequency of bladder perforation is variable, from 1% to 34%, and there is some evidence that this rate decreases with increasing surgical experience.[44] Other potential risk factors for bladder perforation that have been reported include prior cesarean section, colposuspension, body mass index less than 30 kg/m$^2$, rectocele, and local anesthesia.[45]

Typically, trocar bladder perforation is managed with removal and repassage of the offending trocar. Postoperative management is variable among surgical practices, ranging from observation to temporary indwelling Foley catheter placement. In one series of 25 patients with bladder perforation, who subsequently passed their voiding trial, and were discharged without a catheter, no significant adverse events were reported.[46] Others report leaving a catheter in for 1 to several days.[44] Aside from the potential short-term catheter use, trocar bladder perforation has not been associated with decreased efficacy, or long-term sequela following sling placement in several series.[43,47] In contrast, one study noted a higher rate of intraoperative trocar perforations among patients that subsequently had a mesh perforation (bladder or urethra) when compared with those with vaginal mesh exposures.[48] In this study, of the 27 women with postoperative mesh perforations 15 were urethral and 12 involved the bladder, and it is unclear where the area of injury was during trocar placement. Patients with a mesh perforation were also more likely to have a perioperative hematoma or require a blood transfusion.[48]

### Urethral Injury

Urethral injury, although rare, is possible during midurethral sling placement, either during the initial dissection or with trocar passage. In these cases, recognition is important to prevent further

complications (such as urethrovaginal fistula or urethral mesh erosion) and allow for appropriate repair. In this setting we repair the urethra primarily using absorbable suture, and delay sling placement.[22] A Foley catheter is left in place to facilitate healing, and a repeat attempt at sling placement is performed at a later date.

### Vascular Injury

Vascular injury during synthetic midurethral sling placement is a broad category of complications, with severity ranging from a hematoma, which is self-contained and managed with observation, to those necessitating blood transfusion, or even major vascular injury leading to hemodynamic instability. Although vascular injury is possible with all approaches to sling placement, it is more common with retropubic sling placement.[4,24,26,49,50]

Clinically identified pelvic hematomas have been reported in 0.7% to 8% of women after retropubic midurethral sling placement, and 0% to 2% of women after transobturator sling placement.[4,51,52] This may be an underestimation of the occurrence rate, because routine imaging to evaluate for this is not typically performed. For instance, in a small prospective series where an MRI was performed 6 to 8 hours after sling placement, hematomas were detected in 25% of patients (6 of 24) undergoing retropubic sling placement (either mesh or porcine dermis).[53] Most hematomas involve the retropubic space and can be managed conservatively, with transfusion as needed, if the patient is hemodynamically stable and has adequate symptom control (**Fig. 5**A, B). It is important to recognize that resolution of the hematoma can take several months, as seen in a study including serial ultrasounds to follow five patients with a retropubic hematoma.[51] In cases of massive hematomas, described as 8 to 12 cm, successful management via drainage (laparotomy, vaginal, or suprapubic) has been reported.[54]

Intraoperative bleeding from the periurethral connective tissues is typically mild or moderate and is controlled with cautery, suture ligature, or compression (either with a vaginal packing at the end of the case, or slight tension on the Foley catheter, which uses the balloon to help tamponade bleeding).[51] Major vessel injury is rare and necessitates prompt recognition, surgical exploration, and repair.[55] Some have reported use of endovascular intervention, including embolization in such cases.[49,56]

### Bowel Injury

Bowel perforation is a rare, although potentially life-threatening complication of sling placement, typically when placed via a retropubic approach. Several case reports exist, although the estimated overall incidence is 0.03% to 0.07%.[4,57–60] It is thought that patients with prior abdominal or pelvic surgery, and those with prior inguinal hernia repair are at increased risk for bowel injury.[59,61] Potential techniques to decrease the risk of bowel injury include use of Trendelenburg positioning and using a transobturator approach.[62]

Bowel perforation is a serious potential complication and prompt recognition is crucial. Bowel injury should be suspected in cases of persistent abdominal pain with fever and feculent or purulent drainage from the abdominal sling exit incisions. If suspected, radiographic imaging (either upright abdominal radiograph or computed tomography) should be pursued, with abdominal exploration and management of the bowel injury.

### Postoperative Pain

Postoperative discomfort and pain are not uncommon after most surgical procedures, and following




**Fig. 5.** Retropubic hematoma formation following retropubic sling placement on (*A*) axial computed tomography imaging and (*B*) coronal computed tomography imaging.

Case 2:12-md-02327   Document 8000-12   Filed 05/13/19   Page 10 of 10 PageID #: 202447

sling placement is typically self-limited, although persistent pain can occur. In a recent secondary analysis of the ToMUS trial data, the presence of any surgical pain, pain severity, and pain medication use was not different between retropubic and transobturator approaches.[63] Overall, 70% of patients were pain-free by 2 weeks after midurethral sling placement, and 90% by 6 weeks.[63] Not surprisingly, at 2 weeks, groin pain was more common in the transobturator group and suprapubic pain was more common in the retropubic group.[63] At 1 year, 1.7% of patients (5 of 299) in the transobturator group and 1% of patients (3 of 298) patients in the retropubic group reported any pain related to the operation.[63] Depending on the severity and duration of the pain, patients may be managed with observation, medical management, pelvic floor physical therapy, and less commonly mesh excision.

### Postoperative Voiding Dysfunction

Voiding dysfunction following midurethral sling placement may occur secondary to persistent urinary urgency (which was present preoperatively), de novo urinary urgency, and/or bladder outlet obstruction. Patients with postoperative voiding dysfunction should be assessed for urinary tract infection, and for potential bladder outlet obstruction. If there is no evidence of infection or obstruction, management of persistent urinary urgency follows the clinical principles of over active bladder management.[64]

Patients with slings causing bladder outlet obstruction may present with de novo or worsening urinary urgency, or with elevated postvoid residuals. This is more commonly seen with the retropubic approach midurethral sling placement, as opposed to transobturator approach.[4,24,26,30] In the ToMUS trial the rate of surgical intervention for voiding dysfunction with 24-month follow-up was 3% for retropubic slings and 0% for transobturator sling.[30] Other potential predictors for voiding dysfunction after midurethral sling placement include concomitant prolapse surgery, a lower peak flow rate on unintubated uroflow, voiding by a mechanism other detrusor contraction, and Charlson Comorbidity Index score.[65–69]

Urinary retention following sling placement most commonly presents as a failed initial voiding trial.[67] In the early postoperative setting, this is typically managed with bladder drainage (either indwelling Foley catheter, or clean intermittent self-catheterization), with repeat voiding trial. In a multicenter study of 464 isolated sling placements, 21.8% failed the initial voiding trial.[67] At the follow-up visit, 90% passed a second voiding trial and

38.5% of the remainder passed on the third attempt.[67] Likewise, in a secondary analysis of the ToMUS trial, the frequency of voiding dysfunction decreased from 20% on postoperative Day 1, to 6% on Day 14, and 2% by 6 weeks.[70] Similarly, in a population-based cohort, including 18,8454 women, the rate of midurethral sling revision or removal for voiding dysfunction was 1.3%.[71]

Variable management of persistent voiding dysfunction has been reported, including continued observation, sling loosening, and sling lysis/partial excision.[72–74] The optimal timing of surgical intervention is debated. Early sling loosening (up to 10–14 days postoperatively) has been reported, and has the benefit of keeping the original sling intact, with subsequently fewer positive cough stress tests than sling incision.[72,75,76] The downside of early sling loosening is the potential for overtreatment. For instance, in a small prospective series, 52% of women (11 of 21) needing intermittent catheterization for 7 days or more, and managed with observation, ultimately did not need surgical intervention (ie, sling incision).[72]

For those managed conservatively that do have persistent symptoms at 4 to 6 weeks, typically sling revision is performed, either in the form of sling lysis or partial sling excision (**Fig. 6**). In these cases, we attempt to limit the extent of periurethral mobilization to preserve sling fixation, which may aid in maintaining continence.[77,78] It is important to counsel patients that with either technique there is a risk of SUI recurring, which may be severe enough to necessitate undergoing additional treatment, even a repeat anti-incontinence surgery.[78]

### Vaginal Mesh Exposure

Vaginal mesh exposure occurs when the mesh material protrudes through the vaginal epithelial lining (**Fig. 7**).[79] Patients may present with vaginal



**Fig. 6.** Sling revision surgery for postoperative voiding dysfunction, a right angle is shown behind the sling following dissection away from the urethra.

**26**     Linder & Elliott



**Fig. 7.** Periurethral vaginal mesh exposure following midurethral sling.

bleeding, discharge, irritation, dyspareunia, or pain for their partner during intercourse. With the use of type I polypropylene mesh materials vaginal mesh exposure is reported to occur in roughly 1.5% to 2% of cases, including long-term follow-up.[25] In addition to technical considerations and atrophic vaginal tissues, risk factors for vaginal mesh exposure have been reported including younger age, concomitant prolapse repair, diabetes mellitus, prior bariatric surgery, retropubic approach to sling placement, and preoperative anemia.[71,80,81]

Management options for vaginal mesh exposure include observation, topical estrogen use, or surgical revision. Observation may be used if the exposure is small and the patient is not symptomatic.

Topical vaginal estrogen has been reported to be successful in cases of small-volume exposures.[82] Failing more conservative therapy, surgery to revise the mesh may be needed. In these cases, we typically excise a portion of the mesh and reclose the vaginal epithelium over the dissected area. Extensive mesh removal is less commonly needed in cases of vaginal exposure of a type I mesh. In contrast, in patients with a type III mesh in place, complete mesh removal is warranted given the tissue encapsulation that typically occurs (**Fig. 8**A–C). The more aggressive the mesh revision/removal, the greater the likelihood of recurrent urinary incontinence.

### Bladder or Urethral Mesh Perforation/Extrusion

Bladder or urethral mesh erosion may be the result of a missed injury during initial placement, or secondary to true erosion over time. The former of these scenarios highlights the importance of recognizing these injuries at the time of the initial sling, because delayed management has greater morbidity. In cases of intravesical or intraurethral mesh, patients may present with dysuria, urinary tract infections, hematuria, irritative voiding symptoms, or voiding difficulty. On cystoscopy, mesh in the bladder may be directly visible or it may be associated with stone formation (**Fig. 9**A–C).

The management of mesh in the bladder or urethra involves excision of the mesh and



**Fig. 8.** Vaginal mesh exposure of a type III mesh. (*A*) a small area of mesh exposure is seen. (*B*) The tissue response demonstrates encapsulation with minimal tissue ingrowth, as opposed to incorporation seen with type I mesh materials. (*C*) Completed removal of the entire sling.

Case 2:20-cv-06851-MC     Document 23-13     Filed 05/26/20     Page 8 of 910
Case 2:12-md-02327     Document 8060-14     Filed 05/13/19     Page 42 of 150 PageID #: 202449



**Fig. 9.** Bladder perforation by a midurethral sling managed endoscopically with holmium laser excision. (*A*) Extent of the bladder perforation. (*B*) Mesh specimen removed following transection with the laser. (*C*) Bladder on cystoscopy 6-week after the procedure, no residual mesh is identified.

reconstruction. Endoscopic approaches, including use of the holmium laser, have been reported in this setting.[83–85] Success rates for endoscopic management are higher for midurethral sling mesh in the bladder, rather than the urethra.[83] Long-term follow-up is needed to ensure adequate epithelialization over the resection site.[86] An endoscopic approach avoids the potentially larger morbidity of reconstructive surgery, although likely with somewhat lower long-term success rates. In cases with more severe erosions, failed endoscopic management, concomitant fistula formation, or where the patient prefers a more definitive approach, excision via a transabdominal or transvesical approach with bladder reconstruction or urethroplasty may be necessary.[87,88] Prospective data following such reconstructions are limited, and one small series (n = 5) found that many of the patients continued to have incontinence despite the use of physical therapy/salvage autologous sling placement.[88]

## SUMMARY

Synthetic midurethral sling placement is the most studied anti-incontinence procedure available, with multiple randomized trials describing its safety and efficacy, with results out to 5 years. With longer follow-up it seems there may be some benefit in efficacy to retropubic sling placement as compared with the transobturator approach. Single-incision slings are a newer

modification to multi-incision sling placement, and the data regarding safety and efficacy are not as mature as with other forms of sling placement. Complications may occur with the use of synthetic midurethral slings and surgeons performing these should be comfortable with the diagnosis and management of these issues.

## REFERENCES

1. Wu JM, Matthews CA, Conover MM, et al. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol 2014;123(6): 1201–6.

2. James MB, Theofanides MC, Sui W, et al. Sling procedures for the treatment of stress urinary incontinence: comparison of national practice patterns between urologists and gynecologists. J Urol 2017; 198(6):1386–91.

3. Jonsson Funk M, Levin PJ, Wu JM. Trends in the surgical management of stress urinary incontinence. Obstet Gynecol 2012;119(4):845–51.

4. Ford AA, Rogerson L, Cody JD, et al. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev 2017;(7): CD006375.

5. American Urogynecologic Society, Society of Urodynamics, Female pelvic medicine & urogenital reconstruction. Position statement: mesh midurethral slings for stress urinary incontinence. 2018. Available at: https://www.augs.org/assets/1/6/AUGS-SUFU_MUS_Position_Statement.pdf.

**28**  Linder & Elliott

6. Chughtai BI, Elterman DS, Vertosick E, et al. Midurethral sling is the dominant procedure for female stress urinary incontinence: analysis of case logs from certifying American urologists. Urology 2013; 82(6):1267–71.

7. Delorme E. Transobturator urethral suspension: mini-invasive procedure in the treatment of stress urinary incontinence in women. Prog Urol 2001; 11(6):1306–13 [in French].

8. Moore RD, Serels SR, Davila GW, et al. Minimally invasive treatment for female stress urinary incontinence (SUI): a review including TVT, TOT, and mini-sling. Surg Technol Int 2009;18:157–73.

9. Forrest JB, Clemens JQ, Finamore P, et al. AUA best practice statement for the prevention of deep vein thrombosis in patients undergoing urologic surgery. J Urol 2009;181(3):1170–7.

10. Abbasy SA, Kenton K, Brubaker L, et al. Measurement of transurethral bladder neck displacement during tension-free vaginal tape procedure. Int Urogynecol J 2011;22(6):721–4.

11. Borazjani A, Pizarro-Berdichevsky J, Li J, et al. Surgeons' views on sling tensioning during surgery for female stress urinary incontinence. Int Urogynecol J 2017;28(10):1489–95.

12. Chapple CR, Cruz F, Deffieux X, et al. Consensus Statement of the European Urology Association and the European Urogynaecological Association on the use of implanted materials for treating pelvic organ prolapse and stress urinary incontinence. Eur Urol 2017;72(3):424–31.

13. Linder BJ, Trabuco EC, Carranza DA, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J 2016;27(9):1333–6.

14. Chughtai B, Sedrakyan A, Mao J, et al. Is vaginal mesh a stimulus of autoimmune disease? Am J Obstet Gynecol 2017;216(5):495.e1-e7.

15. King AB, Zampini A, Vasavada S, et al. Is there an association between polypropylene midurethral slings and malignancy? Urology 2014;84(4): 789–92.

16. Altman D, Rogers RG, Yin L, et al. Cancer risk after midurethral sling surgery using polypropylene mesh. Obstet Gynecol 2018;131(3):469–74.

17. Chapple CR, Raz S, Brubaker L, et al. Mesh sling in an era of uncertainty: lessons learned and the way forward. Eur Urol 2013;64(4):525–9.

18. United States Food and Drug Administration. Complications associated with transvaginal placement of surgical mesh in repair of pelvic organ prolapse and stress urinary incontinence. 2008.

19. United States Food and Drug Administration. Serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse: FDA safety communication. 2011. Available at: http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm. Accessed April 15, 2014.

20. United States Food and Drug Administration. Considerations about surgical mesh for SUI. 2013. Available at: https://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/UroGynSurgicalMesh/ucm345219.htm. Accessed March 1, 2018.

21. Brown LK, Fenner DE, Berger MB, et al. Defining patients' knowledge and perceptions of vaginal mesh surgery. Female Pelvic Med Reconstr Surg 2013; 19(5):282–7.

22. Kobashi KC, Albo ME, Dmochowski RR, et al. Surgical treatment of female stress urinary incontinence: AUA/SUFU guideline. J Urol 2017;198(4):875–83.

23. Rac G, Younger A, Clemens JQ, et al. Stress urinary incontinence surgery trends in academic female pelvic medicine and reconstructive surgery urology practice in the setting of the Food and Drug Administration public health notifications. Neurourol Urodyn 2017;36(4):1155–60.

24. Fusco F, Abdel-Fattah M, Chapple CR, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol 2017;72(4):567–91.

25. Kenton K, Stoddard AM, Zyczynski H, et al. 5-year longitudinal followup after retropubic and transobturator mid urethral slings. J Urol 2015;193(1):203–10.

26. Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211(1):71.e1-e27.

27. Foss Hansen M, Lose G, Kesmodel US, et al. Reoperation for urinary incontinence: a nationwide cohort study, 1998-2007. Am J Obstet Gynecol 2016; 214(2):263.e1-e8.

28. Schierlitz L, Dwyer PL, Rosamilia A, et al. Three-year follow-up of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency. Obstet Gynecol 2012;119(2 Pt 1):321–7.

29. Barber MD, Kleeman S, Karram MM, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008; 111(3):611–21.

30. Richter HE, Albo ME, Zyczynski HM, et al. Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med 2010;362(22): 2066–76.

31. Tommaselli GA, Di Carlo C, Formisano C, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J 2015;26(9):1253–68.

Case 3:20-cv-00851-MO   Document 83-10   Filed 05/26/21   Page 10 of 910
Case 2:12-md-02327   Document 8080-14   Filed 05/15/19   Page 14 of 45   PageID #: 202451

Synthetic Midurethral Slings     29

32. Braga A, Caccia G, Sorice P, et al. Tension-free vaginal tape for treatment of pure urodynamic stress urinary incontinence: efficacy and adverse effects at 17-year follow-up. BJU Int 2018;122(1):113–7.

33. Nilsson CG, Palva K, Aarnio R, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 2013;24(8):1265–9.

34. Nambiar A, Cody JD, Jeffery ST, et al. Single-incision sling operations for urinary incontinence in women. Cochrane Database Syst Rev 2017;(7): CD008709.

35. Tieu AL, Hegde A, Castillo PA, et al. Transobturator versus single incision slings: 1-year results of a randomized controlled trial. Int Urogynecol J 2017; 28(3):461–7.

36. Dogan O, Kaya AE, Pulatoglu C, et al. A randomized comparison of a single-incision needleless (Contasure-needleless(R)) mini-sling versus an inside-out transobturator (Contasure-KIM(R)) mid-urethral sling in women with stress urinary incontinence: 24-month follow-up results. Int Urogynecol J 2018. [Epub ahead of print].

37. Linder BJ, Elliott DS. Autologous transobturator urethral sling placement for female stress urinary incontinence. J Urol 2015;193(3):991–6.

38. Linder BJ, Elliott DS. Autologous transobturator urethral sling placement for female stress urinary incontinence: short-term outcomes. Urology 2016;93: 55–9.

39. Khan ZA, Nambiar A, Morley R, et al. Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women. BJU Int 2015; 115(6):968–77.

40. Cohen AJ, Packiam VT, Nottingham CU, et al. 30-day morbidity and reoperation following midurethral sling: analysis of 8772 cases using a national prospective database. Urology 2016;95:72–9.

41. Propst K, O'Sullivan DM, Tulikangas PK. Suburethral sling procedures in the United States: complications, readmission, and reoperation. Int Urogynecol J 2017;28(10):1463–7.

42. Welk B, Al-Hothi H, Winick-Ng J. Removal or revision of vaginal mesh used for the treatment of stress urinary incontinence. JAMA Surg 2015;150(12): 1167–75.

43. Zyczynski HM, Sirls LT, Greer WJ, et al. Findings of universal cystoscopy at incontinence surgery and their sequelae. Am J Obstet Gynecol 2014;210(5): 480.e1-8.

44. McLennan MT, Melick CF. Bladder perforation during tension-free vaginal tape procedures: analysis of learning curve and risk factors. Obstet Gynecol 2005;106(5 Pt 1):1000–4.

45. Stav K, Dwyer PL, Rosamilia A, et al. Risk factors for trocar injury to the bladder during mid urethral sling procedures. J Urol 2009;182(1):174–9.

46. Crosby EC, Vilasagar S, Duecy EE, et al. Expectant management of cystotomy at the time of midurethral sling placement: a retrospective case series. Int Urogynecol J 2013;24(9):1543–6.

47. Gold RS, Groutz A, Pauzner D, et al. Bladder perforation during tension-free vaginal tape surgery: does it matter? J Reprod Med 2007;52(7):616–8.

48. Osborn DJ, Dmochowski RR, Harris CJ, et al. Analysis of patient and technical factors associated with midurethral sling mesh exposure and perforation. Int J Urol 2014;21(11):1167–70.

49. Jung YS, Lee JH, Shin TS, et al. Arterial injury associated with tension-free vaginal tapes-secur procedure successfully treated by radiological embolization. Int Neurourol J 2010;14(4):275–7.

50. Sun MJ. A life-threatening hematoma after the single-incision sling MiniArc procedure: a case report. J Minim Invasive Gynecol 2013;20(4): 529–32.

51. Flock F, Reich A, Muche R, et al. Hemorrhagic complications associated with tension-free vaginal tape procedure. Obstet Gynecol 2004;104(5 Pt 1): 989–94.

52. Kolle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol 2005;193(6):2045–9.

53. Giri SK, Wallis F, Drumm J, et al. A magnetic resonance imaging-based study of retropubic haematoma after sling procedures: preliminary findings. BJU Int 2005;96(7):1067–71.

54. Balachandran A, Curtiss N, Duckett J. The management of massive haematomas after insertion of retropubic mid-urethral slings. Int Urogynecol J 2015; 26(10):1449–52.

55. Abouassaly R, Steinberg JR, Lemieux M, et al. Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int 2004;94(1):110–3.

56. Ko JK, Ku CH. Embolization for pelvic arterial bleeding following a transobturator tape procedure. J Obstet Gynaecol Res 2014;40(3):865–8.

57. Agostini A, Bretelle F, Franchi F, et al. Immediate complications of tension-free vaginal tape (TVT): results of a French survey. Eur J Obstet Gynecol Reprod Biol 2006;124(2):237–9.

58. Kascak P, Kopcan B. Fatal Injury of the Small Intestine during Retropubic Sling Placement. Case Rep Obstet Gynecol 2015;2015:164545.

59. Meschia M, Busacca M, Pifarotti P, et al. Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct 2002;13(4):263–5 [discussion: 265].

60. Anger JT, Litwin MS, Wang Q, et al. Complications of sling surgery among female Medicare beneficiaries. Obstet Gynecol 2007;109(3):707–14.

Linder & Elliott

61. Castillo OA, Bodden E, Olivares RA, et al. Intestinal perforation: an infrequent complication during insertion of tension-free vaginal tape. J Urol 2004;172(4 Pt 1):1364.

62. Rooney KE, Cholhan HJ. Bowel perforation during retropubic sling procedure. Obstet Gynecol 2010;115(2 Pt 2):429–31.

63. Thomas TN, Siff LN, Jelovsek JE, et al. Surgical pain after transobturator and retropubic midurethral sling placement. Obstet Gynecol 2017;130(1):118–25.

64. Gormley EA, Lightner DJ, Faraday M, et al. Diagnosis and treatment of overactive bladder (non-neurogenic) in adults: AUA/SUFU guideline amendment. J Urol 2015;193(5):1572–80.

65. Linder BJ, Trabuco EC, Gebhart JB, et al. Can urodynamic parameters predict sling revision for voiding dysfunction in women undergoing synthetic midurethral sling placement? Female Pelvic Med Reconstr Surg 2017. [Epub ahead of print].

66. Hong B, Park S, Kim HS, et al. Factors predictive of urinary retention after a tension-free vaginal tape procedure for female stress urinary incontinence. J Urol 2003;170(3):852–6.

67. Ripperda CM, Kowalski JT, Chaudhry ZQ, et al. Predictors of early postoperative voiding dysfunction and other complications following a midurethral sling. Am J Obstet Gynecol 2016;215(5):656.e1–e6.

68. Salin A, Conquy S, Elie C, et al. Identification of risk factors for voiding dysfunction following TVT placement. Eur Urol 2007;51(3):782–7 [discussion: 787].

69. Wheeler TL 2nd, Richter HE, Greer WJ, et al. Predictors of success with postoperative voiding trials after a mid urethral sling procedure. J Urol 2008;179(2):600–4.

70. Ferrante KL, Kim HY, Brubaker L, et al. Repeat postop voiding trials: an inconvenient correlate with success. Neurourol Urodyn 2014;33(8):1225–8.

71. Jonsson Funk M, Siddiqui NY, Pate V, et al. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol 2013;208(1):73.e1–7.

72. Brennand EA, Tang S, Birch C, et al. Early voiding dysfunction after midurethral sling surgery: comparison of two management approaches. Int Urogynecol J 2017;28(10):1515–26.

73. Goldman HB. Simple sling incision for the treatment of iatrogenic urethral obstruction. Urology 2003;62(4):714–8.

74. Nitti VW, Carlson KV, Blaivas JG, et al. Early results of pubovaginal sling lysis by midline sling incision. Urology 2002;59(1):47–51 [discussion: 51–2].

75. Moksnes LR, Svenningsen R, Schiotz HA, et al. Sling mobilization in the management of urinary retention after mid-urethral sling surgery. Neurourol Urodyn 2017;36(4):1091–6.

76. Price N, Slack A, Khong SY, et al. The benefit of early mobilisation of tension-free vaginal tape in the treatment of post-operative voiding dysfunction. Int Urogynecol J Pelvic Floor Dysfunct 2009;20(7):855–8.

77. Kim-Fine S, El-Nashar SA, Linder BJ, et al. Patient satisfaction after sling revision for voiding dysfunction after sling placement. Female Pelvic Med Reconstr Surg 2016;22(3):140–5.

78. Clifton MM, Linder BJ, Lightner DJ, et al. Risk of repeat anti-incontinence surgery following sling release: a review of 93 cases. J Urol 2014;191(3):710–4.

79. Haylen BT, Freeman RM, Swift SE, et al. An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery. Int Urogynecol J 2011;22(1):3–15.

80. Chen HY, Ho M, Hung YC, et al. Analysis of risk factors associated with vaginal erosion after synthetic sling procedures for stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19(1):117–21.

81. Linder BJ, El-Nashar SA, Carranza Leon DA, et al. Predictors of vaginal mesh exposure after midurethral sling placement: a case-control study. Int Urogynecol J 2016;27(9):1321–6.

82. Kobashi KC, Govier FE. Management of vaginal erosion of polypropylene mesh slings. J Urol 2003;169(6):2242–3.

83. Ogle CA, Linder BJ, Elliott DS. Holmium laser excision for urinary mesh erosion: a minimally invasive treatment with favorable long-term results. Int Urogynecol J 2015;26(11):1645–8.

84. Hodroff M, Portis A, Siegel SW. Endoscopic removal of intravesical polypropylene sling with the holmium laser. J Urol 2004;172(4 Pt 1):1361–2.

85. Lee CH, Ku JY, Lee K, et al. Clinical application of a transurethral holmium laser excision of exposed polypropylene mesh at lower urinary tract: single surgeon experience with long-term follow-up. Female Pelvic Med Reconstr Surg 2018;24(1):26–31.

86. Cohen SA, Goldman HB. Mesh perforation into a viscus in the setting of pelvic floor surgery-presentation and management. Curr Urol Rep 2016;17(9):64.

87. Blaivas JG, Sandhu J. Urethral reconstruction after erosion of slings in women. Curr Opin Urol 2004;14(6):335–8.

88. Colhoun A, Rapp DE. Long-term outcomes after repair of transurethral perforation of midurethral sling. Female Pelvic Med Reconstr Surg 2016;22(4):272–5.

# EXHIBIT H

Daniel Steven Elliott, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,      :Master File No.
PELVIC REPAIR SYSTEM       :2:12-MD-0237
PRODUCTS LIABILITY         :
LITIGATION                 :MDL No. 2327
-------------------------------------------
THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
-------------------------------------------
Mullins, et al. V.         2:12-cv-02952
Ethicon, Inc., et al.
Sprout, et al. V.          2:12-cv-07924
Ethicon, Inc., et al.
Iquinto v. Ethicon,        2:12-cv-09765
Inc., et al.
Daniel, et al. V.          2:13-cv-02565
Ethicon, Inc., et al.
Dillon, et al. V.          2:13-cv-02919
Ethicon, Inc., et al.
Webb, et al. V.            2:13-cv-04517
Ethicon, Inc., et al.
Martinez v. Ethicon,       2:13-cv-04730
Inc., et al.
McIntyre, et al. V.        2:13-cv-07283
Ethicon, Inc., et al.
Oxley v. Ethicon,          2:13-cv-10150
Inc., et al.
Atkins, et al. V.          2:13-cv-11022
Ethicon, Inc., et al.
Garcia v. Ethicon,         2:13-cv-14355
Inc., et al.
Lowe v. Ethicon,           2:13-cv-14718
Inc., et al.
Dameron, et al. V.         2:13-cv-14799
Ethicon, Inc., et al.
Vanbuskirk, et al. V.      2:13-cv-16183
Ethicon, Inc., et al.


SEPTEMBER 26, 2015
DANIEL STEVEN ELLIOTT, M.D.

Daniel Steven Elliott, M.D.

|  | Page 2 |
|---|---|
| 1 | CAPTION CONTINUED: |
| 2 | Mullens, et al. V.        2:13-cv-16564 |
| 3 | Ethicon, Inc., et al. |
|   | Shears, et al. V.       2:13-cv-17012 |
| 4 | Ethicon, Inc., et al. |
|   | Javins, et al. V.        2:13-cv-18479 |
| 5 | Ethicon, Inc., et al. |
|   | Barr, et al. V.          2:13-cv-22606 |
| 6 | Ethicon, Inc., et al. |
|   | Lambert v. Ethicon,      2:13-cv-24393 |
| 7 | Inc., et al. |
|   | Cook v. Ethicon, Inc.   2:13-cv-29260 |
| 8 | Stevens v. Ethicon,     2:13-cv-29918 |
|   | Inc., et al. |
| 9 | Harmon v. Ethicon, Inc.  2:13-cv-31818 |
|   | Snodgrass v. Ethicon,    2:13-cv-31881 |
| 10 | Inc., et al. |
|   | Miller v. Ethicon, Inc.  2:13-cv-32627 |
| 11 | Matney, et al. V.        2:14-cv-09195 |
|   | Ethicon, Inc., et al. |
| 12 | Jones, et al. V.         2:14-cv-09517 |
|   | Ethicon, Inc., et al. |
| 13 | Humbert v. Ethicon,      2:14-cv-10640 |
|   | Inc., et al. |
| 14 | Gillum, et al. V.        2:14-cv-12756 |
|   | Ethicon, Inc., et al. |
| 15 | Whisner, et al. V.       2:14-cv-13023 |
|   | Ethicon, Inc., et al. |
| 16 | Tomblin v. Ethicon,      2:14-cv-14664 |
|   | Inc., et al. |
| 17 | Schepleng v. Ethicon,    2:14-cv-16061 |
|   | Inc., et al. |
| 18 | Tyler, et al. V.         2:14-cv-19110 |
|   | Ethicon, Inc., et al. |
| 19 | Kelly, et al. V.         2:14-cv-22079 |
|   | Ethicon, Inc., et al. |
| 20 | Lundell v. Ethicon,      2:14-cv-24911 |
|   | Ethicon, Inc., et al. |
| 21 | Cheshire, et al. V.      2:14-cv-24999 |
|   | Ethicon, Inc., et al. |
| 22 | Burgoyne, et al., V.     2:14-cv-28620 |
|   | Ethicon, Inc., et al. |
| 23 | Bennett, et al., V.      2:14-cv-29624 |
| 24 | Ethicon, Inc., et al. |
| 25 |  |

|  | Page 4 |
|---|---|
| 1 |        A P P E A R A N C E S |
| 2 | For the Plaintiffs: |
| 3 |    WAGSTAFF & CARTMELL, LLP |
|   |    4740 Grand Avenue |
| 4 |    Suite 300 |
|   |    Kansas City, Missouri  64112 |
| 5 |    816.701.1100 |
|   |    tcartmell@wcllp.com |
| 6 |    BY:  THOMAS P. CARTMELL |
| 7 |  |
|   | For the Defendants: |
| 8 |  |
|   |    BUTLER SNOW, LLP |
| 9 |    500 Office Center Drive |
|   |    Suite 400 |
| 10 |    Fort Washington, Pennsylvania 19034 |
|   |    267.513.1885 |
| 11 |    Burt.Snell@butlersnow.com |
|   |    BY:  NILS B. (BURT) SNELL |
| 12 |       and |
|   |    BUTLER SNOW, LLP |
| 13 |    1020 Highland Colony Parkway |
|   |    Suite 1400 |
| 14 |    Ridgeland, Mississippi  39157 |
|   |    601.948.5711 |
| 15 |    paul.rosenblatt@butlersnow.com |
|   |    BY:  PAUL S. ROSENBLATT |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

|  | Page 3 |
|---|---|
| 1 |        DEPOSITION OF DANIEL STEVEN ELLIOTT, M.D., |
| 2 | produced, sworn and examined on behalf of the |
| 3 | Defendants, pursuant to Notice and Agreement, on |
| 4 | Saturday, the 26th day of September, 2015, between the |
| 5 | hours of 9:41 a.m. and 5:54 p.m. of that day, at the |
| 6 | law offices of Wagstaff & Cartmell, LLP, 4740 Grand |
| 7 | Avenue, in the City of Kansas City, in the County of |
| 8 | Jackson, and the State of Missouri, before me, |
| 9 | NAOLA C. VAUGHN, CCR No. 1052, CRR, RPR, a Certified |
| 10 | Court Reporter, within and for the States of Missouri |
| 11 | and Kansas. |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

|  | Page 5 |
|---|---|
| 1 |        I N D E X |
| 2 | WITNESS:  DANIEL STEVEN ELLIOTT, M.D. |
| 3 | Examination by Mr. Snell ..................... 9, 326 |
| 4 | Examination by Mr. Cartmell ..................  323 |
| 5 |  |
| 6 |        EXHIBITS |
| 7 | NUMBER   DESCRIPTION                        PAGE |
| 8 | Exhibit 1  - Amended notice of Deposition of    9 |
| 9 |        Daniel Elliott, M.D. |
| 10 | Exhibit 2 - Updated publication list       11 |
| 11 | Exhibit 3 - International Journal of Urology    11 |
| 12 |        Long-term quality of life outcomes |
| 13 |        and retreatment rates after robotic |
| 14 |        sacrocolpopexy |
| 15 | Exhibit 4 - The Cochrane Collaboration       54 |
| 16 |        Mid-urethral sling operations for |
| 17 |        stress urinary incontinence in women |
| 18 | Exhibit 5 - Oxford Level of Evidence Pyramid   60 |
| 19 | Exhibit 6 - International Urogynecology Journal 66 |
| 20 |        Long-Term (10-15 years) Follow-up |
| 21 |        after Burch Colposuspension for |
| 22 |        Urinary Stress Incontinence |
| 23 | Exhibit 7 - Cochrane Database Syst Rev 2015    89 |
| 24 |        (Dr. Elliott's copy) |
| 25 |  |

2 (Pages 2 to 5)

Daniel Steven Elliott, M.D.

| Page 6 | Page 8 |
|---|---|
| EXHIBITS (Continued) | EXHIBITS (Continued) |

Page 6

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                    PAGE
3    Exhibit 8 - American Urological Association    116
4        AUA Position Statement on the Use
5        of Vaginal Mesh for The Surgical
6        Treatment of Stress Urinary
7        Incontinence
8    Exhibit 9 - IUGA Position Statement on    134
9        Mid-Urethral Slings for Stress
10       Urinary Incontinence
11   Exhibit 10 - AUGS/SUFU Position Statement on    139
12       Mesh Midurethral Slings for Stress
13       Urinary Incontinence
14   Exhibit 11 - AUGS Position Statement on    146
15       Restriction of Surgical Options
16       for Pelvic Floor Disorders
17   Exhibit 12 - EAU Guidelines on Surgical    151
18       Treatment of Urinary Incontinence
19   Exhibit 13 - EAU Guidelines on Urinary    154
20       Incontinence
21   Exhibit 14 - ICS Fact Sheets    155
22   Exhibit 15 - NICE Urinary Incontinence:  The    160
23       management of urinary incontinence
24       in women
25   Exhibit 16 - Mayo Clinic web site information    171

Page 8

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                    PAGE
3    Exhibit 22 - In-Depth Nano-Investigation of    250
4        Vaginal Mesh and Tape Fiber
5        Explants in Women
6    Exhibit 23 - FDA article on Medical Devices,    264
7        Considerations about Surgical Mesh
8        for SUI
9    Exhibit 24 - Journal of Urology, Time Dependent    289
10       Variations in Biomechanical Properties
11       of Cadaveric Fascia, Porcine Dermis,
12       Porcine Small Intestine submucosa,
13       polypropylene mesh and autologous
14       fascia in the rabbit model:
15       implications for sling surgery
16   Exhibit 25 - Urology, Time-Dependent Variations    293
17       in inflammation and scar formation
18       of six different pubovaginal sling
19       materials in the rabbit model
20
21
22
23
24
25

Page 7

1    EXHIBITS (Continued)
2    NUMBER   DESCRIPTION                    PAGE
3    Exhibit 17 - International Urogynecology Journal    178
4        Long-term Results of the Tension-Free
5        Vaginal Tape (TVT) Procedure for
6        Surgical Treatment of Female Stress
7        Urinary Incontinence
8    Exhibit 18 - Neurourology and Urodynamics    185
9        Minimally Invasive Synthetic
10       Suburethral Sling Operations for
11       Stress Urinary Incontinence in Women
12       A Short Version Cochrane Review
13   Exhibit 19 - American Journal of Obstetrics and    204
14       Gynecology, A histologic and
15       immunohistochemical analysis of
16       defective vaginal healing after
17       continence taping procedures:
18       A prospective case-controlled pilot
19       study
20   Exhibit 20 - Hernia Repair Sequelae    213
21   Exhibit 21 - International Urogynecologic    242
22       Journal, polypropylene as a
23       reinforcement in pelvic surgery
24       is not inert:  Comparative
25       analysis of 100 explants

Page 9

1        (Exhibit 1 marked.)
2        DANIEL STEVEN ELLIOTT, M.D.,
3    a witness, being first duly sworn, testified as
4    follows:
5        EXAMINATION
6    BY MR. SNELL:
7        Q.   Good morning, Dr. Elliott?
8        A.   Good morning.
9        Q.   Can you state your full name for the
10   record, please.
11       A.   Daniel Steven Elliott, S-t-e-v-e-n.
12       Q.   You and I know each other.  I'll just
13   forewarn you.  I'm developing a cold and my voice
14   is a little deep and cracky.  And I have some
15   water and I'll try to drink so it my speech is not
16   impeded, but if you don't understand something I
17   say today, please tell me and I'll try to pose a
18   question that makes coherent sense to you.
19       Is that okay?
20       A.   That is perfectly fine.  Thank you.
21       Q.   All right.  I've given you Exhibit 1,
22   which is the notice for your deposition.
23       Have you seen that document before?
24       A.   Yes.
25       Q.   All right.  And what, if anything, did

3  (Pages 6 to 9)

Daniel Steven Elliott, M.D.

Page 10

1  you do to comply with the request that you bring
2  documents and materials that is attached to that
3  request?
4      A.  I provided up-to-date -- well, you
5  have already a copy of my CV.  I have -- which I
6  can provide to you.  There are five new things.
7  Just as far as what has been published, which I
8  can provide to you there.  That's a -- and then
9  that is a copy of the manuscript, that number 5,
10 because that just came out yesterday.  So I didn't
11 have that typed up.
12     Q.  Did you bring your file here today?
13     A.  The file?  I'm sorry.
14     Q.  I guess, did you bring your expert
15 file here today that would contain the documents
16 and materials that you reviewed and are relying
17 on?
18         MR. CARTMELL:  We can just -- for the
19 record, we can get a thumb drive of everything
20 that's on his reliance list, including that
21 update.  I just need to talk to Kuntz about that.
22 I don't have the thumb drive with me today.
23     Q.  BY MR. SNELL:  Do you have the thumb
24 drive, Doctor?
25     A.  No.  I don't have that, no.  I have my

Page 11

1  report.  I do not have a copy of my reliance list.
2      Q.  Okay.  So we'll mark as Exhibit 2 the
3  five new studies that would go on your CV; is that
4  correct?
5      A.  Correct.  Those are my published
6  studies, yes.
7          (Exhibit 2 marked.)
8      Q.  BY MR. SNELL:  We'll mark as Exhibit 3
9  article number 5, which the lead author is Linder,
10 L-i-n-d-e-r, then Chow, then Elliott.  Long-term
11 quality of life outcomes and retreatment rates
12 after robotic sacrocolpopexy.
13         (Exhibit 3 marked.)
14     Q.  BY MR. SNELL:  To what professional
15 societies do you currently belong to?
16     A.  That would be in my CV.  Let me see if
17 I have a copy of my CV.  I might not.  Oh, I do
18 have one.
19         Professional societies are going to be
20 listed in the professional membership society on
21 page 3 of 25.  AMA, American Medical Association.
22 American Association of Clinical Urologists.
23 American Urologic Association.  International
24 Incontinent Society.  Society of Urodynamics and
25 Female Urology, which I am a member and on the

Page 12

1  education committee.  Minnesota Medical Society.
2  Zumbro Valley Medical Society.  Olmsted Community
3  Medical Society.  International Urogynecologic
4  Society.  Society of Urologic Prosthetic Surgeons.
5  Society of Laparoendoscopic Surgeons.  Minimally
6  Invasive Robotic Association.  Minnesota Urologic
7  Society.  European Association of Urology, which I
8  am a member of, an international member, and then
9  I'm also a member of the subsection of
10 Genitourinary Reconstructive Surgeons, and also a
11 member of the section of the Female Urology and
12 Functional Urology.  And again that's underneath
13 the umbrella of the European Urology Association.
14 International Urogynecologic Association.
15 International Pelvic Pain Society.
16     Q.  In your role on the education
17 committee for SUFU -- and that's the society of
18 what?
19     A.  Good question.  They changed the name.
20         Society of Urodynamics and Female
21 Urology is an acceptable -- but, again, they've
22 actually moved around the words a bit there, but
23 that's what it means.
24     Q.  Can I just call it SUFU?
25     A.  SUFU.

Page 13

1      Q.  Make it easier on the court reporter,
2  too.
3      A.  SUFU is much better.  I prefer that.
4      Q.  SUFU in all caps.  Okay.  What is your
5  role -- strike that.
6          What do you do in your role as being
7  on the education committee for SUFU?
8      A.  It is a -- focusing on the education
9  not only of the current residents of what we feel
10 would be appropriate for training in female
11 urology, urinary incontinence and prolapse, but
12 also determining goals, objectives of education at
13 meetings and lecture topics, things like that.
14     Q.  You've given testimony in the past;
15 correct?
16     A.  Correct.
17     Q.  I've deposed you in the past; correct?
18     A.  Twice, I believe, yes.
19     Q.  So we can rely on your prior
20 testimony.  We don't have to ask you those
21 questions again; correct?
22     A.  Well, with the understanding that
23 sometimes things have changed, but, yeah, as far
24 as data being out, those types of things.
25     Q.  Okay.

4 (Pages 10 to 13)

Daniel Steven Elliott, M.D.

Page 14

1    A.   That's a broad question, because those
2    are depositions over two or three days -- or two
3    days, excuse me.  So I'd have to see each specific
4    question what you're talking about.
5        Q.   Okay.  As you sit here today, is there
6    any testimony that you gave in the Bellew or Gross
7    cases that was inaccurate or untruthful?
8        A.   No.  They would all been truthful and
9    accurate, but as the -- as data becomes available,
10   more research being done, as I read more internal
11   documents, certain positions may change.  But
12   there's nothing dishonest or deceitful.
13       Q.   In connection with the education
14   committee for SUFU, you testified that one of the
15   things that you were involved in was looking at
16   the training that residents would need in urology,
17   female urology?
18       A.   Looking at the goals or where we want
19   residents to be, what criteria or surgeries,
20   volumes, types of surgeries, testing,
21   credentialing.
22       Q.   Okay.
23       A.   All those issues.
24       Q.   And for the EAU, can I call that the
25   European Association of Urology?

Page 15

1        A.   EAU's easy, yeah.
2        Q.   Okay.  And you said you were a member
3    of the genitourinary section?
4        A.   Yeah.  The genitourinary
5    reconstructive.  So it's reconstructive surgeons,
6    because my training is in female pelvic medicine
7    and reconstructive surgery, which are separate and
8    overlapping training.
9        Q.   That would include the surgical
10   treatment of stress urinary incontinence?
11       A.   That would be the other committee.
12   That would be the female urology and functional
13   urology.  Reconstructive would be complications,
14   radiation damage, those types of things.  Anytime
15   you hear of reconstructive, think of fixing
16   mistakes or problems.
17       Q.   Are you a member of the section that
18   assesses surgical treatment options for stress
19   urinary incontinence for the EAU?
20       A.   Well, the members of the female
21   functional -- we're not necessarily -- unlike the
22   SUFU, which is an education section, this is more
23   like the research that's being done.  It's not
24   setting goals or guidelines by any means.  I don't
25   know if that answers your questions or not.

Page 16

1        Q.   Not really.
2            So just remind me, what section of the
3    EAU is focused on assessing the surgical options
4    for stress urinary incontinence?
5        A.   That would be a function of the female
6    and functional urology.
7        Q.   Are you a member of that section?
8        A.   Correct.  And I'm on the board of
9    that, yes.
10       Q.   How long have you been on the board of
11   that section that assesses the surgical treatment
12   of stress incontinence?
13       A.   Since April of 2013.
14       Q.   Okay.  What are your fees for your
15   work as an expert in this matter?
16       A.   $700 an hour.
17       Q.   And what is your fees for testimony?
18       A.   Same.  $700 an hour for everything.
19       Q.   Plus travel expenses and costs?
20       A.   Correct.
21       Q.   How many hours have you worked on the
22   Mullins case.
23            And when I say Mullins, this is the
24   MDL design defect case.
25       A.   As far as specifically on patient

Page 17

1    Mullins, I have not reviewed her records.  As far
2    as TVT and design, I guess I don't know
3    specifically -- specifically on the TVT and
4    design, it's going to be somewhat difficult to
5    ascertain exact time, because obviously the study
6    of Prolift factors in.
7            But as far as I can determine, roughly
8    60 hours have been spent as of August 31st, 2015.
9    60 hours.
10       Q.   How many hours have you spent since
11   September 1st on this matter?
12       A.   It's going to be difficult, because
13   there's also travel involved in there.  So I don't
14   know if you want the total hours, because that's
15   not also study on things.  But that'd be about
16   110 hours.
17       Q.   Do you bill $700 an hour when you
18   travel?
19       A.   Correct.
20       Q.   Do you issue invoices for your time
21   spent on this matter?
22       A.   Correct.
23       Q.   Do you send those to Ben Anderson?
24       A.   Correct.
25       Q.   And would those invoices be specific

5 (Pages 14 to 17)

Daniel Steven Elliott, M.D.

Page 18

1  to and reference your work in the Mullins' TVT
2  design defect case?
3      A.   It will be specific to Ethicon.
4      Q.   Okay.
5      A.   So that's why it's difficult to
6  determine exact number of hours, and that data
7  reviewed two years ago is pertinent to now.  So
8  that's why it's difficult to know the total
9  number.
10     Q.   You're serving as an expert against
11 other mesh manufacturers?
12     A.   Yes.  Mentor ObTape.
13     Q.   Any others?
14     A.   There was start in the Cook Surgisis
15 mesh, but last I've heard there's no action going
16 on with that.
17          I have been deposed with Avaulta.
18 But, again, nothing has happened with that in six
19 months, and I don't know where the status of those
20 are.
21     Q.   Avaulta, is that a Bard product?
22     A.   Correct.
23     Q.   That's a prolapse product?
24     A.   Prolapse product; correct.
25     Q.   Okay.  Does the Mayo Clinic know that

Page 19

1  you're serving as an expert for plaintiffs in the
2  mesh litigation?
3      A.   No.  This is all done by private time.
4      Q.   I know I deposed you in two prolapse
5  cases in the past.  So today I'm really focused on
6  stress urinary incontinence; all right?
7      A.   Correct.
8      Q.   With that said, though, let me just
9  ask you this question.
10          In the Bellew deposition you testified
11 about treatment options you used for prolapse.
12          Do you recall that, in general?
13     A.   Correct.
14     Q.   Have those changed as we sit here
15 today?
16     A.   No.
17     Q.   For Exhibit 3, the robotic
18 sacrocolpopexy cohort that you published on --
19     A.   Yes.
20     Q.   -- am I correct that you're not the
21 one who runs and operates the robot?
22     A.   No.  Dr. Chow does that.
23     Q.   Okay.  Are you credentialed at Mayo
24 Clinic to run the robot for sacrocolpopexy
25 procedures?

Page 20

1      A.   The answer to that probably would be
2  no.  I could be involved in the cases, but I am
3  not the one sitting behind the robot.  I am the
4  one involved directing traffic as far as the
5  dissection goes.
6      Q.   Okay.  What surgical options do you
7  currently use for the treatment of stress urinary
8  incontinence in your patients, if any?
9      A.   Autologous pubovaginal sling,
10 cadaveric pubovaginal sling, autologous obturator
11 vagina sling, and then in the past since August of
12 2013, there's been one mesh sling.  So that is a
13 change from previous testimony.
14     Q.   How many autologous transobturator
15 slings do you use on average each year?
16     A.   Probably it's around 80 or so.  That's
17 a rough -- that's a rough number.  It varies from
18 time to time.  But in the past two years or --
19 yeah, two years now, I'd say 80 a year's probably
20 accurate.
21     Q.   And that's the autologous
22 transobturator sling?
23     A.   Correct.
24     Q.   I know you published a feasibility
25 cohort study on very small sample size for the

Page 21

1  autologous transobturator pubovaginal sling;
2  correct?
3      A.   Correct.
4      Q.   That was ten patients; correct?
5      A.   I believe so.  It was ten patients,
6  yes.
7      Q.   There's a 20 percent failure rate at a
8  mean average of four months' follow-up; correct?
9      A.   Yeah.  That data is now -- we're
10 looking at 60 patients with one year.
11     Q.   Has that data been published?
12     A.   That's in the process of being
13 gathered right now.  All patients are being
14 contacted.
15     Q.   How many patients are going to be in
16 that cohort, you said?
17     A.   60.  It's a continuation of
18 feasibility study.  Looking at safety, efficacy,
19 complications, et cetera.
20     Q.   Has that data been presented anywhere
21 in abstract form or oral presentation?
22     A.   Yes.  I'd have to go back to the CV.
23 It was presented in February of 2015 at SUFU.
24 Again, that was the initial feasibility study.
25     Q.   I think my question maybe wasn't

6 (Pages 18 to 21)

Daniel Steven Elliott, M.D.

Page 22

1    clear.
2         So on this updated cohort of 60
3    patients --
4         A.   Oh, I see.
5         Q.   -- have you presented on those data
6    anywhere?
7         A.   No.  Not in the updated, no.
8         Q.   And then the small feasibility study
9    that you did publish on, you recall the mean
10   follow-up time was to four months?
11        A.   It was short-term, yes.
12        Q.   What's a feasibility study?
13        A.   Feasibility is a small cohort of
14   patients that understand that they're involved in
15   a study to determine whether or not this is a good
16   treatment option, where we're doing quality of
17   life assessments prior to and afterwards and
18   following very closely, looking at complications
19   and efficacy with 24-hour PAD tests.
20        Q.   How many cadaver slings do you use on
21   average each year?  And if that's changed year to
22   year, you can tell me that.
23        A.   Yeah.  The numbers are so -- quite
24   variable.  So it's difficult to give you a number
25   I would say autologous slings are probably going

Page 23

1    to be around, let's say, 30 or so.  And then
2    cadaverics are probably going to be probably less
3    than that.  Probably 10 or so a year.
4         Q.   You do about 30 or so autologous
5    pubovaginal slings; correct?
6         A.   About 30 a year, yes.  And that will
7    vary dramatically, yes.
8         Q.   And that's the traditional pubovaginal
9    sling procedure that's been referenced in the
10   literature for decades?
11        A.   Yes.  With the understanding that the
12   term "pubovaginal" is not necessarily a specific
13   way of doing it, but in general, you are correct.
14        Q.   And that's the sling that's -- where
15   the tissue is harvested from the patient herself;
16   correct?
17        A.   Correct.
18        Q.   Okay.  And the autologous pubovaginal
19   sling is not a medical device; is it?
20        A.   Correct.  It is not.
21        Q.   Why do you only use 10 or so cadaveric
22   slings a year?
23        A.   It's going to be dependent upon the
24   patients, the specific patient, the criteria they
25   have, multiple different surgeries, the quality of

Page 24

1    their tissue.  Because mostly what I'm seeing in
2    my practice is somebody that's been operated on
3    multiple times.  I'm not seeing usually the
4    first-time patient.  So, again, there's multiple
5    patient variables.
6         Q.   Do you have patients for whom you
7    offer the autologous pubovaginal sling and who
8    decline that operation?
9         A.   I suppose that could occur, but
10   usually those individuals are declining surgery
11   period, not declining the autologous sling.  So we
12   have to be very careful how we're phrasing that.
13   They are not a surgical candidate or they're
14   choosing not to undergo surgery for their
15   treatment.  They're not saying, I do not want a
16   autologous sling.
17        Q.   Are there patients for whom you've
18   treated that do not want a cadaveric sling?
19        A.   I have not encountered that, no.
20        Q.   Is the autologous transobturator sling
21   the primary -- sounds like it's the primary stress
22   urinary incontinence surgery you're doing?
23        A.   Primary being the most common?
24        Q.   Yes, sir.
25        A.   That would be correct, sir, at this

Page 25

1    point.  But, again, we're going to analyze the
2    data.
3         Q.   And the autologous transobturator
4    sling is not a medical device; is that correct?
5         A.   That's correct.
6         Q.   The cadaveric sling is not a medical
7    device; correct?
8         A.   Well, it's -- it's a device -- it's a
9    product that is purchased from the company
10   Coloplast.  So I don't think it qualifies.  It's
11   not a man-made device.
12        Q.   It's harvested from a dead person;
13   correct?
14        A.   Correct.
15        Q.   And the one mesh sling you used, I
16   think you said in August of 2013?
17        A.   Correct.
18        Q.   What type of mesh sling was that?
19        A.   That was a Coloplast product, the
20   Supris.
21        Q.   Why did you only use that Coloplast
22   Supris on one occasion?
23        A.   That was -- I can't recall the exact
24   patient issues with that one.  There was some
25   reason why we did not -- and that's one -- it

7 (Pages 22 to 25)

Daniel Steven Elliott, M.D.

Page 26

1  wasn't in August of 2013. It's since August of
2  2013 there's only been one. So it's a major shift
3  in my practice. And I don't recall the reasons
4  why we chose it, but there was a medically
5  necessary reason, in my opinion, to do it.
6      Q.   What type of material is the Coloplast
7  material made of?
8      A.   It is a polypropylene mesh.
9      Q.   And what route is the Coloplast Supris
10  sling placed?
11     A.   It's a suprapubic approach.
12  Transvaginal suprapubic.
13     Q.   Can you explain that to me? I'm
14  familiar with retropubic and transobturator.
15     A.   Well, retropubic, all that means is
16  behind the pubic bone. So it doesn't describe to
17  a surgeon -- it doesn't describe -- it just
18  describes an anatomical location. The TVT is
19  bottom up. Supris or Sparc is top-down. That's
20  probably -- that's the easier way to --
21     Q.   So the Colopress -- strike that.
22          The Coloplast Supris polypropylene
23  mesh sling uses a top-to-bottom approach?
24     A.   Correct.
25     Q.   And just so I'm clear, you've used

Page 27

1  that sling on one occasion only?
2      A.   No. No. I've used that once since
3  August of 2013. Prior to that, I probably placed
4  1200 or so. For a while there I was doing 100 to
5  150 slings a year. Those were synthetic slings.
6  Those were the Coloplast, and that started in 2004
7  or so. So whatever the math is on that. So prior
8  to that I used another product. So what I'm
9  saying is I've stopped using polypropylene as a
10  first line treatment.
11     Q.   So from 2004 up to around the midpoint
12  of 2013, August 2013 --
13     A.   Correct.
14     Q.   -- you used Coloplast polypropylene
15  mesh slings as your primary surgical option for
16  the treatment of stress urinary incontinence?
17     A.   That's correct. At some point in
18  time -- I cannot recall the exact dates -- I
19  changed from using the AMS product, because of the
20  problems I was having with it, to the Coloplast
21  product. Again, we have to take with a grain of
22  salt, it was 2004, 2005, in that time frame. And
23  then it was exclusively the Coloplast product. No
24  other product. No other polypropylene mesh was
25  used.

Page 28

1      Q.   In the past 10 years, have you used
2  the Birch colposuspension?
3      A.   No, I have not.
4      Q.   In the past 10 years, have you used
5  the Marshall-Marchetti-Krantz colposuspension
6  procedure?
7      A.   No, I have not. I have not
8  personally. I've been involved in cases -- I
9  should take that back or strike it whatever your
10  legal terminology is.
11          I have been involved with GYN cases
12  who have done the Burch. I was not the surgeon
13  doing the Burch. I was doing something else. But
14  I have not personally done the Burch or the MMK
15  since fellowship, which was in '99 to 2000.
16     Q.   How many Burch procedures have you
17  personally done in your career?
18     A.   Probably two.
19     Q.   How many MMK procedures have you
20  personally done in your career?
21     A.   Zero.
22     Q.   The Burch colposuspension is not a
23  medical device; correct?
24     A.   Correct.
25     Q.   Besides the Supris Coloplast sling,

Page 29

1  what other Coloplast slings did you use?
2      A.   The Aris. A-i -- excuse me, A-r-i-s.
3  That is the transobturator. Same mesh, just a
4  different route.
5      Q.   So I take it you would have began
6  using the Coloplast Supris before the Coloplast
7  Aris sling?
8      A.   I don't recall the sequence of how
9  they were introduced. So it would have been about
10  the same time, because in that time frame,
11  transobturator route was available and suprapubic
12  route, or top-down was available. I would think I
13  probably started using both at the same time, if
14  they were available. I don't recall exactly.
15     Q.   Okay. You mentioned you had some
16  problems with AMS slings.
17     A.   Correct.
18     Q.   Were those AMS polypropylene slings?
19     A.   Correct. The Sparc, S-p-a-r-c, and
20  the Monarc, M-o-n-a-r-c. Because of those
21  problems, I stopped using the product.
22     Q.   Sparc is a retropubic sling?
23     A.   Correct. Top-down.
24     Q.   Top-down. And Monarc, as I understand
25  it, is an outside and transobturator sling?

8 (Pages 26 to 29)

Daniel Steven Elliott, M.D.

| Page 30 | Page 32 |
|---|---|
| 1    A.   Correct.<br>2        Q.   How many AMS slings do you think you<br>3    placed in your career made of polypropylene?<br>4    A.   Yeah.  I initially started -- I'll<br>5    answer your question.  This is complicated.  I<br>6    initially started using the ObTape, which was a<br>7    transobturator Mentor product.  Had a horrible<br>8    amount of complications.<br>9        So around in 2004 -- excuse me,<br>10   2003 -- again, I don't recall the exact dates -- I<br>11   changed over to the AMS product.  And so I<br>12   probably placed in a period of a year or two until<br>13   the Coloplast product became available -- so you<br>14   have to understand this is a guesstimate -- 100 to<br>15   150 a year.  So we can say 2 to 300, maybe.<br>16   Q.   Okay.  So am I correct that the ObTape<br>17   was the first synthetic sling you placed for the<br>18   surgical treatment of stress urinary<br>19   incontinence?<br>20   A.   Okay.  We're going back 13, 14,<br>21   15 years now.  That was a transobturator route.<br>22   So I was doing suprapubic prior to that.  So I was<br>23   the first in the state of Minnesota and possibly<br>24   the first in the United States to use the ObTape.<br>25   At least that's what the company told me.  So I<br> was actually using the Sparc prior to that.  And, | 1    with the AMS Sparc and Monarc problems?  Strike<br>2    that.  That was a bad question.  I need water.<br>3        When do you recall first using the<br>4    ObTape?<br>5    A.   I'd be able to search my records and<br>6    give you a pretty close to accurate date, but it<br>7    would have been about in 2003, about in October or<br>8    so.<br>9    Q.   You did a fellowship; right?<br>10   A.   Correct.<br>11   Q.   What surgeries did you learn to do to<br>12   treat stress urinary incontinence during your<br>13   fellowship?<br>14   A.   Well, that's where we did a Burch.  So<br>15   I'd never done Burch in residency.  We only did<br>16   one or two.<br>17   Q.   Okay.<br>18   A.   Where I was the surgeon or under the<br>19   leadership of a staff.<br>20       I had already done autologous slings.<br>21   So I improved my skills.  I wouldn't say I was<br>22   learning something new.<br>23       And then the cadaveric sling I learned<br>24   there.<br>25   Q.   Okay. |

| Page 31 | Page 33 |
|---|---|
| 1    again, I know it's going to be difficult.  I'm not<br>2    trying to be difficult.  I just can't recall the<br>3    exact -- so I was definitively using suprapubic<br>4    prior to that time.  And then transobturator came<br>5    out.  The Mentor at the time had the patent, two<br>6    transobturators.  They were the first ones to do<br>7    it.  So I would have used a suprapubic route<br>8    first.  Then transobturator with Mentor.  Had<br>9    problems.  Then swapped over to the AMS Monarc<br>10   would probably be the sequence of things.<br>11   Q.   What kind of problems did you have<br>12   with the ObTape sling?<br>13   A.   You name it.  It was a terrible<br>14   device.  It was problems of buttock abscess.<br>15   Extrusion rate.  Pussing out.  Pain.  I did it in<br>16   110 patients, and we had 9 come back within a year<br>17   or so with obturator fossa abscess, buttock<br>18   abscess, extrusion.  And then I had one patient<br>19   come back in 2013.  So what's that?  Eight years<br>20   after I implanted it with another extrusion.<br>21   Q.   So you had a total of 10 patients who<br>22   came back with some type of complication out of<br>23   110 for the ObTape?<br>24   A.   Correct.  That I know of.<br>25   Q.   What type of problems did you have | 1    A.   Or first did there.  I knew about it,<br>2    but had first performed the procedure.<br>3    Q.   In your residency, what stress urinary<br>4    incontinence surgeries did you learn about?<br>5    A.   Only pubovaginal, autologous<br>6    pubovaginal sling.<br>7    Q.   Is it correct that in your fellowship<br>8    you did not learn -- strike that.<br>9        Is it correct in your fellowship you<br>10   did not perform any synthetic slings to treat<br>11   stress urinary incontinence?<br>12   A.   That is correct.  At that point in<br>13   time, only the TVT was available.  My staff and<br>14   residency and then my fellowship staff both did<br>15   not feel it was safe; so did not do it.  So my<br>16   first synthetic came afterwards when the Sparc<br>17   came out.<br>18   Q.   Is the retropubic mid-urethral sling<br>19   taught in Mayo Clinic in residencies?<br>20   A.   It is not taught in the urology<br>21   department.  I cannot speak for the urogynecology<br>22   department.<br>23   Q.   Is the retropubic mid-urethral<br>24   polypropylene sling taught in fellowship at Mayo<br>25   Clinic? |

9 (Pages 30 to 33)

Daniel Steven Elliott, M.D.

| Page 34 | Page 36 |
|---|---|

**Page 34**

1  A.  Well, that would just be in the
2  urogynecology department.  We do not have a
3  fellowship.  So I don't know what they learn
4  there.
5  Q.  So circling back around to the AMS
6  sling problems that you had, what were those with
7  the Sparc and the Monarc?
8  A.  We'd have to divide it up into each
9  one, if you want.  Kind of a -- because suprapubic
10  approach, the Sparc, had different complications
11  than the transobturator route.
12  Q.  Okay.  Let's go with Sparc first, and
13  thanks for that clarification.
14  A.  Sparc --
15  Q.  Let me just get a good question.  That
16  was a bad question on the record.
17      Can you tell me the problems you saw
18  with the AMS Sparc device?
19  A.  Yeah.  With the Sparc, it was the
20  top-down route.  We had the problem with about a
21  10 percent bladder perforation rate.  And then
22  also we had the problem the connector of the
23  trochar to the mesh was bulky.
24      So per our routine, after we would
25  place our trochar we would perform a cystoscopic

**Page 35**

1  exam, and we were discovering, after we had
2  attached the mesh and pull it through, we're
3  tearing the bladder.  So we developed these bad
4  tears in the bladder, when we would unequivocally
5  confirmed there was no bladder hole there to start
6  off with.  So that was an unacceptable
7  complication right there.
8      And then we were having a problem as
9  far as mesh extrusion and pain.  Now, that's the
10  Sparc complications.
11  Q.  What rate of mesh extrusion did you
12  have with the Sparc device?
13  A.  It was around -- that's going to be
14  very difficult to say, because it's looking back
15  so far now.
16  Q.  Let me withdraw and ask you a question
17  that I think is easier to answer, a least it may
18  lead me to where I may want to go.
19      Did you or anyone else ever publish on
20  these problems with the AMS Sparc device?
21  A.  We never published.  We spoke about --
22  I spoke about it.  But I never had any
23  publications on it.
24  Q.  When you say you spoke about it, what
25  do you mean by that?

**Page 36**

1  A.  I'm going to have to clarify that
2  statement.  Actually, that's incorrect, because on
3  my CV that I turned in, we have written up the
4  largest series of bladder outlet obstruction
5  requiring urethrolysis.  So in that series would
6  be some of those Sparcs that were obstructed.  So
7  I don't -- I can't give you an exact number.  So
8  that has been published on, yes.
9  Q.  Okay.  What was the rate of bladder
10  outlet obstruction with the Sparc device in your
11  hands?
12  A.  I don't recall me personally having
13  one.  The other -- my colleague had a few, about a
14  1 to 5 percent rate of obstruction.
15  Q.  Who is your colleague?
16  A.  Dr. Deborah Lightner.
17  Q.  And what was your rate of mesh
18  extrusion with the Sparc?
19  A.  I can just, off the top of my head,
20  remember a few.  I did not keep accurate records
21  of the exact number of those.
22  Q.  What was the rate of pain with the
23  Sparc?
24  A.  When we closely -- you know, when we
25  asked patients to see them back, there was

**Page 37**

1  probably about a 5 percent risk, roughly, of
2  suprapubic pain or vaginal discomfort with it.
3  Q.  It would be routine to have the
4  patients come back following stress incontinence
5  surgery with a mid-urethral sling?
6  A.  Yes or no.  It depends if we're doing
7  a study looking at something specifically.  So we
8  do not have a standard protocol to follow-up with
9  them.
10  Q.  So when you put in a trans -- strike
11  that.
12      When you put in a Sparc sling in a
13  patient, am I correct you did not have a specific
14  follow-up plan for the patient?
15  A.  We had a -- based upon efficacy only
16  at that point in time.  I remember, this is back
17  in 2002 or 2003.  We were -- and if the patients
18  were happy, they were continent, then we did not
19  have a scheduled follow-up for them.
20  Q.  For the autologous pubovaginal sling
21  that you would perform around that time, did you
22  have scheduled follow-ups for your patients?
23  A.  During that time frame I performed
24  very few, almost down to zero a year.  There may
25  be an occasional one for a complicated

10  (Pages 34 to 37)

Daniel Steven Elliott, M.D.

Page 38

1  reconstruction.  So for a period of, what, seven,
2  eight years my numbers of autologous slings was
3  negligible.
4       Q.   The Aris sling is the one made by
5  Coloplast, which is a transobturator approach;
6  correct?
7       A.   Correct.
8       Q.   When you began using the Coloplast
9  Supris sling, how many randomized control trials,
10 if any, were there on that device?
11      A.   I don't recall.
12      Q.   As you sit here today, do you know if
13 there are any randomized control trials on the
14 Coloplast Supris device?
15      A.   I don't recall.
16      Q.   Do you know or do you -- you say you
17 don't recall.  Do you know?
18      A.   I don't know.  I have not searched the
19 literature if there is or isn't.
20      Q.   When you began using the Coloplast
21 Aris transobturator sling, were there any
22 randomized control trials that existed at that
23 time?
24      A.   Again, I don't recall back then, no.
25      Q.   As you sit here today, do you know

Page 39

1  if there are any randomized control trials on the
2  Aris Coloplast sling?
3       A.   I don't know.  I don't recall if there
4  are or are not.
5       Q.   When you began using the AMS Sparc
6  polypropylene sling, were there any randomized
7  control trials that existed on that device at that
8  time?
9       A.   I would have to theorize there were
10 not because it was a brand-new product on the
11 market.
12      Q.   When you began using the AMS Monarc
13 device, were there any randomized control trials
14 on that device?
15      A.   Same answer as before.  I don't recall
16 if there were or were not.
17      Q.   Did you began doing the AMS Monarc
18 transobturator sling when it was introduced to the
19 market or did you wait some time?
20      A.   No.  As I recall, I used the Mentor
21 ObTape first for transobturator route.  Again, as
22 I was told by the company, I was the first in the
23 state of Minnesota and possibly first in the
24 United States to do transobturator because it was
25 brand-new.  So that answers a lot of questions.

Page 40

1  There was no data.  I recall trusting the company
2  that there had been data, but there apparently was
3  not.
4       Same answer for the Sparc that I
5  believe that was already on the market when I
6  began using it.
7       Q.   But my question was for the Monarc.
8  When you began using the AMS Monarc transobturator
9  device, did you begin using it when it was
10 introduced to the market or sometime later?
11      A.   It most likely would have been
12 sometime later.  Again, I don't recall the exact
13 dates.
14      Q.   When you began using the AMS Sparc
15 device, did you sit down and do a literature
16 search to ascertain what literature, if any,
17 existed on that device before using it?
18      A.   The product was brand-new to the
19 market.  So there was no independent research on
20 it and definitely no long-term studies on it.
21      Q.   When you began using either the
22 Coloplast sling products, the Supris or the Aris
23 devices, did you sit down and do a literature
24 search to assess what information and data were
25 available on those products, if any, before using

Page 41

1  those products?
2       A.   I don't recall what I did at that
3  point in time, but there definitely were no
4  long-term studies because it was new to the
5  market.
6       Q.   Now, when you began doing the AMS
7  Monarc procedure, did you procedure a literature search
8  to see if there was any data on that particular
9  device before using it in women?
10      A.   Again, same answer as -- there was no
11 long-term studies.  I don't recall if I did any
12 literature searches on it or not.  I was provided
13 literature by the company, but, again, there was
14 no long-term studies.
15      Q.   What literature were you provided by
16 the company on the AMS Monarc sling?
17      A.   Their IFU and then their product
18 publicity statement, so to speak, that has the
19 blurbs on the product and how it's to be used and
20 things like that, with, you know, criteria, those
21 type things.
22      Q.   Did AMS give you any published
23 clinical studies or abstracts of clinical studies
24 at the time they gave you the IFU or the publicity
25 statement for the Monarc device?

11 (Pages 38 to 41)

Daniel Steven Elliott, M.D.

Page 42

1    A.   I cannot recall exactly what happened.
2 The -- it is part of the routine of most of these
3 reps to provide you with papers.  And I don't
4 recall that specifically with this one, no.
5    Q.   What was your mesh exposure rate, if
6 anything, with the Coloplast Supris device?
7    A.   That I am aware of, I've had two.
8    Q.   How many mesh exposures did you have
9 with the Coloplast Aris device?
10    A.   Oh, I'm sorry.  I misspoke.  Of all
11 the -- of all Coloplast products combined, I
12 know of two that I've had so far.  I don't know
13 which one was which, though.
14    Q.   Okay.  So it would be fair to say for
15 the Coloplast stress incontinence polypropylene
16 mid-urethral slings you used, those being the
17 Supris and the Aris, you're aware of two mesh
18 exposures?
19    A.   Correct.
20    Q.   Okay.  When was the last time you used
21 a polypropylene mid-urethral sling to treat stress
22 urinary incontinence that utilized a top-down
23 approach?
24    A.   That would have been the one that I
25 did between August of 2013 to the present, and it

Page 43

1 would have been -- I can't recall exactly.  It may
2 have been in 2013 or early 2014.
3    Q.   Have you ever placed a mid-urethral
4 sling utilizing a retropubic approach from the
5 bottom to the top like is employed with the TVT
6 retropubic device?
7    A.   Never.  I've seen it.  But I have not
8 performed it myself.
9    Q.   Okay.  As between the -- so just so
10 I'm clear.  You've done transobturator
11 mid-urethral polypropylene slings, and you've used
12 suprapubic top to bottom polypropylene slings to
13 treat stress urinary incontinence in your career?
14    A.   Correct.
15    Q.   What problems did you have with the
16 AMS Monarc device, the transobturator device?
17    A.   Similar problems as with the
18 suprapubic, the Sparc, in that the adaptor was
19 very large.  So as you pulled it through the
20 obturator foramen, you had to pull very hard, tug
21 on it, stretching the mesh, and then it'd come
22 through forcefully.  So obturator pain, patient
23 discomfort with it.  We had dyspareunia.  And then
24 you had some vaginal extrusions.  I do not
25 recall -- not that it didn't happen, I do not

Page 44

1 recall ever seeing one of my patients who was
2 obstructed afterwards.
3    Q.   Okay.  What was your rate of obturator
4 pain you saw with the Monarc device?
5    A.   Initially was essentially 100 percent.
6 Markedly more than the ObTape.  The ObTape when
7 you placed it, the patient initially did not
8 complain of any obturator foramen pain.  The
9 Monarc, they complained of it significantly
10 immediately postop.  We had to give a lot more
11 analgesic, keep patients in the hospital, those
12 types of things.  So it was unacceptable problem
13 with the device from my perspective.
14    Q.   What was the rate of obturator pain in
15 your Monarc patients at six months or greater?
16    A.   I don't recall.  And I don't know if
17 we ever looked at that.
18    Q.   What was the rate of dyspareunia in
19 your Monarc patients?
20    A.   Same answer as before.  I don't
21 recall.  We never did a formal study on that.  So
22 I don't know.
23    Q.   Why did you have -- strike that.
24        Did you find that the rate of the
25 abscesses in your use of ObTape was unacceptable?

Page 45

1    A.   Absolutely unacceptable.
2    Q.   Why did you have an unacceptable rate
3 of abscesses in the ObTape?
4    A.   That was with the design of the
5 product.  It was a heavy weight, essentially zero
6 pore mesh, polypropylene mesh that transmitted
7 infection through the obturator foramen to the
8 buttock region.
9    Q.   For your Coloplast polypropylene
10 slings, what type of efficacy did you see?
11    A.   Well, there's -- again, there's the
12 suprapubic and the obturator route.  We did
13 never -- we never looked at our rate.  So I can't
14 tell you that.  Though efficacy overall was
15 acceptable.
16    Q.   With the AMS Sparc and Monarc devices,
17 was your efficacy with those devices acceptable?
18    A.   Yes.
19    Q.   With the Coloplast polypropylene
20 slings, did tissue integration occur with those
21 devices?
22        MR. SNELL:  Object to form.
23    A.   The only way to know if there was
24 tissue integration is to do a revision surgery on
25 them.  So we never did that.

12 (Pages 42 to 45)

Daniel Steven Elliott, M.D.

| Page 46 | Page 48 |
|---|---|

**Page 46**

1   Q.   BY MR. SNELL:  Did any of your
2   patients with the Coloplast slings made of
3   polypropylene placed at the mid-urethral come back
4   to you with their slings falling out?
5       A.   Well, yeah, we had two that I
6   mentioned that I know of came out.  So you could
7   say those two had poor integration, but I cannot
8   speak to the others, because we did not have a
9   routine follow-up scheduled for them.
10      Q.   For the two patients I thought you
11  told me they had mesh exposures.
12      A.   They did.  So that's poor tissue
13  integration.
14      Q.   What size were those exposures?
15      A.   I don't recall.  They're probably
16  around the range of a centimeter or so.  It was
17  not just a mild exposure.  These required
18  treatment.
19      Q.   And was the tissue integrated in the
20  area beyond the mesh exposure in those two cases?
21      A.   Again, I can't recall going back that
22  far.  I know it was not at the location of the
23  extrusion, though.
24      Q.   What was the pore size of the
25  Coloplast polypropylene mesh?

**Page 48**

1       Q.   BY MR. SNELL:  What was the weight of
2   the Coloplast slings you used for stress urinary
3   incontinence treatment?
4       A.   70 grams per meter squared.
5       Q.   For the AMS Sparc and Monarc slings,
6   what was the pore size of those products?
7       A.   Well, it depends if it's coming out of
8   the box or once you've implanted it.  And so the
9   answer is, I don't know because it was quite
10  variable.  When you placed it in the patient and
11  then pulled on the trochars, pulled the sheath
12  around it, it would elongate and pull and roll up
13  And so you'd get this rope look appearance to it,
14  which the pore size was zero, essentially --
15  excuse me, not zero.  It was negligible.
16      Q.   How many Sparc and Monarc slings did
17  you place in your career?
18      A.   And that's in a period of probably
19  two, maybe three years, a rate of 100 to 150 a
20  year.
21      Q.   And when did you first see this roping
22  and elongation of the Sparc and Monarc slings?
23      A.   As soon as we started putting it in.
24      Q.   So you began -- just so I understand,
25  as soon as you began seeing -- strike that.

**Page 47**

1       A.   I don't know.
2       Q.   Was the Coloplast polypropylene
3   mid-urethral sling mesh that you used mechanical
4   cut or laser cut?
5       A.   It's actually different.  It's hemmed.
6   So the border of it looks completely different
7   than the TVT or the Sparc.  So you don't have the
8   roping, the fraying particle loss with it or
9   elongation.  That's why I liked it over the Sparc
10  procedure.
11      Q.   Did the Coloplast IFU for their sling
12  products you used provide the frequency, severity,
13  and duration of complications?
14      A.   I don't recall what the IFU said.
15      Q.   Did you read it?
16      A.   Yes, I read it.
17      Q.   As you sit here today, do you know
18  whether those IFUs on the Coloplast mid-urethral
19  slings ever reported frequency, severity, or
20  duration of complications?
21          MR. CARTMELL:  Objection.  Asked and
22  answered.  He just said he didn't recall.
23      A.   I don't recall, sir.  It's been a long
24  time.  I know I'm required to review it, but I
25  don't recall what they stated.

**Page 49**

1           As soon as you began using the AMS
2   polypropylene mid-urethral sling, you began seeing
3   the roping and elongation?
4       A.   Correct.
5       Q.   Yet you continued to place 100 to 150
6   of those a year?
7       A.   That is correct, because I didn't know
8   the significance of it at the time.
9       Q.   Is the Sparc polypropylene sling
10  mechanical cut or laser cut?
11      A.   I believe it is mechanical cut.  In
12  appearance it is identical to the TVT.
13      Q.   Does it have blue striping as well?
14      A.   Has a blue thread through it.
15  Prolene -- or I believe it's Prolene suture.  I'm
16  not sure.  And that was placed there not
17  initially.  That was placed afterwards to prevent
18  the problem of it rolling, because when you'd
19  tension it, it'd roll up.
20      Q.   And for the Monarc sling, is that
21  mechanically cut or laser cut?
22      A.   Same answer as the Sparc.  It appears
23  to be mechanical cut.  I can't speak for the cut.
24  I've not reviewed those documents, but it appears
25  to be mechanical cut.

13 (Pages 46 to 49)

Daniel Steven Elliott, M.D.

| Page 50 | Page 52 |
|---|---|

**Page 50**

1     Q.   Did you ever see particles falling off
2 of that mesh?
3     A.   When you would pull on it, either the
4 Monarc or the Sparc, they're the same mesh, you
5 would pull and then you would get these little
6 tiny fibers, like just little things that you
7 could actually see on your glove.  And so the
8 answer to that question is yes.
9     Q.   And that did not deter you from using
10 those products?
11     A.   I was unaware of the significance at
12 the time.
13     Q.   Well, you knew you were implanting
14 polypropylene into the body; right?
15     A.   Correct.
16     Q.   And those little particles you would
17 see on your glove were made of what?
18     A.   Polypropylene.
19     Q.   Does the Monarc have the blue striping
20 as well?
21     A.   Yeah.  It has a blue Prolene -- well,
22 I assume Prolene -- suture going through end to
23 end.  That's for tensioning purposes.  That was
24 added later.
25     Q.   Have you ever looked at the MSDS

**Page 51**

1 sheets that pertain to the Sparc or Monarc
2 products?
3     A.   No, I have not.
4     Q.   Have you ever looked at the MSDS
5 sheets that pertain to the Coloplast sling
6 products?
7     A.   I have not.
8     Q.   Why not?
9     A.   Because I don't know how to find them.
10     Q.   Am I correct; you never used the TVT
11 retropubic device?
12     A.   Correct.  Correct.  You're right.
13     Q.   And when I say TVT retropubic, I mean
14 the original, still-on-the-market-today Ethicon
15 manufactured TVT retropubic device.
16     A.   Correct.  The bottom up.  They also
17 have a top-down.  But bottom line, I have not used
18 any Ethicon product for stress urinary
19 incontinence.
20     Q.   Okay.  So that makes it fast.  Great.
21     Before writing your report in this
22 case, did you review the order issued by the judge
23 regarding the design defect claim in Mullins, and
24 what the judge expected the parties to focus on in
25 this matter?

**Page 52**

1     A.   I don't --
2     MR. CARTMELL:  Let me object to the
3 form.
4     MR. SNELL:  Okay.
5     MR. CARTMELL:  I'm not sure what
6 you're talking about, frankly, and I'm not sure he
7 will either.  So it may call for speculation.
8     A.   I've reviewed a lot of documents, some
9 coming from Judge Goodwin.  I don't recall the
10 nomenclature you're using.
11     Q.   BY MR. SNELL:  Okay.  Have you seen
12 any orders by Judge Goodwin in the Mullins case?
13     A.   Again, same answer as before.  I
14 don't -- I've seen a lot of stuff coming from
15 Judge Goodwin with his signature or whatever on
16 it.  I just don't recall the nomenclature you're
17 talking about.
18     Q.   I looked through your report, and your
19 footnotes begin on page 11; correct?
20     A.   That is correct.
21     Q.   Actually, if you turn to page 9, you
22 have a footnote at the top, but there's no
23 citation to it.
24     A.   Yeah.  That is correct.  That's a
25 typographical error, it looks, appears.

**Page 53**

1     Q.   Okay.
2     A.   That's my comment.  Yeah, there's no
3 reason to reference that.
4     Q.   Okay.
5     A.   That's my comment.
6     Q.   Okay.  So looking at your report,
7 beginning on page 11 where you have Footnotes, the
8 majority of what you cite -- that way we can just
9 see if we can agree to this.
10     In your expert report -- strike that.
11     The majority of things that you cite
12 in your expert report in footnotes are either
13 Ethicon company documents, testimony by company
14 witnesses, or papers concerning hernia mesh or
15 prolapse.
16     Is that a fair statement?
17     MR. CARTMELL:  Object to the form.
18     A.   Well, the majority -- you're correct.
19 There's internal documentation.  Many depositions.
20 There's the significant amount of medical
21 literature in the canine model, rabbit model,
22 human, and then there's TVT references in there,
23 too.  So I can't say that -- there's a lot of
24 different references from a lot of different
25 sources.

14 (Pages 50 to 53)

Daniel Steven Elliott, M.D.

Page 54

1    Q.   BY MR. SNELL: Well, for the medical
2 literature, it's correct, isn't it, that you cited
3 to a lot more hernia literature than you did TVT
4 literature --
5    A.   That is --
6       MR. SNELL: Object to the form.
7    A.   That is correct, because TVT is a
8 hernia mesh.
9    Q.   BY MR. SNELL: And if we go to the
10 back of your report, on page 32, you cite to the
11 recent Cochrane Review by Ford, et al.?
12    A.   Page 32? I'm sorry.
13    Q.   Yes. Footnote 97, I see.
14    A.   That is correct.
15    Q.   What is a Cochrane Review?
16    A.   Cochrane Review -- well, I actually
17 have a copy of it here. A Cochrane Review -- I
18 can give you the exact nomenclature that they use.
19 Yes. The Cochrane database, which is a -- I
20 believe it's government sponsored, that is in
21 charge of analyzing studies and a combination of
22 studies to hopefully be able to come up with
23 analysts -- analysis of papers and their efficacy,
24 their quality, et cetera.
25       (Exhibit 4 marked.)

Page 55

1    Q.   BY MR. SNELL: I've handed you
2 Exhibit 4. This is the intervention review of
3 mid-urethral sling operations for stress urinary
4 incontinence in women by Dr. Ford and others;
5 correct?
6    A.   Well, this is the abbreviated form of
7 it, the summary.
8    Q.   Right.
9    A.   The real document is -- I don't know
10 how many pages, but is a very big document.
11    Q.   Right.
12    A.   But, yes, this is the summary, as you
13 have stated.
14    Q.   And this is the same Cochrane Review
15 you cited; correct?
16    A.   Correct. One by Ford, et al., in
17 2015.
18    Q.   And it looks like -- the publication
19 status and date, this actually -- Cochrane Review
20 was published this summer; correct?
21    A.   July. Correct.
22    Q.   And if you look in the abstract -- let
23 me ask you this: Why did you cite to the Cochrane
24 Review?
25    A.   Multiple different reasons. It's a

Page 56

1 large study. It's one of the bits of evidence. I
2 try to look at all evidence out there, whether it
3 be pro or con for mesh so I can get a balanced
4 opinion on this. And this is one of the
5 documents. And it's an updated one. 2015.
6    Q.   Okay. Under the background, they
7 state that the mid-urethral sling operations are a
8 recognized minimally invasive surgical treatment
9 for stress urinary incontinence.
10       You see that?
11    A.   That's what they state, yes.
12    Q.   You would agree that the mid-urethral
13 sling is minimally invasive compared to the
14 autologous pubovaginal sling which requires
15 harvesting of tissue from the woman?
16       MR. CARTMELL: Object to the form.
17    A.   I would agree, minimally invasive is
18 always a statement, has to be with qualifiers or a
19 comparison to. And I think it would be ligament
20 to say the mid-urethral sling is less invasive
21 than the autologous sling.
22    Q.   BY MR. SNELL: Would you agree that
23 the mid-urethral sling, particularly the TVT
24 retropubic is less invasive than the Burch
25 colposuspension?

Page 57

1       MR. CARTMELL: Same objection.
2    A.   You know, possibly. But, again,
3 depends how you do it. Some people can do it with
4 a very small incision, and it's -- but it depends
5 upon -- again, it's very difficult because you
6 have to pass those trochars blind. So that's an
7 invasive thing. It's a stab wound to a patient.
8 What's the difference in making an incision and
9 putting your stitches in. But you could say, yes,
10 it is going to be less -- the TVT is going to be
11 less invasive somewhat than the Burch.
12    Q.   BY MR. SNELL: Would you agree that
13 the TVT retropubic device is less invasive than
14 doing an MMK?
15    A.   I think, again, same as the Burch
16 answer. The MMK requires more lateral dissection.
17 So I think that's a fair statement.
18    Q.   The MMK, as I understand it, has about
19 a 2.4 percent risk of the osteopubitis. Am I
20 saying that correctly?
21    A.   Correct. It should not be that high
22 of a percentage, but that is a risk of it,
23 correct.
24    Q.   But you've read literature summarizing
25 that risk is 2.4 percent by authors Drews and

Daniel Steven Elliott, M.D.

| Page 58 | Page 60 |
|---|---|

**Page 58**

1  others?
2      A.   I've read literature from other people
3  saying it is less than 1 percent.  But I'm not
4  going to deny it.  Yes, there is a risk of that,
5  and that's probably one of the reasons it's not
6  done very much.
7      Q.   And how did patients in the MMK --
8  strike that.
9          The MMK is a open procedure?
10     A.   Correct.  I don't recall anybody doing
11  it laparoscopically, but it's a procedure not done
12  very often anymore.
13     Q.   How does osteopubis occur in open
14  procedure like the MMK?
15     A.   They're thinking it's irritation to
16  the bone with the sutures.
17     Q.   The main results of this Cochrane
18  Review -- I want to go down a little bit.
19         First of all, they included 81 trials;
20  correct?  I'm on this page here, Doc.
21     A.   Oh, I'm sorry.  Yes.
22     Q.   That evaluated 12,113 women; correct?
23     A.   Correct.
24     Q.   The quality of most outcomes was
25  moderate; correct?

**Page 59**

1      A.   Yes.  It reads, "moderate, mainly due
2  to bias or risk of imprecision."
3      Q.   And the vast majority of these studies
4  that were included in the Ford Cochrane Review
5  that you cited are what are called randomized
6  control trials; correct?
7      A.   I'm sorry.  I don't understand your
8  question.  Can you -- there's misspellings on
9  that.  So can you -- I'm sorry.
10     Q.   Do you know what a randomized control
11  trial is?
12     A.   Yes, I do.
13     Q.   Of course you do.  What is a
14  randomized control trial?
15     A.   Randomized control trial would be a
16  level 1 trial on the Oxford education levels,
17  where there are two different groups that are
18  equally randomized to two separate treatment arms.
19  And then you do the same evaluations and the same
20  pre and postop description of patients and
21  outcomes.
22     Q.   Okay.  You mentioned the Oxford.  I've
23  heard of the Oxford Levels of Evidence.
24         Is that what you're referring to?
25     A.   Yes.  That's fine.

**Page 60**

1      Q.   And what is the importance, if any, of
2  Oxford Levels of Evidence?
3      A.   It is trying to quantify or
4  demonstrate or show individuals the data that is
5  gathered from various different studies.  It does
6  not mean that other studies are invaluable, such
7  as case reports.  But when you're trying to
8  compare apples to oranges or different types of
9  apples to each other, you need to compare them
10  directly to each other.  And you get arguably the
11  better data from that type of a study.
12     Q.   Level 1 you said was an RCT?
13     A.   Correct.
14     Q.   What is level 2?
15     A.   Level 2 is a case controlled trial.
16  Comparisons are made, but they're not randomized.
17     Q.   You pulled out a document.  Could we
18  mark that as Exhibit 5?  Thank you.  Oh, okay.
19         (Exhibit 5 marked.)
20     Q.   BY MR. SNELL:  I just want to look at
21  it real quick, and then I'll give it right back to
22  you.
23         So where would the Cochrane Review
24  that you cited in your expert report rate on that
25  level of evidence pyramid?

**Page 61**

1      A.   Cochrane Review is really not on it.
2  Cochrane Review is an analysis of all the data out
3  there.  It's like a meta-analysis.  Meta-analysis
4  which are used extensively don't fall into these
5  categories.  These are smaller studies.  Cochrane
6  or meta-analysis are a combination.  Like they
7  mentioned, 81 trials that evaluated 1200 patients.
8  Hence the reason why there'll be weaknesses or
9  errors within those studies because they're
10  analyzing potentially bad studies.
11     Q.   I've seen a similar evidence pyramid
12  that has on top, above an individual randomized
13  control trial, something called systematic reviews
14  in meta-analyses.
15     A.   Yeah.  That's why I mentioned
16  meta-analysis.  I'm not familiar with that.
17     Q.   Okay.
18     A.   But, again, as I mentioned,
19  meta-analysis, if you take bunches of poor quality
20  studies, you're not going to get out of that
21  magically a good quality study.  If you take dog
22  doo and make a lot of dog doo, you still have dog
23  doo.  So you have to be careful on those types of
24  analyses.  And that's why they mention here in
25  this Cochrane one, the quality, at most, was

16 (Pages 58 to 61)

Daniel Steven Elliott, M.D.

| Page 62 | Page 64 |
|---|---|
| 1 moderate, and they indicate the reason why. | 1    A.   There's a paper by Chaken, et al. |
| 2    Q.   Do you rely on meta-analyses? | 2 There's another one by McGuire's group at |
| 3    A.   I look -- I'm a reviewer for | 3 University of Michigan, both of which had |
| 4 15 different journals, and twice been awarded the | 4 100 percent patient involvement.  Some up to -- |
| 5 best reviewer in Journal of Urology.  I look at | 5 involvement.  Contact.  So zero dropout rate |
| 6 them with skepticism, because it's just -- again, | 6 except for a death, and up to 10 years of |
| 7 as I mentioned, you have to know what goes on on | 7 follow-up. |
| 8 each and every study to know if it's a good | 8    Q.   Neither one of those studies are |
| 9 quality study.  If you take a lot of good quality | 9 randomized control trials; correct? |
| 10 studies and put them together, that's quality. | 10    A.   Correct. |
| 11 And that's why there's going to be selection, and | 11    Q.   They were both retrospective cohort |
| 12 that's why certain studies won't meet criteria. | 12 studies; correct? |
| 13 But if you just take everything and analyze it, | 13    A.   Yeah.  The data was prospectively |
| 14 again, it's the -- a lot of dog doo.  You got a | 14 gathered, retrospectively reviewed. |
| 15 big dog doo at the end. | 15    Q.   And they were single center studies; |
| 16    Q.   So you are aware there's a Cochrane | 16 correct? |
| 17 Review for the pubovaginal sling published by | 17    A.   Correct. |
| 18 Remmen. | 18    Q.   And Ed McGuire is the surgeon you're |
| 19    A.   I don't recall that title.  I'd like | 19 referring to out of Michigan; correct? |
| 20 to see that one.  I don't recall that one. | 20    A.   Well, he was actually down in Houston |
| 21    Q.   Let me ask you this:  Do you know if | 21 at the time that he wrote it, but he had been in |
| 22 there's a Cochrane Review that analyzes the | 22 Michigan. |
| 23 pubovaginal sling? | 23    Q.   For the Burch colposuspension, are |
| 24    A.   Yes.  By Remmen. | 24 there any high quality studies that you're aware |
| 25    Q.   So if I mispronounce a name, you can | 25 of? |

| Page 63 | Page 65 |
|---|---|
| 1 answer yes and correct me.  I'm okay with that. | 1    A.   Yeah, there are several.  I have a |
| 2    And the quality of evidence on the | 2 Langer, et al., 10 to 15 years of follow-up, Burch |
| 3 pubovaginal slings by Remmen was noted to be poor; | 3 colposuspension, from internal -- International |
| 4 correct? | 4 Urogyn Journal. |
| 5    A.   I don't recall.  I'd have to see that. | 5    Q.   Do you recall what the loss to |
| 6 I have no reason to think -- I have no reason to | 6 follow-up was in the Langer Burch paper? |
| 7 think that you would be wrong with that, though. | 7    A.   Of the 156 patients, 29 were admitted |
| 8 I'm going to see if I have that study.  Yeah. | 8 for not completing a 10-year follow-up.  8 |
| 9 I don't -- without knowing how to spell it, I | 9 patients died.  Can't blame them for that.  21 |
| 10 don't know how to find it.  Okay. | 10 could not be located.  So actually -- so they |
| 11    Q.   You would agree that overall the | 11 had -- death would not factor into it.  So you |
| 12 quality of studies on pubovaginal slings is poor? | 12 have 21 out of 1156 were lost to follow-up. |
| 13    A.   I would say the overall studies on | 13    Q.   The 29 patients, what happened with |
| 14 incontinence, in general, are moderate to poor. | 14 them? |
| 15 There are very few high quality studies out there. | 15    A.   Well, that's what I'm saying.  29 |
| 16    Q.   But my question is specific to the | 16 patients were not studied.  8 died. |
| 17 autologous pubovaginal sling.  You would agree for | 17    Q.   Okay. |
| 18 the autologous pubovaginal sling, the quality of | 18    A.   And 21 could not be located.  So that |
| 19 evidence on that procedure is poor? | 19 equals a percentage of 13 percent lost to |
| 20    A.   As with all the other treatments, I | 20 follow-up. |
| 21 would agree with you, yes. | 21    Q.   And one of the issues or problems with |
| 22    Q.   You mentioned there were a few high | 22 longer term studies is that patients can die, |
| 23 quality studies.  What would those be? | 23 succumb to mortality, as you follow over a decade |
| 24    A.   For which procedure? | 24 or more; right? |
| 25    Q.   For the autologous pubovaginal sling. | 25    A.   Correct. |

17 (Pages 62 to 65)

Daniel Steven Elliott, M.D.

|  | Page 66 |
|---|---|

1    Q.   And that's recognized in the field as
2  an issue when looking at randomized -- strike
3  that.
4         When looking at longer term studies?
5    A.   Yes and no with that.  Death is looked
6  at differently than loss -- than a true loss to
7  follow-up.  They had the 21 patients that were not
8  able to be located.  Those are important.  The 8
9  that died are still important.  It's sad they
10  died, but you look at that data differently.  And
11  statistically it's different.  And that's a
12  follow-up over 12.4 years, median follow-up.
13        And you also asked the question about
14  other studies.  There's also Herbertsson, et al.,
15  H-e-r-b-e-r-t-s-o-n, and then I'll spell the next
16  one, K-j-o-e-h-e-d-e, which had 14-year follow-up,
17  and those are specifically on Burch.  So here's
18  three studies with greater than 10 years of
19  follow-up.
20    Q.   Can I see the paper you were looking
21  at real quick.  Can we mark this, Doctor, as an
22  exhibit?
23    A.   Sure.
24        MR. SNELL:  What number.
25        (Exhibit 6 marked.)

|  | Page 67 |
|---|---|

1    Q.   BY MR. SNELL:  Look at table 5,
2  Doctor.
3    A.   I'm there.
4    Q.   There's a 22 percent rate of detrusor
5  instability; correct?
6    A.   That is what they quote, yes.
7    Q.   And what is that?
8    A.   That -- I'd have to see how they
9  define it.  De novo detrusor instability was found
10  in 17 patients.  So that means, following the
11  procedure, it caused de novo overactive bladder
12  symptoms.  So their overall rate they state is 29.
13  But only 17 of those were caused by the procedure.
14    Q.   Okay.  So about two-thirds were caused
15  by the procedure?
16    A.   Yeah.  58 percent.  So 17 out of 127
17  had de novo.  13 percent.  So when you look at
18  graphs and tables, that's why it's difficult to be
19  a good reviewer.  You have to look at the whole
20  big picture.  Not just one graph.
21    Q.   All right.  The rate of dyspareunia
22  was 3.9 percent in this Burch study?
23    A.   That is what they quote.  Again, I'd
24  have to look at the study exactly, if that's
25  de novo or if that's preexisting or not.  I'd have

|  | Page 68 |
|---|---|

1  to search for that.
2    Q.   Isn't 3.9 percent rate of dyspareunia
3  with the Burch acceptable?
4    A.   Well, I think ideally you want a zero
5  percent dyspareunia, but you'd have to know and
6  which this study does not have, which I would
7  critique if I were reviewing it, is a qualifier of
8  how bad that dyspareunia is.  Is it dryness or is
9  it a complete inability to have intercourse due to
10  pain, but it says 3.9 percent.
11    Q.   Right.  And my question is:  Is that
12  3.9 percent rate of dyspareunia with the Burch in
13  the paper review reference acceptable?
14        MR. CARTMELL:  Object to the form.
15    A.   Again, I need to know if it was
16  de novo or not.
17    Q.   BY MR. SNELL:  So you can't answer my
18  question?
19    A.   I would, if I can find dyspareunia in
20  here, where they discuss it.  Yeah.  I don't see
21  it.  We can take a long time.  I can search for
22  it.  But I would need to see how they're
23  describing it in those things.
24    Q.   I didn't see it either.
25    A.   That is an issue with many studies.

|  | Page 69 |
|---|---|

1  It is not included.  That's why we keep saying
2  moderate quality.  No.  There's only -- in the
3  document there's only one time they mention
4  dyspareunia, and it's in that graph.  So there's
5  no qualifiers to it.
6    Q.   But it's still a paper you pointed me
7  to as important with regard to the Burch
8  colposuspension; correct?
9    A.   That is correct.
10    Q.   Back to the Cochrane Review.  We were
11  looking at the Results section in the fourth
12  paragraph.  It says, "The overall rate of vaginal
13  tape erosion/extrusion/exposure was low in both
14  groups."  It was 21 out of 1,000 for retropubic
15  mid-urethral sling.
16        Do you see that?
17    A.   That is what they state for the study,
18  yes.
19    Q.   That's 2.1 percent; correct?
20    A.   That is -- that is what they state,
21  yes.
22    Q.   The 2.1 percent would be the incidents
23  of the mesh exposure; correct?
24    A.   Well, that's what they state with the
25  understanding that these are short-term, moderate

18 (Pages 66 to 69)

Daniel Steven Elliott, M.D.

| Page 70 |
| --- |

1  quality studies, within the hands of high-quality
2  large volume surgeons.
3      Q.   So these 31 trials that they assess,
4  did all of those trials involve short-term
5  follow-up?
6      A.   Well, in the situation of meshes, this
7  is an implantable permanent medical device.
8  Anything short-term -- or short of lifelong
9  follow-up is going to be inadequate, from my
10  perspective.  So this is going to be short-term.
11  I doubt any of these are over 10 years, and even
12  that, in my opinion, is inadequate.  But you'd
13  have to look at each individual study to find out
14  what follow-up duration was.
15      MR. SNELL:  Move to strike as
16  nonresponsive.
17      Q.   BY MR. SNELL:  The 31 trials that were
18  assessed, is it your testimony that all of those
19  trials are short-term trials?
20      MR. CARTMELL:  Object to the form.
21      A.   I would have to see this complete
22  document to see each of those follow-ups to see if
23  they're adequate or not.
24      Q.   BY MR. SNELL:  Is there any lifelong
25  follow-up data on the Burch colposuspension,

| Page 71 |
| --- |

1  reporting a mean follow-up of 30, 40, 50, 60 years
2  in women?
3      A.   Well, as you've pointed out, it's not
4  a medical device.  There doesn't need to be.
5  There can be for efficacy, but for safety and
6  complications, that's going to be all
7  perioperative.  So there does not need to be.
8  You're comparing apples to oranges.
9      MR. SNELL:  Move to strike as
10  nonresponsive.
11      Q.   BY MR. SNELL:  For the Burch
12  colposuspension, are there any lifelong follow-up
13  studies?
14      MR. CARTMELL:  Objection.  Asked and
15  answered.  He just answered your question.
16      MR. SNELL:  I don't care whether he
17  thinks it's necessary or not.  I'm asking him is
18  it -- all right.  Do those exist.  That's a yes or
19  no or he doesn't know.
20      MR. CARTMELL:  Well, he said no and
21  explained why it's not important.
22      MR. SNELL:  I don't think he said no,
23  Tom.  He gave me a speech.
24      MR. CARTMELL:  Well, you can say no,
25  and explain again why it's not important.

| Page 72 |
| --- |

1      Q.   BY MR. SNELL:  Let me reask the
2  question.
3      For the Burch colposuspension, are
4  there any studies that have lifelong follow-up of
5  the patients?
6      A.   As I stated, the Burch is not a
7  medical device.  So, no, there are no long-term
8  studies, but there don't need to be because
9  there's no permanent implantable product in the
10  patient.
11      Q.   But the Burch can lead to dyspareunia,
12  just like the paper you showed me; right?
13      A.   No.  I disagree with that.  As I
14  stated, dyspareunia was recorded, but I have no
15  idea the preoperative incidence of dyspareunia.
16      Q.   So it's not important to track
17  dyspareunia with the Burch colposuspension?
18      A.   No.  You are spinning my words.
19  That's incorrect.  I stated, in that paper there's
20  one word of dyspareunia.  I don't know; did
21  10 percent have dyspareunia preop?  They don't
22  mention it.  Hence the quality of the paper goes
23  down.
24      So from your argument, the 10 percent
25  could have been preop, now it's down 3.9.  So they

| Page 73 |
| --- |

1  did a good job.
2      Q.   Do you know which way it went?
3      A.   As I stated, the paper does not
4  mention that.
5      Q.   Is it important to track dyspareunia
6  with the Burch colposuspension?
7      MR. CARTMELL:  Object to the form.
8      A.   Dyspareunia and safety of the device
9  is always important to track.  It's going to be
10  different for different products.  If you have a
11  permanent implantable device, you have to follow
12  it lifelong.  If you have a device that's
13  absorbed, gone away, it's not as important to
14  follow.
15      Q.   BY MR. SNELL:  So it's not as
16  important to follow dyspareunia with the Burch
17  colposuspension; is that what you're saying?
18      A.   For as long a duration.
19      Q.   Is it important to follow and assess
20  dyspareunia with the Burch colposuspension out to
21  10 years?
22      A.   It would be an interesting fact.
23  However, again, there's no permanent devices
24  placed in a woman.  So I am more concerned about
25  the shorter term, five years, those type things.

Daniel Steven Elliott, M.D.

Page 74

1  But even that, the suture's absorbed. It's healed
2  up. So really you can't compare TVT mesh, or any
3  mesh for that matter, and the Burch or autologous
4  fascia for that matter.
5      Q.   There's scarring when you do a Burch
6  colposuspension; correct?
7      A.   Yes. By six weeks it's healed up.
8      Q.   And it's not important to assess
9  whether there's any painful scarring in a Burch?
10     A.   Absolutely there is, but the duration
11 of the follow-up, the perioperative morbidity is
12 extremely important. But after you've done the
13 surgery, and there's healing that's happened,
14 which 98 percent happens at six weeks, one, two,
15 five-year data is important to look at. But it's
16 not as important because you don't have the
17 progressive scarring, et cetera, that you see with
18 the polypropylenes.
19     Q.   How would one go about assessing the
20 lifelong -- give me a second.
21          Can I see the exhibits. 1, 2, 3. You
22 can hold on to this one. The Burch study we
23 marked a minute ago.
24     A.   Oh, I'm sorry. I took that back.
25 There you go.

Page 75

1      Q.   Okay. That way she has it.
2      A.   Okay.
3      Q.   You have 5 over there?
4      A.   Oh, I'm sorry. I'm taking those.
5      Q.   That's okay.
6          All right. You can hold on to that
7  one. I still have some questions.
8          How would one go about conducting a
9  lifelong study on the Burch colposuspension?
10     A.   A registry would be mandatory where
11 these individuals are followed. And you can't
12 have a 30 or 40 or 50 percent fallout rate. And
13 they have to be monitored on a yearly basis until
14 death. And then the true complication rate in
15 those highly experienced surgeons' hands would
16 then be known.
17     Q.   And a registry being mandatory
18 monitored yearly until a woman's death has never
19 been performed for the autologous pubovaginal
20 sling; correct?
21     A.   Again, for the same mentioned -- as
22 the reasons I mentioned for the Burch. There's no
23 permanent implantable device placed in that woman.
24 So the perioperative morbidity is very important,
25 but it has not been done for the pubovaginal

Page 76

1  sling, as you described.
2          MR. SNELL: Move to strike everything
3  before "it has not been done."
4      Q.   BY MR. SNELL: A registry being
5  mandatory with monitoring yearly until the death
6  of all women has never been performed for the
7  Burch colposuspension; correct?
8      A.   As I've mentioned already, because
9  there's no permanent device implanted in the
10 woman, it is not necessary, but to answer your
11 question, yes.
12         MR. SNELL: Move to strike everything
13 before "to answer your question, yes" as
14 nonresponsive.
15     Q.   BY MR. SNELL: For any stress urinary
16 incontinence surgery that's ever been performed
17 that you are aware of, has there ever been a
18 registry conducted that was mandatory that
19 monitored every woman yearly until her death?
20     A.   Unfortunately, no. And that's why
21 we're in the situation we're in now.
22     Q.   Looking back at the Cochrane Review
23 you cited in your expert report --
24     A.   Yes, sir.
25     Q.   -- it says in the next paragraph, "A

Page 77

1  retropubic bottom-to-top route was more effective
2  than top-to-bottom route for subjective cure."
3          Do you see that?
4      A.   That is what is stated, yes.
5      Q.   And the TVT is the retropubic
6  bottom-to-top route; correct?
7      A.   As far as I know, that is the only
8  bottom -- with the understanding -- let me back
9  up.
10         With the understanding that from my
11 understanding at this point right now, TVT is the
12 only one on the market bottom-up. So I don't know
13 if there's another one on the market.
14     Q.   You have looked at the -- you looked
15 at the entire Cochrane Review from 4/2015 over --
16 I think it's over 200 pages?
17     A.   Very long document, yes.
18     Q.   Right. Right. Right. And you saw
19 that the retropubic bottom-to-top studies were
20 studies that assessed the TVT retropubic device;
21 correct?
22     A.   I don't recall that. Again, I have no
23 reason to doubt that. I'm just saying, there are
24 a lot of companies that used to make slings,
25 Boston Scientific, Bard, et cetera. I just don't

Daniel Steven Elliott, M.D.

Page 78

1    know of another one.  If that study says there's
2    only one bottom-up and it's the TVT, I can't
3    disagree with that.  I just don't know right now.
4        Q.    You certainly know that the TVT
5    retropubic device has been studied in more
6    randomized control trials than any other stress
7    urinary incontinence surgical device; correct?
8        MR. CARTMELL:  Object to the form.
9        A.    I have -- I have heard a lot of facts
10   like that.  I have never independently verified
11   that to be true, but I don't doubt its existence.
12       Q.    BY MR. SNELL:  It says the retropubic
13   bottom-to-top route also "incurred significantly
14   less voiding dysfunction and led to fewer bladder
15   perforations and vaginal tape erosions"; correct?
16       A.    That is what they state, yes.
17       Q.    And those would be benefits of using a
18   retropubic bottom-top-to route like the TVT
19   retropubic employs as compared to a top-to-bottom
20   route; correct?
21       MR. CARTMELL:  Object to the form.
22       A.    Well, correct except that Ethicon
23   makes a TVT-AA, which is top-to-bottom.  So based
24   upon what they're saying here, TVT-AA would be
25   included in the top-to-bottom.  So this would be

Page 79

1    very worrisome that perhaps that TVT product
2    employed in that fashion is actually more
3    dangerous.
4        Q.    BY MR. SNELL:  Have you ever assessed
5    the literature on the TVT-AA device?
6        A.    There's limited data out there.
7        Q.    But have you assessed it?
8        A.    Yes, I have assessed it, and there's
9    limited data on it.
10       Q.    And how does the voiding rates compare
11   between the TVT retropubic and then the top-down
12   TVT?
13       A.    The data overall with all sling
14   products is very poor.  With TVT-AA it's even
15   worse.  So I don't know.  I cannot quote you a
16   study looking at that, but I'm just saying the
17   Cochrane analysis possibly raises the issue of a
18   TVT-AA.
19       Q.    As you sit here today, you don't know,
20   though whether the TVT-AA was assessed in
21   top-to-bottom in the Cochrane Review?
22       A.    That's what I'm saying.
23       Q.    Do you know whether the Supris was
24   assessed in this Cochrane Review?
25       A.    I don't know.

Page 80

1        Q.    It wouldn't surprise you to learn that
2    there were no randomized control trials on the
3    Supris; correct?
4        A.    As I stated earlier, I was unaware of
5    any, and hence the reason why sling data is bad.
6    Or poor quality, let's put it that way.
7        Q.    Have you conducted an analysis of the
8    literature regarding slings to see whether any of
9    the other manufacturers' polypropylene slings have
10   been subjected to more randomized control trials
11   than the Ethicon TVT retropubic device?
12       A.    I have not done any independent
13   research on that.
14       Q.    Have you done any PubMed searches to
15   assess how many hundreds or thousands of studies
16   there are on the TVT retropubic?  And when I say
17   TVT -- strike that.
18            When I say studies, I'm not limiting
19   it just to randomized control trials.
20       A.    I understand.
21       Q.    I mean cohort studies, studies that
22   would comport with the level of evidence pyramid,
23   levels 2 and 3 that you identified.
24       MR. CARTMELL:  Object to the form.
25       A.    My methodology that I use when I

Page 81

1    approach any of these projects is going to involve
2    multiple different facets, but one of them is
3    using the PubMed search engine, which is -- as far
4    as I know, the largest search engine available,
5    funded by the NIH.  And when I search just TVT,
6    only TVT, it comes up with about 1300 papers.  But
7    that's going to be TVT-Secur, TVT-AA, TVT -- all
8    the TVTs.
9        Q.    BY MR. SNELL:  Did you do any other
10   search string modifiers like "tension-free vaginal
11   tape"?
12       A.    I don't recall that --
13       Q.    TVT retropubic?
14       A.    I don't -- well, TVT is going to
15   capture all TVTs.  Tension-free vaginal tape -- I
16   don't recall if I used that, I may have.  But I
17   searched multiple different factors looking at,
18   you know, mesh complications associated with those
19   things.
20       Q.    How many studies on TVT did you locate
21   on PubMed?
22       A.    I found roughly 1300 on all TVT
23   products, the entire product line.
24            On just TVT retropubic or TVT classic,
25   I can't give you a number.

21 (Pages 78 to 81)

Daniel Steven Elliott, M.D.

Page 82

1    Q.  Okay.  How would the TVT retropubic
2  have less voiding dysfunction than a top-to-bottom
3  device like the Sparc that you used?
4    A.  With my training in neurophysiology,
5  neuroanatomy and bladder dysfunction, it does not
6  make any intuitive sense why that difference would
7  be.  You're passing a trochar up -- from bottom up
8  or top down, you should be -- there's -- the
9  voiding dysfunction should be identical.
10    There's going to be variables, such as
11  the mesh, the experience of the surgeon, the
12  amount of tension placed on it, the patient
13  factors in there.  That's where the Cochrane
14  analysis -- we don't know; were the patients
15  morbidly obese; were they diabetics; their
16  previously existing bladder dysfunction.  All
17  those factors I don't know.
18    Q.  So I guess the answer to my question
19  then would be, you do not know how there would be
20  less voiding dysfunction seen with the TVT
21  retropubic as compared to a top-to-bottom device
22  like the Sparc; correct?
23    MR. CARTMELL:  Object to the form.
24  Asked and answered.
25    A.  Well, the statement, quote/unquote, I

Page 83

1  don't know, implies I haven't thought about it.
2  I've thought a lot about it.  It does not -- I
3  cannot come up, to answer your question, with a
4  logical explanation why that's occurring.  There's
5  a variable we don't know.  Is it poor quality
6  studies?  Patient variables?  Those issues.  As I
7  mentioned earlier in the previous question.
8    Q.  Okay.  How is it that the TVT
9  retropubic would have less vaginal tape erosions
10  than a top-to-bottom route, such as the Sparc that
11  you use?
12    A.  Well, I do not use the Sparc and
13  haven't used it for 10 years or so.  Or less than
14  that.  Excuse me.
15    But, again, we have to include in
16  there -- unless you can show me in the Cochrane
17  study does not include the TVT-AA, that there can
18  be some of the Ethicon product in there.
19    But to answer your question, it does
20  not make logical sense, based upon the anatomical
21  approach, to have more or less or vaginal
22  extrusions.  That's why there's going to be some
23  of a variable in there that we don't know in these
24  studies.
25    Q.  What was the size of the vaginal

Page 84

1  incision you did when you used the Sparc?
2    A.  Be 1 to 1.5 centimeters.
3    Q.  And what was the other top-to-bottom
4  device you used?
5    A.  The Supris.
6    Q.  Supris.  What was the size of the
7  vaginal incision you used with the Supris?
8    A.  Same thing.  1 to 1.5 centimeters,
9  mid-urethral.
10    Q.  And did you do blind passage of the
11  trochars with any of those devices?
12    A.  Correct.  With the Supris and the
13  Sparc, that is the identical length of blind
14  passage as with the TVT.
15    Q.  And did you do blind passage with any
16  of the transobturator slings you performed?
17    A.  Yes.  But it's a degree -- significant
18  degree less, because you have your finger in the
19  obturator foramen.  So you're passing that around
20  the obturator foramen, which is about
21  1 centimeter, but that would be blind.
22    Q.  All right.  You would use your finger
23  and that's known as haptic or tactile feedback;
24  correct?
25    A.  I suppose.  It is tactile.  It's

Page 85

1  feedback.  Yes, you're right.
2    Q.  And that's commonly done in pelvic
3  surgery?
4    A.  Pelvic surgery does a lot of surgery
5  by proprioception.  Yes, by feel.
6    Q.  And for the autologous transobturator
7  pubovaginal sling, part of that procedure is
8  blind; correct?
9    A.  No.  I disagree with that because when
10  you do a different dissection, you dissect through
11  the endopelvic fascia bilaterally.  You dissect
12  along the pubic bone up to the rectus muscle.
13  Then you're able to palpate from your incision in
14  the abdomen, feel right where your finger is.  So
15  you pass it through the rectus muscle and then on
16  to your finger.  So there's no blind passage of 5
17  to 10 centimeters like with the Sparc or the TVT.
18    Q.  But there is a blind package in that
19  procedure.  It's just shorter; correct?
20    A.  A significant -- well, no, there's no
21  organs that can get away.  That's why there's no
22  bladder perforation, or extremely rare.  In my
23  experience, I've never perforated the bladder with
24  it.  Where I had a 10 percent Sparc bladder
25  perforation.  And you're passing it right onto

Daniel Steven Elliott, M.D.

| Page 86 | Page 88 |
|---|---|
| 1 your finger. So there's -- you know, we can | 1 in the Langer paper; correct? |
| 2 splice and say, yes, there is some blind passage, | 2 A. Correct. |
| 3 but it's right onto your finger. So you're | 3 Q. And then the Kjoehede. And I'm not |
| 4 passing it through the rectus muscle. So you're | 4 sure if I'm pronouncing that correct. |
| 5 talking a centimeter. | 5 Do you know if that's right? |
| 6 Q. In the autologous pubovaginal sling | 6 A. Yeah. My Swedish is not very good. |
| 7 placement there's blind passage performed; | 7 But that would be reference number 9. |
| 8 correct? | 8 Q. Okay. |
| 9 A. I've already answered that. That's | 9 A. Correct. |
| 10 what I just stated. | 10 Q. And do you know what percent of the |
| 11 Q. I'm not talking about the | 11 women were dry in follow-up in the Kjoehede study? |
| 12 transobturator. | 12 A. I do not. I'd have to look at the |
| 13 A. Oh, I'm sorry. You said | 13 study. |
| 14 transobturator? | 14 Q. Do you know what percentage of the |
| 15 Q. In the autologous pubovaginal sling | 15 women were dry in follow-up of the Herbertsson |
| 16 that you do. | 16 study? |
| 17 A. Isn't that what I just answered | 17 A. No, I'd have to look at the study. |
| 18 already? | 18 Q. And I think that's spelled can |
| 19 Okay. I mean, that's the same answer | 19 H-e-r-b-e-r-t-s-s-o-n, published in Acta, A-c-t-a, |
| 20 as what I just stated. That your finger's right | 20 Obstet Gynecol Scand, 1993, volume 72, pages 298 |
| 21 up there against the rectus muscle. The needle | 21 to 301. |
| 22 goes right through the rectus muscle onto your | 22 Correct? |
| 23 finger. So there's no blind passage, like the 5 | 23 A. That is correct, yes. |
| 24 to 10 centimeters like with the TVT or the Sparc. | 24 Q. And looking back at the Cochrane |
| 25 Q. I may have got confused or maybe you | 25 Review that we were discussing, under the author's |

| Page 87 | Page 89 |
|---|---|
| 1 didn't hear my earlier question right. | 1 conclusions. |
| 2 For the autologous transobturator | 2 A. Yes, sir. Sorry. |
| 3 pubovaginal sling, that was my initial set of | 3 Q. You have it there? |
| 4 questions. | 4 A. Yes, I do. I have both. I have my |
| 5 Those involve blind passage; correct? | 5 copies and then your copy. |
| 6 A. That would be the same -- actually, | 6 Q. Great. For the record, can we mark |
| 7 less than with the mesh slings because we dissect | 7 your copy, too, then? |
| 8 deeper right underneath the muscle. So the same | 8 A. Sure. |
| 9 answer would be for the abdomen as with this. | 9 Q. Just so I can look at it at some |
| 10 We're passing it through the obturator foramen | 10 point. |
| 11 onto your finger. So it has no chance of getting | 11 (Exhibit 7 marked.) |
| 12 into the bladder. So if you want to define that | 12 Q. BY MR. SNELL: So Exhibit 7 is your |
| 13 as blind, I'll give that to you, but it's a -- | 13 copy of this Cochrane Review by Ford, et al. we've |
| 14 it's a safe passage. It's right on your finger. | 14 been discussing? |
| 15 I'm sorry. I misunderstood your first question. | 15 A. That is correct. This is the abstract |
| 16 MR. SNELL: It's okay. Let's take a | 16 off of PubMed. |
| 17 break. We've been going for a bit. I want to use | 17 Q. Okay. And under the author's |
| 18 the restroom, if that's okay. | 18 conclusions, it says, "mid-urethral-urethral sling |
| 19 MR. CARTMELL: Sure. | 19 operations have been the most extensively |
| 20 (Recessed from 11:22 a.m. to | 20 researched surgical treatment for stress urinary |
| 21 11:41 a.m.) | 21 incontinence." |
| 22 Q. BY MR. SNELL: Back on the record. | 22 You see that? |
| 23 Two of the studies you mentioned in | 23 A. Yes, I do. |
| 24 addition to this study by Langer, L-a-n-g-e-r, | 24 Q. And you will agree with that; correct? |
| 25 were studied by Herbertsson, which is reference 8 | 25 MR. CARTMELL: Object to the form. |

23 (Pages 86 to 89)

Daniel Steven Elliott, M.D.

| Page 90 | Page 92 |
|---|---|
| 1      A.   Again, I have no reason to doubt it. | 1      MR. SNELL: Stop it. Knock it off, |
| 2   But I've not done independent research on that | 2   Tom. |
| 3   knowledge. | 3      MR. CARTMELL: No, I'm not. |
| 4      Q.   BY MR. SNELL: Okay. And also it | 4      MR. SNELL: Knock it off, Tom. |
| 5   says, "and have a good safety profile." | 5      MR. CARTMELL: He answered your |
| 6      You would agree with that; correct? | 6   question no. |
| 7      MR. CARTMELL: Object to the form. | 7      MR. SNELL: No. |
| 8      A.   That statement needs to be taken in | 8      MR. CARTMELL: And I'm not going to |
| 9   the entirety of the paragraph, where they say | 9   let you do this again. We're not going to sit in |
| 10   longer term studies are needed. But that is what | 10   here for seven hours where you ask the same |
| 11   they state. | 11   question five times because you don't like his |
| 12      Q.   BY MR. SNELL: And you agree with | 12   answer. |
| 13   that; correct? | 13      MR. SNELL: It's not about whether I |
| 14      MR. CARTMELL: Object to the form. | 14   like his answer. |
| 15   You just asked him the question. And he answered | 15      MR. CARTMELL: He told you he |
| 16   it. | 16   disagrees with the conclusion. So move on. |
| 17      A.   I agree that's what they state. And | 17      MR. SNELL: No, he didn't. You're |
| 18   then it has to be looked at in the entirety of the | 18   misstating, Tom. |
| 19   paragraph where they say longer studies are | 19      MR. CARTMELL: Tell him again. |
| 20   needed. | 20      MR. SNELL: You're giving speaking |
| 21      Q.   BY MR. SNELL: And my question to you | 21   objections on the record. |
| 22   is: You agree with that conclusion; correct? | 22      MR. CARTMELL: We're going to do this |
| 23      MR. CARTMELL: Object to the form. | 23   once. |
| 24   Asked and answered. | 24      MR. SNELL: This is my question. |
| 25      A.   I disagree with the conclusion because | 25      MR. SNELL: We're not going to do |

| Page 91 | Page 93 |
|---|---|
| 1   longer studies have not been done. | 1   it again. |
| 2      Q.   BY MR. SNELL: Well, you agree that | 2      MR. SNELL: Just knock it off. This |
| 3   mid-urethral sling operations have a good safety | 3   is my question. You're wasting my time. This is |
| 4   profile with the caveat that you would like to see | 4   your time you're burning here, not mine. |
| 5   more long-term studies done; correct? | 5      Q.   BY MR. SNELL: You would agree |
| 6      MR. CARTMELL: Object to the form. | 6   mid-urethral sling have a good safety profile with |
| 7   That misstates his testimony. And I'm not going | 7   the caveat that you, Dr. Elliott, would like to |
| 8   to let you do this thing where you do -- you ask | 8   see more long-term data on those procedures; |
| 9   four different times the same question, like we | 9   correct? |
| 10   did the last time. | 10      MR. CARTMELL: Object to the form. It |
| 11      MR. SNELL: That's fine. | 11   misstates his testimony. He's already answered |
| 12      MR. CARTMELL: He's asked -- don't | 12   it. |
| 13   answer that. You've answered it three times. | 13      A.   I disagree with that. |
| 14      MR. SNELL: No, he hasn't. No, he | 14      Q.   BY MR. SNELL: Very well. Would you |
| 15   hasn't. | 15   like to see more long-term data on the autologous |
| 16      MR. CARTMELL: Yes, he has. | 16   pubovaginal sling? |
| 17      MR. SNELL: No. | 17      A.   Long-term studies are always going to |
| 18      MR. CARTMELL: He answered your | 18   be important. However, when we're talking about |
| 19   question. You asked if he agreed with the | 19   safety and complications, it's comparing apples to |
| 20   conclusion. He said no. | 20   oranges because there is no medical device placed |
| 21      MR. SNELL: You're wrong, Tom. He | 21   in those patients that's permanent. |
| 22   said because of the caveat that it needs more | 22      Q.   Can you answer it yes or no? |
| 23   long-term study. So there's my follow-up | 23      Would you like to see more long-term |
| 24   question, Tom. You're playing games with me. | 24   data on the autologous pubovaginal sling? |
| 25      MR. CARTMELL: No, I'm not. | 25      MR. CARTMELL: Objection. |

24 (Pages 90 to 93)

Daniel Steven Elliott, M.D.

| Page 94 | Page 96 |
|---|---|
| 1  Q.  BY MR. SNELL:  A procedure that you | 1  which can occur, but it's not an issue of safety. |
| 2  perform. | 2  Q.  Those authors categorized those two |
| 3  MR. CARTMELL:  Objection. Asked and | 3  issues as complications; didn't they? |
| 4  answered. | 4  A.  They record them as complications; |
| 5  A.  I don't necessarily know if it is | 5  that's correct. |
| 6  actually needed.  On efficacy, I would agree with | 6  Q.  Back to the Cochrane Review that you |
| 7  you.  On safety, I disagree. | 7  cite in your report.  It says that "The |
| 8  Q.  BY MR. SNELL:  This paper you gave me | 8  mid-urethral sling-urethral slings are highly |
| 9  by Langer on the Burch says that more longer term | 9  effective in the short and medium term, and |
| 10  studies are needed on the Burch because of safety; | 10  accruing evidence demonstrates their effectiveness |
| 11  doesn't it? | 11  in the long-term; correct? |
| 12  A.  I'd have to look at the study. | 12  A.  That's what they state, yes. |
| 13  Q.  Here.  How about we look at the very | 13  Q.  And you would agree with this paper |
| 14  last sentence.  "The most significant | 14  you cited in your report that mid-urethral slings |
| 15  complications are de novo detrusor instability | 15  are highly effective in the short and medium term? |
| 16  (16.6 percent) and anatomical defects | 16  MR. CARTMELL:  Object to the form. |
| 17  (18.9 percent), half of which appeared only 5 | 17  A.  I will never say that the -- I will |
| 18  years postoperatively, stressing the need for | 18  not -- I agree with you as far as effectiveness. |
| 19  long-term follow-up." | 19  I'm never going to be challenging the |
| 20  A.  I never denied -- | 20  effectiveness of the TVT as far as causing -- or |
| 21  Q.  Did I read that correctly? | 21  in treating urinary incontinence.  The question is |
| 22  A.  I have no reason to doubt that you -- | 22  always going to be at what cost. |
| 23  that's the editorial comment.  You said the | 23  Q.  BY MR. SNELL:  We can agree that the |
| 24  author's conclusion.  So you read the editorial | 24  TVT retropubic device is effective in the |
| 25  comment.  I have it highlighted there. | 25  treatment of stress urinary incontinence in women? |

| Page 95 | Page 97 |
|---|---|
| 1  Q.  That's not what I read.  I read this. | 1  MR. CARTMELL:  Object to the form. |
| 2  A.  Okay.  Now, number one, you didn't | 2  A.  Correct.  With the caveat, at what |
| 3  show this what you were reading so I don't know | 3  cost. |
| 4  what you're reading.  I go down here, and they say | 4  Q.  BY MR. SNELL:  All right.  There is no |
| 5  longer term studies. | 5  stress urinary incontinence surgery that is |
| 6  Q.  I'm not reading your highlights.  I'm | 6  performed in women that is more effective than the |
| 7  reading what I stated. | 7  TVT retropubic; correct? |
| 8  A.  Okay.  That's what the author states. | 8  MR. CARTMELL:  Object to the form. |
| 9  I'm not disagreeing with that at all. | 9  A.  More effective?  I would have to look |
| 10  Q.  So there is long-term follow-up needed | 10  at all the literature out there on pubovaginal |
| 11  on the Burch to assess safety considerations; | 11  slings, including the Burch.  I would say it's |
| 12  correct? | 12  safe to say that the TVT, as far as efficacy, on |
| 13  MR. CARTMELL:  Objection.  Asked and | 13  the average, is going to be -- specifically |
| 14  answered. | 14  dealing with stress urinary incontinence |
| 15  A.  They never say safety.  They're | 15  recurrence, is going to be as efficacious as |
| 16  talking about de novo instability and anatomical | 16  pubovaginal and Burch, in properly trained hands. |
| 17  defects, which anatomical defects can occur in any | 17  Q.  BY MR. SNELL:  And you've seen a |
| 18  woman with any type of -- as long as they have a | 18  conclusion very similar to that which you stated |
| 19  vagina there could be prolapse happening.  They're | 19  about TVT being efficacious in the treatment of |
| 20  not talking safety.  They're talking contraction, | 20  stress urinary incontinence, as compared to |
| 21  roping, those type of things. | 21  pubovaginal slings and the Burch in the |
| 22  Q.  BY MR. SNELL:  They're talking safety; | 22  Ogah/Cochrane Review; correct? |
| 23  aren't they? | 23  A.  That's correct.  Yeah. |
| 24  A.  They're talking de novo instability. | 24  Q.  That's a paper -- |
| 25  Okay.  That's new afterwards.  Anatomical defects, | 25  A.  They state that that -- yeah. |

25 (Pages 94 to 97)

Daniel Steven Elliott, M.D.

<table>
<tr><td>Page 98</td><td>Page 100</td></tr>
<tr><td>

1    Q.  That's a paper you reviewed; correct?
2    A.  Correct. Yes.
3    Q.  You didn't cite the Ogah review in
4 your report. Why not?
5    A.  Because I stayed the Ford one, which
6 is an update. So I'm not going to go back to
7 Ogah. I'm going to go to the most updated
8 literature.
9    Q.  Ogah compared TVT to the Burch and
10 pubovaginal slings, though?
11    A.  Okay.
12    Q.  You're aware of that; right?
13    A.  Yeah.
14    Q.  Any reason you didn't cite that
15 comparative data by Cochrane?
16    A.  Because that's going to be a Cochrane
17 analysis of compiling a meta-analysis, so to
18 speak.
19    Q.  Okay.
20    A.  So using my methodology there's going
21 to be some papers that are not going to included
22 and others are going to be included.
23    Q.  You would agree that there's accruing
24 evidence that -- demonstrating the efficacy of TVT
25 retropubic in the long-term?

</td><td>

1    A.  You'd have to show me that study.
2    Q.  Well, it's not just one study. I'm
3 just saying from your general awareness, are you
4 aware that for the original TVT retropubic device
5 it has the largest volume of longer term data
6 compared to other manufacturers' stress
7 incontinence mid-urethral sling devices?
8    A.  I think that's probably a fair
9 statement, yes.
10    Q.  Have you assessed the literature to
11 ascertain how many studies with 10 years follow-up
12 or more exist on the TVT retropubic device?
13    A.  Have I -- I'm sorry. I'm not really
14 following your question.
15    Have I assessed how many 10-year
16 studies there are?
17    Q.  10-year or more. Yes, sir.
18    A.  I looked at the literature. I
19 reviewed it. There are studies out there. I
20 can't give you a number, though.
21    Q.  Are you aware if studies that look at
22 10 years duration or more specific to the TVT
23 retropubic device assess safety issues, such as
24 mesh exposure or dyspareunia?
25    A.  I am unaware of any study that the

</td></tr>
<tr><td>Page 99</td><td>Page 101</td></tr>
<tr><td>

1    MR. CARTMELL: Object to the form.
2 Are you talking just efficacy?
3    A.  Well, again, I'd have to see what
4 you're talking about as far as which papers you're
5 referring to. But since the product has been in a
6 long time, naturally there's going to be longer --
7 or hopefully there's going to be longer term
8 studies.
9    Q.  BY MR. SNELL: You're aware there are
10 several studies that have a duration of follow-up
11 of seven years or more with the TVT retropubic
12 device?
13    A.  Correct.
14    Q.  I'm not talking about other
15 manufacturers' devices.
16    A.  Yes. There are studies out there,
17 yes.
18    Q.  Due to your -- let me back up.
19    I don't know if I asked you this
20 question. If I did, I apologize.
21    You and I can agree that with regard
22 to long-term studies following up on a
23 mid-urethral sling that the original TVT
24 retropubic has the most long-term data of any of
25 those devices?

</td><td>

1 primary end point is on safety with the TVT.
2 There can be a paper here and there with large
3 amounts of follow-up -- with large amounts of lost
4 follow-up that can refer to an erosion or
5 exposure.
6    Q.  So you are aware that in the longer
7 term studies with TVT they do assess safety?
8    A.  You'd have to show me those studies.
9 I'm sorry. Because I have to look at those
10 studies very carefully. As I mentioned, I am not
11 aware of any with the primary end point being on
12 safety.
13    Q.  I didn't ask you about primary end
14 point. I asked you about assessing safety, okay?
15    Are you aware of TVT retropubic device
16 studies looking at it long-term that assess
17 safety?
18    MR. CARTMELL: Object to the form.
19 It's vague and ambiguous as to what you mean by
20 assess.
21    A.  There can be random --
22    Q.  BY MR. SNELL: They look on and report
23 about whether there were mesh erosions, mesh
24 exposures, dyspareunia, detrusor instability.
25    Are you aware of that?

</td></tr>
</table>

26 (Pages 98 to 101)

## Daniel Steven Elliott, M.D.

Page 102

1      A.   They can mention -- there are studies
2  out there that mention those various different
3  facts.  They also, you know, very rarely talk
4  about contraction because it's not -- those
5  patients aren't examine.  They're telephone
6  follow-ups.  So, again, I'd have to look at those
7  specific studies and we can analyze that.  I'm all
8  for that.  But otherwise you're talking somewhat
9  vague for me.
10      Q.   What studies, long-term studies on TVT
11  are you referencing where patients were not
12  assessed?
13      A.   Well, no.  I'm saying that we'd have
14  to pull out a study and look at it, how many of
15  those patients came back and had a physical exam.
16  How many of them did quality of life surveys.  How
17  many of them did global bother index.  And those
18  studies are very few.  Hence, the reason why all
19  these different societies, the AUA, for example,
20  keep talking about moderate to low quality of
21  studies.
22      MR. SNELL:  Move to strike as
23  nonresponsive.
24      Q.   BY MR. SNELL:  Admit your primary end
25  point on safety.

Page 103

1         How many Burch or pubovaginal sling
2  studies are you aware of that have long-term
3  follow-up that have a primary end point of safety?
4      A.   And you -- with -- oh, Burch or
5  pubovaginal.
6         I'm aware of pubovaginal because
7  that's the procedure I'm doing.  So I'm going to
8  be more focused on that.  That have 8 to 10-year
9  follow-up where global bother index and distress
10  inventories have been obtained.
11      Q.   Right.  But how many of those had a
12  primary end point of safety?
13      A.   It was part of the study.  It was not
14  the primary end point.
15      Q.   Just like the TVT studies; right?  It
16  was part of the study?
17      MR. CARTMELL:  Object to the form.
18      A.   Incorrect.  As I've mentioned before,
19  pubovaginal slings and Burch are not a permanent
20  medical device that's implanted in a woman.
21  Therefore, the bar is changed for the pubovaginal
22  and Burch, okay.
23         But to answer your question, I am
24  aware -- I am not aware of any primary end point
25  on safety with those other ones.  But, again,

Page 104

1  we're comparing apples to oranges.
2      MR. SNELL:  Move to strike everything
3  before "But to answer your question."
4      Q.   BY MR. SNELL:  On the Cochrane Review
5  that you cite in your report, the last page they
6  say, referencing mid-urethral sling operations,
7  are suitable for women who have -- who are having
8  their first operation to prevent incontinence and
9  also women who have had unsuccessful surgery
10  previously.
11      A.   I'm sorry.  I don't know where you
12  are.
13      Q.   Back --
14      A.   You're in the Author's conclusions?
15      Q.   Background information.
16      A.   Oh, Background.
17      Q.   It's the next page, if you flip it
18  over.  Are you with me now?
19      A.   Yeah.  Which paragraph are you on on
20  Background?
21      Q.   Second paragraph.
22      A.   Second paragraph starting with, "Over
23  the years"?
24      Q.   Second sentence.
25      A.   It starts, "Over the years"?

Page 105

1      Q.   Yes.
2      A.   And second sentence, "These operations
3  are suitable for women...."
4         Okay.  Yes, I see that statement.
5  Yes.
6      Q.   Would you agree that the TVT
7  retropubic device is suitable for women who are
8  having their first operation to prevent
9  incontinence?
10      A.   I disagree strongly with that unless
11  the caveat is that the woman and the physician
12  have been fully warned of all the complications
13  known.
14      Q.   A little bit further down, we were
15  talking about long-term studies.  And they talk
16  about the main findings of this review.
17      A.   Under Author's conclusions?
18      Q.   Right here.  We were here.
19      A.   Yeah.
20      Q.   So Main findings.
21      A.   Yes, sir.
22      Q.   So under the Main findings of the
23  review, they stated that the trial showed over
24  80 percent of women with stress urinary
25  incontinence are cured or have significant

27 (Pages 102 to 105)

Daniel Steven Elliott, M.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

```
 1  improvement in their symptoms with either
 2  operation for up to five years after surgery.
 3      A.   Yes, I see that statement.
 4      Q.   Is that an accurate statement?
 5      A.   That is the findings of their studies.
 6      Q.   Do you --
 7      A.   And I have never -- and as you look at
 8  my expert report, ever challenged TVT's efficacy.
 9  That's not an issue with me.  It's at what cost.
10      Q.   At the end of that paragraph it says,
11  "The evidence that we have been able to assess
12  indicates that the positive effects persist."
13          Do you see that?
14      A.   Yes, I see it.
15      Q.   You did not challenge that statement
16  either; correct?
17          MR. CARTMELL:  Object to the form.
18      A.   The evidence that they're saying is
19  they're talking about the durability of the
20  treatment for stress urinary incontinence.  As I
21  mentioned, I'm not challenging that.  The question
22  is at what cost.
23      Q.   BY MR. SNELL:  Yeah.  We can agree TVT
24  retropubic -- that that device has durability for
25  treating stress urinary incontinence in women?
```

**Page 107**

```
 1      A.   Yes, I believe that the data, in my
 2  clinical experience, would agree with that
 3  statement.
 4      Q.   And that is a utility of the TVT
 5  retropubic device; correct?
 6          MR. CARTMELL:  Object to the form.
 7  It's vague and ambiguous with respect to what you
 8  mean by "utility."
 9      A.   The device is designed specifically to
10  treat female stress urinary incontinence.
11      Q.   BY MR. SNELL:  Okay.
12      A.   And so to answer your question then,
13  it has durable results in the long-term, but the
14  question is at what cost.
15      Q.   Okay.  The TVT retropubic device is
16  useful in treating female stress urinary
17  incontinence; correct?
18          MR. CARTMELL:  Object to the form.
19  It's vague and ambiguous with respect to what you
20  mean by "useful."
21      A.   It has been shown to be efficacious.
22  The question is at what cost.
23      Q.   BY MR. SNELL:  In this study -- strike
24  that.
25          In this Cochrane Review you cite, they
```

**Page 108**

```
 1  also talk about main findings pertaining to
 2  adverse effects; correct?
 3      A.   Correct.
 4      Q.   And it says, "Tapes passing behind the
 5  pubic bone (retropubic) seem to carry a greater
 6  risk of injuring the bladder"; correct?
 7      A.   Oh, that is correct.
 8      Q.   All right.  And that's been reported
 9  in the literature; correct?
10      A.   Yes.  And that's pertaining to either
11  bottom-up, top-down.
12      Q.   But even for the TVT retropubic, going
13  bottom-up, it's been known that there's a risk of
14  hitting the bladder with the trochars.  That's why
15  a cystoscopy is done; correct?
16      A.   That is correct.  And the big question
17  then becomes the ramifications of that
18  perforation, long-term erosions and those
19  things -- erosions and extrusions, yes.
20      Q.   When you did your top-down passage
21  with the mid-urethral sling, I take it you also
22  did cystoscopies as well?
23      A.   Always, yes.
24      Q.   I know the AUA recommends cystoscopies
25  for all incontinence procedures, surgeries, as I
```

**Page 109**

```
 1  understand it.
 2          Is that consistent with your
 3  understanding, based upon their updated stress
 4  incontinence guidelines published by Dmochowski,
 5  et al.?
 6      A.   Dmochowski.  Yeah.  I don't even know
 7  how to spell his name, but I know how to say it.
 8  It's no problem.
 9          I'd have to look at the specific
10  guidelines.  For retropubic procedures, whether
11  they're top-up, bottom-down, mandatory cystoscopy.
12          Transobturator tends to be -- they say
13  they suggest it's strongly supported, but it can
14  be at the discretion of the treating physician.
15      Q.   Do you do any cystoscopy when you do
16  any transobturator procedures?
17      A.   I do not, no.
18      Q.   You don't?
19      A.   No.
20      Q.   Why is that?
21      A.   Because in having done 400, 500 or
22  more of those, I've never once hit the bladder,
23  because I'm dissecting right onto my finger, and I
24  bring it right out.  I don't use the helical
25  trochar.  Now, I've seen and taken care of a lot
```

28 (Pages 106 to 109)

Daniel Steven Elliott, M.D.

| Page 110 | Page 112 |
|---|---|
| 1  of patients with it, but I've never caused it.<br>2      Q.   Okay.  A little further down in that<br>3  paragraph in the Cochrane Review, under Adverse<br>4  effects, it says, "There is moderate quality<br>5  evidence that overall reported rates of<br>6  tape-related complications are low, such as<br>7  erosion of the tape into the vagina at about<br>8  2 percent for both routes of tape insertion."<br>9      Did I read that correctly?<br>10      A.   Yes, you did.<br>11      Q.   And do you agree with that?<br>12      A.   Disagree.<br>13      Q.   I didn't see in your expert report<br>14  where you identify what the rate of mesh exposure<br>15  was with the TVT device.<br>16      A.   That's because the true rate is not<br>17  known.<br>18      Q.   I didn't see where you reported any<br>19  rates of mesh exposure based on any studies for<br>20  the TVT retropubic device.<br>21      MR. CARTMELL:  Is that a question or<br>22  statement?<br>23      Q.   BY MR. SNELL:  Am I correct, Doctor?<br>24      MR. CARTMELL:  We'll stipulate that<br>25  that's not in there. | 1      Q.   You say these studies are done by<br>2  expert high-volume surgeons.<br>3      First of all, how do you define an<br>4  expert high-volume surgeon?<br>5      A.   Well, Kuuva, et al., defined it as<br>6  anybody doing -- they said the learning curve on<br>7  the TVT is 15 or greater.<br>8      Okay.  So any -- most surgeons in the<br>9  United States, based upon people sitting for the<br>10  oral boards for urology, are doing 1 to 2 slings a<br>11  year.  Those people are not experts, but those are<br>12  the people putting in the majority of slings.<br>13      Okay.  Now, to answer your question,<br>14  how do we define an expert, it's going to be tough<br>15  to say, but they're going to be doing more than<br>16  that number.<br>17      Q.   Do you have a definition or a number<br>18  in your mind, when you keep mentioning expert<br>19  high-volume surgeons, what that is to you?<br>20      A.   It also -- because there's not a<br>21  specific answer to that because it depends upon<br>22  their level of training coming into the procedure<br>23  or did they do a fellowship.  Did they learn from<br>24  an expert.  Did they have Ulmsten or Nilsson come<br>25  in and teach them how to do it.  Those numbers are |

| Page 111 | Page 113 |
|---|---|
| 1      A.   I don't believe and I don't recall<br>2  stating a specific number, no.<br>3      Q.   BY MR. SNELL:  And this Cochrane<br>4  Review you cite to in your report does say that<br>5  "The reported occurrence of problems with sexual<br>6  intercourse including pain was low"; correct?<br>7      A.   That's what they state, yes.<br>8      Q.   And you didn't acknowledge that point<br>9  in your report; did you?<br>10      A.   I talk about dyspareunia in there.<br>11      Q.   Did you acknowledge that the Cochrane<br>12  Review that you cite to states that problems with<br>13  sexual intercourse, including pain, were low in<br>14  your report?<br>15      A.   I don't recall using those specific<br>16  words, no.<br>17      Q.   Why not?<br>18      A.   Because, again, this is a<br>19  meta-analysis of poor quality or moderate quality<br>20  studies that do not focus on dyspareunia.  And<br>21  specifically they're short-term studies.  It does<br>22  not tell -- also, these are in the hands of<br>23  experts, high-volume surgeons.  Does not tell us<br>24  the rate of the true average surgeon out there,<br>25  which is known to be much higher. | 1  going to be different than an average person who<br>2  goes and has a three-hour Ethicon meeting and then<br>3  goes back out in the middle of nowhere USA and<br>4  puts them in.  For me, I would have to say if<br>5  they're not doing at least 25 or greater slings --<br>6  specific sling a year, they are going to possibly<br>7  be putting that patient at risk for complications.<br>8      Q.   Well, this study -- strike that.<br>9      This Cochrane Review included 81<br>10  trials.  So of all the investigators in all of<br>11  those 81 trials, how many of them performed at<br>12  least 25 or more TVT slings in a given year?<br>13      MR. CARTMELL:  Do you want him to look<br>14  at the underlying data and tell you that?<br>15      MR. SNELL:  I want him to answer my<br>16  question, Tom.<br>17      MR. CARTMELL:  Well, but you know --<br>18      A.   Let's get the Cochrane analysis out<br>19  and I'll look at that.<br>20      MR. CARTMELL:  Yeah.<br>21      Q.   BY MR. SNELL:  Well, did you bring it<br>22  here?<br>23      A.   No, I don't have that.<br>24      Q.   BY MR. SNELL:  So you can't answer my<br>25  question? |

29 (Pages 110 to 113)

Daniel Steven Elliott, M.D.

| Page 114 | Page 116 |
|---|---|

**Page 114**

1    A.  Well, no, but you brought up the
2  issue.  And so you have a question that I can't
3  answer based upon -- we have two pieces of paper,
4  81 studies.  That should be roughly, what, 150
5  pages of data.  I'd have to go through and look at
6  that.
7    Q.  So as you sit here today, you can't
8  answer that?
9    A.  I just answered -- I just already
10  answered that because you have not provided me
11  with the information I need.
12    Q.  I asked that you bring your file to
13  this deposition.  You didn't bring it.
14    A.  Because with this study --
15    MR. CARTMELL:  Wait.  For the record.
16  Let me just say this.  You have been provided his
17  reliance list that has every single document on it
18  he reviewed and relied on.  It has this
19  document that you only -- the full document.  You
20  only provided a summary document.  So if you
21  wanted to ask him questions about the full
22  document, you knew he reviewed it and relied on
23  it.  You could have brought it.
24    MR. SNELL:  Here's why, Tom, I'd like
25  him to bring his file.  The document he did

**Page 115**

1  produce has notes on every single page of the
2  studies.  So whatever I could pull off the
3  internet or elsewhere, will not be the version
4  that he has that has his notes on it.
5    MR. CARTMELL:  Okay.  Now, he didn't
6  have to provide you that today.  He brought it
7  with him today.  I mean all you -- the rules say
8  that we got to give you is the reliance list and
9  the materials.  And I've told you, I'll give you
10  the materials on a -- what do you call it?
11    MR. SNELL:  Thumb drive.
12    MR. CARTMELL:  Thumb drive.  But you
13  have it all.  You have it all.
14    MR. SNELL:  I would like those with
15  his notes on them.  Not your version of them.  I
16  want Dr. Elliott's file.
17    MR. CARTMELL:  He gave you a study
18  that has his notes on it.  I don't know what he
19  has that has notes on it or not, okay?  But the
20  bottom line is you have the reliance materials and
21  you know every single study and paper and internal
22  document he's relied on.
23    MR. SNELL:  I don't think I know that.
24    MR. CARTMELL:  Yes, you do.
25    MR. SNELL:  All right.  So move on.

**Page 116**

1    (Exhibit 8 marked.)
2    Q.  BY MR. SNELL:  So, Doctor, I've handed
3  you the American Urological Association's position
4  statement on the use of vaginal mesh for the
5  surgical treatment of stress urinary incontinence
6  from October 2013.
7    You're aware of this; correct?
8    A.  Yes.
9    Q.  And this is the same association
10  you're a member of; correct?
11    A.  Yes.
12    Q.  And the AUA says suburethral synthetic
13  polypropylene mesh sling placement is the most
14  common surgery currently performed for stress
15  urinary incontinence"; correct?
16    A.  Yes.
17    Q.  Do you know whether that statement is
18  accurate or not?
19    A.  I don't know if it's accurate or not.
20  I have no reason to doubt its validity, though.
21    Q.  I think you're familiar with the paper
22  by Chughtai, et al., that reports on the different
23  types of stress urinary incontinence surgeries
24  performed by urologists certifying or recertifying
25  for their boards that found the mid-urethral sling

**Page 117**

1  to be the dominantly used procedure?
2    A.  I recall the name of that study.  I
3  don't recall the data.  But, again, I have no
4  reason to doubt that it's the most common.  But I
5  have not done independent research to verify that.
6    Q.  Okay.  The AUA statement says,
7  "Extensive data exist to support the use of
8  synthetic polypropylene mesh suburethral slings
9  for the treatment of female SUI."
10    A.  That's what they state, yes.
11    Q.  And that's an accurate statement;
12  correct?
13    MR. CARTMELL:  Object to the form.
14    A.  No.  That's what they state.
15    Q.  BY MR. SNELL:  I know that's what they
16  state, but that is an accurate statement; correct?
17    MR. CARTMELL:  Well, is that a
18  statement by you, or are you asking him if he
19  agrees that's accurate?
20    Q.  BY MR. SNELL:  I'm asking you if you
21  agree that's accurate.  What I just read to you.
22    MR. CARTMELL:  Object to the form.  He
23  just answered that question.
24    MR. SNELL:  He said that's what they
25  say.  I know that.

30  (Pages 114 to 117)

Daniel Steven Elliott, M.D.

Page 118

1    A.   The document, as it says now,
2  Extensive data exist to support the use of
3  synthetic polypropylene mesh suburethral slings
4  for the treatment of SUI."
5         As we've stated before, it is
6  effective, along with pubovaginal slings and
7  Burch, to treat SUI.  So I agree with that.
8    Q.   BY MR. SNELL:  Okay.
9    A.   Minimal morbidity compared to the
10 alternatives, I disagree with.  So I guess, I
11 can't --
12   Q.   Okay.
13   A.   It's a complicated or -- not a
14 compound sentence, whatever the -- multiple
15 aspects of t the sentence.
16   Q.   What Cochrane reviews or meta-analyses
17 or randomized control trials report that the TVT
18 retropubic has -- strike that.
19        When you say you disagree that the
20 mid-urethral sling have minimal morbidity compared
21 with alternative surgeries, why do you say that?
22   A.   Because there have been very few
23 randomized control trials, none which are
24 long-term, comparing head-to-head autologous
25 pubovaginal slings versus TVT.  The only one I can

Page 119

1  think of off the top of my head is Amaro, et al.,
2  from International Journal of Urology, I believe.
3    Q.   Do you agree that with regard to the
4  TVT retropubic as compared to the pubovaginal
5  sling and the Burch that it has an advantage,
6  including shorter operative time?
7    A.   It is shorter.  Whether that's an
8  advantage or not -- surgeons get too caught up in
9  doing something in, say, 15 minutes.  So it is
10 shorter.  I'll give that to you.
11   Q.   Okay.
12   A.   Is it an advantage?  That's debatable.
13   Q.   Okay.  Is it an advantage of the TVT
14 retropubic device that it can be done, if chosen,
15 locally, as compared to the Burch and the
16 pubovaginal slings?
17   A.   Well, that's a difficult question.  Is
18 that an advantage?  I suppose in some highly
19 select patients.  In all my years of doing this at
20 a high-volume tertiary center, I've never once had
21 to do a procedure under a local, as far as a
22 sling.  I mean, so that's a theoretical potential
23 advantage.
24   Q.   I'm not even going to ask you about
25 Burch.

Page 120

1         When you do the autologous pubovaginal
2  slings, you do general anesthesia?
3    A.   That is correct.  Or spinal.
4    Q.   Or spinal.  And that's because that's
5  a painful procedure when you have to harvest that
6  tissue from the lady; correct?
7    A.   No.  You don't want them moving during
8  the procedure.
9    Q.   It wouldn't be painful if that was
10 under local anesthesia?
11   A.   You could do it under local.  It's
12 been done under local.
13   Q.   Is the autologous pubovaginal sling
14 commonly done under local anesthesia?
15   A.   No, I would say it is not, no.
16   Q.   Why not?
17   A.   Just as I mentioned, patient's going
18 to be moving.  And you'd have to inject local
19 underneath the rectus fascia.  It could be done.
20 But for patient comfort, most patients don't want
21 to be awake for it.  You just don't do it that
22 way.
23   Q.   So when the AUA says, "Advantages
24 include, and they say anesthetic need, what do
25 they mean by that?

Page 121

1         MR. CARTMELL:  Object to the form.
2    A.   I suspect they're probably meaning
3  postop analgesia.
4    Q.   BY MR. SNELL:  Is that a benefit of
5  the TVT retropubic compared to Burch and
6  pubovaginal sling?
7    A.   Well, the statement they say
8  "Advantages include shorter operative time and
9  anesthetic need."
10   Q.   Um-hum.
11   A.   Somewhat ambiguous.  I don't know if
12 they mean intraop or postop.  But if you're
13 looking just at the short-term, just at the time
14 of the perioperative period, that would
15 theoretically be an advantage.  But, again, it's
16 at what cost long-term.
17   Q.   When you say perioperative period,
18 what are you referring to?
19   A.   Meaning right before surgery, meaning
20 10 minutes before surgery, the surgery, and then
21 immediately postoperative.  Like the first few
22 weeks.
23   Q.   They also say, "Another advantage
24 would reduce surgical pain."
25        Do you agree that TVT retropubic has

31 (Pages 118 to 121)

Daniel Steven Elliott, M.D.

| Page 122 | Page 124 |
|---|---|
| 1 reduced surgical pain, and that is an<br>2 advantage?<br>3     A. Well, but, again, we have to go back<br>4 to the lack of studies. Again, I'm always aware<br>5 of Amaro, et al., TVT randomized versus<br>6 pubovaginal. In that study, hospital duration was<br>7 the same. And so that is debatable. But, again,<br>8 let's look at the short-term. I got to look at<br>9 long-term. As a surgeon, I got to look at<br>10 long-term, 10 years on down the road. So I can<br>11 give that to you with the caveats I mentioned.<br>12     Q. So in the short-term you'd agree TVT<br>13 retropubic has the potential for reduced surgical<br>14 pain versus the Burch or the autologous<br>15 pubovaginal sling?<br>16     MR. CARTMELL: Object to the form.<br>17     A. I agree, in the immediate<br>18 postoperative period, let's say within the<br>19 first -- define that as the first six weeks of<br>20 surgery --<br>21     Q BY MR. SNELL: Okay.<br>22     A. -- especially the first week, I think<br>23 it's acceptable to say that the TVT would have<br>24 less perioperative pain than the Burch or the<br>25 pubovaginal sling. | 1 RCT. So for the practice of stress urinary<br>2 incontinence surgery in the United States, over<br>3 the time period TVT retropubic device has been<br>4 available, would you agree that there is reduced<br>5 hospitalization with it compared to the autologous<br>6 pubovaginal sling and the Burch?<br>7     A. I think there's going to be data out<br>8 there that supports it's a faster, quicker, and<br>9 less hospital stay on the average. But, again, we<br>10 have to look at the randomized control studies.<br>11 But, again, that's not an issue I'm debating.<br>12 It's the long-term risks that I'm talking about.<br>13     Q. It says another advantage is reduced<br>14 voiding dysfunction.<br>15     Do you believe that's a potential<br>16 advantage for the TVT retropubic versus the<br>17 autologous pubovaginal slings?<br>18     MR. CARTMELL: Object to the form.<br>19 It's vague and ambiguous with respect to what you<br>20 mean by voiding dysfunction.<br>21     A. Well, no, I disagree with that. I'd<br>22 have to say show me the -- that one very<br>23 specifically, you're going to need level 1 data to<br>24 support that. You cannot take cohort studies and<br>25 compare cohort to cohort. And so that one is |

| Page 123 | Page 125 |
|---|---|
| 1     Q. When you do your pubovaginal slings,<br>2 do you give your patients pain medicines?<br>3     A. Yes.<br>4     Q. Why?<br>5     A. To reduce the perioperative pain.<br>6     Q. How long do you give them pain<br>7 medications?<br>8     A. We give them 10 to 15 tablets of a<br>9 narcotic, and they take it if they need it. They<br>10 stop it if they don't. So I don't know how long<br>11 they take it.<br>12     Q. Do you agree that and advantage of the<br>13 TVT retropubic device is reduced hospitalization?<br>14     A. Disagree.<br>15     Q. Why is that?<br>16     A. Based upon Amaro, et al., that<br>17 hospital duration was the same for the TVT and the<br>18 autologous pubovaginal sling.<br>19     Q. Do you know of other TVT versus<br>20 autologous pubovaginal sling randomized control<br>21 trials?<br>22     A. As I sit here right now, I'm not<br>23 aware. I'd have to go back and look at the<br>24 literature.<br>25     Q. In general, not isolated to a single | 1 highly debatable.<br>2     Q BY MR. SNELL: When you see "voiding<br>3 dysfunction" -- and this is written by the<br>4 organization that you belong to; right?<br>5     A. Oh, yeah, and I know the people who<br>6 wrote it. One's on staff with me.<br>7     Q. When you see the term "voiding<br>8 dysfunction" -- Mr. Cartmell objected as vague.<br>9     What did the AUA mean by "voiding<br>10 dysfunction" in this position statement?<br>11     MR. CARTMELL: Object to the form.<br>12     A. Yeah, when these guys and women get<br>13 together, this is a big argument, because, again,<br>14 I know the people on this board and I'm at the<br>15 meetings. I don't go -- I'm not a member of this<br>16 and the guidelines.<br>17     But voiding dysfunction can be<br>18 anything. Stress incontinence, overactive<br>19 bladder, urgency frequency, nocturnal enuresis,<br>20 bladder pain with urination. Voiding dysfunction<br>21 is very vague. And hence, the reason why Rovner,<br>22 et al., wrote up a follow-up article in this in<br>23 the AUA newsletter.<br>24     Q BY MR. SNELL: Actually, Rovner's<br>25 follow-up was before this was reissued. You know |

32 (Pages 122 to 125)

Daniel Steven Elliott, M.D.

| Page 126 | Page 128 |
|---|---|
| that; right?<br>1<br>A. This was were the --<br>2<br>Q. October 2013.<br>3<br>A. 2013 is the one I'm referring to.<br>4<br>Q. This paper was issued after Rovner's<br>5<br>commentary?<br>6<br>A. Well, no, this is a revision of the<br>7<br>original; wasn't it? I'd have to look at when the<br>8<br>first one came out, and it's a revision of it.<br>9<br>Update.<br>10<br>Q. On the very back page, October 2013,<br>11<br>revised. Correct?<br>12<br>A. Yeah.<br>13<br>Q. They state that "mesh-related<br>14<br>complications can occur following polypropylene<br>15<br>sling placement, but the rate of these<br>16<br>complications is acceptably low."<br>17<br>Do you see that?<br>18<br>A. Yes, I do.<br>19<br>Q. "It is the AUA's opinion that any<br>20<br>restriction on the use of synthetic polypropylene<br>21<br>mesh suburethral slings would be a disservice to<br>22<br>women who choose surgical correction of SUI."<br>23<br>Do you see that?<br>24<br>A. Yes, I do.<br>25 | you have used it?<br>1<br>A. It's going to depend upon the<br>2<br>procedure we are discussing, but when specifically<br>3<br>in TVT, from my perspective, based upon the<br>4<br>literature and what's out there, as far as<br>5<br>degradation, et cetera, anything short of lifelong<br>6<br>is going to be insufficient.<br>7<br>MR. SNELL: I don't think -- move to<br>8<br>strike as nonresponsive.<br>9<br>Q. BY MR. SNELL: I'm trying to get a<br>10<br>definition from you. So when you use the term<br>11<br>"short-term," what do you mean by that?<br>12<br>A. Short-term specifically relative to<br>13<br>polypropylene meshes --<br>14<br>Q. Okay.<br>15<br>A. -- because it is a permanent<br>16<br>implantable device, shown to have degradation in<br>17<br>Klinge, et al., up to 15 years, Ethicon's<br>18<br>statement showing that degradation continues,<br>19<br>contraction, et cetera. Anything less than<br>20<br>lifelong, to me, is short-term and insufficient.<br>21<br>Q. And you like to apply a different bar<br>22<br>to the Burch colposuspension; correct?<br>23<br>A. Burch and also the autologous<br>24<br>because -- specifically because those are no<br>25 |

| Page 127 | Page 129 |
|---|---|
| Q. "Multiple case series and randomized<br>1<br>control trials attest to the efficacy of synthetic<br>2<br>polypropylene mesh slings at 5 to 10 years."<br>3<br>Do you see that?<br>4<br>A. Yes, I do.<br>5<br>Q. "The efficacy is equivalent or<br>6<br>superior to other surgical techniques." Correct?<br>7<br>A. That's what it states, yes.<br>8<br>Q. And you've seen literature and data<br>9<br>that supports that statement?<br>10<br>A. As it pertains to efficacy, I agree.<br>11<br>I mean, equivalent, I think is fine. And superior<br>12<br>is debatable, and you have to look at those<br>13<br>specific studies, but I'm not going to argue that.<br>14<br>Q. "There is no significant increase in<br>15<br>adverse events observed over this period of<br>16<br>follow-up"; correct?<br>17<br>A. Yeah. And that's the actual key right<br>18<br>there, "over this period of follow-up," which is<br>19<br>short-term.<br>20<br>Q. How do you define -- did I ask you how<br>21<br>you define "short-term"? I know you've mentioned<br>22<br>that term.<br>23<br>A. Yeah.<br>24<br>Q. Can you define "short-term" for me as<br>25 | permanent implantable device. With that said, for<br>1<br>example, when the ProteGen sling was used in the<br>2<br>past, the Gortex sling was used in the past, then<br>3<br>I would say for those, you need to have lifelong<br>4<br>follow-up.<br>5<br>Okay. But, again, when we're talking<br>6<br>about autologous tissue, the patient's own, or<br>7<br>Burch, where there's no tissue used, the<br>8<br>products -- there's no product in there to have<br>9<br>lifelong problems with.<br>10<br>Q. So how do you define short-term as to<br>11<br>the autologous and the Burch?<br>12<br>A. Well, a minimum study criteria<br>13<br>established about four, five years ago, said any<br>14<br>study less than 12 months for sling procedures was<br>15<br>insufficient.<br>16<br>So, again, it depends on what you're<br>17<br>looking at in a study. But if we're looking at<br>18<br>efficacy, efficacy is a different story. Efficacy<br>19<br>can be lifelong. But if we're looking at<br>20<br>perioperative complications, then really two years<br>21<br>out. Patients heal. But there is no written in<br>22<br>stone what short-term, long-term is.<br>23<br>Q. I was just following up, though,<br>24<br>because you used those terms, and I want to know<br>25 |

33 (Pages 126 to 129)

Daniel Steven Elliott, M.D.

Page 130

1  what it means to you.
2      So what is short-term --
3      A.   Short-term --
4      Q.   -- in the context of an autologous
5  pubovaginal sling?
6      MR. CARTMELL:  Are you talking about
7  in the context of a study?
8      MR. SNELL:  Not a particular study.
9  He says short-term.
10     Q.   BY MR. SNELL:  I want to know what you
11 mean by that.
12     A.   I understand.
13     Q.   You've told me about the TVT and
14 stuff, and I hear you.  But now I want to know
15 what standard do you apply to the Burch when you
16 say short-term?
17     A.   Less than 12 months.
18     Q.   Okay.
19     A.   Less than 12 months.  Arguably, 24
20 months.
21     Q.   And what do you mean -- strike that.
22        What standard do you use for the
23 definition of short-term with regard to the
24 autologous pubovaginal sling?
25     A.   Same thing.  12 months definitively.

Page 131

1  Arguably 24 months.
2      Q.   Okay.  Is that for safety, too?
3      A.   Yes.  But, again, we don't have any
4  permanent implantable device with those other
5  procedures.  So perioperative morbidity is a more
6  important issue.
7      Q.   Well, you know there can be permanent
8  sutures placed at the time of the autologous
9  pubovaginal sling or a Burch; correct?
10     A.   Yes.  And those are --
11     Q.   And you know there can be suture or --
12     MR. CARTMELL:  Let him finish.  Hold
13 on?  Yes, and those are?
14     A.   Yes, and those are usually Prolene
15 sutures, which we've been told by Ethicon are
16 safe.  However, in my practice, I've had two
17 patients develop suture granulomas; so I don't use
18 them.  I use Vicryl sutures.
19     Q.   BY MR. SNELL:  And you know that
20 suture erosion can occur with those -- any type of
21 permanent suture; correct?
22     A.   Then that raises the very real
23 possibility of those sutures causing degradation,
24 inflammatory reaction, foreign body response,
25 which we know happens in the dog model.  That's

Page 132

1  been discussed.  Ethicon knows that.  So that
2  actually is a very good point.  Perhaps Prolene is
3  not safe product, as we've been told.
4      MR. SNELL:  Move to strike as
5  non-responsive.
6      Q.   BY MR. SNELL:  My question was:  It's
7  known that permanent sutures can degrade.  In
8  fact, it's known that permanent sutures can have
9  suture erosion if employed with the Burch
10 colposuspension or the autologous pubovaginal
11 sling procedure; right?
12     A.   Incorrect.
13     Q.   You haven't seen publications by
14 people like Ed McGuire and others that report
15 suture erosions following an autologous
16 pubovaginal sling at an average duration follow-up
17 of greater than 24 months?
18     A.   If you're doing a pubovaginal sling in
19 the classic way where it's described, where the
20 Prolene sutures are high up in the abdomen, away
21 from the bladder, there should be zero erosions.
22 If somebody's doing a variant of it, that's a
23 different story.  I can't speak to that.  Burch is
24 the same thing.  You have a Prolene suture, which
25 we know degrades based upon studies, okay, which

Page 133

1  are outlined in my expert report.  Ethicon knows
2  it.  Prolene, as a much suture, degrades.  If you
3  knot it up and put it by the bladder, you can have
4  degradation, foreign body reaction, and then
5  subsequently erosion.  So, yes, the question is
6  why.
7      MR. SNELL:  Move to strike as
8  nonresponsive.
9      Q.   BY MR. SNELL:  My question was:  Do
10 you know there are studies that report suture
11 erosions by people who do the autologous
12 pubovaginal sling, like Ed McGuire, that report
13 suture erosions at a follow-up of greater than
14 24 months?
15     A.   I would have to see that exact study
16 and we'd have to review it, see how they did the
17 study.  But, again, it raises the issue of why
18 that's occurring.
19     Q.   My question is:  Do you know whether
20 or not the data exists?
21     A.   I answered that and said I'd have to
22 see the studies you're talking about and how they
23 did the procedure.
24     MR. CARTMELL:  Lunch is ready when you
25 are.

34 (Pages 130 to 133)

Daniel Steven Elliott, M.D.

Page 134

1    MR. SNELL: Is it. Yeah, let's go
2  ahead and do lunch.
3    (Recessed from 12:30 p.m. to
4    1:01 p.m.)
5    (Exhibit 9 marked.)
6  Q  BY MR. SNELL: Doctor, I've handed you
7  the Position Statement on mid-urethral
8  sling-Urethral Slings for Stress Urinary
9  Incontinence By IUGA.
10    You're familiar with this document?
11  A. Yes, I am.
12  Q. This is one of those professional
13  societies to which you belong today?
14  A. That is correct.
15  Q. And similar to the AUA statement that
16  we looked at, it talks about efficacy of the
17  mid-urethral slings; correct?
18  A. Correct.
19  Q. And it talks about safety of
20  mid-urethral slings; correct?
21  A. Yeah. It discusses it, yes.
22  Q. All right. In the third paragraph,
23  when they're talking about mid-urethral slings,
24  they state that "They have been shown to be as
25  effective as more invasive traditional surgery

Page 135

1  with major advantages of shorter operating and
2  admission times and a quicker return to normal
3  activities together with lower rates of
4  complications."
5    Do you see that?
6  A. Yes, I do.
7  Q. Do you disagree with the IUGA position
8  statement?
9  A. I disagree.
10  Q. "This has resulted in the mid-urethral
11  sling becoming the operation of choice in Europe,
12  Asia, South America, South Africa, Australasia,"
13  A-u-s-t-r-a-l-a-s-i-a, "and North America for the
14  treatment of SUI with several million procedures
15  performed worldwide."
16    Do you see that?
17  A. Yes, I do.
18  Q. Do you agree or disagree with that
19  statement that it is the operation of choice as
20  amongst the alternative surgeries?
21  A. It is the most common procedure --
22  Q. Okay.
23  A. -- I mean, performed.
24  Q. A little further down it says, "There
25  is robust evidence to support the use of

Page 136

1  mid-urethral slings from over 2,000 publications
2  making this treatment the most extensively
3  reviewed and evaluated procedure for female stress
4  urinary incontinence now in use."
5    Do you agree with that?
6  A. I have not looked at it.
7  Q. "These scientific publications studied
8  all types of patients, including those with
9  co-morbidities, such as prolapse, obesity, and
10  other types of bladder dysfunction."
11    Have you analyzed that?
12  A. Independently analyzed it, I've read
13  the studies concerning that.
14  Q. You haven't read all 2,000
15  publications they're referring to; correct?
16  A. No. That is correct. Yes.
17  Q. It says, "It is, however, acknowledged
18  that any operation can cause complications."
19    And that's a fair statement; correct?
20  A. There can be different sets of
21  complications, but any procedure can have
22  complications.
23  Q. "For mid-urethral slings these include
24  bleeding, damage to the bladder and bowel, voiding
25  difficulty, tape exposure and pelvic pain; all of

Page 137

1  these may require repeat surgery, but this is
2  uncommon."
3    Do you see that?
4  A. Yes, I do.
5  Q. A little further down, they talk about
6  "long-term effectiveness of up to 80 percent has
7  been demonstrated in studies including one which
8  has followed up a small group of patients for
9  17 years"; correct?
10  A. That's what it states, yes.
11  Q. And in this IUGA statement has a list
12  of references -- do you have that? All right.
13    So for the 17-year study, you
14  understand that to be the Nilsson paper on the TVT
15  retropubic study?
16  A. That's the only 17-year one. I'll
17  make an argument that it's not TVT.
18  Q. What argument would you make that it's
19  not TVT?
20  A. Based upon the deposition by Arnaud
21  who said it's not a TVT product. And he doesn't
22  know if it's the polypropylene mesh even used by
23  Ethicon -- or manufactured by Ethicon.
24  Q. Do you have any -- have you done any
25  independent confirmation of whether or not that

35 (Pages 134 to 137)

Daniel Steven Elliott, M.D.

Page 138

1    product was TVT other than what you just
2    referenced with regard to Dr. Axel Arnaud's
3    deposition testimony?
4         A.   The only way I'd have access to that
5    is via the deposition.  It's impossible to know
6    that in another independent source, but unless Axel
7    Arnaud is very high up in Ethicon and he states
8    it's not TVT, I'm going to believe him.
9         Q.   Do you know whether that mesh was a
10   Prolene -- polypropylene mesh?
11        A.   It was a polypropylene mesh, as what
12   he said.  Maybe made by Ethicon.  Maybe made by
13   Bard.  He doesn't know.
14        Q.   As a result IUGA supports the use of
15   monofilament polypropylene mid-urethral slings for
16   the surgical treatment of female stress urinary
17   incontinence."
18             Do you see that?
19        A.   Yes, I do.
20        Q.   Do you agree or disagree with IUGA's
21   support?
22        A.   Disagree.
23        Q.   You've read the AUGS and SUFU
24   statement on mid-urethral slings?
25        A.   Yes, I have.

Page 139

1             (Exhibit 10 marked.)
2         Q.   BY MR. SNELL:  You don't belong to
3    AUGS, but you do belong to SUFU; right?
4         A.   That -- yeah.  They're sister
5    societies.  So I can attend AUGS meetings as a
6    member, but I am not formally in their membership
7    role.
8         Q.   SUFU has over 500 members?
9         A.   I don't know the number.  It's a lot.
10        Q.   AUGS -- do you know whether they
11   represent more than 1,700 members?
12        A.   They have a lot.  They have more than
13   SUFU.
14        Q.   Do you have to be a urogynecologist or
15   to have passed a subspecialty female pelvic
16   medicine or reconstructive surgery boards to be a
17   member of AUGS as opposed to SUFU?
18        A.   No.  You can be a member of AUGS
19   without having any credentials.  To take the board
20   exam, the female pelvic medicine reconstructive
21   surgery, you just have to supply certain logs,
22   have a certain amount of volume of cases and take
23   the exam.
24        Q.   You took that exam and passed it;
25   right?

Page 140

1         A.   Correct.  In June of 2013.
2         Q.   Did you have to study for that exam?
3         A.   Yes, I did.
4         Q.   Did part of that exam testing concern
5    polypropylene mid-urethral slings?
6         A.   Yes.
7         Q.   Was part of that exam concerning the
8    Burch colposuspension and the autologous
9    pubovaginal sling?
10        A.   It's been two years, and I can't
11   recall exactly.  I know they had Burch questions
12   and I know they had sling questions, yes.
13        Q.   This says, "The polypropylene mesh
14   mid-urethral sling is the recognized worldwide
15   standard of care for the surgical treatment of
16   stress urinary incontinence."
17             Do you see that?  On the first page.
18        A.   Unfortunately, no, I don't see it.
19        Q.   Here.
20        A.   I listen to -- oh, there on the bold.
21   Yes.  I see it.
22        Q.   And you would agree it's within the
23   standard of care for a female urologist or a
24   pelvic floor surgeon to do a polypropylene mesh
25   mid-urethral sling like the TVT retropubic today?

Page 141

1         A.   It is not malpractice to do that
2    procedure.
3         Q.   It, therefore, is within the standard
4    of care; correct?
5             MR. CARTMELL:  Object to the form.
6         A.   Well, as I said, it's not going to be
7    malpractice.  It is an accepted treatment out
8    there.
9         Q.   BY MR. SNELL:  You've reviewed --
10   well, let me ask you:  Have you reviewed the AUA
11   stress urinary incontinence guidelines?
12        A.   Yeah.  It depends which year you're
13   talking about.  There's 2009 and others.
14        Q.   The 2009 and then the update in 2012?
15        A.   Yes.  Yes.
16        Q.   All right.  I think you pronounced the
17   lead author's name --
18        A.   Oh, Dmochowski.  Call him Roger.
19        Q.   For example, in those AUA stress
20   urinary incontinence guidelines, they recognize
21   mid-urethral, retropubic, trans -- they -- strike
22   that.
23             In the AUA stress urinary incontinence
24   guidelines they recognize the retropubic
25   polypropylene mid-urethral sling like the TVT

36 (Pages 138 to 141)

Daniel Steven Elliott, M.D.

| Page 142 | Page 144 |
|---|---|

**Page 142**

1 retropubic as being a suitable surgical option for
2 surgeons to turn to; correct?
3    A. Yeah. Using the terminology you did,
4 it is one of the treatment options available.
5    Q. And they looked at the literature, did
6 a systematic review, and they analyzed the data on
7 mid-urethral slings, Burch, and the autologous
8 pubovaginal slings, and came to that conclusion?
9    A. Yes. They analyzed more than just
10 those, but, yes, those are some of the ones they
11 analyzed.
12    Q. Those were the main groups that they
13 reported on; correct?
14    A. I'd have to look at your question --
15 it was, you know, retropubic, transobturator,
16 pubovaginal, and Burch.
17    Q. Right. In the AUGS/SUFU statement
18 they say, "The procedure is safe, effective, and
19 has improved the quality of life for millions of
20 women."
21    Do you see that? I'm sorry. Right
22 where we were at.
23    A. Oh, I'm sorry. Yes, I see that.
24    Q. Do you agree or disagree with
25 AUGS/SUFU?

**Page 143**

1    A. Disagree.
2    Q. You disagree that the procedure is
3 effective?
4    A. No.
5    Q. Do you disagree that the procedure has
6 improved the quality of lives for millions of
7 women?
8    A. I have no way of proving that.
9    Q. You disagree the procedure is safe?
10    A. Yes.
11    Q. And do you believe that all
12 polypropylene mesh mid-urethral slings are unsafe?
13    A. That are currently available on the
14 market now, I agree with you they are all unsafe.
15    Q. Let me rephrase that. I don't think I
16 asked you to agree with me.
17    MR. CARTMELL: You did.
18    MR. SNELL: No, I didn't. I think --
19    MR. CARTMELL: Do you disagree?
20    MR. SNELL: Disagree the procedure is
21 safe, yes.
22    Q. BY MR. SNELL: All right. My question
23 was: And do you believe that all polypropylene
24 mesh mid-urethral slings are unsafe?
25    A. Okay. All the --

**Page 144**

1    MR. CARTMELL: He answered it.
2 Objection. Asked and answered.
3    We're reading it. He says that are
4 "currently available on the market, I agree with
5 you, they are all unsafe."
6    MR. SNELL: He's not agreeing with me,
7 because I didn't posit the question as "please
8 agree with me." I'm just asking his opinion.
9    Q. BY MR. SNELL: Understand. So let me
10 just -- let's just strike that and make sure we
11 get a clean Q and A.
12    Do you believe, Dr. Elliott, that all
13 of the polypropylene mesh mid-urethral slings
14 available for the treatment of female stress
15 urinary incontinence are unsafe?
16    A. I believe that all the currently
17 available mesh slings available on the market as
18 of right now and their technique are unsafe.
19    Q. You do not disagree, I take it, that
20 some women can have, following the TVT retropubic
21 placement, cure of their incontinence and
22 improvement in quality of life?
23    MR. CARTMELL: Object to the form.
24    A. It is a hypothetical individual, but
25 there are going to be studies that show, as of

**Page 145**

1 right now, they have had -- they've reached that.
2 The question is what will happen with long-term
3 follow-up.
4    Q. BY MR. SNELL: Do you only treat
5 female stress incontinence or do you also treat
6 male stress incontinence?
7    A. I treat both female and male voiding
8 dysfunction.
9    Q. Do males have stress urinary
10 incontinence?
11    A. Following prostate surgery. Almost
12 exclusively that's what I see them for.
13    Q. Do you use any medical devices for the
14 treatment of male stress urinary incontinence?
15    A. Yes. The AMS800 -- American Medical
16 Systems 800 artificial urinary sphincter.
17    Q. And are there any lifelong registries
18 monitoring those patients?
19    A. Yes. The AMS -- American Medical
20 Systems keeps a registry of all implants. Every
21 time I do a surgery on them, they are notified,
22 and I have to fill out a summary of what I did,
23 revision, complications, et cetera.
24    Q. Do those track the patients lifelong?
25    A. Yes.

37 (Pages 142 to 145)

Daniel Steven Elliott, M.D.

| Page 146 | Page 148 |
|---|---|

**Page 146**

1  Q.  Where is that data published, if at
2  all?
3  A.  It is not published.  It's at AMS.
4  American Medical Systems, which is based in
5  Minnetonka, Minnesota.  And that goes back to
6  1972.
7  (Exhibit 11 marked.)
8  Q  BY MR. SNELL:  I've handed you
9  Exhibit 11.  This is the AUGS -- one of the AUGS
10  position statements; correct?
11  A.  Correct.  This one is on pelvic floor
12  disorders, though.
13  Q.  If you look at paragraph 5 where they
14  talk about stress urinary incontinence and mesh
15  slings.
16  A.  On page 3, I think?
17  Q.  Yes.
18  A.  I'm there.
19  Q.  It says, "Full length mid-urethral
20  slings, both retropubic and transobturator" -- and
21  just so we're clear, the TVT retropubic is a full
22  length retropubic mid-urethral sling; correct?
23  A.  I'm sorry to interrupt you.  I just
24  don't know where you are -- I see the paragraph.
25  I just don't know which --

**Page 147**

1  Q.  The bottom five, six lines.
2  A.  Starting --
3  Q.  Actually, the bottom three lines.
4  That's okay.
5  A.  Starting with "Full-length," yes.
6  Q.  Okay.  The TVT retropubic device is a
7  full length retropubic mid-urethral sling; right?
8  A.  Okay.  I'm sorry.  I was trying to
9  find where you -- I thought you were reading.  I'm
10  sorry.
11  The question was, is the
12  full-length -- well, I don't necessarily know what
13  they mean by a full length.  Everything is a full
14  length, whether it's short or long, but this is
15  the longest length of mesh.
16  Q.  It says they "have been extensively
17  studied, are safe and effective relative to other
18  treatment options and remain the leading treatment
19  option and current gold standard of care for
20  stress incontinence surgery"; correct?
21  A.  That's what they state, yes.
22  Q.  Do you disagree or agree with AUGS?
23  A.  I disagree.
24  Q.  What exactly do you disagree with
25  there in that paragraph -- sorry.  In that

**Page 148**

1  sentence?
2  A.  That is outlined in detail in my
3  expert report, going to all those various issues.
4  The extensively studied, I agree with.
5  Safe, I disagree with, as mentioned in
6  my expert report, my clinical experience, my
7  discussion in national and international meetings.
8  Effective relative to other treatment
9  options, I agree with.  We've established that
10  already.
11  Remains a leading treatment
12  opposition, I agree.  It is common, the use.  I
13  don't have a problem with that.
14  Current gold standard of care for
15  stress urinary incontinence.  Gold standard means
16  absolutely nothing to me.  I don't even know what
17  that means.  The term gets thrown around a lot.
18  Is it something that is compared to?
19  It is the best.  So it is -- I agree with the
20  leading treatment option.  There are other things
21  that are available that it could be compared to.
22  Burch sling or the TVT.
23  Q.  The term "gold standard," that's
24  something that you've seen commonly in the medical
25  literature; correct?

**Page 149**

1  A.  It is thrown around extensively.  It's
2  a bad term.
3  Q.  You've seen people refer to the
4  autologous pubovaginal sling as a gold standard;
5  correct?
6  A.  Correct.
7  Q.  You've seen people refer to the Burch
8  colposuspension as the gold standard; correct?
9  A.  Correct.
10  Q.  You've seen people refer to the TVT
11  retropubic device as a gold standard; correct?
12  A.  Correct.
13  Q.  To your knowledge or understanding, is
14  there a -- strike that.
15  To your knowledge and understanding,
16  what does it mean to be a gold standard within the
17  art of pelvic surgery?
18  A.  It should be -- this is my
19  interpretation of it.
20  Gold standard should be the procedure
21  that has the safest, the best, which everything
22  should be compared to.  The gold standard, unlike
23  gold.  Gold cannot -- the true iron -- or true
24  element cannot be replaced.  Okay.  Gold standards
25  have evolved.

38 (Pages 146 to 149)

Daniel Steven Elliott, M.D.

Page 150

1    In the '90s, it was the Raz, R-a-z,
2  urethropexy.  That's gone now.  So gold standard
3  is a shifting thing.  It's what everything should
4  be compared to because it has proven itself to be
5  the best in all factors involved.
6    Q.   Back when the Raz urethropexy was
7  reported in the literature, there weren't any
8  randomized control trials in that procedure,
9  comparing it to the Burch and pubovaginal sling;
10  correct?
11    A.   I'd have to look at the literature.  I
12  don't recall any.
13    Q.   Did people refer to, like, the Raz
14  procedure as the gold standard, not based on
15  comparative -- direct comparative data?
16    A.   The gold standard relative to urinary
17  incontinence has really evolved since TVT came
18  out.  And that's when there was now a comparison.
19  You had some people were for Burch, some people
20  for sling, some people for the Raz.  The Raz fell
21  out.  Wasn't effective.  Then TVT was around.
22  Then the argument came of this gold standard.
23  But, again, it's not like you can type up a paper
24  and put in equations and come up with, oh, this
25  one's gold.  It's relative.

Page 151

1    Q.   There are other procedures for stress
2  urinary incontinence that have also fallen out of
3  favor, like the MMK that you earlier referenced;
4  correct?
5    A.   Correct.  There are many that have
6  faded away.
7    Q.   The anterior repair is another;
8  correct?
9    A.   Well, I don't know if you're talking
10  about the Kennedy Kelly plication.  That is still
11  done somewhat, but it's not, what you would say,
12  in the upper tier of effective treatments.
13    Q.   And that would be based on randomized
14  control trial data or cohort studies?
15    A.   Cohort studies.
16    MR. SNELL:  Let's mark this as the
17  next one.
18    (Exhibit 12 marked.)
19    Q   BY MR. SNELL:  Exhibit 12 is the EAU
20  Guidelines on Surgical Treatment of stress --
21  strike that.
22    EAU Guidelines -- let me get a better
23  question out.
24    Exhibit 12 is the EAU Guidelines on
25  Surgical Treatment of Urinary Incontinence;

Page 152

1  correct?
2    A.   That is correct.
3    Q.   And have you reviewed this document
4  before?
5    A.   Yes, I have.
6    Q.   Okay.  Were you involved in the
7  drafting of this document?
8    A.   No, I was not.  And the interesting
9  thing is, being a member of the female urology
10  section, I don't recognize very many of these
11  names.
12    Q.   This was published in 2012; right?
13    A.   Yes.
14    Q.   And what they did was, using their
15  methodology, they used evidence-based medicine
16  methodology and did individual literature search
17  strategies?
18    A.   Correct.  For the treatment of both
19  men and women.
20    Q.   Fair enough.
21    And for the treatment of stress
22  urinary incontinence in women, they concluded that
23  mid-urethral slings should be offered as the first
24  line treatment; correct?
25    A.   I'd have to see where you're quoting.

Page 153

1  I just don't see it in the document.  The
2  document's fairly long.
3    Q.   Okay.  The third page, go to the
4  surgical algorithm.
5    A.   Yes.
6    Q.   Where you see if a person has -- a
7  woman; right?  The top diagram is for treatment in
8  women; right?
9    A.   Correct.
10    Q.   And for stress incontinent women,
11  first line is "Offer mid-urethral sling"; correct?
12    A.   Yeah.  Or "consider peri-urethral
13  injections"; right.
14    Q.   Right.  So mid-urethral sling would be
15  a first-line surgical option for the treatment of
16  stress urinary incontinence in women, according to
17  the EAU Guidelines; correct?
18    A.   Yeah.  Yes.  This algorithm,
19  established in 2012, that is what they offer as
20  first-line treatment.
21    Q.   And they also identify the
22  mid-urethral sling as a first-line surgical option
23  if there's mixed incontinence, but the stress is
24  predominant; correct?
25    A.   Yes.

39 (Pages 150 to 153)

Daniel Steven Elliott, M.D.

Page 154

1    Q.   And do you disagree with the EAU
2  Guidelines in that regard?
3    A.   Yes, I do.
4      (Exhibit 13 marked.)
5    Q   BY MR. SNELL:  This is the Guidelines
6  on Urinary Incontinence from the EAU 2015.
7      Do you see that?
8    A.   Yes, I do.
9    Q.   So this is when you were in your role
10 in that pertinent group; correct?
11   A.   That's correct.
12   Q.   First page says, "Mid-urethral slings
13 are now the most frequently used surgical
14 intervention in Europe for women with stress
15 urinary incontinence."
16     Do you see that?
17   A.   I don't see it.  But I heard you read
18 it.  Okay.  Yes.  Yes, I see it.  Yes.
19   Q.   And for the purpose of the guidelines,
20 they did a new meta-analysis; correct?
21   A.   Correct.
22   Q.   Were you consulted on these
23 guidelines?
24   A.   No, I was not.
25   Q.   But these are people who are in the

Page 155

1  group that you belong to?
2    A.   They're in -- members of the EAU.  But
3  these are not people in the subsection of female
4  urology and functional urology.  And I'm on the
5  board of those.  And I know some of their names,
6  but they're not sitting on the board.
7    Q.   Were you even aware that these urinary
8  incontinence guidelines were published in 2015 by
9  EAU?
10   A.   No.  I was aware they were published.
11 I was not part of their publishing.
12   Q.   Does the EAU still recognize the
13 mid-urethral polypropylene slings as a surgical
14 option to treat stress urinary incontinence?
15   A.   Yes.  As stated in their document,
16 they do not ban its use.
17   Q.   Do they still, as of today, recognize
18 the mid-urethral polypropylene sling as being the
19 appropriate first-line surgical option?
20   A.   That's what they state in the previous
21 document.  I don't know about this one.
22     (Exhibit 14 marked.)
23   Q.   BY MR. SNELL:  So these are the fact
24 sheets by ICS published July 2013.
25     Do you see that?

Page 156

1    A.   Yes, I do.
2    Q.   ICS is another organization you belong
3  to; correct?
4    A.   That is correct.
5    Q.   And so they cover different
6  conditions, like overactive bladder, and then they
7  have stress urinary incontinence beginning on
8  page 12.
9    A.   Yes.
10   Q.   Have you seen these before?
11   A.   Um-hum.  Yes, I have.
12   Q.   Do you use these statements with any
13 of your patients?
14   A.   No.
15   Q.   I know ACOG and the Urology
16 Foundation, the branch of the AUA, have patient
17 guides, publications, things like that.
18     Do you use any of those materials with
19 your patients?
20   A.   We have them available for education
21 purposes.  We'll go through it.  But to be honest,
22 usually that's so overwhelming for the average
23 individual that we don't rely on them heavily.
24   Q.   Does Mayo Clinic have its own patient
25 education handouts that you use --

Page 157

1    A.   Yeah.  We have a --
2    Q.   -- for stress urinary incontinence?
3  That's what I'm focused on.
4    A.   We have an overarching, for
5  incontinence.  Within it is a subsection of stress
6  incontinence.  But it's not specific just to
7  stress.
8    Q.   Okay.  On page 13 where they're
9  talking about -- it says, "Definitive therapy for
10 SUI is surgical."
11   A.   Correct.
12   Q.   You would agree with that; correct?
13     MR. CARTMELL:  I'm sorry.  What was
14 the question again?
15   A.   Definitive area for SUI is the
16 surgical?
17   Q.   BY MR. SNELL:  No.  Let me repeat it.
18 It's not "area."
19     This states on page 13, "Definitive
20 therapy for SUI is surgical."
21     Do you see that?
22   A.   No.  I see it.
23   Q.   Do you agree with that?
24   A.   I'd say no.  It is -- surgery is an
25 option for some individuals.  But some individuals

40  (Pages 154 to 157)

Daniel Steven Elliott, M.D.

| Page 158 | Page 160 |
|---|---|
| 1  with appropriate counseling do not need to have | 1   A.  Yes, that is a fair statement. |
| 2  surgery.  So depends how you're defining | 2   Q.  And I mean, you're a better surgeon, |
| 3  definitive, I suppose.  There are other things | 3  don't you think, today than when you were coming |
| 4  that work. | 4  out of your fellowship; correct? |
| 5   Q.  Right.  So pelvic floor exercises; | 5   A.  Correct. |
| 6  correct? | 6   Q.  And part of that is because you've |
| 7   A.  Correct.  That's one of them. | 7  amassed more surgical volume experience; correct? |
| 8   Q.  And bulking agents; correct? | 8   A.  That is one aspect of it.  And I have |
| 9   A.  Correct. | 9  read hundreds of journal articles, attend all the |
| 10   Q.  And you're aware of data showing | 10  national and international meetings, and discuss |
| 11  surgical -- when you compare stress urinary | 11  with high level colleagues.  But, yes, there |
| 12  incontinence surgery, the efficacy of that | 12  should be progress.  But individuals who don't |
| 13  compared to those alternatives, non-surgical | 13  have the advantages I do, aren't necessarily going |
| 14  alternatives, surgery has better results? | 14  to progress.  They could actually worsen. |
| 15   A.  Correct.  I agree with that.  I just | 15   (Exhibit 15 marked.) |
| 16  have a problem with definitive therapy. | 16   Q   BY MR. SNELL:  This is the NICE, |
| 17   Q.  Right. | 17  N-I-C-E, Clinical Guideline 171 issued |
| 18   A.  It's a little too dogmatic for me. | 18  September 2013 on urinary incontinence in women. |
| 19   Q.  Okay.  "Worldwide, mid-urethral slings | 19   Are you familiar with this? |
| 20  comprised of synthetic mesh have become the | 20   A.  Yes, I am. |
| 21  treatment of choice for SUI." | 21   Q.  Turn to page 24. |
| 22   And we've already discussed that; | 22   A.  Okay. |
| 23  right? | 23   Q.  And just as background, you're aware |
| 24   A.  Ad nauseam, yes. | 24  then that in the generation of this NICE guideline |
| 25   Q.  "Long-term data are robust and | 25  they searched the medical literature? |

| Page 159 | Page 161 |
|---|---|
| 1  demonstrate durable efficacy with a very low | 1   A.  Yes.  They have done similar to what |
| 2  complication rate, particularly in experienced | 2  the AUA guidelines are.  All these societies do |
| 3  hands." | 3  essentially the same thing. |
| 4   You would agree with that? | 4   Q.  And they say for when offering -- |
| 5   MR. CARTMELL:  Object to the form. | 5  strike that. |
| 6   A.  I agree with parts and disagree with | 6   They state, paragraph 1.10.3, "When |
| 7  other parts.  So in totality, I would have to say | 7  offering a synthetic mid-urethral tape procedure |
| 8  I disagree. | 8  surgeons should:  Use procedures and devices for |
| 9   Q   BY MR. SNELL:  What do you agree with | 9  which there is current high quality evidence of |
| 10  in that sentence? | 10  efficacy and safety." |
| 11   A.  Long-term -- oh, what do I agree with? | 11   Do you see that? |
| 12  Sorry. | 12   A.  Yes, and I agree with that statement. |
| 13   Q.  Yes. | 13   Q.  They also say use only -- "only use a |
| 14   A.  I think, as we established, "durable | 14  device that they have been trained to use." |
| 15  efficacy," I'm okay with that. | 15   Do you agree with that? |
| 16   And then, "particularly in experienced | 16   A.  Yes, I do. |
| 17  hands," as I've stated before, more experienced | 17   Q.  Do you use any devices that you |
| 18  surgeons, the data is very clear.  Arnaud even | 18  weren't trained on? |
| 19  admitted they're going to have better results. | 19   A.  No. |
| 20   "Very low complication rates," I | 20   Q.  "Use a device manufactured from type 1 |
| 21  disagree with.  Strongly. | 21  macroporous polypropylene tape." |
| 22   Q.  For any type of stress incontinence | 22   Do you agree with that? |
| 23  surgery, we can agree that more experienced | 23   A.  If he's referring to the Amid type 1, |
| 24  surgeons are going to typically give better | 24  I disagree with that. |
| 25  results; right? | 25   Q.  Well, there's no other type 1 system |

41 (Pages 158 to 161)

Daniel Steven Elliott, M.D.

Page 162

1    that reports and identifies macroporous versus
2    microporous than Amid; correct?
3         A.    There is no industry standard
4    regarding that.  However, I'm stating that Amid is
5    archaic.  So macroporous is a relative term.  We
6    have to define what macroporous is.
7         Q.    So there is no -- so macroporous means
8    macro, large; porous, pores; correct?
9         A.    That is the literal translation of the
10   word, yes.
11        Q.    And in the Amid classification,
12   macroporous is defined as greater or equal to
13   75 microns; is that correct?
14        A.    Yeah.  Yeah.  Greater than or equal
15   to, yeah, that's what Amid does.
16        Q.    And that's because the cells involved
17   in tissue ingeneration, combating bacteria are all
18   cells that are smaller than 75 microns; correct?
19        A.    Well, I mean, it goes beyond that,
20   that the 75 microns and be able to have the
21   inflammatory responders, be able to perforate
22   through that.
23             But, again, the data shows, Ethicon
24   agrees as stating, that it's 1,000 microns now and
25   a minimum under strain.  So what I'm saying is the

Page 163

1    Amid is archaic, and not the standard used
2    anymore.
3         Q.    Do any of the professional societies
4    that you belong to state and define macroporous as
5    anything other than that which the Amid
6    classification states it as, greater than or equal
7    to 75 microns?
8         A.    I have yet to see that in any of the
9    society statements that they state that because
10   they don't know the information I've been privy
11   to.
12        Q.    We can agree that those inflammatory
13   cells are all smaller than 75 microns; correct?
14             MR. CARTMELL:  Object to the form.
15        A.    Not necessarily, because some of the
16   macrophages, especially under activated states,
17   can be up to 80 micrometers or greater.
18        Q    BY MR. SNELL:  Well, you know
19   macrophages can enhance pseudopodia, which can get
20   into spaces that are less than 5 microns; don't
21   you.
22        A.    Then if all that were true --
23        Q.    Answer my question.  Do you know that
24   or not?
25        A.    I was answering your question.

Page 164

1             MR. CARTMELL:  Let him answer.
2         A.    And I'm saying, if all that were true,
3    we would not be sitting here with all the
4    degradation problems and inflammatory responses.
5    And then I know what I read with Ethicon
6    depositions, that they all agree that is too small
7    and that is not the standard they go by.  So all
8    I'm saying is I do not agree with this as it's
9    stated.
10        Q    BY MR. SNELL:  But my question to you
11   is:  Based on your knowledge and scientific
12   understanding, can macrophages extend pseudopodia
13   to try to get to bacteria in spaces less than
14   5 microns?
15        A.    They can try, but are they successful?
16        Q.    Are they --
17        A.    And this is -- this is 75 microns when
18   it comes out of the box.  But that's not under
19   stress.  So it decreases.  So, again, where
20   they're really insufficient and where I have privy
21   to information is not what it comes out of the
22   box, when it's been implanted in the woman and
23   after contraction of scarring.
24        Q.    The pore size in the mesh for TVT is
25   much larger than 75 microns out of the box.  We

Page 165

1    can agree to that.
2         A.    Out of the box, I have seen numbers
3    all over the board because they don't have a --
4    there's not a circle with a diameter.  There's
5    wires or fibers going everywhere.  So there's not
6    a uniform size.  So you may have one greater than
7    75.  Right next to it, you have one at 10 microns.
8    And that's what P.A. Newell said under oath.
9         Q.    Have you ever put the TVT mesh out of
10   the box next to a millimeter ruler and looked --
11        A.    Yes.
12        Q.    -- and seen whether the pores are
13   larger than a millimeter?
14        A.    Absolutely, I have.
15        Q.    And those pores are larger than a
16   millimeter out of the box; correct?
17        A.    Absolutely not.  A millimeter?
18        Q.    Yes.  100 microns for a TVT.
19        A.    Out of the box.  You might be able to
20   find some, but right next to it it's not.  But,
21   again, that doesn't matter out of the box.  It's
22   when it's implanted in the woman under load.
23        Q.    Yes.  But those inflammatory cells
24   don't just go in circles; do they, sir?
25        A.    Well, there's going to be

42 (Pages 162 to 165)

Daniel Steven Elliott, M.D.

Page 166

1  literature -- and let's go to my expert report on
2  this, on degradation and pore size. I've got the
3  literature stated from individuals like Klinge,
4  Klosterhalfen, Costello, Clave, et al., who will
5  disagree with you, that, no, that pore size is
6  insufficient to have adequate tissue incorporation
7  and prevention of the inflammation which then
8  causes degradation, et cetera.
9      Q. Klinge and those doctors were
10  assessing hernia mesh, not the TVT device in the
11  application of stress incontinence in women;
12  correct?
13          MR. CARTMELL: Object to the form.
14      A. Okay. And then --
15      Q  BY MR. SNELL: Is that a yes or no?
16      A. No. I can't answer a separate yes or
17  no because my understanding is they're doing
18  hernia meshes in the abdomen. TVT is a hernia
19  mesh being put into the vagina. So it's going to
20  be a worse of an environment because of higher
21  bacteria counts. Different types of strain. So
22  if it performs poorly in the abdomen, it's going
23  to perform worse in the vagina.
24      Q. All of the citations where you cite to
25  Klinge and those doctors in your report are in the

Page 167

1  context of hernia; correct?
2      A. All right. Let's go to my expert
3  report on pore size, because if we're going to
4  talk about this in detail -- I spent a lot of time
5  on this, and so we can go to that. So I have it
6  down here beginning around page 18, where I
7  reference internal documents, studies, et cetera.
8      Q. None of them being TVT retropubic
9  device studies that were in women; correct?
10      A. Well, if --
11      Q. That's a yes or no. So which one is
12  it?
13          MR. CARTMELL: No. You can answer.
14  Let him answer. You cut him off again. That's
15  twice in the last minute and a half.
16          MR. SNELL: No, no. I can say a yes
17  or no question, Tom; you know that.
18          MR. CARTMELL: So let him answer the
19  question. Go ahead.
20          MR. SNELL: It's a yes or no.
21          MR. CARTMELL: Go ahead.
22      A. They have done studies looking at the
23  hernia mesh. Have Klinge, Klosterhalfen and
24  others done it specifically with the TVT? No.
25  But I have to extrapolate the data. That would

Page 168

1  have been something very good for Ethicon to have
2  done.
3          MR. SNELL: Move to strike everything
4  up to the responsiveness about "when they" with
5  regard to TVT, no.
6      Q. BY MR. SNELL: You call him Klingel
7      A. Klinge.
8      Q. Is it Klingel or Klinge? Because I
9  heard it all different ways.
10          MR. CARTMELL: I thought it's Klinge.
11      A. It's Klinge.
12          MR. CARTMELL: Klinge, okay. He said
13  Klinge.
14      Q  BY MR. SNELL: Oh, I think he said
15  Klingel, like Chris Klingel? I just want to make
16  sure I know we're talking about the same person.
17  It's the same person; right?
18      A. Klinge, yeah.
19      Q. Okay. Look, I'm even worse than you
20  are with names, and you're pretty good with names.
21  I'm bad with them. All right.
22          MR. CARTMELL: Chris Klinge.
23      Q  BY MR. SNELL: So we were looking at
24  that NICE guideline. It says down --
25          MR. CARTMELL: NICE or NICE.

Page 169

1      Q  BY MR. SNELL: That's a good one.
2  It's abbreviated NICE.
3      A. I know it.
4      Q. All right. So for the NICE guideline
5  under colposuspension, it says, "Do not offer a
6  laparoscopic colposuspension as a routine
7  procedure for the treatment of stress UI in
8  women."
9          Do you see that?
10      A. Yes, I do.
11      Q. You've never done a laparoscopic
12  Burch; right?
13      A. No, I have not.
14      Q. Why would they say that respect to the
15  laparoscopic Burch?
16      A. Well, the laparoscopic Burch is really
17  not a -- let me start over.
18          A laparoscopic Burch is not a true
19  Burch procedure. They have to modify it, and it's
20  not really even a Burch. And the success has been
21  poor with the laparoscopic procedure called the
22  laparoscopic Burch.
23      Q. Under Biological slings they say, "Do
24  not offer anterior colporrhaphy, needle
25  suspensions, paravaginal defect repair and the MMK

43 (Pages 166 to 169)

Daniel Steven Elliott, M.D.

Page 170

1    for the treatment of stress UI."
2        Do you see that?
3        A.   Yes, I do.
4        Q.   Is that an accurate, up-to-date
5    statement with regard to the practice of
6    surgically treating female stress urinary
7    incontinence?
8        A.   This is a very simplified, infantile
9    form of it, but anterior colporrhaphy is to treat
10   prolapses, not incontinence.
11       Q.   Okay.
12       A.   Needle suspensions have fallen out of
13   favor because they don't work.  Paravaginal defect
14   repair, it's, again, a prolapse repair.  It's not
15   incontinence.  MMK, in the correct the high-volume
16   surgeon's hands can have decent success with it,
17   but that's not everybody.  So I agree that it's
18   not going to be, by any means, for the
19   overwhelming majority of people a first-line
20   treatment.
21       Q.   Is the MMK taught at all to residents
22   and fellows in Mayo?
23       A.   In the GYN department it may be, but
24   not in urology at all.
25       Q.   Do you think it's a fair statement

Page 171

1    that as between GYNs versus urologists, GYNs tend
2    to do more colposuspension procedures than
3    urologists, like yourself tend to favor slings
4    more?
5        MR. CARTMELL:  Object to the form.
6        A.   Colposuspension just means a vaginal
7    prolapse repair.  So that's what you're talking
8    about.  They do more prolapse than we do?
9        Q   BY MR. SNELL:  No.  They do more like
10   Burch and MMK?
11       A.   Oh, yes.  Oh, okay.  I see what you're
12   saying.
13       That would probably be a fair
14   statement, yes.
15       (Recessed from 1:45 p.m. to
16       1:50 p.m.)
17       (Exhibit 16 marked.)
18       Q   BY MR. SNELL:  Doctor, I've handed you
19   Exhibit 16.  This is from the Mayo Clinic
20   regarding urinary incontinence.
21       Is this the information you had
22   earlier referenced that Mayo puts out regarding
23   urinary incontinence?
24       A.   Well, this is on their web site, yeah,
25   which I had no role in this.

Page 172

1        Q.   I printed this out September 18th,
2    2015.  You see that at the bottom?
3        A.   Yes.
4        Q.   This is where the Mayo Clinic is
5    talking about urinary incontinence, particularly
6    for women; right?
7        A.   Yes.
8        Q.   And you see on the second page, Mayo
9    Clinic.
10       And you still work at Mayo Clinic;
11   right?
12       A.   Correct.
13       Q.   Talks about "Sling procedures to treat
14   stress incontinence"; correct?
15       A.   Correct.
16       Q.   And they say Mayo Clinic -- are you
17   employed by Mayo Clinic or are you an independent
18   contractor?
19       A.   No.  I'm employed by Mayo.
20       Q.   Mayo Clinic says sling procedures and
21   bladder neck suspension procedures are the most
22   common surgical procedures; right?  Falling into
23   those categories?
24       A.   I don't see where you're reading from.
25       Q.   Let me withdraw.  Restate it.

Page 173

1        MR. CARTMELL:  Where's it say that?
2        Q.   BY MR. SNELL:  The topic under Sling
3    procedures to treat stress incontinence on page 2.
4    Are you there?
5        A.   Yes.
6        Q.   All right.  And Mayo Clinic, your
7    employer, says, "Most surgical procedures to treat
8    stress incontinence fall into two main categories:
9    Sling procedures and bladder neck suspension
10   procedures."
11       A.   That's what it states, but the Mayo
12   Clinic doesn't state anything.  It's a building.
13   So this is a writer that has been hired to do
14   this, which I had no role in, but that's what they
15   state there.
16       Q.   Well, Mayo Clinic doesn't put
17   unreliable information on their web site to
18   patients; do they?
19       A.   No.  Again, I'm saying, Mayo Clinic is
20   a building.  So I'm saying it's like saying the
21   White House said something.  Well, no a person
22   said it.
23       But I'm saying, this is what is stated
24   on the Mayo Clinic web site.
25       Q.   Right.  And it says, "During a sling

44 (Pages 170 to 173)

Daniel Steven Elliott, M.D.

Page 174

1 procedure, your surgeon uses strips of synthetic
2 mesh, your own tissue or sometimes animal or donor
3 tissue to create a sling or 'hammock' under your
4 urethra or bladder neck; correct?
5   A.   Correct.
6   Q.   And that's accurate; right?
7   A.   That is correct; yes.
8   Q.   Depending upon which option a surgeon
9 chooses to offer to his or her patients; correct?
10   A.   That's correct; yes.
11   Q.   "The sling procedure that's best for
12 you depends upon your individual situation," it
13 says.
14       You'd agree with that?
15   A.   Correct.
16   Q.   It's got Tension-free sling under
17 that.  You with me?
18   A.   Yes.
19   Q.   "No stitches are used to attach the
20 tension-free sling, which is made from a strip of
21 synthetic mesh tape"; correct?
22   A.   Correct.
23   Q.   And that's like the TVT retropubic
24 device; correct?
25   A.   That would be one of them, but there'd

Page 175

1 be a lot in that category, yes.
2   Q.   "Instead, body tissue holds the sling
3 in place"; correct?
4   A.   Correct.
5   Q.   "Eventually scar tissue forms in and
6 around the mesh to keep it from moving."
7       That's correct?
8   A.   Yeah.  That is part of the problem,
9 but, yes.
10   Q.   And then they talk about retropubic
11 and transobturator approaches that we've discussed
12 today; right?
13   A.   Correct.
14   Q.   Then on the next page, the Mayo Clinic
15 says, "Using surgical mesh is a safe and effective
16 way to treat stress urinary incontinence."
17   A.   That is what --
18   Q.   You agree with that; right?
19   A.   I disagree with that.
20   Q.   So you disagree with your employer,
21 the Mayo Clinic, that surgical mesh is a safe and
22 effective way to treat stress urinary
23 incontinence?
24   A.   And it says, "However, complications
25 can occur in some women, including erosion of the

Page 176

1 material, infection and pain."
2       That part I agree with.  But in my
3 department, in Urology, no one uses meshes, except
4 for me one time in the past 2-1/2 years.  I cannot
5 speak for the gynecologists.  But I was not part
6 of writing this document.
7   Q.   So you disagree with the Mayo Clinic's
8 web site.
9       MR. CARTMELL:  Object to the form.  He
10 has already answered that question.  Okay?  You
11 asked him specifically what the web site says.  He
12 said he disagrees with it.  So don't answer that.
13   Q.   BY MR. SNELL:  How about this?  A
14 little further down it says, "A conventional sling
15 sometimes requires a larger incision than a
16 tension-free sling.  You may need an overnight
17 stay in a hospital and usually a longer recovery
18 period.  You may also need a temporary catheter
19 after surgery while you heal."
20       You agree with that; right?
21   A.   Yes.
22   Q.   Do you teach your patients for whom
23 you do an autologous sling self-catheterization?
24   A.   No.
25   Q.   You had mentioned -- we were talking

Page 177

1 about -- strike that.
2       We were talking about the 17-year
3 paper by Nilsson, et al.?
4   A.   Correct.
5   Q.   And you had said you were not sure as
6 to whether that study followed patients who had
7 received the Prolene mesh?
8   A.   Oh, I said Arnaud was not sure, and so
9 subsequently I'm not sure.
10   Q.   I'm not asking about Arnaud.  I'm
11 asking you.
12   A.   I was clarifying.
13   Q.   Okay.  So what was your methodology in
14 selecting that one quote out of Arnaud's multiple
15 days of testimony?
16       MR. CARTMELL:  Object to the form.
17 I'm not sure what you mean.
18   A.   My methodology was, in this one very
19 straightforward.  I read the deposition.  They
20 asked Arnaud questions, is this TVT, and he says,
21 no, similar, but it is not TVT.
22       They say, is this polypropylene
23 Ethicon, and he says, to the effect, no it could
24 be ours.  It could be Bard's.  I don't know.  So
25 methodology on this one is straightforward.

45 (Pages 174 to 177)

Daniel Steven Elliott, M.D.

| Page 178 | Page 180 |
|---|---|
| 1     Q   BY MR. SNELL: So you believe the | 1   have read him say. |
| 2 testimony was in -- that he gave was in regards to | 2     Q.   Right. The jury can ultimately hear |
| 3 the Nilsson study? | 3 testimony and decide whatever they want to. |
| 4     A.   In the original Ulmsten study that has | 4     A.   Correct. |
| 5 subsequently been carried forward to 17 years. | 5     Q.   But for you as a doctor, this is |
| 6     Q.   Let's mark that. | 6 medical literature. Did you read this and ignore |
| 7     (Exhibit 17 marked.) | 7 it or did you not know about this? |
| 8     Q   BY MR. SNELL: You recognize this, | 8     A.   Oh, I knew it. I knew it very well. |
| 9 Doctor, to be that same study we've been | 9 I read all these, including the 17-year one. I |
| 10 discussing by Nilsson, et al.? | 10 also know that Ulmsten was paid $400,000, which |
| 11     A.   That is correct. That is a -- | 11 Arnaud said was a conflict of interest and would |
| 12     MR. CARTMELL: The 17 year? | 12 bias the results. I also know from other things |
| 13     A.   That's what I'm trying to find out. | 13 that they don't necessarily write down what the |
| 14     MR. CARTMELL: This isn't the 17 year. | 14 truth is. All I know is the authors were getting |
| 15 This is 2000 -- | 15 paid $400,000 originally and are getting money, |
| 16     A.   This is 2001. | 16 save TVT. The medical director of Ethicon says, I |
| 17     Q   BY MR. SNELL: Right. This is the | 17 don't know if it is, maybe not, but it's not TVT. |
| 18 same study, but it reported that the mean | 18     Q.   And you chose to go with the medical |
| 19 follow-up of 56 months; right? | 19 director? |
| 20     A.   Correct. I don't know what -- I don't | 20     A.   No, I'm keeping an open mind. I have |
| 21 see what the follow-up was on this one. Was it | 21 to have data to show me clearly that this was. |
| 22 the 5 year? | 22 Because from my perspective from what Arnaud said, |
| 23     Q.   It's right here. It's right here. | 23 who should be the authority, this is a Mediscan |
| 24 Yeah. Yeah. | 24 product, and or possibly Bard mesh. So it raises |
| 25     A.   It's the 5 year. Approximately 5 year | 25 a major problem for me. And I am not -- if you |

| Page 179 | Page 181 |
|---|---|
| 1 range. Yes. | 1 show me -- if you have data to prove it, I would |
| 2     Q.   Right. | 2 love to see it. |
| 3     A.   This is the 5-year study. | 3     Q.   You mentioned the $400,000 that |
| 4     Q.   You're familiar with this. They | 4 Ulmsten received. Why does that matter to you? |
| 5 follow the series at 5 years, 7, 11, and 17 years; | 5     A.   Well, conflict of interest and bias, |
| 6 correct? | 6 unfortunately, exists in medicine. And that's why |
| 7     A.   Yes, sir. | 7 now we have to declare that. Originally we did |
| 8     Q.   All right. And if you go to the | 8 not have to declare it. During my residency you |
| 9 Patients and Methods section, in the left column | 9 didn't have to do it. Early on in staff, you |
| 10 it says, "The TVT set consisted of two 6 | 10 didn't have to do it. But because of events like |
| 11 millimeter needles connected to a handle and a | 11 this, now you have to declare it. |
| 12 specific polypropylene (Prolene) mesh tape fixed | 12     So if there is money and you stand to |
| 13 to the needles." | 13 make a lot of money, there's the potential for |
| 14     Do you see that? | 14 bias. I didn't say there is there. I said |
| 15     A.   Yes, I do. | 15 there's a potential for it. There's clearly a |
| 16     Q.   So this paper reports that the mesh | 16 conflict of interest, which Arnaud agreed with me |
| 17 they used in that Nilsson study was Prolene tape; | 17 on that. He said there is conflict of interest in |
| 18 correct? | 18 this paper. So that is important. You have to |
| 19     A.   Even the medical director of Ethicon | 19 read this article through that lens of potential |
| 20 needs to get updated on his data. I don't know | 20 bias. |
| 21 why he would raise those issues then, because he | 21     Q.   And the same would hold true for all |
| 22 was there during this time frame and involved, as | 22 the Vypro and other studies you cited by |
| 23 far as knowledge of these studies. So that would | 23 Dr. Klinge who had a financial interest, correct, |
| 24 have to be answered by him. But he said it under | 24 in promoting that product. |
| 25 oath. So all I'm doing is parroting back what I | 25     A.   You -- |

Golkow Technologies, Inc. - 1.877.370.DEPS

Daniel Steven Elliott, M.D.

Page 182

1    MR. CARTMELL: Wait. Object to the
2 form. It's vague and ambiguous with respect to
3 what product you're talking about.
4    MR. SNELL: I said Vypro; didn't I?
5    Q. BY MR. SNELL: You know Dr. Klinge had
6 an interest in Vypro, don't you, Doctor?
7    A. I do know that.
8    Q. You know he's biased with regard to
9 Vypro; don't you?
10    A. No. There's a difference between
11 conflict of interest and bias. I am stating with
12 Nilsson and Ulmsten there is a conflict of
13 interest. There is the potential for bias. I
14 didn't say there was bias. And as a reviewer, I
15 have to keep an open mind and look at that. I'm
16 not denying at all with the Klinge, Klosterhalfen,
17 whichever one -- I can't remember which one's
18 which. But with Vypro, if there is a financial
19 interest there, that is a potential for conflict
20 of interest. If there is a conflict of interest,
21 potential for bias.
22    Q. All right. And you know for a fact
23 that exists with Dr. Klinge?
24    A. I don't know for a fact. I can't keep
25 track of who's got what where. But if you are

Page 183

1 stating for me that he has a financial interest in
2 that, that does -- I have to be concerned about
3 that and look at it as objectively as I can.
4    Q. And you cited to Dr. Klinge more than
5 10 times in your expert report; right?
6    A. Probably. And I also cite the Nilsson
7 and Ulmsten studies quite a bit in there, too.
8 Those are all the body of evidence in the
9 methodology that I have to look at is look at the
10 potential for bias in papers.
11    Q. Tell me if you agree or disagree with
12 these assertions. The Burch and MMK are very
13 invasive, often result in complications, and
14 usually require prolonged hospital stays.
15    A. A lot of factors. It would be easier
16 if we go one by one or if you just want to -- if
17 you want to take the sentence in totality, it all
18 has to be true, I disagree with it. We can go bit
19 by bit through it, though.
20    Q. You would agree that Burch and MMK
21 both are very invasive?
22    A. I disagree. Compared to what?
23    Q. Compared to alternative surgeries for
24 stress urinary incontinence.
25    A. No. Now, you've lumped MMK and Burch

Page 184

1 together. So that's not a fair comparison. The
2 Burch can be done -- you can get it done in a 5,
3 6, 7-centimeter incision. Outpatient, overnight
4 stay in the hospital. So, no, I disagree with
5 that. There are studies out there showing longer
6 stays. It's all over the board.
7    Q. But you'd at least agree with the
8 statement that the pubovaginal sling is effective
9 but is known to have a high rate of complications,
10 require long hospital stays, and patients often
11 experience a significant amount of pain?
12    MR. CARTMELL: Object to the form.
13    A. Again, we're looking at the
14 perioperative period. So I would agree with that,
15 but we have to always compare it to what. Are we
16 comparing it to TVT? Are we comparing it to the
17 synthetics? Are we comparing it to the MMK or
18 just any transabdominal procedure?
19    Q. BY MR. SNELL: You would agree with
20 the statement that mid-urethral sling procedures
21 are much less invasive than the earlier
22 pubovaginal sling procedures; right?
23    A. Overall, when you're doing a
24 comparison of synthetics to the pubovaginal or
25 Burch, those are -- the Burch and pubovaginal

Page 185

1 slings are going to be relatively more invasive.
2    Q. Would you agree or disagree with the
3 statement that tension-free mid-urethral sling,
4 like the TVT retropubic, is a significant
5 advancement in treating stress urinary
6 incontinence?
7    A. Oh, yes. And early on I was very --
8 now, again, I never used the TVT because I was
9 described the various different fears of it. But
10 when TVT came out, it was revolutionary. It
11 changed the way we did things. But we didn't know
12 what we know now. And even comparing myself to
13 two or three years ago, my opinion has changed.
14 So, yeah, it was touted as being revolutionary.
15    (Discussion off the record.)
16    (Exhibit 18 marked.)
17    Q. BY MR. SNELL: Doctor, I've given you
18 the Cochrane Review. This is the publication in
19 2011.
20    A. Correct.
21    Q. You're familiar with this; correct?
22    A. Yes, I am.
23    Q. And this was the Cochrane Review where
24 they did a comparative analysis of like the
25 retropubic TVT versus the Burch or pubovaginal

47 (Pages 182 to 185)

Daniel Steven Elliott, M.D.

1  slings; correct?
2      A.   I see suburethral slings, open
3  retropubic colposuspension. I don't see
4  pubovaginal in there. I'm not saying it isn't
5  there. I just don't see it.
6      Q.   Well, here, let's -- let me just --
7  we'll go through it quickly. In the Results
8  section -- I'm on the very front. They say,
9  "Minimally invasive synthetic sling
10  operations appeared to be as effective as
11  traditional suburethral slings"; correct?
12     A.   Correct.
13     Q.   And when they talk about traditional
14  suburethral slings, that would be like the
15  autologous pubovaginal sling; correct?
16     A.   That's not nomenclature that's
17  normally used. It's not called a suburethral
18  sling. I would have to see what they're referring
19  to. It's called a pubovaginal sling. It's not --
20  suburethral slings, normal nomenclature is the
21  synthetics.
22     Q.   On the next page where they go through
23  the different procedures, they put the -- what I
24  read to be the pubovaginal slings and the
25  minimally invasive slings, like TVT, under the

1  category of suburethral slings.
2      Do you see that?
3      A.   Yeah. What they're doing is they're
4  comparing it to the colposuspension, which would
5  be probably supra urethral slings -- or
6  supra urethral suspension. That's probably what
7  they're doing.
8      Q.   Okay. But they found that "the
9  minimally invasive synthetic suburethral slings
10  appeared to be as effective as the traditional
11  suburethral slings, but with shorter operating
12  time and less postoperative voiding dysfunction
13  and de novo urgency symptoms; correct?
14     A.   Okay. That's what they state, yes.
15     Q.   And have you seen data consistent with
16  that conclusion by this Cochrane Review?
17     A.   I've seen data consistent with it and
18  inconsistent with it. So, again, I'd have to
19  analyze each of the studies, what they're talking
20  about.
21     Q.   Have you seen any other meta-analyses
22  that report that for the TVT retropubic compared
23  to pubovaginal slings, it has a higher rate of
24  complications?
25     A.   Again, I'd have to see the -- I don't

1  recall seeing another meta-analysis. And, again,
2  then I'd have to look at how long the follow-up
3  is. Is it 12 months or is it 30 years. That's
4  what matters to me, end of the patient.
5      Q.   "Minimally invasive synthetic slings
6  appeared to be as effective as the open retropubic
7  colposuspension."
8      A.   Yeah. I don't see where you are. And
9  I wouldn't challenge --
10     Q.   I wouldn't mislead you. I'm just
11  reading --
12     A.   No. I don't doubt. That's what we've
13  been discussing all along. The Burch and the
14  pubovaginal sling and the TVT have many studies
15  showing they have similar efficacy.
16     Q.   And here's what I want to ask you
17  about.
18       But the TVT retropubic sling "has
19  fewer perioperative complications, less
20  postoperative voiding dysfunction, shorter
21  operative time and hospital stay, but
22  significantly more bladder perforations."
23     A.   Correct. And the key with that
24  statement, as you read it, was perioperative. So
25  that's immediate perioperative. And I'm not going

1  to challenge. I think it's going to be somewhat
2  of a relative issue. It's the long-term
3  complications that I'm most concerned about and
4  see on a daily basis in my clinic.
5      Q.   So in the comparative studies for like
6  comparing to the Burch, there are some
7  perioperative complications that appear to be
8  higher with Burch as compared to the TVT; correct?
9      A.   Correct.
10     Q.   Bladder perforation being the one
11  higher with the TVT because of the retropubic
12  passage; correct?
13     A.   Correct.
14     Q.   A little further down they say that
15  the "retropubic bottom-to-top route was more
16  effective than the top-to-bottom route"; correct?
17     A.   That was their conclusion. It says
18  effective in -- it doesn't say exactly here, but I
19  assume they're talking about stress urinary
20  incontinence. That's what they state.
21     Q.   That's consistent with the Ford paper
22  you cited; right?
23     A.   Yes.
24     Q.   And the approach used by TVT
25  retropubic "incurred significantly less voiding

48 (Pages 186 to 189)

Daniel Steven Elliott, M.D.

Page 190

1 dysfunction, bladder perforations, and tape
2 erosions"; correct?
3     A.   That's what they state, yes.
4     Q.   That's consistent with the Ford paper;
5 right?
6     A.   I'd have to look back at that, but it
7 sounds similar.
8     Q.   "Monofilament tapes had significantly
9 higher objective cure rates compared to
10 multifilament tapes and fewer tape erosions."
11         Do you see that?
12    A.   Yes.
13    Q.   And TVT is a monofilament tape;
14 correct?
15    A.   Correct.
16    Q.   And that's a benefit of monofilament
17 tapes over multifilament tapes, where they have
18 fewer erosions; correct?
19    A.   Yeah.  The multifilament is going to
20 be a worse product.  Doesn't mean monofilament is
21 safe.  It just says is safer relative to the worst
22 product.  Worse --
23    Q.   And the -- I'm sorry.  You're going --
24    A.   No, no, no, no.
25    Q.   And the monofilament tape had a rate

Page 191

1 of erosion of 1.3 percent; correct?
2     A.   Based upon their analysis here in the
3 hands of experts and short-term follow-up, yes,
4 that's the number they found.
5     Q.   Were you aware of this Ogah/Cochrane
6 Review at the time you wrote your draft -- your
7 expert report?
8     A.   I don't recall when I became aware of
9 it.  It's a -- it's a well-known paper.
10    Q.   In looking at your report, I did not
11 see you citing any TVT retropubic device
12 literature where the device had been used to treat
13 stress urinary incontinence in women and where it
14 was reported that there was contraction.
15        Is that a fair statement with regard
16 to your report?
17    A.   No.  That would be incorrect.
18    Q.   Where in your report do you report
19 studies in TVT in women that reports contractions?
20    A.   Well, wherever there is pain, wherever
21 there is extrusion, that is evidence of
22 contraction.
23    Q.   Where in your report do you report
24 that?
25    A.   Well, if we go to pain or dyspareunia.

Page 192

1 Let's see here.  There's Kuhn, et al.
2     Q.   Let me see where you're at.
3     A.   Which is a TVT paper.  Let me see
4 where Kuhn is referenced.  I'd have to search for
5 it.
6     Q.   Just so I'm on the same page as you,
7 Doctor, I appreciate you telling me what page of
8 your report you're on where you discuss
9 contraction with the TVT.  I'm going to let you --
10 let's take a quick break.
11        (Recessed from 2:17 p.m. to
12         2:28 p.m.)
13    Q   BY MR. SNELL:  All right.  Okay,
14 Doctor, before we took a break, I asked you to
15 show me in your expert report where you discuss
16 contraction rates with regard to the TVT device
17 and its use in women for stress urinary
18 incontinence.
19        Can you point me to that?
20    A.   Well, in the Contraction section,
21 obviously we do a lot of discussion about
22 contraction, various different studies with it.
23 When we limit it specifically to TVT, I think we
24 have to look at Wang, et al., on page 24, where
25 we're talking about infections, erosions and

Page 193

1 exposures, because the complication of contraction
2 is intimately tied to also exposures and
3 infections.
4     Q.   So TVT and contraction -- strike that.
5         So for TVT contraction in women, you
6 point me to Wang on page 24?
7     A.   That's when you specifically limit it
8 just to the TVT product.
9     Q.   Right.
10    A.   Because as I mentioned, all
11 complications are all intertwined.  So exposure,
12 infection is intertwined with inflammation,
13 contraction, degradation, et cetera.
14    Q.   And the other part of your report
15 where you talk about contraction, you talk about
16 Klinge and his discussion of hernia mesh
17 contraction; right?
18    A.   That is correct, because that is a TVT
19 mesh implanted via the abdominal route.
20    Q.   All right.  It's not cut to and
21 configured as TVT is; correct?
22    A.   No.  But without -- no, you are
23 correct.  However, the TVT mesh has different
24 forces placed upon it that the hernia meshes do
25 not, i.e., you can make hernia meshes lay flat.

49 (Pages 190 to 193)

Daniel Steven Elliott, M.D.

Page 194

1  You can't do that with the vagina.
2      Q.  The hernia mesh does not have a sheath
3  on it; correct?
4      A.  No.  It does not, but it's also not
5  placed in the vagina to have bacterial
6  contamination.
7      Q.  When you say bacterial contamination,
8  you're not referring to infection; are you?
9      A.  I'm referring to bacterial
10 contamination.
11     Q.  Right.  There is a difference between
12 bacterial contamination and infection; correct?
13     A.  Yes, but infection starts with a
14 contamination.
15     Q.  Right.  You're aware of the paper by
16 Pat Culligan where they found and they quantified
17 the different bacteria counts in the vagina?
18     A.  Correct.
19     Q.  In that study there were patients who
20 received the TVT as well; correct?
21     A.  I'd have to look at it.  I don't
22 recall the specifics.
23     Q.  Would it surprise you to learn that
24 there were no infections with the TVT mesh in the
25 Culligan paper.

Page 195

1      MR. CARTMELL:  Object to the form.
2      A.  I would have to look at the
3  methodology, because methodology is very
4  important.  I'd have to look at how they did the
5  study and what they looked at.
6      Q   BY MR. SNELL:  Have you looked at
7  that?
8      A.  Yes, I have, but I don't have it off
9  the top of my head.
10     Q.  Is it your opinion that whenever mesh
11 is placed through the vagina there is bacteria
12 that gets on it?
13     A.  We know that the vagina's impossible
14 to sterilize, and so when you place it through the
15 vagina, you are going to have contact with that.
16 So it's even with the sheath on it, but then when
17 you remove the sheath, there's going to be issues
18 there.  So the risk for contamination on every
19 single one is definitely there.
20     Q.  But that does not translate into
21 infection?
22     A.  It might not translate into a clinical
23 infection/abscess, but it can correlate to a
24 subclinical infection, leading to inflammation,
25 degradation, and that cascade.

Page 196

1      Q.  And you have not stated in your report
2  the rate at which clinical infections occur with
3  TVT; have you?
4      A.  I don't recall that specific, but the
5  way you phrase it, specifically mentioned in
6  there.
7      Q.  I have not seen in your expert report
8  where you calculate and state the complication
9  rates with the TVT retropubic device.
10     A.  Because we don't know the true
11 complication rate.  We can quote studies, as I
12 mentioned, in high volume surgeons with limited
13 follow-up.  We can quote those.  But as I said, we
14 don't know the true complication rate.
15     Q.  Well, there are meta-analyses, and
16 we've gone through a couple of them today and
17 various other studies that report rates of
18 complications, and you're aware of that; correct?
19     A.  Yes.  But that does not reflect what
20 is happening out in the real world and what I see
21 in my daily practice.  That the average low-volume
22 surgeon, who does the majority of the TVTs in the
23 United States, that's what -- you know, because
24 Arnaud even admitted, their complication rates are
25 even going to be higher.  So, yes, we can quote

Page 197

1  extensively the studies that you've done that show
2  these various different complication rates with
3  short-term follow-up and highly experienced
4  surgeons.
5      Q.  In the studies that report on the TVT
6  retropubic device, what percentage of those
7  studies involved surgeons who were of average
8  quality?
9      A.  Well, I can't speak to quality.  All
10 we can speak to is volume.
11     Q.  How many of those then had average
12 volume for the TVT retropubic studies?
13     A.  Most likely very few of those had
14 small volume.  And the Kuuva study, they
15 eliminated the lower volume studies -- lower
16 volume people.  So they falsely raised their
17 success rate and lowered their complication rate.
18 But, no, small volume surgeons aren't going to
19 publish anything because they're small volume.
20     MR. SNELL:  Move to strike.
21     Q.  BY MR. SNELL:  Do you know of all the
22 TVT retropubic device studies which percent of
23 them included surgeons that had average volume or
24 less?
25     MR. CARTMELL:  Object to the form.

50  (Pages 194 to 197)

Daniel Steven Elliott, M.D.

| Page 198 | Page 200 |
|---|---|

**Page 198**

1  Asked and answered. He said a very small
2  percentage of those. He answered your question.
3  He also said other information, but he
4  specifically answered your question. So please
5  move on.
6      Q   BY MR. SNELL: Is that correct; you
7  believe it's a very small number?
8      A   Average or low-volume surgeons aren't
9  going to have their data included because they
10  don't have enough data to analyze.
11         The only way I can answer your
12  question is Kuuva, et al., where they actually
13  eliminated the small volume surgeons who had done
14  less than 15.
15     Q   I'm familiar with the Kuuva paper.
16  I'm talking about the hundreds of other TVT
17  retropubic papers. In those, is it correct that
18  you don't know what percent of those papers
19  reported on surgeons who had average to low
20  volume?
21         MR. CARTMELL: Objection. Asked and
22  answered. You can tell him again.
23     A   As I stated, my opinion is it's going
24  to be a very, very small number of small volume
25  surgeons are going to be included in those

**Page 199**

1  studies, if any, because you don't write up a
2  paper if you've done 10. No one's going to get
3  accepted.
4      Q   BY MR. SNELL: Well, you wrote up a
5  paper where you did 10 transobturator procedures?
6      A   Absolutely I did, and that was called
7  a feasibility study. In properly counseled
8  patients. I am not out there touting that that is
9  the new gold standard. That's why we called it a
10  feasibility study.
11     Q   Other than the Kuuva paper, what are
12  you relying on for that statement that it would be
13  a very, very small number?
14     A   Based upon my experience and
15  attendance at national and international meetings,
16  working at a tertiary care center, working on the
17  journal articles from 15 different journals, that
18  small volume surgeons don't write papers because
19  there's nothing there to publish. So, therefore,
20  my experience is, and I'll state unequivocally,
21  very, very small percentage. If you want a
22  number, 1 to 2 percent, if that. And they're not
23  going to get published anywhere.
24     Q   Have you surveyed the literature for
25  all the TVT retropubic device studies and done an

**Page 200**

1  analysis by which you segregated the investigators
2  who had low to average surgical volume as compared
3  to more than that?
4      A   I have reviewed the literature
5  extensively. Can I quote to a certain specific
6  paper? No. If you have one, show me, and I'll
7  keep an open mind and modify my statement. But
8  this is based upon experience. Again, national,
9  international meetings. Editor -- or reviewer of
10  15 different journals. And I'm reading these
11  papers constantly. And you're not seeing
12  low-volume surgeons produce papers. The only one
13  that comes close to it is Anger, et al., which
14  demonstrated that low-volume surgeons had higher
15  complication rates.
16     Q   Do you believe lower-volume surgeons
17  with other stress incontinence surgeries, like the
18  Burch or pubovaginal slings, have higher
19  complication rates?
20     A   I would think that would be true. And
21  those surgeons usually don't do those surgeries
22  because they are more complicated surgeries to
23  perform. It takes more talent to do. So most of
24  those surgeons don't do it. That was the
25  revolutionary aspect of TVT because it opened up

**Page 201**

1  minimal -- it opened up stress incontinence
2  surgery to the common surgeon.
3      Q   Is the common surgeon unqualified in
4  your opinion to do TVTs?
5      A   The common surgeon needs to -- no, the
6  common surgeon -- let's be careful on the word
7  "common." I'm saying the average, private
8  practice surgeon, who is doing less than 15 or so
9  a year, based upon the Kuuva study, et al., is
10  going to be having a higher complication rate.
11  Most of these studies also demonstrate in highly
12  experienced hands.
13         So I'm saying as far as the common,
14  the average surgeon out there, they are not going
15  to have the expertise of the high-volume surgeons;
16  hence, complications go up.
17     Q   Do you believe that surgeons in
18  private practice have less surgical skills than
19  surgeons in universities?
20     A   Absolutely not. It just depends upon
21  their experience. There are some that I know in
22  private practice who do very high volumes. It's
23  not an issue of the specific individual. It's an
24  issue of their volumes. And you know if you look
25  at the Nilsson study, Nilsson is a five-year

51 (Pages 198 to 201)

Daniel Steven Elliott, M.D.

| Page 202 | Page 204 |
|---|---|

**Page 202**

1  study. That was -- five-year study? Yeah. It's
2  a five-year study.
3       See, they very clearly -- all surgeons
4  involved were experienced urogynecologists well
5  trained in TVT surgery. That's not going to be
6  your average surgeon. That's are highly qualified
7  people.
8       Q.  How many average pelvic surgeons in
9  the United States use TVT?
10      A.  I can't answer that question. I don't
11  know the -- a way of referencing it. We'd have to
12  look at ethical sales and where they go to and the
13  volumes that move off the shelf. That data would
14  be available.
15      Q.  Have you analyzed that data?
16      A.  That data's been tried to get and
17  can't.
18      Q.  How many high-volume surgeons are
19  there in the United States for TVT retropubic
20  device as you define high volume?
21      A.  There's going to be a certain number.
22  But I don't know what that number would be.
23  Around the nation there's going to be people that
24  are going to be very good surgeons.
25      Q.  Are residents -- do residents

**Page 203**

1  typically have higher complication rates than the,
2  you know, professors or the surgeons who teach
3  them?
4       A.  It depends. If the resident is
5  running solo and doing a case without any
6  supervision, that possibly could be the case.
7  However, if they have been well trained in a
8  certain procedure and they're doing it solo and
9  they've done more than anybody else -- they've
10  done an acceptable number, their complications are
11  going to be low. There's too many variables to be
12  able to answer that question.
13      Q.  If a surgeon is a -- strike that.
14          If a surgeon is more than an average
15  surgeon, as you've stated, and he or she uses TVT
16  retropubic device, based upon the data, you would
17  agree then that the rate of complications are
18  acceptable in his or her hands?
19      A.  Number one, acceptable, no. Number
20  two, it depends upon what -- how much follow-up
21  they have. And it's true, a surgeon can put in
22  the device and at one year that woman has not
23  experienced any complications yet. But that
24  device is going to stay in her the rest of her
25  life. That's why I'm saying all these studies are

**Page 204**

1  insufficient.
2       Q.  Have you analyzed the studies overall
3  that show that the majority of complications do
4  occur in the first 12 months?
5       MR. CARTMELL:  Object to the form. I
6  think it misstates the evidence in the studies.
7       A.  Yeah. And it's also -- the
8  complications they know of at that point. Because
9  I can give you examples of bladder erosions that
10  I've taken care of that I put in the sling that at
11  7 years they're fine. At year 8 there's an
12  erosion, which we've examined. So we have to look
13  at the life of the patient.
14      Q.  BY MR. SNELL:  In the studies that
15  report on TVT retropubic at five years duration or
16  more, what is the rate of mesh exposure occurring
17  after five years.
18      A.  It's unknown.
19      Q.  You mentioned the Wang paper. Let me
20  just make sure I have it here. I think I do.
21          (Exhibit 19 marked.)
22      Q.  BY MR. SNELL:  Is this the Wang paper
23  you referenced, Doctor, with regard to TVT?
24      A.  Correct. 2004 publication, yes.
25      Q.  And that paper says on the first page

**Page 205**

1  "Prolene tape seems unusually biocompatible when
2  used as a suburethral sling"; correct?
3       It's all on the very first page.
4       A.  I'm sorry. Where are you?
5       Q.  Very first page. Right here.
6       A.  That's what it states, yes.
7       Q.  And so this paper by Wang is actually
8  inconsistent with your belief that Prolene --
9  strike that.
10          Do you believe Prolene mesh is not
11  biocompatible?
12      A.  I do not believe it is biocompatible,
13  no.
14      Q.  In what percentage of patients is
15  Prolene tape -- strike that.
16          In what percentage of patients is the
17  Prolene mesh used in TVT for the treatment of
18  incontinence not biocompatible?
19      A.  That's impossible to know because
20  there's been no good studies looking long-term at
21  them.
22      Q.  Well, in this paper, out of 700 women
23  that you reference, the rate of exposure was
24  2.4 percent; correct?
25      MR. CARTMELL:  Object to the form.

52 (Pages 202 to 205)

## Daniel Steven Elliott, M.D.

| Page 206 | Page 208 |
|---|---|
| 1    A.  Correct.  During the time period of | 1  complained of pain, 4 complained of dyspareunia, 5 |
| 2  this study, of 7 -- I don't see what the follow-up | 2  complained of vaginal bleeding and irritated |
| 3  is. | 3  voiding.  And so to break it down into specific |
| 4       MR. CARTMELL:  I think that misstates | 4  little complications is disingenuous at best.  But |
| 5  the evidence.  The question assumes facts that are | 5  going to that, yeah, 4 out of 700 complained |
| 6  not in evidence. | 6  specifically of dyspareunia during this short |
| 7    A.  The paper, at least in the abstract, | 7  period of time, short period of follow-up. |
| 8  does not state the follow-up time.  But this paper | 8    Q.  And that's less than 1 percent; right? |
| 9  states defective vaginal healing that became | 9    A.  It's whatever the math is.  Again, I |
| 10  clinically significant was 2.4 percent during the | 10  don't -- I can trust you on the math, I think. |
| 11  study period.  But, again, I'm trying to find | 11    Q.  5 out of 700's less than 1 percent; |
| 12  the -- this is at 1 to 3 months.  Defective | 12  correct? |
| 13  healing from 1 to 3 months, it looks like.  So | 13       MR. CARTMELL:  He's answered you. |
| 14  it's a very short-term study. | 14  Asked and answered. |
| 15    Q  BY MR. SNELL:  Well, they actually | 15    Q.  BY MR. SNELL:  I'm talking about the |
| 16  looked at a longer time period than 3 months in | 16  pain rate now.  Not dyspareunia. |
| 17  this paper; right?  It's just that the healing | 17    A.  Pain?  Well, pain -- if you want pain, |
| 18  problems arose before three months; correct? | 18  it's going to be different.  So it's going to be |
| 19    A.  The acute healing problems arose | 19  9.  Pain is roughly a 2 percent incidence of pain |
| 20  during that time, yes. | 20  at that point in time. |
| 21    Q.  And so that means that 97.6 percent of | 21    Q.  Where do you get 2 percent? |
| 22  the women did not have vaginal healing problems; | 22    A.  We have five women complained of pain. |
| 23  right? | 23  Four women complained of dyspareunia.  Five women |
| 24    A.  At the time the study was conducted. | 24  complained of vaginal bleeding and irritated |
| 25    Q.  Fair enough. | 25  voiding. |

| Page 207 | Page 209 |
|---|---|
| 1       And you see there were four women what | 1    Q.  Doesn't say those five complained of |
| 2  complained of dyspareunia?  I'm right here in the | 2  pain. |
| 3  Results section. | 3    A.  No, they didn't.  But they |
| 4    A.  Five complained of pain and four | 4  complained -- they complained of something else. |
| 5  complained of dyspareunia by themselves or their | 5  So, again, what is always -- I'll let you have |
| 6  partner. | 6  this, but as a doctor that takes care of patients |
| 7    Q.  And so four women complained of | 7  who are crying in my office, you guys break down |
| 8  dyspareunia by themselves or their partner or | 8  the complications.  Yeah.  So, yes.  9 patients in |
| 9  partner discomfort; right? | 9  this series out of 700 complained of pain.  The |
| 10    A.  Yes.  So nine patients overall | 10  other ones weren't happy with vaginal bleeding, |
| 11  complained of pain. | 11  irritated voiding. |
| 12    Q.  All right. | 12    Q.  That was five who weren't happy with |
| 13    A.  Four complained of dyspareunia. | 13  vaginal bleeding or irritated voiding; correct? |
| 14    Q.  And as for dyspareunia, that rate is | 14    A.  Correct. |
| 15  0.57 percent; correct?  This paper you point to. | 15    Q.  And they ended up, 7 patients in this |
| 16    A.  A -- well, it's 4 out of 700 patients | 16  series that you point to required excision of the |
| 17  at that short-term follow-up.  That's how many | 17  exposed suburethral part of the sling; is that |
| 18  complained of dyspareunia. | 18  correct? |
| 19    Q.  And does it sound about right that | 19    A.  That's correct. |
| 20  that rate is 0.57 percent. | 20    Q.  So that was an excision rate of only |
| 21    A.  I would have to do the math on it. | 21  1 percent in this entire cohort; right? |
| 22  I'll have to take your word for it. | 22    A.  During the very limited follow-up |
| 23    Q.  Well, 4 is certainly -- 4 women out of | 23  duration of this study, that is the number they |
| 24  700 is certainly less than 1 percent; right? | 24  came up with. |
| 25    A.  Well, if you look at this, 5 women | 25    Q.  When you say limited follow-up |

Daniel Steven Elliott, M.D.

| Page 210 | Page 212 |
|---|---|
| 1   duration, why do you say that?<br>2     A. What's going to happen in 5 years? 10<br>3  years? 20 years?<br>4     Q. How about this? Why don't we look a<br>5  little bit further below that. You see the mean<br>6  follow-up of 68.2 months?<br>7     A. Okay. What about 69 months -- I'm<br>8  sorry.<br>9     Q. That's over five years, isn't it,<br>10  Doctor?<br>11     A. And as I have mentioned over and over<br>12  and over, this is an implantable medical device,<br>13  as you mentioned. There are studies out there.<br>14  Klinge, 15 years, degradation continues. This is<br>15  a progressive process. I see these patients in my<br>16  clinic that aren't being followed by anybody. So<br>17  I'm saying 5 years, that's a step in the right<br>18  direction. But if a woman lives 30 years beyond<br>19  that, what's going to happen in that time frame?<br>20  Our data suggests it's going to get worse.<br>21     MR. SNELL: Move to strike.<br>22     Q. BY MR. SNELL: In this paper you point<br>23  to -- you pointed me to, at over 5 years<br>24  follow-up, there was only 1 percent rate of mesh<br>25  excision to treat the exposure; right? | 1     MR. SNELL: You're not testifying,<br>2  Tom, please.<br>3     MR. CARTMELL: -- there's 7 erosions<br>4  when there's 17 erosions. In fairness.<br>5     MR. SNELL: You know what. You're<br>6  totally off base.<br>7     MR. CARTMELL: I am?<br>8     MR. SNELL: Yes.<br>9     MR. CARTMELL: Tell me how.<br>10     MR. SNELL: On your time I was asking<br>11  him about erosions that needed surgical -- where's<br>12  the paper? We just went through this, didn't we,<br>13  Doctor.<br>14     MR. CARTMELL: 17 erosions. 17<br>15  erosions, it says right here.<br>16     MR. SNELL: Tom, you're being<br>17  nonsensical. I asked him about the ones that<br>18  required excision.<br>19     MR. CARTMELL: No, you didn't. You<br>20  said erosions in general, and the record will<br>21  reflect that.<br>22     Q. BY MR. SNELL: Sir, don't you remember<br>23  me asking you about 7 of those patients required<br>24  excision of the exposed suburethral part of the<br>25  sling? Didn't I ask you about that? |

| Page 211 | Page 213 |
|---|---|
| 1     A. That is what the study stated at five<br>2  years, yes.<br>3     Q. So that means at a mean follow-up<br>4  greater than 5 years, 99 percent of the women in<br>5  this entire large cohort didn't need a mesh<br>6  excision procedure; correct?<br>7     A. The key is yet.<br>8     Q. And there are other studies that<br>9  report --<br>10     MR. CARTMELL: Just for the record, I<br>11  want it to be clear, because I think it's unfair<br>12  to the witness that you've been representing that<br>13  there was a small number of erosions. And I think<br>14  there were 17 erosions in the cohort. And I want<br>15  the record to be clear for that.<br>16     MR. SNELL: I think -- the study says<br>17  what it says, so I can't --<br>18     MR. CARTMELL: Yeah, but you're just<br>19  kind of trying to trick him, you know, because<br>20  you --<br>21     MR. SNELL: I'm not tricking him. He<br>22  pointed to this study, Tom. He knows this study.<br>23  Don't try to tell me I'm tricking a witness about<br>24  a paper he told me -- he's pointing me to.<br>25     MR. CARTMELL: So don't say -- | 1     A. You asked me a question. I can't<br>2  remember the specific details of it.<br>3     Q. BY MR. SNELL: But it says seven<br>4  required excision of the exposed suburethral part<br>5  of the sling; right?<br>6     A. That's what that says there, and the<br>7  other part says 17 out of 100 had defective<br>8  vaginal healing.<br>9     Q. And it gives the measurement, CA 1<br>10  times 0.5 centimeters; correct?<br>11     MR. CARTMELL: Okay. Now, it's all on<br>12  the record. Now it's fair.<br>13     MR. SNELL: It was fair before. He<br>14  cited to the document. He knows the study.<br>15     (Exhibit 20 marked.)<br>16     Q. BY MR. SNELL: Giving you one of the<br>17  publications by Klinge, Alloplastic Implants for<br>18  the Treatment of Stress Urinary Incontinence and<br>19  Pelvic Organ Prolapse.<br>20     You see this?<br>21     A. Yes, I do.<br>22     Q. Whereas you cited to Klinge about<br>23  hernia and other papers, you didn't cite to his<br>24  discussion of the TVT mesh; did you?<br>25     A. I don't recall that specifically. |

54 (Pages 210 to 213)

Daniel Steven Elliott, M.D.

| Page 214 | Page 216 |
|---|---|
| 1     Q. Look for where Klinge was writing<br>2 about meshes in stress urinary incontinence.<br>3     You there?<br>4     A. Yes. I mean, I'm sorry. I'm at the<br>5 Meshes and Stress Urinary Incontinence. I'm there<br>6 now.<br>7     Q. All right. And you saw Dr. Klinge was<br>8 one of the authors of this section; right?<br>9     A. Correct.<br>10     Q. And it says, "At present the gold<br>11 standard in SUI surgery is the suburethral sling<br>12 using either the tension-free vaginal tape (TVT)<br>13 or the transobturator tape (TOT) technique";<br>14 correct?<br>15     A. That's what he states, yes.<br>16     Q. And do you disagree with Dr. Klinge?<br>17     A. I disagree.<br>18     Q. It said, the initial concern that the<br>19 meshes used might lead to high rates of erosions,<br>20 did not hold true when macroporous polypropylene<br>21 was used; correct?<br>22     A. That's what it states, yes.<br>23     Q. And here when Dr. Klinge is talking<br>24 about macroporous polypropylene in the context of<br>25 stress urinary incontinence, he's talking about | 1 referencing to the Meschia study.<br>2     Q. And you know that that's a study that<br>3 looks at the Ethicon TVT retropubic device?<br>4     A. I'd have to look back at the study. I<br>5 don't remember the study.<br>6     Q. Okay. So at least in the context of<br>7 the intended use to treat stress urinary<br>8 incontinence with regard to the TVT device, he<br>9 reports that tape is a type 1 macroporous tape?<br>10     A. That's what he reports in 2010.<br>11     Q. Right.<br>12     A. Which then reflects data from 2008.<br>13 And that's what he states.<br>14     I disagree with it. Be interesting to<br>15 what he says now.<br>16     Q. Now that he's been paid hundreds of<br>17 thousands of dollars by the plaintiffs' lawyers in<br>18 the mesh litigation?<br>19     MR. CARTMELL: Object to the form.<br>20 It's argumentative. Be distracting.<br>21     A. If you want to go on the record that<br>22 he's being biased.<br>23     Q  BY MR. SNELL: Do you know how many<br>24 royalties he -- Dr. Klinge received on Vypro?<br>25     A. I'm not familiar with that number |

| Page 215 | Page 217 |
|---|---|
| 1 the mesh in TVT; correct?<br>2     MR. CARTMELL: Object to the form.<br>3     A. No. He doesn't state which he's<br>4 talking -- referring to. The sentence prior, it<br>5 says TVT or transobturator tape. There's a lot of<br>6 different ones out there. And then he says, "The<br>7 initial concern that meshes." He does not say<br>8 TVT. So all he's saying is meshes.<br>9     Q  BY MR. SNELL: Well, you see below<br>10 that, right, where he talks about -- he follows up<br>11 on his point.<br>12     He says, "There was a zero percent<br>13 exposure rate using the classical TVT (Type 1<br>14 macroporous monofilament polypropylene) mesh in<br>15 the same trial"; correct?<br>16     A. Well, that's in the second -- in the<br>17 next paragraph down. I'm talking about the<br>18 sentence you showed me. Initial concern that<br>19 meshes. So it doesn't say TVT. We can agree it<br>20 says meshes, and I'll agree that's what it states,<br>21 but he doesn't say TVT.<br>22     Q. We can agree that he says the<br>23 classical TVT (type 1 macroporous monofilament<br>24 polypropylene) mesh; right?<br>25     A. That's what he's saying when he's | 1 because I'm doing involvement of TVT case, not<br>2 Vypro.<br>3     Q. Do you know how many royalties<br>4 Dr. Klinge has received for ULTRAPRO?<br>5     A. The same answer as before, because I<br>6 know what data I've been provided on TVT. I have<br>7 not been provided confidential data on Vypro or<br>8 the other ones.<br>9     Q. And you don't disagree that when Amid<br>10 type 3 mesh, used for intravaginal slingplasty,<br>11 the vaginal erosion rate was 9 percent, and the<br>12 rate was 0 percent with TVT?<br>13     MR. CARTMELL: Object to the form.<br>14     A. I agree with the first part. I don't<br>15 agree with the second part.<br>16     The Amid type 3 like the ObTape, which<br>17 I'm very familiar with, had an unacceptably<br>18 significant complication rate with it.<br>19     Q  BY MR. SNELL: And you didn't cite to<br>20 this writing by Klinge in your expert report; did<br>21 you?<br>22     A. I cited Klinge multiple times. I<br>23 don't know if this specific -- this is a book<br>24 chapter. I quoted this one. Book chapters I tend<br>25 not to quote. |

55 (Pages 214 to 217)

Daniel Steven Elliott, M.D.

| Page 218 | Page 220 |
|---|---|

Page 218

1    Q.   Well, this is one place in the medical
2  literature where Dr. Klinge discussed his views on
3  what type of mesh TVT mesh was in the application
4  of treating stress urinary incontinence and
5  whether or not it was the gold standard.
6         Have you seen that published anywhere
7  else?
8         MR. CARTMELL:  Objection.
9    Q   BY MR. SNELL:  By Dr. Klinge.
10        MR. CARTMELL:  Objection.  And move to
11  strike this statement of counsel.
12   A.   And I agree with you completely, and
13  that should tell you something about Klinge's
14  expertise, as far as a stress urinary incontinence
15  surgeon, which he is not.  He's a mesh expert.
16  But he's not a transvaginal surgeon.  He's never
17  been involved in one of these cases.  So you
18  search around and find one reference where he's
19  quoting something in the book, okay, that's what
20  it is.
21   Q   BY MR. SNELL:  He doesn't just quote
22  something in a book.  He's actually citing data,
23  randomized trial data on TVT versus an alternative
24  mesh; doesn't he?
25   A.   I'm saying he is not a surgeon.  He's

Page 219

1  not providing expertise as a pelvic surgeon like I
2  am.  He's a mesh expert, a very good one, but he
3  is not a pelvic surgeon.
4    Q.   Do you know how many royalties
5  Dr. Klinge gets with regard to his work with the
6  German DynaMesh mesh?
7    A.   I have not heard a number, no.
8    Q.   You know he does get money from that
9  mesh; right?
10   A.   I just said I don't know.  I don't
11  know.  I'm not a faithful apostle of Dr. Klinge.
12  I don't know what he does.
13   Q.   Do you acknowledge he's got a
14  conflict --
15        MR. CARTMELL:  All you got to do is
16  answer do you know or not.
17   A.   I do not know.
18   Q   BY MR. SNELL:  You know that he has a
19  conflict of interest when it comes to DynaMesh;
20  don't you?
21        MR. CARTMELL:  What it comes to what?
22        MR. SNELL:  DynaMesh, D-y-n-a-M-e-s-h.
23  It's a mesh that's not even available here in the
24  United States.
25        MR. CARTMELL:  So then why would he

Page 220

1  know?
2         MR. SNELL:  So the question is would
3  you -- well, I take it he's read Dr. Klinge's
4  writings.  He's seen Dr. Klinge's statements.
5         MR. CARTMELL:  What writings are you
6  asking him about?  If you have writings about
7  DynaMesh that you want to ask him about, put them
8  in front of him.  Why all the questions about
9  studies and things that you don't even let him
10  look at.
11        MR. SNELL:  He can look at anything he
12  wants.
13        MR. CARTMELL:  Then put it in front of
14  him.
15        MR. SNELL:  It's not my job to put it
16  in front of him.  It's the job of your witness to
17  bring his file.  Secondly, he cites to Klinge
18  about 100 times in the report, and not once does
19  he acknowledge any of this.
20        MR. CARTMELL:  If you're going to ask
21  him about a study specifically on it that's on his
22  reliance list, then bring it with you and ask him
23  questions and let him look at it so it can be
24  fair.  How about that?  How about that?
25        MR. SNELL:  He could bring his own

Page 221

1  file.  How about that?  That was asked and
2  requested of him, Tom.
3         MR. CARTMELL:  You have everything he
4  has reviewed.
5         MR. SNELL:  Tom, my experts bring
6  their file to the depositions.
7         MR. CARTMELL:  Wrong.
8         MR. SNELL:  You remember when you
9  deposed Denise Selzer she showed up with nine
10  boxes of stuff.
11        MR. CARTMELL:  Denise Selzer did.
12        MR. SNELL:  Christina Pramudji showed
13  up with boxes and boxes and boxes of stuff.
14        MR. CARTMELL:  Not when I deposed her.
15        MR. SNELL:  Get for real.  You know
16  she did.  Crazy.
17   A.   But to address your question, as far
18  as conflict of interest, if he truly does have
19  conflict of interest and bias, then based upon
20  this here he's coming out in support of TVT.  So I
21  see a fault in your logic.
22   Q   BY MR. SNELL:  I don't have a logic.
23  I'm asking you a question.
24   A.   Well, I know you don't have a logic
25  and that's what I've been pointing out.

56 (Pages 218 to 221)

Daniel Steven Elliott, M.D.

Page 222

1    Q.   My question is:  You were aware of
2  these writings by Klinge with regard to TVT
3  and that mesh and the specific intended use of stress
4  urinary incontinence before you wrote your report;
5  right?
6    A.   I'm aware of this reference.
7    Q.   Yes.  You were --
8    A.   The one that I'm holding, Exhibit 20.
9  I don't recall if I've ever been aware of this.
10   Q.   The plaintiffs' lawyers never gave
11 that to you?
12   A.   I don't recall if they have.  I have
13 thousands of pages they've sent me.  It may have
14 been in there somewhere.  I have not seen this.
15 Again, if he were a pelvic surgeon, I would be
16 putting weight into his comments on gold standard
17 and things.  But all he's doing is parroting what
18 he's read somewhere else.  So, again, it is what
19 it is.
20   Q.   Can you point me to any other
21 publications by Klinge where he assesses the TVT
22 retropubic device in the application of stress
23 incontinence and discusses the clinical studies on
24 that device like he did in that paper I just
25 showed you, Exhibit 20?

Page 223

1    MR. CARTMELL:  Object to the form.  It
2  misstates the actual paper.
3    A.   He has studied extensively hernia
4  meshes.  TVT is a hernia mesh.  But to put all the
5  dots together as you very narrowed it down to, the
6  answer to that is no, not that I am aware of.
7    Q  BY MR. SNELL:  My focus is the
8  intended application of the treatment of stress
9  incontinence and those studies alone.
10       You haven't seen that paper or those
11 papers?
12   A.   As you word it there, I have not seen
13 that.  The intended application of the TVT mesh
14 was actually for hernias.  Not for female stress
15 incontinence.  So, again, he has studied the
16 intended purpose of that mesh.  He has not studied
17 it when it's been put into the vagina.
18   Q.   For the TVT device, that's what I'm
19 referring to for its intended -- you've
20 acknowledged that the TVT retropubic device is
21 intended to treat stress urinary incontinence;
22 right?
23   A.   The device is, but the mesh intended
24 use was for hernias, which was then extended to
25 the application of stress urinary incontinence.

Page 224

1  So, again, I'm agreeing with you and disagreeing
2  with you at the same time.  Not to be difficult.
3    MR. SNELL:  Okay.  Let's take a quick
4  break so I can get organized.
5      (Recessed from 3:05 p.m. to
6      3:07 p.m.)
7    Q   BY MR. SNELL:  I want to ask you about
8  your opinions about the mechanical cut of the TVT
9  retropubic device.
10       You've mechanically cut mesh before?
11   A.   Just the sacrocolpopexy mesh.  Not
12 sling mesh.
13   Q.   And did it ever concern you when you
14 were cutting sacrocolpopexy mesh mechanically?
15   A.   It didn't.  And now it does.
16   Q.   Do you still cut sacrocolpopexy mesh?
17   A.   No.  We modified -- well, we're in the
18 process of modifying it to using Restoril, which
19 will not hopefully have that problem.  It's
20 already hemmed.  And that is a concern of mine
21 which I now counsel my patients on.
22   Q.   And is it fair to say that you believe
23 the laser cut TVT mesh is defective?
24   A.   I think it's treated one -- to
25 specifically answer your question, yes.

Page 225

1    Q.   I didn't see in your expert report
2  where you cite to any TVT studies with regard to
3  clinical complications occurring at a
4  statistically higher rate with mechanical cut TVT
5  mesh as compared to laser cut TVT mesh.
6      Is that a fair summary of your report?
7    A.   You are correct.  I have not heard of
8  a study with that.  However, I'm basing that on
9  Nilsson's comment of a four-time -- four times
10 increased risk of vaginal extrusion with a laser
11 cut.
12   Q.   What comment is this by Nilsson?  I'm
13 sorry.
14   A.   That was in one of the documents I
15 read.  I don't know where I read it, but it's in
16 the document.
17   Q.   What methodology did you use to select
18 that one quote by Nilsson?
19   A.   Because he is arguably one of the
20 world's experts on it.  And so I value his opinion
21 on this.
22   Q.   Do you also value his statement in the
23 company documents that he will not use laser cut
24 mesh; that he only uses mechanical cut mesh?
25   A.   Absolutely.  That's supporting what I

57 (Pages 222 to 225)

Daniel Steven Elliott, M.D.

|  | Page 226 |  | Page 228 |
|---|---|---|---|

**Page 226**

1  just said.
2      Q.  So you're aware that Nilsson only --
3  in the company documents, reports that he will
4  only use mechanical cut mesh?
5      A.  That's -- I don't know what his recent
6  statements are, but that the document that I read,
7  which that source can be found, he said he would
8  not use the laser cut because of the four times
9  increased risk of vaginal extrusion, and he would
10  only use the mechanical.  Then I read the other
11  individuals stating the exact opposite.  So I get
12  conflicting evidence.  I have not seen, to the
13  best of my knowledge and it may be out there
14  somewhere, a study, comparative, randomized
15  clinical study of the two.  I've not seen it.
16      Q.  Are you aware of any TVT retropubic
17  clinical data that reports that there's a higher
18  rate of complications with mechanically cut mesh
19  compared to laser cut mesh?
20      A.  I don't think overall there's going to
21  be a higher risk from one or the other.  They're
22  both bad and both have their set of complications.
23  So you're trading one set of problems for another
24  set of problems.
25      Q.  What studies are you specifically

**Page 227**

1  relying upon for your opinion with regard to the
2  mechanical cut TVT retropubic mesh, if any?
3      A.  Well, that's what I'm talking about.
4  The methodology that I have used with this,
5  concerning specifically mechanically cut, is
6  obviously the internal documentation, with
7  complaints coming in about the fraying, roping,
8  particle loss, the inflammation.  Reviewing of the
9  papers talking about various different
10  complications.  My clinical experience dealing
11  with patients.  Last week alone, there's one
12  patient.  Week before that, three, which were all
13  TVT patients.  Where that I see this mechanically
14  cut mesh.  Then my discussion with colleagues at
15  international and national meetings.  So all that
16  is going into it.
17      Q.  You said the papers.  You reference
18  papers.  Are you talking about Ethicon documents?
19      A.  Correct.  Well, I mean the medical
20  literature, too.
21      Q.  That's what I'm asking.  What medical
22  literature on TVT reports complications
23  attributed -- attributed to the mechanical cut
24  nature of the mesh?
25      A.  The defect in -- and every paper I've

**Page 228**

1  ever read on TVT.  If you have something
2  different, then I'll keep an open mind.  I have
3  yet to see any paper describe we're using
4  mechanically cut or we're using laser cut.  So I
5  can't base it upon that.
6      Q.  Okay.  So when I was asking about what
7  papers you were talking about, I thought you were
8  talking about Ethicon company documents and not
9  medical literature.
10      A.  No.  That was one of them.  The
11  internal documentation -- I'll just be clear.
12      As I stated in the previous answer,
13  internal Ethicon documentations, medical
14  literature, the emails back and forth, and then my
15  clinical experience.  That's how I came by it.
16      I am not here today to say that laser
17  cut is better or worse.  They're both bad in my
18  opinion.
19      Q.  So with regard to your selection of
20  which company documents to put in your expert
21  report on this mechanical cut issue, what was your
22  methodology in selecting those particular company
23  documents?
24      A.  My methodology of what I reviewed is
25  very simple.  Every document that I was provided

**Page 229**

1  with internal documentation from Ethicon I
2  reviewed.
3      Q.  So you were provided those by the
4  plaintiffs' lawyers?
5      A.  Correct.
6      Q.  My question to you is this:  Let's
7  focus on your methodology for which ones you
8  decided to cite in your expert report as support
9  for your points.
10      What was the methodology in that?
11      A.  You have to -- you have to analyze --
12      MR. CARTMELL:  Well, just for
13  clarification, you mean because they're all cited
14  in his report.
15      MR. SNELL:  No, they're not.
16      MR. CARTMELL:  There's a reliance
17  list.
18      MR. SNELL:  There's a reliance list,
19  but he cited certain things.
20      MR. CARTMELL:  Okay.  So you're
21  distinguishing between what's in a footnote versus
22  what's in the reliance list that's attached.
23      MR. SNELL:  Of course, because, I'm
24  sure, everything in the reliance list doesn't
25  support the things he says.

Golkow Technologies, Inc. - 1.877.370.DEPS

Daniel Steven Elliott, M.D.

| Page 230 | Page 232 |
|---|---|
| 1     MR. CARTMELL: Well, everything on his<br>2  reliance list is information he used in forming<br>3  his opinions and relies on.<br>4     MR. SNELL: You're speaking -- you're<br>5  doing a speaking objection.<br>6     MR. CARTMELL: Well, I'm responding to<br>7  your statement you just made. You're talking<br>8  about only the citations in the report.<br>9     MR. SNELL: Yes. That is my question.<br>10  That is my question. Do I need to repose it again<br>11  so we have a clear record?<br>12     THE DEPONENT: No.<br>13     Q  BY MR. SNELL: Why don't we just do it<br>14  again.<br>15     A.  That's fine.<br>16     Q.  Otherwise there's just going to be<br>17  four pages of gap.<br>18     What specific methodology, did you use<br>19  in determining what Ethicon documents you would<br>20  cite to in support of your opinions where you<br>21  listed them in the footnotes?<br>22     A.  Okay. I have to look at the body of<br>23  knowledge out there on medical literature, my<br>24  clinical experience and what I see day to day,<br>25  correlating that with what was known and discussed | 1  be your methodology for excluding it or not<br>2  referencing it in your report?<br>3     MR. CARTMELL: It was on his reliance<br>4  list.<br>5     A.  Yeah. To a certain extent, surgeon<br>6  preference is important, and then also not<br>7  important. So certain surgeons choose to do one<br>8  product over the another. The fact that<br>9  51 percent like the mechanical cut and 49 don't,<br>10  it doesn't matter to me. Again, we're not talking<br>11  about one product being great and the other one<br>12  being horrible. They're both bad. So to me it's<br>13  immaterial.<br>14     Q  BY MR. SNELL: Did you assess or look<br>15  at the reported rates of sales of mechanical cut<br>16  versus laser cut in the United States?<br>17     A.  Well, from my angle as a doctor, the<br>18  needs of the patient come first. And sales are<br>19  not an issue that I'm going to be concerned about.<br>20     Q.  So the answer is, no, you didn't look<br>21  at that?<br>22     A.  The answer is what I just stated.<br>23     Q.  Sir, my question is very simple, which<br>24  is: Did you look at it?<br>25     I understand you want to give me a |
| Page 231 | Page 233 |
| 1  in the Ethicon documents, whether it be from their<br>2  scientists, from their medical experts, from their<br>3  clinicians calling in, correlating that and does<br>4  it all fit. Everything has to fit logically,<br>5  okay, and that was what was included in this.<br>6     Q.  So, for example, did you see company<br>7  documents that indicated that the majority of<br>8  surgeons in the United States actually prefer<br>9  mechanical cut mesh as opposed to laser cut?<br>10     A.  I've seen that, yes. Well, I'm sorry.<br>11  Let me take that -- strike that.<br>12     I do remember seeing and reading that<br>13  certain physicians would not change to the laser<br>14  cut. I can't say that the majority did. I also<br>15  see that certain surgeons would not use the<br>16  mechanical one because of the fraying and the<br>17  particle loss. So I don't know the percentage of<br>18  who uses what.<br>19     Q.  So you were not provided documents<br>20  that state that the majority of surgeons in the<br>21  United States who use TVT prefer the mechanical<br>22  cut mesh as opposed to laser cut; fair?<br>23     A.  I may have been provided that. I<br>24  don't recall that specific document.<br>25     Q.  If that document existed, what would | 1  speech on things, but if you could just give me a<br>2  yes or no answer, then I can move on. If you say<br>3  no, then I'm going to move on.<br>4     A.  Well, no because my speech, as you<br>5  did, is based upon my taking care of patients who<br>6  are crying in my office from pain. So I don't<br>7  dismiss it as a speech. But medical marketing<br>8  sales are not something that's going to factor<br>9  into my decision.<br>10     Q.  I believe earlier you were talking<br>11  about complications, and I think it may have been<br>12  around mesh exposures, where you said there would<br>13  be numerous different factors like patient<br>14  factors, surgeon factors, the mesh.<br>15     Do you recall that?<br>16     A.  Yeah. Concerning vaginal exposure. I<br>17  don't recall if I mentioned patient factors<br>18  involved in it, but, I mean, maybe I did. I<br>19  don't -- I'd have to see exactly what I said.<br>20     Q.  I wrote it down.<br>21     A.  It's a multifactorial problem that<br>22  leads to that complication.<br>23     Q.  What are the patient factors involved?<br>24     A.  Well, that's difficult because it's --<br>25  I don't know of anyone ever studying to show |

Daniel Steven Elliott, M.D.

Page 234

1 consistently a patient factor being involved in
2 the exposures. Smoking, I'm not aware of.
3 Obesity, I'm unaware of. Vaginal atrophy -- I
4 don't know of patient factors that can be
5 consistently proven to be a factor in vaginal
6 exposure.
7 Q. You are -- vaginal atrophy is a
8 condition that women have that can progress or get
9 worse as they get older in their postmenopausal
10 years if not supplemented with some type of
11 estrogen; fair?
12 A. There's the possibility of that, yes.
13 Not in all cases.
14 Q. But is that a common finding in women
15 who are postmenopausal that there is some degree
16 of vaginal atrophy?
17 A. It's not uncommon, let's put it that
18 way. So, yeah, it does occur.
19 Q. Is there a recognized weight
20 classification specific to stress urinary
21 incontinence slings that has been endorsed and put
22 out by any of the pertinent professional medical
23 societies?
24 A. Pertaining to what? I guess I don't
25 understand your question. That they should or

Page 235

1 should not get a TVT?
2 Q. No, no. For the intended use of
3 stress urinary incontinence.
4 Is there a recognized weight
5 classification system for slings?
6 A. Well, no. The BMI is the standard
7 what is used. And but there's not, as it pertains
8 specifically to SUI treatments.
9 Q. I think you and I -- we weren't on the
10 same wavelength.
11 For the weight of the mesh --
12 A. Oh, okay.
13 Q. -- and the intended use of treating
14 stress urinary incontinence, is there a recognized
15 weight classification system that's endorsed by
16 the professional societies?
17 A. No. As far as -- even in industry,
18 industry and surgical societies, there is -- as
19 far as I know, there is no specific
20 classification. I think they have heavy weight --
21 you know, Cobb and others taught about heavy
22 weight. So there would be that. And above
23 certain -- or below certain numbers would become
24 medium weight and lightweight. I don't know if I
25 can -- I can't quote a society that has this

Page 236

1 standard thing that's out there. Same thing goes
2 for pore size, too.
3 Q. And my focus is on the intended use
4 with the stress incontinence device and the
5 application to treat stress incontinence.
6 A. Closest thing I think would have to be
7 a Clave study, breaking it down to the various
8 weights, I think, if I'm answering your question
9 correctly. But that's not as it pertains
10 specifically to SUI.
11 Q. Right. That's what I'm looking for is
12 SUI.
13 A. I am not aware of that specific narrow
14 application.
15 Q. For SUI, the slings are typically
16 around 1 centimeter wide.
17 A. 1 to 1.5, probably.
18 Q. Ethicon's TVT is reported to be about
19 1.1 centimeters; correct?
20 A. As it comes out of the box, which is
21 an important distinction.
22 Q. Yeah.
23 A. But, yeah, they're all about that
24 width.
25 Q. Is it a fair statement that all of the

Page 237

1 mesh slings, synthetic mesh slings that are used
2 to treat stress urinary incontinence have a weight
3 of more than 60 grams per meter squared?
4 MR. CARTMELL: Object to the form.
5 May call for speculation.
6 Answer if you know.
7 A. Yeah. All I can speak to is Aris,
8 which I know is at 70. TVT at 105. I don't know
9 that the other products.
10 Q. BY MR. SNELL: You read Moalli's paper
11 on the biomechanical evaluation of slings?
12 A. I read it at one point in time. Not
13 recently.
14 Q. It has a table in there where it has
15 the reported weights of the different slings.
16 A. Okay.
17 Q. Is that a paper you're relying on, the
18 Moalli paper?
19 A. That's in my reliance list. But I'm
20 just saying I haven't read it recently. You're
21 referring to the 2007 paper?
22 Q. Give me the title and I'll tell you.
23 A. Tensile Properties of Five Commonly
24 Used Mid-Urethral Slings Relative to the TVT, by
25 Moalli, et al., June of 2007. Published in 2008.

60 (Pages 234 to 237)

Daniel Steven Elliott, M.D.

| Page 238 | Page 240 |
|---|---|
| 1   Excuse me. | 1   of treating stress urinary incontinence? |
| 2   Q.   That's it. Yeah. Is that a paper | 2   A.   No. I've only seen it in pelvic organ |
| 3   you're relying on? | 3   prolapse data and in meshes. Meshes for hernia |
| 4   A.   Yes. | 4   repairs, but it was not extrapolated, even though |
| 5   Q.   Are there any studies in the stress | 5   Ethicon knew about it, into stress urinary |
| 6   incontinence application with the use of TVT that | 6   incontinence. |
| 7   show that a lighter weight mesh is either more | 7   Q.   All right. And you're not testifying |
| 8   efficacious -- strike that. | 8   that a lighter weight mesh would have worked |
| 9   Let me just say is more efficacious | 9   better than the TVT mesh in the TVT retropubic |
| 10   than the TVT? | 10   application to treat stress urinary incontinence; |
| 11   A.   Can you rephrase the question, because | 11   are you? |
| 12   as I'm reading it. I can't quite understand. | 12   MR. CARTMELL: Are you talking about |
| 13   Q.   Absolutely. Yeah. | 13   efficacy only? |
| 14   Are there any clinical studies | 14   MR. SNELL: I can go with efficacy |
| 15   evaluating efficacy in women with stress urinary | 15   first. |
| 16   incontinence that show that a lighter weight mesh | 16   A.   There is no data out there on it. |
| 17   works better than the TVT retropubic device? | 17   That would be an important thing to do before a |
| 18   MR. CARTMELL: Object to the form. | 18   launch is to study that to determine efficacy |
| 19   A.   No, I don't think the weight of the | 19   prior to widespread use. |
| 20   mesh -- | 20   Q   BY MR. SNELL: You would agree it's a |
| 21   MR. CARTMELL: Can I -- can I get | 21   benefit for the TVT retropubic device that they do |
| 22   this? Can we take a break. | 22   have studies of 5 years, 10 years, or more |
| 23   MR. SNELL: Yeah. An opportune time. | 23   duration in the literature? |
| 24   (Recessed from 3:31 p.m. to | 24   MR. CARTMELL: Object to the form. |
| 25   3:32 p.m.) | 25   A.   Yes, as we mentioned concerning |

| Page 239 | Page 241 |
|---|---|
| 1   MR. SNELL: Can you read back the | 1   efficacy, but not safety. |
| 2   question? | 2   Q   BY MR. SNELL: Well, there's -- |
| 3   (The reporter read the record as | 3   A.   The lighter meshes, the larger pore, |
| 4   requested.) | 4   lighter weight meshes are for complications. Not |
| 5   A.   As is worded there, I'm not aware of | 5   for efficacy. |
| 6   it. I mean, Cobb and internal Ethicon documents | 6   Q.   And I understand you say that with |
| 7   talk about lighter weight being better, fewer | 7   regard to prolapse and hernia. My question to you |
| 8   complications, sort of things. But as you | 8   is: With regard to complications, is it your |
| 9   specifically narrow it down to TVT, there is not | 9   opinion that a lighter weight mesh was used in the |
| 10   that study. | 10   application of TVT for the treatment of stress |
| 11   Q   BY MR. SNELL: And my question -- the | 11   incontinence, cut to 1.1 centimeters, that there |
| 12   initial question was on efficacy. | 12   would be a lower complication rate? |
| 13   A.   No. As far as I know. | 13   A.   There's the theoretical possibility of |
| 14   Q.   Okay. | 14   that. However, my ultimate opinion is no meshes |
| 15   A.   There is nothing out there, as far as | 15   should be placed transvaginally. |
| 16   the lightweights. | 16   Q.   Fair enough. |
| 17   The move was in hernias and pelvic | 17   You mentioned the Clave study. That |
| 18   organ prolapse to go to lighter weight because of | 18   was not a study that reported on the use of the |
| 19   the complications, but that was decided against | 19   TVT retropubic device in women who had been |
| 20   with TVT. | 20   treated for stress urinary incontinence; correct? |
| 21   Q.   And so my question is I want to get | 21   A.   Correct. That was, as I recall, for |
| 22   into -- ask you about the complications. | 22   pelvic organ prolapse. |
| 23   Are you aware of any clinical studies | 23   Q.   Is this the Clave 2010 paper? |
| 24   showing a lower rate of complications in women who | 24   A.   Correct. |
| 25   receive a lighter weight mesh for the intended use | 25   Q.   Okay. |

61 (Pages 238 to 241)

Daniel Steven Elliott, M.D.

| Page 242 | Page 244 |
|---|---|
| (Exhibit 21 marked.) | I read that correctly; didn't I? |
| 2   Q    BY MR. SNELL:  I've given you | 2   A.   I didn't see where you're reading. |
| 3  Exhibit 21.  This is the paper we were referencing | 3   Q    BY MR. SNELL:  Right here. |
| 4  by Clave; correct? | 4   A.   266 or 267? |
| 5   A.   Correct. | 5   Q.   266 at the bottom right. |
| 6   Q.   Okay.  This is the paper where they | 6   A.   Oh, yes.  I see it now.  Yes.  I'm |
| 7  start out with 100 explants and they only | 7  sorry. |
| 8  subjected 84 of them to scanning electron | 8   Q.   So when they try to do the other |
| 9  microscopy; correct? | 9  testings, the FTIR, the DSCs, they did not confirm |
| 10   A.   Well, there were 100 explants, and I'd | 10  degradation; correct? |
| 11  have to look through how many got evaluated with | 11   MR. CARTMELL:  Object to the form. |
| 12  SEM.  I don't recall the exact number.  If you say | 12  Misstates the statement. |
| 13  it's 82, I'm okay with that. | 13   A.   Again, I'd have to see where you're |
| 14   Q.   84. | 14  reading.  I don't know where this is coming from. |
| 15   A.   84. | 15   Q    BY MR. SNELL:  This is a question to |
| 16   Q.   I wouldn't misrepresent to you.  Right | 16  you based on this study. |
| 17  there. | 17   A.   Again, I'd have to -- it's been a |
| 18   A.   Okay.  I got it. | 18  while since I've gone over this paper.  So I'd |
| 19   Q.   You go it? | 19  have to find all the nuances you're discussing.  I |
| 20   A.   Um-hum.  Thank you. | 20  mean, they describe degradation.  They describe |
| 21   Q.   Under SEM analysis, it found that less | 21  cracking, and to me that's degradation. |
| 22  than half of the implants had this surface | 22   But the exact etiology of it, I don't |
| 23  cracking; correct? | 23  recall from the study what they came up with. |
| 24   A.   It's an extremely high number, yes. | 24   Q.   Well, when you see this cracking, that |
| 25   Q.   There were 35 out of 84? | 25  could be polypropylene or something other than |

| Page 243 | Page 245 |
|---|---|
| A.   Yeah.  That's -- that's a worrisome | polypropylene; correct? |
| 2  number to me.  I mean, it's 35 out of 80 women are | 2   MR. CARTMELL:  Object to the form. |
| 3  having this degradation going on. | 3   A.   Well, all I can quote, as far as my |
| 4   Q.   And besides just looking at the | 4  experience, obviously I have these papers which I |
| 5  pictures on the SEM and seeing the cracking and | 5  reviewed, but I can only correlate that |
| 6  saying that must be degradation, when they | 6  macroscopically to my surgical experience.  When I |
| 7  actually did tests to analyze and see if it was | 7  take out these meshes, which I did, it happened to |
| 8  degradation, those testings did not show it was | 8  be a TVT-Secur last week.  Where you hold it, it's |
| 9  degradation; correct? | 9  brittle, it cracks, it breaks, it's sharp; it |
| 10   A.   You'd have to show me where you're | 10  pokes the finger.  Okay.  To me that is |
| 11  referring to. | 11  degradation. |
| 12   Q.   How about -- | 12   Now, on the microscopic level, you |
| 13   A.   Because to me, degradation is | 13  know, I don't know what exactly they call and what |
| 14  cracking, brittle -- | 14  specific words they use to describe that process. |
| 15   Q.   266. | 15   Q    BY MR. SNELL:  They didn't say it was |
| 16   A.   266? | 16  brittle and broke and cracked in your fingers in |
| 17   Q.   266.  You know that after doing the | 17  Clave; correct? |
| 18  scanning electron microscopy, they subjected them | 18   A.   No, they didn't say that.  I'm saying |
| 19  to FTIR, DSC analyses; correct? | 19  that's what me and my daily experience, including |
| 20   A.   Correct. | 20  just last week -- that's what I feel, and that's |
| 21   Q.   And if you look at the bottom of | 21  what I'm calling degradation of the product. |
| 22  page 266, they reported that several hypotheses | 22   Q.   Clave and them show pictures of |
| 23  concerning the degradation of the PP are described | 23  scanning electron microscopy with surface |
| 24  below.  None of these, particularly indirect | 24  cracking? |
| 25  oxidation, could be confirmed in this study. | 25   A.   Yes.  But none of these are TVT, you |

62  (Pages 242 to 245)

Daniel Steven Elliott, M.D.

1   said. So this is a very important study. Seems
2   like they're raising red flags.
3        Next step is Ethicon needs to study it
4   with their specific product.
5        Q.   And in Clave the explants have been
6   explanted because of reported complications;
7   correct?
8        A.   I believe so, yes.
9        Q.   There was no control group in this
10  study of explants for which there was no
11  complication reported; correct?
12       A.   Well, yeah, the complication was a
13  manifestation of underlying pathology. So, no,
14  you don't have a control because you're not going
15  to go to operate on women who do not have a
16  complication yet.
17       Q.   And so the authors were unable to
18  state whether or not this amount and this type of
19  surface cracking is something that occurs in
20  non-explanted meshes?
21       A.   I mean, you're really narrowing down
22  the focus of this. Again, it's not a TVT product,
23  but they were not able to say -- I guess, I'm not
24  really following your question. I'm sorry.
25       Q.   What I was getting at is on page 269,

1   they say, "For obvious ethical reasons this study
2   did not provide the opportunity to analyze vaginal
3   implants from non-pathological situations.
4   Therefore, prediction of normal in vivo material
5   aging and the range of consequences in the
6   clinical state beyond the observed samples is not
7   possible."
8        A.   That is correct.
9        Q.   Okay. Can you point to any clinical
10  studies, any studies on the TVT device to treat
11  women that showed degradation of that TVT mesh?
12       And if you're looking at your report,
13  just tell me what page so I can --
14       A.   Page 13.
15       Q.   Give me a second. Okay.
16       A.   Specifically if you limit it to just
17  TVT, obviously I quote multiple different studies
18  looking at polypropylene and the foreign body
19  response, the inflammatory response, the
20  degradation, you have Mary, et al., Costello,
21  Clave, Wood. But on page 15 at the very top, the
22  first full sentence says, "In 2015 seven
23  implants." And that is -- if you look down at
24  reference 11, it's a Russian name, I think.
25  T-z-a-r-t-z-e-v-a. In-depth nano-investigation of

1   vaginal mesh and tape fibers explants in women,
2   okay. And that included TVT. They were removed
3   four to seven years after, and it demonstrated
4   degradation on SEM, and surface cracks, which
5   corresponds to my clinical experience.
6        Q.   In these seven explants, was there any
7   oxidation found of the TVT mesh?
8        A.   Oxidation is the process by which you
9   get degradation. So in order to study for
10  oxidation, you have to do some pretty
11  sophisticated chemical studies on the microscopic
12  level as far as what macrophages are doing. I
13  don't know -- I'm not an expert on how exactly
14  that would be accomplished. But if there's
15  degradation, I know there's been an inflammatory
16  response, which inflammatory response causes
17  oxidation, is one of the main reasons with
18  peroxides, hypochloric acid, et cetera.
19       Q.   Has the reported degradation in these
20  seven explants been confirmed in any standardized
21  test, such as chemical analyses?
22       A.   I'm unaware. I have to go back to the
23  study and see what they've done from that. From
24  my angle as a surgeon, I would want the company
25  then to go back and look at some of this stuff for

1   me.
2        Q.   Are there any studies that you're
3   aware of on the TVT device that correlate and show
4   that a particular complication was caused by
5   degradation?
6        A.   Well, no. Degradation is part of the
7   cascade of events. You have an implantation of a
8   product that causes a foreign body response and
9   inflammatory response, which then the immune
10  system comes in with the various different dumping
11  of various different product to try and to
12  eliminate the foreign body, infection, and then
13  degradation occurs.
14       So you're not going to find something
15  where it's just degradation. It's a cascade of
16  events.
17       Q.   Is there any clinical literature that
18  shows any complications are caused by degradation?
19       A.   Well, I would say every study that
20  there's a vaginal erosion or extrusion is evidence
21  of degradation. Yeah, every time that I do an
22  exam on a patient and find this brittle, cracking,
23  hard mesh that is evidence of degradation.
24       Q.   Are there any studies that report
25  degradation played any kind of role in a vaginal

Daniel Steven Elliott, M.D.

| Page 250 | Page 252 |
|---|---|

**Page 250**

1  erosion or extrusion following a TVT?
2      A.  Well, yeah, this T-z-a-r-t-z-e-v-a on
3  page 15.  There are seven explants, including TVT,
4  that were removed after implantation.  Okay.  So
5  some sort of complication.  And they found
6  degradation there.
7          (Exhibit 22 marked.)
8          MR. CARTMELL:  Just so you know,
9  Doctor, for the record, a lot of times people call
10  it the Zimmern study.  It's easier to the
11  pronounce.
12          THE DEPONENT:  Yeah.  Phillippe at UT
13  Southwestern.
14      Q    BY MR. SNELL:  This is the paper you
15  were referencing?
16      A.  Correct.  It's an abstract.
17      Q.  It's T-z-a-r-t-z-e-v-a.
18      A.  Yeah.  It's Zimmern.  Phillippe
19  Zimmern at Utah Southwestern's paper.
20      Q.  And this wasn't seven TVT devices as
21  you put in your report; was it?
22      A.  No.  I said including the TVT.  So not
23  all were TVT.
24      Q.  Right.  In fact, how many of these
25  were TVTs?

**Page 251**

1      A.  I don't know if it actually says.
2  Seven explants.  But I don't think they break it
3  down into what -- which one has what.
4      Q.  Well, they had a Gynemesh; correct?
5      A.  Correct.
6      Q.  And that's not a TVT retropubic
7  device; correct?
8      A.  No.  It's an Ethicon product.
9      Q.  Then they had a TVT; correct?
10      A.  Yes.
11      Q.  They identify one TVT in this study
12  you cite; right?
13          MR. CARTMELL:  Object to the form.
14  Misstates the paper.
15      A.  Again, I'd have to see where it is.
16      Q    BY MR. SNELL:  Well, you cite to it,
17  Doctor.  So I'm telling you, they cite to one TVT
18  in this study; right?
19          MR. CARTMELL:  That's not what it
20  says.  It misstates the paper.
21      A.  That's not what it -- it says seven
22  explants were studied covering a range of
23  currently MT devices, Gynemesh, TVT, TOT, Sparc,
24  and mini sling.
25      Q    BY MR. SNELL:  So that's five

**Page 252**

1  different devices; correct?
2      A.  That's right.  That's five different
3  devices.  So TVT could be three of them.  What I'm
4  saying is this particular abstract does not break
5  it down into which one is which.
6      Q.  And you don't have a clue then as to
7  whether one was a TVT or two or three; correct?
8      A.  As I've stated, the abstract does not
9  state that.
10      Q.  And this abstract doesn't state what
11  complications, if any, occurred with the TVT;
12  correct?
13      A.  No.  It states they were explanted for
14  some reason.
15      Q.  And you note in this study they looked
16  for peaks of oxidation, and they didn't find any;
17  right?
18      A.  Okay.  You know, they did or didn't.
19  Immaterial to me because it shows degradation.
20  Degradation can occur because of multiple
21  different reasons, but they didn't find it on this
22  particular study.
23      Q.  And they didn't try to say the
24  clinical effect, if any, of a 7-nanometer degree
25  of surface cracking; correct?

**Page 253**

1      A.  Well, no, you have to extrapolate.
2  There was a complication on all seven of these.
3  They had degradation.  They had cracking.
4  Something went wrong.  Was it infection?  Was it
5  pain?  Extrusion?  Contraction?  Dyspareunia.  I
6  don't know.  I'm just going -- they don't state in
7  this paper, in this abstract.
8      Q.  Do you believe that there are any
9  clinically significant complications that occur
10  because of degradation?
11      A.  Yes.
12      Q.  And where do you identify them in your
13  report?  I'm sorry.
14      A.  That is in the section on Degradation,
15  beginning on page 13 through top of 16.
16      Q.  So what specific complications, if
17  any, arise because of degradation?
18      A.  Well, that's what we've talked about
19  multiple times here.  Degradation is one of the
20  steps of the problems.  It starts with
21  implantation of a foreign body in a contaminated
22  environment that creates inflammation, foreign
23  body response.  Macrophages come in.  They dump
24  their hydrogen peroxide, hypochloric acid.  The
25  product breaks down.  It creates more of an

Daniel Steven Elliott, M.D.

| Page 254 | Page 256 |
|---|---|
| 1   inflammatory process. And it's a vicious cycle, | 1   on. |
| 2   which leads to then scarring, contraction, scar | 2      Q.  So that's what I'm asking you then, |
| 3   plate, dyspareunia, pelvic pain, urethral erosion, | 3   okay? |
| 4   bladder erosion. | 4      How do you know which exposures |
| 5      So degradation is one of the steps of | 5   degradation played a role in, when in Clave they |
| 6   this cascade. | 6   didn't even see degradation, except in 45 percent |
| 7      Q.  Are you aware of any reliable | 7   of them? |
| 8   scientific studies that show the degree to which | 8      A.  Okay. Then -- I mean -- |
| 9   degradation causes any of these complications you | 9      Q.  That's a scientific question I'm |
| 10  just identified as compared to surgical technique, | 10  getting at. |
| 11  patient factors or any other causal elements? | 11     A.  Well, yes and no with that. So |
| 12     A.  See, that's exactly what I've been | 12  45 percent of the patients, based on Clave, had |
| 13  trying to state this entire time. The whole | 13  degradation and complications. That means the |
| 14  device, as marketed, is bad because surgeons play | 14  other 55 had other factors, surgical, implantation |
| 15  a role. The patient may or may not. I think | 15  technique, roping, curling, whatever, to cause |
| 16  that's questionable. We talked about that | 16  complications. For myself, as a surgeon who takes |
| 17  already. I can't find an identifiable source | 17  care of these patients, I ultimately don't care |
| 18  there. But then you have a bad product put in. | 18  what causes the problem. I've got a problem I've |
| 19     So the whole thing is bad. It's | 19  got to deal with. |
| 20  multifactorial reasons why certain number of these | 20     So if we want to base it upon Clave, |
| 21  patients have devastating complications. | 21  45 percent of these complications could have |
| 22     Q.  If a patient has a mesh exposure, do | 22  occurred due to degradation. It's 45 percent of |
| 23  you assume that degradation was a cause? | 23  patients who have been damaged due to degradation |
| 24     A.  Depends partly on when it occurred. | 24  of the product. |
| 25  However, I believe Clave said it was independent | 25     Q.  Is that an opinion you hold |

| Page 255 | Page 257 |
|---|---|
| 1   of time of implantation that they found their | 1   45 percent -- |
| 2   degradation. The longer it's in, intuitively and | 2      A.  No. |
| 3   based upon the data and based upon like | 3      Q.  -- of exposures occur because of |
| 4   Klosterhalfen says 15 years, degradation | 4   degradation? |
| 5   contraction continue, that the longer it's in, | 5      A.  No, I don't. We're saying based upon |
| 6   there's going to be more problems with it. | 6   the Clave study. I have yet to see -- and this |
| 7     Q.  Well, Clave, they didn't even find | 7   would be a very good study to be done, and it |
| 8   surface cracking in half of the explants. | 8   should be done by Ethicon, if there's a concern |
| 9     A.  But they found it in half. So tell a | 9   and they want to take care of patients and prevent |
| 10  patient, great, half of you aren't going to have | 10  women from being damaged of studying these things. |
| 11  it at that point in time, but the other half are. | 11     Q.  But I'm here to learn your opinion; |
| 12     Q.  Maybe we're not communicating. | 12  right. |
| 13     We've already gone through Clave, and | 13     What percent of the women who have an |
| 14  it didn't show degradation or surface cracking in | 14  exposure is that caused by degradation? |
| 15  more than half of the implants. | 15     A.  I guess -- |
| 16     A.  It was like 55 percent or something | 16     Q.  If you can't say or you don't know, |
| 17  like that, or in that ballpark. | 17  tell me that. But if you have a number, then I |
| 18     Q.  Right. Right. | 18  want to know the methodology by which you come |
| 19     So in those 55 percent, right, some of | 19  to -- come to that number. |
| 20  those patients would have had exposures; right? | 20     A.  If I have a patient who is seeing me |
| 21     A.  Possibly. I don't believe the article | 21  two or three days after a mesh sling with |
| 22  states it. | 22  exposure, that's not due to degradation, okay. |
| 23     Q.  Yet they didn't see surface cracking; | 23     Q.  That's her wound that hasn't healed up? |
| 24  right? | 24     A.  That's right. |
| 25     A.  So that means something else was going | 25     Q.  Maybe it was placed superficially; |

65 (Pages 254 to 257)

Daniel Steven Elliott, M.D.

<table>
<tr><td>

Page 258

1  correct?
2     A.  Within a couple of days, that is not
3  the mesh causing -- now, it will impair healing,
4  because there's a foreign body reaction to things.
5  But it's not due to degradation.
6     Q.  Well --
7     A.  If somebody is occurring longer than
8  that, let's say beyond the initial healing period.
9  Six weeks is traditionally where the body will be
10  at roughly 98 percent of its strength.  That's our
11  usual, going by that six weeks.  Beyond that, if
12  exposure or an event like that occurs, degradation
13  in my opinion is going to be one of the main
14  underlying factors for it, in combination with the
15  infection, inflammatory response.
16     Q.  And what's the methodology for that
17  statement?
18     A.  Exact -- based upon the literature and
19  my clinical experience on a daily basis, including
20  in the past two weeks, four -- three TVT and one
21  TVT-Secur patient I dealt with.
22     Q.  Let's talk about the literature
23  because I can't go and look at your charts, okay.
24     In the literature, what studies show
25  that if an exposure occurs beyond six weeks did

</td><td>

Page 260

1  patients who have mesh who have devastating
2  complications, that's a statement you'd made
3  earlier; correct?
4     A.  Multiple times that's based on my
5  clinical experience in talking and discussing it
6  with surgical colleagues.
7     Q.  So you're not relying on any
8  literature to report the rates of devastating
9  complications with TVT retropubic; correct?
10     MR. CARTMELL:  Not relying on what?
11  Object to the form of that.
12     A.  No.  I think certain patients --
13  certain patients.
14     Certain studies like Hou, et al.,
15  which was also Phillippe Zimmern, who I personally
16  talked to about his paper, where they had slings,
17  where after -- they had only removed for pain.
18  19 percent had persistent pain.  Just to beat you
19  to the punch, they did not break it down into TVT
20  or not.
21     Q.  BY MR. SNELL:  And they also didn't
22  report a denominator from which all those patients
23  were drawn from; correct?
24     A.  They did not.  That denominator, as
25  far as I know, is not known.

</td></tr>
<tr><td>

Page 259

1  degradation play a major role, I think you said?
2     A.  Then we go back -- let's go back to
3  Clave then.  And we've said -- we've admitted
4  roughly 45 percent of those patients had
5  degradation.  Okay.  So based purely and just on
6  that paper, that will be my opinion, that
7  45 percent for that paper.
8     But what I'm saying is it has been
9  inadequately studied elsewhere.  Something that
10  needs to be done.
11     Q.  Did Clave rule out other causal
12  factors for the exposures in his study?
13     A.  I have --
14     Q.  If he did, tell me how he did it.
15     A.  No.  I would have to look at the paper
16  and see all that he's looked at.
17     Q.  This study you talk about that you
18  think Ethicon should have done, how would you
19  design that study?
20     A.  The basic unfortunate reality is it --
21  I don't know if it could be done.  Hence the
22  reason why I am anti-mesh in the vagina, because
23  you cannot safely make this thing work and cannot
24  do it in a long-term.
25     Q.  When you say that there are some

</td><td>

Page 261

1     Q.  And that's an issue with case series,
2  where you do not have a denominator, thus one
3  cannot compute reliably the incidence; correct?
4     A.  The true incidence, unfortunately, is
5  not known, and it needs to be known because some
6  of these people's lives are destroyed.
7     Q.  So in a case series like you
8  mentioned, a major limitation to that series is
9  that it does not speak to the incidence of those
10  complications; correct?
11     A.  I would disagree with you that it's a
12  major limitation.  It is a limit you cannot
13  extrapolate across the board, but in his series,
14  in a very good reconstructive surgeon's hands,
15  19 percent of SUIs had persistent chronic pain.
16     Q.  And you don't know how many were TVT;
17  correct?
18     A.  That is correct.
19     Q.  More likely than not, they were not
20  going to have persistent pain; correct?
21     MR. CARTMELL:  Object to the form.  I
22  think it's vague and ambiguous.  May call for
23  speculation.
24     A.  Oh, I see what you're saying.  Okay.
25     In the follow-up of these individuals,

</td></tr>
</table>

66 (Pages 258 to 261)

Daniel Steven Elliott, M.D.

Page 262

1  there were 19 percent that had permanent pain.
2  Statically speaking, that means that you get rid
3  of the mesh, 81 percent got better. Therefore,
4  the mesh is the source for the pain.
5      MR. SNELL: Move to strike.
6      Q   BY MR. SNELL: It was more likely that
7  the patients would get better as opposed to having
8  persistent pain in the study you just told me
9  about; correct?
10     A   During the duration of their
11  follow-up, 81 percent of the patients, once the
12  mesh was relieved, had resolution of their pain.
13     Q   You wrote in your report that you
14  believe that the TVT mesh is cytotoxic?
15     A   Correct.
16     Q   You saw that cytotoxicity -- that data
17  were presented to the FDA in the 510K for TVT;
18  right? I can withdraw it and clean it up.
19         Dr. Elliott, you saw that, in the 510K
20  for TVT retropubic device to treat stress
21  incontinence, Ethicon reported the cytotoxicity
22  data that you reference in your report to the FDA;
23  right?
24     A   I don't -- it's been a long time since
25  I read the 510K submission. I have to look to see

Page 263

1  if they talk about the severely cytotoxic, marked
2  cytotoxic part of these studies.
3      Q   You know in 2013 the FDA released a
4  statement regarding synthetic slings for the
5  treatment of stress incontinence?
6      A   They had a release.
7      Q   And you saw the FDA wrote in that
8  release that the full length mid-urethral sling
9  like TVT retropubic device has been shown to be
10  safe and effective up to one year; correct?
11     A   I would have to see that study. And
12  let's just -- or not the study. But that
13  publication. But let's just say they say that
14  exactly as you did.
15         At one year.
16     Q   Right.
17     A   Again, that's the limitation of all
18  those statements.
19     Q   And has the FDA, to your knowledge,
20  ever concluded that the TVT retropubic device --
21  that the mesh is cytotoxic?
22     A   I have not seen that in any of their
23  writings. I don't know also what information
24  they've received.
25     Q   You have not seen any documents from

Page 264

1  the FDA and the people what reviewed the TVT
2  retropubic device 510K with regard to their
3  determination as to whether the TVT retropubic
4  device is safe and effective?
5      A   No. I mean, I've seen that the --
6  that the FDA has made those statements. But what
7  I'm saying is, I don't know if they've received
8  all of the documentation and then their opinions
9  on that, as far as the cytotoxicity, et cetera.
10     Q   Okay.
11         (Exhibit 23 marked.)
12     Q   BY MR. SNELL: I marked as Exhibit 23
13  the FDA's statement, Considerations about Surgical
14  Mesh for SUI, 2013.
15         This is a document you're familiar
16  with?
17     A   Correct.
18     Q   And you see this is off the FDA web
19  site as well?
20     A   That is correct.
21     Q   Page last updated March 27, 2013;
22  correct? I'll show you?
23     A   Yes, I see it.
24     Q   And it says on the first page, "the
25  safety and effectiveness of multi-incision slings

Page 265

1  is well established in clinical trials that
2  followed patients for up to one year. Longer
3  follow-up data is available in the literature, but
4  there are fewer of these long-term studies
5  compared to studies with one-year follow-up."
6      Correct?
7      A   Correct. That's what they state.
8      Q   Let me ask you this question.
9          It would be a true statement that the
10  safety and effectiveness of the Burch
11  colposuspension, the autologous slings, biologic
12  slings, cadaveric slings, all the different stress
13  incontinence options -- that the safety and
14  effectiveness of them has been assessed more, to a
15  greater volume in studies reporting on 12 months
16  or less as compared to longer term studies;
17  correct?
18         MR. CARTMELL: Object to the form.
19     A   That would be true, that most SUI
20  studies are short-term because they're easier to
21  do, and that's why the data is poor to moderately
22  poor.
23     Q   BY MR. SNELL: So what you just said
24  there, let me make sure I understand you.
25         Shorter term studies assessing stress

67 (Pages 262 to 265)

Daniel Steven Elliott, M.D.

| Page 266 | Page 268 |
|---|---|

**Page 266**

1  urinary incontinence surgery are easier to do than
2  longer term studies?
3      A.   Correct.
4      Q.   That applies across the board?
5      A.   Correct.  I mean, shorter term studies
6  are easier to do because they're short-term.  You
7  have less patient loss to follow-up those things.
8      Q.   What studies, if any, in women show
9  that cytotoxicity causes any complications with
10  the use of TVT retropubic device?
11      A.   There have been none because the issue
12  of cytotoxicity has not been released to the
13  general public.  Therefore, someone is not going
14  to study that if they don't even know it exists.
15      Q.   Do you know the 510K documents on TVT
16  are publicly available at the FDA and available
17  through a Google search on the web sites?
18      A.   They may be.  I don't -- I don't know
19  because I don't search that.
20      Q.   You've never attempted that search?
21      A.   Not with this device.  I've done it
22  with the ObTape, and I couldn't find it.
23      Q.   Okay.  Are there any complications
24  that you believe are due to cytotoxicity?
25      A.   Possible --

**Page 267**

1      Q.   Let me make sure because I want to
2  focus on TVT, not leave a vague question out there
3  because we were last talking about ObTape.
4          So for the TVT retropubic device, are
5  there complications which you believe are caused
6  by cytotoxicity?
7      A.   In theory, possibly all of them,
8  because cytotoxicity is cell death.  Cell death
9  will increase the foreign body response, the
10  inflammatory response, subsequently increase the
11  degradation, cracking, increase pain, increase the
12  potential for infection.  I'm saying possibly.  It
13  could be.
14      Q.   Okay.
15      A.   That has not been studied to date.
16      Q.   Okay.  For example, you pointed me to
17  the Wang paper earlier, and we looked at it, and
18  there was a 2.4 percent rate of exposure; right?
19      A.   There was 17 out of 700 that had
20  impaired vaginal healing.  And I can't recall the
21  data beyond that.
22      Q.   It was 2.4 percent?
23      A.   Okay.  I remember the 2.4 percent.
24      Q.   Okay.  So working with that number,
25  2.4 percent, and we looked and there was more than

**Page 268**

1  60 months follow-up.
2          Of that 2.4 percent, can you say how
3  many of those 17 patients had the defective
4  vaginal healing because of cytotoxicity, or is
5  that known?
6      A.   That has not been studied to date,
7  because as I mentioned, I didn't even know the
8  cytotoxicity report even existed until I got
9  involved in this.  So no one out in the community,
10  our physicians, researchers are going to know that
11  exists.  They're not going to study it.
12      Q.   What percent of TVT retropubic devices
13  is the mesh cytotoxic?
14      A.   Well, from what they state here, if
15  this TVT is studied and has been shown to have
16  marked cytotoxicity or severely cytotoxic in these
17  two references and that mesh is put in the
18  patient, then 100 percent of those have the
19  potential for cytotoxicity.
20      Q.   All right.  So if 100 percent have a
21  cytotoxic mesh, why is it that 97.6 percent in the
22  Wang study who were followed out beyond 60 months
23  didn't have any defective vaginal healing?
24      A.   It's going to be, again,
25  multifactorial.  The vaginal healing, the duration

**Page 269**

1  of follow-up, is smoking going to play a role,
2  obesity, impaired vaginal status.  And, again,
3  what's going to be these people 15, 20, 30 years
4  from now.
5          MR. SNELL:  Move to strike as
6  nonresponsive.
7      Q.   BY MR. SNELL:  My question was:  If
8  100 percent of people have the cytotoxic TVT
9  retropubic mesh, why is it that 97.6 percent of
10  the patients in Wang did not have the defective
11  vaginal healing?
12      A.   See the -- not to be critical, but
13  your logic is impaired.  100 percent of people who
14  smoke don't get lung cancer.  100 percent of
15  people exposed to asbestos don't get mesothelioma.
16  100 percent exposed to TVT aren't going to have
17  those devastating complications, but certain ones
18  do.
19      Q.   And that's what I'm trying to
20  understand and test here.  All right.
21          What is it about the 97.6 percent of
22  the patients who didn't have defective vaginal
23  healing that led this cytotoxic mesh to have no
24  role or no effect on the --
25      A.   Okay.  We decreased it down.  You said

68 (Pages 266 to 269)

Daniel Steven Elliott, M.D.

| Page 270 |
| --- |

1  defective vaginal healing.
2      Q.  I was trying to use the words you
3  said.
4      A.  You're correct; 2.4 percent had
5  defective vaginal healing.  That is just one of
6  the complications.  Not all cytotoxicity or
7  degradation is going to go just to mesh extrusion.
8  I'm talking pain, contraction, roping, the
9  degradation process.  Pelvic pain, vaginal pain,
10  dyspareunia.
11      So they are just saying, just in this
12  limiting it, 2.4 percent had defective vaginal
13  healing.  Okay.  So that's narrowing the number I
14  talked about before, okay.  I cannot answer the
15  question as to why don't all.  All I know is that
16  to me this is a red flag and patients and doctors
17  need to be warned of that possible cytotoxicity.
18      Q.  For example, we looked at the number
19  of patients who reported dyspareunia and there was
20  four out of that group.
21      A.  Five complained of pain.  Four
22  complained of dyspareunia, and then five
23  complained of vaginal bleeding.
24      Q.  Right.  So for the dyspareunia.  I will
25  right -- we addressed this somewhat.

| Page 271 |
| --- |

1  represent to you I calculated that, and it's
2  0.56 percent.  Okay.  4 out of 700.
3      For that 0.56 percent of patients who
4  had dyspareunia, is there a way to scientifically
5  reliably say, which, if any of them, that was
6  caused by cytotoxicity?  And if there is, I want
7  to know the methodology by which you would
8  conclude that.
9      A.  That would require a study by Ethicon
10  to do that.  And so all I know is we have a red
11  flag.  We have marked cytotoxicity.  We have
12  complication.  These are just limiting to the
13  specific one.  I cannot point to a paper and say
14  that because then it has not been studied because
15  individuals didn't know to study it.  It needs to
16  be studied, though.
17      Q.  So I think in fairness, the answer to
18  my question was, no, you don't know that; correct?
19      MR. CARTMELL: Objection.  Asked and
20  answered.  He just answered your question.
21      A.  No.  And I will reiterate just what I
22  said again.  Cytotoxicity is a red flag of
23  something going on.  We know there's cytotoxicity
24  there.  How much of a role it plays in all the
25  other complications, I don't know.  That needs to

| Page 272 |
| --- |

1  be studied.
2      Q   BY MR. SNELL:  Okay.  That was my
3  question.
4      Of -- and I was really focused on
5  dyspareunia.  Of the four patients with
6  dyspareunia, you can't say, reliably,
7  scientifically, which if any of those four were
8  caused by cytotoxicity; correct?
9      A.  No.  You are correct because all I can
10  say is there was some defect in the product that
11  caused this.  I cannot attribute that just to
12  cytotoxicity.
13      Q.  And Wang did not rule out other
14  factors besides the mesh; did he?
15      A.  I don't recall Wang giving a specific
16  opinion on that, what necessitated.
17      Q.  How would you design a study like you
18  state Ethicon should do with regard to
19  cytotoxicity to see what effect, if any, it would
20  have on complications for women receiving the TVT
21  retropubic device for stress incontinence?
22      A.  You cannot ethically construct a study
23  of putting a product in that has the possibility
24  of cytotoxicity in a patient for a quality of life
25  study.  You can't do it.  It would never get

| Page 273 |
| --- |

1  approved and no woman would accept it.
2      Q.  Am I correct that for the pore size of
3  the TVT mesh you cannot reliably say
4  scientifically what complications are caused due
5  to pore size in TVT patients?
6      MR. CARTMELL:  Object to the form.
7      A.  As I've stated multiple times, as
8  outlined in my report, we have an overall system
9  design failure.
10      Specifically small pore, what role is
11  that playing in percentage of the complications.
12  No, I cannot state that.
13      Q   BY MR. SNELL:  You have not studied
14  the rates of complications of stress urinary
15  incontinence slings to see whether there is a
16  statistically significant different rate of
17  complications that occurs dependent upon pore
18  size; correct?
19      A.  You are partly correct.  However, we
20  do know from the hernia mesh data and the Vypro
21  mesh data that complications can be reduced with a
22  large poor lightweight.  It has not been extended
23  down into the TVT like it should have been.  So
24  you are correct.  That data does not exist and it
25  should exist.

69 (Pages 270 to 273)

Daniel Steven Elliott, M.D.

<table>
<tr><td>

Page 274

1    Q.   Actually, that data do exist to some
2 degree in the application of stress urinary
3 incontinence because there are data like the
4 Cochrane Reviews that show that multifilament
5 meshes have higher complication rates than
6 monofilament meshes; correct?
7    A.   Yes.  But we're talking about the TVT
8 here.  And I'm talking about lightweight hernia
9 mesh.  You know, Ethicon employees all agree,
10 lightweight, small -- or large pore reduce
11 complications.  The Cochrane has nothing to do
12 with lightweight, large pore meshes.  It doesn't
13 exist, as far as I know, for slings.
14    Q.   The multifilament meshes assessed in
15 the Cochrane Review that had higher rates of
16 complications compared to the monofilament meshes
17 like TVT have a smaller pore size than the TVT
18 mesh; correct?
19    A.   No.  You are correct, but we're
20 talking -- yes, I agree with you.
21         The ObTape, the ProteGen, the
22 Gortexes, the Amid 3's have higher implications
23 than TVT.  I agree with you.  But what I'm saying
24 is the next level up above TVT, the lightweight,
25 large pore meshes, it does not exist.  The

</td><td>

Page 276

1 body.
2    Q.   No surgeon in the world that you're
3 aware of has ever taken a larger pore, lighter
4 weight hernia mesh, cut it down to 1.1
5 centimeters, put it in a sheath and placed it
6 retropubicly, like the TVT retropubic device;
7 correct?
8    A.   I am unaware of anybody doing that.
9 Including Ethicon.
10    Q.   Therefore, you are unaware of any
11 studies in the application of a stress urinary
12 incontinence tape that show that when put in that
13 configuration and used as the TVT is,
14 retropubicly, with the passage of trochars, that
15 there is a lower complication rate in stress
16 incontinent women; correct?
17         MR. CARTMELL:  Object to the form.  I
18 believe it misstates his opinions in this case and
19 the report.
20    Q.   BY MR. SNELL:  Go ahead.
21    A.   And therein lies a huge deficit of
22 what Ethicon should have done.  They knew the data
23 on hernia meshes and prolapse meshes.  Large pore,
24 lightweight fewer complications.  They did not
25 take the next step of extrapolating that to TVT,

</td></tr>
<tr><td>

Page 275

1 technology exists for it, but the product has not
2 been done in any studies for women in stress
3 incontinence.
4    Q.   Right.  Okay.  So those larger pore,
5 lighter weight meshes have not been cut down to
6 1.1 centimeters, put into sheaths and tested by
7 anyone; correct?
8    A.   That is correct.  In my opinion it
9 should have been.
10    Q.   All right.  What physicians and
11 surgeons -- well, strike that.
12         If physicians and surgeons wanted to
13 test larger pore, lighter weight hernia meshes in
14 the application of stress incontinence, couldn't
15 they cut slings made of ULTRAPRO and test it for
16 incontinence?
17    A.   I can't speak to what surgeons could
18 or could not do.
19    Q.   Well, you cut mesh and put it in the
20 body however you wanted; didn't you?
21    A.   No.
22    Q.   You didn't do that for sacrocolpopexy?
23    A.   I configured an already Y-shaped mesh.
24 I did not take something and create something new.
25 I just configured it to fit into the patient's

</td><td>

Page 277

1 because, as they said, now their TVT data no
2 longer holds up.  So they made a decision not to
3 do that.
4    Q.   BY MR. SNELL:  Well, you would
5 criticize Ethicon for wanting to have a product
6 that has longer term data than all the other
7 meshes out there, including ones you, yourself,
8 have used?
9         MR. CARTMELL:  Objection.
10 Argumentative.
11    A.   Well, I have no problem with them
12 having long-term studies out there, but I'm saying
13 they're not focused on safety.  And I'm saying if
14 they knew, if a corporation knew that there were a
15 better product available and they chose not to,
16 purely for marketing, that is unethical,
17 unacceptable.
18    Q.   BY MR. SNELL:  How do they know it's
19 better in the application of stress urinary
20 incontinence when the sling is only 1.1
21 centimeters?
22    A.   They should --
23         MR. CARTMELL:  Object to the form.  I
24 don't understand the question.
25    A.   No.

</td></tr>
</table>

70 (Pages 274 to 277)

Daniel Steven Elliott, M.D.

| Page 278 | Page 280 |
|---|---|

**Page 278**

1   MR. SNELL: I mean, you're -- I mean,
2   what you're talking about is Ethicon's state of
3   mind, and that will not fly with this judge. So
4   I'm going to withdraw that question.
5       MR. CARTMELL: Let's take a break.
6       MR. SNELL: That's fine.
7       (Recessed from 4:25 p.m. to
8       4:42 p.m.)
9       MR. SNELL: You do know that I'm here
10  to question him on his New Jersey report as well?
11      MR. CARTMELL: No, I didn't know that.
12      MR. SNELL: Ben didn't tell you that?
13      MR. CARTMELL: Hum-um.
14      MR. SNELL: He said he wanted it all
15  done in one sitting. So --
16      MR. CARTMELL: He told me next week in
17  Minneapolis.
18      MR. SNELL: That's only case specific
19  on Watkins. I'm doing the New Jersey general
20  stuff today.
21      MR. CARTMELL: Okay.
22      MR. SNELL: That's what they told me.
23      MR. CARTMELL: I'm not doing that. If
24  you're telling me you're going longer than
25  7 hours --

**Page 279**

1       MR. SNELL: Yeah.
2       MR. CARTMELL: -- I ain't doing that.
3       MR. SNELL: Well, why didn't Ben tell
4   you that, because that's the agreement.
5       MR. CARTMELL: Nobody told me that.
6       MR. SNELL: That's the agreement I put
7   in the emails, too. Ben was having --
8       MR. CARTMELL: This was the
9   consolidation deposition.
10      MR. SNELL: Right. And then but Ben
11  said, but you need to do his New Jersey generally
12  TVT at the same sitting because Watkins case
13  specific is next week. And I said, okay, I'll
14  start that after I finish the design defect. It's
15  all in the emails. I'm surprised he did not tell
16  you that.
17      MR. CARTMELL: He didn't tell me and
18  I'm not doing it.
19      MR. SNELL: Is that on the record. I
20  mean, because I came here and flew here to do
21  both. And I'm not available next weekend, okay,
22  because I have my own experts.
23      MR. CARTMELL: I'm not available
24  tonight, and I -- I agreed to do this, and I have
25  something I have to be at at 6:00, and if I'm not

**Page 280**

1   there at 6:00, I'm going to get my brains beat in.
2   I'm not doing that.
3       MR. SNELL: Well, then we're going to
4   have to agree that whenever I can make it and the
5   doctor make it, we'll do the New Jersey general
6   TVT portion.
7       MR. CARTMELL: Well, that's fine. But
8   I'm not --
9       MR. SNELL: Because the person who's
10  deposing him in Watkins --
11      MR. CARTMELL: Look, there's --
12      MR. SNELL: Let me just say something.
13      MR. CARTMELL: This is ridiculous that
14  you take 7-hour depositions.
15      MR. SNELL: The person disposing him
16  in Watkins is only case specific. That was all
17  agreed to and hammered out --
18      MR. CARTMELL: Nobody told me that.
19      MR. SNELL: -- between Ben and
20  everybody in these big mass emails. All right.
21  Well, let's just -- let's jump on it, okay.
22      MR. CARTMELL: Okay.
23      MR. SNELL: We'll find something that
24  works. But I'm telling you -- and you know it. I
25  know you're tied up and I'm tied up, through the

**Page 281**

1   5th, okay. But I'm here today, prepared to do the
2   New Jersey general after this one.
3       MR. CARTMELL: Well, I'm not.
4       MR. SNELL: I know. I know.
5       MR. CARTMELL: I'm not doing that.
6   I'm not doing 9 hours --
7       MR. SNELL: I don't know why they
8   didn't tell you.
9       MR. CARTMELL: I'm not making the
10  doctor do 9 hours of deposition. That's
11  ridiculous. This is crazy. We're, again, going
12  over stuff that I think you even covered in his
13  first depo.
14      MR. SNELL: I've only deposed him on
15  Prolift.
16      MR. CARTMELL: But that doesn't
17  matter. A lot of this stuff has been talked
18  about.
19      MR. SNELL: No. But this is in the
20  application of the design of TVT for stress
21  incontinence. That was the agreement.
22      MR. CARTMELL: Go. You've got
23  48 minutes.
24      MR. SNELL: That was the agreement,
25  okay. That's why I came here. And I'm prepared

Daniel Steven Elliott, M.D.

Page 282

1  to do that.
2       MR. CARTMELL: I wish I had known.
3       MR. SNELL: I wish they would have
4  told you, to be honest with you. And I wish they
5  would have told me, because I was preparing to go
6  out tomorrow. And as for the length of deposition
7  being ridiculous, in New Jersey some of my experts
8  were deposed for more than 13 hours.
9       MR. CARTMELL: I just can't believe
10 this. But go ahead.
11      MR. SNELL: All right. So we'll pick
12 it up. Are you ready, Doc.
13      THE DEPONENT: Yes, I am.
14      Q   BY MR. SNELL: You got your report
15 there handy?
16      A.  Yes, I do.
17      Q.  Can you just turn to page 20.
18      A.  Yes.
19      Q.  The picture there, that is not a
20 picture of the TVT retropubic device to treat
21 stress urinary incontinence; is that correct?
22      A.  That is correct.
23      Q.  All right. The width of whatever that
24 mesh is is a lot more than 1 centimeter; correct?
25      A.  I don't know the dimensions on that.

Page 283

1  I have to go back to the original document.
2       Q.  Well, if you look at the number of
3  pores all the way across it, you and I can agree
4  that that's a lot more than 1 centimeter wide;
5  correct.
6       MR. CARTMELL: Object to the form.
7       A.  Again, I can't say. I just don't
8  know. I'm saying I don't know what it is. I'm
9  not disagreeing with you. I just don't know.
10      Q   BY MR. SNELL: There's no sheath on
11 that mesh; correct?
12      A.  That is correct.
13      Q.  And there's certainly no trochars
14 connected to it; correct?
15      A.  That is correct.
16      Q.  And you don't know how that --
17 whatever mesh it was stretched; is that correct?
18      A.  I'd have to go back to the original
19 document and see what they said.
20      Q.  Okay. Are you aware of any studies
21 that have looked at potential shrinkage with the
22 TVT device in the application of stress
23 incontinence treatment that report that there was
24 no shrinkage with the TVT?
25      A.  We'd have to go to the contraction

Page 284

1  section of my report, which I have down here
2  starting on roughly page 17, it appears.
3       In there I say, Ethicon's medical
4  director stated that TVT can shrink -- generally
5  believe TVT mesh would shrink approximately
6  30 percent post implantation, and that is an
7  internal document.
8       MR. SNELL: So respectfully move to
9  strike.
10      Q.  BY MR. SNELL: My question was: Are
11 you aware of any clinical studies that assess the
12 TVT in the application of stress urinary
13 incontinence and reported that there was no
14 shrinkage with the TVT mesh?
15      A.  That there was no shrinkage? I'm
16 unaware of any studies that's documented no
17 shrinkage.
18      Q.  Okay. The Vypro mesh, you're aware
19 that -- let me back up.
20      So you make reference to Vypro and
21 ULTRAPRO in your report; I believe; correct?
22      A.  Vypro. I'd have to look and see with
23 ULTRAPRO, where I put that. But Vypro, yes.
24      Q.  In the context of a hernia or animal
25 study; correct?

Page 285

1       A.  That's correct. On page 21 of my
2  report.
3       Q.  You know Vypro was assessed even for
4  the application of prolapse and was found to have
5  a greater than 10 percent exposure rate; right?
6       A.  That is correct. But it was less than
7  the existing Gynemesh.
8       Q.  Actually it was assessed and it was
9  found to be 17 percent and Dr. Jacquetin found
10 that it was not tolerated by the body.
11      A.  Okay.
12      Q.  Is that correct?
13      A.  I don't recall that. I have no reason
14 to doubt that it's incorrect.
15      Q.  Okay. And the ULTRAPRO, you're aware
16 that that was ultimately put into the Prolift
17 Plus, and there were mesh exposures with that mesh
18 in the POP application; correct?
19      MR. CARTMELL: Object to the form. Go
20 ahead.
21      A.  Yes. Again, and that reinforces my
22 opinion. Mesh should not be placed in the vagina.
23      Can we just -- I'm sorry to
24 interrupt -- deflect the curtain the opposite
25 direction. Thank you. Feel like God there for a

72 (Pages 282 to 285)

Daniel Steven Elliott, M.D.

| Page 286 | Page 288 |
|---|---|

**Page 286**

1  second; I was glowing.
2      Q    BY MR. SNELL:  You know that
3  Dr. Jacquetin in the TVM group assessed Vypro in
4  the transvaginal mesh pelvic organ prolapse
5  application?
6      A    That is correct.  I've read that, yes.
7      Q    And they found that tolerance of that
8  material was poor?
9          MR. CARTMELL:  Object to the form.
10  You got the study.  Show it to him.  I think -- I
11  think you're misstating the study.
12      Q    BY MR. SNELL:  You're aware of that;
13  correct?
14      A    I am aware that they did look at it.
15  I am not aware of the specific details of that
16  study.  It's been a while since I looked at that
17  study.
18      Q    I have it here on the computer.
19      A    That's fine.  Which name or title is
20  it?  Or who's the lead author?
21      Q    BY MR. SNELL:  Denis, D-e-n-i-s.
22      A    Okay.
23      Q    Denis, Jacquetin.  Here you better --
24  okay.  You need to maximize -- there you go?
25      A    Oh, so it's an abstract.

**Page 287**

1      Q    Right.
2      A    Okay.
3      Q    You see that they reported the
4  tolerance was poor?
5      A    Let me go to their conclusions.
6      Q    Can I come around and look at it with
7  you.
8      A    By all means.
9      Q    Because it's electronic, just so the
10  record reflects -- it says in this study that
11  tolerance of the Vypro mesh is VERY poor; correct?
12      A    That's what it states, yes.
13      Q    High rate of erosion, and problems of
14  cicatrisation have been observed.
15      A    Correct.  C-i-c-a-t-r-i-s-a-t-i-o-n,
16  which just means scars.
17      Q    Okay.
18      A    Contraction.
19      Q    And it also had complications of
20  retraction and rigidity were observed with the
21  Vypro mesh?
22      A    That is correct.
23      Q    Frequently with clinical severe
24  consequences; correct?
25      A    That is correct.

**Page 288**

1      Q    And they talk about the use of a half
2  absorbable mesh does not seem to reduce
3  inflammation and could even accentuate it;
4  correct?
5      A    That's correct.  All right.  And then
6  they go on to say, "Good results of the TVT does
7  not seem to be much modified by the additional" --
8  okay.  That's separate.
9      Q    Your understanding --
10      A    I have to see if that Vypro -- they
11  mentioned a bioabsorbable, is if they have Vicryl
12  in there --
13      Q    Right.
14      A    -- or a collagen base of some sort.
15  That's associated with increased inflammation.
16          MR. CARTMELL:  Hey, put the name of
17  that study and the citation to it on the record,
18  please.
19          MR. SNELL:  Yeah.  Denis, D-e-n-i-s,
20  Abstract 620.  It was an abstract presentation.
21  And Dr. Jacquetin there, too.  All of the study
22  subjects coming out of Clermont-Ferrand.  Abstract
23  620 at the joint ICS/IUGA 2004 conference in
24  Paris, France.  I'll make that representation.  I
25  know that's where this is from.

**Page 289**

1          THE DEPONENT:  And I was at that
2  meeting.
3      Q    BY MR. SNELL:  Did you see this
4  presentation?
5      A    I don't recall seeing it, no.
6      Q    And you know the Vypro mesh, it's a
7  larger pore mesh than the mesh used in the TVT
8  device; correct?
9      A    It is.
10      Q    And the Vypro mesh uses a combination
11  of Vicryl with the Prolene polypropylene; correct?
12      A    Again, I'd have to refresh my memory.
13  That is my recollection.  It is partially
14  absorbable.
15      Q    All right.  The Vicryl part is what
16  absorbs over time?
17      A    That is correct.
18      Q    And the Prolene polypropylene mesh is
19  what's left behind; correct?
20      A    That is the permanent portion of the
21  implant, yes.
22          MR. SNELL:  Let's mark this.
23          (Exhibit 24 marked.)
24      Q    BY MR. SNELL:  Exhibit 24 is a study
25  of various meshes, fascia, animal, cadaveric

73 (Pages 286 to 289)

Daniel Steven Elliott, M.D.

Page 290

1 materials, and the rabbit model with implications
2 for sling surgery; correct?
3 A. That is correct.
4 Q. This is a paper you were one of the
5 authors of; correct?
6 A. I was the lead author.
7 Q. Okay. And this was published in the
8 Journal of Urology?
9 A. Correct. In 2004.
10 Q. All right. Is the Journal of
11 Urology -- does it have a poor peer review
12 process?
13 A. A poor, meaning incompetent? I
14 mean --
15 Q. Okay.
16 A. As opposed to pore, p-o-r-e? You're
17 talking poor, p-o-o-r?
18 Q. Yes, sir, p-o-o-r.
19 A. No. It would -- in urology, it is
20 probably one of the most strict peer review, along
21 with the European Urology Journal.
22 Q. All right. So among the various
23 things assessed, one was polypropylene mesh.
24 Another was autologous fascia; correct?
25 A. That is correct. And it was the Sparc

Page 291

1 that we used.
2 Q. And Sparc was a -- that was a
3 monofilament polypropylene mesh; correct?
4 A. Correct. Quite similar to TVT.
5 Q. And there was a rapid loss of strength
6 and stiffness in the porcine and cadaveric
7 materials; correct?
8 A. That is correct.
9 Q. And the autologous fascia, as well as
10 small intestinal submucosa demonstrated the
11 highest rate of contraction; correct?
12 A. In this short-term limited, yes,
13 that's what we found.
14 Q. Does the autologous fascia contract in
15 the human body?
16 A. It is reabsorbed. And remodeled is
17 the term we usually use. As opposed to
18 contraction.
19 Q. I saw in your pilot study with the
20 10 patients with the transobturator autologous
21 sling that you reported that you placed that sling
22 loosely in order to hopefully minimize contraction
23 of the autologous tissues.
24 Do you recall that statement?
25 A. I don't recall that statement per se.

Page 292

1 However, in the first 10 patients we didn't know
2 the tensioning of this. No one had ever done it
3 before. And so we're accounting for a lot of
4 different factors. Is it going to -- is it going
5 to tighten up or is it going to stretch out. We
6 didn't know.
7 Q. Okay.
8 A. And that's why it's a feasibility
9 study.
10 Q. Okay. The last page you talk about
11 "the polypropylene mesh has extremely low
12 stiffness at baseline, but it demonstrated
13 increasing stiffness with time. This phenomenon
14 is likely caused by the ingrowth of tissues into
15 the interstices of the mesh."
16 A. That's correct. That's what we
17 stated.
18 Q. Is that an accurate statement?
19 A. That is an accurate statement of what
20 we found. We did not know at that point in time
21 the potential implications of that.
22 Q. You concluded that the biomechanical
23 results of the current study support the use of
24 polypropylene mesh for sling surgery relative to
25 other non-autologous materials; right?

Page 293

1 A. Again, that's what we stated as of
2 2004 in our short-term study because we found the
3 increased stiffness and thought that that would be
4 increased as far as efficacy. And we didn't
5 realize that that process continues.
6 Q. You published a subsequent study in
7 follow-up; correct?
8 A. Correct. By Krambeck, et al.
9 MR. SNELL: Go off the record for a
10 second.
11 (Exhibit 25 marked.)
12 Q BY MR. SNELL: So Exhibit 25, Doctor,
13 is your follow-up study that you published in 2006
14 in the Urology Journal; correct?
15 A. Correct.
16 Q. And this was a study where you found
17 significant differences were found for
18 inflammation, eosinophil infiltrate and
19 inflammatory rind at 12 weeks with polypropylene
20 mesh having the lowest degree; correct?
21 A. That was one of our findings.
22 Q. And that was a study looking at
23 polypropylene mesh versus cadaveric fascia,
24 porcine dermis, porcine small intestine submucosa,
25 and autologous fascia; correct?

74 (Pages 290 to 293)

Daniel Steven Elliott, M.D.

| | |
|---|---|
| Page 294 | Page 296 |

Page 294

1    A.   Those were all the properties or the
2  substances we studied.
3    Q.   All right.  And you reported that the
4  inflammation with the cadaveric fascia and porcine
5  may cause rapid clinical deterioration compared to
6  the autologous fascia and polypropylene mesh?
7    A.   That is correct.  That was the main
8  purpose of this study, looking at what happens to
9  the cadaveric and porcine materials.  Does the
10  body rapidly absorb them, which we found out it
11  did.  And the polypropylene had the greatest
12  degree of scar formation.
13    Q.   And that's one of the reasons why
14  cadaveric fascia and porcine materials for use in
15  the sling application never really caught on to a
16  large degree because, with longer term follow-up
17  surgeons found that those slings would actually be
18  absorbed into the body; correct?
19    A.   Partly correct.  The porcine, no
20  question.  The porcine dermis and then the porcine
21  SIS, in my opinion, were horrible products.  I
22  used them and they failed miserably.  It was
23  worthless to do that.  Actually worse than
24  worthless.
25    The -- I forget the rest of what your

Page 295

1  statements were.  But the --
2    Q.   Cadaveric.  With regard to the
3  cadaveric.
4    A.   And the cadaveric -- there's multiple
5  different types of cadaveric and how they are
6  processed.  And some are good and some are not
7  good.  The one we found here raised questionable
8  results.
9    Q.   How do you know which ones are good
10  and not good until you try them?
11    A.   That's a major problem, but pretty
12  much agreed upon, freeze died eradiated cadaverics
13  have a higher -- not degradation.  Decomposition.
14  De --
15    Q.   The eradiation process that you need
16  to do to cadaveric tissue to reduce any potential
17  transmission of disease is known to cause those
18  materials to degrade; correct?
19    A.   Yes.
20    Q.   And you wrote here that the fibrosis
21  and scarring noted with the polypropylene mesh may
22  also contribute to a more lasting repair; correct?
23    A.   You're correct.  That was at that
24  point in time the conclusions that we reached.
25  And we subsequently discovered that we were

Page 296

1  incorrect with that.  We had our facts right, our
2  conclusion wrong.
3    Q.   You wrote that the facial slings using
4  harvested autologous fascia which increases
5  operative time and patient morbidity.
6    And that's as of today; correct?
7    A.   I would not disagree with that.
8    Q.   And you report other studies have
9  shown a decrease in tensile strength of cadaveric
10  fascia; correct?
11    A.   Correct.  But the issue was -- we
12  assumed at that point in time that increasing
13  tensile strength was a good thing.  We're now
14  realizing that the pelvis and the vagina are
15  elastic and have to bend, and so we're not
16  necessarily agreeing with the conclusions I had in
17  this study.
18    Q.   You found that the xenograft and
19  cadaveric products demonstrated high degrees of
20  inflammatory infiltrate; correct?
21    A.   That is correct.  Specifically with
22  the SIS.  And those had a significant immune
23  response to it.  Yes.  And those are not used in
24  our practice at all anymore because of that.
25    Q.   Okay.  What is the significance of the

Page 297

1  SIS for the porcine?  Is that a single incision
2  sling?
3    A.   No.  It's just like -- instead of
4  using cadaveric tissue for the sling, we use SIS,
5  which is pig intestine, submucosal pig intestines.
6  There's also porcine dermis, but both of them
7  contain porcine DNA and are not recommended to be
8  used.
9    Q.   And you're right.  "We also noted a
10  low degree of inflammation with polypropylene mesh
11  compared to the other materials."
12    A.   Yes.  And that's a relative statement
13  in the short-term in the rabbit model compared to
14  the processes that we know create a significant
15  amount of immune response because they still have
16  porcine DNA.  So there's a major foreign body
17  reaction to that.
18    Q.   And you found that there was a low
19  degree of inflammation with polypropylene mesh,
20  which was similar to what was seen with the
21  autologous fascia; correct?
22    A.   Correct.  In the short-term that is
23  correct.  That's what we found.
24    Q.   And so the polypropylene mesh in your
25  study acted most closely to the autologous fascia;

75 (Pages 294 to 297)

Daniel Steven Elliott, M.D.

| Page 298 | Page 300 |
|---|---|
| 1  correct? | 1      Q.   You say UCLA State of the Art Urology |
| 2      A.   Correct.  In the rabbit model, placed | 2  Meeting -- |
| 3  transabdominally, that is the conclusions we | 3      A.   Oh.  Oh. |
| 4  reached in 2008. | 4      Q.   -- page 4. |
| 5      Q.   All right.  I mean, some of the | 5      A.   That's a yearly meeting that they have |
| 6  studies you cite are in dogs and other animals | 6  that Raz and other experts discuss.  That was an |
| 7  that are not even in the sling application like | 7  attendance-only meeting.  That's not Grand Rounds. |
| 8  you tried to do; right? | 8      Q.   Okay.  I'm sorry. |
| 9      A.   I agree. | 9      A.   No. |
| 10      Q.   So are you saying that your study is | 10      Q.   Were you just kind of -- were you |
| 11  not important, or that -- | 11  identifying different conferences or meetings you |
| 12      A.   No. | 12  go to typically? |
| 13      Q.   -- the findings are inaccurate? | 13      A.   Correct.  That was continuing medical |
| 14      A.   No.  I'm saying it has to be looked at | 14  education. |
| 15  as far as -- this is looking what the rabbit model | 15      Q.   Okay. |
| 16  does to these various different slings in the | 16      A.   Where specifically UCLA is well-known |
| 17  short-term.  I think they're very important | 17  for having Dr. Raz there.  So there's always a |
| 18  findings. | 18  strong female urology section to it.  That's all |
| 19      Q.   You say, our results -- "the | 19  that's stating. |
| 20  alternatives to biologic material, synthetics are | 20      Q.   Dr. Raz is one of the proponents of |
| 21  gaining popularity.  The polypropylene mesh has | 21  needle suspension procedures over the years; |
| 22  shown promising initial and long-term results | 22  correct? |
| 23  similar to that of autologous sling material"; | 23      A.   Well, he used to be.  He's not |
| 24  correct? | 24  anymore.  He doesn't do his own procedure anymore. |
| 25      A.   Correct. | 25      Q.   Why not? |

| Page 299 | Page 301 |
|---|---|
| 1      Q.   And then you go on to say, "Our | 1      A.   Didn't work. |
| 2  results indicated little degree of inflammation | 2      Q.   Okay.  Do you have that Ford Cochrane |
| 3  and significant fibrosis similar to that with | 3  Review you cited to in your expert report handy? |
| 4  autologous material"; correct? | 4  I think it was one of the first exhibits we |
| 5      A.   Correct.  And that is the significant | 5  marked.  Can I just turn to a page.  I have a |
| 6  finding of that, which we did not correctly | 6  question for you. |
| 7  interpret our results at that point in time. | 7           With the 2.1 percent mesh exposure |
| 8      Q.   Well, you've stated significantly that | 8  rate they saw with the retropubic sling in the |
| 9  none of the material appeared grossly infected at | 9  Ford Cochrane Review of 2015, would there be a |
| 10  explantation in your study either; is that right? | 10  scientifically reliable way of stating which, if |
| 11      A.   That's correct.  In the rabbit model | 11  any, of those exposures occurred due to the |
| 12  placed transabdominally, that is correct. | 12  mechanically cut nature of the mesh? |
| 13      Q.   All right.  I think in your report | 13      A.   You have to look at those studies and |
| 14  somewhere you mentioned -- and maybe I'm | 14  see when they were published.  If they're |
| 15  misstating this, but you were relying on -- or you | 15  published prior to 2007, you could say all of them |
| 16  found something important coming out of the UCLA | 16  were attributed.  If they're published after that |
| 17  Grand Rounds? | 17  we don't know, and they'd have to look at the |
| 18      A.   No.  No.  I don't recall that. | 18  studies, see if they break it down in mechanical |
| 19      Q.   Okay. | 19  versus laser. |
| 20      A.   I attended multiple UCLA meetings | 20      Q.   Do any of the randomized control |
| 21  which involved discussions of meshes, but I think | 21  trials report that there was a sawing effect with |
| 22  that's the only thing I could -- | 22  the TVT mechanically cut mesh in the treatment of |
| 23      Q.   Okay. | 23  stress incontinence? |
| 24      A.   I don't think I ever attended what we | 24      A.   I have not seen that in the |
| 25  call Grand Rounds. | 25  literature.  That is based upon my personal |

Daniel Steven Elliott, M.D.

| Page 302 | Page 304 |
|---|---|

**Page 302**

1 experience with Sparc, not the TVT, and then also
2 internal documentation.
3     Q.   So if there was a 2.1 percent rate --
4 if there was a 2.1 percent rate of exposure with
5 the retropubic TVT sling -- and I want you to
6 assume that all of those were mechanically cut,
7 okay -- how would you scientifically, reliably
8 ascertain which of those 21 patients' exposures
9 were because of the mechanical cut nature of the
10 mesh?
11     A.   Looking at this, I have no idea how
12 many of these are TVT or not.  It says retropubic
13 slings, but that could be anything.  It's not
14 talking up-down, top-down, or anything.  They're
15 not comparing TVT right here necessarily.
16         So based upon that, I don't know how
17 to answer your question because I don't know what
18 they're looking at, because they just say
19 retropubic.
20     Q.   You didn't look and see how many of
21 those studies were the TVT study.
22     A.   I did not look through those to find
23 out that information, no.
24     Q.   So let me ask you this hypothetical
25 then.  If there were hypothetically 21 mesh

**Page 303**

1 exposures out of 1,000 TVT mechanically cut
2 retropubic device cases, how would you -- would
3 you be able to scientifically reliably say which
4 of those 21 exposures were due to the mechanical
5 cut nature of the mesh?  And if so, how did you do
6 that?
7     A.   In a retrospective fashion, you would
8 not be able to determine that with precision.  You
9 could say it's going to be a contributing factor
10 in certain numbers.  Also contributing could be
11 degradation, infection, subclinical infection, all
12 those things.  In a retrospective fashion, you
13 cannot.  That's why it has to be done
14 prospectively.
15     Q.   And as you sit here today, you have
16 never seen, in any prospective TVT retropubic
17 study, any author attribute clinical mesh exposure
18 due to a sawing of the mesh; correct?
19     A.   I'd only have to go off of data on
20 TVT-Secur and TVT -- TOT, the Hinoul study, but
21 that is not a TVT study.  To the best of my
22 knowledge, that has not been evaluated.  It should
23 have been, but it has not been evaluated.
24     Q.   The TVT-Secur, that was the laser cut
25 mesh; correct?

**Page 304**

1     A.   Correct.
2     Q.   That study didn't assess the TVT
3 retropubic mid-urethral sling to treat stress
4 incontinence; correct?
5     A.   Correct.  It was TVT-Secur versus the
6 TVTO.
7     Q.   And the TVTO, in that study, do you
8 recall if there were any mesh exposures?
9     A.   I'd have to look at the study.  I
10 don't recall.
11     Q.   Do you know if that TVTO mesh was
12 mechanical cut?
13     A.   The Secur was laser cut.  And it was
14 my understanding that the TVTO was mechanically
15 cut.
16     Q.   And the TVTO mechanically cut had a
17 lower rate of exposure than the TVT-Secur;
18 correct?
19         MR. CARTMELL:  Tell him, if you know.
20     A.   Again, I do not know.  I'd have to
21 look at the study.
22     Q   BY MR. SNELL:  Are there any data in
23 women on the TVT used to treat stress incontinence
24 which report how many, if any, of those TVT
25 mechanically cut slings have a sawing effect?

**Page 305**

1     A.   To the best of my knowledge, in those,
2 they did not use that specific terminology.  The
3 fraying and the sawing is more from internal
4 documentation of complaints coming into Ethicon
5 and their discussions about it.
6     Q.   Do any of the clinical studies on TVT
7 used to treat stress incontinence report the mesh
8 frame and its use in women?
9     A.   Again, just like the last answer, I am
10 unaware of any manuscript that discusses that
11 specific terminology.  That comes from internal
12 documentation and also comes from my experience
13 with the TVT, which did the same thing.  But I
14 didn't write on that either.
15     Q.   Have you ever seen any scientifically
16 reliable studies in women that document the
17 incidents at which there is -- withdrawn.
18         I just didn't remember the word.  You
19 used two words, and I wanted to use one of them.
20         Have you ever seen any scientifically
21 reliable studies in women utilizing the TVT
22 retropubic device to treat incontinence that
23 states the incidence of fraying of the mesh?
24     A.   Again, this is -- what I stated
25 before.  I've not seen that in the literature,

77 (Pages 302 to 305)

Daniel Steven Elliott, M.D.

| Page 306 | Page 308 |
|---|---|
| 1 that specific terminology used. That comes from<br>2 the internal documents and complaints that came<br>3 in.<br>4     Q. Do you know the incidence for which<br>5 fraying of TVT retropubic mesh in the treatment of<br>6 stress incontinence occurs?<br>7     A. We have to go to my report on page 21,<br>8 where I talk about fraying --<br>9     Q. Um-hum.<br>10     A. -- and particle loss, and the sawing<br>11 effect. And the incidence -- okay. It varies --<br>12 as you go through the various sections here in the<br>13 report on that.<br>14     Say on page 22, testing done by<br>15 Ethicon. So that after elongation, 18 percent of<br>16 the weight was lost due to particle loss.<br>17 Pariente says the point -- 8.5 percent of the<br>18 particle loss.<br>19     Q. But my question is specific to<br>20 fraying. So what --<br>21     A. Fraying?<br>22     Q. Yes, sir. What -- I'm sorry. Yes,<br>23 Doctor.<br>24     What's the incidence of fraying that<br>25 occurs? I didn't see that number in your report. | 1 obstruction, and then what happened to those<br>2 individuals.<br>3     Q. What types of slings were those?<br>4     A. Those were all types of slings.<br>5 Retropubic, suprapubic, transobturator, and<br>6 vaginal.<br>7     Q. Were there any retropubic TVTs in that<br>8 study?<br>9     A. I'd have to look and see what we<br>10 documented.<br>11     Q. What was the main result of that<br>12 study? What percent of the patients remained<br>13 continent following sling release.<br>14     A. Again, I'd have to look at that study,<br>15 the exact numbers on it.<br>16     Q. Do you have it with you?<br>17     A. Yes, I do. I should. Actually I<br>18 don't have the paper. I would have to guess on<br>19 the numbers. It was a high -- the issue was --<br>20     MR. CARTMELL: Don't guess. If you<br>21 know, you know.<br>22     A. All I'll say is there's a high rate of<br>23 reoperation once we cut the sling over time. That<br>24 was the significant findings.<br>25     Q. BY MR. SNELL: What do you mean by |

| Page 307 | Page 309 |
|---|---|
| 1     A. I don't think I state a specific<br>2 number in there. However, during the placement of<br>3 it, where, you know, they talk about 50 percent of<br>4 these devices are elongated during the<br>5 implantation with 12 pounds of force, that causes<br>6 the -- to rope, fray, and particle loss. So I<br>7 can't give you an exact percentage. But it is a<br>8 constellation of problems that happen with that.<br>9     Q. Other than your paper on the use of<br>10 the Holmium laser, have you published on treating<br>11 any mesh complications?<br>12     A. Yes.<br>13     Q. Where? What paper would that be? For<br>14 stress urinary incontinence?<br>15     A. Stress urinary incontinence.<br>16     Q. Yes.<br>17     A. I have the copy of my CV, which is an<br>18 exact copy of yours.<br>19     My page 17 of 25, I have the Holmium<br>20 laser complication, as you mentioned. And then<br>21 number 9 on this is Clifton, et al., where I'm the<br>22 senior author, of Repeat Anti-Incontinence<br>23 Procedures Following a Sling Release.<br>24     So that's a study of individuals who<br>25 had obstruction following a sling. We treated the | 1 that?<br>2     A. What I mean is the traditional thought<br>3 was, based upon a Webster paper, George Webster<br>4 out of Duke, is that if you cut slings, 85 percent<br>5 of people stayed dry. But the problem is no one<br>6 had followed those individuals long-term. So we<br>7 followed them long-term and found out that over<br>8 time the rate of incontinence increased, requiring<br>9 further treatment. So bottom line, it's not like<br>10 if you obstruct somebody, you treat it, they're<br>11 done. They're great. No, they have problems<br>12 later.<br>13     Q. What was the mean time for your<br>14 surgery to release the sling?<br>15     A. I'd have to look at the paper.<br>16     Q. Was it more than a year or less than a<br>17 year?<br>18     A. I'd have to look at the paper. I<br>19 don't recall and I don't, for some reason, have a<br>20 copy of it here.<br>21     Q. What was the long-term follow-up that<br>22 you say that you all conducted? How long was<br>23 that?<br>24     A. Again, that's what I'm saying. I need<br>25 to see the paper because I can't recall what the |

78 (Pages 306 to 309)

Daniel Steven Elliott, M.D.

| Page 310 |
| --- |

1  duration was.
2      Q.   As you sit here today, do you know
3  whether 50 percent or more -- strike that.
4          As sit here today, was it more likely
5  than not that those papers who had a sling release
6  would not require reoperation for incontinence?
7      A.   I'll get the paper.
8      Q.   Okay.
9      A.   Because I can't recall.
10     Q.   That's fine.  I don't think I have it.
11  So if you don't remember, that's fine.
12         MR. CARTMELL:  You don't need to get
13  the paper.
14         MR. SNELL:  It would be good if he got
15  the paper.  But that's fine.  If he doesn't
16  remember his own data, that's fine.  I'm not
17  trying to trick him.  I just want to know.
18         MR. CARTMELL:  I mean, if you don't
19  know the answer, then say you don't know, okay.
20     A.   I don't know the exact number.  We
21  worked hard on it, and to do it justice, I'd have
22  to find the paper.
23     Q    BY MR. SNELL:  Fair enough.
24          In your Holmium laser paper, the
25  majority of women got better; right?

| Page 311 |
| --- |

1      A.   At this point.  But we are still
2  continuing to follow those, and that's what was
3  raised in the SUFU lecture when I talked about
4  this.  We don't know what's going to happen to
5  these people long-term.
6      Q.   Here, I have your paper.  We have it
7  here.  Clifton, you said?
8      A.   Clifton.
9      Q.   This says median follow-up after
10  release was 32 months.  Of the 93 patients,
11  14 percent required repeat anti-incontinence
12  procedure after sling realize.
13     A.   Okay.  All right.
14     Q.   That's your paper; right?
15     A.   I can't see the top of it.  I'll
16  assume you're telling me the truth, though.
17         That's it.  Yes.
18     Q.   All right.  So actually, your data
19  were consistent with other data in the literature,
20  because 86 percent of your patients didn't require
21  repeat anti-incontinence procedure; right?
22     A.   I'll have to see the paper.
23         MR. SNELL:  We can go off the record
24  while he reviews that.
25         MR. CARTMELL:  No.  We're not going

| Page 312 |
| --- |

1  off the record while he reviews it.
2          MR. SNELL:  It's his own paper.  So
3  you're going to waste my -- you're going to burn
4  my time with him looking at his own paper?
5          MR. CARTMELL:  You wanted him to look
6  at it.  This is your time, period.
7      Q.   BY MR. SNELL:  Okay.  Doctor, could
8  you quickly look at your own paper that you wrote?
9      A.   14 percent of patients after a sling
10  release ultimately went on to a repeat operation.
11  That's what we had in our data.
12     Q.   All right.  So that means 86 percent
13  of those patients did not go on to a repeat sling
14  operation?
15     A.   Yes.  But some of those elected not to
16  because they were scared from previous surgeries.
17     Q.   What percentage of the patients
18  elected not to?
19     A.   I'd have to look at the study.  I
20  don't have that.  So I mean, that's -- again, I'd
21  have to look at the study.
22     Q.   Fair enough.
23          When you do your autologous fascial
24  slings, and the transobturator autologous slings,
25  how do you tension those slings?

| Page 313 |
| --- |

1      A.   How do I tension them?  I -- well, you
2  said two different things.  Pubovaginal or
3  autologous transobturator.  Which one?
4      Q.   Either one.  Or if there's a
5  difference, just tell me there's a difference.
6      A.   Well, there's a difference between the
7  two.
8      Q.   Fair enough.  How do you tension
9  autologous fascial slings?
10     A.   Well, again, there's two different
11  types.  Pubovaginal or transobturator?
12     Q.   Pubovaginal?
13     A.   Pubovaginal, there's three steps to do
14  this.  Place a cystoscope in the urethra, deflect
15  it 15 degrees.  Up top in the abdomen, you tie
16  initial knot that you can fit two finger breadths
17  in it.  Secure it with a clamp.  Tie multiple
18  knots.  In doing that, you're fairly reproducible
19  as far as the tension goes.
20     Q.   Some surgeons use one finger breadth;
21  correct?
22     A.   It's -- you can -- yeah.  Well, I
23  can't speak to that.  I do two finger breadths and
24  it works.
25     Q.   Is that because that's how you were

79 (Pages 310 to 313)

Daniel Steven Elliott, M.D.

| Page 314 | Page 316 |
|---|---|

**Page 314**

1  taught to do that procedure?
2      A.  Yeah, but I'm going to modify it.
3  That's originally how -- oh, I was taught the
4  leave a gap.  The key is you leave it loose.
5      Q.  Okay.
6      A.  And so if you use one finger breadth
7  or two finger breadths might not make all that
8  difference because it's the distance from the
9  fascia to your knot, not necessarily the width.
10  So one finger breadth and two finger breadths is
11  actually going to be the same.
12      Q.  You don't really use any objective
13  measurement to assess tension; correct?
14      A.  That is an objective.  15 degrees and
15  one finger breadth.  So I have objective,
16  reproducible data.  And I have never had, in my
17  pubovaginal slings, a patient go into retention
18  that was not a purposeful retention.
19      Q.  You don't use any type of gauge to
20  assess tension on the sutures; correct?
21      A.  That does not exist for the
22  pubovaginal slings.
23      Q.  All right.  And is there any
24  literature that reports on the effect, if any, of
25  using one, two, or three suture finger breadths of

**Page 315**

1  detensioning for the autologous pubovaginal sling
2  as opposed to some other method of tensioning?
3      A.  No, there's nothing in the literature
4  like that.  The teaching is to leave it loose.
5      Q.  And realizing you don't really do the
6  Burch.  Do you even remember how you were taught
7  to tension or detension a Burch?
8      A.  No, I don't remember that.
9      Q.  What is wrong with the tensioning of
10  the TVT retropubic device, if anything, in your
11  opinion?
12      A.  It's not reproducible.  The
13  pubovaginal sling, I can tell somebody exactly
14  like I told you.  Cystoscope in, deflect it
15  15 degrees, two finger breadths up, tie it loose,
16  and you won't have retention.
17      TVT, it says tension free, but then
18  there's tension.  And so it's not reproducible.  I
19  can't tell you how to tension it correctly.  I can
20  tell you the pubovaginal sling.
21      Q.  Well, with the pubovaginal sling,
22  there is a fair number of patients who have
23  urinary retention after that procedure; right?
24      A.  I can't speak to those.  I can speak
25  to my own experience.  Like I say, it's

**Page 316**

1  reproducible in my hands.
2      Q.  Right.  But you don't do all the sling
3  surgeries in this country.  So I'm more interested
4  in out in the masses in the United States.
5      There is a fairly high rate of urinary
6  retention following the autologous pubovaginal
7  sling; right?
8      MR. CARTMELL:  Object and move to
9  strike the statement of counsel.  Object to the
10  form as well.
11      MR. SNELL:  I'll withdraw the
12  statement.
13      Q.  BY MR. SNELL:  Let me just -- looking
14  broadly, nationally, okay, across the data, there
15  is a fairly high rate of urinary retention
16  following autologous pubovaginal slings; correct?
17      MR. CARTMELL:  Object to the form.
18      A.  I can't agree with that.  You say
19  fairly high.  I don't know that.  I've not seen
20  that data.
21      Q.  BY MR. SNELL:  You've seen reports in
22  the data of rates of retention higher than
23  20 percent following autologous pubovaginal sling?
24      A.  It depends on how you're describing
25  retention.  If you're talking immediately

**Page 317**

1  postoperatively, yes, that is very commonly.
2  That's why a suprapubic tube or intermittent
3  catheterization is not uncommonly required.
4  Permanent retention after a month or six weeks,
5  that's debatable, the duration, should be very
6  low.  In experienced people's hands, it's
7  essentially zero.  Again, my hands zero.
8      Q.  You've read the sister study by the --
9  that was funded by the NIH that compared the
10  autologous pubovaginal fascial sling to the Burch
11  colposuspension, and they found statistically
12  significant higher rates of not only voiding
13  dysfunction and retention but retention requiring
14  reoperation in the autologous sling arms; correct?
15      A.  That's been a long time since I've
16  read it.  I have to look at that paper.  That was
17  a good paper, but it's been a long time since I've
18  seen it.
19      MR. CARTMELL:  I don't mean to
20  interrupt, but I'd like to check the time, please.
21      THE REPORTER:  7 hours and 13 minutes.
22      MR. CARTMELL:  Okay.  You're done.  If
23  you want to go -- I may have a few questions.  But
24  if -- if -- we can go off the record if you want
25  and talk about what you and Ben agreed to.  It's

Daniel Steven Elliott, M.D.

| Page 318 | Page 320 |
|---|---|

**Page 318**

1 just nobody told me that, and I really need to be
2 somewhere.
3 　　　　But let's go off the record right now.
4 　　　　MR. SNELL: Well, no. This needs to
5 be put on the record, and I have emails
6 documenting this, where Ben said, Burt, the MDL
7 design defect dep and New Jersey general TVT dep
8 have to done in one sitting on one day; you got to
9 do it today. And I said, okay, Ben, I will. And
10 then he and Judy Walberger, are doing the case
11 specific Watkins deposition next weekend. So that
12 was the agreement.
13 　　　　And I emailed Ben, fine, I'll do that.
14 No problem. I'll start the New Jersey general TVT
15 dep after this deposition, okay. And nobody ever
16 said that that wasn't going to occur. And I came
17 here with that expectation. And I wouldn't lie to
18 you. I mean, you've seen the email. Were you on
19 the email? It's in the email.
20 　　　　MR. CARTMELL: You don't have to
21 answer that.
22 　　　　MR. SNELL: You don't have to answer.
23 You're not under oath.
24 　　　　But with that said, what do you want
25 to do? I understand you have to do something with

**Page 319**

1 your family.
2 　　　　MR. CARTMELL: We've been here nine
3 hours, and I don't want to put him through -- if
4 you told me you had 30 minutes or an hour, then
5 maybe, but I mean --
6 　　　　MR. ROSENBLATT: Did they agree to
7 extend any deadline? Will that work?
8 　　　　MR. CARTMELL: What's the deadline in
9 New Jersey we're talking about?
10 　　　　MR. SNELL: I don't know. I think
11 it's October 5th or something.
12 　　　　MR. ROSENBLATT: I don't know.
13 　　　　MR. CARTMELL: Let me make a call,
14 okay.
15 　　　　MR. SNELL: Yeah.
16 　　　　MR. CARTMELL: I mean, I don't want to
17 get anybody in trouble and all that, and I get the
18 idea of having -- you know, doing them all at
19 once. But I'm telling you, I knew nothing about
20 this. And I think the idea of making a
21 deposition -- you know, he's been here 9 hours.
22 We've been on the record over 7 hours. That's
23 hard. I don't know that I want him to continue
24 this.
25 　　　　MR. ROSENBLATT: It wasn't Burt's

**Page 320**

1 idea.
2 　　　　MR. SNELL: Okay. Yeah, I mean, that
3 wasn't my idea, okay. One.
4 　　　　Two, I understand. I know -- you
5 know, look, I have a family, too, and I sympathize
6 for you.
7 　　　　But, three, I came here with that
8 intention and am ready to go.
9 　　　　And four, in New Jersey, my experts
10 have been deposed for pretty much more than
11 12 hours in a sitting.
12 　　　　(Recessed from 5:33 p.m. to
13 　　　　5:42 p.m.)
14 　　　　MR. SNELL: So I will pass the witness
15 in the MDL design defect case, and I reserve the
16 right to do the New Jersey TVT general deposition,
17 as I told Ben.
18 　　　　And I'm looking at my email that I
19 sent to him, where I said, "That's fine. I will
20 do my MDL design defect deposition first. And
21 after that we will do the New Jersey general TVT
22 deposition for anything that was not already
23 addressed."
24 　　　　I'll stand by that statement I sent to
25 Ben. I will not be duplicative. I really only

**Page 321**

1 have the warning stuff from my quick review of his
2 report left over. So I am not foregoing my right
3 to do that portion. And I will make a statement
4 on the record that New Jersey, the deposition of
5 an expert is not limited to 7 hours. My experts
6 have been deposed in cases in New Jersey for well
7 over 10 hours. But so that's my position. And
8 I -- go ahead, Tom.
9 　　　　MR. CARTMELL: Okay. Just so it's
10 clear. We took a break. I called Ben. He told
11 me that the correspondence back and forth was --
12 or our position, I guess, that he stated was you
13 needed to do both the New Jersey and the MDL
14 deposition today, meaning in 7 hours, because
15 there's a 7-hour requirement from the -- I'm just
16 telling you what he said, from the MDL. And that
17 the reports are the same. The general causation
18 reports.
19 　　　　You just pointed out to me that in
20 New Jersey there are failure-to-warn opinions that
21 you have not yet been able to question the witness
22 on. And I do agree with that. You have not done
23 that.
24 　　　　You've said you wanted to continue the
25 deposition for that. I had not been told -- and

Daniel Steven Elliott, M.D.

Page 322

1   we've been here for 9 hours.  I had not been told
2   that that was going to happen today.  I actually
3   have a prior commitment that I really need to go
4   to, and I believe the doctor is tired as well.
5      So I've agreed, and I think you have,
6   too, that we would go ahead and allow you that
7   time for the warnings opinions that you have and
8   set it up at an additional time.
9      MR. SNELL:  And at a mutually
10   convenient date between doctor, myself, and
11   whoever will defend.
12      MR. CARTMELL:  That's right.
13      MR. SNELL:  And I will just state for
14   the record, too, Ben Anderson never told me he
15   expected me to do both in 7 hours, nor does he
16   have a basis under the New Jersey Rules of
17   Procedure to make such a statement.  I have my
18   email that I sent to him, and there was no reply
19   saying, no, Burt, you're wrong.
20      MR. CARTMELL:  Okay.
21      MR. SNELL:  But we have an agreement,
22   and I'm passing the witness.  Let's get this
23   design defect deposition in the books.
24      MR. CARTMELL:  Okay.
25      MR. SNELL:  That way you can go do

Page 323

1   your thing.
2      MR. CARTMELL:  Doctor, I just have a
3   few follow-up questions.
4      You recall that you were asked
5   previously about --
6      MR. SNELL:  Can you give me one
7   second, Tom.  I'm essentially sorry to interrupt
8   you.  I just have to get something to write with.
9   Very, very sorry.  Go ahead.  I'll shut up.
10      EXAMINATION
11   BY MR. CARTMELL:
12     Q.  Do you recall being asked questions by
13   Mr. Snell about large pore lightweight mesh?
14     A.  Yes.
15     Q.  And do you have an opinion within a
16   reasonable degree of medical certainty that
17   lightweight large pore mesh would lead to less
18   complications in the TVT or in a mid-urethral
19   sling than the TVT heavy weight small pore mesh?
20     A.  Yes.
21      MR. SNELL:  Objection.  Leading.  Go
22   ahead.
23     A.  Yes.
24     Q.  BY MR. CARTMELL:  And what is your
25   opinion?

Page 324

1     A.  That based upon the medical
2   literature, Klosterhalfen, Klinge, as stated in my
3   report, lightweight large pore meshes have lower
4   complication rates, and that is also including the
5   internal Ethicon documents that state
6   acknowledgment of that fact.
7     Q.  You mentioned, when you were
8   questioned by Mr. Snell, that the TVT, I believe
9   you said during the first six weeks, may result in
10   more pain.
11     Do you recall that?
12      MR. SNELL:  Objection.  Misstates.
13     A.  I don't believe I said that.  That the
14   TVT may result in more pain?  No, I didn't --
15     Q.  BY MR. CARTMELL:  You didn't say that?
16     A.  I didn't say that.
17     Q.  I think you were talking about
18   perioperative pain when comparing the TVT to maybe
19   pubovaginal slings or the Burch.
20     A.  Correct.
21     Q.  Okay.  When you were talking about
22   pain during that perioperative period or during
23   the first six weeks, what type of pain were you
24   talking about?
25     A.  I'm talking about incisional pain,

Page 325

1   pain in the suprapubic region, where the tissue
2   may have been harvested.  I'm not talking about
3   vaginal discomfort.  That would be equal.  We're
4   just giving the harvest area.
5     Q.  Are you talking about dyspareunia?
6     A.  No.  I'm talking specifically
7   perioperative incisional pain.
8     Q.  Do you have an opinion within a
9   reasonable degree of medical certainty whether or
10   not TVT, when compared to pubovaginal slings or
11   Burch slings, causes more dyspareunia or vaginal
12   pain on a long-term basis?
13      MR. SNELL:  Objection.  Beyond the
14   scope.  Non-disclosed opinion in the report.
15     Go ahead.
16     A.  Based upon my clinical experience, my
17   discussion with colleagues, review of the
18   literature, and what is outlined in my expert
19   report, TVT, in the long-term, causes increased
20   risk for dyspareunia and the severity of that
21   dyspareunia.
22     Q.  BY MR. CARTMELL:  What about with
23   vaginal pain?
24     A.  Vaginal pain would be the --
25      MR. SNELL:  Same objection.  Go ahead.

82 (Pages 322 to 325)

Daniel Steven Elliott, M.D.

Page 326

1  Doctor.  I'm sorry.
2       A.   They would be the same.  Vaginal pain
3  implies a constant vaginal pain.  Dyspareunia is
4  just during sexual activity.  And, yes, in my
5  experience, I do not see pubovaginals and Burchs
6  come in with that type of pain.  On a daily basis,
7  I see the TVT that way.
8       MR. CARTMELL:  Okay.  That's all I
9  have.
10      MR. SNELL:  A couple of quick
11  questions in follow-up.
12           EXAMINATION
13  BY MR. SNELL:
14      Q.   Cobb, Klosterhalfen and Klinge, none
15  of those are pelvic surgeons; correct?
16      A.   Clave, I don't know what he is.  The
17  first two, Klinge and Klosterhalfen are
18  pathologists, I believe.
19      Q.   Cobb is not --
20      A.   Cobb is not.  And I don't know if I
21  mentioned it.  I mentioned -- Clave should be on
22  there, and I believe he is a pelvic surgeon, but I
23  don't know his specific credentials.
24      Q.   But Cobb, Klosterhalfen, Klinge, none
25  of them published on the TVT device assessed in

Page 327

1  women; correct?
2       A.   That is correct, yes.
3       Q.   Just so we're clear on the record, the
4  increased perioperative incisional pain that you
5  just talked to Mr. Cartmell about, that actually
6  occurs in the autologous pubovaginal arm; is that
7  correct?
8       A.   That is correct.  It would be fair to
9  say that, in my experience, the immediate
10  perioperative period, you will have an increased
11  incisional pain that is still treated with
12  medications and tolerable, but it will be more
13  than the TVT.
14      Q.   Now, I believe you said that you
15  believe that the long-term dyspareunia rates with
16  the TVT were higher than pubovaginal, did you say,
17  and the Burch?
18      A.   I don't recall if I mentioned the
19  Burch in there.
20           What I mentioned was the pubovaginal
21  and the Burch have traditionally been a very
22  common procedure done until the mid-'90s and
23  into probably early 2000's.
24           And in my practice, I have never seen
25  a woman come in with severe pain, life altering

Page 328

1  pain from either of those aforementioned
2  procedures.  But I see it commonly, weekly with
3  the meshes, including the TVT.
4       Q.   You can't point to any comparative
5  trials that show a statistically significantly
6  higher rate of dyspareunia for the TVT retropubic
7  device compared to either the Burch or the
8  pubovaginal sling; correct?
9       A.   Those studies, as you've mentioned,
10  have not been done.
11      Q.   And actually, the one paper you
12  pointed me to earlier about the Burch had the
13  4 percent rate of dyspareunia with that procedure
14  long-term; correct?
15      A.   It wasn't 4 percent.  It was
16  3.9 percent.
17      Q.   So -- okay.  If you round up, it's
18  4 percent; correct?
19      A.   I don't round up, though.
20      Q.   Okay.  And you can't point to any
21  studies on TVT that show a rate higher than
22  3.9 percent at that length of follow-up for
23  dyspareunia; can you?
24      MR. CARTMELL:  Object to the form.
25      A.   Because that study has not been done.

Page 329

1  As I mentioned, no studies focused specifically on
2  output -- end point of dyspareunia have been done.
3       Q.   BY MR. CARTMELL:  So the answer to my
4  question is, yes, you can't point to that study;
5  correct?
6       MR. CARTMELL:  Object to the form.
7  Asked and answered.
8       A.   That's what I mentioned.  Those
9  studies with that specific end point have not been
10  done.
11      Q.   BY MR. CARTMELL:  Except you know that
12  there's a 10-year TVT retropubic study, lead
13  author Heinonen, that reports zero cases of
14  dyspareunia at 10 years follow-up.
15           Did you know that?
16      A.   You would have to show me that study.
17      Q.   Do you know that study?
18      A.   I'm saying, you'd have to show me that
19  study.  I've read a lot of studies.  I can't
20  recall that one specifically.  So I'd have to look
21  at that.
22      Q.   So you very well may be wrong when you
23  make statements like there's no long-term studies
24  that look at TVT and dyspareunia?
25      MR. CARTMELL:  Object to the form.

83 (Pages 326 to 329)

Daniel Steven Elliott, M.D.

| Page 330 | Page 332 |
|---|---|
| 1     Q.  BY MR. SNELL: Correct? | 1  compared to the mid-urethral sling; correct? |
| 2     A.  Also certain studies I've looked at, I | 2     A.  I'd have to look at that. That's a |
| 3  disregard -- | 3  799-page document. I'd have to see that. |
| 4     Q.  Can you say yes or no? | 4     Q.  As you sit here today, you can't |
| 5     MR. CARTMELL: Let him answer the | 5  answer my question? |
| 6  question? | 6     A.  Oh, I can answer. Let's pull out the |
| 7     A.  That's not a yes or no. It's more | 7  document, take a look at it. |
| 8  complicated than that. I review a lot of studies. | 8     Q  BY MR. SNELL: Do you want to do that? |
| 9  Some of them get disregarded because they're so | 9     MR. CARTMELL: I mean, I'm not giving |
| 10  poor quality that they're not worth quoting. So | 10  you any more time. So you don't have the time to |
| 11  that particular study I'd like to see and we can | 11  do that. This whole day you've been asking him |
| 12  dissect that one out. | 12  questions about things and you've been making |
| 13     Q.  And if I'm correct -- | 13  statements from those documents without showing |
| 14     MR. CARTMELL: You said a couple. So | 14  them to him. |
| 15  you went over 7 hours. And I'm here for the MDL | 15     MR. SNELL: No, no. He's got these |
| 16  portion. | 16  documents. |
| 17     MR. SNELL: I didn't go over 7 hours. | 17     MR. CARTMELL: No, no. |
| 18     MR. CARTMELL: You went 7 hours and 13 | 18     MR. SNELL: I wouldn't misrepresent. |
| 19  minutes. | 19     MR. CARTMELL: All day long. |
| 20     MR. SNELL: No, no. That was 6 hours; | 20     MR. SNELL: Do you want me to show him |
| 21  wasn't it? | 21  the numbers? You know the numbers. I used them |
| 22     MR. CARTMELL: No. It was 7 hours and | 22  with Dr. Rosenswath. |
| 23  13 minutes. I let you ask a few. We done. | 23     MR. CARTMELL: No. I want to be done. |
| 24     MR. SNELL: Okay. | 24  You're over your 7 hours. So let's go. |
| 25     MR. CARTMELL: And you could have | 25     Q  BY MR. SNELL: As you sit here, |

| Page 331 | Page 333 |
|---|---|
| 1  saved your time. | 1  Doctor, can you answer my question without me |
| 2     MR. SNELL: Well, I have two more | 2  showing you those papers? |
| 3  considering you've asked him to comment and say | 3     A.  I want to see those papers. |
| 4  rates are higher. That's not even in his expert | 4     MR. CARTMELL: No. |
| 5  report, okay. He doesn't put in his expert report | 5     MR. SNELL: Fair enough. |
| 6  what the rates are for Burch, for the pubovaginal, | 6     MR. CARTMELL: The question was: Can |
| 7  or the TVT. | 7  you answer it without seeing the papers. If you |
| 8     MR. CARTMELL: I didn't ask him what | 8  can't answer it without seeing it, just say no. |
| 9  the rates were. | 9     A.  I cannot answer it without it. It's a |
| 10     MR. SNELL: Yes, you did. | 10  799-page document. I would need to see those |
| 11     MR. CARTMELL: No, I didn't. I | 11  papers. |
| 12  said -- | 12     MR. SNELL: Fair enough. |
| 13     MR. SNELL: You said higher. | 13     MR. CARTMELL: Go ahead. Thank you |
| 14     MR. CARTMELL: -- the claim is it's | 14  very much. |
| 15  higher, and it says that in his expert report. | 15     (Deposition concluded at 5:54 p.m.) |
| 16     MR. SNELL: No, it doesn't. | 16 |
| 17     MR. CARTMELL: Yes, it does. | 17 |
| 18     MR. SNELL: It can't be higher. He | 18 |
| 19  doesn't even have the rates. | 19 |
| 20     Q  BY MR. SNELL: How about this? You've | 20 |
| 21  seen the AUA guideline from 2012 and the SGS | 21 |
| 22  systematic meta-analysis and review, and in both | 22 |
| 23  of those systematic reviews, they report higher | 23 |
| 24  rates of dyspareunia, pain, and sexual dysfunction | 24 |
| 25  with the autologous sling and the Burch as | 25 |

Daniel Steven Elliott, M.D.

| Page 334 | Page 336 |
|---|---|

**Page 334**

REPORTER'S CERTIFICATE

I, NAOLA C. VAUGHN, a Certified Court
Reporter within and for the States of Missouri and
Kansas, hereby certify that the within-named witness
was first duly sworn by me to testify to the truth;
and that the deposition by said witness was given in
response to the questions propounded, as herein set
forth; was first taken in machine shorthand by me
and afterwards reduced to writing under my direction
and supervision; and is a true and correct record of
the testimony given by the witness.

I further certify that I am not a relative
or employee or attorney or counsel of any of the
parties, or a relative or employee of such attorneys
or counsel, or financially interested in the action.

WITNESS my hand and official seal at
Tonganoxie, Kansas, this 29th day of September 2015.

_____
NAOLA C. VAUGHN, CCR, CRR, RPR
Missouri CCR No. 1052
Kansas CCR No. 0895

**Page 336**

------
E R R A T A
------

PAGE  LINE  CHANGE

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

____ ____  _____

REASON: _____

**Page 335**

INSTRUCTIONS TO WITNESS

Please read your deposition
over carefully and make any necessary
corrections.  You should state the reason
in the appropriate space on the errata
sheet for any corrections that are made.
After doing so, please sign
the errata sheet and date it.  It will be
attached to your deposition.
It is imperative that you
return the original errata sheet to the
deposing attorney within thirty (30) days
of receipt of the deposition transcript
by you.  If you fail to do so, the
deposition transcript may be deemed to be
accurate and may be used in court.

**Page 337**

ACKNOWLEDGMENT OF DEPONENT

I,_____, do
hereby certify that I have read the
foregoing pages, and that the same
is a correct transcription of the answers
given by me to the questions therein
propounded, except for the corrections or
changes in form or substance, if any,
noted in the attached Errata Sheet.

_____
DANIEL STEVEN ELLIOTT, M.D.      DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____.

My commission expires:_____

_____
Notary Public

85 (Pages 334 to 337)

Daniel Steven Elliott, M.D.

Page 338

1              LAWYER'S NOTES
2     PAGE  LINE
3     ___  ___  _____
4     ___  ___  _____
5     ___  ___  _____
6     ___  ___  _____
7     ___  ___  _____
8     ___  ___  _____
9     ___  ___  _____
10    ___  ___  _____
11    ___  ___  _____
12    ___  ___  _____
13    ___  ___  _____
14    ___  ___  _____
15    ___  ___  _____
16    ___  ___  _____
17    ___  ___  _____
18    ___  ___  _____
19    ___  ___  _____
20    ___  ___  _____
21    ___  ___  _____
22    ___  ___  _____
23    ___  ___  _____
24    ___  ___  _____
25    ___  ___  _____

86 (Page 338)

# EXHIBIT I

**Notice of FDA Warning regarding the use of vaginal mesh:**

The U.S. Food and Drug Administration (FDA) has issued several safety communications about the use of mesh for pelvic organ prolapse (POP). However, this AUA guideline reviews the current literature regarding SUI alone, and covers neither POP nor mini-incision slings. The FDA warning does not apply to biologicals used in POP. Based on continuing adverse event reports that have been received by the FDA since their initial warning in 2008, the FDA has stated that serious complications associated with surgical mesh in transvaginal POP repairs are not rare.

The AUA will continue to monitor the FDA's alerts and notices and will update the guideline as additional warnings or alerts regarding this device are issued. Informed consent requires that patients be advised of the risks of vaginal mesh.

The FDA will provide updates on its Web page:
 http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/UroGynSurgicalMesh/default.htm.

# Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update

**Female Stress Urinary Incontinence Guideline Update Panel:**

Rodney A. Appell, MD, Chair
Roger R, Dmochowski, MD, Facilitator
Jerry M. Blaivas, MD
E. Ann Gormley, MD
Mickey M. Karram, MD
Saad Juma, MD
Deborah J. Lightner, MD
Karl M. Luber, MD
Eric Scott Rovner, MD
David R. Staskin, MD
J. Christian Winters, MD

**Consultants:**

Hanan S. Bell, PhD
Patrick M. Florer
Linda Whetter, DVM, PhD

**AUA Staff:**

Heddy Hubbard, PhD, MPH
Edith Budd
Suzanne Pope, MBA
Michael Folmer
Katherine Moore
Cynthia Janus, MLS
Kadiatu Kebe



American Urological Association
Education and Research, Inc.

**Rodney Alan Appell, MD, FACS**

**1948 – 2009**



Dr. Rodney Appell served as Professor of Urology and Gynecology and Chief, Division of Voiding Dysfunction and Female Urology, at Baylor College of Medicine and held a large private practice in Houston, Texas. He was a highly respected surgeon in female urology and an active member of the American Urological Association (AUA), serving on the Practice Guidelines Committee and the Special Women's Issues in Urology Committee.

At the time of his death, he was Chair of the expert Panel that developed the Stress Urinary Incontinence Clinical Guideline. Directing the Panel members through the painstaking and analytical challenge of systematically reviewing clinical studies so that appropriate practice recommendations could be made was an undertaking at which Dr. Appell excelled. In remembering him, the current guideline Chair, Roger R. Dmochowski, M.D., Professor, Dept of Urologic Surgery, Vanderbilt University, speaking for the Panel, remarked that "Rodney will be missed by us all. His vision of mentorship was the inspiration for a whole generation of residents and fellows. Those of us who knew him will treasure the memory of his unique insight and clinical expertise."

After receiving his medical degree from Jefferson Medical College, Dr. Appell completed his surgical residency at George Washington University Medical Center and residency in urology at Yale University. Since that time and until his death he achieved extensive accomplishments in his field through research, clinical practice, and education activities. Consistently included in the publication *The Best Doctors in America*, Dr. Appell published over 100 full papers or editorials in peer-reviewed journals, authored several book chapters, was invited to participate in more than 200 lectureships and symposia, and delivered over 800 educational talks and presentations both across the United States and around the world. He served on the editorial boards of many publications, including the AUA Journal of Urology. In February 2008, he was awarded the Lifetime Achievement Award by the Society for Urodynamics and Female Urology and was named Continence Care Champion by the National Association for Continence.

Dr. Appell's leadership and expertise will be missed by all who knew him. The Stress Urinary Incontinence Guidelines Panel dedicates this Clinical Guideline to his memory.

2

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## *Table of Contents*

Introduction ................................................................................................................5

Definitions ..................................................................................................................6

Index patient ...............................................................................................................7

Methodology ...............................................................................................................7

    PROBLEM DEFINITION ......................................................................................8
    LITERATURE SEARCH AND DATA EXTRACTION ..............................................9
    EVIDENCE COMBINATION ................................................................................9
    PATIENT GROUPS ..........................................................................................10
    EFFICACY ANALYSIS ......................................................................................10
    COMPLICATIONS ...........................................................................................11
    GUIDELINE GENERATION AND APPROVALS ..................................................12
    DISSEMINATION ............................................................................................13

Diagnostic Evaluation of the Index Patient ............................................................13

    TO CONFIRM THE DIAGNOSIS AND CHARACTERIZE SUI ..............................13
    TO ASSESS DIFFERENTIAL DIAGNOSIS AND COMORBIDITIES .......................14
    TO AID IN PROGNOSIS AND SELECTION OF TREATMENT ..............................15

Diagnostic Guidelines for the Index Patient ...........................................................16

Therapeutic Options .................................................................................................18

    NONSURGICAL TREATMENT ..........................................................................18
    SURGICAL TREATMENT .................................................................................18

Outcomes Analysis ...................................................................................................18

    EFFICACY ......................................................................................................18
    COMPLICATIONS ...........................................................................................19

Surgical Treatments Analyzed - Descriptions and Outcomes .................................20

    RETROPUBIC SUSPENSIONS ..........................................................................20
    SLINGS   22
        *Autologous Fascial Slings* ..................................................................*22*
        *Cadaveric Slings* ..............................................................................*23*
        *Synthetic Slings* ...............................................................................*25*
    INJECTABLE AGENTS .....................................................................................28
    ARTIFICIAL URINARY SPHINCTERS ...............................................................29

Treatment Guidelines for the Index Patient ............................................................30

Recommendations for Future Research and Reporting ............................................33

3

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

       RECOMMENDATIONS TO EDITORS AND REVIEWERS ..................................................... 33
       TRANSOBTURATOR TAPE PROCEDURES ......................................................................... 35

Conflict of Interest Disclosures ............................................................... 36

Acknowledgments and Disclaimers ........................................................ 37

References ................................................................................................. 43

Abbreviations and Acronyms ................................................................... 46

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## *Introduction*

Stress urinary incontinence (SUI) has a significant impact on the quality of life for many women, although estimates of prevalence vary widely due to inconsistencies in the definitions of SUI and differences in populations studied.[1] A large meta-analysis reported an estimated prevalence for urinary incontinence of 30% in women aged 30 to 60 years, with approximately half of the cases attributed to SUI;[2] another study reported the prevalence of SUI was 5% to 30% in European women.[3]  Many women in the United States (U.S.) elect to have a surgical procedure for management of their SUI symptoms each year. The first Female Stress Urinary Incontinence Clinical Guidelines Panel reviewed literature available up to January 1994 and published its report in 1997.[4] Since that time, a new body of literature has emerged on primarily novel surgical interventions for the treatment of SUI. For these reasons, the American Urological Association (AUA) has elected to update the initial report on the Surgical Management of Stress Urinary Incontinence. The literature search used in this analysis had a conclusion date of June 2005; it is recognized that this guideline will likely change in response to new information and further developments in the field.

In the 1997 guideline, the index patient was an otherwise healthy female patient with SUI without significant pelvic organ prolapse. It has become apparent since the prior guideline that many women with SUI also have pelvic organ prolapse and that these two issues may be addressed concurrently. Therefore, in constructing this guideline update, the index patient is defined as an otherwise healthy female patient who has elected surgical therapy for the correction of SUI as in the previous guideline.  An additional index patient defined by the panel is an otherwise healthy female patient with SUI and prolapse who elects to have treatment of her

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

5

SUI along with surgical correction of prolapse. The current Female Stress Urinary Incontinence Guideline Update Panel (the Panel) was selected by the Panel chair and approved by the Practice Guidelines Committee (PGC) of the AUA. The Panel members are representative of different medical specialties and geographic regions of the U.S. and are from both academic and private institutions.

This report describes an analysis of efficacy and safety outcomes for surgical procedures for use in treatment of SUI and provides a guideline based on review of these data and/or panel consensus. It also offers a discussion about the diagnostic evaluation of the index patient and recommendations for outcomes reporting and future research.

## *Definitions*

Stress urinary incontinence is a symptom that refers to leakage of urine during events that result in increased abdominal pressure such as sneezing, coughing, physical exercise, lifting, bending and even changing positions. There are two principle causes of this symptom – SUI and the rarer stress-induced detrusor overactivity (involuntary detrusor contractions that are caused by sudden increases in abdominal pressure). The distinction between these two can be determined by (in order of increasing specificity) patient history, physical examination (e.g., urinary loss after a stress event) and urodynamic studies.  For the purposes of this guideline, it is assumed that patients in the extracted studies had surgical management of SUI.

Urgency refers to a sudden, compelling desire to pass urine which is difficult to defer[5] or a strong need to pass urine for fear of leakage.[6] Urge urinary incontinence is defined as

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

involuntary leakage accompanied by or immediately preceded by urgency.[5] Mixed incontinence refers to SUI that occurs in combination with urge urinary incontinence.

## Index patient

The index patient is defined as an otherwise healthy female patient who has elected surgical therapy for the correction of SUI as in the previous guideline. An additional index patient defined by the panel is an otherwise healthy female patient with SUI and pelvic organ prolapse who elects to have treatment of her SUI along with surgical correction of pelvic organ prolapse. Either index patient may be untreated or previously surgically-treated and may have urethral hypermobility and/or intrinsic sphincter deficiency. Urethral hypermobility was defined by the author; no uniform definition was used.

## Methodology

This guideline included analysis of those relevant factors (perceived risks and outcomes of the interventions, patient preferences and relative priorities of the interventions given limited health care resources) used to choose among alternative treatment interventions.[7] The peer-reviewed medical literature was meta-analyzed to estimate outcomes of treatment modalities, and Panel members themselves served as proxies for patients in considering preferences. The steps taken to develop this guideline, further detailed in Chapter 2, included problem definition, literature search, data extraction, systematic evidence combination, guideline generation, approval and dissemination. The Panel did not review needle suspensions or anterior colporrhaphy in

7

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

developing this guideline update. Since development of the 1997 guideline, very limited new data has been published addressing these procedures, and there is a lack of current use or interest in them as well. Though these operations may still be performed in isolated circumstances by some surgeons, the Panel believes that they are largely of historical interest only and no longer considers these procedures contemporary treatments for SUI.

**Problem Definition**

This guideline update was based on the original AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence published in 1997 using a similar methodology. The analysis was likewise limited to surgical treatments but included new procedures and those considered the most efficacious as determined by the previous analysis. Unlike the 1997 guideline, outcomes of surgical therapies for prolapse were also included.

Surgical efficacy was defined in three parts: 1) the resolution and lack of recurrence of SUI and urgency; 2) the resolution of prolapse and the lack of recurrence or new onset of prolapse; and 3) the incidence and severity of adverse events of these treatments. Urgency (resolution and de novo) was included as an efficacy outcome due to its significant impact on patient quality of life. The treatments included in the analysis were retropubic suspensions, slings, injection therapy and artificial sphincters; the analysis excluded those procedures not generally available in the U.S. or not expected to be approved at the time of publication. Anterior repairs for prolapse reduction in conjunction with other surgical treatments for incontinence were included as prolapse surgeries. Procedures used to correct prolapse included hysterectomy in conjunction with or as a component of surgical treatment of SUI and site-specific repairs.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## Literature Search and Data Extraction

A database was generated that included articles retrieved for the previous guideline and those resulting from a series of four MEDLINE® searches beginning in December 2002 and concluding in June 2005. The searches were limited to papers involving human subjects and published in the English language on or after 1990 which included the MeSH term "female." The MeSH headings used were "urinary incontinence, stress," "stress incontinence" and "urinary incontinence" in any field. A total of 7,111 citations and abstracts were reviewed for relevance by the panel chairs, of which 1,302 citations entered the extraction process. Panel members extracted data from the articles which were then entered into a Microsoft Access® (Microsoft, Redmond, WA) database. In person and via conference calls, the Panel collectively reviewed the extracted data. A total of 436 articles were suitable for inclusion in the meta-analysis; an additional 155 articles were deemed suitable only for their complications data due to an insufficient follow-up duration for the efficacy outcomes analysis.

## Evidence Combination

To generate outcomes tables, estimates of the probabilities and/or magnitudes of the outcomes are required for each intervention. Ideally, these come from a synthesis or combination of the evidence. Combination can be performed in a variety of ways depending on the nature and quality of the evidence. For this guideline, the panel used the confidence profile method,[8, 9] which provides methods for meta-analyzing data from studies that are not randomized controlled trials (RCTs). Meta-analysis was performed using the Fast*Pro software to combine individual arms from controlled trials and clinical series where similar patients were similarly treated. Although a number of RCTs were found through the literature search, there were insufficient numbers on any one topic to warrant an independent meta-analysis of RCTs. The results of

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

certain trials are discussed where relevant. Frequently, published series used in a combined analysis showed very divergent results implying site-to-site variations, variability in patient populations, in the performance of the intervention, the skill of the surgeon or normal statistical variation. Given these differences, a random-effects, or hierarchical, model was used to combine the studies.

## Patient Groups

While stratifying outcomes based on patient characteristics such as type of incontinence, previous treatment(s), presence of prolapse, prior pregnancy and severity of incontinence would be most instructive, in most cases the outcomes data were not fully or consistently identified by these criteria. Therefore, analysis was limited to two patient groups; one in which no patient received concomitant surgical treatment for prolapse (comparable to the previous guideline) and another in which some or all patients received concomitant treatment for prolapse. Very few published studies included all of the SUI patients receiving concomitant prolapse treatment, therefore, the analysis was based mainly on data from studies that included some patients with prolapse treatment. This did not permit a clear distinction to be made between these groups in the analysis. An attempt to stratify the outcomes of SUI surgical interventions by the presence of prolapse was thwarted by insufficient data since few published studies stratified results in this manner.

## Efficacy Analysis

The efficacy outcomes analyzed included two levels of continence: cured/dry and cured/dry/improved; these are reported percentages and credible intervals (Bayesian confidence intervals [CIs]). Allocation to the previously mentioned categories was determined by author definition of continence. For the analysis of postoperative urgency, patients were divided into

10

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

three categories: without pre-existing urgency, with pre-existing urgency, and unknown or uncertain pre-existing urgency. Postoperative urgency categories included urge incontinence, urge symptoms and unspecified. Again, the results are reported as the percent of the relevant patient group having each outcome. Abbreviated tables summarizing the cured/dry and resolution or urge incontinence for the time interval of 12-23 months for patients with or without concurrent prolapse treatment are provided with this document (see Tables 1–3); for a complete set of data tables see Appendices A7-A16.

**Complications**

Complications were analyzed similarly to the efficacy outcomes. However, because of the wide variety of ways authors name and describe complications, the panel attempted to group complications together that represented the same or related outcomes. As discussed in Chapter 2, this could result in some inaccuracies in the resultant estimates. Appendix A-17 shows how the panel grouped outcomes. Certain complication outcomes such as pain and de novo urgency were tabulated as defined by the author, and no further analysis was performed based upon the limitations of data reporting. After grouping the complications for analysis, the grouped complications were then put into general categories for display and discussion. Outcomes tables were developed for each group of complications. Separate tables were again created for patients with and without prolapse treatment. The format of the tables is the same as the efficacy tables. An abbreviated table summarizing retention data for patients with or without concurrent prolapse treatment is provided with this document (see Table 4); for a complete set of data tables see Appendices A7 – A16.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

**Guideline Generation and Approvals**

After the evidence was combined and outcome tables were produced, the Panel reviewed the results and identified anomalies, updated the outcomes tables based on the problems identified, and based on evidence from the outcome tables and expert opinion, the Panel drafted the treatment guideline. Based on 24 peer reviewer comments, the Panel revised the document. The guideline was submitted for approval to the PGC of the AUA and the Board of Directors for final approval.

As in the previous guideline, the present statements are graded with respect to the degree of flexibility in application. Although the terminology has changed slightly, the current three levels are essentially the same as in the previous guideline. A "standard" has the least flexibility as a treatment policy. A "recommendation" has significantly more flexibility, and an "option" is even more flexible. These terms are defined as follows:

1.  **Standard**: A guideline statement is a standard if (1) the health outcomes of the alternative interventions are sufficiently well known to permit meaningful decisions, and (2) there is virtual unanimity about which intervention is preferred.

2.  **Recommendation**: A guideline statement is a recommendation if (1) the health outcomes of the alternative interventions are sufficiently well known to permit meaningful decisions, and (2) an appreciable, but not unanimous majority agrees on which intervention is preferred.

3.  **Option**: A guideline statement is an option if (1) the health outcomes of the interventions are not sufficiently well known to permit meaningful decisions, or (2) preferences are unknown or equivocal.

12

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

**Dissemination**

The guideline is published on the web site for the AUA and can be found at

http://www.auanet.org.  A version of Chapter 1 will be published in the *Journal of Urology.*


## Diagnostic Evaluation of the Index Patient

The purpose of diagnostic evaluation is three-fold: 1) to document and characterize SUI; 2) to assess differential diagnosis and comorbidities; and 3) to prognosticate and aid in the selection of treatment.

**To confirm the diagnosis and characterize SUI**

Stress urinary incontinence may be characterized by the following:

- demonstration of leakage with increasing abdominal pressure (see below)

- frequency of incontinence episodes (diagnosed by history, questionnaire, bladder diary)

- severity (the volume of urine leakage diagnosed by history, questionnaire, bladder diary, pad test)

- degree of bother (diagnosed by history, bladder diary, questionnaire)

- sphincter function (diagnosed by examination, Valsalva leak point pressure, urethral pressure profile)

- degree of urethral mobility (diagnosed by estimation at time of physical examination, cotton-swab test, or imaging)

On the basis of a focused history and physical examination with a comfortably full bladder, the diagnosis of SUI is fairly straightforward in the index patient. The *sine-qua-non* for a definitive diagnosis is for the examiner to witness involuntary urine loss from the urethral meatus

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

coincident with increased abdominal pressure (positive stress test) such as those occurring during coughing and straining; a standing position may facilitate the diagnosis. Once the increase in abdominal pressure has subsided, flow through the urethra should subside.  Rarely, one may witness urine loss after increases in intra-abdominal pressure.  In this scenario, one should suspect that the incontinence is, at least in part, due to an abnormal detrusor contraction (stress-induced detrusor overactivity).

## To assess differential diagnosis and comorbidities

The differential diagnosis of stress incontinence includes detrusor overactivity, low bladder compliance, overflow incontinence, stress-induced detrusor overactivity, urethral diverticulum, urinary fistula and ectopic ureter. Overflow incontinence is a clinical diagnosis, whereas detrusor overactivity, low bladder compliance, and stress-induced detrusor overactivity are essentially urodynamic diagnoses while urethral diverticulum and urinary fistula can be sometimes be confirmed on the basis of history and exam but may in some instances require urinary tract imaging or other procedures for confirmation. Various imaging techniques for urethral diverticula may be used.  Urinary fistula and ectopic ureter may be diagnosed by examination, cystoscopy and upper and lower urinary tract imaging.

Certain comorbidities relating to coexisting conditions might affect the outcome of treatment and influence surgical technique and the specifics of patient counseling. For example, a patient with mixed and stress incontinence who has a large post-void residual volume and impaired detrusor contractility might be counseled that her urge symptoms are more likely than usual to persist and that urinary retention is more likely. Further, the technique of surgery might be tailored such that a mid urethral, rather than bladder neck, sling is performed and it might be placed a bit looser than otherwise. These comorbidities include:

14

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

- urinary urgency and urge incontinence (diagnosed by history, questionnaire, bladder diary);

- anatomic features such as pelvic organ prolapse (diagnosed by history, exam); urethral mobility and other urethral abnormalities such as intrinsic stricture disease (diagnosed by cystoscopy, cotton-swab test, ultrasound);

- the number and location of ureteral orifices e.g. ectopic (diagnosed by cystoscopy); and/or

- the presence of detrusor overactivity, urethral obstruction, low bladder compliance and impaired or absent detrusor contractility (diagnosed by uroflow, postvoid residual volume determination, urodynamics).

## To aid in prognosis and selection of treatment

There are few facts and many opinions about predicting the outcome of surgery based on the comorbidities described above, though few would disagree that operations for SUI should be confined to those who actually have demonstrable SUI, including occult SUI demonstrable only after reduction of pelvic organ prolapse. There is no standardized way to reduce a prolapse to unmask stress incontinence, and this patient falls outside the index patient identified by the panel. Nevertheless, an understanding of the specific comorbidities allows for individualized treatment planning, for informed consent and for the surgeon's estimate of a successful outcome and the potential occurrence of complications such as incomplete bladder emptying, persistent or de novo urgency/urge incontinence and recurrent sphincter incontinence. Urodynamic evaluation may be of assistance in elucidating complex presentations of incontinence.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Diagnostic Guidelines for the Index Patient*

Amendments to 1997 Standards, Recommendations and Options are indicated (words that are in italics denote changes from the 1997 guideline document to improve clarity).

**Standard: The evaluation of the index patient should include the following components:**

- *Focused* history

- *Focused* physical examination

- Objective demonstration of SUI

- *Assessment of postvoid residual urine volume*

- Urinalysis, and culture if indicated

[Based on Panel consensus]

**Recommendation: Elements of the history should include the following:**

- Characterization of incontinence (stress, urge, etc.)

- Frequency, bother and severity of incontinence episodes

- Impact of symptoms on lifestyle

- Patient's expectations of treatment

[Based on Panel consensus]

**Recommendation: Additional diagnostic studies can be performed to assess the integrity and function of the lower urinary tract.**

- Pad testing and/or voiding diary

- Urodynamics

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

16

- **Cystoscopy**

- **Imaging**

[Based on Panel consensus]

**Recommendation: Indications for further testing include the following:**

- **An inability to make a definitive diagnosis based on symptoms and the initial evaluation**

- **Concomitant overactive bladder symptoms**

- **Prior lower urinary tract surgery, including failed anti-incontinence procedures**

- **Known or suspected neurogenic bladder**

- **Negative stress test**

- **Abnormal urinalysis such as unexplained hematuria or pyuria**

- **Excessive residual urine volume**

- **Grade III or greater pelvic organ prolapse**

- **Any evidence for dysfunctional voiding**

[Based on Panel consensus]

The need for further evaluation of any given patient depends on a number of other factors including the degree of certainty and comfort that the physician has about the diagnosis, the impact that further studies will have on diagnosis, treatment options and treatment risks and likely outcomes as well as the desire and willingness of the patient to undergo further studies.

17

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Therapeutic Options*

### Nonsurgical Treatment

Management of SUI includes the option of nonsurgical therapies. The Panel did not review

nonsurgical therapies because they are outside the scope of this report.

### Surgical Treatment

The outcomes analyzed fell into two general categories: efficacy outcomes and complications.

The results of the analysis are provided under each treatment below. For a more detailed

discussion of the outcomes, see Chapter 3. Comparative results of the meta-analysis of efficacy

and complications are shown in the tables and graphs in Chapter 3.

## *Outcomes Analysis*

### Efficacy

The primary efficacy outcome was the resolution of stress incontinence as measured two ways—

patients who were completely dry (cured/dry) or patients who showed improvement

(cured/dry/improved). The cured/dry/improved measure may include patients who were

completely dry. Secondary efficacy outcomes dealt with changes in urgency as described in the

methodology section above.  Data were accepted as reported except when described in terms that

conflicted with the definition in the methodology. For example, if a study reported any patients

with minimal persistent incontinence as cured, these data were included only in the

cured/dry/improved category.

Outcomes were analyzed separately based on whether the continence evaluation was

subjective or objective; only results that were clearly based on subjective or objective criteria

18

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

were included in their respective analyses. An additional category was created (defined as "any" method of evaluation) to include all studies irrespective of the method of assessment used. For studies reporting both subjective and objective results, the subjective results for the study were included in the "any" category.

Outcomes also were analyzed separately according to the postsurgical interval of the final assessment of continence, with a minimum period of follow-up of 12 months. Three intervals were analyzed: 12 to 23 months, 24 to 47 months and greater than 48 months. If a study reported data at multiple times during one of these intervals, the time point closest to 18 months, 36 months and 60 months were used for the three time ranges, respectively.

**Complications**

In order to facilitate the analysis of complications for the various SUI surgical procedures and because of the lack of standardized complications nomenclature in the literature the Panel grouped the reported complications into the following classes:

- Urinary retention
- Perioperative genitourinary
- Delayed genitourinary
- Gastrointestinal
- Vascular
- Neurological
- Infectious
- General medical
- Death

Details of these groups are described in Chapter 3. Appendix A-17 lists the specific complications that were included in each of the above classes. Subjective complications (pain, sexual dysfunction, and voiding dysfunction) were also included as a separate category. Important complications for specific treatments are discussed below under the relevant treatment.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## *Surgical Treatments Analyzed - Descriptions and Outcomes*

The surgical treatments analyzed fell into four categories: retropubic suspensions, slings, injectable agents and artificial urinary sphincters (AUS). Within each class, modifications of these treatments were analyzed where appropriate. For some categories, only minimal data were available. As noted in the methods section, definitions of cured, dry and improved were those of the authors.

In this section, brief descriptive results are provided for outcomes. The complete results are provided in Chapter 3 and Appendices A7-A16.

### Retropubic Suspensions

Although the techniques for performing retropubic suspensions were essentially unchanged since the 1997 Guideline, the Panel elected to determine if there were any new studies since that analysis that would result in significantly different outcomes. Data from three categories of retropubic suspensions were analyzed: 1) open suspensions regardless of type (including Burch suspensions); 2) open Burch suspensions alone; and 3) laparoscopic suspensions.

The Panel's meta-analysis estimated cured/dry rates at 12 to 23 months based on 1,085 patients for open suspensions with no concomitant prolapse treatment to be 82% (CI: 74%-87%) while cured/dry rates for laparoscopic suspensions were 69% (368 patients; CI: 52%-84%) (Table 1). At 24 to 47 months, the cured/dry rates were similar among all procedures, ranging from 74% to 76%. At 48 months or longer, cured/dry rates for all open procedures were 73%. No data were available for laparoscopic procedures. These rates are similar to those reported for retropubic suspensions in the previous Guideline, in which estimated cured/dry rates were 84% at all time points.[4]

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

The meta-analysis estimate of postoperative urge incontinence was 14% from data from
186 patients (CI: 6%-25%) with pre-existing urge incontinence when treated with open
retropubic suspensions, while de novo urge incontinence and "unspecified" urge incontinence
was estimated in 8% (713 patients; CI: 5%-12%) and 41% of patients (305 patients; CI: 30%-
54%), respectively (Table 3). Of patients undergoing laparoscopic retropubic suspensions, the
meta-analytic results indicate that an estimated 5% of patients (CI: 1%-14%) will experience de
novo urge incontinence and approximately 6% (CI: 1%-14%) will have "unspecified" urge
incontinence. There were few data available for laparoscopic retropubic suspensions or for
longer term outcomes of open retropubic suspensions (for longer term outcomes on urge
incontinence, see Chapter 3). Based on 1,154 patients in 18 studies, retention could occur in 3%
to 4% of patients (Table 4). The most common complications and estimated rates of occurrence
for open retropubic suspensions determined in the meta-analysis (see Chapter 3) were febrile
complications (8%), urinary tract infection (13%), bladder injury (4%) and voiding dysfunction
(9%). Laparoscopic suspensions appeared to have a lower overall risk of febrile complications
(0% reported) and urinary tract infection (2%), although these estimates were based on limited
data. Ureteral injury was estimated to occur in 4-11% of patients receiving laparoscopic
retropubic suspensions (see later discussion in Chapter 3), but only 1% of patients receiving open
suspensions. Again, these estimates were based on a very small number of patients.

For patients with concomitant prolapse treatment, the estimated cured/dry rates for open
retropubic suspensions, Burch suspensions and laparoscopic suspensions were all 88% at 12 to
23 months and 83% to 85% at 24 to 47 months (Table 2). The cured/dry rate was estimated to be
67% (1,072 patients; CI: 56%-76%) for all open retropubic suspensions at 48 months or longer,
and data were insufficient for an approximation of efficacy for laparoscopic therapy at 48 months

21

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

or longer. The postoperative urge incontinence rate was based on 143 patients with pre-existing urge incontinence who were treated with open retropubic suspensions with concurrent prolapse repair; the rate of occurrence was approximately 22% (CI: 4%-56%). Further, the analysis estimates 14% of patients (457 patients; CI: 8%-21%) may experience de novo urge incontinence and 13% of patients (256 patients; CI: 7%-22%) may report "unspecified" urge incontinence (Table 3). By comparison, the results estimate that 11% of patients treated with laparoscopic suspensions will have de novo urge incontinence (344 patients; CI: 6%-17%); data were unavailable or insufficient for the other urge incontinent outcomes with laparoscopic retropubic suspensions (for longer term outcomes on urge incontinence, see Chapter 3). Retention was estimated in 1% to 2% of patients (Table 4).

## Slings

### Autologous Fascial Slings

Efficacy data were available for a variety of types of autologous fascial slings, including suprapubic slings with bone anchors, autologous vaginal wall slings with or without bone anchors and the general category of autologous fascial slings without bone anchors (detailed outcomes for the different types of autologous fascial slings are provided in Chapter 3).

Most of the available studies described patients treated with autologous slings without bone anchors. For patients without concurrent prolapse treatment, the estimated cured/dry rates ranged between 90% at 12 to 23 months and 82% at 48 months or longer (Table 1). The Panel's meta-analysis estimated rates of postsurgical urge incontinence were 33% in patients with pre-existing urge incontinence and de novo urge incontinence in 9% of patients without pre-existing urge incontinence (Table 3). The estimated rate of retention was 8% (Table 4). Complications estimates for autologous fascial slings without bone anchors were generally infrequent and

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

included urinary tract infection (11%), bladder injury (4%) and wound complications (8%). There were also a few studies published between 2001 and 2003 reporting data on a small number of patients who received autologous fascial vaginal wall slings with or without bone anchors. Complete data are provided in Chapter 3.

For patients treated with autologous slings without bone anchors and a concurrent prolapse treatment, cured/dry rates ranged from 85% to 92%, although these estimates were based on a very small number of patients (Table 2). Based on the results of the meta-analysis, approximately 10% of patients could experience de novo urge incontinence, and an estimated 5% of patients will be subject to retention (Table 3).

**Cadaveric Slings**

Cadaveric slings came into wide use following a report by Handa et al.,[10] and other authors have since reported favorable results using this procedure.[11, 12] However, the long-term durability of these procedures has been questioned,[13, 14] with reports of graft failure[15, 16] and declining success rates over time[17, 18] (for a more complete discussion on the use of cadaveric slings, see Chapter 3). The use of these materials has dramatically declined over time as a result of these concerns, thus severely limiting data available for analysis.

Based on the limited data available for analysis, the estimated cured/dry rate for patients undergoing cadaveric slings without bone anchors and no concomitant prolapse treatment was 74% at 12 to 23 months and 80% at 24 to 47 months (Table 1). There were no data for longer term efficacy (48 months or longer) for cadaveric slings, and few studies reported data on retention, urge incontinence or complications.

For patients with concomitant prolapse treatment, the Panel's meta-analysis estimates of cure/dry rates were 82% (234 patients CI: 77%-86%) at 12 to 23 months using a cadaveric sling

23

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

with bone anchors, whereas the rate was 58% based on patients from three studies totaling 133

patients (CI:  36%-78%) where bone anchors were not utilized (Table 2). Despite the fact that

these confidence intervals barely overlap, the consensus of the Panel is that these represent

statistical aberrations inherent in evidence combination and are likely not representative of a true

difference in outcomes.  There were no data for bone-anchored slings beyond two years.  At 24

to 47 months, for patients undergoing a cadaveric sling procedure without bone anchors in

addition to prolapse treatment, the cured/dry rate was 64%, and at > 48 months based on 13

patients, only an estimated 31% receiving a cadaveric sling without bone anchor will be

cured/dry.

Little is known about the graft-host relationship and possible mechanisms of graft

degradation for cadaveric materials. In addition, processing and storage of these materials is

variable, which could account for the disparity of results as reflected by the wide CIs in our

analysis. There were insufficient data to assess the long-term efficacy of these procedures, with

very few studies reporting results at 48 months or longer. Furthermore, the risks of disease

transmission with these materials remain unknown. Traces of genetic material have been isolated

from commercially available cadaveric sling materials[19] although there have been no reports of

disease transmission related to cadaveric grafts in the urologic literature.

There were few complications reported in the literature for procedures using cadaveric

sling materials. Vaginal extrusion was reported in one study,[20] but erosion of cadaveric materials

into the urinary tract was not identified in this meta-analysis. Other reported complications were

similar to other procedures for the surgical correction of SUI.  When these materials have been

used with concomitant prolapse repair, complications such as infection and graft extrusion have

been reported.[21]

24

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## Synthetic Slings

Efficacy data were available for synthetic slings placed at the bladder neck and synthetic slings placed at the midurethra. Outcomes are discussed separately for each of these procedures.

### Synthetic Slings at the Bladder Neck

Efficacy data were available for synthetic slings at the bladder neck with or without bone anchors; most of the data came from studies involving synthetic slings without bone anchors. With this procedure, the estimated cured/dry rate based on 349 patients in nine studies without prolapse treatment was 73% (CI:  64%-80%) at 24 to 47 months; longer term data were not available (Table 1). De novo urgency was approximated at 12% of patients (132 patients; CI: 6%-20%) at 12 to 23 months; there were limited data on other urge incontinence outcomes (Table 3). The retention rate was an estimated 9% (360 patients; CI:  5%-15%) (Table 4). The most common complications occurring with synthetic slings at the bladder neck without bone anchors (provided in Chapter 3) were urinary tract infection (10%) and erosion/extrusion (5% for urethral/bladder, 8% for vaginal and 17% for unknown). However, because only studies that report a given complication were included in the analysis and many of these studies were small case series, these percentages may represent an overestimation of the risk of these complications. Despite these limitations, these data suggest an increased probability of urinary tract erosion following synthetic slings placed at the bladder neck.

For those treated with synthetic slings at the bladder neck with concurrent prolapse treatment, the meta-analysis estimated cured/dry rates of 73% to 75% at 24 months and longer (Table 2). Estimates of postoperative urge incontinence based on 119 patients with pre-existing urge incontinence in three studies was 29% (CI:  16%-46%), and estimates suggested that only

25

15% of patients (150 patients; CI: 5%-31%) will experience de novo urge incontinence (Table 3). The estimated retention rate was 10% (422 patients; CI: 5%-18%) (Table 4).

**Synthetic Slings at the Midurethra**

Since the publication of the 1997 guideline, there has been a proliferation of new modifications to the pubovaginal sling that have largely replaced the retropubic suspension and the autologous sling as the primary procedures for SUI. In these procedures the synthetic sling is placed at the midurethra as opposed to the bladder neck. These procedures are performed using one of two techniques –transvaginal/retropubic or transobturator. In the retropubic technique, trocars or long needles are passed at the midurethra through the retropubic space from the vagina to the abdomen or from the abdomen to the vagina. In the transobturator technique, the slings are passed with a curved trocar from the vagina behind the ischium (inside-out) or from the ischium to the vagina (outside-in). At the time of this analysis, data on the transobturator technique was limited, with insufficient numbers of patients having long-term follow-up to reach any conclusions regarding efficacy (see final section of this document for further discussion of these procedures).

For the transvaginal/retropubic technique, the Panel's meta-analysis estimated cured/dry rates in patients without prolapse treatment ranging from 81% to 84% at all time points (Table 1), which is comparable to the medium-term results for the Burch suspensions and autologous fascial slings. De novo urge incontinence was projected in 6% of patients (323 patients; CI: 3%-10%) (Table 3) while retention estimates were 3% of patients (2119 patients; CI: 2%-4%) (Table 4); insufficient data were available for an estimate of resolution of pre-existing urgency, with only 1 group of 25 patients providing data. Complication rates (see Chapter 3) included bladder injury as defined by the study authors (6%), urinary tract infection (11%) and extrusions

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

26

(7% for vaginal extrusions and 1% for unknown).  Wound complications were also reported in the literature.  Thirteen case reports identified the complications of urethral or bladder erosion of mesh into the urinary tract which occurred in over half of a cohort of 33 patients.  Unfortunately, the probability of urinary tract erosion was unable to be calculated precisely from the database as all of these were reports of individual cases or small case series which would result in an overestimation of the risk of these complications. Similar efficacy results were found for those treated with midurethral synthetic slings with concurrent prolapse treatment.


**Mesh in pelvic floor surgery\*\*:**

Recently, the U.S. Food and Drug Administration (FDA) released a warning position statement concerning the use of mesh materials in stress incontinence surgery and pelvic organ prolapse surgery. They noted over 1,000 reported complications of vaginal and urinary erosion as well as bowel and vascular injuries (http://www.fda.gov/cdrh/safety/102008-surgicalmesh.html).  This data has been extracted from the FDA Manufacturer and User Facility Device Experience Database (MAUDE) database, which promotes voluntary reporting of complications. The Panel has reviewed this statement and the results of this meta-analysis. Based on this review, the Panel has reached the following conclusions:

1) In this meta-analysis, the midurethral slings had an efficacy comparable to autologous slings in the surgical treatment of SUI.

2) Several "versions" of the midurethral sling procedures do not have similar long-term efficacy data.

\*\*The FDA issued an updated warning in July 2011 regarding the use of vaginal mesh. Please read the alert on the cover of this guideline.

27

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

3) There are complications that may occur that are unique to specific mesh materials; however, these complications appear to be rare.  Intraoperative use of cystoscopy can be performed to minimize the risk of urinary tract injury or erosion.

4) The midurethral sling is an alternative in the management of SUI.  The incidence and implications of these complications along with the more rapid recovery and more efficient return to normal voiding after surgery should be discussed with patients before surgery.

**Injectable Agents**

Injectable agents may provide immediate relief for some patients and are an option for patients who do not wish to undergo more invasive surgery and who understand that both efficacy and duration are inferior to surgery. Other possible indications for the use of injectable agents include patients who are elderly, those who are at high anesthetic risk or those willing to accept an improvement in their incontinence without necessarily achieving dryness.

For this analysis, injectable agents were subdivided into collagen (bovine gluteraldehyde cross-linked) and other nondegradable synthetic agents. The literature reviewed for this guideline offered minimal new data, with sufficient data available for an analysis of only collagen. The anticipated efficacy for patients treated with collagen without concomitant prolapse treatment declined over time, from 48% at 12 to 23 months to 32% at 24 to 47 months (Table 1). The estimated rates of de novo and unspecified urge incontinence as well as the rates of complications were low.

28

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

Very limited information is available for the other injectable agents with the exception of the multicenter trials that won approval for these agents by the U.S. FDA. These include carbon-coated zirconium beads in beta-glucan gel[22] and calcium hydroxylapatite.[23] Data regarding newer agents under FDA review or not yet in the literature were not included. There were limited data with which to assess the long-term safety and efficacy of injectable agents. These agents are an option for women who require or prefer a minimally invasive procedure under local anesthesia.

**Artificial Urinary Sphincters**

In the U.S., use of the AUS is generally restricted to children with nonfunctioning urethras (i.e., those with spina bifida), in adults with nonfunctioning urethras secondary to trauma to the nerves of the pelvis such as following automobile accidents or in male adults with postprostatectomy incontinence. Data on use of the AUS in the index patient are limited. It is occasionally used in a patient with severe intrinsic sphincteric deficiency who has failed other surgical procedures, or patients with significant SUI and poor bladder contractility such as those with diabetes or back injury. Although limited, available data on the AUS in over a decade of use demonstrate that it can be a valuable therapy with a high degree of effectiveness. Erosion, infection and device malfunction are potential complications. Based on the only recent study on complications, an anticipated erosion/extrusion rate was computed to be 28%.[24] With respect to the index patient, the AUS might be useful in the Valsalva-voiding woman who must abdominally strain to empty the bladder. When the cuff is opened for voiding, the AUS is likely nonobstructive to the bladder in contrast to slings where straining may cause obstruction to the flow of urine. The Panel feels that the role of the AUS is limited.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Treatment Guidelines for the Index Patient*

The Panel updated existing guideline statements and developed new statements. Amendments to 1997 Standards, Recommendations and Options are indicated (words that are in italics denote changes from the 1997 guideline document to improve clarity).

> **Standard: The patient should be counseled regarding the surgical and nonsurgical options including both benefits and risks. Choice of the procedure should be made as a collaborative effort between the surgeon and patient and should consider both patient preferences and the surgeon's experience and judgment.**
>
> [Based on Panel consensus]

> **Standard: Patients with urge incontinence without stress incontinence should not be offered a surgical procedure for stress incontinence.** The index patient has stress urinary incontinence with or without prolapse. The use of a prophylactic anti-incontinence procedure in the patient with occult incontinence with high grade prolapse is not the guideline index patient and the panel does not have an opinion about prophylactic incontinence surgery.
>
> [Based on Panel consensus]

> **Recommendation: Synthetic sling surgery is contraindicated in stress incontinent patients with a concurrent urethrovaginal fistula, urethral erosion, intraoperative urethral injury and/or urethral diverticulum.**
>
> [Based on Panel consensus]

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

Although there is no peer-reviewed literature that specifically evaluates these uncommon conditions, the Panel believes that using synthetic material in these circumstances may place the patient at higher risk for subsequent urethral erosion, vaginal extrusion, urethrovaginal fistula and foreign body granuloma formation. In such patients, the Panel believes that autologous fascial and alternative biologic slings are an option in the treatment of concomitant stress incontinence. The decision to use these materials should be based on the judgment of the surgeon and made in the best interests of the patient.

**Standard: Intraoperative cystourethroscopy should be performed in all patients undergoing sling surgery.**

[Based on Panel consensus]

For detection of potential intraoperative complications, the bladder and urethra should be inspected either with a rigid or flexible cystoscope prior to the conclusion of the procedure.  A short beak rigid cystoscope or flexible fiberoptic cystoscope provides optimal visualization of the female urethra.

**Option: The five major types of procedures (injectables, laparoscopic suspensions, midurethral slings, pubovaginal slings and retropubic suspensions), although not equivalent, may be considered for the index patient.**

[Based on Panel consensus]

Newer techniques and materials for the surgical treatment of stress incontinence such as midurethral synthetic slings have been developed. For the index patient, the Panel believes that these techniques, materials and accompanying physician expertise and

31

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

experience offer a number of advantages that include shorter operative time, shorter recovery time and less short-term morbidity; however, urethral erosion and vaginal extrusion of the synthetic material may occur, which can be very difficult to treat. In addition, perforation of bowel and blood vessels, which pose a life-threatening risk, may result from this procedure. Longer term follow-up is needed before any definitive statements regarding the long-term efficacy and life-long risk of erosion with these procedures can be made.

**Option:  The artificial urinary sphincter may be indicated in certain circumstances.**

[Based on evidence and Panel opinion]

The Panel considers the use of the AUS in the index patient as an option, with a role limited to patients not amenable to treatment with other procedures.

**Option: Stress incontinence procedures may be considered for patients with mixed incontinence with a significant stress incontinence component.**

[Based on review of the data and Panel consensus]

Ample support exists for the role of surgery in mixed incontinence[25] The meta-analysis estimate of postoperative urge incontinence was 14% from data from 186 patients (CI: 6% - 25%) with pre-existing urge incontinence when treated with open retropubic suspensions while others have reported disparate outcomes.[26]

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

32

**Recommendation: Surgical procedures for SUI and prolapse may be safely performed concomitantly in appropriately selected women. Tensioning of any sling should not be performed until prolapse surgery is completed.**

[Based on Panel consensus]

## *Recommendations for Future Research and Reporting*
### Recommendations to Editors and Reviewers

Although more than a decade has passed since the recommendations for improving the quality of data from clinical trials and studies were proposed by Leach et al.,[4] very little progress has been made by editors and reviewers in instituting these recommendations.[27] Furthermore, the FDA has not altered the approval process as discussed below. Thus, again, the Panel members were extremely disappointed in data available for meta-analysis. In addition to the specific data outlined by Leach et al.[4] in the original Panel report, editors and their reviewers should require:

- Defined outcome measures obtained preoperatively and followed postoperatively
  - validated questionnaires
  - bladder diary
  - pad test
  - exam with full bladder
- A minimum follow-up of at least 12 months of all surgically treated patients for reporting of efficacy data
- A grading of the degree of prolapse (anterior, posterior, apical) as determined by preoperative pelvic examination recorded on all patients

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

33

For adverse event data, complications should be categorized as occurring intraoperatively or postoperatively. It is essential to report the following adverse event data:

- Overactive bladder symptoms, which should include persistent overactivity (already present preoperatively) or de novo overactivity (occurring as a complication of the surgery)

- Persistent or de novo other lower urinary tract symptoms

- Urinary retention of greater than four weeks and/or requiring intervention

- Infection (reported as wound infection, vaginal infection, symptomatic urinary tract infection, pelvic abscess, etc.)

- Fever (sepsis)

- Postoperative pain, bleeding, thromboembolus formation (lower extremity, pulmonary or other)

- Lower urinary tract or vaginal injury or erosion

- Refractory pain

- Other serious complications, including vascular or bowel injury, death

The profession at large and the individual physician should insure the safety and efficacy of any new device or sling. If safety and efficacy has not been shown with reasonable certainty, the new treatment should only be performed as part of clinical research studies and/or with informed consent recognizing that safety and/or efficacy has not been demonstrated.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

**Transobturator Tape Procedures**

As previously discussed, modifications to the pubovaginal sling since the 1997 guideline include

development of two minimally invasive procedures for the surgical treatment of SUI:  the

tension-free vaginal tape  procedure introduced in 1996,[28] and the transobturator technique,

introduced in 2001.[29-31]

In the development of this guideline, the Panel established June 2005 as a cut-off date for

literature review.  At that time, the transobturator was a novel procedure with limited information

available in the published literature, precluding inclusion of the procedure in the data analyses.

Since that deadline, numerous articles have been published in the peer-reviewed literature

regarding the transobturator procedure. The Panel is very aware of the importance of the

transobturator procedure in the current practice of urology and urogynecology.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

35

1 *Conflict of Interest Disclosures*

2 All panel members completed Conflict of Interest disclosures. Those marked with (C) indicate

3 that compensation was received; relationships designated by (U) indicate no compensation was

4 received.

5 **Consultant or Advisor:** Rodney Appell, Boston Scientific (C), Allergan (C), Astellas (C),

6 Bayer, Schering-Plough (C), Pfizer (C), American Medical Systems (C); Roger R. Dmochowski,

7 Novartis (C), Pfizer (C), Astellas (C), Watson Pharmaceuticals (C), Lilly (C); Mickey M.

8 Karram, Astellas (C), Cooper Surgical (C), EWH&U (C); Karl M. Luber, Watson

9 Pharmaceuticals (C), Indevus (C), Pfizer (C), Astella (C); David R. Staskin, Pfizer (C),

10 GlaxoSmithKline (C), Astellas (C), Watson (C), Allergan (C), American Medical Systems (C);

11 Saad Juma, Coloplast corporation (C), Contura (C); J. Christian Winters, Astellas (C); Jerry G.

12 Blaivas, Navasys Medical (C), Bayer (C), Pfizer (C), Endogun (C); Eric Scott Rovner, Pfizer

13 (C), Allergan (C), Astellas (C), Tengion (C). **Investigator:** Rodney Appell, Solace, Inc. (C),

14 Novasys Medical, Inc. (C); Roger R. Dmochowski, Allergan (C); Saad Juma, Solace

15 Therapeutics (C), Contura (C), Bioform (C); Eric Scott Rovner, Pfizer (C). **Scientific Study or**

16 **Trial:** Eric Scott Rovner, Pfizer, (C), Solace, (C), Contura (C); J. Christian Winters, Solace

17 Thera (U). **Meeting Participant or Lecturer:** Eric Scott Rovner, Allergan (C); **Other:**

18 Rodney Appell, American Medical Systems (C), Boston Scientific Corporation (C); Jerry G.

19 Blaivas, HDH (U); Mickey M. Karram, E-Medsco (C), Ethicon Women's Health & Urology(C),

20 Cooper Surgical (C), Astella (C); Linda E. Whetter, Zola Associates (C).

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

### Acknowledgments and Disclaimers: Guidelines for the Management of Female Stress Urinary Incontinence: 2009 Update

This document was written by the Female Stress Urinary Incontinence Update Panel of the

American Urological Association Education and Research, Inc., which was created in 2002. The

PGC of the AUA selected the committee chair. Panel members were selected by the chair.

Membership of the committee included urologists and gynecologists with specific expertise on

this disorder. The mission of the committee was to develop recommendations that are analysis-

based or consensus-based, depending on Panel processes and available data, for optimal clinical

practices in the diagnosis and surgical treatment of female SUI. This document was submitted

for peer review to 76 urologists and other healthcare professionals. After the final revisions were

made, based upon the peer review process, the document was submitted to and approved by the

PGC and the Board of Directors of the AUA. Funding of the committee was provided by the

AUA. Committee members received no remuneration for their work. Each member of the

committee provided a conflict of interest disclosure to the AUA.

This report is intended to provide medical practitioners with a consensus of principles

and strategies for the surgical treatment of female stress urinary incontinence. The report is based

on current professional literature, clinical experience and expert opinion. It does not establish a

fixed set of rules or define the legal standard of care, and it does not preempt physician judgment

in individual cases.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

37

**Table 1. Cured/dry analysis – No concurrent prolapse treatment***

|  | 12-23 months | | 24-47 months | | ≥48 months | |
|---|---|---|---|---|---|---|
|  | G/P | Median % (CI 2.5% - 97.5%) | G/P | Median % (CI 2.5% - 97.5%) | G/P | Median % (CI 2.5% - 97.5%) |
| **Suspensions** | | | | | | |
| All Open Retropubic | 15/1085 | 82% (74 - 87)% | 13/803 | 76% (68 - 82)% | 17/1259 | 73% (64 - 77)% |
| Burch | 14/1070 | 81% (73 - 87)% | 12/775 | 76% (68 - 83)% | 13/1065 | 73% (65 - 80)% |
| Laparoscopic | 9/368 | 69% (52 - 84)% | 4/172 | 74% (61 - 85)% | | |
| **Slings** | | | | | | |
| Autologous fascial | | | | | | |
| without bone anchors | 4/342 | 90% (76 - 98)% | 6/232 | 81% (72 - 88)% | 4/368 | 82% (67 - 93)% |
| vaginal wall slings w/without bone anchors | 1/39 | 79% (65 - 90)% | | | 1/29 | 96% (85 - 100)% |
| vaginal wall slings with bone anchors | | | 1/58 | 79% (68 - 88)% | | |
| Cadaveric without bone anchors | 1/104 | 74% (65 - 82)% | 2/71 | 80% (43 - 98)% | | |
| Synthetic at bladder neck | | | | | | |
| with bone anchors | 2/34 | 88% (71 - 97)% | | | 1/27 | 92% (78 - 98)% |
| without bone anchors | | | 9/349 | 73% (64 - 80)% | | |
| Synthetic at midurethra | 14/1215 | 84% (78 - 89)% | 7/483 | 81% (72 - 88)% | 3/199 | 84% (77 - 89)% |
| **Injectables** | | | | | | |
| Collagen | 7/340 | 48% (41 - 55)% | 4/210 | 32% (24 - 42)% | 1/40 | 30% (18 - 45)% |

G=number of groups/arms in analysis; P=number of patients in analysis

*By any evaluation method, including subjective and objective

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

38

**Table 2. Cured/dry analysis: ANY patient in the group/arm receiving concurrent prolapse treatment***

| | 12-23 months | | 24-47 months | | ≥48 months | |
| --- | --- | --- | --- | --- | --- | --- |
| | G/P | Median % (CI 2.5% - 97.5%) | G/P | Median % (CI 2.5% - 97.5%) | G/P | Median % (CI 2.5% - 97.5%) |
| **Suspensions** | | | | | | |
| All Open Retropubic | 9/517 | 88% (83 - 92)% | 9/403 | 83% (75 - 90)% | 13/1072 | 67% (56 - 76)% |
| Burch | 9/517 | 88% (83 - 92)% | 7/333 | 85% (75 - 93)% | 12/954 | 65% (53 - 74)% |
| Laparoscopic | 12/564 | 88% (85 - 91)% | 7/359 | 83% (73 - 91)% | 1/34 | 88% (74 - 96)% |
| **Slings** | | | | | | |
| Autologous fascial | | | | | | |
| without bone anchors | 3/78 | 92% (82 - 97)% | 1/80 | 85% (76 - 92)% | | |
| vaginal wall slings w/without bone anchors | 1/20 | 70% (48 - 86)% | 2/60 | 89% (64 - 99)% | 1/82 | 95% (89 - 98)% |
| vaginal wall slings with bone anchors, suprapubic | 1/19 | 99% (88 - 100)% | 1/9 | 87% (59 - 99)% | | |
| Cadaveric | | | | | | |
| with bone anchors -transvaginal | 1/234 | 82% (77 - 86)% | | | 1/13 | 31% (11 - 58)% |
| without bone anchors | 3/133 | 58% (36 - 78)% | 2/92 | 64% (21 - 95)% | | |
| Homologous dermis without bone anchors | | | 1/19 | 89% (70 - 98)% | | |
| Synthetic at bladder neck | | | | | | |
| with bone anchors-suprapubic | | | 1/32 | 81% (65 - 92)% | 1/49 | 85% (74 - 93)% |
| with bone anchors- transvaginal | 1/20 | 94% (79 - 99)% | 3/184 | 75% (56 - 90)% | 3/182 | 73% (62 - 82)% |
| without bone anchors | 14/1089 | 85% (80 - 89)% | 11/881 | 87% (81 - 91)% | 2/101 | 76% (64 - 85)% |
| Synthetic at midurethra | 1/126 | 92% (86 - 96)% | | | | |
| Other Sling | | | | | | |

G=number of groups/arms in analysis; P=number of patients in analysis

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

39

**Table 3. Urge incontinence outcomes at 12-23 months**

| | No Prolapse Treatment | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | De Novo | | | Pre-Existing | | | Unspecified | | |
| | G/P | Median% (CI 2.5% – 97.5%) | | G/P | Median % (CI 2.5% – 97.5%) | | G/P | Median % (CI 2.5% – 97.5%) | |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 10/713 | 8% | (5 – 12)% | 5/186 | 14% | (6 – 25)% | 4/305 | 41% | (30 – 54)% |
| Burch | 9/695 | 8% | (5 – 11)% | 3/108 | 17% | (4 – 40)% | 4/305 | 41% | (30 – 54)% |
| Laparoscopic | 2/112 | 5% | (1 – 14)% | | | | 2/100 | 6% | (1 – 14)% |
| **Slings** | | | | | | | | | |
| Autologous fascial without bone anchors | 4/329 | 9% | (6 – 13)% | 4/358 | 33% | (28 – 40)% | | | |
| vaginal wall slings w/without bone anchors | | | | 1/13 | 9% | (1 – 31)% | | | |
| vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/25 | 28% | (13 – 47)% | 1/38 | 21% | (10 – 36)% | | | |
| Synthetic at bladder neck with bone anchors | | | | 1/6 | 96% | (67 – 100)% | | | |
| Synthetic at bladder neck without bone anchors | 4/132 | 12% | (6 – 20)% | 1/24 | 17% | (6 – 35)% | | | |
| Synthetic at midurethra | 7/323 | 6% | (3 – 10)% | 1/25 | 44% | (26 – 63)% | 2/532 | 22% | (3 – 58)% |
| Other Sling | | | | | | | | | |
| **Injectables** | | | | | | | | | |
| Collagen | 1/337 | 13% | (10 – 17)% | | | | 1/50 | 8% | (3 – 18)% |
| **Any Prolapse Treatment*** | | | | | | | | | |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 10/457 | 14% | (8 – 21)% | 2/143 | 22% | (4 – 56)% | 2/256 | 13% | (7 – 22)% |
| Burch | 9/417 | 14% | (8 – 22)% | 1/25 | 48% | (30 – 67)% | 2/256 | 13% | (7 – 22)% |
| Laparoscopic | 5/344 | 11% | (6 – 17)% | | | | 1/32 | 4% | (0 – 14)% |
| **Slings** | | | | | | | | | |
| Autologous fascial | | | | | | | | | |

40

©2009 American Urological Association, Inc.
©2012 Revised, American Urological Association Education & Research, Inc.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| without bone anchors | 2/97 | 10% | (4 - 19)% | | | | | |
| vaginal wall slings w/without bone anchors | 3/65 | 13% | (2 - 36)% | 2/15 | 47% | (21 - 75)% | | |
| vaginal wall slings with bone anchors suprapubic | 1/9 | 13% | (1 - 41)% | | | | | |
| Cadaveric with bone anchors - transvaginal | 1/238 | 6% | (3 - 9)% | | | | | |
| Homologous tissue (dermis) without bone anchors | 1/5 | 22% | (2 - 63)% | | | | | |
| Synthetic at bladder neck without bone anchors | 4/150 | 15% | (5 - 31)% | 3/119 | 29% | (16 - 46)% | | |
| Synthetic at midurethra | 11/805 | 11% | (7 - 16)% | 5/107 | 52% | (38 - 66)% | 2/174 | 9% | (1 - 38)% |

G=number of groups/arms in analysis; P=number of patients in analysis

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

41

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

**Table 4. Retention\***

| | No prolapse treatment | | | Any prolapse treatment\*\* | | |
|---|---|---|---|---|---|---|
| | G/P | Median% (CI 2.5%- 97.5%) | | G/P | Median % (CI 2.5% - 97.5%) | |
| **Suspensions** | | | | | | |
| All Open Retropubic | 8/619 | 4% | (1 - 8)% | 13/851 | 1% | (1 - 3)% |
| Burch | 5/347 | 3% | (1 - 7)% | 10/710 | 1% | (1 - 3)% |
| Laparoscopic | 5/188 | 4% | (1 - 8)% | 11/482 | 2% | (1 - 4)% |
| **Slings** | | | | | | |
| Autologous fascial | | | | | | |
| without bone anchors | 8/480 | 8% | (4 - 15)% | 3/301 | 5% | (2 - 11)% |
| vaginal wall slings w/without bone anchors | 2/68 | 2% | (0 - 8)% | 3/142 | 5% | (1 - 17)% |
| Suprapubic | | | | 1/25 | 1% | (0 - 9)% |
| Cadaveric without bone anchors | | | | 1/26 | 1% | (0 - 10)% |
| Synthetic at bladder neck | | | | | | |
| with bone anchors - suprapubic | | | | 1/49 | 4% | (1 - 12)% |
| with bone anchors - transvaginal | | | | 2/99 | 1% | (0 - 6)% |
| without bone anchors | 4/360 | 9% | (5 - 15)% | 7/422 | 10% | (5 - 18)% |
| Synthetic at midurethra | 17/2119 | 3% | (2 - 4)% | 11/1107 | 3% | (2 - 5)% |
| **Injectables** | | | | | | |
| Collagen | 2/104 | 1% | (0 - 5)% | | | |

G=number of groups/arms in analysis; P=number of patients in analysis

\* Duration greater than 28 days or requiring intervention

\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

42

# References

1.  Luber KM: The definition, prevalence, and risk factors for stress urinary incontinence. Rev Urol 2004; **6**: S3.

2.  Hampel C, Weinhold D, Benken N et al: Definition of overactive bladder and epidemiology of urinary incontinence. Urology 1997; **50**: 4.

3.  Hampel C, Artibani W, Espuña Pons M et al: Understanding the burden of stress urinary incontinence in Europe: a qualitative review of the literature. Eur Urol 2004; **46**: 15.

4.  Leach GE, Dmochowski RR, Appell RA et al: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol 1997; **158**: 875.

5.  Abrams P, Cardozo L, Fall M et al: The standardisation of terminology of lower urinary tract function: report from the Standardisation Sub-committee of the International Continence Society. Neurourol Urodyn 2002; **21**: 167.

6.  Weber AM, Abrams P, Brubaker L et al: The Standardization of Terminology for Researchers in Female Pelvic Floor Disorders. Int Urogynecol J 2001; **12**: 178.

7.  Eddy DM. (1992). *A manual for assessing health practices & designing practice policies: the explicit approach*. Philadelphia (AP): American College of Physicians.1992; 55.

8.  Eddy DM: The confidence profile method: a Bayesian method for assessing health technologies. Oper Res 1989; **37**: 210.

9.  Eddy DM, Hasselblad V and Schachter R: A Bayesian method for synthesizing evidence: the confidence profile method. Int J Technol Assess Health Care 1990; **6**: 31.

10. Handa VL, Jensen JK, Germain MM et al: Banked human fascia lata for the suburethral sling procedure: a preliminary report. Obstet Gynecol 1996; **88**: 1045.

11. Elliott DS and Boone TB: Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology 2000; **56**: 772.

12. Flynn BJ and Yap WT: Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence: 2-year minimum followup. J Urol 2002; **167**: 608.

13. Fitzgerald MP, Mollenhauer J, Bitterman P et al: Functional failure of fascia lata allografts. Am J Obstet & Gynecol 1999; **181**: 1339.

14. Huang Y, Lin A, Chen K et al: High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology 2001; **58**: 943.

43

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

15.    Carbone JM, Kavaler E, Hu JC et al: Pubovaginal sling using cadaveric fascia and bone anchors:  disappointing early results. J Urol 2001; **165**: 1605.

16.    Fitzgerald MP, Mollenhauer J and Brubaker L: Failure of allograft suburethral slings. BJU Int 1999; **84**: 785.

17.    Owens DC and Winters JC: Pubovaginal sling using Duraderm graft:  intermediate follow-up and patient satisfaction. Neurourol Urodyn 2004; **23**: 115.

18.    O'Reilly KJ and Govier FE: Intermediate term failure of pubovaginal slings using cadaveric fascia lata:  a case series. J Urol 2002; **167**: 1356.

19.    Hathaway JK and Choe JM: Intact Genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol 2002; **168**: 1040.

20.    Clemens JQ, DeLancey JO, Faerber GJ et al: Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology 2000; **56**: 589.

21.    Chung SV, Franks M, Smith CP et al: Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology 2002; **59**: 538.

22.    Lightner, D., Calvosa, C., Andersen, R., et al. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double-blind study of Durasphere. Urol, **58**:12-15, 2001

23.    Mayer RD, Dmochowski RR, Appell RA et al: Multicenter prospective randomized 52-week trial of calcium hydroxyl apatite versus bovine dermal collagen for treatment of stress urinary incontinence. J Urol 2007; **69:** 876.

24.    Costa, P., Motett, N., Rabut, B., et al.  The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. JUrol **165**: 1172-6, 2001

25.    Chou EC, Flisser AJ, Panappoulos G et al: Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol 2003; **170**: 494.

26.    Anger JT and Rodriguez LV: Mixed incontinence:  stressing about urge. Curr Urol Rep 2004; **5**: 427.

27.    Rovner ES, Wright CJ and Messer H: Adherence to the 1997 AUA Guidelines for the surgical treatment of stress urinary incontinence. Urology 2008; **71**: 239.

28.    Ulmsten U, Henriksson L, Johnson P et al: An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1996; **7**: 81.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

29.    Delorme E: Transobturator urethral suspension:  mini-invasive procedure in the treatment of stress urinary incontinence in women. Prog Urol 2001; **11**: 1306-13.

30.    Delorme E, Droupy S, de Tayrac Ret al: Transobturator tape (Uratape).  A new minimally invasive method in the treatment of urinary incontinence in women. Prog Urol 2003; **13**: 656-9.

31.    Delorme E, Droupy S, de Tayrac Ret al: Transobturator tape (Uratape):  a new minimally-invasive procedure to treat female urinary incontinence. Eur Urol 2003; **45**: 203-7.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

45

## *Abbreviations and Acronyms*

| | | |
|---|---|---|
| AUA | = | American Urological Association |
| AUS | = | artificial urinary sphincter |
| CI | = | confidence interval |
| etc. | = | et cetera; and the rest |
| et al. | = | and others |
| FDA | = | Food and Drug Administration |
| G | = | groups |
| i.e. | = | that is |
| P | = | patients |
| PGC | = | Practice Guidelines Committee |
| RCT | = | randomized controlled trial |
| sine qua non | = | an essential or indispensable element or condition |
| SUI | = | stress urinary incontinence |
| U.S. | = | United States |
| w/ | = | with |

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

46

# Chapter 2.  Methodology

## Table of Contents

Problem Definition...........................................................................................................................2

Literature Search and Data Extraction.............................................................................................3

Evidence Combination......................................................................................................................4

Patient Groups..................................................................................................................................6

Treatments........................................................................................................................................7

    Efficacy Analysis.......................................................................................................................7

    Complications............................................................................................................................8

Guideline Generation and Approvals...............................................................................................9

Dissemination.................................................................................................................................10

References.......................................................................................................................................11

This guideline used an explicit approach to address the relevant factors for choosing among alternative interventions.[1]  These factors include outcomes of the interventions, patient preferences, and the relative priorities of interventions given limited health care resources. In developing the guideline, the Panel used scientific evidence to estimate outcomes of treatment modalities as accurately as possible. Panel members themselves served as proxies for patients in considering preferences with regard to health and economic outcomes.

    The steps taken to develop this guideline are summarized in Chapter 1 and described in detail in the present Chapter. Steps included problem definition, literature search, data extraction, systematic evidence combination, guideline generation, approval, and dissemination.

*©2009 American Urological Association, Inc.*          *1*

## Problem Definition

This update guideline was based on the original AUA guideline on the Surgical Management of Female Stress Urinary Incontinence published in 1997. The methodology was similar to that used in the previous guideline. Like the previous guideline, the analysis was limited to surgical treatments. Non-surgical therapies such as biofeedback, pessaries, and pelvic floor exercises were not examined. Unlike the previous guideline, the update includes an analysis of patients who also received surgical therapy for prolapse although it doesn't attempt to compare their efficacy. This update is also restricted to therapies introduced since the last guidelines report and to the therapies that appeared to be the most efficacious in the previous guideline.

Like the previous guideline, the intention was to determine the impact of the various available treatments on the outcomes of importance to patients. The efficacy outcomes examined were resolution, improvement, and recurrence of incontinence and urgency. The panel also examined the impact of treatment on prolapse resolution, and post-operative recurrence or new onset. However, insufficient usable information was available to make meaningful estimates for these prolapse outcomes. The panel also attempted to estimate the occurrence of side effects and complications of treatments. Incontinence treatments analyzed included retropubic suspensions, slings, injection therapy, and artificial sphincters. The panel excluded treatments that were not generally available in the US and were not expected to be approved for general use by the time of the release of the guideline. The panel also decided not to update outcomes for treatments that were covered in the previous guideline, namely anterior repairs and transvaginal suspensions, but were no longer considered contemporary surgical treatments. Anterior repairs for prolapse reduction in conjunction with other surgical treatments for incontinence were included as prolapse surgeries. A wide variety of procedures were used

©2009 American Urological Association, Inc.

correct prolapse including hysterectomy, and position specific repairs (e.g. anterior, posterior, enterocele, and apical).

## Literature Search and Data Extraction

The review of the evidence began with a literature search and data extraction. Articles were selected from a database, based on articles retrieved for the previous guideline and a series of four Medline searches beginning in December 2002 and concluding in June 2005. The searches were limited to human subjects, English language, publication date on or after 1990, and the mesh term "female".  Searches were containing the mesh heading "urinary incontinence, stress". Additional searches were done using the terms "urinary incontinence, stress", "stress incontinence", and "urinary-incontinence" in any field.   A total of 7,111 citations and abstracts were reviewed for relevance. The abstracts were reviewed by the panel chairs and articles were selected for data extraction if any chair felt it might have useful data.  In total 1302 citations entered the extraction process. A data extraction form was developed, tested and revised (see appendix A4. The panel was trained in data extraction.  After double review and quality control of the initial extractions, single panel members extracted data from the articles with over 25% cross checked by another panel member.  The final versions of the extracted data were entered into a Microsoft Access® (Microsoft, Redmond, WA) database. The Panel met in person and via conference calls to review the extracted data. Inconsistencies in data recording were reconciled, extraction errors were corrected, and some articles were excluded. Reasons for excluding articles from further analysis were as follows:

1.  The article did not provide usable data on the outcomes of interest.

2.  The article did not deal with stress incontinence, e.g. articles that dealt with patients who only had prolapse.

3.  The article dealt only with basic science or epidemiology.

4.  The treatments used were not current or were not the focus of the analysis.

5.  The article was a review article or reported data reported elsewhere.

6.  The treatment discussed was not available in the US or expected to be available when the guideline was scheduled for release.

A total of 436 of the articles were accepted.  An additional 155 articles were accepted for complications data only.  These 155 articles were otherwise acceptable but had insufficient follow-up for efficacy outcomes.  Articles were only accepted for efficacy data if there was a minimum follow-up of at least 1 year.  A complete list of the articles used is in Appendix A5, ordered by primary author, and in Appendix A6, ordered by reference number. Note that some articles excluded from evidence combination remained candidates for discussion in the text of the guideline.

## Evidence Combination

The analytic goals were expanded from the previous guideline.  However, as mentioned above two patient groups were analyzed, one where no patients received treatment for prolapse, and another where some or all received prolapse repairs.  To generate an outcome table, estimates of the probabilities and/or magnitudes of the outcomes are required for each intervention. Ideally, these come from a synthesis or combination of the evidence. Such a combination can be performed in a variety of ways depending on the nature and quality of the evidence. For example, if there is one good randomized controlled trial, the results of that trial alone may be used in the outcome table while findings of other studies of lesser quality are

ignored. Alternatively, if there are no studies of satisfactory quality for certain outcome table cells or if available studies are not commensurable, expert opinion may be used to complete those cells. Finally, if a number of studies have some degree of relevance to a particular cell or cells, then meta-analytic mathematical methods may be used.

A variety of specific meta-analytic methods are available, and selection of a particular method depends on the nature of the evidence. For this *guideline,* the panel elected to use the confidence profile method,[2,3] which provides methods for analyzing data from studies that are not randomized controlled trials. The Fast*Pro computer software[4] was used in the analysis.

Although a number of randomized controlled trials were uncovered in the literature search, there were insufficient numbers on the same topic to warrant meta-analysis.  Discussions of the results of some of these trials are included where relevant in the text of this document.   Meta-analysis was performed using the individual arms of the controlled trials and the clinical series where similar patients were similarly treated.   The Fast*Pro software was used to perform the meta-analyses.  Series that were combined frequently showed very different results implying site-to-site variations that may have resulted from differences in patient populations, in how the intervention was performed, or in the skill of those performing the intervention. Given these differences, a random-effects, or hierarchical, model was used to combine the studies.

A random-effects model assumes that there is an underlying true rate for the outcome being assessed for each site. It further assumes that this underlying rate varies from site to site. This site-to-site variation in the true rate is assumed to be normally distributed. The method of meta-analysis used in analyzing the data attempts to determine this underlying distribution.

The results of the confidence-profile method are probability distributions that are described using the median of the distribution with a confidence interval. In this case, the 95% confidence

interval indicates that the probability (Bayesian) of the true value being outside the interval is 5%. These Bayesian confidence intervals are sometimes called credible intervals.

The Bayesian method of computation assumes a "prior" distribution that reflects knowledge about the probability of the outcome before the results of any experiments are known. The prior distributions selected for this analysis are among a class of "noninformative" prior distributions, which means that they correspond to little or no prior knowledge. The existence of such a prior distribution can cause small changes in results, particularly for small studies. The prior distribution for all probability parameters is Jefferey's prior (beta distribution with both parameters set to 0.5). The prior for the variance for the underlying normal distribution is gamma distributed with both parameters set to 0.5.

In addition to the outcomes table, some graphs showing the results were developed to visually show some treatment differences.

It is important to note that, for certain outcomes, more data were reported for one or another treatment modality. While resulting confidence intervals reflect available data, the probabilities for certain outcomes can vary widely from study to study within one treatment modality. For example, differences in patient selection may have had more weight in analyses than differing treatment effects. Nevertheless, the results obtained reflect the best outcome estimates presently available.

## Patient Groups

The panel attempted to evaluate outcomes based on a variety of patient characteristics including type of incontinence, previous treatment, presence of prolapse, prior pregnancy and severity of incontinence. However, in most cases, the outcomes data were not fully or consistently stratified by these conditions. Ultimately, patient groups were divided into 2

©2009 American Urological Association, Inc.

categories: groups where no patients received treatment for prolapse (comparable to the previous guideline) and groups where some or all patients received treatment for prolapse. Note that the distinction is based on treatment received, not on whether the women in the groups demonstrated prolapse. The panel desired to analyze the data based on whether or not patients had only stress incontinence or also evidenced prolapse. The data could not be analyzed in that manner since few studies stratified results in that manner. It was also not possible to find many groups of patients where all patients received prolapse treatment to enable a clean distinction between no prolapse treatment and those receiving incontinence treatment plus prolapse treatment.

## Treatments

The panel considered a wide variety of treatments (see extraction form, appendix A4). As mentioned above, treatments shown to be less efficacious by the previous guideline were not extracted and analyzed (anterior repairs and trans-vaginal needle suspensions). However, limited data were available for many of the treatments of interest. In some articles, patients were treated by a variety of treatments but the outcomes weren't stratified by treatment. These articles were ultimately rejected.

## Efficacy Analysis

The outcomes analyzed for efficacy included two levels of continence: cured/dry and cured/dry/improved. The first level includes patients reported as dry or totally cured. The second level also includes patients reported as improved. The percent of patients with each

©2009 American Urological Association, Inc.                    7

condition were meta-analyzed.  Credible intervals (Bayesian confidence intervals) were produced as well.

Urgency was also analyzed.  Since not all patients had pre-operative urgency, an attempt was made to estimate urgency based on whether a patient had urgency prior to treatment.  Patients were divided into three categories: 1) without pre-existing urgency, 2) with pre-existing urgency, and 3) unknown or uncertain pre-existing urgency.  These categories are labeled 1) new onset, 2) pre-existing, and 3) unspecified in the outcomes tables.  Urgency was further subdivided by type of post-operative urgency.  The categories are 1) urge incontinence, 2) urge symptoms, and 3) unspecified for patients who have actual urge incontinence, urge symptoms alone, or unknown or unspecified urgency respectively. Again, the results are reported as the percent of the relevant patient group having each outcome.

The panel desired to estimate the impact of treatment on prolapse, both the resolution of existing prolapse and the development of new prolapse.  However, the data extracted were insufficient to allow a meaningful analysis of these outcomes.

**Complications**

Different studies report complications grouped differently.  They also use different names for similar complications. The panel grouped complications to try to include all similar complications.  Only studies that specifically reported data concerning occurrences of complications were included in the analysis of complications. The panel did not assume that the lack of reporting implied the lack of occurrence of any specific complication.  Although investigators may not have reported complications that did not occur, combining complications reduces the possibility of overestimating the complication rate. The probability that a patient will have a complication probably is still overstated slightly because some patients experience multiple complications. Thus, the result of the meta-analysis is best interpreted as the mean

number of complications the patient may experience rather than as the probability of having a complication. There were insufficient data to permit meaningful meta-analyses of patient deaths. The estimates of death rates provided in the guideline are the Panel's expert opinion based on the limited data available.

Retention was given special attention by the panel. A special section of the extraction form was dedicated to assessing retention and its duration. Unfortunately, there was some confusion during the extraction process. Retention data were not extracted in some cases where the follow-up for efficacy outcomes was less than 1 year. This was discovered too late in the process to go back and extract the additional data. In order to be consistent and avoid bias, data were only included in the analysis from studies with 1 year or greater follow-up. The panel examined the possibility of trying to estimate the probability of retention lasting various lengths of time. Insufficient data were available to analyze retention duration in any substantial way. The panel finally decided to estimate the probability that a patient had significant retention. Significant retention was defined as retention lasting 4 weeks or longer or retention requiring treatment (e.g. cutting a sling or otherwise modifying the original operation).

## Guideline Generation and Approvals

After the evidence was combined and outcome tables were produced, the Panel met to review the results and identify anomalies. Additional teleconferences were held to review updates to the outcomes tables based on the problems identified. From the evidence in the outcome tables and expert opinion, the Panel drafted the treatment guideline. The draft was sent to 76 peer reviewers of whom 24 provided comments; the Panel revised the document based on the comments received. The guideline was submitted for approval first to the Practice Guidelines Committee of the AUA. Then it was forwarded to the Boards of Directors for final approval.

## Dissemination

The guideline is published on the web site for the American Urological Association. A version of Chapter 1 will be published in the *Journal of Urology.*

# References

1. Eddy DM. A manual for assessing health practices & designing practice policies: the explicit approach. Philadelphia (AP): American College of Physicians; 1992, p 126.

2. Eddy DM. The confidence profile method: a Bayesian method for assessing health technologies. Oper Res 1989; **37**: 210.

3. Eddy DM, Hasselblad V and Shachter R. A Bayesian method for synthesizing evidence: the confidence profile method. Int J Technol Assess Health Care 1990; **6**: 31.

4. Eddy DM, Hasselblad V. Fast*Pro. Software for meta-analysis by the confidence profile method. San Diego: Academic Press, Inc. Harcourt Brace Jovanovich; 1992, p 196.

*©2009 American Urological Association, Inc.*     *11*

# Chapter 3: Outcomes Analysis for the Surgical Management of Stress Urinary Incontinence

## Table of Contents

Introduction .................................................................................................................... 2

Efficacy Outcomes ......................................................................................................... 3

    Resolution of Stress Incontinence ............................................................................. 3

    Urgency ...................................................................................................................... 4

Complications ................................................................................................................. 7

    Retention .................................................................................................................... 8

    Genitourinary Complications ..................................................................................... 9

    Intraoperative complications ..................................................................................... 9

    Other complications ................................................................................................. 10

    General Medical Complications ............................................................................... 13

    Operative Complications ......................................................................................... 14

        Gastrointestinal complications ........................................................................... 14

        Vascular complications ....................................................................................... 15

        Neurologic complications ................................................................................... 15

        Infectious complications ..................................................................................... 16

    Death ........................................................................................................................ 16

REFERENCES ............................................................................................................. 19

Table 1. Patients experiencing postoperative urgency or urge incontinence ................... 21

Table 2. Estimated perioperative mortality for SUI and urogynecologic surgical

procedures .................................................................................................................... 22

©2009 American Urological Association, Inc.

# Introduction

This chapter provides the results of the Panel's review of the literature and analysis, presented in outcomes tables, as well as discussions of the outcomes. Two sets of outcomes tables are provided including one set for patients who were treated only for stress incontinence and another set for patients who received treatment for both stress incontinence and some form of pelvic organ prolapse. Since some reports did not segregate patient data accordingly, for the purposes of this analysis if any patient in a group received concomitant prolapse surgery the entire group was included in the category.

Outcomes estimates are presented in two cells for each estimate; the first contains the number of groups of patients followed by the total number of patients (G/P) included in the meta-analysis. A group of patients usually represents the patients in a single study that the received indicated treatment(s). However, if a study had multiple groups with varying factors (e.g. degree of incontinence, details of the procedure used) these patients were analyzed as a separate group in the meta-analysis. In the second cell, the bolded percentage indicates the best estimate of the rate of occurrence of an outcome (median of the Bayesian posterior from the meta-analysis) followed by the 95% credible interval (Bayesian confidence interval) for that estimate. These numbers represent the best estimates that can be made from the existing data and served as the primary basis for the guideline statements presented in Chapter 1.

©2009 American Urological Association, Inc.

# Efficacy Outcomes

## Resolution of Stress Incontinence

The main efficacy outcome was the resolution of the stress incontinence. Cured and dry (cure/dry) was defined by the Panel as the complete resolution of symptoms with no residual leakage under normal and stress situations. Patients reported as having incomplete improvement were considered cure/dry/improved. There were inconsistencies in the reporting of these outcomes in the literature, with some authors distinguishing cured patients from improved patients and others reporting only those cured or improved/cured. The Panel accepted the author's representation (i.e. if a report indicated that a group of patients was cured they were counted as cured) but it is likely that not all patients counted in the cure/dry category were truly dry. If the author defined cured to include some degree of leakage, the patients were counted in the cure/dry/improved category only.

The outcomes were analyzed separately according to the method of incontinence assessment; the "subjective" outcome category included primarily patient reports and diaries and the "objective" outcome category included a variety of formal tests including urodynamics. A separate category ("any") was created for studies that didn't clearly specify how an outcome was assessed or for those using a mixed collection of measures. To make this "any" category complete, outcomes from all studies were included. If a study reported both subjective and objective outcomes, then the subjective outcomes were included in the "any" analysis. If a study reported outcomes from a variety of subjective measures, the one with the highest number of patients was used for both the subjective and "any" analyses.

*©2009 American Urological Association, Inc.*

The outcomes were analyzed by time of last assessment with the following intervals: 12–23 months, 24–47 months, and 48 months or more. If a study reported results for multiple times within one of these ranges, reports closest to 18, 36, and 60 months respectively were used. In this analysis, only studies that had a 12 month minimum follow-up were included; this is in contrast to the 1997 guideline[1] in which studies with a follow-up of less than 12 months were included if the minimum of the range was at least 12 months or the mean or average follow-up was at least 24 months.

Appendices A12-A16 show the results for patients who had no concomitant prolapse surgery for the time intervals 12–23 months, 24–47 months, and greater than 48 months, respectively. Appendices A7 – A11 are arranged similarly and show data for patient groups in which some or all of the patients had concomitant prolapse treatment. Treatments with no available data in are excluded from the tables; thus, not all treatments are presented in all tables.

## Urgency

The Panel recognizes the importance of the relationship between surgery for SUI, the complaint of involuntary leakage on effort, exertion, sneezing or coughing (as defined by the International Continence Society [ICS])[2] or with physical exertion (as defined by the National Institutes of Health)[3] and other lower urinary tract symptoms (LUTS; defined as storage, voiding, and postmicturition symptoms by the ICS). OAB syndrome is comprised of the main storage symptoms of LUTS and is defined by the ICS as urgency (the complaint of a sudden, compelling desire to pass urine which is difficult to defer or a strong need to pass urine for fear of leakage (NIH), with or without urgency urinary

©2009 American Urological Association, Inc.

incontinence (UUI; involuntary leakage accompanied by or immediately preceded by urgency), usually with frequency and nocturia, in the absence of pathologic or metabolic factors that would explain these symptoms.[2]

The Panel accepted the author's use of "urge", "urge incontinence" or "urgency" with or without "incontinence" without requiring specific adherence to these definitions. The Panel attempted to distinguish those patients having urge incontinence from those having symptoms of urgency alone in the absence of urge incontinence. However, this distinction was not always reported. Three categories of studies were analyzed: 1) those that included patients with urge incontinence alone; 2) those that included patients with urgency symptoms alone; and 3) those that included patients with unspecified urgency or that combined patients with incontinence and urgency symptoms. Because urgency can occur with stress incontinence and is often resolved with treatment of stress incontinence, the data for urgency are listed in the efficacy section of this chapter; however, urgency occurring de novo after incontinence surgery could also be considered a complication of the treatment. A third category was analyzed for studies not reporting the preoperative urgency status of patients with postoperative urgency and those in which patients with and without preoperative urgency were combined.

Appendix A15 provides the results of the Panel's analyses of urge incontinence, urgency symptoms alone, and unspecified urgency for patients who did not receive concomitant prolapse surgery. Appendix A10 provides the same outcomes in the group of patients where some or all had concurrent prolapse repair. Each table contains three data sets corresponding to 1) continuing urgency in patients with pre-existing urgency; 2) de

5

©2009 American Urological Association, Inc.

novo urgency in patients who did not have preoperative urgency, and 3) unspecified or mixed cases. The format of each entry is the same as for stress incontinence resolution.

The success of surgery for decreased outlet resistance is intimately related to preoperative and postoperative storage and emptying function. The interrelationship of the individual symptoms comprising LUTS (storage and emptying), OAB or urgency/urgency incontinence and of the LUTS to the results of surgery is complex. Patients with SUI may experience no other LUTS or may develop one or more symptoms postoperatively. Alternatively, patients with one or more preoperative LUTS may have symptoms that independently improve, persist, or worsen. In addition, the de novo development, improvement or worsening of symptoms may be acute (temporary) or chronic (permanent). These symptoms may also increase (aging of population, comorbidities) or decrease (resolution of perioperative alterations) over time.

The Panel recognizes the symptoms of "urgency" and "urgency urinary incontinence" as the most commonly reported and most representative of pre-existing or de novo lower urinary tract storage symptoms. Although preoperative cystometry was performed in some studies, postoperative urodynamics were rarely performed in patients regardless of symptoms; thus, patient results are almost universally reported based on symptoms. It is recognized that the symptoms of urgency or UUI may or may not correlate with the urodynamic (cystometric) finding of detrusor overactivity. Additionally, patients may experience detrusor overactivity that is provoked by effort or exertion, or may experience detrusor overactivity without sensation, further confounding the diagnosis and therapy.

6

*©2009 American Urological Association, Inc.*

Table 1 provides data on patients experiencing postoperative urgency or urge incontinence from the 1997 review[1] and from the current analysis, although these data aren't directly comparable in that the 1997 analysis examined the correlations between urgency and detrusor instability. As mentioned above, the present analysis focused on the development of de novo urgency and urge incontinence and separately analyzed the resolution of these symptoms patients with the presence of urgency and urge incontinence.

OAB is common in women with SUI, occurring in 30%–50% of cases[4], with surgical treatment of SUI often offering resolution of OAB.[5,6] Unfortunately, persistence of OAB after SUI surgery has been reported in up to 40% of patients.[7,8] Persistent OAB has been reported to complicate 8%–25% of all sling procedures,[9] as well as 7.6%–12% of TVT procedures and 1.4%–16.6% of retropubic urethropexies.[10-12] In the present analysis, persistence of urgency occurred in approximately 15% of those receiving suspension procedures and about 30% of those receiving sling procedures. Moreover in 7%–21% of cases, de novo OAB may occur.[7,13-16] Possible risk factors for de novo OAB include undiagnosed preoperative OAB, increased bladder wall thickness (induced by or associated with resultant changes in bladder afferent and/or efferent neuromuscular behavior), bladder neck dissection, greater patient age, and postoperative urethral obstruction.[14]

## Complications

Complications were analyzed similarly to the efficacy outcomes. Because of the wide variation in terms used to describe complications, the Panel grouped complications

7

©2009 American Urological Association, Inc.

together that represented similar or related outcomes (See Appendix A17 for complications groupings). As discussed in Chapter 2, this could result in some inaccuracies in the resultant estimates. Outcomes tables were developed for each group of complications, with separate tables created for the population of patients receiving or not receiving concurrent prolapse treatment. The format of the tables is the same as for the efficacy tables, but the layout is reversed. The treatments are across the top for complications and down the left side for the others.


## Retention

The Panel defined retention as catheter-dependency for greater than 28 days postoperatively and/or the need to undergo an intervention to correct retention following surgery. Using these definitions, retention estimates ranged from 1%–9% in the population without prolapse treatment and from 1%–10% in the population with concurrent prolapse treatment (Appendices A9 and A14). As a group, those undergoing retropubic procedures had retention estimates of 4% for the non-prolapse group and 1% for the prolapse group. Patients undergoing sling procedures were more likely to experience retention with the highest rates observed in those undergoing synthetic slings at the bladder neck without bone anchors. In these groups, the estimates were 9% and 10% for the non-prolapse treatment and the prolapse treatment populations, respectively. The lack of a standardized definition of retention and the failure of many studies to provide data regarding postoperative urinary retention were limitations to this analysis. Yet, from the present analysis it may be concluded that retention affects 1%–10% of

©2009 American Urological Association, Inc.

women postsurgically and varies by procedure, with sling procedures having higher rates of retention than retropubic procedures.

## Genitourinary Complications

With regard to genitourinary complications, the Panel analyzed these events as intraoperative complications (events occurring during the surgical procedure or in the immediate perioperative period) or other complications (events occurring after the immediate perioperative period). The purpose of this distinction was to identify complications that may be unique to the technical aspects of a particular procedure or complications that may be related to the consequences of or materials utilized in the procedure.

## Intraoperative complications

Bladder injury was reported with 3%–8% of procedures (Appendices A11 and A16). Although the overall incidence was low, it appeared that bladder injury was more frequent in patients receiving SUI procedures with concomitant prolapse repair. This trend may be the result of the more extensive dissection needed when doing a simultaneous prolapse repair, however the trend did not reach significance and therefore may be not representative of actual experience as well. In addition, the risk of bladder injury was somewhat higher (not statistically significant) in procedures utilizing synthetic materials at the midurethra, particularly when compared to autologous slings and retropubic suspensions. This finding may have been a result of more stringent data recording in the use of synthetic materials or possibly related to technical aspects of

9

©2009 American Urological Association, Inc.

certain midurethral slings. Trocar placement into the retropubic space in the absence of advanced mobilization of the bladder and urethra may predispose to a higher incidence of bladder and urethral injury. Urethral injury was only identified in association with synthetic slings placed at the midurethra or laparoscopic retropubic suspensions. This may be related to technical aspects of the midurethral sling procedure that may predispose to these types of injuries. However, the small cohort of patients did not allow a direct comparison with other procedures. Ureteral injuries occurred during less than 5% of the procedures in most series; however, they were reported in 4%–11% of laparoscopic suspensions, which seemed to the Panel to be higher than expected based on their experience. Many of the reported cases of laparoscopic suspensions reflected the early experiences of surgeons and perhaps this could explain the increased risk of laparoscopic suspensions when compared with other procedures.

## Other complications

With the many different techniques and materials utilized in the surgical correction of SUI, surgeons must remain diligent in obtaining long-term outcomes data to understand the effects of these techniques and materials on quality-of-life and potential complications. Of major contemporary concern is the resurgence of the use of mesh materials in the surgical correction of SUI, particularly with the recent emergence of the tension-free midurethral sling procedures using synthetic materials. Early experience with synthetic mesh materials in pubovaginal sling and prolapse surgeries was associated with a considerable risk of mesh complications. Erosion rates of 20%–30% were reported in patients following implantation of Dacron™, Mersilene™, and Marlex™ mesh

*©2009 American Urological Association, Inc.*

materials.[17-19] In these early procedures, larger incisions with more extensive dissection may have increased the potential for bacterial exposure, and increased tension may have promoted tissue ischemia. The woven, multifilamentous nature of these mesh materials may have limited the ingrowth of host tissue, leading to erosions, draining sinuses, and fistulas. These early experiences forced many surgeons to abandon the use of synthetic material in pelvic reconstructive surgery.

The success of the TVT procedure introduced surgeons to several principles that have seemingly facilitated the safe use of synthetic material in pelvic reconstruction. The use of small incisions and minimal dissection decreases the potential for bacterial exposure. The avoidance of tension on the mesh material limits local tissue ischemia while the use of macroporous monofilament mesh materials promotes host tissue ingrowth and biocompatibility. Incorporating these principles, the synthetic tension-free slings have become one of the more commonly used procedures in the surgical management of SUI. The reported incidence of mesh erosions and complications with these procedures appears quite low, although the true incidence is not known. A recent report analyzing the United States Food and Drug Administration Manufacturer and User Facility Device Experience database (U.S. FDA MAUDE)[20] which collects data on U.S. FDA approved medical devices, suggests that these complications are indeed underreported.[21] In addition to mesh materials, permanent suture materials, tacking devices and laparoscopic instrumentation may also be associated with lower urinary tract or vaginal injuries.

Erosions and extrusions may also occur with the use of foreign materials such as mesh. For the purposes of this review, the Panel has defined erosion as the presence of a

©2009 American Urological Association, Inc.

foreign body in the lumen of the urinary tract (bladder, urethra or ureter) whereas extrusion was defined as the exposure of mesh in the vagina. Urinary tract erosion has been reported subsequent to all SUI procedures, but overall this does not appear to be a common event. In this meta-analysis (Appendices A11 and A16), erosion into the urethra and bladder occurred following 2%–4% of vaginal sling procedures. Erosions appear to occur more frequently following synthetic sling procedures; however, the method of reporting varies widely. Some authors have reported that "erosions" occurred but were not specific as to location and type. For example, 17% of erosions resulting from synthetic slings placed at the bladder neck were not classified. The incidence of urethral and bladder erosions appears to be higher following placement of synthetic slings at the bladder neck when compared to autologous slings. These data might suggest that synthetic slings have a higher rate of erosion than autologous or cadaveric slings. Based on these findings, the Panel believes that discussion of urinary tract erosion should be part of the informed consent process, particularly when selecting synthetic slings. The Panel also concludes that urinary tract erosion is a risk of any surgical procedure used in the treatment of SUI, with the risk appearing highest for synthetic slings, particularly when placed at the bladder neck.

Vaginal extrusion occurred in 1-8% of cases following synthetic slings. In this meta-analysis, the unexpectedly high risk of vaginal extrusion associated with cadaveric slings (23%) probably represents an anomaly resulting from the fact that few studies of cadaveric slings mentioned extrusion and the one study reporting this complication was small. Since the small number of series may affect the overall data reporting and incidence rates, this result is likely artifactual.

©2009 American Urological Association, Inc.

## General Medical Complications

General medical complications captured in this analysis included cardiovascular, dermatologic, febrile, infectious (local, systemic, and urinary tract), neurologic, and pulmonary complications as well as subjective complications such as pain and sexual dysfunction (Appendices A11 and A16). In addition, transfusion was analyzed as a separate category. There was variable and limited reporting of most general medical complications, with many authors not reporting any complications data. These findings reinforce the need for standardized reporting of complications, particularly as related to general medical complications.

Urinary tract infections were the most commonly reported infectious complication, with estimates following retropubic surgery of 13% for those not undergoing concurrent prolapse procedures and 17% for those receiving such procedures. Patients undergoing sling procedures were less likely to experience urinary tract infection, with estimates of 4%–16% for the no prolapse treatment groups and 1%–9% for the prolapse-treatment group. However, the majority of authors did not report specifically on the presence or absence of urinary tract infections and caution must be used in interpreting these data.

There was very little uniformity in reporting other infectious complications. Febrile morbidity estimates were between 0%–14% of patients depending upon the procedure. The highest estimates were noted in the retropubic groups with rates of 8%–11% for the non-prolapse and prolapse treatment groups, respectively. Patients undergoing sling procedures were less likely to have a febrile morbidity reported and this

*13*

©2009 American Urological Association, Inc.

was true for both treatment groups. The reported estimates of febrile morbidity ranged in those populations between 2%–8%.

Dermatologic complications were reported only in patients receiving injectable collagen, with an estimate of 5%. The estimates for sexual dysfunction were 4% for retropubic suspensions and 8% for autologous fascial slings. However, the definitions and reporting methods for identifying sexual dysfunction remain extremely variable in the evidence as assessed. Therefore the rates reported may not be representative of the true incidence of this outcome. Standardization of reporting indices is critically needed for a better understanding of the true rates of sexual dysfunction arising from interventions for stress incontinence and pelvic organ prolapse.

## Operative Complications

### Gastrointestinal complications

All procedures performed adjacent to the peritoneal lining and its contents are associated with risks of injury to the bowel and such injuries have been reported with open, laparoscopic and "minimally invasive" procedures. "Minimally invasive" synthetic-based retropubic procedures had the highest reported risk of bowel complications, with estimates of 1% for synthetic midurethral slings performed without concomitant prolapse repair (see Appendix A16). There were too few reports of bowel injuries resulting from the other procedures for a meaningful comparison.

©2009 American Urological Association, Inc.

## Vascular complications

Vascular complications were defined as any reported iatrogenic intraoperative injury to a specific major or significant blood vessel not including intraoperative or postoperative bleeding or hematomas. The estimates for vascular complications are found in Appendices A11 and A16. There were no reported vascular complications in over 400 articles reviewed for this meta-analysis involving an anti-incontinence procedure with or without pelvic organ prolapse repair in approximately 40,000 patients. Yet, it is well known that major vascular injuries including iliac, femoral, obturator, and epigastric vessel injury have been reported with the TVT procedure in the FDA MAUDE database.[20] The Panel believes that the risk of serious vascular complications with TVT procedures is very low; but nevertheless surgeons should bear this risk in mind when performing this technique.

## Neurologic complications

Neurologic complications occurring in association with SUI surgery are rare (see Appendices A11 and A16). A total of five cerebrovascular accidents (CVA) were reported. CVA occurred more frequently in patients undergoing retropubic suspensions (n=3) versus pubovaginal slings (n=1) or midurethral slings (n=1), although the small numbers of these events preclude statistical analysis. No patient required additional surgery as a result of a CVA but CVA was the cause of death in three patients. While all of the CVAs may be attributable to the patient having had an anesthetic and/or surgery, one must take into consideration the age and other comorbidities of patients who elect surgical correction of SUI.

15

*©2009 American Urological Association, Inc.*

Twelve nerve injuries were reported. In some cases these were listed only as "nerve injury" whereas in other reports they were described by the resulting deficit or as an injury to a discrete nerve. The most common nerve injury cited was to the obturator nerve, which occurred in three patients. There were nerve injuries described with the use of midurethral synthetic slings (n=5); however, none of these patients required additional surgical procedures. Two patients required additional surgical procedures to treat complications related to nerve entrapment. One patient had removal of a suture and a second patient underwent removal of a bone anchor using a hammer and osteotome.

**Infectious complications**

The panel elected to divide infectious complications into multiple subsets to accommodate the various definitions presented in the literature; these included infection (undefined), infection with local extension, abscess, and osteomyelitis (see Appendices A11 and A16). Osteomyelitis, rarely reported, was observed in procedures with and without bone anchors.

**Death**

The risk of perioperative mortality following surgical treatment of SUI is very low, although a precise estimate is difficult to achieve due to the paucity of studies that specifically evaluate mortality, compounded by the fact that published studies represent only a tiny fraction of all surgical procedures performed. To gain an estimate of perioperative mortality in the SUI patient population, a combined approach was taken: 1) the raw data from the current analysis were assessed; 2) a Medline search was performed

©2009 American Urological Association, Inc.

using the term "perioperative mortality" and reports were obtained for all surgical procedures in the U.S. and also for surgical procedures thought to be of comparable risk to SUI surgery; and 3) reports were obtained that specifically dealt with surgical procedures for SUI and urogynecology (shown in Table 2[22-29]). Finally, an estimate was determined for the added perioperative mortality from the special circumstances of vascular or bowel injury due passage of trocars from midurethral sling kits.

In contemporary series, overall perioperative mortality for all surgical procedures ranged from 0.02%–1.8% (Table 2). In the Medline search on which this review was based, there were three deaths out of 39,019 patients, for a mortality rate of 0.008%. Waetjen et al[26] reported an unadjusted mortality rate of 0.01% in a survey of 135,000 women undergoing incontinence surgery in the U.S. in 1998. However, in that series pubovaginal slings accounted for less that 15% of the procedures; nearly three-quarters had either retropubic suspension or anterior repair. This is probably an underestimation of mortality due to bowel or vascular injury from trocars. No other reports that dealt specifically with mortality after incontinence surgery were identified. Sung et al[29] reported an unadjusted risk of death following all urogynecologic procedures of 0.04% and noted that mortality rate increased with age. For women less than 60 years of age, the mortality rate was 0.01%; for those more than 80 years of age it rose to 0.28%. The authors noted that elderly women had a 13-fold increase in the risk of death and a 33% higher risk of suffering postoperative complications compared with younger women, irrespective of their co-morbidities.[29] Brown et al[27] reported a perioperative mortality of 0.03% after pelvic organ prolapse surgery. In a study of surgical mortality, Pine et al[28] reported mortality rates for various surgical procedures. The Panel selected those that

©2009 American Urological Association, Inc.

were the most comparable to incontinence surgery for a comparison of perioperative mortality data. The unadjusted mortality rates were 0.11%, 0.41% and 0.20% for hysterectomy, herniorraphy, and prostatectomy, respectively (Table 2).

Finally, the Panel estimated the minimal mortality after the TVT procedure by accessing the US FDA MAUDE Database[20] (now known as MedWatch) using the terms "TVT," "transvaginal tape," "sling," "pubovaginal sling," and "suburethral sling" which yielded incident reports that included six deaths. Three of the deaths were associated with bowel perforations and one each resulted from hemorrhage, myocardial infarction and pulmonary embolism. In addition, Panel members have documented at least two other deaths due to vascular injury.

In summary, perioperative mortality after sling surgery in the index patient is low; the Panel estimates it at between 0.01%–0.09%. However, mortality increases with advancing age and comorbidities, with mortality nearly three per 10,000 in patients over 80 years of age. Blind passage of trocars into the retropubic space potentially increases the possibility of bowel or vascular injury that could lead to mortality.

©2009 American Urological Association, Inc.

# REFERENCES

1. Leach GE, Dmochowski RR, Appell RA *et al:* Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol 1997; **158**: 875.

2. Abrams P, Cardozo L, Fall M et al: The standardisation of terminology of lower urinary tract function: report from the standardisation sub-committee of the International Continence Society. Neurourol Urodyn 2002**; 21**: 167.

3. Weber AM, Abrams P, Brubaker L et al : The standardization of terminology for researchers in female pelvic floor disorders.  Int Urogynecol Pelvic Floor Dysfunct  2001; **12**: 178.

4. Swami SK and Abrams P: Urge incontinence. Urol Clin North Am 1996; **23**: 417.

5. Griffiths D: Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol 1998; **34** Suppl 1:13.

6. Morgan TO, Westney OL and McGuire EJ: Pubovaginal sling: 4-year outcome analysis and quality of life assessment. J Urol 2000; **163**: 1845.

7. Langer R, Ron-El R, Newman M et al: Detrusor instability following colposuspension for urinary stress incontinence. Br J Obstet Gynaecol 1988; **95**: 607.

8. Sand PK, Bowen LW, Ostergard DR et al: The effect of retropubic urethropexy on detrusor stability. Obstet Gynecol 1988; **71**: 818.

9. Weinberger MW and Ostergard DR: Long term clinical and urodynamic evaluation of the polytetrafluoroethylene sub-urethral sling for treatment of genuine stress incontinence. Obstet Gynecol 1995; **86**: 92.

10. Alcalay M, Monga A and Stanton SL: Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol 1995; **102**: 740.

11. Langer R, Lipshitz Y, Halperin R *et al:* Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J 2001; **12**: 323.

12. Demirci F, Yucel O, Eren S et al: Long-term results of Burch colposuspension Gynecol Obstet Invest 2001; **51**: 243.

13. Lose G, Jorgensen L, Mortensen SO et al: Voiding difficulties after colposuspension. Obstet Gynecol 1987; **69**: 33.

14. Bombieri L, Freeman RM, Perkins EP et al: Why do women have voiding dysfunction and de novo detrusor instability after colposuspension? Br J Obstet Gynaecol 2002; **109**(4): 402.

15. Cardozo LD, Stanton SL and Williams JE: Detrusor instability following surgery for genuine stress incontinence. Br J Urol 1979; **51**: 204.

*©2009 American Urological Association, Inc.*

16. Hilton P;A clinical and urodynamic study comparing the Stamey bladder neck suspension and suburethral sling procedures in the treatment of genuine stress incontinence. Br J Obstet Gynaecol 1989; **96**: 213.

17. Julian TM: The efficacy of Marlex mesh in the repair of severe recurrent vaginal prolapse of the anterior mid vaginal wall. Am J Obstet Gynecol 1996; **175**: 1472.

18. Debodinance P, Cosson M and Burlet G: Tolerance of synthetic tissues in touch with vaginal scar: review to the point of 287 cases. Eur J Obstet Gynecol Rep Biol 1999; **87**: 23.

19. Cosson M, Vinatier D, Rajabally R et al: Rejection of stapled prosthetic mesh after laparoscopic sacropexy. Int Urogynecol J 1999; **10**: 349.

20. US Food and Drug Administration Manufacturer and User Facility Device Experience database: www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/search.cfm.

21. Deng D, Rutman M, Raz S et al: Presentation and management of major complications of midurethral slings: Are complications under-reported? Neurourol Urodyn 2007; **26**: 46.

22. Davies JM and Strunin L: Anesthesia in 1984: how safe is it? Can Med Assoc J 1984; **131**: 437.

23. Lagasse RS: Anesthesia safety: Model or myth? Anesthesiology 2002; **97**: 1609.

24. Keats AS: Anesthesia mortality in perspective. Anesth Analg 1990; **71**: 113.

25. Maaloe R, Hansen CL and Pedersen T: Death under anesthesia. Ugeskr Laeger 1995; **157**(47): 6561.

26. Waetjen LE, Subak LL, Shen H et al: Stress urinary incontinence surgery in the United States. Obstet Gynecol 2003; **101**: 671.

27. Brown JS, Waetjen LE, Subak LL et al: Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol 2002; **186**: 712.

28. Pine M, Holt KD and Lou YB: Surgical mortality and type of anesthesia provider. AANA J 2003; **71**(2): 109.

29. Sung VW, Weitzen S, Sokol ER et al: Effect of patient age on increasing morbidity and mortality following urogynecologic surgery. Am J Obstet Gynecol 2006; **194**: 1411.

©2009 American Urological Association, Inc.

## Table 1. Patients experiencing postoperative urgency or urge incontinence

|  | Retropubic Suspensions | | Transvaginal Suspensions | | Sling Procedures | |
|---|---|---|---|---|---|---|
|  | G/P | Median CI (2.5-97.5%) | G/P | Median CI (2.5-97.5%) | G/P | Median CI (2.5-97.5%) |
| *Prior Analysis[1]* | | | | | | |
| Urgency | | | | | | |
| + urgency/+DI* | 6/78 | 66 (50–79) | 6/33 | 54 (35–73) | 4/45 | 46 (24–68) |
| + urgency/–DI* | 6/319 | 36 (22–52) | | | 5/110 | 34 (13–61) |
| – urgency/+DI* | 1/6 | 4 (0–33) | 1/3 | 7 (0–54) | 4/36 | 20 (5–45) |
| – urgency/–DI* | 8/241 | 11 (8–16) | 6/150 | 5 (3–10) | 7/140 | 7 (3–11) |
| *Current Analysis* | | | | | | |
| Urge Urinary Incontinence | | | | | | |
| New Onset | | 10-14 | | | | 11-22 |
| Pre-existing | | 22-48 | | | | 29-52 |
| Urgency | | | | | | |
| New Onset | | 9-11 | | | | 13 (Grade>1) |
| Pre-existing | | 40 (Grade<1) | | | | 21 (Grade>1) |

\* Preoperative status

Abbreviations: CI, confidence interval; DI, detrusor instability; G/P, number of groups and number of patients per treatment arm

©2009 American Urological Association, Inc.

1  **Table 2. Estimated perioperative mortality for SUI and**
2  **urogynecologic surgical procedures**
3

| Surgical procedure | Mortality rate |
|---|---|
| Overall perioperative mortality[22-25,28] | 0.02 − 1.8% |
| Stress incontinence[26] | 0.01% |
| Urogynecology[29] | 0.04% |
|   < 60 years | 0.01% |
|    61 − 69 years | 0.05% |
|    70 − 79 years | 0.09% |
|   > 80 years | 0.28% |
| Hysterectomy[28] | 0.11% |
| Pelvic organ prolapse[27] | 0.03% |
| Herniorraphy[28] | 0.41% |
| Prostatectomy[28] | 0.20% |

4

22

©2009 American Urological Association, Inc.

## Appendix A1: *Female Stress Urinary Incontinence Clinical Guidelines Panel, Consultants and Data Extractors (1997)*

**Members:**

Gary E. Leach, MD (Panel Chair)
University of California, Los Angeles
Los Angeles, CA

Roger R. Dmochowski, MD (Panel Facilitator)
University of Tennessee Medical Center
Memphis, TN

Rodney A. Appell, MD
Cleveland Clinic Foundation
Cleveland, OH

Jerry G. Blaivas, MD
New York Hospital/Cornell Medical Center
New York, New York

H. Roger Hadley, MD
Loma Linda University Medical Center
Loma Linda, CA

Karl M. Luber, MD
Southern California Permanente Medical Group
San Diego, CA

Jacek L. Mostwin, MD
Johns Hopkins Hospital
Baltimore, MD

Pat D. O'Donnell, MD
University of Arkansas
Fayetteville, AR

**Consultants:**

Claus G. Roehrborn, MD
Hanan S. Bell, PhD
Patrick M. Florer
Curtis Colby

**Data Extraction:**

Jeffrey Csiszar, MD
Jill Gerspach, MD
Steven Kurtz, MD
Susan Martins-Levy, MD
Hetal Patel, MD
Lisa Stout, MD

© 2009 American Urological Association, Inc. All rights reserved.

## Appendix A2: *Female Stress Urinary Incontinence Guideline Update Panel and Consultants (2009)*

**Members:**

Rodney A. Appell, MD (Chair)
Baylor College of Medicine
Houston, TX

Roger R. Dmochowski, MD (Facilitator)
Vanderbilt University
Nashville, TN

E. Ann Gormley, MD
Dartmouth-Hitchcock Medical Center
Lebanon, NH

Mickey M. Karram, MD
Good Samaritan Hospital
Cincinnati, OH

Deborah J. Lightner, MD
Mayo Clinic
Rochester, MN

David R. Staskin, MD
Weill-Cornell Medical School
New York, New York

J. Christian Winters, MD
Louisiana State University Health Sciences Center
Baton Rouge, LA

Saad Juma, MD
Incontinence Research Institute
Encinitas, CA

Eric Scott Rovner, MD
Medical University of South Carolina
Charleston, SC

Jerry G. Blaivas, MD
New York, New York

© 2009 American Urological Association, Inc. All rights reserved.

**Consultants:**

Hanan Bell, PhD
Linda E. Whetter, PhD, DVM
Patrick Florer
Kirsten H. Aquino

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A3 - Article Staus Report**                                  **November-09**
**American Urological Association, Inc.**
**SUI Guidelines Update Panel**

| Literature Search | Articles Retrieved | Selected for Extraction | % of Lit Search / Total |
|---|---|---|---|
| Original Guideline | 1,069 | 101 | 9% |
| December, 2002 | 4,943 | 942 | 19% |
| May, 2004 | 787 | 162 | 21% |
| December, 2004 | 134 | 60 | 45% |
| Jun, 2005 | 176 | 37 | 21% |
| | 7,109 | 1,302 | 18% |

| Data Entry | Articles | % Selected for Extraction |
|---|---|---|
| Entered | 1,302 | 100% |
| in Process | 0 | 0% |
| | 1,302 | 100% |

| Article Status | Articles | % Data Entered |
|---|---|---|
| Accepted | 436 | 33% |
| CX data only | 155 | 12% |
| Rejected | 866 | 67% |

| Reasons for Rejection | Articles | % Total Rejected |
|---|---|---|
| No Data | 292 | 34% |
| Insufficient Efficacy F/U | 282 | 33% |
| RX not Current | 124 | 14% |
| Not about RX | 100 | 12% |
| Basic Science | 12 | 1% |
| Epidemiology | 4 | 0% |
| Other | 40 | 5% |
| Prolapse only | 40 | 5% |
| Other Exclusion | 264 | 30% |
| Duplicates | 5 | 1% |
| Panel Rejects | 0 | 0% |

| Analysis of Study Designs | | |
|---|---|---|
| Accepted Articles | Articles | Overall Number of Patients |
| Case Series/Report | 373 | 30,166 |
| unknown at this time | 16 | 4,295 |
| Controlled Trial | 31 | 2,833 |
| Case-control study | 9 | 1,061 |
| Cohort Study | 5 | 449 |
| Opinion or Testimony | 1 | 154 |
| Letter | 1 | 61 |
| Total: | 436 | 39,019 |

| Rejected Articles | Articles |
|---|---|
| not captured | 730 |
| Case Series/Report | 75 |
| Review/Policy | 26 |
| Letter | 16 |
| Opinion or Testimony | 6 |
| Controlled Trial | 4 |
| Meta-analysis | 4 |
| Other | 2 |
| Case-control study | 1 |
| Cohort Study | 1 |
| Database or Surveillance | 1 |
| Total: | 866 |

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A4- Extraction Form**
**American Urological Association, Inc.**          Reference # _____
SUI Guidelines Panel

# Stress Urinary Incontinence
### Cover Sheets

| Citation: |
|---|
|  |

Extractor A:  _____  Date:  _____

Extractor B:  _____  Date:  _____

Reconciliation Date:  _____

**_____ ACCEPTED and Extracted**          **_____ REJECTED and not Extracted**

___ Insufficient treatment efficacy follow-up          Article REJECTED due to (check all that apply):
Complications data only extracted          ___ No relevant outcomes or complications data
          ___ Insufficient treatment efficacy follow-up (must be > 12 months)
          ___ Treatments not current (Stamey, etc.)
_____ Needs Panel Review          ___ Doesn't deal with treatment:
          ___ Basic Science    ___ Epidemiology    ___ Other
          ___ Purely Prolapse paper
          ___ Other reason for exclusion:
          specify: _____

**1. Study Design**          Study Features (check all that apply)
_____ Case Series/Report          ___ Retrospective
_____ Controlled trial          ___ Prospective
_____ Review/policy          ___ Randomized
_____ Case-control study          ___ Patient blinded
_____ Cohort Study          ___ Provider blinded
_____ Meta-analysis          ___ Outcome evaluator blinded
_____ Data base or surveillance          ___ Cross-over
_____ Letter: Ref._____
_____ Opinion or testimony
_____ Other: spec._____

**2.** Are there particular difficulties with this study that make it less useful for our purposes (include study flaws and items that cause the study interventions or population not to match our needs)?
___ Serious design flaws (specify_____)
___ Randomization failure          ___ Blinding failure or insufficient
___ Confounders present          ___ Compliance problems (intensity)
___ Selection bias          ___ Cross-over problems
___ Patient population not relevant          ___ Atypical intervention
___ Incomplete or biased statistics/data
Other: (describe)

**3.** Are there other data or points in this article that would be relevant that are not covered elsewhere?

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A4- Extraction Form**
**American Urological Association, Inc.**                    Reference # _____
**SUI Guidelines Panel**

# Stress Urinary Incontinence
## Cover Sheets

**4. Study**:        Total Patients enrolled: _____ (N)

Country: _____     ___ Check if multi-center/location

Study Dates: _____ through _____   (leave blank if not specified)

**5. Group Definitions**:

| Group ID | Patients | Definition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**6.** Comments:

**7.** Total time completing this extraction: _____ minutes.

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**　　　　　　　　　　**Reference # _____**
**SUI Guidelines Panel**　　　　　　　　　　　　　　　　　**Group Number: _____**

# Stress Urinary Incontinence
## Group Characteristics

**8. Group Characteristics**

Patients: N = _____　　　　Age:　　　Mean: _____　　Med: _____　　Min: _____　　Max: _____

**9. Coexistent Conditions**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Cystocele  B-W    I | | | | |
| II | | | | |
| III | | | | |
| IV | | | | |
| Cystocele unspecified | | | | |
| Rectocele | | | | |
| Enterocele | | | | |
| Uterine Prolapse | | | | |
| Vaginal Vault Prolapse | | | | |
| Neurogenic Bladder | | | | |
| Urethrovaginal Fistula | | | | |
| Urethral Diverticulum | | | | |
| Other | | | | |
| Other | | | | |

**10.  Other Patient Characteristics**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Pts. With Prior Incont. Surgery | | | | |
| Mean Procedures/Pt. | | | | |
| Hyst Unspecified | | | | |
| Vag Hyst | | | | |
| TAH | | | | |
| TAH+BSO | | | | |
| TV BNS | | | | |
| RP BNS | | | | |
| Previous Prolapse Repair - unspecified | | | | |
| Cystocele - unspecified | | | | |
| A. Anterior Repair | | | | |
| B. Paravaginal Repair | | | | |
| Rectocele | | | | |
| Enterocele | | | | |
| Uterine Prolapse | | | | |
| Vault Prolapse | | | | |
| Pts. With prior Surgery (notspec.) | | | | |
| Parity:  Parous | | | | |
| Mean Parity | | | | |
| Min Parity | | | | |
| Max Parity | | | | |
| Mean Deliveries/Pt. | | | | |
| Nulliparous | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**                    **Reference # _____**
**SUI Guidelines Panel**                                    **Group Number: _____**

# Stress Urinary Incontinence
## Group Characteristics

**10. Other Patient Characteristics (cont.)**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Obesity | | | | |
| Pre-Menopausal | | | | |
| With Estrogen | | | | |
| Post-Menopausal | | | | |
| With Estrogen | | | | |

**11.  Methods of Evaluation**

| Subjective | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Pt. Interview | | | | |
| Voiding Diary/Log | | | | |
| MD Perception | | | | |
| Chart Review | | | | |
| Rating Form | | | | |
| QOL Rating | | | | |
| Analog Scale | | | | |
| Questionnaire | | | | |
| Other | | | | |
| Unspecified | | | | |

| Objective | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Physical Exam | | | | |
| Stress Test | | | | |
| BN Evaluation | | | | |
| Q-tip | | | | |
| Pad Test | | | | |
| Pads/Diapers | | | | |
| Baden-Walker | | | | |
| POP-Q | | | | |
| VCUG | | | | |
| Urodynamics | | | | |
| Video-Urodynamics | | | | |
| Barrier Testing | | | | |
| Other | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**               Reference # _____
**SUI Guidelines Panel**                                  Group Number: _____

# Stress Urinary Incontinence
## Group Characteristics

**12. Diagnostic Findings**   ☐ **Symptoms only**   ☐ **Stress test**   ☐ **Urodynamics**

|       | Check | % | Num | Comments/Definition |
|-------|-------|---|-----|---------------------|
| SUI   |       |   |     |                     |
| ISD   |       |   |     |                     |

| Grade  | Check | % | Num | Comments/Definition |
|--------|-------|---|-----|---------------------|
| Mild   |       |   |     |                     |
| Mod    |       |   |     |                     |
| Severe |       |   |     |                     |

|        | Mean | Median | Min | Max | Check | % | Num | Comments/Definition |
|--------|------|--------|-----|-----|-------|---|-----|---------------------|
| Pads   |      |        |     |     |       |   |     |                     |
| Diapers|      |        |     |     |       |   |     |                     |

|                                    | Check | % | Num | Comments/Definition |
|------------------------------------|-------|---|-----|---------------------|
| Urodynamically proven motor DO     |       |   |     |                     |
| Urgency symptoms                   |       |   |     |                     |
| Mixed (SUI/motor DO or Urgency)    |       |   |     |                     |

**13. Comments on Group Characteristics**

© 2009 American Urological Association, Inc. All rights reserved.

Case 3:09-cv-00851-MO  Document 804-10  Filed 05/26/20  Page 188 of 910   PageID #: 202629

**American Urological Association, Inc.**                    **Reference # _____**
**SUI Guidelines Panel**                                     **Group Number: _____**

# Stress Urinary Incontinence
### Treatments

**14. Treatments**

 **SUI handled before or after Prolapse repair or sling:  before  /  after    (circle one)**

**A.  Treatments for Incontinence**

| Suspensions | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Open Retropubic Suspensions | | | | |
| Laparoscopic Suspension | | | | |
| Transvaginal Cooper's Ligament Suspension | | | | |
| Burch Suspension | | | | |
| Other Suspensions (specify) | | | | |

| Slings | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Autologous fascia w/o bone anchors | | | | |
| Autologous fascia with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Autologous vaginal wall slings w/o bone anchors | | | | |
| Autologous vaginal wall slings with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Cadaveric w/o bone anchors | | | | |
| Cadaveric with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Xenograft w/o bone anchors | | | | |
| Xenograft with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Synthetic at bladder neck w/o bone anchors | | | | |
| Synthetic at bladder neck with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Synthetic at midurethra | | | | |
| Homologous tissue (dermis) w/o bone anchors | | | | |
| Homologous tissue (dermis) with bone anchors | | | | |
|         transvaginal | | | | |
|         suprapubic | | | | |
| Cooper's ligament sling (all sling materials) | | | | |
| Other Sling (specify) | | | | |

| Artificial Sphincter | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| | | | | |

| Injectables | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Collagen | | | | |
| Other degradable materials | | | | |
| Other non-degradable synthetics | | | | |
| Other Injectables (specify) | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**   Reference # _____
SUI Guidelines Panel   Group Number: _____

# Stress Urinary Incontinence
## Treatments

**14B.  Treatments for Prolapse**

| Anterior compartment repairs | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Plication (colporrhapy) | | | | |
| Paravaginal | | | | |
| Abdominal approach | | | | |
| Vaginal approach | | | | |
| Interposition graft | | | | |
| Combination (specify) | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Apical Repair | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| McCall Procedure | | | | |
| Uterosacral Suspension (plication) | | | | |
| Levator myorraphy | | | | |
| Iliococcygeus repair | | | | |
| Sacrocolpopexy | | | | |
| Sacrospinous fixation | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Posterior Compartment Repairs | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Site specific | | | | |
| Plication | | | | |
| Interposition graft | | | | |
| Combination repair | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Enterocele repair | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Culdoplasty (specify) | | | | |
| Plication | | | | |
| Other, Transvaginal Repair | | | | |
| Other, Abdominal Repair | | | | |

**C.  Other Treatments**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Abdominal hysterectomy | | | | |
| Vaginal hysterectomy | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**15. Comments about treatments for this group:**

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**                    Reference # _____
**SUI Guidelines Panel**                                    Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**16. Patients w. Follow-up:  N=** _____
    **Follow-up (mo):**              Mean: _____   Median: _____   Min: _____   Max: _____

**17. Outcome Assessment Tools:**

| Subjective | Check | % | Num | Comments/Definition of Success/Failure |
|---|---|---|---|---|
| Pt. Interview | | | | |
| Voiding Diary/Log | | | | |
| MD Perception | | | | |
| Chart Review | | | | |
| Rating Form | | | | |
| QOL Rating | | | | |
| Analog Scale | | | | |
| Questionnaire | | | | |
| Other | | | | |
| Unspecified | | | | |

| Objective | Check | % | Num | Comments/ Definition of Success/Failure |
|---|---|---|---|---|
| Physical Exam | | | | |
| Stress Test | | | | |
| BN Evaluation | | | | |
| Q-tip | | | | |
| Pad Test | | | | |
| Pads/Diapers | | | | |
| Baden-Walker | | | | |
| POP-Q | | | | |
| VCUG | | | | |
| Urodynamics | | | | |
| Video-Urodynamics | | | | |
| Barrier Testing | | | | |
| Other | | | | |

**18. Outcomes in Regard to Continence Status only**

| 1st | ___Subj | ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| _____ Months | | Cure/Dry | | | | |
| _____ Mean Mos | | Improved | | | | |
| _____ Median Mos | | Failure | | | | |
| _____ Min Mos | | Retreatment | | | | |
| _____ Max Mos | | | | | | |
| _____ SE Mos | | | | | | |
| _____ STDev Mos | | | | | | |
| _____ % CI, _____ to _____ Mos | | | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

American Urological Association, Inc.                    Reference # _____
SUI Guidelines Panel                                     Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**18. Outcomes in Regard to Continence Status only (cont.)**

| 2nd | ___Subj | ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| _____ Months | | Cure/Dry | | | | |
| _____ Mean Mos | | Improved | | | | |
| _____ Median Mos | | Failure | | | | |
| _____ Min Mos | | Retreatment | | | | |
| _____ Max Mos | | | | | | |
| _____ SE Mos | | | | | | |
| _____ STDev Mos | | | | | | |
| _____% CI, _____ to _____ Mos | | | | | | |

| 3rd | ___Subj | ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| _____ Months | | Cure/Dry | | | | |
| _____ Mean Mos | | Improved | | | | |
| _____ Median Mos | | Failure | | | | |
| _____ Min Mos | | Retreatment | | | | |
| _____ Max Mos | | | | | | |
| _____ SE Mos | | | | | | |
| _____ STDev Mos | | | | | | |
| _____% CI, _____ to _____ Mos | | | | | | |

**19. Management of Bladder:**

| Method of Bladder Drainage | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| Foley Catheter | | | | | |
| Suprapubic Catheter | | | | | |
| Self Catheterization | | | | | |

Author's Definition of Retention: _____

| Patients in Retention | @Days | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| ___ @ Discharge | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Days in Retention | Mean | Median | Min | Max | SE | STDev | | %CI |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Secondary Procedures for Patients in Retention | @ Mo | Num | Prev. |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**               Reference # _____
**SUI Guidelines Panel**                                Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**20. Complications (Peri-operative and during Follow-Up)**

|  | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| None (per Author) | | | | | | |
| Transfusion | | | | | | |
| Acute Bleeding | | | | | | |
| Hematoma | | | | | | |
| Death | | | | | | |
| Infection | | | | | | |
| Local Extension | | | | | | |
| Systemic | | | | | | |
| Wound | | | | | | |
| UTI | | | | | | |
| Wound | | | | | | |
| Vaginal | | | | | | |
| Major | | | | | | |
| Minor | | | | | | |
| Abdominal | | | | | | |
| Major | | | | | | |
| Minor | | | | | | |
| Removal of For. Body- other | | | | | | |
| Stitches | | | | | | |
| Pledget | | | | | | |
| PE/DVT | | | | | | |
| MI | | | | | | |
| CVA | | | | | | |
| Pulmonary | | | | | | |
| Bladder Injury | | | | | | |
| Bowel Injury | | | | | | |
| Vascular Injury | | | | | | |
| Rectal Injury | | | | | | |
| Fistula | | | | | | |
| Dysuria | | | | | | |
| Sexual Dysfunction | | | | | | |
| Urethral Erosion | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |

**21. Bleeding**     Mean: _____  Median: _____  Min: _____  Max: _____

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**  Reference # _____
**SUI Guidelines Panel**  Group Number: _____

# Stress Urinary Incontinence
### Group Outcomes

**22. Urgency and Urge Incontinence**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Urge Incontinence – New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |
| Urgency symptoms – New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |
| Unspecified urgency–New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |

**23. Prolapse Outcomes**
  **A. Cystocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

  **B. Rectocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

  **C. Enterocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

  **D. Uterine Prolapse**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

American Urological Association, Inc.                    Reference # _____
SUI Guidelines Panel                                    Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**E. Vault Prolapse**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

**F. Other/unspecified/total  ( _____ )**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

**24. Comments**  (regarding this group only)

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

40746  24th annual meeting of the International Urogynecological Association (IUGA). A joint meeting with the International Continence Society (ICS) and the International Children's Continence Society (ICCS). August 23-26, 1999, Denver, Colorado, USA. Abstracts. Int Urogynecol J Pelvic Floor Dysfunct. 1999 Aug; 10 Suppl 1: S1-194

50760  Abstracts of the 28th Annual meeting of the International Urogynecological Association. Buenos Aires, Argentina, 28-31 October 2003. Int Urogynecol J Pelvic Floor Dysfunct. 2003; 14 Suppl 1: S1-S81

11406  ACOG criterial set. Surgery for genuine stress incontinence due to urethral hypermobility. American College of Obstetricians and Gynecologists Committee on Quality Assessment. Int J Gynaecol Obstet. 1996 Feb; 52: 211-2

41280  Assessment and treatment of urinary incontinence. Scientific Committee of the First International Consultation on Incontinence. Lancet. 2000 Jun 17; 355: 2153-8

56530  Behavior therapy and urge incontinence. Mayo Clin Health Lett. 2003 May; 21: 4

40106  Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2002 Jul; 12: 363-9

41187  Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2000 Sep; 10: 499-508

42009  Biofeedback, exercise for urge incontinence. Health News. 1999 Jan 5; 5: 7

42829  Bladder control. J Pract Nurs. 1997 Mar; 47: 9-11

41928  Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 11-1999. A 60-year-old woman with epidural and paraspinal masses. N Engl J Med. 1999 Apr 15; 340: 1188-96

40406  Controlling urinary incontinence. Aust Fam Physician. 2002 Jan; 31: 88-93

44561  Demand for urological devices increases among aging population. Front Med Biol Eng. 1992; 4: 65-6

44211  Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. JAMA. 1993 Jun 16; 269: 2975-80

59231  Early symptoms of ovarian cancer exist but may not be recognized. Mayo Clin Womens Healthsource. 2005 Apr; 9: 3

44145  Effects of terodiline on urinary incontinence among older non- institutionalized women. Terodiline in the Elderly American Multicenter Study Group. J Am Geriatr Soc. 1993 Sep; 41: 915-22

3535  Efficacy and morbidity of. Urology. 1991 Dec; 38: 526-528

57120  Executive summary: a look at the proceedings of the symposium, 'The State of the Science on Urinary Incontinence.'. Am J Nurs. 2003 Mar; Suppl: 4-8

41196  Falls and incontinence: a missing link?. Health News. 2000 Sep; 6: 6

10133  Female stress urinary incontinence facts. Urol Nurs. 2001 Apr; 21: 134

59068  Gaining control of urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 2004 Aug; 17: 3, 7

11109  GAX collagen for genuine stress incontinence. Drug Ther Bull. 1997 Nov; 35: 86-8

43830  Goals in continence training. Prof Nurse. 1994 Sep; 9: 783

44430  Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-31

11962  Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-3

54760  Identifying and treating reversible causes of urinary incontinence. Ostomy Wound Manage. 2003 Dec; 49: 28-33

43563  Incontinence. Causes, management and provision of services. A Working Party of the Royal College of Physicians. J R Coll Physicians Lond. 1995 Jul-Aug; 29: 272-4

42461  Incontinence. Ways to help you stay dry. Mayo Clin Health Lett. 1998 Jan; 16: 1-3

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

---

55700   Incontinence: the engineering challenge. Proceedings of a seminar sponsored by the Continence Foundation, the Engineering and Physical Sciences Research Council and the Association of Institutions concerned with Medical Engineering. 2001. Proc Inst Mech Eng [H]. 2003; 217: i-ii; 233-321

52090   Managing postpartum stress urinary incontinence. Drug Ther Bull. 2003 Jun; 41: 46-8

40256   Market research on urinary incontinence offers insightful findings. Urol Nurs. 2001 Dec; 21: 413

41308   Menopause and beyond. Advances in medicine, understanding, shift focus from an ending to a beginning. Mayo Clin Health Lett. 1999 Oct; Suppl: 1-8

42440   More ways to stay dry. Harv Womens Health Watch. 1998 Mar; 5: 2-3

11048   New solutions for urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 1998 Mar; 10: 4-6

44397   New studies, new treatments, new organization discussed at national NP symposium. Nurse Pract. 1992 Oct; 17: 66-8

11869   Non-surgical treatment of stress incontinence. Lancet. 1992 Sep 12; 340: 643-4

40916   Optimizing quality of care and cost effectiveness in the treatment of overactive bladder. Am J Manag Care. 2001 Mar; 7: S43-5

41657   Overactive bladder. Harv Womens Health Watch. 1999 Oct; 7: 6

41428   Overactive Bladder and Its Treatments Consensus Conference. London, United Kingdom, July 4, 1999. Urology. 2000 May; 55: 1-84

54350   Overactive bladder. Relief for urgency, frequency and incontinence. Mayo Clin Womens Healthsource. 2004 Mar; 8: 1-2

40901   Page for patients. Menopause. Prev Med. 2001 Mar; 32: 207-8

41177   Pelvic floor electrical stimulation in the treatment of adult urinary incontinence. Tecnologica MAP Suppl. 2000 Apr; : 15-7

59159   Pelvic floor exercise can reduce stress incontinence. Health News. 2005 Apr; 11: 11

41488   Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth and obstetric techniques. J Wound Ostomy Continence Nurs. 1999 May; 26: 28A-29A

43546   Products and services: continence/incontinence. Ostomy Wound Manage. 1995 Jul; 41: 19-22, 24-30, 32 passim

43765   Professional development. Promoting continence: knowledge for practice (continuing education credit). Nurs Times. 1994 Nov 2-8; 90: suppl 1-4

43763   Promoting continence. Part II. The role of the nurse. Nurs Times. 1994 Nov 9-15; 90: suppl 5-8

52320   Radio waves treat stress incontinence. Health News. 2003 Jun; 9: 8-9

41259   Reports from the Swedish Council on Technology Assessment in Health Care (SBU). Urinary incontinence. Int J Technol Assess Health Care. 2000 Spring; 16: 722-6

42140   RU3: making a difference for women. AWHONN's continence research reveals preliminary findings. AWHONN Lifelines. 1998 Aug; 2: 55-6

41125   Sacral nerve stimulation for the treatment of urinary urgency/frequency. Tecnologica MAP Suppl. 2000 Jun; : 12-5

43876   Science of urinary incontinence. Report of a meeting of Physicians and Scientists, University College London. Lancet. 1994 Jul 30; 344: 311-5

40407   Sexuality and reproductive issues. Aust Fam Physician. 2002 Jan; 31: 102-5

40047   Simpler solutions for incontinence. Health News. 2002 Sep; 8: 9

Case 2:12-md-02327 Document 8080-10 Filed 05/15/19 Page 99 of 800 PageID #: 202638

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 42162 | Statements of the committees of the WHO consensus conference, 20 August 1997. 1st International Conference on Urinary Incontinence in the Elderly. Bonn, Germany, 20-21 August 1997. World J Urol. 1998; 16 Suppl 1: S1-73 |
| 59253 | Stem cells may cure urinary incontinence. In this experimental treatment, a patient's own cells can stop leaks in as little as one day. Health News. 2005 Mar; 11: 4-5 |
| 59204 | Summaries for patients. Factors associated with acute kidney infections in healthy women. Ann Intern Med. 2005 Jan 4; 142: I34 |
| 3955 | Taking the. Med J Aust. 1990 Sep 3; 153: 245-247 |
| 43612 | The chief scientist reports .... 'Incontinence research--the way ahead'. Health Bull (Edinb). 1995 May; 53: 174-9 |
| 3195 | The geriatric. J Am Geriatr Soc. 1993 Jan; 41: 78-84 |
| 42886 | The Scandinavian opinion on assessment of female urinary incontinence. Proceedings of a meeting. Copenhagen, Denmark, 1995. Acta Obstet Gynecol Scand Suppl. 1997; 166: 1-60 |
| 56520 | The state of the science of urinary incontinence. Urol Nurs. 2003 Apr; 23: 101-5 |
| 57030 | The state of the science on urinary incontinence. Am J Nurs. 2003 Mar; 103: 45-9 |
| 41988 | Towards continence. Nurs Stand. 1998 Dec 9-15; 13: 33-4 |
| 59305 | Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Obstet Gynecol. 2005 Feb; 105: 431-2 |
| 59065 | Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Med Lett Drugs Ther. 2004 Aug 2; 46: 63-4 |
| 3446 | Two incontinence management devices: the benefits of the. Ostomy Wound Manage. 1992 Mar; 38: 28-35 |
| 58070 | Urinary incontinence. Harv Mens Health Watch. 2002 Oct; 7: 6-7 |
| 44668 | Urinary incontinence among hospitalized persons aged 65 years and older- -United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-6 |
| 44576 | Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; : QR1-27 |
| 43370 | Urinary incontinence. Number 213--October 1995 (replaces No. 100, January 1987. Committee on Technical Bulletins of the American College of Obstetricians and Gynecologists. Int J Gynaecol Obstet. 1996 Jan; 52: 75-86 |
| 41929 | Urinary incontinence. Putting an end to the embarrassment. Harv Health Lett. 1999 May; 24: 6-7 |
| 11789 | Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 535-8 |
| 40912 | What is urinary incontinence?. Health News. 2001 Mar; 7: 3 |
| 41344 | Women's health literaturewatch. J Womens Health Gend Based Med. 1999 May; 8: 559-68 |
| 42237 | Your article on incontinence did not mention collagen injections. Can you tell me something about them?. Johns Hopkins Med Lett Health After 50. 1998 Sep; 10: 8 |
| 10868 | Aanestad, O., Flink, R. Urinary stress incontinence. A urodynamic and quantitative electromyographic study of the perineal muscles. Acta Obstet Gynecol Scand. 1999 Mar; 78: 245-53 |
| 10182 | Aaron, R., Muliyil, J., Abraham, S. Medico-social dimensions of menopause: a cross-sectional study from rural south India. Natl Med J India. 2002 Jan-Feb; 15: 14-7 |
| 10103 | Abbas Shobeiri, S., Garely, A. D., Chesson, R. R., Nolan, T. E. Recognition of occult bladder injury during the tension-free vaginal tape procedure. Obstet Gynecol. 2002 Jun; 99: 1067-72 |
| 51600 | Abbas Shobeiri, S., Gasser, R. F., Chesson, R. R., Echols, K. T. The anatomy of midurethral slings and dynamics of neurovascular injury. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 185-90; discussion 190 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

---

3276    Abbott, D. Objective assessment ensures improved diagnosis. Principles and techniques of urodynamics. Prof Nurse. 1992 Aug; 7: 738,740-2

41893   Abd-El-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Early and late metabolic alterations in children and adolescents with a kock urinary reservoir. BJU Int. 1999 Feb; 83: 285-9

41753   Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Evaluation of Kock urinary reservoir function in children and adolescents at 3-10 years' follow-up. Scand J Urol Nephrol. 1999 Jun; 33: 149-55

41691   Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Stokland, E., Hjalmas, K. Kock urinary reservoir maturation in children and adolescents: consequences for kidney and upper urinary tract. Eur Urol. 1999 Nov; 36: 443-9

40258   Abdelghany, S., Hughes, J., Lammers, J., Wellbrock, B., Buffington, P. J., Shank, R. A., 3rd Biofeedback and electrical stimulation therapy for treating urinary incontinence and voiding dysfunction: one center's experience. Urol Nurs. 2001 Dec; 21: 401-5, 410

59187   Abdel-Hady,, el-S, Constantine, G. Outcome of the use of tension-free vaginal tape in women with mixed urinary incontinence, previous failed surgery, or low valsalva pressure. J Obstet Gynaecol Res. 2005 Feb; 31: 38-42

10935   Abdel-Mageed, A. B., Ghoniem, G. M. Potential role of rel/nuclear factor-kappaB in the pathogenesis of interstitial cystitis. J Urol. 1998 Dec; 160: 2000-3

57230   Abes, M., Sarihan, H., Madenci, E. Evaluation of bone mineral density with dual x-ray absorptiometry for osteoporosis in children with bladder augmentation. J Pediatr Surg. 2003 Feb; 38: 230-2

59302   Abeygunasekera, A. M. Clean intermittent catheterisation. Ceylon Med J. 2004 Dec; 49: 107-9

10910   Aboseif, S. R., Borirakchanyavat, S., Lue, T. F., Carroll, P. R. Continence mechanism of the ileal neobladder in women: a urodynamics study. World J Urol. 1998; 16: 400-4

10077   Aboseif, S., Tamaddon, K., Chalfin, S., Freedman, S., Kaptein, J. Sacral neuromodulation as an effective treatment for refractory pelvic floor dysfunction. Urology. 2002 Jul; 60: 52-6

59081   Abouassaly, R., Steinberg, J. R., Lemieux, M., Marois, C., Gilchrist, L. I., Bourque, J. L., Tu le, M., Corcos, J. Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul; 94: 110-3

4098    Aboulafia, D.M., Saxton, E.H., Koga, H., Diagne, A., and Rosenblatt, J.D. A patient with progressive myelopathy and antibodies to human T-cell leukemia virus type I and human immunodeficiency virus type 1 in serum and cerebrospinal fluid. Arch Neurol. 1990 Apr; 47: 477-479

59128   Abramov, Y., Sand, P. K., Gandhi, S., Botros-Brey, S., Goldberg, R. P. Chronic pelvic actinomycosis following a bone anchored sling procedure. J Urol. 2004 Jun; 171: 2381

42906   Abrams, P. Identifying and evaluating urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 1-2

41978   Abrams, P. Urodynamics and the International Continence Society come of age. Br J Urol. 1993 Nov; 72: 527-33

57140   Abrams, P., Blaivas, J. G., Fowler, C. J., Fourcroy, J. L., Macdiarmid, S. A., Siegel, S. W., Van Kerrebroeck, P. The role of neuromodulation in the management of urinary urge incontinence. BJU Int. 2003 Mar; 91: 355-9

40962   Abrams, P., Kelleher, C. J., Kerr, L. A., Rogers, R. G. Overactive bladder significantly affects quality of life. Am J Manag Care. 2000 Jul; 6: S580-90

43320   Abrams, P., Klevmark, B. Frequency volume charts: an indispensable part of lower urinary tract assessment. Scand J Urol Nephrol Suppl. 1996; 179: 47-53

41102   Abrams, P., Wein, A. Recent advances: urology. BMJ. 2000 Dec 2; 321: 1393-6

40897   Abu, J., Wong, M. Y., Foo, K. T., Yu, S. L. A case report on vesico-uterine fistula: a very rare complication of the lower caesarean section. Singapore Med J. 2000 Nov; 41: 554-6

11681   Abu-Heija, A. T. Long-term results of colposuspension operation for genuine stress incontinence. Asia Oceania J Obstet Gynaecol. 1994 Jun; 20: 179-81

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

**2993** Acheson, L.S., Danner, S.C. Postpartum care and breast-feeding. Prim Care. 1993 Sep; 20: 729-747

**10059** Adamiak, A., Milart, P., Skorupski, P., Kuchnicka, K., Nestorowicz, A., Jakowicki, J., Rechberger, T. The efficacy and safety of the tension-free vaginal tape procedure do not depend on the method of analgesia. Eur Urol. 2002 Jul; 42: 29-33

**11686** Adams, C., Lorish, C., Cushing, C., Willis, E., Jackson, J., Walter, J. Anatomical urinary stress incontinence in women with rheumatoid arthritis: its frequency and coping strategies. Arthritis Care Res. 1994 Jun; 7: 97-103

**41329** Adams, D., Samuel, D., Goulon-Goeau, C., Nakazato, M., Costa, P. M., Feray, C., Plante, V., Ducot, B., Ichai, P., Lacroix, C., Metral, S., Bismuth, H., Said, G. The course and prognostic factors of familial amyloid polyneuropathy after liver transplantation. Brain. 2000 Jul; 123 ( Pt 7): 1495-504

**51800** Adams, I., Onwude, J. Secondary colposuspension: results of a prospective study from a tertiary centre. BJOG. 2003 Aug; 110: 785; author reply 785

**11338** Adams, J. B.,  2nd, Micali, S., Moore, R. G., Babayan, R. K., Kavoussi, L. R. Complications of extraperitoneal balloon dilation. J Endourol. 1996 Aug; 10: 375-8

**43408** Addington-Hall, J., Lay, M., Altmann, D., McCarthy, M. Symptom control, communication with health professionals, and hospital care of stroke patients in the last year of life as reported by surviving family, friends, and officials. Stroke. 1995 Dec; 26: 2242-8

**10548** Addison, R. Assessment of stress incontinence--1. Nurs Times. 1999 Nov 10-17; 95: suppl 1-2

**10513** Addison, R. Assessment of stress incontinence--2. Nurs Times. 1999 Nov 17-23; 95: suppl 1-2

**41486** Addison, R. Catheter valves: a special focus on the Bard Flip-Flo catheter. Br J Nurs. 1999 May 13-26; 8: 576-80

**41103** Addison, R., Lavender, R. Vaginal examination--2 and teaching pelvic muscle exercises. Nurs Times. 1999 Dec 1-7; 95: suppl 1-2

**40308** Addison, R., Roberts, J. Female devices: are your patients missing out?. Nurs Times. 2001 Feb 8-14; 97: III-V

**40734** Ade-Ajayi, N., Wilcox, D. T., Duffy, P. G., Ransley, P. G. Upper pole heminephrectomy: is complete ureterectomy necessary?. BJU Int. 2001 Jul; 88: 77-9

**51630** Adekanmi, O. A., Freeman, R. M., Bombieri, L. How colposuspensions are performed in the UK: a survey of gynecologists' practice. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 151-9; discussion 159

**53200** Adekanmi, O. A., Freeman, R. M., Reed, H., Bombieri, L. Improving the diagnosis of genuine stress incontinence in symptomatic women with negative cough stress test: the Distal Urethral Electrical Conductance test (DUEC) revisited. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 9-12; discussion 12

**53500** Adeyoju, A. A., Lupton, E. W. Thimble-assisted Burch colposuspension. Ann R Coll Surg Engl. 2002 Nov; 84: 433

**54230** Adin, C. A., Farese, J. P., Cross, A. R., Provitola, M. K., Davidson, J. S., Jankunas, H. Urodynamic effects of a percutaneously controlled static hydraulic urethral sphincter in canine cadavers. Am J Vet Res. 2004 Mar; 65: 283-8

**42821** Adkins, V. K., Mathews, R. M. Prompted voiding to reduce incontinence in community-dwelling older adults. J Appl Behav Anal. 1997 Spring; 30: 153-6

**41366** Agarwal, V. Urinary incontinence with risperidone. J Clin Psychiatry. 2000 Mar; 61: 219

**10047** Agarwala, N., Liu, C. Y. Minimally invasive management of urinary incontinence. Curr Opin Obstet Gynecol. 2002 Aug; 14: 429-33

**41270** Aggazzotti, G., Pesce, F., Grassi, D., Fantuzzi, G., Righi, E., De Vita, D., Santacroce, S., Artibani, W. Prevalence of urinary incontinence among institutionalized patients: a cross-sectional epidemiologic study in a midsized city in northern Italy. Urology. 2000 Aug 1; 56: 245-9

**41766** Aghaji, A. E., Odoemene, C. Ureteric injuries in Enugu, Nigeria. East Afr Med J. 1999 Apr; 76: 184-8

**44032** Aguiar, P. H., Andrioli, M. S., Cabrera, H. N., Cabral, N. D., Scaff, M. Management of hydrocephalus in Paget's disease. Case report. Zentralbl Neurochir. 1994; 55: 60-2

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

<div style="text-align:right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

40410   Agut, A., Fernandez del Palacio, M. J., Laredo, F. G., Murciano, J., Bayon, A., Soler, M. Unilateral renal agenesis associated with additional congenital abnormalities of the urinary tract in a Pekingese bitch. J Small Anim Pract. 2002 Jan; 43: 32-5

44691   Ahlering, T. E., Weinberg, A. C., Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-8

44771   Ahlering, T. E., Weinberq, A. C., Razor, B. The modified Indiana pouch. Acta Urol Belg. 1991; 59: 135-45

3697   Ahlering, T.E., Weinberg, A.C., and Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-1158

3894   Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., and Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

12112   Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

59208   Ahmad, S., Nishtar, A., Hafeez, G. A., Khan, Z. Management of vesico-vaginal fistulas in women. Int J Gynaecol Obstet. 2005 Jan; 88: 71-5

43159   Ahmed, S., Fouda-Neel, K., Borghol, M. Continence after bladder-neck reconstruction in patients with bladder exstrophy and pubic diastasis. Br J Urol 1996 Jun; 77: 896-9

44374   Ahmed, S., Morris, L. L., Byard, R. W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-60

3188   Ahmed, S., Morris, L.L., and Byard, R.W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-1460

42416   Ahmed, S., Sen, S. The Mitrofanoff procedure in paediatric urinary tract reconstruction. Aust N Z J Surg. 1998 Mar; 68: 199-202

59292   Akbal, C., Genc, Y., Burgu, B., Ozden, E., Tekgul, S. Dysfunctional voiding and incontinence scoring system: quantitative evaluation of incontinence symptoms in pediatric population. J Urol. 2005 Mar; 173: 969-73

10623   Akpinar, H., Cetinel, B., Demirkesen, O., Tufek, I., Yaycioglu, O., Solok, V. Long-term results of Burch colposuspension. Int J Urol. 2000 Apr; 7: 119-25

51880   Aksac, B., Aki, S., Karan, A., Yalcin, O., Isikoglu, M., Eskiyurt, N. Biofeedback and pelvic floor exercises for the rehabilitation of urinary stress incontinence. Gynecol Obstet Invest. 2003; 56: 23-7

52060   Al-Badr, A., Ross, S., Soroka, D., Drutz, H. P. What is the available evidence for hormone replacement therapy in women with stress urinary incontinence?. J Obstet Gynaecol Can. 2003 Jul; 25: 567-74

51520   Al-Badr, A., Ross, S., Soroka, D., Minassian, V. A., Karahalios, A., Drutz, H. P. Voiding patterns and urodynamics after a tension-free vaginal tape procedure. J Obstet Gynaecol Can. 2003 Sep; 25: 725-30

11861   Albala, D. M., Schuessler, W. W., Vancaillie, T. G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-6

3179   Albala, D.M., Schuessler, W.W., and Vancaillie, T.G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-226

43601   Albers, P., Foster, R. S., Bihrle, R., Adams, M. C., Keating, M. A. Ectopic ureters and ureteroceles in adults. Urology. 1995 May; 45: 870-4

43151   Albo, M., Dupont, M. C., Raz, S. Transvaginal correction of pelvic prolapse. J Endourol. 1996 Jun; 10: 231-9

11526   Alcalay, M., Monga, A., Stanton, S. L. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102: 740-5

41061   Alcalay, M., Thompson, P. K., Boone, T. B. Ball urethroplasty combined with Marshall-Marchetti-Krantz urethropexy versus suburethral sling in patients with intrinsic sphincter deficiency and urethral hypermobility. Am J Obstet Gynecol. 2000 Dec; 183: 1348-53; discussion 1353-4

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

57410    Alessi, C. A., Josephson, K. R., Harker, J. O., Pietruszka, F. M., Hoyl, M. T., Rubenstein, L. Z. The yield, reliability, and validity of a postal survey for screening community-dwelling older people. J Am Geriatr Soc. 2003 Feb; 51: 194-202

56340    Alessi, C. A., Ouslander, J. G., Maldague, S., Al-Samarrai, N. R., Saliba, D., Osterweil, D., Beck, J. C., Schnelle, J. F. Incidence and costs of acute medical conditions in long-stay incontinent nursing home residents. J Am Med Dir Assoc. 2003 Mar-Apr; 4: S4-S18

43458    Alessi, C. A., Schnelle, J. F., MacRae, P. G., Ouslander, J. G., al-Samarrai, N., Simmons, S. F., Traub, S. Does physical activity improve sleep in impaired nursing home residents?. J Am Geriatr Soc. 1995 Oct; 43: 1098-102

43556    Alessi, C. A., Schnelle, J. F., Traub, S., Ouslander, J. G. Psychotropic medications in incontinent nursing home residents: association with sleep and bed mobility. J Am Geriatr Soc. 1995 Jul; 43: 788-92

41808    Alessi, C. A., Yoon, E. J., Schnelle, J. F., Al-Samarrai, N. R., Cruise, P. A. A randomized trial of a combined physical activity and environmental intervention in nursing home residents: do sleep and agitation improve?. J Am Geriatr Soc. 1999 Jul; 47: 784-91

58020    Alewijnse, D., Mesters, I. E., Metsemakers, J. F., van den Borne, B. H. Program development for promoting adherence during and after exercise therapy for urinary incontinence. Patient Educ Couns. 2002 Oct -Nov; 48: 147-60

40835    Alewijnse, D., Mesters, I., Metsemakers, J., Adriaans, J., van den Borne, B. Predictors of intention to adhere to physiotherapy among women with urinary incontinence. Health Educ Res. 2001 Apr; 16: 173-86

55210    Alewijnse, D., Mesters, I., Metsemakers, J., van den Borne, B. Predictors of long-term adherence to pelvic floor muscle exercise therapy among women with urinary incontinence. Health Educ Res. 2003 Oct; 18: 511-24

52240    Alewijnse, D., Metsemakers, J. F., Mesters, I. E., van den Borne, B. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003; 22: 284-95

30112    Al-Hadithi, H., Tincello, D. G., Vince, G. S., Richmond, D. H. Leukocyte populations in interstitial cystitis and idiopathic reduced bladder storage. Urology. 2002 Jun; 59: 851-5

10644    Alhasso, A., Bryden, A. A., Neilson, D. Lithium toxicity after urinary diversion with ileal conduit. BMJ. 2000 Apr 15; 320: 1037

52280    Alhasso, A., Glazener, C. M., Pickard, R., N'Dow, J. Adrenergic drugs for urinary incontinence in adults. Cochrane Database Syst Rev. 2003; : CD001842

4070    Aliabadi, H., Gonzalez, R. Success of the artificial urinary sphincter after failed surgery for incontinence. J Urol. 1990 May; 143: 987-990

41566    Ali-El-Dein, B., El-Demerdash, R., Kock, N. G., Ghoneim, M. A. A magnetic device for increasing the urethral resistance to flow: an experimental study in female dogs. BJU Int. 2000 Jan; 85: 150-4

10833    Ali-el-Dein, B., el-Sobky, E., Hohenfellner, M., Ghoneim, M. A. Orthotopic bladder substitution in women: functional evaluation. J Urol. 1999 Jun; 161: 1875-80

40621    Ali-El-Dein, B., Ghoneim, M. A. Effects of selective autonomic and pudendal denervation on the urethral function and development of retention in female dogs. J Urol. 2001 Oct; 166: 1549-54

4010    Ali-Khan, S., Washecka, R.M., DAgostino, J., and Siddharth, P. Operative prostatomy: an aid to urethral anastomosis. A preliminary report. Scand J Urol Nephrol. 1990; 24: 89-90

59026    Allahdin, S., McKinley, C. A., Mahmood, T. A. Tension free vaginal tape: a procedure for all ages. Acta Obstet Gynecol Scand. 2004 Oct; 83: 937-40

55980    Allahdin, S., McKinley, C. A., Mahmood, T. A., Lyth, D. Vaginal wall erosion of the tension-free vaginal tape procedure: an unusual complication. J Obstet Gynaecol. 2003 Jul; 23: 443

59042    Allahdin, S., McKinley, C. A., Mahmood, T. A., Lyth, D. Tension-free vaginal tape: 162 cases in a district general hospital. J Obstet Gynaecol. 2004 Aug; 24: 539-41

4051    Allen, F.J., de-Kock, M.L. Asymmetrical bilateral genital ureteric ectopy. Br J Urol. 1990 Mar; 65: 300-301

---

| | |
|---|---|
| 12042 | Allen, R. E., Hosker, G. L., Smith, A. R., Warrell, D. W. Pelvic floor damage and childbirth: a neurophysiological study. Br J Obstet Gynaecol. 1990 Sep; 97: 770-9 |
| 3220 | Allen, S. Continence. Undercover trials unfair [letter]. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 44917 | Allen-Mersh, T. G., Turner, M. J., Mann, C. V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-3 |
| 4001 | Allen-Mersh, T.G., Turner, M.J., and Mann, C.V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-553 |
| 10558 | Alling Moller, L., Lose, G., Jorgensen, T. Risk factors for lower urinary tract symptoms in women 40 to 60 years of age. Obstet Gynecol. 2000 Sep; 96: 446-51 |
| 54260 | Almeida, F. G., Bruschini, H., Srougi, M. Urodynamic and clinical evaluation of 91 female patients with urinary incontinence treated with perineal magnetic stimulation: 1-year followup. J Urol. 2004 Apr; 171: 1571-4; discussion 1574-5 |
| 3519 | Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., and Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-663 |
| 44612 | Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-63 |
| 10091 | Al-Mulhim, A. A., Al-Gazzar, S. A., Bahnassy, A. A. Conservative treatment of idiopathic detrusor instability in elderly women. Saudi Med J. 2002 May; 23: 543-5 |
| 10367 | Alnaif, B., Drutz, H. P. The prevalence of urinary and fecal incontinence in Canadian secondary school teenage girls: questionnaire study and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 134-137; discussion138 |
| 10229 | Alper, T., Cetinkaya, M., Okutgen, S., Kokcu, A., Malatyalioglu, E. Evaluation of urethrovesical angle by ultrasound in women with and without urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 308-11 |
| 40882 | Al-Qutob, R. Menopause-associated problems: types and magnitude. A study in the Ain Al-Basha area, Jordan. J Adv Nurs. 2001 Mar; 33: 613-20 |
| 3836 | al-Rifaei, M.A., Gaafar, S., and Abdel-Rahman, M. Management of posterior urethral strictures secondary to pelvic fractures in children. J Urol. 1991 Feb; 145: 353-356 |
| 41722 | Al-Shammari, S. A., Al-Subaie, A. Prevalence and correlates of depression among Saudi elderly. Int J Geriatr Psychiatry. 1999 Sep; 14: 739-47 |
| 54650 | Altman, A. U. Lessening the burden. Rehab Manag. 2003 Dec; 16: 16-20 |
| 3566 | Alvarez, O.M., Childs, E.J. Pressure ulcers. Physical, supportive, and local aspects of management. Clin Podiatr Med Surg. 1991 Oct; 8: 869-890 |
| 42692 | Alvi, T., Reza, H. Neuroleptic induced incontinence--case report. J Pak Med Assoc. 1997 Jul; 47: 195-6 |
| 41536 | Al-Waili, N. S. Carbamazepine to treat primary nocturnal enuresis: double-blind study. Eur J Med Res. 2000 Jan 26; 5: 40-4 |
| 52900 | Amarenco, G., Arnould, B., Carita, P., Haab, F., Labat, J. J., Richard, F. European psychometric validation of the CONTILIFE: a Quality of Life questionnaire for urinary incontinence. Eur Urol. 2003 Apr; 43: 391-404 |
| 10154 | Amarenco, G., Bayle, B., Ismael, S. S., Kerdraon, J. Bulbocavernosus muscle responses after suprapubic stimulation: analysis and measurement of suprapubic bulbocavernous reflex latency. Neurourol Urodyn. 2002; 21: 210-3 |
| 56540 | Amarenco, G., Ismael, S. S., Even-Schneider, A., Raibaut, P., Demaille-Wlodyka, S., Parratte, B., Kerdraon, J. Urodynamic effect of acute transcutaneous posterior tibial nerve stimulation in overactive bladder. J Urol. 2003 Jun; 169: 2210-5 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 105 of 300 PageID #: 202644

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

59216    Amarenco, G., Ismael, S. S., Lagauche, D., Raibaut, P., Rene-Corail, P., Wolff, N., Thoumie, P., Haab, F. Cough anal reflex: strict relationship between intravesical pressure and pelvic floor muscle electromyographic activity during cough. Urodynamic and electrophysiological study. J Urol. 2005 Jan; 173: 149-52

3378    Amark, P., Beck, O. Effect of phenylpropanolamine on incontinence in children with neurogenic bladders. A double-blind crossover study. Acta Paediatr. 1992 Apr; 81: 345-350

42252    Amark, P., Bussman, G., Eksborg, S. Follow-up of long-time treatment with intravesical oxybutynin for neurogenic bladder in children. Eur Urol. 1998 Aug; 34: 148-53

42056    Amark, P., Eksborg, S., Juneskans, O., Bussman, G., Palm, C. Pharmacokinetics and effects of intravesical oxybutynin on the paediatric neurogenic bladder. Br J Urol. 1998 Dec; 82: 859-64

51560    Amaro, J. L., Oliveira Gameiro, M. O., Padovani, C. R. Treatment of urinary stress incontinence by intravaginal electrical stimulation and pelvic floor physiotherapy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 204-8; discussion 208

10711    Amaye-Obu, F. A., Drutz, H. P. Surgical management of recurrent stress urinary incontinence: A 12-year experience. Am J Obstet Gynecol. 1999 Dec; 181: 1296-307; discussion 1307-9

3914    Amdur, R.J., Parsons, J.T., Fitzgerald, L.T., and Million, R.R. Adenocarcinoma of the prostate treated with external-beam radiation therapy: 5-year minimum follow-up. Radiother Oncol. 1990 Jul; 18: 235-246

11578    Ames, D., Hastie, I. R. Urinary incontinence. Postgrad Med J. 1995 Apr; 71: 195-7

40242    Ammini, A. C., Gupta, R., Kapoor, A., Karak, A., Kriplani, A., Gupta, D. K., Kucheria, K. Etiology, clinical profile, gender identity and long-term follow up of patients with ambiguous genitalia in India. J Pediatr Endocrinol Metab. 2002 Apr; 15: 423-30

50800    Amna, M. B., Randrianantenaina, A., Michel, F. Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec; 170: 2387

52830    Amundsen, C. L., Flynn, B. J., Webster, G. D. Anatomical correction of vaginal vault prolapse by uterosacral ligament fixation in women who also require a pubovaginal sling. J Urol. 2003 May; 169: 1770-4

52300    Amundsen, C. L., Flynn, B. J., Webster, G. D. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003 Jul; 170: 134-7; discussion 137

10597    Amundsen, C. L., Guralnick, M. L., Webster, G. D. Variations in strategy for the treatment of urethral obstruction after a pubovaginal sling procedure. J Urol. 2000 Aug; 164: 434-7

10505    Amundsen, C. L., Visco, A. G., Ruiz, H., Webster, G. D. Outcome in 104 pubovaginal slings using freeze-dried allograft fascia lata from a single tissue bank. Urology. 2000 Dec 4; 56: 2-8

57570    Amundsen, C. L., Webster, G. D. Sacral neuromodulation in an older, urge-incontinent population. Am J Obstet Gynecol. 2002 Dec; 187: 1462-5; discussion 1465

10834    Amundsen, C., Lau, M., English, S. F., McGuire, E. J. Do urinary symptoms correlate with urodynamic findings?. J Urol. 1999 Jun; 161: 1871-4

42208    Amuzu, B. J. Nonsurgical therapies for urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 702-11

41507    Ana, J. N., Gana, B. M. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 2000 Jan; 85: 172-3

45037    Anand, K. B., Wolf-Klein, G. P., Silverstone, F. A., Foley, C. J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

4185    Anand, K.B., Wolf-Klein, G.P., Silverstone, F.A., and Foley, C.J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

41925    Anders, K. Bladder retraining. Prof Nurse. 1999 Feb; 14: 334-6

41283    Anders, K. Coping strategies for women with urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 355-61

---

**American Urological Association, Inc.**

SUI Guidelines Panel

59317    Anders, K. Devices for continence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 61-6

43319    Andersen, J. T., Sander, P. Minimal care--a new concept for the management of urinary incontinence in an open access, interdisciplinary incontinence clinic. The way ahead?. Scand J Urol Nephrol Suppl. 1996; 179: 55-60

43789    Anderson, C. S., Jamrozik, K. D., Broadhurst, R. J., Stewart-Wynne, E. G. Predicting survival for 1 year among different subtypes of stroke. Results from the Perth Community Stroke Study. Stroke. 1994 Oct; 25: 1935-44

3336    Anderson, C.L., Hughes, E. The maximizing urinary functioning program: an innovative approach to managing incontinence in long term care. Perspectives. 1992 Summer; 16: 6-11

3964    Anderson, M. Continence. Painting a new picture. Nurs Times. 1990 Aug 15-21; 86: 74

12001    Anderson, P. A., Rickwood, A. M. Detrusor hyper-reflexia as a factor in spontaneous perforation of augmentation cystoplasty for neuropathic bladder. Br J Urol. 1991 Feb; 67: 210-2

40120    Anderson, R. C., Grant, J. J., de la Paz, R., Frucht, S., Goodman, R. R. Volumetric measurements in the detection of reduced ventricular volume in patients with normal-pressure hydrocephalus whose clinical condition improved after ventriculoperitoneal shunt placement. J Neurosurg. 2002 Jul; 97: 73-9

41883    Anderson, R. U., Mobley, D., Blank, B., Saltzstein, D., Susset, J., Brown, J. S. Once daily controlled versus immediate release oxybutynin chloride for urge urinary incontinence. OROS Oxybutynin Study Group. J Urol. 1999 Jun; 161: 1809-12

10587    Andersson, K. E. Drug therapy for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 291-313

42332    Andersson, S. H., Lindgren, A., Postlind, H. Biotransformation of tolterodine, a new muscarinic receptor antagonist, in mice, rats, and dogs. Drug Metab Dispos. 1998 Jun; 26: 528-35

4174    Andrew, J. Adult aqueductal stenosis representing with double incontinence [letter; comment]. Surg Neurol. 1990 Feb; 33: 158-159

42057    Andrews, H. O., Shah, P. J. Surgical management of urethral damage in neurologically impaired female patients with chronic indwelling catheters. Br J Urol. 1998 Dec; 82: 820-4

11217    Ang, L. P., Tay, K. P., Lim, P. H., Chng, H. C. Endoscopic injection of collagen for the treatment of female urinary stress incontinence. Int J Urol. 1997 May; 4: 254-8

59226    Anger, J. T., Rodriguez, L. V. Mixed incontinence: stressing about urge. Curr Urol Rep. 2004 Dec; 5: 427-31

59047    Ankardal, M., Ekerydh, A., Crafoord, K., Milsom, I., Stjerndahl, J. H., Engh, M. E. A randomised trial comparing open Burch colposuspension using sutures with laparoscopic colposuspension using mesh and staples in women with stress urinary incontinence. BJOG. 2004 Sep; 111: 974-81

4112    Anon. A.C.A. Continence. Nurs Times. 1990 Feb 14-20; 86: 65-76

3714    Anon. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

3967    Anon. Continence. Nurs Times. 1990 Aug 15-21; 86: 62-76

3117    Anon. Continence. Providing an informed service. Nurs Times. 1992 Mar 25-31; 88: 88

3966    Anon. Continence. Reforming plans [editorial]. Nurs Times. 1990 Aug 15-21; 86: 65

4069    Anon. Continence: turning the tide [editorial]. Nurs Times. 1990 Apr 18-24; 86: 63

3552    Anon. Continence--whose responsibility?. Nurs Times. 1991 Oct 30-Nov 5; 87: 68

3390    Anon. Demand for urological devices increases among aging population [news]. Front Med Biol Eng. 1992; 4: 65-66

3075    Anon. Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. Jama. 1993 Jun 16; 269: 2975-2980

3751    Anon. Evaluation and treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 175-407

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

3283    Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-631

3617    Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-613

3411    Anon. High quality long-term care for elderly people. A summary of a report of the Royal College of Physicians and the British Geriatrics Society. J R Coll Physicians Lond. 1992 Apr; 26: 130-133

3635    Anon. Incontinence. Comment--setting the sights. Nurs Times. 1991 Aug 7-13; 87: 72

3014    Anon. International Continence Society. 23rd annual meeting, Rome, Italy, 8-11 September 1993. Abstracts. Neurourol Urodyn. 1993; 12: 303-440

3349    Anon. Medical audit in general practice. I: Effects on doctors' clinical behaviour for common childhood conditions. North of England Study of Standards and Performance in General Practice. Bmj. 1992 Jun 6; 304: 1480-1484

4158    Anon. National Institutes of Health Consensus Development Conference on Urinary Incontinence in Adults. Bethesda, Maryland, October 3-5, 1988. Proceedings. J Am Geriatr Soc. 1990 Mar; 38: 263-386

3907    Anon. Neurobiology of incontinence. A symposium. London, 11-13 October 1989. Proceedings. Ciba Found Symp. 1990; 151: 1-322

3256    Anon. New studies, new treatments, new organization discussed at national NP symposium [news]. Nurse Pract. 1992 Oct; 17: 66-68

3277    Anon. Non-surgical treatment of stress incontinence [editorial]. Lancet. 1992 Sep 12; 340: 643-644

3595    Anon. Terodiline and torsades de pointes [letter; comment]. Bmj. 1991 Aug 31; 303: 519-520

3642    Anon. Urinary incontinence. J ET Nurs. 1991 Jul-Aug; 18: 136-140

3676    Anon. Urinary incontinence among hospitalized persons aged 65 years and older--United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-436

5237    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; 2: QR1-Q27

5238    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel. 1992 Mar; 2: 1-125

3172    Anon. Urinary incontinence in adults: quick reference guide for clinicians. Agency for Health Care Policy and Research. J ET Nurs. 1992 Nov-Dec; 19: 216-224

3374    Anon. Urinary incontinence in children -- focusing on daytime wetting. Proceedings of a workshop. Beaune, France, 11 April 1991. Scand J Urol Nephrol Suppl. 1992; 141: 1-139

57160    Ansari, M. S., Gupta, N. P., Kriplani, A. Ectopic ureter with urinary incontinence. An unusual presentation of Mayer-Rokitansky-Kuster-Hauser syndrome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 64-6

55290    Ansari, M. S., Hemal, A. K., Gupta, N. P., Dogra, P. N. Laparoscopy for the diagnosis and treatment of radiologically occult but symptomatic hypoplastic kidneys. Urology. 2003 Oct; 62: 627-31

56430    Antonakos, C. L., Miller, J. M., Sampselle, C. M. Indices for studying urinary incontinence and levator ani function in primiparous women. J Clin Nurs. 2003 Jul; 12: 554-61

45028    Appeldoorn, A., Lemmens, P., Schrauwen, E. Urinary incontinence due to urovagina. Vet Rec. 1990 Feb 3; 126: 121

10556    Appell, R. A. Argument for sling surgery to replace bladder suspension for stress urinary incontinence. Urology. 2000 Sep 1; 56: 360-3

42565    Appell, R. A. Clinical efficacy and safety of tolterodine in the treatment of overactive bladder: a pooled analysis. Urology. 1997 Dec; 50: 90-6; discussion 97-9

43990    Appell, R. A. Collagen injection therapy for urinary incontinence. Urol Clin North Am. 1994 Feb; 21: 177-82

10555    Appell, R. A. In situ vaginal wall sling. Urology. 2000 Sep 1; 56: 499-503

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

11513    Appell, R. A. Injectables in the treatment of female stress incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 393-6

10920    Appell, R. A. Primary slings for everyone with genuine stress incontinence? The argument for... Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 249-51

10085    Appell, R. A. Surgery or collagen for the treatment of female stress urinary incontinence: results of a multicenter, randomized trial supports either as first line of treatment. Curr Urol Rep. 2001 Oct; 2: 343

10882    Appell, R. A. Teloscopy. J Am Assoc Gynecol Laparosc. 1998 Nov; 5: 445-6

11148    Appell, R. A. The use of bone anchoring in the surgical management of female stress urinary incontinence. World J Urol. 1997; 15: 300-5

11675    Appell, R. A. Urinary incontinence. J Urol. 1994 Jul; 152: 103-4

11370    Appell, R. A., Rackley, R. R., Dmochowski, R. R. Vesica percutaneous bladder neck stabilization. J Endourol. 1996 Jun; 10: 221-5

10391    Appell, R. A., Sand, P., Dmochowski, R., Anderson, R., Zinner, N., Lama, D., Roach, M., Miklos, J., Saltzstein, D., Boone, T., Staskin, D. R., Albrecht, D. Prospective randomized controlled trial of extended-release oxybutynin chloride and tolterodine tartrate in the treatment of overactive bladder: results of the OBJECT Study. Mayo Clin Proc. 2001 Apr; 76: 358-63

3164    Appell, R., Baum, N. Treatment of urinary incontinence in the elderly. J La State Med Soc. 1992 Dec; 144: 581-585

3240    Appell, R.A., Baum, N. Evaluation of urinary incontinence in the elderly. J La State Med Soc. 1992 Nov; 144: 517-522

5277    Appell, R.A., McGuire, E.J., DeRidder, P.A., Bennett, A.H., and Webster, G.D. Results of the multicenter study using injectable GAX-collagen in females. J Urol. 1991; 145: 225A

59398    Appendino, G., De Petrocellis, L., Trevisani, M., Minassi, A., Daddario, N., Moriello, A. S., Gazzieri, D., Ligresti, A., Campi, B., Fontana, G., Pinna, C., Geppetti, P., Di Marzo, V. Development of the first ultra-potent 'capsaicinoid' agonist at transient receptor potential vanilloid type 1 (TRPV1) channels and its therapeutic potential. J Pharmacol Exp Ther. 2005 Feb; 312: 561-70

10861    Appleby, S. Stress urinary incontinence: issues and answers for women. Ostomy Wound Manage. 1999 Jan; 45: 44-8, 50-3

43615    Appleby, S. L. A home health perspective on the management of urinary incontinence. J Wound Ostomy Continence Nurs. 1995 May; 22: 145-52

3293    Aprikian, A., Berardinucci, G., Pike, J., and Kiruluta, G. Experience with the AS-800 artificial urinary sphincter in myelodysplastic children. Can J Surg. 1992 Aug; 35: 396-400

43707    Aragona, F., Artibani, W. Re: Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1995 Jan; 153: 162-3

41795    Arai, Y., Okubo, K., Konami, T., Kin, S., Kanba, T., Okabe, T., Hamaguchi, A., Okada, Y. Voiding function of orthotopic ileal neobladder in women. Urology. 1999 Jul; 54: 44-9

43843    Arai, Y., Shichiri, Y., Miyakawa, M., Ueda, T., Terai, A., Terachi, T., Takeuchi, H., Yoshida, O. Evolving experience with continent urinary diversion using the Indiana pouch. Int J Urol. 1994 Sep; 1: 241-5

41472    Araki, I., Kuno, S. Assessment of voiding dysfunction in Parkinson's disease by the international prostate symptom score. J Neurol Neurosurg Psychiatry. 2000 Apr; 68: 429-33

55340    Araki, I., Zakoji, H., Komuro, M., Furuya, Y., Fukasawa, M., Takihana, Y., Takeda, M. Lower urinary tract symptoms in men and women without underlying disease causing micturition disorder: a cross-sectional study assessing the natural history of bladder function. J Urol. 2003 Nov; 170: 1901-4

3988    Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., and Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck [see comments]. J Urol. 1990 Aug; 144: 319-22;discussion322-3

---

# American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

*sorted by Primary Author and Title*

---

**12052**   Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck. J Urol. 1990 Aug; 144: 319-22; discussion 322-3

**42389**   Arango, O. The use of salivary stimulant pastilles to improve compliance in women taking oxybutinin hydrochloride for detrusor instability. Br J Urol. 1998 Apr; 81: 652

**41614**   Arena, F., Romeo, C., Cruccetti, A., Antonuccio, P., Basile, M., Romeo, G. The neonatal management and surgical correction of urinary hydrometrocolpos caused by a persistent urogenital sinus. BJU Int. 1999 Dec; 84: 1063-8

**44565**   Arena, M. G., Di Rosa, A. E., Arcudi, L., Ruello, C., Magaudda, A., Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-9

**3416**   Arena, M.G., Di-Rosa, A.E., Arcudi, L., Ruello, C., Magaudda, A., and Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-49

**41794**   Arikan, N., Soygur, T., Selcuki, M., Erden, I., Gogus, O. Role of magnetic resonance imaging in children with voiding dysfunction: retrospective analysis of 81 patients. Urology. 1999 Jul; 54: 157-60; discussion 160-1

**40176**   Armstrong, D. N., Frankum, C., Schertzer, M. E., Ambroze, W. L., Orangio, G. R. Harmonic scalpel hemorrhoidectomy: five hundred consecutive cases. Dis Colon Rectum. 2002 Mar; 45: 354-9

**44883**   Arnold, M. W., Stewart, W. R., Aguilar, P. S. Rectocele repair. Four years' experience. Dis Colon Rectum. 1990 Aug; 33: 684-7

**43215**   Arnold, S., Hubler, M., Lott-Stolz, G., Rusch, P. Treatment of urinary incontinence in bitches by endoscopic injection of glutaraldehyde cross-linked collagen. J Small Anim Pract. 1996 Apr; 37: 163-8

**43552**   Aronovitch, S. A. A descriptive study of the career mobility of ET nurses. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 166-72

**11487**   Aronson, M. P., Bates, S. M., Jacoby, A. F., Chelmow, D., Sant, G. R. Periurethral and paravaginal anatomy: an endovaginal magnetic resonance imaging study. Am J Obstet Gynecol. 1995 Dec; 173: 1702-8; discussion 1708-10

**44335**   Arpa Gutierrez, J., Morales, C., Lara, M., Munoz, C., Garcia-Rojo, M., Caminero, A., Gutierrez, M. Type I familial amyloid polyneuropathy and pontine haemorrhage. Acta Neuropathol (Berl). 1993; 86: 542-5

**43857**   Arrowsmith, S. D. Genitourinary reconstruction in obstetric fistulas. J Urol. 1994 Aug; 152: 403-6

**31358**   Arrowsmith, S., Hamlin, E. C., Wall, L. L. Obstructed labor injury complex: obstetric fistula formation and the multifaceted morbidity of maternal birth trauma in the developing world. Obstet Gynecol Surv. 1996 Sep; 51: 568-74

**59257**   Artibani, W., Cerruto, M. A. The role of imaging in urinary incontinence. BJU Int. 2005 Apr; 95: 699-703

**56820**   Arunkalaivanan, A. S., Barrington, J. W. Questionnaire-based survey on obstetricians and gynaecologists' attitudes towards the surgical management of urinary incontinence in women during their childbearing years. Eur J Obstet Gynecol Reprod Biol. 2003 May 1; 108: 85-93

**53180**   Arunkalaivanan, A. S., Barrington, J. W. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 17-23; discussion 21-2

**10259**   Arvonen, T., Fianu-Jonasson, A., Tyni-Lenne, R. Effectiveness of two conservative modes of physical therapy in women with urinary stress incontinence. Neurourol Urodyn. 2001; 20: 591-9

**40484**   Arya, L. A., Jackson, N. D., Myers, D. L., Verma, A. Risk of new-onset urinary incontinence after forceps and vacuum delivery in primiparous women. Am J Obstet Gynecol. 2001 Dec; 185: 1318-23; discussion 1323-4

**41333**   Arya, L. A., Myers, D. L., Jackson, N. D. Dietary caffeine intake and the risk for detrusor instability: a case-control study. Obstet Gynecol. 2000 Jul; 96: 85-9

**10356**   Arya, L. A., Myers, D. L., Jackson, N. D. Office screening test for intrinsic urethral sphincter deficiency: pediatric Foley catheter test. Obstet Gynecol. 2001 Jun; 97: 885-9

---

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

41352   Asanuma, H., Nakai, H., Shishido, S., Tajima, E., Kawamura, T., Kawamura, T. Congenital vesicovaginal fistula. Int J Urol. 2000 May; 7: 195-8

41838   Asbury, N. Mines of information. Nurs Times. 1999 May 5-11; 95: 85-6

3981    Ashervath, J., Kizakipunner, K. Achieving continence in the confused elderly. Adv Clin Care. 1990 Jul-Aug; 5: 37-40

12093   Ashken, M. H. Follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1990 Feb; 65: 168-9

10347   Ashton-Miller, J. A., Howard, D., DeLancey, J. O. The functional anatomy of the female pelvic floor and stress continence control system. Scand J Urol Nephrol Suppl. 2001; : 1-7; discussion 106-25

44158   Ashworth, P. D., Hagan, M. T. The meaning of incontinence: a qualitative study of non-geriatric urinary incontinence sufferers. J Adv Nurs. 1993 Sep; 18: 1415-23

50960   Aslan, E., Beji, N. K., Coskun, A., Yalcin, O. An assessment of the importance of pad testing in stress urinary incontinence and the effects of incontinence on the life quality of women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 316-9; discussion 320

11242   Aslan, P., Woo, H. H. Ureteric injury following laparoscopic colposuspension. Br J Obstet Gynaecol. 1997 Feb; 104: 266-8

10931   Atahan, O., Kayigil, O., Metin, A. Modified four corner bladder neck suspension in anatomical stress incontinence with moderate cystocele. Int Urol Nephrol. 1998; 30: 439-44

41953   Atala, A. Future perspectives in reconstructive surgery using tissue engineering. Urol Clin North Am. 1999 Feb; 26: 157-65, ix-x

59048   Atala, A. What's new in urology. J Am Coll Surg. 2004 Sep; 199: 446-61

44422   Atala, A., Bauer, S. B., Dyro, F. M., Shefner, J., Shillito, J., Sathi, S., Scott, R. M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-4

3300    Atala, A., Bauer, S.B., Dyro, F.M., Shefner, J., Shillito, J., Sathi, S., and Scott, R.M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-594

11126   Atalan, G., Holt, P. E., Barr, F. J. Relationships between urethrovesical angles and urinary incontinence due to urethral sphincter mechanism incompetence in bitches. J Small Anim Pract. 1997 Dec; 38: 551-3

42340   Atalan, G., Holt, P. E., Barr, F. J. Ultrasonographic assessment of bladder neck mobility in continent bitches and bitches with urinary incontinence attributable to urethral sphincter mechanism incompetence. Am J Vet Res. 1998 Jun; 59: 673-9

10625   Atan, A., Basar, M. M. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 130-2

41745   Atan, A., Konety, B. R., Erickson, J. R., Yokoyama, T., Kim, D. Y., Chancellor, M. B. Tolterodine for overactive bladder: time to onset of action, preferred dosage, and 3-month follow-up. Tech Urol. 1999 Jun; 5: 67-70

41697   Atan, A., Konety, B. R., Nangia, A., Chancellor, M. B. Advantages and risks of ileovesicostomy for the management of neuropathic bladder. Urology. 1999 Oct; 54: 636-40

10786   Athanasiou, S., Khullar, V., Boos, K., Salvatore, S., Cardozo, L. Imaging the urethral sphincter with three-dimensional ultrasound. Obstet Gynecol. 1999 Aug; 94: 295-301

52120   Athanasopoulos, A., Barlas, P., Perimenis, P., Dimitrakopoulos, S., Markou, S., Gianitsas, K., Gyftopoulos, K., Hatzipapas, J., Barbalias, G. Long-term results of transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy. Urol Int. 2003; 71: 41-4

11443   Athanassopoulos, A., Barbalias, G. Burch colposuspension versus stamey endoscopic bladder neck suspension: a urodynamic appraisal. Urol Int. 1996; 56: 23-7

**Appendix A5 - Bibliography sorted by Primary Author**

Case 2:12-md-02327 Document 3080-40 Filed 05/13/19 Page 191 of 300 PageID #: 202650

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

11732    Athanassopoulos, A., Melekos, M. D., Speakman, M., Perimenis, P., Markou, S., Barbalias, G. A. Stamey endoscopic vesical neck suspension in female urinary stress incontinence: results and changes in various urodynamic parameters. Int Urol Nephrol. 1994; 26: 293-9

11750    Athanassopoulos, A., Melekos, M., Perimenis, P., Markou, S., Speakman, M., Barbalias, G. Evaluation of urodynamic parameters following Burch colposuspension. Urol Int. 1994; 53: 150-4

11623    Athanassopoulos, A., Perimenis, P., Markou, S., Melekos, M., Barbalias, G. Prognostic factors for the operative correction of stress urinary incontinence. Int Urol Nephrol. 1995; 27: 43-9

10490    Atherton, M. J., Stanton, S. L. A comparison of bladder neck movement and elevation after tension-free vaginal tape and colposuspension. BJOG. 2000 Nov; 107: 1366-70

41234    Atkinson, M. Decisions on euthanasia. Vet Rec. 2000 Jul 15; 147: 82

42059    Augsburger, H. R., Cruz-Orive, L. M. Influence of ovariectomy on the canine striated external urethral sphincter (M. urethralis): a stereological analysis of slow and fast twitch fibres. Urol Res. 1998; 26: 417-22

43693    Augsburger, H. R., Cruz-Orive, L. M. Stereological analysis of the urethra in sexually intact and spayed female dogs. Acta Anat (Basel). 1995; 154: 135-42

59019    Aukee, P., Immonen, P., Laaksonen, D. E., Laippala, P., Penttinen, J., Airaksinen, O. The effect of home biofeedback training on stress incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 973-7

53560    Aukee, P., Immonen, P., Penttinen, J., Laippala, P., Airaksinen, O. Increase in pelvic floor muscle activity after 12 weeks' training: a randomized prospective pilot study. Urology. 2002 Dec; 60: 1020-3; discussion 1023-4

52760    Aukee, P., Penttinen, J., Airaksinen, O. The effect of aging on the electromyographic activity of pelvic floor muscles. A comparative study among stress incontinent patients and asymptomatic women. Maturitas. 2003 Apr 25; 44: 253-7

50630    Aungst, M., Wagner, M. Foley balloon to tamponade bleeding in the retropubic space. Obstet Gynecol. 2003 Nov; 102: 1037-8

42672    Austin, P. F., DeLeary, G., Homsy, Y. L., Persky, L., Lockhart, J. L. Long-term metabolic advantages of a gastrointestinal composite urinary reservoir. J Urol. 1997 Nov; 158: 1704-7; discussion 1707-8

10352    Austin, P. F., Westney, O. L., Leng, W. W., McGuire, E. J., Ritchey, M. L. Advantages of rectus fascial slings for urinary incontinence in children with neuropathic bladders. J Urol. 2001 Jun; 165: 2369-71; discussion 2371-2

42793    Austin, P., Spyropoulos, E., Arango, H., Fiorica, J., Homsy, Y., Lockhart, J. The failed anti-incontinence mechanism: a flap valve or cecal wrap for surgical reconstruction. J Urol. 1997 May; 157: 1638-41

11374    Austin, P., Spyropoulos, E., Lotenfoe, R., Helal, M., Hoffman, M., Lockhart, J. L. Urethral obstruction after anti-incontinence surgery in women: evaluation, methodology, and surgical results. Urology. 1996 Jun; 47: 890-4

44038    Autret, E., Jonville, A. P., Dutertre, J. P., Bertiere, M. C., Robert, M., Averous, M., Couet, W. Plasma levels of oxybutynine chloride in children. Eur J Clin Pharmacol. 1994; 46: 83-5

10015    Autry, M. G., Davis, J. W., Sanders, R. Type III stress urinary incontinence: response to interdisciplinary pelvic physiotherapy. Urol Nurs. 2002 Aug; 22: 251-5

43210    Avanoglu, A., Ulman, I., Herek, O., Ozok, G., Gokdemir, A. Posterior urethral injuries in children. Br J Urol. 1996 Apr; 77: 597-600

59074    Avery, J. C., Gill, T. K., MacLennan, A. H., Chittleborough, C. R., Grant, J. F., Taylor, A. W. The impact of incontinence on health-related quality of life in a South Australian population sample. Aust N Z J Public Health. 2004 Apr; 28: 173-9

11050    Awad, S. A., Al-Zahrani, H. M., Gajewski, J. B., Bourque-Kehoe, A. A. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Apr; 81: 569-73

11910    Awad, S. A., Gajewski, J. B., Katz, N. O., Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-7

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 192 of 300 PageID #: 202651

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**3447**    Awad, S.A., Gajewski, J.B., Katz, N.O., and Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-357

**40668**    Ayan, S., Gokce, G., Kilicarslan, H., Kaya, K., Gultekin, E. Y. An unusual cause of incontinence: urethral coitus. Scand J Urol Nephrol. 2001 Jun; 35: 254

**41649**    Aygen, E. M., Ekmekcioglu, O., Basbug, M. The menopause and bladder weight. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 316-20

**40846**    Aylett, V., Lynch, O. Catheterisation in elderly women is no 'easy' option. BMJ. 2001 Apr 21; 322: 997

**40880**    Azam, U., Castleden, M., Turner, D. Economics of lower urinary tract symptoms (LUTS) in older people. Drugs Aging. 2001; 18: 213-23

**10314**    Azam, U., Frazer, M. I., Kozman, E. L., Ward, K., Hilton, P., Rane, A. The tension-free vaginal tape procedure in women with previous failed stress incontinence surgery. J Urol. 2001 Aug; 166: 554-6

**10527**    Baba, T., Koizumi, M., Tanaka, R., Yamashita, S., Noda, M., Yamanaka, I., Suzuki, T., Ito, E., Kudo, R. Surgical management of genital prolapse: is chain cystourethrography useful for evaluating anatomical corrections and urinary symptoms after surgery?. J Obstet Gynaecol Res. 2000 Aug; 26: 289-94

**11483**    Bachmann, G. The estradiol vaginal ring--a study of existing clinical data. Maturitas. 1995 Dec; 22 Suppl: S21-9

**43392**    Bachmann, G. Urogenital ageing: an old problem newly recognized. Maturitas. 1995 Dec; 22 Suppl: S1-S5

**53040**    Bachmann, G., Wiita, B. External occlusive devices for management of female urinary incontinence. J Womens Health (Larchmt). 2002 Nov; 11: 793-800

**4019**    Bachor, R., Frohneberg, D., Miller, K., Egghart, G., and Hautmann, R. Continence after total bladder replacement: urodynamic analysis of the ileal neobladder. Br J Urol. 1990 May; 65: 462-466

**31900**    Backer, M. H., Jr Success with sacrospinous suspension of the prolapsed vaginal vault. Surg Gynecol Obstet. 1992 Nov; 175: 419-20

**59077**    Bader, A. A., Tamussino, K. F., Winter, R. Placement of a retropubic drain with the tension-free vaginal tape operation. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 101-3

**10173**    Bae, J. H., Moon, D. G., Lee, J. G. The effects of a selective noradrenaline reuptake inhibitor on the urethra: an in vitro and in vivo study. BJU Int. 2001 Nov; 88: 771-5

**55260**    Baessler, K., Schuessler, B. Childbirth-induced trauma to the urethral continence mechanism: review and recommendations. Urology. 2003 Oct; 62: 39-44

**59135**    Baessler, K., Stanton, S. L. Does Burch colposuspension cure coital incontinence?. Am J Obstet Gynecol. 2004 Apr; 190: 1030-3

**59173**    Bafghi, A., Benizri, E. I., Trastour, C., Benizri, E. J., Michiels, J. F., Bongain, A. Multifilament polypropylene mesh for urinary incontinence: 10 cases of infections requiring removal of the sling. BJOG. 2005 Mar; 112: 376-8

**11768**    Bagi, P., Thind, P., Colstrup, H. In vivo evaluation of visco-elasticity in a biological tube. Part 1. Stress relaxation in the female urethra studied by cross-sectional area and pressure measurements. Med Biol Eng Comput. 1993 Nov; 31: 576-9

**59280**    Bahl, R., Strachan, B., Murphy, D. J. Pelvic floor morbidity at 3 years after instrumental delivery and cesarean delivery in the second stage of labor and the impact of a subsequent delivery. Am J Obstet Gynecol. 2005 Mar; 192: 789-94

**42500**    Bahnson, R. R. Urology. J Am Coll Surg. 1998 Feb; 186: 241-6

**51180**    Bai, S. W., Chung, K. A., Rha, K. H., Kim, S. U., Kim, S. K., Park, K. H. Correlation between urodynamic test results, perineal ultrasound and degree of stress urinary incontinence. J Reprod Med. 2003 Sep; 48: 718-22

**10034**    Bai, S. W., Jeon, M. J., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Relationship between stress urinary incontinence and pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 256-60; discussion 260

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

52690  Bai, S. W., Jung, B. H., Chung, B. C., Kim, S. U., Kim, J. Y., Rha, K. H., Cho, J. S., Park, Y. W., Park, K. H. Relationship between urinary profile of the endogenous steroids and postmenopausal women with stress urinary incontinence. Neurourol Urodyn. 2003; 22: 198-205

53110  Bai, S. W., Kang, S. H., Kim, S. K., Kim, J. Y., Park, K. H. The effect of pelvic organ prolapse on lower urinary tract function. Yonsei Med J. 2003 Feb; 44: 94-8

59044  Bai, S. W., Kim, B. J., Kim, S. K., Park, K. H. Comparison of outcomes between Burch colposuspension with and without concomitant abdominal hysterectomy. Yonsei Med J. 2004 Aug 31; 45: 665-70

59133  Bai, S. W., Lee, J. W., Shin, J. S., Park, J. H., Kim, S. K., Park, K. H. The predictive values of various parameters in the diagnosis of stress urinary incontinence. Yonsei Med J. 2004 Apr 30; 45: 287-92

53080  Bai, S. W., Roh, J. L., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Outcomes and surgical therapeutic index of Burch colposuspension in stress urinary incontinence. J Reprod Med. 2003 Feb; 48: 102-6

41810  Baines, S. J., Speakman, A. J., Williams, J. M., Cheeseman, M. T. Genitourinary dysplasia in a cat. J Small Anim Pract. 1999 Jun; 40: 286-90

10102  Bakas, P., Liapis, A., Creatsas, G. Q-tip test and tension-free vaginal tape in the management of female patients with genuine stress incontinence. Gynecol Obstet Invest. 2002; 53: 170-3

10395  Bakas, P., Liapis, A., Karandreas, A., Creatsas, G. Pudendal nerve terminal motor latency in women with genuine stress incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 187-90

43579  Baker, D. I., Bice, T. W. The influence of urinary incontinence on publicly financed home care services to low-income elderly people. Gerontologist. 1995 Jun; 35: 360-9

43270  Baker, J., Norton, P. Evaluation of absorbent products for women with mild to moderate urinary incontinence. Appl Nurs Res. 1996 Feb; 9: 29-33

11909  Baker, K. R., Drutz, H. P. Age as a risk factor in major genitourinary surgery. Can J Surg. 1992 Apr; 35: 188-91

42709  Balcom, A. H., Wiatrak, M., Biefeld, T., Rauen, K., Langenstroer, P. Initial experience with home therapeutic electrical stimulation for continence in the myelomeningocele population. J Urol. 1997 Sep; 158: 1272-6

11238  Baldwin, D. D., Hadley, H. R. Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1997 Mar; 157: 952

54110  Bale, S., Tebble, N., Jones, V., Price, P. The benefits of implementing a new skin care protocol in nursing homes. J Tissue Viability. 2004 Apr; 14: 44-50

11198  Ball, T. P., Jr, Teichman, J. M., Sharkey, F. E., Rogenes, V. J., Adrian, E. K., Jr Terminal nerve distribution to the urethra and bladder neck: considerations in the management of stress urinary incontinence. J Urol. 1997 Sep; 158: 827-9

59151  Ballagh, S. A. Vaginal hormone therapy for urogenital and menopausal symptoms. Semin Reprod Med. 2005 May; 23: 126-40

10782  Ballanger, P., Rischmann, P. Female urinary incontinence. An overview of a report presented to the French Urological Association. Eur Urol. 1999 Sep; 36: 165-74

54890  Balmforth, J., Cardozo, L. Assessment of urinary incontinence. J Br Menopause Soc. 2003 Sep; 9: 111-6

51230  Balmforth, J., Cardozo, L. D. Trends toward less invasive treatment of female stress urinary incontinence. Urology. 2003 Oct; 62: 52-60

3826  Bander, N.H. Initial results with slightly modified Kock pouch. Urology. 1991 Feb; 37: 100-105

41264  Banerjee, N., Deka, D., Roy, K. K., Takkar, D. Vesicocervical fistula: an unusual presentation. Aust N Z J Obstet Gynaecol. 2000 May; 40: 219-20

44752  Banks, S. E., Fleming, I. R., Browning, T. N. Urinary incontinence in a bitch caused by vaginoureteral fistulation. Vet Rec. 1991 Feb 2; 128: 108

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

43697   Baradnay, G., Kiss, A., Scultety, A. The results and failures of creating a pelvic reservoir in oncology (surgery, urology). Acta Chir Hung. 1995-96; 35: 119-27

44681   Baraldi, M., Zanoli, P., Truzzi, C., Paro, M., Italiano, G., Prosdocimi, M. Urine retention due to intra-spinal cord injection of colchicine in rats: improved recovery of bladder function by monosialoganglioside GM1 and nerve growth factor administration. Funct Neurol. 1991 Jul-Sep; 6: 235-8

43655   Baram, D. A. Hypnosis in reproductive health care: a review and case reports. Birth. 1995 Mar; 22: 37-42

11043   Barbalias, G. A., Liatsikos, E. N., Athanasopoulos, A. Gore-Tex sling urethral suspension in type III female urinary incontinence: clinical results and urodynamic changes. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 344-50

42327   Barbalias, G. A., Nikiforidis, G., Liatsikos, E. N. Vesicourethral dysfunction associated with multiple sclerosis: clinical and urodynamic perspectives. J Urol. 1998 Jul; 160: 106-11

11273   Barbalias, G., Liatsikos, E., Barbalias, D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol. 1997; 31: 394-400

40481   Barber, M. D., Kuchibhatla, M. N., Pieper, C. F., Bump, R. C. Psychometric evaluation of 2 comprehensive condition-specific quality of life instruments for women with pelvic floor disorders. Am J Obstet Gynecol. 2001 Dec; 185: 1388-95

10200   Barber, M. D., Visco, A. G., Wyman, J. F., Fantl, J. A., Bump, R. C. Sexual function in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 2002 Feb; 99: 281-9

10626   Barbic, M., Kralj, B. Effect of intra-abdominal position of the bladder neck and stability of its supporting structures on pressure transmission ratio after colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 97-102

52250   Barbic, M., Kralj, B., Cor, A. Compliance of the bladder neck supporting structures: importance of activity pattern of levator ani muscle and content of elastic fibers of endopelvic fascia. Neurourol Urodyn. 2003; 22: 269-76

42853   Bardoux, N., Leroi, A. M., Touchais, J. Y., Weber, J., Denis, P. Difficult defaecation and/or faecal incontinence as a presenting feature of neurologic disorders in four patients. Neurogastroenterol Motil. 1997 Mar; 9: 13-8

59075   Bardsley, A. Key trends in the management and treatment of stress urinary incontinence. Prof Nurse. 2004 Jun; 19: 30-2

 4084   Barer, D.H. The influence of visual and tactile inattention on predictions for recovery from acute stroke. Q J Med. 1990 Jan; 74: 21-32

43652   Barger, M., Woolner, B. Primary care for women. Assessment and management of genitourinary tract disorders. J Nurse Midwifery. 1995 Mar-Apr; 40: 231-45

10433   Barker, G. K. It is possible to perform a sacrospinous colpopexy via the incision of an anterior vaginal repair alone if a posterior repair is not required. Aust N Z J Obstet Gynaecol. 2000 Nov; 40: 477

11453   Barlas, P., Hatzipapas, J., Bias, A., Athanasopoulos, A. Transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 20-3

10111   Barnes, N. M., Dmochowski, R. R., Park, R., Nitti, V. W. Pubovaginal sling and pelvic prolapse repair in women with occult stress urinary incontinence: effect on postoperative emptying and voiding symptoms. Urology. 2002 Jun; 59: 856-60

41313   Barnes, T. R., McPhillips, M. A. Critical analysis and comparison of the side-effect and safety profiles of the new antipsychotics. Br J Psychiatry Suppl. 1999; : 34-43

11792   Barnick, C. G., Cardozo, L. D. A comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1993 Aug; 100: 754-7

11793   Barnick, C. G., Cardozo, L. D. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence: an electromyographic study. Br J Obstet Gynaecol. 1993 Aug; 100: 750-3

10538   Barranger, E., Fritel, X., Kadoch, O., Liou, Y., Pigne, A. Results of transurethral injection of silicone micro-implants for females with intrinsic sphincter deficiency. J Urol. 2000 Nov; 164: 1619-22

---

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 215 of 300 PageID #: 202654

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 44140 | Barrett, D. M., Parulkar, B. G., Kramer, S. A. Experience with AS 800 artificial sphincter in pediatric and young adult patients. Urology. 1993 Oct; 42: 431-6 |
| 44356 | Barrett, J. A., Banks, A., Roe, B. Urodynamic investigation in elderly women. BMJ. 1992 Dec 5; 305: 1438 |
| 3177 | Barrett, J.A., Banks, A., and Roe, B. Urodynamic investigation in elderly women [letter]. Bmj. 1992 Dec 5; 305: 1438 |
| 3682 | Barrett, J.A., Oldham, J.A. Physiotherapy for stress urinary incontinence [letter; comment]. Bmj. 1991 May 18; 302: 1208 |
| 59041 | Barrington, J. W., Abdel-Fattah, M., Arunkalaivanan, A. S., Austin, S., Isaacs, J. Longitudinal study of Pelvicol pubovaginal slings using magnetic resonance imaging. J Obstet Gynaecol. 2004 Aug; 24: 542-6 |
| 10051 | Barrington, J. W., Arunkalaivanan, A. S., Swart, M. Post-colposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 187-8 |
| 10541 | Barrington, J. W., Edwards, G. Posthysterectomy vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 241-5 |
| 10057 | Barrington, J. W., Edwards, G., Arunkalaivanan, A. S., Swart, M. The use of porcine dermal implant in a minimally invasive pubovaginal sling procedure for genuine stress incontinence. BJU Int. 2002 Aug; 90: 224-7 |
| 11604 | Barrington, J. W., Roberts, A. Burch colposuspension facilitated by means of the Ferguson speculum. Br J Urol. 1995 Feb; 75: 242-3 |
| 50330 | Barroso, J. C., Ramos, J. G., Martins-Costa, S., Sanches, P. R., Muller, A. F. Transvaginal electrical stimulation in the treatment of urinary incontinence. BJU Int. 2004 Feb; 93: 319-23 |
| 41983 | Barroso, U.,  Jr, Duel, B., Barthold, J. S., Gonzalez, R. Orthotopic urethral substitution in female patients using the mitrofanoff principle. J Urol. 1999 Jan; 161: 251-3 |
| 40658 | Barroso, U.,  Jr, Jednak, R., Barthold, J. S., Gonzalez, R. Outcome of ureteral reimplantation in children with the urge syndrome. J Urol. 2001 Sep; 166: 1031-5 |
| 3272 | Barrows, B., Bavendam, T., and Leach, G.E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-285 |
| 11872 | Barrows, B., Bavendam, T., Leach, G. E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-5 |
| 42999 | Bartels, R. H., de Vries, J. Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?. Can J Neurol Sci. 1996 Nov; 23: 296-9 |
| 42825 | Bartels, R. H., van Overbeeke, J. J. Lumbar cerebrospinal fluid drainage for symptomatic sacral nerve root cysts: an adjuvant diagnostic procedure and/or alternative treatment? Technical case report. Neurosurgery. 1997 Apr; 40: 861-4; discussion 864-5 |
| 59335 | Barth, A., Reichler, I. M., Hubler, M., Hassig, M., Arnold, S. Evaluation of long-term effects of endoscopic injection of collagen into the urethral submucosa for treatment of urethral sphincter incompetence in female dogs: 40 cases (1993-2000). J Am Vet Med Assoc. 2005 Jan 1; 226: 73-6 |
| 40229 | Barthet, M., Bellon, P., Abou, E., Portier, F., Berdah, S., Lesavre, N., Orsoni, P., Bouvier, M., Grimaud, J. C. Anal endosonography for assessment of anal incontinence with a linear probe: relationships with clinical and manometric features. Int J Colorectal Dis. 2002 Mar; 17: 123-8 |
| 11354 | Bartholomew, B., Grimaldi, T. Collagen injection therapy for type III stress urinary incontinence. AORN J. 1996 Jul; 64: 75-83, 85-6 |
| 41896 | Bartholomew, J. District nursing. What they really, really want. Nurs Times. 1999 Mar 24-30; 95: 30-1 |
| 40417 | Barton, D. L., Loprinzi, C., Gostout, B. Current management of menopausal symptoms in cancer patients. Oncology (Huntingt). 2002 Jan; 16: 67-72, 74; discussion 75-6, 79-80 |
| 42907 | Basar, H., Aydoganli, L., Yuksel, M., Basar, M., Akdemir, G., Kaptanoglu, E. The outcome of urological findings in operated tethered cord patients. Int Urol Nephrol. 1997; 29: 167-71 |

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 196 of 300 PageID #: 202655

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 40213 | Baseman, A. G., Baseman, J. G., Zimmern, P. E., Lemack, G. E. Effect of 6F urethral catheterization on urinary flow rates during repeated pressure-flow studies in healthy female volunteers. Urology. 2002 Jun; 59: 843-6 |
| 10079 | Baseman, A. G., Lemack, G. E. Practical outcome measures for assessing efficacy of incontinence procedures. Curr Urol Rep. 2001 Oct; 2: 407-12 |
| 10600 | Bash, K. L. Review of vaginal pessaries. Obstet Gynecol Surv. 2000 Jul; 55: 455-60 |
| 55170 | Basinski, C., Fuller, E., Brizendine, E. J., Benson, J. T. Bladder-anal reflex. Neurourol Urodyn. 2003; 22: 683-6 |
| 40153 | Baskerville, J. R., McAninch, S. A. Focal lingual dystonia, urinary incontinence, and sensory deficits secondary to low voltage electrocution: case report and literature review. Emerg Med J. 2002 Jul; 19: 368-71 |
| 42129 | Baskin, L. S. Case no. 2. Right-sided single system ureterocele. Tech Urol. 1998 Sep; 4: 152-3 |
| 11987 | Bass, J. S., Leach, G. E. Surgical treatment of concomitant urethral diverticulum and stress incontinence. Urol Clin North Am. 1991 May; 18: 365-73 |
| 40854 | Bass, J., Rubin, S. Z., Walton, J. M., Cada, M. Combined posterior sagittal and three-flap anoplasty in the repair of anorectal anomalies. J Pediatr Surg. 2001 May; 36: 711-4 |
| 41319 | Bassili, A., Zaki, A., Zaher, S. R., El-Sawy, I. H., Ahmed, M. H., Omar, M., Omar, T., Bedwani, R. N., Davies, C., Tognoni, G. Quality of care of children with chronic diseases in Alexandria, Egypt: the models of asthma, type I diabetes, epilepsy, and rheumatic heart disease. Egyptian-Italian Collaborative Group on Pediatric Chronic Diseases. Pediatrics. 2000 Jul; 106: E12 |
| 3205 | Bassiouny, I.E. Continent urinary reservoir in exstrophy/epispadias complex. Br J Urol. 1992 Nov; 70: 558-562 |
| 57920 | Bates, F. Assessment of the female patient with urinary incontinence. Urol Nurs. 2002 Oct; 22: 305-13, 317; quiz 314 |
| 57280 | Bates-Jensen, B. M., Alessi, C. A., Al-Samarrai, N. R., Schnelle, J. F. The effects of an exercise and incontinence intervention on skin health outcomes in nursing home residents. J Am Geriatr Soc. 2003 Mar; 51: 348-55 |
| 10522 | Batislam, E., Germiyanoglu, C., Erol, D. Simplification of laparoscopic extraperitoneal colposuspension: results of two-port technique. Int Urol Nephrol. 2000; 32: 47-51 |
| 43475 | Batista, J. E., Bauer, S. B., Shefner, J. M., Kelly, M. D., Darbey, M. D., Siroky, M. B. Urodynamic findings in children with spinal cord ischemia. J Urol. 1995 Sep; 154: 1183-7 |
| 42289 | Batista, J. E., Caffaratti, J., Arano, P., Regalado, R., Garat, J. M. The reliability of cysto-urethrographic signs in the diagnosis of detrusor instability in children. Br J Urol. 1998 Jun; 81: 900-4 |
| 11120 | Batra, A. K., Mathews, R., Lopresti, A. Initial experience with the modified vaginal wall sling in the treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 209-12 |
| 12094 | Battcock, T. M., Castleden, C. M. Pharmacological treatment of urinary incontinence. Br Med Bull. 1990 Jan; 46: 147-55 |
| 40816 | Bau, M. O., Younes, S., Aupy, A., Bernuy, M., Rouffet, M. J., Yepremian, D., Lottmann, H. B. The Malone antegrade colonic enema isolated or associated with urological incontinence procedures: evaluation from patient point of view. J Urol. 2001 Jun; 165: 2399-403 |
| 55640 | Bauer, S. B. The management of the myelodysplastic child: a paradigm shift. BJU Int. 2003 Oct; 92 Suppl 1: 23-8 |
| 3646 | Baum, N., Suarez, G., and Appell, R.A. Urinary incontinence. Not a 'normal' part of aging [see comments]. Postgrad Med. 1991 Aug; 90: 99-102,107-9 |
| 44659 | Baum, N., Suarez, G., Appell, R. A. Urinary incontinence. Not a 'normal' part of aging. Postgrad Med. 1991 Aug; 90: 99-102, 107-9 |
| 54950 | Baumgarten, M., Margolis, D., Gruber-Baldini, A. L., Zimmerman, S., German, P., Hebel, J. R., Magaziner, J. Pressure ulcers and the transition to long-term care. Adv Skin Wound Care. 2003 Nov; 16: 299-304 |
| 42847 | Bavendam, T. G. Female incontinence. J Urol. 1997 Mar; 157: 828-9 |

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 11471 | Bavendam, T. G. Incontinence--lower urinary tract dysfunction and urodynamic evaluations. J Urol. 1996 Jan; 155: 286-7 |
| 12082 | Bavendam, T. G. Stress urinary incontinence in women. J Enterostomal Ther. 1990 Mar-Apr; 17: 57-66 |
| 44022 | Bax, M. Bladder and bowel. Dev Med Child Neurol. 1994 Jan; 36: 1-2 |
| 3997 | Bax, M. Managing incontinence [editorial]. Dev Med Child Neurol. 1990 Jun; 32: 471-472 |
| 41197 | Bayles, K. A., Tomoeda, C. K., Cruz, R. F., Mahendra, N. Communication abilities of individuals with late-stage Alzheimer disease. Alzheimer Dis Assoc Disord. 2000 Jul-Sep; 14: 176-81 |
| 40351 | Bayliss, V., Cherry, M., Locke, R., Salter, L. Pathways for continence care: background and audit. Br J Nurs. 2000 May 11-24; 9: 590-2, 594, 596 |
| 40574 | Bayraktar, Z., Sevin, G., Gurbuz, G., Tasci, A. I. Ileal orthotopic neobladder in women: the first experiences from Turkey and our modifications. Int Urol Nephrol. 2001; 32: 371-5 |
| 4067 | Beadle, J., de-Laine, C., and Morgan, S. Continence: a new regional model. Nurs Times. 1990 Apr 18-24; 86: 71-73 |
| 57240 | Bean, J. F., Kiely, D. K., Cairns, K. D., Morris, J. N. Influence of poststroke urinary incontinence on disability: the nursing home setting. Am J Phys Med Rehabil. 2003 Mar; 82: 175-81 |
| 42773 | Bear, M., Dwyer, J. W., Benveneste, D., Jett, K., Dougherty, M. Home-based management of urinary incontinence: a pilot study with both frail and independent elders. J Wound Ostomy Continence Nurs. 1997 May; 24: 163-71 |
| 11690 | Beck, R. O., Betts, C. D., Fowler, C. J. Genitourinary dysfunction in multiple system atrophy: clinical features and treatment in 62 cases. J Urol. 1994 May; 151: 1336-41 |
| 11933 | Beck, R. P., McCormick, S., Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-8 |
| 3572 | Beck, R.P. Detrusor instability: diagnosis and therapy. Curr Opin Obstet Gynecol. 1990 Aug; 2: 591-598 |
| 3555 | Beck, R.P., McCormick, S., and Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-1018 |
| 40584 | Beck, S. D., Koch, M. O. Spiral ileal neobladder substitution with orthotopic ureteral reimplantation: early results. Tech Urol. 2001 Sep; 7: 223-8 |
| 43810 | Becker, K., Enck, P., Wilhelm, K., Fischer, H., Lubke, H. J. Colonic and anorectal dysfunction in a patient with the tethered cord syndrome. Am J Gastroenterol. 1994 Sep; 89: 1564-8 |
| 11892 | Beckingham, I. J., Wemyss-Holden, G., Lawrence, W. T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-3 |
| 3309 | Beckingham, I.J., Wemyss-Holden, G., and Lawrence, W.T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-583 |
| 11428 | Beco, J. Functional sonography of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 270-3 |
| 43594 | Beco, J. Reducing uncertainty for vesico-urethral sonography in women. Acta Urol Belg. 1995 May; 63: 13-29 |
| 11741 | Beco, J., Leonard, D., Lambotte, R. Study of the artefacts induced by linear array transvaginal ultrasound scanning in urodynamics. World J Urol. 1994; 12: 329-32 |
| 11018 | Beco, J., Leonard, D., Leonard, F. Study of the female urethra's submucous vascular plexus by color Doppler. World J Urol. 1998; 16: 224-8 |
| 40387 | Beer-Gabel, M., Teshler, M., Barzilai, N., Lurie, Y., Malnick, S., Bass, D., Zbar, A. Dynamic transperineal ultrasound in the diagnosis of pelvic floor disorders: pilot study. Dis Colon Rectum. 2002 Feb; 45: 239-45; discussion 245-8 |

**American Urological Association, Inc.**

SUI Guidelines Panel

42852    Beguin, A. M., Combes, T., Lutzler, P., Laffond, G., Belmin, J. Health education improves older subjects' attitudes toward urinary incontinence and access to care: a randomized study in sheltered accommodation centers for the aged. J Am Geriatr Soc. 1997 Mar; 45: 391-2

42074    Beheshti, P., Fonteyn, M. Role of the advanced practice nurse in continence care in the home. AACN Clin Issues. 1998 Aug; 9: 389-95

43982    Beier-Holgersen, R., Kirkeby, L. T., Nordling, J. 'Clam' ileocystoplasty. Scand J Urol Nephrol. 1994 Mar; 28: 55-8

11395    Beizer, J. L. Urinary incontinence in women: a review for the pharmacist. J Am Pharm Assoc (Wash). 1996 Mar; NS36: 196-202

51370    Beji, N. K., Yalcin, O., Erkan, H. A. The effect of pelvic floor training on sexual function of treated patients. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 234-8; discussion 238

11202    Belair, G., Tessier, J., Bertrand, P. E., Schick, E. Retropubic cystourethropexy: is it an obstructive procedure?. J Urol. 1997 Aug; 158: 533-8

4131    Bellin, C. Relocating adult day care: its impact on persons with dementia. J Gerontol Nurs. 1990 Mar; 16: 11-14

11038    Bellin, P., Smith, J., Poll, W., Bogojavlensky, S., Knoll, D., Childs, S., Tuttle, J., Barada, J., Dann, J. Results of a multicenter trial of the CapSure (Re/Stor) Continence shield on women with stress urinary incontinence. Urology. 1998 May; 51: 697-706

41918    Bellina, J., Kelly, R., Sartin, B. A unique cause of unconscious urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 36-8

3187    Belloli, G., Campobasso, P., and Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-1464

44373    Belloli, G., Campobasso, P., Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-4

42865    Belmin, J. Urine sampling methods in the elderly. Drugs Aging. 1997 Feb; 10: 167

44111    Belmin, J., Hervias, Y., Avellano, E., Oudart, O., Durand, I. Reliability of sampling urine from disposable diapers in elderly incontinent women. J Am Geriatr Soc. 1993 Nov; 41: 1182-6

44352    Belville, W. D., Swierzewski, S. J., 3rd, Wedemeyer, G., McGuire, E. J. Fiberoptic microtransducer pressure technology: urodynamic implications. Neurourol Urodyn. 1993; 12: 171-8

52210    Bemelmans, B. L., Chapple, C. R. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?. Curr Opin Urol. 2003 Jul; 13: 301-7

41356    Bemelmans, B. L., Kiemeney, L. A., Debruyne, F. M. Low-dose oxybutynin for the treatment of urge incontinence: good efficacy and few side effects. Eur Urol. 2000 Jun; 37: 709-13

3123    Benarroch, E.E., Chang, F.L. Central autonomic disorders. J Clin Neurophysiol. 1993 Jan; 10: 39-50

12114    Benassayag, E. Simple surgical procedure for urinary stress incontinence. Eur Urol. 1990; 18: 68-70

3537    Benbow, S., Sangster, G., and Barer, D. Incontinence after stroke [letter; comment]. Lancet. 1991 Dec 21-28; 338: 1602-1603

43229    Ben-Chaim, J., Jeffs, R. D., Reiner, W. G., Gearhart, J. P. The outcome of patients with classic bladder exstrophy in adult life. J Urol. 1996 Apr; 155: 1251-2

3210    Bender, P. Deceptive distress in the elderly. Am J Nurs. 1992 Oct; 92: 28-32

11629    Benderev, T. V. A modified percutaneous outpatient bladder neck suspension system. J Urol. 1994 Dec; 152: 2316-20

11864    Benderev, T. V. Anchor fixation and other modifications of endoscopic bladder neck suspension. Urology. 1992 Nov; 40: 409-18

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 59125 | Benedetti-Panici, P., Zullo, M. A., Plotti, F., Manci, N., Muzii, L., Angioli, R. Long-term bladder function in patients with locally advanced cervical carcinoma treated with neoadjuvant chemotherapy and type 3-4 radical hysterectomy. Cancer. 2004 May 15; 100: 2110-7 |
| 11313 | Benizri, E. J., Volpe, P., Pushkar, D., Chevallier, D., Amiel, J., Sanian, H., Toubol, J. A new vaginal procedure for cystocele repair and treatment of stress urinary incontinence. J Urol. 1996 Nov; 156: 1623-5 |
| 10682 | Benjamin, C. R., Hearon, C. M. Urinary continence in women during centrifuge exposure to high +Gz. Aviat Space Environ Med. 2000 Feb; 71: 131-6 |
| 11473 | Bennett, C. J. The evolving importance of neurourology and urodynamics. J Urol. 1996 Jan; 155: 275-6 |
| 43607 | Bennett, C. J., Young, M. N., Adkins, R. H., Diaz, F. Comparison of bladder management complication outcomes in female spinal cord injury patients. J Urol. 1995 May; 153: 1458-60 |
| 42819 | Bennett, J. K., Foote, J. E., King, T. L. Treating urinary incontinence in the elderly population: accepting the challenge. J Med Assoc Ga. 1997 Apr; 86: 97-100 |
| 11478 | Bennett, J. K., Green, B. G., Foote, J. E., Gray, M. Collagen injections for intrinsic sphincter deficiency in the neuropathic urethra. Paraplegia. 1995 Dec; 33: 697-700 |
| 42404 | Bennett, R. G., Baran, P. J., DeVone, L. V., Bacetti, H., Kristo, B., Tayback, M., Greenough, W. B., 3rd Low airloss hydrotherapy versus standard care for incontinent hospitalized patients. J Am Geriatr Soc. 1998 May; 46: 569-76 |
| 11033 | Benshushan, A., Brzezinski, A., Shoshani, O., Rojansky, N. Periurethral injection for the treatment of urinary incontinence. Obstet Gynecol Surv. 1998 Jun; 53: 383-8 |
| 55840 | Benson, D. The importance of a thorough continence assessment. Nurs Times. 2003 Jul 22-28; 99: 53-4 |
| 10073 | Benson, J. T. New therapeutic options for urge incontinence. Curr Womens Health Rep. 2001 Aug; 1: 61-6 |
| 41018 | Benson, J. T. Sacral nerve stimulation results may be improved by electrodiagnostic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 352-7 |
| 12073 | Benson, J. T., Agosta, A., McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-7 |
| 42975 | Benson, J. T., Lucente, V., McClellan, E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. 1996 Dec; 175: 1418-21; discussion 1421-2 |
| 44151 | Benson, J. T., McClellan, E. The effect of vaginal dissection on the pudendal nerve. Obstet Gynecol. 1993 Sep; 82: 387-9 |
| 44700 | Benson, J. T., Sumners, J. E., Pittman, J. S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. J Clin Ultrasound. 1991 Jun; 19: 275-82 |
| 4087 | Benson, J.T., Agosta, A., and McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-847 |
| 3640 | Benson, J.T., Sumners, J.E., and Pittman, J.S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. JCU J Clin Ultrasound. 1991 Jun; 19: 275-282 |
| 12065 | Bent, A. E. Management of recurrent genuine stress incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 358-66 |
| 10273 | Bent, A. E., Foote, J., Siegel, S., Faerber, G., Chao, R., Gormley, E. A. Collagen implant for treating stress urinary incontinence in women with urethral hypermobility. J Urol. 2001 Oct; 166: 1354-7 |
| 10885 | Bent, A. E., McLennan, M. T. Surgical management of urinary incontinence. Obstet Gynecol Clin North Am. 1998 Dec; 25: 883-906 |
| 44120 | Bent, A. E., Ostergard, D. R., Zwick-Zaffuto, M. Tissue reaction to expanded polytetrafluoroethylene suburethral sling for urinary incontinence: clinical and histologic study. Am J Obstet Gynecol. 1993 Nov; 169: 1198-204 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10445    Bent, A. E., Tutrone, R. T., McLennan, M. T., Lloyd, L. K., Kennelly, M. J., Badlani, G. Treatment of intrinsic sphincter deficiency using autologous ear chondrocytes as a bulking agent. Neurourol Urodyn. 2001; 20: 157-65

11733    Bercovich, E., Manferrari, F., Fiore, F. A new device for self-adjustment of colposuspension. Eur Urol. 1994; 26: 189-92

40631    Bergamaschi, R., Berzuini, C., Romani, A., Cosi, V. Predicting secondary progression in relapsing-remitting multiple sclerosis: a Bayesian analysis. J Neurol Sci. 2001 Aug 15; 189: 13-21

40170    Berghmans, B., van Waalwijk van Doorn, E., Nieman, F., de Bie, R., van den Brandt, P., Van Kerrebroeck, P. Efficacy of physical therapeutic modalities in women with proven bladder overactivity. Eur Urol. 2002 Jun; 41: 581-7

11461    Berghmans, L. C., Frederiks, C. M., de Bie, R. A., Weil, E. H., Smeets, L. W., van Waalwijk van Doorn, E. S., Janknegt, R. A. Efficacy of biofeedback, when included with pelvic floor muscle exercise treatment, for genuine stress incontinence. Neurourol Urodyn. 1996; 15: 37-52

10984    Berghmans, L. C., Hendriks, H. J., Bo, K., Hay-Smith, E. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. Br J Urol. 1998 Aug; 82: 181-91

41524    Berghmans, L. C., Hendriks, H. J., De Bie, R. A., van Waalwijk van Doorn, E. S., Bo, K., van Kerrebroeck, P. E. Conservative treatment of urge urinary incontinence in women: a systematic review of randomized clinical trials. BJU Int. 2000 Feb; 85: 254-63

11246    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Predictive factors of the outcome of primary surgical treatment of stress incontinence in women. Scand J Urol Nephrol. 1997 Feb; 31: 49-55

11360    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Social adjustment and spouse relationships among women with stress incontinence before and after surgical treatment. Soc Sci Med. 1996 Jun; 42: 1537-44

11656    Berglund, A. L., Eisemann, M., Lalos, O. Personality characteristics of stress incontinent women: a pilot study. J Psychosom Obstet Gynaecol. 1994 Sep; 15: 165-70

11359    Berglund, A. L., Fugl-Meyer, K. S. Some sexological characteristics of stress incontinent women. Scand J Urol Nephrol. 1996 Jun; 30: 207-12

11399    Berglund, A. L., Lalos, O. The pre- and postsurgical nursing of women with stress incontinence. J Adv Nurs. 1996 Mar; 23: 502-11

3760    Berglund, A.L., Fugl-Meyer, K.S. Sexual problems in women with urinary incontinence. A retrospective study of medical records. Scand J Caring Sci. 1991; 5: 13-16

12059    Bergman, A., Bader, K. Reliability of the patient's history in the diagnosis of urinary incontinence. Int J Gynaecol Obstet. 1990 Jul; 32: 255-9

11553    Bergman, A., Elia, G. Three surgical procedures for genuine stress incontinence: five-year follow-up of a prospective randomized study. Am J Obstet Gynecol. 1995 Jul; 173: 66-71

11727    Bergman, A., Elia, G., Cheung, D., Perelman, N., Nimni, M. E. Biochemical composition of collagen in continent and stress urinary incontinent women. Gynecol Obstet Invest. 1994; 37: 48-51

12097    Bergman, A., Karram, M. M., Bhatia, N. N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-3

4008    Bergman, A., Karram, M.M., and Bhatia, N.N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-213

12000    Bergman, A., Koonings, P. P., Ballard, C. A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-40

3769    Bergman, A., Koonings, P.P., and Ballard, C.A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-140

44596    Bergman, A., Stanczyk, F. Z., Lobo, R. A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-6

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 421 of 500 PageID #: 202660

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

3527    Bergman, A., Stanczyk, F.Z., and Lobo, R.A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-1836

10700    Bergman, J., Elia, G. Effects of the menstrual cycle on urodynamic work-up: should we change our practice?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 375-7

59116    Bergman, J., Robertson, J. R., Elia, G. Effects of a magnetic field on pelvic floor muscle function in women with stress urinary incontinence. Altern Ther Health Med. 2004 May-Jun; 10: 70-2

10115    Bergmark, K., Avall-Lundqvist, E., Dickman, P. W., Henningsohn, L., Steineck, G. Patient-rating of distressful symptoms after treatment for early cervical cancer. Acta Obstet Gynecol Scand. 2002 May; 81: 443-50

56460    Bergquist, S. Pressure ulcer prediction in older adults receiving home health care: implications for use with the OASIS. Adv Skin Wound Care. 2003 May-Jun; 16: 132-9

41499    Bergstrom, K., Carlsson, C. P., Lindholm, C., Widengren, R. Improvement of urge- and mixed-type incontinence after acupuncture treatment among elderly women - a pilot study. J Auton Nerv Syst. 2000 Mar 15; 79: 173-80

59084    Berkowitz, L. R. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 20-2004. A 46-year-old woman with pelvic-floor relaxation after a second vaginal delivery. N Engl J Med. 2004 Jun 24; 350: 2699-706

41857    Berlowitz, D. R., Brand, H. K., Perkins, C. Geriatric syndromes as outcome measures of hospital care: can administrative data be used?. J Am Geriatr Soc. 1999 Jun; 47: 692-6

11286    Berman, C. J., Kreder, K. J. Comparative cost analysis of collagen injection and fascia lata sling cystourethropexy for the treatment of type III incontinence in women. J Urol. 1997 Jan; 157: 122-4

54770    Berman, M. L., Truong, T. H., DiSaia, P. J., Chan, J. K. Modified technique for suprapubic catheter insertion that avoids urinary leakage. Am J Obstet Gynecol. 2003 Dec; 189: 1670-1

43932    Bernard, M. A. Urinary incontinence in elderly females. J Okla State Med Assoc. 1994 May; 87: 217-24

44379    Berned Muller, E., Nordwall, A., von Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-8

3208    Berned-Muller, E., Nordwall, A., and von-Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-928

57250    Bernier, F. Applying Orem's Self-Care Deficit Theory of Nursing to continence care: Part 2. Urol Nurs. 2002 Dec; 22: 384-90

57260    Bernier, F. Relationship of a pelvic floor rehabilitation program for urinary incontinence to Orem's Self-Care Deficit Theory of Nursing: Part 1. Urol Nurs. 2002 Dec; 22: 378-83, 390; quiz 391

11594    Bernier, F., Harris, L. Treating stress incontinence with the bladder neck support prosthesis. Urol Nurs. 1995 Mar; 15: 5-9

42605    Bernier, F., Jenkins, P. The role of vaginal estrogen in the treatment of urogenital dysfunction in postmenopausal women. Urol Nurs. 1997 Sep; 17: 92-5

10982    Bernier, P. A., Zimmern, P. E. Bone anchor removal after bladder neck suspension. Br J Urol. 1998 Aug; 82: 302-3

42663    Bernier, P. A., Zimmern, P. E., Saboorian, M. H., Chassagne, S. Female outlet obstruction after repeated collagen injections. Urology. 1997 Oct; 50: 618-21

11270    Bernstein, I. T. The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies. Neurourol Urodyn. 1997; 16: 237-75

44773    Bernstein, I. T., Bennicke, K., Rordam, P., Klarskov, P., Iversen, H. G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33

---

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327   Document 3080-10   Filed 05/13/19   Page 122 of 300   PageID #: 202661

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 43343 | Bernstein, I., Sejr, T., Able, I., Andersen, J. T., Fischer-Rasmussen, W., Klarskov, P., Lose, G., Madsen, H., Mortensen, S., Tetzschner, T., Walter, S. Assessment of lower urinary tract symptoms in women by a self-administered questionnaire: test-retest reliability. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 37-47 |
| 3678 | Bernstein, I.T., Bennicke, K., Rordam, P., Klarskov, P., and Iversen, H.G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33 |
| 3716 | Bethell, C. Pre-school and adolescent incontinence [letter]. N Z Nurs J. 1991 Apr; 84: 4-5 |
| 51460 | Betson, L. H., Siddiqui, G., Bhatia, N. N. Intrinsic urethral sphincteric deficiency: critical analysis of various diagnostic modalities. Curr Opin Obstet Gynecol. 2003 Oct; 15: 411-7 |
| 10063 | Bewley, S., Cockburn, J. II. The unfacts of 'request' caesarean section. BJOG. 2002 Jun; 109: 597-605 |
| 40830 | Beyersdorff, D., Schiemann, T., Taupitz, M., Kooijman, H., Hamm, B., Nicolas, V. Sectional depiction of the pelvic floor by CT, MR imaging and sheet plastination: computer-aided correlation and 3D model. Eur Radiol. 2001; 11: 659-64 |
| 10248 | Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001754 |
| 10583 | Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001754 |
| 10624 | Bezerra, C. A., Sadi, M. V. Comparison of vaginal wall sling and modified vaginal wall sling for stress urinary incontinence. Sao Paulo Med J. 2000 May 4; 118: 63-8 |
| 41448 | Bhandarkar, A. D., Raju, A. M., Rao, M. S. Single unilateral ectopic bifid ureter with contralateral orthotopic quadrufid ureter--a rare combination. J Postgrad Med. 1997 Oct-Dec; 43: 104-5 |
| 10753 | Bhatia, N. N. A vaginal approach to Burch's retropubic urethropexy. Curr Opin Obstet Gynecol. 1999 Oct; 11: 473-6 |
| 10509 | Bhatia, N. N. Dynamics of voiding in women. Curr Opin Obstet Gynecol. 2000 Oct; 12: 383-6 |
| 10545 | Bhatia, N. N. Transvaginal approach to Cooper's ligament during incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 201-3 |
| 10206 | Bhatnagar, V., Dave, S., Agarwala, S., Mitra, D. K. Augmentation colocystoplasty in bladder exstrophy. Pediatr Surg Int. 2002 Jan; 18: 43-9 |
| 41847 | Bhatnagar, V., Lal, R., Agarwala, S., Mitra, D. K. Bladder-neck repair in urinary bladder exstrophy. Pediatr Surg Int. 1999; 15: 290-3 |
| 11331 | Bhattacharya, S., Mollison, J., Pinion, S., Parkin, D. E., Abramovich, D. R., Terry, P., Kitchener, H. C. A comparison of bladder and ovarian function two years following hysterectomy or endometrial ablation. Br J Obstet Gynaecol. 1996 Sep; 103: 898-903 |
| 10507 | Bidmead, J., Cardozo, L. Genuine stress incontinence: colpocystourethropexy versus sling procedures. Curr Opin Obstet Gynecol. 2000 Oct; 12: 421-6 |
| 10261 | Bidmead, J., Cardozo, L. Retropubic urethropexy (Burch colposuspension). Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 262-5 |
| 10604 | Bidmead, J., Cardozo, L. Short cut to continence?. Lancet. 2000 Jun 24; 355: 2183-4 |
| 10678 | Bidmead, J., Cardozo, L. Sling techniques in the treatment of genuine stress incontinence. BJOG. 2000 Feb; 107: 147-56 |
| 10675 | Bidmead, J., Cardozo, L., Khullar, V., Toozs-Hobson, P. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 2000 Jan; 85: 171-2 |
| 10401 | Bidmead, J., Cardozo, L., McLellan, A., Khullar, V., Kelleher, C. A comparison of the objective and subjective outcomes of colposuspension for stress incontinence in women. BJOG. 2001 Apr; 108: 408-13 |

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 123 of 300 PageID #: 202662

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

10431    Bidmead, J., Toozs-Hobson, P., Cardozo, L., Robinson, D., Bailey, J. Randomised comparison of Burch colposuspension versus anterior colporrhaphy for patients with stress urinary incontinence. BJOG. 2001 Jan; 108: 128-9

3353    Bierwirth, W.W. Which pad is for you?. Urol Nurs. 1992 Jun; 12: 75-77

43653    Biesecker, J. E., Edlich, R. F., Thomas, H. L., Jr, Steers, W. D. Recent advances in absorbent products for the incontinent patient with burns. J Burn Care Rehabil. 1995 Mar-Apr; 16: 146-53; discussion 145

42734    Bigio, E. H., Weiner, M. F., Bonte, F. J., White, C. L. Familial dementia due to adult polyglucosan body disease. Clin Neuropathol. 1997 Jul-Aug; 16: 227-34

10661    Bignell, V. Alleviating the distress of urinary incontinence. Community Nurse. 1999 Oct; 5: 19-20, 22

40959    Bignell, V. Using charts to assess urinary incontinence. Community Nurse. 1999 Dec; 5: 23-4

42622    Bihrle, R. The Indiana pouch continent urinary reservoir. Urol Clin North Am. 1997 Nov; 24: 773-9

12088    Bihrle, W., 3rd, Tarantino, A. F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-4

5267    Bihrle, W., Tarantino, A.F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-214

41576    Billington, A. Incontinence in older women. Elder Care. 1999 Nov; 11: 32-3

43245    Billington, A. Workplace continence awareness. Occup Health (Lond). 1996 Mar; 48: 96

41534    Bingol, A., Yucemen, N., Meco, O. Medically treated intraspinal 'Brucella' granuloma. Surg Neurol. 1999 Dec; 52: 570-6

3125    Binnie, F. Incontinent patients take part in test. N Z Nurs J. 1993 Feb; 86: 12-14

44842    Binstock, M. A., Semrad, N., Dubow, L., Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-21

3915    Binstock, M.A., Semrad, N., Dubow, L., and Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-921

58000    Birch, C., Fynes, M. M. The role of synthetic and biological prostheses in reconstructive pelvic floor surgery. Curr Opin Obstet Gynecol. 2002 Oct; 14: 527-35

42630    Bird, M. R., Hii, S., McCrory, P. R., Donnan, G. A. Urinary incontinence in elderly patients with acute stroke and hip fracture. Med J Aust. 1997 Oct 20; 167: 415

50370    Birnbaum, H. G., Leong, S. A., Oster, E. F., Kinchen, K., Sun, P. Cost of stress urinary incontinence: a claims data analysis. Pharmacoeconomics. 2004; 22: 95-105

50620    Birnbaum, H., Leong, S., Kabra, A. Lifetime medical costs for women: cardiovascular disease, diabetes, and stress urinary incontinence. Womens Health Issues. 2003 Nov-Dec; 13: 204-13

44416    Bishop, K. R., Dougherty, M., Mooney, R., Gimotty, P., Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-6

3261    Bishop, K.R., Dougherty, M., Mooney, R., Gimotty, P., and Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-406

4103    Bitsch, M., Nerstrom, H., Nordling, J., and Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-34

45056    Bitsch, M., Nerstrom, H., Nordling, J., Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-4

42081    Biyani, C. S., Upsdell, S. M. An unusual foreign body in the bladder 7 years after a Stamey endoscopic bladder neck suspension. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 303-4

| | |
|---|---|
| 59217 | Bjelic-Radisic, V., Dorfer, M., Tamussino, K., Greimel, E. Psychometric properties and validation of the German-language King's Health Questionnaire in women with stress urinary incontinence. Neurourol Urodyn. 2005; 24: 63-8 |
| 11094 | Bjornsdottir, L. T., Geirsson, R. T., Jonsson, P. V. Urinary incontinence and urinary tract infections in octogenarian women. Acta Obstet Gynecol Scand. 1998 Jan; 77: 105-9 |
| 11030 | Black, N. A., Bowling, A., Griffiths, J. M., Pope, C., Abel, P. D. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1998 Jun; 105: 605-12 |
| 11317 | Black, N. A., Downs, S. H. The effectiveness of surgery for stress incontinence in women: a systematic review. Br J Urol. 1996 Oct; 78: 497-510 |
| 11291 | Black, N. A., Griffiths, J. M., Pope, C., Stanley, J., Bowling, A., Abel, P. D. Sociodemographic and symptomatic characteristics of women undergoing stress incontinence surgery in the UK. Br J Urol. 1996 Dec; 78: 847-55 |
| 11434 | Black, N., Griffiths, J., Pope, C. Development of a symptom severity index and a symptom impact index for stress incontinence in women. Neurourol Urodyn. 1996; 15: 630-40 |
| 11141 | Black, N., Griffiths, J., Pope, C., Bowling, A., Abel, P. Impact of surgery for stress incontinence on morbidity: cohort study. BMJ. 1997 Dec 6; 315: 1493-8 |
| 4042 | Black, P.A. Urinary incontinence: a many faceted problem. Prof Nurse. 1990 Apr; 5: 378-384 |
| 11054 | Black, S. A., Goodwin, J. S., Markides, K. S. The association between chronic diseases and depressive symptomatology in older Mexican Americans. J Gerontol A Biol Sci Med Sci. 1998 May; 53: M188-94 |
| 50310 | Blackwell, A. L., Yoong, W., Moore, K. H. Criterion validity, test-retest reliability and sensitivity to change of the St George Urinary Incontinence Score. BJU Int. 2004 Feb; 93: 331-5 |
| 43333 | Bladou, F., Houvenaeghel, G., Delpero, J. R., Monges, G., Serment, G., Guerinel, G. Construction of a urinary sphincter by means of an electrically stimulated striated muscle: experimental procedure and urodynamic results on canine model. Int Surg. 1996 Jan-Mar; 81: 94-8 |
| 42015 | Blair, K. A., White, N. Are older women offered adequate health care?. J Gerontol Nurs. 1998 Oct; 24: 39-44 |
| 11088 | Blaivas, J. G. Female urology. J Urol. 1998 Apr; 159: 1202 |
| 42532 | Blaivas, J. G. 'If you build it, they will come'. Neurourol Urodyn. 1998; 17: 1-2 |
| 42484 | Blaivas, J. G. Outcome measures for urinary incontinence. Urology. 1998 Feb; 51: 11-9 |
| 53550 | Blaivas, J. G. The Emperor's new clothes. Neurourol Urodyn. 2003; 22: 1 |
| 42923 | Blaivas, J. G., Appell, R. A., Fantl, J. A., Leach, G., McGuire, E. J., Resnick, N. M., Raz, S., Wein, A. J. Standards of efficacy for evaluation of treatment outcomes in urinary incontinence: recommendations of the Urodynamic Society. Neurourol Urodyn. 1997; 16: 145-7 |
| 50280 | Blaivas, J. G., Flisser, A. J., Tash, J. A. Treatment of primary bladder neck obstruction in women with transurethral resection of the bladder neck. J Urol. 2004 Mar; 171: 1172-5 |
| 41191 | Blaivas, J. G., Groutz, A. Bladder outlet obstruction nomogram for women with lower urinary tract symptomatology. Neurourol Urodyn. 2000; 19: 553-64 |
| 11404 | Blaivas, J. G., Heritz, D. M. Vaginal flap reconstruction of the urethra and vesical neck in women: a report of 49 cases. J Urol. 1996 Mar; 155: 1014-7 |
| 31608 | Blaivas, J. G., Heritz, D. M., Romanzi, L. J. Early versus late repair of vesicovaginal fistulas: vaginal and abdominal approaches. J Urol. 1995 Apr; 153: 1110-2; discussion 1112-3 |
| 11978 | Blaivas, J. G., Jacobs, B. Z. Pubovaginal fascial sling for the treatment of complicated stress urinary incontinence. J Urol. 1991 Jun; 145: 1214-8 |
| 4150 | Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurologic disease. J Am Geriatr Soc. 1990 Mar; 38: 306-310 |

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

5282    Blaivas, J.G. Surgical treatment of urinary incontinence in 223 consecutive women. Neurourology and Urodynamics. 1990; 9: 401-402

3739    Blaivas, J.G. Treatment of female incontinence secondary to urethral damage or loss. Urol Clin North Am. 1991 May; 18: 355-363

41279    Blakeman, P. J., Hilton, P., Bulmer, J. N. Oestrogen and progesterone receptor expression in the female lower urinary tract, with reference to oestrogen status. BJU Int. 2000 Jul; 86: 32-8

43029    Blakeman, P., Hilton, P. Cellular and molecular biology in urogynaecology. Curr Opin Obstet Gynecol. 1996 Oct; 8: 357-60

56200    Bland, D. R., Dugan, E., Cohen, S. J., Preisser, J., Davis, C. C., McGann, P. E., Suggs, P. K., Pearce, K. F. The effects of implementation of the Agency for Health Care Policy and Research urinary incontinence guidelines in primary care practices. J Am Geriatr Soc. 2003 Jul; 51: 979-84

41593    Bland, D. R., Earle, B. B., Vitolins, M. Z., Burke, G. Use of the Pelvic Organ Prolapse staging system of the International Continence Society, American Urogynecologic Society, and Society of Gynecologic Surgeons in perimenopausal women. Am J Obstet Gynecol. 1999 Dec; 181: 1324-7; discussion 1327-8

10842    Blander, D. S., Carpiniello, V. L., Harryhill, J. F., Malloy, T. R., Rovner, E. S. Extraperitoneal laparoscopic urethropexy with Marlex mesh. Urology. 1999 May; 53: 985-9

44640    Blandy, J.P., Badenoch, D. F., Fowler, C. G., Jenkins, B. J., Thomas, N. W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-5

3628    Blandy, J.P., Badenoch, D.F., Fowler, C.G., Jenkins, B.J., and Thomas, N.W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-765

40362    Blanes, L., Pinto Rde, C., Santos, V. L. Urinary incontinence knowledge and attitudes in Sao Paulo. Ostomy Wound Manage. 2001 Dec; 47: 43-51

3482    Blannin, J. Continence--breaking point. Nurs Times. 1992 Jan 29-Feb 4; 88: 61-64

3432    Bliss, M.R. Stroke [letter]. Lancet. 1992 May 2; 339: 1113

57460    Bloch, J., Vernet, O., Aube, M., Villemure, J. G. Non-obstructive hydrocephalus associated with intracranial schwannomas: hyperproteinorrhachia as an etiopathological factor?. Acta Neurochir (Wien). 2003 Jan; 145: 73-8

57680    Block, C. A., Cooper, C. S., Hawtrey, C. E. Long-term efficacy of periurethral collagen injection for the treatment of urinary incontinence secondary to myelomeningocele. J Urol. 2003 Jan; 169: 327-9

43376    Blok, C. Re: Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1996 Jan; 155: 290-1

3138    Blomerth, P.R. Normal pressure hydrocephalus. J Manipulative Physiol Ther. 1993 Feb; 16: 104-106

10226    Blonski, J. Is tolterodine (Detrol) or oxybutynin (Ditropan) the best for treatment of urge urinary incontinence?. J Fam Pract. 2001 Dec; 50: 1017

43514    Bloom, D. A., Faerber, G., Bomalaski, M. D. Urinary incontinence in girls. Evaluation, treatment, and its place in the standard model of voiding dysfunctions in children. Urol Clin North Am. 1995 Aug; 22: 521-38

50590    Blue, D. R., Daniels, D. V., Gever, J. R., Jett, M. F., O'Yang, C., Tang, H. M., Williams, T. J., Ford, A. P. Pharmacological characteristics of Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist: a potential therapy for stress urinary incontinence. BJU Int. 2004 Jan; 93: 162-70

42341    Blute, M. L., Gburek, B. M. Continent orthotopic urinary diversion in female patients: early Mayo Clinic experience. Mayo Clin Proc. 1998 Jun; 73: 501-7

11603    Bo, K. Adherence to pelvic floor muscle exercise and long-term effect on stress urinary incontinence. A five-year follow-up study. Scand J Med Sci Sports. 1995 Feb; 5: 36-9

10976    Bo, K. Effect of electrical stimulation on stress and urge urinary incontinence. Clinical outcome and practical recommendations based on randomized controlled trials. Acta Obstet Gynecol Scand Suppl. 1998; 168: 3-11

---

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 51050 | Bo, K. Pelvic floor muscle strength and response to pelvic floor muscle training for stress urinary incontinence. Neurourol Urodyn. 2003; 22: 654-8 |
| 11709 | Bo, K. Reproducibility of instruments designed to measure subjective evaluation of female stress urinary incontinence. Scand J Urol Nephrol. 1994 Mar; 28: 97-100 |
| 11601 | Bo, K. Vaginal weight cones. Theoretical framework, effect on pelvic floor muscle strength and female stress urinary incontinence. Acta Obstet Gynecol Scand. 1995 Feb; 74: 87-92 |
| 41427 | Bo, K., Berghmans, L. C. Nonpharmacologic treatments for overactive bladder-pelvic floor exercises. Urology. 2000 May; 55: 7-11; discussion 14-6 |
| 10247 | Bo, K., Borgen, J. S. Prevalence of stress and urge urinary incontinence in elite athletes and controls. Med Sci Sports Exerc. 2001 Nov; 33: 1797-802 |
| 51010 | Bo, K., Finckenhagen, H. B. Is there any difference in measurement of pelvic floor muscle strength in supine and standing position?. Acta Obstet Gynecol Scand. 2003 Dec; 82: 1120-4 |
| 10257 | Bo, K., Finckenhagen, H. B. Vaginal palpation of pelvic floor muscle strength: inter-test reproducibility and comparison between palpation and vaginal squeeze pressure. Acta Obstet Gynecol Scand. 2001 Oct; 80: 883-7 |
| 30453 | Bo, K., Lilleas, F., Talseth, T., Hedland, H. Dynamic MRI of the pelvic floor muscles in an upright sitting position. Neurourol Urodyn. 2001; 20: 167-74 |
| 11441 | Bo, K., Maanum, M. Does vaginal electrical stimulation cause pelvic floor muscle contraction? A pilot study. Scand J Urol Nephrol Suppl. 1996; 179: 39-45 |
| 59283 | Bo, K., Sherburn, M. Evaluation of female pelvic-floor muscle function and strength. Phys Ther. 2005 Mar; 85: 269-82 |
| 11627 | Bo, K., Stien, R., Kulseng-Hanssen, S., Kristofferson, M. Clinical and urodynamic assessment of nulliparous young women with and without stress incontinence symptoms: a case-control study. Obstet Gynecol. 1994 Dec; 84: 1028-32 |
| 11256 | Bo, K., Talseth, T. Change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal electrical stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 3-6; discussion 6-7 |
| 11414 | Bo, K., Talseth, T. Long-term effect of pelvic floor muscle exercise 5 years after cessation of organized training. Obstet Gynecol. 1996 Feb; 87: 261-5 |
| 10877 | Bo, K., Talseth, T., Holme, I. Single blind, randomised controlled trial of pelvic floor exercises, electrical stimulation, vaginal cones, and no treatment in management of genuine stress incontinence in women. BMJ. 1999 Feb 20; 318: 487-93 |
| 10575 | Bo, K., Talseth, T., Vinsnes, A. Randomized controlled trial on the effect of pelvic floor muscle training on quality of life and sexual problems in genuine stress incontinent women. Acta Obstet Gynecol Scand. 2000 Jul; 79: 598-603 |
| 42329 | Bochner, B. H., Figueroa, A. J., Skinner, E. C., Lieskovsky, G., Petrovich, Z., Boyd, S. D., Skinner, D. G. Salvage radical cystoprostatectomy and orthotopic urinary diversion following radiation failure. J Urol. 1998 Jul; 160: 29-33 |
| 10836 | Bodden-Heidrich, R., Beckmann, M. W., Libera, B., Rechenberger, I., Bender, H. G. Psychosomatic aspects of urinary incontinence. Arch Gynecol Obstet. 1999; 262: 151-8 |
| 10092 | Bodelsson, G., Henriksson, L., Osser, S., Stjernquist, M. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women. BJOG. 2002 May; 109: 566-9 |
| 11213 | Bodis, J., Domany, B., Torok, A., Buzogany, I., Gotz, F. Modified Gittes's needle colposuspension method complemented with the laparoscopic ventrosuspension of the uterus for the treatment of stress incontinence associated with stage III or IV pelvic organ prolapse. Am J Obstet Gynecol. 1997 Jun; 176: 1394-5 |
| 40286 | Boemers, T. M. Urinary incontinence and vesicourethral dysfunction in pediatric surgical conditions. Semin Pediatr Surg. 2002 May; 11: 91-9 |
| 43177 | Boemers, T. M., de Jong, T. P., van Gool, J. D., Bax, K. M. Urologic problems in anorectal malformations. Part 2: functional urologic sequelae. J Pediatr Surg. 1996 May; 31: 634-7 |

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 127 of 300 PageID #: 202666

59234    Boemers, T. M., Schimke, C. M. Colpo-wrap: a new continence procedure. BJU Int. 2005 May; 95: 1063-4

43254    Boemers, T. M., Soorani-Lunsing, I. J., de Jong, T. P., Pruijs, H. E. Urological problems after surgical treatment of scoliosis in children with myelomeningocele. J Urol. 1996 Mar; 155: 1066-9

11752    Boemers, T. M., van Gool, J. D., de Jong, T. P. Displacement of incontinence device into the bladder. Br J Urol. 1993 Dec; 72: 985

40321    Bogner, H. R., Gallo, J. J., Sammel, M. D., Ford, D. E., Armenian, H. K., Eaton, W. W. Urinary incontinence and psychological distress in community-dwelling older adults. J Am Geriatr Soc. 2002 Mar; 50: 489-95

11160    Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997; 17: 21-4

11108    Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997 Winter; 17: 14-7

11819    Bohm-Velez, M., Mendelson, E. B. Transperineal ultrasound assists in GU diagnoses. Diagn Imaging (San Franc). 1993 Apr; Suppl: 48-53, 64

57870    Bolduc, S., Capolicchio, G., Upadhyay, J., Bagli, D. J., Khoury, A. E., McLorie, G. A. The fate of the upper urinary tract in exstrophy. J Urol. 2002 Dec; 168: 2579-82; discussion 2582

57130    Bolduc, S., Upadhyay, J., Payton, J., Bagli, D. J., McLorie, G. A., Khoury, A., Farhat, W. The use of tolterodine in children after oxybutynin failure. BJU Int. 2003 Mar; 91: 398-401

55880    Bollard, R. C., Gardiner, A., Duthie, G. S., Lindow, S. W. Anal sphincter injury, fecal and urinary incontinence: a 34-year follow-up after forceps delivery. Dis Colon Rectum. 2003 Aug; 46: 1083-8

11416    Bomalaski, M. D., Bloom, D. A., McGuire, E. J., Panzl, A. Glutaraldehyde cross-linked collagen in the treatment of urinary incontinence in children. J Urol. 1996 Feb; 155: 699-702

10120    Bombier, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Why do women have voiding dysfunction and de novo detrusor instability after colposuspension?. BJOG. 2002 Apr; 109: 402-12

59192    Bombieri, L. Is there a role for colposuspension?. BJOG. 2004 Dec; 111 Suppl 1: 46-8

53120    Bombieri, L., Freeman, R. M. Do bladder neck position and amount of elevation influence the outcome of colposuspension?. BJOG. 2003 Feb; 110: 197-200

11022    Bombieri, L., Freeman, R. M. Recurrence of stress incontinence after vault suspension: can it be prevented?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 58-60

10121    Bombieri, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Objective assessment of bladder neck elevation and urethral compression at colposuspension. BJOG. 2002 Apr; 109: 395-401

59168    Bonnet, P., Waltregny, D., Reul, O., de Leval, J. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: anatomical considerations. J Urol. 2005 Apr; 173: 1223-8

11908    Bonney, W. Voiding dysfunction and incontinence. Iowa Med. 1992 Apr; 82: 173-5

42749    Bonney, W. W., Gupta, S., Hunter, D. R., Arndt, S. Bladder dysfunction in schizophrenia. Schizophr Res. 1997 Jun 20; 25: 243-9

44423    Boone, T. B., Roehrborn, C. G., Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-4

3301     Boone, T.B., Roehrborn, C.G., and Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-554

3259     Boone, T.B., Wilson, W.T., and Husmann, D.A. Postpubertal genitourinary function following posterior urethral disruptions in children. J Urol. 1992 Oct; 148: 1232-1234

3226     Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., and Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-554

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 128 of 300 PageID #: 202667
Appendix A5 Bibliography sorted by Primary Author
Page 226 of 910

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

*sorted by Primary Author and Title*

---

**11858** Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-4

**42455** Borer, J. G., Bauer, S. B., Peters, C. A., Diamond, D. A., Decter, R. M., Shapiro, E. A single-system ectopic ureter draining an ectopic dysplastic kidney: delayed diagnosis in the young female with continuous urinary incontinence. Br J Urol. 1998 Mar; 81: 474-8

**44237** Borer, J. G., Corgan, F. J., Krantz, R., Gordon, D. H., Maiman, M., Glassberg, K. I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-7

**3093** Borer, J.G., Corgan, F.J., Krantz, R., Gordon, D.H., Maiman, M., and Glassberg, K.I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-1127

**40201** Borrie, M. J., Bawden, M., Speechley, M., Kloseck, M. Interventions led by nurse continence advisers in the management of urinary incontinence: a randomized controlled trial. CMAJ. 2002 May 14; 166: 1267-73

**40385** Borrie, M. J., Valiquette, L. Managing adults with urinary incontinence. Clinical practice guidelines. Can Fam Physician. 2002 Jan; 48: 114-6

**3298** Borrie, M.J., Davidson, H.A. Incontinence in institutions: costs and contributing factors. Can Med Assoc J. 1992 Aug 1; 147: 322-328

**3510** Borstad, E., Skrede, M., and Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-506

**12014** Borstad, E., Skrede, M., Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-6

**11758** Bortel, D. T. Candida osteomyelitis pubis following a Marshall-Marchetti procedure. Orthopedics. 1993 Dec; 16: 1353-5

**10685** Bortolotti, A., Bernardini, B., Colli, E., Di Benedetto, P., Giocoli Nacci, G., Landoni, M., Lavezzari, M., Pagliarulo, A., Salvatore, S., von Heland, M., Parazzini, F., Artibani, W. Prevalence and risk factors for urinary incontinence in Italy. Eur Urol. 2000 Jan; 37: 30-5

**10113** Borup, K., Nielsen, J. B. Results in 32 women operated for genuine stress incontinence with the pubovaginal sling procedure ad modum Ed McGuire. Scand J Urol Nephrol. 2002; 36: 128-33

**44359** Borzi, P. A., Bruce, J., Gough, D. C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-73

**3005** Borzi, P., Gough, D.C. Pedicled gastric tube as a catheterising conduit. Eur Urol. 1993; 24: 103-105

**3176** Borzi, P.A., Bruce, J., and Gough, D.C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-673

**41336** Bosch, J. L. The contemporary role of the artificial urinary sphincter. Curr Opin Urol. 2000 May; 10: 219-23

**42317** Bosch, J. L., Groen, J. Neuromodulation: urodynamic effects of sacral (S3) spinal nerve stimulation in patients with detrusor instability or detrusor hyperflexia. Behav Brain Res. 1998 May; 92: 141-50

**43526** Bosch, J. L., Groen, J. Sacral (S3) segmental nerve stimulation as a treatment for urge incontinence in patients with detrusor instability: results of chronic electrical stimulation using an implantable neural prosthesis. J Urol. 1995 Aug; 154: 504-7

**41461** Bosch, J. L., Groen, J. Sacral nerve neuromodulation in the treatment of patients with refractory motor urge incontinence: long-term results of a prospective longitudinal study. J Urol. 2000 Apr; 163: 1219-22

**41302** Bosch, J. L., Klijn, A. J., Schroder, F. H., Hop, W. C. The artificial urinary sphincter in 86 patients with intrinsic sphincter deficiency: satisfactory actuarial adequate function rates. Eur Urol. 2000 Aug; 38: 156-60

**44663** Bosco, P. J., Bauer, S. B., Colodny, A. H., Mandell, J., Retik, A. B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-9

---

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327  Document 3080-16  Filed 05/13/19  Page 129 of 300  PageID #: 202668

**3655** Bosco, P.J., Bauer, S.B., Colodny, A.H., Mandell, J., and Retik, A.B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-399

**11843** Bosman, G., Vierhout, M. E., Huikeshoven, F. J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-9

**3145** Bosman, G., Vierhout, M.E., and Huikeshoven, F.J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-49

**53770** Boublil, V., Ciofu, C., Traxer, O., Sebe, P., Haab, F. Complications of urethral sling procedures. Curr Opin Obstet Gynecol. 2002 Oct; 14: 515-20

**11650** Boulet, M. J., Oddens, B. J., Lehert, P., Vemer, H. M., Visser, A. Climacteric and menopause in seven South-east Asian countries. Maturitas. 1994 Oct; 19: 157-76

**43434** Boulter, P. Increasing independence. Nurs Stand. 1995 Oct 18-24; 10: 18-20

**43871** Bourcier, A. P. Physical therapy for female pelvic floor disorders. Curr Opin Obstet Gynecol. 1994 Aug; 6: 331-5

**11539** Bourcier, A. P., Juras, J. C. Nonsurgical therapy for stress incontinence. Urol Clin North Am. 1995 Aug; 22: 613-27

**10144** Boustead, G. B. The tension-free vaginal tape for treating female stress urinary incontinence. BJU Int. 2002 May; 89: 687-93

**40529** Bower, W. F., Moore, K. H., Adams, R. D. A pilot study of the home application of transcutaneous neuromodulation in children with urgency or urge incontinence. J Urol. 2001 Dec; 166: 2420-2

**42118** Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. A urodynamic study of surface neuromodulation versus sham in detrusor instability and sensory urgency. J Urol. 1998 Dec; 160: 2133-6

**42651** Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. B. Frequency-volume chart data from incontinent children. Br J Urol. 1997 Oct; 80: 658-62

**3652** Boyd, G. Terodiline for treating detrusor instability in elderly people [letter; comment]. Bmj. 1991 Jul 13; 303: 124

**3547** Boyd, S.D., Lieskovsky, G., and Skinner, D.G. Kock pouch bladder replacement. Urol Clin North Am. 1991 Nov; 18: 641-648

**10543** Boyington, A. R., Dougherty, M. C. Pelvic muscle exercise effect on pelvic muscle performance in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 212-8

**51190** Boyington, A. R., Dougherty, M. C., Liao, Y. M. Analysis of interactive continence health information on the Web. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 280-6

**41579** Boyington, A. R., Tomlinson, B. U., Dougherty, M. C. Using a relational database to support nursing research. Comput Nurs. 1999 Nov-Dec; 17: 269-74; quiz 275-7

**50360** Boyles, S. H., Weber, A. M., Meyn, L. Ambulatory procedures for urinary incontinence in the United States, 1994-1996. Am J Obstet Gynecol. 2004 Jan; 190: 33-6

**57450** Boyles, S. H., Weber, A. M., Meyn, L. Procedures for pelvic organ prolapse in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jan; 188: 108-15

**56060** Boyles, S. H., Weber, A. M., Meyn, L. Procedures for urinary incontinence in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jul; 189: 70-5

**3119** Bozier, K. Continence. Part of the problem. Nurs Times. 1992 Mar 25-31; 88: 84-86

**42554** Bozorgi, F., Connolly, L. P., Bauer, S. B., Neish, A. S., Tan, P. E., Schofield, D., Treves, S. T. Hypoplastic dysplastic kidney with a vaginal ectopic ureter identified by technetium-99m-DMSA scintigraphy. J Nucl Med. 1998 Jan; 39: 113-5

**44006** Brading, A. F., Turner, W. H. The unstable bladder: towards a common mechanism. Br J Urol. 1994 Jan; 73: 3-8

**50420** Bradley, C. S., Rovner, E. S. Urodynamically defined stress urinary incontinence and bladder outlet obstruction coexist in women. J Urol. 2004 Feb; 171: 757-60; discussion 760-1

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

**59184**  Bradley, C. S., Rovner, E. S., Morgan, M. A., Berlin, M., Novi, J. M., Shea, J. A., Arya, L. A. A new questionnaire for urinary incontinence diagnosis in women: development and testing. Am J Obstet Gynecol. 2005 Jan; 192: 66-73

**43461**  Bradley, M., Ferris, W., Barr, O. Continence promotion in adults with learning disabilities. Nurs Times. 1995 Sep 27-Oct 3; 91: 38-9

**59161**  Bradshaw, H. D., Radley, S. C., Rosario, D. J., Chapple, C. R. Towards a better understanding of involuntary detrusor activity. BJU Int. 2005 Apr; 95: 799-803

**51870**  Bradway, C. Urinary incontinence among older women. Measurement of the effect on health-related quality of life. J Gerontol Nurs. 2003 Jul; 29: 13-9

**10381**  Brady, C. M., Ahmed, I., Drumm, J., Flood, H. D. A prospective evaluation of the efficiency of early postoperative bladder emptying after the Stamey procedure or pubovaginal sling for stress urinary incontinence. J Urol. 2001 May; 165: 1601-4

**43745**  Branch, L. G., Walker, L. A., Wetle, T. T., DuBeau, C. E., Resnick, N. M. Urinary incontinence knowledge among community-dwelling people 65 years of age and older. J Am Geriatr Soc. 1994 Dec; 42: 1257-62

**42878**  Brandeis, G. H., Baumann, M. M., Hossain, M., Morris, J. N., Resnick, N. M. The prevalence of potentially remediable urinary incontinence in frail older people: a study using the Minimum Data Set. J Am Geriatr Soc. 1997 Feb; 45: 179-84

**43953**  Brandeis, G. H., Ooi, W. L., Hossain, M., Morris, J. N., Lipsitz, L. A. A longitudinal study of risk factors associated with the formation of pressure ulcers in nursing homes. J Am Geriatr Soc. 1994 Apr; 42: 388-93

**44349**  Brandell, R. A., Brock, J. W.,  3rd Common problems in pediatric urology. Compr Ther. 1993; 19: 11-6

**3026**  Brandell, R.A., Brock, J.W., 3d. Common problems in pediatric urology. Compr Ther. 1993; 19: 11-16

**41452**  Brandt, F. T., Albuquerque, C. D., Lorenzato, F. R., Amaral, F. J. Perineal assessment of urethrovesical junction mobility in young continent females. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 18-22

**44080**  Braslis, K. G., Stephens, D. A. Uretero-fallopian fistula: an unusual complication of open ureterolithotomy. J Urol. 1993 Dec; 150: 1900-2

**10973**  Bratt, H., Salvesen, K. A., Eriksen, B. C., Kulseng-Hanssen, S. Long-term effects ten years after maximal electrostimulation of the pelvic floor in women with unstable detrusor and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 22-4

**41681**  Braun, P. M., Boschert, J., Bross, S., Scheepe, J. R., Alken, P., Juenemann, P. Tailored laminectomy: a new technique for neuromodulator implantation. J Urol. 1999 Nov; 162: 1607-9

**40086**  Braverman, A. S., Tallarida, R. J., Ruggieri, M. R.,  Sr Interaction between muscarinic receptor subtype signal transduction pathways mediating bladder contraction. Am J Physiol Regul Integr Comp Physiol. 2002 Sep; 283: R663-8

**42629**  Braverman, D. L., Lachmann, E. A., Tunkel, R., Nagler, W. Multiple sclerosis presenting as a spinal cord tumor. Arch Phys Med Rehabil. 1997 Nov; 78: 1274-6

**3846**  Braverman, R.M., Lebowitz, R.L. Occult ectopic ureter in girls with urinary incontinence: diagnosis by using CT. AJR Am J Roentgenol. 1991 Feb; 156: 365-366

**40429**  Brazzelli, M., Shirran, E., Vale, L. Absorbent products for containing urinary and/or fecal incontinence in adults. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 45-54

**11366**  Breda, G., Silvestre, P., Gherardi, L., Xausa, D., Tamai, A., Giunta, A. Correction of stress urinary incontinence: laparoscopy combined with vaginal suturing. J Endourol. 1996 Jun; 10: 251-3

**11138**  Breen, J. M., Geer, B. E., May, G. E. The fascia lata suburethral sling for treating recurrent urinary stress incontinence. Am J Obstet Gynecol. 1997 Dec; 177: 1363-5; discussion 1365-6

**3860**  Breitenbucher, R.B. Minimizing urinary incontinence in the nursing home. Geriatrics. 1990 Dec; 45: 32-40

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 55300 | Bremer, R. E., Barber, M. D., Coates, K. W., Dolber, P. C., Thor, K. B. Innervation of the levator ani and coccygeus muscles of the female rat. Anat Rec. 2003 Nov; 275A: 1031-41 |
| 3389 | Brendler, C., Schlegel, P., Dowd, J., Kirby, R., and Zattoni, F. Surgical treatment for benign prostatic hyperplasia. Cancer. 1992 Jul 1; 70: 371-373 |
| 3330 | Brendler, C.B., Walsh, P.C. The role of radical prostatectomy in the treatment of prostate cancer. CA Cancer J Clin. 1992 Jul-Aug; 42: 212-222 |
| 40179 | Brennan, M. L., Evans, A. Why catheterize?: audit findings on the use of urinary catheters. Br J Nurs. 2001 May 10-23; 10: 580-90 |
| 11393 | Brenner, B. Colposuspension: a comparison of Stamey and laparoscopic Burch procedures. N Z Med J. 1996 Mar 8; 109: 84 |
| 10377 | Brenner, B. Comparing the laparoscopic Burch colposuspension and the suburethral sling. N Z Med J. 2001 Mar 23; 114: 146 |
| 11142 | Brenner, B. Expert system technology: a new aid for the gynaecologist in managing stress urinary incontinence. N Z Med J 1997 Nov 14; 110: 425 |
| 11599 | Brenner, B. Is the Stamey colposuspension feasible as a day stay procedure?. N Z Med J. 1995 Feb 8; 108: 43 |
| 42977 | Brenner, H. Measures of differential diagnostic value of diagnostic procedures. J Clin Epidemiol. 1996 Dec; 49: 1435-39 |
| 44039 | Breza, J., Alemayehu, H. M., Hornak, M., Zvara, V. Advantages of converting incontinent to continent urinary diversion. Int Urol Nephrol. 1994; 26: 447-53 |
| 43702 | Breza, J., Hornak, M., Bardos, A., Zvara, P. Transformation of the Bricker to a continent urinary reservoir to eliminate severe complications of uretero-ileostomy performed in eight patients among 200 Bricker. Ann Urol (Paris). 1995; 29: 227-31 |
| 11123 | Brieger, G. M., Mongelli, M., Hin, L. Y., Chung, T. K. The epidemiology of urinary dysfunction in Chinese women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 191-5 |
| 11408 | Brieger, G. M., Yip, S. K., Fung, Y. M., Chung, T. Genital prolapse: a legacy of the West?. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 52-4 |
| 11298 | Brieger, G. M., Yip, S. K., Hin, L. Y., Chung, T. K. The prevalence of urinary dysfunction in Hong Kong Chinese women. Obstet Gynecol. 1996 Dec; 88: 1041-4 |
| 11606 | Brieger, G., Ditton, J., Korda, A. Insertion of a permanent electrode for intractable detrusor instability. Aust N Z J Obstet Gynaecol. 1995 Feb; 35: 107-8 |
| 11918 | Brieger, G., Korda, A. The effect of obesity on the outcome of successful surgery for genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1992 Feb; 32: 71-2 |
| 44534 | Briggs, M., Williams, E. S. Urinary incontinence. BMJ. 1992 Jan 25; 304: 255 |
| 3477 | Briggs, M., Williams, E.S. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 25; 304: 255 |
| 11427 | Briggs, T. P., Shah, P. J., Rickards, D. Newer surgical techniques in urology. Chir Ital. 1996; 48: 5-6 |
| 3904 | Brindley, G.S. Treatment of urinary and faecal incontinence by surgically implanted devices. Ciba Found Symp. 1990; 151: 267-74;discussion274-82 |
| 3852 | Brindley, G.S., Rushton, D.N. Long-term follow-up of patients with sacral anterior root stimulator implants. Paraplegia. 1990 Oct; 28: 469-475 |
| 43769 | Brink, C. A., Wells, T. J., Sampselle, C. M., Taillie, E. R., Mayer, R. A digital test for pelvic muscle strength in women with urinary incontinence. Nurs Res. 1994 Nov-Dec; 43: 352-6 |
| 4136 | Brink, C.A. Absorbent pads, garments, and management strategies. J Am Geriatr Soc. 1990 Mar; 38: 368-373 |
| 10585 | Brink, D. M. Bowel injury following insertion of tension-free vaginal tape. S Afr Med J. 2000 May; 90: 450, 452 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 192 of 300 PageID #: 202671

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10715 | Brink, D. M., de Jong, P. R. New thoughts in the understanding of female urinary incontinence. S Afr Med J. 1999 Oct; 89: 1059-60 |
| 10594 | Bristow, S. E., Hasan, S. T., Neal, D. E. TENS: a treatment option for bladder dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 185-90 |
| 41288 | Bristow, S. E., Hilton, P. Assessment and investigations for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 227-49 |
| 3169 | Brito, C.G., Mulcahy, J.J., Mitchell, M.E., and Adams, M.C. Use of a double cuff AMS800 urinary sphincter for severe stress incontinence. J Urol. 1993 Feb; 149: 283-285 |
| 3636 | Britton, B. Continence. Marketing forces. Nurs Times. 1991 Aug 7-13; 87: 68,70 |
| 44261 | Brocklehurst, J. C. Urinary incontinence in the community--analysis of a MORI poll. BMJ. 1993 Mar 27; 306: 832-4 |
| 4133 | Brocklehurst, J.C. Professional and public education about incontinence. The British experience. J Am Geriatr Soc. 1990 Mar; 38: 384-386 |
| 3896 | Brocklehurst, J.C. Urinary incontinence in old age: helping the general practitioner to make a diagnosis. Gerontology. 1990; 36 Suppl 2: 3-7 |
| 3083 | Brocklehurst, J.C. Urinary incontinence in the community--analysis of a MORI poll [see comments]. Bmj. 1993 Mar 27; 306: 832-834 |
| 11874 | Brodak, P. P., Juma, S., Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-3 |
| 43773 | Brodak, P. P., Scherz, H. C., Packer, M. G., Kaplan, G. W. Is urinary tract screening necessary for patients with cerebral palsy?. J Urol. 1994 Nov; 152: 1586-7 |
| 3278 | Brodak, P.P., Juma, S., and Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-873 |
| 40701 | Brolmann, H. A., Vervest, H. A., Heineman, M. J. Declining trend in major gynaecological surgery in The Netherlands during 1991-1998. Is there an impact on surgical skills and innovative ability?. BJOG. 2001 Jul; 108: 743-8 |
| 41429 | Brook, I., Frazier, E. H. Aerobic and anaerobic microbiology of wound infection following spinal fusion in children. Pediatr Neurosurg. 2000 Jan; 32: 20-3 |
| 59062 | Brookes, S. T., Donovan, J. L., Wright, M., Jackson, S., Abrams, P. A scored form of the Bristol Female Lower Urinary Tract Symptoms questionnaire: data from a randomized controlled trial of surgery for women with stress incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 73-82 |
| 43480 | Brooks, M. J. Assessment and nursing management of homebound clients with urinary incontinence. Home Healthc Nurse. 1995 Sep-Oct; 13: 11-6; quiz 17-9 |
| 3002 | Brooks, M.J. Urinary incontinence: assessment, treatment, and reimbursement. Home Healthc Nurse. 1993 Jul-Aug; 11: 41-46 |
| 41309 | Broome, B. A. Development and testing of a scale to measure self-efficacy for pelvic muscle exercises in women with urinary incontinence. Urol Nurs. 1999 Dec; 19: 258-68 |
| 40260 | Broome, B. A. Psychometric analysis of the Broome Pelvic Muscle Self-Efficacy Scale in African-American women with incontinence. Urol Nurs. 2001 Aug; 21: 289-97 |
| 10082 | Brophy, M. M., Klutke, J. J., Klutke, C. G. A review of the tension-free vaginal tape procedure: outcomes, complications, and theories. Curr Urol Rep. 2001 Oct; 2: 364-9 |
| 44323 | Broseta, E., Osca, J. M., Morera, J., Martinez-Agullo, E., Jimenez-Cruz, J. F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-7 |
| 2996 | Broseta, E., Osca, J.M., Morera, J., Martinez-Agullo, E., and Jimenez-Cruz, J.F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-247 |

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 10979 | Brown, C. Pelvic floor rehabilitation: conservative treatment for incontinence. Ostomy Wound Manage. 1998 Jun; 44: 72-6 |
| 11668 | Brown, J. B., Copas, P. R., McDonald, T. W. Urodynamic studies before and after radical hysterectomy. J Tenn Med Assoc. 1994 Aug; 87: 332-4 |
| 40202 | Brown, J. S. Epidemiology and changing demographics of overactive bladder: a focus on the postmenopausal woman. Geriatrics. 2002 May; 57 Suppl 1: 6-12 |
| 10813 | Brown, J. S., Grady, D., Ouslander, J. G., Herzog, A. R., Varner, R. E., Posner, S. F. Prevalence of urinary incontinence and associated risk factors in postmenopausal women. Heart & Estrogen/Progestin Replacement Study (HERS) Research Group. Obstet Gynecol. 1999 Jul; 94: 66-70 |
| 40963 | Brown, J. S., McGhan, W. F., Chokroverty, S. Comorbidities associated with overactive bladder. Am J Manag Care. 2000 Jul; 6: S574-9 |
| 56930 | Brown, J. S., McNaughton, K. S., Wyman, J. F., Burgio, K. L., Harkaway, R., Bergner, D., Altman, D. S., Kaufman, J., Kaufman, K., Girman, C. J. Measurement characteristics of a voiding diary for use by men and women with overactive bladder. Urology. 2003 Apr; 61: 802-9 |
| 56230 | Brown, J. S., Nyberg, L. M., Kusek, J. W., Burgio, K. L., Diokno, A. C., Foldspang, A., Fultz, N. H., Herzog, A. R., Hunskaar, S., Milsom, I., Nygaard, I., Subak, L. L., Thom, D. H. Proceedings of the National Institute of Diabetes and Digestive and Kidney Diseases International Symposium on Epidemiologic Issues in Urinary Incontinence in Women. Am J Obstet Gynecol. 2003 Jun; 188: S77-88 |
| 41764 | Brown, J. S., Posner, S. F., Stewart, A. L. Urge incontinence: new health-related quality of life measures. J Am Geriatr Soc. 1999 Aug; 47: 980-8 |
| 41249 | Brown, J. S., Sawaya, G., Thom, D. H., Grady, D. Hysterectomy and urinary incontinence: a systematic review. Lancet. 2000 Aug 12; 356: 535-9 |
| 43189 | Brown, J. S., Seeley, D. G., Fong, J., Black, D. M., Ensrud, K. E., Grady, D. Urinary incontinence in older women: who is at risk? Study of Osteoporotic Fractures Research Group. Obstet Gynecol. 1996 May; 87: 715-21 |
| 42011 | Brown, J. S., Subak, L. L., Gras, J., Brown, B. A., Kuppermann, M., Posner, S. F. Urge incontinence: the patient's perspective. J Womens Health. 1998 Dec; 7: 1263-9 |
| 40472 | Brown, J. S., Vittinghoff, E., Kanaya, A. M., Agarwal, S. K., Hulley, S., Foxman, B. Urinary tract infections in postmenopausal women: effect of hormone therapy and risk factors. Obstet Gynecol. 2001 Dec; 98: 1045-52 |
| 10596 | Brown, J. S., Vittinghoff, E., Wyman, J. F., Stone, K. L., Nevitt, M. C., Ensrud, K. E., Grady, D. Urinary incontinence: does it increase risk for falls and fractures? Study of Osteoporotic Fractures Research Group. J Am Geriatr Soc. 2000 Jul; 48: 721-5 |
| 40289 | Brown, J. S., Waetjen, L. E., Subak, L. L., Thom, D. H., Van den Eeden, S., Vittinghoff, E. Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol. 2002 Apr; 186: 712-6 |
| 3762 | Brown, J., Thomas, E., McCallum, A., and White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66,68 |
| 44724 | Brown, J., Thomas, E., McCallum, A., White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66, 68 |
| 3653 | Brown, J., Thomas, E., White, H., and McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-27 |
| 44683 | Brown, J., Thomas, E., White, H., McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-7 |
| 4092 | Brown, J.P. A practical approach to teaching self-catheterization to children with myelomeningocele. J Enterostomal Ther. 1990 Mar-Apr; 17: 54-56 |
| 42365 | Brown, K., Hilton, P. Ambulatory monitoring. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 369-76 |
| 10721 | Brown, K., Hilton, P. The incidence of detrusor instability before and after colposuspension: a study using conventional and ambulatory urodynamic monitoring. BJU Int. 1999 Dec; 84: 961-5 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5  Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 10534 | Brown, S. L., Govier, F. E. Cadaveric versus autologous fascia lata for the pubovaginal sling: surgical outcome and patient satisfaction. J Urol. 2000 Nov; 164: 1633-7 |
| 42474 | Brown, S., Lumley, J. Maternal health after childbirth: results of an Australian population based survey. Br J Obstet Gynaecol. 1998 Feb; 105: 156-61 |
| 41157 | Brown, S., Lumley, J. Physical health problems after childbirth and maternal depression at six to seven months postpartum. BJOG. 2000 Oct; 107: 1194-201 |
| 40347 | Brown, W. J., Miller, Y. D. Too wet to exercise? Leaking urine as a barrier to physical activity in women. J Sci Med Sport. 2001 Dec; 4: 373-8 |
| 10855 | Browne, D. S. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139-40 |
| 12034 | Browne, D. S., Frazer, M. I. Abdominoperineal urethral suspension: a report of 20 cases. Aust N Z J Obstet Gynaecol. 1990 Nov; 30: 366-9 |
| 54310 | Browning, A. Prevention of residual urinary incontinence following successful repair of obstetric vesico-vaginal fistula using a fibro-muscular sling. BJOG. 2004 Apr; 111: 357-61 |
| 42373 | Brownlee, R. D., Clark, A. W., Sevick, R. J., Myles, S. T. Symptomatic hamartoma of the spinal cord associated with neurofibromatosis type 1. Case report. J Neurosurg. 1998 Jun; 88: 1099-103 |
| 41426 | Brubaker, L. Electrical stimulation in overactive bladder. Urology. 2000 May; 55: 17-23; discussion 31-2 |
| 40216 | Brubaker, L. Postpartum urinary incontinence. BMJ. 2002 May 25; 324: 1227-8 |
| 11488 | Brubaker, L. Sacrocolpopexy and the anterior compartment: support and function. Am J Obstet Gynecol. 1995 Dec; 173: 1690-5; discussion 1695-6 |
| 11515 | Brubaker, L. Suburethral sling release. Obstet Gynecol. 1995 Oct; 86: 686-8 |
| 50220 | Brubaker, L. Surgical treatment of urinary incontinence in women. Gastroenterology. 2004 Jan; 126: S71-6 |
| 10904 | Brubaker, L. Vaginal delivery and the pelvic floor. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 363-4 |
| 11184 | Brubaker, L., Benson, J. T., Bent, A., Clark, A., Shott, S. Transvaginal electrical stimulation for female urinary incontinence. Am J Obstet Gynecol. 1997 Sep; 177: 536-40 |
| 51470 | Brubaker, L., Cundiff, G., Fine, P., Nygaard, I., Richter, H., Visco, A., Zyczynski, H., Brown, M. B., Weber, A. A randomized trial of colpopexy and urinary reduction efforts (CARE): design and methods. Control Clin Trials. 2003 Oct; 24: 629-42 |
| 44161 | Brubaker, L., Kotarinos, R. Kegel or cut? Variations on his theme. J Reprod Med. 1993 Sep; 38: 672-8 |
| 44095 | Brubaker, L., Retzky, S., Smith, C., Saclarides, T. Pelvic floor evaluation with dynamic fluoroscopy. Obstet Gynecol. 1993 Nov; 82: 863-8 |
| 4031 | Brubaker, L., Sand, P.K. Cystometry, urethrocystometry, and videocystourethrography. Clin Obstet Gynecol. 1990 Jun; 33: 315-324 |
| 10760 | Bruce, R. G., El-Galley, R. E., Galloway, N. T. Paravaginal defect repair in the treatment of female stress urinary incontinence and cystocele. Urology. 1999 Oct; 54: 647-51 |
| 42168 | Bruce, R. G., McRoberts, J. W. Cecoappendicovesicostomy: conduit-lengthening technique for use in continent urinary reconstruction. Urology. 1998 Oct; 52: 702-4 |
| 10272 | Brune, M. E., O'Neill, A. B., Gauvin, D. M., Katwala, S. P., Altenbach, R. J., Brioni, J. D., Hancock, A. A., Sullivan, J. P. Comparison of alpha 1-adrenoceptor agonists in canine urethral pressure profilometry and abdominal leak point pressure models. J Urol. 2001 Oct; 166: 1555-9 |
| 40274 | Bryant, C. M., Dowell, C. J., Fairbrother, G. Caffeine reduction education to improve urinary symptoms. Br J Nurs. 2002 Apr 25-May 8; 11: 560-5 |
| 4102 | Bryant, J.E., Bueschen, A.J., Cohn, J.H., and Nading, A.M. Transurethral prostatectomy: analysis and comparison of four clinical series. South Med J. 1990 Apr; 83: 386-389 |

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

42343   Brylewski, J. E., Wiggs, L. A questionnaire survey of sleep and night-time behaviour in a community- based sample of adults with intellectual disability. J Intellect Disabil Res. 1998 Apr; 42 ( Pt 2): 154-62

41479   Buccimazza, S., Molteno, C., Dunne, T. Pre-school follow-up of a cohort of children with myelomeningocele in Cape Town, South Africa. Ann Trop Paediatr. 1999 Sep; 19: 245-52

57780   Buchanan, R. J., Choi, M., Wang, S., Huang, C. Analyses of nursing home residents in hospice care using the minimum data set. Palliat Med. 2002 Nov; 16: 465-80

40696   Buchanan, R. J., Wang, S., Huang, C., Graber, D. Profiles of nursing home residents with multiple sclerosis using the minimum data set. Mult Scler. 2001 Jun; 7: 189-200

57730   Buchanan, R. J., Wang, S., Ju, H. Analyses of the minimum data set: comparisons of nursing home residents with multiple sclerosis to other nursing home residents. Mult Scler. 2002 Dec; 8: 512-22

10048   Buchsbaum, G. M., Chin, M., Glantz, C., Guzick, D. Prevalence of urinary incontinence and associated risk factors in a cohort of nuns. Obstet Gynecol. 2002 Aug; 100: 226-9

42479   Buffa, P., Di Rovasenda, E., Scarsi, P. L., Granata, C., Podesta, E., Ciardi, M. R., Cama, A. Vesico sphincteric function in spinal lipomas. Review of 80 cases. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 59-60

57290   Buffa, P., Torre, M., Scarsi, P. L., De Gennaro, M., Battaglino, F., Beseghi, U., Di Lorenzo, F., Cama, A. Caudal regression syndrome: an online multicentre survey. Urological long-term results. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S26-8

40523   Bug, G. J., Kiff, E. S., Hosker, G. A new condition-specific health-related quality of life questionnaire for the assessment of women with anal incontinence. BJOG. 2001 Oct; 108: 1057-67

55510   Bugg, C. E., Jr, Joseph, D. B. Bladder neck cinch for pediatric neurogenic outlet deficiency. J Urol. 2003 Oct; 170: 1501-3; discussion 1503-4

41638   Bugg, G., Hosker, G., Kiff, E. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1999 Nov; 106: 1233-4

44623   Bull, E., Chilton, C. P., Gould, C. A., Sutton, T. M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-9

3567   Bull, E., Chilton, C.P., Gould, C.A., and Sutton, T.M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-399

10571   Buller, J. L., Cundiff, G. W. Laparoscopic surgeries for urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 604-18

40547   Bulmer, P. J., James, M., Ellis-Jones, J., Smith, D., Timoney, A. G., Donovan, J. A randomized trial comparing the effectiveness and preference of a touch-screen computer system with a leaflet for providing women with information on urinary symptoms suggestive of detrusor instability. BJU Int. 2001 Oct; 88: 532-5

40015   Bump, R. C. Advising prospective mothers about the maternal morbidity of vaginal childbirth. Am J Obstet Gynecol. 2002 Oct; 187: 823

11824   Bump, R. C. Racial comparisons and contrasts in urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1993 Mar; 81: 421-5

41431   Bump, R. C. The urethrodetrusor facilitative reflex in women: results of urethral perfusion studies. Am J Obstet Gynecol. 2000 Apr; 182: 794-802; discussion 802-4

11194   Bump, R. C., Coates, K. W., Cundiff, G. W., Harris, R. L., Weidner, A. C. Diagnosing intrinsic sphincteric deficiency: comparing urethral closure pressure, urethral axis, and Valsalva leak point pressures. Am J Obstet Gynecol. 1997 Aug; 177: 303-10

11534   Bump, R. C., Elser, D. M., Theofrastous, J. P., McClish, D. K. Valsalva leak point pressures in women with genuine stress incontinence: reproducibility, effect of catheter caliber, and correlations with other measures of urethral resistance. Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 551-7

---

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10925**   Bump, R. C., Hurt, W. G., Addison, W. A., Fantl, J. A., McClish, D. K. Reliability and correlation of measurements during and after bladder neck surgery. The Continence Program for Women Research Group. Br J Urol. 1998 Nov; 82: 628-33

**10743**   Bump, R. C., Hurt, W. G., Elser, D. M., Theofrastous, J. P., Addison, W. A., Fantl, J. A., McClish, D. K. Understanding lower urinary tract function in women soon after bladder neck surgery. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 629-37

**44658**   Bump, R. C., Hurt, W. G., Fantl, J. A., Wyman, J. F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7; discussion 327-9

**11341**   Bump, R. C., Hurt, W. G., Theofrastous, J. P., Addison, W. A., Fantl, J. A., Wyman, J. F., McClish, D. K. Randomized prospective comparison of needle colposuspension versus endopelvic fascia plication for potential stress incontinence prophylaxis in women undergoing vaginal reconstruction for stage III or IV pelvic organ prolapse. The Continence Program for W. Am J Obstet Gynecol. 1996 Aug; 175: 326-33; discussion 333-5

**11863**   Bump, R. C., McClish, D. K. Cigarette smoking and urinary incontinence in women. Am J Obstet Gynecol. 1992 Nov; 167: 1213-8

**11714**   Bump, R. C., McClish, D. M. Cigarette smoking and pure genuine stress incontinence of urine: a comparison of risk factors and determinants between smokers and nonsmokers. Am J Obstet Gynecol. 1994 Feb; 170: 579-82

**42020**   Bump, R. C., Norton, P. A. Epidemiology and natural history of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 723-46

**52080**   Bump, R. C., Norton, P. A., Zinner, N. R., Yalcin, I. Mixed urinary incontinence symptoms: urodynamic findings, incontinence severity, and treatment response. Obstet Gynecol. 2003 Jul; 102: 76-83

**11881**   Bump, R. C., Sugerman, H. J., Fantl, J. A., McClish, D. K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7; discussion 397-9

**3634**   Bump, R.C., Hurt, W.G., Fantl, J.A., and Wyman, J.F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7;discussion327-9

**3295**   Bump, R.C., Sugerman, H.J., Fantl, J.A., and McClish, D.K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7;discussion397-9

**44225**   Bunyaratavej, P., La-ornual, S., Kongkanand, A., Prasopsanti, K., Vajarapongse, R. Ten years' experience with enterocystoplasty. J Med Assoc Thai. 1993 Jun; 76: 327-33

**10029**   Burch, J. C. Cooper's ligament urethrovesical suspension for stress incontinence. Nine years' experience -- results, complications, techniques. 1968. Am J Obstet Gynecol. 2002 Aug; 187: 512, discussion 513

**12113**   Burgio, K. L. Behavioral training for stress and urge incontinence in the community. Gerontology. 1990; 36 Suppl 2: 27-34

**57600**   Burgio, K. L. Influence of behavior modification on overactive bladder. Urology. 2002 Nov; 60: 72-6; discussion 77

**44595**   Burgio, K. L., Burgio, L. D., McCormick, K. A., Engel, B. T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-5

**11182**   Burgio, K. L., Goode, P. S. Behavioral interventions for incontinence in ambulatory geriatric patients. Am J Med Sci. 1997 Oct; 314: 257-61

**50650**   Burgio, K. L., Goode, P. S., Locher, J. L., Richter, H. E., Roth, D. L., Wright, K. C., Varner, R. E. Predictors of outcome in the behavioral treatment of urinary incontinence in women. Obstet Gynecol. 2003 Nov; 102: 940-7

**40001**   Burgio, K. L., Goode, P. S., Locher, J. L., Umlauf, M. G., Roth, D. L., Richter, H. E., Varner, R. E., Lloyd, L. K. Behavioral training with and without biofeedback in the treatment of urge incontinence in older women: a randomized controlled trial. JAMA. 2002 Nov 13; 288: 2293-9

**43995**   Burgio, K. L., Ives, D. G., Locher, J. L., Arena, V. C., Kuller, L. H. Treatment seeking for urinary incontinence in older adults. J Am Geriatr Soc. 1994 Feb; 42: 208-12

**10636**   Burgio, K. L., Locher, J. L., Goode, P. S. Combined behavioral and drug therapy for urge incontinence in older women. J Am Geriatr Soc. 2000 Apr; 48: 370-4

---

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 42070 | Burgio, K. L., Locher, J. L., Goode, P. S., Hardin, J. M., McDowell, B. J., Dombrowski, M., Candib, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. JAMA. 1998 Dec 16; 280: 1995-2000 |
| 40957 | Burgio, K. L., Locher, J. L., Roth, D. L., Goode, P. S. Psychological improvements associated with behavioral and drug treatment of urge incontinence in older women. J Gerontol B Psychol Sci Soc Sci. 2001 Jan; 56: P46-51 |
| 11451 | Burgio, K. L., Locher, J. L., Zyczynski, H., Hardin, J. M., Singh, K. Urinary incontinence during pregnancy in a racially mixed sample: characteristics and predisposing factors. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 69-73 |
| 11941 | Burgio, K. L., Matthews, K. A., Engel, B. T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-9 |
| 54930 | Burgio, K. L., Zyczynski, H., Locher, J. L., Richter, H. E., Redden, D. T., Wright, K. C. Urinary incontinence in the 12-month postpartum period. Obstet Gynecol. 2003 Dec; 102: 1291-8 |
| 41762 | Burgio, K., Ouslander, J. G. Effects of urge urinary incontinence on quality of life in older people. J Am Geriatr Soc. 1999 Aug; 47: 1032-3 |
| 3513 | Burgio, K.L., Burgio, L.D., McCormick, K.A., and Engel, B.T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-35 |
| 4144 | Burgio, K.L., Engel, B.T. Biofeedback-assisted behavioral training for elderly men and women. J Am Geriatr Soc. 1990 Mar; 38: 338-340 |
| 3562 | Burgio, K.L., Matthews, K.A., and Engel, B.T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-1259 |
| 45054 | Burgio, L. D., Engel, B. T., Hawkins, A., McCormick, K., Scheve, A., Jones, L. T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-8 |
| 43975 | Burgio, L. D., McCormick, K. A., Scheve, A. S., Engel, B. T., Hawkins, A., Leahy, E. The effects of changing prompted voiding schedules in the treatment of incontinence in nursing home residents. J Am Geriatr Soc. 1994 Mar; 42: 315-20 |
| 4057 | Burgio, L.D., Engel, B.T., Hawkins, A., McCormick, K., Scheve, A., and Jones, L.T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-118 |
| 40940 | Burkhart, K. S. Urinary incontinence in women: assessment and management in the primary care setting. Nurse Pract Forum. 2000 Dec; 11: 192-204 |
| 3068 | Burn, J., Sandercock, P. Predicting the outcome of acute stroke. J Neurol Neurosurg Psychiatry. 1993 May; 56: 576 |
| 3180 | Burnet, C., Carter, H., and Gorman, D. Urinary incontinence: a survey of knowledge, working practice and training needs of nursing staff in Fife. Health-Bull (Edinb). 1992 Nov; 50: 448-452 |
| 11364 | Burney, T. L., Badlani, G. H. Rationale and treatment results with bioinjectables. J Endourol. 1996 Jun; 10: 273-7 |
| 3941 | Burns, A., Jacoby, R., and Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94 |
| 44910 | Burns, A., Jacoby, R., Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94 |
| 11803 | Burns, P. A., Pranikoff, K., Nochajski, T. H., Hadley, E. C., Levy, K. J., Ory, M. G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-74 |
| 12090 | Burns, P. A., Pranikoff, K., Nochajski, T., Desotelle, P., Harwood, M. K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-4 |

**Appendix A5  Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

**3381**  Burns, P.A., Nochajski, T.H., and Pranikoff, K. Factors discriminating between genuine stress and mixed incontinence. J Am Acad Nurse Pract. 1992 Jan-Mar; 4: 15-21

**4143**  Burns, P.A., Pranikoff, K., Nochajski, T., Desotelle, P., and Harwood, M.K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-344

**3050**  Burns, P.A., Pranikoff, K., Nochajski, T.H., Hadley, E.C., Levy, K.J., and Ory, M.G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-M174

**10884**  Busacchi, P., De Giorgio, R., Santini, D., Bellavia, E., Perri, T., Oliverio, C., Paradisi, R., Corinaldesi, R., Flamigni, C. A histological and immunohistochemical study of neuropeptide containing somatic nerves in the levator ani muscle of women with genitourinary prolapse. Acta Obstet Gynecol Scand. 1999 Jan; 78: 2-5

**42399**  Busby-Whitehead, J. M., Johnson, T. M. Urinary incontinence. Clin Geriatr Med. 1998 May; 14: 285-96

**40255**  Bush, T. A., Castellucci, D. T., Phillips, C. Exploring women's beliefs regarding urinary incontinence. Urol Nurs. 2001 Jun; 21: 211-8

**57000**  But, I. Conservative treatment of female urinary incontinence with functional magnetic stimulation. Urology. 2003 Mar; 61: 558-61

**59070**  But, I. Re: Surgical intervention for complications of the tension-free vaginal tape procedure. J Urol. 2004 Aug; 172: 777

**59230**  But, I., Bratus, D., Faganelj, M. Prolene tape in the bladder wall after TVT procedure--intramural tape placement or secondary tape migration?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 75-6

**59246**  But, I., Faganelj, M., Sostaric, A. Functional magnetic stimulation for mixed urinary incontinence. J Urol. 2005 May; 173: 1644-6

**41458**  Butera, J. A., Antane, M. M., Antane, S. A., Argentieri, T. M., Freeden, C., Graceffa, R. F., Hirth, B. H., Jenkins, D., Lennox, J. R., Matelan, E., Norton, N. W., Quagliato, D., Sheldon, J. H., Spinelli, W., Warga, D., Wojdan, A., Woods, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 1. N-Cyanoguanidine bioisosteres possessing in vivo bladder selectivity. J Med Chem. 2000 Mar 23; 43: 1187-202

**40267**  Butler, L., Downe-Wamboldt, B., Marsh, S., Bell, D., Jarvi, K. Behind the scenes: partners' perceptions of quality of life post radical prostatectomy. Urol Nurs. 2000 Aug; 20: 254-8

**41754**  Butler, R. N., August, P., Ferdinand, K. C., Phillips, R. A., Roccella, E. J. Hypertension: how comorbid disease influences the choice of therapy. Part 4 of a roundtable discussion. Geriatrics. 1999 Aug; 54: 34, 39-44

**43771**  Butler, R. N., Lewis, M. I., Hoffman, E., Whitehead, E. D. Love and sex after 60: how to evaluate and treat the sexually-active woman. Geriatrics. 1994 Nov; 49: 33-4, 37-8, 41-2

**41655**  Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: keys to diagnosis of the older woman.1. Geriatrics. 1999 Oct; 54: 22-6, 29-30

**41619**  Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: primary care therapies for the older woman. Geriatrics. 1999 Nov; 54: 31-4, 39-40, 43-4

**10706**  Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: when to refer for procedural therapies. Geriatrics. 1999 Dec; 54: 49-54, 56

**3437**  Butt, J. Incontinence. Practical products. Nurs Elder. 1991 Jul-Aug; 3: 14-15

**40863**  Buttar, A., Blaum, C., Fries, B. Clinical characteristics and six-month outcomes of nursing home residents with low activities of daily living dependency. J Gerontol A Biol Sci Med Sci. 2001 May; 56: M292-7

**42462**  Button, D., Roe, B., Webb, C., Frith, T., Colin-Thome, D., Gardner, L. Consensus guidelines for the promotion and management of continence by primary health care teams: development, implementation and evaluation. NHS Executive Nursing Directorate. J Adv Nurs. 1998 Jan; 27: 91-9

**44971**  Butturini, E. Pants are back in style!. N Z Health Hospital. 1990 May-Jun; 42: 14, 19

**3884**  Butturini, E. Pants for incontinence patients. N Z Nurs J. 1990 Oct; 83: 26

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

11636    Byck, D. B., Varner, R. E., Clough, C. Urinary complaints after modified Burch urethropexy: an analysis. Am J Obstet Gynecol. 1994 Dec; 171: 1460-2; discussion 1462-4

43551    Byers, P. H., Ryan, P. A., Regan, M. B., Shields, A., Carta, S. G. Effects of incontinence care cleansing regimens on skin integrity. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 187-92

59401    Byles, J. E., Chiarelli, P., Hacker, A. H., Bruin, C., Cockburn, J., Parkinson, L. An evaluation of three community-based projects to improve care for incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 29-38; discussion 38

3691    Byrne, P., Morris, J., Mordey, S., and Condie, R. Physiotherapy for stress incontinence of urine [letter]. Bmj. 1991 May 4; 302: 1084

11981    Byrne, P., Morris, J., Mordey, S., Condie, R. Physiotherapy for stress incontinence of urine. BMJ. 1991 May 4; 302: 1084

12024    Cabrera, J. A., Szekely, Z., Ospitia, J. A. Suprapubic or vaginal procedure. Am J Obstet Gynecol. 1990 Dec; 163: 2025-6

3856    Cabrera, J.A., Szekely, Z., and Ospitia, J.A. Suprapubic or vaginal procedure [letter]. Am J Obstet Gynecol. 1990 Dec; 163: 2025-2026

11368    Cadeddu, J. A., Kavoussi, L. R. Correction of stress urinary incontinence: transperitoneal approach. J Endourol. 1996 Jun; 10: 241-5

11728    Caffrey, R. Continence. A personal plan. Nurs Times. 1994 Jan 26-Feb 1; 90: 84-6

41677    Cain, M. P., Casale, A. J., King, S. J., Rink, R. C. Appendicovesicostomy and newer alternatives for the Mitrofanoff procedure: results in the last 100 patients at Riley Children's Hospital. J Urol. 1999 Nov; 162: 1749-52

41005    Cain, M. P., Rink, R. C. Vaginal stenosis and hydrometrocolpos: late complication of inadvertent perivaginal placement of an artificial urinary sphincter in prepubertal girls(1). Urology. 1999 Nov; 54: 923

55500    Cain, M. P., Wu, S. D., Austin, P. F., Herndon, C. D., Rink, R. C. Alpha blocker therapy for children with dysfunctional voiding and urinary retention. J Urol. 2003 Oct; 170: 1514-5; discussion 1516-7

40027    Caione, P., Capozza, N. Endoscopic treatment of urinary incontinence in pediatric patients: 2- year experience with dextranomer/hyaluronic acid copolymer. J Urol. 2002 Oct; 168: 1868-71

45090    Caione, P., De Gennaro, M., Zaccara, A., Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-51

3700    Caione, P., De-Gennaro, M., Zaccara, A., and Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-551

44188    Caione, P., Lais, A., de Gennaro, M., Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-3

3041    Caione, P., Lais, A., de-Gennaro, M., and Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-633

41732    Caione, P., Nappo, S., De Castro, R., Prestipino, M., Capozza, N. Low-dose desmopressin in the treatment of nocturnal urinary incontinence in the exstrophy-epispadias complex. BJU Int. 1999 Aug; 84: 329-34

43664    Caione, P., Silveri, M., Capitanucci, M. L., Capozza, N., De Gennaro, M. Urinary continence in Mullerian duct anomalies. Panminerva Med. 1995 Mar; 37: 14-7

42665    Callahan, E. H., Paris, B. Midlife periodic health exam in the primary care practice. Geriatrics. 1997 Oct; 52: 60-1, 65-6, 69-71 passim; quiz 79

3613    Callan, B., Chance, R. Incontinence. Aids and appliances. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 18-20

42326    Callsen-Cencic, P., Mense, S. Abolition of cystitis-induced bladder instability by local spinal cord cooling. J Urol. 1998 Jul; 160: 236-41

---

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 440 of 360 PageID #: 202679

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 41613 | Callsen-Cencic, P., Mense, S. Control of the unstable urinary bladder by graded thermoelectric cooling of the spinal cord. BJU Int. 1999 Dec; 84: 1084-92 |
| 43586 | Cammu, H. Female incontinence. Clinical examination by the gynecologist. Acta Urol Belg. 1995 May; 63: 9 |
| 11077 | Cammu, H., Van Nylen, M. Pelvic floor exercises versus vaginal weight cones in genuine stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Mar; 77: 89-93 |
| 11070 | Cammu, H., Van Nylen, M. Pelvic floor muscle exercises in genuine urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 297-300 |
| 11616 | Cammu, H., Van Nylen, M. Pelvic floor muscle exercises: 5 years later. Urology. 1995 Jan; 45: 113-7; discussion 118 |
| 10645 | Cammu, H., Van Nylen, M., Amy, J. J. A 10-year follow-up after Kegel pelvic floor muscle exercises for genuine stress incontinence. BJU Int. 2000 Apr; 85: 655-8 |
| 11953 | Cammu, H., Van Nylen, M., Derde, M. P., DeBruyne, R., Amy, J. J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-7 |
| 3521 | Cammu, H., Van-Nylen, M., Derde, M.P., DeBruyne, R., and Amy, J.J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-337 |
| 10486 | Campbell, D. J., Tenis, N., Rosamilia, A., Clements, J. A., Dwyer, P. L. Urinary levels of substance P and its metabolites are not increased in interstitial cystitis. BJU Int. 2001 Jan; 87: 35-8 |
| 44589 | Campbell, E. B., Knight, M., Benson, M., Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-94 |
| 3461 | Campbell, E.B., Knight, M., Benson, M., and Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-794 |
| 3865 | Campbell, H., Crawford, V., and Stout, R.W. The impact of private residential and nursing care on statutory residential and hospital care of elderly people in south Belfast. Age Ageing. 1990 Sep; 19: 318-324 |
| 3074 | Campbell, J.M., Dowd, T.T. Capturing scarce resources: documentation and communication. Nurs Econ. 1993 Mar-Apr; 11: 103-106 |
| 3541 | Campbell, J.M., Dowd, T.T. Promoting clinical research through collegial relationships. Nursingconnections. 1991 Fall; 4: 39-45 |
| 55910 | Campos-Sousa, R. N., Quagliato, E., da Silva, B. B., de Carvalho, R. M.,  Jr, Ribeiro, S. C., de Carvalho, D. F. Urinary symptoms in Parkinson's disease: prevalence and associated factors. Arq Neuropsiquiatr. 2003 Jun; 61: 359-63 |
| 43581 | Campostrini, F., Garusi, G., Donati, E. A practical technique for conformal simulation in radiation therapy of pelvic tumors. Int J Radiat Oncol Biol Phys. 1995 May 15; 32: 355-65 |
| 43122 | Canavan, K. ANA endorses guidelines for smoking cessation, urinary incontinence. Am Nurse. 1996 Jul-Aug; 28: 8 |
| 11466 | Cancrini, A., De Carli, P., Pompeo, V., Fattahi, H., Lamanna, L., Giuseppe, C., Cantiani, R., Mainiero, G., von Heland, M. Lower urinary tract reconstruction following cystectomy: experience and results in 96 patients using the orthotopic ileal bladder substitution of Studer et al. Eur Urol. 1996; 29: 204-9 |
| 44026 | Candy, M. Raising awareness of a hidden problem: pelvic floor promotion. Prof Nurse. 1994 Jan; 9: 278, 280-4 |
| 10429 | Canepa, G., Ricciotti, G., Introini, C., Vigliercio, G., Puppo, P. Horseshoe-shaped marlex mesh for the treatment of pelvic floor prolapse. Eur Urol. 2001 Jan; 39 Suppl 2: 23-6; discussion 27 |
| 11621 | Canning, D. A., Seibold, J., Saito, M., Zderic, S. A., Snyder, H. M., Duckett, J. W., Levin, R. M. Use of injectable fat to obstruct the urethra in rabbits. Neurourol Urodyn. 1995; 14: 259-67 |
| 40646 | Cannon, T. W., Damaser, M. S. Effects of anesthesia on cystometry and leak point pressure of the female rat. Life Sci. 2001 Jul 27; 69: 1193-202 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

50830   Cannon, T. W., Lee, J. Y., Somogyi, G., Pruchnic, R., Smith, C. P., Huard, J., Chancellor, M. B. Improved sphincter contractility after allogenic muscle-derived progenitor cell injection into the denervated rat urethra. Urology. 2003 Nov; 62: 958-63

10044   Cannon, T. W., Wojcik, E. M., Ferguson, C. L., Saraga, S., Thomas, C., Damaser, M. S. Effects of vaginal distension on urethral anatomy and function. BJU Int. 2002 Sep; 90: 403-7

59030   Capar, M. A new retropubic suspension operation technique for transvaginal Burch operation, using newly developed equipment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 898-903

40364   Capewell, A. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 801

42968   Capitanucci, M. L., Iacobelli, B. D., Silveri, M., Mosiello, G., De Gennaro, M. Long-term urological follow-up of occult spinal dysraphism in children. Eur J Pediatr Surg. 1996 Dec; 6 Suppl 1: 25-6

41970   Caplan, G. A., Ward, J. A., Brennan, N. J., Coconis, J., Board, N., Brown, A. Hospital in the home: a randomised controlled trial. Med J Aust. 1999 Feb 15; 170: 156-60

40815   Capolicchio, G., McLorie, G. A., Farhat, W., Merguerian, P. A., Bagli, D. J., Khoury, A. E. A population based analysis of continence outcomes and bladder exstrophy. J Urol. 2001 Jun; 165: 2418-21

40030   Capozza, N., Lais, A., Matarazzo, E., Nappo, S., Patricolo, M., Caione, P. Influence of voiding dysfunction on the outcome of endoscopic treatment for vesicoureteral reflux. J Urol. 2002 Oct; 168: 1695-8

40535   Cappellano, F., Bertapelle, P., Spinelli, M., Catanzaro, F., Carone, R., Zanollo, A., De Seta, F., Giardiello, G. Quality of life assessment in patients who undergo sacral neuromodulation implantation for urge incontinence: an additional tool for evaluating outcome. J Urol. 2001 Dec; 166: 2277-80

42872   Caputo, L. A., Cusimano, M. D. Schwannoma of the cauda equina. J Manipulative Physiol Ther. 1997 Feb; 20: 124-9

44431   Caputo, R. M., Benson, J. T. Idiopathic fecal incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 565-70

44079   Caputo, R. M., Benson, J. T. The Q-tip test and urethrovesical junction mobility. Obstet Gynecol. 1993 Dec; 82: 892-6

11787   Caputo, R. M., Benson, J. T., McClellan, E. Intravaginal maximal electrical stimulation in the treatment of urinary incontinence. J Reprod Med. 1993 Sep; 38: 667-71

40801   Caraballo, R., Bologna, R. A., Lukban, J., Whitmore, K. E. Sacral nerve stimulation as a treatment for urge incontinence and associated pelvic floor disorders at a pelvic floor center: a follow-up study. Urology. 2001 Jun; 57: 121

50070   Carbone, A., Palleschi, G., Ciavarella, S., Morello, P., Tomiselli, G., Parascani, R., Tubaro, A. Experience with a bone anchor sling for treating female stress urinary incontinence: outcome at 30 months. BJU Int. 2004 Apr; 93: 780-8

10380   Carbone, J. M., Kavaler, E., Hu, J. C., Raz, S. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol. 2001 May; 165: 1605-11

55130   Carcio, H. Comprehensive continence care. The nurse practitioner's role. Adv Nurse Pract. 2003 Oct; 11: 26-35; quiz 35-6

44941   Cardozo, L. Detrusor instability--current management. Br J Obstet Gynaecol. 1990 Jun; 97: 463-6

3977   Cardozo, L. Detrusor instability--current management [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 463-466

59124   Cardozo, L. New developments in the management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 1-3

4147   Cardozo, L. Role of estrogens in the treatment of female urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 326-328

11932   Cardozo, L. Urinary incontinence in women: have we anything new to offer?. BMJ. 1991 Dec 7; 303: 1453-7

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

3502    Cardozo, L. Urinary incontinence in women: have we anything new to offer? [see comments]. Bmj. 1991 Dec 7; 303: 1453-1457

11593    Cardozo, L. D., Kelleher, C. J. Sex hormones, the menopause and urinary problems. Gynecol Endocrinol. 1995 Mar; 9: 75-84

11901    Cardozo, L., Brindley, G. S. Endoscopically guided bladder neck suspension for continence in paraplegic women with implant driven micturition. Paraplegia. 1992 May; 30: 336-8

59296    Cardozo, L., Coyne, K. S., Versi, E. Validation of the urgency perception scale. BJU Int. 2005 Mar; 95: 591-6

11208    Cardozo, L., Cutner, A. Lower urinary tract symptoms in pregnancy. Br J Urol. 1997 Jul; 80 Suppl 1: 14-23

59276    Cardozo, L., Dixon, A. Increased warning time with darifenacin: a new concept in the management of urinary urgency. J Urol. 2005 Apr; 173: 1214-8

10801    Cardozo, L., Hextall, A., Bailey, J., Boos, K. Colposuspension after previous failed incontinence surgery: a prospective observational study. Br J Obstet Gynaecol. 1999 Apr; 106: 340-4

44088    Cardozo, L., Rekers, H., Tapp, A., Barnick, C., Shepherd, A., Schussler, B., Kerr-Wilson, R., van Geelan, J., Barlebo, H., Walter, S. Oestriol in the treatment of postmenopausal urgency: a multicentre study. Maturitas. 1993 Dec; 18: 47-53

52910    Carey, J. M., Chon, J. K., Leach, G. E. Urethrolysis with Martius labial fat pad graft for iatrogenic bladder outlet obstruction. Urology. 2003 Apr; 61: 21-5

59147    Carey, J. M., Leach, G. E. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology. 2004 Apr; 63: 665-70

41063    Carey, M. P., De Jong, S., Friedhuber, A., Moran, P. A., Dwyer, P. L., Scurry, J. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2000 Dec; 86: 970-6

10278    Carey, M. P., Dwyer, P. L. Genital prolapse: vaginal versus abdominal route of repair. Curr Opin Obstet Gynecol. 2001 Oct; 13: 499-505

11968    Carey, M. P., Dwyer, P. L. Position and mobility of the urethrovesical junction in continent and in stress incontinent women before and after successful surgery. Aust N Z J Obstet Gynaecol. 1991 Aug; 31: 279-84

11130    Carey, M. P., Dwyer, P. L., Glenning, P. P. The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 436-9

10118    Carey, M. P., Goh, J. T., Fynes, M. M., Murray, C. J. Stress urinary incontinence after delayed primary closure of genitourinary fistula: a technique for surgical management. Am J Obstet Gynecol. 2002 May; 186: 948-53

31717    Carey, M. P., Slack, M. C. Transvaginal sacrospinous colpopexy for vault and marked uterovaginal prolapse. Br J Obstet Gynaecol. 1994 Jun; 101: 536-40

41395    Carlan, S. J., Russell, H., Shelnutt, J., Peppy, T., Griggs, B. Extracorporeal magnetic innervation (EXMI) therapy in the treatment of urinary incontinence in women: results from a single center. J Am Geriatr Soc. 2000 Apr; 48: 456

41364    Carley, M. E., Schaffer, J. Urinary incontinence and pelvic organ prolapse in women with Marfan or Ehlers Danlos syndrome. Am J Obstet Gynecol. 2000 May; 182: 1021-3

10880    Carley, M. E., Turner, R. J., Scott, D. E., Alexander, J. M. Obstetric history in women with surgically corrected adult urinary incontinence or pelvic organ prolapse. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 85-9

10501    Carlin, B. I., Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure for the treatment of stress incontinence in the female patient. Urology. 2000 Dec 4; 56: 28-31

42614    Carlin, B. I., Rutchik, S. D., Resnick, M. I. Comparison of the ileal conduit to the continent cutaneous diversion and orthotopic neobladder in patients undergoing cystectomy: a critical analysis and review of the literature. Semin Urol Oncol. 1997 Aug; 15: 189-92

42346    Carlisle, D. Silent suffering. Nurs Times. 1998 Apr 15-21; 94: 63-4, 67

---

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

10539    Carlson, K. V., Fiske, J., Nitti, V. W. Value of routine evaluation of the voiding phase when performing urodynamic testing in women with lower urinary tract symptoms. J Urol. 2000 Nov; 164: 1614-8

10485    Carlson, K. V., Rome, S., Nitti, V. W. Dysfunctional voiding in women. J Urol. 2001 Jan; 165: 143-7; discussion 147-8

42766    Caro, F. G., Glickman, L. L., Ingegneri, D., Porell, F., Stern, A. L., Verma, K. The impact of the closing of three Massachusetts public chronic disease hospitals: a multidimensional perspective. J Community Health. 1997 Jun; 22: 155-74

11403    Carr, L. K., Herschorn, S. Periurethral collagen injection and pregnancy. J Urol. 1996 Mar; 155: 1037

11391    Carr, L. K., Herschorn, S., Leonhardt, C. Magnetic resonance imaging after intraurethral collagen injected for stress urinary incontinence. J Urol. 1996 Apr; 155: 1253-5

11285    Carr, L. K., Walsh, P. J., Abraham, V. E., Webster, G. D. Favorable outcome of pubovaginal slings for geriatric women with stress incontinence. J Urol. 1997 Jan; 157: 125-8

42849    Carr, L. K., Webster, G. D. Voiding dysfunction following incontinence surgery: diagnosis and treatment with retropubic or vaginal urethrolysis. J Urol. 1997 Mar; 157: 821-3

43354    Carr, M. C., Mitchell, M. E. Continent gastric pouch. World J Urol. 1996; 14: 112-6

42022    Carranza-Lira, S., Murillo-Uribe, A., Martinez-Trejo, N., Santos-Gonzalez, J. Changes in symptoms, blood pressure, glucose, hormones, and lipid levels according to weight and body fat distribution in climacteric women. Int J Fertil Womens Med. 1998 Nov-Dec; 43: 306-11

42058    Carrico, C., Lebowitz, R. L. Incontinence due to an infrasphincteric ectopic ureter: why the delay in diagnosis and what the radiologist can do about it. Pediatr Radiol. 1998 Dec; 28: 942-9

54170    Carrion, R., Arap, S., Corcione, G., Ferreyra, U., Neyra Argote, G., Cantor, A., Seigne, J., Lockhart, J. A multi-institutional study of orthotopic neobladders: functional results in men and women. BJU Int. 2004 Apr; 93: 803-6

41406    Carroli, G., Belizan, J. Episiotomy for vaginal birth. Cochrane Database Syst Rev. 2000; : CD000081

3808    Carroll, P., Maher, V.F. Legal issues in the care of patients with urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 9

43464    Carroll, T. A., Kelly, D. Nocturnal enuresis. A parental nightmare. Ir Med J. 1995 Sep-Oct; 88: 146, 148

43896    Carruthers, S. G. Adverse effects of alpha 1-adrenergic blocking drugs. Drug Saf. 1994 Jul; 11: 12-20

41473    Carson, C. C. Reconstructive surgery using urological prostheses. Curr Opin Urol. 1999 May; 9: 233-9

44235    Carter, C. T., Schafer, N. Incidence of urethral disruption in females with traumatic pelvic fractures. Am J Emerg Med. 1993 May; 11: 218-20

43844    Carter, D., Green, D. Health promotion. Applying COPC to incontinence. Nurs Times. 1994 Aug 31-Sep 6; 90: 44-5

11586    Carter, J. E. Laparoscopic bladder neck suspension. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 81-7

44619    Carter, J. P., Noronha-Blob, L., Audia, V. H., Dupont, A. C., McPherson, D. W., Natalie, K. J., Jr, Rzeszotarski, W. J., Spagnuolo, C. J., Waid, P. P., Kaiser, C. Analogues of oxybutynin. Synthesis and antimuscarinic and bladder activity of some substituted 7-amino-1-hydroxy-5-heptyn-2-ones and related compounds. J Med Chem. 1991 Oct; 34: 3065-74

41035    Caruso, J. M., Tung, G. A., Brown, W. D. Central nervous system and renal vasculitis associated with primary varicella infection in a child. Pediatrics. 2001 Jan; 107: E9

43963    Carvalho, J. P., Souen, J. S., Carramao Sda, S., Yeu, W. L., Pinotti, J. A. Wertheim-Meigs radical hysterectomy. Rev Paul Med. 1994 Apr-Jun; 112: 539-42

12061    Casanova, J. E. Incontinence after use of enalapril. J Urol. 1990 Jun; 143: 1237-8

4043    Casanova, J.E. Incontinence after use of enalapril [letter]. J Urol. 1990 Jun; 143: 1237-1238

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**                                    **Master Bibliography**

**SUI Guidelines Panel**                                     **sorted by Primary Author and Title**

---

10873    Casper, F. W., Linn, J. F., Black, P. Obstetrical management following incontinence surgery. J Obstet Gynaecol Res. 1999 Feb; 25: 51-3

11945    Caspi, E., Langer, R. Colpo-needle suspension for the treatment of urinary stress incontinence--a new surgical technique. Br J Obstet Gynaecol. 1991 Nov; 98: 1183-4

52370    Cassells, C., Watt, E. The impact of incontinence on older spousal caregivers. J Adv Nurs. 2003 Jun; 42: 607-16

43709    Cassidy, T. P., Farquhar, D. L. The characteristics of respite patients. Health Bull (Edinb). 1995 Jan; 53: 13-9

59236    Castellan, M. A., Gosalbez, R., Labbie, A., Ibrahim, E., Disandro, M. Outcomes of continent catheterizable stomas for urinary and fecal incontinence: comparison among different tissue options. BJU Int. 2005 May; 95: 1053-7

40821    Castera, R., Podesta, M. L., Ruarte, A., Herrera, M., Medel, R. 10-Year experience with artificial urinary sphincter in children and adolescents. J Urol. 2001 Jun; 165: 2373-6

59036    Castillo, O. A., Bodden, E., Olivares, R. A., Urena, R. D. Intestinal perforation: an infrequent complication during insertion of tension-free vaginal tape. J Urol. 2004 Oct; 172: 1364

42477    Castleden, C. M. The Marjory Warren Lecture. Incontinence--still a geriatric giant?. Age Ageing. 1997 Dec; 26 Suppl 4: 47-52

43119    Castleden, C. M., Parker, S. G. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age not disease. Age Ageing. 1996 Jul; 25: 336

3071     Castleden, C.M. Long-term outcome following stroke [letter]. Age Ageing. 1993 May; 22: 231-232

4108     Castleden, C.M., Battcock, T.M., and Duffin, H.M. Oxybutynin and urinary incontinence [letter; comment]. Age Ageing. 1990 Jan; 19: 72-73

3776     Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., and Marques-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-65

44848    Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., Marques'-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-5

4179     Catalona, W.J., Bigg, S.W. Nerve-sparing radical prostatectomy: evaluation of results after 250 patients. J Urol. 1990 Mar; 143: 538-43;discussion544

43034    Catanzaro, J. Managing incontinence: an update. RN. 1996 Oct; 59: 38-9, 41-4; quiz 45

40844    Cavina, E. Total anorectal reconstruction after abdominoperineal resection. Int J Surg Investig. 1999; 1: 262-3

41135    Celayir, S., Ilce, Z., Danismend, N. Effects of male sex hormones on urodynamics in childhood: intersex patients are a natural model. Pediatr Surg Int. 2000; 16: 502-4

11781    Ceresoli, A., Zanetti, G., Seveso, M., Bustros, J., Montanari, E., Guarneri, A., Tzoumas, S. Perineal biofeedback versus pelvic floor training in the treatment of urinary incontinence. Arch Ital Urol Androl. 1993 Oct; 65: 559-60

10793    Cervigni, M., Natale, F. Surgical treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 63-70

12040    Cervigni, M., Sbiroli, C. Transvaginal bladder neck suspension: a safer method. Urology. 1990 Sep; 36: 219-21

10497    Cespedes, R. D. Anterior approach bilateral sacrospinous ligament fixation for vaginal vault prolapse. Urology. 2000 Dec 4; 56: 70-5

10359    Cespedes, R. D. Treatment options for outlet obstruction following anti-incontinence surgery in females. Tech Urol. 2001 Jun; 7: 118-25

43011    Cespedes, R. D., Cross, C. A., McGuire, E. J. Modified Ingelman-Sundberg bladder denervation procedure for intractable urge incontinence. J Urol. 1996 Nov; 156: 1744-7

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**10981** Cespedes, R. D., Cross, C. A., McGuire, E. J. Pelvic prolapse: diagnosing and treating cystoceles, rectoceles, and enteroceles. Medscape Womens Health. 1998 Jul; 3: 4

**11082** Cespedes, R. D., Cross, C. A., McGuire, E. J. Pubovaginal fascial slings. Tech Urol. 1997 Winter; 3: 195-201

**59108** Cetinel, B., Demirkesen, O., Onal, B., Akkus, E., Alan, C., Can, G. Are there any factors predicting the cure and complication rates of tension-free vaginal tape?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 188-93

**41562** Cetinel, B., Demirkesen, O., Onder, A. U., Yaycioglu, O., Ismailoglu, V., Solok, V. Reconstructive surgery in voiding dysfunction: experience with 69 patients. Urology. 2000 Dec 20; 56: 962-6

**41002** Cetinel, B., Demirkesen, O., Talat, Z., Yaycioglu, O., Solok, V. Application of continent retubularized ileal stoma (Monti procedure) to an ileocecal pouch. Urology. 2000 Feb; 55: 286

**42067** Chadburn, S., Haggar, V., Gooch, S. Developing a continence care programme. Prof Nurse. 1998 Oct; 14: 31-3

**41439** Chadha, Y., Mollison, J., Howie, F., Grimshaw, J., Hall, M., Russell, I. Guidelines in gynaecology: evaluation in menorrhagia and in urinary incontinence. BJOG. 2000 Apr; 107: 535-43

**42328** Chai, T. C., Gray, M. L., Steers, W. D. The incidence of a positive ice water test in bladder outlet obstructed patients: evidence for bladder neural plasticity. J Urol. 1998 Jul; 160: 34-8

**10858** Chai, T. C., Sklar, G. N. Use of the flexible cystoscope as a vaginoscope to aid in the diagnosis of artificial sling erosion. Urology. 1999 Mar; 53: 617-8

**11188** Chai, T. C., Steers, W. D. Neurophysiology of micturition and continence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 85-97

**10934** Chaikin, D. C., Blaivas, J. G. Weakened cadaveric fascial sling: an unexpected cause of failure. J Urol. 1998 Dec; 160: 2151

**10755** Chaikin, D. C., Blaivas, J. G., Rosenthal, J. E., Weiss, J. P. Results of pubovaginal sling for stress incontinence: a prospective comparison of 4 instruments for outcome analysis. J Urol. 1999 Nov; 162: 1670-3

**10688** Chaikin, D. C., Groutz, A., Blaivas, J. G. Predicting the need for anti-incontinence surgery in continent women undergoing repair of severe urogenital prolapse. J Urol. 2000 Feb; 163: 531-4

**10958** Chaikin, D. C., Rosenthal, J., Blaivas, J. G. Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct; 160: 1312-6

**10492** Chaliha, C., Bland, J. M., Monga, A., Stanton, S. L., Sultan, A. H. Pregnancy and delivery: a urodynamic viewpoint. BJOG. 2000 Nov; 107: 1354-9

**59095** Chaliha, C., Digesu, A., Hutchings, A., Soligo, M., Khullar, V. Caesarean section is protective against stress urinary incontinence: an analysis of women with multiple deliveries. BJOG. 2004 Jul; 111: 754-5

**59185** Chaliha, C., Digesu, G. A., Hutchings, A., Khullar, V. Changes in urethral function with bladder filling in the presence of urodynamic stress incontinence and detrusor overactivity. Am J Obstet Gynecol. 2005 Jan; 192: 60-5

**41641** Chaliha, C., Kalia, V., Stanton, S. L., Monga, A., Sultan, A. H. Antenatal prediction of postpartum urinary and fecal incontinence. Obstet Gynecol. 1999 Nov; 94: 689-94

**10005** Chaliha, C., Khullar, V., Stanton, S. L., Monga, A., Sultan, A. H. Urinary symptoms in pregnancy: are they useful for diagnosis?. BJOG. 2002 Oct; 109: 1181-3

**10703** Chaliha, C., Stanton, S. L. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Dec; 106: 1238-45

**41777** Chaliha, C., Stanton, S. L. The ethnic cultural and social aspects of incontinence--a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 166-70

**10158** Chaliha, C., Stanton, S. L. Urological problems in pregnancy. BJU Int. 2002 Mar; 89: 469-76

**43501** Chaliha, C., Williams, G. Periurethral injection therapy for the treatment of urinary incontinence. Br J Urol. 1995 Aug; 76: 151-5

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 246 of 300 PageID #: 202685

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

11759  Chalmers, C. Continence. A psychological approach. Nurs Times. 1993 Nov 24-30; 89: 68-74

43545  Chamary, V. L. An unusual cause of iatrogenic bladder stone. Br J Urol. 1995 Jul; 76: 138

44092  Chambers, K. Continence. Regained dignity. Nurs Times. 1993 Nov 24-30; 89: 65-6

44837  Chan, A. S., Ouslander, J. G. Effects of diltiazem on urinary incontinence. J Am Geriatr Soc. 1990 Nov; 38: 1265-6

3872   Chan, A.S., Ouslander, J.G. Effects of diltiazem on urinary incontinence [letter]. J Am Geriatr Soc. 1990 Nov; 38: 1265-1266

40874  Chan, D. Y., Jeffs, R. D., Gearhart, J. P. Determinants of continence in the bladder exstrophy population: predictors of success?. Urology. 2001 Apr; 57: 774-7

31232  Chan, F. Y., Chau, M. T., Pun, T. C., Lam, C., Leong, L. Transperineal versus transvaginal color Doppler imaging of the uterine circulation. J Clin Ultrasound. 1997 Jul-Aug; 25: 293-9

11865  Chan, K. M., Lim, P. H., Chee, Y. C., Jayaratnam, F. J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-7

41446  Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Functional status of the elderly in Singapore. Singapore Med J. 1999 Oct; 40: 635-8

42138  Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Self-perception of health among elderly community dwellers in Singapore. Ann Acad Med Singapore. 1998 Jul; 27: 461-7

3132   Chan, K.M., Lim, P.H., Chee, Y.C., and Jayaratnam, F.J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-817

59200  Chan, L. W., Tse, V. W. Unrecognized bladder perforation while placing a suburethral synthetic sling: a minimally invasive technique for removing an intravesical sling segment. BJU Int. 2005 Jan; 95: 187-8

10681  Chan, P. T., Fournier, C., Corcos, J. Short-term complications of pubovaginal sling procedure for genuine stress incontinence in women. Urology. 2000 Feb; 55: 207-11

3603   Chancellor, A.M., Warlow, C.P., Webb, J.N., Lucas, M.G., Besley, G.T., and Broadhead, D.M. Acid maltase deficiency presenting with a myopathy and exercise induced urinary incontinence in a 68 year old male [letter]. J Neurol Neurosurg Psychiatry. 1991 Jul; 54: 659-660

40777  Chancellor, M. B., Appell, R. A., Sathyan, G., Gupta, S. K. A comparison of the effects on saliva output of oxybutynin chloride and tolterodine tartrate. Clin Ther. 2001 May; 23: 753-60

44065  Chancellor, M. B., Blaivas, J. G. Urological and sexual problems in multiple sclerosis. Clin Neurosci. 1994; 2: 189-95

43949  Chancellor, M. B., Erhard, M. J., Kiilholma, P. J., Karasick, S., Rivas, D. A. Functional urethral closure with pubovaginal sling for destroyed female urethra after long-term urethral catheterization. Urology. 1994 Apr; 43: 499-505

11146  Chancellor, M. B., Heesakkers, J. P., Janknegt, R. A. Gracilis muscle transposition with electrical stimulation for sphincteric incontinence: a new approach. World J Urol. 1997; 15: 320-8

11200  Chancellor, M. B., Hong, R. D., Rivas, D. A., Watanabe, T., Crewalk, J. A., Bourgeois, I. Gracilis urethromyoplasty--an autologous urinary sphincter for neurologically impaired patients with stress incontinence. Spinal Cord. 1997 Aug; 35: 546-9

43350  Chancellor, M. B., Rivas, D. A., Bourgeois, I. M. Laplace's law and the risks and prevention of bladder rupture after enterocystoplasty and bladder autoaugmentation. Neurourol Urodyn. 1996; 15: 223-33

11418  Chancellor, M. B., Shenot, P. J., Rivas, D. A., Mandel, S., Schwartzman, R. J. Urological symptomatology in patients with reflex sympathetic dystrophy. J Urol. 1996 Feb; 155: 634-7

42948  Chancellor, M. B., Strup, S., Rivas, D. A., Watanabe, T., Gomella, L. G. Rectus urethromyoplasty of radical prostatectomy anastomosis decreases postoperative incontinence and anastomotic stricture; technique and preliminary results. J Urol. 1997 Jan; 157: 371-5

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

10637 Chancellor, M. B., Yokoyama, T., Tirney, S., Mattes, C. E., Ozawa, H., Yoshimura, N., de Groat, W. C., Huard, J. Preliminary results of myoblast injection into the urethra and bladder wall: a possible method for the treatment of stress urinary incontinence and impaired detrusor contractility. Neurourol Urodyn. 2000; 19: 279-87

3726 Chancellor, M.B., Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurological disorders. Compr Ther. 1991 Feb; 17: 37-43

43130 Chandawarkar, R. Y. Sacrococcygeal chordoma: review of 50 consecutive patients. World J Surg. 1996 Jul-Aug; 20: 717-9

50170 Chandi, D. D., Groenendijk, P. M., Venema, P. L. Functional extracorporeal magnetic stimulation as a treatment for female urinary incontinence: 'the chair'. BJU Int. 2004 Mar; 93: 539-42

42744 Chandiramani, V. A., Palace, J., Fowler, C. J. How to recognize patients with parkinsonism who should not have urological surgery. Br J Urol. 1997 Jul; 80: 100-4

43161 Chandiramani, V. A., Peterson, T., Duthie, G. S., Fowler, C. J. Urodynamic changes during therapeutic intravesical instillations of capsaicin. Br J Urol. 1996 Jun; 77: 792-7

10002 Chandra, M., Saharia, R., Shi, Q., Hill, V. Giggle incontinence in children: a manifestation of detrusor instability. J Urol. 2002 Nov; 168: 2184-7; discussion 2187

12025 Chang, H. C., Chang, S. C., Kuo, H. C., Tsai, T. C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-92

3869 Chang, H.C., Chang, S.C., Kuo, H.C., and Tsai, T.C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-492

3037 Chang, M.K., Joseph, A.C. Evolution of a bladder behavior clinic for patients after prostatectomy. Urol Nurs. 1993 Jun; 13: 62-66

41435 Chang, S., Chern, I., Bown, S. G. Photodynamic therapy of rat bladder and urethra: evaluation of urinary and reproductive function after inducing protoporphyrin IX with 5- aminolaevulinic acid. BJU Int. 2000 Apr; 85: 747-53

44313 Chao, R., Mayo, M. E., Bejany, D. E., Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

3171 Chao, R., Mayo, M.E., Bejany, D.E., and Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

3252 Chapelle, T., Reher, S., and Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-87

44574 Chapelle, T., Reher, S., Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-7

42577 Chapin, D. S. Teaching sacrospinous colpopexy. Am J Obstet Gynecol. 1997 Dec; 177: 1330-6

44992 Chapman, B. L., Voith, V. L. Behavioral problems in old dogs: 26 cases (1984-1987). J Am Vet Med Assoc. 1990 Mar 15; 196: 944-6

44616 Chapple, C. R., Hampson, S. J., Turner-Warwick, R. T., Worth, P. H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-6

59181 Chapple, C. R., Wein, A. J., Artibani, W., Brubaker, L., Haab, F., Heesakkers, J. P., Lightner, D. A critical review of diagnostic criteria for evaluating patients with symptomatic stress urinary incontinence. BJU Int. 2005 Feb; 95: 327-34

59239 Chapple, C., Steers, W., Norton, P., Millard, R., Kralidis, G., Glavind, K., Abrams, P. A pooled analysis of three phase III studies to investigate the efficacy, tolerability and safety of darifenacin, a muscarinic M3 selective receptor antagonist, in the treatment of overactive bladder. BJU Int. 2005 May; 95: 993-1001

3531 Chapple, C.R., Hampson, S.J., Turner-Warwick, R.T., and Worth, P.H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-486

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

11228    Chapron, C., Dubuisson, J. B., Ansquer, Y., Capella-Allouc, S. Hysterectomy with adnexectomy. Can operative laparoscopy offer advantages?. J Reprod Med. 1997 Apr; 42: 201-6

10748    Chapron, C., Laforest, L., Ansquer, Y., Fauconnier, A., Fernandez, B., Breart, G., Dubuisson, J. B. Hysterectomy techniques used for benign pathologies: results of a French multicentre study. Hum Reprod. 1999 Oct; 14: 2464-70

42752    Char, D., Krasnokutsky, S., Frischer, Z., Shah, S. M., Bayshtok, J., Khan, S. A. Surgically correcting a vesicouterine fistula with a myouterine flap. A case report. J Reprod Med. 1997 Jun; 42: 372-4

41459    Chartier-Kastler, E. Re: Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 2000 Apr; 163: 1259

10553    Chartier-Kastler, E. J., Mongiat-Artus, P., Bitker, M. O., Chancellor, M. B., Richard, F., Denys, P. Long-term results of augmentation cystoplasty in spinal cord injury patients. Spinal Cord. 2000 Aug; 38: 490-4

40085    Chartier-Kastler, E. J., Mozer, P., Denys, P., Bitker, M. O., Haertig, A., Richard, F. Neurogenic bladder management and cutaneous non-continent ileal conduit. Spinal Cord. 2002 Sep; 40: 443-8

41167    Chartier-Kastler, E. J., Ruud Bosch, J. L., Perrigot, M., Chancellor, M. B., Richard, F., Denys, P. Long-term results of sacral nerve stimulation (S3) for the treatment of neurogenic refractory urge incontinence related to detrusor hyperreflexia. J Urol. 2000 Nov; 164: 1476-80

41898    Chassagne, P., Landrin, I., Neveu, C., Czernichow, P., Bouaniche, M., Doucet, J., Denis, P., Bercoff, E. Fecal incontinence in the institutionalized elderly: incidence, risk factors, and prognosis. Am J Med. 1999 Feb; 106: 185-90

3518    Cheater, F. Continence training programmes: need for standardisation. Nurs Stand. 1991 Nov 13-19; 6: 24-27

3701    Cheater, F. Elderly people: attitudes towards urinary incontinence. Nurs Stand. 1991 Mar 20-26; 5: 23-27

43564    Cheater, F. Promoting urinary continence. Nurs Stand. 1995 Jun 21-28; 9: 33-7; quiz 38-9

43111    Cheater, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1996 Jul 10; 10: 47-51; quiz 53-4

44101    Cheater, F. M. Retrospective document survey: identification, assessment and management of urinary incontinence in medical and care of the elderly wards. J Adv Nurs. 1993 Nov; 18: 1734-46

41290    Cheater, F. M., Castleden, C. M. Epidemiology and classification of urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 183-205

3428    Cheater, F.M. Nurses' educational preparation and knowledge concerning continence promotion. J Adv Nurs. 1992 Mar; 17: 328-338

41261    Chen, B. H., Lee, C. P., Chao, M. C. Coexistent insulin dependent diabetes mellitus and hyperthyroidism in a patient with Down's syndrome. Kaohsiung J Med Sci. 2000 Apr; 16: 210-3

10096    Chen, B. H., Wen, Y., Li, H., Polan, M. L. Collagen metabolism and turnover in women with stress urinary incontinence and pelvic prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 80-7; discussion 87

51960    Chen, B., Wen, Y., Wang, H., Polan, M. L. Differences in estrogen modulation of tissue inhibitor of matrix metalloproteinase-1 and matrix metalloproteinase-1 expression in cultured fibroblasts from continent and incontinent women. Am J Obstet Gynecol. 2003 Jul; 189: 59-65

51940    Chen, B., Wen, Y., Zhang, Z., Wang, H., Warrington, J. A., Polan, M. L. Menstrual phase-dependent gene expression differences in periurethral vaginal tissue from women with stress incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 89-97

59299    Chen, C. H., Lee, Y. H., Tzeng, W. S., Huan, S. K. A patient with urgency, frequency, and low serum C reactive protein concentration. Postgrad Med J. 2005 Feb; 81: 139-40

54070    Chen, G. D., Chen, Y., Lee, H. S., Lin, L. Y. The effect of anterior vaginal wall prolapse on urethral pressure profile. J Soc Gynecol Investig. 2003 Jul; 10: 309-13

---

    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3086-16 Filed 09/13/19 Page 149 of 300 PageID #: 202688

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**55180**    Chen, G. D., Hu, S. W., Chen, Y. C., Lin, T. L., Lin, L. Y. Prevalence and correlations of anal incontinence and constipation in Taiwanese women. Neurourol Urodyn. 2003; 22: 664-9

**42671**    Chen, G. D., Lin, L. Y., Gardner, J. D. The results of laparoscopic adhesiolysis for intractable urinary frequency. J Urol. 1997 Nov; 158: 1714-6

**10141**    Chen, G. D., Lin, L. Y., Wang, P. H., Lee, H. S. Urinary tract dysfunction after radical hysterectomy for cervical cancer. Gynecol Oncol. 2002 May; 85: 292-7

**53260**    Chen, G. D., Lin, T. L., Hu, S. W., Chen, Y. C., Lin, L. Y. Prevalence and correlation of urinary incontinence and overactive bladder in Taiwanese women. Neurourol Urodyn. 2003; 22: 109-17

**11223**    Chen, G. D., Su, T. H., Lin, L. Y. Applicability of perineal sonography in anatomical evaluation of bladder neck in women with and without genuine stress incontinence. J Clin Ultrasound. 1997 May; 25: 189-94

**10814**    Chen, H. Y., Chang, W. C., Lin, W. C., Yeh, L. S., Hsu, T. Y., Tsai, H. D., Yang, K. Y. Efficacy of pelvic floor rehabilitation for treatment of genuine stress incontinence. J Formos Med Assoc. 1999 Apr; 98: 271-6

**11074**    Chen, H. Y., Lin, W. C., Tsai, H. D. The mechanism of successful colposuspension in genuine stress incontinence. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Mar; 61: 146-50

**44982**    Chen, K. K., Chang, L. S., Chen, M. T., Huang, J. K., Yin, J. H., Lin, S. N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-20

**3656**    Chen, K.K., Chang, L.S., and Chen, M.T. Neobladder construction using completely detubularized sigmoid colon after radical cystoprostatectomy. J Urol. 1991 Aug; 146: 311-315

**4100**    Chen, K.K., Chang, L.S., Chen, M.T., Huang, J.K., Yin, J.H., and Lin, S.N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-320

**59353**    Chen, S. Y. The development and testing of the pelvic floor muscle exercise self-efficacy scale. J Nurs Res. 2004 Dec; 12: 257-66

**56410**    Chen, Y. C., Chen, G. D., Hu, S. W., Lin, T. L., Lin, L. Y. Is the occurrence of storage and voiding dysfunction affected by menopausal transition or associated with the normal aging process?. Menopause. 2003 May-Jun; 10: 203-8

**44739**    Cheng, C., Hendry, W. F., Kirby, R. S., Whitfield, H. N. Detubularisation in cystoplasty: clinical review. Br J Urol. 1991 Mar; 67: 303-7

**41727**    Cheng, E. Y., Ozerdemoglu, R. A., Transfeldt, E. E., Thompson, R. C., Jr Lumbosacral chordoma. Prognostic factors and treatment. Spine. 1999 Aug 15; 24: 1639-45

**53360**    Cheon, W. C., Mak, J. H., Liu, J. Y. Prospective randomised controlled trial comparing laparoscopic and open colposuspension. Hong Kong Med J. 2003 Feb; 9: 10-4

**3095**    Cher, M.L., Allen, T.D. Continence in the myelodysplastic patient following enterocystoplasty. J Urol. 1993 May; 149: 1103-1106

**43743**    Cheriyan, S., Greenberger, P. A., Patterson, R. Outcome of cough variant asthma treated with inhaled steroids. Ann Allergy. 1994 Dec; 73: 478-80

**42769**    Chernoff, A., Horowitz, M., Combs, A., Libretti, D., Nitti, V., Glassberg, K. I. Periurethral collagen injection for the treatment of urinary incontinence in children. J Urol. 1997 Jun; 157: 2303-5

**3056**    Chester, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1993 May 12-18; 7: 31-36

**40606**    Chesterman, J., Bauld, L., Judge, K. Satisfaction with the care-managed support of older people: an empirical analysis. Health Soc Care Community. 2001 Jan; 9: 31-42

**43727**    Chia, Y. W., Fowler, C. J., Kamm, M. A., Henry, M. M., Lemieux, M. C., Swash, M. Prevalence of bowel dysfunction in patients with multiple sclerosis and bladder dysfunction. J Neurol. 1995 Jan; 242: 105-8

**52720**    Chiaffarino, F., Parazzini, F., Lavezzari, M., Giambanco, V. Impact of urinary incontinence and overactive bladder on quality of life. Eur Urol. 2003 May; 43: 535-8

---

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**41338** Chiang, L., Ouslander, J., Schnelle, J., Reuben, D. B. Dually incontinent nursing home residents: clinical characteristics and treatment differences. J Am Geriatr Soc. 2000 Jun; 48: 673-6

**11005** Chiara, G., Piccioni, V., Perino, M., Ohlmeier, U., Fassino, S., Leombruni, P. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 73-7

**59357** Chiarelli, P. Urinary incontinence: the last taboo?. Aust J Rural Health. 2004 Dec; 12: 277-8

**41786** Chiarelli, P., Brown, W. J. Leaking urine in Australian women: prevalence and associated conditions. Women Health. 1999; 29: 1-13

**41670** Chiarelli, P., Brown, W., McElduff, P. Leaking urine: prevalence and associated factors in Australian women. Neurourol Urodyn. 1999; 18: 567-77

**42859** Chiarelli, P., Campbell, E. Incontinence during pregnancy. Prevalence and opportunities for continence promotion. Aust N Z J Obstet Gynaecol. 1997 Feb; 37: 66-73

**40215** Chiarelli, P., Cockburn, J. Promoting urinary continence in women after delivery: randomised controlled trial. BMJ. 2002 May 25; 324: 1241

**57040** Chiarelli, P., Murphy, B., Cockburn, J. Acceptability of a urinary continence promotion programme to women in postpartum. BJOG. 2003 Feb; 110: 188-96

**56740** Chiarelli, P., Murphy, B., Cockburn, J. Women's knowledge, practises, and intentions regarding correct pelvic floor exercises. Neurourol Urodyn. 2003; 22: 246-9

**43703** Chida, N., Orikasa, S., Konda, R., Takahashi, M., Ishidoya, S., Ogata, Y. Crossed ureteral ectopia with an ectopic blind-ending ureter. Urol Int. 1995; 55: 169-72

**10967** Chilaka, V. N., Mayne, C. J. Postoperative urinary tract infections (UTIs) following single-dose intraoperative antibiotic prophylaxis in colposuspension patients. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 132-5

**11607** Chin, Y. K., Stanton, S. L. A follow up of silastic sling for genuine stress incontinence. Br J Obstet Gynaecol. 1995 Feb; 102: 143-7

**11617** Chinegwundoh, F. I., Nayeem, N. Outcome of Burch colposuspension in a district general hospital. Br J Clin Pract. 1995 Jan-Feb; 49: 41-2

**55470** Chin-Peuckert, L., Komlos, M., Rennick, J. E., Jednak, R., Capolicchio, J. P., Salle, J. L. What is the variability between 2 consecutive cystometries in the same child?. J Urol. 2003 Oct; 170: 1614-7

**40622** Chin-Peuckert, L., Salle, J. L. A modified biofeedback program for children with detrusor-sphincter dyssynergia: 5-year experience. J Urol. 2001 Oct; 166: 1470-5

**43051** Chiverton, P. A., Wells, T. J., Brink, C. A., Mayer, R. Psychological factors associated with urinary incontinence. Clin Nurse Spec. 1996 Sep; 10: 229-33

**42337** Cho, C. Y., Alessi, C. A., Cho, M., Aronow, H. U., Stuck, A. E., Rubenstein, L. Z., Beck, J. C. The association between chronic illness and functional change among participants in a comprehensive geriatric assessment program. J Am Geriatr Soc. 1998 Jun; 46: 677-82

**10369** Choe, J. M. Preventing urethral obstruction using the 6-point fixation and weight- adjusted spacing nomogram during sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 122-8

**50020** Choe, J. M. Pubovaginal sling surgery without using abdominal leak point pressure: an outcomes analysis. Adv Exp Med Biol. 2003; 539: 467-80

**10004** Choe, J. M. Suprapubic sling adjustment: minimally invasive method of curing recurrent stress incontinence after sling surgery. J Urol. 2002 Nov; 168: 2059-62

**50000** Choe, J. M. Surgical implantation of the synthetic sling (the 6-point fixation technique and weight-adjusted spacing nomogram): technique and results. Adv Exp Med Biol. 2003; 539: 493-507

**10291** Choe, J. M. Tension-free vaginal tape: is it truly tension-free?. J Urol. 2001 Sep; 166: 1003

**50010** Choe, J. M. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol. 2003; 539: 481-92

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

10010    Choe, J. M. Vaginal erosion caused by antibacterial mesh sling. J Urol. 2002 Oct; 168: 1504

40753    Choe, J. M., Bell, T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166: 122-4

41914    Choe, J. M., Gallo, M. L., Staskin, D. R. A provocative maneuver to elicit cystometric instability: measuring instability at maximum infusion. J Urol. 1999 May; 161: 1541-4

10270    Choe, J. M., Kothandapani, R., James, L., Bowling, D. Autologous, cadaveric, and synthetic materials used in sling surgery: comparative biomechanical analysis. Urology. 2001 Sep; 58: 482-6

10634    Choe, J. M., Ogan, K., Battino, B. S. Antimicrobial mesh versus vaginal wall sling: a comparative outcomes analysis. J Urol. 2000 Jun; 163: 1829-34

10658    Choe, J. M., Ogan, K., Bennett, S. Antibacterial mesh sling: a prospective outcome analysis. Urology. 2000 Apr; 55: 515-20

42963    Choe, J. M., Staskin, D. R. Artificial urinary sphincter: evolution and development. J Long Term Eff Med Implants. 1997; 7: 75-100

11068    Choe, J. M., Staskin, D. R. Clinical usefulness of urinary control urethral insert devices. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 307-13

10761    Choe, J. M., Staskin, D. R. Gore-Tex patch sling: 7 years later. Urology. 1999 Oct; 54: 641-6

41213    Choi, H., Oh, S. J. The management of children with complete ureteric duplication: selective use of uretero-ureterostomy as a primary and salvage procedure. BJU Int. 2000 Sep; 86: 508-12

40115    Choi, I. S. Parkinsonism after carbon monoxide poisoning. Eur Neurol. 2002; 48: 30-3

11423    Cholhan, H. J., Stevenson, K. R. Sling transection of urethra: a rare complication. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 331-4

56110    Chou, E. C., Flisser, A. J., Panagopoulos, G., Blaivas, J. G. Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol. 2003 Aug; 170: 494-7

10298    Chou, T. P., Gorton, E., Stanton, S. L., Atherton, M., Baessler, K., Rienhardt, G. Can uroflowmetry patterns in women be reliably interpreted?. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 142-7

56500    Chou, Y. C., Yu, K. J. Entrapped vaginal pessary presented with frequency and urge incontinence. J Chin Med Assoc. 2003 Mar; 66: 181-3

44834    Choudhury, S. L., Brocklehurst, J. C., Lye, M. Bacteriuria in non-catheterized elderly patients in the first eight days of hospital stay. Age Ageing. 1990 Nov; 19: 376-82

40831    Chow, M., Clarke, D. B., Maloney, W. J., Sangalang, V. Meningeal melanocytoma of the planum sphenoidale. Case report and review of the literature. J Neurosurg. 2001 May; 94: 841-5

42836    Chow, S. H., LaSalle, M. D., Rosenberg, G. S. Urinary incontinence secondary to a vaginal pessary. Urology. 1997 Mar; 49: 458-9

40554    Christ, G. J., Day, N. S., Day, M., Santizo, C., Zhao, W., Sclafani, T., Zinman, J., Hsieh, K., Venkateswarlu, K., Valcic, M., Melman, A. Bladder injection of 'naked' hSlo/pcDNA3 ameliorates detrusor hyperactivity in obstructed rats in vivo. Am J Physiol Regul Integr Comp Physiol. 2001 Nov; 281: R1699-709

56880    Christ, G. J., Day, N. S., Day, M., Zhao, W., Persson, K., Pandita, R. K., Andersson, K. E. Increased connexin43-mediated intercellular communication in a rat model of bladder overactivity in vivo. Am J Physiol Regul Integr Comp Physiol. 2003 May; 284: R1241-8

42706    Christensen, H., Laybourn, C., Eickhoff, J. H., Frimodt-Moller, C. Long-term results of the Stamey Bladder-neck suspension procedure and of the Burch colposuspension. Scand J Urol Nephrol. 1997 Aug; 31: 349-53

42277    Christiansen, J. Modern surgical treatment of anal incontinence. Ann Med. 1998 Jun; 30: 273-7

41812    Christiansen, J., Rasmussen, O. O., Lindorff-Larsen, K. Long-term results of artificial anal sphincter implantation for severe anal incontinence. Ann Surg. 1999 Jul; 230: 45-8

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

44505 Christiansen, J., Sparso, B. Treatment of anal incontinence by an implantable prosthetic anal sphincter. Ann Surg. 1992 Apr; 215: 383-6

42759 Christmas, T. J., Smith, G. L., Rickards, D. Diagnosis and management of high-pressure peristaltic contractions in cystoplasties. Br J Urol. 1997 Jun; 79: 879-82

41817 Chu, L. W., Pei, C. K. Risk factors for early emergency hospital readmission in elderly medical patients. Gerontology. 1999 Jul-Aug; 45: 220-6

43275 Chua, K. S., Kong, K. H. Functional outcome in brain stem stroke patients after rehabilitation. Arch Phys Med Rehabil. 1996 Feb; 77: 194-7

56610 Chua, K., Chuo, A., Kong, K. H. Urinary incontinence after traumatic brain injury: incidence, outcomes and correlates. Brain Inj. 2003 Jun; 17: 469-78

55690 Chuang, T. Y., Yu, K. J., Penn, I. W., Chang, Y. C., Lin, P. H., Tsai, Y. A. Neurourological changes before and after radical hysterectomy in patients with cervical cancer. Acta Obstet Gynecol Scand. 2003 Oct; 82: 954-9

40800 Chun, Y. S., Kim, W. K., Park, K. W., Lee, S. C., Jung, S. E. Lipoblastoma. J Pediatr Surg. 2001 Jun; 36: 905-7

40497 Chung, C. C., Ha, J. P., Tsang, W. W., Li, M. K. Laparoscopic-assisted total mesorectal excision and colonic J pouch reconstruction in the treatment of rectal cancer. Surg Endosc. 2001 Oct; 15: 1098-101

10126 Chung, M. K., Chung, R. P. Comparison of laparoscopic Burch and tension-free vaginal tape in treating stress urinary incontinence in obese patients. JSLS. 2002 Jan-Mar; 6: 17-21

10160 Chung, S. Y., Franks, M., Smith, C. P., Lee, J. Y., Lu, S. H., Chancellor, M. Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology. 2002 Apr; 59: 538-41

11795 Churchill, B. M., Aliabadi, H., Landau, E. H., McLorie, G. A., Steckler, R. E., McKenna, P. H., Khoury, A. E. Ureteral bladder augmentation. J Urol. 1993 Aug; 150: 716-20

42915 Cimic, J., Meuleman, E. J., Oosterhof, G. O., Hoitsma, A. J. Urological complications in renal transplantation. A comparison between living-related and cadaveric grafts. Eur Urol. 1997; 31: 433-5

11610 Cisternino, A., Passerini-Glazel, G. Bladder dysfunction in children. Scand J Urol Nephrol Suppl. 1995; 173: 25-8; discussion 29

3947 Clancy, B., Malone-Lee, J. Reducing leakage rates of incontinence pads. Nurs Times. 1990 Sep 5-11; 86: 49,51

3755 Clancy, B., Malone-Lee, J. Reducing the leakage of body-worn incontinence pads. J Adv Nurs. 1991 Feb; 16: 187-193

10330 Clark, A. D., Salloum, M. S. Vaginal retropubic urethropexy with intraoperative cystometry for treating urinary stress incontinence. BJU Int. 2001 Jul; 88: 49-52

54970 Clark, A. L., Gregory, T., Smith, V. J., Edwards, R. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1261-7

44160 Clark, A., Romm, J. Effect of urinary incontinence on sexual activity in women. J Reprod Med. 1993 Sep; 38: 679-83

41644 Clark, M. H., Benson, J. T. Fecal incontinence and the menstrual cycle: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 344-5

40022 Clark, T., Pope, J. C., 4th, Adams, C., Wells, N., Brock, J. W., 3rd Factors that influence outcomes of the Mitrofanoff and Malone antegrade continence enema reconstructive procedures in children. J Urol. 2002 Oct; 168: 1537-40; discussion 1540

11122 Clarke, B. The role of urodynamic assessment in the diagnosis of lower urinary tract disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 196-9

3228 Clarke, B. Urethral instability. Aust N Z J Obstet Gynaecol. 1992 Aug; 32: 270-275

56550 Clarke-O'Neill, S., Pettersson, L., Fader, M. An evaluation of disposable pads for women with light incontinence. Nurs Times. 2003 May 13-19; 99: 69-72

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

54100   Clarke-O'Neill, S., Pettersson, L., Fader, M., Cottenden, A., Brooks, R. A multicenter comparative evaluation: disposable pads for women with light incontinence. J Wound Ostomy Continence Nurs. 2004 Jan-Feb; 31: 32-42

40403   Clarke-O'Neill, S., Pettersson, L., Fader, M., Dean, G., Brooks, R., Cottenden, A. A multicentre comparative evaluation: washable pants with an integral pad for light incontinence. J Clin Nurs. 2002 Jan; 11: 79-89

42219   Clayton, J., Smith, K., Qureshi, H., Ferguson, B. Collecting patients' views and perceptions of continence services: the development of research instruments. J Adv Nurs. 1998 Aug; 28: 353-61

40711   Clemens, J. Q., Bushman, W. Urethral diverticulum following transurethral collagen injection. J Urol. 2001 Aug; 166: 626

10540   Clemens, J. Q., DeLancey, J. O., Faerber, G. J., Westney, O. L., Mcguire, E. J. Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology. 2000 Oct 1; 56: 589-94

11009   Clemens, J. Q., Stern, J. A., Bushman, W. A., Schaeffer, A. J. Long-term results of the Stamey bladder neck suspension: direct comparison with the Marshall-Marchetti-Krantz procedure. J Urol. 1998 Aug; 160: 372-6

41939   Clementson Kockum, C., Helin, I., Malmberg, L., Malmfors, G. Pediatric urinary tract reconstruction using intestine. Scand J Urol Nephrol. 1999 Feb; 33: 53-6

59136   Clemons, J. L., Aguilar, V. C., Tillinghast, T. A., Jackson, N. D., Myers, D. L. Patient satisfaction and changes in prolapse and urinary symptoms in women who were fitted successfully with a pessary for pelvic organ prolapse. Am J Obstet Gynecol. 2004 Apr; 190: 1025-9

57620   Clever, K., Smith, G., Bowser, C., Monroe, K. Evaluating the efficacy of a uniquely delivered skin protectant and its effect on the formation of sacral/buttock pressure ulcers. Ostomy Wound Manage. 2002 Dec; 48: 60-7

42956   Close, C. E., Mitchell, M. E. Continent gastric tube: new techniques and long-term followup. J Urol. 1997 Jan; 157: 51-5

43679   Clow, W. M., Joannides, T., Saleem, A. K., Melville-Jones, G. R., Martin, I. An unusual cause of postmenopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Feb; 102: 164-5

42018   Coates, K. W. Physiologic evaluation of the pelvic floor. Obstet Gynecol Clin North Am. 1998 Dec; 25: 805-24

11199   Coates, K. W., Harris, R. L., Cundiff, G. W., Bump, R. C. Uroflowmetry in women with urinary incontinence and pelvic organ prolapse. Br J Urol. 1997 Aug; 80: 217-21

42528   Cobbs, E. L., Ralapati, A. N. Health of older women. Med Clin North Am. 1998 Jan; 82: 127-44

41178   Cochran, A. Don't ask, don't tell: the incontinence conspiracy. Manag Care Q. 2000 Winter; 8: 44-52

3578   Cochran, A. Fatal attraction: Foley catheters. Ostomy Wound Manage. 1991 Sep-Oct; 36: 40-1,43-4

42028   Cochran, A. Response to urinary incontinence by older persons living in the community. J Wound Ostomy Continence Nurs. 1998 Nov; 25: 296-303

43910   Cochran, I., Flynn, C. A., Goetz, G., Potts-Nulty, S. E., Rece, J., Sensenig, H. Stroke care--piecing together the long-term picture. Nursing. 1994 Jun; 24: 34-41; quiz 42

40427   Cochrane, D. D., Irwin, B., Chambers, K. Clinical outcomes that fetal surgery for myelomeningocele needs to achieve. Eur J Pediatr Surg. 2001 Dec; 11 Suppl 1: S18-20

43180   Cochrane, D. D., Wilson, R. D., Steinbok, P., Farquharson, D. F., Irwin, B., Irvine, B., Chambers, K. Prenatal spinal evaluation and functional outcome of patients born with myelomeningocele: information for improved prenatal counselling and outcome prediction. Fetal Diagn Ther. 1996 May-Jun; 11: 159-68

51500   Cody, J., Wyness, L., Wallace, S., Glazener, C., Kilonzo, M., Stearns, S., McCormack, K., Vale, L., Grant, A. Systematic review of the clinical effectiveness and cost-effectiveness of tension-free vaginal tape for treatment of urinary stress incontinence. Health Technol Assess. 2003; 7: iii, 1-189

40377   Cogan, S. L., Weber, A. M., Hammel, J. P. Is urethral mobility really being assessed by the pelvic organ prolapse quantification (POP-Q) system?. Obstet Gynecol. 2002 Mar; 99: 473-6

---

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

*sorted by Primary Author and Title*

---

44303    Cohen, H. A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-31

3080    Cohen, H.A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., and Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-131

41992    Cohen, S. J., Robinson, D., Dugan, E., Howard, G., Suggs, P. K., Pearce, K. F., Carroll, D. D., McGann, P., Preisser, J. Communication between older adults and their physicians about urinary incontinence. J Gerontol A Biol Sci Med Sci. 1999 Jan; 54: M34-7

59258    Col, C., Hasdemir, O., Yalcin, E., Guzel, H., Tunc, G., Bilgen, K., Kucukpinar, T. The assessment of urinary function following extended lymph node dissection for colorectal cancer. Eur J Surg Oncol. 2005 Apr; 31: 237-41

44563    Colak, A., Tahta, K., Ozcan, O. E., Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-9

3399    Colak, A., Tahta, K., Ozcan, O.E., and Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-19

11452    Colakoglu, M., Capar, M., Kilic, M., Colakoglu, U., Kaya, H., Acar, A. A new needle suspension procedure for genuine stress incontinence and anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 64-7; discussion 67-8

56090    Cole, E. E., Adams, M. C., Brock, J. W., 3rd, Pope, J. C., 4th Outcome of continence procedures in the pediatric patient: a single institutional experience. J Urol. 2003 Aug; 170: 560-3; discussion 563

51290    Cole, E., Gomelsky, A., Dmochowski, R. R. Encapsulation of a porcine dermis pubovaginal sling. J Urol. 2003 Nov; 170: 1950

41809    Coleman, E. A., Grothaus, L. C., Sandhu, N., Wagner, E. H. Chronic care clinics: a randomized controlled trial of a new model of primary care for frail older adults. J Am Geriatr Soc. 1999 Jul; 47: 775-83

43793    Colley, W. Continence. Indwelling urinary catheters. Nurs Times. 1994 Oct 26-Nov 1; 90: 70

3815    Colley, W. Continence. The Colley Model. Nurs Times. 1991 Feb 13-19; 87: 61-63

42828    Colley, W. Know how male catheterisation. Nurs Times. 1997 Mar 12-18; 93: 32-3

55850    Colley, W. The assessment of continence problems in adults. Nurs Times. 2003 Jul 22-28; 99: 50-1

43888    Colling, J. C., Owen, T. R., McCreedy, M. R. Urine volumes and voiding patterns among incontinent nursing home residents. Residents at highest risk for dehydration are often the most difficult to track. Geriatr Nurs. 1994 Jul-Aug; 15: 188-92

43842    Colling, J., McCreedy, M., Owen, T. Urinary tract infection rates among incontinent nursing home and community dwelling elderly. Urol Nurs. 1994 Sep; 14: 117-9

11916    Colling, J., Ouslander, J., Hadley, B. J., Eisch, J., Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-41

3474    Colling, J., Ouslander, J., Hadley, B.J., Eisch, J., and Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-141

56510    Colling, J., Owen, T. R., McCreedy, M., Newman, D. The effects of a continence program on frail community-dwelling elderly persons. Urol Nurs. 2003 Apr; 23: 117-22, 127-31

3131    Colling, J.C., Newman, D.K., McCormick, K.A., and Pearson, B.D. Behavioral management strategies for urinary incontinence. J ET Nurs. 1993 Jan-Feb; 20: 9-13

3339    Coloby, P., Gattegno, B., Fourcade, R.O., Fiatte, P., Lagrange, L., Gilbon, F., Elias, E., Montete, P., and Thibault, P. Bladder reconstruction with ileum after cystoprostatectomy for bladder cancer: analysis of the micturition and continence of 44 consecutive patients. Jpn J Clin Oncol. 1992 Apr; 22: 122-130

---

Case 2:12-md-02327 Document 3080-46 Filed 09/13/19 Page 195 of 300 PageID #: 202694

11245   Colombo, M., Maggioni, A., Scalambrino, S., Vitobello, D., Milani, R. Surgery for genitourinary prolapse and stress incontinence: a randomized trial of posterior pubourethral ligament plication and Pereyra suspension. Am J Obstet Gynecol. 1997 Feb; 176: 337-43

11413   Colombo, M., Maggioni, A., Zanetta, G., Vignali, M., Milani, R. Prevention of postoperative urinary stress incontinence after surgery for genitourinary prolapse. Obstet Gynecol. 1996 Feb; 87: 266-71

11355   Colombo, M., Milani, R., Vitobello, D., Maggioni, A. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair for female stress urinary incontinence. Am J Obstet Gynecol. 1996 Jul; 175: 78-84

11633   Colombo, M., Scalambrino, S., Maggioni, A., Milani, R. Burch colposuspension versus modified Marshall-Marchetti-Krantz urethropexy for primary genuine stress urinary incontinence: a prospective, randomized clinical trial. Am J Obstet Gynecol. 1994 Dec; 171: 1573-9

10647   Colombo, M., Vitobello, D., Proietti, F., Milani, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107: 544-51

11401   Colombo, M., Zanetta, G., Vitobello, D., Milani, R. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Mar; 103: 255-60

40026   Colvert, J. R., 3rd, Kropp, B. P., Cheng, E. Y., Pope, J. C., 4th, Brock, J. W., 3rd, Adams, M. C., Austin, P., Furness, P. D., 3rd, Koyle, M. A. The use of small intestinal submucosa as an off-the-shelf urethral sling material for pediatric urinary incontinence. J Urol. 2002 Oct; 168: 1872-5; discussion 1875-6

59098   Comiter, C. V., Colegrove, P. M. High rate of vaginal extrusion of silicone-coated polyester sling. Urology. 2004 Jun; 63: 1066-70

10725   Comiter, C. V., Vasavada, S. P., Raz, S. Transvaginal culdosuspension: technique and results. Urology. 1999 Nov; 54: 819-22

10718   Connolly, A. M., Thorp, J. M., Jr Childbirth-related perineal trauma: clinical significance and prevention. Clin Obstet Gynecol. 1999 Dec; 42: 820-35

59218   Connolly, T. P. Necrotizing surgical site infection after tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1275-6

43956   Connor, J. P., Betrus, G., Fleming, P., Perlmutter, A. D., Reitelman, C. Early cystometrograms can predict the response to intravesical instillation of oxybutynin chloride in myelomeningocele patients. J Urol. 1994 Apr; 151: 1045-7

3889   Connor, J.P., Burbige, K.A. Long-term urinary continence and renal function in neonates with posterior urethral valves. J Urol. 1990 Nov; 144: 1209-1211

11224   Conrad, S., Pieper, A., De la Maza, S. F., Busch, R., Huland, H. Long-term results of the Stamey bladder neck suspension procedure: a patient questionnaire based outcome analysis. J Urol. 1997 May; 157: 1672-7

59354   Constantini, E., Mearini, L., Biscotto, S., Giannantoni, A., Bini, V., Porena, M. Impact of different sized catheters on pressure-flow studies in women with lower urinary tract symptoms. Neurourol Urodyn. 2005; 24: 106-10

3394   Constantinou, C.E. Pharmacologic treatment of detrusor incontinence with thiphenamil HCl. Urol Int. 1992; 48: 42-47

11850   Contreras Ortiz, O., Lombardo, R. J., Pellicari, A. Non-invasive diagnosis of bladder instability using the Bladder Instability Discriminant Index (BIDI). Zentralbl Gynakol. 1993; 115: 446-9

41709   Cook, E. Assessing continence needs in children. Nurs Stand. 1999 Jun 9-15; 13: 48-52; quiz 54

42580   Cook, E. Assessing continence needs in children. Paediatr Nurs. 1997 Nov; 9: 29-34; quiz 35-6

10017   Cooper, J. Stress incontinence. Clin Evid. 2002 Jun; : 1772-83

11409   Cooper, M. J., Cario, G., Lam, A., Carlton, M. A review of results in a series of 113 laparoscopic colposuspensions. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 44-8

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

40174  Cooper, P., Gray, D. Comparison of two skin care regimes for incontinence. Br J Nurs. 2001 Mar; 10: S6, S8, S10 passim

42380  Cooper, S. A. Clinical study of the effects of age on the physical health of adults with mental retardation. Am J Ment Retard. 1998 May; 102: 582-9

10240  Copas, P., Bukovsky, A., Asbury, B., Elder, R. F., Caudle, M. R. Estrogen, progesterone, and androgen receptor expression in levator ani muscle and fascia. J Womens Health Gend Based Med. 2001 Oct; 10: 785-95

52870  Cor, A., Barbic, M., Kralj, B. Differences in the quantity of elastic fibres and collagen type I and type III in endopelvic fascia between women with stress urinary incontinence and controls. Urol Res. 2003 Jun; 31: 61-5

40083  Corcos, J., Beaulieu, S., Donovan, J., Naughton, M., Gotoh, M. Quality of life assessment in men and women with urinary incontinence. J Urol. 2002 Sep; 168: 896-905

40320  Corcos, J., Behlouli, H., Beaulieu, S. Identifying cut-off scores with neural networks for interpretation of the incontinence impact questionnaire. Neurourol Urodyn. 2002; 21: 198-203

10726  Corcos, J., Fournier, C. Periurethral collagen injection for the treatment of female stress urinary incontinence: 4-year follow-up results. Urology. 1999 Nov; 54: 815-8

10331  Cornacchia, M., Zenorini, A., Perobelli, S., Zanolla, L., Mastella, G., Braggion, C. Prevalence of urinary incontinence in women with cystic fibrosis. BJU Int. 2001 Jul; 88: 44-8

10592  Cornella, J. L., Magrina, J. F. An algorithm for the management of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 221-6

12022  Cornella, J. L., Ostergard, D. R. Needle suspension procedures for urinary stress incontinence: a review and historical perspective. Obstet Gynecol Surv. 1990 Dec; 45: 805-16

41871  Correa, R. J.,  Jr Informing patients about urinary incontinence. JAMA. 1999 May 19; 281: 1795

43884  Corrie, G. D. AHCPR guides oversimplify treatment approach. J Okla State Med Assoc. 1994 Jul; 87: 333-4

11210  Cosimo, O., Pierluigi, P., Angelo, Z. M., Santa, U., Gabriele, F., Salvatore, M. A clinical and urodynamic study of patients with varying degrees of cystocele. Maturitas. 1997 Jun; 27: 125-32

42309  Cosin, J. A., Carson, L. F. Multidisciplinary management of urinary pouch complications: a better way. Gynecol Oncol. 1998 Jun; 69: 183-4

11460  Cosiski Marana, H. R., Moreira de Andrade, J., Matheus de Sala, M., Duarte, G., Fonzar Marana, R. R. Evaluation of long-term results of surgical correction of stress urinary incontinence. Gynecol Obstet Invest. 1996; 41: 214-9

56250  Cosson, M., Boukerrou, M., Lacaze, S., Lambaudie, E., Fasel, J., Mesdagh, H., Lobry, P., Ego, A. A study of pelvic ligament strength. Eur J Obstet Gynecol Reprod Biol. 2003 Jul 1; 109: 80-7

52030  Cosson, M., Boukerrou, M., Narducci, F., Occelli, B., Querleu, D., Crepin, G. Long-term results of the Burch procedure combined with abdominal sacrocolpopexy for treatment of vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 104-7

10417  Cosson, M., Collinet, P., Occelli, B., Narducci, F., Crepin, G. The vaginal patch plastron for vaginal cure of cystocele. Preliminary results for 47 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Mar; 95: 73-80

51620  Cosson, M., Debodinance, P., Boukerrou, M., Chauvet, M. P., Lobry, P., Crepin, G., Ego, A. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 169-78; discussion 178

10449  Cosson, M., Rajabally, R., Querleu, D., Crepin, G. Long term complications of vaginal hysterectomy: a case control study. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 239-44

40307  Costa, J. A., Kreder, K. J., Howe, J. R. Combined urinary and fecal diversion using a no bowel anastomosis technique. J Urol. 2002 May; 167: 2063-5

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

59101   Costa, P., Grise, P., Droupy, S., Monneins, F., Assenmacher, C., Ballanger, P., Hermieu, J. F., Delmas, V., Boccon-Gibod, L., Ortuno, C. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study. Eur Urol. 2004 Jul; 46: 102-6; discussion 106-7

11267   Costa, P., Mottet, N. Assessing the impact of urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 25-7

11563   Costa, P., Mottet, N., el Sandid, M., Sahwi, A., Navratil, H. The artificial urinary sphincter AMS 800: our experience in women with or without uterine prolapse. Acta Urol Belg. 1995 May; 63: 45-6

10420   Costa, P., Mottet, N., Rabut, B., Thuret, R., Ben Naoum, K., Wagner, L. The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. J Urol. 2001 Apr; 165: 1172-6

42254   Costantini, E., Lombi, R., Micheli, C., Parziani, S., Porena, M. Colposacropexy with Gore-tex mesh in marked vaginal and uterovaginal prolapse. Eur Urol. 1998 Aug; 34: 111-7

52020   Costantini, E., Pajoncini, C., Zucchi, A., Lombi, R., Bini, V., Mearini, E., Porena, M. Four-corner colposuspension: clinical and functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 113-8

59164   Costantini, S., Mistrangelo, E., Francioso, R., Valenzano Menada, M., Risso, D., Lantieri, P. Vaginal versus transabdominal hysterectomy: is mode of hysterectomy to influence pelvic statics or is pelvic statics to influence mode of hysterectomy?. Acta Obstet Gynecol Scand. 2005 Apr; 84: 376-9

54200   Costanzo, E. S., Antes, L. M., Christensen, A. J. Behavioral and medical treatment of chronic polydipsia in a patient with schizophrenia and diabetes insipidus. Psychosom Med. 2004 Mar-Apr; 66: 283-6

3031    Cottenden, A., Ledger, D. Incontinence pads: predicting their leakage performance using laboratory tests. Neurourol Urodyn. 1993; 12: 289-291

3885    Cotton, P. Physicians hear about incontinence [news]. Jama. 1990 Nov 14; 264: 2361-2362

11715   Couillard, D. R., Deckard-Janatpour, K. A., Stone, A. R. The vaginal wall sling: a compressive suspension procedure for recurrent incontinence in elderly patients. Urology. 1994 Feb; 43: 203-8

43403   Coward, R. T., Horne, C., Peek, C. W. Predicting nursing home admissions among incontinent older adults: a comparison of residential differences across six years. Gerontologist. 1995 Dec; 35: 732-43

50980   Coyne, K. S., Zhou, Z., Thompson, C., Versi, E. The impact on health-related quality of life of stress, urge and mixed urinary incontinence. BJU Int. 2003 Nov; 92: 731-5

40053   Coyne, K., Revicki, D., Hunt, T., Corey, R., Stewart, W., Bentkover, J., Kurth, H., Abrams, P. Psychometric validation of an overactive bladder symptom and health- related quality of life questionnaire: the OAB-q. Qual Life Res. 2002 Sep; 11: 563-74

11997   Craggs, M. D., Chaffey, N. J., Mundy, A. R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

3629    Craggs, M.D., Chaffey, N.J., and Mundy, A.R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

43758   Craig, D. I. Spinal cord injury and pregnancy: the stories of two women. SCI Nurs. 1994 Dec; 11: 100-4

45061   Craig, D. I. The adaptation to pregnancy of spinal cord injured women. Rehabil Nurs. 1990 Jan-Feb; 15: 6-9

55600   Cramer, E. H., Jones, P., Keenan, N. L., Thompson, B. L. Is naturopathy as effective as conventional therapy for treatment of menopausal symptoms?. J Altern Complement Med. 2003 Aug; 9: 529-38

42694   Crankson, S. J., Ahmed, S. Female bladder exstrophy. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 98-104

42549   Cravello, L., de Montgolfier, R., D'Ercole, C., Roger, V., Blanc, B. Endoscopic surgery. The end of classic surgery?. Eur J Obstet Gynecol Reprod Biol. 1997 Dec; 75: 103-6

58110   Crawford, J. T., Adams, W. M. Influence of vestibulovaginal stenosis, pelvic bladder, and recessed vulva on response to treatment for clinical signs of lower urinary tract disease in dogs: 38 cases (1990-1999). J Am Vet Med Assoc. 2002 Oct 1; 221: 995-9

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 198 of 300 PageID #: 202697

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 43456 | Creagh, T. A., McInerney, P. D., Thomas, P. J., Mundy, A. R. Pregnancy after lower urinary tract reconstruction in women. J Urol. 1995 Oct; 154: 1323-4 |
| 44522 | Creason, N. S., Burgener, S. C., Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr Nurs. 1992 Mar-Apr; 13: 76-9 |
| 3360 | Creason, N.S. How useful are urinary incontinence nursing diagnoses?. Urol Nurs. 1992 Jun; 12: 46-47 |
| 3323 | Creason, N.S., Burgener, S.C., and Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 76-79 |
| 3196 | Creditor, M.C. Hazards of hospitalization of the elderly. Ann Intern Med. 1993 Feb 1; 118: 219-223 |
| 44783 | Creighton, S. M., Plevnik, S., Stanton, S. L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72 |
| 3806 | Creighton, S.M., Plevnik, S., and Stanton, S.L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72 |
| 3850 | Creighton, S.M., Stanton, S.L. Caffeine: does it affect your bladder?. Br J Urol. 1990 Dec; 66: 613-614 |
| 3573 | Creighton, S.M., Stanton, S.L. Comparison of surgical techniques. Curr Opin Obstet Gynecol. 1990 Aug; 2: 585-590 |
| 55430 | Crimmins, C. R., Rathbun, S. R., Husmann, D. A. Management of urinary incontinence and nocturnal enuresis in attention-deficit hyperactivity disorder. J Urol. 2003 Oct; 170: 1347-50 |
| 10134 | Criner, J. A. Urinary incontinence in vulnerable populations: female soldiers. Urol Nurs. 2001 Apr; 21: 120-4 |
| 43889 | Crino, P. B., Zimmerman, R., Laskowitz, D., Raps, E. C., Rostami, A. M. Magnetic resonance imaging of the cauda equina in Guillain-Barre syndrome. Neurology. 1994 Jul; 44: 1334-6 |
| 59034 | Crivellaro, S., Smith, J. J., Kocjancic, E., Bresette, J. F. Transvaginal sling using acellular human dermal allograft: safety and efficacy in 253 patients. J Urol. 2004 Oct; 172: 1374-8 |
| 52420 | Croak, A. J., Schulte, V., Peron, S., Klingele, C., Gebhart, J., Lee, R. Transvaginal tape lysis for urinary obstruction after tension-free vaginal tape placement. J Urol. 2003 Jun; 169: 2238-41 |
| 44167 | Crome, P., Wijayawardhana, P., Ankier, S. I., Dowell, P., Chevalier, P., Guillet, P. The pharmacokinetics of suriclone after single- and multiple-dose administration in healthy elderly volunteers. Drugs Aging. 1993 Sep-Oct; 3: 436-40 |
| 59086 | Cronje, H. S., De Beer, J. A., Bam, R. The pathophysiology of an enterocele and its management. J Obstet Gynaecol. 2004 Jun; 24: 408-13 |
| 56470 | Crosbie, J. J., Eguare, E., McGovern, B., Keane, F. B. The influence of bladder filling on anorectal function. Colorectal Dis. 2003 May; 5: 251-5 |
| 11089 | Cross, C. A., Cespedes, R. D., English, S. F., McGuire, E. J. Transvaginal urethrolysis for urethral obstruction after anti- incontinence surgery. J Urol. 1998 Apr; 159: 1199-201 |
| 11090 | Cross, C. A., Cespedes, R. D., McGuire, E. J. Our experience with pubovaginal slings in patients with stress urinary incontinence. J Urol. 1998 Apr; 159: 1195-8 |
| 11203 | Cross, C. A., Cespedes, R. D., McGuire, E. J. Treatment results using pubovaginal slings in patients with large cystoceles and stress incontinence. J Urol. 1997 Aug; 158: 431-4 |
| 11157 | Cross, C. A., English, S. F., Cespedes, R. D., McGuire, E. J. A followup on transurethral collagen injection therapy for urinary incontinence. J Urol. 1998 Jan; 159: 106-8 |
| 3768 | Crowder, H. Incontinence: the secret problem. N Z Nurs J. 1991 Mar; 84: 19-21 |
| 41369 | Cruccetti, A., Kiely, E. M., Spitz, L., Drake, D. P., Pritchard, J., Pierro, A. Pelvic neuroblastoma: low mortality and high morbidity. J Pediatr Surg. 2000 May; 35: 724-8 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

11215   Cruikshank, S. H., Kovac, S. R. The functional anatomy of the urethra: role of the pubourethral ligaments. Am J Obstet Gynecol. 1997 Jun; 176: 1200-3; discussion 1203-5

56240   Cruikshank, S. H., Muniz, M. Outcomes study: A comparison of cure rates in 695 patients undergoing sacrospinous ligament fixation alone and with other site-specific procedures--a 16-year study. Am J Obstet Gynecol. 2003 Jun; 188: 1509-12; discussion 1512-5

42133   Cruz, F. Desensitization of bladder sensory fibers by intravesical capsaicin or capsaicin analogs. A new strategy for treatment of urge incontinence in patients with spinal detrusor hyperreflexia or bladder hypersensitivity disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 214-20

11024   Cucchi, A. A possible link between stress urinary incontinence and detrusor instability in the female--urodynamic (pressure/flow) data and speculative considerations. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 3-8

12103   Cucchi, A. Acceleration of flow rate as a screening test for detrusor instability in women with stress incontinence. Br J Urol. 1990 Jan; 65: 17-9

10872   Cucchi, A. Bladder contractility and idiopathic detrusor instability in the female. Br J Urol. 1993 Nov; 72: 559-65

10863   Cucchi, A. Sequential changes in voiding dynamics related to the development of detrusor instability in women with stress urinary incontinence. Neurourol Urodyn. 1999; 18: 73-80

50500   Cucchi, A., Siracusano, S., Di Benedetto, P., Comelli, M., Rovereto, B. Urgency of voiding and abdominal pressure transmission in women with mixed urinary incontinence. Neurourol Urodyn. 2004; 23: 43-7

42760   Cukier, J. M., Cortina-Borja, M., Brading, A. F. A case-control study to examine any association between idiopathic detrusor instability and gastrointestinal tract disorder, and between irritable bowel syndrome and urinary tract disorder. Br J Urol. 1997 Jun; 79: 865-78

10286   Culligan, P. J., Goldberg, R. P., Blackhurst, D. W., Sasso, K., Koduri, S., Sand, P. K. Comparison of microtransducer and fiberoptic catheters for urodynamic studies. Obstet Gynecol. 2001 Aug; 98: 253-7

51380   Culligan, P. J., Goldberg, R. P., Sand, P. K. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 229-33; discussion 233

10472   Culligan, P. J., Heit, M. Urinary incontinence in women: evaluation and management. Am Fam Physician. 2000 Dec 1; 62: 2433-44, 2447, 2452

59333   Culligan, P. J., Myers, J. A., Goldberg, R. P., Blackwell, L., Gohmann, S. F., Abell, T. D. Elective cesarean section to prevent anal incontinence and brachial plexus injuries associated with macrosomia--a decision analysis. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 19-28; discussion 28

10550   Culligan, P. J., Rackley, R., Koduri, S., Thomson, R. B., Schwabe, L., Sand, P. K. Is it safe to reuse a syringe of glutaraldehyde cross-linked collagen? A microbiological study. J Urol. 2000 Oct; 164: 1275-6

11115   Cummings, J. M. Leakpoint pressures in female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 153-5

10990   Cummings, J. M., Boullier, J. A., Parra, R. O. Surgical correction of stress incontinence in morbidly obese women. J Urol. 1998 Sep; 160: 754-5

11240   Cummings, J. M., Boullier, J. A., Parra, R. O., Wozniak-Petrofsky, J. Leak point pressures in women with urinary stress incontinence: correlation with patient history. J Urol. 1997 Mar; 157: 818-20

11710   Cummings, J. M., Houston, K. The treatment of urinary incontinence. Hosp Pract (Off Ed). 1994 Feb 15; 29: 97-9, 103, 107

10653   Cummings, J. M., Rodning, C. B. Urinary stress incontinence among obese women: review of pathophysiology therapy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 41-4

43550   Cummings, V., Holt, R., van der Sloot, C., Moore, K., Griffiths, D. Costs and management of urinary incontinence in long-term care. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 193-8

11425   Cundiff, G. W., Bent, A. E. The contribution of urethrocystoscopy to evaluation of lower urinary tract dysfunction in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 307-11

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

11195    Cundiff, G. W., Harris, R. L., Coates, K. W., Bump, R. C. Clinical predictors of urinary incontinence in women. Am J Obstet Gynecol. 1997 Aug; 177: 262-6; discussion 266-7

11277    Cundiff, G. W., Harris, R. L., Theofrastous, J. P., Bump, R. C. Pressure transmission ratio reproducibility in stress continent and stress incontinent women. Neurourol Urodyn. 1997; 16: 161-6

41208    Cunha, D. F., Frota, R. B., Arruda, M. S., Cunha, S. F., Teixeira, V. P. Pressure sores among malnourished necropsied adults--preliminary data. Rev Hosp Clin Fac Med Sao Paulo. 2000 May-Jun; 55: 79-82

44841    Cunsolo, A., Bragaglia, R. B., Manara, G., Poggioli, G., Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-22

3901     Cunsolo, A., Bragaglia, R.B., Manara, G., Poggioli, G., and Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-922

41546    Curran, M. J., Kaefer, M., Peters, C., Logigian, E., Bauer, S. B. The overactive bladder in childhood: long-term results with conservative management. J Urol. 2000 Feb; 163: 574-7

11040    Currie, I., Drutz, H. P., Deck, J., Oxorn, D. Adipose tissue and lipid droplet embolism following periurethral injection of autologous fat: case report and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 377-80

40615    Curtis, L. A., Dolan, T. S., Cespedes, R. D. Acute urinary retention and urinary incontinence. Emerg Med Clin North Am. 2001 Aug; 19: 591-619

42942    Curtis, M. R., Gormley, E. A., Latini, J. M., Halsted, A. C., Heaney, J. A. Prospective development of a cost-efficient program for the pubovaginal sling. Urology. 1997 Jan; 49: 41-5

11999    Cutner, A., Cardozo, L. Treatment of incontinence. Practitioner. 1991 Feb; 235: 98, 100, 102-4

12029    Cutner, A., Cardozo, L. Urinary incontinence: clinical features. Practitioner. 1990 Dec; 234: 1018-24

3715     Cutner, A., Cardozo, L. Urinary incontinence--diagnosis. Practitioner. 1991 Jan; 235: 24,27-30

11946    Cutner, A., Cardozo, L. D., Wise, B. G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-3

3516     Cutner, A., Cardozo, L.D., and Wise, B.G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-1183

10275    Cutner, A., Smith, A. R. Laparoscopic colposuspension. Curr Opin Obstet Gynecol. 2001 Oct; 13: 533-7

11000    Czaplicki, M., Dobronski, P., Torz, C., Borkowski, A. Long-term subjective results of Marshall-Marchetti-Krantz procedure. Eur Urol. 1998 Aug; 34: 118-23

42802    Czarapata, B. J., McKillips, K. J. Silent suffering. Helping women find the path to continence. AWHONN Lifelines. 1997 Apr; 1: 28-34

42413    Da Ros, C. T., Teloken, C., Busatto, W. F.,  Jr, Sogari, P. R., Lisboa, J. F., Vargas Souto, C. A. Endoscopic suspension of the prolapsed vaginal dome. Tech Urol. 1998 Mar; 4: 25-8

52930    Daher, N., Boulanger, J. C., Ulmsten, U. Pre-pubic TVT: an alternative to classic TVT in selected patients with urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 205-7

10346    Dahms, S. E., Lampel, D. S., Kloeppel, S., Hohenfellner, M., Melchior, S. W., Muller, S. C., Thuroff, J. W. Low urethral pressure profile--clinical implications. Scand J Urol Nephrol Suppl. 2001; : 100-5; discussion 106-25

10552    Dainer, M. J., Zorn, B. H. Burch-Cooper's ligament sling procedure: an augmented incontinence operation. Tech Urol. 2000 Sep; 6: 175-7

10900    Dainer, M., Hall, C. D., Choe, J., Bhatia, N. Pregnancy following incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 385-90

10905    Dainer, M., Hall, C. D., Choe, J., Bhatia, N. N. The Burch procedure: a comprehensive review. Obstet Gynecol Surv. 1999 Jan; 54: 49-60

Case 2:12-md-02327 Document 3086-10 Filed 05/13/19 Page 101 of 300 PageID #: 202700

43785  Dalela, D., Agarwal, R., Mishra, V. K. Giant vaginolith around an unusual foreign body--an uncommon cause of urinary incontinence in a girl. Br J Urol. 1994 Nov; 74: 673-4

42719  Daley, J., Delbanco, T. L., Hartman, E. E. An 89-year-old woman with urinary incontinence, 1 year later. JAMA. 1997 Aug 27; 278: 679

40296  Dallosso, H. Lower urinary tract symptoms: why incidence rates are vital. Nurs Times. 2001 May 17-23; 97: 72

56810  Dallosso, H. M., Matthews, R. J., McGrother, C. W., Clarke, M., Perry, S. I., Shaw, C., Jagger, C. An investigation into nonresponse bias in a postal survey on urinary symptoms. BJU Int. 2003 May; 91: 631-6

52180  Dallosso, H. M., McGrother, C. W., Matthews, R. J., Donaldson, M. M. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudinal study in women. BJU Int. 2003 Jul; 92: 69-77

59113  Dallosso, H., Matthews, R., McGrother, C., Donaldson, M. Diet as a risk factor for the development of stress urinary incontinence: a longitudinal study in women. Eur J Clin Nutr. 2004 Jun; 58: 920-6

41689  Damani, N., Wilson, S. R. Nongynecologic applications of transvaginal US. Radiographics. 1999 Oct; 19 Spec No: S179-200; quiz S265-6

51710  Damaser, M. S., Broxton-King, C., Ferguson, C., Kim, F. J., Kerns, J. M. Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2003 Sep; 170: 1027-31

42182  Damian, J., Martin-Moreno, J. M., Lobo, F., Bonache, J., Cervino, J., Redondo-Marquez, L., Martinez-Agullo, E. Prevalence of urinary incontinence among Spanish older people living at home. Eur Urol. 1998 Oct; 34: 333-8

44587  Dandapat, M. C., Mishra, J. N., Das, R. P. Abdominal suture proctopexy for complete prolapse of rectum. J Indian Med Assoc. 1991 Dec; 89: 331-3

41682  Dandy, D. Assessment tool promotes continence after childbirth. Nurs Times. 1999 Jul 14-20; 95: 42-3

43166  Danek, A., Uttner, I., Yoursry, T., Pfister, H. W. Lyme neuroborreliosis disguised as normal pressure hydrocephalus. Neurology. 1996 Jun; 46: 1743-5

10081  Daneshgari, F. Valsalva leak point pressure: steps toward standardization. Curr Urol Rep. 2001 Oct; 2: 388-91

41272  Dannecker, C., Anthuber, C. The effects of childbirth on the pelvic-floor. J Perinat Med. 2000; 28: 175-84

59364  Dannecker, C., Hillemanns, P., Strauss, A., Hasbargen, U., Hepp, H., Anthuber, C. Episiotomy and perineal tears presumed to be imminent: the influence on the urethral pressure profile, analmanometric and other pelvic floor findings--follow-up study of a randomized controlled trial. Acta Obstet Gynecol Scand. 2005 Jan; 84: 65-71

11206  Darai, E., Perdu, M., Benifla, J. L., Madelenat, P. Percutaneous needle colposuspension to Cooper's ligament for the treatment of stress incontinence in women: a report of 82 cases. Eur J Obstet Gynecol Reprod Biol. 1997 Jul; 74: 53-5

45031  Darling, C. A., Davidson, J. K., Sr, Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness. Arch Sex Behav. 1990 Feb; 19: 29-47

4078  Darling, C.A., Davidson, J.K., Sr., and Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness [see comments]. Arch Sex Behav. 1990 Feb; 19: 29-47

11363  Darson, M. F., Malizia, A. A., Barrett, D. M. Periurethral injection of the genitourinary spheroidal membrane. J Endourol. 1996 Jun; 10: 283-6

11010  Das, S. Comparative outcome analysis of laparoscopic colposuspension, abdominal colposuspension and vaginal needle suspension for female urinary incontinence. J Urol. 1998 Aug; 160: 368-71

10805  Das, S. Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 1999 Aug; 162: 469-73

41503  Das, S. Laparoscopic surgery for female urinary incontinence: prudence shall prevail. JSLS. 1999 Oct-Dec; 3: 273-7

11523  Das, S., Palmer, J. K. Laparoscopic colpo-suspension. J Urol. 1995 Sep; 154: 1119-21

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3090-10 Filed 05/13/19 Page 260 of 910 PageID #: 202701

| | |
|---|---|
| 3315 | Dator, D.P., Hatchett, L., Dyro, F.M., Shefner, J.M., and Bauer, S.B. Urodynamic dysfunction in walking myelodysplastic children. J Urol. 1992 Aug; 148: 362-365 |
| 10315 | Dattilo, J. A long-term study of patient outcomes with pelvic muscle re-education for urinary incontinence. J Wound Ostomy Continence Nurs. 2001 Jul; 28: 199-205 |
| 40601 | Dave, S., Grover, V. P., Agarwala, S., Mitra, D. K., Bhatnagar, V. Cystometric evaluation of reconstructed classical bladder exstrophy. BJU Int. 2001 Sep; 88: 403-8 |
| 42476 | David, G., Durr, A., Stevanin, G., Cancel, G., Abbas, N., Benomar, A., Belal, S., Lebre, A. S., Abada-Bendib, M., Grid, D., Holmberg, M., Yahyaoui, M., Hentati, F., Chkili, T., Agid, Y., Brice, A. Molecular and clinical correlations in autosomal dominant cerebellar ataxia with progressive macular dystrophy (SCA7). Hum Mol Genet. 1998 Feb; 7: 165-70 |
| 44707 | Davidson, H. A., Borrie, M. J., Crilly, R. G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-71 |
| 3723 | Davidson, H.A., Borrie, M.J., and Crilly, R.G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-471 |
| 44546 | Davidsson, T., Barker, S. B., Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-6 |
| 3512 | Davidsson, T., Barker, S. B., and Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-146 |
| 3067 | Davies, D.D. Incidence of major complications of neurolytic coeliac plexus block. J R Soc Med. 1993 May; 86: 264-266 |
| 56350 | Davies, G. A., Wolfe, L. A., Mottola, M. F., MacKinnon, C., Arsenault, M. Y., Bartellas, E., Cargill, Y., Gleason, T., Iglesias, S., Klein, M., Martel, M. J., Roggensack, A., Wilson, K., Gardiner, P., Graham, T., Haennel, R., Hughson, R. / Exercise in pregnancy and the postpartum period. J Obstet Gynaecol Can. 2003 Jun; 25: 516-29 |
| 41144 | Davies, J. A., Hosker, G., Lord, J., Smith, A. R. An evaluation of the efficacy of in-patient bladder retraining. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 271-5; discussion 275-6 |
| 43259 | Davies, L. A vital consideration. Nurs Times. 1996 Feb 7-14; 92: 165 |
| 3681 | Davies, S.W., Brecker, S.J., and Stevenson, R.N. Terodiline for treating detrusor instability in elderly people [letter] [see comments]. Bmj. 1991 May 25; 302: 1276 |
| 40504 | Davila, G. W. Informed consent for obstetrics management: a urogynecologic perspective. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 289-91 |
| 11361 | Davila, G. W. Introl bladder neck support prosthesis: a nonsurgical urethropexy. J Endourol. 1996 Jun; 10: 293-6 |
| 43848 | Davila, G. W. Urinary incontinence in women. How to help patients regain bladder control. Postgrad Med. 1994 Aug; 96: 103-10 |
| 43233 | Davila, G. W. Vaginal prolapse: management with nonsurgical techniques. Postgrad Med. 1996 Apr; 99: 171-6, 181, 184-5 |
| 52000 | Davila, G. W., Bernier, F., Franco, J., Kopka, S. L. Bladder dysfunction in sexual abuse survivors. J Urol. 2003 Aug; 170: 476-9 |
| 10337 | Davila, G. W., Daugherty, C. A., Sanders, S. W. A short-term, multicenter, randomized double-blind dose titration study of the efficacy and anticholinergic side effects of transdermal compared to immediate release oral oxybutynin treatment of patients with urge urinary incontinence. J Urol. 2001 Jul; 166: 140-5 |
| 59055 | Davila, G. W., Guerette, N. Current treatment options for female urinary incontinence--a review. Int J Fertil Womens Med. 2004 May-Jun; 49: 102-12 |
| 11069 | Davila, G. W., Kondo, A. Introl bladder neck support prosthesis: international clinical experience. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 301-6 |

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**10828**  Davila, G. W., Neal, D., Horbach, N., Peacher, J., Doughtie, J. D., Karram, M. A bladder-neck support prosthesis for women with stress and mixed incontinence. Obstet Gynecol. 1999 Jun; 93: 938-42

**11677**  Davila, G. W., Ostermann, K. V. The bladder neck support prosthesis: a nonsurgical approach to stress incontinence in adult women. Am J Obstet Gynecol. 1994 Jul; 171: 206-11

**59093**  Davila, G. W., Stanford, E., Korn, A. Prospective trial of gasless laparoscopic Burch colposuspension using conventional surgical instruments. J Am Assoc Gynecol Laparosc. 2004 May; 11: 197-203

**42068**  Davis, G., McClure, G., Sherman, R., Hibbert, M., Wong, M., Perez, R. Ambulatory urodynamics of female soldiers. Mil Med. 1998 Dec; 163: 808-12

**41949**  Davis, G., Sherman, R., Wong, M. F., McClure, G., Perez, R., Hibbert, M. Urinary incontinence among female soldiers. Mil Med. 1999 Mar; 164: 182-7

**55760**  Davis, K., Kumar, D. Pelvic floor dysfunction: a conceptual framework for collaborative patient-centred care. J Adv Nurs. 2003 Sep; 43: 555-68

**54960**  Davis, K., Kumar, D., Stanton, S. L., Thakar, R., Fynes, M., Bland, J. Symptoms and anal sphincter morphology following primary repair of third-degree tears. Br J Surg. 2003 Dec; 90: 1573-9

**40583**  Davis, N. S., Bavendam, T. G. Use of a urethral occlusion device for treatment of incontinence in a patient with heterotopic urinary diversion. Tech Urol. 2001 Sep; 7: 246-8

**59059**  Davis, T. L., Lukacz, E. S., Luber, K. M., Nager, C. W. Determinants of patient satisfaction after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2004 Jul; 191: 176-81

**43576**  Davis, V. M. Electric stimulation: does nursing have a role in the treatment of adult urinary incontinence?. Urol Nurs. 1995 Jun; 15: 56-60

**3554**  Dawes, H., Cherry, L., Ballentyne, M., and Glen, E. Continence--advice for all. Nurs Times. 1991 Oct 30-Nov 5; 87: 56,58,62

**3764**  Dawes, H., Small, D., and Glen, E. Continence. Adding computers to the armoury. Nurs Times. 1990 Nov 14-20; 86: 68-69

**43196**  Dawson, C., Whitfield, H. ABC of urology. Urinary incontinence and urinary infection. BMJ. 1996 Apr 13; 312: 961-4

**44315**  Day, D. G., Bailey, M. Q., Evans, K. L., Smeak, D. D., DiBartola, S. P. Postoperative evaluation of renal function after surgical correction of a ureterovaginal fistula in a cat. J Am Vet Med Assoc. 1993 Jan 1; 202: 104-6

**41255**  Day, P. L. Findings of a three-year retrospective study to investigate prevalence and incidence of urinary incontinence and overactive bladder in a typical managed care setting. Pharm Pract Manag Q. 2000 Apr; 20: 1-11

**11444**  de Aloysio, D., Altieri, P., Penacchioni, P., Mauloni, M., Bottiglioni, F. Premenopause-dependent changes. Gynecol Obstet Invest. 1996; 42: 120-7

**40822**  De Badiola, F., Ruiz, E., Puigdevall, J., Lobos, P., Moldes, J., Lopez Raffo, M., Gallo, A. Sigmoid cystoplasty with argon beam without mucosa. J Urol. 2001 Jun; 165: 2253-5

**54520**  De Deyn, P. P., Carrasco, M. M., Deberdt, W., Jeandel, C., Hay, D. P., Feldman, P. D., Young, C. A., Lehman, D. L., Breier, A. Olanzapine versus placebo in the treatment of psychosis with or without associated behavioral disturbances in patients with Alzheimer's disease. Int J Geriatr Psychiatry. 2004 Feb; 19: 115-26

**40121**  De Ganck, J., Everaert, K., Van Laecke, E., Oosterlinck, W., Hoebeke, P. A high easy-to-treat complication rate is the price for a continent stoma. BJU Int. 2002 Aug; 90: 240-4

**10605**  De Giovanni, L., Menchinelli, P., Rubino, F., Manca, A., Ronzoni, G. Valsalva leak point pressure: how to chose the best method. Arch Ital Urol Androl. 2000 Apr; 72: 25-7

**45039**  De Groote, B., Van Laer, P., Maurus, K., Van Biervliet, J. P., Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-9

**11949**  de Jong, P. Easier needle bladder-neck suspension procedure. S Afr Med J. 1991 Oct 5; 80: 360

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**11731** De Jong, P. R., Pontin, A., Pillay, G. Where is the bladder neck following needle suspension operations?. Clin Exp Obstet Gynecol. 1994; 21: 10-3

**41128** de Jong, T. P., Dik, P., Klijn, A. J., Uiterwaal, C. S., van Gool, J. D. Ectopic ureterocele: results of open surgical therapy in 40 patients. J Urol. 2000 Dec; 164: 2040-3; discussion 2043-4

**42619** de Kort, L. M., Nesselaar, C. H., van Gool, J. D., de Jong, T. P. The influence of colonic enema irrigation on urodynamic findings in patients with neurogenic bladder dysfunction. Br J Urol. 1997 Nov; 80: 731-3

**55320** de Kort, L. M., Verhulst, J. A., Engelbert, R. H., Uiterwaal, C. S., de Jong, T. P. Lower urinary tract dysfunction in children with generalized hypermobility of joints. J Urol. 2003 Nov; 170: 1971-4

**40632** De Leeuw, J. W., Vierhout, M. E., Struijk, P. C., Hop, W. C., Wallenburg, H. C. Anal sphincter damage after vaginal delivery: functional outcome and risk factors for fecal incontinence. Acta Obstet Gynecol Scand. 2001 Sep; 80: 830-4

**50740** de Leval, J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol. 2003 Dec; 44: 724-30

**11900** De Muylder, X., Claes, H., Neven, P., De Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-8

**42321** De Paepe, H., Hoebeke, P., Renson, C., Van Laecke, E., Raes, A., Van Hoecke, E., Van Daele, J., Vande Walle, J. Pelvic-floor therapy in girls with recurrent urinary tract infections and dysfunctional voiding. Br J Urol. 1998 May; 81 Suppl 3: 109-13

**40062** De Paepe, H., Renson, C., Hoebeke, P., Raes, A., Van Laecke, E., Vande Walle, J. The role of pelvic-floor therapy in the treatment of lower urinary tract dysfunctions in children. Scand J Urol Nephrol. 2002; 36: 260-7

**41411** De Paepe, H., Renson, C., Van Laecke, E., Raes, A., Vande Walle, J., Hoebeke, P. Pelvic-floor therapy and toilet training in young children with dysfunctional voiding and obstipation. BJU Int. 2000 May; 85: 889-93

**56590** de Rekeneire, N., Visser, M., Peila, R., Nevitt, M. C., Cauley, J. A., Tylavsky, F. A., Simonsick, E. M., Harris, T. B. Is a fall just a fall: correlates of falling in healthy older persons. The Health, Aging and Body Composition Study. J Am Geriatr Soc. 2003 Jun; 51: 841-6

**42628** De Ridder, D., Chandiramani, V., Dasgupta, P., Van Poppel, H., Baert, L., Fowler, C. J. Intravesical capsaicin as a treatment for refractory detrusor hyperreflexia: a dual center study with long-term followup. J Urol. 1997 Dec; 158: 2087-92

**10843** De Ridder, D., Vermeulen, C., Ketelaer, P., Van Poppel, H., Baert, L. Pelvic floor rehabilitation in multiple sclerosis. Acta Neurol Belg. 1999 Mar; 99: 61-4

**40618** De Risio, L., Sharp, N. J., Olby, N. J., Munana, K. R., Thomas, W. B. Predictors of outcome after dorsal decompressive laminectomy for degenerative lumbosacral stenosis in dogs: 69 cases (1987-1997). J Am Vet Med Assoc. 2001 Sep 1; 219: 624-8

**10050** de Rossi, P. Clinical outcome of fascial slings for female stress incontinence. Medscape Womens Health. 2002 May-Jun; 7: 1

**41314** De Serres, G., Shadmani, R., Duval, B., Boulianne, N., Dery, P., Douville Fradet, M., Rochette, L., Halperin, S. A. Morbidity of pertussis in adolescents and adults. J Infect Dis. 2000 Jul; 182: 174-9

**59061** de Tayrac, R., Chevalier, N., Chauveaud-Lambling, A., Gervaise, A., Fernandez, H. Risk of urge and stress urinary incontinence at long-term follow-up after vaginal hysterectomy. Am J Obstet Gynecol. 2004 Jul; 191: 90-4

**59024** de Tayrac, R., Gervaise, A., Chauveaud-Lambling, A., Fernandez, H. Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct; 83: 950-4

**10130** de Tayrac, R., Salet-Lizee, D., Villet, R. Comparison of anterior colporrhaphy versus Bologna procedure in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 36-9

**10058** De Vries, S. H., Klijn, A. J., Lilien, M. R., De Jong, T. P. Development of renal function after neonatal urinary ascites due to obstructive uropathy. J Urol. 2002 Aug; 168: 675-8

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 68

**American Urological Association, Inc.**

SUI Guidelines Panel

---

40970    de,, JONG TP, Van Gool, J. D., Dik, P., Klijn, A. J., Vijverberg, M. A. The treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Mar; 165: 929-33

43662    Dealey, C. Pressure sores and incontinence: a study evaluating the use of topical agents in skin care. J Wound Care. 1995 Mar; 4: 103-5

11491    Debaere, C., Rigauts, H., Steyaert, L., Pattyn, G., Ampe, J. MR imaging of a diverticulum in a female urethra. J Belge Radiol. 1995 Dec; 78: 345-6

54000    Debodinance, P., Delporte, P., Engrand, J. B., Boulogne, M. Tension-free vaginal tape (TVT) in the treatment of urinary stress incontinence: 3 years experience involving 256 operations. Eur J Obstet Gynecol Reprod Biol. 2002 Oct 10; 105: 49-58

11770    Debodinance, P., Querleu, D. Comparison of the Bologna and Ingelman-Sundberg procedures for stress incontinence associated with genital prolapse: prospective randomized study. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 35-40

3040    Decter, R.M. Use of the fascial sling for neurogenic incontinence: lessons learned. J Urol 1993 Aug; 150: 683-686

55680    Dede, M., Yagci, G., Yenen, M. C., Gorgulu, S., Deveci, M. S., Cetiner, S., Dilek, S. Retroperitoneal benign schwannoma: report of three cases and analysis of clinico-radiologic findings. Tohoku J Exp Med. 2003 Jun; 200: 93-7

3553    Deegan, S. Continence--close to normality. Nurs Times. 1991 Oct 30-Nov 5; 87: 65,67

55520    DeFoor, W., Minevich, E., McEnery, P., Tackett, L., Reeves, D., Sheldon, C. Lower urinary tract reconstruction is safe and effective in children with end stage renal disease. J Urol. 2003 Oct; 170: 1497-500; discussion 1500

50840    Defreitas, G. A., Lemack, G. E., Zimmern, P. E. Nonintubated uroflowmetry as a predictor of normal pressure flow study in women with stress urinary incontinence. Urology. 2003 Nov; 62: 905-8

55280    Defreitas, G. A., Lemack, G. E., Zimmern, P. E., Dewey, R. B., Roehrborn, C. G., O'Suilleabhain, P. E. Distinguishing neurogenic from non-neurogenic detrusor overactivity: a urodynamic assessment of lower urinary tract symptoms in patients with and without Parkinson's disease. Urology. 2003 Oct; 62: 651-5

51790    Defreitas, G. A., Wilson, T. S., Zimmern, P. E., Forte, T. B. Three-dimensional ultrasonography: an objective outcome tool to assess collagen distribution in women with stress urinary incontinence. Urology. 2003 Aug; 62: 232-6

3525    De-Gennaro, M., Lais, A., Fariello, G., Caldarelli, M., Capozza, N., Talamo, M., and Caione, P. Early diagnosis and treatment of spinal dysraphism to prevent urinary incontinence. Eur Urol. 1991; 20: 140-145

3903    de-Groat, W.C. Central neural control of the lower urinary tract. Ciba Found Symp. 1990; 151: 27-44;discussion44-56

4212    De-Groote, B., Van-Laer, P., Maurus, K., Van-Biervliet, J.P., and Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-219

3201    deHoll, J.D., Jr., Williams, L.A., Steers, W.D., Rodeheaver, G.T., Clark, M.M., and Edlich, R.F. Technical considerations in the use of external condom catheter systems. J Burn Care Rehabil. 1992 Nov-Dec; 13: 664-672

11697    Deindl, F. M., Vodusek, D. B., Hesse, U., Schussler, B. Pelvic floor activity patterns: comparison of nulliparous continent and parous urinary stress incontinent women. A kinesiological EMG study. Br J Urol 1994 Apr; 73: 413-7

3587    de-Jong, P. Easier needle bladder-neck suspension procedure [letter]. S Afr Med J. 1991 Oct 5; 80: 360

10716    del Campo-Rodriguez, M., Batista-Miranda, J. E., Errando-Smet, C., Arano-Bertran, P. Outcome of colposuspension in patients with stress urinary incontinence and abnormal cystometry. Arch Esp Urol. 1999 Sep; 52: 810-4

44343    Del Carro, U., Riva, D., Comi, G. C., Locatelli, T., Magnani, G., Levati, N., Vigano, R., Sambruni, I., Canal, N. Neurophysiological evaluation in detrusor instability. Neurourol Urodyn. 1993; 12: 455-62

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 106 of 300 PageID #: 202705
Page 264 of 910

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

**59138** Del Rio, C., Sanchez-Santos, R., Oreja, V., De Oca, J., Biondo, S., Pares, D., Osorio, A., Marti-Rague, J., Jaurrieta, E. Long-term urinary dysfunction after rectal cancer surgery. Colorectal Dis. 2004 May; 6: 198-202

**40933** Del Ser, T., Hachinski, V., Merskey, H., Munoz, D. G. Clinical and pathologic features of two groups of patients with dementia with Lewy bodies: effect of coexisting Alzheimer-type lesion load. Alzheimer Dis Assoc Disord. 2001 Jan-Mar; 15: 31-44

**45067** Delamarter, R. B., Bohlman, H. H., Dodge, L. D., Biro, C. Experimental lumbar spinal stenosis. Analysis of the cortical evoked potentials, microvasculature, and histopathology. J Bone Joint Surg Am. 1990 Jan; 72: 110-20

**44635** Delamarter, R. B., Sherman, J. E., Carr, J. B. 1991 Volvo Award in experimental studies. Cauda equina syndrome: neurologic recovery following immediate, early, or late decompression. Spine. 1991 Sep; 16: 1022-9

**12066** DeLancey, J. O. Anatomy and physiology of urinary continence. Clin Obstet Gynecol. 1990 Jun; 33: 298-307

**44070** DeLancey, J. O. Childbirth, continence, and the pelvic floor. N Engl J Med. 1993 Dec 23; 329: 1956-7

**10068** Delancey, J. O. Fascial and muscular abnormalities in women with urethral hypermobility and anterior vaginal wall prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 93-8

**11342** DeLancey, J. O. Stress urinary incontinence: where are we now, where should we go?. Am J Obstet Gynecol. 1996 Aug; 175: 311-9

**11678** DeLancey, J. O. Structural support of the urethra as it relates to stress urinary incontinence: the hammock hypothesis. Am J Obstet Gynecol. 1994 Jun; 170: 1713-20; discussion 1720-3

**11152** DeLancey, J. O. The pathophysiology of stress urinary incontinence in women and its implications for surgical treatment. World J Urol. 1997; 15: 268-74

**54080** DeLancey, J. O., Kearney, R., Chou, Q., Speights, S., Binno, S. The appearance of levator ani muscle abnormalities in magnetic resonance images after vaginal delivery. Obstet Gynecol. 2003 Jan; 101: 46-53

**11214** DeLancey, J. O., Morley, G. W. Total colpocleisis for vaginal eversion. Am J Obstet Gynecol. 1997 Jun; 176: 1228-32; discussion 1232-5

**3853** DeLancey, J.O., Nygaard, I. Exercise-associated urinary incontinence. Jama. 1991 Jan 23-30; 265: 514

**3920** DeLancey, J.O., Starr, R.A. Histology of the connection between the vagina and levator ani muscles. Implications for urinary tract function. J Reprod Med. 1990 Aug; 35: 765-771

**11507** Dellas, A., Drewe, J. Conservative therapy of female genuine stress incontinence with vaginal cones. Eur J Obstet Gynecol Reprod Biol. 1995 Oct; 62: 213-5

**59100** Delmas, V. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 134

**43429** Delodovici, M. L., Fowler, C. J. Clinical value of the pudendal somatosensory evoked potential. Electroencephalogr Clin Neurophysiol. 1995 Nov; 96: 509-15

**43253** Del-Ser, T., Munoz, D. G., Hachinski, V. Temporal pattern of cognitive decline and incontinence is different in Alzheimer's disease and diffuse Lewy body disease. Neurology. 1996 Mar; 46: 682-6

**11438** Demirci, F., Fine, P. M. Ultrasonography in stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 125-32

**11624** Demirci, F., Kuyumcuoglu, U., Kekovali, M., Ergenekon, E., Eren, S., Uludogan, M., Sofuoglu, K. Perineal ultrasonography in postoperative assessment of two different surgical procedures for stress urinary incontinence. Int Urol Nephrol. 1995; 27: 279-87

**11445** Demirci, F., Kuyumcuoglu, U., Uludogan, M., Gorgen, H., Sahinoglu, Z., Delikara, M. N. Evaluation of urethrovesical junction mobility by perineal ultrasonography in stress urinary incontinence. J Pak Med Assoc. 1996 Jan; 46: 2-5

**52490** Demirci, F., Ozdemir, I., Yucel, O., Alhan, A. A new, simple, safe, effective and cost-effective procedure for genuine stress incontinence: midurethral polypropylene sling. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 58-60

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 10455 | Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T. The effects of abdominal hysterectomy on bladder neck and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 May; 39: 239-42 |
| 10368 | Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T., Ayas, S. The effects of vaginal delivery and cesarean section on bladder neck mobility and stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 129-33 |
| 10296 | Demirci, F., Petri, E. Perioperative complications of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 170-5 |
| 53460 | Demirci, F., Yildirim, U., Demirci, E., Ayas, S., Arioglu, P., Kuyumcuoglu, U. Ten-year results of Marshall Marchetti Krantz and anterior colporraphy procedures. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 513-4 |
| 10677 | Demirci, F., Yucel, N., Ozden, S., Delikara, N., Yalti, S., Demirci, E. A retrospective review of perioperative complications in 360 patients who had Burch colposuspension. Aust N Z J Obstet Gynaecol. 1999 Nov; 39: 472-5 |
| 10210 | Demirci, F., Yucel, O. Comparison of pubovaginal sling and burch colposuspension procedures in type I/II genuine stress incontinence. Arch Gynecol Obstet. 2001 Nov; 265: 190-4 |
| 10351 | Demirci, F., Yucel, O., Eren, S., Alkan, A., Demirci, E., Yildirim, U. Long-term results of Burch colposuspension. Gynecol Obstet Invest. 2001; 51: 243-7 |
| 3377 | De-Muylder, X., Claes, H., Neven, P., and De-Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-208 |
| 43802 | Denays, R., Tondeur, M., Noel, P., Ham, H. R. Bilateral cerebral mediofrontal hypoactivity in Tc-99m HMPAO SPECT imaging. Clin Nucl Med. 1994 Oct; 19: 873-6 |
| 42290 | Denewer, A. A low-pressure rectosigmoid pouch created by side-to-side anastomosis with a stapling technique and sigmoid colon intussusception as an antireflux procedure. Br J Urol. 1998 Jun; 81: 856-61 |
| 11998 | Dennis, P. J., Rohner, T. J., Jr, Hu, T. W., Igou, J. F., Yu, L. C., Kaltreider, D. L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-9 |
| 3823 | Dennis, P.J., Rohner, T.J., Jr., Hu, T.W., Igou, J.F., Yu, L.C., and Kaltreider, D.L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. Urology. 1991 Feb; 37: 173-179 |
| 41555 | Desai, M. M., Zhang, P., Hennessy, C. H. Surveillance for morbidity and mortality among older adults--United States, 1995-1996. MMWR CDC Surveill Summ. 1999 Dec 17; 48: 7-25 |
| 10000 | deSouza, N. M., Daniels, O. J., Williams, A. D., Gilderdale, D. J., Abel, P. D. Female urinary genuine stress incontinence: anatomic considerations at MR imaging of the paravaginal fascia and urethra initial observations. Radiology. 2002 Nov; 225: 433-9 |
| 50100 | deTayrac, R., Deffieux, X., Droupy, S., Chauveaud-Lambling, A., Calvanese-Benamour, L., Fernandez, H. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 602-8 |
| 10147 | Deval, B., Jeffry, L., Al Najjar, F., Soriano, D., Darai, E. Determinants of patient dissatisfaction after a tension-free vaginal tape procedure for urinary incontinence. J Urol. 2002 May; 167: 2093-7 |
| 51860 | Deval, B., Levardon, M., Samain, E., Rafii, A., Cortesse, A., Amarenco, G., Ciofu, C., Haab, F. A French multicenter clinical trial of SPARC for stress urinary incontinence. Eur Urol. 2003 Aug; 44: 254-8; discussion 258-9 |
| 42933 | Devarajan, R., Bishop, M. C., Sands, K. A. Hepatic abscess: a tertiary complication of Mitrofanoff continent urinary diversion. Br J Urol. 1997 Jan; 79: 137-8 |
| 42690 | deVries, C. R., Kaplan, G. W. An unusual case of urinary incontinence, ataxia-telangiectasia, and metastatic dysgerminoma: case report and review of the literature. Urology. 1997 Sep; 50: 453-5 |
| 4044 | deVries, C.R., Anderson, R.U. Endoscopic urethroplasty: an improved technique. J Urol. 1990 Jun; 143: 1225-1226 |
| 56020 | Devroey, D., Van Casteren, V., Buntinx, F. Registration of stroke through the Belgian sentinel network and factors influencing stroke mortality. Cerebrovasc Dis. 2003; 16: 272-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

43957   Dewan, P. A. Re: Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1994 Apr; 151: 1030-1

11838   Dewan, P. A., Byard, R. W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

11837   Dewan, P. A., Byard, R. W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and Long-term follow-up of women treated with periurethral Teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

43369   Dewan, P. A., Fraundorfer, M. Skin migration following periurethral polytetrafluorethylene injection for urinary incontinence. Aust N Z J Surg. 1996 Jan; 66: 57-9

43799   Dewan, P. A., Stefanek, W. Autoaugmentation gastrocystoplasty: early clinical results. Br J Urol. 1994 Oct; 74: 460-4

3488   Dewan, P.A. Is injected polytetrafluoroethylene (Polytef) carcinogenic?. Br J Urol. 1992 Jan; 69: 29-33

3156   Dewan, P.A., Byard, R.W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3155   Dewan, P.A., Byard, R.W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and long-term follow-up of women treated with periurethral Teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

40398   Dhar, H. L. Gender, aging, health and society. J Assoc Physicians India. 2001 Oct; 49: 1012-20

42949   Di Benedetto, V., Gioviale, M., Bagnara, V., Cacciaguerra, S., Di Benedetto, A. The anterior sagittal transanorectal approach: a modified approach to 1- stage clitoral vaginoplasty in severely masculinized female pseudohermaphrodites--preliminary results. J Urol. 1997 Jan; 157: 330-2

42490   Di Benedetto, V., Monfort, G. How prenatal ultrasound can change the treatment of ectopic ureterocele in neonates?. Eur J Pediatr Surg. 1997 Dec; 7: 338-40

56850   Di Carlo, A., Lamassa, M., Baldereschi, M., Pracucci, G., Basile, A. M., Wolfe, C. D., Giroud, M., Rudd, A., Ghetti, A., Inzitari, D. Sex differences in the clinical presentation, resource use, and 3-month outcome of acute stroke in Europe: data from a multicenter multinational hospital-based registry. Stroke. 2003 May; 34: 1114-9

41640   Di Carlo, A., Lamassa, M., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., Wolfe, C. D., Tilling, K., Ebrahim, S., Inzitari, D. Stroke in the very old : clinical presentation and determinants of 3- month functional outcome: A European perspective. European BIOMED Study of Stroke Care Group. Stroke. 1999 Nov; 30: 2313-9

56670   Di Gangi Herms, A. M., Pinggera, G. M., De Jonge, P., Strasser, H., Sollner, W. Assessing health care needs and clinical outcome with urological case complexity: a study using INTERMED. Psychosomatics. 2003 May-Jun; 44: 196-203

41233   Diamond, D. A., Bauer, S. B., Retik, A. B., Atala, A. Initial experience with the transurethral self-detachable balloon system for urinary incontinence in pediatric patients. J Urol. 2000 Sep; 164: 942-5; discussion 945-6

41609   Diana, M., Schettini, M. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Minerva Ginecol. 1999 Sep; 51: 349-53

10740   Diana, M., Schettini, M., Gallucci, M. Evaluation and management of malfunctionings following implantation of the artificial urinary sphincter. Int Surg. 1999 Jul-Sep; 84: 241-5

41423   Diana, M., Zoppe, C., Mastrangeli, B. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Am J Surg. 2000 Feb; 179: 126-8

42112   Dichgans, M., Mayer, M., Uttner, I., Bruning, R., Muller-Hocker, J., Rungger, G., Ebke, M., Klockgether, T., Gasser, T. The phenotypic spectrum of CADASIL: clinical findings in 102 cases. Ann Neurol. 1998 Nov; 44: 731-9

55550   Dickersin, K., Munro, M., Langenberg, P., Scherer, R., Frick, K. D., Weber, A. M., Johns, A., Peipert, J. F., Clark, M. Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB): design and methods. Control Clin Trials. 2003 Oct; 24: 591-609

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 109 of 300 PageID #: 202708

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

10651    Dickson, M. J., Salleh, S. The effect of oestrogen supplementation on postmenopausal urinary stress incontinence: a double-blind placebo-controlled trial. BJOG. 2000 Mar; 107: 433-4

42062    Dierich, M. A retrospective review of outcomes in one clinic's treatment of urinary incontinence. Urol Nurs. 1998 Dec; 18: 283-7

53740    Dietz, H. P. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedure. BJU Int. 2002 Nov; 90: 764; author reply 764

50230    Dietz, H. P. Ultrasound imaging of the pelvic floor. Part I: two-dimensional aspects. Ultrasound Obstet Gynecol. 2004 Jan; 23: 80-92

40563    Dietz, H. P., Clarke, B. Is the irritable bladder associated with anterior compartment relaxation? A critical look at the 'integral theory of pelvic floor dysfunction'. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 317-9

10408    Dietz, H. P., Clarke, B. The urethral pressure profile and ultrasound imaging of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 38-41

10230    Dietz, H. P., Clarke, B. Translabial color Doppler urodynamics. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 304-7

53450    Dietz, H. P., Clarke, B., Vancaillie, T. G. Vaginal childbirth and bladder neck mobility. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 522-5

59213    Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Does pregnancy affect pelvic organ mobility?. Aust N Z J Obstet Gynaecol. 2004 Dec; 44: 517-20

59060    Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Pelvic organ descent in young nulligravid women. Am J Obstet Gynecol. 2004 Jul; 191: 95-9

59139    Dietz, H. P., Ellis, G., Wilson, P. D., Herbison, P. Voiding function after tension-free vaginal tape: a longitudinal study. Aust N Z J Obstet Gynaecol. 2004 Apr; 44: 152-5

59174    Dietz, H. P., Hansell, N. K., Grace, M. E., Eldridge, A. M., Clarke, B., Martin, N. G. Bladder neck mobility is a heritable trait. BJOG. 2005 Mar; 112: 334-9

59198    Dietz, H. P., Haylen, B. T. Symptoms of voiding dysfunction: what do they really mean?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 52-5; discussion 55

40113    Dietz, H. P., Jarvis, S. K., Vancaillie, T. G. The assessment of levator muscle strength: a validation of three ultrasound techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 156-9; discussion 159

41715    Dietz, H. P., McKnoulty, L., Clarke, B. Translabial color Doppler for imaging in urogynecology: a preliminary report. Ultrasound Obstet Gynecol. 1999 Aug; 14: 144-7

52680    Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. Does the tension-free vaginal tape stay where you put it?. Am J Obstet Gynecol. 2003 Apr; 188: 950-3

59029    Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. How important is TVT location?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 904-8

51210    Dietz, H. P., Steensma, A. B. Which women are most affected by delivery-related changes in pelvic organ mobility?. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 15-8

57190    Dietz, H. P., Steensma, A. B., Vancaillie, T. G. Levator function in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 24-6; discussion 26

51360    Dietz, H. P., Vancaillie, P., Svehla, M., Walsh, W., Steensma, A. B., Vancaillie, T. G. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 239-43; discussion 243

10903    Dietz, H. P., Wilson, P. D. Anatomical assessment of the bladder outlet and proximal urethra using ultrasound and videocystourethrography. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 365-9

10465    Dietz, H. P., Wilson, P. D. Colposuspension success and failure: a long-term objective follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 346-51

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

59199    Dietz, H. P., Wilson, P. D. Laparoscopic colposuspension versus urethropexy: a case-control series. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 15-8; discussion 18

41923    Dietz, H. P., Wilson, P. D. The influence of bladder volume on the position and mobility of the urethrovesical junction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 3-6

10319    Dietz, H. P., Wilson, P. D., Clarke, B. The use of perineal ultrasound to quantify levator activity and teach pelvic floor muscle exercises. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 166-8; discussion 168-9

40596    Dietz, H. P., Wilson, P. D., Clarke, B., Haylen, B. T. Irritative symptoms after colposuspension: are they due to distortion or overelevation of the anterior vaginal wall and trigone?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 232-5; discussion 235-6

50080    Digesu, G. A., Bombieri, L., Hutchings, A., Khullar, V., Freeman, R. Effects of Burch colposuspension on the relative positions of the bladder neck to the levator ani muscle: An observational study that used magnetic resonance imaging. Am J Obstet Gynecol. 2004 Mar; 190: 614-9

55920    Digesu, G. A., Hutchings, A., Salvatore, S., Selvaggi, L., Khullar, V. Reproducibility and reliability of pressure flow parameters in women. BJOG. 2003 Aug; 110: 774-6

53270    Digesu, G. A., Khullar, V., Cardozo, L., Salvatore, S. Overactive bladder symptoms: do we need urodynamics?. Neurourol Urodyn. 2003; 22: 105-8

59209    Digesu, G. A., Khullar, V., Cardozo, L., Sethna, F., Salvatore, S. Preoperative pressure-flow studies: useful variables to predict the outcome of continence surgery. BJU Int. 2004 Dec; 94: 1296-9

44318    Dijkema, H. E., Weil, E. H., Mijs, P. T., Janknegt, R. A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-6

3004    Dijkema, H.E., Weil, E.H., Mijs, P.T., and Janknegt, R.A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-76

56080    Dik, P., Klijn, A. J., van Gool, J. D., de Jong, T. P. Transvaginal sling suspension of bladder neck in female patients with neurogenic sphincter incontinence. J Urol. 2003 Aug; 170: 580-1; discussion 581-2

43566    Dillner, L. Incontinence needs better services, says report. BMJ. 1995 Jun 3; 310: 1429-30

3484    Dimpfl, T., Hesse, U., and Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33

11921    Dimpfl, T., Hesse, U., Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33

43960    Ding, Y. Y., Jayaratnam, F. J. Urinary incontinence in the hospitalised elderly--a largely reversible disorder. Singapore Med J. 1994 Apr; 35: 167-70

43076    Ding, Y. Y., Sahadevan, S., Pang, W. S., Choo, P. W. Clinical utility of a portable ultrasound scanner in the measurement of residual urine volume. Singapore Med J. 1996 Aug; 37: 365-8

41013    Dinh, D. H., Tompkins, J., Clark, S. B. Transcostovertebral approach for thoracic disc herniations. J Neurosurg. 2001 Jan; 94: 38-44

43517    Diokno, A. C. Epidemiology and psychosocial aspects of incontinence. Urol Clin North Am. 1995 Aug; 22: 481-5

40954    Diokno, A. C. Epidemiology of urinary incontinence. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M3-4

55800    Diokno, A. C., Appell, R. A., Sand, P. K., Dmochowski, R. R., Gburek, B. M., Klimberg, I. W., Kell, S. H. Prospective, randomized, double-blind study of the efficacy and tolerability of the extended-release formulations of oxybutynin and tolterodine for overactive bladder: results of the OPERA trial. Mayo Clin Proc. 2003 Jun; 78: 687-95

43055    Diokno, A. C., Atassi, O. Urinary incontinence. Compr Ther. 1996 Sep; 22: 592-7

44881    Diokno, A. C., Brock, B. M., Herzog, A. R., Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-38

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

44679    Diokno, A. C., Brown, M. B., Herzog, A. R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42

45064    Diokno, A. C., Brown, M. B., Herzog, A. R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200

51980    Diokno, A. C., Burgio, K., Fultz, H., Kinchen, K. H., Obenchain, R., Bump, R. C. Prevalence and outcomes of continence surgery in community dwelling women. J Urol. 2003 Aug; 170: 507-11

54280    Diokno, A. C., Burgio, K., Fultz, N. H., Kinchen, K. S., Obenchain, R., Bump, R. C. Medical and self-care practices reported by women with urinary incontinence. Am J Manag Care. 2004 Feb; 10: 69-78

10865    Diokno, A. C., Dimaculangan, R. R., Lim, E. U., Steinert, B. W. Office based criteria for predicting type II stress incontinence without further evaluation studies. J Urol. 1999 Apr; 161: 1263-7

12031    Diokno, A. C., Normolle, D. P., Brown, M. B., Herzog, A. R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-9

54470    Diokno, A. C., Sampselle, C. M., Herzog, A. R., Raghunathan, T. E., Hines, S., Messer, K. L., Karl, C., Leite, M. C. Prevention of urinary incontinence by behavioral modification program: a randomized, controlled trial among older women in the community. J Urol. 2004 Mar; 171: 1165-71

43428    Diokno, A., Yuhico, M.,  Jr Preference, compliance and initial outcome of therapeutic options chosen by female patients with urinary incontinence. J Urol. 1995 Nov; 154: 1727-30; discussion 1731

4151    Diokno, A.C. Diagnostic categories of incontinence and the role of urodynamic testing. J Am Geriatr Soc. 1990 Mar; 38: 300-305

3963    Diokno, A.C., Brock, B.M., Herzog, A.R., and Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-138

3643    Diokno, A.C., Brown, M.B., and Herzog, A.R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42

4210    Diokno, A.C., Brown, M.B., and Herzog, A.R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200

3878    Diokno, A.C., Normolle, D.P., Brown, M.B., and Herzog, A.R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-439

44105    Dippel, D. W., Habbema, J. D. Probabilistic diagnosis of normal pressure hydrocephalus and other treatable cerebral lesions in dementia. J Neurol Sci. 1993 Nov; 119: 123-33

44418    Dirie, M. A., Lindmark, G. The risk of medical complications after female circumcision. East Afr Med J. 1992 Sep; 69: 479-82

40419    DiSaia, P. J., Brewster, W. R. Hormone replacement therapy for survivors of breast and endometrial cancer. Curr Oncol Rep. 2002 Mar; 4: 152-8

42433    Diseth, T. H., Bjordal, R., Schultz, A., Stange, M., Emblem, R. Somatic function, mental health and psychosocial functioning in 22 adolescents with bladder exstrophy and epispadias. J Urol. 1998 May; 159: 1684-9; discussion 1689-90

40180    Dixon, G. R., Friedman, J. A., Luetmer, P. H., Quast, L. M., McClelland, R. L., Petersen, R. C., Maher, C. O., Ebersold, M. J. Use of cerebrospinal fluid flow rates measured by phase-contrast MR to predict outcome of ventriculoperitoneal shunting for idiopathic normal- pressure hydrocephalus. Mayo Clin Proc. 2002 Jun; 77: 509-14

12060    Dixon, P. J., Christmas, T. J., Chapple, C. R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-4

3990    Dixon, P.J., Christmas, T.J., and Chapple, C.R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-654

57770    Dmochowski, R. Outcomes and consequences: the therapeutic index redefined. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 341

---

Case 2:12-md-02327 Document 0086-16 Filed 09/13/19 Page 272 of 300 PageID #: 202711

## Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**59287**  Dmochowski, R. Urinary frequency: event measure, outcome significance?. Curr Urol Rep. 2005 Mar; 6: 87-8

**41823**  Dmochowski, R. R. Female voiding dysfunction and movement disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 144-51

**40203**  Dmochowski, R. R. Management of postoperative overactive bladder complications. Geriatrics. 2002 May; 57 Suppl 1: 18-23

**53950**  Dmochowski, R. R. Radiofrequency bladder neck suspension for the treatment of genuine stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 378-81

**41078**  Dmochowski, R. R., Appell, R. A. Advancements in pharmacologic management of the overactive bladder. Urology. 2000 Dec 4; 56: 41-9

**10360**  Dmochowski, R. R., Appell, R. A. Delivery of injectable agents for treatment of stress urinary incontinence in women: evolving techniques. Tech Urol. 2001 Jun; 7: 110-7

**10500**  Dmochowski, R. R., Appell, R. A. Injectable agents in the treatment of stress urinary incontinence in women: where are we now?. Urology. 2000 Dec 4; 56: 32-40

**11316**  Dmochowski, R. R., Appell, R. A. Percutaneous bladder neck suspension: technique and results. Tech Urol. 1996 Fall; 2: 147-53

**53280**  Dmochowski, R. R., Avon, M., Ross, J., Cooper, J. M., Kaplan, R., Love, B., Kohli, N., Albala, D., Shingleton, B. Transvaginal radio frequency treatment of the endopelvic fascia: a prospective evaluation for the treatment of genuine stress urinary incontinence. J Urol. 2003 Mar; 169: 1028-32

**40126**  Dmochowski, R. R., Davila, G. W., Zinner, N. R., Gittelman, M. C., Saltzstein, D. R., Lyttle, S., Sanders, S. W. Efficacy and safety of transdermal oxybutynin in patients with urge and mixed urinary incontinence. J Urol. 2002 Aug; 168: 580-6

**51440**  Dmochowski, R. R., Miklos, J. R., Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo for the treatment of North American women with stress urinary incontinence. J Urol. 2003 Oct; 170: 1259-63

**51780**  Dmochowski, R. R., Sand, P. K., Zinner, N. R., Gittelman, M. C., Davila, G. W., Sanders, S. W. Comparative efficacy and safety of transdermal oxybutynin and oral tolterodine versus placebo in previously treated patients with urge and mixed urinary incontinence. Urology. 2003 Aug; 62: 237-42

**11281**  Dmochowski, R. R., Zimmern, P. E., Ganabathi, K., Sirls, L., Leach, G. E. Role of the four-corner bladder neck suspension to correct stress incontinence with a mild to moderate cystocele. Urology. 1997 Jan; 49: 35-40

**51490**  Dmochowski, R., Appell, R. A. Advancements in minimally invasive treatments for female stress urinary incontinence: radiofrequency and bulking agents. Curr Urol Rep. 2003 Oct; 4: 350-5

**3197**  Doan, T., Patterson, R., and Greenberger, P.A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-509

**44361**  Doan, T., Patterson, R., Greenberger, P. A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-9

**11193**  Dobson, P. Continence--growing pains. Nurs Times. 1997 Jul 23-29; 93: 63-4

**3108**  Docherty, J.G., Carachi, R. Use of the appendix to provide urinary continence. Eur J Pediatr Surg. 1993 Feb; 3: 25-27

**43600**  Docimo, S. G., Remmenga, S., Segne, R., Dmochowski, R. R. Hysterectomy by the transvaginal approach after intestinal bladder augmentation and psoas hitch reimplantation. J Am Coll Surg. 1995 May; 180: 610-2

**41024**  Doherty, W. Urinary sheaths and drainage bags available from Manfred Sauer. Br J Nurs. 2000 Apr 27-May 10; 9: 514-7

**40793**  Dohke, M., Mitchell, D. G., Vasavada, S. P. Fast magnetic resonance imaging of pelvic organ prolapse. Tech Urol. 2001 Jun; 7: 133-8

**41854**  Dolan, L. M., Casson, K., McDonald, P., Ashe, R. G. Urinary incontinence in Northern Ireland: a prevalence study. BJU Int. 1999 May; 83: 760-6

---

© 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 273 of 300 PageID #: 202712

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

50700    Dolan, L. M., Hosker, G. L., Mallett, V. T., Allen, R. E., Smith, A. R. Stress incontinence and pelvic floor neurophysiology 15 years after the first delivery. BJOG. 2003 Dec; 110: 1107-14

50530    Dolan, L. M., Smith, A. R., Hosker, G. L. Opening detrusor pressure and the influence of age on success following colposuspension. Neurourol Urodyn. 2004; 23: 10-5

43565    Dolman, M. Continence. Remedial action. Nurs Times. 1995 Jun 14-20; 91: 57-60

3397    Dolman, M. Midwives' recording of urinary output. Nurs Stand. 1992 Mar 25-31; 6: 25-27

43073    Dolman, M., Chase, J. Comparison between the Health Belief Model and Subjective Expected Utility Theory: predicting incontinence prevention behaviour in post- partum women. J Eval Clin Pract. 1996 Aug; 2: 217-22

11161    Domany, B., Bodis, J. Colposuspension and the possibility of recurrent cystocele. Am J Obstet Gynecol. 1997 Oct; 177: 982-3

10441    Domany, B., Bodis, J. Recent results of operations performed on patients with stress urinary incontinence in our department. Am J Obstet Gynecol. 2001 Jan; 184: 245

10117    Domany, B., Koppan, M., Bodis, J. Results with colposuspension by the Burch procedure in our practice. Am J Obstet Gynecol. 2002 May; 186: 1108; discussion 1108-9

59157    Domingo, S., Alama, P., Ruiz, N., Perales, A., Pellicer, A. Diagnosis, management and prognosis of vaginal erosion after transobturator suburethral tape procedure using a nonwoven thermally bonded polypropylene mesh. J Urol. 2005 May; 173: 1627-30

41265    Donaldson, S. K. Breakthroughs in scientific research: the discipline of nursing, 1960- 1999. Annu Rev Nurs Res. 2000; 18: 247-311

40146    Donato, D. M., Waller-Smith, S. The vaginal-psoas suspension repair of uterovaginal prolapse. J Am Coll Surg. 2002 Jul; 195: 51-4

41880    Donnahoo, K. K., Rink, R. C., Cain, M. P., Casale, A. J. The Young-Dees-Leadbetter bladder neck repair for neurogenic incontinence. J Urol. 1999 Jun; 161: 1946-9

12070    Donovan, J. M., Gleason, D. M. Identifying types of female incontinence with retrograde urethrocystography. Urology. 1990 May; 35: 458-63

43167    Dooneief, G., Marlink, R., Bell, K., Marder, K., Renjifo, B., Stern, Y., Mayeux, R. Neurologic consequences of HTLV-II infection in injection-drug users. Neurology. 1996 Jun; 46: 1556-60

59080    Dorairajan, L. N., Gupta, H., Kumar, S. Pelvic fracture-associated urethral injuries in girls: experience with primary repair. BJU Int. 2004 Jul; 94: 134-6

40785    Doran, C. M., Chiarelli, P., Cockburn, J. Economic costs of urinary incontinence in community-dwelling Australian women. Med J Aust. 2001 May 7; 174: 456-8

42362    Doren, M. Urogenital aging--creation of improved awareness. Am J Obstet Gynecol. 1998 May; 178: S254-6

43613    Dormal, P. A., Delberghe, X., Roeland, A. Infrarenal aortic aneurysm and spinal cord ischaemia. A new case and review of the literature. Acta Chir Belg. 1995 May-Jun; 95: 136-8

11730    Dorschner, W., Stolzenburg, J. U. A new theory of micturition and urinary continence based on histomorphological studies. 3. The two parts of the musculus sphincter urethrae: physiological importance for continence in rest and stress. Urol Int. 1994; 52: 185-8

10619    Dorschner, W., Stolzenburg, J. U., Griebenow, R., Halaska, M., Schubert, G., Murtz, G., Frank, M., Wieners, F. Efficacy and cardiac safety of propiverine in elderly patients - a double-blind, placebo-controlled clinical study. Eur Urol. 2000 Jun; 37: 702-8

11682    Dorsey, J. H., Cundiff, G. Laparoscopic procedures for incontinence and prolapse. Curr Opin Obstet Gynecol. 1994 Jun; 6: 223-30

11057    Dougherty, M. C. Current status of research on pelvic muscle strengthening techniques. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 75-83

## American Urological Association, Inc.

**SUI Guidelines Panel**

40433    Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Boyington, A. R., Tomlinson, B. U., Coward, R. T., Duncan, R. P., Vogel, B., Rooks, L. G. A randomized trial of behavioral management for continence with older rural women. Res Nurs Health. 2002 Feb; 25: 3-13

42125    Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Tomlinson, B. U., Boyington, A. R., Vogel, W. B., Duncan, R. P., Coward, R. T., Cox, C. L. Community-based nursing: continence care for older rural women. Nurs Outlook. 1998 Sep-Oct; 46: 233-44

11786    Dougherty, M., Bishop, K., Mooney, R., Gimotty, P., Williams, B. Graded pelvic muscle exercise. Effect on stress urinary incontinence. J Reprod Med. 1993 Sep; 38: 684-91

3280    Doughty, D. Role of the enterostomal therapy nurse in ostomy patient rehabilitation. Cancer. 1992 Sep 1; 70: 1390-1392

11327    Dovey, S., McNaughton, T., Tilyard, M., Gurr, E., Jolleys, J., Wilson, D. General practitioners' opinions of continence care training. N Z Med J. 1996 Sep 13; 109: 340-3

43486    Dowd, T. T., Campbell, J. M. Urinary incontinence in an acute care setting. Urol Nurs. 1995 Sep; 15: 82-5

43306    Dowd, T. T., Campbell, J. M., Jones, J. A. Fluid intake and urinary incontinence in older community-dwelling women. J Community Health Nurs. 1996; 13: 179-86

40199    Dowd, T., Kolcaba, K., Steiner, R. Correlations among measures of bladder function and comfort. J Nurs Meas. 2002 Spring-Summer; 10: 27-38

56950    Dowd, T., Kolcaba, K., Steiner, R. The addition of coaching to cognitive strategies: interventions for persons with compromised urinary bladder syndrome. J Wound Ostomy Continence Nurs. 2003 Mar; 30: 90-9

3609    Dowd, T.T. Discovering older women's experience of urinary incontinence. Res Nurs Health. 1991 Jun; 14: 179-186

10839    Dowell, C. J., Bryant, C. M., Moore, K. H., Simons, A. M. Calculating the direct costs of urinary incontinence: a new test instrument. BJU Int. 1999 Apr; 83: 596-606

42797    Dowse, J. Finding the flaw. Nurs Times. 1997 Apr 9-15; 93: 76

41311    Dowse, J., Fordham, S., Mackender, J. Back to basics continence. Nurs Times Nurs Homes. 1999 Nov-Dec; 1: 23-5, 27

3146    Doyle, M. Continence. Suffering in secret. Nurs Times. 1993 Jan 27-Feb 2; 89: 64-66

44884    Drachman, D. A., O'Donnell, B. F., Lew, R. A., Swearer, J. M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-6

3982    Drachman, D.A., ODonnell, B.F., Lew, R.A., and Swearer, J.M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-856

4053    Drago, J.R., Badalament, R.A., and Nesbitt, J.A. Radical prostatectomy 1972-1987 single institutional experience: comparison of standard radical prostatectomy and nerve-sparing technique. Urology. 1990 May; 35: 377-380

4016    Drago, J.R., Badalament, R.A., Nesbitt, J.A., and York, J.P. Radical nerve-sparing prostatectomy with epidural anaesthesia in 100 patients. Br J Urol. 1990 May; 65: 517-519

59238    Drake, M. J., Harvey, I. J., Gillespie, J. I., Van Duyl, W. A. Localized contractions in the normal human bladder and in urinary urgency. BJU Int. 2005 May; 95: 1002-5

11011    Drake, M. J., Nixon, P. M., Crew, J. P. Drug-induced bladder and urinary disorders. Incidence, prevention and management. Drug Saf. 1998 Jul; 19: 45-55

40616    Dreitlein, D. A., Suner, S., Basler, J. Genitourinary trauma. Emerg Med Clin North Am. 2001 Aug; 19: 569-90

10727    Drouin, J., Tessier, J., Bertrand, P. E., Schick, E. Burch colposuspension: long-term results and review of published reports. Urology. 1999 Nov; 54: 808-14

Case 2:12-md-02327 Document 8080-10 Filed 05/13/19 Page 175 of 300 PageID #: 202714

10978    Drutz, H. P., Alnaif, B. Surgical management of pelvic organ prolapse and stress urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 786-93

41653    Drutz, H. P., Appell, R. A., Gleason, D., Klimberg, I., Radomski, S. Clinical efficacy and safety of tolterodine compared to oxybutynin and placebo in patients with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 283-9

43230    DuBeau, C. Urinary incontinence: taking action against this 'silent epidemic'. Interview by Marc E. Weksler. Geriatrics. 1996 Apr; 51: 47-51

59284    DuBeau, C. E. Estrogen treatment for urinary incontinence: never, now, or in the future?. JAMA. 2005 Feb 23; 293: 998-1001

40204    DuBeau, C. E. The continuum of urinary incontinence in an aging population. Geriatrics. 2002 May; 57 Suppl 1: 12-7

59384    DuBeau, C. E., Khullar, V., Versi, E. 'Unblinding' in randomized controlled drug trials for urinary incontinence: Implications for assessing outcomes when adverse effects are evident. Neurourol Urodyn. 2005; 24: 13-20

41763    DuBeau, C. E., Kiely, D. K., Resnick, N. M. Quality of life impact of urge incontinence in older persons: a new measure and conceptual structure. J Am Geriatr Soc. 1999 Aug; 47: 989-94

42336    DuBeau, C. E., Levy, B., Mangione, C. M., Resnick, N. M. The impact of urge urinary incontinence on quality of life: importance of patients' perspective and explanatory style. J Am Geriatr Soc. 1998 Jun; 46: 683-92

11985    DuBeau, C. E., Resnick, N. M. Evaluation of the causes and severity of geriatric incontinence. A critical appraisal. Urol Clin North Am. 1991 May; 18: 243-56

3842    Du-Beau, C.E. Urodynamics [letter; comment]. J Am Geriatr Soc. 1991 Jan; 39: 105-107

56070    Dubernard, G., Rouzier, R., Haddad, B., Dubois, P., Paniel, B. J. Correction of uterine prolapse by the vaginal route using the uterosacral ligaments: Shirodkar procedure. Eur J Obstet Gynecol Reprod Biol. 2003 Aug 15; 109: 214-8

54740    Dubosq, F., Doublet, J. D., Traxer, O., Haab, F., Amarenco, G. Incontinence from ectopic ureter: retroperitoneal laparoscopic urovascular exclusion of upper pole. J Urol. 2004 Feb; 171: 800-1

59188    Dubravica, M., Demarin, V. Electromyographic study of the anal sphincter in women. Coll Antropol. 2004 Dec; 28: 769-74

10998    Duckett, J. R. Impact of surgery for stress incontinence on morbidity. Colposuspension has highest cure rates. BMJ. 1998 Jul 11; 317: 144

11046    Duckett, J. R. The use of periurethral injectables in the treatment of genuine stress incontinence. Br J Obstet Gynaecol. 1998 Apr; 105: 390-6

43047    Duckett, J. R. Women with urinary incontinence should be referred to a specialist. BMJ. 1996 Sep 21; 313: 754

10561    Duckett, J. R., Connell, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Aug; 107: 1060

10633    Duckett, J. R., Constantine, G. Complications of silicone sling insertion for stress urinary incontinence. J Urol. 2000 Jun; 163: 1835-7

42183    Duckett, J. R., Hall, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1998 Aug; 105: 931

59201    Duckett, J. R., Jain, S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int. 2005 Jan; 95: 95-7

10430    Duckett, J., Connell, R. Guidelines in gynaecology: in menorrhagia and in urinary incontinence. BJOG. 2001 Jan; 108: 129-30

55480    Duel, B. P., Steinberg-Epstein, R., Hill, M., Lerner, M. A survey of voiding dysfunction in children with attention deficit-hyperactivity disorder. J Urol. 2003 Oct; 170: 1521-3; discussion 1523-4

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

59328   Duffau, H., Capelle, L. Incontinence after brain glioma surgery: new insights into the cortical control of micturition and continence. Case report. J Neurosurg. 2005 Jan; 102: 148-51

3356   Duffy, L.M. Continence management for the frail elderly and cognitively impaired. Urol Nurs. 1992 Jun; 12: 66-68

4088   Duffy, L.M. Helping caregivers cope: managing urinary incontinence associated with Alzheimer's disease. J Enterostomal Ther. 1990 Mar-Apr; 17: 87-93

41396   Dugan, E., Cohen, S. J., Bland, D. R., Preisser, J. S., Davis, C. C., Suggs, P. K., McGann, P. The association of depressive symptoms and urinary incontinence among older adults. J Am Geriatr Soc. 2000 Apr; 48: 413-6

42360   Dugan, E., Cohen, S. J., Robinson, D., Anderson, R., Preisser, J., Suggs, P., Pearce, K., Poehling, U., McGann, P. The quality of life of older adults with urinary incontinence: determining generic and condition-specific predictors. Qual Life Res. 1998 May; 7: 337-44

40833   Dugan, E., Roberts, C. P., Cohen, S. J., Preisser, J. S., Davis, C. C., Bland, D. R., Albertson, E. Why older community-dwelling adults do not discuss urinary incontinence with their primary care physicians. J Am Geriatr Soc. 2001 Apr; 49: 462-5

11026   Duggan, P. M., Arnold, E. P. Assessment and management of female urinary incontinence--a survey of current practice. Aust N Z J Obstet Gynaecol. 1998 May; 38: 234-6

51330   Duggan, P. M., Wilson, P. D., Norton, P., Brown, A. D., Drutz, H. P., Herbison, P. Utilization of preoperative urodynamic investigations by gynecologists who frequently operate for female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 282-7; discussion 286-7

40782   Duker, P. C., Averink, M., Melein, L. Response restriction as a method to establish diurnal bladder control. Am J Ment Retard. 2001 May; 106: 209-15

3406   Duker, P.C., Dekkers, M. Development of diurnal bladder control in severely and profoundly mentally handicapped residents. J Intellect Disabil Res. 1992 Apr; 36: 177-181

42954   Duldulao, K. E., Diokno, A. C., Mitchell, B. Value of urinary cytology in women presenting with urge incontinence and/or irritative voiding symptoms. J Urol. 1997 Jan; 157: 113-6

51060   Dumoulin, C., Bourbonnais, D., Lemieux, M. C. Development of a dynamometer for measuring the isometric force of the pelvic floor musculature. Neurourol Urodyn. 2003; 22: 648-53

11493   Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 1: Comparison of two surface electrode placements during stimulation of the pelvic-floor musculature in women who are continent using bipolar interferential currents. Phys Ther. 1995 Dec; 75: 1067-74

11492   Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 2: Pelvic-floor reeducation with interferential currents and exercise in the treatment of genuine stress incontinence in postpartum women--a cohort study. Phys Ther. 1995 Dec; 75: 1075-81

41976   Duncan, H. J., McInerney, P. D., Mundy, A. R. Late erosion. A new complication of artificial urinary sphincters. Br J Urol. 1993 Nov; 72: 597-8

11919   Duncan, H. J., Nurse, D. E., Mundy, A. R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-3

3470   Duncan, H.J., Nurse, D.E., and Mundy, A.R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-143

10028   Dundar, M., Kocak, I., Erkus, M., Celasun, B. Changes in urethral connective tissue after estrogen replacement therapy in ovariectomized rats. Scand J Urol Nephrol. 2002; 36: 173-6

11346   Dupont, M. C., Albo, M. E., Raz, S. Diagnosis of stress urinary incontinence. An overview. Urol Clin North Am. 1996 Aug; 23: 407-15

3522   Durrani, A.F., Rosenbaum, T.P., Shaw, P.J., Singh, S.K., and Worth, P.H. Does the Kaufman prosthesis still have a place? Review of thirteen years' experience. Urology. 1991 Oct; 38: 328-331

42003   Duru, S., Ceylan, S., Ceylan, S. Optic chiasm diastasis in a pituitary tumor. Case illustration. J Neurosurg. 1999 Feb; 90: 363

---

  © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.  

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**40568**    Dwyer, P. L. Female pelvic floor dysfunction and estrogen therapy. Climacteric. 2001 Sep; 4: 179-80

**10847**    Dwyer, P. L., Carey, M. P., Rosamilia, A. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 15-21

**11716**    Dwyer, P. L., Desmedt, E. Impaired bladder emptying in women. Aust N Z J Obstet Gynaecol. 1994 Feb; 34: 73-8

**12053**    Dwyer, P. L., Glenning, P. P. Anatomy and neurology of the lower urinary tract. Curr Opin Obstet Gynecol. 1990 Aug; 2: 573-9

**11926**    Dwyer, P. L., Teele, J. S. Prazosin: a neglected cause of genuine stress incontinence. Obstet Gynecol. 1992 Jan; 79: 117-21

**44703**    Dykes, E. H., Duffy, P. G., Ransley, P. G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-8

**3666**    Dykes, E.H., Duffy, P.G., and Ransley, P.G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-538

**43195**    Eason, E. L., Feldman, P. Contact dermatitis associated with the use of Always sanitary napkins. CMAJ. 1996 Apr 15; 154: 1173-6

**40832**    Easton, B. T. Is hormone replacement therapy (estrogen plus progestin) effective for the treatment of urinary incontinence in postmenopausal women?. J Fam Pract. 2001 May; 50: 470

**40182**    Eastwood, S., Kralik, D., Koch, T. Compromising and containing: self-management strategies used by men and women who live with multiple sclerosis and urinary incontinence. Aust J Holist Nurs. 2002 Apr; 9: 33-43

**44110**    Eberle, C. M., Winsemius, D., Garibaldi, R. A. Risk factors and consequences of bacteriuria in non-catheterized nursing home residents. J Gerontol. 1993 Nov; 48: M266-71

**42353**    Ebersole, P. R. Unmentionables. Geriatr Nurs. 1998 Mar-Apr; 19: 62-3

**3680**    Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., and Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

**44738**    Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

**10129**    Echols, K. T., Chesson, R. R., Breaux, E. F., Shobeiri, S. A. Persistence of delayed hypersensitivity following transurethral collagen injection for recurrent urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 52-4

**54390**    Ecker, J. L. Once a pregnancy, always a cesarean? Rationale and feasibility of a randomized controlled trial. Am J Obstet Gynecol. 2004 Feb; 190: 314-8

**43820**    Eckford, S. B., Kohler-Ockmore, J., Feneley, R. C. Long-term follow-up of transvaginal urethral closure and suprapubic cystostomy for urinary incontinence in women with multiple sclerosis. Br J Urol. 1994 Sep; 74: 319-21

**11939**    Eckford, S. D., Abrams, P. Para-urethral collagen implantation for female stress incontinence. Br J Urol. 1991 Dec; 68: 586-9

**11407**    Eckford, S. D., Finney, R., Jackson, S. R., Abrams, P. Detection of urinary incontinence during ambulatory monitoring of bladder function by a temperature-sensitive device. Br J Urol. 1996 Feb; 77: 194-7

**11388**    Eckford, S. D., Jackson, S. R., Lewis, P. A., Abrams, P. The continence control pad--a new external urethral occlusion device in the management of stress incontinence. Br J Urol. 1996 Apr; 77: 538-40

**44280**    Eckford, S. D., Keane, D. P. Management of detrusor instability. Br J Hosp Med. 1993 Feb 17-Mar 2; 49: 282-5

**40951**    Edlund, C., Hellstrom, M., Peeker, R., Fall, M. First Scandinavian experience of electrical sacral nerve stimulation in the treatment of the overactive bladder. Scand J Urol Nephrol. 2000 Dec; 34: 366-76

**40986**    Edlund, C., Peeker, R., Fall, M. Lidocaine cystometry in the diagnosis of bladder overactivity. Neurourol Urodyn. 2001; 20: 147-55

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

| | |
|---|---|
| 40492 | Edwards, N. I., Jones, D. The prevalence of faecal incontinence in older people living at home. Age Ageing. 2001 Nov; 30: 503-7 |
| 42101 | Egon, G., Barat, M., Colombel, P., Visentin, C., Isambert, J. L., Guerin, J. Implantation of anterior sacral root stimulators combined with posterior sacral rhizotomy in spinal injury patients. World J Urol. 1998; 16: 342-9 |
| 44340 | Egon, G., Colombel, P., Isambert, J. L., Guerin, J., Barat, M. Evolution of bladder contraction in course of time after implantation of a sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 509-12 |
| 54630 | Eguare, E. I., Neary, P., Crosbie, J., Johnston, S. M., Beddy, P., McGovern, B., Torreggiani, W. C., Conlon, K. C., Keane, F. B. Dynamic magnetic resonance imaging of the pelvic floor in patients with idiopathic combined fecal and urinary incontinence. J Gastrointest Surg. 2004 Jan; 8: 73-82; discussion 82 |
| 43912 | Ehren, I., Alm, P., Kinn, A. C. Renal and bladder functions in patients after spinal cord injuries. Scand J Urol Nephrol. 1994 Jun; 28: 127-33 |
| 10927 | Ehren, I., Lundberg, J. O., Adolfsson, J., Wiklund, N. P. Effects of L-arginine treatment on symptoms and bladder nitric oxide levels in patients with interstitial cystitis. Urology. 1998; 52: 1026-9 |
| 3000 | Ehrlich, R.M., Gershman, A. Laparoscopic seromyotomy (auto-augmentation) for non-neurogenic neurogenic bladder in a child: initial case report. Urology. 1993 Aug; 42: 175-178 |
| 40532 | Eiberg, H., Shaumburg, H. L., Von Gontard, A., Rittig, S. Linkage study of a large Danish 4-generation family with urge incontinence and nocturnal enuresis. J Urol. 2001 Dec; 166: 2401-3 |
| 44918 | Eigner, E. B., Freiha, F. S. The fate of the remaining bladder following supravesical diversion. J Urol. 1990 Jul; 144: 31-3 |
| 3602 | Eisch, J.S., Colling, J., Ouslander, J., Hadley, B.J., and Campbell, E. Issues in implementing clinical research in nursing home settings. J N Y State Nurses Assoc. 1991 Sep; 22: 18-22 |
| 10860 | Eisenberger, C. F., Schoenberg, M., Fitter, D., Marshall, F. F. Orthotopic ileocolic neobladder reconstruction following radical cystectomy: history, technique and results of the Johns Hopkins experience, 1986-1998. Urol Clin North Am. 1999 Feb; 26: 149-56, ix |
| 43919 | Eisenstein, S. M., Engelbrecht, D. J., el Masry, W. S. Low back pain and urinary incontinence. A hypothetical relationship. Spine. 1994 May 15; 19: 1148-52 |
| 44124 | Eisman, E., Tries, J. A new probe for measuring electromyographic activity from multiple sites in the anal canal. Dis Colon Rectum. 1993 Oct; 36: 946-52 |
| 40381 | Eke, N. Urological complications of coitus. BJU Int. 2002 Feb; 89: 273-7 |
| 3053 | Ekelund, P., Grimby, A., and Milsom, I. Urinary incontinence. Social and financial costs high [letter]. Bmj. 1993 May 15; 306: 1344 |
| 44227 | Ekelund, P., Grimby, A., Milsom, I. Urinary incontinence. Social and financial costs high. BMJ. 1993 May 15; 306: 1344 |
| 11773 | Ekstrom, J., Iosif, C. S., Malmberg, L. Effects of long-term treatment with estrogen and progesterone on in vitro muscle responses of the female rabbit urinary bladder and urethra to autonomic drugs and nerve stimulation. J Urol. 1993 Oct; 150: 1284-8 |
| 43207 | el Ghoneimi, A., Miranda, J., Truong, T., Monfort, G. Ectopic ureter with complete ureteric duplication: conservative surgical management. J Pediatr Surg. 1996 Apr; 31: 467-72 |
| 11329 | el Hemaly, A. K., Mousa, L. A. Stress urinary incontinence, a new concept. Eur J Obstet Gynecol Reprod Biol. 1996 Sep; 68: 129-35 |
| 42234 | Elabbady, A. A., Elabbasy, W. I., Arafa, A. F., Atta, M. A., Abdel-Rahman, M. A simple technique for urinary diversion: the dismembered detubularized rectosigmoid bladder with distal colorectostomy. J Urol. 1998 Sep; 160: 714-7 |
| 10011 | Elard, S., Cicco, A., Salomon, L., You, K., de La Taille, A., Vordos, D., Hoznek, A., Chopin, D., Abbou, C. C. Embolization for arterial injury incurred during tension-free vaginal tape procedure. J Urol. 2002 Oct; 168: 1503 |

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**43516** Elbadawi, A. Pathology and pathophysiology of detrusor in incontinence. Urol Clin North Am. 1995 Aug; 22: 499-512

**42160** Elbadawi, A., Diokno, A. C., Millard, R. J. The aging bladder: morphology and urodynamics. World J Urol. 1998; 16 Suppl 1: S10-34

**42791** Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VI. Validation and update of diagnostic criteria in 71 detrusor biopsies. J Urol. 1997 May; 157: 1802-13

**42790** Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VII. Prospective ultrastructural/urodynamic evaluation of its natural evolution. J Urol. 1997 May; 157: 1814-22

**31797** Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. II. Aging detrusor: normal versus impaired contractility. J Urol. 1993 Nov; 150: 1657-67

**44096** Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. III. Detrusor overactivity. J Urol. 1993 Nov; 150: 1668-80

**40851** Eldar, R., Ring, H., Tshuwa, M., Dynia, A., Ronen, R. Quality of care for urinary incontinence in a rehabilitation setting for patients with stroke. Simultaneous monitoring of process and outcome. Int J Qual Health Care. 2001 Feb; 13: 57-61

**43538** Elder, J. S. Autoaugmentation gastrocystoplasty: early clinical results. J Urol. 1995 Jul; 154: 322-3

**42688** Elder, J. S. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. J Urol. 1997 Oct; 158: 1642

**3986** Elder, J.S. Periurethral and puboprostatic sling repair for incontinence in patients with myelodysplasia. J Urol. 1990 Aug; 144: 434-7;discussion443-4

**42965** Elgamasy, A. N., Lewis, V., Hassouna, M. E., Ghoniem, G. M. Effect of transvaginal stimulation in the treatment of detrusor instability. Urol Nurs. 1996 Dec; 16: 127-30

**11801** Elia, G., Bergman, A. Estrogen effects on the urethra: beneficial effects in women with genuine stress incontinence. Obstet Gynecol Surv. 1993 Jul; 48: 509-17

**11556** Elia, G., Bergman, A. Genuine stress urinary incontinence with low urethral pressure. Five- year follow-up after the Ball-Burch procedure. J Reprod Med. 1995 Jul; 40: 503-6

**11828** Elia, G., Bergman, A. Pelvic muscle exercises: when do they work?. Obstet Gynecol. 1993 Feb; 81: 283-6

**11422** Elia, G., Bergman, A. Periurethral collagen implant: ultrasound assessment and prediction of outcome. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 335-8

**40141** Elia, G., Bergman, J., Dye, T. D. Familial incidence of urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 53-5

**40440** Elia, G., Dye, T. D., Scariati, P. D. Body mass index and urinary symptoms in women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 366-9

**41917** Elia, G., Stewart, S., Makhuli, Z. N., Krenzer, B. E., Mathur, S., Simon, H. M., Mehdi, S. Metastatic breast cancer diagnosed during a work-up for urinary incontinence: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 39-42

**10060** Eliasson, K., Larsson, T., Mattsson, E. Prevalence of stress incontinence in nulliparous elite trampolinists. Scand J Med Sci Sports. 2002 Apr; 12: 106-10

**59112** Eliasson, K., Nordlander, I., Mattsson, E., Larson, B., Hammarstrom, M. Prevalence of urinary leakage in nulliparous women with respect to physical activity and micturition habits. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 149-53

**11087** Elkabir, J. J., Mee, A. D. Long-term evaluation of the Gittes procedure for urinary stress incontinence. J Urol. 1998 Apr; 159: 1203-5

**50480** Elkadry, E. A., Kenton, K. S., FitzGerald, M. P., Shott, S., Brubaker, L. Patient-selected goals: a new perspective on surgical outcome. Am J Obstet Gynecol. 2003 Dec; 189: 1551-7; discussion 1557-8

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

59300    Elkelini, M., Hassouna, M. M. Canadian experience in sacral neuromodulation. Urol Clin North Am. 2005 Feb; 32: 41-9

43947    Elkins, T. E. Surgery for the obstetric vesicovaginal fistula: a review of 100 operations in 82 patients. Am J Obstet Gynecol. 1994 Apr; 170: 1108-18; discussion 1118-20

31955    Elkins, T. E., Ghosh, T. S., Tagoe, G. A., Stocker, R. Transvaginal mobilization and utilization of the anterior bladder wall to repair vesicovaginal fistulas involving the urethra. Obstet Gynecol. 1992 Mar; 79: 455-60

40861    El-Lamie, I. K. Preliminary experience with Mainz type II pouch in gynecologic oncology patients. Eur J Gynaecol Oncol. 2001; 22: 77-80

54320    el-Lateef Moharram, A. A., el-Raouf, M. A. Retropubic repair of genitourinary fistula using a free supporting graft. BJU Int. 2004 Mar; 93: 581-3

40483    Ellerkmann, R. M., Cundiff, G. W., Melick, C. F., Nihira, M. A., Leffler, K., Bent, A. E. Correlation of symptoms with location and severity of pelvic organ prolapse. Am J Obstet Gynecol. 2001 Dec; 185: 1332-7; discussion 1337-8

51950    Ellerkmann, R. M., Dunn, J. S., McBride, A. W., Kummer, L. G., Melick, C. F., Bent, A. E., Blomquist, J. L. A comparison of anticipated pain before and pain rating after the procedure in patients who undergo cystourethroscopy. Am J Obstet Gynecol. 2003 Jul; 189: 66-9

59134    Ellerkmann, R. M., McBride, A. W., Dunn, J. S., Bent, A. E., Blomquist, J. L., Kummer, L. G., Melick, C. F. A comparison of anticipatory and postprocedure pain perception in patients who undergo urodynamic procedures. Am J Obstet Gynecol. 2004 Apr; 190: 1034-8

42467    Elliott, D. S., Barrett, D. M. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159: 1206-8

42039    Elliott, D. S., Barrett, D. M. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 409-15

10518    Elliott, D. S., Boone, T. B. Is fascia lata allograft material trustworthy for pubovaginal sling repair?. Urology. 2000 Nov 1; 56: 772-6

10656    Elliott, D. S., Boone, T. B. Urethral devices for managing stress urinary incontinence. J Endourol. 2000 Feb; 14: 79-83

10392    Elliott, D. S., Lightner, D. J., Blute, M. L. Medical management of overactive bladder. Mayo Clin Proc. 2001 Apr; 76: 353-5

43223    Ellsworth, P. I., Webb, H. W., Crump, J. M., Barraza, M. A., Stevens, P. S., Mesrobian, H. G. The Malone antegrade colonic enema enhances the quality of life in children undergoing urological incontinence procedures. J Urol. 1996 Apr; 155: 1416-8

11790    Elser, D. M., Fantl, J. A. Pelvic relaxation of the anterior compartment. Curr Opin Obstet Gynecol. 1993 Aug; 5: 446-51

43738    Elser, D. M., Fantl, J. A., McClish, D. K. Comparison of 'subjective' and 'objective' measures of severity of urinary incontinence in women. Program for Women Research Group. Neurourol Urodyn. 1995; 14: 311-6

10701    Elser, D. M., London, W., Fantl, J. A., McBride, M. A., Beck, R. P. A comparison of urethral profilometry using microtip and fiberoptic catheters. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 371-4

10767    Elser, D. M., Wyman, J. F., McClish, D. K., Robinson, D., Fantl, J. A., Bump, R. C. The effect of bladder training, pelvic floor muscle training, or combination training on urodynamic parameters in women with urinary incontinence. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 427-36

11023    Elsergany, R., Elgamasy, A. N., Ghoniem, G. M. Transurethral collagen injection for female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 13-8

10269    el-Toukhy, T. A., Davies, A. E. The efficacy of laparoscopic mesh colposuspension: results of a prospective controlled study. BJU Int. 2001 Sep; 88: 361-6

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

59085    El-Toukhy, T. A., Hefni, M., Davies, A., Mahadevan, S. The effect of different types of hysterectomy on urinary and sexual functions: a prospective study. J Obstet Gynaecol. 2004 Jun; 24: 420-5

10741    El-Toukhy, T. A., Tolba, M. A., Davies, A. E. Assessment of a new bone anchor system for the treatment of female genuine stress incontinence. BJU Int. 1999 Nov; 84: 780-4

40910    Emiroglu, R., Karakayall, H., Sevmis, S., Akkoc, H., Bilgin, N., Haberal, M. Urologic complications in 1275 consecutive renal transplantations. Transplant Proc. 2001 Feb-Mar; 33: 2016-7

40064    Endo, J. O., Chen, S., Potter, J. F., Ranno, A. E., Asadullah, S., Lahiri, P. Vitamin B(12) deficiency and incontinence: is there an association?. J Gerontol A Biol Sci Med Sci. 2002 Sep; 57: M583-7

56000    Engberg, S. J., Bender, M. A., Stilley, C. S. Kegels and communication. Am J Nurs. 2003 Jul; 103: 93-4

43504    Engberg, S. J., McDowell, B. J., Burgio, K. L., Watson, J. E., Belle, S. Self-care behaviors of older women with urinary incontinence. J Gerontol Nurs. 1995 Aug; 21: 7-14

42521    Engberg, S., McDowell, B. J., Donovan, N., Brodak, I., Weber, E. Treatment of urinary incontinence in homebound older adults: interface between research and practice. Ostomy Wound Manage. 1997 Nov-Dec; 43: 18-22, 24-6

42526    Engberg, S., McDowell, B. J., Weber, E., Brodak, I., Donovan, N., Engberg, R. Assessment and management of urinary incontinence among homebound older adults: a clinical trial protocol. Adv Pract Nurs Q. 1997 Fall; 3: 48-56

40604    Engberg, S., Sereika, S., Weber, E., Engberg, R., McDowell, B. J., Reynolds, C. F. Prevalence and recognition of depressive symptoms among homebound older adults with urinary incontinence. J Geriatr Psychiatry Neurol. 2001 Fall; 14: 130-9

45027    Engel, B. T., Burgio, L. D., McCormick, K. A., Hawkins, A. M., Scheve, A. A., Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-3

4138    Engel, B.T., Burgio, L.D., McCormick, K.A., Hawkins, A.M., Scheve, A.A., and Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-363

40671    English, B. A., Still, D. J., Harper, J., Saklad, S. R. Failure of tolterodine to treat clozapine-induced nocturnal enuresis. Ann Pharmacother. 2001 Jul-Aug; 35: 867-9

10891    English, S. F., Amundsen, C. L., McGuire, E. J. Bladder neck competency at rest in women with incontinence. J Urol. 1999 Feb; 161: 578-80

11101    English, S. F., Pisters, L. L., McGuire, E. J. The use of the appendix as a continent catheterizable stoma. J Urol. 1998 Mar; 159: 747-9

43421    Enzelsberger, H., Helmer, H., Kurz, C. Intravesical instillation of oxybutynin in women with idiopathic detrusor instability: a randomised trial. Br J Obstet Gynaecol. 1995 Nov; 102: 929-30

11348    Enzelsberger, H., Helmer, H., Schatten, C. Comparison of Burch and lyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol. 1996 Aug; 88: 251-6

4037    Enzelsberger, H., Schatten, C., Kurz, C., and Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-54

12099    Enzelsberger, H., Schatten, C., Kurz, C., Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-4

10705    Enzler, M., Agins, H. J., Kogan, M., Kudurna, J., Sand, P., Wurtz, R., Culligan, P. Osteomyelitis of the pubis following suspension of the neck of the bladder with use of bone anchors. A report of four cases. J Bone Joint Surg Am. 1999 Dec; 81: 1736-40

3870    Epstein, S., Jenike, M.A. Disabling urinary obsessions: an uncommon variant of obsessive-compulsive disorder. Psychosomatics. 1990 Fall; 31: 450-452

53750    Erata, Y. E., Kilic, B., Guclu, S., Saygili, U., Uslu, T. Risk factors for pelvic surgery. Arch Gynecol Obstet. 2002 Nov; 267: 14-8

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

41831    Erdogru, T., Kocak, T., Serdaroglu, P., Kadioglu, A., Tellaloglu, S. Evaluation and therapeutic approaches of voiding and erectile dysfunction in neurological Behcet's syndrome. J Urol. 1999 Jul; 162: 147-53

55490    Erickson, B. A., Austin, J. C., Cooper, C. S., Boyt, M. A. Polyethylene glycol 3350 for constipation in children with dysfunctional elimination. J Urol. 2003 Oct; 170: 1518-20

10379    Erickson, D. R. Female stress incontinence. J Urol. 2001 May; 165: 1612-3

11591    Erickson, D. R. Glomerulations in women with urethral sphincter deficiency: report of 2 cases. J Urol. 1995 Mar; 153: 728-9

11308    Erickson, D. R., Olt, G. J. Urethral obstruction after anterior colporrhaphy: correction by simple vaginoplasty. Urology. 1996 Nov; 48: 805-8

12100    Eriksen, B. C., Hagen, B., Eik-Nes, S. H., Molne, K., Mjolnerod, O. K., Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

12110    Eriksen, B. C., Sandvik, H., Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-9

3874    Eriksen, B.C. Electrostimulation of the pelvic floor in female urinary incontinence. Acta Obstet Gynecol Scand. 1990; 69: 359-360

4038    Eriksen, B.C., Hagen, B., Eik-Nes, S.H., Molne, K., Mjolnerod, O.K., and Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

3820    Eriksen, B.C., Sandvik, H., and Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-519

59336    Ermer-Seltun, J. Good counsel on continence. Ostomy Wound Manage. 2004 Dec; 50: 20-3

11743    Erol, A., Sargin, S. Y., Dalva, I., Gunes, Z. E., Akbay, E., Yazicioglu, A. H. Endoscopic transvaginal bladder neck suspension for stress urinary incontinence. Int Urol Nephrol. 1994; 26: 513-8

11457    Errando, C., Batista, J. E., Arano, P. Polytetrafluoroethylene sling for failure in female stress incontinence surgery. World J Urol. 1996; 14 Suppl 1: S48-50

56700    Ertberg, P., Moller, L. A., Lose, G. A comparison of three methods to evaluate maximum bladder capacity: cystometry, uroflowmetry and a 24-h voiding diary in women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Apr; 82: 374-7

59028    Ertunc, D., Tok, E. C., Pata, O., Dilek, U., Ozdemir, G., Dilek, S. Is stress urinary incontinence a familial condition?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 912-6

12012    Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y. C., Kaneko, S., Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-41

3645    Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y.C., Kaneko, S., and Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-141

11105    Escamilla, J. O. Uterine suspension. Am J Obstet Gynecol. 1998 Jan; 178: 194-5

50560    Espino, D. V., Palmer, R. F., Miles, T. P., Mouton, C. P., Lichtenstein, M. J., Markides, K. P. Prevalence and severity of urinary incontinence in elderly Mexican-American women. J Am Geriatr Soc. 2003 Nov; 51: 1580-6

41690    Eterovic, D., Strinic, T., Dujic, Z., Boban, M. Blood gases and sex hormones in women with and without genital descensus. Respiration. 1999; 66: 400-6

40013    Etus, V., Akansel, G., Ilbay, K., Koc, K., Ceylan, S. Multiple sclerosis and coexisting intradural extramedullary spinal cord tumour: a case report. Neurol Sci. 2002 Sep; 23: 119-22

56830    Eva, U. F., Gun, W., Preben, K. Prevalence of urinary and fecal incontinence and symptoms of genital prolapse in women. Acta Obstet Gynecol Scand. 2003 Mar; 82: 280-6

59242    Evans, D. Discreet products for children and teenagers with continence problems. Nurs Times. 2005 Mar 22-28; 101: 50-2

---

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

3685 Evans, J.W., Christmas, T.J. Detrusor instability following colchicine therapy. Br J Urol. 1991 May; 67: 552-554

40278 Evans, R. W., Nasir, N., Jr Case report: Dr. Lecter's convulsive syncope. MedGenMed. 2001 Oct 1; 3: 7

42857 Evenhuis, H. M. Medical aspects of ageing in a population with intellectual disability: III. Mobility, internal conditions and cancer. J Intellect Disabil Res. 1997 Feb; 41 ( Pt 1): 8-18

10542 Everaert, K., De Ridder, D., Baert, L., Oosterlinck, W., Wyndaele, J. J. Patient satisfaction and complications following sacral nerve stimulation for urinary retention, urge incontinence and perineal pain: a multicenter evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 231-5; discussion 236

41180 Everaert, K., Van Laecke, E., De Muynck, M., Peeters, H., Hoebeke, P. Urodynamic assessment of voiding dysfunction and dysfunctional voiding in girls and women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 254-64

11562 Everaert, K., Van Laecke, E., De Sy, W. A. Colpopromontoriopexy. Acta Urol Belg. 1995 May; 63: 47-50

30500 Ewies, A. A., Olah, K. S. Subtotal abdominal hysterectomy: a surgical advance or a backward step?. BJOG. 2000 Nov; 107: 1376-9

42882 Eyett-Burton, C. Urinary incontinence in cats. Vet Rec. 1997 Jan 25; 140: 104

44875 Eyman, R. K., Grossman, H. J., Chaney, R. H., Call, T. L. The life expectancy of profoundly handicapped people with mental retardation. N Engl J Med. 1990 Aug 30; 323: 584-9

3972 Eyman, R.K., Grossman, H.J., Chaney, R.H., and Call, T.L. The life expectancy of profoundly handicapped people with mental retardation [see comments]. N Engl J Med. 1990 Aug 30; 323: 584-589

50750 Ezzat, I. M. Sling operations in the treatment of stress urinary incontinence: how to adjust sling tension. J Obstet Gynaecol Res. 2003 Dec; 29: 374-9

3783 Ezzat, M.I. Abdomino-perineal approach for management of traumatic strictured posterior urethra. Int Urol Nephrol. 1990; 22: 447-453

43938 Fader, M. Continence. From wheelchairs to toilet. Nurs Times. 1994 Apr 13-19; 90: 76-80

55950 Fader, M. Review of current technologies for urinary incontinence: strengths and limitations. Proc Inst Mech Eng [H]. 2003; 217: 233-41

56730 Fader, M., Clarke-O'Neill, S., Cook, D., Dean, G., Brooks, R., Cottenden, A., Malone-Lee, J. Management of night-time urinary incontinence in residential settings for older people: an investigation into the effects of different pad changing regimes on skin health. J Clin Nurs. 2003 May; 12: 374-86

11420 Faerber, G. J. Endoscopic collagen injection therapy in elderly women with type I stress urinary incontinence. J Urol. 1996 Feb; 155: 512-4

10894 Faerber, G. J. Urethral diverticulectomy and pubovaginal sling for simultaneous treatment of urethral diverticulum and intrinsic sphincter deficiency. Tech Urol. 1998 Dec; 4: 192-7

42131 Faerber, G. J., Belville, W. D., Ohl, D. A., Plata, A. Comparison of transurethral versus periurethral collagen injection in women with intrinsic sphincter deficiency. Tech Urol. 1998 Sep; 4: 124-7

11052 Faerber, G. J., Vashi, A. R. Variations in Valsalva leak point pressure with increasing vesical volume. J Urol. 1998 Jun; 159: 1909-11

44429 Fainsinger, R. L., MacEachern, T., Hanson, J., Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-8

3274 Fainsinger, R.L., MacEachern, T., Hanson, J., and Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-338

42833 Fakhoury, W. K., McCarthy, M., Addington-Hall, J. The effects of the clinical characteristics of dying cancer patients on informal caregivers' satisfaction with palliative care. Palliat Med. 1997 Mar; 11: 107-15

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**11097**    Falconer, C., Blomgren, B., Johansson, O., Ulmsten, U., Malmstrom, A., Westergren-Thorsson, G., Ekman-Ordeberg, G. Different organization of collagen fibrils in stress-incontinent women of fertile age. Acta Obstet Gynecol Scand. 1998 Jan; 77: 87-94

**11645**    Falconer, C., Ekman, G., Malmstrom, A., Ulmsten, U. Decreased collagen synthesis in stress-incontinent women. Obstet Gynecol. 1994 Oct; 84: 583-6

**11096**    Falconer, C., Ekman-Ordeberg, G., Blomgren, B., Johansson, O., Ulmsten, U., Westergren-Thorsson, G., Malmstrom, A. Paraurethral connective tissue in stress-incontinent women after menopause. Acta Obstet Gynecol Scand. 1998 Jan; 77: 95-100

**11227**    Falconer, C., Ekman-Ordeberg, G., Hilliges, M., Johansson, O. Decreased innervation of the paraurethral epithelium in stress urinary incontinent women. Eur J Obstet Gynecol Reprod Biol. 1997 Apr; 72: 195-8

**11437**    Falconer, C., Ekman-Ordeberg, G., Malmstrom, A., Ulmsten, U. Clinical outcome and changes in connective tissue metabolism after intravaginal slingplasty in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 133-7

**11625**    Falconer, C., Larsson, B. New and simplified vaginal approach for correction of urinary stress incontinence in women. Neurourol Urodyn. 1995; 14: 365-70

**10327**    Falconer, C., Soderberg, M., Blomgren, B., Ulmsten, U. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S19-23

**10974**    Fall, M. Advantages and pitfalls of functional electrical stimulation. Acta Obstet Gynecol Scand Suppl. 1998; 168: 16-21

**43673**    Fall, M. Vaginal wall bipedicled flap and other techniques in complicated urethral diverticulum and urethrovaginal fistula. J Am Coll Surg. 1995 Feb; 180: 150-6

**43348**    Fall, M., Geirsson, G. Positive ice-water test: a predictor of neurological disease?. World J Urol. 1996; 14 Suppl 1: S51-4

**3735**    Fall, M., Lindstrom, S. Electrical stimulation. A physiologic approach to the treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 393-407

**3357**    Faller, N., Jeter, K.F. The ABCs of product selection. Urol Nurs. 1992 Jun; 12: 52-54

**43705**    Fang, T. C., Chen, K. W., Wu, M. H., Sung, J. M., Huang, J. J. Coumaphos intoxications mimic food poisoning. J Toxicol Clin Toxicol. 1995; 33: 699-703

**42482**    Fantl, J. A. Behavioral intervention for community-dwelling individuals with urinary incontinence. Urology. 1998 Feb; 51: 30-4

**43935**    Fantl, J. A. The lower urinary tract in women--effect of aging and menopause on continence. Exp Gerontol. 1994 May-Aug; 29: 417-22

**11311**    Fantl, J. A., Bump, R. C., Robinson, D., McClish, D. K., Wyman, J. F. Efficacy of estrogen supplementation in the treatment of urinary incontinence. The Continence Program for Women Research Group. Obstet Gynecol. 1996 Nov; 88: 745-9

**11721**    Fantl, J. A., Cardozo, L., McClish, D. K. Estrogen therapy in the management of urinary incontinence in postmenopausal women: a meta-analysis. First report of the Hormones and Urogenital Therapy Committee. Obstet Gynecol. 1994 Jan; 83: 12-8

**45022**    Fantl, J. A., Wyman, J. F., Harkins, S. W., Hadley, E. C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-32

**44981**    Fantl, J. A., Wyman, J. F., McClish, D. K., Bump, R. C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51; discussion 951-2

**44751**    Fantl, J. A., Wyman, J. F., McClish, D. K., Harkins, S. W., Elswick, R. K., Taylor, J. R., Hadley, E. C. Efficacy of bladder training in older women with urinary incontinence. JAMA. 1991 Feb 6; 265: 609-13

---

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

sorted by Primary Author and Title

---

4146   Fantl, J.A., Wyman, J.F., Harkins, S.W., and Hadley, E.C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-332

4081   Fantl, J.A., Wyman, J.F., McClish, D.K., and Bump, R.C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51;discussion951-2

3841   Fantl, J.A., Wyman, J.F., McClish, D.K., Harkins, S.W., Elswick, R.K., Taylor, J.R., and Hadley, E.C. Efficacy of bladder training in older women with urinary incontinence. Jama. 1991 Feb 6; 265: 609-613

41231   Farhat, W., Bagli, D. J., Capolicchio, G., O'Reilly, S., Merguerian, P. A., Khoury, A., McLorie, G. A. The dysfunctional voiding scoring system: quantitative standardization of dysfunctional voiding symptoms in children. J Urol. 2000 Sep; 164: 1011-5

59399   Faria, C. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Effects of tamoxifen on Doppler velocimetry parameters of periurethral vessels in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 56-9; discussion 59

10856   Farnsworth, B. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139

10161   Farnsworth, B. The integral theory of female urinary incontinence. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99; discussion 100

41368   Farouk, R., Pemberton, J. H., Wolff, B. G., Dozois, R. R., Browning, S., Larson, D. Functional outcomes after ileal pouch-anal anastomosis for chronic ulcerative colitis. Ann Surg. 2000 Jun; 231: 919-26

3864   Farragher, D. Trophic stimulation. Nurs Stand. 1990 Nov 14-20; 5: 10-11

52050   Farrell, K. D., Robinson, L. M., Scott, T. A. Female urinary incontinence health education on the Internet: pitfalls and opportunities. J Obstet Gynaecol Can. 2003 Jul; 25: 594-600

40932   Farrell, S. A., Allen, V. M., Baskett, T. F. Parturition and urinary incontinence in primiparas. Obstet Gynecol. 2001 Mar; 97: 350-6

51740   Farrell, S. A., Beckerson, L. A., Epp, A., Flood, C. G., Lajoie, F., MacMillan, J. B., Mainprize, T. C., Robert, M. Tension-free vaginal tape (TVT) procedure. J Obstet Gynaecol Can. 2003 Aug; 25: 692-4, 695-8

52860   Farrell, S. A., Epp, A., Flood, C., Lajoie, F., MacMillan, B., Mainprize, T., Robert, M. The evaluation of stress incontinence prior to primary surgery. J Obstet Gynaecol Can. 2003 Apr; 25: 313-24

50250   Farrell, S. A., Singh, B., Aldakhil, L. Continence pessaries in the management of urinary incontinence in women. J Obstet Gynaecol Can. 2004 Feb; 26: 113-7

11449   Farrell, S. A., Tynski, G. The effect of urethral pressure variation on detrusor activity in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 87-93

42784   Farrell, T. A., Wallace, M., Hicks, M. E. Long-term results of transrenal ureteral occlusion with use of Gianturco coils and gelatin sponge pledgets. J Vasc Interv Radiol. 1997 May-Jun; 8: 449-52

10444   Fatthy, H., El Hao, M., Samaha, I., Abdallah, K. Modified Burch colposuspension: laparoscopy versus laparotomy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 99-106

41022   Faundes, A., Guarisi, T., Pinto-Neto, A. M. The risk of urinary incontinence of parous women who delivered only by cesarean section. Int J Gynaecol Obstet. 2001 Jan; 72: 41-6

40539   Faure, J. P., Hauet, T., Scepi, M., Chansigaud, J. P., Kamina, P., Richer, J. P. The pectineal ligament: anatomical study and surgical applications. Surg Radiol Anat. 2001; 23: 237-42

11914   Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1992 Mar; 99: 271

3380   Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence [letter]. Br J Obstet Gynaecol. 1992 Mar; 99: 271

11619   Fedorkow, D. M., Sand, P. K., Retzky, S. S., Johnson, D. C. The cotton swab test. Receiver-operating characteristic curves. J Reprod Med. 1995 Jan; 40: 42-6

---

41828    Fehrmann-Zumpe, P., Karbe, K., Blessman, G. Using flavoxate as primary medication for patients suffering from urge symptomatology. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 91-5

42555    Feldman, E. L., Jaffe, A., Galambos, N., Robbins, A., Kelly, R. B., Froom, J. Clinical practice guidelines on depression: awareness, attitudes, and content knowledge among family physicians in New York. Arch Fam Med. 1998 Jan-Feb; 7: 58-62

59107    Feldner, P. C., Jr, Bezerra, L. R., de Castro, R. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Correlation between valsalva leak point pressure and maximal urethral closure pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 194-7

43712    Fenn, N., Barrington, J. W., Stephenson, T. P. Clam enterocystoplasty and pregnancy. Br J Urol. 1995 Jan; 75: 85-6

3419    Fenn, N., Conn, I.G., German, K.A., and Stephenson, T.P. Complications of clam enterocystoplasty with particular reference to urinary tract infection. Br J Urol. 1992 Apr; 69: 366-368

54800    Fenner, D. E., Genberg, B., Brahma, P., Marek, L., DeLancey, J. O. Fecal and urinary incontinence after vaginal delivery with anal sphincter disruption in an obstetrics unit in the United States. Am J Obstet Gynecol. 2003 Dec; 189: 1543-9; discussion 1549-50

10232    Feretis, C., Benakis, P., Dailianas, A., Dimopoulos, C., Mavrantonis, C., Stamou, K. M., Manouras, A., Apostolidis, N., Androulakis, G. Implantation of microballoons in the management of fecal incontinence. Dis Colon Rectum. 2001 Nov; 44: 1605-9

12077    Ferguson, K. L., McKey, P. L., Bishop, K. R., Kloen, P., Verheul, J. B., Dougherty, M. C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-5

4122    Ferguson, K.L., McKey, P.L., Bishop, K.R., Kloen, P., Verheul, J.B., and Dougherty, M.C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-675

10841    Ferland, R. D., Rosenblatt, P. Ureteral compromise after laparoscopic Burch colpopexy. J Am Assoc Gynecol Laparosc. 1999 May; 6: 217-9

44010    Fernandes, E. T., Reinberg, Y., Vernier, R., Gonzalez, R. Neurogenic bladder dysfunction in children: review of pathophysiology and current management. J Pediatr. 1994 Jan; 124: 1-7

30223    Fernandez, H. H., Tabamo, R. E., David, R. R., Friedman, J. H. Predictors of depressive symptoms among spouse caregivers in Parkinson's disease. Mov Disord. 2001 Nov; 16: 1123-5

40340    Ferrara, P., D'Aleo, C., Ruggiero, A., Paoletti, F. P., Chiozza, M. L., Plebani, M., Caione, P., Del Gado, R., Salvaggio, E. Plasma antidiuretic hormone levels in children with spina bifida. Urol Int. 2002; 68: 144-7

41118    Ferrara, P., Rigante, D., Lambert-Gardini, S., Salvaggio, E., Ricci, R., Chiozza, M. L., Antuzzi, D. Urinary excretion of glycosaminoglycans in patients with isolated nocturnal enuresis or combined with diurnal incontinence. BJU Int. 2000 Nov; 86: 824-5

11136    Ferrari, A., Frigerio, L. The triangular vaginal patch sling for stress urinary incontinence and hypermobile urethra. Am J Obstet Gynecol. 1997 Dec; 177: 1426-31

12096    Ferriani, R. A., Silva de Sa, M. F., Dias de Moura, M., Charaffedine, M. N., Hockgreb de Freitas Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-40

4007    Ferriani, R.A., Silva-de-Sa, M.F., Dias-de-Moura, M., Charaffedine, M.N., and Hockgreb-de-Freitas-Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-240

42978    Ferro, J. M., Falcao, I., Rodrigues, G., Canhao, P., Melo, T. P., Oliveira, V., Pinto, A. N., Crespo, M., Salgado, A. V. Diagnosis of transient ischemic attack by the nonneurologist. A validation study. Stroke. 1996 Dec; 27: 2225-9

11652    Feyereisl, J., Dreher, E., Haenggi, W., Zikmund, J., Schneider, H. Long-term results after Burch colposuspension. Am J Obstet Gynecol. 1994 Sep; 171: 647-52

56040    Fialkow, M. F., Melville, J. L., Lentz, G. M., Miller, E. A., Miller, J., Fenner, D. E. The functional and psychosocial impact of fecal incontinence on women with urinary incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 127-9

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

50990    Fianu-Jonasson, A., Edwall, L. Stress urinary incontinence: feasibility of surgery after urethral injection. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1060

10171    Fielding, J. R. Practical MR imaging of female pelvic floor weakness. Radiographics. 2002 Mar-Apr; 22: 295-304

10672    Fielding, J. R., Dumanli, H., Schreyer, A. G., Okuda, S., Gering, D. T., Zou, K. H., Kikinis, R., Jolesz, F. A. MR-based three-dimensional modeling of the normal pelvic floor in women: quantification of muscle mass. AJR Am J Roentgenol. 2000 Mar; 174: 657-60

10922    Fielding, J. R., Griffiths, D. J., Versi, E., Mulkern, R. V., Lee, M. L., Jolesz, F. A. MR imaging of pelvic floor continence mechanisms in the supine and sitting positions. AJR Am J Roentgenol. 1998 Dec; 171: 1607-10

41462    Fielding, J. R., Lee, J. H., Dubeau, C. E., Zou, K. H., Resnick, N. M. Voiding cystourethrography findings in elderly women with urge incontinence. J Urol. 2000 Apr; 163: 1216-8

11306    Fielding, J. R., Versi, E., Mulkern, R. V., Lerner, M. H., Griffiths, D. J., Jolesz, F. A. MR imaging of the female pelvic floor in the supine and upright positions. J Magn Reson Imaging. 1996 Nov-Dec; 6: 961-3

10783    Filbeck, T., Ullrich, T., Pichlmeier, U., Kiel, H. J., Wieland, W. F., Roessler, W. Correlation of persistent stress urinary incontinence with quality of life after suspension procedures: is continence the only decisive postoperative criterion of success?. Urology. 1999 Aug; 54: 247-51

43701    Filler, A. G., Britton, J. A., Uttley, D., Marsh, H. T. Adult postrepair myelomeningocoele and tethered cord syndrome: good surgical outcome after abrupt neurological decline. Br J Neurosurg. 1995; 9: 659-66

10867    Fink, D., Perucchini, D., Schaer, G. N., Haller, U. The role of the frequency-volume chart in the differential diagnostic of female urinary incontinence. Acta Obstet Gynecol Scand. 1999 Mar; 78: 254-7

40383    Finkelstein, M. M. Medical conditions, medications, and urinary incontinence. Analysis of a population-based survey. Can Fam Physician. 2002 Jan; 48: 96-101

53490    Finkelstein, M. M., Skelly, J., Kaczorowski, J., Swanson, G. Incontinence Quality of Life Instrument in a survey of primary care physicians. J Fam Pract. 2002 Nov; 51: 952

42245    Finsterer, J., Grass, R., Stollberger, C., Mamoli, B. Immunoglobulins in acute, parainfectious, disseminated encephalo- myelitis. Clin Neuropharmacol. 1998 Jul-Aug; 21: 258-61

3665    Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., and Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-104

12005    Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-4

41694    Fischer, J. R., Berg, P. H. Urinary incontinence in United States Air Force female aircrew. Obstet Gynecol. 1999 Oct; 94: 532-6

43917    Fischer, W. Therapeutic possibilities and choice of adequate treatment of female urinary incontinence (UI). Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 43-4

41297    Fischer, W., Baessler, K. Postpartum pelvic floor conditioning using vaginal cones: not only for prophylaxis against urinary incontinence and descensus. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 208-14

11219    Fischer, W., Linde, A. Pelvic floor findings in urinary incontinence--results of conditioning using vaginal cones. Acta Obstet Gynecol Scand. 1997 May; 76: 455-60

10969    Fischer-Rasmussen, W. Transvaginal needle bladder neck suspension for stress urinary incontinence: practicable methods but not optimal results. Acta Obstet Gynecol Scand Suppl. 1998; 168: 38-43

12028    Fischer-Rasmussen, W. Treatment of stress urinary incontinence. Ann Med. 1990 Dec; 22: 455-65

59067    Fisher, K., Riolo, L. What is the evidence regarding specific methods of pelvic floor exercise for a patient with urinary stress incontinence and mild anterior wall prolapse?. Phys Ther. 2004 Aug; 84: 744-53

41277    Fisher, R., Frank, D. Detrusor instability; day and night time wetting, urinary tract infections. Arch Dis Child. 2000 Aug; 83: 135-7

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

3045    Fishman, I.J., Scott, F.B. Pregnancy in patients with the artificial urinary sphincter. J Urol. 1993 Aug; 150: 340-341

3194    Fitzgerald, J.F., Smith, D.M., Martin, D.K., Freedman, J.A., and Wolinsky, F.D. Replication of the multidimensionality of activities of daily living. J Gerontol. 1993 Jan; 48: S28-S31

10547    FitzGerald, M. P., Blazek, B., Brubaker, L. Complex repetitive discharges during urethral sphincter EMG: clinical correlates. Neurourol Urodyn. 2000; 19: 577-83

50790    FitzGerald, M. P., Brubaker, L. Colpocleisis and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1241-4

10471    FitzGerald, M. P., Brubaker, L. The etiology of urinary retention after surgery for genuine stress incontinence. Neurourol Urodyn. 2001; 20: 13-21

10195    FitzGerald, M. P., Brubaker, L. Urinary incontinence symptom scores and urodynamic diagnoses. Neurourol Urodyn. 2002; 21: 30-5

10194    FitzGerald, M. P., Butler, N., Shott, S., Brubaker, L. Bother arising from urinary frequency in women. Neurourol Urodyn. 2002; 21: 36-40; discussion 41

10733    FitzGerald, M. P., Gitelis, S., Brubaker, L. Pubic osteomyelitis and granuloma after bone anchor placement. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 346-8

10265    Fitzgerald, M. P., Jaffar, J., Brubaker, L. Risk factors for an elevated postvoid residual urine volume in women with symptoms of urinary urgency, frequency and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 237-9; discussion 239-40

10306    FitzGerald, M. P., Kenton, K., Shott, S., Brubaker, L. Responsiveness of quality of life measurements to change after reconstructive pelvic surgery. Am J Obstet Gynecol. 2001 Jul; 185: 20-4

41032    FitzGerald, M. P., Manaves, V., Martin, A. F., Shott, S., Brubaker, L. Myosin isoforms in female human detrusor. Neurourol Urodyn. 2001; 20: 23-9

10710    FitzGerald, M. P., Mollenhauer, J., Bitterman, P., Brubaker, L. Functional failure of fascia lata allografts. Am J Obstet Gynecol. 1999 Dec; 181: 1339-44; discussion 1344-6

10530    FitzGerald, M. P., Mollenhauer, J., Brubaker, L. The fate of rectus fascia suburethral slings. Am J Obstet Gynecol. 2000 Oct; 183: 964-6

10606    Fitzgerald, M. P., Mollenhauer, J., Hale, D. S., Benson, J. T., Brubaker, L. Urethral collagen morphologic characteristics among women with genuine stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1565-74

41430    FitzGerald, M. P., Russell, B., Hale, D., Benson, J. T., Brubaker, L. Ultrastructure of detrusor and urethral smooth muscle in women with urinary incontinence. Am J Obstet Gynecol. 2000 Apr; 182: 879-84

41342    Fitzgerald, S. T., Palmer, M. H., Berry, S. J., Hart, K. Urinary incontinence. Impact on working women. AAOHN J. 2000 Mar; 48: 112-8

40324    Fitzgerald, S. T., Palmer, M. H., Kirkland, V. L., Robinson, L. The impact of urinary incontinence in working women: a study in a production facility. Women Health. 2002; 35: 1-16

11783    Fitzpatrick, C., Swierzewski, S. J.,  3rd, McGuire, E. J. Periurethral collagen for urinary incontinence after gender reassignment surgery. Urology. 1993 Oct; 42: 458-60

10374    Fitzpatrick, M., O'Herlihy, C. The effects of labour and delivery on the pelvic floor. Best Pract Res Clin Obstet Gynaecol. 2001 Feb; 15: 63-79

44436    Flaherty, J. H., Miller, D. K., Coe, R. M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-5

3242    Flaherty, J.H., Miller, D.K., and Coe, R.M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-545

11334    Flax, S. The gasless laparoscopic Burch bladder neck suspension: early experience. J Urol. 1996 Sep; 156: 1105-7

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

40076    Fleischmann, N., Christ, G., Sclafani, T., Melman, A. The effect of ovariectomy and long-term estrogen replacement on bladder structure and function in the rat. J Urol. 2002 Sep; 168: 1265-8

53300    Fleischmann, N., Flisser, A. J., Blaivas, J. G., Panagopoulos, G. Sphincteric urinary incontinence: relationship of vesical leak point pressure, urethral mobility and severity of incontinence. J Urol. 2003 Mar; 169: 999-1002

41656    Fleishman, R., Heilbrun, G., Mandelson, J., Shirazi, V. Improving the quality of institutional care of urinary incontinence among the elderly: a challenge for governmental regulation. Int J Health Care Qual Assur Inc Leadersh Health Serv. 1999; 12: 105-19

10940    Flood, C. G., Drutz, H. P., Waja, L. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 200-4

43012    Flood, H. D., Alevizatos, C., Liu, J. L. Sex differences in the determination of abdominal leak point pressure in patients with intrinsic sphincter deficiency. J Urol. 1996 Nov; 156: 1737-40

43739    Flood, H. D., Malhotra, S. J., O'Connell, H. E., Ritchey, M. J., Bloom, D. A., McGuire, E. J. Long-term results and complications using augmentation cystoplasty in reconstructive urology. Neurourol Urodyn. 1995; 14: 297-309

10089    Flynn, B. J., Webster, G. D. Surgical management of the apical vaginal defect. Curr Opin Urol. 2002 Jul; 12: 353-8

10209    Flynn, B. J., Yap, W. T. Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence: 2-year minimum followup. J Urol. 2002 Feb; 167: 608-12

11692    Flynn, L., Cell, P., Luisi, E. Effectiveness of pelvic muscle exercises in reducing urge incontinence among community residing elders. J Gerontol Nurs. 1994 May; 20: 23-7

42331    Flynn, P., Franiek, J., Janssen, P., Hannah, W. J., Klein, M. C. How can second-stage management prevent perineal trauma? Critical review. Can Fam Physician. 1997 Jan; 43: 73-84

11241    Fokaefs, E. D., Lampel, A., Hohenfellner, M., Lazica, M., Thuroff, J. W. Experimental evaluation of free versus pedicled fascial flaps for sling surgery of urinary stress incontinence. J Urol. 1997 Mar; 157: 1039-43

11674    Foldspang, A., Mommsen, S. Adult female urinary incontinence and childhood bedwetting. J Urol. 1994 Jul; 152: 85-8

11163    Foldspang, A., Mommsen, S. The International Continence Society (ICS) incontinence definition: is the social and hygienic aspect appropriate for etiologic research?. J Clin Epidemiol. 1997 Sep; 50: 1055-60

42004    Foldspang, A., Mommsen, S., Djurhuus, J. C. Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth, and obstetric techniques. Am J Public Health. 1999 Feb; 89: 209-12

11856    Foldspang, A., Mommsen, S., Lam, G. W., Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

3163    Foldspang, A., Mommsen, S., Lam, G.W., and Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

40667    Foley, S. J., Adamson, A. S. Minimally invasive harvesting of fascia lata for use in the pubovaginal sling procedure. BJU Int. 2001 Aug; 88: 293-4

3777    Fonda, D. Improving management of urinary incontinence in geriatric centres and nursing homes. Victorian Geriatricians Peer Review Group. Aust Clin Rev. 1990; 10: 66-71

42901    Fonda, D. Promoting continence as a health issue. Eur Urol. 1997; 32 Suppl 2: 28-32

44861    Fonda, D. Taking the 'in' out of incontinence. Med J Aust. 1990 Sep 3; 153: 245-7

3498    Fonda, D. The billion dollar question: can incontinence be reduced in nursing homes? [editorial]. Med J Aust. 1992 Jan 6; 156: 6-7

11767    Fonda, D., Brimage, P. J., D'Astoli, M. Simple screening for urinary incontinence in the elderly: comparison of simple and multichannel cystometry. Urology. 1993 Nov; 42: 536-40

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 190 of 300 PageID #: 202729

| | |
|---|---|
| 42055 | Fonda, D., Resnick, N. M., Kirschner-Hermanns, R. Prevention of urinary incontinence in older people. Br J Urol. 1998 Dec; 82 Suppl 1: 5-10 |
| 43561 | Fonda, D., Woodward, M., D'Astoli, M., Chin, W. F. Sustained improvement of subjective quality of life in older community- dwelling people after treatment of urinary incontinence. Age Ageing. 1995 Jul; 24: 283-6 |
| 42955 | Fontaine, E., Bendaya, S., Desert, J. F., Fakacs, C., Le Mouel, M. A., Beurton, D. Combined modified rectus fascial sling and augmentation ileocystoplasty for neurogenic incontinence in women. J Urol. 1997 Jan; 157: 109-12 |
| 11211 | Foote, A. J., Lam, A. Laparoscopic colposuspension in women with previously failed anti- incontinence surgery. J Obstet Gynaecol Res. 1997 Jun; 23: 313-7 |
| 3748 | Foote, J., Yun, S., and Leach, G.E. Postprostatectomy incontinence. Pathophysiology, evaluation, and management. Urol Clin North Am. 1991 May; 18: 229-241 |
| 54440 | Forbat, L. Listening to carers talking about the subjects of continence and toileting. Nurs Times. 2004 Jan 13-19; 100: 46-9 |
| 3481 | Ford, H. Continence--feeling off-colour. Nurs Times. 1992 Jan 29-Feb 4; 88: 64,66,68 |
| 44170 | Foreman, M. D., Theis, S. L., Anderson, M. A. Adverse events in the hospitalized elderly. Clin Nurs Res. 1993 Aug; 2: 360-70 |
| 44332 | Foreman, M. M., McNulty, A. M. Alterations in K(+)-evoked release of 3H-norepinephrine and contractile responses in urethral and bladder tissues induced by norepinephrine reuptake inhibition. Life Sci. 1993; 53: 193-200 |
| 59291 | Fornell, E. U., Matthiesen, L., Sjodahl, R., Berg, G. Obstetric anal sphincter injury ten years after: subjective and objective long term effects. BJOG. 2005 Mar; 112: 312-6 |
| 56210 | Forster, J. A., Thomas, W. M. Patient preferences and side effects experienced with oral bowel preparations versus self-administered phosphate enema. Ann R Coll Surg Engl. 2003 May; 85: 185-6 |
| 11172 | Fortunato, P., Schettini, M., Gallucci, M. Diverticula of the female urethra. Br J Urol. 1997 Oct; 80: 628-32 |
| 3540 | Fossa, S.D., Hosbach, G. Short-term moderate-dose pelvic radiotherapy of advanced bladder carcinoma. A questionnaire-based evaluation of its symptomatic effect. Acta Oncol. 1991; 30: 735-738 |
| 11942 | Fossaluzza, V., Di Benedetto, P., Zampa, A., De Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-4 |
| 3563 | Fossaluzza, V., Di-Benedetto, P., Zampa, A., and De-Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-464 |
| 3900 | Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., and Kinn, A.C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-123 |
| 45078 | Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., Kinn, A. C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-3 |
| 3570 | Foster, D.C. Geriatric urinary tract dysfunction. Curr Opin Obstet Gynecol. 1990 Aug; 2: 612-619 |
| 11762 | Foster, H. E., McGuire, E. J. Management of urethral obstruction with transvaginal urethrolysis. J Urol. 1993 Nov; 150: 1448-51 |
| 42381 | Fourcroy, J. L. Urogynecology update: incontinence. Hosp Pract (Off Ed). 1998 May 15; 33: 63-70, 81 |
| 50870 | Fourie, T., Cohen, P. L. Delayed bowel erosion by tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 362-4 |
| 40803 | Fourie, T., Ramphal, S. Aerosol caps and vesicovaginal fistulas. Int J Gynaecol Obstet. 2001 Jun; 73: 275-6 |
| 11290 | Fournier, C., Corcos, J. Collagen injections in difficult cases of stress urinary incontinence: study results. Urol Nurs. 1996 Dec; 16: 123-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

43994   Fowler, C. J., Beck, R. O., Gerrard, S., Betts, C. D., Fowler, C. G. Intravesical capsaicin for treatment of detrusor hyperreflexia. J Neurol Neurosurg Psychiatry. 1994 Feb; 57: 169-73

11867   Fowler, C. J., Betts, C. D., Christmas, T. J., Swash, M., Fowler, C. G. Botulinum toxin in the treatment of chronic urinary retention in women. Br J Urol. 1992 Oct; 70: 387-9

44375   Fowler, C. J., van Kerrebroeck, P. E., Nordenbo, A., Van Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-9

3200   Fowler, C.J., van-Kerrebroeck, P.E., Nordenbo, A., and Van-Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-989

45000   Fowler, E. M., Ouslander, J., Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86

4089   Fowler, E.M., Ouslander, J., and Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86

3130   Fox, R.A. Treatment recommendations for respiratory tract infections associated with aging. Drugs Aging. 1993 Jan-Feb; 3: 40-48

30501   Fox, S. D., Stanton, S. L. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. BJOG. 2000 Nov; 107: 1371-5

40748   Foxman, B., Somsel, P., Tallman, P., Gillespie, B., Raz, R., Colodner, R., Kandula, D., Sobel, J. D. Urinary tract infection among women aged 40 to 65: behavioral and sexual risk factors. J Clin Epidemiol. 2001 Jul; 54: 710-8

42929   Frahm, J. The role of the PT in incontinence: innovation and communication to improve patient care. Ostomy Wound Manage. 1997 Jan-Feb; 43: 42-6, 48-50, 52-3

43855   Franco, I., Kolligian, M., Reda, E. F., Levitt, S. B. The importance of catheter size in the achievement of urinary continence in patients undergoing a Young-Dees-Leadbetter procedure. J Urol. 1994 Aug; 152: 710-2

3273   Franco, I., Reda, E.F., and Kaplan, W.E. Injectable prosthetic materials for the management of reflux and urinary incontinence in children. Semin Urol. 1992 Aug; 10: 184-193

53880   Franco, N., Shobeiri, S. A., Echols, K. T. Medium-term follow-up of transvaginal suburethral slings: variance in outcome success using two different evaluation methods. Urology. 2002 Oct; 60: 607-10; discussion 610-1

4129   Francois, Y., Descos, L., and Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-14

45034   Francois, Y., Descos, L., Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-4

3893   Frang, D., Pajor, L. Radical prostatectomy and complications. Int Urol Nephrol. 1990; 22: 349-357

10615   Frankel, G. Paravaginal repair. Urology. 2000 May; 55: 789

50040   Frankel, G. Re: Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2004 May; 171: 1888

10371   Frankel, G. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Jun; 165: 2007-8

59338   Frankenburg, F. R., Zanarini, M. C. The association between borderline personality disorder and chronic medical illnesses, poor health-related lifestyle choices, and costly forms of health care utilization. J Clin Psychiatry. 2004 Dec; 65: 1660-5

10578   Franks, M. E., Lavelle, J. P., Yokoyama, T., Chuang, Y. C., Chancellor, M. B. Metastatic osteomyelitis after pubovaginal sling using bone anchors. Urology. 2000 Aug 1; 56: 330-1

42927   Franssen, E. H., Souren, L. E., Torossian, C. L., Reisberg, B. Utility of developmental reflexes in the differential diagnosis and prognosis of incontinence in Alzheimer's disease. J Geriatr Psychiatry Neurol. 1997 Jan; 10: 22-8

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3086-10 Filed 09/13/19 Page 192 of 300 PageID #: 202731

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

55610    Frantz, R. A., Xakellis, G. C., Jr, Harvey, P. C., Lewis, A. R. Implementing an incontinence management protocol in long-term care. Clinical outcomes and costs. J Gerontol Nurs. 2003 Aug; 29: 46-53

11092    Frauscher, F., Helweg, G., Strasser, H., Enna, B., Klauser, A., Knapp, R., Colleselli, K., Bartsch, G., Zur Nedden, D. Intraurethral ultrasound: diagnostic evaluation of the striated urethral sphincter in incontinent females. Eur Radiol. 1998; 8: 50-3

11589    Frazer, M. I. Ambulatory surgery for urinary stress incontinence and vaginal prolapse. Med J Aust. 1995 Mar 6; 162: 279

12045    Frazer, M. I., Haylen, B. T., Sissons, M. Do women with idiopathic sensory urgency have early interstitial cystitis?. Br J Urol. 1990 Sep; 66: 274-8

59167    Frederick, R. W., Leach, G. E. Cadaveric prolapse repair with sling: intermediate outcomes with 6 months to 5 years of followup. J Urol. 2005 Apr; 173: 1229-33

43906    Freedman, E. R., Rickwood, A. M. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1994 Jun; 73: 716-7

43907    Freedman, E. R., Singh, G., Donnell, S. C., Rickwood, A. M., Thomas, D. G. Combined bladder neck suspension and augmentation cystoplasty for neuropathic incontinence in female patients. Br J Urol. 1994 Jun; 73: 621-4

40950    Freeman, E. W., Grisso, J. A., Berlin, J., Sammel, M., Garcia-Espana, B., Hollander, L. Symptom reports from a cohort of African American and white women in the late reproductive years. Menopause. 2001 Jan-Feb; 8: 33-42

41703    Freeman, L. Continence care: home and dry. Nurs Times. 1999 Jun 30-Jul 6; 95: 44-5

10649    Freeman, R. M. Female urinary incontinence: aetiology and pathophysiology. Hosp Med. 2000 Feb; 61: 84-9

41916    Freeman, R. M. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 49

59321    Freeman, R. M. The role of pelvic floor muscle training in urinary incontinence. BJOG. 2004 Dec; 111 Suppl 1: 37-40

55660    Freeman, R., Hill, S., Millard, R., Slack, M., Sutherst, J. Reduced perception of urgency in treatment of overactive bladder with extended-release tolterodine. Obstet Gynecol. 2003 Sep; 102: 605-11

3122    Freeman, R., Miyawaki, E. The treatment of autonomic dysfunction. J Clin Neurophysiol. 1993 Jan; 10: 61-82

12017    Freeman, S. B. Management of perimenopausal symptoms. NAACOGS Clin Issu Perinat Womens Health Nurs. 1991; 2: 429-39

54040    French, C. T., Fletcher, K. E., Irwin, R. S. Gender differences in health-related quality of life in patients complaining of chronic cough. Chest. 2004 Feb; 125: 482-8

3324    Freundl, M., Dugan, J. Urinary incontinence in the elderly: knowledge and attitude of long-term care staff. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 70-75

41424    Friday, P. A., Scarratt, W. K., Elvinger, F., Timoney, P. J., Bonda, A. Ataxia and paresis with equine herpesvirus type 1 infection in a herd of riding school horses. J Vet Intern Med. 2000 Mar-Apr; 14: 197-201

43404    Fried, G. W., Goetz, G., Potts-Nulty, S., Cioschi, H. M., Staas, W. E., Jr A behavioral approach to the treatment of urinary incontinence in a disabled population. Arch Phys Med Rehabil. 1995 Dec; 76: 1120-4

59254    Friedman, S. M., Steinwachs, D. M., Rathouz, P. J., Burton, L. C., Mukamel, D. B. Characteristics predicting nursing home admission in the program of all-inclusive care for elderly people. Gerontologist. 2005 Apr; 45: 157-66

54980    Frimberger, D., Gearhart, J. P., Mathews, R. Female exstrophy: failure of initial reconstruction and its implications for continence. J Urol. 2003 Dec; 170: 2428-31

55440    Frimberger, D., Lakshmanan, Y., Gearhart, J. P. Continent urinary diversions in the exstrophy complex: why do they fail?. J Urol. 2003 Oct; 170: 1338-42

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**59025** Fritel, X., Fauconnier, A., Levet, C., Benifla, J. L. Stress urinary incontinence 4 years after the first delivery: a retrospective cohort survey. Acta Obstet Gynecol Scand. 2004 Oct; 83: 941-5

**10053** Fritel, X., Pigne, A. Anterior repair using Bologna procedure: long-term results on stress urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 176-81; discussion 181

**53670** Fritel, X., Zabak, K., Pigne, A., Demaria, F., Benifla, J. L. Predictive value of urethral mobility before suburethral tape procedure for urinary stress incontinence in women. J Urol. 2002 Dec; 168: 2472-5

**10669** Froeling, F. M., Deprest, J. A., Ankum, W. M., Mendels, E. L., Meijer, D. W., Bannenberg, J. Controlled balloon dilatation for laparoscopic extraperitoneal bladder neck suspension in patients with previous abdominal surgery. J Laparoendosc Adv Surg Tech A. 2000 Feb; 10: 27-30

**51340** Fu, X., Rezapour, M., Wu, X., Li, L., Sjogren, C., Ulmsten, U. Expression of estrogen receptor-alpha and -beta in anterior vaginal walls of genuine stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 276-81; discussion 281

**43080** Fuchs, J., Gluer, S., Mildenberger, H. One-stage reconstruction of bladder exstrophy. Eur J Pediatr Surg. 1996 Aug; 6: 212-5

**41528** Fuchs, O., Booss, D. Rehbein's procedure for Hirschsprung's disease. An appraisal of 45 years. Eur J Pediatr Surg. 1999 Dec; 9: 389-91

**10460** Fujisawa, M., Gotoh, A., Miyazaki, S., Nakamura, I., Hara, I., Okada, H., Arakawa, S., Kamidono, S. Sigmoid neobladder in women after radical cystectomy. J Urol. 2000 May; 163: 1505-9

**10549** Fujishiro, T., Enomoto, H., Ugawa, Y., Takahashi, S., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of stress incontinence: an investigational study and placebo controlled trial. J Urol. 2000 Oct; 164: 1277-9

**40081** Fujishiro, T., Takahashi, S., Enomoto, H., Ugawa, Y., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of urinary frequency and urge incontinence: an investigational study and placebo controlled trial. J Urol. 2002 Sep; 168: 1036-9

**3460** Fujita, M., Ohno, S., Danno, K., and Miyachi, Y. Two cases of diaper area granuloma of the adult. J Dermatol. 1991 Nov; 18: 671-675

**3961** Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., and Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-892

**44880** Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-92

**3429** Fulcher, R.A., Maisey, S.P. Evaluation of dipstick tests and reflectance meter for screening for bacteriuria in elderly patients. Br J Clin Pract. 1991 Winter; 45: 245-246

**10818** Fulford, S. C., Flynn, R., Barrington, J., Appanna, T., Stephenson, T. P. An assessment of the surgical outcome and urodynamic effects of the pubovaginal sling for stress incontinence and the associated urge syndrome. J Urol. 1999 Jul; 162: 135-7

**42780** Fulford, S. C., Sutton, C., Bales, G., Hickling, M., Stephenson, T. P. The fate of the 'modern' artificial urinary sphincter with a follow-up of more than 10 years. Br J Urol. 1997 May; 79: 713-6

**42997** Fuller, M. A., Borovicka, M. C., Jaskiw, G. E., Simon, M. R., Kwon, K., Konicki, P. E. Clozapine-induced urinary incontinence: incidence and treatment with ephedrine. J Clin Psychiatry. 1996 Nov; 57: 514-8

**10225** Fulmer, B. R., Sakamoto, K., Turk, T. M., Galen, D., Presthus, J. B., Abbott, K., Ross, J., Ou, C. S., Albala, D. M. Acute and long-term outcomes of radio frequency bladder neck suspension. J Urol. 2002 Jan; 167: 141-5

**50770** Fultz, N. H., Burgio, K., Diokno, A. C., Kinchen, K. S., Obenchain, R., Bump, R. C. Burden of stress urinary incontinence for community-dwelling women. Am J Obstet Gynecol. 2003 Nov; 189: 1275-82

**59378** Fultz, N. H., Fisher, G. G., Jenkins, K. R. Does urinary incontinence affect middle-aged and older women's time use and activity patterns?. Obstet Gynecol. 2004 Dec; 104: 1327-34

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 43269 | Fultz, N. H., Herzog, A. R. Epidemiology of urinary symptoms in the geriatric population. Urol Clin North Am. 1996 Feb; 23: 1-10 |
| 44072 | Fultz, N. H., Herzog, A. R. Measuring urinary incontinence in surveys. Gerontologist. 1993 Dec; 33: 708-13 |
| 40649 | Fultz, N. H., Herzog, A. R. Prevalence of urinary incontinence in middle-aged and older women: a survey-based methodological experiment. J Aging Health. 2000 Nov; 12: 459-69 |
| 10280 | Fultz, N. H., Herzog, A. R. Self-reported social and emotional impact of urinary incontinence. J Am Geriatr Soc. 2001 Jul; 49: 892-9 |
| 41805 | Fultz, N. H., Herzog, A. R., Raghunathan, T. E., Wallace, R. B., Diokno, A. C. Prevalence and severity of urinary incontinence in older African American and Caucasian women. J Gerontol A Biol Sci Med Sci. 1999 Jun; 54: M299-303 |
| 42156 | Fusgen, I., Bienstein, C., Bohmer, F., Busch, B., Cottenden, A., Heidler, H., Scherr, A., Pullen, R. Interdisciplinary care of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S62-70 |
| 42307 | Galejs, L. E., Diokno, A. C. Frequency urgency syndrome following urinary bladder suspension. Geriatr Nephrol Urol. 1998; 8: 25-8 |
| 41441 | Galizia, G., Lieto, E., Castellano, P., Pelosio, L., Imperatore, V., Pigantelli, C. Lateral internal sphincterotomy together with haemorrhoidectomy for treatment of haemorrhoids: a randomised prospective study. Eur J Surg. 2000 Mar; 166: 223-8 |
| 10928 | Gallagher, M. S. Urogenital distress and the psychosocial impact of urinary incontinence on elderly women. Rehabil Nurs. 1998 Jul-Aug; 23: 192-7 |
| 11573 | Gallagher, P. V., Mellon, J. K., Ramsden, P. D., Neal, D. E. Tanagho bladder neck reconstruction in the treatment of adult incontinence. J Urol. 1995 May; 153: 1451-4 |
| 57900 | Gallagher, S. Outcome research and WOC nursing practice. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 278-82 |
| 44730 | Gallaspy, J. W. A method for safer urinary incontinence surgery. Am J Obstet Gynecol. 1991 Apr; 164: 1151 |
| 3753 | Gallaspy, J.W. A method for safer urinary incontinence surgery [letter]. Am J Obstet Gynecol. 1991 Apr; 164: 1151 |
| 10454 | Gallentine, M. L., Cespedes, R. D. Occult stress urinary incontinence and the effect of vaginal vault prolapse on abdominal leak point pressures. Urology. 2001 Jan; 57: 40-4 |
| 42454 | Gallien, P., Robineau, S., Nicolas, B., Le Bot, M. P., Brissot, R., Verin, M. Vesicourethral dysfunction and urodynamic findings in multiple sclerosis: a study of 149 cases. Arch Phys Med Rehabil. 1998 Mar; 79: 255-7 |
| 42867 | Gallo, M. L., Fallon, P. J., Staskin, D. R. Urinary incontinence: steps to evaluation, diagnosis, and treatment. Nurse Pract. 1997 Feb; 22: 21-4, 26, 28 passim |
| 42533 | Gallo, M. L., Gillette, B., Hancock, R., Pelkey, A., Rawlings, L., Sasso, K. Quality of life improvement and the reliance urinary control insert. Urol Nurs. 1997 Dec; 17: 146-53 |
| 11271 | Gallo, M. L., Hancock, R., Davila, G. W. Clinical experience with a balloon-tipped urethral insert for stress urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jan; 24: 51-7 |
| 11276 | Gallo, M. L., Staskin, D. R. Cues to action: pelvic floor muscle exercise compliance in women with stress urinary incontinence. Neurourol Urodyn. 1997; 16: 167-77 |
| 42732 | Gallo, M., Staskin, D. R. Patient satisfaction with a reusable undergarment for urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 226-36 |
| 42673 | Galloway, N. T. Surgical treatment of urinary incontinence in geriatric women. Am J Med Sci. 1997 Oct; 314: 268-72 |
| 10826 | Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlan, S. J. Extracorporeal magnetic innervation therapy for stress urinary incontinence. Urology. 1999 Jun; 53: 1108-11 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**10496** Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlin, S. J. Update on extracorporeal magnetic innervation (EXMI) therapy for stress urinary incontinence. Urology. 2000 Dec 4; 56: 82-6

**50430** Galloway, N., Nagaraju, P. The anatomy of incontinence--what practitioners and patients need to know. Ostomy Wound Manage. 2003 Dec; 49: 16-26

**41848** Gambassi, G., Landi, F., Lapane, K. L., Sgadari, A., Mor, V., Bernabei, R. Predictors of mortality in patients with Alzheimer's disease living in nursing homes. J Neurol Neurosurg Psychiatry. 1999 Jul; 67: 59-65

**11835** Gambino, J., Cohen, A. J., Friedenberg, R. M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

**3144** Gambino, J., Cohen, A.J., and Friedenberg, R.M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

**50130** Game, X., Mouzin, M., Vaessen, C., Malavaud, B., Sarramon, J. P., Rischmann, P. Obturator infected hematoma and urethral erosion following transobturator tape implantation. J Urol. 2004 Apr; 171: 1629

**11924** Ganabathi, K., Abrams, P., Mundy, A. R., Dwyer, P. L., Glenning, P. P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-7

**3487** Ganabathi, K., Abrams, P., Mundy, A.R., Dwyer, P.L., and Glenning, P.P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-37

**11644** Ganabathi, K., Leach, G. E., Zimmern, P. E., Dmochowski, R. Experience with the management of urethral diverticulum in 63 women. J Urol. 1994 Nov; 152: 1445-52

**10376** Ganio, E., Luc, A. R., Clerico, G., Trompetto, M. Sacral nerve stimulation for treatment of fecal incontinence: a novel approach for intractable fecal incontinence. Dis Colon Rectum. 2001 May; 44: 619-29; discussion 629-31

**10253** Ganio, E., Masin, A., Ratto, C., Altomare, D. F., Ripetti, V., Clerico, G., Lise, M., Doglietto, G. B., Memeo, V., Landolfi, V., Del Genio, A., Arullani, A., Giardiello, G., de Seta, F. Short-term sacral nerve stimulation for functional anorectal and urinary disturbances: results in 40 patients: evaluation of a new option for anorectal functional disorders. Dis Colon Rectum. 2001 Sep; 44: 1261-7

**40654** Ganio, E., Ratto, C., Masin, A., Luc, A. R., Doglietto, G. B., Dodi, G., Ripetti, V., Arullani, A., Frascio, M., BertiRiboli, E., Landolfi, V., DelGenio, A., Altomare, D. F., Memeo, V., Bertapelle, P., Carone, R., Spinelli, M., Zanollo, A Neuromodulation for fecal incontinence: outcome in 16 patients with definitive implant. The initial Italian Sacral Neurostimulation Group (GINS) experience. Dis Colon Rectum. 2001 Jul; 44: 965-70

**40463** Ganz, P. A., Desmond, K. A., Leedham, B., Rowland, J. H., Meyerowitz, B. E., Belin, T. R. Quality of life in long-term, disease-free survivors of breast cancer: a follow-up study. J Natl Cancer Inst. 2002 Jan 2; 94: 39-49

**41737** Ganz, P. A., Greendale, G. A., Kahn, B., O'Leary, J. F., Desmond, K. A. Are older breast carcinoma survivors willing to take hormone replacement therapy?. Cancer. 1999 Sep 1; 86: 814-20

**10602** Ganz, P. A., Greendale, G. A., Petersen, L., Zibecchi, L., Kahn, B., Belin, T. R. Managing menopausal symptoms in breast cancer survivors: results of a randomized controlled trial. J Natl Cancer Inst. 2000 Jul 5; 92: 1054-64

**44632** Ganzini, L., Heintz, R., Hoffman, W. F., Keepers, G. A., Casey, D. E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-5

**3472** Ganzini, L., Heintz, R., Hoffman, W.F., Keepers, G.A., and Casey, D.E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-225

**44913** Garber, S. J., Christmas, T. J., Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

**3949** Garber, S.J., Christmas, T.J., and Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

**41098** Garcia, A., Smith, M., Freedman, M. Vitamin B12 deficiency and incontinence in older people. Can J Urol. 2000 Aug; 7: 1077-80

**4065** Garcia, J.G., Lam, C. Treating urinary incontinence in a head-injured adult. Brain Inj. 1990 Apr-Jun; 4: 203-207

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**                          **Master Bibliography**

**SUI Guidelines Panel**                                    sorted by Primary Author and Title

---

41206    Garcia-Porrua, C., Gonzalez-Gay, M. A., Picallo, J. A. Rapid response to intravenous corticosteroids in osteitis pubis after Marshall-Marchetti-Krantz urethropexy. Rheumatology (Oxford). 2000 Sep; 39: 1048-9

44957    Gardiner, R. A., Samaratunga, M. L. Application of the invaginated sleeve technique to form a continent ileal urostomy. Br J Urol. 1990 May; 65: 457-61

3350    Gardner, J. Promoting continence in Australian nursing homes: a national project. Urol Nurs. 1992 Jun; 12: 83

3696    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., and McGuire, E.J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-1213

11979    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., McGuire, E. J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-3

56710    Gariballa, S. E. Potentially treatable causes of poor outcome in acute stroke patients with urinary incontinence. Acta Neurol Scand. 2003 May; 107: 336-40

3237    Gasparini, M.E., Hinman, F., Jr., Presti, J.C., Jr., Schmidt, R.A., and Carroll, P.R. Continence after radical cystoprostatectomy and total bladder replacement: a urodynamic analysis. J Urol. 1992 Dec; 148: 1861-1864

51680    Gateau, T., Faramarzi-Roques, R., Le Normand, L., Glemain, P., Buzelin, J. M., Ballanger, P. Clinical and urodynamic repercussions after TVT procedure and how to diminish patient complaints. Eur Urol. 2003 Sep; 44: 372-6; discussion 376

40904    Gaur, C., Mathur, A., Agarwal, A., Verma, K., Jain, R., Swaroop, A. Diabetic autonomic neuropathy causing gall bladder dysfunction. J Assoc Physicians India. 2000 Jun; 48: 603-5

10435    Gauruder-Burmester, A., Tunn, R. Pregnancy and labor after TVT-plasty. Acta Obstet Gynecol Scand. 2001 Mar; 80: 283-4

57330    Gauthier, A. R., Jr, Winters, J. C. Incontinent ileovesicostomy in the management of neurogenic bladder dysfunction. Neurourol Urodyn. 2003; 22: 142-6

41373    Gavira Iglesias, F. J., Caridad, y., Ocerin JM, Perez del Molino Martin, J., Valderrama Gama, E., Lopez Perez, M., Romero Lopez, M., Pavon Aranguren, M. V., Guerrero Munoz, J. B. Prevalence and psychosocial impact of urinary incontinence in older people of a Spanish rural population. J Gerontol A Biol Sci Med Sci. 2000 Apr; 55: M207-14

44628    Gearhart, J. P., Canning, D. A., Jeffs, R. D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-4

44189    Gearhart, J. P., Canning, D. A., Peppas, D. S., Jeffs, R. D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-3

44238    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-3

43711    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. The application of continent urinary stomas to bladder augmentation or replacement in the failed exstrophy reconstruction. Br J Urol. 1995 Jan; 75: 87-90

3546    Gearhart, J.P. Failed bladder exstrophy repair. Evaluation and management. Urol Clin North Am. 1991 Nov; 18: 687-699

3600    Gearhart, J.P., Canning, D.A., and Jeffs, R.D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-1084

3042    Gearhart, J.P., Canning, D.A., Peppas, D.S., and Jeffs, R.D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-443

3648    Gearhart, J.P., Jeffs, R.D. Techniques to create urinary continence in the cloacal exstrophy patient. J Urol. 1991 Aug; 146: 616-618

3094    Gearhart, J.P., Peppas, D.S., and Jeffs, R.D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-1113

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

43009    Gee, W. F., Holtgrewe, H. L., Albertsen, P. C., Litwin, M. S., Manyak, M. J., O'Leary, M. P., Painter, M. R., Blizzard, R. T., Fenninger, R. B., Emmons, L. Practice trends of American urologists in the treatment of impotence, incontinence and infertility. J Urol. 1996 Nov; 156: 1778-80

11165    Geirsson, G., Fall, M. Maximal functional electrical stimulation in routine practice. Neurourol Urodyn. 1997; 16: 559-65

3103    Geirsson, G., Fall, M., and Lindstrom, S. Subtypes of overactive bladder in old age. Age Ageing. 1993 Mar; 22: 125-131

3018    Geirsson, G., Fall, M., and Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-685

11807    Geirsson, G., Fall, M., Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-5

10097    Geis, K., Dietl, J. Ilioinguinal nerve entrapment after tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 136-8; discussion 138

44270    Gelber, D. A., Good, D. C., Laven, L. J., Verhulst, S. J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-82

3136    Gelber, D.A., Good, D.C., Laven, L.J., and Verhulst, S.J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-382

42937    Gelet, A., Meunier, P., Platet, R. L., AbdelRahim, A. F., Friaa, S., Lopez, J. G., Manzan, K., Dubernard, J. M. Treatment of dual urinary and fecal incontinence by implantation of two AMS 800 artificial sphincters. Case report. Eur Urol. 1997; 31: 115-7; discussion 117-8

3866    Gelet, A., Sanseverino, R., Salas, M., Martin, X., Marechal, J.M., and Dubernard, J.M. The AS 800 urinary sphincter in renal transplantation. Br J Urol. 1990 Nov; 66: 549-550

3568    Gelister, J.S., Woodhouse, C.R. Role of continent suprapubic diversion in pelvic cancer. Br J Urol. 1991 Oct; 68: 376-379

11613    Genadry, R. R. Evaluation and conservative management of women with stress urinary incontinence. Md Med J. 1995 Jan; 44: 31-5

44174    Genadry, R. R. Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 437-9

40991    Geomini, P. M., Brolmann, H. A., van Binsbergen, N. J., Mol, B. W. Vaginal vault suspension by abdominal sacral colpopexy for prolapse: a follow up study of 40 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 234-8

44615    George, V. K., Russell, G. L., Shutt, A., Gaches, C. G., Ashken, M. H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-9

3530    George, V.K., Russell, G.L., Shutt, A., Gaches, C.G., and Ashken, M.H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-489

40858    Georgiou, A., Potter, J., Brocklehurst, J. C., Lowe, D., Pearson, M. Measuring the quality of urinary continence care in long-term care facilities: an analysis of outcome indicators. Age Ageing. 2001 Jan; 30: 63-6

10425    Georgiou, M., Shehata, H. A., Chaliha, C., Byrne, P. D., McWhinney, N. A., Gough, P. M. Fasciitis: a rare complication of Burch colposuspension. BJOG. 2001 Feb; 108: 227-9

11235    Gerard, L. Group learning behavior modification and exercise for women with urinary incontinence. Urol Nurs. 1997 Mar; 17: 17-22

3796    Gerber, S.D. They don't all live happily ever after. Nursing. 1991 Mar; 21: 136

43520    Gerdin, E., Cnattingius, S., Johnson, P. Complications after radiotherapy and radical hysterectomy in early-stage cervical carcinoma. Acta Obstet Gynecol Scand. 1995 Aug; 74: 554-61

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 198 of 300 PageID #: 202737
Page 296 of 910

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**40442**    Gerharz, E. W., Kohl, U. N., Melekos, M. D., Bonfig, R., Weingartner, K., Riedmiller, H. Ten years' experience with the submucosally embedded in situ appendix in continent cutaneous diversion. Eur Urol. 2001 Dec; 40: 625-31

**42108**    Gerharz, E. W., Kohl, U. N., Weingartner, K., Kleinhans, B. J., Melekos, M. D., Riedmiller, H. Experience with the Mainz modification of ureterosigmoidostomy. Br J Surg. 1998 Nov; 85: 1512-6

**42607**    Gerharz, E. W., Vik, V., Webb, G., Leaver, R., Shah, P. J., Woodhouse, C. R. The value of the MACE (Malone antegrade colonic enema) procedure in adult patients. J Am Coll Surg. 1997 Dec; 185: 544-7

**11669**    German, K. A., Kynaston, H., Weight, S., Stephenson, T. P. A prospective randomized trial comparing a modified needle suspension procedure with the vagina/obturator shelf procedure for genuine stress incontinence. Br J Urol. 1994 Aug; 74: 188-90

**57020**    Gerrard, E. R., Jr, Lloyd, L. K., Kubricht, W. S., Kolettis, P. N. Transvaginal ultrasound for the diagnosis of urethral diverticulum. J Urol. 2003 Apr; 169: 1395-7

**51970**    Gerstenbluth, R. E., Goldman, H. B. Simultaneous urethral erosion of tension-free vaginal tape and woven polyester pubovaginal sling. J Urol. 2003 Aug; 170: 525-6

**42745**    Ghali, W. A., Freund, K. M., Boss, R. D., Ryan, C. A., Moskowitz, M. A. Menopausal hormone therapy: physician awareness of patient attitudes. Am J Med. 1997 Jul; 103: 3-10

**59214**    Ghezzi, F., Cromi, A., Raio, L., Bergamini, V., Triacca, P., Serati, M., Kuhn, A. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. Eur J Obstet Gynecol Reprod Biol. 2005 Jan 10; 118: 96-100

**52880**    Ghezzi, F., Franchi, M., Buttarelli, M., Serati, M., Raio, L., Maddalena, F. The use of suction drains at burch colposuspension and postoperative infectious morbidity. Arch Gynecol Obstet. 2003 Apr; 268: 41-4

**10629**    Ghoniem, G. M. Allograft sling material: is it the state of the art?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 69-70

**44031**    Ghoniem, G. M. Bladder neck wrap: a modified fascial sling in treatment of incontinence in myelomeningocele patients. Eur Urol. 1994; 25: 340-2

**11387**    Ghoniem, G. M. Modified rectus fascial suburethral sling. Tech Urol. 1996 Spring; 2: 16-21

**41335**    Ghoniem, G. M. Surgical management of intrinsic sphincter deficiency in women. Curr Opin Urol. 2000 May; 10: 245-50

**10094**    Ghoniem, G. M., Elgamasy, A. N., Elsergany, R., Kapoor, D. S. Grades of intrinsic sphincteric deficiency (ISD) associated with female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 99-105; discussion 105

**10955**    Ghoniem, G. M., Hassouna, M. E. Bladder neck prop using vaginal wall island for intrinsic sphincteric deficiency in elderly patients: a new technique. Urology. 1998 Oct; 52: 668-71

**10083**    Ghoniem, G. M., Kapoor, D. S. Nonautologous sling materials. Curr Urol Rep. 2001 Oct; 2: 357-63

**44056**    Ghoniem, G. M., Lapeyrolerie, J., Sood, O. P., Thomas, R. Tulane experience with management of urinary incontinence after placement of an artificial urinary sphincter. World J Urol. 1994; 12: 333-6

**43734**    Ghoniem, G. M., Monga, M. Modified pubovaginal sling and Martius graft for repair of the recurrent vesicovaginal fistula involving the internal urinary sphincter. Eur Urol. 1995; 27: 241-5

**59156**    Ghoniem, G. M., Van Leeuwen, J. S., Elser, D. M., Freeman, R. M., Zhao, Y. D., Yalcin, I., Bump, R. C. A randomized controlled trial of duloxetine alone, pelvic floor muscle training alone, combined treatment and no active treatment in women with stress urinary incontinence. J Urol. 2005 May; 173: 1647-53

**11655**    Ghoniem, G. M., Walters, F., Lewis, V. The value of the vaginal pack test in large cystoceles. J Urol. 1994 Sep; 152: 931-4

**44206**    Ghosh, T. S., Kwawukume, E. Y. A new method of achieving total continence in vesico-urethro-vaginal fistula (circumferential fistula) with total urethral destruction-- surgical technique. West Afr J Med. 1993 Jul-Sep; 12: 141-3

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

**59040** Ghosh, T., Banfield, P. J., Klazinga, D. A. An unusual complication of tension-free vaginal tape procedure: recurrent anterior vaginal wall abscess and sinus formation. J Obstet Gynaecol. 2004 Aug; 24: 590-1

**10902** Giacalone, P. L., Laffargue, F., Daures, J. P., Lombard, I. The Bologna bladder neck suspension procedure for treatment of stress urinary incontinence associated with cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 370-8

**42912** Giannakopoulos, X., Grammeniatis, E., Chambilomatis, P., Baltogiannis, D. Massive haemorrhage of inoperable bladder carcinomas: treatment by intravesical formalin solution. Int Urol Nephrol. 1997; 29: 33-8

**51990** Giannantoni, A., Di Stasi, S. M., Cucchi, A., Mearini, E., Bini, V., Porena, M. Pelvic floor muscle behavior during Valsalva leak point pressure measurement in males and females affected by stress urinary incontinence. J Urol. 2003 Aug; 170: 485-9

**40343** Giannantoni, A., Di Stasi, S. M., Stephen, R. L., Navarra, P., Scivoletto, G., Mearini, E., Porena, M. Intravesical capsaicin versus resiniferatoxin in patients with detrusor hyperreflexia: a prospective randomized study. J Urol. 2002 Apr; 167: 1710-4

**59387** Giannitsas, K., Perimenis, P., Athanasopoulos, A., Gyftopoulos, K., Nikiforidis, G., Barbalias, G. Comparison of the efficacy of tolterodine and oxybutynin in different urodynamic severity grades of idiopathic detrusor overactivity. Eur Urol. 2004 Dec; 46: 776-82; discussion 782-3

**43971** Gibb, H., Wong, G. How to choose: nurses' judgements of the effectiveness of a range of currently marketed continence aids. J Clin Nurs. 1994 Mar; 3: 77-86

**42550** Gibbons, G. Assessing and managing incontinence in women. Community Nurse. 1996 Jun; 2: 34-6

**10399** Giberti, C. Transvaginal sacrospinous colpopexy by palpation-a new minimally invasive procedure using an anchoring system. Urology. 2001 Apr; 57: 666-8; discussion 668-9

**10694** Giberti, C., Rovida, S. Transvaginal bone-anchored synthetic sling for the treatment of stress urinary incontinence: an outcomes analysis. Urology. 2000 Dec 20; 56: 956-61

**3881** Gibson, E. An exhibition to eradicate ignorance. Setting up a continence resource centre. Prof Nurse. 1990 Oct; 6: 38-41

**41965** Giddens, J. L., Radomski, S. B., Hirshberg, E. D., Hassouna, M., Fehlings, M. Urodynamic findings in adults with the tethered cord syndrome. J Urol. 1999 Apr; 161: 1249-54

**42779** Giladi, N., Kao, R., Fahn, S. Freezing phenomenon in patients with parkinsonian syndromes. Mov Disord. 1997 May; 12: 302-5

**41457** Gilbert, A. M., Antane, M. M., Argentieri, T. M., Butera, J. A., Francisco, G. D., Freeden, C., Gundersen, E. G., Graceffa, R. F., Herbst, D., Hirth, B. H., Lennox, J. R., McFarlane, G., Norton, N. W., Quagliato, D., Sheldon, J. H., Warga, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 2. Selective and potent benzylamino cyclobutenediones. J Med Chem. 2000 Mar 23; 43: 1203-14

**40545** Giles, L. G., Yamada, S. An unusual cause of incontinence. Aust Fam Physician. 2001 Aug; 30: 767-9

**10663** Gilja, I. Tansvaginal needle suspension operation: the way we do it. Clinical and urodynamic study: long-term results. Eur Urol. 2000 Mar; 37: 325-30

**43367** Gilja, I., Kovacic, M., Radej, M., Kosuta, D., Bakula, B., Goles, L. The sigmoidorectal pouch (Mainz pouch II). Eur Urol. 1996; 29: 210-5

**11063** Gilja, I., Puskar, D., Mazuran, B., Radej, M. Comparative analysis of bladder neck suspension using Raz, Burch and transvaginal Burch procedures. A 3-year randomized prospective study. Eur Urol. 1998; 33: 298-302

**11572** Gilja, I., Sarac, S., Radej, M. A modified Raz bladder neck suspension operation (transvaginal Burch). J Urol. 1995 May; 153: 1455-7

**10281** Gill, E. J., Elser, D. M., Bonidie, M. J., Roberts, K. M., Hurt, W. G. The routine use of cystoscopy with the Burch procedure. Am J Obstet Gynecol. 2001 Aug; 185: 345-8

**10032** Gill, E. J., Nichols, C. M. Cystoscopic confirmation of inadvertent ureteral catheterization during cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 266-7

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

41662   Gill, M. A., Schutze, G. E. Citrobacter urinary tract infections in children. Pediatr Infect Dis J. 1999 Oct; 18: 889-92

59241   Gill, S. S., Mamdani, M., Naglie, G., Streiner, D. L., Bronskill, S. E., Kopp, A., Shulman, K. I., Lee, P. E., Rochon, P. A. A prescribing cascade involving cholinesterase inhibitors and anticholinergic drugs. Arch Intern Med. 2005 Apr 11; 165: 808-13

44210   Gillatt, D. A., Feneley, R. C. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1993 Jul; 72: 122-3

42283   Gillberg, P. G., Sundquist, S., Nilvebrant, L. Comparison of the in vitro and in vivo profiles of tolterodine with those of subtype-selective muscarinic receptor antagonists. Eur J Pharmacol. 1998 May 22; 349: 285-92

3376   Gillon, G., Engelstein, D., and Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-356

11897   Gillon, G., Engelstein, D., Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-6

52360   Gilmour, D. Urinary incontinence in women. A surgeon's point of view. Can Fam Physician. 2003 May; 49: 557-8, 560-1

42782   Gil-Nagel, A., Gapany, S., Blesi, K., Villanueva, N., Bergen, D. Incontinence during treatment with gabapentin. Neurology. 1997 May; 48: 1467-8

54910   Gimbel, H., Zobbe, V., Andersen, B. M., Filtenborg, T., Gluud, C., Tabor, A. Randomised controlled trial of total compared with subtotal hysterectomy with one-year follow up results. BJOG. 2003 Dec; 110: 1088-98

11013   Ginsberg, D. A., Rovner, E. S., Raz, S. Posthysterectomy vaginal cuff fistula: diagnosis and management of an unusual cause of 'incontinence'. Urology. 1998 Jul; 52: 61-4; discussion 64-5

41218   Ginsberg, D., Rovner, E., Raz, S. Continence mechanism based on a modified ileocecal valve. Tech Urol. 2000 Sep; 6: 167-71

10264   Girao, M. J., Jarmy-Di Bella, Z. I., Sartori, M. G., Baracat, E. C., Lima, G. R. Doppler velocimetry parameters of periurethral vessels in postmenopausal incontinent women receiving estrogen replacement. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 241-6

59160   Giri, S. K., Drumm, J., Saunders, J. A., McDonald, J., Flood, H. D. Day-case sling surgery for stress urinary incontinence: feasibility and safety. BJU Int. 2005 Apr; 95: 827-32

40096   Girman, C. J., Chandler, J. M., Zimmerman, S. I., Martin, A. R., Hawkes, W., Hebel, J. R., Sloane, P. D., Magaziner, J. Prediction of fracture in nursing home residents. J Am Geriatr Soc. 2002 Aug; 50: 1341-7

40447   Gividen, J., Van Savage, J. G. Improvement in neurogenic bladder after the antegrade continence enema procedure. Urology. 2002 Jan; 59: 137

40927   Gladh, G., Mattsson, S., Lindstrom, S. Anogenital electrical stimulation as treatment of urge incontinence in children. BJU Int. 2001 Mar; 87: 366-71

56750   Gladh, G., Mattsson, S., Lindstrom, S. Intravesical electrical stimulation in the treatment of micturition dysfunction in children. Neurourol Urodyn. 2003; 22: 233-42

44481   Gladman, J. R., Harwood, D. M., Barer, D. H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-51

3387   Gladman, J.R., Harwood, D.M., and Barer, D.H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-351

10266   Glavind, K. Conservative treatment of stress incontinence with Geisha balls. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 223-4; discussion 224-5

11042   Glavind, K. Use of a vaginal sponge during aerobic exercises in patients with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 351-3

---

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

| | |
|---|---|
| 59400 | Glavind, K., Kempf, L. Colpectomy or Le Fort colpocleisis--a good option in selected elderly patients. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 48-51; discussion 51 |
| 10204 | Glavind, K., Larsen, E. H. Results and complications of tension-free vaginal tape (TVT) for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 370-2 |
| 10964 | Glavind, K., Laursen, B., Jaquet, A. Efficacy of biofeedback in the treatment of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 151-3 |
| 10878 | Glavind, K., Mouritsen, A. L., Lose, G. Management of stress and urge urinary incontinence in women. Acta Obstet Gynecol Scand. 1999 Feb; 78: 75-81 |
| 11421 | Glavind, K., Nohr, S. B., Walter, S. Biofeedback and physiotherapy versus physiotherapy alone in the treatment of genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 339-43 |
| 59110 | Glavind, K., Sander, P. Erosion, defective healing and extrusion after tension-free urethropexy for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 179-82 |
| 59021 | Glavind, K., Tetsche, M. S. Sexual function in women before and after suburethral sling operation for stress urinary incontinence: a retrospective questionnaire study. Acta Obstet Gynecol Scand. 2004 Oct; 83: 965-8 |
| 10387 | Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001755 |
| 10582 | Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001755 |
| 10086 | Glazener, C. M., Cooper, K. Bladder neck needle suspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD003636 |
| 59356 | Glazener, C. M., Herbison, G. P., MacArthur, C., Grant, A., Wilson, P. D. Randomised controlled trial of conservative management of postnatal urinary and faecal incontinence: six year follow up. BMJ. 2005 Feb 12; 330: 337 |
| 40612 | Glazener, C. M., Herbison, G. P., Wilson, P. D., MacArthur, C., Lang, G. D., Gee, H., Grant, A. M. Conservative management of persistent postnatal urinary and faecal incontinence: randomised controlled trial. BMJ. 2001 Sep 15; 323: 593-6 |
| 40117 | Glazener, C. M., Lapitan, M. C. Urodynamic investigations for management of urinary incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003195 |
| 10531 | Glazener, C., Cooper, K. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Oct; 107: 1324-5 |
| 10762 | Glazer, H. I., Romanzi, L., Polaneczky, M. Pelvic floor muscle surface electromyography. Reliability and clinical predictive validity. J Reprod Med. 1999 Sep; 44: 779-82 |
| 42615 | Glazier, D. B., Cummings, K. B., Barone, J. G. Urodynamic evaluation of profound microcephaly in children. Br J Urol. 1997 Nov; 80: 825-6 |
| 42616 | Glazier, D. B., Murphy, D. P., Fleisher, M. H., Cummings, K. B., Barone, J. G. Evaluation of the utility of video-urodynamics in children with urinary tract infection and voiding dysfunction. Br J Urol. 1997 Nov; 80: 806-8 |
| 41726 | Gleason, D. M., Susset, J., White, C., Munoz, D. R., Sand, P. K. Evaluation of a new once-daily formulation of oxybutynin for the treatment of urinary urge incontinence. Ditropan XL Study Group. Urology. 1999 Sep; 54: 420-3 |
| 57380 | Glenn, J. Restorative Nursing Bladder Training program: recommending a strategy. Rehabil Nurs. 2003 Jan-Feb; 28: 15-22 |
| 10570 | Glowacki, C. A., Wall, L. L. Bone anchors in urogynecology. Clin Obstet Gynecol. 2000 Sep; 43: 659-69 |
| 56970 | Godbole, P., Bryant, R., MacKinnon, A. E., Roberts, J. P. Endourethral injection of bulking agents for urinary incontinence in children. BJU Int. 2003 Apr; 91: 536-9 |
| 54840 | Godbole, P., Mackinnon, A. E. Expanded PTFE bladder neck slings for incontinence in children: the long-term outcome. BJU Int. 2004 Jan; 93: 139-41 |

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 202 of 300 PageID #: 202741

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 42534 | Godfrey, K. Incontinence in ethnic groups. Community Nurse. 1997 Jun; 3: 42 |
| 3383 | Godsey, S.G. Innovative technologies for the treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 22-26 |
| 52110 | Goel, M. C., Roberts, J. G. Dynamic rectus abdominis tendon colposuspension for female stress urinary incontinence: a new procedure and its follow-up. Urol Int. 2003; 71: 45-50 |
| 52340 | Goepel, C., Hefler, L., Methfessel, H. D., Koelbl, H. Periurethral connective tissue status of postmenopausal women with genital prolapse with and without stress incontinence. Acta Obstet Gynecol Scand. 2003 Jul; 82: 659-64 |
| 42787 | Goepel, M., Sperling, H., Stohrer, M., Otto, T., Rubben, H. Management of neurogenic fecal incontinence in myelodysplastic children by a modified continent appendiceal stoma and antegrade colonic enema. Urology. 1997 May; 49: 758-61 |
| 40459 | Goer, H. The case against elective cesarean section. J Perinat Neonatal Nurs. 2001 Dec; 15: 23-38; quiz 89 |
| 42795 | Goessl, C., Knispel, H. H., Miller, K. Is detrusor instability a premature variant of normal micturition reflex?. Lancet. 1997 Apr 26; 349: 1255-6 |
| 10960 | Gofrit, O. N., Landau, E. H., Shapiro, A., Pode, D. The Stamey procedure for stress incontinence: long-term results. Eur Urol. 1998 Oct; 34: 339-43 |
| 41738 | Gofrit, O. N., Pode, D., Landau, E. H. Vesicocolonic fistula four years after augmentation colocystoplasty. Urol Int. 1999; 62: 117-8 |
| 44527 | Goldberg, N.S., Esterly, N. B., Rothman, K. F., Fallon, J. D., Cropley, T. G., Szaniawski, W., Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-2 |
| 3479 | Goldberg, N.S., Esterly, N.B., Rothman, K.F., Fallon, J.D., Cropley, T.G., Szaniawski, W., and Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-242 |
| 10221 | Goldberg, R. P., Koduri, S., Lobel, R. W., Culligan, P. J., Tomezsko, J. E., Winkler, H. A., Sand, P. K. Protective effect of suburethral slings on postoperative cystocele recurrence after reconstructive pelvic operation. Am J Obstet Gynecol. 2001 Dec; 185: 1307-12; discussion 1312-3 |
| 52170 | Goldberg, R. P., Kwon, C., Gandhi, S., Atkuru, L. V., Sorensen, M., Sand, P. K. Urinary incontinence among mothers of multiples: the protective effect of cesarean delivery. Am J Obstet Gynecol. 2003 Jun; 188: 1447-50; discussion 1450-3 |
| 41113 | Goldberg, R. P., Sand, P. K. Electromagnetic pelvic floor stimulation: applications for the gynecologist. Obstet Gynecol Surv. 2000 Nov; 55: 715-20 |
| 40499 | Goldberg, R. P., Sand, P. K., Beck, H. Early-stage ovarian carcinoma presenting with irritative voiding symptoms and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 342-4 |
| 59144 | Goldberg, R. P., Tchetgen, M. B., Sand, P. K., Koduri, S., Rackley, R., Appell, R., Culligan, P. J. Incidence of pubic osteomyelitis after bladder neck suspension using bone anchors. Urology. 2004 Apr; 63: 704-8 |
| 10362 | Goldman, H. B. In situ anterior vaginal wall sling. Tech Urol. 2001 Jun; 7: 101-4 |
| 51280 | Goldman, H. B. Simple sling incision for the treatment of iatrogenic urethral obstruction. Urology. 2003 Oct; 62: 714-8 |
| 10875 | Goldman, H. B., Rackley, R. R., Appell, R. A. The efficacy of urethrolysis without re-suspension for iatrogenic urethral obstruction. J Urol. 1999 Jan; 161: 196-8; discussion 198-9 |
| 10245 | Goldman, H. B., Rackley, R. R., Appell, R. A. The in situ anterior vaginal wall sling: predictors of success. J Urol. 2001 Dec; 166: 2259-62 |
| 44503 | Goldstein, M., Hawthorne, M. E., Engeberg, S., McDowell, B. J., Burgio, K. L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20 |
| 3434 | Goldstein, M., Hawthorne, M.E., Engeberg, S., McDowell, B.J., and Burgio, K.L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20 |

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

59243    Goldstein, R. E., Westropp, J. L. Urodynamic testing in the diagnosis of small animal micturition disorders. Clin Tech Small Anim Pract. 2005 Feb; 20: 65-72

40036    Goldstein, S. R., Nanavati, N. Adverse events that are associated with the selective estrogen receptor modulator levormeloxifene in an aborted phase III osteoporosis treatment study. Am J Obstet Gynecol. 2002 Sep; 187: 521-7

44113    Goldwasser, B., Ben-Chaim, J., Golomb, J., Leibovitch, I., Mor, Y., Avigad, I. Bladder neck closure with an Indiana stoma outlet as a technique for continent vesicostomy. Surg Gynecol Obstet. 1993 Nov; 177: 448-50

4228    Golimbu, M., al-Askari, S., and Morales, P. Transpubic approach for lower urinary tract surgery: a 15-year experience. J Urol. 1990 Jan; 143: 72-76

40370    Golliot, F., Astagneau, P., Cassou, B., Okra, N., Rothan-Tondeur, M., Brucker, G. Nosocomial infections in geriatric long-term-care and rehabilitation facilities: exploration in the development of a risk index for epidemiological surveillance. Infect Control Hosp Epidemiol. 2001 Dec; 22: 746-53

3126    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., and Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-834

44254    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-4

11720    Golomb, J., Goldwasser, B., Mashiach, S. Raz bladder neck suspension in women younger than sixty-five years compared with elderly women: three years' experience. Urology. 1994 Jan; 43: 40-3

10451    Golomb, J., Groutz, A., Mor, Y., Leibovitch, I., Ramon, J. Management of urethral erosion caused by a pubovaginal fascial sling. Urology. 2001 Jan; 57: 159-60

11252    Golomb, J., Shenfeld, O., Shelhav, A., Ramon, J. Suspended pubovaginal fascial sling for the correction of complicated stress urinary incontinence. Eur Urol. 1997; 32: 170-4

52390    Gomelsky, A., Dmochowski, R. R. Incisional bladder hernia after rectus fascial sling. J Urol. 2003 Jun; 169: 2299

55780    Gomelsky, A., Nitti, V. W., Dmochowski, R. R. Management of obstructive voiding dysfunction after incontinence surgery: lessons learned. Urology. 2003 Sep; 62: 391-9

50150    Gomelsky, A., Rudy, D. C., Dmochowski, R. R. Porcine dermis interposition graft for repair of high grade anterior compartment defects with or without concomitant pelvic organ prolapse procedures. J Urol. 2004 Apr; 171: 1581-4

40415    Gomes, C. M., Trigo-Rocha, F., Arap, M. A., Gabriel, A. J., Alaor de Figueiredo, J., Arap, S. Schistosomal myelopathy: urologic manifestations and urodynamic findings. Urology. 2002 Feb; 59: 195-200

43715    Gonzalez, R., Buson, H., Reid, C., Reinberg, Y. Seromuscular colocystoplasty lined with urothelium: experience with 16 patients. Urology. 1995 Jan; 45: 124-9

4125    Gonzalez, R., Fernandes, E.T. Single-stage feminization genitoplasty. J Urol. 1990 Apr; 143: 776-778

57790    Gonzalez, R., Jednak, R., Franc-Guimond, J., Schimke, C. M. Treating neuropathic incontinence in children with seromuscular colocystoplasty and an artificial urinary sphincter. BJU Int. 2002 Dec; 90: 909-11

10288    Gonzalez-Argente, F. X., Jain, A., Nogueras, J. J., Davila, G. W., Weiss, E. G., Wexner, S. D. Prevalence and severity of urinary incontinence and pelvic genital prolapse in females with anal incontinence or rectal prolapse. Dis Colon Rectum. 2001 Jul; 44: 920-6

54270    Goode, P. S. Behavioral and drug therapy for urinary incontinence. Urology. 2004 Mar; 63: 58-64

11181    Goode, P. S., Burgio, K. L. Pharmacologic treatment of lower urinary tract dysfunction in geriatric patients. Am J Med Sci. 1997 Oct; 314: 262-7

59251    Goode, P. S., Burgio, K. L., Halli, A. D., Jones, R. W., Richter, H. E., Redden, D. T., Baker, P. S., Allman, R. M. Prevalence and correlates of fecal incontinence in community-dwelling older adults. J Am Geriatr Soc. 2005 Apr; 53: 629-35

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

**51910** Goode, P. S., Burgio, K. L., Locher, J. L., Roth, D. L., Umlauf, M. G., Richter, H. E., Varner, R. E., Lloyd, L. K. Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA. 2003 Jul 16; 290: 345-52

**10114** Goode, P. S., Burgio, K. L., Locher, J. L., Umlauf, M. G., Lloyd, L. K., Roth, D. L. Urodynamic changes associated with behavioral and drug treatment of urge incontinence in older women. J Am Geriatr Soc. 2002 May; 50: 808-16

**41140** Goode, P. S., Locher, J. L., Bryant, R. L., Roth, D. L., Burgio, K. L. Measurement of postvoid residual urine with portable transabdominal bladder ultrasound scanner and urethral catheterization. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 296-300

**11889** Goodno, J. A., Jr, Powers, T. W. Modified retropubic cystourethropexy. II. Am J Obstet Gynecol. 1992 Jun; 166: 1678-81; discussion 1681-2

**42703** Goodwin, T. M., Banks, E., Millar, L. K., Phelan, J. P. Catastrophic shoulder dystocia and emergency symphysiotomy. Am J Obstet Gynecol. 1997 Aug; 177: 463-4

**10251** Gordon, D., Gold, R. S., Pauzner, D., Lessing, J. B., Groutz, A. Combined genitourinary prolapse repair and prophylactic tension-free vaginal tape in women with severe prolapse and occult stress urinary incontinence: preliminary results. Urology. 2001 Oct; 58: 547-50

**10277** Gordon, D., Groutz, A. Evaluation of female lower urinary tract symptoms: overview and update. Curr Opin Obstet Gynecol. 2001 Oct; 13: 521-7

**42311** Gordon, D., Groutz, A., Ascher-Landsberg, J., Lessing, J. B., David, M. P., Razz, O. Double-blind, placebo-controlled study of magnesium hydroxide for treatment of sensory urgency and detrusor instability: preliminary results. Br J Obstet Gynaecol. 1998 Jun; 105: 667-9

**30848** Gordon, D., Groutz, A., Goldman, G., Avni, A., Wolf, Y., Lessing, J. B., David, M. P. Anal incontinence: prevalence among female patients attending a urogynecologic clinic. Neurourol Urodyn. 1999; 18: 199-204

**10734** Gordon, D., Groutz, A., Sinai, T., Wiezman, A., Lessing, J. B., David, M. P., Aizenberg, D. Sexual function in women attending a urogynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 325-8

**10832** Gordon, D., Groutz, A., Wolman, I., Lessing, J. B., David, M. P. Development of postoperative urinary stress incontinence in clinically continent patients undergoing prophylactic Kelly plication during genitourinary prolapse repair. Neurourol Urodyn. 1999; 18: 193-7; discussion 197-8

**43700** Gorman, R. Expert system for management of urinary incontinence in women. Proc Annu Symp Comput Appl Med Care. 1995; : 527-31

**43852** Gormley, E. A., Bloom, D. A., McGuire, E. J., Ritchey, M. L. Pubovaginal slings for the management of urinary incontinence in female adolescents. J Urol. 1994 Aug; 152: 822-5; discussion 826-7

**44277** Gormley, E. A., Griffiths, D. J., McCracken, P. N., Harrison, G. M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-9

**3100** Gormley, E.A., Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-269

**10652** Gorton, E., Stanton, S. Ambulatory urodynamics: do they help clinical management?. BJOG. 2000 Mar; 107: 316-9

**10851** Gorton, E., Stanton, S. Iontophoresis as a new method of delivering local anesthesia to the urethra: a pilot study. Urology. 1999 Apr; 53: 790-2

**11064** Gorton, E., Stanton, S. Urinary incontinence in elderly women. Eur Urol. 1998; 33: 241-7

**10720** Gorton, E., Stanton, S., Monga, A., Wiskind, A. K., Lentz, G. M., Bland, D. R. Periurethral collagen injection: a long-term follow-up study. BJU Int. 1999 Dec; 84: 966-71

**44190** Gosalbez, R., Jr, Woodard, J. R., Broecker, B. H., Parrott, T. S., Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-40

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

## American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

| | |
|---|---|
| 10948 | Gosalbez, R., Castellan, M. Defining the role of the bladder-neck sling in the surgical treatment of urinary incontinence in children with neurogenic incontinence. World J Urol. 1998; 16: 285-91 |
| 3043 | Gosalbez, R., Jr., Woodard, J.R., Broecker, B.H., Parrott, T.S., and Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-440 |
| 41300 | Gosling, J. A. The structure of the bladder neck, urethra and pelvic floor in relation to female urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 177-8 |
| 3549 | Gotoh, M., Kondo, A., and Miyake, K. Bladder compliance in myelodysplastic children: does antireflux surgery compromise it?. Urol Int. 1991; 47 Suppl 1: 63-66 |
| 44476 | Gough, M., McDermott, E. W., Lyons, B., Hederman, W. P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-2 |
| 3331 | Gough, M., McDermott, E.W., Lyons, B., and Hederman, W.P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-542 |
| 40571 | Gousse, A. E., Madjar, S., Lambert, M. M., Fishman, I. J. Artificial urinary sphincter for post-radical prostatectomy urinary incontinence: long-term subjective results. J Urol. 2001 Nov; 166: 1755-8 |
| 42272 | Gousse, A. E., Safir, M. H., Cortina, G., Safman, K., Raz, S. Tubulovillous adenoma in the cecal segment after cecocystoplasty. J Urol. 1998 Aug; 160: 490-1 |
| 10554 | Gousse, A. E., Safir, M. H., Madjar, S., Ziadlourad, F., Raz, S. Life-threatening anaphylactoid reaction associated with indigo carmine intravenous injection. Urology. 2000 Sep 1; 56: 508 |
| 42953 | Govier, F. E., Gibbons, R. P., Correa, R. J., Weissman, R. M., Pritchett, T. R., Hefty, T. R. Pubovaginal slings using fascia lata for the treatment of intrinsic sphincter deficiency. J Urol. 1997 Jan; 157: 117-21 |
| 40756 | Govier, F. E., Kobashi, K. Pubovaginal slings: a review of the technical variables. Curr Opin Urol. 2001 Jul; 11: 405-10 |
| 43847 | Govier, F. E., Pritchett, T. R., Kornman, J. D. Correlation of the cystoscopic appearance and functional integrity of the female urethral sphincteric mechanism. Urology. 1994 Aug; 44: 250-3 |
| 10461 | Grady, D., Brown, J. S., Vittinghoff, E., Applegate, W., Varner, E., Snyder, T. Postmenopausal hormones and incontinence: the Heart and Estrogen/Progestin Replacement Study. Obstet Gynecol. 2001 Jan; 97: 116-20 |
| 10301 | Graham, C. A., Mallett, V. T. Race as a predictor of urinary incontinence and pelvic organ prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 116-20 |
| 40010 | Graham, C. W., Dmochowski, R. R., Faerber, G. J., Clemens, J. Q., Westney, O. L. Pubic osteomyelitis following bladder neck surgery using bone anchors: a report of 9 cases. J Urol. 2002 Nov; 168: 2055-7; discussion 2057-8 |
| 11102 | Graham, J. M. A modified cystourethropexy in management of incontinence and dyspareunia. J S C Med Assoc. 1998 Jan; 94: 33 |
| 12030 | Graham, J. M., Stresing, H. A. A modified cystourethropexy in the management of incontinence and dyspareunia. J S C Med Assoc. 1990 Nov; 86: 578-82 |
| 43861 | Gray, E. H., Ordorica, R. C. Assisting your patient with intractable urinary incontinence: absorbent products and devices. R I Med. 1994 Aug; 77: 287-9 |
| 4093 | Gray, M. Congenital causes of incontinence in childhood: presentation and treatment. J Enterostomal Ther. 1990 Mar-Apr; 17: 47-53 |
| 3354 | Gray, M. Electrostimulation in the management of voiding dysfunction. Urol Nurs. 1992 Jun; 12: 73-74 |
| 3606 | Gray, M. Role of the ET nurse in the management of incontinence [editorial]. J ET Nurs. 1991 Sep-Oct; 18: 151-152 |
| 59096 | Gray, M. Stress urinary incontinence in women. J Am Acad Nurse Pract. 2004 May; 16: 188-90, 192-7 |
| 57100 | Gray, M. L. Gender, race, and culture in research on UI: sensitivity and screening are integral to adequate patient care. Am J Nurs. 2003 Mar; Suppl: 20-5 |

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

57890  Gray, M., Bliss, D. Z., Bookout, K., Colwell, J., Dutcher, J. A., Engberg, S., Evans, E., Jacobson, T., Scemons, D. Evidence-based nursing practice: a primer for the WOC nurse. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 283-6

4094  Gray, M., Doughty, D. Urinary incontinence: challenge for collaboration in care [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 45-46

11808  Gray, M., King, C. J. Urodynamic evaluation of the intrinsically incompetent sphincter. Urol Nurs. 1993 Jun; 13: 67-9

10403  Gray, M., McClain, R., Peruggia, M., Patrie, J., Steers, W. D. A model for predicting motor urge urinary incontinence. Nurs Res. 2001 Mar-Apr; 50: 116-22

43687  Gray, M., Rayome, R., Anson, C. Incontinence and clean intermittent catheterization following spinal cord injury. Clin Nurs Res. 1995 Feb; 4: 6-18; discussion 19-21

43416  Gray, R., Stern, G., Malone-Lee, J. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age and not disease. Age Ageing. 1995 Nov; 24: 499-504

53570  Grdal, M., Tekin, A., Erdoan, K., Sengr, F. Endoscopic silicone injection for female stress urinary incontinence due to intrinsic sphincter deficiency: impact of coexisting urethral mobility on treatment outcome. Urology. 2002 Dec; 60: 1016-9

42338  Grealish, M., O'Dowd, T. C. General practitioners and women with urinary incontinence. Br J Gen Pract. 1998 Feb; 48: 975-7

3142  Green, B. Elderly care: a poor substitute for life. Nurs Stand. 1993 Jan 20-26; 7: 20-23

3989  Green, N., Treible, D., and Wallack, H. Prostate cancer: post-irradiation incontinence. J Urol. 1990 Aug; 144: 307-309

4013  Green, R.J., Laycock, J. Objective methods for evaluation of interferential therapy in the treatment of incontinence. IEEE Trans Biomed Eng. 1990 Jun; 37: 615-623

41345  Greenberger, P. Public education for women's health. J Womens Health Gend Based Med. 1999 Jun; 8: 583-5

41990  Greendale, G. A., Lee, N. P., Arriola, E. R. The menopause. Lancet. 1999 Feb 13; 353: 571-80

40924  Greendale, G. A., Petersen, L., Zibecchi, L., Ganz, P. A. Factors related to sexual function in postmenopausal women with a history of breast cancer. Menopause. 2001 Summer; 8: 111-9

3651  Greenfield, S.P., Fera, M. The use of intravesical oxybutynin chloride in children with neurogenic bladder. J Urol. 1991 Aug; 146: 532-534

40548  Greenwell, T. J., Venn, S. N., Mundy, A. R. Augmentation cystoplasty. BJU Int. 2001 Oct; 88: 511-25

41947  Gregory, H. Continence. Case study: time well spent. Nurs Times. 1999 Feb 10-16; 95: 72

43978  Gregory, S. P. Developments in the understanding of the pathophysiology of urethral sphincter mechanism in competence in the bitch. Br Vet J. 1994 Mar-Apr; 150: 135-50

43285  Gregory, S. P., Cripps, P. J., Holt, P. E. Comparison of urethral pressure profilometry and contrast radiography in the diagnosis of incompetence of the urethral sphincter mechanism in bitches. Vet Rec. 1996 Jan 20; 138: 58-61

11826  Gregory, S. P., Holt, P. E. Comparison of stressed simultaneous urethral pressure profiles between anesthetized continent and incontinent bitches with urethral sphincter mechanism incompetence. Am J Vet Res. 1993 Feb; 54: 216-22

43832  Gregory, S. P., Holt, P. E. The immediate effect of colposuspension on resting and stressed urethral pressure profiles in anaesthetized incontinent bitches. Vet Surg. 1994 Sep-Oct; 23: 330-40

41873  Gregory, S. P., Holt, P. E., Parkinson, T. J., Wathes, C. M. Vaginal position and length in the bitch: relationship to spaying and urinary incontinence. J Small Anim Pract. 1999 Apr; 40: 180-4

44419  Gregory, S. P., Parkinson, T. J., Holt, P. E. Urethral conformation and position in relation to urinary incontinence in the bitch. Vet Rec. 1992 Aug 22; 131: 167-70

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 42925 | Gregory, S. P., Trower, N. D. Surgical treatment of urinary incontinence resulting from a complex congenital abnormality in two dogs. J Small Anim Pract. 1997 Jan; 38: 25-8 |
| 10061 | Greydanus, D. E., Patel, D. R. The female athlete. Before and beyond puberty. Pediatr Clin North Am. 2002 Jun; 49: 553-80, vi |
| 42185 | Griebling, T. L., Berman, C. J., Kreder, K. J. Fascia lata sling cystourethropexy for the management of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 165-73 |
| 42765 | Griebling, T. L., Nygaard, I. E. The role of estrogen replacement therapy in the management of urinary incontinence and urinary tract infection in postmenopausal women. Endocrinol Metab Clin North Am. 1997 Jun; 26: 347-60 |
| 12092 | Griffith-Jones, M. D., Abrams, P. H. The Stamey endoscopic bladder neck suspension in the elderly. Br J Urol. 1990 Feb; 65: 170-2 |
| 11993 | Griffith-Jones, M. D., Jarvis, G. J., McNamara, H. M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction?. Br J Urol. 1991 Mar; 67: 295-7 |
| 3728 | Griffith-Jones, M.D., Jarvis, G.J., and McNamara, H.M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction? [see comments]. Br J Urol. 1991 Mar; 67: 295-297 |
| 10993 | Griffiths, D. Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol. 1998; 34 Suppl 1: 13-5 |
| 42316 | Griffiths, D. Clinical studies of cerebral and urinary tract function in elderly people with urinary incontinence. Behav Brain Res. 1998 May; 92: 151-5 |
| 43304 | Griffiths, D. J., Harrison, G., Moore, K., McCracken, P. Variability of post-void residual urine volume in the elderly. Urol Res. 1996; 24: 23-6 |
| 44705 | Griffiths, D. J., McCracken, P. N., Harrison, G. M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-71 |
| 44480 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201 |
| 11833 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7 |
| 40379 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K. N. Urge incontinence and impaired detrusor contractility in the elderly. Neurourol Urodyn. 2002; 21: 126-31 |
| 43926 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K., Hooper, R., McEwan, A. J., Triscott, J. Cerebral aetiology of urinary urge incontinence in elderly people. Age Ageing. 1994 May; 23: 246-50 |
| 43359 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urge incontinence in elderly people: factors predicting the severity of urine loss before and after pharmacological treatment. Neurourol Urodyn. 1996; 15: 53-7 |
| 44045 | Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urinary incontinence in the elderly: the brain factor. Scand J Urol Nephrol Suppl. 1994; 157: 83-8 |
| 43027 | Griffiths, D. J., Versi, E. Urethral function. Curr Opin Obstet Gynecol. 1996 Oct; 8: 372-5 |
| 44060 | Griffiths, D., Harrison, G., Moore, K., McCracken, P. Long-term changes in urodynamic studies of voiding in the elderly. Urol Res. 1994; 22: 235-8 |
| 3687 | Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-471 |
| 3344 | Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201 |
| 3099 | Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7 |

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 208 of 800 PageID #: 202747

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 10946 | Griffiths, J. M., Black, N. A., Pope, C., Stanley, J., Bowling, A., Abel, P. D. What determines the choice of procedure in stress incontinence surgery? The use of multilevel modeling. Int J Technol Assess Health Care. 1998 Summer; 14: 431-45 |
| 42382 | Grignaffini, A., Bazzani, F., Bertoli, P., Petrelli, M., Vadora, E. Intravesicular prostaglandin E2 for the prophylaxis of urinary retention after colpohysterectomy. J Int Med Res. 1998 Mar-Apr; 26: 87-92 |
| 3102 | Grimby, A., Milsom, I., Molander, U., Wiklund, I., and Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-89 |
| 11821 | Grimby, A., Milsom, I., Molander, U., Wiklund, I., Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-9 |
| 43704 | Grimby, A., Rosenhall, U. Health-related quality of life and dizziness in old age. Gerontology. 1995; 41: 286-98 |
| 11111 | Grimby, A., Svanborg, A. Morbidity and health-related quality of life among ambulant elderly citizens. Aging (Milano). 1997 Oct; 9: 356-64 |
| 12010 | Grischke, E. M., Anton, H., Stolz, W., von Fournier, D., Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-9 |
| 3581 | Grischke, E.M., Anton, H., Stolz, W., von-Fournier, D., and Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-229 |
| 55380 | Grodstein, F., Fretts, R., Lifford, K., Resnick, N., Curhan, G. Association of age, race, and obstetric history with urinary symptoms among women in the Nurses' Health Study. Am J Obstet Gynecol. 2003 Aug; 189: 428-34 |
| 54570 | Grodstein, F., Lifford, K., Resnick, N. M., Curhan, G. C. Postmenopausal hormone therapy and risk of developing urinary incontinence. Obstet Gynecol. 2004 Feb; 103: 254-60 |
| 42205 | Grody, M. H. Urinary incontinence and concomitant prolapse. Clin Obstet Gynecol. 1998 Sep; 41: 777-85 |
| 59049 | Groen, J., Bosch, J. L. Bladder contraction strength parameters poorly predict the necessity of long-term catheterization after a pubovaginal rectus fascial sling procedure. J Urol. 2004 Sep; 172: 1006-9 |
| 41052 | Groen, J., van Mastrigt, R., Bosch, J. L. Computerized assessment of detrusor instability in patients treated with sacral neuromodulation. J Urol. 2001 Jan; 165: 169-73 |
| 42247 | Gross, J. C. A comparison of the characteristics of incontinent and continent stroke patients in a rehabilitation program. Rehabil Nurs. 1998 May-Jun; 23: 132-40 |
| 41551 | Gross, J. C. Urinary incontinence and stroke outcomes. Arch Phys Med Rehabil. 2000 Jan; 81: 22-7 |
| 43098 | Gross, J. S., Shua-Haim, J. R. Urinary incontinence responsive to desmopressin: a case report. J Am Geriatr Soc. 1996 Aug; 44: 1015-6 |
| 3070 | Grosshans, C., Passadori, Y., and Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-638 |
| 44215 | Grosshans, C., Passadori, Y., Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-8 |
| 10493 | Grossklaus, D. J., Franke, J. J. Treatment of elderly women with urge incontinence in middle tennessee: a single institution practice-based study. Tenn Med. 2000 Dec; 93: 457-60 |
| 41403 | Groutz, A., Blaivas, J. G., Chaikin, D. C. Bladder outlet obstruction in women: definition and characteristics. Neurourol Urodyn. 2000; 19: 213-20 |
| 41246 | Groutz, A., Blaivas, J. G., Chaikin, D. C., Resnick, N. M., Engleman, K., Anzalone, D., Bryzinski, B., Wein, A. J. Noninvasive outcome measures of urinary incontinence and lower urinary tract symptoms: a multicenter study of micturition diary and pad tests. J Urol. 2000 Sep; 164: 698-701 |

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 209 of 300 PageID #: 202748

41586 Groutz, A., Blaivas, J. G., Fait, G., Sassone, A. M., Chaikin, D. C., Gordon, D. The significance of the American Urological Association symptom index score in the evaluation of women with bladder outlet obstruction. J Urol. 2000 Jan; 163: 207-11

10382 Groutz, A., Blaivas, J. G., Hyman, M. J., Chaikin, D. C. Pubovaginal sling surgery for simple stress urinary incontinence: analysis by an outcome score. J Urol. 2001 May; 165: 1597-600

10520 Groutz, A., Blaivas, J. G., Kesler, S. S., Weiss, J. P., Chaikin, D. C. Outcome results of transurethral collagen injection for female stress incontinence: assessment by urinary incontinence score. J Urol. 2000 Dec; 164: 2006-9

41520 Groutz, A., Blaivas, J. G., Rosenthal, J. E. A simplified urinary incontinence score for the evaluation of treatment outcomes. Neurourol Urodyn. 2000; 19: 127-35

10292 Groutz, A., Chaikin, D. C., Theusen, E., Blaivas, J. G. Use of cadaveric solvent-dehydrated fascia lata for cystocele repair-- preliminary results. Urology. 2001 Aug; 58: 179-83

10840 Groutz, A., Fait, G., Lessing, J. B., David, M. P., Wolman, I., Jaffa, A., Gordon, D. Incidence and obstetric risk factors of postpartum anal incontinence. Scand J Gastroenterol. 1999 Mar; 34: 315-8

10768 Groutz, A., Gordon, D., Keidar, R., Lessing, J. B., Wolman, I., David, M. P., Chen, B. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous premenopausal women. Neurourol Urodyn. 1999; 18: 419-25

10517 Groutz, A., Gordon, D., Wolman, I., Jaffa, A. J., Kupferminc, M. J., David, M. P., Lessing, J. B. The use of prophylactic Stamey bladder neck suspension to prevent post- operative stress urinary incontinence in clinically continent women undergoing genitourinary prolapse repair. Neurourol Urodyn. 2000; 19: 671-6

10432 Groutz, A., Gordon, D., Wolman, I., Jaffa, A., Kupferminc, M. J., Lessing, J. B. Persistent postpartum urinary retention in contemporary obstetric practice. Definition, prevalence and clinical implications. J Reprod Med. 2001 Jan; 46: 44-8

50550 Groutz, A., Rimon, E., Peled, S., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Cesarean section: does it really prevent the development of postpartum stress urinary incontinence? A prospective study of 363 women one year after their first delivery. Neurourol Urodyn. 2004; 23: 2-6

11723 Grunberger, W., Grunberger, V., Wierrani, F. Pelvic promontory fixation of the vaginal vault in sixty-two patients with prolapse after hysterectomy. J Am Coll Surg. 1994 Jan; 178: 69-72

41350 Gu, B. J., Ishizuka, O., Igawa, Y., Nishizawa, O., Andersson, K. E. Role of supraspinal tachykinins for micturition in conscious rats with and without bladder outlet obstruction. Naunyn Schmiedebergs Arch Pharmacol. 2000 May; 361: 543-8

57760 Guarisi, T., Pinto-Neto, A. M., Herrmann, V., Faundes, A. Urodynamics in climacteric women with urinary incontinence: correlation with route of delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 366-71; discussion 371

41332 Gufler, H., DeGregorio, G., Allmann, K. H., Kundt, G., Dohnicht, S. Comparison of cystourethrography and dynamic MRI in bladder neck descent. J Comput Assist Tomogr. 2000 May-Jun; 24: 382-8

41934 Gufler, H., Laubenberger, J., DeGregorio, G., Dohnicht, S., Langer, M. Pelvic floor descent: dynamic MR imaging using a half-Fourier RARE sequence. J Magn Reson Imaging. 1999 Mar; 9: 378-83

3106 Gundian, J.C., Barrett, D.M., and Parulkar, B.G. Mayo Clinic experience with the AS800 artificial urinary sphincter for urinary incontinence after transurethral resection of prostate or open prostatectomy. Urology. 1993 Apr; 41: 318-321

11726 Guner, H., Yildiz, A., Erdem, A., Erdem, M., Tiftik, Z., Yildirim, M. Surgical treatment of urinary stress incontinence by a suburethral sling procedure using a Mersilene mesh graft. Gynecol Obstet Invest. 1994; 37: 52-5

10759 Guneren, E., Eroglu, L., Kocak, I., Uysal, O. A. Urinary incontinence was improved after abdominoplasty using a very low incision. Plast Reconstr Surg. 1999 Oct; 104: 1582-4

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 210 of 300 PageID #: 202749

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

**11083**  Gungor, T., Ekin, M., Dogan, M., Mungan, T., Ozcan, U., Gokmen, O. Influence of anterior colporrhaphy with colpoperineoplasty operations for stress incontinence and/or genital descent on sexual life. J Pak Med Assoc. 1997 Oct; 47: 248-50

**11640**  Gunn, G. C., Cooper, R. P., Gordon, N. S., Gagnon, L. Use of a new device for endoscopic suturing in the laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1994 Nov; 2: 65-70

**10766**  Gunnarsson, M., Ahlmann, S., Lindstrom, S., Rosen, I., Mattiasson, A. Cortical magnetic stimulation in patients with genuine stress incontinence: correlation with results of pelvic floor exercises. Neurourol Urodyn. 1999; 18: 437-44; discussion 444-5

**11735**  Gunnarsson, M., Mattiasson, A. Circumvaginal surface electromyography in women with urinary incontinence and in healthy volunteers. Scand J Urol Nephrol Suppl. 1994; 157: 89-95

**10745**  Gunnarsson, M., Mattiasson, A. Female stress, urge, and mixed urinary incontinence are associated with a chronic and progressive pelvic floor/vaginal neuromuscular disorder: An investigation of 317 healthy and incontinent women using vaginal surface electromyography. Neurourol Urodyn. 1999; 18: 613-21

**10088**  Gunnarsson, M., Teleman, P., Mattiasson, A., Lidfeldt, J., Nerbrand, C., Samsioe, G. Effects of pelvic floor exercises in middle aged women with a history of naive urinary incontinence: a population based study. Eur Urol. 2002 May; 41: 556-61

**10546**  Gunthorpe, W., Brown, W., Redman, S. The development and evaluation of an incontinence screening questionnaire for female primary care. Neurourol Urodyn. 2000; 19: 595-607

**41768**  Gupta, A. Pruritus in the elderly. Practitioner. 1999 Mar; 243: 203-7

**40063**  Gupta, G., Aronow, W. S. Hormone replacement therapy. An analysis of efficacy based on evidence. Geriatrics. 2002 Aug; 57: 18-20, 23-4

**42297**  Gupta, N. P., Dorairajan, L. N., Chahal, R. Total genitourinary reconstruction in adult female epispadias: a report of 2 cases and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 55-7

**41974**  Gupta, S. K., Sathyan, G. Pharmacokinetics of an oral once-a-day controlled-release oxybutynin formulation compared with immediate-release oxybutynin. J Clin Pharmacol. 1999 Mar; 39: 289-96

**41818**  Gupta, S. K., Sathyan, G., Lindemulder, E. A., Ho, P. L., Sheiner, L. B., Aarons, L. Quantitative characterization of therapeutic index: application of mixed-effects modeling to evaluate oxybutynin dose-efficacy and dose-side effect relationships. Clin Pharmacol Ther. 1999 Jun; 65: 672-84

**59152**  Gurbuz, A., Karateke, A., Kabaca, C. Enuresis in childhood, and urinary and fecal incontinence in adult life: do they share a common cause? BJU Int. 2005 May; 95: 1058-62

**41926**  Gurel, H., Gurel, S. A. Pelvic relaxation and associated risk factors: the results of logistic regression analysis. Acta Obstet Gynecol Scand. 1999 Apr; 78: 290-3

**44697**  Gutierrez Segura, C., Teixidor de Otto, J. Neurogenic bladder in children: urodynamic studies and results with medical conservative treatment. Eur J Pediatr Surg. 1991 Jun; 1: 177-9

**44020**  Gutierrez-Molina, M., Caminero Rodriguez, A., Martinez Garcia, C., Arpa Gutierrez, J., Morales Bastos, C., Amer, G. Small arterial granular degeneration in familial Binswanger's syndrome. Acta Neuropathol (Berl). 1994; 87: 98-105

**40819**  Guys, J. M., Fakhro, A., Louis-Borrione, C., Prost, J., Hautier, A. Endoscopic treatment of urinary incontinence: long-term evaluation of the results. J Urol. 2001 Jun; 165: 2389-91

**41620**  Guys, J. M., Simeoni-Alias, J., Fakhro, A., Delarue, A. Use of polydimethylsiloxane for endoscopic treatment of neurogenic urinary incontinence in children. J Urol. 1999 Dec; 162: 2133-5

**11177**  Haab, F., Leach, G. E. Feasibility of outpatient percutaneous bladder neck suspension under local anesthesia. Urology. 1997 Oct; 50: 585-7

**10482**  Haab, F., Sananes, S., Amarenco, G., Ciofu, C., Uzan, S., Gattegno, B., Thibault, P. Results of the tension-free vaginal tape procedure for the treatment of type II stress urinary incontinence at a minimum followup of 1 year. J Urol. 2001 Jan; 165: 159-62

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10373    Haab, F., Traxer, O., Ciofu, C. Tension-free vaginal tape: why an unusual concept is so successful. Curr Opin Urol. 2001 May; 11: 293-7

11180    Haab, F., Trockman, B. A., Zimmern, P. E., Leach, G. E. Results of pubovaginal sling for the treatment of intrinsic sphincteric deficiency determined by questionnaire analysis. J Urol. 1997 Nov; 158: 1738-41

11358    Haab, F., Zimmern, P. E., Leach, G. E. Female stress urinary incontinence due to intrinsic sphincteric deficiency: recognition and management. J Urol. 1996 Jul; 156: 3-17

11231    Haab, F., Zimmern, P. E., Leach, G. E. Urinary stress incontinence due to intrinsic sphincteric deficiency: experience with fat and collagen periurethral injections. J Urol. 1997 Apr; 157: 1283-6

11670    Haadem, K. The effects of parturition on female pelvic floor anatomy and function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 326-30

10628    Haarala, M., Alanen, A., Hietarinta, M., Kiilholma, P. Lower urinary tract symptoms in patients with Sjogren's syndrome and systemic lupus erythematosus. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 84-6

54290    Hackley, B., Rousseau, M. E. CEU:Managing menopausal symptoms after the women's health initiative. J Midwifery Womens Health. 2004 Mar-Apr; 49: 87-95

40072    Haderer, J. M., Pannu, H. K., Genadry, R., Hutchins, G. M. Controversies in female urethral anatomy and their significance for understanding urinary continence: observations and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 236-52

10950    Hadley, H. R., Pineda, E. B. The urethral sling and stress urinary incontinence. West J Med. 1998 Sep; 169: 167-8

3396    Hadorn, D.C., McCormick, K., and Diokno, A. An annotated algorithm approach to clinical guideline development. Jama. 1992 Jun 24; 267: 3311-3314

3495    Haenggi, W., Ammann, M., Katz, M., Koenig, C.F., Dreher, E., and Schneider, H. Urethral isolation of Chlamydia trachomatis in women with urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1991 Nov 3; 42: 53-56

11520    Haeusler, G., Hanzal, E., Joura, E., Sam, C., Koelbl, H. Differential diagnosis of detrusor instability and stress-incontinence by patient history: the Gaudenz-Incontinence-Questionnaire revisited. Acta Obstet Gynecol Scand. 1995 Sep; 74: 635-7

57980    Haeusler, G., Leitich, H., van Trotsenburg, M., Kaider, A., Tempfer, C. B. Drug therapy of urinary urge incontinence: a systematic review. Obstet Gynecol. 2002 Nov; 100: 1003-16

42464    Haeusler, G., Sam, C., Dorfler, D., Tempfer, C., Hanzal, E., Kolbl, H. Present state of diagnostics and therapy in female urinary incontinence. Acta Obstet Gynecol Scand. 1998 Feb; 77: 222-7

10926    Haeusler, G., Tempfer, C., Heinzl, H., Sam, C., Hefler, L., Hanzal, E., Koelbl, H. Value of urethral pressure profilometry in the female incontinent patient: a prospective trial with an 8-channel urethral catheter. Urology. 1998 Dec; 52: 1113-7

59223    Haferkamp, A., Mundhenk, J., Bastian, P. J., Reitz, A., Dorsam, J., Pannek, J., Schumacher, S., Schurch, B., Buttner, R., Muller, S. C. Increased expression of connexin 43 in the overactive neurogenic detrusor. Eur Urol. 2004 Dec; 46: 799-805

41362    Haferkamp, A., Staehler, G., Gerner, H. J., Dorsam, J. Dosage escalation of intravesical oxybutynin in the treatment of neurogenic bladder patients. Spinal Cord. 2000 Apr; 38: 250-4

10224    Haferkamp, A., Steiner, G., Muller, S. C., Schumacher, S. Urethral erosion of tension-free vaginal tape. J Urol. 2002 Jan; 167: 250

40814    Hafez, A. T., Elsherbiny, M. T., Ghoneim, M. A. Complete repair of bladder exstrophy: preliminary experience with neonates and children with failed initial closure. J Urol. 2001 Jun; 165: 2428-30

40396    Hafez, A. T., McLorie, G., Bagli, D., Khoury, A. A single-centre long-term outcome analysis of artificial urinary sphincter placement in children. BJU Int. 2002 Jan; 89: 82-5

3969    Hagan, T. Nurses take the lead in continence work. Nurs Stand. 1990 Jun 27-Jul 3; 4: 24-28

Appendix A5 – Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 292 of 300 PageID #: 202751

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 44252 | Hage, J. J., Bouman, F. G., Bloem, J. J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10; discussion 911-3 |
| 3115 | Hage, J.J., Bouman, F.G., and Bloem, J.J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10;discussion911-3 |
| 11694 | Haggar, V. Continence. Cultural challenge. Nurs Times. 1994 Apr 13-19; 90: 71-2 |
| 42796 | Haggar, V. Foreign policy. Nurs Times. 1997 Apr 9-15; 93: 78 |
| 43491 | Haggar, V. Strong developments. Nurs Times. 1995 Aug 16-22; 91: 53-4 |
| 42918 | Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem before and after treatment in children with nocturnal enuresis and urinary incontinence. Scand J Urol Nephrol Suppl. 1997; 183: 79-82 |
| 42384 | Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem in children with nocturnal enuresis and urinary incontinence: improvement of self-esteem after treatment. Eur Urol. 1998; 33 Suppl 3: 16-9 |
| 41658 | Hagglund, D., Olsson, H., Leppert, J. Urinary incontinence: an unexpected large problem among young females. Results from a population-based study. Fam Pract. 1999 Oct; 16: 506-9 |
| 10242 | Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Quality of life and seeking help in women with urinary incontinence. Acta Obstet Gynecol Scand. 2001 Nov; 80: 1051-5 |
| 55070 | Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Reasons why women with long-term urinary incontinence do not seek professional help: a cross-sectional population-based cohort study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 296-304; discussion 304 |
| 11383 | Hahn, I., Milsom, I. Treatment of female stress urinary incontinence with a new anatomically shaped vaginal device (Conveen Continence Guard). Br J Urol. 1996 May; 77: 711-5 |
| 11779 | Hahn, I., Milsom, I., Fall, M., Ekelund, P. Long-term results of pelvic floor training in female stress urinary incontinence. Br J Urol. 1993 Oct; 72: 421-7 |
| 11456 | Hahn, I., Milsom, I., Ohlsson, B. L., Ekelund, P., Uhlemann, C., Fall, M. Comparative assessment of pelvic floor function using vaginal cones, vaginal digital palpation and vaginal pressure measurements. Gynecol Obstet Invest. 1996; 41: 269-74 |
| 10458 | Hahnfeld, L. E., Nakada, S. Y., Moon, T. D. Identification of microtacks in the bladder after laparoscopic pelvic surgery. Urology. 1999 Jul; 54: 162 |
| 3388 | Haight, B.K., Jeter, K.F., and Wells, T.J. Urinary incontinence: two viewpoints. J Gerontol Nurs. 1992 Jun; 18: 41-45 |
| 3883 | Haimanot, R.T. Neurological complications of endemic skeletal fluorosis, with special emphasis on radiculo-myelopathy. Paraplegia. 1990 May; 28: 244-251 |
| 40738 | Hakenberg, O. W., Ebermayer, J., Manseck, A., Wirth, M. P. Application of the Mitrofanoff principle for intermittent self- catheterization in quadriplegic patients. Urology. 2001 Jul; 58: 38-42 |
| 54450 | Halachmi, S., Farhat, W., Metcalfe, P., Bagli, D. J., McLorie, G. A., Khoury, A. E. Efficacy of polydimethylsiloxane injection to the bladder neck and leaking diverting stoma for urinary continence. J Urol. 2004 Mar; 171: 1287-90 |
| 56260 | Halaska, M., Ralph, G., Wiedemann, A., Primus, G., Ballering-Bruhl, B., Hofner, K., Jonas, U. Controlled, double-blind, multicentre clinical trial to investigate long-term tolerability and efficacy of trospium chloride in patients with detrusor instability. World J Urol. 2003 May; 20: 392-9 |
| 10879 | Hale, D. S., Benson, J. T., Brubaker, L., Heidkamp, M. C., Russell, B. Histologic analysis of needle biopsy of urethral sphincter from women with normal and stress incontinence with comparison of electromyographic findings. Am J Obstet Gynecol. 1999 Feb; 180: 342-8 |
| 30732 | Hale, D. S., Rogers, R. M., Jr Abdominal sacrospinous ligament colposuspension. Obstet Gynecol. 1999 Dec; 94: 1039-41 |
| 44745 | Halio, J. H. Urinary incontinence in the elderly. J Am Geriatr Soc. 1991 Mar; 39: 315 |

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 116

Case 2:12-md-02327 Document 3086-16 Filed 09/13/19 Page 213 of 300 PageID #: 202752

3780    Halio, J.H. Urinary incontinence in the elderly [letter]. J Am Geriatr Soc. 1991 Mar; 39: 315

42973    Hall, A. F., Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Hamilton, L. F., Swift, S. E., Bump, R. C. Interobserver and intraobserver reliability of the proposed International Continence Society, Society of Gynecologic Surgeons, and American Urogynecologic Society pelvic organ prolapse classification system. Am J Obstet Gynecol. 1996 Dec; 175: 1467-70; discussion 1470-1

40639    Hall, J. A., Nelson, M. A., Meyer, J. W., Williamson, T., Wagner, S. Costs and resources associated with the treatment of overactive bladder using retrospective medical care claims data. Manag Care Interface. 2001 Aug; 14: 69-75

11396    Hall, J., Napier-Hemy, R., O'Reilly, P. H. Osteomyelitis complicating Burch colposuspension. Br J Urol. 1996 Mar; 77: 470-1

11204    Haller, K. B. Coming out of the (water) closet. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 370

11307    Halligan, S., Spence-Jones, C., Kamm, M. A., Bartram, C. I. Dynamic cystoproctography and physiological testing in women with urinary stress incontinence and urogenital prolapse. Clin Radiol. 1996 Nov; 51: 785-90

40557    Halverson, A. L., Hull, T. L., Paraiso, M. F., Floruta, C. Outcome of sphincteroplasty combined with surgery for urinary incontinence and pelvic organ prolapse. Dis Colon Rectum. 2001 Oct; 44: 1421-6

42313    Halverson, A. L., Orkin, B. A. Which physiologic tests are useful in patients with constipation?. Dis Colon Rectum. 1998 Jun; 41: 735-9

3055    Hamano, S., Nakanishi, Y., Nara, T., Seki, T., Ohtani, T., Oishi, T., Joh, K., Oikawa, T., Muramatsu, Y., Ogawa, Y., et al. Neurological manifestations of hemorrhagic colitis in the outbreak of Escherichia coli O157:H7 infection in Japan. Acta Paediatr. 1993 May; 82: 454-458

53230    Hamid, R., Khastgir, J., Arya, M., Patel, H. R., Shah, P. J. Experience of tension-free vaginal tape for the treatment of stress incontinence in females with neuropathic bladders. Spinal Cord. 2003 Feb; 41: 118-21

3539    Hamilton, S., Flood, H.D., Shetty, M.K., and Grainger, R. Radiology of the AS 800 artificial urinary sphincter; normal appearances and complications. Eur J Radiol. 1991 Sep-Oct; 13: 122-125

40443    Hammel, S. P., Bjorling, D. E. Results of vulvoplasty for treatment of recessed vulva in dogs. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 79-83

59102    Hampel, C., Artibani, W., Espuna Pons, M., Haab, F., Jackson, S., Romero, J., Gavart, S., Papanicolaou, S. Understanding the burden of stress urinary incontinence in Europe: a qualitative review of the literature. Eur Urol. 2004 Jul; 46: 15-27

42567    Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Definition of overactive bladder and epidemiology of urinary incontinence. Urology. 1997 Dec; 50: 4-14; discussion 15-7

42905    Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Prevalence and natural history of female incontinence. Eur Urol. 1997; 32 Suppl 2: 3-12

41911    Hampel, C., Wienhold, D., Dahms, S. E., Thuroff, J. W. Heterogeneity in epidemiological investigations of bladder control problems: a problem of definition. BJU Int. 1999 Mar; 83 Suppl 2: 10-5

44351    Hamvas, A., Nagy, F., Tanko, A. The role of Melipramine in the treatment of bladder instability. Ther Hung. 1993; 41: 150-2

59163    Hamzeh, R., Oligbo, N. Tension-free tape procedure for a woman with a transplanted kidney. BJOG. 2005 Apr; 112: 508

57490    Han, P. Y., Ezquerro, R., Pan, K. M., Hwang, S., Chung, Y., Lu, J. J. Comorbidities associated with diabetic foot complications among Asian Americans in southern California. J Am Podiatr Med Assoc. 2003 Jan-Feb; 93: 37-41

3202    Hanau, C.A., Chancellor, M.B., Alexander, A., Rishi, M., and Jordan, A.G. Fine-needle aspiration of a periurethral Teflon-filled cyst following radical prostatectomy. Diagn Cytopathol. 1992; 8: 614-616

11192    Hancock, R., Bender, P., Dayhoff, N., Nyhuis, A. Factors associated with nursing interventions to reduce incontinence in hospitalized older adults. Urol Nurs. 1996 Sep; 16: 79-85

**American Urological Association, Inc.**

SUI Guidelines Panel

---

11333   Handa, V. L., Harris, T. A., Ostergard, D. R. Protecting the pelvic floor: obstetric management to prevent incontinence and pelvic organ prolapse. Obstet Gynecol. 1996 Sep; 88: 470-8

59045   Handa, V. L., Harvey, L., Fox, H. E., Kjerulff, K. H. Parity and route of delivery: does cesarean delivery reduce bladder symptoms later in life?. Am J Obstet Gynecol. 2004 Aug; 191: 463-9

11297   Handa, V. L., Jensen, J. K., Germain, M. M., Ostergard, D. R. Banked human fascia lata for the suburethral sling procedure: a preliminary report. Obstet Gynecol. 1996 Dec; 88: 1045-9

10738   Handa, V. L., Jensen, J. K., Ostergard, D. R. Stress urinary incontinence at rest. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 290-4

11541   Handa, V. L., Jensen, J. K., Ostergard, D. R. The effect of patient position on proximal urethral mobility. Obstet Gynecol. 1995 Aug; 86: 273-6

50510   Handa, V. L., Massof, R. W. Measuring the severity of stress urinary incontinence using the Incontinence Impact Questionnaire. Neurourol Urodyn. 2004; 23: 27-32

10457   Handa, V. L., Stone, A. Erosion of a fascial sling into the urethra. Urology. 1999 Nov; 54: 923

3159   Handler, M.S., Johnson, L.M., Dick, A.R., and Batnitzky, S. Neurosarcoidosis with unusual MRI findings. Neuroradiology. 1993; 35: 146-148

41211   Hankey, G. J., Jamrozik, K., Broadhurst, R. J., Forbes, S., Burvill, P. W., Anderson, C. S., Stewart-Wynne, E. G. Five-year survival after first-ever stroke and related prognostic factors in the Perth Community Stroke Study. Stroke. 2000 Sep; 31: 2080-6

42172   Hankins, G. D. Lower thoracic spinal cord injury--a severe complication of shoulder dystocia. Am J Perinatol. 1998 Jul; 15: 443-4

3327   Hanley, J. Choosing garments to aid incontinence. Nurs Times. 1992 Jul 1-7; 88: 50-51

40848   Hanley, J., Capewell, A., Hagen, S. Validity study of the severity index, a simple measure of urinary incontinence in women. BMJ. 2001 May 5; 322: 1096-7

40325   Hannah, M. E., Hannah, W. J., Hodnett, E. D., Chalmers, B., Kung, R., Willan, A., Amankwah, K., Cheng, M., Helewa, M., Hewson, S., Saigal, S., Whyte, H., Gafni, A. Outcomes at 3 months after planned cesarean vs planned vaginal delivery for breech presentation at term: the international randomized Term Breech Trial. JAMA. 2002 Apr 10; 287: 1822-31

11301   Hannah, S. L., Chin, A. Laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 1996 Nov; 4: 47-52

40983   Hannah, S. L., Roland, B., Gengenbacher, P. M. Extraperitoneal retropubic laparoscopic urethropexy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 107-10

3412   Hannappel, J., Krieger, S. Subjective and clinical results after transurethral resection and suprapubic prostatectomy in benign prostatic hypertrophy. Eur Urol. 1991; 20: 272-276

59012   Hannestad, Y. S., Lie, R. T., Rortveit, G., Hunskaar, S. Familial risk of urinary incontinence in women: population based cross sectional study. BMJ. 2004 Oct 16; 329: 889-91

53010   Hannestad, Y. S., Rortveit, G., Daltveit, A. K., Hunskaar, S. Are smoking and other lifestyle factors associated with female urinary incontinence? The Norwegian EPINCONT Study. BJOG. 2003 Mar; 110: 247-54

10042   Hannestad, Y. S., Rortveit, G., Hunskaar, S. Help-seeking and associated factors in female urinary incontinence. The Norwegian EPINCONT Study. Epidemiology of Incontinence in the County of Nord-Trondelag. Scand J Prim Health Care. 2002 Jun; 20: 102-7

10512   Hannestad, Y. S., Rortveit, G., Sandvik, H., Hunskaar, S. A community-based epidemiological survey of female urinary incontinence: the Norwegian EPINCONT study. Epidemiology of Incontinence in the County of Nord-Trondelag. J Clin Epidemiol. 2000 Nov; 53: 1150-7

3366   Hansson, S. Urinary incontinence in children and associated problems. Scand J Urol Nephrol Suppl. 1992; 141: 47-55;discussion56-7

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 215 of 300 PageID #: 202754

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 45030 | Hansson, S., Hjalmas, K., Jodal, U., Sixt, R. Lower urinary tract dysfunction in girls with untreated asymptomatic or covert bacteriuria. J Urol. 1990 Feb; 143: 333-5 |
| 3149 | Hanzal, E., Berger, E., and Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-429 |
| 3569 | Hanzal, E., Berger, E., and Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-371 |
| 11823 | Hanzal, E., Berger, E., Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-9 |
| 11950 | Hanzal, E., Berger, E., Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-71 |
| 11749 | Hanzal, E., Joura, E. M., Haeusler, G., Koelbl, H. Influence of catheterisation on the results of sonographic urethrocystography in patients with genuine stress incontinence. Arch Gynecol Obstet. 1994; 255: 189-93 |
| 3590 | Hara, M., Watanabe, M., and Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-161 |
| 44695 | Hara, M., Watanabe, M., Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-1 |
| 44500 | Harada, T., Levounis, P., Constantinou, C. E. Rapid evaluation of the efficacy of pharmacologic agents and their analogs in enhancing bladder capacity and reducing the voiding frequency. J Pharmacol Toxicol Methods. 1992 Apr; 27: 119-26 |
| 57520 | Harari, D., Coshall, C., Rudd, A. G., Wolfe, C. D. New-onset fecal incontinence after stroke: prevalence, natural history, risk factors, and impact. Stroke. 2003 Jan; 34: 144-50 |
| 44036 | Harari, D., Malone-Lee, J., Ridgway, G. L. An age-related investigation of urinary tract symptoms and infection following urodynamic studies. Age Ageing. 1994 Jan; 23: 62-4 |
| 3500 | Harari, D., Malone-Lee, J.G. Oxybutynin and incontinence during grand mal seizures. Br J Urol. 1991 Dec; 68: 658 |
| 11330 | Hardiman, P. J., Drutz, H. P. Sacrospinous vault suspension and abdominal colposacropexy: success rates and complications. Am J Obstet Gynecol. 1996 Sep; 175: 612-6 |
| 11798 | Harewood, L. M. Laparoscopic needle colposuspension for genuine stress incontinence. J Endourol. 1993 Aug; 7: 319-22 |
| 3088 | Harke, J.M., Richgels, K. Barriers to implementing a continence program in nursing homes. Clin Nurs Res. 1992 May; 1: 158-168 |
| 59114 | Harmanli, O. H., Dandolu, V., Chatwani, A. J. Collagen content as a risk factor for urinary incontinence. JAMA. 2004 May 26; 291: 2431-2 |
| 55220 | Harmanli, O. H., Dandolu, V., Chatwani, A. J., Grody, M. T. Total colpocleisis for severe pelvic organ prolapse. J Reprod Med. 2003 Sep; 48: 703-6 |
| 57390 | Harper, N., Dunkley, C., Hume, D. Sedation using remifentanil. Anaesthesia. 2003 Feb; 58: 197-8 |
| 41207 | Harrington, C., Zimmerman, D., Karon, S. L., Robinson, J., Beutel, P. Nursing home staffing and its relationship to deficiencies. J Gerontol B Psychol Sci Soc Sci. 2000 Sep; 55: S278-87 |
| 44525 | Harrington, W. J., Jr, Sheramata, W., Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis. Lancet. 1992 Feb 8; 339: 368 |
| 44580 | Harrington, W. J., Jr Sheremata, W. A., Snodgrass, S. R., Emerson, S., Phillips, S., Berger, J. R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-4 |
| 3499 | Harrington, W.J., Jr., Sheramata, W., and Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis [letter]. Lancet. 1992 Feb 8; 339: 368 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 316 of 300 PageID #: 202755

**3422** Harrington, W.J., Jr., Sheremata, W.A., Snodgrass, S.R., Emerson, S., Phillips, S., and Berger, J.R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-1034

**41798** Harris, A. Impact of urinary incontinence on the quality of life of women. Br J Nurs. 1999 Mar 25-Apr 7; 8: 375-80

**41386** Harris, C. F., Cooper, C. S., Hutcheson, J. C., Snyder, H. M., 3rd Appendicovesicostomy: the mitrofanoff procedure-a 15-year perspective. J Urol. 2000 Jun; 163: 1922-6

**40056** Harris, P. F. Medical issues and hormone replacement therapy. Curr Womens Health Rep. 2002 Oct; 2: 373-81

**11080** Harris, R. L., Cundiff, G. W., Coates, K. W., Addison, W. A., Bump, R. C. Urethral prolapse after collagen injection. Am J Obstet Gynecol. 1998 Mar; 178: 614-5

**10923** Harris, R. L., Cundiff, G. W., Coates, K. W., Bump, R. C. Urinary incontinence and pelvic organ prolapse in nulliparous women. Obstet Gynecol. 1998 Dec; 92: 951-4

**11137** Harris, R. L., Cundiff, G. W., Theofrastous, J. P., Yoon, H., Bump, R. C., Addison, W. A. The value of intraoperative cystoscopy in urogynecologic and reconstructive pelvic surgery. Am J Obstet Gynecol. 1997 Dec; 177: 1367-9; discussion 1369-71

**11490** Harris, R. L., Yancey, C. A., Wiser, W. L., Morrison, J. C., Meeks, G. R. Comparison of anterior colporrhaphy and retropubic urethropexy for patients with genuine stress urinary incontinence. Am J Obstet Gynecol. 1995 Dec; 173: 1671-4; discussion 1674-5

**12047** Harris, T. A., Bent, A. E. Genital prolapse with and without urinary incontinence. J Reprod Med. 1990 Aug; 35: 792-8

**11698** Harrison, G. L., Memel, D. S. Urinary incontinence in women: its prevalence and its management in a health promotion clinic. Br J Gen Pract. 1994 Apr; 44: 149-52

**11836** Harrison, S. C., Brown, C., O'Boyle, P. J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-7

**3929** Harrison, S.C., Abrams, P.H. The endoscopic video camera as an aid to the Stamey procedure. Br J Urol. 1990 Sep; 66: 329

**3154** Harrison, S.C., Brown, C., and OBoyle, P.J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-27

**11304** Harriss, D. R., Iacovou, J. W., Lemberger, R. J. Peri-urethral silicone microimplants (Macroplastique) for the treatment of genuine stress incontinence. Br J Urol. 1996 Nov; 78: 722-5; discussion 726-8

**41867** Hart, K. J., Palmer, M. H., Fitzgerald, S. Perceived causes of urinary incontinence and reporting: a study with working women. Clin Nurs Res. 1999 Feb; 8: 84-92

**53050** Hartano, V. H., DiPiazza, D., Ankem, M. K., Baccarini, C., Lobby, N. J. Comparison of recovery from postoperative pain utilizing two sling techniques. Can J Urol. 2003 Feb; 10: 1759-63

**52140** Hartano, V. H., Lightner, D. J., Nitti, V. W. Endoscopic evacuation of Durasphere. Urology. 2003 Jul; 62: 135-7

**59232** Hartmann, K., Viswanathan, M., Palmieri, R., Gartlehner, G., Thorp, J., Jr, Lohr, K. N. Outcomes of routine episiotomy: a systematic review. JAMA. 2005 May 4; 293: 2141-8

**40670** Hartnett, N. M., Saver, B. G. Is extended-release oxybutynin (Ditropan XL) or tolterodine (Detrol) more effective in the treatment of an overactive bladder?. J Fam Pract. 2001 Jul; 50: 571

**52260** Harvey, M. A. Pelvic floor exercises during and after pregnancy: a systematic review of their role in preventing pelvic floor dysfunction. J Obstet Gynaecol Can. 2003 Jun; 25: 487-98

**40687** Harvey, M. A., Baker, K., Wells, G. A. Tolterodine versus oxybutynin in the treatment of urge urinary incontinence: a meta-analysis. Am J Obstet Gynecol. 2001 Jul; 185: 56-61

**40690** Harvey, M. A., Kristjansson, B., Griffith, D., Versi, E. The Incontinence Impact Questionnaire and the Urogenital Distress Inventory: a revisit of their validity in women without a urodynamic diagnosis. Am J Obstet Gynecol. 2001 Jul; 185: 25-31

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

43800    Hasan, S. T., Marshall, C., Neal, D. E. Continent urinary diversion using the Mitrofanoff principle. Br J Urol. 1994 Oct; 74: 454-9

42114    Hasan, S. T., Neal, D. E. Neuromodulation in bladder dysfunction. Curr Opin Obstet Gynecol. 1998 Oct; 10: 395-9

41248    Hashimoto, M., Imamura, T., Tanimukai, S., Kazui, H., Mori, E. Urinary incontinence: an unrecognised adverse effect with donepezil. Lancet. 2000 Aug 12; 356: 568

43198    Haslam, J. Continence. Working together. Nurs Times. 1996 Apr 10-16; 92: 68

42799    Haslam, J. Floor plan. Nurs Times. 1997 Apr 9-15; 93: 67-70

50240    Haslam, J. Nursing management of stress urinary incontinence in women. Br J Nurs. 2004 Jan 8-21; 13: 32-40

59104    Haslam, J. The prevalence of stress urinary incontinence in women. Nurs Times. 2004 May 18; 100: 71-3

31051    Hassink, E. A., Brugman-Boezeman, A. T., Robbroeckx, L. M., Rieu, P. N., van Kuyk, E. M., Wels, P. M., Festen, C. Parenting children with anorectal malformations: implications and experiences. Pediatr Surg Int. 1998 Jul; 13: 377-83

44182    Hassink, E. A., Rieu, P. N., Severijnen, R. S., vd Staak, F. H., Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

3022    Hassink, E.A., Rieu, P.N., Severijnen, R.S., vd-Staak, F.H., and Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

44131    Hasson, H. M. Cervical removal at hysterectomy for benign disease. Risks and benefits. J Reprod Med. 1993 Oct; 38: 781-90

10883    Hassouna, M. E., Ghoniem, G. M. Long-term outcome and quality of life after modified pubovaginal sling for intrinsic sphincteric deficiency. Urology. 1999 Feb; 53: 287-91

55090    Hatada, Y. Two-step surgical approach to labial adhesions in a postmenopausal woman. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1054-5

42806    Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Seventy-eight-week dietary carcinogenicity study of (+/-)-4- diethylamino-1,1-dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2- phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in mice. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 275-87

42805    Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Two-year dietary carcinogenicity study of (+/-)-4-diethylamino-1, 1- dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2-phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in rats. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 289-306

10041    Hathaway, J. K., Choe, J. M. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168: 1040-3

3379    Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., and Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-197

44825    Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in ossification of the posterior longitudinal ligament in the cervical spine. J Spinal Disord. 1990 Dec; 3: 285-7

44467    Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-7

42621    Hautmann, R. E. The ileal neobladder to the female urethra. Urol Clin North Am. 1997 Nov; 24: 827-35

41183    Hautmann, R. E., de Petriconi, R., Kleinschmidt, K., Gottfried, H. W., Gschwend, J. E. Orthotopic ileal neobladder in females: impact of the urethral resection line on functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 224-9; discussion 230

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 218 of 300 PageID #: 202757

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

11469    Hautmann, R. E., Paiss, T., de Petriconi, R. The ileal neobladder in women: 9 years of experience with 18 patients. J Urol. 1996 Jan; 155: 76-81

3674    Hautmann, R.E. The ileal neobladder. Acta Urol Belg. 1991; 59: 227-240

3060    Hautmann, R.E., Miller, K., Steiner, U., and Wenderoth, U. The ileal neobladder: 6 years of experience with more than 200 patients. J Urol. 1993 Jul; 150: 40-45

3302    Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., and Larsson, L.T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-918

44441    Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., Larsson, L. T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-8

10152    Hawkins, E., Taylor, D., Hughes-Nurse, J. Long term follow up of the cruciate fascial sling for women with genuine stress incontinence. BJOG. 2002 Mar; 109: 327-38

10773    Hawkyard, S., Poon, P., Morgan, D. R. Sertoli tumour presenting with stress incontinence in a patient with testicular feminization. BJU Int. 1999 Aug; 84: 382-3

44245    Hayden, D. W., Waters, D. J., Burke, B. A., Manivel, J. C. Disseminated malignant histiocytosis in a golden retriever: clinicopathologic, ultrastructural, and immunohistochemical findings. Vet Pathol. 1993 May; 30: 256-64

3591    Haydon, S. The hidden problem. Nurs Times. 1991 Oct 9-15; 87: 18-19

41699    Hayes, M. C., Bulusu, A., Terry, T., Mouriquand, P. D., Malone, P. S. The Pippi Salle urethral lengthening procedure; experience and outcome from three United Kingdom centres. BJU Int. 1999 Oct; 84: 701-5

42960    Hayes, S. Nurses take the lead. Nurs Times. 1996 Dec 11-17; 92: 53-4

11717    Haylen, B. T. Laparoscopic surgery for urinary incontinence. Med J Aust. 1994 Jan 3; 160: 42-3

10655    Haylen, B. T. Voiding difficulty in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 1-3

10857    Haylen, B. T., Cerqui, A. J., Meagher, A. P. Five-layer repair of rectovaginal fistula using a vaginal approach. A case report. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 131-3

40264    Hayn, M. A., Greco, S. J., Capuano, K., Byrnes, A. Compliance with pelvic floor exercise program: maintaining bladder symptom relief. Urol Nurs. 2000 Apr; 20: 129-31

43682    Hays, D. M., Raney, R. B., Wharam, M. D., Wiener, E., Lobe, T. E., Andrassy, R. J., Lawrence, W., Jr, Johnston, J., Webber, B., Maurer, H. M. Children with vesical rhabdomyosarcoma (RMS) treated by partial cystectomy with neoadjuvant or adjuvant chemotherapy, with or without radiotherapy. A report from the Intergroup Rhabdomyosarcoma Study (IRS) Committee. J Pediatr Hematol Oncol. 1995 Feb; 17: 46-52

10388    Hay-Smith, E. J., Bo Berghmans, L. C., Hendriks, H. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Pelvic floor muscle training for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001407

40166    Hay-Smith, J., Herbison, P., Morkved, S. Physical therapies for prevention of urinary and faecal incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003191

10343    Hedlund, H., Bo, K., Lilleas, F., Talseth, T., Tillung, T. The clinical value of dynamic magnetic resonance imaging in normal and incontinent women--a preliminary study on micturition. Scand J Urol Nephrol Suppl. 2001; : 87-91; discussion 106-25

10198    Hegarty, P. K., Power, P. C., O'Brien, M. F., Bredin, H. C. Longevity of the Marshall-Marchetti-Krantz procedure. Ann Chir Gynaecol. 2001; 90: 286-9

42260    Heidkamp, M. C., Leong, F. C., Brubaker, L., Russell, B. Pudendal denervation affects the structure and function of the striated, urethral sphincter in female rats. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 88-93

59117    Heidrich, S. M., Wells, T. J. Effects of urinary incontinence: psychological well-being and distress in older community-dwelling women. J Gerontol Nurs. 2004 May; 30: 47-54

**Appendix A5 - Bibliography sorted by Primary Author**

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 219 of 300 PageID #: 202758

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

42472    Heinzlef, O., Paternotte, C., Mahieux, F., Prud'homme, J. F., Dien, J., Madigand, M., Pouget, J., Weissenbach, J., Roullet, E., Hazan, J. Mapping of a complicated familial spastic paraplegia to locus SPG4 on chromosome 2p. J Med Genet. 1998 Feb; 35: 89-93

11253    Heit, M. Infectious peritonitis complicating suprapubic catheter removal. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 47-9

10064    Heit, M. Intraurethral sonography and the test-retest reliability of urethral sphincter measurements in women. J Clin Ultrasound. 2002 Jul-Aug; 30: 349-55

10544    Heit, M. Intraurethral ultrasonography: correlation of urethral anatomy with functional urodynamic parameters in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 204-11

10212    Heit, M. Prolonged urinary retention after collagen periurethral injections: a sequela of humoral immunity. Obstet Gynecol. 1997 Oct; 90: 693-5

10054    Heit, M. What is the scientific evidence for bone anchor use during bladder neck suspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 143-4

59404    Heit, M., Blackwell, L., Ouseph, R. Comorbidities affect the impact of urinary incontinence as measured by disease-specific quality of life instruments. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 6-11; discussion 11

54560    Heit, M., Blackwell, L., Thomas, S., Ouseph, R. Prevalence and severity of urinary incontinence in kidney transplant recipients. Obstet Gynecol. 2004 Feb; 103: 352-8

11430    Heit, M., Brubaker, L. Clinical correlates in patients not completing a voiding diary. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 256-9

40147    Heit, M., Mudd, K., Culligan, P. Prevention of childbirth injuries to the pelvic floor. Curr Womens Health Rep. 2001 Aug; 1: 72-80

10407    Heit, M., Pasic, R., Levine, R. L. The clinical utility of a vaginal template designed to standardize suture placement during retropubic colposuspensions. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 42-5

11121    Heit, M., Vogt, V., Brubaker, L. An alternative statistical approach for predicting prolonged catheterization after Burch colposuspension during reconstructive pelvic surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 203-8

42023    Hejazi, N., Thaper, P. Y., Hassler, W. Nine cases of nontraumatic spinal epidural hematoma. Neurol Med Chir (Tokyo). 1998 Nov; 38: 718-23; discussion 723-4

42794    Helal, M., Austin, P., Spyropoulos, E., Pow-Sang, J., Persky, L., Lockhart, J. Evaluation and management of parastomal hernia in association with continent urinary diversion. J Urol. 1997 May; 157: 1630-2

57010    Hellerstein, S., Linebarger, J. S. Voiding dysfunction in pediatric patients. Clin Pediatr (Phila). 2003 Jan-Feb; 42: 43-9

44999    Hellstrom, A. L., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-7

3797    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection [see comments]. Arch Dis Child. 1991 Feb; 66: 232-234

44760    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection. Arch Dis Child. 1991 Feb; 66: 232-4

43497    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence at age 17--reinvestigation ofa cohort studied at age 7. Br J Urol. 1995 Aug; 76: 231-4

3598    Hellstrom, A.L. Bladder symptoms and urinary infections. Nurs Times. 1991 Sep 11-17; 87: 55

4064    Hellstrom, A.L., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-437

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 220 of 300 PageID #: 202759

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

3759   Hellstrom, L., Ekelund, P., Larsson, M., and Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

44779   Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

44344   Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. Adapting incontinent patients incontinence aids to their leakage volumes. Scand J Caring Sci. 1993; 7: 67-71

3819   Hellstrom, L., Ekelund, P., Milsom, I., and Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-389

44833   Hellstrom, L., Ekelund, P., Milsom, I., Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-9

44742   Hellstrom, P. A., Tammela, T. L., Kontturi, M. J., Lukkarinen, O. A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-9

3730   Hellstrom, P.A., Tammela, T.L., Kontturi, M.J., and Lukkarinen, O.A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-279

59211   Helstrom, L., Nilsson, B. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand. 2005 Jan; 84: 79-84

11463   Helt, M., Benson, J. T., Russell, B., Brubaker, L. Levator ani muscle in women with genitourinary prolapse: indirect assessment by muscle histopathology. Neurourol Urodyn. 1996; 15: 17-29

43032   Helweg-Larsen, S. Clinical outcome in metastatic spinal cord compression. A prospective study of 153 patients. Acta Neurol Scand. 1996 Oct; 94: 269-75

59385   Hely, M. A., Morris, J. G., Reid, W. G., Trafficante, R. Sydney Multicenter Study of Parkinson's disease: non-L-dopa-responsive problems dominate at 15 years. Mov Disord. 2005 Feb; 20: 190-9

44501   Hemal, A. K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991. Br J Urol. 1992 Apr; 69: 442

40922   Hemal, A. K., Kumar, R., Nabi, G. Post-cesarean cervicovesical fistula: technique of laparoscopic repair. J Urol. 2001 Apr; 165: 1167-8

3417   Hemal, A.K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991 [letter]. Br J Urol. 1992 Apr; 69: 442

41719   Hemingway-Eltomey, J. M., Lerner, A. J. Adverse effects of donepezil in treating Alzheimer's disease associated with Down's syndrome. Am J Psychiatry. 1999 Sep; 156: 1470

4110   Hemsley, D. Continence: combining resources. Nurs Times. 1990 Feb 14-20; 86: 74

10562   Henalla, S. M., Hall, V., Duckett, J. R., Link, C., Usman, F., Tromans, P. M., van Veggel, L. A multicentre evaluation of a new surgical technique for urethral bulking in the treatment of genuine stress incontinence. BJOG. 2000 Aug; 107: 1035-9

57930   Henderson, J. S. It's a given, I think. Urol Nurs. 2002 Oct; 22: 302, 342

41554   Henderson, J. S., Kashka, M. S. Development and testing of the Urinary Incontinence Scales. Urol Nurs. 1999 Jun; 19: 109-19

42203   Hendren, W. H. Cloaca, the most severe degree of imperforate anus: experience with 195 cases. Ann Surg. 1998 Sep; 228: 331-46

11093   Hendren, W. H. Construction of a female urethra using the vaginal wall and a buttock flap: experience with 40 cases. J Pediatr Surg. 1998 Feb; 33: 180-7

11230   Hendren, W. H. The genetic male with absent penis and urethrorectal communication: experience with 5 patients. J Urol. 1997 Apr; 157: 1469-74

3314   Hendren, W.H. Ileal nipple for continence in cloacal exstrophy. J Urol. 1992 Aug; 148: 372-379

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

55050    Hendrix, S. L. Long-term use of hormone therapy for urogenital complaints: is there a role?. Med Clin North Am. 2003 Sep; 87: 1029-37

53320    Hendrix, S. L. Urinary incontinence and menopause: an evidence-based treatment approach. Dis Mon. 2002 Oct; 48: 622-36

59171    Hendrix, S. L., Cochrane, B. B., Nygaard, I. E., Handa, V. L., Barnabei, V. M., Iglesia, C., Aragaki, A., Naughton, M. J., Wallace, R. B., McNeeley, S. G. Effects of estrogen with and without progestin on urinary incontinence. JAMA. 2005 Feb 23; 293: 935-48

11529    Henley, C. The Henley staple-suture technique for laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 1995 Aug; 2: 441-4

43571    Henly, D. R., Barrett, D. M., Weiland, T. L., O'Connor, M. K., Malizia, A. A., Wein, A. J. Particulate silicone for use in periurethral injections: local tissue effects and search for migration. J Urol. 1995 Jun; 153: 2039-43

41559    Hennessey, A., Robertson, N. P., Swingler, R., Compston, D. A. Urinary, faecal and sexual dysfunction in patients with multiple sclerosis. J Neurol. 1999 Nov; 246: 1027-32

40326    Henningsohn, L., Wijkstrom, H., Dickman, P. W., Bergmark, K., Steineck, G. Distressful symptoms after radical radiotherapy for urinary bladder cancer. Radiother Oncol. 2002 Feb; 62: 215-25

3556    Henriksen, T. Incontinence after stroke [letter] [see comments]. Lancet. 1991 Nov 23; 338: 1335

43873    Henry, M. M. The role of pudendal nerve innervation in female pelvic floor function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 324-5

43258    Henry, T. Continence. Survey shows hidden problem. Nurs Times. 1996 Feb 14-20; 92: 62-6

44963    Hensle, T. W., Connor, J. P., Burbige, K. A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-3

43523    Hensle, T. W., Kirsch, A. J., Kennedy, W. A., 2nd, Reiley, E. A. Bladder neck closure in association with continent urinary diversion. J Urol. 1995 Aug; 154: 883-5

42325    Hensle, T. W., Reiley, E. A., Chang, D. T. The Malone antegrade continence enema procedure in the management of patients with spina bifida. J Am Coll Surg. 1998 Jun; 186: 669-74

4071    Hensle, T.W., Connor, J.P., and Burbige, K.A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-983

31249    Heok, K. E., Li, T. S. Stress of caregivers of dementia patients in the Singapore Chinese family. Int J Geriatr Psychiatry. 1997 Apr; 12: 466-9

42215    Herbert, J. Overcoming the pelvic flaw: exercises for continence. Prof Care Mother Child. 1998; 8: 39-41

11813    Herbertsson, G., Iosif, C. S. Surgical results and urodynamic studies 10 years after retropubic colpourethrocystopexy. Acta Obstet Gynecol Scand. 1993 May; 72: 298-301

10180    Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2002; : CD002114

10639    Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2000; : CD002114

44148    Herman, J. M., McLone, D. G., Storrs, B. B., Dauser, R. C. Analysis of 153 patients with myelomeningocele or spinal lipoma reoperated upon for a tethered cord. Presentation, management and outcome. Pediatr Neurosurg. 1993 Sep-Oct; 19: 243-9

43774    Hernandez, R. D., Hurwitz, R. S., Foote, J. E., Zimmern, P. E., Leach, G. E. Nonsurgical management of threatened upper urinary tracts and incontinence in children with myelomeningocele. J Urol. 1994 Nov; 152: 1582-5

59105    Herrmann, V., Arya, L. A., Myers, D. L., Jackson, N. D., Palma, P. C., Riccetto, C. L. Urethral resistance measurement: a new method for evaluation of stress urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 208-11

Case 2:12-md-02327 Document 8080-16 Filed 05/13/19 Page 221 of 300 PageID #: 202761

**10340**    Herschorn, S. Current status of injectable agents for female stress urinary incontinence. Can J Urol. 2001 Jun; 8: 1281-9

**59342**    Herschorn, S., Becker, D., Miller, E., Thompson, M., Forte, L. Impact of a health education intervention in overactive bladder patients. Can J Urol. 2004 Dec; 11: 2430-7

**10632**    Herschorn, S., Glazer, A. A. Early experience with small volume periurethral polytetrafluoroethylene for female stress urinary incontinence. J Urol. 2000 Jun; 163: 1838-42

**42170**    Herschorn, S., Hewitt, R. J. Patient perspective of long-term outcome of augmentation cystoplasty for neurogenic bladder. Urology. 1998 Oct; 52: 672-8

**11254**    Herschorn, S., Radomski, S. B. Collagen injections for genuine stress urinary incontinence: patient selection and durability. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 18-24

**44365**    Herschorn, S., Radomski, S. B., Steele, D. J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-800

**3455**    Herschorn, S., Radomski, S.B. Fascial slings and bladder neck tapering in the treatment of male neurogenic incontinence. J Urol. 1992 Apr; 147: 1073-1075

**3238**    Herschorn, S., Radomski, S.B., and Steele, D.J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-1800

**43858**    Herschorn, S., Rangaswamy, S., Radomski, S. B. Urinary undiversion in adults with myelodysplasia: long-term followup. J Urol. 1994 Aug; 152: 329-33

**11326**    Herschorn, S., Steele, D. J., Radomski, S. B. Followup of intraurethral collagen for female stress urinary incontinence. J Urol. 1996 Oct; 156: 1305-9

**44236**    Herschorn, S., Thijssen, A. J., Radomski, S. B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

**3092**    Herschorn, S., Thijssen, A.J., and Radomski, S.B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

**43976**    Herzog, A. R., Diokno, A. C., Brown, M. B., Fultz, N. H., Goldstein, N. E. Urinary incontinence as a risk factor for mortality. J Am Geriatr Soc. 1994 Mar; 42: 264-8

**45005**    Herzog, A. R., Diokno, A. C., Brown, M. B., Normolle, D. P., Brock, B. M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-74

**4132**    Herzog, A.R., Diokno, A.C., Brown, M.B., Normolle, D.P., and Brock, B.M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-M74

**4156**    Herzog, A.R., Fultz, N.H. Prevalence and incidence of urinary incontinence in community-dwelling populations. J Am Geriatr Soc. 1990 Mar; 38: 273-281

**42742**    Heslington, K. Ambulatory bladder monitoring: is it an advance?. Br J Urol. 1997 Jul; 80 Suppl 1: 49-53

**3249**    Hesnan, K. ET nurses expanding our practice. Behavioral interventions for incontinence. Ostomy Wound Manage. 1992 Sep; 38: 12,14-6,17passim

**3352**    Hesnan, K.D., Runner-Heidt, C. Implementation of a hospital-based home care continence program. Urol Nurs. 1992 Jun; 12: 78-80

**40270**    Heuser, M., Zoller, G., Seseke, F., Zappel, H., Ringert, R. H. Bladder dysfunction in children with bilateral single ectopic ureters. J Pediatr Surg. 2002 May; 37: E15

**30974**    Hewson, A. D. Transvaginal sacrospinous colpopexy for posthysterectomy vault prolapse. Aust N Z J Obstet Gynaecol. 1998 Aug; 38: 318-24

**41179**    Hextall, A. Oestrogens and lower urinary tract function. Maturitas. 2000 Aug 31; 36: 83-92

**40468**    Hextall, A., Bidmead, J., Cardozo, L., Hooper, R. The impact of the menstrual cycle on urinary symptoms and the results of urodynamic investigation. BJOG. 2001 Nov; 108: 1193-6

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

*sorted by Primary Author and Title*

---

10939   Hextall, A., Boos, K., Cardozo, L., Toozs-Hobson, P., Anders, K., Khullar, V. Videocystourethrography with a ring pessary in situ. A clinically useful preoperative investigation for continent women with urogenital prolapse?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 205-9

10262   Hextall, A., Cardozo, L. The role of estrogen supplementation in lower urinary tract dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 258-61

40421   Hicken, B. L., Putzke, J. D., Richards, J. S. Bladder management and quality of life after spinal cord injury. Am J Phys Med Rehabil. 2001 Dec; 80: 916-22

42174   Higley, P. With nature's help. Nurs Times. 1998 Aug 12-18; 94: 79-80

59155   Hijaz, A., Bena, J., Daneshgari, F. Long-term efficacy of a vaginal sling procedure in a rat model of stress urinary incontinence. J Urol. 2005 May; 173: 1817-9

44478   Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M. A., Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-2

3335   Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M.A., and Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-342

44936   Hill, D. E., Chantigian, P. M., Kramer, S. A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-7

44887   Hill, D. E., Kramer, S. A. Management of pregnancy after augmentation cystoplasty. J Urol. 1990 Aug; 144: 457-9; discussion 460

4040   Hill, D.E., Chantigian, P.M., and Kramer, S.A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-487

31724   Hill, J., Corson, R. J., Brandon, H., Redford, J., Faragher, E. B., Kiff, E. S. History and examination in the assessment of patients with idiopathic fecal incontinence. Dis Colon Rectum. 1994 May; 37: 473-7

55040   Hilton, E. L., Henderson, L. J. Lived female experience of chronic bladder cancer: a phenomenologic case study. Urol Nurs. 2003 Oct; 23: 349-54

10007   Hilton, P. Trials of surgery for stress incontinence--thoughts on the 'Humpty Dumpty principle'. BJOG. 2002 Oct; 109: 1081-8

11051   Hilton, P. Urodynamic findings in patients with urogenital fistulae. Br J Urol. 1998 Apr; 81: 539-42

59195   Hilton, P., Dolan, L. M. Pathophysiology of urinary incontinence and pelvic organ prolapse. BJOG. 2004 Dec; 111 Suppl 1: 5-9

11947   Hilton, P., Mayne, C. J. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1991 Nov; 98: 1141-9

53440   Hilton, P., Mohammed, K. A., Ward, K. Postural perineal pain associated with perforation of the lower urinary tract due to insertion of a tension-free vaginal tape. BJOG. 2003 Jan; 110: 79-82

11002   Hilton, P., Ward, A., Molloy, M., Umana, O. Periurethral injection of autologous fat for the treatment of post-fistula repair stress incontinence: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 118-21

53590   Hilton, P., Ward, K. L. Pleasing some of the people none of the time. BMJ. 2002 Dec 7; 325: 1361

3746   Himsl, K.K., Hurwitz, R.S. Pediatric urinary incontinence. Urol Clin North Am. 1991 May; 18: 283-293

44279   Hinge, A. J. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 6; 132: 144

40559   Hirai, K., Ishiko, O., Sumi, T., Hyun, Y., Nakagawa, E., Ogita, S. Indifference and resignation of Japanese women toward urinary incontinence. Int J Gynaecol Obstet. 2001 Oct; 75: 89-91

44194   Hiraizumi, Y., Transfeldt, E. E., Fujimaki, E., Nakabayashi, H., Ishikawa, T., Sato, H. Electrophysiologic evaluation of intermittent sacral nerve dysfunction in lumbar spinal canal stenosis. Spine. 1993 Aug; 18: 1355-60

54690   Hirata, H., Matsuyama, H., Yamakawa, G., Suga, A., Tatsumura, M., Ogata, H., Takemoto, M., Tomimatsu, K., Naito, K. Does surgical repair of pelvic prolapse improve patients' quality of life?. Eur Urol. 2004 Feb; 45: 213-8

---

  © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.  

# American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

41210   Hirono, N., Kitagaki, H., Kazui, H., Hashimoto, M., Mori, E. Impact of white matter changes on clinical manifestation of Alzheimer's disease: A quantitative study. Stroke. 2000 Sep; 31: 2182-8

10848   Hirsch, A., Weirauch, G., Steimer, B., Bihler, K., Peschers, U., Bergauer, F., Leib, B., Dimpfl, T. Treatment of female urinary incontinence with EMG-controlled biofeedback home training. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 7-10

3367   Hjalmas, K. Functional daytime incontinence: definitions and epidemiology. Scand J Urol Nephrol Suppl. 1992; 141: 39-44;discussion45-6

42383   Hjalmas, K. Nocturnal enuresis: basic facts and new horizons. Eur Urol. 1998; 33 Suppl 3: 53-7

3373   Hjalmas, K. Urinary incontinence in children: suggestions for definitions and terminology. Scand J Urol Nephrol Suppl. 1992; 141: 1-6;discussion18-9

40884   Hjalmas, K., Hellstrom, A. L., Mogren, K., Lackgren, G., Stenberg, A. The overactive bladder in children: a potential future indication for tolterodine. BJU Int. 2001 Apr; 87: 569-74

3372   Hjalmas, K., Passerini-Glazel, G., and Chiozza, M.L. Functional daytime incontinence: pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 108-14;discussion115-6

51030   Hladik, M., Dubravicky, J., Pribylincova, V., Blasko, M. Current problems of diagnostics and treatment of urinary incontinence in females. Bratisl Lek Listy. 2003; 104: 163

11294   Ho, A. M., Roth, P., Cowan, W. D. Gaseous distention of the urinary bag indicating bladder perforation during laparoscopic pelvic procedures. Int J Gynaecol Obstet. 1996 Dec; 55: 297-8

43818   Ho, C. C., Yu, T. J. Urethral prolapse--a case report. Changgeng Yi Xue Za Zhi. 1994 Sep; 17: 289-91

50680   Ho, K. L., Witte, M. N., Bird, E. T. 8-ply small intestinal submucosa tension-free sling: spectrum of postoperative inflammation. J Urol. 2004 Jan; 171: 268-71

40210   Ho, N. C., Hadley, D. W., Jain, P. K., Francomano, C. A. Case 47: dural ectasia associated with Marfan syndrome. Radiology. 2002 Jun; 223: 767-71

11622   Ho, Y. H., Goh, H. S. The neurophysiological significance of perineal descent. Int J Colorectal Dis. 1995; 10: 107-11

41897   Hobgood, E. Midlife women and urinary incontinence: causes, lifestyles, and treatments. Medsurg Nurs. 1999 Feb; 8: 19-24

41979   Hocking, J. Continence problems: how to tackle reticence of patients. Nurs Times. 1999 Jan 6-12; 95: 56-8

42702   Hodder, J. Shy Drager syndrome. Axone. 1997 Jun; 18: 75-9

41730   Hodges, A. M. The Mitrofanoff urinary diversion for complex vesicovaginal fistulae: experience from Uganda. BJU Int. 1999 Sep; 84: 436-9

41639   Hodges, A. M. Vesico-vaginal fistula associated with uterine prolapse. Br J Obstet Gynaecol. 1999 Nov; 106: 1227-8

42657   Hodges, C. Continence care: choosing carefully. Nurs Times. 1997 Aug 27-Sep 2; 93: 48-50, 52

59038   Hodroff, M., Portis, A., Siegel, S. W. Endoscopic removal of intravesical polypropylene sling with the holmium laser. J Urol. 2004 Oct; 172: 1361-2

41168   Hoebeke, P., De Kuyper, P., Goeminne, H., Van Laecke, E., Everaert, K. Bladder neck closure for treating pediatric incontinence. Eur Urol. 2000 Oct; 38: 453-6

57860   Hoebeke, P., Renson, C., Petillon, L., Vande Walle, J., De Paepe, H. Percutaneous electrical nerve stimulation in children with therapy resistant nonneuropathic bladder sphincter dysfunction: a pilot study. J Urol. 2002 Dec; 168: 2605-7; discussion 2607-8

40530   Hoebeke, P., Van Laecke, E., Everaert, K., Renson, C., De Paepe, H., Raes, A., Vande Walle, J. Transcutaneous neuromodulation for the urge syndrome in children: a pilot study. J Urol. 2001 Dec; 166: 2416-9

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

43585    Hoebeke, P., Van Laecke, E., Raes, A., Renson, C., Theunis, M., Vande Walle, J. Bladder function and non-neurogenic dysfunction in children: classification and terminology. Acta Urol Belg. 1995 May; 63: 93-8

41892    Hoebeke, P., Van Laecke, E., Raes, A., Van Gool, J. D., Vande Walle, J. Anomalies of the external urethral meatus in girls with non-neurogenic bladder sphincter dysfunction. BJU Int. 1999 Apr; 83: 294-8

40883    Hoebeke, P., Van Laecke, E., Van Camp, C., Raes, A., Van De Walle, J. One thousand video-urodynamic studies in children with non-neurogenic bladder sphincter dysfunction. BJU Int. 2001 Apr; 87: 575-80

42976    Hoebeke, P., Vande Walle, J., Theunis, M., De Paepe, H., Oosterlinck, W., Renson, C. Outpatient pelvic-floor therapy in girls with daytime incontinence and dysfunctional voiding. Urology. 1996 Dec; 48: 923-7

56370    Hoeijmakers, M., Janszen, B., Coert, A., Horspool, L. Pharmacokinetics of oestriol after repeated oral administration to dogs. Res Vet Sci. 2003 Aug; 75: 55-9

11595    Hoffman, M. S., Arango, H. Transvestibular retropubic bladder neck suspension. A pilot study. J Reprod Med. 1995 Mar; 40: 181-4

11382    Hoffman, M. S., Harris, M. S., Bouis, P. J. Sacrospinous colpopexy in the management of uterovaginal prolapse. J Reprod Med. 1996 May; 41: 299-303

44483    Hoffman, M. S., Roberts, W. S., Finan, M. A., Fiorica, J. V., Bryson, S. C., Ruffolo, E. H., Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-7

3402    Hoffman, M.S., Roberts, W.S., Finan, M.A., Fiorica, J.V., Bryson, S.C., Ruffolo, E.H., and Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-197

55870    Hofmeyr, G. J., Hannah, M. E. Planned caesarean section for term breech delivery. Cochrane Database Syst Rev. 2003; : CD000166

42658    Hogan, D. B. Revisiting the O complex: urinary incontinence, delirium and polypharmacy in elderly patients. CMAJ. 1997 Oct 15; 157: 1071-7

11340    Hogston, P. Treatment of urinary stress incontinence. Am J Obstet Gynecol. 1996 Aug; 175: 514-5

40740    Hohenfellner, M., Pannek, J., Botel, U., Dahms, S., Pfitzenmaier, J., Fichtner, J., Hutschenreiter, G., Thuroff, J. W. Sacral bladder denervation for treatment of detrusor hyperreflexia and autonomic dysreflexia. Urology. 2001 Jul; 58: 28-32

42228    Hohenfellner, M., Schultz-Lampel, D., Dahms, S., Matzel, K., Thuroff, J. W. Bilateral chronic sacral neuromodulation for treatment of lower urinary tract dysfunction. J Urol. 1998 Sep; 160: 821-4

43298    Hohlbrugger, G. Leaky urothelium and/or vesical ischemia enable urinary potassium to cause idiopathic urgency/frequency syndrome and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 242-55

41188    Hohlbrugger, G., Riedl, C. Non-bacterial cystitis. Curr Opin Urol. 2000 Sep; 10: 371-80

10780    Hojberg, K. E., Salvig, J. D., Winslow, N. A., Lose, G., Secher, N. J. Urinary incontinence: prevalence and risk factors at 16 weeks of gestation. Br J Obstet Gynaecol. 1999 Aug; 106: 842-50

11615    Hol, M., van Bolhuis, C., Vierhout, M. E. Vaginal ultrasound studies of bladder neck mobility. Br J Obstet Gynaecol. 1995 Jan; 102: 47-53

41145    Hollabaugh, R. S., Jr, Steiner, M. S., Sellers, K. D., Samm, B. J., Dmochowski, R. R. Neuroanatomy of the pelvis: implications for colonic and rectal resection. Dis Colon Rectum. 2000 Oct; 43: 1390-7

10437    Hollabaugh, R. S., Steiner, M. S., Dmochowski, R. R. Neuroanatomy of the female continence complex: clinical implications. Urology. 2001 Feb; 57: 382-8

3227    Holland, M.S. Central anticholinergic syndrome in a pediatric patient following transdermal scopolamine patch placement. Nurse Anesth. 1992 Sep; 3: 121-124

3009    Hollander, J.B., Diokno, A.C. Urinary diversion and reconstruction in the patient with spinal cord injury. Urol Clin North Am. 1993 Aug; 20: 465-474

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**11568**   Holley, R. L., Varner, R. E., Kerns, D. J., Mestecky, P. J. Long-term failure of pelvic floor musculature exercises in treatment of genuine stress incontinence. South Med J. 1995 May; 88: 547-9

**42524**   Hollins, S., Attard, M. T., von Fraunhofer, N., McGuigan, S., Sedgwick, P. Mortality in people with learning disability: risks, causes, and death certification findings in London. Dev Med Child Neurol. 1998 Jan; 40: 50-6

**57540**   Hollis, C. Developmental precursors of child- and adolescent-onset schizophrenia and affective psychoses: diagnostic specificity and continuity with symptom dimensions. Br J Psychiatry. 2003 Jan; 182: 37-44

**44618**   Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-8

**44221**   Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-9

**44417**   Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-32

**3593**   Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-928

**3017**   Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-749

**3217**   Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-432

**3529**   Hollowell, J.G., Ransley, P.G. Surgical management of incontinence in bladder exstrophy. Br J Urol. 1991 Nov; 68: 543-548

**41932**   Hollywood, B., O'Dowd, T. C. Female urinary incontinence: another common chronic illness. Br J Gen Pract. 1998 Nov; 48: 1727-8

**40124**   Holmes, N. M., Coplen, D. E., Strand, W., Husmann, D., Baskin, L. S. Is bladder dysfunction and incontinence associated with ureteroceles congenital or acquired?. J Urol. 2002 Aug; 168: 718-9

**12038**   Holmes, P. Cones for continence. Nurs Times. 1990 Sep 5-11; 86: 20-1

**4190**   Holmes, P. Mind over bladder. Nurs Times. 1990 Jan 24-30; 86: 16-17

**44523**   Holmes, S. A., Christmas, T. J., Kirby, R. S., Hendry, W. F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-4

**3436**   Holmes, S.A., Christmas, T.J., Kirby, R.S., and Hendry, W.F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-264

**54380**   Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: clinical applications. JAMA. 2004 Feb 25; 291: 996-9

**50200**   Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: scientific review. JAMA. 2004 Feb 25; 291: 986-95

**32163**   Holschneider, A. M. Secondary sagittal posterior anorectoplasty. Prog Pediatr Surg. 1990; 25: 103-17

**11701**   Holschneider, C. H., Solh, S., Lebherz, T. B., Montz, F. J. The modified Pereyra procedure in recurrent stress urinary incontinence: a 15-year review. Obstet Gynecol. 1994 Apr; 83: 573-8

**44278**   Holt, P. E. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 20; 132: 199-200

**44811**   Holt, P. E. Long-term evaluation of colposuspension in the treatment of urinary incontinence due to incompetence of the urethral sphincter mechanism in the bitch. Vet Rec. 1990 Dec 1; 127: 537-42

**44264**   Holt, P. E. Surgical management of congenital urethral sphincter mechanism incompetence in eight female cats and a bitch. Vet Surg. 1993 Mar-Apr; 22: 98-104

**44806**   Holt, P. E. Urinary incontinence in the bitch. Vet Rec. 1990 Dec 15; 127: 604

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 227 of 300 PageID #: 202766

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

44471    Holt, P. E., Gibbs, C. Congenital urinary incontinence in cats: a review of 19 cases. Vet Rec. 1992 May 16; 130: 437-42

44736    Holt, P. E., Gregory, S. P. Can urethral pressure profilometry predict the response to colposuspension in bitches?. Vet Rec. 1991 Mar 23; 128: 281-2

41372    Holt, P. E., Jones, A. In vitro study of the significance of bladder neck position in incontinent bitches. Vet Rec. 2000 Apr 8; 146: 437-9

44877    Holt, P. E., Mair, T. S. Ten cases of bladder paralysis associated with sabulous urolithiasis in horses. Vet Rec. 1990 Aug 4; 127: 108-10

43618    Holt, P. E., Moore, A. H. Canine ureteral ectopia: an analysis of 175 cases and comparison of surgical treatments. Vet Rec. 1995 Apr 8; 136: 345-9

44168    Holt, P. E., Thrusfield, M. V. Association in bitches between breed, size, neutering and docking, and acquired urinary incontinence due to incompetence of the urethral sphincter mechanism. Vet Rec. 1993 Aug 21; 133: 177-80

42412    Holtedahl, K., Hunskaar, S. Prevalence, 1-year incidence and factors associated with urinary incontinence: a population based study of women 50-74 years of age in primary care. Maturitas. 1998 Jan 12; 28: 205-11

42268    Holtedahl, K., Verelst, M., Schiefloe, A. A population based, randomized, controlled trial of conservative treatment for urinary incontinence in women. Acta Obstet Gynecol Scand. 1998 Jul; 77: 671-7

41225    Holtedahl, K., Verelst, M., Schiefloe, A., Hunskaar, S. Usefulness of urodynamic examination in female urinary incontinence-- lessons from a population-based, randomized, controlled study of conservative treatment. Scand J Urol Nephrol. 2000 Jun; 34: 169-74

11037    Hom, D., Desautel, M. G., Lumerman, J. H., Feraren, R. E., Badlani, G. H. Pubovaginal sling using polypropylene mesh and Vesica bone anchors. Urology. 1998 May; 51: 708-13

11398    Homma, Y., Kawabe, K., Kageyama, S., Koiso, K., Akaza, H., Kakizoe, T., Koshiba, K., Yokoyama, E., Aso, Y. Injection of glutaraldehyde cross-linked collagen for urinary incontinence: two-year efficacy by self-assessment. Int J Urol. 1996 Mar; 3: 124-7

55080    Homma, Y., Paick, J. S., Lee, J. G., Kawabe, K. Clinical efficacy and tolerability of extended-release tolterodine and immediate-release oxybutynin in Japanese and Korean patients with an overactive bladder: a randomized, placebo-controlled trial. BJU Int. 2003 Nov; 92: 741-7

51720    Hong, B., Park, S., Kim, H. S., Choo, M. S. Factors predictive of urinary retention after a tension-free vaginal tape procedure for female stress urinary incontinence. J Urol. 2003 Sep; 170: 852-6

41086    Honjo, H., Naya, Y., Ukimura, O., Kojima, M., Miki, T. Acupuncture on clinical symptoms and urodynamic measurements in spinal- cord-injured patients with detrusor hyperreflexia. Urol Int. 2000; 65: 190-5

44274    Hooley, J. S. Kegel exercises. J Fla Med Assoc. 1993 Mar; 80: 213

3086    Hooley, J.S. Kegel exercises [letter]. J Fla Med Assoc. 1993 Mar; 80: 213

42682    Hooper, P., Tincello, D. G., Richmond, D. H. The use of salivary stimulant pastilles to improve compliance in women taking oxybutynin hydrochloride for detrusor instability: a pilot study. Br J Urol. 1997 Sep; 80: 414-6

42563    Hope, T., Keene, J., Gedling, K., Cooper, S., Fairburn, C., Jacoby, R. Behaviour changes in dementia. 1: Point of entry data of a prospective study. Int J Geriatr Psychiatry. 1997 Nov; 12: 1062-73

11855    Hopkins, M. P., Morley, G. W. Pelvic exenteration for the treatment of vulvar cancer. Cancer. 1992 Dec 15; 70: 2835-8

43979    Hoppe, A. E. Increasing hope for the incontinent bitch. Br Vet J. 1994 Mar-Apr; 150: 113-4

12050    Horbach, N. S. Problems in the clinical diagnosis of stress incontinence. J Reprod Med. 1990 Aug; 35: 751-7

11663    Horbach, N. S., Ostergard, D. R. Predicting intrinsic urethral sphincter dysfunction in women with stress urinary incontinence. Obstet Gynecol. 1994 Aug; 84: 188-92

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

57910 Hordienko, G., Smith, J. The Wound, Ostomy and Continence Nursing Conference--a Canadian perspective. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 275

56640 Horimoto, Y., Matsumoto, M., Akatsu, H., Ikari, H., Kojima, K., Yamamoto, T., Otsuka, Y., Ojika, K., Ueda, R., Kosaka, K. Autonomic dysfunctions in dementia with Lewy bodies. J Neurol. 2003 May; 250: 530-3

51410 Horowitz, I. R. What's new in gynecology and obstetrics. J Am Coll Surg. 2003 Oct; 197: 612-9

59393 Horrocks, S., Somerset, M., Stoddart, H., Peters, T. J. What prevents older people from seeking treatment for urinary incontinence? A qualitative exploration of barriers to the use of community continence services. Fam Pract. 2004 Dec; 21: 689-96

44770 Hosker, G. L. Commentary. Detrusor instability--current management. Br J Obstet Gynaecol. 1991 Jan; 98: 114-5

11683 Hosker, G. L., Mallet, V. T. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence and a comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1994 Jun; 101: 559-60

3807 Hosker, G.L. Commentary. Detrusor instability--current management [letter] [published erratum appears in Br J Obstet Gynaecol 1991 Feb;98(2):226] [comment]. Br J Obstet Gynaecol. 1991 Jan; 98: 114-115

44015 Houser, E. E., Bartholomew, T. H., Cookson, M. S., Marlin, A. E., Little, N. A. A prospective evaluation of leak point pressure, bladder compliance and clinical status in myelodysplasia patients with tethered spinal cords. J Urol. 1994 Jan; 151: 177-80; discussion 180-1

3141 Houston, K.A. Incontinence and the older woman. Clin Geriatr Med. 1993 Feb; 9: 157-171

10643 Howard, D., Delancey, J. O., Tunn, R., Ashton-Miller, J. A. Racial differences in the structure and function of the stress urinary continence mechanism. Obstet Gynecol. 2000 May; 95: 713-7

10662 Howard, D., Miller, J. M., Delancey, J. O., Ashton-Miller, J. A. Differential effects of cough, valsalva, and continence status on vesical neck movement. Obstet Gynecol. 2000 Apr; 95: 535-40

52770 Ho-Yin, P. L., Man-Wah, P., Shing-Kai, Y. Effects of aging on generic SF-36 quality of life measurements in Hong Kong Chinese women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Mar; 82: 275-9

10282 Hoyte, L., Fielding, J. R., Versi, E., Mamisch, C., Kolvenbach, C., Kikinis, R. Variations in levator ani volume and geometry in women: the application of MR based 3D reconstruction in evaluating pelvic floor dysfunction. Arch Esp Urol. 2001 Jul-Aug; 54: 532-9

59013 Hoyte, L., Jakab, M., Warfield, S. K., Shott, S., Flesh, G., Fielding, J. R. Levator ani thickness variations in symptomatic and asymptomatic women using magnetic resonance-based 3-dimensional color mapping. Am J Obstet Gynecol. 2004 Sep; 191: 856-61

10307 Hoyte, L., Schierlitz, L., Zou, K., Flesh, G., Fielding, J. R. Two- and 3-dimensional MRI comparison of levator ani structure, volume, and integrity in women with stress incontinence and prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 11-9

41010 Hruby, G., Choo, R., Lehman, M., Herschorn, S., Kapusta, L. Female clear cell adenocarcinoma arising within a urethral diverticulum. Can J Urol. 2000 Dec; 7: 1160-3

40003 Hsieh, C. L., Sheu, C. F., Hsueh, I. P., Wang, C. H. Trunk control as an early predictor of comprehensive activities of daily living function in stroke patients. Stroke. 2002 Nov; 33: 2626-30

10406 Hsieh, G. C., Klutke, J. J., Kobak, W. H. Low valsalva leak-point pressure and success of retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 46-50

41257 Hsu, J. W., Wang, Y. C., Lin, C. C., Bai, Y. M., Chen, J. Y., Chiu, H. J., Tsai, S. J., Hong, C. J. No evidence for association of alpha 1a adrenoceptor gene polymorphism and clozapine-induced urinary incontinence. Neuropsychobiology. 2000; 42: 62-5

40332 Hsu, T. H., Rackley, R. R., Abdelmalak, J. B., Madjar, S., Vasavada, S. P. Novel technique for combined repair of postirradiation vesicovaginal fistula and augmentation ileocystoplasty. Urology. 2002 Apr; 59: 597-9

10807 Hsu, T. H., Rackley, R. R., Appell, R. A. The supine stress test: a simple method to detect intrinsic urethral sphincter dysfunction. J Urol. 1999 Aug; 162: 460-3

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

44907   Hu, T. W., Kaltreider, D. L., Igou, J. F., Yu, L. C., Rohner, T. J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-77

52220   Hu, T. W., Wagner, T. H., Bentkover, J. D., LeBlanc, K., Piancentini, A., Stewart, W. F., Corey, R., Zhou, S. Z., Hunt, T. L. Estimated economic costs of overactive bladder in the United States. Urology. 2003 Jun; 61: 1123-8

4153    Hu, T.W. Impact of urinary incontinence on health-care costs. J Am Geriatr Soc. 1990 Mar; 38: 292-295

4182    Hu, T.W., Kaltreider, D.L., and Igou, J. The cost-effectiveness of disposable versus reusable diapers. A controlled experiment in a nursing home. J Gerontol Nurs. 1990 Feb; 16: 19-24

3974    Hu, T.W., Kaltreider, D.L., Igou, J.F., Yu, L.C., and Rohner, T.J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-477

51400   Huang, C. R., Sun, N., Wei-ping,, Xie, H. W., Hwang, A. H., Hardy, B. E. The management of old urethral injury in young girls: analysis of 44 cases. J Pediatr Surg. 2003 Sep; 38: 1329-32

51540   Huang, K. H., Kung, F. T., Liang, H. M., Huang, L. Y., Chang, S. Y. Concomitant surgery with tension-free vaginal tape. Acta Obstet Gynecol Scand. 2003 Oct; 82: 948-53

59145   Huang, W. C., Yang, J. M. Anatomic comparison between laparoscopic and open Burch colposuspension for primary stress urinary incontinence. Urology. 2004 Apr; 63: 676-81; discussion 681

52610   Huang, W. C., Yang, J. M. Bladder neck funneling on ultrasound cystourethrography in primary stress urinary incontinence: a sign associated with urethral hypermobility and intrinsic sphincter deficiency. Urology. 2003 May; 61: 936-41

53720   Huang, W. C., Yang, J. M. Sonographic appearance of a bladder calculus secondary to a suture from a bladder neck suspension. J Ultrasound Med. 2002 Nov; 21: 1303-5

10223   Huang, Y. H., Lin, A. T., Chen, K. K., Pan, C. C., Chang, L. S. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology. 2001 Dec; 58: 943-6

11834   Hubner, W. A., Trigo-Rocha, F., Plas, E. G., Tanagho, E. A. Urethral function after cystectomy: a canine in vivo experiment. Urol Res. 1993 Jan; 21: 45-8

11558   Huddleston, H. T., Dunnihoo, D. R., Huddleston, P. M.,  3rd, Meyers, P. C.,  Sr Magnetic resonance imaging of defects in DeLancey's vaginal support levels I, II, and III. Am J Obstet Gynecol. 1995 Jun; 172: 1778-82; discussion 1782-4

11958   Huddleston, H. T., Dunnihoo, D. R., Otterson, W. O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

3585    Huddleston, H.T., Dunnihoo, D.R., and Otterson, W.O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

10823   Hudson, A., Jones, L. R., Weber, M. T. Adult survivors of childhood sexual abuse as patients: two case studies. J Wound Ostomy Continence Nurs. 1999 Mar; 26: 60-6

51450   Huggins, M. E., Bhatia, N. N., Ostergard, D. R. Urinary incontinence: newer pharmacotherapeutic trends. Curr Opin Obstet Gynecol. 2003 Oct; 15: 419-27

42358   Hulbert, W. C., Rabinowitz, R. Prenatal diagnosis of duplex system hydronephrosis: effect on renal salvage. Urology. 1998 May; 51: 23-6

52980   Hulens, M., Vansant, G., Claessens, A. L., Lysens, R., Muls, E. Predictors of 6-minute walk test results in lean, obese and morbidly obese women. Scand J Med Sci Sports. 2003 Apr; 13: 98-105

40139   Hullfish, K. L., Bovbjerg, V. E., Gibson, J., Steers, W. D. Patient-centered goals for pelvic floor dysfunction surgery: what is success, and is it achieved?. Am J Obstet Gynecol. 2002 Jul; 187: 88-92

54360   Hulthen de Medina, V., Mellstam, L., Amark, P., Frenckner, B. Neurovesical dysfunction in children after surgery for high or intermediate anorectal malformations. Acta Paediatr. 2004 Jan; 93: 43-6

41360   Hunskaar, S. Fluctuations in lower urinary tract symptoms in women. Reassurance and watchful waiting can prevent overtreatment. BMJ. 2000 May 27; 320: 1418-9

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3410**    Hunskaar, S. One hundred and fifty men with urinary incontinence. I. Demography and medical history. Scand J Prim Health Care. 1992 Mar; 10: 21-25

**3409**    Hunskaar, S. One hundred and fifty men with urinary incontinence. II. Help seeking and self care. Scand J Prim Health Care. 1992 Mar; 10: 26-29

**41139**    Hunskaar, S., Arnold, E. P., Burgio, K., Diokno, A. C., Herzog, A. R., Mallett, V. T. Epidemiology and natural history of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 301-19

**55270**    Hunskaar, S., Burgio, K., Diokno, A., Herzog, A. R., Hjalmas, K., Lapitan, M. C. Epidemiology and natural history of urinary incontinence in women. Urology. 2003 Oct; 62: 16-23

**50320**    Hunskaar, S., Lose, G., Sykes, D., Voss, S. The prevalence of urinary incontinence in women in four European countries. BJU Int. 2004 Feb; 93: 324-30

**43084**    Hunskaar, S., Seim, A., Freeman, T. The journey of incontinent women from community to university clinic; implications for selection bias, gatekeeper function, and primary care. Fam Pract. 1996 Aug; 13: 363-8

**11990**    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile. J Am Geriatr Soc. 1991 Apr; 39: 378-82

**3770**    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile [published erratum appears in J Am Geriatr Soc 1992 Sep;40(9):976-7]. J Am Geriatr Soc. 1991 Apr; 39: 378-382

**44900**    Hunt, G. M., Whitaker, R. H. A new device for self-catheterisation in wheelchair-bound women. Br J Urol. 1990 Aug; 66: 162-3

**4050**    Hunt, G.M. Open spina bifida: outcome for a complete cohort treated unselectively and followed into adulthood. Dev Med Child Neurol. 1990 Feb; 32: 108-118

**55240**    Hunter, S., Anderson, J., Hanson, D., Thompson, P., Langemo, D., Klug, M. G. Clinical trial of a prevention and treatment protocol for skin breakdown in two nursing homes. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 250-8

**41767**    Hurley, R. A., Bradley, W. G., Jr, Latifi, H. T., Taber, K. H. Normal pressure hydrocephalus: significance of MRI in a potentially treatable dementia. J Neuropsychiatry Clin Neurosci. 1999 Summer; 11: 297-300

**41224**    Hurley, R. M., Harris, D., Shepherd, R. R. Incontinence in myelodysplasia: imipramine hydrochloride revisited. Clin Pediatr (Phila). 2000 Aug; 39: 489-91

**41262**    Husain, A., Curtin, J., Brown, C., Chi, D., Hoskins, W., Poynor, E., Alektiar, K., Barakat, R. Continent urinary diversion and low-rectal anastomosis in patients undergoing exenterative procedures for recurrent gynecologic malignancies. Gynecol Oncol. 2000 Aug; 78: 208-11

**43525**    Husmann, D. A., Ewalt, D. H., Glenski, W. J., Bernier, P. A. Ureterocele associated with ureteral duplication and a nonfunctioning upper pole segment: management by partial nephroureterectomy alone. J Urol. 1995 Aug; 154: 723-6

**41912**    Husmann, D. A., Vandersteen, D. R., McLorie, G. A., Churchill, B. M. Urinary continence after staged bladder reconstruction for cloacal exstrophy: the effect of coexisting neurological abnormalities on urinary continence. J Urol. 1999 May; 161: 1598-602

**4021**    Husmann, D.A., McLorie, G.A., and Churchill, B.M. Factors predisposing to renal scarring: following staged reconstruction of classical bladder exstrophy. J Pediatr Surg. 1990 May; 25: 500-504

**4004**    Husmann, D.A., Wilson, W.T., Boone, T.B., and Allen, T.D. Prostatomembranous urethral disruptions: management by suprapubic cystostomy and delayed urethroplasty. J Urol. 1990 Jul; 144: 76-78

**40972**    Husmann, O. A., Cain, M. P. Fecal and urinary continence after ileal cecal cystoplasty for the neurogenic bladder. J Urol. 2001 Mar; 165: 922-5

**10398**    Hutchings, A., Black, N. A. Surgery for stress incontinence: a non-randomised trial of colposuspension, needle suspension and anterior colporrhaphy. Eur Urol. 2001 Apr; 39: 375-82

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10924** Hutchings, A., Griffiths, J., Black, N. A. Surgery for stress incontinence: factors associated with a successful outcome. Br J Urol. 1998 Nov; 82: 634-41

**43025** Hutchinson, S., Leger-Krall, S., Skodol Wilson, H. Toileting: a biobehavioral challenge in Alzheimer's dementia care. J Gerontol Nurs. 1996 Oct; 22: 18-27

**40312** Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Does urinary incontinence occurrence depend on the menstrual cycle phase?. Acta Obstet Gynecol Scand. 2002 Apr; 81: 347-50

**57170** Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Menstrual cycle, female hormone use and urinary incontinence in premenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 56-61; discussion 61

**56490** Hvidman, L., Foldspang, A., Mommsen, S., Nielsen, J. B. Postpartum urinary incontinence. Acta Obstet Gynecol Scand. 2003 Jun; 82: 556-63

**3151** Hwang, Y.M., Lee, M.C., Suh, D.C., and Lee, W.Y. Coxiella (Q fever)-associated myelopathy. Neurology. 1993 Feb; 43: 338-342

**44360** Hyams, G., McCoull, K., Smith, P. S., Tyrer, S. P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36 ( Pt 6): 551-8

**3191** Hyams, G., McCoull, K., Smith, P.S., and Tyrer, S.P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36: 551-558

**3638** Hyland, N. Continence--training for success. Nurs Times. 1991 Aug 7-13; 87: 60,62

**41603** Hyman, N. Endoanal advancement flap repair for complex anorectal fistulas. Am J Surg. 1999 Oct; 178: 337-40

**3975** Ibrahim, M.E. Reconstruction of bladder neck-posterior urethral region in patients with complete epispadias. Int Urol Nephrol. 1990; 22: 61-65

**44177** Igawa, Y., Mattiasson, A., Andersson, K. E. Effects of GABA-receptor stimulation and blockade on micturition in normal rats and rats with bladder outflow obstruction. J Urol. 1993 Aug; 150: 537-42

**44013** Igawa, Y., Mattiasson, A., Andersson, K. E. Micturition and premicturition contractions in unanesthetized rats with bladder outlet obstruction. J Urol. 1994 Jan; 151: 244-9

**44166** Igawa, Y., Westerling, D., Mattiasson, A., Andersson, K. E. Effects of morphine metabolites on micturition in normal, unanaesthetized rats. Br J Pharmacol. 1993 Sep; 110: 257-62

**11079** Iglesia, C. B., Shott, S., Fenner, D. E., Brubaker, L. Effect of preoperative voiding mechanism on success rate of autologous rectus fascia suburethral sling procedure. Obstet Gynecol. 1998 Apr; 91: 577-81

**50940** Iglesias, X., Espuna, M. Surgical treatment of urinary stress incontinence using a method for postoperative adjustment of sling tension (Remeex System). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 326-30; discussion 330

**10566** Ilbey, O., Apaydin, E., Gursan, A., Cikili, N. Bladder leiomyoma: a rare cause of urinary stress incontinence. Arch Ital Urol Androl. 2000 Jun; 72: 85-7

**11765** Iliev, V. N., Jelovsek, F. R. Urodynamics in female incontinence: basic testing. J Tenn Med Assoc. 1993 Nov; 86: 487-90

**44385** Iliffe, S., Tai, S. S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., Morgan, P. Are elderly people living alone at risk group?. BMJ. 1992 Oct 24; 305: 1001-4

**3216** Iliffe, S., Tai, S.S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., and Morgan, P. Are elderly people living alone an at risk group?. Bmj. 1992 Oct 24; 305: 1001-1004

**52730** Ilker, Y., Tarcan, T., Ozveren, B., Yildirim, A. Anterior urethropexy according to lapides: how effective is it in the treatment of genuine female stress incontinence?. Arch Esp Urol. 2003 Jan-Feb; 56: 95-9

**10411** Indrekvam, S., Fosse, O. A., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--demography and medical history. Scand J Urol Nephrol. 2001 Feb; 35: 26-31

---

September 2009    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 292 of 300 PageID #: 202771

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 51260 | Indrekvam, S., Hunskaar, S. Home electrical stimulation for urinary incontinence: a study of the diffusion of a new technology. Urology. 2003 Oct; 62: 24-30 |
| 40892 | Indrekvam, S., Sandvik, H., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--effectiveness and treatment results. Scand J Urol Nephrol. 2001 Feb; 35: 32-9 |
| 43731 | Infantino, A., Masin, A., Melega, E., Dodi, G., Lise, M. Does surgery resolve outlet obstruction from rectocele?. Int J Colorectal Dis. 1995; 10: 97-100 |
| 11927 | Iosif, C. S. Effects of protracted administration of estriol on the lower genito urinary tract in postmenopausal women. Arch Gynecol Obstet. 1992; 251: 115-20 |
| 11439 | Iosif, C. S. Laparoscopic surgery for stress urinary incontinence. Urol Int. 1996; 57: 180-4 |
| 11275 | Iqbal, P., Castleden, C. M. Management of urinary incontinence in the elderly. Gerontology. 1997; 43: 151-7 |
| 3551 | Irvine, L. Paving the way to self-control. Maintaining continence in elderly people. Prof Nurse. 1991 Nov; 7: 94-97 |
| 44339 | Isambert, J. L., Egon, G., Colombel, P. Adjuvant drug therapy: a review of 30 cases of sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 513-5 |
| 41991 | Iselin, C. E., Webster, G. D. Office management of female urinary incontinence. Urol Clin North Am. 1998 Nov; 25: 625-45, ix |
| 10565 | Isherwood, P. J., Rane, A. Comparative assessment of pelvic floor strength using a perineometer and digital examination. BJOG. 2000 Aug; 107: 1007-11 |
| 42928 | Ishigooka, M., Hashimoto, T., Hayami, S., Suzuki, Y., Izumi, T., Nakada, T. Ice water test in patients with overactive bladder due to cerebrovascular accidents and bladder outlet obstruction. Urol Int. 1997; 58: 84-7 |
| 3046 | Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., and Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10 |
| 44331 | Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10 |
| 3109 | Ishigooka, M., Hashimoto, T., Izumiya, K., Kodama, C., and Nakada, T. Membranous lipodystrophy (Nasu's disease): a rare cause of neuropathic urinary incontinence. Urol Int. 1993; 50: 179-181 |
| 44338 | Ishigooka, M., Hashimoto, T., Izumiya, K., Sasagawa, I., Nakada, T. Incidence of anal incontinence after long-term follow-up of patients treated by ureterosigmoidostomy. Int Urol Nephrol. 1993; 25: 455-60 |
| 3063 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., and Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-416 |
| 43868 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Electrical pelvic floor stimulation by percutaneous implantable electrode. Br J Urol. 1994 Aug; 74: 191-4 |
| 44301 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-6 |
| 3263 | Ishigooka, M., Ishii, N., Hashimoto, T., Suzuki, Y., Adachi, M., Nakada, T., Saito, C., Ichie, M., and Handa, Y. Electrical stimulation of pelvic floor musculature by percutaneous implantable electrodes: a case report. Int Urol Nephrol. 1992; 24: 277-282 |
| 42497 | Ishigooka, M., Suzuki, Y., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. A new technique for sacral nerve stimulation: a percutaneous method for urinary incontinence caused by spinal cord injury. Br J Urol. 1998 Feb; 81: 315-8 |
| 10827 | Ishikawa, N., Suda, S., Sasaki, T., Yamanishi, T., Hosaka, H., Yasuda, K., Ito, H. Development of a non-invasive treatment system for urinary incontinence using a functional continuous magnetic stimulator (FCMS). Med Biol Eng Comput. 1998 Nov; 36: 704-10 |

**American Urological Association, Inc.**

SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

**10664**   Ishiko, O., Hirai, K., Sumi, T., Nishimura, S., Ogita, S. The urinary incontinence score in the diagnosis of female urinary incontinence. Int J Gynaecol Obstet. 2000 Feb; 68: 131-7

**10402**   Ishiko, O., Hirai, K., Sumi, T., Tatsuta, I., Ogita, S. Hormone replacement therapy plus pelvic floor muscle exercise for postmenopausal stress incontinence. A randomized, controlled trial. J Reprod Med. 2001 Mar; 46: 213-20

**10613**   Ishiko, O., Sumi, T., Hirai, K., Ogita, S. Classification of female urinary incontinence by the scored incontinence questionnaire. Int J Gynaecol Obstet. 2000 Jun; 69: 255-60

**10528**   Ishiko, O., Ushiroyama, T., Saji, F., Mitsuhashi, Y., Tamura, T., Yamamoto, K., Kawamura, Y., Ogita, S. beta(2)-adrenergic agonists and pelvic floor exercises for female stress incontinence. Int J Gynaecol Obstet. 2000 Oct; 71: 39-44

**40318**   Ishizuka, O., Gu, B., Igawa, Y., Nishizawa, O., Pehrson, R., Andersson, K. E. Role of supraspinal serotonin receptors for micturition in normal conscious rats. Neurourol Urodyn. 2002; 21: 225-30

**43837**   Ishizuka, O., Igawa, Y., Lecci, A., Maggi, C. A., Mattiasson, A., Andersson, K. E. Role of intrathecal tachykinins for micturition in unanaesthetized rats with and without bladder outlet obstruction. Br J Pharmacol. 1994 Sep; 113: 111-6

**42758**   Ishizuka, O., Pandita, R. K., Mattiasson, A., Steers, W. D., Andersson, K. E. Stimulation of bladder activity by volume, L-dopa and capsaicin in normal conscious rats--effects of spinal alpha 1-adrenoceptor blockade. Naunyn Schmiedebergs Arch Pharmacol. 1997 Jun; 355: 787-93

**59351**   Ishunina, T. A., Kamphorst, W., Swaab, D. F. Metabolic alterations in the hypothalamus and basal forebrain in vascular dementia. J Neuropathol Exp Neurol. 2004 Dec; 63: 1243-54

**42374**   Iskandar, B. J., Fulmer, B. B., Hadley, M. N., Oakes, W. J. Congenital tethered spinal cord syndrome in adults. J Neurosurg. 1998 Jun; 88: 958-61

**10293**   Iskander, M. N., Kapoor, D. Pregnancy following tension-free vaginal taping. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 199-200

**51420**   Iskander, M. N., Kapoor, D. S., Mohammed, A. Subjective outcomes of the TVT procedure. Int J Gynaecol Obstet. 2003 Oct; 83: 69-70

**10023**   Iskander, M. N., Kent, A. Re: Zilbert AW, Farrell SA. External iliac artery laceration during tension free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 274

**10128**   Iskander, M. N., Kent, A. Zilbert AW, Farrell SA. External iliac artery laceration during tension- free vaginal tape procedure. Int Urogynecol J 2001; 12:141-143. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 59; discussion 59

**43803**   Ismael, N. N. A study on the menopause in Malaysia. Maturitas. 1994 Oct; 19: 205-9

**10622**   Ismael, S. S., Amarenco, G., Bayle, B., Kerdraon, J. Postpartum lumbosacral plexopathy limited to autonomic and perineal manifestations: clinical and electrophysiological study of 19 patients. J Neurol Neurosurg Psychiatry. 2000 Jun; 68: 771-3

**41199**   Ismael, S. S., Epstein, T., Bayle, B., Denys, P., Amarenco, G. Bladder cooling reflex in patients with multiple sclerosis. J Urol. 2000 Oct; 164: 1280-4

**41149**   Isozaki, E., Matsubara, S., Hayashida, T., Oda, M., Hirai, S. Morphometric study of nucleus ambiguus in multiple system atrophy presenting with vocal cord abductor paralysis. Clin Neuropathol. 2000 Sep-Oct; 19: 213-20

**43838**   Isshi, K., Hirohata, S., Hashimoto, T., Miyashita, H. Systemic lupus erythematosus presenting with diffuse low density lesions in the cerebral white matter on computed axial tomography scans: its implication in the pathogenesis of diffuse central nervous system lupus. J Rheumatol. 1994 Sep; 21: 1758-62

**44052**   Itoh, H., Morikawa, A., Makino, I. Urinary bladder dysfunction in spontaneously diabetic Chinese hamsters. Diabetes Res Clin Pract. 1994 Jan; 22: 163-70

**3193**   Ivey, J.F. Understanding and evaluating chronic urinary incontinence. J Fla Med Assoc. 1992 Dec; 79: 823-827

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

40482    Jabs, C. F., Drutz, H. P. The role of intraoperative cystoscopy in prolapse and incontinence surgery. Am J Obstet Gynecol. 2001 Dec; 185: 1368-71; discussion 1372-3

40886    Jabs, C. F., Stanton, S. L. Urge incontinence and detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 58-68

41624    Jackson, A. B., Wadley, V. A multicenter study of women's self-reported reproductive health after spinal cord injury. Arch Phys Med Rehabil. 1999 Nov; 80: 1420-8

43863    Jackson, N. D. Non-surgical treatment of female incontinence. R I Med. 1994 Aug; 77: 273-4

59064    Jackson, R. A., Vittinghoff, E., Kanaya, A. M., Miles, T. P., Resnick, H. E., Kritchevsky, S. B., Simonsick, E. M., Brown, J. S. Urinary incontinence in elderly women: findings from the Health, Aging, and Body Composition Study. Obstet Gynecol. 2004 Aug; 104: 301-7

11268    Jackson, S. Female urinary incontinence--symptom evaluation and diagnosis. Eur Urol. 1997; 32 Suppl 2: 20-4

42566    Jackson, S. The patient with an overactive bladder--symptoms and quality-of-life issues. Urology. 1997 Dec; 50: 18-22; discussion 23-4

42348    Jackson, S. L. Prevalence and natural history of female incontinence. J Womens Health. 1998 May; 7: 472-3

59346    Jackson, S. L., Boyko, E. J., Scholes, D., Abraham, L., Gupta, K., Fihn, S. D. Predictors of urinary tract infection after menopause: a prospective study. Am J Med. 2004 Dec 15; 117: 903-11

42066    Jackson, S., Hull, T. L. Fecal incontinence in women. Obstet Gynecol Surv. 1998 Dec; 53: 741-7; quiz 748-51

42854    Jackson, S. L., Weber, A. M., Hull, T. L., Mitchinson, A. R., Walters, M. D. Fecal incontinence in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1997 Mar; 89: 423-7

43160    Jackson, S., Donovan, J., Brookes, S., Eckford, S., Swithinbank, L., Abrams, P. The Bristol Female Lower Urinary Tract Symptoms questionnaire: development and psychometric testing. Br J Urol. 1996 Jun; 77: 805-12

10151    Jackson, S., James, M., Abrams, P. The effect of oestradiol on vaginal collagen metabolism in postmenopausal women with genuine stress incontinence. BJOG. 2002 Mar; 109: 339-44

10792    Jackson, S., Shepherd, A., Brookes, S., Abrams, P. The effect of oestrogen supplementation on post-menopausal urinary stress incontinence: a double-blind placebo-controlled trial. Br J Obstet Gynaecol. 1999 Jul; 106: 711-8

42407    Jacobs, M., Wyman, J. F., Rowell, P., Smith, D. A. Continence nurses: a survey of who they are and what they do. Urol Nurs. 1998 Mar; 18: 13-20

10724    Jacoby, K., Rowbotham, R. K. Double balloon positive pressure urethrography is a more sensitive test than voiding cystourethrography for diagnosing urethral diverticulum in women. J Urol. 1999 Dec; 162: 2066-9

10881    Jacome, E. G., Tutera, G., Mattox, F. T. Laparoscopic Burch urethropexy in a private clinical practice. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 39-44

40640    Jacquetin, B., Wyndaele, J. Tolterodine reduces the number of urge incontinence episodes in patients with an overactive bladder. Eur J Obstet Gynecol Reprod Biol. 2001 Sep; 98: 97-102

41958    Jacquot, J. M., Finiels, H., Fardjad, S., Belhassen, S., Leroux, J. L., Pelissier, J. Neurological complications in insufficiency fractures of the sacrum. Three case-reports. Rev Rhum Engl Ed. 1999 Feb; 66: 109-14

43530    Jain, P., Parada, J. P., David, A., Smith, L. G. Overuse of the indwelling urinary tract catheter in hospitalized medical patients. Arch Intern Med. 1995 Jul 10; 155: 1425-9

44199    Jakobsen, H., Kromann-Andersen, B., Nielsen, K. K., Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-81

3035    Jakobsen, H., Kromann-Andersen, B., Nielsen, K.K., and Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-381

11020    James, M., Abrams, P., Gujral, S. Impact of surgery for stress incontinence on morbidity. Patients should be told hospital results and allowed to choose where they want surgery. BMJ. 1998 Jul 11; 317: 143; discussion 144

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 295 of 300 PageID #: 202774

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div style="text-align: right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

10702    James, M., Jackson, S., Shepherd, A., Abrams, P. Pure stress leakage symptomatology: is it safe to discount detrusor instability?. Br J Obstet Gynaecol. 1999 Dec; 106: 1255-8

43173    James, W. H. Smoke them out. Nature. 1996 May 30; 381: 363

56380    Jameson, M. B., Thompson, P. I., Baguley, B. C., Evans, B. D., Harvey, V. J., Porter, D. J., McCrystal, M. R., Small, M., Bellenger, K., Gumbrell, L., Halbert, G. W., Kestell, P. Clinical aspects of a phase I trial of 5,6-dimethylxanthenone-4-acetic acid (DMXAA), a novel antivascular agent. Br J Cancer. 2003 Jun 16; 88: 1844-50

11565    Janknegt, R. A. Minimal prerequisites to operate a stress-incontinent woman. Acta Urol Belg. 1995 May; 63: 37-8

41417    Janknegt, R. A. Urinary incontinence: pathophysiology, diagnosis and treatment in clinical (neuro-)urological practice of patients with Chronic Impairment of Voiding and Continence Activities (CIVCA). Arch Physiol Biochem. 1999 Jul; 107: 189-94

40981    Janknegt, R. A., Hassouna, M. M., Siegel, S. W., Schmidt, R. A., Gajewski, J. B., Rivas, D. A., Elhilali, M. M., Milam, D. C., van Kerrebroeck, P. E., Dijkema, H. E., Lycklama, a., Nyeholt AA, Fall, M., Jonas, U., Catanzaro, F., Fowler, C. J Long-term effectiveness of sacral nerve stimulation for refractory urge incontinence. Eur Urol. 2001 Jan; 39: 101-6

43426    Janknegt, R. A., Heesakkers, J. P., Weil, E. H., Baeten, C. G. Electrically stimulated gracilis sphincter (dynamic graciloplasty) for treatment of intrinsic sphincter deficiency: a pilot study on feasibility and side effects. J Urol. 1995 Nov; 154: 1830-3

42837    Janknegt, R. A., Weil, E. H., Eerdmans, P. H. Improving neuromodulation technique for refractory voiding dysfunctions: two-stage implant. Urology. 1997 Mar; 49: 358-62

3236    Janknegt, R.A., Baeten, C.G., Weil, E.H., and Spaans, F. Electrically stimulated gracilis sphincter for treatment of bladder sphincter incontinence. Lancet. 1992 Nov 7; 340: 1129-1130

57270    Janschek, E. C., Hohlagschwandtner, M., Nather, A., Schindl, M., Joura, E. A. A study of non-closure of the peritoneum at vaginal hysterectomy. Arch Gynecol Obstet. 2003 Feb; 267: 213-6

10446    Janssen, C. C., Lagro-Janssen, A. L., Felling, A. J. The effects of physiotherapy for female urinary incontinence: individual compared with group treatment. BJU Int. 2001 Feb; 87: 201-6

11125    Janssens, L. A., Peeters, S. Comparisons between stress incontinence in women and sphincter mechanism incompetence in the female dog. Vet Rec. 1997 Dec 13; 141: 620-5

10297    Jarmy-Di Bella, Z. I., Girao, M. J., Sartori, M. F., Di Bella Junior, V., Lederman, H. M., Baracat, E. C., Lima, G. R. Power Doppler of the urethra in continent or incontinent, pre- and postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 148-154; discussion 154-5

11278    Jarolim, L., Babjuk, M., Hanus, T., Jansky, M., Skrivanova, V. Female urethra-sparing cystectomy and orthotopic bladder replacement. Eur Urol. 1997; 31: 173-7

10510    Jarolim, L., Babjuk, M., Pecher, S. M., Grim, M., Nanka, O., Tichy, M., Hanus, T., Jansky, M. Causes and treatment of residual urine volume after orthotopic bladder replacement in women. Eur Urol. 2000 Dec; 38: 748-52

45075    Jarvelin, M. R., Huttunen, N. P., Seppanen, J., Seppanen, U., Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-9

3880    Jarvelin, M.R., Huttunen, N.P., Seppanen, J., Seppanen, U., and Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-189

11691    Jarvis, G. J. Surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1994 May; 101: 371-4

10586    Jarvis, G. J. Surgery for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 315-34

44262    Jarvis, G. J. Urinary incontinence in the community. BMJ. 1993 Mar 27; 306: 809-10

3175    Jarvis, G.J. Re: Erosion of buttress following bladder neck suspension [letter]. Br J Urol. 1992 Dec; 70: 695

3084    Jarvis, G.J. Urinary incontinence in the community [editorial; comment]. Bmj. 1993 Mar 27; 306: 809-810

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 296 of 300 PageID #: 202775

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

3369    Jaureguizar, E., Pereira, L. Structural incontinence. Scand J Urol Nephrol Suppl. 1992; 141: 20-5;discussion26-7

41707    Jawad, S. H., Ward, A. B., Jones, P. Study of the relationship between premorbid urinary incontinence and stroke functional outcome. Clin Rehabil. 1999 Oct; 13: 447-52

41530    Jawaheer, G., Rangecroft, L. The Pippi Salle procedure for neurogenic urinary incontinence in childhood: a three-year experience. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 9-11

42086    Jay, J., Staskin, D. Urinary Incontinence in Women. Adv Nurse Pract. 1998 Oct; 6: 32-7

42667    Jayanthi, V. R., Churchill, B. M., Khoury, A. E., McLorie, G. A. Bilateral single ureteral ectopia: difficulty attaining continence using standard bladder neck repair. J Urol. 1997 Nov; 158: 1933-6

43522    Jayanthi, V. R., Churchill, B. M., McLorie, G. A., Khoury, A. E. Concomitant bladder neck closure and Mitrofanoff diversion for the management of intractable urinary incontinence. J Urol. 1995 Aug; 154: 886-8

40311    Jayne, D. G., Botterill, I., Ambrose, N. S., Brennan, T. G., Guillou, P. J., O'Riordain, D. S. Randomized clinical trial of Ligasure versus conventional diathermy for day-case haemorrhoidectomy. Br J Surg. 2002 Apr; 89: 428-32

10234    Jeffry, L., Deval, B., Birsan, A., Soriano, D., Darai, E. Objective and subjective cure rates after tension-free vaginal tape for treatment of urinary incontinence. Urology. 2001 Nov; 58: 702-6

59375    Jenkins, K. R., Fultz, N. H. Functional impairment as a risk factor for urinary incontinence among older Americans. Neurourol Urodyn. 2005; 24: 51-5

11134    Jenkins, V. R., 2nd Uterosacral ligament fixation for vaginal vault suspension in uterine and vaginal vault prolapse. Am J Obstet Gynecol. 1997 Dec; 177: 1337-43; discussion 1343-4

11440    Jensen, D., Stien, R. The importance of complex repetitive discharges in the striated female urethral sphincter and the male bulbocavernosus muscle. Scand J Urol Nephrol Suppl. 1996; 179: 69-73

4173    Jensen, H., Nielsen, K., and Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-24

45059    Jensen, H., Nielsen, K., Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-4

11689    Jensen, J. K., Nielsen, F. R., Jr, Ostergard, D. R. The role of patient history in the diagnosis of urinary incontinence. Obstet Gynecol. 1994 May; 83: 904-10

11328    Jensen, L. M., Aabech, J., Lundvall, F., Iversen, H. G. Female urethral diverticulum. Clinical aspects and a presentation of 15 cases. Acta Obstet Gynecol Scand. 1996 Sep; 75: 748-52

42120    Jensen, L. N., Gerstenberg, T., Kallestrup, E. B., Koefoed, P., Nordling, J., Nielsen, J. E. Urodynamic evaluation of patients with autosomal dominant pure spastic paraplegia linked to chromosome 2p21-p24. J Neurol Neurosurg Psychiatry. 1998 Nov; 65: 693-6

40895    Jervis, L. L. The pollution of incontinence and the dirty work of caregiving in a U.S. nursing home. Med Anthropol Q. 2001 Mar; 15: 84-99

44849    Jessop, M. K. Urinary incontinence in the bitch. Vet Rec. 1990 Oct 27; 127: 436

3248    Jeter, K.F. A lifetime of incontinence [editorial]. Ostomy Wound Manage. 1992 Sep; 38: 45-6,48,50-1

4095    Jeter, K.F. Introduction for theme issue on urinary incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 43-44

3247    Jeter, K.F. Review of AHCPR urinary incontinence in adults: a patient's guide [letter]. Decubitus. 1992 Sep; 5: 8

4134    Jeter, K.F., Wagner, D.B. Incontinence in the American home. A survey of 36,500 people. J Am Geriatr Soc. 1990 Mar; 38: 379-383

10475    Jeyaseelan, S. M., Haslam, E. J., Winstanley, J., Roe, B. H., Oldham, J. A. An evaluation of a new pattern of electrical stimulation as a treatment for urinary stress incontinence: a randomized, double-blind, controlled trial. Clin Rehabil. 2000 Dec; 14: 631-40

44169    Jilek, R. Elderly toileting: is two hourly too often?. Nurs Stand. 1993 Aug 11-17; 7: 25-6

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

40399    Jirovec, M. M., Jenkins, J., Isenberg, M., Baiardi, J. Urine control theory derived from Roy's conceptual framework. Nurs Sci Q. 1999 Jul; 12: 251-5

40919    Jirovec, M. M., Templin, T. Predicting success using individualized scheduled toileting for memory- impaired elders at home. Res Nurs Health. 2001 Feb; 24: 1-8

3504    Jirovec, M.M. Effect of individualized prompted toileting on incontinence in nursing home residents. Appl Nurs Res. 1991 Nov; 4: 188-191

3605    Jirovec, M.M. The impact of daily exercise on the mobility, balance and urine control of cognitively impaired nursing home residents. Int J Nurs Stud. 1991; 28: 145-151

3937    Jirovec, M.M., Wells, T.J. Urinary incontinence in nursing home residents with dementia: the mobility-cognition paradigm. Appl Nurs Res. 1990 Aug; 3: 112-117

42278    Jitapunkul, S., Hanvivadhanakul, P. Outcomes and predicting factors of mortality among newly admitted female medical inpatients. J Med Assoc Thai. 1998 Jul; 81: 491-6

42339    Jitapunkul, S., Khovidhunkit, W. Urinary incontinence in Thai elderly living in Klong Toey slum. J Med Assoc Thai. 1998 Mar; 81: 160-8

42653    Johannesson, M., O'Conor, R. M., Kobelt-Nguyen, G., Mattiasson, A. Willingness to pay for reduced incontinence symptoms. Br J Urol. 1997 Oct; 80: 557-62

41790    Johanson, R. B., Heycock, E., Carter, J., Sultan, A. H., Walklate, K., Jones, P. W. Maternal and child health after assisted vaginal delivery: five-year follow up of a randomised controlled study comparing forceps and ventouse. Br J Obstet Gynaecol. 1999 Jun; 106: 544-9

40508    Johanson, R., Newburn, M. Promoting normality in childbirth. BMJ. 2001 Nov 17; 323: 1142-3

30442    Johanson, R., Rigby, C., Jones, P. Democratic prioritization of maternity care: a rational basis for planning a clinical effectiveness programme. J Public Health Med. 2000 Dec; 22: 486-91

43078    Johansson, C., Hellstrom, L., Ekelund, P., Milsom, I. Urinary incontinence: a minor risk factor for hip fractures in elderly women. Maturitas. 1996 Aug; 25: 21-8

43208    Johansson, C., Molander, U., Milsom, I., Ekelund, P. Association between urinary incontinence and urinary tract infections, and fractures in postmenopausal women. Maturitas. 1996 Apr; 23: 265-71

41840    Johnson, C. Accentuate the positive. Nurs Times. 1999 May 5-11; 95: 81

44870    Johnson, D. E., Muncie, H. L., O'Reilly, J. L., Warren, J. W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-22

51320    Johnson, D. W., ElHajj, M., OBrien-Best, E. L., Miller, H. J., Fine, P. M. Necrotizing fasciitis after tension-free vaginal tape (TVT) placement. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 291-3

3924    Johnson, D.E., Muncie, H.L., OReilly, J.L., and Warren, J.W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-1022

41153    Johnson, J. C., Jayadevappa, R., Baccash, P. D., Taylor, L. Nonspecific presentation of pneumonia in hospitalized older people: age effect or dementia?. J Am Geriatr Soc. 2000 Oct; 48: 1316-20

11917    Johnson, J. D., Lamensdorf, H., Hollander, I. N., Thurman, A. E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-5

3161    Johnson, J.C. General concepts of geriatric medicine. Clin Podiatr Med Surg. 1993 Jan; 10: 23-33

3505    Johnson, J.D., Lamensdorf, H., Hollander, I.N., and Thurman, A.E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-425

41517    Johnson, S. T. From incontinence to confidence. Am J Nurs. 2000 Feb; 100: 69-74, 76

41341    Johnson, T. M.,  2nd, Bernard, S. L., Kincade, J. E., Defriese, G. H. Urinary incontinence and risk of death among community-living elderly people: results from the National Survey on Self-Care and Aging. J Aging Health. 2000 Feb; 12: 25-46

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

42666   Johnson, T. M., 2nd, Busby-Whitehead, J. Diagnostic assessment of geriatric urinary incontinence. Am J Med Sci. 1997 Oct; 314: 250-6

41214   Johnson, T. M., 2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., DeFriese, G. H. Self-care practices used by older men and women to manage urinary incontinence: results from the national follow-up survey on self-care and aging. J Am Geriatr Soc. 2000 Aug; 48: 894-902

42333   Johnson, T. M., 2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., Hertz-Picciotto, I., DeFriese, G. H. The association of urinary incontinence with poor self-rated health. J Am Geriatr Soc. 1998 Jun; 46: 693-9

40634   Johnson, T. M., 2nd, Ouslander, J. G. The shifting impact of UI. J Am Geriatr Soc. 2001 Jul; 49: 998-9

10763   Johnson, T. M., 2nd, Ouslander, J. G. Urinary incontinence in the older man. Med Clin North Am. 1999 Sep; 83: 1247-66

40715   Johnson, T. M., Ouslander, J. G., Uman, G. C., Schnelle, J. F. Urinary incontinence treatment preferences in long-term care. J Am Geriatr Soc. 2001 Jun; 49: 710-8

10384   Johnson, V. Y. How the principles of exercise physiology influence pelvic floor muscle training. J Wound Ostomy Continence Nurs. 2001 May; 28: 150-5

11351   Johnson, V. Y., Hubbard, D., Vordermark, J. S. Urologic manifestations of postpolio syndrome. J Wound Ostomy Continence Nurs. 1996 Jul; 23: 218-23

11465   Jolic, V. Should Burch colposuspension be replaced by fibrin glue colpofixation in women with urinary stress incontinence?. Zentralbl Gynakol. 1996; 118: 236-8

11164   Jolic, V., Gilja, I. Vaginal vs. transabdominal ultrasonography in the evaluation of female urinary tract anatomy, stress urinary incontinence and pelvic organs static disturbances. Zentralbl Gynakol. 1997; 119: 483-91

11797   Jolleys, J. Urinary incontinence. Practitioner. 1993 Aug; 237: 630-3

44226   Jolleys, J. V., Wilson, J. V. Urinary incontinence. GPs lack confidence. BMJ. 1993 May 15; 306: 1344

3054    Jolleys, J.V., Wilson, J.V. Urinary incontinence. GPs lack confidence [letter]. Bmj. 1993 May 15; 306: 1344

10396   Jomaa, M. Combined tension-free vaginal tape and prolapse repair under local anaesthesia in patients with symptoms of both urinary incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 184-6

42919   Jonas, U., Hofner, K., Madersbacher, H., Holmdahl, T. H. Efficacy and safety of two doses of tolterodine versus placebo in patients with detrusor overactivity and symptoms of frequency, urge incontinence, and urgency: urodynamic evaluation. The International Study Group. World J Urol. 1997; 15: 144-51

3873    Jonasson, A., Larsson, B., Pschera, H., and Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-123

12111   Jonasson, A., Larsson, B., Pschera, H., Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-3

42072   Jones, F. The accuracy of predicting functional recovery in patients following a stroke, by physiotherapists and patients. Physiother Res Int. 1998; 3: 244-56

44229   Jones, J. A., Mitchell, M. E., Rink, R. C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-61

43879   Jones, J. O. Continence. A public inconvenience. Interview by Renata Langford. Nurs Times. 1994 Jul 6-12; 90: 62

3052    Jones, J.A., Mitchell, M.E., and Rink, R.C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-561

3781    Jones, J.W. Insufficiency fracture of the sacrum with displacement and neurologic damage: a case report and review of the literature. J Am Geriatr Soc. 1991 Mar; 39: 280-283

11708   Jones, K. R. Ambulatory bio-feedback for stress incontinence exercise regimes: a novel development of the perineometer. J Adv Nurs. 1994 Mar; 19: 509-12

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

43469   Jones, L. C. Urinary incontinence: a major health issue for women. AWHONN Voice. 1995 Sep; 3: 9-10

41575   Jones, S. Promoting continence in older people. Elder Care. 1999 Nov; 11: 34-8; quiz 39

42071   Jones, S. E., Ogura, T., Shuba, L. M., McDonald, T. F. Inhibition of the rapid component of the delayed-rectifier K+ current by therapeutic concentrations of the antispasmodic agent terodiline. Br J Pharmacol. 1998 Nov; 125: 1138-43

11032   Jones, T. V., Bunner, S. H. Approaches to urinary incontinence in a rural population: a comparison of physician assistants, nurse practitioners, and family physicians. J Am Board Fam Pract. 1998 May-Jun; 11: 207-15

55560   Jones, W. K. Understanding barriers to physical activity is a first step in removing them. Am J Prev Med. 2003 Oct; 25: 2-4

10803   Jongen, V. H., Brouwer, W. K. Comparison of the modified Pereyra procedure using permanent suture material and Burch urethropexy. Eur J Obstet Gynecol Reprod Biol. 1999 May; 84: 7-11

44083   Jordan, G. H., Winslow, B. H. Laparoscopically assisted continent catheterizable cutaneous appendicovesicostomy. J Endourol. 1993 Dec; 7: 517-20

59046   Jordan, O., Doelker, E., Defabiani, N., Caviezel, A., Iselin, C. Novel injectable urethral bulking agents for the treatment of urinary incontinence. J Mater Sci Mater Med. 2004 Apr; 15: 519-22

59267   Jorgensen, L., Engstad, T., Jacobsen, B. K. Self-reported urinary incontinence in noninstitutionalized long-term stroke survivors: A population-based study. Arch Phys Med Rehabil. 2005 Mar; 86: 416-20

12006   Jorgensen, L., Lose, G., Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-9

3675    Jorgensen, L., Lose, G., and Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-179

10105   Jorion, J. L. Endoscopic treatment of bladder perforation after tension-free vaginal tape procedure. J Urol. 2002 Jul; 168: 197

3211    Joseph, A.C. Joseph Continence Assessment Tool. Urol Nurs. 1992 Dec; 12: 144-146

40334   Joshi, H. B., Okeke, A., Newns, N., Keeley, F. X., Jr, Timoney, A. G. Characterization of urinary symptoms in patients with ureteral stents. Urology. 2002 Apr; 59: 511-6

11806   Jozwik, M. Stress urinary incontinence in women--an overuse syndrome. Med Hypotheses. 1993 Jun; 40: 381-2

10996   Jozwik, M., Jr, Jozwik, M., Lotocki, W. Stress urinary incontinence in women. III. Different tissue biochemistry in patients with concomitant detrusor instability. Preliminary report. Int Urol Nephrol. 1998; 30: 279-82

11432   Jozwik, M., Jr, Lotocki, W., Jozwik, M. Stress urinary incontinence in women. II. Abnormalities of glycogenolysis in tissues related to the lower urinary tract. Int Urol Nephrol. 1996; 28: 485-94

41216   Jozwik, M., Jozwik, M. Clinical classification of vesicouterine fistula. Int J Gynaecol Obstet. 2000 Sep; 70: 353-7

10364   Jozwik, M., Jozwik, M. Partial denervation of the pelvic floor during term vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 81-2

10937   Jozwik, M., Jozwik, M. The physiological basis of pelvic floor exercises in the treatment of stress urinary incontinence. Br J Obstet Gynaecol. 1998 Oct; 105: 1046-51

44673   Ju, C. C., Swan, L. K., Merriman, A., Choon, T. E., Viegas, O. Urinary incontinence among the elderly people of Singapore. Age Ageing. 1991 Jul; 20: 262-6

3580    Ju, C.C., Swan, L.K., Merriman, A., Choon, T.E., and Viegas, O. Urinary incontinence among the elderly people of Singapore [published erratum appears in Age Ageing 1991 Sep;20(5):387]. Age Ageing. 1991 Jul; 20: 262-266

10216   Jueng-Anuwat, P., Roongruangsilp, U., Kochakarn, W., Ratana-Olarn, K. Risk factors for stress urinary incontinence in middle aged and elderly Thai women. J Med Assoc Thai. 2001 Aug; 84: 1121-5

55060   Julia, J., Yacoub, M., Levy, G. Labial fusion causing urinary incontinence in a postmenopausal female: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 360-1

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

42211   Julian, T. M. Physical examination and pretreatment testing of the incontinent woman. Clin Obstet Gynecol. 1998 Sep; 41: 663-71

11504   Juma, S. Anterior vaginal suspension for vaginal vault prolapse. Tech Urol. 1995 Fall; 1: 150-6

44856   Juma, S., Little, N. A., Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-21

11902   Juma, S., Little, N. A., Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-8

3911   Juma, S., Little, N.A., and Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-321

3424   Juma, S., Little, N.A., and Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-428

4073   Juma, S., Morales, A., and Emerson, L. The mechanisms of continence in the Indiana pouch: a video-urodynamic study. J Urol. 1990 May; 143: 973-974

3985   Jumper, B.M., McLorie, G.A., Churchill, B.M., Khoury, A.E., and Toi, A. Effects of the artificial urinary sphincter on prostatic development and sexual function in pubertal boys with meningomyelocele. J Urol. 1990 Aug; 144: 438-42;discussion443-4

53900   Jundt, K., Peschers, U. M., Dimpfl, T. Long-term efficacy of pelvic floor re-education with EMG-controlled biofeedback. Eur J Obstet Gynecol Reprod Biol. 2002 Nov 15; 105: 181-5

10405   Junemann, K. P. The management of female urinary stress incontinence: II. The use of devices. BJU Int. 2001 Mar; 87: 449-55

10215   Jung, B. H., Bai, S. W., Chung, B. C. Urinary profile of endogenous steroids in postmenopausal women with stress urinary incontinence. J Reprod Med. 2001 Nov; 46: 969-74

10816   Jung, S. Y., Fraser, M. O., Ozawa, H., Yokoyama, O., Yoshiyama, M., De Groat, W. C., Chancellor, M. B. Urethral afferent nerve activity affects the micturition reflex; implication for the relationship between stress incontinence and detrusor instability. J Urol. 1999 Jul; 162: 204-12

11763   Kadakia, S. C. Urinary incontinence associated with dysphagia. Gastrointest Endosc. 1993 Nov-Dec; 39: 860-1

41746   Kaefer, M., Andler, R., Bauer, S. B., Hendren, W. H., Diamond, D. A., Retik, A. B. Urodynamic findings in children with isolated epispadias. J Urol. 1999 Sep; 162: 1172-5

42710   Kaefer, M., Rosen, A., Darbey, M., Kelly, M., Bauer, S. B. Pressure at residual volume: a useful adjunct to standard fill cystometry. J Urol. 1997 Sep; 158: 1268-71

52550   Kafali, H., Verit, A., Verit, F., Demir, N. Expeditious method of urethrovesical junction determination in retropubic colposuspension with intraballoon illumination of Foley catheter. Urol Int. 2003; 70: 262-4

44854   Kahler, J. S., Leach, M. W., Jang, S., Wong, A. Disseminated aspergillosis attributable to Aspergillus deflectus in a springer spaniel. J Am Vet Med Assoc. 1990 Oct 1; 197: 871-4

3980   Kahn, D. Dismayed by response on incontinent pads [letter]. Can Nurse. 1990 Jun; 86: 8-11

54900   Kajiwara, M., Inoue, K., Usui, A., Kurihara, M., Usui, T. The micturition habits and prevalence of daytime urinary incontinence in Japanese primary school children. J Urol. 2004 Jan; 171: 403-7

43646   Kakizaki, H., Shibata, T., Shinno, Y., Kobayashi, S., Matsumura, K., Koyanagi, T. Fascial sling for the management of urinary incontinence due to sphincter incompetence. J Urol. 1995 Mar; 153: 644-7

40128   Kalita, J., Shah, S., Kapoor, R., Misra, U. K. Bladder dysfunction in acute transverse myelitis: magnetic resonance imaging and neurophysiological and urodynamic correlations. J Neurol Neurosurg Psychiatry. 2002 Aug; 73: 154-9

43095   Kalkanis, S. N., Blumenfeld, H., Sherman, J. C., Krebs, D. E., Irizarry, M. C., Parker, S. W., Cosgrove, G. R. Delayed complications thirty-six years after hemispherectomy: a case report. Epilepsia. 1996 Aug; 37: 758-62

59039   Kalota, S. J. Small intestinal submucosa tension-free sling: postoperative inflammatory reactions and additional data. J Urol. 2004 Oct; 172: 1349-50

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

43766    Kalra, L., Dale, P., Crome, P. Evaluation of a clinical score for prognostic stratification of elderly stroke patients. Age Ageing. 1994 Nov; 23: 492-8

45082    Kaltreider, D. L., Hu, T. W., Igou, J. F., Yu, L. C., Craighead, W. E. Can reminders curb incontinence?. Geriatr Nurs. 1990 Jan-Feb; 11: 17-9

4199    Kaltreider, D.L., Hu, T.W., Igou, J.F., Yu, L.C., and Craighead, W.E. Can reminders curb incontinence?. Geriatr-Nurs (New York). 1990 Jan-Feb; 11: 17-19

10888    Kammerer-Doak, D. N., Dorin, M. H., Rogers, R. G., Cousin, M. O. A randomized trial of burch retropubic urethropexy and anterior colporrhaphy for stress urinary incontinence. Obstet Gynecol. 1999 Jan; 93: 75-8

10101    Kammerer-Doak, D. N., Rogers, R. G., Bellar, B. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 106-9; discussion 109

59137    Kamo, I., Cannon, T. W., Conway, D. A., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. The role of bladder-to-urethral reflexes in urinary continence mechanisms in rats. Am J Physiol Renal Physiol. 2004 Sep; 287: F434-41

52510    Kamo, I., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. Urethral closure mechanisms under sneeze-induced stress condition in rats: a new animal model for evaluation of stress urinary incontinence. Am J Physiol Regul Integr Comp Physiol. 2003 Aug; 285: R356-65

50060    Kane, D. D., Kerns, J. M., Lin, D. L., Damaser, M. S. Early structural effects of oestrogen on pudendal nerve regeneration in the rat. BJU Int. 2004 Apr; 93: 870-8

10824    Kane, L., Chung, T., Lawrie, H., Iskaros, J. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 1999 Jun; 83: 1010-4

44734    Kane, R. L., Garrard, J., Buchanan, J. L., Rosenfeld, A., Skay, C., McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-67

3771    Kane, R.L., Garrard, J., Buchanan, J.L., Rosenfeld, A., Skay, C., and McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-367

43141    Kaneko, K., Ohtsuka, Y., Suzuki, Y., Yabuta, K., Yamataka, A., Miyano, T. Masked ureteral duplication with ectopic ureter detected by magnetic resonance imaging. Acta Paediatr Jpn. 1996 Jun; 38: 291-3

43768    Kao, L. W. Detrusor instability--an overview. J Tenn Med Assoc. 1994 Nov; 87: 472-4

10495    Kaplan, H. J., Mamo, G. J. Pubovaginal sling technique utilizing a unique bone anchor instrumentation system. Can J Urol. 2000 Oct; 7: 1116-21

11375    Kaplan, S. A., Santarosa, R. P., Te, A. E. Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. Urology. 1996 Jun; 47: 885-9

10537    Kaplan, S. A., Te, A. E., Young, G. P., Andrade, A., Cabelin, M. A., Ikeguchi, E. F. Prospective analysis of 373 consecutive women with stress urinary incontinence treated with a vaginal wall sling: the Columbia-Cornell University experience. J Urol. 2000 Nov; 164: 1623-7

43104    Kaplinsky, R., Greenfield, S., Wan, J., Fera, M. Expanded followup of intravesical oxybutynin chloride use in children with neurogenic bladder. J Urol. 1996 Aug; 156: 753-6

10244    Kapoor, D., Ghoniem, G. Re: Randomized comparison of local versus epidural anesthesia for tension-free vaginal tape operation. J Urol. 2001 Dec; 166: 2323-4

11405    Karabacak, O., Taner, M. Z., Tiras, M. B., Kaya, A., Guner, H., Yildirim, M. An extraperitoneal burch procedure: a case report. J Laparoendosc Surg. 1996 Feb; 6: 65-8

43091    Karakayali, H., Bilgin, N., Moray, G., Demirbas, M., Ozkardes, H. Major urological complications in 1051 consecutive renal transplants. Transplant Proc. 1996 Aug; 28: 2339-40

50730    Karan, A., Isikoglu, M., Aksac, B., Attar, E., Eskiyurt, N., Yalcin, O. Hypermobility syndrome in 105 women with pure urinary stress incontinence and in 105 controls. Arch Gynecol Obstet. 2004 Jan; 269: 89-90

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

**59331** Karantanis, E., Allen, W., Stevermuer, T. L., Simons, A. M., O'Sullivan, R., Moore, K. H. The repeatability of the 24-hour pad test. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 63-8; discussion 68

**59069** Karantanis, E., Fynes, M. M., Stanton, S. L. The tension-free vaginal tape in older women. BJOG. 2004 Aug; 111: 837-41

**56390** Karantanis, E., O'Sullivan, R., Moore, K. H. The 24-hour pad test in continent women and men: normal values and cyclical alterations. BJOG. 2003 Jun; 110: 567-71

**3030** Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., and Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-196

**44183** Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-6

**4184** Karlin, G.S., Badlani, G.H. Endourologic management of lower urinary tract dysfunction. Clin Geriatr Med. 1990 Feb; 6: 109-113

**51670** Karram, M. M. Pathophysiology of genuine stress incontinence: what do we really know?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 77

**10849** Karram, M. M. What is the optimal anti-incontinence procedure in women with advanced prolapse and 'potential' stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 1-2

**10311** Karram, M. M. Why surgery for incontinence and prolapse fails. Urol Int. 2001; 67: 12-3

**11882** Karram, M. M., Angel, O., Koonings, P., Tabor, B., Bergman, A., Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-8

**12085** Karram, M. M., Bhatia, N. N. Patch procedure: modified transvaginal fascia lata sling for recurrent or severe stress urinary incontinence. Obstet Gynecol. 1990 Mar; 75: 461-3

**11173** Karram, M. M., Partoll, L., Bilotta, V., Angel, O. Factors affecting detrusor contraction strength during voiding in women. Obstet Gynecol. 1997 Nov; 90: 723-6

**43216** Karram, M. M., Partoll, L., Rahe, J. Efficacy of nonsurgical therapy for urinary incontinence. J Reprod Med. 1996 Apr; 41: 215-9

**11776** Karram, M. M., Rosenzweig, B. A., Bhatia, N. N. Artificial urinary sphincter for recurrent/severe stress incontinence in women. Urogynecologic perspective. J Reprod Med. 1993 Oct; 38: 791-4

**52590** Karram, M. M., Segal, J. L., Vassallo, B. J., Kleeman, S. D. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 929-32

**3265** Karram, M.M., Angel, O., Koonings, P., Tabor, B., Bergman, A., and Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-658

**3916** Karram, M.M., Bhatia, N.N. Importance of a neurologic evaluation in women with lower urinary tract dysfunction. J Reprod Med. 1990 Aug; 35: 799-804

**54300** Kassardjian, Z. G. Sling procedures for urinary incontinence in women. BJU Int. 2004 Mar; 93: 665-70

**40837** Kassouf, W., Capolicchio, G., Berardinucci, G., Corcos, J. Collagen injection for treatment of urinary incontinence in children. J Urol. 2001 May; 165: 1666-8

**41044** Kataria, R., Bajpai, M., Lall, A., Gupta, D. K., Grover, V. P., Mitra, D. K. Neurogenic bladder: urodynamic and surgical aspects. Indian J Pediatr. 1997 Nov-Dec; 64: 68-76

**12101** Katlowitz, N. M., Karwa, G., Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-8

**4061** Katlowitz, N.M., Karwa, G., and Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-38

**42735** Kato, H. Incorrect positioning of an indwelling urethral catheter in the ureter. Int J Urol. 1997 Jul; 4: 417-8

---

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 243 of 300 PageID #: 202782

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

| 40236 | Kato, H., Igawa, Y., Komiyama, I., Nishizawa, O. Continent urinary reservoir formation with transverse colon for patients with pelvic irradiation. Int J Urol. 2002 Apr; 9: 200-3 |
|---|---|
| 40769 | Kato, H., Kiyokawa, H., Igawa, Y., Nishizawa, O. The serous-lined tunnel principle for urinary reconstruction: a more rational method. BJU Int. 2001 Jun; 87: 783-8 |
| 11067 | Kato, K., Kondo, A. Clinical value of vaginal cones for the management of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 314-7 |
| 5293 | Kato, K., Kondo, A., Saito, M., and Otani, T. Stamey's procedure for stress urinary incontinence: surgical results between the elderly and adults. Neurourology and Urodynamics. 1990; 9: 399-400 |
| 41194 | Katsuragi, S., Teraoka, K., Ikegami, K., Amano, K., Yamashita, K., Ishizuka, K., Miyakawa, T. Late onset X-linked hydrocephalus with normal cerebrospinal fluid pressure. Psychiatry Clin Neurosci. 2000 Aug; 54: 487-92 |
| 42908 | Kattan, S. A. Maternal urological injuries associated with vaginal deliveries: change of pattern. Int Urol Nephrol. 1997; 29: 155-61 |
| 44415 | Kaufman, D. M., Lipton, R. B. The persistent vegetative state: an analysis of clinical correlates and costs. N Y State J Med. 1992 Sep; 92: 381-4 |
| 40507 | Kaufman, H. S., Buller, J. L., Thompson, J. R., Pannu, H. K., DeMeester, S. L., Genadry, R. R., Bluemke, D. A., Jones, B., Rychcik, J. L., Cundiff, G. W. Dynamic pelvic magnetic resonance imaging and cystocolpoproctography alter surgical management of pelvic floor disorders. Dis Colon Rectum. 2001 Nov; 44: 1575-83; discussion 1583-4 |
| 10100 | Kaum, H. J., Wolff, F. TVT: on midurethral tape positioning and its influence on continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 110-5; discussion 115 |
| 43887 | Kavoussi, L. R., Moore, R. G., Partin, A. W., Bender, J. S., Zenilman, M. E., Satava, R. M. Telerobotic assisted laparoscopic surgery: initial laboratory and clinical experience. Urology. 1994 Jul; 44: 15-9 |
| 44141 | Kavukcu, S., Ozaksoy, D., Turkmen, M., Kovanlikaya, I., Kose, G., Tavli, V. The urological manifestations of the tethered spinal cord. Turk J Pediatr. 1993 Oct-Dec; 35: 313-7 |
| 10830 | Kay, L., Stigsby, B., Brasso, K., Mortensen, S. O., Munkgaard, S. Lower urinary tract symptoms--a population survey using the Danish Prostatic Symptom Score (DAN-PSS) questionnaire. Scand J Urol Nephrol. 1999 Apr; 33: 94-9 |
| 10122 | Kayano, C. E., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Vaginal hysterectomy allied with Kelly-Kennedy surgery and perineal repair for the treatment of patients with a prolapsed uterus and urinary stress incontinence. Clin Exp Obstet Gynecol. 2002; 29: 27-30 |
| 10456 | Kayigil, O. Our changing strategies on bladder neck suspension operations. Int Urol Nephrol. 1999; 31: 647-54 |
| 42414 | Kayigil, O., Atahan, O., Metin, A. Experiences with clam ileocystoplasty. Int Urol Nephrol. 1998; 30: 45-8 |
| 10135 | Kayigil, O., Biri, A. Double forced sling by combining in situ vaginal wall and Infast pubic bone suburethral stabilization techniques: a new method. J Urol. 2002 Jun; 167: 2481-3 |
| 10769 | Kayigil, O., Iftekhar Ahmed, S., Metin, A. The coexistence of intrinsic sphincter deficiency with type II stress incontinence. J Urol. 1999 Oct; 162: 1365-6 |
| 43781 | Keane, D. The role of a female urodynamics clinic. Ir Med J. 1994 Nov-Dec; 87: 164 |
| 11870 | Keane, D. P., Eckford, S. D. Surgical treatment of urinary stress incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 308-13 |
| 11880 | Keane, D. P., Eckford, S. D., Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-64 |
| 44391 | Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. BMJ. 1992 Oct 3; 305: 808 |
| 44298 | Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Urodynamic investigation in elderly women. BMJ. 1993 Jan 9; 306: 145 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

10589   Keane, D. P., O'Sullivan, S. Urinary incontinence: anatomy, physiology and pathophysiology. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 207-26

11187   Keane, D. P., Sims, T. J., Abrams, P., Bailey, A. J. Analysis of collagen status in premenopausal nulliparous women with genuine stress incontinence. Br J Obstet Gynaecol. 1997 Sep; 104: 994-8

44283   Keane, D. P., Winder, A., Lewis, P., Shepherd, A. M., Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-5

3284   Keane, D.P., Eckford, S.D., and Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-564

3245   Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. Bmj. 1992 Oct 3; 305: 808

3157   Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Urodynamic investigation in elderly women [letter]. Bmj. 1993 Jan 9; 306: 145

3113   Keane, D.P., Winder, A., Lewis, P., Shepherd, A.M., and Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-165

44240   Keating, M. A., Rink, R. C., Adams, M. C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-4

3097   Keating, M.A., Rink, R.C., and Adams, M.C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-1094

40101   Keil, K. Urogenital atrophy: diagnosis, sequelae, and management. Curr Womens Health Rep. 2002 Aug; 2: 305-11

41282   Kelleher, C. Quality of life and urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 363-79

43637   Kelleher, C. J. Treatment of dysfunctional uterine bleeding. Ignoring urinary incontinence may reduce long term satisfaction. BMJ. 1995 Mar 25; 310: 802; discussion 804

42686   Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A medium-term analysis of the subjective efficacy of treatment for women with detrusor instability and low bladder compliance. Br J Obstet Gynaecol. 1997 Sep; 104: 988-93

42582   Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1997 Dec; 104: 1374-9

43448   Kelleher, C. J., Cardozo, L. D., Toozs-Hobson, P. M. Quality of life and urinary incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 404-8

59341   Kelleher, C. J., Cardozo, L., Chapple, C. R., Haab, F., Ridder, A. M. Improved quality of life in patients with overactive bladder symptoms treated with solifenacin. BJU Int. 2005 Jan; 95: 81-5

41720   Kelleher, C., Braude, P. Recent advances. Gynaecology. BMJ. 1999 Sep 11; 319: 689-92

3772   Keller, P.A., Sinkovic, S.P., and Miles, S.J. Skin dryness: a major factor in reducing incontinence dermatitis. Ostomy Wound Manage. 1990 Sep-Oct; 30: 60-64

41989   Keller, S. L. Urinary incontinence: occurrence, knowledge, and attitudes among women aged 55 and older in a rural Midwestern setting. J Wound Ostomy Continence Nurs. 1999 Jan; 26: 30-8

3616   Kelley, L.S., Mobily, P.R. Iatrogenesis in the elderly. Impaired skin integrity. J Gerontol Nurs. 1991 Sep; 17: 24-29

10962   Kelly, H. A., Dumm, W. M. Urinary incontinence in women, without manifest injury to the bladder. 1914. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 158-64

11905   Kelly, J. Vesico-vaginal and recto-vaginal fistulae. J R Soc Med. 1992 May; 85: 257-8

42123   Kelly, J. D., Keane, P. F. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Oct; 82: 609-10

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11996   Kelly, M. J., Knielsen, K., Bruskewitz, R., Roskamp, D., Leach, G. E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-9

11983   Kelly, M. J., Zimmern, P. E., Leach, G. E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-8

3802   Kelly, M.J., Knielsen, K., Bruskewitz, R., Roskamp, D., and Leach, G.E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-219

5303   Kelly, M.J., Nielsen, K.K., Roskamp, D.A., Leach, G.E., and Bruskewitz, R.C. Long-term follow-up of the Raz bladder neck suspension for the correction of female stress urinary incontinence. Neurourology and Urodynamics. 1990; 9: 231-232

3741   Kelly, M.J., Zimmern, P.E., and Leach, G.E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-338

11665   Kelvin, F. M., Maglinte, D. D., Benson, J. T., Brubaker, L. P., Smith, C. Dynamic cystoproctography: a technique for assessing disorders of the pelvic floor in women. AJR Am J Roentgenol. 1994 Aug; 163: 368-70

11323   Kelvin, F. M., Maglinte, D. D., Hale, D., Benson, J. T. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Oct; 167: 1065-6

44090   Kennedy, A. Continence. Island education. Nurs Times. 1993 Nov 24-30; 89: 74-7

11533   Kennedy, K. L., Steidle, C. P., Letizia, T. M. Urinary incontinence: the basics. Ostomy Wound Manage. 1995 Aug; 41: 16-8, 20, 22 passim; quiz 33-4

3622   Kennedy, K.L., Steidle, C.P. Achieving a state of urinary continence for residents of nursing facilities. Part I: The history and physical examination. Ostomy Wound Manage. 1991 Jul-Aug; 35: 72-77

10066   Kenton, K. S., Woods, M. P., Brubaker, L. Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol. 2002 Jul; 187: 233-4

10030   Kenton, K., Brubaker, L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol. 2002 Aug; 187: 403-6

10065   Kenton, K., FitzGerald, M. P., Brubaker, L. Multiple foreign body erosions after laparoscopic colposuspension with mesh. Am J Obstet Gynecol. 2002 Jul; 187: 252-3

59186   Kenton, K., Fitzgerald, M. P., Brubaker, L. Striated urethral sphincter activity does not alter urethral pressure during filling cystometry. Am J Obstet Gynecol. 2005 Jan; 192: 55-9

10304   Kenton, K., FitzGerald, M. P., Shott, S., Brubaker, L. Role of urethral electromyography in predicting outcome of Burch retropubic urethropexy. Am J Obstet Gynecol. 2001 Jul; 185: 51-5

10067   Kenton, K., Oldham, L., Brubaker, L. Open Burch urethropexy has a low rate of perioperative complications. Am J Obstet Gynecol. 2002 Jul; 187: 107-10

41849   Kenton, K., Sadowski, D., Shott, S., Brubaker, L. A comparison of women with primary and recurrent pelvic prolapse. Am J Obstet Gynecol. 1999 Jun; 180: 1415-8

41587   Kerns, J. M., Damaser, M. S., Kane, J. M., Sakamoto, K., Benson, J. T., Shott, S., Brubaker, L. Effects of pudendal nerve injury in the female rat. Neurourol Urodyn. 2000; 19: 53-69

57200   Kerns, J. M., Shott, S., Brubaker, L., Sakamoto, K., Benson, J. T., Fleischer, A. E., Coleman, M. E. Effects of IGF-I gene therapy on the injured rat pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 2-7; discussion 8

40411   Kerschan-Schindl, K., Uher, E., Wiesinger, G., Kaider, A., Ebenbichler, G., Nicolakis, P., Kollmitzer, J., Preisinger, E., Fialka-Moser, V. Reliability of pelvic floor muscle strength measurement in elderly incontinent women. Neurourol Urodyn. 2002; 21: 42-7

41955   Kershen, R. T., Atala, A. New advances in injectable therapies for the treatment of incontinence and vesicoureteral reflux. Urol Clin North Am. 1999 Feb; 26: 81-94, viii

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**54600**   Kersun, L. S., Wimmer, R. S., Hoot, A. C., Meadows, A. T. Secondary malignant neoplasms of the bladder after cyclophosphamide treatment for childhood acute lymphocytic leukemia. Pediatr Blood Cancer. 2004 Mar; 42: 289-91

**42221**   Keshtgar, A. S., Rickwood, A. M. Urological consequences of incomplete cord lesions in patients with myelomeningocele. Br J Urol. 1998 Aug; 82: 258-60

**59370**   Kessler, T. M., Madersbacher, H., Kiss, G. Bilateral migration of sacral neuromodulation tined leads in a thin patient. J Urol. 2005 Jan; 173: 153-4

**44082**   Khair, B., Azmy, A. F., Carachi, R., Fyfe, A. H., Drainer, I. K. Continent urinary diversion using Mitrofanoff principle in children with neurogenic bladder. Eur J Pediatr Surg. 1993 Dec; 3 Suppl 1: 8-9

**43127**   Khan, K. S., Chien, P. F. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Jul; 103: 720

**3545**   Khan, Z., Mieza, M., Starer, P., and Singh, V.K. Post-prostatectomy incontinence. A urodynamic and fluoroscopic point of view. Urology. 1991 Nov; 38: 483-488

**44687**   Khan, Z., Rajaratnam, R., Singh, V. K. Neurogenic bladder in neuroleptic malignant syndrome. Urology. 1991 Jun; 37: 543-4

**43946**   Khanduja, K. S., Yamashita, H. J., Wise, W. E.,  Jr, Aguilar, P. S., Hartmann, R. F. Delayed repair of obstetric injuries of the anorectum and vagina. A stratified surgical approach. Dis Colon Rectum. 1994 Apr; 37: 344-9

**57210**   Khastgir, J., Hamid, R., Arya, M., Shah, N., Shah, P. J. Surgical and patient reported outcomes of 'clam' augmentation ileocystoplasty in spinal cord injured patients. Eur Urol. 2003 Mar; 43: 263-9

**42005**   Khorsandi, M., Ginsberg, P. C., Harkaway, R. C. Reassessing the role of urodynamics after cerebrovascular accident. Males versus females. Urol Int. 1998; 61: 142-6

**41678**   Khoury, A. E., Agarwal, S. K., Bagli, D., Merguerian, P., McLorie, G. A. Concomitant modified bladder neck closure and Mitrofanoff urinary diversion. J Urol. 1999 Nov; 162: 1746-8

**44898**   Khoury, A. E., Hendrick, E. B., McLorie, G. A., Kulkarni, A., Churchill, B. M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8; discussion 428-9, 443-4

**3987**   Khoury, A.E., Hendrick, E.B., McLorie, G.A., Kulkarni, A., and Churchill, B.M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8;discussion428-9,443-4

**40907**   Khoury, J. M. Urinary incontinence. No need to be wet and upset. N C Med J. 2001 Mar-Apr; 62: 74-7

**44484**   Khoury, J. M., Webster, G. D. Evaluation of augmentation cystoplasty for severe neuropathic bladder using the hostility score. Dev Med Child Neurol. 1992 May; 34: 441-7

**10933**   Khullar, V., Cardozo, L. Incontinence in the elderly. Curr Opin Obstet Gynecol. 1998 Oct; 10: 391-4

**10992**   Khullar, V., Cardozo, L. The urethra (UPP, MUPP, instability, LPP). Eur Urol. 1998; 34 Suppl 1: 20-2

**11283**   Khullar, V., Cardozo, L. D., Abbott, D., Anders, K. GAX collagen in the treatment of urinary incontinence in elderly women: a two year follow up. Br J Obstet Gynaecol. 1997 Jan; 104: 96-9

**11021**   Khullar, V., Cardozo, L., Boos, K., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on morbidity. Effects of confounding variables on outcomes of incontinence surgery must be considered. BMJ. 1998 Jul 11; 317: 143; disscussion 144

**10796**   Khullar, V., Cardozo, L., McLellan, A., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Mar; 106: 290-1

**10915**   Khullar, V., Damiano, R., Toozs-Hobson, P., Cardozo, L. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1998 Nov; 105: 1211-3

**10808**   Khullar, V., Salvatore, S., Bidmead, J., Anders, K., Cardozo, L. Conservative management of genuine stress incontinence in women. Study's flaws may be misleading. BMJ. 1999 Jul 17; 319: 190-1

---

# American Urological Association, Inc.

## SUI Guidelines Panel

41951    Khullar, V., Toozs-Hobson, P., Boos, K., Hextall, A., Cardozo, L. Re: 'The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies.' Neurourol. Urodynam. 1997;16:267-275. Neurourol Urodyn. 1999; 18: 69-70

59054    Kielb, S. J., Clemens, J. Q. Endoscopic excision of intravesical tension-free vaginal tape with laparoscopic instrument assistance. J Urol. 2004 Sep; 172: 971

3490    Kieswetter, H., Fischer, M., Wober, L., and Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-25

11925    Kieswetter, H., Fischer, M., Wober, L., Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-5

11853    Kiilholma, P. J., Chancellor, M. B., Makinen, J., Hirsch, I. H., Klemi, P. J. Complications of Teflon injection for stress urinary incontinence. Neurourol Urodyn. 1993; 12: 131-7

11729    Kiilholma, P. J., Makinen, J. I., Pitkanen, Y. A., Varpula, M. J. Perineal ultrasound: an alternative for radiography for evaluating stress urinary incontinence in females. Ann Chir Gynaecol Suppl. 1994; 208: 43-5

11544    Kiilholma, P., Haarala, M., Polvi, H., Makinen, J., Chancellor, M. B. Sutureless endoscopic colposuspension with fibrin sealant. Tech Urol. 1995 Summer; 1: 81-3

12015    Kiilholma, P., Makinen, J. Disappointing effect of endoscopic Teflon injection for female stress incontinence. Eur Urol. 1991; 20: 197-9

11829    Kiilholma, P., Makinen, J., Chancellor, M. B., Pitkanen, Y., Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-5

3178    Kiilholma, P., Makinen, J., Chancellor, M.B., Pitkanen, Y., and Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-115

11970    Kil, P. J., Hoekstra, J. W., van der Meijden, A. P., Smans, J., Theeuwes, A. G., Schreinemachers, L. M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-6

3670    Kil, P.J., Hoekstra, J.W., van-der-Meijden, A.P., Smans, A.J., Theeuwes, A.G., and Schreinemachers, L.M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-136

41096    Kilciler, M., Tan, O., Tahmaz, L., Dayanc, M., Harmankaya, C. Ureterocystoplasty in bilaterally functional kidneys. Eur Urol. 2000 Dec; 38: 742-7

50920    Kilicarslan, H., Gokce, G., Ayan, S., Guvenal, T., Kaya, K., Gultekin, E. Y. Predictors of outcome after in situ anterior vaginal wall sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 339-41; discussion 341

53070    Kilicarslan, H., Guvenal, T., Ayan, S., Gokce, G., Cetin, A., Gultekin, E. Y. Comparison of outcomes of three different surgical techniques performed for stress urinary incontinence. Int J Urol. 2003 Mar; 10: 126-30; discussion 131

40050    Kim, H. H., Kang, J., Kwak, C., Byun, S. S., Oh, S. J., Choi, H. Laparoscopy for definite localization and simultaneous treatment of ectopic ureter draining a dysplastic kidney in children. J Endourol. 2002 Aug; 16: 363-6

10453    Kim, H. L., Gerber, G. S., Patel, R. V., Hollowell, C. M., Bales, G. T. Practice patterns in the treatment of female urinary incontinence: a postal and internet survey. Urology. 2001 Jan; 57: 45-8

59177    Kim, J. The development and evaluation of an incontinence intervention program for the elderly women at elderly welfare center. Taehan Kanho Hakhoe Chi. 2004 Dec; 34: 1427-33

10422    Kim, J. I. Continence efficacy intervention program for community residing women with stress urinary incontinence in Japan. Public Health Nurs. 2001 Jan-Feb; 18: 64-72

52970    Kim, J. K., Kim, Y. J., Choo, M. S., Cho, K. S. The urethra and its supporting structures in women with stress urinary incontinence: MR imaging using an endovaginal coil. AJR Am J Roentgenol. 2003 Apr; 180: 1037-44

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

11287    Kim, K. J., Ashton-Miller, J. A., Strohbehn, K., DeLancey, J. O., Schultz, A. B. The vesico-urethral pressuregram analysis of urethral function under stress. J Biomech. 1997 Jan; 30: 19-25

42126    Kim, K. J., Jurnalov, C. D., Lightner, D. J., Webb, M. J., Lee, R. A., An, K. N. Principles of urodynamics pressure measurement and its implication to female continence function. J Biomech. 1998 Sep; 31: 861-5

10394    Kim, K., Jurnalov, C. D., Ham, S., Webb, M. J., An, K. Mechanisms of female urinary continence under stress: frequency spectrum analysis. J Biomech. 2001 May; 34: 687-91

41293    Kim, M. S., Kim, K. J., Chung, C. K., Kim, H. J. Intradural extramedullary tuberculoma of the spinal cord: a case report. J Korean Med Sci. 2000 Jun; 15: 368-70

40642    Kim, N. K., Lim, D. J., Yun, S. H., Sohn, S. K., Min, J. S. Ultralow anterior resection and coloanal anastomosis for distal rectal cancer: functional and oncological results. Int J Colorectal Dis. 2001 Aug; 16: 234-7

41111    Kim, N. K., Park, J. S., Park, J. K., Sohn, S. K., Min, J. S. Restorative proctocolectomy: operative safety and functional outcomes. Yonsei Med J. 2000 Oct; 41: 634-41

11131    Kim, Y. H., Kattan, M. W., Boone, T. B. Correlation of urodynamic results and urethral coaptation with success after transurethral collagen injection. Urology. 1997 Dec; 50: 941-8

40265    Kincade, J. E., Peckous, B. K., Busby-Whitehead, J. A pilot study to determine predictors of behavioral treatment completion for urinary incontinence. Urol Nurs. 2001 Feb; 21: 39-44

55200    Kinchen, K. S., Burgio, K., Diokno, A. C., Fultz, N. H., Bump, R., Obenchain, R. Factors associated with women's decisions to seek treatment for urinary incontinence. J Womens Health (Larchmt). 2003 Sep; 12: 687-98

59111    Kinchen, K. S., Long, S., Orsini, L., Crown, W., Bump, R. C. Healthcare utilization among women who undergo surgery for stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 154-9

43220    King, D. H., Hlavinka, T. C., Sarosdy, M. F. Additional experience with continent urinary diversion using cutaneous ileocecocystoplasty. Urology. 1996 Apr; 47: 471-5

10907    King, J. K., Freeman, R. M. Is antenatal bladder neck mobility a risk factor for postpartum stress incontinence?. Br J Obstet Gynaecol. 1998 Dec; 105: 1300-7

42460    Kinjo, T., Tsuhako, K., Sirirungsi, W., Sunagawa, K., Nakazato, I., Iwamasa, T. Experimental myelitis caused by herpes simplex virus type 2 in C57BL/6N and BALB/cN mice. Int J Exp Pathol. 1997 Dec; 78: 401-9

11485    Kinn, A. C. Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand J Urol Nephrol. 1995 Dec; 29: 449-55

42261    Kinn, A. C., Zaar, A. Quality of life and urinary incontinence pad use in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 83-7

4011    Kinn, A.C., Larsson, P.O. Desmopressin: a new principle for symptomatic treatment of urgency and incontinence in patients with multiple sclerosis. Scand J Urol Nephrol. 1990; 24: 109-112

3596    Kinnunen, O. Study of constipation in a geriatric hospital, day hospital, old people's home and at home. Aging (Milano). 1991 Jun; 3: 161-170

40531    Kirchlechner, V., Hoffmann-Ehrhart, B., Kovacs, J., Waldhauser, F. Melatonin production is similar in children with monosymptomatic nocturnal enuresis or other forms of enuresis/incontinence and in controls. J Urol. 2001 Dec; 166: 2407-10

44551    Kirkeby, L. T., Beier-Holgersen, R., Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

3325    Kirkeby, L.T., Beier-Holgersen, R., and Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

40608    Kirkland, V. L., Palmer, M. H., Fitzgerald, S. T. Incontinence in a manufacturing setting: women's perceptions and responses. Public Health Nurs. 2001 Sep-Oct; 18: 312-7

40225    Kirkman, S. The midwife and pelvic floor dysfunction. Pract Midwife. 2000 Sep; 3: 20-2

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**42641**    Kirschner-Hermanns, R., Fielding, J. R., Versi, E., Resnick, N. M. Magnetic resonance imaging of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 317-9

**11657**    Kirschner-Hermanns, R., Klein, H. M., Muller, U., Schafer, W., Jakse, G. Intra-urethral ultrasound in women with stress incontinence. Br J Urol. 1994 Sep; 74: 315-8

**11053**    Kirschner-Hermanns, R., Scherr, P. A., Branch, L. G., Wetle, T., Resnick, N. M. Accuracy of survey questions for geriatric urinary incontinence. J Urol. 1998 Jun; 159: 1903-8

**11764**    Kirschner-Hermanns, R., Wein, B., Niehaus, S., Schaefer, W., Jakse, G. The contribution of magnetic resonance imaging of the pelvic floor to the understanding of urinary incontinence. Br J Urol. 1993 Nov; 72: 715-8

**11575**    Kisack, G. Stress incontinence in women with asthma. N Z Med J. 1995 Apr 26; 108: 156

**43019**    Kisanga, R. E., Aboud, M. M., Yongolo, C. M. Ureterosigmoidostomy: a useful procedure of internal urinary diversion in selected patients. Cent Afr J Med. 1996 Oct; 42: 288-90

**41736**    Kitamura, H., Miyao, N., Yanase, M., Masumori, N., Matsukawa, M., Takahashi, A., Itoh, N., Tsukamoto, T. Quality of life in patients having an ileal conduit, continent reservoir or orthotopic neobladder after cystectomy for bladder carcinoma. Int J Urol. 1999 Aug; 6: 393-9

**40305**    Kjerulff, K. H., Langenberg, P. W., Greenaway, L., Uman, J., Harvey, L. A. Urinary incontinence and hysterectomy in a large prospective cohort study in American women. J Urol. 2002 May; 167: 2088-92

**41485**    Kjerulff, K. H., Langenberg, P. W., Rhodes, J. C., Harvey, L. A., Guzinski, G. M., Stolley, P. D. Effectiveness of hysterectomy. Obstet Gynecol. 2000 Mar; 95: 319-26

**11049**    Kjolhede, P. Genital prolapse in women treated successfully and unsuccessfully by the Burch colposuspension. Acta Obstet Gynecol Scand. 1998 Apr; 77: 444-50

**11236**    Kjolhede, P., Hallbook, O., Ryden, G., Sjodahl, R. Anorectal manometry in women with urinary stress incontinence. Acta Obstet Gynecol Scand. 1997 Mar; 76: 266-70

**11191**    Kjolhede, P., Lindehammar, H. Pelvic floor neuropathy in relation to the outcome of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 61-5

**11318**    Kjolhede, P., Noren, B., Ryden, G. Prediction of genital prolapse after Burch colposuspension. Acta Obstet Gynecol Scand. 1996 Oct; 75: 849-54

**11218**    Kjolhede, P., Ryden, G. Clinical and urodynamic characteristics of women with recurrent urinary incontinence after Burch colposuspension. Acta Obstet Gynecol Scand. 1997 May; 76: 461-7

**11658**    Kjolhede, P., Ryden, G. Prognostic factors and long-term results of the Burch colposuspension. A retrospective study. Acta Obstet Gynecol Scand. 1994 Sep; 73: 642-7

**10627**    Kjolhede, P., Ryden, G., Hewardt, P. Abdominal urethrocystopexy using fibrin sealant. A prospective study of long-term efficacy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 93-6

**43835**    Kjolseth, D., Madsen, B., Knudsen, L. M., Norgaard, J. P., Djurhuus, J. C. Biofeedback treatment of children and adults with idiopathic detrusor instability. Scand J Urol Nephrol. 1994 Sep; 28: 243-7

**42238**    Klatka, L. A., Depper, M. H., Marini, A. M. Infarction in the territory of the anterior cerebral artery. Neurology. 1998 Aug; 51: 620-2

**59115**    Klauser, A., Frauscher, F., Strasser, H., Helweg, G., Kolle, D., Strohmeyer, D., Stenzl, A., zur Nedden, D. Age-related rhabdosphincter function in female urinary stress incontinence: assessment of intraurethral sonography. J Ultrasound Med. 2004 May; 23: 631-7; quiz 638-9

**51220**    Klausner, T. I. Urologic challenges in the menopausal woman: a case study. Urol Nurs. 2003 Aug; 23: 293-5

**57550**    Kleeman, S. D., Vasallo, B., Segal, J., Karram, M. M. Vesicocervical fistula following insertion of a modified McDonald suture. BJOG. 2002 Dec; 109: 1408-9

**10070**    Kleeman, S., Goldwasser, S., Vassallo, B., Karram, M. Predicting postoperative voiding efficiency after operation for incontinence and prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 49-52

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

3085    Klein, E.A. Modified apical dissection for early continence after radical prostatectomy. Prostate. 1993; 22: 217-223

44257   Klein, H. M., Kirschner-Hermanns, R., Lagunilla, J., Gunther, R. W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-3

3134    Klein, H.M., Kirschner-Hermanns, R., Lagunilla, J., and Gunther, R.W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-143

11886   Klein, L., Pollack, H. M. Computed tomography and magnetic resonance imaging of the female lower urinary tract. Radiol Clin North Am. 1992 Jul; 30: 843-60

44450   Klein, M. C., Gauthier, R. J., Jorgensen, S. H., Robbins, J. M., Kaczorowski, J., Johnson, B., Corriveau, M., Westreich, R., Waghorn, K., Gelfand, M. M., et, a. l. .. Does episiotomy prevent perineal trauma and pelvic floor relaxation?. Online J Curr Clin Trials. 1992 Jul 1; Doc No 10: [6019 words; 65 paragraphs]

3724    Klemm, L.W., Creason, N.S. Self-care practices of women with urinary incontinence--a preliminary study. Health Care Women Int. 1991 Apr-Jun; 12: 199-209

3480    Klevmark, B., Kulseng-Hanssen, S. Continence mechanism in the female. Scand J Urol Nephrol Suppl. 1991; 138: 35-40

10119   Klingele, C. J., Carley, M. E., Hill, R. F. Patient characteristics that are associated with urodynamically diagnosed detrusor instability and genuine stress incontinence. Am J Obstet Gynecol. 2002 May; 186: 866-8

11156   Klingler, H. C., Madersbacher, S., Djavan, B., Schatzl, G., Marberger, M., Schmidbauer, C. P. Morbidity of the evaluation of the lower urinary tract with transurethral multichannel pressure-flow studies. J Urol. 1998 Jan; 159: 191-4

41123   Klingler, H. C., Pycha, A., Schmidbauer, J., Marberger, M. Use of peripheral neuromodulation of the S3 region for treatment of detrusor overactivity: a urodynamic-based study. Urology. 2000 Nov 1; 56: 766-71

44975   Klockgether, T., Schroth, G., Diener, H. C., Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

4046    Klockgether, T., Schroth, G., Diener, H.C., and Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

44823   Klose, A. G., Sackett, C. K., Mesrobian, H. G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-9

3887    Klose, A.G., Sackett, C.K., and Mesrobian, H.G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-1449

40084   Klotz, R., Joseph, P. A., Ravaud, J. F., Wiart, L., Barat, M. The Tetrafigap Survey on the long-term outcome of tetraplegic spinal cord injured persons: Part III. Medical complications and associated factors. Spinal Cord. 2002 Sep; 40: 457-67

11303   Klovning, A., Hunskaar, S., Eriksen, B. C. Validity of a scored urological history in detecting detrusor instability in female urinary incontinence. Acta Obstet Gynecol Scand. 1996 Nov; 75: 941-5

11931   Klutke, C. G. Advances in therapy of female stress incontinence. Henry Ford Hosp Med J. 1992; 40: 118-21

11312   Klutke, C. G. Female stress incontinence in the 1990s--changing concepts. J Urol. 1996 Nov; 156: 1626-7

11755   Klutke, C. G., Moore, S., Shea, L., Lindquist, S., Davis, K. A., Craven, C. L. Stress urinary incontinence in women: surgical treatment. Urol Nurs. 1993 Dec; 13: 116-9

4178    Klutke, C., Golomb, J., Barbaric, Z., and Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-566

12086   Klutke, C., Golomb, J., Barbaric, Z., Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-6

10235   Klutke, C., Siegel, S., Carlin, B., Paszkiewicz, E., Kirkemo, A., Klutke, J. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov; 58: 697-701

---

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10508**    Klutke, J. J. Current status of urethral occlusive devices in management of urinary incontinence. Curr Opin Obstet Gynecol. 2000 Oct; 12: 415-9

**11538**    Klutke, J. J., Bergman, A. Hormonal influence on the urinary tract. Urol Clin North Am. 1995 Aug; 22: 629-39

**11347**    Klutke, J. J., Bergman, A., Pace, J., Klutke, C. G. Transvaginal bladder neck suspension to Cooper's ligament: a modified Pereyra procedure. Obstet Gynecol. 1996 Aug; 88: 294-7

**10573**    Klutke, J. J., Bergman, J., Klutke, C. G. Transvaginal bladder neck suspension with Cooper's ligament fixation. Long-term urodynamic results. J Reprod Med. 2000 Jul; 45: 541-5

**42100**    Klutke, J. J., Bullock, A., Klutke, C. G. Comparison of anchors used in anti-incontinence surgery. Urology. 1998 Dec; 52: 979-81

**10659**    Klutke, J. J., Carlin, B. I., Klutke, C. G. The tension-free vaginal tape procedure: correction of stress incontinence with minimal alteration in proximal urethral mobility. Urology. 2000 Apr; 55: 512-4

**10276**    Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure: innovative surgery for incontinence. Curr Opin Obstet Gynecol. 2001 Oct; 13: 529-32

**10744**    Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Bladder neck suspension for stress urinary incontinence: how does it work?. Neurourol Urodyn. 1999; 18: 623-7

**10707**    Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Urodynamics changes in voiding after anti-incontinence surgery: an insight into the mechanism of cure. Urology. 1999 Dec; 54: 1003-7

**42130**    Klutke, J. J., Klutke, C. G., Hsieh, G. Bladder injury during the Burch retropubic urethropexy: is routine cystoscopy necessary?. Tech Urol. 1998 Sep; 4: 145-7

**10607**    Klutke, J. J., Ramos, S. Urodynamic outcome after surgery for severe prolapse and potential stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1378-81

**43859**    Knapp, P. M., Jr, Siegel, Y. I., Lingeman, J. E. Laparoscopic retroperitoneal needle suspension urethropexy. J Endourol. 1994 Aug; 8: 279-84

**11614**    Knapp, T. R., Nickel, J. T. Re: 'Factors associated with risk of stress urinary incontinence in women'. Nurs Res. 1995 Jan-Feb; 44: 58

**5311**    Knespl, J. The Cobb-Ragde method of a simplified correction of female stress incontinence. Cesk Gynekol. 1990; 55: 268-269

**59141**    Knight, G. E., Burnstock, G. The effect of pregnancy and the oestrus cycle on purinergic and cholinergic responses of the rat urinary bladder. Neuropharmacology. 2004 Jun; 46: 1049-56

**40869**    Knight, J. Positive thinking. Nurs Stand. 2000 Feb 16-22; 14: 18-9

**31266**    Knight, R. G., Devereux, R. C., Godfrey, H. P. Psychosocial consequences of caring for a spouse with multiple sclerosis. J Clin Exp Neuropsychol. 1997 Feb; 19: 7-19

**3137**    Knoll, M., Madersbacher, H. The chances of a spina bifida patient becoming continent/socially dry by conservative therapy. Paraplegia. 1993 Jan; 31: 22-27

**43313**    Kobak, W. H., Rosenberger, K., Walters, M. D. Interobserver variation in the assessment of pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 121-4

**10723**    Kobashi, K. C., Dmochowski, R., Mee, S. L., Mostwin, J., Nitti, V. W., Zimmern, P. E., Leach, G. E. Erosion of woven polyester pubovaginal sling. J Urol. 1999 Dec; 162: 2070-2

**52410**    Kobashi, K. C., Govier, F. E. Management of vaginal erosion of polypropylene mesh slings. J Urol. 2003 Jun; 169: 2242-3

**51300**    Kobashi, K. C., Govier, F. E. Perioperative complications: the first 140 polypropylene pubovaginal slings. J Urol. 2003 Nov; 170: 1918-21

**10775**    Kobashi, K. C., Leach, G. E. Stress urinary incontinence. Curr Opin Urol. 1999 Jul; 9: 285-90

---

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**10003**    Kobashi, K. C., Leach, G. E., Chon, J., Govier, F. E. Continued multicenter followup of cadaveric prolapse repair with sling. J Urol. 2002 Nov; 168: 2063-8

**10504**    Kobashi, K. C., Mee, S. L., Leach, G. E. A new technique for cystocele repair and transvaginal sling: the cadaveric prolapse repair and sling (CAPS). Urology. 2000 Dec 4; 56: 9-14

**10735**    Kobata, S. A., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. Urodynamic and ultrasonographic evaluation after continence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 321-4

**42564**    Kobelt, G. Economic considerations and outcome measurement in urge incontinence. Urology. 1997 Dec; 50: 100-7; discussion 108-10

**41891**    Kobelt, G., Kirchberger, I., Malone-Lee, J. Review. Quality-of-life aspects of the overactive bladder and the effect of treatment with tolterodine. BJU Int. 1999 Apr; 83: 583-90

**54730**    Koch, T. R. Anal sphincter injury following forceps delivery. Am J Gastroenterol. 2003 Dec; 98: 2798-9

**41416**    Koch, T., Kelly, S. Identifying strategies for managing urinary incontinence with women who have multiple sclerosis. J Clin Nurs. 1999 Sep; 8: 550-9

**40355**    Koch, T., Kelly, S. Understanding what is important for women who live with multiple sclerosis. Aust J Holist Nurs. 1999 Apr; 6: 14-24

**40614**    Koch, T., Kralik, D. Chronic illness: reflections on a community-based action research programme. J Adv Nurs. 2001 Oct; 36: 23-31

**40428**    Koch, T., Kralik, D., Eastwood, S., Schofield, A. Breaking the silence: women living with multiple sclerosis and urinary incontinence. Int J Nurs Pract. 2001 Feb; 7: 16-23

**10087**    Kochakarn, W. Tension-free vaginal tape procedure for the treatment of stress urinary incontinence: the first experience in Thailand. J Med Assoc Thai. 2002 Jan; 85: 87-91

**10205**    Kochakarn, W., Leenanupunth, C., Ratana-Olarn, K., Roongreungsilp, U., Siripornpinyo, N. Pubovaginal sling for the treatment of female stress urinary incontinence: experience of 100 cases at Ramathibodi Hospital. J Med Assoc Thai. 2001 Oct; 84: 1412-5

**30428**    Kochakarn, W., Ratana-Olarn, K., Viseshsindh, V., Leenanupunth, C., Muangman, V. Urethral diverticulum in females: 25 years experience at Ramathibodi Hospital. J Med Assoc Thai. 2000 Dec; 83: 1437-41

**59052**    Kocjancic, E., Tarrano, E., Panella, M., Crivellaro, S., Smith, J. J., 3rd, Maso, G., Favro, M., Ceratti, G., Gontero, P., Frea, B. Evaluation of minimally invasive analysis system for cough leak point pressure measurement. J Urol. 2004 Sep; 172: 994-7

**44677**    Kockelbergh, R. C., Tan, J. B., Bates, C. P., Bishop, M. C., Dunn, M., Lemberger, R. J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41

**3631**    Kockelbergh, R.C., Tan, J.B., Bates, C.P., Bishop, M.C., Dunn, M., and Lemberger, R.J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41

**43081**    Kockum, C. C., Hansson, E., Stenberg, A., Svensson, J., Malmfors, G. Bladder exstrophy in Sweden--a long-term follow-up study. Eur J Pediatr Surg. 1996 Aug; 6: 208-11

**43969**    Kodama, H., Hieda, I., Kuchinomachi, Y., Takeichi, H., Matsumoto, H. Non-invasive ultrasonic urination sensor for ambulatory patient support. Methods Inf Med. 1994 Mar; 33: 97-100

**40533**    Kodman-Jones, C., Hawkins, L., Schulman, S. L. Behavioral characteristics of children with daytime wetting. J Urol. 2001 Dec; 166: 2392-5

**10502**    Koduri, S., Goldberg, R. P., Sand, P. K. Transvaginal therapy of genuine stress incontinence. Urology. 2000 Dec 4; 56: 23-7

**10084**    Koduri, S., Sand, P. Transvaginal bladder neck suspension to Cooper's ligament. Curr Urol Rep. 2001 Oct; 2: 344-9

**4039**    Koelbl, H., Bernaschek, G., and Deutinger, J. Assessment of female urinary incontinence by introital sonography. JCU J Clin Ultrasound. 1990 May; 18: 370-374

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 12074 | Koelbl, H., Bernaschek, G., Deutinger, J. Assessment of female urinary incontinence by introital sonography. J Clin Ultrasound. 1990 May; 18: 370-4 |
| 10986 | Koelbl, H., Saz, V., Doerfler, D., Haeusler, G., Sam, C., Hanzal, E. Transurethral injection of silicone microimplants for intrinsic urethral sphincter deficiency. Obstet Gynecol. 1998 Sep; 92: 332-6 |
| 10310 | Koelbl, H., Stoerer, S., Seliger, G., Wolters, M. Transurethral penetration of a tension-free vaginal tape. BJOG. 2001 Jul; 108: 763-5 |
| 10300 | Koelle, D., Stenzl, A., Koelbl, H., Marth, C. Treatment of postoperative urinary retention by elongation of tension-free vaginal tape. Am J Obstet Gynecol. 2001 Jul; 185: 250-1 |
| 43243 | Kohler-Ockmore, J., Feneley, R. C. Long-term catheterization of the bladder: prevalence and morbidity. Br J Urol. 1996 Mar; 77: 347-51 |
| 42210 | Kohli, N., Karram, M. M. Urodynamic evaluation for female urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 672-90 |
| 31322 | Kohli, N., Sze, E. H., Roat, T. W., Karram, M. M. Incidence of recurrent cystocele after anterior colporrhaphy with and without concomitant transvaginal needle suspension. Am J Obstet Gynecol. 1996 Dec; 175: 1476-80; discussion 1480-2 |
| 3509 | Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., and Wei, J.Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-285 |
| 44642 | Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., Wei, J. Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-85 |
| 42361 | Kohn, I. J., Balsara, R. K., Rabinovitch, H. Placement of a bladder neck purse-string cuff for the management of incontinence in children with myelodysplasia. Urology. 1998 Jun; 51: 1027-30 |
| 12105 | Kohorn, E. I. Negative Q-tip test as a risk factor for failed incontinence surgery in women. J Reprod Med. 1990 Jan; 35: 68 |
| 11980 | Kohorn, E. I. Surgery for stress urinary incontinence. Curr Opin Obstet Gynecol. 1991 Jun; 3: 394-7 |
| 4196 | Kohorn, E.I. Negative Q-tip test as a risk factor for failed incontinence surgery in women [letter; comment]. J Reprod Med. 1990 Jan; 35: 68 |
| 41045 | Koie, H., Yamaya, Y., Sakai, T. Four cases of lowered urethral pressure in canine ectopic ureter. J Vet Med Sci. 2000 Nov; 62: 1221-2 |
| 41899 | Kok, A. L., Burger, C. W., van de Weijer, P. H., Voetberg, G. A., Peters-Muller, E. R., Kenemans, P. Micturition complaints in postmenopausal women treated with continuously combined hormone replacement therapy: a prospective study. Maturitas. 1999 Jan 4; 31: 143-9 |
| 44479 | Kok, A. L., Voorhorst, F. J., Burger, C. W., van Houten, P., Kenemans, P., Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-5 |
| 3343 | Kok, A.L., Voorhorst, F.J., Burger, C.W., van-Houten, P., Kenemans, P., and Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-215 |
| 41101 | Kolcaba, K., Dowd, T., Winslow, E. H., Jacobson, A. F. Kegel exercises. Strengthening the weak pelvic floor muscles that cause urinary incontinence. Am J Nurs. 2000 Nov; 100: 59 |
| 43559 | Koldewijn, E. L., Hommes, O. R., Lemmens, W. A., Debruyne, F. M., van Kerrebroeck, P. E. Relationship between lower urinary tract abnormalities and disease- related parameters in multiple sclerosis. J Urol. 1995 Jul; 154: 169-73 |
| 43924 | Koldewijn, E. L., Van Kerrebroeck, P. E., Schaafsma, E., Wijkstra, H., Debruyne, F. M., Brindley, G. S. Bladder pressure sensors in an animal model. J Urol. 1994 May; 151: 1379-84 |
| 42097 | Kolligian, M. E., Palmer, L. S., Cheng, E. Y., Firlit, C. F. Myofascial wrap to treat intractable urinary incontinence in children. Urology. 1998 Dec; 52: 1122-7 |

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 157

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**56330**   Kolominsky-Rabas, P. L., Hilz, M. J., Neundoerfer, B., Heuschmann, P. U. Impact of urinary incontinence after stroke: results from a prospective population-based stroke register. Neurourol Urodyn. 2003; 22: 322-7

**41597**   Komatsu, K., Niikura, S., Maeda, Y., Ishiura, Y., Yokoyama, O., Namiki, M. Single ectopic vaginal ureter diagnosed by computed tomography. Urol Int. 1999; 63: 147-50

**54540**   Konagaya, M., Matsumoto, A., Takase, S., Mizutani, T., Sobue, G., Konishi, T., Hayabara, T., Iwashita, H., Ujihira, T., Miyata, K., Matsuoka, Y. Clinical analysis of longstanding subacute myelo-optico-neuropathy: sequelae of clioquinol at 32 years after its ban. J Neurol Sci. 2004 Mar 15; 218: 85-90

**3550**   Kondo, A. Status and tasks of today's urodynamics. Urol Int. 1991; 47 Suppl 1: 16-18

**11744**   Kondo, A., Kapoor, R., Ohmura, M., Saito, M. Functional obstruction of the female urethra: relevance to refractory bed wetting and recurrent urinary tract infection. Neurourol Urodyn. 1994; 13: 541-6

**3288**   Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., and Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-146

**44433**   Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-6

**10788**   Kondo, A., Narushima, M., Itoh, Y., Saito, M. Vaginal nylon sling: loop length and surgical outcomes in those with urethral hypermobility and intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 182-7

**11745**   Kondo, A., Narushima, M., Yoshikawa, Y., Hayashi, H. Pelvic fascia strength in women with stress urinary incontinence in comparison with those who are continent. Neurourol Urodyn. 1994; 13: 507-13

**11305**   Kondo, A., Yamada, Y., Morishige, R., Niijima, R. An intensive programme for pelvic floor muscle exercises: short- and long-term effects on those with stress urinary incontinence. Hinyokika Kiyo. 1996 Nov; 42: 853-9

**11516**   Kondo, A., Yamada, Y., Niijima, R. Treatment of stress incontinence by vaginal cones: short- and long-term results and predictive parameters. Br J Urol. 1995 Oct; 76: 464-6

**11239**   Kondo, A., Yokoyama, E., Koshiba, K., Fukui, J., Gotoh, M., Yoshikawa, Y., Yamada, T., Takei, M. Bladder neck support prosthesis: a nonoperative treatment for stress or mixed urinary incontinence. J Urol. 1997 Mar; 157: 824-7

**10484**   Kondo, Y., Homma, Y., Takahashi, S., Kitamura, T., Kawabe, K. Transvaginal ultrasound of urethral sphincter at the mid urethra in continent and incontinent women. J Urol. 2001 Jan; 165: 149-52

**59298**   Kondoh, T., Amamoto, N., Doi, T., Hamada, H., Ogawa, Y., Nakashima, M., Sasaki, H., Aikawa, K., Tanaka, T., Aoki, M., Harada, J., Moriuchi, H. Dramatic improvement in Down syndrome-associated cognitive impairment with donepezil. Ann Pharmacother. 2005 Mar; 39: 563-6

**43933**   Kong, K. H., Chan, K. F., Lim, A. C., Tan, E. S. Detrusor hyperreflexia in strokes. Ann Acad Med Singapore. 1994 May; 23: 319-21

**44921**   Kong, T. K., Morris, J. A., Robinson, J. M., Brocklehurst, J. C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-63

**3912**   Kong, T.K., Morris, J.A., Robinson, J.M., and Brocklehurst, J.C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-263

**44510**   Kontani, H., Nakagawa, M., Sakai, T. Effects of adrenergic agonists on an experimental urinary incontinence model in anesthetized rabbits. Jpn J Pharmacol. 1992 Apr; 58: 339-46

**44776**   Kontturi, M. J., Hellstrom, P. A., Tammela, T. L., Lukkarinen, O. A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-4

**3719**   Kontturi, M.J., Hellstrom, P.A., Tammela, T.L., and Lukkarinen, O.A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-54

**41984**   Koo, H. P., Bunchman, T. E., Flynn, J. T., Punch, J. D., Schwartz, A. C., Bloom, D. A. Renal transplantation in children with severe lower urinary tract dysfunction. J Urol. 1999 Jan; 161: 240-5

---

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

12039  Koonings, P. P., Bergman, A., Ballard, C. A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-8

12106  Koonings, P. P., Bergman, A., Ballard, C. A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

3951  Koonings, P.P., Bergman, A., and Ballard, C.A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-248

4197  Koonings, P.P., Bergman, A., and Ballard, C.A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

3493  Koraitim, M., Khalil, R. Preservation of urosexual functions after radical cystectomy. Urology. 1992 Feb; 39: 117-121

5312  Korda, A., Ferry, J., and Hunter, P. Silastic slings for female incontinence. International Urogynaecology Journal. 1990; 1: 63-66

11643  Korman, H. J., Sirls, L. T., Kirkemo, A. K. Success rate of modified Pereyra bladder neck suspension determined by outcomes analysis. J Urol. 1994 Nov; 152: 1453-7

11320  Korn, A. P., Learman, L. A. Operations for stress urinary incontinence in the United States, 1988- 1992. Urology. 1996 Oct; 48: 609-12

45072  Kornhuber, H. H., Schutz, A. Efficient treatment of neurogenic bladder disorders in multiple sclerosis with initial intermittent catheterization and ultrasound- controlled training. Eur Neurol. 1990; 30: 260-7

3287  Kossard, S., Bear, L. A florid papulo-nodular eruption in a sexagenarian. Australas J Dermatol. 1991; 32: 178-180

10463  Kovac, S. R. Laparoscopic surgery for genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 395

11233  Kovac, S. R., Cruikshank, S. H. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 624-7

50400  Kowalczyk, J. A review of the overactive bladder in women and men. J Gend Specif Med. 2003; 6: 25-9

41433  Kowalczyk, J. J. Office evaluation of the patient with an overactive urinary bladder. J Am Osteopath Assoc. 2000 Mar; 100: S1-4

10295  Kowalczyk, J. J., Mulcahy, J. J. Use of the artificial urinary sphincter in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 176-9

11025  Koyama, W., Koyanagi, A., Mihara, S., Kawazu, S., Uemura, T., Nakano, H., Gotou, Y., Nishizawa, M., Noyama, A., Hasegawa, C., Nakano, M. Prevalence and conditions of urinary incontinence among the elderly. Methods Inf Med. 1998 Jun; 37: 151-5

10795  Kralj, B. Conservative treatment of female stress urinary incontinence with functional electrical stimulation. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 53-6

43918  Kralj, B. Epidemiology of female urinary incontinence, classification of urinary incontinence, urinary incontinence in elderly women. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 39-41

3998  Krasner, D. Alterations in skin integrity related to continence management/incontinence: some problems and solutions. Ostomy Wound Manage. 1990 May-Jun; 28: 62-63

56870  Krause, C., Wells, T., Hughes, S., Brink, C., Mayer, R. Incontinence in women: effect of expectancy to regain control and severity of symptoms on treatment outcomes. Urol Nurs. 2003 Feb; 23: 54-61

43087  Krauss, J. K., Droste, D. W., Vach, W., Regel, J. P., Orszagh, M., Borremans, J. J., Tietz, A., Seeger, W. Cerebrospinal fluid shunting in idiopathic normal-pressure hydrocephalus of the elderly: effect of periventricular and deep white matter lesions. Neurosurgery. 1996 Aug; 39: 292-9; discussion 299-300

42946  Krauss, J. K., Regel, J. P., Droste, D. W., Orszagh, M., Borremans, J. J., Vach, W. Movement disorders in adult hydrocephalus. Mov Disord. 1997 Jan; 12: 53-60

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**51690**    Kreder, K. J., Jr, Brubaker, L., Mainprize, T. Tolterodine is equally effective in patients with mixed incontinence and those with urge incontinence alone. BJU Int. 2003 Sep; 92: 418-21

**11299**    Kreder, K. J., Austin, J. C. Treatment of stress urinary incontinence in women with urethral hypermobility and intrinsic sphincter deficiency. J Urol. 1996 Dec; 156: 1995-8

**44055**    Kreder, K. J., Nygaard, I. E. The diagnosis and management of urinary incontinence in women. Compr Ther. 1994; 20: 678-81

**11365**    Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for treatment of intrinsic sphincter deficiency. J Endourol. 1996 Jun; 10: 255-7

**44490**    Kreder, K., Das, A. K., Webster, G. D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-51

**3433**    Kreder, K., Das, A.K., and Webster, G.D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-1251

**40169**    Kreder, K., Mayne, C., Jonas, U. Long-term safety, tolerability and efficacy of extended-release tolterodine in the treatment of overactive bladder. Eur Urol. 2002 Jun; 41: 588-95

**3737**    Kreder, K.J., Webster, G.D. Evaluation and management of incontinence after implantation of the artificial urinary sphincter. Urol Clin North Am. 1991 May; 18: 375-381

**3511**    Kreder, K.J., Webster, G.D. Management of the bladder outlet in patients requiring enterocystoplasty. J Urol. 1992 Jan; 147: 38-41

**43720**    Krishna, A., Gough, D. C., Fishwick, J., Bruce, J. Ileocystoplasty in children: assessing safety and success. Eur Urol. 1995; 27: 62-6

**41460**    Krishna, N. S., Glen, E. S. Re: A remote controlled intraurethral insert for artificial voiding: a new concept for treating women with voiding dysfunction. J Urol. 2000 Apr; 163: 1258

**50910**    Krissi, H., Adam, J. E., Stanton, S. L. MRI visualization of the female pelvis in the plane of the tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 342-5; discussion 345-6

**10190**    Kristiansson, P., Samuelsson, E., von Schoultz, B., Svardsudd, K. Reproductive hormones and stress urinary incontinence in pregnancy. Acta Obstet Gynecol Scand. 2001 Dec; 80: 1125-30

**55410**    Kron, M., Loy, S., Sturm, E., Nikolaus, T., Becker, C. Risk indicators for falls in institutionalized frail elderly. Am J Epidemiol. 2003 Oct 1; 158: 645-53

**42235**    Kronner, K. M., Rink, R. C., Simmons, G., Kropp, B. P., Casale, A. J., Cain, M. P. Artificial urinary sphincter in the treatment of urinary incontinence: preoperative urodynamics do not predict the need for future bladder augmentation. J Urol. 1998 Sep; 160: 1093-5; discussion 1103

**10348**    Krstic, Z. D., Lukac, M., Lukac, R., Smoljanic, Z., Vukadinovic, V., Varinac, D. Surgical treatment of cloacal anomalies. Pediatr Surg Int. 2001 May; 17: 329-33

**11274**    Krue, S., Jensen, H., Agger, A. O., Rasmussen, K. L. The influence of infant birth weight on post partum stress incontinence in obese women. Arch Gynecol Obstet. 1997; 259: 143-5

**40652**    Krumholz, H. M., Chen, J., Chen, Y. T., Wang, Y., Radford, M. J. Predicting one-year mortality among elderly survivors of hospitalization for an acute myocardial infarction: results from the Cooperative Cardiovascular Project. J Am Coll Cardiol. 2001 Aug; 38: 453-9

**40820**    Kryger, J. V., Leverson, G., Gonzalez, R. Long-term results of artificial urinary sphincters in children are independent of age at implantation. J Urol. 2001 Jun; 165: 2377-9

**41852**    Kryger, J. V., Spencer Barthold, J., Fleming, P., Gonzalez, R. The outcome of artificial urinary sphincter placement after a mean 15- year follow-up in a paediatric population. BJU Int. 1999 Jun; 83: 1026-31

**57050**    Krygowska-Wajs, A., Hussey, J. M., Hulihan, M., Farrer, M. J., Tsuboi, Y., Uitti, R. J., Wszolek, Z. K. Two large Polish kindreds with levodopa-responsive Parkinsonism not linked to known Parkinsonian genes and loci. Parkinsonism Relat Disord. 2003 Mar; 9: 193-200

---

September 2009    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**10439** Kubricht, W. S., 3rd, Williams, B. J., Eastham, J. A., Venable, D. D. Tensile strength of cadaveric fascia lata compared to small intestinal submucosa using suture pull through analysis. J Urol. 2001 Feb; 165: 486-90

**40908** Kuchel, G. A., Tannenbaum, C., Greenspan, S. L., Resnick, N. M. Can variability in the hormonal status of elderly women assist in the decision to administer estrogens?. J Womens Health Gend Based Med. 2001 Mar; 10: 109-16

**10985** Kuczyk, M. A., Klein, S., Grunewald, V., Machtens, S., Denil, J., Hofner, K., Wagner, T., Jonas, U. A questionnaire-based outcome analysis of the Stamey bladder neck suspension procedure for the treatment of urinary stress incontinence: the Hannover experience. Br J Urol. 1998 Aug; 82: 174-80

**41385** Kudo, T., Mima, T., Hashimoto, R., Nakao, K., Morihara, T., Tanimukai, H., Tsujio, I., Koike, Y., Tagami, S., Mori, H., Nakamura, Y., Tanaka, T., Mori, K., Takeda, M. Tau protein is a potential biological marker for normal pressure hydrocephalus. Psychiatry Clin Neurosci. 2000 Apr; 54: 199-202

**54580** Kudoh, K., Kadota, M., Nakayama, Y., Imuta, M., Yasuda, T., Yamashita, Y., Inadome, A., Yoshida, M., Ueda, S. Transcatheter arterial embolization therapy for a hypoplastic pelvic kidney with a single vaginal ectopic ureter to control incontinence: the usefulness of three-dimensional CT angiography using multidetector-row helical CT. Cardiovasc Intervent Radiol. 2003 Sep-Oct; 26: 479-81

**10729** Kuh, D., Cardozo, L., Hardy, R. Urinary incontinence in middle aged women: childhood enuresis and other lifetime risk factors in a British prospective cohort. J Epidemiol Community Health. 1999 Aug; 53: 453-8

**51200** Kuhn, A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 98

**59099** Kuhn, A. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 136

**3639** Kuhn, W., Rist, M., and Zaech, G.A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-232

**44719** Kuhn, W., Rist, M., Zaech, G. A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-32

**11265** Kujansuu, E. Patient history in the diagnosis of urinary incontinence and determining the quality of life. Acta Obstet Gynecol Scand Suppl. 1997; 166: 15-8

**43472** Kuller, J. A., Katz, V. L., McCoy, M. C., Hansen, W. F. Pregnancy complicated by Guillain-Barre syndrome. South Med J. 1995 Sep; 88: 987-9

**11261** Kulseng-Hanssen, S. Reliability and validity of stationary cystometry, stationary cysto- urethrometry and ambulatory cysto-urethro-vaginometry. Acta Obstet Gynecol Scand Suppl. 1997; 166: 33-8

**10345** Kulseng-Hanssen, S. The clinical value of ambulatory urethral pressure recording in women. Scand J Urol Nephrol Suppl. 2001; : 67-73; discussion 106-25

**51110** Kulseng-Hanssen, S. The development of a national database of the results of surgery for urinary incontinence in women. BJOG. 2003 Nov; 110: 975-82

**10181** Kulseng-Hanssen, S., Berild, G. H. Subjective and objective incontinence 5 to 10 years after Burch colposuspension. Neurourol Urodyn. 2002; 21: 100-5

**51100** Kulseng-Hanssen, S., Borstad, E. The development of a questionnaire to measure the severity of symptoms and the quality of life before and after surgery for stress incontinence. BJOG. 2003 Nov; 110: 983-8

**11442** Kulseng-Hanssen, S., Klevmark, B. Ambulatory urodynamic monitoring of women. Scand J Urol Nephrol Suppl. 1996; 179: 27-37

**10975** Kulseng-Hanssen, S., Kristoffersen, M., Larsen, E. Evaluation of the subjective and objective effect of maximal electrical stimulation in patients complaining of urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 12-5

**30740** Kumar, A., Mandhani, A., Gogoi, S., Srivastava, A. Management of functional bladder neck obstruction in women: use of alpha-blockers and pediatric resectoscope for bladder neck incision. J Urol. 1999 Dec; 162: 2061-5

41529   Kumar, H., Cauchi, J., MacKinnon, A. E. Periurethral Goretex sling in lower urinary reconstruction. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 33-4

40341   Kumar, R., Bansal, K. K., Chhabra, D. K. Occurrence of split cord malformation in meningomyelocele: complex spina bifida. Pediatr Neurosurg. 2002 Mar; 36: 119-27

59071   Kumar, V., Chapple, C. C., Chess-Williams, R. Characteristics of adenosine triphosphatase release from porcine and human normal bladder. J Urol. 2004 Aug; 172: 744-7

53340   Kunde, D., Varma, R. Feasibility of performing TVT operation for stress urinary incontinence under general anaesthesia. J Obstet Gynaecol. 2002 Nov; 22: 663-5

11336   Kung, R. C., Lie, K., Lee, P., Drutz, H. P. The cost-effectiveness of laparoscopic versus abdominal Burch procedures in women with urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 537-44

51160   Kung, R. C., Liu, G., Lee, P. E., Lie, K. I., Morgan, J. E. Laparoscopic two-team slings for women with stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 327-33

10670   Kuo, H. The relationships of urethral and pelvic floor muscles and the urethral pressure measurements in women with stress urinary incontinence. Eur Urol. 2000 Feb; 37: 149-55

10336   Kuo, H. C. Anatomical and functional results of pubovaginal sling procedure using polypropylene mesh for the treatment of stress urinary incontinence. J Urol. 2001 Jul; 166: 152-7

11272   Kuo, H. C. Clinical outcome and quality of life after enterocystoplasty for contracted bladders. Urol Int. 1997; 58: 160-5

10481   Kuo, H. C. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence. J Urol. 2001 Jan; 165: 163-8

55400   Kuo, H. C. Effectiveness of intravesical resiniferatoxin in treating detrusor hyper-reflexia and external sphincter dyssynergia in patients with chronic spinal cord lesions. BJU Int. 2003 Oct; 92: 597-601

10462   Kuo, H. C. Long-term results of surgical treatment for female stress urinary incontinence. Urol Int. 2001; 66: 13-7

59170   Kuo, H. C. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int. 2005; 74: 147-52

42276   Kuo, H. C. Quality of life after active urological management of chronic spinal cord injury in eastern Taiwan. Eur Urol. 1998; 34: 37-46

10334   Kuo, H. C. Sonographic evaluation of anatomic results after the pubovaginal sling procedure for stress urinary incontinence. J Ultrasound Med. 2001 Jul; 20: 739-47

10186   Kuo, H. C. The surgical results of the pubovaginal sling procedure using polypropylene mesh for stress urinary incontinence. BJU Int. 2001 Dec; 88: 884-8

11058   Kuo, H. C. Transrectal sonographic investigation of urethral and paraurethral structures in women with stress urinary incontinence. J Ultrasound Med. 1998 May; 17: 311-20

11381   Kuo, H. C. Transrectal sonography of the female urethra in incontinence and frequency-urgency syndrome. J Ultrasound Med. 1996 May; 15: 363-70

10728   Kuo, H. C. Videourodynamic results after pubovaginal sling procedure for stress urinary incontinence. Urology. 1999 Nov; 54: 802-6; discussion 806-7

52850   Kuo, H. C. Videourodynamic results in stress urinary incontinence patients after pelvic floor muscle training. J Formos Med Assoc. 2003 Jan; 102: 23-9

41326   Kuo, H. C. Videourodynamic study for diagnosis of bladder outlet obstruction in women. J Formos Med Assoc. 2000 May; 99: 386-92

11969   Kuo, H. C., Chang, S. C., Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. J Formos Med Assoc. 1991 Aug; 90: 769-75

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**11736**    Kuo, H. C., Chang, S. C., Hsu, T. Application of transrectal sonography in the diagnosis and treatment of female stress urinary incontinence. Eur Urol. 1994; 26: 77-84

**3542**    Kuo, H.C., Chang, S.C., and Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. Taiwan I Hsueh Hui Tsa Chih. 1991 Aug; 90: 769-775

**10254**    Kupeli, B., Kordan, Y., Alkibay, T. Urinary incontinence after pelvic trauma: a case report. Int Urol Nephrol. 2001; 32: 363-5

**3448**    Kurabayashi, H., Kubota, K., Kawada, E., Tamura, K., Tamura, J., and Shirakura, T. Complete cure of urinary and faecal incontinence after intravenous vitamin B12 therapy in a patient with post-gastrectomy megaloblastic anaemia. J Intern Med. 1992 Mar; 231: 313-315

**3010**    Kurisaka, M., Arisawa, M., Moriki, A., and Mori, K. Successful combination chemotherapy (cisplatin, vinblastine, and bleomycin) with small-dose irradiation in the treatment of pineoblastoma metastasized into spinal cord: case report. Surg Neurol. 1993 Feb; 39: 152-157

**11873**    Kursh, E. D. Factors influencing the outcome of a no incision endoscopic urethropexy. Surg Gynecol Obstet. 1992 Sep; 175: 254-8

**11982**    Kursh, E. D., Angell, A. H., Resnick, M. I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-31

**5295**    Kursh, E.D. What factors influence the outcome of a no-incision endoscopic urethropexy?. J Urol. 1991; 145: 223A

**3718**    Kursh, E.D., Angell, A.H., and Resnick, M.I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-431

**3082**    Kurtz, M., Murrey, M., Salmonson, K., and Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92,99-100

**44267**    Kurtz, M., Murrey, M., Salmonson, K., Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92, 99-100

**11470**    Kurzrock, E. A., Lowe, P., Hardy, B. E. Bladder wall pedicle wraparound sling for neurogenic urinary incontinence in children. J Urol. 1996 Jan; 155: 305-8

**10438**    Kusuda, L. Simple release of pubovaginal sling. Urology. 2001 Feb; 57: 358-9

**43892**    Kutner, N. G., Schechtman, K. B., Ory, M. G., Baker, D. I. Older adults' perceptions of their health and functioning in relation to sleep disturbance, falling, and urinary incontinence.FICSIT Group. J Am Geriatr Soc. 1994 Jul; 42: 757-62

**42417**    Kutta, A., Haupt, G. Rotundovaginopexy in orthotopic ileal neobladder following radical cystectomy in women. Eur Urol. 1998; 33: 308-11

**10156**    Kuuva, N., Nilsson, C. G. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand. 2002 Jan; 81: 72-7

**51700**    Kuuva, N., Nilsson, C. G. Tension-free vaginal tape procedure: an effective minimally invasive operation for the treatment of recurrent stress urinary incontinence?. Gynecol Obstet Invest. 2003; 56: 93-8

**11814**    Kvale, J. N., Kvale, J. K. Common gynecologic problems after age 75. Postgrad Med. 1993 Apr; 93: 263-8, 271-2

**10608**    Kwok, A., Lam, A., Ford, R. Incisional hernia in a 5 mm laparoscopic port site incision. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 104-5

**50950**    Kwon, C. H., Culligan, P. J., Koduri, S., Goldberg, R. P., Sand, P. K. The development of pelvic organ prolapse following isolated Burch retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 321-5; discussion 325

**57560**    Kwon, C. H., Goldberg, R. P., Koduri, S., Sand, P. K. The use of intraoperative cystoscopy in major vaginal and urogynecologic surgeries. Am J Obstet Gynecol. 2002 Dec; 187: 1466-71; discussion 1471-2

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

42981   Kyles, A. E., Vaden, S., Hardie, E. M., Stone, E. A. Vestibulovaginal stenosis in dogs: 18 cases (1987-1995). J Am Vet Med Assoc. 1996 Dec 1; 209: 1889-93

10988   Labasky, R. F. Maybe we can do better for more--new insights on surgical candidates and techniques for incontinence surgery. J Urol. 1998 Sep; 160: 763

11570   Labasky, R. F. Neurogenic bladder. J Urol. 1995 May; 153: 1467-8

41539   Labrecque, M., Eason, E., Marcoux, S. Randomized trial of perineal massage during pregnancy: perineal symptoms three months after delivery. Am J Obstet Gynecol. 2000 Jan; 182: 76-80

41440   Lachowsky, M. Urinary problems around the menopause; emotional and psychological consequences; can we help our patients to cope with them?. Maturitas. 2000 Jan; 34 Suppl 1: S25-27

44428   Lachs, M. S., Becker, M., Siegal, A. P., Miller, R. L., Tinetti, M. E. Delusions and behavioral disturbances in cognitively impaired elderly persons. J Am Geriatr Soc. 1992 Aug; 40: 768-73

3317    Lachs, M.S., Becker, M., Siegal, A.P., Miller, R.L., and Tinetti, M.E. Delusions and behavioral disturbances in cognitively impaired elderly persons [see comments]. J Am Geriatr Soc. 1992 Aug; 40: 768-773

4059    Lachs, M.S., Feinstein, A.R., Cooney, L.M., Jr., Drickamer, M.A., Marottoli, R.A., Pannill, F.C., and Tinetti, M.E. A simple procedure for general screening for functional disability in elderly patients [see comments]. Ann Intern Med. 1990 May 1; 112: 699-706

55540   Lacima, G., Pera, M. Combined fecal and urinary incontinence: an update. Curr Opin Obstet Gynecol. 2003 Oct; 15: 405-10

44214   Lagace, E. A., Hansen, W., Hickner, J. M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-4

3069    Lagace, E.A., Hansen, W., and Hickner, J.M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-614

11876   Lagro-Janssen, A. L., Debruyne, F. M., Smits, A. J., van Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-9

11862   Lagro-Janssen, A. L., Debruyne, F. M., Van Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

11976   Lagro-Janssen, A. L., Debruyne, F. M., van Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-72

3207    Lagro-Janssen, A.L., Debruyne, F.M., and Van-Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

3663    Lagro-Janssen, A.L., Debruyne, F.M., and van-Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-572

3213    Lagro-Janssen, A.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-289

11943   Lagro-Janssen, T. L., Debruyne, F. M., Smits, A. J., van Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-9

44906   Lagro-Janssen, T. L., Smits, A. J., Van Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-4

3255    Lagro-Janssen, T., Smits, A., and Van-Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-216

11877   Lagro-Janssen, T., Smits, A., Van Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-6

10850   Lagro-Janssen, T., van Weel, C. Long-term effect of treatment of female incontinence in general practice. Br J Gen Pract. 1998 Nov; 48: 1735-8

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 201 of 300 PageID #: 202800

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

3441    Lagro-Janssen, T.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-449

3909    Lagro-Janssen, T.L., Smits, A.J., and Van-Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-334

40209   Lake, D. Catheter care. Nurs Stand. 2000 Oct 18-24; 15: 26

55530   Lal, M. Prevention of urinary and anal incontinence: role of elective cesarean delivery. Curr Opin Obstet Gynecol. 2003 Oct; 15: 439-48

10673   Lalos, O., Berglund, A. L., Bjerle, P. The long-term outcome of retropubic urethrocystopexy (sutures and fibrin sealant) and pubococcygeal repair. Acta Obstet Gynecol Scand. 2000 Feb; 79: 135-9

11825   Lalos, O., Berglund, A. L., Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

10423   Lalos, O., Berglund, A. L., Lalos, A. Impact of urinary and climacteric symptoms on social and sexual life after surgical treatment of stress urinary incontinence in women: a long-term outcome. J Adv Nurs. 2001 Feb; 33: 316-27

3025    Lalos, O., Berglund, A.L., and Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

43364   Lalos, O., Lalos, A. Urinary, climacteric and sexual symptoms one year after treatment of endometrial and cervical cancer. Eur J Gynaecol Oncol. 1996; 17: 128-36

11688   Lam, A. M., Hyslop, R. Laparoscopic surgery for stress incontinence. Med J Aust. 1994 May 2; 160: 590-1

11609   Lam, A. M., Jenkins, G. J., Hyslop, R. S. Laparoscopic Burch colposuspension for stress incontinence: preliminary results. Med J Aust. 1995 Jan 2; 162: 18-21

11857   Lam, G. W., Foldspang, A., Elving, L. B., Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-70

3203    Lam, G.W., Foldspang, A., Elving, L.B., and Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-570

59372   Lam, S. P., Fong, S. Y., Kwok, A., Wong, T., Wing, Y. K. Delayed neuropsychiatric impairment after carbon monoxide poisoning from burning charcoal. Hong Kong Med J. 2004 Dec; 10: 428-31

11984   Lam, T. C., Hadley, H. R. Surgical procedures for uncomplicated ('routine') female stress incontinence. Urol Clin North Am. 1991 May; 18: 327-37

3742    Lam, T.C., Hadley, H.R. Surgical procedures for uncomplicated ("routine") female stress incontinence.. Urol Clin North Am. 1991 May; 18: 327-337

42319   Lamb, C. R., Gregory, S. P. Ultrasonographic findings in 14 dogs with ectopic ureter. Vet Radiol Ultrasound. 1998 May-Jun; 39: 218-23

44001   Lamb, C. R., Gregory, S. P. Ultrasonography of the ureterovesicular junction in the dog: a preliminary report. Vet Rec. 1994 Jan 8; 134: 36-8

44548   Lamhut, P., Jackson, T. W., Wall, L. L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

3523    Lamhut, P., Jackson, T.W., and Wall, L.L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

11747   Lampel, A., Fokaefs, E., Hohenfellner, M., Lazica, M., Thuroff, J. W. Free versus pedicled fascial flaps--a chronic animal study. Investig Urol (Berl). 1994; 5: 165-70

43677   Lampel, A., Hohenfellner, M., Schultz-Lampel, D., Thuroff, J. W. In situ tunneled bowel flap tubes: 2 new techniques of a continent outlet for Mainz pouch cutaneous diversion. J Urol. 1995 Feb; 153: 308-15

**Appendix A5  Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

40564   Land, R., Parry, E., Rane, A., Wilson, D. Personal preferences of obstetricians towards childbirth. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 249-52

43775   Landau, E. H., Churchill, B. M., Jayanthi, V. R., Gilmour, R. F., Steckler, R. E., McLorie, G. A., Khoury, A. E. The sensitivity of pressure specific bladder volume versus total bladder capacity as a measure of bladder storage dysfunction. J Urol. 1994 Nov; 152: 1578-81

43217   Landau, R., Last, U., Aldor, R., Hartman, M. Sex and sociocultural correlates of urinary incontinence in Israeli preschool children. J Gen Psychol. 1996 Apr; 123: 150-68

57080   Landi, F., Cesari, M., Russo, A., Onder, G., Lattanzio, F., Bernabei, R. Potentially reversible risk factors and urinary incontinence in frail older people living in community. Age Ageing. 2003 Mar; 32: 194-9

57580   Landi, F., Cesari, M., Russo, A., Onder, G., Sgadari, A., Bernabei, R. Benzodiazepines and the risk of urinary incontinence in frail older persons living in the community. Clin Pharmacol Ther. 2002 Dec; 72: 729-34

54750   Landis, J. R., Kaplan, S., Swift, S., Versi, E. Efficacy of antimuscarinic therapy for overactive bladder with varying degrees of incontinence severity. J Urol. 2004 Feb; 171: 752-6

43597   Lane, I. F., Lappin, M. R., Seim, H. B., 3rd Evaluation of results of preoperative urodynamic measurements in nine dogs with ectopic ureters. J Am Vet Med Assoc. 1995 May 1; 206: 1348-57

43355   Lang, E. W., Chesnut, R. M., Hennerici, M. Urinary retention and space-occupying lesions of the frontal cortex. Eur Neurol. 1996; 36: 43-7

53400   Lang, J. H., Zhu, L., Sun, Z. J., Chen, J. Estrogen levels and estrogen receptors in patients with stress urinary incontinence and pelvic organ prolapse. Int J Gynaecol Obstet. 2003 Jan; 80: 35-9

40272   Langa, K. M., Fultz, N. H., Saint, S., Kabeto, M. U., Herzog, A. R. Informal caregiving time and costs for urinary incontinence in older individuals in the United States. J Am Geriatr Soc. 2002 Apr; 50: 733-7

11602   Langebrekke, A., Dahlstrom, B., Eraker, R., Urnes, A. The laparoscopic Burch procedure. A preliminary report. Acta Obstet Gynecol Scand. 1995 Feb; 74: 153-5

3160    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., and Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-958

11860   Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-8

3910    Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., and Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-1141

12036   Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-41

4002    Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., and Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-16

12058   Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-6

10228   Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 323-6; discussion 326-7

53190   Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Prevention of genital prolapse following Burch colposuspension: comparison between two surgical procedures. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 13-6; discussion 16

11746   Langer, R., Schneider, D., Ariely, S., Bukovsky, I., Caspi, E. A new colpo-needle suspension for the surgical treatment of stress incontinence: a 2-year follow-up. Eur Urol. 1994; 26: 258-61

11510   Langer, R., Tal, Z., Schneider, D., Avrech, O., Bukovsky, I., Caspi, E. Continence mechanism after colpo-needle suspension for stress urinary incontinence. J Reprod Med. 1995 Oct; 40: 699-702

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 361 of 910 PageID #: 202802

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

43135    Langford, R. Continence. Behind closed doors. Nurs Times. 1996 Jun 12-8; 92: 72

43430    Langley, T. Training staff to provide a continence helpline. Prof Nurse. 1995 Nov; 11: 121-4

3805    Langtry, H.D., McTavish, D. Terodiline. A review of its pharmacological properties, and therapeutic use in the treatment of urinary incontinence. Drugs. 1990 Nov; 40: 748-761

55860    Lantz, R. J., Gillespie, T. A., Rash, T. J., Kuo, F., Skinner, M., Kuan, H. Y., Knadler, M. P. Metabolism, excretion, and pharmacokinetics of duloxetine in healthy human subjects. Drug Metab Dispos. 2003 Sep; 31: 1142-50

40857    Lantzsch, T., Goepel, C., Wolters, M., Koelbl, H., Methfessel, H. D. Sacrospinous ligament fixation for vaginal vault prolapse. Arch Gynecol Obstet. 2001 Mar; 265: 21-5

44250    Lao, T. T., Halpern, S. H., MacDonald, D., Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-5

3087    Lao, T.T., Halpern, S.H., MacDonald, D., and Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-345

53380    Lapitan, M. C., Cody, D. J., Grant, A. M. Open retropubic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD002912

56010    Lappin, M. S., Lawrie, F. W., Richards, T. L., Kramer, E. D. Effects of a pulsed electromagnetic therapy on multiple sclerosis fatigue and quality of life: a double-blind, placebo controlled trial. Altern Ther Health Med. 2003 Jul-Aug; 9: 38-48

11651    Lara, C., Nacey, J. Ethnic differences between Maori, Pacific Island and European New Zealand women in prevalence and attitudes to urinary incontinence. N Z Med J. 1994 Sep 28; 107: 374-6

59197    Lara, M. D., Kothari, S. N., Sugerman, H. J. Surgical management of obesity: a review of the evidence relating to the health benefits and risks. Treat Endocrinol. 2005; 4: 55-64

54420    Larijani, B., Bastanhagh, M. H., Pajouhi, M., Kargar Shadab, F., Vasigh, A., Aghakhani, S. Presentation and outcome of 93 cases of craniopharyngioma. Eur J Cancer Care (Engl). 2004 Mar; 13: 11-5

59402    Larrieu, S., Peres, K., Letenneur, L., Berr, C., Dartigues, J. F., Ritchie, K., Fevrier, B., Alperovitch, A., Barberger-Gateau, P. Relationship between body mass index and different domains of disability in older persons: the 3C study. Int J Obes Relat Metab Disord. 2004 Dec; 28: 1555-60

42456    Larson, B., Collins, A., Landgren, B. M. Urogenital and vasomotor symptoms in relation to menopausal status and the use of hormone replacement therapy (HRT) in healthy women during transition to menopause. Maturitas. 1997 Dec 15; 28: 99-105

30220    Larsson, U. E., Mattsson, E. Perceived disability and observed functional limitations in obese women. Int J Obes Relat Metab Disord. 2001 Nov; 25: 1705-12

52190    LaSala, C. A. Incomplete bladder emptying after the tension-free vaginal tape procedure, necessitating release of the mesh. A report of three cases. J Reprod Med. 2003 May; 48: 387-90

51120    LaSala, C. A., Kuchel, G. A. Evaluation and management of urinary incontinence in elderly women. Conn Med. 2003 Sep; 67: 491-5

54460    Latini, J. M., Brown, J. A., Kreder, K. J. Abdominal sacral colpopexy using autologous fascia lata. J Urol. 2004 Mar; 171: 1176-9

59169    Latini, J. M., Zimmerman, M. B., Kreder, K. J., Jr Association between valsalva and cough leak point pressures and pelvic organ prolapse quantification in women with stress incontinence. J Urol. 2005 Apr; 173: 1219-22

42027    Lau, K. O., Cheng, C. A case report--delayed vesicocutaneous fistula after radiation therapy for advanced vulvar cancer. Ann Acad Med Singapore. 1998 Sep; 27: 705-6

42002    Laubach, J. The problem of urinary incontinence in the elderly. N C Med J. 1999 Jan-Feb; 60: 42-5

52790    Laurikainen, E., Kiilholma, P. The tension-free vaginal tape procedure for female urinary incontinence without preoperative urodynamic evaluation. J Am Coll Surg. 2003 Apr; 196: 579-83

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**50160**  Laurikainen, E., Rosti, J., Pitkanen, Y., Kiilholma, P. The Rosti sling: a new, minimally invasive, tension-free technique for the surgical treatment of female urinary incontinence-the first 217 patients. J Urol. 2004 Apr; 171: 1576-80; discussion 1580

**11034**  Laurikkala, J., Juhola, M. A genetic-based machine learning system to discover the diagnostic rules for female urinary incontinence. Comput Methods Programs Biomed. 1998 Mar; 55: 217-28

**41829**  Laurikkala, J., Juhola, M. Population size and quality in genetics-based rule learning from medical data. Medinfo. 1998; 9 Pt 1: 389-93

**10385**  Laurikkala, J., Juhola, M., Lammi, S., Penttinen, J., Aukee, P. Analysis of the imputed female urinary incontinence data for the evaluation of expert system parameters. Comput Biol Med. 2001 Jul; 31: 239-57

**41773**  Laurikkala, J., Juhola, M., Lammi, S., Viikki, K. Comparison of genetic algorithms and other classification methods in the diagnosis of female urinary incontinence. Methods Inf Med. 1999 Jun; 38: 125-31

**11289**  Laurikkala, J., Juhola, M., Penttinen, J., Aukee, P. Parameter evaluation of the differential diagnosis of female urinary incontinence for the construction of an expert system. Stud Health Technol Inform. 1997; 43 Pt B: 671-5

**54430**  Laustsen, G., Wimett, L. Drug approval highlights for 2003. Nurse Pract. 2004 Feb; 29: 8-15, 19-21; quiz 21-3

**40444**  Lautzenhiser, S. J., Bjorling, D. E. Urinary incontinence in a dog with an ectopic ureterocele. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 29-32

**44566**  Laverty, S., Pascoe, J. R., Ling, G. V., Lavoie, J. P., Ruby, A. L. Urolithiasis in 68 horses. Vet Surg. 1992 Jan-Feb; 21: 56-62

**40799**  Law, P. A., Danin, J. C., Lamb, G. M., Regan, L., Darzi, A., Gedroyc, W. M. Dynamic imaging of the pelvic floor using an open-configuration magnetic resonance scanner. J Magn Reson Imaging. 2001 Jun; 13: 923-9

**40784**  Lawrence, E. S., Coshall, C., Dundas, R., Stewart, J., Rudd, A. G., Howard, R., Wolfe, C. D. Estimates of the prevalence of acute stroke impairments and disability in a multiethnic population. Stroke. 2001 Jun; 32: 1279-84

**41425**  Lawrence, M., Guay, D. R., Benson, S. R., Anderson, M. J. Immediate-release oxybutynin versus tolterodine in detrusor overactivity: a population analysis. Pharmacotherapy. 2000 Apr; 20: 470-5

**3690**  Lawson, W., Irving, F. Perioperative nursing rounds: bladder neck suspension. Can Oper Room Nurs J. 1991 May-Jun; 9: 9-13

**10776**  Lawton, V., Smith, A. R. Laparoscopic colposuspension. Semin Laparosc Surg. 1999 Jun; 6: 90-9

**3614**  Laycock, J. Incontinence. Pelvic floor re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 15-17

**43840**  Laycock, J. Pelvic muscle exercises: physiotherapy for the pelvic floor. Urol Nurs. 1994 Sep; 14: 136-40

**10172**  Laycock, J., Brown, J., Cusack, C., Green, S., Jerwood, D., Mann, K., McLachlan, Z., Schofield, A. Pelvic floor reeducation for stress incontinence: comparing three methods. Br J Community Nurs. 2001 May; 6: 230-7

**40637**  Layton, D., Pearce, G. L., Shakir, S. A. Safety profile of tolterodine as used in general practice in England: results of prescription-event monitoring. Drug Saf. 2001; 24: 703-13

**10464**  Lazarevski, M. B. Biomechanics of urinary stress incontinence surgery--theory of the non- permanently acting suburethral supportive structure. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 377-85

**56650**  Lazzeri, M., Calo, G., Spinelli, M., Guerrini, R., Salvadori, S., Beneforti, P., Sandri, S., Regoli, D., Turini, D. Urodynamic effects of intravesical nociceptin/orphanin FQ in neurogenic detrusor overactivity: a randomized, placebo-controlled, double-blind study. Urology. 2003 May; 61: 946-50

**12027**  Le Coutour, X., Jung-Faerber, S., Klein, P., Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-86

**11029**  Leach, G. E. Stress urinary incontinence in women: guidelines for surgical treatment. J Womens Health. 1998 Jun; 7: 583-6

**12078**  Leach, G. E. Urethral resistance after surgery for stress incontinence. Urology. 1990 Apr; 35: 373-4

**11345**  Leach, G. E., Appell, R. Percutaneous bladder neck suspension. Urol Clin North Am. 1996 Aug; 23: 511-6

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

11197    Leach, G. E., Dmochowski, R. R., Appell, R. A., Blaivas, J. G., Hadley, H. R., Luber, K. M., Mostwin, J. L., O'Donnell, P. D., Roehrborn, C. G. Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol. 1997 Sep; 158: 875-80

11849    Leach, G. E., Sirls, L. T., Ganabathi, K., Zimmern, P. E. L N S C3: a proposed classification system for female urethral diverticula. Neurourol Urodyn. 1993; 12: 523-31

4099    Leach, G.E. Urethral resistance after surgery for stress incontinence [letter; comment]. Urology. 1990 Apr; 35: 373-374

3468    Leandri, P., Rossignol, G., Gautier, J.R., and Ramon, J. Radical retropubic prostatectomy: morbidity and quality of life. Experience with 620 consecutive cases. J Urol. 1992 Mar; 147: 883-887

55670    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., McNeeley, S. G., Goodman-Gruen, D., Richter, H. E., Lin, F., Showstack, J., Ireland, C. C., Vittinghoff, E., Hulley, S. B., Washington, A. E. A randomized comparison of total or supracervical hysterectomy: surgical complications and clinical outcomes. Obstet Gynecol. 2003 Sep; 102: 453-62

59132    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., Richter, H. E., Lin, F., Ireland, C. C., Kuppermann, M., Vittinghoff, E., Showstack, J., Washington, A. E., Hulley, S. B. Hysterectomy versus expanded medical treatment for abnormal uterine bleeding: clinical outcomes in the medicine or surgery trial. Obstet Gynecol. 2004 May; 103: 824-33

40358    Leaver, R., Pressland, D. Intermittent self-catheterisation in urinary tract reconstruction. Br J Community Nurs. 2001 May; 6: 253-8

59097    Leboeuf, L., Mendez, L. E., Gousse, A. E. Small bowel obstruction associated with tension-free vaginal tape. Urology. 2004 Jun; 63: 1182-4

55450    Leboeuf, L., Tellez, C. A., Ead, D., Gousse, A. E. Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2003 Oct; 170: 1310; discussion 1310-1

10220    Lebret, T., Lugagne, P. M., Herve, J. M., Barre, P., Orsoni, J. L., Yonneau, L., Saporta, F., Botto, H. Evaluation of tension-free vaginal tape procedure. Its safety and efficacy in the treatment of female stress urinary incontinence during the learning phase. Eur Urol. 2001 Nov; 40: 543-7

3899    Le-Coutour, X., Jung-Faerber, S., Klein, P., and Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-286

43175    Lede, R. L., Belizan, J. M., Carroli, G. Is routine use of episiotomy justified?. Am J Obstet Gynecol. 1996 May; 174: 1399-402

55650    Lee, A. H., Somerford, P. J., Yau, K. K. Factors influencing survival after stroke in Western Australia. Med J Aust. 2003 Sep 15; 179: 289-93

10909    Lee, C. L., Yen, C. F., Wang, C. J., Huang, K. G., Soong, Y. K. Extraperitoneoscopic colposuspension using CO2 distension method. Int Surg. 1998 Jul-Sep; 83: 262-4

10284    Lee, C. L., Yen, C. F., Wang, C. J., Jain, S., Soong, Y. K. Extraperitoneal approach to laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 374-7

53850    Lee, C. L., Yen, C. F., Wang, C. J., Yuen, L. T., Lee, P. S., Soong, Y. K. Trocar-assisted sling suspension for stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 500-2

50140    Lee, C. T., Hafez, K. S., Sheffield, J. H., Joshi, D. P., Montie, J. E. Orthotopic bladder substitution in women: nontraditional applications. J Urol. 2004 Apr; 171: 1585-8

53160    Lee, J. Y., Cannon, T. W., Pruchnic, R., Fraser, M. O., Huard, J., Chancellor, M. B. The effects of periurethral muscle-derived stem cell injection on leak point pressure in a rat model of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 31-7; discussion 37

11944    Lee, K. S., Chan, C. J., Merriman, A., Tan, E. C., Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-9

---

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 206 of 300 PageID #: 202805

41904    Lee, K. S., Cheang, C. M., Lieu, A. S., Howng, S. L. Multiple spinal meningiomas--a case report. Kaohsiung J Med Sci. 1999 Mar; 15: 182-6

3453    Lee, K.S., Chan, C.J., Merriman, A., Tan, E.C., and Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-739

3683    Lee, K.S., Owen, R.E., Choo, P.W., and Jayaratnam, F.J. Urinary incontinence in the elderly. Singapore Med J. 1991 Apr; 32: 161-163

10483    Lee, P. E., Kung, R. C., Drutz, H. P. Periurethral autologous fat injection as treatment for female stress urinary incontinence: a randomized double-blind controlled trial. J Urol. 2001 Jan; 165: 153-8

11498    Lee, P. S., Reid, D. W., Saltmarche, A., Linton, L. Measuring the psychosocial impact of urinary incontinence: the York Incontinence Perceptions Scale (YIPS). J Am Geriatr Soc. 1995 Nov; 43: 1275-8

43162    Lee, S. S., Robichaux, W., Elsergany, R. E., Ghoniem, G. M. Persistence of injectable collagen in human urethra: case report. Urology. 1996 Jun; 47: 940-1

56300    Lee, W. Y., Jin, D. K., Oh, M. R., Lee, J. E., Song, S. M., Lee, E. A., Kim, G. M., Chung, J. S., Lee, K. H. Frequency analysis and clinical characterization of spinocerebellar ataxia types 1, 2, 3, 6, and 7 in Korean patients. Arch Neurol. 2003 Jun; 60: 858-63

10611    Lee, Y. J., Chiang, Y. F., Tsai, J. C. Severe nonproductive cough and cough-induced stress urinary incontinence in diabetic postmenopausal women treated with ACE inhibitor. Diabetes Care. 2000 Mar; 23: 427-8

55160    Leeman, L., Spearman, M., Rogers, R. Repair of obstetric perineal lacerations. Am Fam Physician. 2003 Oct 15; 68: 1585-90

10022    Lefranc, J. P., Atallah, D., Camatte, S., Blondon, J. Longterm followup of posthysterectomy vaginal vault prolapse abdominal repair: a report of 85 cases. J Am Coll Surg. 2002 Sep; 195: 352-8

3427    Leger, J.M., Henin, D., Belec, L., Mercier, B., Cohen, L., Bouche, P., Hauw, J.J., and Brunet, P. Lymphoma-induced polyradiculopathy in AIDS: two cases. J Neurol. 1992 Mar; 239: 132-134

40245    Lehtoranta, K., Tainio, H., Lukkari-Lax, E., Hakonen, T., Tammela, T. L. Pharmacokinetics, efficacy, and safety of intravesical formulation of oxybutynin in patients with detrusor overactivity. Scand J Urol Nephrol. 2002 Feb; 36: 18-24

42318    Lehur, P. A., Glemain, P., Bruley des Varannes, S., Buzelin, J. M., Leborgne, J. Outcome of patients with an implanted artificial anal sphincter for severe faecal incontinence. A single institution report. Int J Colorectal Dis. 1998; 13: 88-92

42979    Lehur, P. A., Michot, F., Denis, P., Grise, P., Leborgne, J., Teniere, P., Buzelin, J. M. Results of artificial sphincter in severe anal incontinence. Report of 14 consecutive implantations. Dis Colon Rectum. 1996 Dec; 39: 1352-5

42596    Leibovich, B. C., Barrett, D. M. Use of the artificial urinary sphincter in men and women. World J Urol. 1997; 15: 316-9

43807    Leiby, D. M., Shanahan, N. Clinical study: assessing the performance and skin environments of two reusable underpads. Ostomy Wound Manage. 1994 Oct; 40: 30-2, 34-7

40244    Leighton, B. L., Halpern, S. H. Epidural analgesia: effects on labor progress and maternal and neonatal outcome. Semin Perinatol. 2002 Apr; 26: 122-35

40234    Leighton, B. L., Halpern, S. H. The effects of epidural analgesia on labor, maternal, and neonatal outcomes: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S69-77

10361    Leissner, J., Allhoff, E. P., Naumann, G., Pretzsch, G., Hockel, M., Black, P., Hohenfellner, R. Inguinovaginal sling procedure for female stress incontinence: introduction of a minimally invasive technique. Tech Urol. 2001 Jun; 7: 105-9

41120    Leissner, J., Black, P., Fisch, M., Hockel, M., Hohenfellner, R. Colon pouch (Mainz pouch III) for continent urinary diversion after pelvic irradiation. Urology. 2000 Nov 1; 56: 798-802

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

*sorted by Primary Author and Title*

---

| | |
|---|---|
| 10668 | Lekan-Rutledge, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. J Wound Ostomy Continence Nurs. 1999 May; 26: 27A-28A |
| 40905 | Lekan-Rutledge, D. Diffusion of innovation. A model for implementation of prompted voiding in long-term care settings. J Gerontol Nurs. 2000 Apr; 26: 25-33 |
| 11706 | Lekan-Rutledge, D. Soft sculpture model for teaching pelvic muscle exercises. Urol Nurs. 1994 Mar; 14: 26-7 |
| 40836 | Lekcharoensuk, C., Osborne, C. A., Lulich, J. P. Epidemiologic study of risk factors for lower urinary tract diseases in cats. J Am Vet Med Assoc. 2001 May 1; 218: 1429-35 |
| 40915 | Lemack, G. E. Overactive bladder: optimizing quality of care. Am J Manag Care. 2001 Mar; 7: S46-61 |
| 41606 | Lemack, G. E. Reversing the tide: emerging options for treating overactive bladder symptoms in women. Tex Med. 1999 Nov; 95: 78-81 |
| 10193 | Lemack, G. E., Baseman, A. G., Zimmern, P. E. Voiding dynamics in women: a comparison of pressure-flow studies between asymptotic and incontinent women. Urology. 2002 Jan; 59: 42-6 |
| 10660 | Lemack, G. E., Zimmern, P. E. Identifying patients who require urodynamic testing before surgery for stress incontinence based on questionnaire information and surgical history. Urology. 2000 Apr; 55: 506-11 |
| 10771 | Lemack, G. E., Zimmern, P. E. Predictability of urodynamic findings based on the Urogenital Distress Inventory-6 questionnaire. Urology. 1999 Sep; 54: 461-6 |
| 10635 | Lemack, G. E., Zimmern, P. E. Pressure flow analysis may aid in identifying women with outflow obstruction. J Urol. 2000 Jun; 163: 1823-8 |
| 10579 | Lemack, G. E., Zimmern, P. E. Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology. 2000 Aug 1; 56: 223-7 |
| 3158 | Lemesh, R.A. Accidental chronic salicylate intoxication in an elderly patient: major morbidity despite early recognition. Vet Hum Toxicol. 1993 Feb; 35: 34-36 |
| 11477 | Lenderking, W. R., Nackley, J. F., Anderson, R. B., Testa, M. A. A review of the quality-of-life aspects of urinary urge incontinence. Pharmacoeconomics. 1996 Jan; 9: 11-23 |
| 59033 | Leng, W. W., Davies, B. J., Tarin, T., Sweeney, D. D., Chancellor, M. B. Delayed treatment of bladder outlet obstruction after sling surgery: association with irreversible bladder dysfunction. J Urol. 2004 Oct; 172: 1379-81 |
| 41884 | Leng, W. W., Faerber, G., Del Terzo, M., McGuire, E. J. Long-term outcome of incontinent ileovesicostomy management of severe lower urinary tract dysfunction. J Urol. 1999 Jun; 161: 1803-6 |
| 10959 | Leng, W. W., McGuire, E. J. Management of female urethral diverticula: a new classification. J Urol. 1998 Oct; 160: 1297-300 |
| 41956 | Leng, W. W., McGuire, E. J. Reconstructive surgery for urinary incontinence. Urol Clin North Am. 1999 Feb; 26: 61-80, viii |
| 42398 | Lentz, S. S., Homesley, H. D. Gynecologic problems in older women. Clin Geriatr Med. 1998 May; 14: 297-315 |
| 43519 | Lentz, S. S., Homesley, H. D. Radiation-induced vesicosacral fistula: treatment with continent urinary diversion. Gynecol Oncol. 1995 Aug; 58: 278-80 |
| 43106 | Leonard, M. P., Decter, A., Mix, L. W., Johnson, H. W., Coleman, G. U. Treatment of urinary incontinence in children by endoscopically directed bladder neck injection of collagen. J Urol. 1996 Aug; 156: 637-40; discussion 640-1 |
| 11560 | Leonhardt, C., Krysl, J., Arenson, A. M., Herschorn, S. Periurethral injection of collagen in the treatment of urinary stress incontinence: ultrasonographic appearance. Can Assoc Radiol J. 1995 Jun; 46: 189-93 |
| 11548 | Lepor, H., Theune, C. Randomized double-blind study comparing the efficacy of terazosin versus placebo in women with prostatism-like symptoms. J Urol. 1995 Jul; 154: 116-8 |
| 42527 | Leroi, A. M., Ducrotte, P., Bouaniche, M., Touchais, J. Y., Weber, J., Denis, P. Assessment of the reliability of cerebral potentials evoked by electrical stimulation of the anal canal. Int J Colorectal Dis. 1997; 12: 335-9 |

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

40781    Leroi, A. M., Michot, F., Grise, P., Denis, P. Effect of sacral nerve stimulation in patients with fecal and urinary incontinence. Dis Colon Rectum. 2001 Jun; 44: 779-89

10747    Leroi, A. M., Weber, J., Menard, J. F., Touchais, J. Y., Denis, P. Prevalence of anal incontinence in 409 patients investigated for stress urinary incontinence. Neurourol Urodyn. 1999; 18: 579-90

40673    Leron, E., Stanton, S. L. Vaginal leiomyoma--an imitator of prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 196-8

40091    Leung, H. Y., Yip, S. K., Cheon, C., Liu, Y. S., Lau, J., Wong, H. K., Chung, K. H. A randomized controlled trial of tolterodine and oxybutynin on tolerability and clinical efficacy for treating Chinese women with an overactive bladder. BJU Int. 2002 Sep; 90: 375-80

40454    Lev, N., Maimon, S., Rappaport, Z. H., Melamed, E. Spinal dural arteriovenous fistulae--a diagnostic challenge. Isr Med Assoc J. 2001 Jul; 3: 492-6

43108    Levesque, P. E., Bauer, S. B., Atala, A., Zurakowski, D., Colodny, A., Peters, C., Retik, A. B. Ten-year experience with the artificial urinary sphincter in children. J Urol. 1996 Aug; 156: 625-8

41714    Levi, A. D. Treatment of a retroperitoneal lymphocele after lumbar fusion surgery with intralesional povidone iodine: technical case report. Neurosurgery. 1999 Sep; 45: 658-60; discussion 660-1

43438    Levi, R., Hultling, C., Seiger, A. The Stockholm Spinal Cord Injury Study: 2. Associations between clinical patient characteristics and post-acute medical problems. Paraplegia. 1995 Oct; 33: 585-94

50540    Levin, I., Groutz, A., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Surgical complications and medium-term outcome results of tension-free vaginal tape: a prospective study of 313 consecutive patients. Neurourol Urodyn. 2004; 23: 7-9

43323    Levin, R. M., Levin, S. S., Wein, A. J. Etiology of incontinence: a review and hypothesis. Scand J Urol Nephrol Suppl. 1996; 179: 15-25

56310    Levin, R. M., Whitbeck, C., Borow, A., Burden, O., Leggett, R. E. Effectiveness of vaginally administered oxybutynin on rabbit bladder function. Urology. 2003 Jun; 61: 1273-7

10897    Levin, S., Bennet, A. E., Levin, D., Danielli, L., Levin, R., Sidi, A. Minimally invasive surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 405-8

42842    Levitt, M. A., Patel, M., Rodriguez, G., Gaylin, D. S., Pena, A. The tethered spinal cord in patients with anorectal malformations. J Pediatr Surg. 1997 Mar; 32: 462-8

3940    Levy, B.J., Wight, T.N. Structural changes in the aging submucosa: new morphologic criteria for the evaluation of the unstable human bladder. J Urol. 1990 Oct; 144: 1044-1055

43749    Levy, J. B., Jacobs, J. A., Wein, A. J. Combined abdominal and vaginal approach for bladder neck closure and permanent suprapubic tube: urinary diversion in the neurologically impaired woman. J Urol. 1994 Dec; 152: 2081-2

42465    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary continence. Elder Care. 1997 Dec-1998 Jan; 9: 9-11

42587    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary incontinence. Nurs Stand. 1997 Nov 12-18; 12: 45-7

4017    Lewis, D.K., Morgan, J.R., Weston, P.M.T., Stephenson, T.R. The clam : indications and complications. Br J Urol. 1990 May; 65: 488-491

42481    Lewis, M. A., Shaw, J., Sattar, T. M., Bannister, C. M. The spectrum of spinal cord dysraphism and bladder neuropathy in children. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 35-7

57630    Lewis-Byers, K., Thayer, D. An evaluation of two incontinence skin care protocols in a long-term care setting. Ostomy Wound Manage. 2002 Dec; 48: 44-51

56100    Li, J., Hu, T., Wang, M., Jiang, X., Chen, S., Huang, L. Single ureteral ectopia with congenital renal dysplasia. J Urol. 2003 Aug; 170: 558-9

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41268    Li, L., Yan-Xia, W., Xia-Na, W., Jin-Zhe, Z. Posterior sagittal approach: megasigmoid resection and anal reconstruction for severe constipation and fecal incontinence after anoplasty. J Pediatr Surg. 2000 Jul; 35: 1058-62

59015    Liang, C. C., Chang, Y. L., Chang, S. D., Lo, T. S., Soong, Y. K. Pessary test to predict postoperative urinary incontinence in women undergoing hysterectomy for prolapse. Obstet Gynecol. 2004 Oct; 104: 795-800

10045    Liang, C. C., Soong, Y. K. Tension-free vaginal tape versus laparoscopic bladder neck suspension for stress urinary incontinence. Chang Gung Med J. 2002 Jun; 25: 360-6

11704    Liapis, A. H., Kalovidoyris, A., Logis, C. D., Hassiakos, D. K., Zourlas, P. A. Transvaginal sonography in the postoperative evaluation of colposuspension. J Gynecol Surg. 1993 Fall; 9: 155-9

10219    Liapis, A., Bakas, P., Creatsas, G. Management of stress urinary incontinence in women with the use of tension-free vaginal tape. Eur Urol. 2001 Nov; 40: 548-51

10338    Liapis, A., Bakas, P., Pafiti, A., Frangos-Plemenos, M., Arnoyannaki, N., Creatsas, G. Changes of collagen type III in female patients with genuine stress incontinence and pelvic floor prolapse. Eur J Obstet Gynecol Reprod Biol. 2001 Jul; 97: 76-9

10476    Liapis, A., Bakas, P., Pafiti, A., Hassiakos, D., Frangos-Plemenos, M., Creatsas, G. Changes in the quantity of collagen type I in women with genuine stress incontinence. Urol Res. 2000 Oct; 28: 323-6

10859    Liapis, A., Papoulias, I., Chryssicopoulos, A., Creatsas, G. Results of the colposuspension operation in pre and postmenopausal incontinent women. Maturitas. 1998 Nov 30; 31: 69-75

11446    Liapis, A., Pyrgiotis, E., Kontoravdis, A., Louridas, C., Zourlas, P. A. Genuine stress incontinence: prospective randomized comparison of two operative methods. Eur J Obstet Gynecol Reprod Biol. 1996 Jan; 64: 69-72

40817    Liard, A., Seguier-Lipszyc, E., Mathiot, A., Mitrofanoff, P. The Mitrofanoff procedure: 20 years later. J Urol. 2001 Jun; 165: 2394-8

40802    Liberman, J. N., Hunt, T. L., Stewart, W. F., Wein, A., Zhou, Z., Herzog, A. R., Lipton, R. B., Diokno, A. C. Health-related quality of life among adults with symptoms of overactive bladder: results from a U.S. community-based survey. Urology. 2001 Jun; 57: 1044-50

44591    Lie, H. R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M. C., Muttilainen, M., Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-61

3440    Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, F.K. Children with myelomeningocele: their urinary and bowel control. Eur J Pediatr Surg. 1991 Dec; 1 Suppl 1: 40

3494    Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-1061

52530    Lieb, J., Das, A. K. Urethral erosion of tension-free vaginal tape. Scand J Urol Nephrol. 2003; 37: 184-5

10124    Lieberman, E., O'donoghue, C. Unintended effects of epidural analgesia during labor: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S31-68

40611    Liem, N. T., Hau, B. D. Long-term follow-up results of the treatment of high and intermediate anorectal malformations using a modified technique of posterior sagittal anorectoplasty. Eur J Pediatr Surg. 2001 Aug; 11: 242-5

11585    Liem, N. T., Hau, B. D., Thu, N. X. The long-term follow-up result of Swenson's operation in the treatment of Hirschsprung's disease in Vietnamese children. Eur J Pediatr Surg. 1995 Apr; 5: 110-2

51850    Lienemann, A., Fischer, T. Functional imaging of the pelvic floor. Eur J Radiol. 2003 Aug; 47: 117-22

43115    Lieu, P. K., Chia, H. H., Heng, L. C., Ding, Y. Y., Choo, P. W. Carer-assisted intermittent urethral catheterisation in the management of persistent retention of urine in elderly women. Ann Acad Med Singapore. 1996 Jul; 25: 562-5

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3589   Light, J.K. Continence mechanisms following continent urinary diversion and orthotopic bladder replacement. Prog Clin Biol Res. 1991; 370: 83-92

4018   Light, J.K., Marks, J.L. Total bladder replacement in the male and female using the ileocolonic segment (LeBag). Br J Urol. 1990 May; 65: 467-472

10730   Lightner, D. J., Itano, N. M. Treatment options for women with stress urinary incontinence. Mayo Clin Proc. 1999 Nov; 74: 1149-56

10333   Lightner, D., Calvosa, C., Andersen, R., Klimberg, I., Brito, C. G., Snyder, J., Gleason, D., Killion, D., Macdonald, J., Khan, A. U., Diokno, A., Sirls, L. T., Saltzstein, D. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double- blind study of Durasphere. Urology. 2001 Jul; 58: 12-5

41851   Lilas, L. A., Andrews, S. J., Hanbury, D. C. Point of technique. The tunnelled suprapubic catheter. BJU Int. 1999 Jun; 83: 1060-2

11506   Lim, F. K., Razvi, K., Tham, K. F., Ratnam, S. S. Current approach to the management of urinary stress incontinence. Singapore Med J. 1995 Oct; 36: 532-7

12063   Lim, P. H., Brown, A. D., Chisholm, G. D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-6

10692   Lim, P. P., Sahadevan, S., Choo, G. K., Anthony, P. Burden of caregiving in mild to moderate dementia: an Asian experience. Int Psychogeriatr. 1999 Dec; 11: 411-20

3953   Lim, P.H., Brown, A.D., and Chisholm, G.D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-246

43706   Lima, J. S., Reis, C. A. Poisoning due to illegal use of carbamates as a rodenticide in Rio de Janeiro. J Toxicol Clin Toxicol. 1995; 33: 687-90

42681   Lima, S. V., Araujo, L. A., Vilar, F. O. Further experience with the periurethral expander: a new type of artificial sphincter. Br J Urol. 1997 Sep; 80: 460-2

43109   Lima, S. V., Araujo, L. A., Vilar, F. O., Kummer, C. L., Lima, E. C. Combined use of enterocystoplasty and a new type of artificial sphincter in the treatment of urinary incontinence. J Urol. 1996 Aug; 156: 622-4

11012   Lin, A. S., Carrier, S., Morgan, D. M., Lue, T. F. Effect of simulated birth trauma on the urinary continence mechanism in the rat. Urology. 1998 Jul; 52: 143-51

59176   Lin, A. T., Wang, S. J., Chen, K. K., Chang, L. S. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar; 173: 894-7

41721   Lin, C. C., Bai, Y. M., Chen, J. Y., Lin, C. Y., Lan, T. H. A retrospective study of clozapine and urinary incontinence in Chinese in-patients. Acta Psychiatr Scand. 1999 Aug; 100: 158-61

10911   Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Abnormal urodynamic findings after radical hysterectomy or pelvic irradiation for cervical cancer. Int J Gynaecol Obstet. 1998 Nov; 63: 169-74

10756   Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Comparison of treatment outcomes for imipramine for female genuine stress incontinence. Br J Obstet Gynaecol. 1999 Oct; 106: 1089-92

53520   Lin, H. H., Torng, P. L., Sheu, B. C., Shau, W. Y., Huang, S. C. Urodynamically age-specific prevalence of urinary incontinence in women with urinary symptoms. Neurourol Urodyn. 2003; 22: 29-32

10386   Lin, H. H., Yu, H. J., Sheu, B. C., Huang, S. C. Importance of urodynamic study before radical hysterectomy for cervical cancer. Gynecol Oncol. 2001 May; 81: 270-2

10739   Lin, L. Y., Chen, S. Y., Lee, H. S., Chung, S. L., Ying, T. H., Chen, G. D. Female bladder neck changes with position. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 277-82

53130   Lin, S. Y., Dougherty, M. C. Incontinence impact, symptom distress and treatment-seeking behavior in women with involuntary urine loss in Southern Taiwan. Int J Nurs Stud. 2003 Mar; 40: 227-34

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 291 of 300 PageID #: 202810
Page 369 of 910

## American Urological Association, Inc.

**SUI Guidelines Panel**

---

**3257**  Lindboe, C.F., Stolt-Nielsen, A., and Dale, L.G. Hemorrhage in a highly vascularized subependymoma of the septum pellucidum: case report. Neurosurgery. 1992 Oct; 31: 741-745

**11840**  Lindell, L. Suburethral sling--an old procedure revisited. Iowa Med. 1993 Jan; 83: 25-6

**56450**  Lindesay, J., Matthews, R., Jagger, C. Factors associated with antipsychotic drug use in residential care: changes between 1990 and 1997. Int J Geriatr Psychiatry. 2003 Jun; 18: 511-9

**42266**  Lindgren, A. M., Svarsudd, K., Tibblin, G. Are health surveys among elderly people worthwhile? The Albertina Project. Scand J Prim Health Care. 1998 Jun; 16: 101-6

**42519**  Linkletter, D. No more surgery--biofeedback for continence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 50-2

**40868**  Lionis, C., Vlachonikolis, L., Bathianaki, M., Daskalopoulos, G., Anifantaki, S., Cranidis, A. Urinary incontinence, the hidden health problem of Cretan women: report from a primary care survey in Greece. Women Health. 2000; 31: 59-66

**42689**  Lippert, M. C., Theodorescu, D. The Hautmann neobladder with a chimney: a versatile modification. J Urol. 1997 Oct; 158: 1510-2

**44403**  Liptak, G. S., Shurtleff, D. B., Bloss, J. W., Baltus-Hebert, E., Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-96

**3271**  Liptak, G.S., Shurtleff, D.B., Bloss, J.W., Baltus-Hebert, E., and Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-796

**59337**  Lipton, R. B., Kolodner, K., Wesnes, K. Assessment of cognitive function of the elderly population: effects of darifenacin. J Urol. 2005 Feb; 173: 493-8

**57320**  Littlejohn, J. O., Jr, Kaplan, S. A. An unexpected association between urinary incontinence, depression and sexual dysfunction. Drugs Today (Barc). 2002 Nov; 38: 777-82

**41998**  Litwiller, S. E., Frohman, E. M., Zimmern, P. E. Multiple sclerosis and the urologist. J Urol. 1999 Mar; 161: 743-57

**11232**  Litwiller, S. E., Nelson, R. S., Fone, P. D., Kim, K. B., Stone, A. R. Vaginal wall sling: long-term outcome analysis of factors contributing to patients satisfaction and surgical success. J Urol. 1997 Apr; 157: 1279-82

**11800**  Liu, C. Y. Laparoscopic retropubic colposuspension (Burch procedure). A review of 58 cases. J Reprod Med. 1993 Jul; 38: 526-30

**11630**  Liu, C. Y. Laparoscopic treatment for genuine urinary stress incontinence. Baillieres Clin Obstet Gynaecol. 1994 Dec; 8: 789-98

**10862**  Liu, C. Y. Laparoscopic treatment of stress urinary incontinence. Obstet Gynecol Clin North Am. 1999 Mar; 26: 149-67

**11760**  Liu, C. Y., Paek, W. Laparoscopic retropubic colposuspension (Burch procedure). J Am Assoc Gynecol Laparosc. 1993 Nov; 1: 31-5

**10157**  Liu, C., Andrews, G. R. Prevalence and incidence of urinary incontinence in the elderly: a longitudinal study in South Australia. Chin Med J (Engl). 2002 Jan; 115: 119-22

**43713**  Liu, K. K., Yeung, C. K., Lee, K. H., Ku, K. W. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1995 Jan; 75: 115

**3418**  Liu, S., Christmas, T.J., Nagendran, K., and Kirby, R.S. Sphincter electromyography in patients after radical prostatectomy and cystoprostatectomy. Br J Urol. 1992 Apr; 69: 397-403

**3290**  Llewelyn, S. Attitude problems. Nurs Times. 1992 Jul 29-Aug 4; 88: 64,66

**51000**  Lo, T. S., Chang, T. C., Chao, A. S., Chou, H. H., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure on genuine stress incontinent women with coexisting genital prolapse. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1049-53

**10076**  Lo, T. S., Horng, S. G., Chang, C. L., Huang, H. J., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure after previous failure in incontinence surgery. Urology. 2002 Jul; 60: 57-61

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 59146 | Lo, T. S., Horng, S. G., Liang, C. C., Lee, S. J., Soong, Y. K. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology. 2004 Apr; 63: 671-5 |
| 10176 | Lo, T. S., Huang, H. J., Chang, C. L., Wong, S. Y., Horng, S. G., Liang, C. C. Use of intravenous anesthesia for tension-free vaginal tape therapy in elderly women with genuine stress incontinence. Urology. 2002 Mar; 59: 349-53 |
| 59016 | Lo, T. S., Lee, S. J. Treatment of recurrent genuine stress incontinence by shortening previously implanted tension-free vaginal tape. Acta Obstet Gynecol Scand. 2004 Oct; 83: 1005-6 |
| 52670 | Lo, T. S., Lin, C. T., Huang, H. J., Chang, C. L., Liang, C. C., Soong, Y. K. The use of general anesthesia for the tension-free vaginal tape procedure and concomitant surgery. Acta Obstet Gynecol Scand. 2003 Apr; 82: 367-73 |
| 10447 | Lo, T. S., Wang, A. C., Horng, S. G., Liang, C. C., Soong, Y. K. Ultrasonographic and urodynamic evaluation after tension free vagina tape procedure (TVT). Acta Obstet Gynecol Scand. 2001 Jan; 80: 65-70 |
| 10227 | Lobel, B., Manunta, A., Rodriguez, A. The management of female stress urinary incontinence using the sling procedure. BJU Int. 2001 Nov; 88: 832-9 |
| 11220 | Lobel, R. W., Davis, G. D. Long-term results of laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 1997 May; 4: 341-5 |
| 42777 | Lobel, R. W., Sand, P. K. Incisional hernia after suprapubic catheterization. Obstet Gynecol. 1997 May; 89: 844-6 |
| 11357 | Lobel, R. W., Sand, P. K. The empty supine stress test as a predictor of intrinsic urethral sphincter dysfunction. Obstet Gynecol. 1996 Jul; 88: 128-32 |
| 40104 | Locher, J. L., Burgio, K. L., Goode, P. S., Roth, D. L., Rodriguez, E. Effects of age and causal attribution to aging on health-related behaviors associated with urinary incontinence in older women. Gerontologist. 2002 Aug; 42: 515-21 |
| 10434 | Locher, J. L., Goode, P. S., Roth, D. L., Worrell, R. L., Burgio, K. L. Reliability assessment of the bladder diary for urinary incontinence in older women. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M32-5 |
| 12080 | Lockhart, J. L., Ellis, G. F., Helal, M., Pow-Sang, J. M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-5 |
| 44850 | Lockhart, J. L., Pow-Sang, J. M., Persky, L., Kahn, P., Helal, M., Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-7 |
| 44625 | Lockhart, J. L., Pow-Sang, J. M., Persky, L., Sanford, E., Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-96 |
| 4128 | Lockhart, J.L., Ellis, G.F., Helal, M., and Pow-Sang, J.M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-725 |
| 3939 | Lockhart, J.L., Pow-Sang, J.M., Persky, L., Kahn, P., Helal, M., and Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-867 |
| 3584 | Lockhart, J.L., Pow-Sang, J.M., Persky, L., Sanford, E., and Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-296 |
| 4034 | Lockhart-Pretti, P.A. Urinary incontinence. J Enterostomal Ther. 1990 May-Jun; 17: 112-119 |
| 42725 | Loening-Baucke, V. Urinary incontinence and urinary tract infection and their resolution with treatment of chronic constipation of childhood. Pediatrics. 1997 Aug; 100: 228-32 |
| 40544 | Loera, J. A., Black, S. A., Markides, K. S., Espino, D. V., Goodwin, J. S. The use of herbal medicine by older Mexican Americans. J Gerontol A Biol Sci Med Sci. 2001 Nov; 56: M714-8 |
| 3804 | Lofting, D. The dry season. Promoting continence in the South West. Prof Nurse. 1991 Feb; 6: 270,272,274 |
| 10116 | Logan, K. Audit of advice provided on pelvic floor exercises. Prof Nurse. 2001 Jun; 16: 1369-72 |
| 10183 | Long, C. Y., Hsu, S. C., Chen, Y. H., Chen, S. C., Chen, W. C., Su, J. H. The effects on vesicourethral function following laparoscopic hysterectomy. Kaohsiung J Med Sci. 2001 Nov; 17: 564-9 |

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 52890 | Long, C. Y., Hsu, S. C., Sun, D. J., Chen, C. C., Tsai, E. M., Su, J. H. Abnormal clinical and urodynamic findings in women with severe genitourinary prolapse. Kaohsiung J Med Sci. 2002 Dec; 18: 593-7 |
| 52480 | Long, C. Y., Hsu, S. C., Wu, T. P., Fu, J. C., Hsu, Y. S., Su, J. H. Effect of laparoscopic hysterectomy on bladder neck and urinary symptoms. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 65-9 |
| 59219 | Long, C. Y., Lo, T. S., Liu, C. M., Hsu, S. C., Chang, Y., Tsai, E. M. Lateral excision of tension-free vaginal tape for the treatment of iatrogenic urethral obstruction. Obstet Gynecol. 2004 Dec; 104: 1270-4 |
| 31822 | Longstreth, G. F. Bowel patterns and anxiety. Demographic factors. J Clin Gastroenterol. 1993 Sep; 17: 128-32 |
| 31823 | Longstreth, G. F., Wolde-Tsadik, G. Irritable bowel-type symptoms in HMO examinees. Prevalence, demographics, and clinical correlates. Dig Dis Sci. 1993 Sep; 38: 1581-9 |
| 3799 | Lonton, A.P. The characteristics of patients with encephaloceles. Z Kinderchir. 1990 Dec; 45 Suppl 1: 18-19 |
| 41903 | Loo, C. C., Irestedt, L. Cauda equina syndrome after spinal anaesthesia with hyperbaric 5% lignocaine: a review of six cases of cauda equina syndrome reported to the Swedish Pharmaceutical Insurance 1993-1997. Acta Anaesthesiol Scand. 1999 Apr; 43: 371-9 |
| 11930 | Lopez Lopez, J. A., Valdivia Uria, J. G., Ucar Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-70 |
| 55310 | Lopez Pereira, P., Miguelez, C., Caffarati, J., Estornell, F., Anguera, A. Trospium chloride for the treatment of detrusor instability in children. J Urol. 2003 Nov; 170: 1978-81 |
| 11785 | Lopez, A. E., Padron, O. F., Patsias, G., Politano, V. A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-8 |
| 3016 | Lopez, A.E., Padron, O.F., Patsias, G., and Politano, V.A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-858 |
| 3190 | Lopez-Lopez, J.A., Valdivia-Uria, J.G., and Ucar-Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-170 |
| 44037 | Lord, A., Eastwood, H. Detrusor hyperreflexia--are there two types?. Age Ageing. 1994 Jan; 23: 32-3 |
| 10971 | Lose, G. Laparoscopic Burch colposuspension. Acta Obstet Gynecol Scand Suppl. 1998; 168: 29-33 |
| 3788 | Lose, G. Medical treatment of female urge incontinence. Ann Med. 1990 Dec; 22: 449-454 |
| 40522 | Lose, G. Proper outcome assessment is pivotal for the reader of a paper to be able to compare results from different studies and relate them to one's own practice. Acta Obstet Gynecol Scand. 2001 Nov; 80: 979-80 |
| 11975 | Lose, G. Urethral pressure and power generation during coughing and voluntary contraction of the pelvic floor in females with genuine stress incontinence. Br J Urol. 1991 Jun; 67: 580-5 |
| 11260 | Lose, G. Urethral pressure measurement. Acta Obstet Gynecol Scand Suppl. 1997; 166: 39-42 |
| 11259 | Lose, G. Uroflowmetry and pressure/flow study of voiding in women. Acta Obstet Gynecol Scand Suppl. 1997; 166: 43-7 |
| 10038 | Lose, G., Brostrom, S. Low-pressure urethra in women: what does it mean and what can it be used for?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 215-7 |
| 12032 | Lose, G., Colstrup, H. Mechanical properties of the urethra in healthy and stress incontinent females: dynamic measurements in the resting urethra. J Urol. 1990 Nov; 144: 1258-62 |
| 10563 | Lose, G., Englev, E. Oestradiol-releasing vaginal ring versus oestriol vaginal pessaries in the treatment of bothersome lower urinary tract symptoms. BJOG. 2000 Aug; 107: 1029-34 |
| 40521 | Lose, G., Fantl, J. A., Victor, A., Walter, S., Wells, T. L., Wyman, J., Mattiasson, A. Outcome measures for research in adult women with symptoms of lower urinary tract dysfunction. Standardization Committee of the International Continence Society. Acta Obstet Gynecol Scand. 2001 Nov; 80: 981-5 |
| 10972 | Lose, G., Kulseng-Hanssen, S., Nilsson, C. G. Aspects on the actual practice of surgical management of urinary incontinence in Norway and Finland. Acta Obstet Gynecol Scand Suppl. 1998; 168: 25-8 |

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 43088 | Lose, G., Ulmsten, U., Nilsson, C. G., Kulseng-Hanssen, S., Ludviksson, K. Scandinavian urogynecology. Current status and visions for the future. Acta Obstet Gynecol Scand. 1996 Aug; 75: 603-4 |
| 10997 | Lose, G., Walter, S. Impact of surgery for stress incontinence on morbidity. Pragmatic randomised trial is required. BMJ. 1998 Jul 11; 317: 144 |
| 11827 | Lotenfoe, R., O'Kelly, J. K., Helal, M., Lockhart, J. L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-82 |
| 3170 | Lotenfoe, R., OKelly, J.K., Helal, M., and Lockhart, J.L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-282 |
| 40028 | Lottmann, H. B., Margaryan, M., Bernuy, M., Rouffet, M. J., Bau, M. O., El-Ghoneimi, A., Aigrain, Y., Stenberg, A., Lackgren, G. The effect of endoscopic injections of dextranomer based implants on continence and bladder capacity: a prospective study of 31 patients. J Urol. 2002 Oct; 168: 1863-7; discussion 1867 |
| 42715 | Lottmann, H. B., Melin, Y., Cendron, M., Lombrail, P., Beze-Beyrie, P., Cendron, J. Bladder exstrophy: evaluation of factors leading to continence with spontaneous voiding after staged reconstruction. J Urol. 1997 Sep; 158: 1041-4 |
| 11155 | Loughlin, K. R. Re: Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1998 Jan; 159: 208 |
| 10631 | Loughlin, K. R. Slings-an idea whose time has come. J Urol. 2000 Jun; 163: 1843-4 |
| 11390 | Loughlin, K. R. The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1996 Apr; 155: 1265-7 |
| 10693 | Loughlin, K. R. The thimble: a useful adjunct to needle suspension procedures for female stress incontinence. Urology. 2000 Dec 20; 56: 1050-1 |
| 12108 | Loughlin, K. R., Whitmore, W. F., 3rd, Gittes, R. F., Richie, J. P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Jan; 143: 44-5 |
| 5268 | Loughlin, K.R., Whitmore, W.F., Gittes, R.F., and Richie, J.P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [see comments]. J Urol. 1990 Jan; 143: 44-45 |
| 41866 | Loughrey, L. Taking a sensitive approach to urinary incontinence. Nursing. 1999 May; 29: 60-1 |
| 10317 | Lovatsis, D., Drutz, H. P. Is transabdominal repair of mild to moderate cystocele necessary for correction of prolapse during a modified Burch procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 193-8 |
| 42213 | Lovatsis, D., Drutz, H. P. The role of estrogen in female urinary incontinence and urogenital aging: a review. Ostomy Wound Manage. 1998 Jun; 44: 48-53 |
| 50450 | Lovatsis, D., Gupta, C., Dean, E., Lee, F. Tension-free vaginal tape procedure is an ideal treatment for obese patients. Am J Obstet Gynecol. 2003 Dec; 189: 1601-4; discussion 1604-5 |
| 44934 | Lowe, B. A., Woodside, J. R. Urodynamic evaluation of patients with continent urinary diversion using cecal reservoir and intussuscepted ileocecal valve. Urology. 1990 Jun; 35: 544-7 |
| 11229 | Lowe, E. M., Anand, P., Terenghi, G., Williams-Chestnut, R. E., Sinicropi, D. V., Osborne, J. L. Increased nerve growth factor levels in the urinary bladder of women with idiopathic sensory urgency and interstitial cystitis. Br J Urol. 1997 Apr; 79: 572-7 |
| 44603 | Luangkhot, R., Peng, B. C., Blaivas, J. G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-4 |
| 3561 | Luangkhot, R., Peng, B.C., and Blaivas, J.G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-1344 |
| 41728 | Lubeck, D. P., Prebil, L. A., Peeples, P., Brown, J. S. A health related quality of life measure for use in patients with urge urinary incontinence: a validation study. Qual Life Res. 1999 Jun; 8: 337-44 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**10350**   Luber, K. M., Boero, S., Choe, J. Y. The demographics of pelvic floor disorders: current observations and future projections. Am J Obstet Gynecol. 2001 Jun; 184: 1496-501; discussion 1501-3

**11167**   Luber, K. M., Wolde-Tsadik, G. Efficacy of functional electrical stimulation in treating genuine stress incontinence: a randomized clinical trial. Neurourol Urodyn. 1997; 16: 543-51

**11264**   Ludviksson, K. The value of clinical examination of the female incontinent patient. Acta Obstet Gynecol Scand Suppl. 1997; 166: 19-23

**42352**   Luft, J., Vriheas-Nichols, A. A. Identifying the risk factors for developing incontinence: can we modify individual risk?. Geriatr Nurs. 1998 Mar-Apr; 19: 66-70; quiz 70-2

**51610**   Lukacz, E. S., Luber, K. M., Nager, C. W. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 179-84; discussion 184

**10717**   Luna, M. T., Hirakawa, T., Kamura, T., Yahata, H., Ogawa, S., Sonoda, T., Nakano, H. Comparison of the anterior colporrhaphy procedure and the Marshall- Marchetti-Krantz operation in the treatment of stress urinary incontinence among women. J Obstet Gynaecol Res. 1999 Aug; 25: 255-60

**10526**   Luna, M. T., Hirakawa, T., Nakano, H. Urinary incontinence in women seen in the obstetrics and gynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 277-81

**3792**   Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., and Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83

**44782**   Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83

**42581**   Lurie, S. N., Hosmer, C. Oxybutynin and intranasal desmopressin for clozapine-induced urinary incontinence. J Clin Psychiatry. 1997 Sep; 58: 404

**43236**   Luukinen, H., Koski, K., Kivela, S. L., Laippala, P. Social status, life changes, housing conditions, health, functional abilities and life-style as risk factors for recurrent falls among the home-dwelling elderly. Public Health. 1996 Mar; 110: 115-8

**44544**   Lyder, C. H., Clemes-Lowrance, C., Davis, A., Sullivan, L., Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-6

**3496**   Lyder, C.H., Clemes-Lowrance, C., Davis, A., Sullivan, L., and Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-16

**10316**   Lynch, C. M., Powers, A. K., Keating, A. B. Pregnancy complicated by a suburethral sling: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 218-9

**40572**   Lyon, R. P. Re: the treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Nov; 166: 1838

**11559**   Lyons, T. L. Minimally invasive treatment of urinary stress incontinence and laparoscopically directed repair of pelvic floor defects. Clin Obstet Gynecol. 1995 Jun; 38: 380-91

**11600**   Lyons, T. L., Winer, W. K. Clinical outcomes with laparoscopic approaches and open Burch procedures for urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1995 Feb; 2: 193-8

**10075**   Lyons, T. L., Winer, W. K., Adolph, A. J. Classic intrafascial supracervical hysterectomies. J Am Assoc Gynecol Laparosc. 2002 Aug; 9: 401; discussion 401-2

**42370**   Ma, S. S. The prevalence of adult female urinary incontinence in Hong Kong Chinese. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 327-31

**10020**   Maaita, M., Bhaumik, J., Davies, A. E. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int. 2002 Oct; 90: 540-3

**42517**   Maas, C. P., Moriya, Y., Steup, W. H., Kiebert, G. M., Kranenbarg, W. M., van de Velde, C. J. Radical and nerve-preserving surgery for rectal cancer in The Netherlands: a prospective study on morbidity and functional outcome. Br J Surg. 1998 Jan; 85: 92-7

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**41108**    Maas, C. P., Moriya, Y., Steup, W. H., Klein Kranenbarg, E., van de Velde, C. J. A prospective study on radical and nerve-preserving surgery for rectal cancer in the Netherlands. Eur J Surg Oncol. 2000 Dec; 26: 751-7

**44871**    MacAllister, C. G., Perdue, B. D. Endoscopic diagnosis of unilateral ectopic ureter in a yearling filly. J Am Vet Med Assoc. 1990 Sep 1; 197: 617-8

**44051**    Macallum, G. E., Albassam, M. A. Renal toxicity of a nondopaminergic antipsychotic agent, trimethyl imidazopyrazolopyrimidine, in rats. Toxicol Pathol. 1994 Jan-Feb; 22: 39-47

**3497**    MacArthur, C., Lewis, M., and Knox, E.G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-1195

**11936**    MacArthur, C., Lewis, M., Knox, E. G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-5

**12008**    Macaulay, A. J., Stern, R. S., Stanton, S. L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

**3722**    Macaulay, A.J., Stern, R.S., and Stanton, S.L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

**54140**    Macaulay, M., Clarke-ONeill, S., Fader, M., Pettersson, L., Cottenden, A. Are washable absorbents effective at containing urinary incontinence?. Nurs Times. 2004 Mar 23-29; 100: 58-62

**3765**    Macaulay, M., Henry, G. Continence. Drop in and do well. Nurs Times. 1990 Nov 14-20; 86: 65-66

**44855**    MacDermott, J. P., Palmer, J. M., Stone, A. R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-1

**3908**    MacDermott, J.P., Palmer, J.M., and Stone, A.R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-431

**43527**    MacDiarmid, S. A., Arnold, E. P., Palmer, N. B., Anthony, A. Management of spinal cord injured patients by indwelling suprapubic catheterization. J Urol. 1995 Aug; 154: 492-4

**44815**    MacDonagh, R. P., Forster, D. M., Thomas, D. G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-22

**3848**    MacDonagh, R.P., Forster, D.M., and Thomas, D.G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-622

**42217**    Mace, J. C., Cure, J., Bailey, B. N., Storrs, B. B. Untethered filum terminale presenting as cauda equina lesion. Pediatr Neurosurg. 1998 Apr; 28: 191-4

**10609**    MacGibbon, A., Brieger, G., Korda, A. Incisionless cystourethropexy--the Intac device--an initial experience. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 59-61

**40550**    MacKay, K., Hemmett, L. Needs assessment of women with urinary incontinence in a district health authority. Br J Gen Pract. 2001 Oct; 51: 801-4

**4123**    Mackin, B. Evaluating bodyworn continence pads. Nurs Stand. 1990 Jan 31-Feb 6; 4: 36-39

**40945**    MacKinnon, A. E., Roberts, J. P., Searles, J. Day-care ultrasound avoids urodynamics. Eur J Pediatr Surg. 2000 Dec; 10 Suppl 1: 24-5

**40958**    MacLennan, A. H., Taylor, A. W., Wilson, D. H., Wilson, D. The prevalence of pelvic floor disorders and their relationship to gender, age, parity and mode of delivery. BJOG. 2000 Dec; 107: 1460-70

**55460**    MacNeily, A. E., Afshar, K., Coleman, G. U., Johnson, H. W. Autoaugmentation by detrusor myotomy: its lack of effectiveness in the management of congenital neuropathic bladder. J Urol. 2003 Oct; 170: 1643-6; discussion 1646

**10009**    Maddern, G. J., Middleton, P. F., Grant, A. M. Urinary stress incontinence. BMJ. 2002 Oct 12; 325: 789-90

**3199**    Madejski, R.M. LPN overview of urinary incontinence. J Pract Nurs. 1992 Dec; 42: 24-33

**42159**    Madersbacher, H., Awad, S., Fall, M., Janknegt, R. A., Stohrer, M., Weisner, B. Urge incontinence in the elderly--supraspinal reflex incontinence. World J Urol. 1998; 16 Suppl 1: S35-43

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

41700  Madersbacher, H., Halaska, M., Voigt, R., Alloussi, S., Hofner, K. A placebo-controlled, multicentre study comparing the tolerability and efficacy of propiverine and oxybutynin in patients with urgency and urge incontinence. BJU Int. 1999 Oct; 84: 646-51

3721  Madersbacher, H., Jilg, G. Control of detrusor hyperreflexia by the intravesical instillation of oxybutynine hydrochloride. Paraplegia. 1991 Feb; 29: 84-90

41340  Madersbacher, S. Prevalence of lower urinary tract symptoms and urinary incontinence in the elderly: recent data from Austria. Wien Klin Wochenschr. 2000 May 5; 112: 379-80

41876  Madersbacher, S., Pycha, A., Klingler, C. H., Schatzl, G., Marberger, M. The International Prostate Symptom score in both sexes: a urodynamics- based comparison. Neurourol Urodyn. 1999; 18: 173-82

42487  Madersbacher, S., Pycha, A., Schatzl, G., Mian, C., Klingler, C. H., Marberger, M. The aging lower urinary tract: a comparative urodynamic study of men and women. Urology. 1998 Feb; 51: 206-12

53540  Madjar, S., Balzarro, M., Appell, R. A., Tchetgen, M. B., Nelson, D. Baseline abdominal pressure and valsalva leak point pressures-correlation with clinical and urodynamic data. Neurourol Urodyn. 2003; 22: 2-6

10896  Madjar, S., Beyar, M., Nativ, O. Pubic bone anchoring in the treatment of women with stress urinary incontinence: new applications to an old concept. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 416-8

10674  Madjar, S., Beyar, M., Nativ, O. Transvaginal bone anchored sling. Urology. 2000 Mar; 55: 422-6

50810  Madjar, S., Covington-Nichols, C., Secrest, C. L. New periurethral bulking agent for stress urinary incontinence: modified technique and early results. J Urol. 2003 Dec; 170: 2327-9

41034  Madjar, S., Evans, D., Duncan, R. C., Gousse, A. E. Collaboration and practice patterns among urologists and gynecologists in the treatment of urinary incontinence and pelvic floor prolapse: a survey of the International Continence Society members. Neurourol Urodyn. 2001; 20: 3-11

40435  Madjar, S., Gousse, A. Postirradiation vesicovaginal fistula completely resolved with conservative treatment. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 405-6

10159  Madjar, S., Tchetgen, M. B., Van Antwerp, A., Abdelmalak, J., Rackley, R. R. Urethral erosion of tension-free vaginal tape. Urology. 2002 Apr; 59: 601

10944  Madjar, S., Wald, M., Halachmi, S., Issaq, E., Moskovitz, B., Beyar, M., Nativ, O. Minimally invasive pervaginam procedures for the treatment of female stress incontinence using a new pubic bone anchoring system. Artif Organs. 1998 Oct; 22: 879-85

41900  Maeda, H., Shichiri, Y., Kinoshita, H., Okubo, K., Okada, T., Aoki, Y., Maekawa, S., Arai, Y. Urinary undiversion for pelvic actinomycosis: a long-term follow up. Int J Urol. 1999 Feb; 6: 111-3

44599  Magaziner, J., Tenney, J. H., DeForge, B., Hebel, J. R., Muncie, H. L., Jr, Warren, J. W. Prevalence and characteristics of nursing home-acquired infections in the aged. J Am Geriatr Soc. 1991 Nov; 39: 1071-8

3235  Maggi, C.A. Therapeutic potential of capsaicin-like molecules: studies in animals and humans. Life Sci. 1992; 51: 1777-1781

40956  Maggi, S., Minicuci, N., Langlois, J., Pavan, M., Enzi, G., Crepaldi, G. Prevalence rate of urinary incontinence in community-dwelling elderly individuals: the Veneto study. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M14-8

42010  Maglinte, D. D., Kelvin, F. M., Fitzgerald, K., Hale, D. S., Benson, J. T. Association of compartment defects in pelvic floor dysfunction. AJR Am J Roentgenol. 1999 Feb; 172: 439-44

11433  Magrina, J. F. Primary surgery for stage IB-IIA cervical cancer, including short-term and long-term morbidity and treatment in pregnancy. J Natl Cancer Inst Monogr. 1996; : 53-9

10699  Maher, C. F., Dwyer, P. L., Carey, M. P., Moran, P. A. Colposuspension or sling for low urethral pressure stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 384-9

30344  Maher, C. F., Murray, C. J., Carey, M. P., Dwyer, P. L., Ugoni, A. M. Iliococcygeus or sacrospinous fixation for vaginal vault prolapse. Obstet Gynecol. 2001 Jul; 98: 40-4

---

  © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 10370 | Maher, C., Carey, M., Dwyer, P., Moran, P. Pubovaginal or vicryl mesh rectus fascia sling in intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 111-6 |
| 10791 | Maher, C., Dwyer, P., Carey, M., Gilmour, D. The Burch colposuspension for recurrent urinary stress incontinence following retropubic continence surgery. Br J Obstet Gynaecol. 1999 Jul; 106: 719-24 |
| 57300 | Maheswaran, C. M., MacKinnon, A. E. Ambulant? Continent? The missing link. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S25-6 |
| 42507 | Mahony, C. The impact of continence problems on self-esteem. Nurs Times. 1997 Dec 24-Jan 6; 93: 58, 60 |
| 43983 | Mahran, M. R., Ghoneim, M. A. The application of the modified rectal bladder in management of the compromised urethral damage. Scand J Urol Nephrol. 1994 Mar; 28: 49-53 |
| 4032 | Mainprize, T.C. Diagnosis of urinary incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 308-314 |
| 40462 | Major, H., Culligan, P., Heit, M. Urethral sphincter morphology in women with detrusor instability. Obstet Gynecol. 2002 Jan; 99: 63-8 |
| 32052 | Major, O., Sipos, L., Czirjak, S., Benoist, G., Horvath, M., Pasztor, E. Spontaneous spinal epidural haematomas. Acta Neurochir (Wien). 1991; 111: 40-2 |
| 11325 | Mak, V., Radomski, S. B. Value of magnetic resonance imaging of the lumbosacral spinal cord in patients with voiding dysfunction. J Urol. 1996 Oct; 156: 1421-3 |
| 11495 | Makinen, J. I., Pitkanen, Y. A., Salmi, T. A., Gronroos, M., Rinne, R., Paakkari, I. Transdermal estrogen for female stress urinary incontinence in postmenopause. Maturitas. 1995 Nov; 22: 233-8 |
| 43787 | Maklebust, J., Magnan, M. A. Risk factors associated with having a pressure ulcer: a secondary data analysis. Adv Wound Care. 1994 Nov; 7: 25, 27-8, 31-4 passim |
| 3294 | Maklebust, J., Magnan, M.A. Approaches to patient and family education for pressure ulcer management. Decubitus. 1992 Jul; 5: 18-20,24,26passim |
| 42764 | Malik, A., Fenning, N., O'Donnell, E. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 753-4 |
| 40695 | Maliski, S. L., Heilemann, M. V., McCorkle, R. Mastery of postprostatectomy incontinence and impotence: his work, her work, our work. Oncol Nurs Forum. 2001 Jul; 28: 985-92 |
| 43934 | Malissard, M., Souquet, J., Jullien, D. Optimisation of pulse duration for intravaginal electrical stimulation: effect of tissue excitability. Med Biol Eng Comput. 1994 May; 32: 327-30 |
| 43875 | Mallett, V. T., Bump, R. C. The epidemiology of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 308-12 |
| 10363 | Mallipeddi, P. K., Steele, A. C., Kohli, N., Karram, M. M. Anatomic and functional outcome of vaginal paravaginal repair in the correction of anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 83-8 |
| 41241 | Malm, J., Kristensen, B., Stegmayr, B., Fagerlund, M., Koskinen, L. O. Three-year survival and functional outcome of patients with idiopathic adult hydrocephalus syndrome. Neurology. 2000 Aug 22; 55: 576-8 |
| 3316 | Malone, M.L. Teaching about urinary incontinence [letter]. J Am Geriatr Soc. 1992 Aug; 40: 850-851 |
| 42691 | Malone, P. S. The management of urinary incontinence. Arch Dis Child. 1997 Aug; 77: 175-8 |
| 44931 | Malone, P. S., Spitz, L., Kiely, E. M., Brereton, R. J., Duffy, P. G., Ransley, P. G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-80 |
| 43992 | Malone, P. S., Wheeler, R. A., Williams, J. E. Continence in patients with spina bifida: long term results. Arch Dis Child. 1994 Feb; 70: 107-10 |
| 4006 | Malone, P.S., Spitz, L., Kiely, E.M., Brereton, R.J., Duffy, P.G., and Ransley, P.G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-680 |
| 41842 | Malone-Lee, J. Know how. Managing incontinence. Nurs Times. 1999 May 5-11; 95: 74-5 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 279 of 300 PageID #: 202818
Page 377 of 910

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

40717    Malone-Lee, J. G., Walsh, J. B., Maugourd, M. F. Tolterodine: a safe and effective treatment for older patients with overactive bladder. J Am Geriatr Soc. 2001 Jun; 49: 700-5

55820    Malone-Lee, J., Henshaw, D. J., Cummings, K. Urodynamic verification of an overactive bladder is not a prerequisite for antimuscarinic treatment response. BJU Int. 2003 Sep; 92: 415-7

3413    Malone-Lee, J., Lubel, D., and Szonyi, G. Low dose oxybutynin for the unstable bladder [letter]. Bmj. 1992 Apr 18; 304: 1053

44495    Malone-Lee, J., Lubel, D., Szonyi, G. Low dose oxybutynin for the unstable bladder. BMJ. 1992 Apr 18; 304: 1053

40843    Malone-Lee, J., Shaffu, B., Anand, C., Powell, C. Tolterodine: superior tolerability than and comparable efficacy to oxybutynin in individuals 50 years old or older with overactive bladder: a randomized controlled trial. J Urol. 2001 May; 165: 1452-6

42606    Maloney, C. Estrogen in urinary incontinence treatment: an anatomic and physiologic approach. Urol Nurs. 1997 Sep; 17: 88-91

43685    Maloney, C. Evaluation and treatment of urinary incontinence: a primary care approach. Nurse Pract. 1995 Feb; 20: 74-5

11185    Maloney, C. Patient with stress urinary incontinence. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 448-9

11145    Maloney, C. Patient with stress urinary incontinence. Answers and discussion of urinary health case study. Lippincotts Prim Care Pract. 1997 Nov-Dec; 1: 567-71

40002    Maloney, C. M., Cafiero, M. Achieving bladder control. Treatment in the primary care setting. Adv Nurse Pract. 2002 May; 10: 73-8

41582    Maloney, C., Cafiero, M. Implementing an incontinence program in long-term care settings. A multidisciplinary approach. J Gerontol Nurs. 1999 Jun; 25: 47-52

10696    Maloney, C., Cafiero, M. R. Urinary incontinence. Noninvasive treatment options. Adv Nurse Pract. 1999 Jun; 7: 36-42

42774    Maly, R. C., Hirsch, S. H., Reuben, D. B. The performance of simple instruments in detecting geriatric conditions and selecting community-dwelling older people for geriatric assessment. Age Ageing. 1997 May; 26: 223-31

53000    Manca, A., Sculpher, M. J., Ward, K., Hilton, P. A cost-utility analysis of tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence. BJOG. 2003 Mar; 110: 255-62

44958    Mandal, A. K., Sharma, S. K., Vaidyanathan, S., Goswami, A. K. Ureterovaginal fistula: summary of 18 years' experience. Br J Urol. 1990 May; 65: 453-6

40432    Mandigers, R. J., Nell, T. Treatment of bitches with acquired urinary incontinence with oestriol. Vet Rec. 2001 Dec 22-29; 149: 764-7

11315    Manhes, H. Laparoscopic Retzio-plasty. A new surgical approach to stress incontinence. Int Surg. 1996 Oct-Dec; 81: 371-3

10148    Maniam, P., Goldman, H. B. Removal of transurethral catheter during urodynamics may unmask stress urinary incontinence. J Urol. 2002 May; 167: 2080-2

59150    Manikandan, R., Kujawa, M., Pearson, E., O'Reilly, P. H., Brown, S. C. Results of the tension-free vaginal tape procedure for stress incontinence: patient's perspective. Int J Urol. 2004 Apr; 11: 206-12

40779    Mannaerts, G. H., Rutten, H. J., Martijn, H., Groen, G. J., Hanssens, P. E., Wiggers, T. Abdominosacral resection for primary irresectable and locally recurrent rectal cancer. Dis Colon Rectum. 2001 Jun; 44: 806-14

10353    Manning, J., Eyers, A. A., Korda, A., Benness, C., Solomon, M. J. Is there an association between fecal incontinence and lower urinary dysfunction?. Dis Colon Rectum. 2001 Jun; 44: 790-8

52010    Manning, J., Korda, A., Benness, C., Solomon, M. The association of obstructive defecation, lower urinary tract dysfunction and the benign joint hypermobility syndrome: a case-control study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 128-32

     © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

44346    Mansi, M., Ahmed, S. Young-Dees-Leadbetter bladder neck reconstruction for sphincteric urinary incontinence: the value of augmentation cystoplasty. Scand J Urol Nephrol. 1993; 27: 509-17

44336    Mansson, A., Anderson, H., Colleen, S. Time lag to diagnosis of bladder cancer--influence of psychosocial parameters and level of health-care provision. Scand J Urol Nephrol. 1993; 27: 363-9

43817    Mansson-Linstrom, A., Dehlin, O., Isacsson, A. Urinary incontinence in primary health care. 1. Perceived knowledge and training among various categories of nursing personnel and care units. Scand J Prim Health Care. 1994 Sep; 12: 169-74

43072    Mantle, F. Eliminate the problem. Nurs Times. 1996 Aug 7-13; 92: 50-1

11992    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey. BMJ. 1991 Mar 30; 302: 753-5

3733    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey [published erratum appears in BMJ 1991 Aug 24;303(6800):440] [see comments]. Bmj. 1991 Mar 30; 302: 753-755

10440    Maral, I., Ozkardes, H., Peskircioglu, L., Bumin, M. A. Prevalence of stress urinary incontinence in both sexes at or after age 15 years: a cross-sectional study. J Urol. 2001 Feb; 165: 408-12

10810    Marana, H. R., Andrade, J. M., Marana, R. R., Matheus de Sala, M., Philbert, P. M., Rodrigues, R. Vaginal hysterectomy for correcting genital prolapse. Long-term evaluation. J Reprod Med. 1999 Jun; 44: 529-34

57310    Marcell, D., Ransel, S., Schiau, M., Duffy, E. G. Treatment options alleviate female urge incontinence. Nurse Pract. 2003 Feb; 28: 48-54

52800    Margolis, M. T. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2003 Apr; 101: 817; author reply 817-8

43394    Margolis, M. T., Thoen, L. D., Boike, G. M., Mercer, L. J., Keith, L. G. Asymptomatic endometrial carcinoma after endometrial ablation. Int J Gynaecol Obstet. 1995 Dec; 51: 255-8

10777    Margossian, H., Pollard, R. R., Walters, M. D. Small bowel obstruction in a peritoneal defect after laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1999 Aug; 6: 343-5

10794    Margossian, H., Walters, M. D., Falcone, T. Laparoscopic management of pelvic organ prolapse. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 57-62

40928    Marinkovic, S. P., Badlani, G. H. Imaging of the lower urinary tract in adults. J Endourol. 2001 Feb; 15: 75-86

50290    Marinkovic, S. P., Stanton, S. L. Incontinence and voiding difficulties associated with prolapse. J Urol. 2004 Mar; 171: 1021-8

52990    Marinkovic, S. P., Stanton, S. L. Triple compartment prolapse: sacrocolpopexy with anterior and posterior mesh extensions. BJOG. 2003 Mar; 110: 323-6

40976    Marinkovic, S., Badlani, G. Voiding and sexual dysfunction after cerebrovascular accidents. J Urol. 2001 Feb; 165: 359-70

11004    Marinkovic, S., Mian, H., Evankovich, M., Poplawsky, D., Novi, J., Frey, C., Yap, W. Analysis of early outcome: Burch procedure versus pubovaginal sling. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 94-9

11712    Mark, S. D., McRae, C. U., Arnold, E. P., Gowland, S. P. Clam cystoplasty for the overactive bladder: a review of 23 cases. Aust N Z J Surg. 1994 Feb; 64: 88-90

44099    Maroun, F. B., Makino, A. P., Tong, T. R., Perkins, P. G., Arts, R., Jacob, J. C., Reddy, R. Cervical myelopathy secondary to ossification of the posterior longitudinal ligament in a Caucasian patient. Can J Neurol Sci. 1993 Nov; 20: 329-32

40105    Marret, E., Pruszkowski, O., Deleuze, A., Bonnet, F. Accelerated idioventricular rhythm associated with desflurane administration. Anesth Analg. 2002 Aug; 95: 319-21, table of contents

41147    Marrie, T. J. Community-acquired pneumonia in the elderly. Clin Infect Dis. 2000 Oct; 31: 1066-78

44108    Marsh, T. D. Estrogens for treating urinary incontinence in women. Am Pharm. 1993 Nov; NS33: 47-8, 90

---

Case 2:12-md-02327 Document 9090-10 Filed 09/13/19 Page 201 of 300 PageID #: 202820

42480    Marshall, D. F., Boston, V. E. Altered bladder and bowel function following cutaneous electrical field stimulation in children with spina bifida--interim results of a randomized double-blind placebo-controlled trial. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 41-3

3811    Marshall, F.F., Mostwin, J.L., Radebaugh, L.C., Walsh, P.C., and Brendler, C.B. Ileocolic neobladder post-cystectomy: continence and potency. J Urol. 1991 Mar; 145: 502-504

11319    Marshall, H. J., Beevers, D. G. Alpha-adrenoceptor blocking drugs and female urinary incontinence: prevalence and reversibility. Br J Clin Pharmacol. 1996 Oct; 42: 507-9

42375    Marshall, K., Thompson, K. A., Walsh, D. M., Baxter, G. D. Incidence of urinary incontinence and constipation during pregnancy and postpartum: survey of current findings at the Rotunda Lying-In Hospital. Br J Obstet Gynaecol. 1998 Apr; 105: 400-2

57950    Marshall, K., Walsh, D. M., Baxter, G. D. The effect of a first vaginal delivery on the integrity of the pelvic floor musculature. Clin Rehabil. 2002 Nov; 16: 795-9

11955    Marshall, S. Conservative management of stress urinary incontinence. Urology. 1991 Sep; 38: 294

3608    Marshall, S. Conservative management of stress urinary incontinence [letter]. Urology. 1991 Sep; 38: 294

10012    Marshall, V. F., Marchetti, A. A., Krantz, K. E. The correction of stress incontinence by simple vesicourethral suspension. 1949. J Urol. 2002 Oct; 168: 1326-31

41895    Marshman, L. A., Hardwidge, C., Ford-Dunn, S. C., Olney, J. S. Idiopathic spinal cord herniation: case report and review of the literature. Neurosurgery. 1999 May; 44: 1129-33

10137    Martan, A., Masata, J., Halaska, M., Otcenasek, M., Svabik, K. Ultrasound imaging of paravaginal defects in women with stress incontinence before and after paravaginal defect repair. Ultrasound Obstet Gynecol. 2002 May; 19: 496-500

10424    Martan, A., Masata, J., Halaska, M., Voigt, R. Ultrasound imaging of the lower urinary system in women after Burch colposuspension. Ultrasound Obstet Gynecol. 2001 Jan; 17: 58-64

40238    Marte, A., Di Meglio, D., Cotrufo, A. M., Di Iorio, G., De Pasquale, M., Vessella, A. A long-term follow-up of autoaugmentation in myelodysplastic children. BJU Int. 2002 Jun; 89: 928-31

43827    Martel, R. Rita Martel: treating women's urinary incontinence. Interview by Anita Loos-Hannifan. Nurse Pract Forum. 1994 Sep; 5: 122-3

43169    Martensson, O., Duchek, M. Translabial sonography in evaluating the lower female urogenital tract. AJR Am J Roentgenol. 1996 Jun; 166: 1327-31

54150    Martignoni, E., Nappi, R. E., Citterio, A., Calandrella, D., Zangaglia, R., Mancini, F., Corengia, E., Riboldazzi, G., Polatti, F., Nappi, G. Reproductive life milestones in women with Parkinson's disease. Funct Neurol. 2003 Oct-Dec; 18: 211-7

41463    Martin, S. Child with incontinence. J Pediatr Health Care. 2000 Mar-Apr; 14: 76; quiz 89-90

3999    Martin, S. The pharmacists' role in recognizing and treating urinary incontinence. Am Pharm. 1990 Jul; Ns30: 42-45

53350    Martinez, A. M., Ramos, N. M., Requena, J. F., Hernandez, J. A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 179-83

43441    Martinez, R. Erdheim-Chester disease: MR of intraaxial and extraaxial brain stem lesions. AJNR Am J Neuroradiol. 1995 Oct; 16: 1787-90

43326    Marymont, M. H., Geohas, J., Tomita, T., Strauss, L., Brand, W. N., Mittal, B. B. Hyperfractionated craniospinal radiation in medulloblastoma. Pediatr Neurosurg. 1996; 24: 178-84

43927    Marzan, K. A., Barron, T. F. MRI abnormalities in Behr syndrome. Pediatr Neurol. 1994 May; 10: 247-8

44859    Maskell, R. Psychiatric aspects of urinary incontinence. BMJ. 1990 Sep 15; 301: 556

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**3931** Maskell, R. Psychiatric aspects of urinary incontinence [letter; comment]. Bmj. 1990 Sep 15; 301: 556

**10686** Mason, L., Glenn, S., Walton, I., Appleton, C. The experience of stress incontinence after childbirth. Birth. 1999 Sep; 26: 164-71

**10671** Mason, L., Glenn, S., Walton, I., Appleton, C. The prevalence of stress incontinence during pregnancy and following delivery. Midwifery. 1999 Jun; 15: 120-8

**10436** Mason, L., Glenn, S., Walton, I., Hughes, C. The instruction in pelvic floor exercises provided to women during pregnancy or following delivery. Midwifery. 2001 Mar; 17: 55-64

**10287** Mason, L., Glenn, S., Walton, I., Hughes, C. Women's reluctance to seek help for stress incontinence during pregnancy and following childbirth. Midwifery. 2001 Sep; 17: 212-21

**11296** Mason, R. C., Roach, M. Modified pubovaginal sling for treatment of intrinsic sphincteric deficiency. J Urol. 1996 Dec; 156: 1991-4

**44202** Massat, B. J., Gregory, C. R., Ling, G. V., Cardinet, G. H., Lewis, E. L. Cystourethropexy to correct refractory urinary incontinence due to urethral sphincter mechanism incompetence. Preliminary results in ten bitches. Vet Surg. 1993 Jul-Aug; 22: 260-8

**10680** Masson, D. B., Govier, F. E. Modified Pereyra bladder neck suspension in patients with intrinsic sphincter deficiency and bladder neck hypermobility: patient satisfaction with a mean follow-up of 4 years. Urology. 2000 Feb; 55: 217-21; discussion 221-2

**10845** Mast, B. A. Alleviation of urinary incontinence after abdominoplasty. Ann Plast Surg. 1999 Apr; 42: 456-7

**43439** Mast, P., Hoebeke, P., Wyndaele, J. J., Oosterlinck, W., Everaert, K. Experience with augmentation cystoplasty. A review. Paraplegia. 1995 Oct; 33: 560-4

**44463** Masters, J. C., O'Grady, M. Normal pressure hydrocephalus. A potentially reversible form of dementia. J Psychosoc Nurs Ment Health Serv. 1992 Jun; 30: 25-8

**10714** Matanyi, S., Acs, N., Fontanyi, Z., Paulin, F. Urodynamic investigation of women operated on for genuine stress incontinence. Gynecol Obstet Invest. 1999; 48: 263-6

**50180** Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M. K., Matthews, R. J., Tincello, D. G., Mayne, C. J. Continence nurse treatment of women's urinary symptoms. Br J Nurs. 2004 Feb 12-25; 13: 140-3

**54700** Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M., Matthews, R., Tincello, D. G., Mayne, C. J. Objective assessment of urinary incontinence in women: comparison of the one-hour and 24-hour pad tests. Eur Urol. 2004 Feb; 45: 208-12

**59210** Matharu, G., Donaldson, M. M., McGrother, C. W., Matthews, R. J. Relationship between urinary symptoms reported in a postal questionnaire and urodynamic diagnosis. Neurourol Urodyn. 2005; 24: 100-5

**40302** Mather, K. F., Bakas, T. Nursing assistants' perceptions of their ability to provide continence care. Geriatr Nurs. 2002 Mar-Apr; 23: 76-81

**44843** Mathers, S. E., Ingram, D. A., Swash, M. Electrophysiology of motor pathways for sphincter control in multiple sclerosis. J Neurol Neurosurg Psychiatry. 1990 Nov; 53: 955-60

**56480** Mathews, R. I., Gan, M., Gearhart, J. P. Urogynaecological and obstetric issues in women with the exstrophy-epispadias complex. BJU Int. 2003 Jun; 91: 845-9

**56920** Mathews, R., Hubbard, J. S., Gearhart, J. P. Ureteral reimplantation before bladder neck plasty in the reconstruction of bladder exstrophy: indications and outcomes. Urology. 2003 Apr; 61: 820-4

**41505** Mathews, R., Sponseller, P. D., Jeffs, R. D., Gearhart, J. P. Bladder neck reconstruction in classic bladder exstrophy: the role of osteotomy in the development of continence. BJU Int. 2000 Mar; 85: 498-500

**10957** Matkov, T. G., Hejna, M. J., Coogan, C. L. Osteomyelitis as a complication of vesica percutaneous bladder neck suspension. J Urol. 1998 Oct; 160: 1427

**43418** Matsui, M., Enoki, M., Matsui, Y., Oono, S., Ohta, M., Suenaga, A., Kuroda, Y. Seronegative myasthenia gravis associated with atonic urinary bladder and accommodative insufficiency. J Neurol Sci. 1995 Nov; 133: 197-9

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327  Document 3080-10  Filed 09/13/19  Page 203 of 300 PageID #: 202822

# American Urological Association, Inc.

SUI Guidelines Panel

52570 Matsuo, K., Takemura, M., Koyama, M., Murata, Y. Bladder tumor found by tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 937-40

40894 Matsuoka, N., Moriya, Y., Akasu, T., Fujita, S. Long-term outcome of urinary function after extended lymphadenectomy in patients with distal rectal cancer. Eur J Surg Oncol. 2001 Mar; 27: 165-9

41761 Mattelaer, J. J., Williams, G. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 1999 Jul; 84: 10-3

11250 Matthews, K., Govier, F. E. Osteitis pubis after periurethral collagen injection. Urology. 1997 Feb; 49: 237-8

11410 Mattox, T. F., Bhatia, N. N. The prevalence of urinary incontinence or prolapse among white and Hispanic women. Am J Obstet Gynecol. 1996 Feb; 174: 646-8

41060 Mattox, T. F., Lucente, V., McIntyre, P., Miklos, J. R., Tomezsko, J. Abnormal spinal curvature and its relationship to pelvic organ prolapse. Am J Obstet Gynecol. 2000 Dec; 183: 1381-4; discussion 1384

43833 Mattsson, S. Urinary incontinence and nocturia in healthy schoolchildren. Acta Paediatr. 1994 Sep; 83: 950-4

57530 Mattsson, S., Gladh, G. Urethrovaginal reflux--a common cause of daytime incontinence in girls. Pediatrics. 2003 Jan; 111: 136-9

10603 Maubon, A. J., Boncoeur-Martel, M. P., Juhan, V., Courtieu, C. R., Thurmond, A. S., Aubas, P., Mares, P., Rouanet, J. P. Static and dynamic MRI of a urinary control intra-vaginal device. Eur Radiol. 2000; 10: 879-84

40543 Maurer, C. A., Z'Graggen, K., Renzulli, P., Schilling, M. K., Netzer, P., Buchler, M. W. Total mesorectal excision preserves male genital function compared with conventional rectal cancer surgery. Br J Surg. 2001 Nov; 88: 1501-5

10560 Mauroy, B., Goullet, E., Stefaniak, X., Bonnal, J. L., Amara, N. Tendinous arch of the pelvic fascia: application to the technique of paravaginal colposuspension. Surg Radiol Anat. 2000; 22: 73-9

55020 Mawajdeh, S. M., Al-Qutob, R., Schmidt, A. Measuring reproductive morbidity: a community-based approach, Jordan. Health Care Women Int. 2003 Aug; 24: 635-49

43126 Mayeaux, E. J., Jr, Johnson, C. Current concepts in postmenopausal hormone replacement therapy. J Fam Pract. 1996 Jul; 43: 69-75

11738 Mayer, R., Wells, T. J., Brink, C. A., Clark, P. Correlations between dynamic urethral profilometry and perivaginal pelvic muscle activity. Neurourol Urodyn. 1994; 13: 227-35

3013 Mayhew, P.A. Overcoming barriers to research utilization with researched-based practice guidelines. Medsurg Nurs. 1993 Aug; 2: 336-337

59325 Mayne, C. J., Assassa, R. P. Epidemiology of incontinence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 2-4

44547 Mayo, M. E., Chetner, M. P. Lower urinary tract dysfunction in multiple sclerosis. Urology. 1992 Jan; 39: 67-70

3506 Mayo, M.E. Lower urinary tract dysfunction in cerebral palsy. J Urol. 1992 Feb; 147: 419-420

43744 Mayo, N. E., Gloutney, L., Levy, A. R. A randomized trial of identification bracelets to prevent falls among patients in a rehabilitation hospital. Arch Phys Med Rehabil. 1994 Dec; 75: 1302-8

59023 Mazouni, C., Karsenty, G., Bretelle, F., Bladou, F., Gamerre, M., Serment, G. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2004 Oct; 83: 955-61

11517 Mazur, D., Wehnert, J., Dorschner, W., Schubert, G., Herfurth, G., Alken, R. G. Clinical and urodynamic effects of propiverine in patients suffering from urgency and urge incontinence. A multicentre dose-optimizing study. Scand J Urol Nephrol. 1995 Sep; 29: 289-94

43891 McAtee-Smith, J., Hebert, A. A., Rapini, R. P., Goldberg, N. S. Skin lesions of the spinal axis and spinal dysraphism. Fifteen cases and a review of the literature. Arch Pediatr Adolesc Med. 1994 Jul; 148: 740-8

43489 McCandless, S., Mason, G. Physical therapy as an effective change agent in the treatment of patients with urinary incontinence. J Miss State Med Assoc. 1995 Sep; 36: 271-4

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

43022    McCarthy, J. M., Mullan, E. The elderly with a learning disability (mental retardation): an overview. Int Psychogeriatr. 1996 Fall; 8: 489-501

42834    McCarthy, M., Addington-Hall, J., Altmann, D. The experience of dying with dementia: a retrospective study. Int J Geriatr Psychiatry. 1997 Mar; 12: 404-9

43116    McCarthy, M., Lay, M., Addington-Hall, J. Dying from heart disease. J R Coll Physicians Lond. 1996 Jul-Aug; 30: 325-8

44474    McCarthy, R. J., Lipowitz, A. J., O'Brien, T. D. Continent jejunal reservoir (Kock pouch) for urinary diversion in dogs. Vet Surg. 1992 May-Jun; 21: 208-16

43174    McCarthy, T. C. Cystoscopy and biopsy of the feline lower urinary tract. Vet Clin North Am Small Anim Pract. 1996 May; 26: 463-82

11377    McClelland, M., Delustro, F. Evaluation of antibody class in response to bovine collagen treatment in patients with urinary incontinence. J Urol. 1996 Jun; 155: 2068-73

44764    McClish, D. K., Fantl, J. A., Wyman, J. F., Pisani, G., Bump, R. C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-6

10770    McClish, D. K., Wyman, J. F., Sale, P. G., Camp, J., Earle, B. Use and costs of incontinence pads in female study volunteers. Continence Program for Women Research Group. J Wound Ostomy Continence Nurs. 1999 Jul; 26: 207-8, 210-3

3835    McClish, D.K., Fantl, J.A., Wyman, J.F., Pisani, G., and Bump, R.C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-286

11794    McConnell, E. A. Teaching a patient to perform Kegel exercises. Nursing. 1993 Aug; 23: 90

3062    McCormack, M., Pike, J., and Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-164

44197    McCormack, M., Pike, J., Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-4

44518    McCormick, K. A., Burgio, L. D., Engel, B. T., Scheve, A., Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

44826    McCormick, K. A., Cella, M., Scheve, A., Engel, B. T. Cost-effectiveness of treating incontinence in severely mobility- impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-43

44393    McCormick, K. A., Newman, D. K., Colling, J., Pearson, B. D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

3604    McCormick, K.A. From clinical trial to health policy--research on urinary incontinence in the adult, Part II. J Prof Nurs. 1991 Jul-Aug; 7: 202

3667    McCormick, K.A. Research. From clinical trial to health policy--research on urinary incontinence in the adult, Part I. J Prof Nurs. 1991 May-Jun; 7: 147

3449    McCormick, K.A., Burgio, L.D., Engel, B.T., Scheve, A., and Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

3644    McCormick, K.A., Cella, M., Scheve, A., and Engel, B.T. Cost-effectiveness of treating incontinence in severely mobility-impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-443

3361    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. A practice guideline for urinary incontinence: the challenge to nurses. Urol Nurs. 1992 Jun; 12: 40-45

3209    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

3266    McCormick, K.A., Palmer, M.H. Urinary incontinence in older adults. Annu Rev Nurs Res. 1992; 10: 25-53

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**54590**   McCrink, A. Evaluating the female pelvic floor. AWHONN Lifelines. 2003 Dec-2004 Jan; 7: 516-22

**41115**   McDonough, C. M., Swift, G., Managan, B., Sheehan, J. D. Neuroleptic malignant syndrome: a diagnosis easily missed. Ir Med J. 2000 Jul-Aug; 93: 152-4

**11367**   McDougall, E. M. Correction of stress urinary incontinence: retropubic approach. J Endourol. 1996 Jun; 10: 247-50

**10415**   McDougall, E. M. Laparoscopic management of female urinary incontinence. Urol Clin North Am. 2001 Feb; 28: 145-9, x

**11580**   McDougall, E. M., Klutke, C. G., Cornell, T. Comparison of transvaginal versus laparoscopic bladder neck suspension for stress urinary incontinence. Urology. 1995 Apr; 45: 641-6

**43825**   McDowell, B. J. Care of urinary incontinence in the home. Nurse Pract Forum. 1994 Sep; 5: 138-45

**44507**   McDowell, B. J., Burgio, K. L., Dombrowski, M., Locher, J. L., Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-4

**11343**   McDowell, B. J., Engberg, S. J., Rodriguez, E., Engberg, R., Sereika, S. Characteristics of urinary incontinence in homebound older adults. J Am Geriatr Soc. 1996 Aug; 44: 963-8

**41966**   McDowell, B. J., Engberg, S., Sereika, S., Donovan, J., Jubeck, M. E., Weber, E., Engberg, R. Effectiveness of behavioral therapy to treat incontinence in homebound older adults. J Am Geriat Soc. 1999 Mar; 47: 309-18

**43784**   McDowell, B. J., Engberg, S., Weber, E., Brodak, I., Engberg, R. Successful treatment using behavioral interventions of urinary incontinence in homebound older adults. Geriatr Nurs. 1994 Nov-Dec; 15: 303-7

**43922**   McDowell, B. J., Silverman, M., Martin, D., Musa, D., Keane, C. Identification and intervention for urinary incontinence by community physicians and geriatric assessment teams. J Am Geriatr Soc. 1994 May; 42: 501-5

**4077**   McDowell, B.J., Burgio, K.L., and Candib, D. Behavioral and pharmacological treatment of persistent urinary incontinence in the elderly. J Am Acad Nurse Pract. 1990 Jan-Mar; 2: 17-23

**3450**   McDowell, B.J., Burgio, K.L., Dombrowski, M., Locher, J.L., and Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-374

**41124**   McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence: health-related quality of life. J Aging Health. 2000 Aug; 12: 301-17

**41176**   McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence: episodes of incontinence and other urinary symptoms. J Aging Health. 2000 May; 12: 250-67

**42845**   McFall, S., Yerkes, A. M., Bernard, M., LeRud, T. Evaluation and treatment of urinary incontinence. Report of a physician survey. Arch Fam Med. 1997 Mar-Apr; 6: 114-9

**11676**   McFarlane, H. J. Anaesthesia and the new generation monoamine oxidase inhibitors. Anaesthesia. 1994 Jul; 49: 597-9

**40914**   McGhan, W. F. Cost effectiveness and quality of life considerations in the treatment of patients with overactive bladder. Am J Manag Care. 2001 Mar; 7: S62-75

**42650**   McGhee, M., O'Neill, K., Major, K., Twaddle, S. Evaluation of a nurse-led continence service in the south-west of Glasgow, Scotland. J Adv Nurs. 1997 Oct; 26: 723-8

**3794**   McGrother, C. Handicaps associated with incontinence. Nurs Times. 1991 Mar 6-12; 87: 48

**54180**   McGrother, C. W., Donaldson, M. M., Shaw, C., Matthews, R. J., Hayward, T. A., Dallosso, H. M., Jagger, C., Clarke, M., Castleden, C. M. Storage symptoms of the bladder: prevalence, incidence and need for services in the UK. BJU Int. 2004 Apr; 93: 763-9

**42161**   McGrother, C., Resnick, M., Yalla, S. V., Kirschner-Hermanns, R., Broseta, E., Muller, C., Welz-Barth, A., Fischer, G. C., Mattelaer, J., McGuire, E. J. Epidemiology and etiology of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S3-9

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| **3838** | McGrother, C.W., Jagger, C., Clarke, M., and Castleden, C.M. Handicaps associated with incontinence: implications for management. J Epidemiol Community Health. 1990 Sep; 44: 246-248 |
| **11582** | McGuire, E. J. Diagnosis and treatment of intrinsic sphincter deficiency. Int J Urol. 1995 Apr; 2 Suppl 1: 7-10; discussion 16-8 |
| **40007** | McGuire, E. J. Editorial: Sling procedures for incontinence. J Urol. 2002 Nov; 168: 2069 |
| **12067** | McGuire, E. J. Identifying and managing stress incontinence in the elderly. Geriatrics. 1990 Jun; 45: 44-6, 51-2 |
| **10149** | McGuire, E. J. Mixed symptomatology. BJU Int. 2000 May; 85 Suppl 3: 47-52; discussion 55-6 |
| **11394** | McGuire, E. J. Stress incontinence: new alternatives. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 142-7 |
| **43172** | McGuire, E. J. This month in Investigative Urology. Commentary on antibody production in response to collagen injection. J Urol. 1996 Jun; 155: 1830 |
| **59249** | McGuire, E. J. Urinary incontinence: a diverse condition. J Urol. 2005 May; 173: 1453-4 |
| **44643** | McGuire, E. J., Appell, R. A. Collagen injection for the dysfunctional urethra. Contemp Urol. 1991 Sep; 3: 11-9 |
| **43951** | McGuire, E. J., Appell, R. A. Transurethral collagen injection for urinary incontinence. Urology. 1994 Apr; 43: 413-5 |
| **11373** | McGuire, E. J., Cespedes, R. D. Proper diagnosis: a must before surgery for stress incontinence. J Endourol. 1996 Jun; 10: 201-5 |
| **43191** | McGuire, E. J., Cespedes, R. D., Cross, C. A., O'Connell, H. E. Videourodynamic studies. Urol Clin North Am. 1996 May; 23: 309-21 |
| **11385** | McGuire, E. J., Cespedes, R. D., O'Connell, H. E. Leak-point pressures. Urol Clin North Am. 1996 May; 23: 253-62 |
| **11147** | McGuire, E. J., English, S. F. Periurethral collagen injection for male and female sphincteric incontinence: indications, techniques, and result. World J Urol. 1997; 15: 306-9 |
| **11178** | McGuire, E. J., English, S. F. Ventral bladder hernia following vesica percutaneous bladder neck suspension for stress urinary incontinence. J Urol. 1997 Nov; 158: 1910 |
| **11761** | McGuire, E. J., Fitzpatrick, C. C., Wan, J., Bloom, D., Sanvordenker, J., Ritchey, M., Gormley, E. A. Clinical assessment of urethral sphincter function. J Urol. 1993 Nov; 150: 1452-4 |
| **44710** | McGuire, E. J., Gardy, M., Elkins, T., DeLancey, J. O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-53 |
| **10167** | McGuire, E. J., Lytton, B. Pubovaginal sling procedure for stress incontinence. 1978. J Urol. 2002 Feb; 167: 1120-3; discussion 1124 |
| **11536** | McGuire, E. J., O'Connell, H. E. Surgical treatment of intrinsic urethral dysfunction. Slings. Urol Clin North Am. 1995 Aug; 22: 657-64 |
| **3740** | McGuire, E.J., Gardy, M., Elkins, T., and DeLancey, J.O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-353 |
| **3020** | McGuire, E.J., Gormley, E.A. Urinary incontinence [editorial]. J ET Nurs. 1993 Jul-Aug; 20: 136-137 |
| **11995** | McInerney, P. D., Vanner, T. F., Harris, S. A., Stephenson, T. P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-4 |
| **4107** | McInerney, P.D., Robinson, L.Q., Weston, P.M., Cox, R., and Stephenson, T.P. Assessment of the poorly contractile or acontractile bladder in the older male in the absence of neuropathy. Br J Urol. 1990 Feb; 65: 161-163 |
| **3731** | McInerney, P.D., Vanner, T.F., Harris, S.A., and Stephenson, T.P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-274 |

**American Urological Association, Inc.**                                    **Master Bibliography**

**SUI Guidelines Panel**                                          sorted by Primary Author and Title

---

**59162**   McIntosh, L. The role of the nurse in the use of vaginal pessaries to treat pelvic organ prolapse and/or urinary incontinence: a literature review. Urol Nurs. 2005 Feb; 25: 41-8

**11788**   McIntosh, L. J., Frahm, J. D., Mallett, V. T., Richardson, D. A. Pelvic floor rehabilitation in the treatment of incontinence. J Reprod Med. 1993 Sep; 38: 662-6

**42584**   McIntosh, L. J., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Gynecologic disorders in women with Ehlers-Danlos syndrome. J Soc Gynecol Investig. 1995 May-Jun; 2: 559-64

**11775**   McIntosh, L. J., Mallett, V. T., Richardson, D. A. Complications from permanent suture in surgery for stress urinary incontinence. A report of two cases. J Reprod Med. 1993 Oct; 38: 823-5

**43986**   McIntosh, L. J., Richardson, D. A. 30-minute evaluation of incontinence in the older woman. Geriatrics. 1994 Feb; 49: 35-8, 43-4

**43330**   McIntosh, L. J., Stanitski, D. F., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence, and pelvic floor prolapse. Gynecol Obstet Invest. 1996; 41: 135-9

**3855**   McKeever, M.P. An investigation of recognized incontinence within a health authority. J Adv Nurs. 1990 Oct; 15: 1197-1207

**43053**   McLaughlin, A., Sciuto, D. Catheter patrols: a unique way to reduce the use of convenience urinary catheters. Geriatr Nurs. 1996 Sep-Oct; 17: 240-3; quiz 243-4

**43018**   McLean, C. Continence. The wraps come off. Interview by Jenine Willis. Nurs Times. 1996 Oct 9-15; 92: 72-5

**40590**   McLellan, A., Cardozo, L. Urodynamic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 266-70

**56120**   McLennan, M. T. The role of electrodiagnostic techniques in the reprogramming of patients with a delayed suboptimal response to sacral nerve stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 98-103

**11027**   McLennan, M. T., Bent, A. E. Fascia lata suburethral sling vs. Burch retropubic urethropexy. A comparison of morbidity. J Reprod Med. 1998 Jun; 43: 488-94

**11114**   McLennan, M. T., Bent, A. E. Sling incision with associated vaginal wall interposition for obstructed voiding secondary to suburethral sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 168-72

**42164**   McLennan, M. T., Bent, A. E. Suburethral abscess: a complication of periurethral collagen injection therapy. Obstet Gynecol. 1998 Oct; 92: 650-2

**10953**   McLennan, M. T., Melick, C. F., Bent, A. E. Clinical and urodynamic predictors of delayed voiding after fascia lata suburethral sling. Obstet Gynecol. 1998 Oct; 92: 608-12

**10299**   McLennan, M. T., Melick, C. F., Bent, A. E. Leak-point pressure: clinical application of values at two different volumes. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 136-41

**40480**   McLennan, M. T., Melick, C., Bent, A. E. Urethral instability: clinical and urodynamic characteristics. Neurourol Urodyn. 2001; 20: 653-60

**44567**   McLoughlin, M. A., Walshaw, R., Thomas, M. W., Dunstan, R. W. Gastric conduit urinary diversion in normal dogs. Part I, Upper urinary tract structure, function, and sepsis. Vet Surg. 1992 Jan-Feb; 21: 25-32

**43224**   McMahon, D. R., Cain, M. P., Husmann, D. A., Kramer, S. A. Vesical neck reconstruction in patients with the exstrophy-epispadias complex. J Urol. 1996 Apr; 155: 1411-3

**3818**   McMullen, D. Candida albicans and incontinence. Dermatol Nurs. 1991 Feb; 3: 21-24

**44454**   McMurdo, M. E., Davey, P. G., Elder, M. A., Miller, R. M., Old, D. C., Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-6

**3296**   McMurdo, M.E., Davey, P.G., Elder, M.A., Miller, R.M., Old, D.C., and Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-226

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 208 of 300 PageID #: 202827

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Primary Author and Title**

| | |
|---|---|
| 40460 | McNagny, S. E., Wenger, N. K. Postmenopausal hormone-replacement therapy. N Engl J Med. 2002 Jan 3; 346: 63-5 |
| 3281 | McNees, M.P., Schnelle, J.F. Computer-aided management of urinary incontinence in nursing homes. West J Nurs Res. 1992 Aug; 14: 516-519 |
| 59183 | McVeigh, C. Perimenopause: more than hot flushes and night sweats for some Australian women. J Obstet Gynecol Neonatal Nurs. 2005 Jan-Feb; 34: 21-7 |
| 40257 | Meade-D'Alisera, P., Merriweather, T., Wentland, M. Impact of commercial marketing on patient demand. Urol Nurs. 2001 Dec; 21: 406-7, 410 |
| 10132 | Meade-D'Alisera, P., Merriweather, T., Wentland, M., Fatal, M., Ghafar, M. Depressive symptoms in women with urinary incontinence: a prospective study. Urol Nurs. 2001 Dec; 21: 397-9 |
| 3942 | Meadow, S.R. Day wetting. Pediatr Nephrol. 1990 Mar; 4: 178-184 |
| 3959 | Meaglia, J.P., Joseph, A.C., Chang, M., and Schmidt, J.D. Post-prostatectomy urinary incontinence: response to behavioral training. J Urol. 1990 Sep; 144: 674-676 |
| 42323 | Medel, R., Ruarte, A. C., Castera, R., Podesta, M. L. Primary enuresis: a urodynamic evaluation. Br J Urol. 1998 May; 81 Suppl 3: 50-2 |
| 40029 | Medel, R., Ruarte, A. C., Herrera, M., Castera, R., Podesta, M. L. Urinary continence outcome after augmentation ileocystoplasty as a single surgical procedure in patients with myelodysplasia. J Urol. 2002 Oct; 168: 1849-52 |
| 3398 | Meehan, J. Guideline issued for urinary incontinence. Am Nurse. 1992 May; 24: 2 |
| 41132 | Meeks, G. R. Advanced laparoscopic gynecologic surgery. Surg Clin North Am. 2000 Oct; 80: 1443-64 |
| 56960 | Mehta, K. M., Simonsick, E. M., Penninx, B. W., Schulz, R., Rubin, S. M., Satterfield, S., Yaffe, K. Prevalence and correlates of anxiety symptoms in well-functioning older adults: findings from the health aging and body composition study. J Am Geriatr Soc. 2003 Apr; 51: 499-504 |
| 11006 | Meier, D. E., Foster, M. E., Guzzetta, P. C., Coln, D. Antegrade continent enema management of chronic fecal incontinence in children. J Pediatr Surg. 1998 Jul; 33: 1149-51; discussion 1151-2 |
| 54610 | Meier, U., Kiefer, M., Sprung, C. Evaluation of the Miethke dual- switch valve in patients with normal pressure hydrocephalus. Surg Neurol. 2004 Feb; 61: 119-27; discussion 127-8 |
| 41637 | Meier, U., Zeilinger, F. S., Kintzel, D. Signs, symptoms and course of normal pressure hydrocephalus in comparison with cerebral atrophy. Acta Neurochir (Wien). 1999; 141: 1039-48 |
| 55720 | Meijer, R., Ihnenfeldt, D. S., van Limbeek, J., Vermeulen, M., de Haan, R. J. Prognostic factors in the subacute phase after stroke for the future residence after six months to one year. A systematic review of the literature. Clin Rehabil. 2003 Aug; 17: 512-20 |
| 42155 | Melchior, H., Kumar, V., Muller, N., van Maanen, H., Norton, C. National public health policies for prevention and care in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S71-3 |
| 10409 | Meltomaa, S. S., Haarala, M. A., Taalikka, M. O., Kiilholma, P. J., Alanen, A., Makinen, J. I. Outcome of Burch retropubic urethropexy and the effect of concomitant abdominal hysterectomy: a prospective long-term follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 3-8 |
| 59088 | Meltomaa, S., Backman, S., Haarala, M. Concomitant vaginal surgery did not affect outcome of the tension-free vaginal tape operation during a prospective 3-year followup study. J Urol. 2004 Jul; 172: 222-6 |
| 11081 | Meltomaa, S., Haarala, M., Makinen, J., Kiilholma, P. Endoscopic colposuspension with simplified extraperitoneal approach. Tech Urol. 1997 Winter; 3: 216-21 |
| 40418 | Melton, L. Targeted treatment for incontinence beckons. Lancet. 2002 Jan 26; 359: 326 |
| 43740 | Meltzer, H., James, H. E., Trauner, D., Katz, R. Syringomyelia of the distal spinal cord in children. Pediatr Neurosurg. 1995; 22: 248-50 |

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**59264**  Melville, J. L., Katon, W., Delaney, K., Newton, K. Urinary incontinence in US women: a population-based study. Arch Intern Med. 2005 Mar 14; 165: 537-42

**56050**  Melville, J. L., Miller, E. A., Fialkow, M. F., Lentz, G. M., Miller, J. L., Fenner, D. E. Relationship between patient report and physician assessment of urinary incontinence severity. Am J Obstet Gynecol. 2003 Jul; 189: 76-80

**10069**  Melville, J. L., Walker, E., Katon, W., Lentz, G., Miller, J., Fenner, D. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 80-7

**11061**  Menefee, S. A., Chesson, R., Wall, L. L. Stress urinary incontinence due to prescription medications: alpha-blockers and angiotensin converting enzyme inhibitors. Obstet Gynecol. 1998 May; 91: 853-4

**3544**  Mercer, L.J., Ludtke, L.J. Adenoma malignum presenting as urinary incontinence. Int J Gynaecol Obstet. 1991 Oct; 36: 149-153

**44765**  Merguerian, P. A., McLorie, G. A., McMullin, N. D., Khoury, A. E., Husmann, D. A., Churchill, B. M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-2

**3837**  Merguerian, P.A., McLorie, G.A., McMullin, N.D., Khoury, A.E., Husmann, D.A., and Churchill, B.M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-352

**3183**  Merimsky, O., Reider-Groswasser, I., Wigler, N., and Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-525

**44372**  Merimsky, O., Reider-Groswasser, I., Wigler, N., Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-5

**40401**  Merkelj, I. Basic assessment of urinary incontinence. South Med J. 2002 Feb; 95: 178-82

**40524**  Merkelj, I. Urinary incontinence in the elderly. South Med J. 2001 Oct; 94: 952-7

**10188**  Merlin, T., Arnold, E., Petros, P., MacTaggart, P., Tulloch, A., Faulkner, K., Maddern, G. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedures. BJU Int. 2001 Dec; 88: 871-80

**10789**  Meschia, M., Bruschi, F., Amicarelli, F., Pifarotti, P., Marchini, M., Crosignani, P. G. The sacrospinous vaginal vault suspension: Critical analysis of outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 155-9

**40020**  Meschia, M., Buonaguidi, A., Pifarotti, P., Somigliana, E., Spennacchio, M., Amicarelli, F. Prevalence of anal incontinence in women with symptoms of urinary incontinence and genital prolapse. Obstet Gynecol. 2002 Oct; 100: 719-23

**10033**  Meschia, M., Busacca, M., Pifarotti, P., De Marinis, S. Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 263-5; discussion 265

**10326**  Meschia, M., Pifarotti, P., Bernasconi, F., Guercio, E., Maffiolini, M., Magatti, F., Spreafico, L. Tension-Free vaginal tape: analysis of outcomes and complications in 404 stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S24-27

**50090**  Meschia, M., Pifarotti, P., Spennacchio, M., Buonaguidi, A., Gattei, U., Somigliana, E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 609-13

**42583**  Messelink, E. J., Dobbe, I., Kools, C., Dabhoiwala, N. F., Dijkhuizen, T., Schneider, P., Lettinga, K. P., Kurth, K. Technical features of the system used to perform multichannel urethral pressure profilometry. Tech Urol. 1997 Fall; 3: 158-63

**42520**  Messick, G. M., Powe, C. E. Applying behavioral research to incontinence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 40-6, 48

**40576**  Messinger-Rapport, B. J., Thacker, H. L. Prevention for the older woman. A practical guide to hormone replacement therapy and urogynecologic health. Geriatrics. 2001 Sep; 56: 32-4, 37-8, 40-2

**3944**  Metcalfe, S. The working week. Nurs Elder. 1990 Jul-Aug; 2: 14-15

---

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 193

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.
### SUI Guidelines Panel

**Master Bibliography**
sorted by Primary Author and Title

---

**10427**   Metin, A., Kayigil, Ahmed, S. I. The rate of urgency symptoms in women with stress urinary incontinence and nomogram based bladder outlet obstruction. Int Urol Nephrol. 2000; 32: 251-3

**10136**   Metin, A., Kayigil, O., Ahmed, S. I. Modified insitu vaginal wall sling in stress incontinence. Int Urol Nephrol. 2001; 32: 641-5

**40562**   Metitieri, T., Zanetti, O., Geroldi, C., Frisoni, G. B., De Leo, D., Dello Buono, M., Bianchetti, A., Trabucchi, M. Reality orientation therapy to delay outcomes of progression in patients with dementia. A retrospective study. Clin Rehabil. 2001 Oct; 15: 471-8

**43211**   Mevorach, R. A., Bogaert, G. A., Baskin, L. S., Lazzaretti, C. C., Edwards, M. S., Kogan, B. A. Lower urinary tract function in ambulatory children with spina bifida. Br J Urol. 1996 Apr; 77: 593-6

**53620**   Meyer, S., Achtari, C., Hohlfeld, P., De Grandi, P., Buchser, E. Effects of epidural analgesia on pelvic floor function after spontaneous delivery: a longitudinal retrospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 359-64; discussion 364-5

**10898**   Meyer, S., Bachelard, O., De Grandi, P. Do bladder neck mobility and urethral sphincter function differ during pregnancy compared with during the non-pregnant state?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 397-404

**11269**   Meyer, S., de Grandi, P., Caccia, G., Gerber, S. Pressure transmission ratio: is it a reliable parameter in increased urethro-vesical junction mobility?. Neurourol Urodyn. 1997; 16: 277-84

**11851**   Meyer, S., de Grandi, P., Kuntzer, T., Hurlimann, P., Schmidt, N. Birth trauma: its effect on the urine continence mechanisms. Gynakol Geburtshilfliche Rundsch. 1993; 33: 236-42

**11436**   Meyer, S., De Grandi, P., Schreyer, A., Caccia, G. The assessment of bladder neck position and mobility in continent nullipara, mulitpara, forceps-delivered and incontinent women using perineal ultrasound: a future office procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 138-46

**3625**   Meyer, S., DeGrandi, P., and Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-160

**11966**   Meyer, S., DeGrandi, P., Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-60

**3308**   Meyer, S., Dhenin, T., Schmidt, N., and De-Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-588

**11891**   Meyer, S., Dhenin, T., Schmidt, N., De Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-8

**10383**   Meyer, S., Hohlfeld, P., Achtari, C., De Grandi, P. Pelvic floor education after vaginal delivery. Obstet Gynecol. 2001 May; 97: 673-7

**10491**   Meyer, S., Hohlfeld, P., Achtari, C., Russolo, A., De Grandi, P. Birth trauma: short and long term effects of forceps delivery compared with spontaneous delivery on various pelvic floor parameters. BJOG. 2000 Nov; 107: 1360-5

**10954**   Meyer, S., Kuntzer, T., De Grandi, P., Bachelard, O., Schreyer, A. Stimulated pressure profile at rest: a noninvasive method for assessing urethral sphincter function. Urology. 1998 Oct; 52: 679-84

**11459**   Meyer, S., Kuntzer, T., Newsom, N., de Grandi, P. Stress urinary incontinence due to a low-pressure urethra: a socially invalidizing disease. Neurourol Urodyn. 1996; 15: 177-86

**10952**   Meyer, S., Schreyer, A., De Grandi, P., Hohlfeld, P. The effects of birth on urinary continence mechanisms and other pelvic- floor characteristics. Obstet Gynecol. 1998 Oct; 92: 613-8

**55250**   Meyrat, B. J., Tercier, S., Lutz, N., Rilliet, B., Forcada-Guex, M., Vernet, O. Introduction of a urodynamic score to detect pre- and postoperative neurological deficits in children with a primary tethered cord. Childs Nerv Syst. 2003 Nov; 19: 716-21

---

September  2009   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

44126    Meyrat, B. J., Vernet, O., Berger, D., de Tribolet, N. Pre- and postoperative urodynamic and anorectal manometric findings in children operated upon for a primary tethered cord. Eur J Pediatr Surg. 1993 Oct; 3: 309-12

3375    Mezey, M., Lavizzo-Mourey, R.J., Brunswick, J., and Taylor, L.A. Consensus among geriatric experts on the components of a complete nursing-home admission assessment. Nurse Pract. 1992 Jun; 17: 50,53-6,61

10987    Miannay, E., Cosson, M., Lanvin, D., Querleu, D., Crepin, G. Comparison of open retropubic and laparoscopic colposuspension for treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Aug; 79: 159-66

59072    Michel, M. C., de la Rosette, J. J., Piro, M., Goepel, M. Does concomitant stress incontinence alter the efficacy of tolterodine in patients with overactive bladder?. J Urol. 2004 Aug; 172: 601-4

59120    Michel, M. C., Peters, S. L. Role of serotonin and noradrenaline in stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 23-30

40082    Michel, M. C., Schneider, T., Krege, S., Goepel, M. Does gender or age affect the efficacy and safety of tolterodine?. J Urol. 2002 Sep; 168: 1027-31

12068    Michiels, E., Knockaert, D. C., Vanneste, S. B. Infectious osteitis pubis. Neth J Med. 1990 Jun; 36: 297-300

42069    Michielsen, D. P., Wyndaele, J. J., Batchvarov, Y. A. Vesico-uterine fistula secondary to cesarean section. Acta Urol Belg. 1998 Oct; 66: 21-3

43204    Midgard, R., Riise, T., Nyland, H. Impairment, disability, and handicap in multiple sclerosis. A cross- sectional study in an incident cohort in More and Romsdal County, Norway. J Neurol. 1996 Apr; 243: 337-44

55230    Midthun, S. J., Paur, R. A., Lindseth, G., Von Duvillard, S. P. Bacteriuria detection with a urine dipstick applied to incontinence pads of nursing home residents. Geriatr Nurs. 2003 Jul-Aug; 24: 206-9

54710    Midthun, S., Paur, R., Bruce, A. W. Pyuria detection using a dipstick applied to urine in incontinence pads. Urol Nurs. 2003 Dec; 23: 430-5, 437

10595    Migliari, R., De Angelis, M., Madeddu, G., Verdacchi, T. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol. 2000 Aug; 38: 151-5

10866    Migliari, R., Usai, E. Treatment results using a mixed fiber mesh in patients with grade IV cystocele. J Urol. 1999 Apr; 161: 1255-8

43984    Mikami, O., Osawa, O., Matsuda, T., Komatz, Y., Takada, H., Yoshioka, K. The augmented rectal bladder for urinary diversion: experience with the original valved rectum and a valve-less modification. Int J Urol. 1994 Mar; 1: 57-60; discussion 61

43488    Mikhail, M. S., Anyaegbunam, A. Lower urinary tract dysfunction in pregnancy: a review. Obstet Gynecol Surv. 1995 Sep; 50: 675-83

59229    Mikhail, M. S., Rosa, H., Palan, P., Anderson, P. Comparison of preoperative and postoperative pressure transmission ratio and urethral pressure profilometry in patients with successful outcome following the vaginal wall patch sling technique. Neurourol Urodyn. 2005; 24: 31-4

11612    Mikkelsen, A. L., Felding, C., Clausen, H. V. Clinical effects of preoperative oestradiol treatment before vaginal repair operation. A double-blind, randomized trial. Gynecol Obstet Invest. 1995; 40: 125-8

10498    Miklos, J. R., Kohli, N. Laparoscopic paravaginal repair plus burch colposuspension: review and descriptive technique. Urology. 2000 Dec 4; 56: 64-9

40719    Miklos, J. R., Kohli, N., Moore, R. D. Laparoscopic management of urinary incontinence, ureteric and bladder injuries. Curr Opin Obstet Gynecol. 2001 Aug; 13: 411-7

11280    Miklos, J. R., Saye, W. B. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair. Am J Obstet Gynecol. 1997 Jan; 176: 255-6

11522    Miklos, J. R., Sze, E. H., Karram, M. M. A critical appraisal of the methods of measuring leak-point pressures in women with stress incontinence. Obstet Gynecol. 1995 Sep; 86: 349-52

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 292 of 300 PageID #: 202831

**American Urological Association, Inc.**

**SUI Guidelines Panel**

59190    Milani, R., Salvatore, S., Soligo, M., Pifarotti, P., Meschia, M., Cortese, M. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan; 112: 107-11

3637    Miles, B. Continence. Nurse, heal thyself. Nurs Times. 1991 Aug 7-13; 87: 66

40955    Miles, T. P., Palmer, R. F., Espino, D. V., Mouton, C. P., Lichtenstein, M. J., Markides, K. S. New-onset incontinence and markers of frailty: data from the Hispanic Established Populations for Epidemiologic Studies of the Elderly. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M19-24

50340    Millard, R. J., Moore, K., Rencken, R., Yalcin, I., Bump, R. C. Duloxetine vs placebo in the treatment of stress urinary incontinence: a four-continent randomized clinical trial. BJU Int. 2004 Feb; 93: 311-8

42972    Millard, R. J., Wang, Y. Early clinical experience with continent urinary diversion. Aust N Z J Surg. 1996 Dec; 66: 826-9

41913    Millard, R., Tuttle, J., Moore, K., Susset, J., Clarke, B., Dwyer, P., Davis, B. E. Clinical efficacy and safety of tolterodine compared to placebo in detrusor overactivity. J Urol. 1999 May; 161: 1551-5

52430    Miller, E. A., Amundsen, C. L., Toh, K. L., Flynn, B. J., Webster, G. D. Preoperative urodynamic evaluation may predict voiding dysfunction in women undergoing pubovaginal sling. J Urol. 2003 Jun; 169: 2234-7

4130    Miller, J. Assessing urinary incontinence. J Gerontol Nurs. 1990 Mar; 16: 15-19

40328    Miller, J. A. Urinary incontinence: a classification system and treatment protocols for the primary care provider. J Am Acad Nurse Pract. 2000 Sep; 12: 374-9

11362    Miller, J. L., Bavendam, T. Treatment with the Reliance urinary control insert: one-year experience. J Endourol. 1996 Jun; 10: 287-92

53680    Miller, J. M. Criteria for therapeutic use of pelvic floor muscle training in women. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 301-11

10854    Miller, J. M., Ashton-Miller, J. A., Carchidi, L. T., DeLancey, J. O. On the lack of correlation between self-report and urine loss measured with standing provocation test in older stress-incontinent women. J Womens Health. 1999 Mar; 8: 157-62

11014    Miller, J. M., Ashton-Miller, J. A., DeLancey, J. O. A pelvic muscle precontraction can reduce cough-related urine loss in selected women with mild SUI. J Am Geriatr Soc. 1998 Jul; 46: 870-4

11060    Miller, J. M., Ashton-Miller, J. A., Delancey, J. O. Quantification of cough-related urine loss using the paper towel test. Obstet Gynecol. 1998 May; 91: 705-9

10450    Miller, J. M., Perucchini, D., Carchidi, L. T., DeLancey, J. O., Ashton-Miller, J. Pelvic floor muscle contraction during a cough and decreased vesical neck mobility. Obstet Gynecol. 2001 Feb; 97: 255-60

43839    Miller, J., Kasper, C., Sampselle, C. Review of muscle physiology with application to pelvic muscle exercise. Urol Nurs. 1994 Sep; 14: 92-7

42984    Miller, K. L. Hormone replacement therapy in the elderly. Clin Obstet Gynecol. 1996 Dec; 39: 912-32

40453    Miller, K. L., DuBeau, C. E., Bergmann, M., Griffiths, D. J., Resnick, N. M. Quest for a detrusor overactivity index. J Urol. 2002 Feb; 167: 578-84; discussion 584-5

10919    Miller, K., Richardson, D. A., Siegel, S. W., Karram, M. M., Blackwood, N. B., Sand, P. K. Pelvic floor electrical stimulation for genuine stress incontinence: who will benefit and when?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 265-70

44602    Miller, K., Wenderoth, U. K., de Petriconi, R., Kleinschmidt, K., Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-30

3548    Miller, K., Wenderoth, U.K., de-Petriconi, R., Kleinschmidt, K., and Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-630

51660    Miller, Y. D., Brown, W. J., Russell, A., Chiarelli, P. Urinary incontinence across the lifespan. Neurourol Urodyn. 2003; 22: 550-7

Case 2:12-md-02327  Document 3080-16  Filed 05/13/19  Page 293 of 300 PageID #: 202832

56570   Miller, Y. D., Brown, W. J., Smith, N., Chiarelli, P. Managing urinary incontinence across the lifespan. Int J Behav Med. 2003; 10: 143-61

41543   Mills, I. W., Greenland, J. E., McMurray, G., McCoy, R., Ho, K. M., Noble, J. G., Brading, A. F. Studies of the pathophysiology of idiopathic detrusor instability: the physiological properties of the detrusor smooth muscle and its pattern of innervation. J Urol. 2000 Feb; 163: 646-51

11464   Mills, R., Persad, R., Handley Ashken, M. Long-term follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1996 Jan; 77: 86-8

40098   Milne, J. The impact of information on health behaviors of older adults with urinary incontinence. Clin Nurs Res. 2000 May; 9: 161-76

11339   Milsom, I. Rational prescribing for postmenopausal urogenital complaints. Drugs Aging. 1996 Aug; 9: 78-86

41040   Milsom, I. The prevalence of urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1056-9

40770   Milsom, I., Abrams, P., Cardozo, L., Roberts, R. G., Thuroff, J., Wein, A. J. How widespread are the symptoms of an overactive bladder and how are they managed? A population-based prevalence study. BJU Int. 2001 Jun; 87: 760-6

3077    Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., and Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-1462

44217   Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-62

40964   Milsom, I., Stewart, W., Thuroff, J. The prevalence of overactive bladder. Am J Manag Care. 2000 Jul; 6: S565-73

41482   Min, J. K., Byun, J. Y., Lee, S. H., Hong, Y. S., Park, S. H., Cho, C. S., Kim, H. Y. Urinary bladder involvement in patients with systemic lupus erythematosus: with review of the literature. Korean J Intern Med. 2000 Jan; 15: 42-50

59109   Minassian, V. A., Al-Badr, A., Drutz, H. P., Lovatsis, D. Tension-free vaginal tape, Burch, and slings: are there predictors for early postoperative voiding dysfunction?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 183-7

59222   Minassian, V. A., Al-Badr, A., Pascali, D. U., Lovatsis, D., Drutz, H. P. Tension-free vaginal tape: do patients who fail to follow-up have the same results as those who do?. Neurourol Urodyn. 2005; 24: 35-8

51480   Minassian, V. A., Drutz, H. P., Al-Badr, A. Urinary incontinence as a worldwide problem. Int J Gynaecol Obstet. 2003 Sep; 82: 327-38

52150   Minervini, A., Salinitri, G., Minervini, R. Retroperitoneal urinoma complicating Burch colposuspension. Int J Gynaecol Obstet. 2003 Jul; 82: 85-6

57810   Mingin, G. C., Nguyen, H. T., Mathias, R. S., Shepherd, J. A., Glidden, D., Baskin, L. S. Growth and metabolic consequences of bladder augmentation in children with myelomeningocele and bladder exstrophy. Pediatrics. 2002 Dec; 110: 1193-8

10018   Mingin, G. C., Youngren, K., Stock, J. A., Hanna, M. K. The rectus myofascial wrap in the management of urethral sphincter incompetence. BJU Int. 2002 Oct; 90: 550-3

43219   Misra, D., Chana, J., Drake, D. P., Kiely, E. M., Spitz, L. Operative trauma to the genitourinary tract in the treatment of anorectal malformations: 15 years' experience. Urology. 1996 Apr; 47: 559-62

43327   Misra, U. K., Kalita, J., Srivastava, M., Mandal, S. K. A study of prognostic predictors of supratentorial haematomas. J Neurol. 1996 Jan; 243: 96-100

41447   Miszko, T. A., Cress, M. E. A lifetime of fitness. Exercise in the perimenopausal and postmenopausal woman. Clin Sports Med. 2000 Apr; 19: 215-32

44886   Mitchell, M. E., Brito, C. G., Rink, R. C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8; discussion 562-3

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**3984**    Mitchell, M.E., Brito, C.G., and Rink, R.C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8;discussion562-3

**51130**    Mitra, S., Hodgkins, J. A case report of migration of buffers to the cecum following Stamey operation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 216-7

**41170**    Mitsui, T., Minami, K., Furuno, T., Morita, H., Koyanagi, T. Is suprapubic cystostomy an optimal urinary management in high quadriplegics?. A comparative study of suprapubic cystostomy and clean intermittent catheterization. Eur Urol. 2000 Oct; 38: 434-8

**43573**    Mitteness, L. S., Barker, J. C. Stigmatizing a 'normal' condition: urinary incontinence in late life. Med Anthropol Q. 1995 Jun; 9: 188-210

**4135**    Mitteness, L.S. Knowledge and beliefs about urinary incontinence in adulthood and old age. J Am Geriatr Soc. 1990 Mar; 38: 374-378

**3250**    Mitteness, L.S. Social aspects of urinary incontinence in the elderly. Aorn J. 1992 Oct; 56: 731-737

**41800**    Miura, T., Tanaka, H., Makino, Y., Okamoto, K., Iida, T., Komura, K., Fukawa, E., Hirano, F., Makino, I. Human T cell leukemia virus type I-associated myelopathy in a patient with systemic lupus erythematosus. Intern Med. 1999 Jun; 38: 512-5

**43118**    Miyazaki, E., Tsuda, T., Mochizuki, A., Sugisaki, K., Ando, M., Matsumoto, T., Sawabe, T., Kumamoto, T. Sarcoidosis presenting as bilateral hydronephrosis. Intern Med. 1996 Jul; 35: 579-82

**11139**    Miyazaki, F. S. The Bonney test: a reassessment. Am J Obstet Gynecol. 1997 Dec; 177: 1322-8; discussion 1328-9

**11879**    Miyazaki, F., Shook, G. Ilioinguinal nerve entrapment during needle suspension for stress incontinence. Obstet Gynecol. 1992 Aug; 80: 246-8

**44035**    Mizunaga, M., Miyata, M., Kaneko, S., Yachiku, S., Chiba, K. Intravesical instillation of oxybutynin hydrochloride therapy for patients with a neuropathic bladder. Paraplegia. 1994 Jan; 32: 25-9

**3465**    Mizuo, T., Tanizawa, A., Yamada, T., Ando, M., and Oshima, H. Sling operation for male stress incontinence by utilizing modified Stamey technique. Urology. 1992 Mar; 39: 211-214

**56630**    Moalli, P. A., Jones Ivy, S., Meyn, L. A., Zyczynski, H. M. Risk factors associated with pelvic floor disorders in women undergoing surgical repair. Obstet Gynecol. 2003 May; 101: 869-74

**3757**    Mochizuki, H., Saito, H. Mesial frontal lobe syndromes: correlations between neurological deficits and radiological localizations. Tohoku J Exp Med. 1990 Aug; 161 Suppl: 231-239

**10557**    Modiri, A. R., Fredrickson, M. G., Gillberg, P. G., Alberts, P. Selectivity of oxymetazoline for urethral pressure vs blood pressure in the anaesthetized female rabbit. Scand J Urol Nephrol. 2000 Jun; 34: 151-6

**53020**    Moehrer, B., Carey, M., Wilson, D. Laparoscopic colposuspension: a systematic review. BJOG. 2003 Mar; 110: 230-5

**10179**    Moehrer, B., Ellis, G., Carey, M., Wilson, P. D. Laparoscopic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD002239

**52290**    Moehrer, B., Hextall, A., Jackson, S. Oestrogens for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD001405

**3932**    Mogielnicki, R.P., Nelson, W.A., and Dulac, J. A study of the dying process in elderly hospitalized males. J Cancer Educ. 1990; 5: 135-145

**11841**    Molander, U. Urinary incontinence and related urogenital symptoms in elderly women. Acta Obstet Gynecol Scand Suppl. 1993; 158: 1-22

**41481**    Molander, U., Arvidsson, L., Milsom, I., Sandberg, T. A longitudinal cohort study of elderly women with urinary tract infections. Maturitas. 2000 Feb 15; 34: 127-31

**4063**    Molander, U., Milsom, I., Ekelund, P., and Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

---

**American Urological Association, Inc.**

SUI Guidelines Panel

3611  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., and Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-142

12011  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-42

12076  Molander, U., Milsom, I., Ekelund, P., Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

11344  Mold, J. W. Pharmacotherapy of urinary incontinence. Am Fam Physician. 1996 Aug; 54: 673-80, 683-5

42858  Mollard, P., Gauriau, L., Bonnet, J. P., Mure, P. Y. Continent cystostomy (Mitrofanoff's procedure) for neurogenic bladder in children and adolescent (56 cases: long-term results). Eur J Pediatr Surg. 1997 Feb; 7: 34-7

43970  Mollard, P., Mouriquand, P. D., Buttin, X. Urinary continence after reconstruction of classical bladder exstrophy (73 cases). Br J Urol. 1994 Mar; 73: 298-302

4226  Mollard, P., Mouriquand, P., and Joubert, P. Urethral lengthening for neurogenic urinary incontinence (Kropp's procedure): results of 16 cases. J Urol. 1990 Jan; 143: 95-97

41359  Moller, L. A., Lose, G., Jorgensen, T. Incidence and remission rates of lower urinary tract symptoms at one year in women aged 40-60: longitudinal study. BMJ. 2000 May 27; 320: 1429-32

10650  Moller, L. A., Lose, G., Jorgensen, T. The prevalence and bothersomeness of lower urinary tract symptoms in women 40-60 years of age. Acta Obstet Gynecol Scand. 2000 Apr; 79: 298-305

40365  Molloy, W. B. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 800-1

53140  Molmenti, E. P., Pinto, P. A., Montgomery, R. A., Su, L. M., Kraus, E., Cooper, M., Sonnenday, C. J., Klein, A. S., Kavoussi, L. R., Ratner, L. E. Concomitant surgery with laparoscopic live donor nephrectomy. Am J Transplant. 2003 Feb; 3: 219-23

11742  Mommsen, S., Foldspang, A. Body mass index and adult female urinary incontinence. World J Urol. 1994; 12: 319-22

11804  Mommsen, S., Foldspang, A., Elving, L., Lam, G. W. Association between urinary incontinence in women and a previous history of surgery. Br J Urol. 1993 Jul; 72: 30-7

43993  Mondoux, L. C. Patients won't ask. RN. 1994 Feb; 57: 35-40

44475  Monfort, G., Guys, J. M., Coquet, M., Roth, K., Louis, C., Bocciardi, A. Surgical management of duplex ureteroceles. J Pediatr Surg. 1992 May; 27: 634-8

43028  Monga, A. Fascia--defects and repair. Curr Opin Obstet Gynecol. 1996 Oct; 8: 366-71

11532  Monga, A. K., Robinson, D., Stanton, S. L. Periurethral collagen injections for genuine stress incontinence: a 2-year follow-up. Br J Urol. 1995 Aug; 76: 156-60

11243  Monga, A. K., Stanton, S. L. Urodynamics: prediction, outcome and analysis of mechanism for cure of stress incontinence by periurethral collagen. Br J Obstet Gynaecol. 1997 Feb; 104: 158-62

11653  Monga, M., Ghoniem, G. M. Ilioinguinal nerve entrapment following needle bladder suspension procedures. Urology. 1994 Sep; 44: 447-50

3507  Montague, D.K. The artificial urinary sphincter (AS 800): experience in 166 consecutive patients. J Urol. 1992 Feb; 147: 380-382

11255  Montella, J. M., Ewing, S., Cater, J. Visual assessment of urethrovesical junction mobility. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 13-7

40314  Montoya, A., Weiss, A. P., Price, B. H., Cassem, E. H., Dougherty, D. D., Nierenberg, A. A., Rauch, S. L., Cosgrove, G. R. Magnetic resonance imaging-guided stereotactic limbic leukotomy for treatment of intractable psychiatric disease. Neurosurgery. 2002 May; 50: 1043-9; discussion 1049-52

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 296 of 360 PageID #: 202835

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 44249 | Mooney, R. A., Newman, D. K., Smith, D. A., Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30, 32 |
| 3065 | Mooney, R.A., Newman, D.K., Smith, D.A., and Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30,32 |
| 43232 | Moore, A. A., Siu, A. L. Screening for common problems in ambulatory elderly: clinical confirmation of a screening instrument. Am J Med. 1996 Apr; 100: 438-43 |
| 42801 | Moore, A. A., Siu, A., Partridge, J. M., Hays, R. D., Adams, J. A randomized trial of office-based screening for common problems in older persons. Am J Med. 1997 Apr; 102: 371-8 |
| 54250 | Moore, C., Kogan, B. A., Parekh, A. Impact of urinary incontinence on self-concept in children with spina bifida. J Urol. 2004 Apr; 171: 1659-62 |
| 44102 | Moore, K. Controlling urinary incontinence. Interview by Patricia Marck. AARN News Lett. 1993 Nov; 49: 26 |
| 10588 | Moore, K. H. Conservative management for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 251-89 |
| 40786 | Moore, K. H. The costs of urinary incontinence. Med J Aust. 2001 May 7; 174: 436-7 |
| 10799 | Moore, K. H., Foote, A., Burton, G., King, J. An open study of the bladder neck support prosthesis in genuine stress incontinence. Br J Obstet Gynaecol. 1999 Jan; 106: 42-9 |
| 11129 | Moore, K. H., Foote, A., Siva, S., King, J., Burton, G. The use of the bladder neck support prosthesis in combined genuine stress incontinence and detrusor instability. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 440-5 |
| 44395 | Moore, K. H., Gilpin, S. A., Dixon, J. S., Richmond, D. H., Sutherst, J. R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-2 |
| 44846 | Moore, K. H., Goldstein, M., Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-4 |
| 52130 | Moore, K. H., O'Sullivan, R. J., Simons, A., Prashar, S., Anderson, P., Louey, M. Randomised controlled trial of nurse continence advisor therapy compared with standard urogynaecology regimen for conservative incontinence treatment: efficacy, costs and two year follow up. BJOG. 2003 Jul; 110: 649-57 |
| 44617 | Moore, K. H., Richmond, D. H., Parys, B. T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-82 |
| 10806 | Moore, K. H., Simons, A., Dowell, C., Bryant, C., Prashar, S. Efficacy and user acceptability of the urethral occlusive device in women with urinary incontinence. J Urol. 1999 Aug; 162: 464-8 |
| 10642 | Moore, K. H., Simons, A., Mukerjee, C., Lynch, W. The relative incidence of detrusor instability and bacterial cystitis detected on the urodynamic-test day. BJU Int. 2000 May; 85: 786-92 |
| 11631 | Moore, K. N. Electrical stimulation for the treatment of urinary incontinence: do we know enough to accept it as part of our practice?. J Adv Nurs. 1994 Dec; 20: 1018-22 |
| 11596 | Moore, K. N., Chetner, M. P., Metcalfe, J. B., Griffiths, D. J. Periurethral implantation of glutaraldehyde cross-linked collagen (Contigen) in women with type I or III stress incontinence: quantitative outcome measures. Br J Urol. 1995 Mar; 75: 359-63 |
| 43485 | Moore, K. N., Gray, M., Rayome, R. Electric stimulation and urinary incontinence: research and alternatives. Urol Nurs. 1995 Sep; 15: 94-6 |
| 42830 | Moore, K. N., Paul, P. A historical review of selected nursing and medical literature on urinary incontinence between 1850 and 1976. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 106-22 |
| 56440 | Moore, K. N., Saltmarche, B., Query, A. Urinary incontinence. Non-surgical management by family physicians. Can Fam Physician. 2003 May; 49: 602-10 |
| 3019 | Moore, K., Griffiths, D., Latimer, G., and Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-168 |

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**11802**    Moore, K., Griffiths, D., Latimer, G., Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-8

**3355**    Moore, K., Metcalfe, J.B. Effectiveness of vaginal cones in treatment of urinary incontinence. Urol Nurs. 1992 Jun; 12: 69-72

**3225**    Moore, K.H., Gilpin, S.A., Dixon, J.S., Richmond, D.H., and Sutherst, J.R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-372

**3861**    Moore, K.H., Goldstein, M., and Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study [letter; comment]. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-1064

**3532**    Moore, K.H., Richmond, D.H., and Parys, B.T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-482

**52630**    Moore, R. D., Miklos, J. R. Colpocleisis and tension-free vaginal tape sling for severe uterine and vaginal prolapse and stress urinary incontinence under local anesthesia. J Am Assoc Gynecol Laparosc. 2003 May; 10: 276-80

**10283**    Moore, R. D., Speights, S. E., Miklos, J. R. Laparoscopic Burch colposuspension for recurrent stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 389-92

**3114**    Moore, T.F., Saltmarche, A. Developing and testing an instrument to assess the information needs of persons with urinary incontinence. Perspectives. 1993 Spring; 17: 2-6

**42812**    Moores, D., Cohen, R., Hayden, L. Laparascopic excision of pelvic kidney with single vaginal ectopic ureter. J Pediatr Surg. 1997 Apr; 32: 634-5

**42748**    Mor, Y., Quinn, F. M., Carr, B., Mouriquand, P. D., Duffy, P. G., Ransley, P. G. Combined Mitrofanoff and antegrade continence enema procedures for urinary and fecal incontinence. J Urol. 1997 Jul; 158: 192-5

**52640**    Moran, F., Bradley, J. M., Boyle, L., Elborn, J. S. Incontinence in adult females with cystic fibrosis: a Northern Ireland survey. Int J Clin Pract. 2003 Apr; 57: 182-3

**42457**    Moran, P. A., Carey, M. P., Dwyer, P. L. Urethral diverticula in pregnancy. Aust N Z J Obstet Gynaecol. 1998 Feb; 38: 102-6

**10584**    Moran, P. A., Ward, K. L., Johnson, D., Smirni, W. E., Hilton, P., Bibby, J. Tension-free vaginal tape for primary genuine stress incontinence: a two-centre follow-up study. BJU Int. 2000 Jul; 86: 39-42

**10267**    Morell, J. D., Morales, A. Assessment of long-term patient satisfaction after vesical neck suspension for stress urinary incontinence. Can J Urol. 2001 Aug; 8: 1323-5

**43518**    Moreno, J. G., Chancellor, M. B., Karasick, S., King, S., Abdill, C. K., Rivas, D. A. Improved quality of life and sexuality with continent urinary diversion in quadriplegic women with umbilical stoma. Arch Phys Med Rehabil. 1995 Aug; 76: 758-62

**54060**    Moretti, R., Torre, P., Antonello, R. M., Cazzato, G., Griggio, S., Bava, A. Olanzapine as a treatment of neuropsychiatric disorders of Alzheimer's disease and other dementias: a 24-month follow-up of 68 patients. Am J Alzheimers Dis Other Demen. 2003 Jul-Aug; 18: 205-14

**43726**    Morgan, D. J., Blackburn, M., Bax, M. Adults with spina bifida and/or hydrocephalus. Postgrad Med J. 1995 Jan; 71: 17-21

**11524**    Morgan, J. E., Heritz, D. M., Stewart, F. E., Connolly, J. C., Farrow, G. A. The polypropylene pubovaginal sling for the treatment of recurrent stress urinary incontinence. J Urol. 1995 Sep; 154: 1013-4; discussion 1015-6

**10567**    Morgan, J. L., O'Connell, H. E., McGuire, E. J. Is intrinsic sphincter deficiency a complication of simple hysterectomy?. J Urol. 2000 Sep; 164: 767-9

**10630**    Morgan, T. O., Jr, Westney, O. L., McGuire, E. J. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun; 163: 1845-8

**40466**    Mori, K. Management of idiopathic normal-pressure hydrocephalus: a multiinstitutional study conducted in Japan. J Neurosurg. 2001 Dec; 95: 970-3

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**10618**    Morita, T., Iizuka, H., Iwata, T., Kondo, S. Function and distribution of beta3-adrenoceptors in rat, rabbit and human urinary bladder and external urethral sphincter. J Smooth Muscle Res. 2000 Feb; 36: 21-32

**43494**    Morita, T., Kihara, K., Nagamatsu, H., Oshima, H., Kishimoto, T. Effects of clenbuterol on rabbit vesicourethral muscle contractility. J Smooth Muscle Res. 1995 Aug; 31: 119-27

**10564**    Morkved, S., Bo, K. Effect of postpartum pelvic floor muscle training in prevention and treatment of urinary incontinence: a one-year follow up. BJOG. 2000 Aug; 107: 1022-8

**41569**    Morkved, S., Bo, K. Prevalence of urinary incontinence during pregnancy and postpartum. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 394-8

**42541**    Morkved, S., Bo, K. The effect of postpartum pelvic floor muscle exercise in the prevention and treatment of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 217-22

**10008**    Morkved, S., Bo, K., Fjortoft, T. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2002 Oct; 100: 730-9

**57370**    Morkved, S., Bo, K., Schei, B., Salvesen, K. A. Pelvic floor muscle training during pregnancy to prevent urinary incontinence: a single-blind randomized controlled trial. Obstet Gynecol. 2003 Feb; 101: 313-9

**11455**    Morley, R., Cumming, J., Weller, R. Morphology and neuropathology of the pelvic floor in patients with stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 3-12

**3189**    Morris, A., Browne, G., and Saltmarche, A. Urinary incontinence: correlates among cognitively impaired elderly veterans. J Gerontol Nurs. 1992 Oct; 18: 33-40

**41994**    Morris, K. Tackling the taboo of urinary incontinence. Lancet. 1999 Jan 9; 353: 128

**3224**    Morrison, L.M., Glen, E.S., Cherry, L.C., and Dawes, H.A. The open access Continence Resource Centre for Greater Glasgow Health Board. Br J Urol. 1992 Oct; 70: 395-398

**42645**    Mort, J. Medications exacerbating urinary incontinence in the elderly. S D J Med. 1997 Oct; 50: 361-2

**3660**    Mortensen, N., Humphreys, M.S. The anal continence plug: a disposable device for patients with anorectal incontinence. Lancet. 1991 Aug 3; 338: 295-297

**40187**    Mortensen, S., Lose, G., Thyssen, H. Repeatability of cystometry and pressure-flow parameters in female patients. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 72-5

**42324**    Moser, R. H. Standing up for aspartame. AWHONN Lifelines. 1998 Apr; 2: 10

**44473**    Mostafa, W. Z., Abahussein, A. A., Alzayer, A. A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-22

**3297**    Mostafa, W.Z., Abahussein, A.A., and Alzayer, A.A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-322

**11986**    Mostwin, J. L. Current concepts of female pelvic anatomy and physiology. Urol Clin North Am. 1991 May; 18: 175-95

**53470**    Mostwin, J. L. Pathophysiology: the varieties of bladder overactivity. Urology. 2002 Nov; 60: 22-6; discussion 27

**11372**    Mostwin, J. L., Genadry, R., Sanders, R., Yang, A. Anatomic goals in the correction of female stress urinary incontinence. J Endourol. 1996 Jun; 10: 207-12

**10342**    Mostwin, J. L., Genadry, R., Saunders, R., Yang, A. Stress incontinence observed with real time sonography and dynamic fastscan magnetic resonance imaging--insights into pathophysiology. Scand J Urol Nephrol Suppl. 2001; : 94-9; discussion 106-25

**11540**    Mostwin, J. L., Yang, A., Sanders, R., Genadry, R. Radiography, sonography, and magnetic resonance imaging for stress incontinence. Contributions, uses, and limitations. Urol Clin North Am. 1995 Aug; 22: 539-49

**3574**    Mostwin, J.L. Effects of pharmaceuticals on bladder function. Curr Opin Obstet Gynecol. 1990 Aug; 2: 580-584

**4109**    Motley, R.C., Barrett, D.M. Artificial urinary sphincter cuff erosion. Experience with reimplantation in 38 patients. Urology. 1990 Mar; 35: 215-218

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 3445 | Motta, G. Incontinence reimbursement. Ostomy Wound Manage. 1992 Mar; 38: 72-73 |
| 3358 | Motta, G.J. Reimbursement for incontinence products. Urol Nurs. 1992 Jun; 12: 50-51 |
| 11135 | Mouchel, J., Beco, J. Stress urinary incontinence: here we are. Am J Obstet Gynecol. 1997 Dec; 177: 1561 |
| 43186 | Mouriquand, P. D., Boddy, S. Salvage procedures for failed Benchekroun hydraulic valves: experience in four patients. Br J Urol. 1996 May; 77: 740-4 |
| 55000 | Mouriquand, P. D., Bubanj, T., Feyaerts, A., Jandric, M., Timsit, M., Mollard, P., Mure, P. Y., Basset, T. Long-term results of bladder neck reconstruction for incontinence in children with classical bladder exstrophy or incontinent epispadias. BJU Int. 2003 Dec; 92: 997-1001; discussion 1002 |
| 3368 | Mouriquand, P.D., Mollard, P. Management of urinary incontinence in neurogenic bladder. Scand J Urol Nephrol Suppl. 1992; 141: 28-36;discussion37-8 |
| 10389 | Mouritsen, L. Effect of vaginal devices on bladder neck mobility in stress incontinent women. Acta Obstet Gynecol Scand. 2001 May; 80: 428-31 |
| 11258 | Mouritsen, L. Techniques for imaging bladder support. Acta Obstet Gynecol Scand Suppl. 1997; 166: 48-9 |
| 11748 | Mouritsen, L., Bach, P. Ultrasonic evaluation of bladder neck position and mobility: the influence of urethral catheter, bladder volume, and body position. Neurourol Urodyn. 1994; 13: 637-46 |
| 3632 | Mouritsen, L., Frimodt-Moller, C., and Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-37 |
| 11974 | Mouritsen, L., Frimodt-Moller, C., Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-7 |
| 42388 | Mouritsen, L., Lose, G., Glavind, K. Assessment of women with urinary incontinence. Acta Obstet Gynecol Scand. 1998 Apr; 77: 361-71 |
| 11257 | Mouritsen, L., Lose, G., Ulmsten, U., Ludviksson, K., Siltberg, H., Kulseng-Hanssen, S., Kujansuu, E. Consensus of basic assessment of female incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 59-60 |
| 3112 | Mouritsen, L., Rasmussen, A. Bladder neck mobility evaluated by vaginal ultrasonography. Br J Urol. 1993 Feb; 71: 166-171 |
| 10474 | Mouritsen, L., Schiotz, H. A. Pro et contra pelvic floor exercises for female stress urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1043-5 |
| 11699 | Mouritsen, L., Strandberg, C. Vaginal ultrasonography versus colpo-cysto-urethrography in the evaluation of female urinary incontinence. Acta Obstet Gynecol Scand. 1994 Apr; 73: 338-42 |
| 43752 | Mouritsen, L., Strandberg, C., Frimodt-Moller, C. Bladder neck anatomy and mobility: effect of vaginal ultrasound probe. Br J Urol. 1994 Dec; 74: 749-52 |
| 11817 | Mouritsen, L., Strandberg, C., Jensen, A. R., Berget, A., Frimodt-Moller, C., Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-4 |
| 3104 | Mouritsen, L., Strandberg, C., Jensen, A.R., Berget, A., Frimodt-Moller, C., and Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-204 |
| 41915 | Mouton, C. P., Espino, D. V. Health screening in older women. Am Fam Physician. 1999 Apr 1; 59: 1835-42 |
| 41174 | Mowzoon, N., Bradley, W. G. Successful immunosuppressant therapy of severe progressive cerebellar degeneration and sensory neuropathy: a case report. J Neurol Sci. 2000 Sep 1; 178: 63-5 |
| 50490 | Mowzoon, N., Keegan, B. M. 61-year-old woman with shortness of breath after surgery. Mayo Clin Proc. 2004 Jan; 79: 117-20 |
| 43819 | Mraz, J. P., Sutory, M., Zerhau, P. Simple flap valve for continent urinary diversion. Br J Urol. 1994 Sep; 74: 328-32 |
| 40669 | Mteta, K. A., Mbwambo, J. S., Eshleman, J. L., Aboud, M. M., Oyieko, W. Urinary diversion in children with mainly exstrophy and epispadias: alternative to primary bladder closure. Cent Afr J Med. 2000 Dec; 46: 318-20 |

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**40301**    Mueller, C., Cain, H. Comprehensive management of urinary incontinence through quality improvement efforts. Geriatr Nurs. 2002 Mar-Apr; 23: 82-7

**44000**    Muir, P., Goldsmid, S. E., Bellenger, C. R. Management of urinary incontinence in five bitches with incompetence of the urethral sphincter mechanism by colposuspension and a modified sling urethroplasty. Vet Rec. 1994 Jan 8; 134: 38-41

**50440**    Muir, T. W., Stepp, K. J., Barber, M. D. Adoption of the pelvic organ prolapse quantification system in peer-reviewed literature. Am J Obstet Gynecol. 2003 Dec; 189: 1632-5; discussion 1635-6

**52580**    Muir, T. W., Tulikangas, P. K., Fidela Paraiso, M., Walters, M. D. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May; 101: 933-6

**56940**    Mukamel, D. B., Watson, N. M., Meng, H., Spector, W. D. Development of a risk-adjusted urinary incontinence outcome measure of quality for nursing homes. Med Care. 2003 Apr; 41: 467-78

**10187**    Mukherjee, K., Constantine, G. Urinary stress incontinence in obese women: tension-free vaginal tape is the answer. BJU Int. 2001 Dec; 88: 881-3

**44458**    Mulhall, A. U.K. experience with indwelling urethral catheters. Am J Infect Control. 1992 Jun; 20: 164

**3311**    Mulhall, A. U.K. experience with indwelling urethral catheters [letter]. Am J Infect Control. 1992 Jun; 20: 164

**40354**    Muller, N. Promoting urinary health. Provider. 2002 Mar; 28: 51-3

**5298**    Muller, S.C., Jenny, E., Molling, L., Burger, R.A., and Hohenfellner, R. Long-term results of fascial sling plasty in patients with urinary stress incontinence. J Urol. 1990; 143: 225A

**41267**    Mummaneni, P. V., Pitts, L. H., McCormack, B. M., Corroo, J. M., Weinstein, P. R. Microsurgical treatment of symptomatic sacral Tarlov cysts. Neurosurgery. 2000 Jul; 47: 74-8; discussion 78-9

**4180**    Muncie, H.L., Jr., Warren, J.W. Reasons for replacement of long-term urethral catheters: implications for randomized trials. J Urol. 1990 Mar; 143: 507-509

**40971**    Munding, M., Wessells, H., Thornberry, B., Riden, D. Use of tolterodine in children with dysfunctional voiding: an initial report. J Urol. 2001 Mar; 165: 926-8

**3732**    Mundy, A.R. Artificial sphincters. Br J Urol. 1991 Mar; 67: 225-229

**41414**    Muneuchi, J., Tokunaga, Y., Kira, R., Gondo, K., Hara, T. Acute disseminated encephalomyelitis in a female with hereditary neuropathy with susceptibility to pressure palsy. Pediatr Neurol. 2000 Apr; 22: 302-4

**3773**    Muratore, C. The OBRA mandate: the positive effects for incontinent residents. Ostomy Wound Manage. 1990 Sep-Oct; 30: 58-59

**42874**    Murphy, E. L., Fridey, J., Smith, J. W., Engstrom, J., Sacher, R. A., Miller, K., Gibble, J., Stevens, J., Thomson, R., Hansma, D., Kaplan, J., Khabbaz, R., Nemo, G. HTLV-associated myelopathy in a cohort of HTLV-I and HTLV-II-infected blood donors. The REDS investigators. Neurology. 1997 Feb; 48: 315-20

**11662**    Murphy, K. P., Kliever, E. M., Moore, M. J. The voiding alert system: a new application in the treatment of incontinence. Arch Phys Med Rehabil. 1994 Aug; 75: 924-7

**40330**    Murphy, M. L., Pichichero, M. E. Prospective identification and treatment of children with pediatric autoimmune neuropsychiatric disorder associated with group A streptococcal infection (PANDAS). Arch Pediatr Adolesc Med. 2002 Apr; 156: 356-61

**59179**    Murphy, M., Culligan, P. J., Arce, C. M., Graham, C. A., Blackwell, L., Heit, M. H. Is the cough-stress test necessary when placing the tension-free vaginal tape?. Obstet Gynecol. 2005 Feb; 105: 319-24

**44521**    Murphy, S., Denman, S., Bennett, R. G., Greenough, W. B., 3rd, Lindsay, J., Zelesnick, L. B. Methicillin-resistant Staphylococcus aureus colonization in a long-term- care facility. J Am Geriatr Soc. 1992 Mar; 40: 213-7

**5265**    Murphy, S., Denman, S., Bennett, R.G., Greenough, W.B., Lindsay, J., and Zelesnick, L.B. Methicillin-resistant Staphylococcus aureus colonization in a long-term-care facility. J Am Geriatr Soc. 1992 Mar; 403: 213-217

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 301 of 300 PageID #: 20284 01
Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 301 of 300 PageID #: 202840

| | |
|---|---|
| 10055 | Murray, C., Goh, J. T., Fynes, M., Carey, M. P. Urinary and faecal incontinence following delayed primary repair of obstetric genital fistula. BJOG. 2002 Jul; 109: 828-32 |
| 43206 | Murthy, V. K., Orkin, B. A., Smith, L. E., Glassman, L. M. Excellent outcome using selective criteria for rectocele repair. Dis Colon Rectum. 1996 Apr; 39: 374-8 |
| 10308 | Muscatello, D. J., Rissel, C., Szonyi, G. Urinary symptoms and incontinence in an urban community: prevalence and associated factors in older men and women. Intern Med J. 2001 Apr; 31: 151-60 |
| 11411 | Mushkat, Y., Bukovsky, I., Langer, R. Female urinary stress incontinence--does it have familial prevalence?. Am J Obstet Gynecol. 1996 Feb; 174: 617-9 |
| 42987 | Muskat, Y., Bukovsky, I., Schneider, D., Langer, R. The use of scopolamine in the treatment of detrusor instability. J Urol. 1996 Dec; 156: 1989-90 |
| 50600 | Musselman, D. M., Ford, A. P., Gennevois, D. J., Harbison, M. L., Laurent, A. L., Mokatrin, A. S., Stoltz, R. R., Blue, D. R. A randomized crossover study to evaluate Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 Jan; 93: 78-83 |
| 43157 | Muthukumar, N. Surgical treatment of nonprogressive neurological deficits in children with sacral agenesis. Neurosurgery. 1996 Jun; 38: 1133-7; discussion 1137-8 |
| 10844 | Mutlu, N., Kazado, M., Culha, M., Merder, E., Baykal, M., Canbazoglu, N. Burch bladder neck colposuspension, comparison of early and late results. Mater Med Pol. 1997 Jan-Dec; 29: 8-10 |
| 52160 | Mutone, N., Brizendine, E., Hale, D. Factors that influence voiding function after the tension-free vaginal tape procedure for stress urinary incontinence. Am J Obstet Gynecol. 2003 Jun; 188: 1477-81; discussion 1481-3 |
| 10258 | Mutone, N., Mastropietro, M., Brizendine, E., Hale, D. Effect of tension-free vaginal tape procedure on urodynamic continence indices. Obstet Gynecol. 2001 Oct; 98: 638-45 |
| 59130 | Mydlo, J. H. The impact of obesity in urology. Urol Clin North Am. 2004 May; 31: 275-87 |
| 43305 | Myers, A. H., Palmer, M. H., Engel, B. T., Warrenfeltz, D. J., Parker, J. A. Mobility in older patients with hip fractures: examining prefracture status, complications, and outcomes at discharge from the acute-care hospital. J Orthop Trauma. 1996; 10: 99-107 |
| 41775 | Myers, D. L., Arya, L. A., Friedman, J. H. Is urinary incontinence different in women with Parkinson's disease?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 188-91 |
| 10914 | Myers, D. L., LaSala, C. A. Conservative surgical management of Mersilene mesh suburethral sling erosion. Am J Obstet Gynecol. 1998 Dec; 179: 1424-8; discussion 1428-9 |
| 11059 | Myers, D. L., Lasala, C. A., Hogan, J. W., Rosenblatt, P. L. The effect of posterior wall support defects on urodynamic indices in stress urinary incontinence. Obstet Gynecol. 1998 May; 91: 710-4 |
| 10478 | Myers, D. L., Peipert, J. F., Rosenblatt, P. L., Ferland, R. J., Jackson, N. D. Patient satisfaction with laparoscopic Burch retropubic urethropexy. J Reprod Med. 2000 Nov; 45: 939-43 |
| 3749 | Myers, R.P. Male urethral sphincteric anatomy and radical prostatectomy. Urol Clin North Am. 1991 May; 18: 211-227 |
| 41015 | Nabi, G., Hemal, A. K., Kumar, M., Ansari, M. S., Dorairajan, L. N. Diagnosis and management of post-cesarean ureterouterine fistulae. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 389-91 |
| 42731 | Nacmias, B., Tedde, A., Guarnieri, B. M., Petruzzi, C., Ortenzi, L., Serio, A., Amaducci, L., Sorbi, S. Analysis of apolipoprotein E, alpha1-antichymotrypsin and presenilin-1 genes polymorphisms in dementia caused by normal pressure hydrocephalus in man. Neurosci Lett. 1997 Jul 4; 229: 177-80 |
| 42591 | Nager, C. W., Kumar, D., Kahn, M. A., Stanton, S. L. Management of pelvic floor dysfunction. Lancet. 1997 Dec 13; 350: 1751 |
| 10201 | Nager, C. W., Schulz, J. A., Stanton, S. L., Monga, A. Correlation of urethral closure pressure, leak-point pressure and incontinence severity measures. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 395-400 |
| 42535 | Nager, C., Stanton, S. Can HRT help incontinence?. Community Nurse. 1997 May; 3: 32-3 |

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

42634    Nagib, M. G., O'Fallon, M. T. Myxopapillary ependymoma of the conus medullaris and filum terminale in the pediatric age group. Pediatr Neurosurg. 1997 Jan; 26: 2-7

40452    Naglie, G., Radomski, S. B., Brymer, C., Mathiasen, K., O'Rourke, K., Tomlinson, G. A randomized, double-blind, placebo controlled crossover trial of nimodipine in older persons with detrusor instability and urge incontinence. J Urol. 2002 Feb; 167: 586-90

10393    Naik, R., Nwabinelli, J., Mayne, C., Nordin, A., de Barros Lopes, A., Monaghan, J. M., Hilton, P. Prevalence and management of (non-fistulous) urinary incontinence in women following radical hysterectomy for early stage cervical cancer. Eur J Gynaecol Oncol. 2001; 22: 26-30

42216    Naito, R., Takeuchi, M., Morihira, K., Hayakawa, M., Ikeda, K., Shibanuma, T., Isomura, Y. Selective muscarinic antagonists. I. Synthesis and antimuscarinic properties of 4-piperidyl benzhydrylcarbamate derivatives. Chem Pharm Bull (Tokyo). 1998 Aug; 46: 1274-85

43249    Nakagawa, H., Fujita, T., Kubo, S., Izumoto, S., Nakajima, Y., Tsuruzono, K., Tokiyoshi, K., Hayakawa, T. Ventriculolumbar perfusion chemotherapy with methotrexate and cytosine arabinoside for meningeal carcinomatosis: a pilot study in 13 patients. Surg Neurol. 1996 Mar; 45: 256-64

56560    Nakajima, M., Nakasu, S., Hatsuda, N., Takeichi, Y., Watanabe, K., Matsuda, M. Third ventricular chordoid glioma: case report and review of the literature. Surg Neurol. 2003 May; 59: 424-8

41110    Nakamura, S., Hirano, T., Tsujimae, K., Aoyama, M., Kondo, K., Yamamura, Y., Mori, T., Tominaga, M. Antidiuretic effects of a nonpeptide vasopressin V(2)-receptor agonist, OPC-51803, administered orally to rats. J Pharmacol Exp Ther. 2000 Dec; 295: 1005-11

10428    Nakamura, T., Ishiko, O., Hirai, K., Sumi, T., Nakagawa, E., Nakai, Y., Tomoda, S., Ogita, S. Clinical evaluation of the Q-tip test in normal pregnant women. Gynecol Obstet Invest. 2001; 51: 92-5

42877    Nakanishi, N., Tatara, K., Naramura, H., Fujiwara, H., Takashima, Y., Fukuda, H. Urinary and fecal incontinence in a community-residing older population in Japan. J Am Geriatr Soc. 1997 Feb; 45: 215-9

41724    Nakanishi, N., Tatara, K., Shinsho, F., Murakami, S., Takatorige, T., Fukuda, H., Nakajima, K., Naramura, H. Mortality in relation to urinary and faecal incontinence in elderly people living at home. Age Ageing. 1999 May; 28: 301-6

42944    Nakayama, H., Jorgensen, H. S., Pedersen, P. M., Raaschou, H. O., Olsen, T. S. Prevalence and risk factors of incontinence after stroke. The Copenhagen Stroke Study. Stroke. 1997 Jan; 28: 58-62

42315    Nakayama, Y., Tanaka, A., Ohshiro, S., Yoshinaga, S. Extensive edema in the thalamus caused by thrombosed basilar artery aneurysm. Neurol Med Chir (Tokyo). 1998 May; 38: 274-7

41195    Nakazato, I., Kinjo, T., Sirirungsi, W., Tsuhako, K., Miyagi, J., Higa, M., Iwamasa, T. Experimental myelitis in BALB/cN and C57BL/6N mice caused by herpes simplex virus type 1 compared with herpes simplex virus type 2. Pathol Res Pract. 2000; 196: 635-45

11628    Nanninga, J. B. Some aspects of striated urethral sphincter structure and function. J Urol. 1994 Dec; 152: 2321-3

3583    Narayan, P. Nerve sparing and continence preservation during radical prostatectomy. Urol Int. 1991; 46: 266-274

11545    Narepalem, N., Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for the treatment of intrinsic urethral weakness (type III stress urinary incontinence). Tech Urol. 1995 Summer; 1: 102-5

42727    Naseer, S. R., Steinhardt, G. F. New renal scars in children with urinary tract infections, vesicoureteral reflux and voiding dysfunction: a prospective evaluation. J Urol. 1997 Aug; 158: 566-8

42379    Nasr, S. Z., Ouslander, J. G. Urinary incontinence in the elderly. Causes and treatment options. Drugs Aging. 1998 May; 12: 349-60

43024    Nasu, K., Yoshimatsu, J., Miyakawa, I., Nakagawa, M., Nomura, Y. Absence of vagina and hypoplasia of the urethra and ectopia of the ureter. J Obstet Gynaecol Res. 1996 Oct; 22: 451-4

11508    Nataluk, E. A., Assimos, D. G., Kroovand, R. L. Collagen injections for treatment of urinary incontinence secondary to intrinsic sphincter deficiency. J Endourol. 1995 Oct; 9: 403-6

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

10294   Natarajan, V., Singh, G. Urinary diversion for incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 180-7

11179   Nativ, O., Levine, S., Madjar, S., Issaq, E., Moskovitz, B., Beyar, M. Incisionless per vaginal bone anchor cystourethropexy for the treatment of female stress incontinence: experience with the first 50 patients. J Urol. 1997 Nov; 158: 1742-4

11222   Nativ, O., Moskovitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. Bladder neck suspension using bone anchors for the treatment of female stress incontinence. ASAIO J. 1997 May-Jun; 43: 204-8

42786   Nativ, O., Moskowitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. A new intraurethral sphincter prosthesis with a self contained urinary pump. ASAIO J. 1997 May-Jun; 43: 197-203

42677   Naughton, M. J., Wyman, J. F. Quality of life in geriatric patients with lower urinary tract dysfunction. Am J Med Sci. 1997 Oct; 314: 219-27

53430   Navaneetham, N., Doshani, A. The tension free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2003 Jan; 110: 89-90

43794   Navon, J. D., Weinberg, A. C., Ahlering, T. E. Continent urinary diversion using a Modified Indiana Pouch in elderly patients. Am Surg. 1994 Oct; 60: 786-8

44093   Naylor, J. R., Mulley, G. P. Commodes: inconvenient conveniences. BMJ. 1993 Nov 13; 307: 1258-60

43695   Nazar, G. B., Casale, A. J., Roberts, J. G., Linden, R. D. Occult filum terminale syndrome. Pediatr Neurosurg. 1995; 23: 228-35

43071   Nazarko, L. A matter of urgency. Nurs Times. 1996 Aug 7-13; 92: 63-4, 66, 68

42051   Nazarko, L. Back to the future. Nurs Times. 1998 Oct 21-27; 94: 79-80, 83-4

3059    Nazarko, L. Care of the elderly: incontinence through incompetence. Nurs Stand. 1993 Apr 28-May 4; 7: 52-53

41948   Nazarko, L. Continence. Assess all areas. Nurs Times. 1999 Feb 10-16; 95: 68, 71-2

42625   Nazarko, L. Educating Elsie. Nurs Times. 1997 Oct 22-28; 93: 68, 71

43070   Nazarko, L. In search of relief. Nurs Times. 1996 Aug 7-13; 92: 68, 70

3267    Nazarko, L. Programmed to succeed. Nurs Elder. 1992 Jul-Aug; 4: 20-21

51510   Nazir, M., Stien, R., Carlsen, E., Jacobsen, A. F., Nesheim, B. I. Early evaluation of bowel symptoms after primary repair of obstetric perineal rupture is misleading: an observational cohort study. Dis Colon Rectum. 2003 Sep; 46: 1245-50

42985   Nazir, T., Khan, Z., Barber, H. R. Urinary incontinence. Clin Obstet Gynecol. 1996 Dec; 39: 906-11

42438   N'Dow, J., Leung, H. Y., Marshall, C., Neal, D. E. Bowel dysfunction after bladder reconstruction. J Urol. 1998 May; 159: 1470-4; discussion 1474-5

42741   N'Dow, J., Neal, D. E. Female adult reconstructive urology. Br J Urol. 1997 Jul; 80 Suppl 1: 69-78

10416   Neal, D. E., Jr, Foster, L. Southern Illinois University (SIU) sling-bone anchored semitendinosus. Tech Urol. 2001 Mar; 7: 62-3

43602   Neal, D. E., Jr, Lahaye, M. E., Lowe, D. C. Improved needle placement technique in periurethral collagen injection. Urology. 1995 May; 45: 865-6

10243   Neal, L. J. Rehab's role in incontinence treatment and ostomy care. Rehab Manag. 2000 Jun-Jul; 13: 28-30, 100

57820   Neal, R., Linnane, J. Improving access to continence services: action in Walsall. Br J Community Nurs. 2002 Nov; 7: 567, 570-3

10062   Neale, E. J. Abdominal hysterectomy after insertion of tension-free vaginal tape. BJOG. 2002 Jun; 109: 731-2

11511   Neale, R. Complications of urogynaecological surgery. Curr Opin Obstet Gynecol. 1995 Oct; 7: 400-3

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 304 of 300 PageID #: 202843

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

10410    Nel, J. T., Diedericks, A., Joubert, G., Arndt, K. A prospective clinical and urodynamic study of bladder function during and after pregnancy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 21-6

42144    Nelson, R., Furner, S., Jesudason, V. Fecal incontinence in Wisconsin nursing homes: prevalence and associations. Dis Colon Rectum. 1998 Oct; 41: 1226-9

40426    Nelson, R., Furner, S., Jesudason, V. Urinary incontinence in Wisconsin skilled nursing facilities: prevalence and associations in common with fecal incontinence. J Aging Health. 2001 Nov; 13: 539-47

41521    Nesbakken, A., Nygaard, K., Bull-Njaa, T., Carlsen, E., Eri, L. M. Bladder and sexual dysfunction after mesorectal excision for rectal cancer. Br J Surg. 2000 Feb; 87: 206-10

59153    Nesrallah, L. J., Almeida, F. G., Dall'oglio, M. F., Nesrallah, A. J., Srougi, M. Experience with the orthotopic ileal neobladder in women: a mid-term follow-up. BJU Int. 2005 May; 95: 1045-7

54490    Nesrallah, L. J., Srougi, M., Dall'Oglio, M. F. Orthotopic ileal neobladder: the influence of reservoir volume and configuration on urinary continence and emptying properties. BJU Int. 2004 Feb; 93: 375-8

10892    Nesrallah, L. J., Srougi, M., Gittes, R. F. The O'Conor technique: the gold standard for supratrigonal vesicovaginal fistula repair. J Urol. 1999 Feb; 161: 566-8

41202    Neulander, E. Z., Rivera, I., Eisenbrown, N., Wajsman, Z. Simple cystectomy in patients requiring urinary diversion. J Urol. 2000 Oct; 164: 1169-72

53660    Neuman, M. Infected hematoma following tension-free vaginal tape implantation. J Urol. 2002 Dec; 168: 2549

51590    Neuman, M. Low incidence of post-TVT genital prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 191-2; discussion 192

11531    Neuman, M., Lavie, O., Gdansky, E., Diamant, Y. Z., Beller, U. Early uterine prolapse following colponeedle suspension. Aust N Z J Obstet Gynaecol. 1995 Aug; 35: 339-40

43535    Neumann, C., Schmid, H. Relationship between the degree of cardiovascular autonomic dysfunction and symptoms of neuropathy and other complications of diabetes mellitus. Braz J Med Biol Res. 1995 Jul; 28: 751-7

10099    Neumann, P., Gill, V. Pelvic floor and abdominal muscle interaction: EMG activity and intra- abdominal pressure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 125-32

40526    Neveus, T. Oxybutynin, desmopressin and enuresis. J Urol. 2001 Dec; 166: 2459-62

41760    Neveus, T., Hetta, J., Cnattingius, S., Tuvemo, T., Lackgren, G., Olsson, U., Stenberg, A. Depth of sleep and sleep habits among enuretic and incontinent children. Acta Paediatr. 1999 Jul; 88: 748-52

43035    Nevo, Y., Pestronk, A., Lopate, G., Carroll, S. L. Neuropathy of metachromatic leukodystrophy: improvement with immunomodulation. Pediatr Neurol. 1996 Oct; 15: 237-9

10514    Newcomer, J. Vaginal pain caused by laparoscopic colposuspension with tacks. Obstet Gynecol. 2000 Nov; 96: 823-4

41204    Newey, M. L., Sen, P. K., Fraser, R. D. The long-term outcome after central cord syndrome: a study of the natural history. J Bone Joint Surg Br. 2000 Aug; 82: 851-5

42345    Newman, D. American perspectives on continence. Nurs Times. 1998 Apr 15-21; 94: 67-8

42349    Newman, D. K. Bladder control requires active management. J Womens Health. 1998 May; 7: 425-6

42930    Newman, D. K. How much society pays for urinary incontinence. Ostomy Wound Manage. 1997 Jan-Feb; 43: 18-20, 22, 24-5

59327    Newman, D. K. Report of a mail survey of women with bladder control disorders. Urol Nurs. 2004 Dec; 24: 499-507

42518    Newman, D. K. Research utilization: the continence for women project. Ostomy Wound Manage. 1997 Nov-Dec; 43: 54-6

51760    Newman, D. K. Stress urinary incontinence in women. Am J Nurs. 2003 Aug; 103: 46-55; quiz 55

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

43286   Newman, D. K. Urinary incontinence management in the USA: the role of the nurse. Br J Nurs. 1996 Jan 25-Feb 7; 5: 78, 80, 82-8

42990   Newman, D. K. What's new: the AHCPR guideline update on urinary incontinence. Ostomy Wound Manage. 1996 Nov-Dec; 42: 46-50, 52-4, 56 passim

11186   Newman, D. K., Burns, P. A. New approaches for managing stress incontinence in women. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 382-7

43826   Newman, D. K., Burns, P. A. Significance and impact of urinary incontinence. Nurse Pract Forum. 1994 Sep; 5: 130-3

44785   Newman, D. K., Lynch, K., Smith, D. A., Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

42991   Newman, D. K., Wallace, J., Blackwood, N., Spencer, C. Promoting healthy bladder habits for seniors. Ostomy Wound Manage. 1996 Nov-Dec; 42: 18-22, 24-5, 28

 3857   Newman, D.K., Lynch, K., Smith, D.A., and Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

 3466   Newman, D.K., Smith, D.A. Pelvic muscle reeducation as a nursing treatment for incontinence. Urol Nurs. 1992 Mar; 12: 9-15

40266   Newton, M., Kosier, J. H., Smith, D. Treatments for overactive bladder. Urol Nurs. 2000 Aug; 20: 267-8

11661   Nezhat, C. H., Nezhat, F., Nezhat, C. R., Rottenberg, H. Laparoscopic retropubic cystourethropexy. J Am Assoc Gynecol Laparosc. 1994 Aug; 1: 339-49

11378   Nezhat, C. H., Nezhat, F., Seidman, D. S., Nasserbakht, F., Nezhat, C., Roemisch, M. A new method for laparoscopic access to the space of Retzius during retropubic cystourethropexy. J Urol. 1996 Jun; 155: 1916-8

10375   Ng, C. S., Rackley, R. R., Appell, R. A. Incidence of concomitant procedures for pelvic organ prolapse and reconstruction in women who undergo surgery for stress urinary incontinence. Urology. 2001 May; 57: 911-3

43959   Ng, K. H. Nocturnal enuresis. Singapore Med J. 1994 Apr; 35: 198-200

11482   Ng, K. W. Which is the most appropriate operation for genuine stress incontinence (GSI)?. Singapore Med J. 1995 Dec; 36: 590-6

11818   Ng, R. K., Murray, A. Can we afford to take short cuts in the management of stress urinary incontinence?. Singapore Med J. 1993 Apr; 34: 121-4

40211   Ng, S. C., Chen, Y. C., Lin, L. Y., Chen, G. D. Anorectal dysfunction in women with urinary incontinence or lower urinary tract symptoms. Int J Gynaecol Obstet. 2002 May; 77: 139-45

41209   Ng, W. T., Kwok, K. W., Hwang, J. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplatic kidneys with infrasphincteric ureteric ectopia. BJU Int. 2000 Jul; 86: 145-6

11809   Nghiem Toan, N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence. Am J Obstet Gynecol. 1993 May; 168: 1642

11977   Nghiem Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence. Am J Obstet Gynecol. 1991 Jun; 164: 1689-90

 3677   Nghiem-Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence [letter; comment]. Am J Obstet Gynecol. 1991 Jun; 164: 1689-1690

10754   Nguyen, A., Mahoney, S., Minor, L., Ghoniem, G. A simple objective method of adjusting sling tension. J Urol. 1999 Nov; 162: 1674-6

44186   Nguyen, D. H., Bain, M. A., Salmonson, K. L., Ganesan, G. S., Burns, M. W., Mitchell, M. E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-9

44184   Nguyen, D. H., Ganesan, G. S., Sumfest, J. M., Liggitt, D. H., Caruso, A., Burns, M. W., Mitchell, M. E. The use of the AMS800 artificial urinary sphincter in combination with the gastric tube for continence in the canine model. J Urol. 1993 Aug; 150: 737-41

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

3038    Nguyen, D.H., Bain, M.A., Salmonson, K.L., Ganesan, G.S., Burns, M.W., and Mitchell, M.E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-709

57350    Nguyen, H. T., Baskin, L. S. The outcome of bladder neck closure in children with severe urinary incontinence. J Urol. 2003 Mar; 169: 1114-6; discussion 1116

10412    Nguyen, J. K. Current concepts in the diagnosis and surgical repair of anterior vaginal prolapse due to paravaginal defects. Obstet Gynecol Surv. 2001 Apr; 56: 239-46

10046    Nguyen, J. K. Diagnosis and treatment of voiding dysfunction caused by urethral obstruction after anti-incontinence surgery. Obstet Gynecol Surv. 2002 Jul; 57: 468-75

40536    Nguyen, J. K., Bhatia, N. N. Resolution of motor urge incontinence after surgical repair of pelvic organ prolapse. J Urol. 2001 Dec; 166: 2263-6

10222    Nguyen, J. K., Bhatia, N. N. Risk of recurrent stress incontinence in women undergoing the combined modified pereyra procedure and transvaginal sacrospinous ligament vault suspension. Urology. 2001 Dec; 58: 947-52

10217    Nguyen, J. K., Glowacki, C. A., Bhatia, N. N. Survey of voiding dysfunction and urinary retention after anti-incontinence procedures. Obstet Gynecol. 2001 Dec; 98: 1011-7

10127    Nguyen, J. K., Gunn, G. C., Bhatia, N. N. The effect of patient position on leak-point pressure measurements in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 9-14

10523    Nguyen, J. K., Hall, C. D., Bhatia, N. N. Transvaginal bladder neck suspension to Cooper's ligament: a review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 320-4

43314    Nichols, D. H. What is new in vaginal surgery?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 115-6

40760    Nicholson, J. H., Morton, R. E., Attfield, S., Rennie, D. Assessment of upper-limb function and movement in children with cerebral palsy wearing lycra garments. Dev Med Child Neurol. 2001 Jun; 43: 384-91

42233    Nicita, G. A new operation for genitourinary prolapse. J Urol. 1998 Sep; 160: 741-5

42305    Nickel, R. F. Studies on the function of the urethra and bladder in continent and incontinent female dogs. Vet Q. 1998; 20 Suppl 1: S102-3

42746    Nickel, R. F., van den Brom, W. Simultaneous diuresis cysto-urethrometry and multi-channel urethral pressure profilometry in female dogs with refractory urinary incontinence. Am J Vet Res. 1997 Jul; 58: 691-6

43086    Nickel, R. F., van den Brom, W. E. Simultaneous diuresis cysto-urethrometry and multichannel urethral pressure profilometry in continent female dogs. Am J Vet Res. 1996 Aug; 57: 1131-6

41752    Nickel, R. F., Vink-Noteboom, M., van den Brom, W. E. Clinical and radiographic findings compared with urodynamic findings in neutered female dogs with refractory urinary incontinence. Vet Rec. 1999 Jul 3; 145: 11-5

42453    Nickel, R. F., Wiegand, U., van den Brom, W. E. Evaluation of a transpelvic sling procedure with and without colposuspension for treatment of female dogs with refractory urethral sphincter mechanism incompetence. Vet Surg. 1998 Mar-Apr; 27: 94-104

41175    Nicolle, L. E. Urinary tract infection in long-term-care facility residents. Clin Infect Dis. 2000 Sep; 31: 757-61

11913    Niecestro, R. M., Wheeler, J. S., Jr, Nanninga, J., Einhorn, C., Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-9

3464    Niecestro, R.M., Wheeler, J.S., Jr., Nanninga, J., Einhorn, C., and Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-269

44046    Nielsen, A. F., Walter, S. Epidemiology of infrequent voiding and associated symptoms. Scand J Urol Nephrol Suppl. 1994; 157: 49-53

12033    Nielsen, K. K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E. M., Nordling, J., Holm, H. H., Larsen, J. F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-202

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

11778   Nielsen, K. K., Walter, S., Maegaard, E., Kromann-Andersen, B. The urethral plug II: an alternative treatment in women with genuine urinary stress incontinence. Br J Urol. 1993 Oct; 72: 428-32

3890   Nielsen, K.K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E.M., Nordling, J., Holm, H.H., and Larsen, J.F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-1202

10214   Niemczyk, P., Klutke, J. J., Carlin, B. I., Klutke, C. G. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability. Tech Urol. 2001 Dec; 7: 261-5

42926   Niewijk, A. H., Weijts, W. B. Effects of a multi-media course on urinary incontinence. Patient Educ Couns. 1997 Jan; 30: 95-103

10511   Nigam, A. K., Otite, U., Badenoch, D. F. Endoscopic bladder neck suspension revisited: long-term results of Stamey and Gittes procedures. Eur Urol. 2000 Dec; 38: 677-80

56150   Nihira, M. A., Henderson, N. Epidemiology of urinary incontinence in women. Curr Womens Health Rep. 2003 Aug; 3: 340-7

59269   Nijman, R. J., Borgstein, N. G., Ellsworth, P., Djurhuus, J. C. Tolterodine treatment for children with symptoms of urinary urge incontinence suggestive of detrusor overactivity: results from 2 randomized, placebo controlled trials. J Urol. 2005 Apr; 173: 1334-9

3727   Nijman, R.J., Scholtmeijer, R.J. Complications of transurethral electro-incision of posterior urethral valves. Br J Urol. 1991 Mar; 67: 324-326

40678   Niknejad, K. G., Atala, A. Bladder augmentation techniques in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 156-69

40570   Nikolaev, V. V. Treatment of incontinence in children with bladder exstrophy after rectal urinary diversion: the anal sling procedure. J Urol. 2001 Nov; 166: 1904-5

44885   Nill, T. G., Peller, P. A., Kropp, K. A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61; discussion 562-3

3983   Nill, T.G., Peller, P.A., and Kropp, K.A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61;discussion562-3

10473   Nilsson, C. G. Effectiveness of the conveen continence guard (a disposable vaginal device) in the treatment of complicated female stress incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1052-5

59031   Nilsson, C. G. Introduction of a new surgical procedure for treatment of female urinary incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 877-80

10970   Nilsson, C. G. The tensionfree vaginal tape procedure (TVT) for treatment of female urinary incontinence. A minimal invasive surgical procedure. Acta Obstet Gynecol Scand Suppl. 1998; 168: 34-7

10400   Nilsson, C. G., Kuuva, N. The tension-free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2001 Apr; 108: 414-9

10323   Nilsson, C. G., Kuuva, N., Falconer, C., Rezapour, M., Ulmsten, U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S5-8

42638   Nilsson, C. G., Lukkari, E., Haarala, M., Kivela, A., Hakonen, T., Kiilholma, P. Comparison of a 10-mg controlled release oxybutynin tablet with a 5-mg oxybutynin tablet in urge incontinent patients. Neurourol Urodyn. 1997; 16: 533-42

42770   Nilvebrant, L., Andersson, K. E., Gillberg, P. G., Stahl, M., Sparf, B. Tolterodine--a new bladder-selective antimuscarinic agent. Eur J Pharmacol. 1997 May 30; 327: 195-207

3968   Nishida, K., Ueda, S., Matsumoto, K., Kusaka, K., and Takeuchi, R. Cauda equina neurinoma associated with normal pressure hydrocephalus--case report. Neurol-Med-Chir (Tokyo). 1990 Apr; 30: 258-262

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

10772   Nishimatsu, H., Moriyama, N., Hamada, K., Ukai, Y., Yamazaki, S., Kameyama, S., Konno, N., Ishida, Y., Ishii, Y., Murayama, T., Kitamura, T. Contractile responses to alpha1-adrenoceptor agonists in isolated human male and female urethra. BJU Int. 1999 Sep; 84: 515-20

3812   Nissenkorn, I., Richter, S., and Slutzker, D. A simple, self-retaining intraurethral catheter for treatment of prostatic obstruction. Eur Urol. 1990; 18: 286-289

59082   Nissenkorn, I., Shalev, M., Radziszewski, P., Dobronski, P., Borkowski, A., De Jong, P. R. Patient-adjusted intermittent electrostimulation for treating stress and urge urinary incontinence. BJU Int. 2004 Jul; 94: 105-9

10817   Nitahara, K. S., Aboseif, S., Tanagho, E. A. Long-term results of colpocystourethropexy for persistent or recurrent stress urinary incontinence. J Urol. 1999 Jul; 162: 138-41

41824   Nitti, V. W. Evaluation of the female with neurogenic voiding dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 119-29

40751   Nitti, V. W. Improving conservative treatment of overactive bladder and urge incontinence--1 small step at a time. J Urol. 2001 Jul; 166: 150-1

43226   Nitti, V. W. The role of clinical research in the diagnosis and treatment of urinary incontinence. J Urol. 1996 Apr; 155: 1268-9

11815   Nitti, V. W., Bregg, K. J., Sussman, E. M., Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-7

10192   Nitti, V. W., Carlson, K. V., Blaivas, J. G., Dmochowski, R. R. Early results of pubovaginal sling lysis by midline sling incision. Urology. 2002 Jan; 59: 47-51; discussion 51-2

11472   Nitti, V. W., Combs, A. J. Correlation of Valsalva leak point pressure with subjective degree of stress urinary incontinence in women. J Urol. 1996 Jan; 155: 281-5

11673   Nitti, V. W., Raz, S. Obstruction following anti-incontinence procedures: diagnosis and treatment with transvaginal urethrolysis. J Urol. 1994 Jul; 152: 93-8

3127   Nitti, V.W., Bregg, K.J., Sussman, E.M., and Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-807

11476   Nixon, E. Continence. Easing the social stress. Nurs Times. 1995 Dec 13-19; 91: 60

40095   Nixon, G. M., Glazner, J. A., Martin, J. M., Sawyer, S. M. Urinary incontinence in female adolescents with cystic fibrosis. Pediatrics. 2002 Aug; 110: e22

40982   Nobili, F., Copello, F., Buffoni, F., Vitali, P., Girtler, N., Bordoni, C., Safaie-Semnani, E., Mariani, G., Rodriguez, G. Regional cerebral blood flow and prognostic evaluation in Alzheimer's disease. Dement Geriatr Cogn Disord. 2001 Mar-Apr; 12: 89-97

41595   Nobili, F., Copello, F., Vitali, P., Prastaro, T., Carozzo, S., Perego, G., Rodriguez, G. Timing of disease progression by quantitative EEG in Alzheimer' s patients. J Clin Neurophysiol. 1999 Nov; 16: 566-73

11044   Noblett, K. L., Jensen, J. K., Ostergard, D. R. The relationship of body mass index to intra-abdominal pressure as measured by multichannel cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 323-6

11848   Nochajski, T. H., Burns, P. A., Pranikoff, K., Dittmar, S. S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-33

3034   Nochajski, T.H., Burns, P.A., Pranikoff, K., and Dittmar, S.S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-233

43898   Noe, H. N., Williams, R. S., Causey, J., Smith, D. P. Long-term effects of polytetrafluoroethylene injected into the rat bladder submucosa. Urology. 1994 Jun; 43: 852-5; discussion 855-6

40420   Nomura, S., Ishido, T., Tanaka, K., Komiya, A. Augmentation ileocystoplasty in patients with neurogenic bladder due to spinal cord injury or spina bifida. Spinal Cord. 2002 Jan; 40: 30-3

44801   Nordstrom, G. M., Nyman, C. R. Living with a urostomy. A follow up with special regard to the peristomal-skin complications, psychosocial and sexual life. Scand J Urol Nephrol Suppl. 1991; 138: 247-51

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

44928    Nordstrom, G. M., Nyman, C. R., Theorell, T. The impact on work ability of ileal conduit urinary diversion. Scand J Soc Med. 1990 Jun; 18: 115-24

44552    Nordstrom, G., Nyman, C. R., Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-47

3326    Nordstrom, G., Nyman, C.R., and Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-147

3304    Nordstrom, G.M., Nyman, C.R. Male and female sexual function and activity following ileal conduit urinary diversion. Br J Urol. 1992 Jul; 70: 33-39

43188    Nordstrom, O., Sandin, R. Recall during intermittent propofol anaesthesia. Br J Anaesth. 1996 May; 76: 699-701

11110    Norman, D., Neu, L., Pearce, K. L. Asking patients about incontinence. Adv Nurse Pract. 1997 May; 5: 12

44761    Noronha-Blob, L., Kachur, J. F. Enantiomers of oxybutynin: in vitro pharmacological characterization at M1, M2 and M3 muscarinic receptors and in vivo effects on urinary bladder contraction, mydriasis and salivary secretion in guinea pigs. J Pharmacol Exp Ther. 1991 Feb; 256: 562-7

45053    Noronha-Blob, L., Sturm, B. L., Lowe, V. C., Jackson, K. N., Kachur, J. F. In vitro and in vivo antimuscarinic effects of (-)cis 2,3-dihydro-3-(4- methylpiperazinylmethyl)-2-phenyl-1,5 benzothiazepin-4-(5H)one HCl (BTM-1086) in guinea pig peripheral tissues. Life Sci. 1990; 46: 1223-31

10255    Norris, A., Scerri, A., Powell, M. Quality of anaesthesia for insertion of tension-free vaginal tape using local analgesia and sedation. Eur J Anaesthesiol. 2001 Nov; 18: 755-8

11369    Norris, J. P., Breslin, D. S., Staskin, D. R. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol. 1996 Jun; 10: 227-30

44028    North, A. Continence. The client's view. Nurs Times. 1994 Jan 26-Feb 1; 90: 80-2

11062    North, B. B. A disposable adhesive patch for stress urinary incontinence. Fam Med. 1998 Apr; 30: 258-64

43110    Norton, C. Asking simple questions: promoting continence (repeat) (continuing education credit). Nurs Stand. 1996 Jul 31; 10: 5-17; quiz 21-5

3090    Norton, C. Continence. A helping handle. Nurs Times. 1993 Apr 21-27; 89: 76-78

3965    Norton, C. Continence. A success story. Nurs Times. 1990 Aug 15-21; 86: 72

3219    Norton, C. Continence. Continent's provision. Nurs Times. 1992 Oct 28-Nov 3; 88: 76-78

3268    Norton, C. Incontinence in old age. Nurs Elder. 1992 Jul-Aug; 4: 17-18

3862    Norton, C. Nurse prescribing. Prescribing rights. Nurs Stand. 1990 Nov 14-20; 5: 4-5

43133    Norton, C. Providing appropriate services for continence: an overview. Nurs Stand. 1996 Jun 26; 10: 41-5

43786    Norton, C., Fader, M. Continence management. Elder Care. 1994 Nov-Dec; 6: 23-7

12046    Norton, K. R., Bhat, A. V., Stanton, S. L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic. BMJ. 1990 Aug 4; 301: 271-2

3956    Norton, K.R., Bhat, A.V., and Stanton, S.L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic [see comments]. Bmj. 1990 Aug 4; 301: 271-272

11641    Norton, P. A., Baker, J. E. Postural changes can reduce leakage in women with stress urinary incontinence. Obstet Gynecol. 1994 Nov; 84: 770-4

31637    Norton, P. A., Baker, J. E., Sharp, H. C., Warenski, J. C. Genitourinary prolapse and joint hypermobility in women. Obstet Gynecol. 1995 Feb; 85: 225-8

10071    Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of stress urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 40-8

Case 2:12-md-02327 Document 3080-10 Filed 05/13/16 Page 390 of 300 4 ageID #: 202849

---

43813  Norton, P., Karram, M., Wall, L. L., Rosenzweig, B., Benson, J. T., Fantl, J. A. Randomized double-blind trial of terodiline in the treatment of urge incontinence in women. Obstet Gynecol. 1994 Sep; 84: 386-91

4030  Norton, P.A. Diagnostic evaluation: additional urodynamic testing. Clin Obstet Gynecol. 1990 Jun; 33: 325-329

4033  Norton, P.A. Prevalence and social impact of urinary incontinence in women. Clin Obstet Gynecol. 1990 Jun; 33: 295-297

43389  Notelovitz, M. Estrogen therapy in the management of problems associated with urogenital ageing: a simple diagnostic test and the effect of the route of hormone administration. Maturitas. 1995 Dec; 22 Suppl: S31-3

43903  Novell, J. R., Osborne, M. J., Winslet, M. C., Lewis, A. A. Prospective randomized trial of Ivalon sponge versus sutured rectopexy for full-thickness rectal prolapse. Br J Surg. 1994 Jun; 81: 904-6

31572  Noyes, W. R., Bastin, K., Edwards, S. A., Buchler, D. A., Stitt, J. A., Thomadsen, B. R., Fowler, J. F., Kinsella, T. J. Postoperative vaginal cuff irradiation using high dose rate remote afterloading: a phase II clinical protocol. Int J Radiat Oncol Biol Phys. 1995 Jul 30; 32: 1439-43

40706  Nuininga, J. E., Feitz, W. F., van Dael, K. C., de Gier, R. P., Cornelissen, E. A. Urological complications in pediatric renal transplantation. Eur Urol. 2001 May; 39: 598-602

43575  Nunns, D., Higgins, S. P., Hamad, H., Haye, K. R. An unusual cause of incontinence. Genitourin Med. 1995 Jun; 71: 197-8

40372  Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urgency, urge incontinence and voiding symptoms in men and women aged 70 years and over. BJU Int. 2002 Mar; 89: 350-5

51310  Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urinary incontinence in a Finnish population aged 70 and over. Prevalence of types, associated factors and self-reported treatments. Scand J Prim Health Care. 2003 Sep; 21: 182-7

55890  Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Predictors of institutionalization in an older population during a 13-year period: the effect of urge incontinence. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 756-62

57150  Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Urgency and urge incontinence in an older population: ten-year changes and their association with mortality. Aging Clin Exp Res. 2002 Oct; 14: 412-9

3051  Nurse, D.E., Britton, J.P., and Mundy, A.R. Relative indications for orthotopic lower urinary tract reconstruction, continent urinary diversion and conduit urinary diversion. Br J Urol. 1993 May; 71: 562-565

42824  Nyberg, L., Gustafson, Y. Fall prediction index for patients in stroke rehabilitation. Stroke. 1997 Apr; 28: 716-21

43683  Nygaard, I. E. Prevention of exercise incontinence with mechanical devices. J Reprod Med. 1995 Feb; 40: 89-94

11174  Nygaard, I. E. Does prolonged high-impact activity contribute to later urinary incontinence? A retrospective cohort study of female Olympians. Obstet Gynecol. 1997 Nov; 90: 718-22

43030  Nygaard, I. E. Nonoperative management of urinary incontinence. Curr Opin Obstet Gynecol. 1996 Oct; 8: 347-50

43340  Nygaard, I. E. Postvoid residual volume cannot be accurately estimated by bimanual examination. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 74-6

11376  Nygaard, I. E., Glowacki, C., Saltzman, C. L. Relationship between foot flexibility and urinary incontinence in nulliparous varsity athletes. Obstet Gynecol. 1996 Jun; 87: 1049-51

11467  Nygaard, I. E., Kreder, K. J., Lepic, M. M., Fountain, K. A., Rhomberg, A. T. Efficacy of pelvic floor muscle exercises in women with stress, urge, and mixed urinary incontinence. Am J Obstet Gynecol. 1996 Jan; 174: 120-5

11332  Nygaard, I. E., Lemke, J. H. Urinary incontinence in rural older women: prevalence, incidence and remission. J Am Geriatr Soc. 1996 Sep; 44: 1049-54

59014  Nygaard, I. E., McCreery, R., Brubaker, L., Connolly, A., Cundiff, G., Weber, A. M., Zyczynski, H. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol. 2004 Oct; 104: 805-23

| | |
|---|---|
| 11664 | Nygaard, I. E., Thompson, F. L., Svengalis, S. L., Albright, J. P. Urinary incontinence in elite nulliparous athletes. Obstet Gynecol. 1994 Aug; 84: 183-7 |
| 12072 | Nygaard, I., DeLancey, J. O., Arnsdorf, L., Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-51 |
| 4086 | Nygaard, I., DeLancey, J.O., Arnsdorf, L., and Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-851 |
| 10654 | Nygaard, I., Holcomb, R. Reproducibility of the seven-day voiding diary in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 15-7 |
| 42369 | Nygaard, I., Linder, M. Thirst at work--an occupational hazard?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 340-3 |
| 57510 | Nygaard, I., Turvey, C., Burns, T. L., Crischilles, E., Wallace, R. Urinary incontinence and depression in middle-aged United States women. Obstet Gynecol. 2003 Jan; 101: 149-56 |
| 43718 | Nygaard, I., Zmolek, G. Exercise pad testing in continent exercisers: reproducibility and correlation with voided volume, pyridium staining, and type of exercise. Neurourol Urodyn. 1995; 14: 125-9 |
| 44535 | Oakeshott, P., Hunt, G. M. Urinary incontinence in women. BMJ. 1992 Jan 25; 304: 255 |
| 3246 | Oakeshott, P., Hunt, G.M. Intermittent self catheterization for patients with urinary incontinence or difficulty emptying the bladder. Br J Gen Pract. 1992 Jun; 42: 253-255 |
| 3478 | Oakeshott, P., Hunt, G.M. Urinary incontinence in women [letter; comment]. Bmj. 1992 Jan 25; 304: 255 |
| 40014 | O'Boyle, A. L., Davis, G. D., Calhoun, B. C. Informed consent and birth: protecting the pelvic floor and ourselves. Am J Obstet Gynecol. 2002 Oct; 187: 981-3 |
| 44366 | O'Brien, D. P., Singh, J., Dias, P. S. Spinal epidermoid cyst and cauda equina syndrome in a teenage girl. Ir J Med Sci. 1992 Dec; 161: 675-8 |
| 43257 | O'Brien, J. Evaluating primary care interventions for incontinence. Nurs Stand. 1996 Feb 28; 10: 40-3 |
| 11912 | O'Brien, J. Measuring and treating urinary incontinence. Nurs Times. 1992 Apr 1-7; 88: 51-2 |
| 3533 | OBrien, J., Austin, M., Sethi, P., and OBoyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse [see comments]. Bmj. 1991 Nov 23; 303: 1308-1312 |
| 44598 | O'Brien, J., Austin, M., Sethi, P., O'Boyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse. BMJ. 1991 Nov 23; 303: 1308-12 |
| 43412 | O'Brien, J., Long, H. Urinary incontinence: long term effectiveness of nursing intervention in primary care. BMJ. 1995 Nov 4; 311: 1208 |
| 44386 | O'Connell, H. E., MacGregor, R. J., Russell, J. M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-44 |
| 43455 | O'Connell, H. E., McGuire, E. J., Aboseif, S., Usui, A. Transurethral collagen therapy in women. J Urol. 1995 Oct; 154: 1463-5 |
| 10887 | O'Connell, H. E., McKertich, K. M. Common urological problems in women. Aust Fam Physician. 1998 Dec; 27: 1098-104 |
| 3186 | OConnell, H.E., MacGregor, R.J., and Russell, J.M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-544 |
| 40960 | O'Connell-Gifford, E. Contact dermatitis complicated by environment. Ostomy Wound Manage. 2000 Sep; 46: 16-7 |
| 11019 | O'Connor, R. A. Impact of surgery for stress incontinence on morbidity. Treatment needs to be based on objective assessment rather than on symptoms. BMJ. 1998 Jul 11; 317: 143-4; discussion 144 |
| 10798 | O'Connor, R. A. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Jun; 106: 613-4 |

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 41334 | Odejinmi, F. Advances in women's health. Practitioner. 2000 Mar; 244: 214-6, 219-20, 222-3 |
| 44568 | O'Donnell, B. F., Drachman, D. A., Barnes, H. J., Peterson, K. E., Swearer, J. M., Lew, R. A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52 |
| 3430 | ODonnell, B.F., Drachman, D.A., Barnes, H.J., Peterson, K.E., Swearer, J.M., and Lew, R.A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52 |
| 3105 | ODonnell, P. Volume-interval relationship of incontinence episodes in elderly inpatient men. Urology. 1993 Apr; 41: 334-337 |
| 11929 | O'Donnell, P. D. Combined Raz urethral suspension and McGuire pubovaginal sling for treatment of complicated stress urinary incontinence. J Ark Med Soc. 1992 Jan; 88: 389-92 |
| 42483 | O'Donnell, P. D. Special considerations in elderly individuals with urinary incontinence. Urology. 1998 Feb; 51: 20-3 |
| 3824 | ODonnell, P.D., al-Juburi, A.Z. Microtip urethral pressure profile measurement in men. Urology. 1991 Feb; 37: 170-171 |
| 3626 | ODonnell, P.D., Beck, C. Urinary incontinence volume patterns in elderly inpatient men. Urology. 1991 Aug; 38: 128-131 |
| 4168 | ODonnell, P.D., Beck, C., and Walls, R.C. Serial incontinence assessment in elderly inpatient men. J Rehabil Res Dev. 1990 Winter; 27: 1-8 |
| 3868 | ODonnell, P.D., Brookover, T., Hewett, M., and al-Juburi, A.Z. Continence level following radical prostatectomy. Urology. 1990 Dec; 36: 511-512 |
| 3801 | ODonnell, P.D., Calandro, V.J., 2d. Incontinence management scale for elderly inpatient men. Urology. 1991 Mar; 37: 220-223 |
| 3717 | ODonnell, P.D., Doyle, R. Biofeedback therapy technique for treatment of urinary incontinence. Urology. 1991 May; 37: 432-436 |
| 4020 | ODonnell, P.D., Finkbeiner, A.E., and Beck, C. Urinary incontinence volume measurement in elderly male inpatients. Urology. 1990 Jun; 35: 499-503 |
| 11780 | O'Dowd, T. C. Management of urinary incontinence in women. Br J Gen Pract. 1993 Oct; 43: 426-9 |
| 43945 | O'Dowd, T. C. Urinary incontinence in women--a conundrum. Br J Gen Pract. 1994 Apr; 44: 147-8 |
| 56910 | Oertel, W. H., Wachter, T., Quinn, N. P., Ulm, G., Brandstadter, D. Reduced genital sensitivity in female patients with multiple system atrophy of parkinsonian type. Mov Disord. 2003 Apr; 18: 430-2 |
| 3992 | Oesterling, J.E., Gearhart, J.P. Utilization of ileal conduit in construction of continent urinary reservoir. Urology. 1990 Jul; 36: 15-19 |
| 11923 | O'Flynn, K. J., Murphy, R., Thomas, D. G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40 |
| 12002 | O'Flynn, K. J., Thomas, D. G. Artificial urinary sphincter insertion in congenital neuropathic bladder. Br J Urol. 1991 Feb; 67: 155-7 |
| 3486 | OFlynn, K.J., Murphy, R., and Thomas, D.G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40 |
| 10290 | Oge, O. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Sep; 166: 1009-10 |
| 41412 | Oge, O., Tekgul, S., Ergen, A., Kendi, S. Urothelium-preserving augmentation cystoplasty covered with a peritoneal flap. BJU Int. 2000 May; 85: 802-5 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**54220**   Oglesby, P. A., Carter, A. Ultrasonographic diagnosis of unilateral ectopic ureter in a Labrador dog. J S Afr Vet Assoc. 2003 Sep; 74: 84-6

**11878**   Ogundipe, A., Rosenzweig, B. A., Karram, M. M., Blumenfeld, D., Bhatia, N. N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-6

**3312**   Ogundipe, A., Rosenzweig, B.A., Karram, M.M., Blumenfeld, D., and Bhatia, N.N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-176

**43626**   Oh, C., Divino, C. M., Steinhagen, R. M. Anal fissure. 20-year experience. Dis Colon Rectum. 1995 Apr; 38: 378-82

**41346**   Oi, S., Shimoda, M., Shibata, M., Honda, Y., Togo, K., Shinoda, M., Tsugane, R., Sato, O. Pathophysiology of long-standing overt ventriculomegaly in adults. J Neurosurg. 2000 Jun; 92: 933-40

**3534**   Ojanuga, D. Preventing birth injury among women in Africa: case studies in northern Nigeria. Am J Orthopsychiatry. 1991 Oct; 61: 533-539

**11091**   Okada, H., Sengoku, J., Gohji, K., Arakawa, S., Kamidono, S. Clinical effect of propiverine in patients with urge or stress incontinence. Kobe University Incontinence Study Group. Hinyokika Kiyo. 1998 Jan; 44: 65-9

**41646**   Okada, N., Igawa, Y., Nishizawa, O. Functional electrical stimulation for detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 329-35

**42392**   Okada, N., Igawa, Y., Ogawa, A., Nishizawa, O. Transcutaneous electrical stimulation of thigh muscles in the treatment of detrusor overactivity. Br J Urol. 1998 Apr; 81: 560-4

**43058**   Okada, Y., Shichiri, Y., Terai, A., Kakehi, Y., Terachi, T., Arai, Y., Yoshida, O. Management of late complications of continent urinary diversion using the Kock pouch and the Indiana pouch procedures. Int J Urol. 1996 Sep; 3: 334-9

**42608**   Okkens, A. C., Kooistra, H. S., Nickel, R. F. Comparison of long-term effects of ovariectomy versus ovariohysterectomy in bitches. J Reprod Fertil Suppl. 1997; 51: 227-31

**10279**   Okonkwo, J. E., Obionu, C. O., Obiechina, N. J. Factors contributing to urinary incontinence and pelvic prolapse in Nigeria. Int J Gynaecol Obstet. 2001 Sep; 74: 301-3

**10125**   Okorocha, I., Cumming, G., Gould, I. Female urodynamics and lower urinary tract infection. BJU Int. 2002 Jun; 89: 863-7

**43060**   Okur, H., Kucikaydin, M., Kazez, A., Turan, C., Bozkurt, A. Genitourinary tract injuries in girls. Br J Urol. 1996 Sep; 78: 446-9

**50970**   Olah, K. S. Vaginal colposuspension: a new approach to an established continence procedure. J Obstet Gynaecol. 2003 Nov; 23: 687-8

**12104**   Olah, K. S., Bridges, N., Denning, J., Farrar, D. J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

**4187**   Olah, K.S., Bridges, N., Denning, J., and Farrar, D.J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

**3370**   Olbing, H. Management of the incontinent child in general practice. The paediatrician's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 126-134

**56890**   Olby, N., Levine, J., Harris, T., Munana, K., Skeen, T., Sharp, N. Long-term functional outcome of dogs with severe injuries of the thoracolumbar spinal cord: 87 cases (1996-2001). J Am Vet Med Assoc. 2003 Mar 15; 222: 762-9

**3118**   Oldbury, M. Continence. Hard won comfort. Nurs Times. 1992 Mar 25-31; 88: 86

---

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

41198    O'Leary, M. P., Gee, W. F., Holtgrewe, H. L., Blute, M. L., Cooper, T. P., Miles, B. J., Nellans, R. E., Thomas, R., Painter, M. R., Meyer, J. J., Naslund, M. J., Gormley, E. A., Blizzard, R., Fenninger, R. B. 1999 American Urological Association Gallup Survey: changes in physician practice patterns, treatment of incontinence and bladder cancer, and impact of managed care. J Urol. 2000 Oct; 164: 1311-6

3334    Oliver, H. Contracting for a continence service. Nurs Stand. 1992 Jun 10-16; 6: 25-27

44600    Oliver, J. R., Wheeless, C. R.,  Jr, Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-81

3538    Oliver, J.R., Wheeless, C.R., Jr., and Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-181

57660    Oliver, S., Fowler, C., Mundy, A., Craggs, M. Measuring the sensations of urge and bladder filling during cystometry in urge incontinence and the effects of neuromodulation. Neurourol Urodyn. 2003; 22: 7-16

42150    Olsen, A. L., Benson, J. T., McClellan, E. Urethral sphincter needle electromyography in women: comparison of periurethral and transvaginal approaches. Neurourol Urodyn. 1998; 17: 531-5

42827    Olsen, A. L., Smith, V. J., Bergstrom, J. O., Colling, J. C., Clark, A. L. Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 501-6

10936    Olson, M. E., Morck, D. W., Ceri, H., Lee, C. C., Chancellor, M. B. Evaluation of autologous fat implantation in the rat urinary bladder submucosa. Urology. 1998 Nov; 52: 915-9

40458    Olson, P. N., Kustritz, M. V., Johnston, S. D. Early-age neutering of dogs and cats in the United States (a review). J Reprod Fertil Suppl. 2001; 57: 223-32

10713    Olsson, I., Kroon, U. A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest. 1999; 48: 267-9

41625    O'Meara, B. Continence. Hidden dangers. Nurs Times. 1999 Aug 4-10; 95: 70, 73

52350    O'Neil, B., Gilmour, D. Approach to urinary incontinence in women. Diagnosis and management by family physicians. Can Fam Physician. 2003 May; 49: 611-8

40241    Ong, L. C., Lim, Y. N., Sofiah, A. Malaysian children with spina bifida: relationship between functional outcome and level of lesion. Singapore Med J. 2002 Jan; 43: 012-7

41634    Ong, N. C., Dwyer, P. L. Labial fusion causing voiding difficulty and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 391-3

43139    Oostra, K., Everaert, K., Van Laere, M. Urinary incontinence in brain injury. Brain Inj. 1996 Jun; 10: 459-64

44156    Oot-Giromini, B. A. Pressure ulcer prevalence, incidence and associated risk factors in the community. Decubitus. 1993 Sep; 6: 24-32

41550    Opeskin, K., Clarke, I., Berkovic, S. F. Prolactin levels in sudden unexpected death in epilepsy. Epilepsia. 2000 Jan; 41: 48-51

11566    Opsomer, R. J. Female urinary incontinence: imaging by or for the urologist. Acta Urol Belg. 1995 May; 63: 31-4

53310    Ord, T., Hilton, P. Anaesthesia for tension-free vaginal tape. Eur Urol. 2003 Feb; 43: 205-7; author reply 207

10961    Ordonez, E., Zivkovic, F., Moser, F., Tamussino, K. Inadvertent ureteral catheterizaion with a microtip catheter at cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 184-5

11666    Ordorica, R. C. Surgical repair of stress urinary incontinence. R I Med. 1994 Aug; 77: 275-7

41394    Ordorica, R. C., Masel, J., Seigne, J., Persky, L., Lockhart, J. L. Evaluation and management of mechanical dysfunction in continent colonic urinary reservoirs. J Urol. 2000 Jun; 163: 1679-84

11667    Ordorica, R., Stein, B. Incontinence: defining the problem. R I Med. 1994 Aug; 77: 262-3

40490    O'Reilly, B. A., Kosaka, A. H., Knight, G. F., Chang, T. K., Ford, A. P., Rymer, J. M., Popert, R., Burnstock, G., McMahon, S. B. P2X receptors and their role in female idiopathic detrusor instability. J Urol. 2002 Jan; 167: 157-64

---

**American Urological Association, Inc.**

SUI Guidelines Panel

10197    O'Reilly, K. J., Govier, F. E. Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series. J Urol. 2002 Mar; 167: 1356-8

53420    Oremus, M., Collet, J. P., Corcos, J., Shapiro, S. H. A survey of physician efficacy requirements to plan clinical trials. Pharmacoepidemiol Drug Saf. 2002 Dec; 11: 677-85

51430    Oremus, M., Collet, J. P., Shapiro, S. H., Penrod, J., Corcos, J. Surgery versus collagen for female stress urinary incontinence: economic assessment in Ontario and Quebec. Can J Urol. 2003 Aug; 10: 1934-44

44427    Orlander, J. D., Jick, S. S., Dean, A. D., Jick, H. Urinary tract infections and estrogen use in older women. J Am Geriatr Soc. 1992 Aug; 40: 817-20

3844    Orovan, W.L., Davis, I.R. Kock to urethra: continent functional bladder replacement. Can J Surg. 1990 Apr; 33: 91-94

40759    Orr, A., McVean, R. J., Webb, A. K., Dodd, M. E. Questionnaire survey of urinary incontinence in women with cystic fibrosis. BMJ. 2001 Jun 23; 322: 1521

43691    Ortiz, V., Goldenberg, S. Hypergastrinemia following gastrocystoplasty in rats. Urol Res. 1995; 23: 361-3

59212    Oskay, U. Y., Beji, N. K., Yalcin, O. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand. 2005 Jan; 84: 72-8

50820    Osman, T. Stress incontinence surgery for patients presenting with mixed incontinence and a normal cystometrogram. BJU Int. 2003 Dec; 92: 964-8

59127    Osmonov, D. K., Portillo, F. J. Re: functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2004 Jun; 171: 2388; author reply 2388-9

11045    Ostergard, D. R. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 321-2

11555    Ostergard, D. R. Urogynecology and pelvic reconstructive surgery: office preoperative evaluation of the incontinent female. Int J Gynaecol Obstet. 1995 Jul; 49 Suppl: S43-7

43674    Osterweil, D., Martin, M., Syndulko, K. Predictors of skilled nursing placement in a multilevel long-term-care facility. J Am Geriatr Soc. 1995 Feb; 43: 108-12

11028    Ostrzenski, A. Genuine stress urinary incontinence in women. New laparoscopic paravaginal reconstruction. J Reprod Med. 1998 Jun; 43: 477-82

10941    Ostrzenski, A., Osborne, N. G. Ultrasonography as a screening tool for paravaginal defects in women with stress incontinence: a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 195-9

11175    Ostrzenski, A., Osborne, N. G., Ostrzenska, K. Method for diagnosing paravaginal defects using contrast ultrasonographic technique. J Ultrasound Med. 1997 Oct; 16: 673-7

11577    O'Sullivan, D. C., Chilton, C. P., Munson, K. W. Should Stamey colposuspension be our primary surgery for stress incontinence?. Br J Urol. 1995 Apr; 75: 457-60

51580    O'Sullivan, R., Simons, A., Prashar, A., Anderson, P., Louey, M., Moore, K. H. Is objective cure of mild undifferentiated incontinence more readily achieved than that of moderate incontinence? Costs and 2-year outcome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 193-8; discussion 198

11757    Ou, C. S., Presthus, J., Beadle, E. Laparoscopic bladder neck suspension using hernia mesh and surgical staples. J Laparoendosc Surg. 1993 Dec; 3: 563-6

10802    Ou, C. S., Rowbotham, R. Five-year follow-up of laparoscopic bladder neck suspension using synthetic mesh and surgical staples. J Laparoendosc Adv Surg Tech A. 1999 Jun; 9: 249-52

42678    Ouslander, J. G. Aging and the lower urinary tract. Am J Med Sci. 1997 Oct; 314: 214-8

40716    Ouslander, J. G., Ai-Samarrai, N., Schnelle, J. F. Prompted voiding for nighttime incontinence in nursing homes: is it effective?. J Am Geriatr Soc. 2001 Jun; 49: 706-9

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 316 of 360 PageID #: 202855

42422    Ouslander, J. G., Buxton, W. G., Al-Samarrai, N. R., Cruise, P. A., Alessi, C., Schnelle, J. F. Nighttime urinary incontinence and sleep disruption among nursing home residents. J Am Geriatr Soc. 1998 Apr; 46: 463-6

10719    Ouslander, J. G., Cooper, E., Godley, D. Estrogen treatment for incontinence in frail older women. J Am Geriatr Soc. 1999 Nov; 47: 1383-4

40714    Ouslander, J. G., Greendale, G. A., Uman, G., Lee, C., Paul, W., Schnelle, J. Effects of oral estrogen and progestin on the lower urinary tract among female nursing home residents. J Am Geriatr Soc. 2001 Jun; 49: 803-7

42149    Ouslander, J. G., Nasr, S. Z., Miller, M., Withington, W., Lee, C. S., Wiltshire-Clement, M., Cruise, P., Schnelle, J. F. Arginine vasopressin levels in nursing home residents with nighttime urinary incontinence. J Am Geriatr Soc. 1998 Oct; 46: 1274-9

44123    Ouslander, J. G., Palmer, M. H., Rovner, B. W., German, P. S. Urinary incontinence in nursing homes: incidence, remission and associated factors. J Am Geriatr Soc. 1993 Oct; 41: 1083-9

43557    Ouslander, J. G., Schapira, M., Fingold, S., Schnelle, J. Accuracy of rapid urine screening tests among incontinent nursing home residents with asymptomatic bacteriuria. J Am Geriatr Soc. 1995 Jul; 43: 772-5

43643    Ouslander, J. G., Schapira, M., Schnelle, J. F. Urine specimen collection from incontinent female nursing home residents. J Am Geriatr Soc. 1995 Mar; 43: 279-81

43222    Ouslander, J. G., Schapira, M., Schnelle, J. F., Fingold, S. Pyuria among chronically incontinent but otherwise asymptomatic nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 420-3

43582    Ouslander, J. G., Schapira, M., Schnelle, J. F., Uman, G., Fingold, S., Tuico, E., Nigam, J. G. Does eradicating bacteriuria affect the severity of chronic urinary incontinence in nursing home residents?. Ann Intern Med. 1995 May 15; 122: 749-54

43638    Ouslander, J. G., Schnelle, J. F. Incontinence in the nursing home. Ann Intern Med. 1995 Mar 15; 122: 438-49

43583    Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Bates-Jensen, B. Predictors of successful prompted voiding among incontinent nursing home residents. JAMA. 1995 May 3; 273: 1366-70

43569    Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Jensen, B. B. Does oxybutynin add to the effectiveness of prompted voiding for urinary incontinence among nursing home residents? A placebo-controlled trial. J Am Geriatr Soc. 1995 Jun; 43: 610-7

40961    Ouslander, J. G., Shih, Y. T., Malone-Lee, J., Luber, K. Overactive bladder: special considerations in the geriatric population. Am J Manag Care. 2000 Jul; 6: S599-606

43221    Ouslander, J. G., Simmons, S., Schnelle, J., Uman, G., Fingold, S. Effects of prompted voiding on fecal continence among nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 424-8

43770    Ouslander, J. G., Simmons, S., Tuico, E., Nigam, J. G., Fingold, S., Bates-Jensen, B., Schnelle, J. F. Use of a portable ultrasound device to measure post-void residual volume among incontinent nursing home residents. J Am Geriatr Soc. 1994 Nov; 42: 1189-92

44979    Ouslander, J. G., Zarit, S. H., Orr, N. K., Muira, S. A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-5

41601    Ouslander, J., Johnson, T., Nasr, S., Schnelle, J., Miller, M. Atrial natriuretic peptide levels in geriatric patients with nocturia and nursing home residents with nighttime incontinence. J Am Geriatr Soc. 1999 Dec; 47: 1439-44

3111    Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., and Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-376

44251    Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-6

3508    Ouslander, J.G. Geriatric urinary incontinence. Dis Mon. 1992 Feb; 38: 65-149

4154    Ouslander, J.G. Urinary incontinence in nursing homes. J Am Geriatr Soc. 1990 Mar; 38: 289-291

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**3557** Ouslander, J.G. Urinary incontinence in the geriatric population. Nippon Ronen Igakkai Zasshi. 1991 Jul; 28: 484-492

**4015** Ouslander, J.G., Abelson, S. Perceptions of urinary incontinence among elderly outpatients. Gerontologist. 1990 Jun; 30: 369-372

**4075** Ouslander, J.G., Zarit, S.H., Orr, N.K., and Muira, S.A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-445

**3168** Overmeyer, S., Rothenberger, A., and Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-249

**44571** Overmeyer, S., Rothenberger, A., Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-9

**43553** Owen, D. C., Getz, P. A., Bulla, S. A comparison of characteristics of patients with completed stroke: those who achieve continence and those who do not. Rehabil Nurs. 1995 Jul-Aug; 20: 197-203

**10994** Owens, R. G., Karram, M. M. Comparative tolerability of drug therapies used to treat incontinence and enuresis. Drug Saf. 1998 Aug; 19: 123-39

**42446** Ozawa, H., Kumon, H., Ichikawa, T., Nagai, A., Ohmori, H. Urodynamic changes after endoscopic correction of vesicoureteral reflux. Int J Urol. 1998 Jan; 5: 103-5

**41172** Ozawa, H., Noma, S., Yoshida, Y., Sekine, H., Hashimoto, T. Acute disseminated encephalomyelitis associated with poliomyelitis vaccine. Pediatr Neurol. 2000 Aug; 23: 177-9

**30933** Ozcan, U., Gungor, T., Ekin, M., Eken, S. Sacrospinous fixation for the prolapsed vaginal vault. Gynecol Obstet Invest. 1999; 47: 65-8

**10757** Ozek, C., Gurler, T., Alper, M., Gundogan, H., Bilkay, U., Songur, E., Akin, Y., Cagdas, A. Modified McIndoe procedure for vaginal agenesis. Ann Plast Surg. 1999 Oct; 43: 393-6

**11073** Pace, J., Ballard, C. A., Klutke, J., Klutke, C., Kobak, W. Intraoperative transvesical cystoscopy for urogynecologic procedures. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 265-9

**10026** Paddison, K. Complying with pelvic floor exercises: a literature review. Nurs Stand. 2002 Jun 12-18; 16: 33-8

**41844** Page, A. Twelve years of hell. Nurs Times. 1999 May 5-11; 95: 65-6, 69

**44672** Page, S. W. Diethylstilboestrol--clinical pharmacology and alternatives in small animal practice. Aust Vet J. 1991 Jul; 68: 226-30

**10341** Pages, I. H., Jahr, S., Schaufele, M. K., Conradi, E. Comparative analysis of biofeedback and physical therapy for treatment of urinary stress incontinence in women. Am J Phys Med Rehabil. 2001 Jul; 80: 494-502

**59050** Paick, J. S., Ku, J. H., Kim, S. W., Oh, S. J., Son, H., Shin, J. W. Tension-free vaginal tape procedure for the treatment of mixed urinary incontinence: significance of maximal urethral closure pressure. J Urol. 2004 Sep; 172: 1001-5

**50120** Paick, J. S., Ku, J. H., Shin, J. W., Park, K. J., Kim, S. W., Oh, S. J. Shortening of tension-free vaginal tape for the treatment of recurrent incontinence. J Urol. 2004 Apr; 171: 1634

**59227** Paick, J. S., Ku, J. H., Shin, J. W., Park, K., Son, H., Oh, S. J., Kim, S. W. Significance of pad test loss for the evaluation of women with urinary incontinence. Neurourol Urodyn. 2005; 24: 39-43

**59035** Paick, J. S., Ku, J. H., Shin, J. W., Son, H., Oh, S. J., Kim, S. W. Tension-free vaginal tape procedure for urinary incontinence with low Valsalva leak point pressure. J Urol. 2004 Oct; 172: 1370-3

**10131** Pajoncini, C., Costantini, E., Guercini, F., Porena, M. Intrinsic sphincter deficiency: do the maximum urethral closure pressure and the Valsalva leak-point pressure identify different pathogenic mechanisms?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 30-5

**41868** Pakiam, A. S., Bergeron, C., Lang, A. E. Diffuse Lewy body disease presenting as multiple system atrophy. Can J Neurol Sci. 1999 May; 26: 127-31

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 398 of 500 PageID #: 202857

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

**42661** Palace, J., Chandiramani, V. A., Fowler, C. J. Value of sphincter electromyography in the diagnosis of multiple system atrophy. Muscle Nerve. 1997 Nov; 20: 1396-403

**42145** Palacio, M. M., Van Aalst, V. C., Perez Abadia, G. A., Stremel, R. W., Werker, P. M., Ren, X., Petty, G. D., Heilman, S. J., Van Savage, J. G., Garcia Fernandez, A., Kon, M., Tobin, G. R., Barker, J. H. Muscular urinary sphincter: electrically stimulated myoplasty for functional sphincter reconstruction. J Urol. 1998 Nov; 160: 1867-71

**41531** Palacios, S. Current perspectives on the benefits of HRT in menopausal women. Maturitas. 1999 Nov; 33 Suppl 1: S1-13

**59180** Palma, P. C., Dambros, M., Riccetto, C. Z., Thiel, M., Netto, N. R., Jr The Ibero-American experience with a re-adjustable minimally invasive sling. BJU Int. 2005 Feb; 95: 341-5

**11249** Palma, P. C., Riccetto, C. L., Herrmann, V., Netto, N. R., Jr Repeated lipoinjections for stress urinary incontinence. J Endourol. 1997 Feb; 11: 67-70

**11417** Palma, P. C., Riccetto, C. L., Netto Junior, N. R. Urethral pseudolipoma: a complication of periurethral lipo-injection for stress urinary incontinence in a woman. J Urol. 1996 Feb; 155: 646

**11234** Palmer, M. H. Pelvic muscle rehabilitation: where do we go from here?. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 98-105

**42721** Palmer, M. H. Response to Moore's commentary on 'Urinary continence changes after hip fracture repair'. Clin Nurs Res. 1997 Aug; 6: 300-1

**40431** Palmer, M. H. Urinary incontinence in nursing homes. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 4-5

**40034** Palmer, M. H., Baumgarten, M., Langenberg, P., Carson, J. L. Risk factors for hospital-acquired incontinence in elderly female hip fracture patients. J Gerontol A Biol Sci Med Sci. 2002 Oct; 57: M672-7

**41938** Palmer, M. H., Bennett, R. G., Marks, J., McCormick, K. A., Engel, B. T. Urinary incontinence: a program that works. J Long Term Care Adm. 1994 Summer; 22: 19-25

**53030** Palmer, M. H., Fitzgerald, S. Urinary incontinence in working women: a comparison study. J Womens Health (Larchmt). 2002 Dec; 11: 879-88

**41735** Palmer, M. H., Fitzgerald, S., Berry, S. J., Hart, K. Urinary incontinence in working women: an exploratory study. Women Health. 1999; 29: 67-82

**44590** Palmer, M. H., German, P. S., Ouslander, J. G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-12

**44509** Palmer, M. H., McCormick, K. A., Langford, A., Langlois, J., Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

**42855** Palmer, M. H., Myers, A. H., Fedenko, K. M. Urinary continence changes after hip-fracture repair. Clin Nurs Res. 1997 Feb; 6: 8-21; discussion 21-4

**3882** Palmer, M.H. Urinary incontinence. Nurs Clin North Am. 1990 Dec; 25: 919-934

**3467** Palmer, M.H., German, P.S., and Ouslander, J.G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-412

**3457** Palmer, M.H., McCormick, K.A., Langford, A., Langlois, J., and Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

**4170** Palmer, R.M. Ambulatory management of urinary incontinence in the frail elderly. Geriatrics. 1990 Mar; 45: 61-66

**10112** Palomba, S., Russo, T., Iuzzolino, D., Cosco, C., Noia, R., Arduino, B., Morelli, M., Zullo, F. Comparison between two laparoscopic retropubic urethropexy. Minerva Chir. 2002 Jun; 57: 323-9

**43547** Palumbo, M. V. Continence consultation for the rural homebound. Home Healthc Nurse. 1995 Jul-Aug; 13: 61-7; quiz 68-70

**10174** Palumbo, M. V. Pessary placement and management. Ostomy Wound Manage. 2000 Dec; 46: 40-5

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**11183**    Pandit, L., Ouslander, J. G. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci. 1997 Oct; 314: 228-31

**42271**    Pandita, R. K., Nylen, A., Andersson, K. E. Oxytocin-induced stimulation and inhibition of bladder activity in normal, conscious rats--influence of nitric oxide synthase inhibition. Neuroscience. 1998 Aug; 85: 1113-9

**3081**    Pang, D. Sacral agenesis and caudal spinal cord malformations. Neurosurgery. 1993 May; 32: 755-78;discussion778-9

**51350**    Pang, M. W., Chan, L. W., Yip, S. K. One-year urodynamic outcome and quality of life in patients with concomitant tension-free vaginal tape during pelvic floor reconstruction surgery for genitourinary prolapse and urodynamic stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 256-60; discussion 259-60

**41001**    Pannek, J. Vesicostomy in adult meningomyelocele patients. Reappraisal of an old technique. Int Urol Nephrol. 1999; 31: 643-5

**10274**    Pannek, J., Brands, F. H., Senge, T. Particle migration after transurethral injection of carbon coated beads for stress urinary incontinence. J Urol. 2001 Oct; 166: 1350-3

**11293**    Pannek, J., Haupt, G., Sommerfeld, H. J., Schulze, H., Senge, T. Urodynamic and rectomanometric findings in urinary incontinence. Scand J Urol Nephrol. 1996 Dec; 30: 457-60

**41858**    Pannek, J., Muller, M., Haupt, G. An unexpected complicationof the remote-controlled intraurethral valve pump for urinary incontinence. Urol Int. 1998; 61: 235-6

**42458**    Pannek, J., Sommerfeld, H. J. Ovarian cystoid causing Kock pouch incontinence. Urol Int. 1998; 60: 59-61

**3048**    Pannill, F.C., 3d. Urinary incontinence for the primary care physician. Conn Med. 1993 May; 57: 299-308

**41087**    Pannu, H. K., Kaufman, H. S., Cundiff, G. W., Genadry, R., Bluemke, D. A., Fishman, E. K. Dynamic MR imaging of pelvic organ prolapse: spectrum of abnormalities. Radiographics. 2000 Nov-Dec; 20: 1567-82

**43363**    Pantuck, A. J., Barone, J. G., Rosenfeld, D. L., Fleisher, M. H. Occult bilateral ectopic vaginal ureters causing urinary incontinence: diagnosis by computed tomography. Abdom Imaging. 1996 Jan-Feb; 21: 78-80

**10822**    Pantuck, A. J., Li, R. Z., Perrotti, M. Stamey needle passage of fascial pubovaginal sling after failed vesicourethropexy. Tech Urol. 1999 Mar; 5: 21-3

**40783**    Paolucci, S., Antonucci, G., Grasso, M. G., Pizzamiglio, L. The role of unilateral spatial neglect in rehabilitation of right brain- damaged ischemic stroke patients: a matched comparison. Arch Phys Med Rehabil. 2001 Jun; 82: 743-9

**10980**    Papa Petros, P. E. A cystocele may compensate for latent stress incontinence by stretching the vaginal hammock. Gynecol Obstet Invest. 1998; 46: 206-9

**11672**    Papa Petros, P. E. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Jul 18; 161: 171-2

**41574**    Papa Petros, P. E. Cure of urinary and fecal incontinence by pelvic ligament reconstruction suggests a connective tissue etiology for both. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 356-60

**41960**    Papa Petros, P. E. Detrusor instability and low compliance may represent different levels of disturbance in peripheral feedback control of the micturition reflex. Neurourol Urodyn. 1999; 18: 81-91

**11646**    Papa Petros, P. E. Tissue reaction to implanted foreign materials for cure of stress incontinence. Am J Obstet Gynecol. 1994 Oct; 171: 1159

**11003**    Papa Petros, P. E., Bush, M. B. A mathematical model for micturition gives new insights into pressure measurement and function. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 103-7

**11868**    Papa Petros, P. E., Ulmsten, U. An analysis of rapid pad testing and the history for the diagnosis of stress incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 529-36

**10846**    Papa Petros, P. E., Ulmsten, U. An anatomical classification--a new paradigm for management of urinary dysfunction in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 29-35

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

11190    Papa Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure II: vagina. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 69-73

40037    Papais-Alvarenga, R. M., Miranda-Santos, C. M., Puccioni-Sohler, M., de Almeida, A. M., Oliveira, S., Basilio De Oliveira, C. A., Alvarenga, H., Poser, C. M. Optic neuromyelitis syndrome in Brazilian patients. J Neurol Neurosurg Psychiatry. 2002 Oct; 73: 429-35

11247    Papasakelariou, C., Papasakelariou, B. Laparoscopic bladder neck suspension. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 185-9

53870    Paraiso, M. F., Muir, T. W., Sokol, A. I. Are midurethral slings the gold standard surgical treatment for primary genuine stress incontinence?. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 405-7

59221    Paraiso, M. F., Walters, M. D., Karram, M. M., Barber, M. D. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104: 1249-58

41358    Parazzini, F., Colli, E., Origgi, G., Surace, M., Bianchi, M., Benzi, G., Artibani, W. Risk factors for urinary incontinence in women. Eur Urol. 2000 Jun; 37: 637-43

57480    Parazzini, F., Lavezzari, M., Arbitani, W. Prevalence of overactive bladder and urinary incontinence. J Fam Pract. 2002 Dec; 51: 1072-5

42406    Park, J. M., Montie, J. E. Mechanisms of incontinence and retention after orthotopic neobladder diversion. Urology. 1998 Apr; 51: 601-9

42718    Park, T., Lee, S. Y. A test of missing completely at random for longitudinal data with missing observations. Stat Med. 1997 Aug 30; 16: 1859-71

41683    Park, T., Lee, S. Y. Simple pattern-mixture models for longitudinal data with missing observations: analysis of urinary incontinence data. Stat Med. 1999 Nov 15; 18: 2933-41

41487    Parker, L. J. Urinary catheter management: minimizing the risk of infection. Br J Nurs. 1999 May 13-26; 8: 563-6, 568, 570 passim

4055    Parkhouse, H.F., Woodhouse, C.R. Long-term status of patients with posterior urethral valves. Urol Clin North Am. 1990 May; 17: 373-378

51890    Parmet, S., Lynm, C., Glass, R. M. JAMA patient page. Stress incontinence. JAMA. 2003 Jul 16; 290: 426

43886    Parra, R. O., Cummings, J. M., Boullier, J. A. Simple detubularization technique for construction of continent colonic urinary reservoirs. Urology. 1994 Jul; 44: 35-7

12023    Parra, R. O., Shaker, L. Experience with a simplified technique for the treatment of female stress urinary incontinence. Br J Urol. 1990 Dec; 66: 615-7

3650    Parres, J.A., Kropp, K.A. Urodynamic evaluation of the continence mechanism following urethral lengthening-- reimplantation and enterocystoplasty. J Urol. 1991 Aug; 146: 535-538

11611    Partain-DeLisle, N. The use of laparoscopic surgery in the treatment of urinary stress incontinence. Minim Invasive Surg Nurs. 1995 Fall; 9: 118-22

10093    Partoll, L. M. Efficacy of tension-free vaginal tape with other pelvic reconstructive surgery. Am J Obstet Gynecol. 2002 Jun; 186: 1292-5; discussion 1295-8

3971    Parulkar, B.G., Barrett, D.M. Application of the AS-800 artificial sphincter for intractable urinary incontinence in females. Surg Gynecol Obstet. 1990 Aug; 171: 131-138

54370    Parwani, A. V., Rosenthal, D. L., Epstein, J. I., Ali, S. Z. Pathologic quiz case: a 3-year-old girl with dysuria and urinary incontinence. Primary embryonal rhabdomyosarcoma of the urinary bladder. Arch Pathol Lab Med. 2004 Mar; 128: 357-8

12102    Parys, B. T., Woolfenden, K. A., Parsons, K. F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-33

4161    Parys, B.T., Woolfenden, K.A., and Parsons, K.F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-133

---

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 321 of 300 PageID #: 202860

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

3576    Pasceri, P. Utilizing a prevention and treatment protocol for skin breakdown secondary to urinary incontinence. Ostomy Wound Manage. 1991 Sep-Oct; 36: 66-69

3363    Passerini-Glazel, G., Cisternino, A., Artibani, W., and Pagano, F. Ambulatory urodynamics: preliminary experience with vesico-urethral holter in children. Scand J Urol Nephrol Suppl. 1992; 141: 87-92

3364    Passerini-Glazel, G., Cisternino, A., Camuffo, M.C., Ferrarese, P., Aragona, F., and Artibani, W. Video-urodynamic studies of minor voiding dysfunctions in children: an overview of 13 years' experience. Scand J Urol Nephrol Suppl. 1992; 141: 70-84;discussion85-6

3829    Patel, A. Dry haricot bean: a new continence aid for elderly men?. Bmj. 1990 Dec 22-29; 301: 1432-1433

3991    Patel, J., Worthen, R., Abadir, R., Weaver, D.J., Weinstein, S., and Ross, G., Jr. Late results of combined iodine-125 and external beam radiotherapy in carcinoma of prostate. Urology. 1990 Jul; 36: 27-30

40273    Patel, M. D., Coshall, C., Rudd, A. G., Wolfe, C. D. Cognitive impairment after stroke: clinical determinants and its associations with long-term stroke outcomes. J Am Geriatr Soc. 2002 Apr; 50: 700-6

40609    Patel, M., Coshall, C., Lawrence, E., Rudd, A. G., Wolfe, C. D. Recovery from poststroke urinary incontinence: associated factors and impact on outcome. J Am Geriatr Soc. 2001 Sep; 49: 1229-33

41027    Patel, M., Coshall, C., Rudd, A. G., Wolfe, C. D. Natural history and effects on 2-year outcomes of urinary incontinence after stroke. Stroke. 2001 Jan; 32: 122-7

40664    Patel, P. M., Stock, J. A., Hanna, M. K., Lutzker, L. Ureteral triplication with ectopic upper pole moiety. Urology. 2001 Aug; 58: 279-80

3763    Paterson, H. Continence. Education wanted. Nurs Times. 1990 Nov 14-20; 86: 71

44694    Patial, R. K., Bansal, S. K., Sehgal, V. K., Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-3

3565    Patial, R.K., Bansal, S.K., Sehgal, V.K., and Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-493

10758    Patrick, D. L., Martin, M. L., Bushnell, D. M., Marquis, P., Andrejasich, C. M., Buesching, D. P. Cultural adaptation of a quality-of-life measure for urinary incontinence. Eur Urol. 1999 Nov; 36: 427-35

10906    Patrick, D. L., Martin, M. L., Bushnell, D. M., Yalcin, I., Wagner, T. H., Buesching, D. P. Quality of life of women with urinary incontinence: further development of the incontinence quality of life instrument (I-QOL). Urology. 1999 Jan; 53: 71-6

59053    Patry, G., Bolduc, S., Martineau, G., Fortin, D. Colovaginal fistula: an unusual complication of the tension-free vaginal tape procedure. J Urol. 2004 Sep; 172: 972-3

41747    Pattaras, J. G., Rushton, H. G., Majd, M. The role of 99mtechnetium dimercapto-succinic acid renal scans in the evaluation of occult ectopic ureters in girls with paradoxical incontinence. J Urol. 1999 Sep; 162: 821-5

40935    Patten, J. A case study in evidence-based wound management. Br J Nurs. 2000 Jun suppl; 9: S38-40, S42, S44 passim

10107    Pauliina, A., Jorma, P., Paula, I., Olavi, A. Intravaginal surface EMG probe design test for urinary incontinence patients. Acupunct Electrother Res. 2002; 27: 37-44

10829    Payne, C. K. A transvaginal sling procedure with bone anchor fixation. Urol Clin North Am. 1999 May; 26: 423-30, x

42485    Payne, C. K. Epidemiology, pathophysiology, and evaluation of urinary incontinence and overactive bladder. Urology. 1998 Feb; 51: 3-10

43964    Payne, C. K., Babiarz, J. W., Raz, S. Genitourinary problems in the elderly patient. Surg Clin North Am. 1994 Apr; 74: 401-29

3152    Payne, K.A., Hendrix, M.R., and Wade, W.J. Caudal bupivacaine for postoperative analgesia in pediatric lower limb surgery. J Pediatr Surg. 1993 Feb; 28: 155-157

September 2009    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3686-10 Filed 09/13/19 Page 322 of 390 PageID #: 202861

11635    Peacock, L. M., Wiskind, A. K., Wall, L. L. Clinical features of urinary incontinence and urogenital prolapse in a black inner-city population. Am J Obstet Gynecol. 1994 Dec; 171: 1464-9; discussion 1469-71

56180    Peake, S., Manderson, L. The constraints of a normal life: the management of urinary incontinence by middle aged women. Women Health. 2003; 37: 37-51

41701    Peake, S., Manderson, L., Potts, H. 'Part and parcel of being a woman': female urinary incontinence and constructions of control. Med Anthropol Q. 1999 Sep; 13: 267-85

43824    Pearce, K. L. Levels I and II--care in the outpatient setting. Nurse Pract Forum. 1994 Sep; 5: 146-51

44717    Pearman, J. W., Bailey, M., Riley, L. P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-90

3686    Pearman, J.W., Bailey, M., and Riley, L.P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-490

43113    Pearson, B. D., Kelber, S. Urinary incontinence: treatments, interventions, and outcomes. Clin Nurse Spec. 1996 Jul; 10: 177-82

3543    Pearson, B.D., Droessler, D. Problems of aging: urinary incontinence prevention. Health Care Women Int. 1991 Oct-Dec; 12: 443-450

3182    Pearson, B.D., Larson, J. Improving elders' continence state. Clin Nurs Res. 1992 Nov; 1: 430-439

53250    Peeker, I., Peeker, R. Early diagnosis and treatment of genuine stress urinary incontinence in women after pregnancy: midwives as detectives. J Midwifery Womens Health. 2003 Jan-Feb; 48: 60-6

42883    Peeker, R., Damber, J. E., Hjalmas, K., Sjodin, J. G., von Zweibergk, M. The urological fate of young adults with myelomeningocele: a three decade follow-up study. Eur Urol. 1997; 32: 213-7

10027    Peeker, R., Edlund, C., Wennberg, A. L., Fall, M. The treatment of sphincter incontinence with periurethral silicone implants (macroplastique). Scand J Urol Nephrol. 2002; 36: 194-8

43247    Peet, S. M., Castleden, C. M., McGrother, C. W., Duffin, H. M. The management of urinary incontinence in residential and nursing homes for older people. Age Ageing. 1996 Mar; 25: 139-43

3218    Peggs, J.F. Urinary incontinence in the elderly: pharmacologic therapies. Am Fam Physician. 1992 Dec; 46: 1763-1769

43577    Peguero, E., Abou-Khalil, B., Fakhoury, T., Mathews, G. Self-injury and incontinence in psychogenic seizures. Epilepsia. 1995 Jun; 36: 586-91

55570    Pehrson, R., Stenman, E., Andersson, K. E. Effects of tramadol on rat detrusor overactivity induced by experimental cerebral infarction. Eur Urol. 2003 Oct; 44: 495-9

10169    Pelosi, M. A., 2nd., Pelosi, M. A., 3rd, Pelekanos, M. The YAMA UroPatch sling for treatment of female stress urinary incontinence: a pilot study. J Laparoendosc Adv Surg Tech A. 2002 Feb; 12: 27-33

11335    Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted pubovaginal sling procedure for the treatment of stress urinary incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 593-600

11078    Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted transperineal needle suspension of the bladder neck. J Am Assoc Gynecol Laparosc. 1998 Feb; 5: 39-46

10852    Pelosi, M. A., 3rd, Pelosi, M. A. Pubic bone suburethral stabilization sling: laparoscopic assessment of a transvaginal operation for the treatment of stress urinary incontinence. J Laparoendosc Adv Surg Tech A. 1999 Feb; 9: 45-50

11212    Pelosi, M. A., 3rd, Pelosi, M. A. Stress urinary incontinence. Laparoscopically assisted transvaginal needle suspension. J Reprod Med. 1997 Jun; 42: 319-24

11055    Pelosi, M. A., 3rd, Pelosi, M. A. Transvaginal needle suspension with LeFort colpocleisis for stress incontinence and advanced uterovaginal prolapse in a high-risk patient. J Am Assoc Gynecol Laparosc. 1998 May; 5: 207-11

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**11056**  Pelosi, M. A., Papasakelariou, C., Pelosi, M. A.,  3rd Laparoscopic colposuspension with a transvaginal illuminator. J Am Assoc Gynecol Laparosc. 1998 May; 5: 179-82

**11402**  Pelsang, R. E., Bonney, W. W. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Mar; 166: 561-5

**43684**  Pena, A. Anorectal malformations. Semin Pediatr Surg. 1995 Feb; 4: 35-47

**41026**  Pena, A., Hong, A. Advances in the management of anorectal malformations. Am J Surg. 2000 Nov; 180: 370-6

**42408**  Pena, A., Kessler, O. Posterior cloaca: a unique defect. J Pediatr Surg. 1998 Mar; 33: 407-12

**42308**  Penalver, M. A., Angioli, R., Mirhashemi, R., Malik, R. Management of early and late complications of ileocolonic continent urinary reservoir (Miami pouch). Gynecol Oncol. 1998 Jun; 69: 185-91

**43302**  Penalver, M. A., Barreau, G., Sevin, B. U., Averette, H. E. Surgery for the treatment of locally recurrent disease. J Natl Cancer Inst Monogr. 1996; : 117-22

**59373**  Penning-van Beest, F. J., Sturkenboom, M. C., Bemelmans, B. L., Herings, R. M. Undertreatment of urinary incontinence in general practice. Ann Pharmacother. 2005 Jan; 39: 17-21

**12119**  Penttinen, J. Female genuine stress incontinence. A study with single cough urethrocystometry using a six-microtransducer catheter. Acta Obstet Gynecol Scand. 1990; 69: 673

**59347**  Pereira, C. E., Lynch, J. C. Spinal epidural abscess: an analysis of 24 cases. Surg Neurol. 2005; 63 Suppl 1: S26-9

**10168**  Pereyra, A. J. A simplified surgical procedure for the correction of stress incontinence in women. 1959. J Urol. 2002 Feb; 167: 1116-8; discussion 1119

**11349**  Perez, L. M., Smith, E. A., Broecker, B. H., Massad, C. A., Parrott, T. S., Woodard, J. R. Outcome of sling cystourethropexy in the pediatric population: a critical review. J Urol. 1996 Aug; 156: 642-6

**11350**  Perez, L. M., Smith, E. A., Parrott, T. S., Broecker, B. H., Massad, C. A., Woodard, J. R. Submucosal bladder neck injection of bovine dermal collagen for stress urinary incontinence in the pediatric population. J Urol. 1996 Aug; 156: 633-6

**41232**  Perez, L. M., Wilbanks, J. T., Joseph, D. B., Oakes, W. J. Urological outcome of patients with cervical and upper thoracic myelomeningocele. J Urol. 2000 Sep; 164: 962-4

**3260**  Perez, L.M., Webster, G.D. Successful outcome of artificial urinary sphincters in men with post-prostatectomy urinary incontinence despite adverse implantation features. J Urol. 1992 Oct; 148: 1166-1170

**40223**  Perez, M. A., Skinner, E. C., Meyerowitz, B. E. Sexuality and intimacy following radical prostatectomy: patient and partner perspectives. Health Psychol. 2002 May; 21: 288-93

**10809**  Perez, N., Garcier, J. M., Pin-Leveugle, J., Lhoste-Trouilloud, A., Ravel, A., McLaughlin, P., Viallet, J. F., Boyer, L. Dynamic magnetic resonance imaging of the female pelvis: radio-anatomy and pathologic applications. Preliminary results. Surg Radiol Anat. 1999; 21: 133-8

**40478**  Perez-Abadia, G., Van Aalst, V. C., Palacio, M. M., Werker, P. M., Ren, X., Van Savage, J., Fernandez, A. G., Kon, M., Barker, J. H. Gracilis muscle neosphincter for treating urinary incontinence. Microsurgery. 2001; 21: 271-80

**53990**  Perk, H., Oral, B., Yesildag, A., Serel, T. A., Ozsoy, M., Turgut, T. Magnetic resonance imaging for stress incontinence: evaluation of patients before and after surgical correction. Eur J Radiol. 2002 Oct; 44: 44-7

**53060**  Perk, H., Soyupek, S., Serel, T. A., Kosar, A., Sayin, A., Hoscan, M. B. Tension-free vaginal tape for surgical treatment of stress urinary incontinence: two years follow-up. Int J Urol. 2003 Mar; 10: 132-5

**43010**  Perkash, I. Vesicourethral dysfunction--neurogenic and nonneurogenic considerations. J Urol. 1996 Nov; 156: 1751-2

**10942**  Perkins, J. Vaginal weights for assessment and training of the pelvic floor. J Wound Ostomy Continence Nurs. 1998 Jul; 25: 206-16

---

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 324 of 300 PageID #: 202863

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

___

44661    Perlmutter, A. D., Weinstein, M. D., Reitelman, C. Vesical neck reconstruction in patients with episadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-5

3649    Perlmutter, A.D., Weinstein, M.D., and Reitelman, C. Vesical neck reconstruction in patients with episadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-615

42148    Perneger, T. V., Gaspoz, J. M., Rae, A. C., Borst, F., Heliot, C. Contribution of individual items to the performance of the Norton pressure ulcer prediction scale. J Am Geriatr Soc. 1998 Oct; 46: 1282-6

40778    Pernice, L. M., Bartalucci, B., Bencini, L., Borri, A., Catarzi, S., Kroning, K. Early and late (ten years) experience with circular stapler hemorrhoidectomy. Dis Colon Rectum. 2001 Jun; 44: 836-41

43417    Perrouin-Verbe, B., Labat, J. J., Richard, I., Mauduyt de la Greve, I., Buzelin, J. M., Mathe, J. F. Clean intermittent catheterisation from the acute period in spinal cord injury patients. Long term evaluation of urethral and genital tolerance. Paraplegia. 1995 Nov; 33: 619-24

3774    Perry, J.D., Hullett, L.T. The role of home trainers in Kegel's exercise program for the treatment of incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 46-8,50-7

41112    Perry, S., Shaw, C., Assassa, P., Dallosso, H., Williams, K., Brittain, K. R., Mensah, F., Smith, N., Clarke, M., Jagger, C., Mayne, C., Castleden, C. M., Jones, J., McGrother, C. An epidemiological study to establish the prevalence of urinary symptoms and felt need in the community: the Leicestershire MRC Incontinence Study. Leicestershire MRC Incontinence Study Team. J Public Health Med. 2000 Sep; 22: 427-34

10236    Persson, G., Barlow, L., Karlsson, A., Rosen, M., Stefansson, C. G., Theorell, T., Tull, P., Aberg, A. Chapter 3. Major health problems. Health in Sweden: The National Public Health Report 2001. Scand J Public Health. 2001; Suppl 58: 37-102

10354    Persson, J., Bergqvist, C. E., Wolner-Hanssen, P. An ultra-short perineal pad-test for evaluation of female stress urinary incontinence treatment. Neurourol Urodyn. 2001; 20: 277-85

10617    Persson, J., Bossmar, T., Wolner-Hanssen, P. Laparoscopic colposuspension: a short term urodynamic follow-up and a three-year questionnaire-study. Acta Obstet Gynecol Scand. 2000 May; 79: 414-20

10108    Persson, J., Iosif, C., Wolner-Hanssen, P. Risk factors for rejection of synthetic suburethral slings for stress urinary incontinence: a case-control study. Obstet Gynecol. 2002 Apr; 99: 629-34

53710    Persson, J., Teleman, P., Eten-Bergquist, C., Wolner-Hanssen, P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2002 Nov; 81: 1066-73

10690    Persson, J., Wolner-Hanssen, P. Laparoscopic Burch colposuspension for stress urinary incontinence: a randomized comparison of one or two sutures on each side of the urethra. Obstet Gynecol. 2000 Jan; 95: 151-5

10559    Persson, J., Wolner-Hanssen, P., Rydhstroem, H. Obstetric risk factors for stress urinary incontinence: a population- based study. Obstet Gynecol. 2000 Sep; 96: 440-5

59122    Pesce, F. Current management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 8-13

10413    Peschers, U. M., Fanger, G., Schaer, G. N., Vodusek, D. B., DeLancey, J. O., Schuessler, B. Bladder neck mobility in continent nulliparous women. BJOG. 2001 Mar; 108: 320-4

10516    Peschers, U. M., Jundt, K., Dimpfl, T. Differences between cough and Valsalva leak-point pressure in stress incontinent women. Neurourol Urodyn. 2000; 19: 677-81

55810    Peschers, U. M., Sultan, A. H., Jundt, K., Mayer, A., Drinovac, V., Dimpfl, T. Urinary and anal incontinence after vacuum delivery. Eur J Obstet Gynecol Reprod Biol. 2003 Sep 10; 110: 39-42

10569    Peschers, U. M., Tunn, R., Buczkowski, M., Perucchini, D. Tension-free vaginal tape for the treatment of stress urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 670-5

4054    Peters, C.A., Bauer, S.B. Evaluation and management of urinary incontinence after surgery for posterior urethral valves. Urol Clin North Am. 1990 May; 17: 379-387

4172    Peters, C.A., Hendren, W.H. Splitting the pubis for exposure in difficult reconstructions for incontinence. Urol Clin North Am. 1990 Feb; 17: 37-45

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 41841 | Peters, N. Eliminate the negative. Nurs Times. 1999 May 5-11; 95: 78 |
| 42522 | Peters, S. Don't ask, don't tell. Breaking the silence surrounding female urinary incontinence. Adv Nurse Pract. 1997 May; 5: 41-4 |
| 54870 | Peters, T. J., Horrocks, S., Stoddart, H., Somerset, M. Factors associated with variations in older people's use of community-based continence services. Health Soc Care Community. 2004 Jan; 12: 53-62 |
| 11557 | Peters, W. A., 3rd, Christenson, M. L. Fixation of the vaginal apex to the coccygeus fascia during repair of vaginal vault eversion with enterocele. Am J Obstet Gynecol. 1995 Jun; 172: 1894-900; discussion 1900-2 |
| 41864 | Petersen, T., Nielsen, J. B., Schroder, H. D. Intravesical capsaicin in patients with detrusor hyper-reflexia--a placebo-controlled cross-over study. Scand J Urol Nephrol. 1999 Apr; 33: 104-10 |
| 44973 | Peterson, J. S., Patton, A. J., Noronha-Blob, L. Mini-pig urinary bladder function: comparisons of in vitro anticholinergic responses and in vivo cystometry with drugs indicated for urinary incontinence. J Auton Pharmacol. 1990 Apr; 10: 65-73 |
| 44204 | Petrelli, N. J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-4 |
| 3047 | Petrelli, N.J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., and Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-404 |
| 41755 | Petri, E., Koelbl, H., Schaer, G. What is the place of ultrasound in urogynecology? A written panel. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 262-73 |
| 3752 | Petros, J.A., Catalona, W.J. Antegrade approach to radical retropubic prostatectomy in patients with difficult apical dissection. J Urol. 1991 May; 145: 994-997 |
| 52700 | Petros, P. Changes in bladder neck geometry and closure pressure after midurethral anchoring suggest a musculoelastic mechanism activates closure. Neurourol Urodyn. 2003; 22: 191-7 |
| 41114 | Petros, P. Influence of hysterectomy on pelvic-floor dysfunction. Lancet. 2000 Oct 7; 356: 1275 |
| 11072 | Petros, P. E. New ambulatory surgical methods using an anatomical classification of urinary dysfunction improve stress, urge and abnormal emptying. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 270-7 |
| 11066 | Petros, P. E. Re: change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal stimulation. Bo K, Talseth T. Int Urogynecol J 1997;8:3-7. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 318 |
| 43294 | Petros, P. E. Re: Farrell SA and Tynskl G. 'The effect of urethral pressure variation in women.' Int Urogynecol J 1996;7:87-93. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 274 |
| 11085 | Petros, P. E. Symptoms of defective emptying and raised residual urine may arise from ligamentous laxity in the posterior vaginal fornix. Gynecol Obstet Invest. 1998; 45: 105-8 |
| 10963 | Petros, P. E. The pubourethral ligaments--an anatomical and histological study in the live patient. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 154-7 |
| 11847 | Petros, P. E., Ulmsten, U. Bladder instability in women: a premature activation of the micturition reflex. Neurourol Urodyn. 1993; 12: 235-9 |
| 11845 | Petros, P. E., Ulmsten, U. Natural volume handwashing urethrocystometry: a physiological technique for the objective diagnosis of the unstable detrusor. Gynecol Obstet Invest. 1993; 36: 42-6 |
| 11189 | Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure I: muscle forces. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 74-80 |
| 11906 | Petros, P. E., Ulmsten, U. Stress incontinence following vaginal repair. Acta Obstet Gynecol Scand. 1992 May; 71: 323 |
| 11766 | Petros, P. E., Ulmsten, U. Tests for 'detrusor instability' in women. These mainly measure the urethral resistance created by pelvic floor contraction acting against a premature activation of the micturition reflex. Acta Obstet Gynecol Scand. 1993 Nov; 72: 661-7 |

**American Urological Association, Inc.**

SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

11549    Petros, P. E., Ulmsten, U. Urethral and bladder neck closure mechanisms. Am J Obstet Gynecol. 1995 Jul; 173: 346-8

11626    Petros, P. E., Ulmsten, U. Urethral pressure increase on effort originates from within the urethra, and continence from musculovaginal closure. Neurourol Urodyn. 1995; 14: 337-46; discussion 346-50

11852    Petros, P. E., Ulmsten, U. I. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephrol Suppl. 1993; 153: 1-93

12123    Petros, P. E., Ulmsten, U. I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 7-31

12130    Petros, P. E., Ulmsten, U. I. Cough transmission ratio: an indicator of suburethral vaginal wall tension rather than urethral closure?. Acta Obstet Gynecol Scand Suppl. 1990; 153: 37-9

12121    Petros, P. E., Ulmsten, U. I. Cure of stress incontinence by repair of external anal sphincter. Two case reports. Acta Obstet Gynecol Scand Suppl. 1990; 153: 75

12126    Petros, P. E., Ulmsten, U. I. Cure of urge incontinence by the combined intravaginal sling and tuck operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 61-2

12124    Petros, P. E., Ulmsten, U. I. Non stress non urge female urinary incontinence--diagnosis and cure: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 69-70

12131    Petros, P. E., Ulmsten, U. I. Pinch test for diagnosis of stress urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 33-5

12120    Petros, P. E., Ulmsten, U. I. Pregnancy effects on the intravaginal sling operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 77-8

12127    Petros, P. E., Ulmsten, U. I. The combined intravaginal sling and tuck operation. An ambulatory procedure for cure of stress and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 53-9

12122    Petros, P. E., Ulmsten, U. I. The role of a lax posterior vaginal fornix in the causation of stress and urgency symptoms: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 71-3

12125    Petros, P. E., Ulmsten, U. I. The tethered vagina syndrome, post surgical incontinence and I-plasty operation for cure. Acta Obstet Gynecol Scand Suppl. 1990; 153: 63-7

12129    Petros, P. E., Ulmsten, U. I. The tuck procedure: a simplified vaginal repair for treatment of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 41-2

12128    Petros, P. E., Ulmsten, U. I., Papadimitriou, J. The autogenic ligament procedure: a technique for planned formation of an artificial neo-ligament. Acta Obstet Gynecol Scand Suppl. 1990; 153: 43-51

10731    Petros, P. P. Medium-term follow-up of the intravaginal slingplasty operation indicates minimal deterioration of urinary continence with time. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 354-6

11302    Petros, P. P. The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female. Aust N Z J Obstet Gynaecol. 1996 Nov; 36: 453-61

10448    Petros, P. P., Skilling, P. M. Pelvic floor rehabilitation in the female according to the integral theory of female urinary incontinence. First report. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 264-9

10956    Petros, P. P., Ulmsten, U. An anatomical classification--a new paradigm for management of female lower urinary tract dysfunction. Eur J Obstet Gynecol Reprod Biol. 1998 Sep; 80: 87-94

10764    Petros, P. P., Von Konsky, B. Anchoring the midurethra restores bladder-neck anatomy and continence. Lancet. 1999 Sep 18; 354: 997-8

3299    Petros, P.E., Ulmsten, U. Stress incontinence following vaginal repair [letter]. Acta Obstet Gynecol Scand. 1992 May; 71: 323

45103    Petros, P.E., Ulmsten, U.I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 327 of 300 PageID #: 202866

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

3231  Petros, P.P., Ulmsten, U. Urge incontinence history is an accurate predictor of urge incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 537-539

11505  Petrou, S. P. Use of the Cobb-Ragde needle in pubovaginal sling surgery. Tech Urol. 1995 Fall; 1: 136-40

10864  Petrou, S. P., Brown, J. A., Blaivas, J. G. Suprameatal transvaginal urethrolysis. J Urol. 1999 Apr; 161: 1268-71

41223  Petrou, S. P., Elliott, D. S., Barrett, D. M. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56: 353-9

10372  Petrou, S. P., Frank, I. Complications and initial continence rates after a repeat pubovaginal sling procedure for recurrent stress urinary incontinence. J Urol. 2001 Jun; 165: 1979-81

40303  Petrou, S. P., Jones, J., Parra, R. O. Martius flap harvest site: patient self-perception. J Urol. 2002 May; 167: 2098-9

11113  Petrou, S. P., Kollmorgen, T. A. Valsalva leak point pressure and bladder volume. Neurourol Urodyn. 1998; 17: 3-7

10781  Petrou, S. P., Wan, J. VLPP in the evaluation of the female with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 254-9

10208  Petrou, S. P., Young, P. R. Rate of recurrent stress urinary incontinence after retropubic urethrolysis. J Urol. 2002 Feb; 167: 613-5

3215  Petrucci, K.E., Jacox, A., McCormick, K., Parks, P., Kjerulff, K., Baldwin, B., and Petrucci, P. Evaluating the appropriateness of a nurse expert system's patient assessment. Comput Nurs. 1992 Nov-Dec; 10: 243-249

40344  Pettersen, R., Dahl, T., Wyller, T. B. Prediction of long-term functional outcome after stroke rehabilitation. Clin Rehabil. 2002 Mar; 16: 149-59

42105  Peusch-Dreyer, D., Dreyer, K. H., Muller, C. D., Carl, U. Management of postoperative radiation injury of the urinary bladder by hyperbaric oxygen (HBO). Strahlenther Onkol. 1998 Nov; 174 Suppl 3: 99-100

10313  Peyrat, L., Boutin, J. M., Bruyere, F., Haillot, O., Fakfak, H., Lanson, Y. Intestinal perforation as a complication of tension-free vaginal tape procedure for urinary incontinence. Eur Urol. 2001 May; 39: 603-5

10189  Peyrat, L., Haillot, O., Bruyere, F., Boutin, J. M., Bertrand, P., Lanson, Y. Prevalence and risk factors of urinary incontinence in young and middle- aged women. BJU Int. 2002 Jan; 89: 61-6

50660  Peyromaure, M., Dayma, T., Zerbib, M. Development of a bladder stone following a tension-free vaginal tape intervention. J Urol. 2004 Jan; 171: 337

41615  Pfister, C., Dacher, J. N., Gaucher, S., Liard-Zmuda, A., Grise, P., Mitrofanoff, P. The usefulness of a minimal urodynamic evaluation and pelvic floor biofeedback in children with chronic voiding dysfunction. BJU Int. 1999 Dec; 84: 1054-7

11143  Pfister, C., Vallancien, G., Bougaran-Andre, J., Grise, P. Preliminary results of muscle cuff cervicoplasty in the ewe for the treatment of urinary incontinence. Eur Urol. 1997; 32: 448-54

41859  Pfister, S. M. Bladder diaries and voiding patterns in older adults. J Gerontol Nurs. 1999 Mar; 25: 36-41

44040  Pfister, S. M., Dougherty, M. C. Behavioral management for bladder control: response in selected rural residential care homes. J Community Health Nurs. 1994; 11: 155-64

41749  Phadke, S. R., Pahi, J., Pandey, A., Agarwal, S. S. Oral-facial-digital syndrome with acromelic short stature: a new variant--overlap with Ellis Van Creveld syndrome. Clin Dysmorphol. 1999 Jul; 8: 185-8

10421  Phelan, M. W., Franks, M., Somogyi, G. T., Yokoyama, T., Fraser, M. O., Lavelle, J. P., Yoshimura, N., Chancellor, M. B. Botulinum toxin urethral sphincter injection to restore bladder emptying in men and women with voiding dysfunction. J Urol. 2001 Apr; 165: 1107-10

54680  Phelps, J. Y., Lin, L., Liu, C. Y. Laparoscopic suburethral sling procedure. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 496-500

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

11288   Philippe, H. J., Perdu, M., Dompeyre, P., Wahid, A., Dien, D. T. Transvaginal colpo-urethropexy with fibrin sealant: 4 years-follow up in 23 cases. Eur J Obstet Gynecol Reprod Biol. 1996 Dec 27; 70: 157-8

2992   Phillips, E., Uehling, D.T. Hinman syndrome: a vicious cycle. Urology. 1993 Sep; 42: 317-9;discussion319-20

44669   Phillips, T. H., Ritchey, M. L., Dunn, C. D., Sarosdy, M. F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-61

11859   Phillips, T. H., Zeidman, E. J., Thompson, I. M. The fate of buried vaginal epithelium. J Urol. 1992 Dec; 148: 1941-3

3970   Phillips, T.H., Ritchey, M.L., and Beck, D.E. Technical aid for the complete removal of ureterointestinal anastomoses. Surg Gynecol Obstet. 1990 Aug; 171: 163-164

3668   Phillips, T.H., Ritchey, M.L., Dunn, C.D., and Sarosdy, M.F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-161

42050   Phillips, W. Data collection in continence care. Nurs Times. 1998 Oct 28-Nov 3; 94: 59-60

3147   Philp, J., Cottenden, A., and Ledger, D. Continence. A testing time. Nurs Times. 1993 Jan 27-Feb 2; 89: 59-62

3091   Philp, J., Cottenden, A., and Ledger, D. Continence. Mix and match. Nurs Times. 1993 Apr 21-27; 89: 70-74

3222   Philp, J., Cottenden, A., and Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72

44390   Philp, J., Cottenden, A., Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72

11907   Phua, S. M., Low, J. J., Chew, S. Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-42

3338   Phua, S.M., Low, J.J., and Chew S.Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-142

42489   Picchio, G. L., Hallous, H., Franceschetti, G. P., Marandola, P., Orlando, G. Correction of complete urogenital prolapse with infibulation. Arch Esp Urol. 1997 Dec; 50: 1137-9

43528   Piccini, C., Bracco, L., Falcini, M., Pracucci, G., Amaducci, L. Natural history of Alzheimer's disease: prognostic value of plateaux. J Neurol Sci. 1995 Aug; 131: 177-82

52270   Pickard, R., Reaper, J., Wyness, L., Cody, D. J., McClinton, S., N'Dow, J. Periurethral injection therapy for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD003881

45042   Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan 31; : 7-9

5239   Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan; 31: 7-9

11696   Pidutti, R. W., George, S. W., Morales, A. Correction of recurrent stress urinary incontinence by needle urethropexy with a vaginal wall sling. Br J Urol. 1994 Apr; 73: 418-22

11112   Pieber, D., Zivkovic, F., Tamussino, K. Timing of urethral pressure pulses before and after continence surgery. Neurourol Urodyn. 1998; 17: 19-23

3064   Pieper, B., Cleland, V. An external urine-collection device for women: a clinical trial. J ET Nurs. 1993 Mar-Apr; 20: 51-55

41945   Pierce, J. T. A 14-year-old victim of sexual assault with an imperforate hymen and urethral meatus tear. J Emerg Nurs. 1999 Apr; 25: 153-4

43828   Pierson, C. A. 'We share a certain passion'. Nurse Pract Forum. 1994 Sep; 5: 121

44725   Pike, J. G., Berardinucci, G., Hamburger, B., Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70; discussion 470-1

3672   Pike, J.G., Berardinucci, G., Hamburger, B., and Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70;discussion470-1

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 329 of 360 PageID #: 202868

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

40378   Piloni, V. Dynamic imaging of pelvic floor with transperineal sonography. Tech Coloproctol. 2001 Aug; 5: 103-5

57070   Pils, K., Neumann, F., Meisner, W., Schano, W., Vavrovsky, G., Van der Cammen, T. J. Predictors of falls in elderly people during rehabilitation after hip fracture--who is at risk of a second one?. Z Gerontol Geriatr. 2003 Feb; 36: 16-22

10641   Pinna, C., Zanardo, R., Cignarella, A., Bolego, C., Eberini, I., Nardi, F., Zancan, V., Puglisi, L. Diabetes influences the effect of 17beta-estradiol on mechanical responses of rat urethra and detrusor strips. Life Sci. 2000; 66: 617-27

56780   Pinter, A. B., Hock, A., Kajtar, P., Dober, I. Long-term follow-up of cancer in neonates and infants: a national survey of 142 patients. Pediatr Surg Int. 2003 Jun; 19: 233-9

3817   Pinter, A.B., Farkas, A.P. Urethral duplication with single bladder and multiple genitourinary abnormalities: an example of continent urinary diversion. J Pediatr Surg. 1990 Dec; 25: 1285-1286

42236   Pippi Salle, J. L., Capolicchio, G., Houle, A. M., Vernet, O., Jednak, R., O'Gorman, A. M., Montes, J. L., Farmer, J. P. Magnetic resonance imaging in children with voiding dysfunction: is it indicated?. J Urol. 1998 Sep; 160: 1080-3

50710   Pisarska, M., Sajdak, S. Lower urinary tract function after postoperative radiotherapy in the treatment of cervical cancer. Eur J Gynaecol Oncol. 2003; 24: 490-4

10207   Pit, M. J. Rare complications of tension-free vaginal tape procedure: late intraurethral displacement and early misplacement of tape. J Urol. 2002 Feb; 167: 647

53240   Pit, M. J., De Ruiter, M. C., Lycklama, A., Nijeholt AA, Marani, E., Zwartendijk, J. Anatomy of the arcus tendineus fasciae pelvis in females. Clin Anat. 2003 Mar; 16: 131-7

42711   Plaire, J. C., Pope, J. C., 4th, Kropp, B. P., Adams, M. C., Keating, M. A., Rink, R. C., Casale, A. J. Management of ectopic ureters: experience with the upper tract approach. J Urol. 1997 Sep; 158: 1245-7

41910   Plancke, H. R., Delaere, K. P., Pons, C. Indiana pouch in female patients with spinal cord injury. Spinal Cord. 1999 Mar; 37: 208-10

3863   Platts, L. Dispensing advice. Nurs Stand. 1990 Nov 14-20; 5: 14-15

42809   Pleym, H., Spigset, O. Peripheral neurologic deficits in relation to subarachnoid or epidural administration of local anesthetics for surgery. A survey of 21 cases. Acta Anaesthesiol Scand. 1997 Apr; 41: 453-60

10378   Podesta, M. L., Jordan, G. H. Pelvic fracture urethral injuries in girls. J Urol. 2001 May; 165: 1660-5

10638   Podnar, S., Lukanovi&cbreve;, A., Vodusek, D. B. Anal sphincter electromyography after vaginal delivery: neuropathic insufficiency or normal wear and tear?. Neurourol Urodyn. 2000; 19: 249-57

42552   Pohjasvaara, T., Erkinjuntti, T., Ylikoski, R., Hietanen, M., Vataja, R., Kaste, M. Clinical determinants of poststroke dementia. Stroke. 1998 Jan; 29: 75-81

40239   Pohl, H. G., Bauer, S. B., Borer, J. G., Diamond, D. A., Kelly, M. D., Grant, R., Briscoe, C. J., Doonan, G., Retik, A. B. The outcome of voiding dysfunction managed with clean intermittent catheterization in neurologically and anatomically normal children. BJU Int. 2002 Jun; 89: 923-7

11579   Polascik, T. J., Moore, R. G., Rosenberg, M. T., Kavoussi, L. R. Comparison of laparoscopic and open retropubic urethropexy for treatment of stress urinary incontinence. Urology. 1995 Apr; 45: 647-52

3489   Politano, V.A. Transurethral polytef injection for post-prostatectomy urinary incontinence. Br J Urol. 1992 Jan; 69: 26-28

44575   Pollack, M. H., Reiter, S., Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-27

3139   Pollack, M.H., Reiter, S., and Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-327

52820   Pollak, J. T., Jenkins, P., Kopka, S. L., Davila, G. W. Effect of genital prolapse on assessment of bladder neck mobility by the Q-tip test. Obstet Gynecol. 2003 Apr; 101: 662-5

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 59207 | Pollock, L. SUI after childbirth. RCM Midwives. 2004 Dec; 7: 504 |
| 55010 | Pollono, D., Tomarchia, S., Drut, R., Ibanez, O., Ferreyra, M., Cedola, J. Spinal cord compression: a review of 70 pediatric patients. Pediatr Hematol Oncol. 2003 Sep; 20: 457-66 |
| 43199 | Pomfret, I. Continence. Comprehensive care to order. Nurs Times. 1996 Apr 10-16; 92: 62-4 |
| 40052 | Pomfret, I. Developing a multidisciplinary continence service. Nurs Times. 2002 Jan 24-30; 98: 48 |
| 43762 | Pomfret, I. Promoting continence. Part III. Revision notes. Nurs Times. 1994 Nov 16-22; 90: suppl 9-12; quiz 13-4 |
| 55830 | Pomfret, I. J. Understanding post-micturition dribble incontinence in men. Nurs Times. 2003 Jul 22-28; 99: 56-7 |
| 3720 | Pomfret, I., Steele, W. Continence. A working service. Nurs Times. 1991 Apr 24-30; 87: 46-48 |
| 3166 | Pontes, J.E., Montie, J., Klein, E., and Huben, R. Salvage surgery for radiation failure in prostate cancer. Cancer. 1993 Feb 1; 71: 976-980 |
| 11948 | Poole, M. D., Postma, D. S. Characterization of cough associated with angiotensin-converting enzyme inhibitors. Otolaryngol Head Neck Surg. 1991 Nov; 105: 714-6 |
| 12118 | Porjazov, K. A ten-year follow-up of postoperative results of the treatment of urinary incontinence. Folia Med (Plovdiv). 1990; 32: 26-8 |
| 10742 | Porru, D., Madeddu, G., Campus, G., Montisci, I., Scarpa, R. M., Usai, E. Evaluation of morbidity of multi-channel pressure-flow studies. Neurourol Urodyn. 1999; 18: 647-52 |
| 59377 | Porru, D., Tinelli, C., Gerardini, M., Giliberto, G. L., Stancati, S., Rovereto, B. Evaluation of urinary and general symptoms and correlation with other clinical parameters in interstitial cystitis patients. Neurourol Urodyn. 2005; 24: 69-73 |
| 11737 | Porru, D., Usai, E. Standard and extramural ambulatory urodynamic investigation for the diagnosis of detrusor instability-correlated incontinence and micturition disorders. Neurourol Urodyn. 1994; 13: 237-42 |
| 10977 | Portera, J. C., Summitt, R. L., Jr Common operations for stress incontinence: selecting the correct operation. Clin Obstet Gynecol. 1998 Sep; 41: 712-8 |
| 42209 | Portera, S. G., Lipscomb, G. H. Pharmacologic therapy for urinary incontinence and voiding dysfunctions. Clin Obstet Gynecol. 1998 Sep; 41: 691-701 |
| 12117 | Poryazov, K. Modified Marshall-Marchetti-Krantz method by Joseph A. Riggs in urinary stress incontinence (our experience--a preliminary report). Folia Med (Plovdiv). 1990; 32: 26-9 |
| 12115 | Poryazov, K. Once more on G. Marion's operation in the treatment of urinary stress incontinence (in memoriam--70 years after its introduction). Folia Med (Plovdiv). 1990; 32: 20-2 |
| 12116 | Poryazov, K. The therapeutic effect of treatment of urinary stress incontinence with estriol. Folia Med (Plovdiv). 1990; 32: 16-9 |
| 40237 | Potter, J. M., Duffy, P. G., Gordon, E. M., Malone, P. R. Detrusor myotomy: a 5-year review in unstable and non-compliant bladders. BJU Int. 2002 Jun; 89: 932-5 |
| 3221 | Pottle, B. Continence. Equal rites for men. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 3767 | Pottle, B. Continence. Refining tools [editorial]. Nurs Times. 1990 Nov 14-20; 86: 58 |
| 3289 | Pottle, B. Pulling together. Nurs Times. 1992 Jul 29-Aug 4; 88: 68 |
| 3943 | Powell, L. Achieving continence. Nurs Elder. 1990 Jul-Aug; 2: 16,18 |
| 43724 | Powers, I., Lowman, S., Williams, D. Urinary incontinence: a study of teaching practices of nursing students. Ky Nurse. 1995 Jan-Mar; 43: 19-20 |
| 3809 | Powers, I., Williams, D. Urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 10-15 |
| 3212 | Powers, I., Williams, D. Urinary incontinence: helping a patient regain control. Nursing. 1992 Dec; 22: 46-47 |

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 431 of 908 PageID #: 202870

| | |
|---|---|
| 57060 | Prasad, R. S., Smith, S. J., Wright, H. Lower abdominal pressure versus external bladder stimulation to aid bladder emptying in multiple sclerosis: a randomized controlled study. Clin Rehabil. 2003 Feb; 17: 42-7 |
| 10581 | Prasad, S. A., Tannenbaum, E. L., Mikelsons, C. Physiotherapy in cystic fibrosis. J R Soc Med. 2000; 93 Suppl 38: 27-36 |
| 41455 | Prashar, S., Simons, A., Bryant, C., Dowell, C., Moore, K. H. Attitudes to vaginal/urethral touching and device placement in women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 4-8 |
| 43445 | Prasher, V. P., Filer, A. Behavioural disturbance in people with Down's syndrome and dementia. J Intellect Disabil Res. 1995 Oct; 39 ( Pt 5): 432-6 |
| 40405 | Prayson, R. A., Chowdhary, S., Woodhouse, S., Hanson, M., Nair, S. Collision of a syncytial meningioma and malignant astrocytoma. Ann Diagn Pathol. 2002 Feb; 6: 44-8 |
| 10109 | Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Immediate postpartum perineal examination as a predictor of puerperal pelvic floor dysfunction. Obstet Gynecol. 2002 Apr; 99: 581-4 |
| 10056 | Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Troiano, L., Guaschino, S. Perineal ultrasound evaluation of urethral angle and bladder neck mobility in women with stress urinary incontinence. BJOG. 2002 Jul; 109: 821-7 |
| 40864 | Preisser, J. S., Qaqish, B. F. Robust regression for clustered data with application to binary responses. Biometrics. 1999 Jun; 55: 574-9 |
| 4072 | Presti, J.C., Jr., Schmidt, R.A., Narayan, P.A., Carroll, P.R., and Tanagho, E.A. Pathophysiology of urinary incontinence after radical prostatectomy. J Urol. 1990 May; 143: 975-978 |
| 3346 | Prestwood, K.M., Besdine, R.W. Geriatric medicine. Jama. 1992 Jul 15; 268: 360-362 |
| 59043 | Price, N., Jackson, S. R. Clinical audit of the use of tension-free vaginal tape as a surgical treatment for urinary stress incontinence, set against NICE guidelines. J Obstet Gynaecol. 2004 Aug; 24: 534-8 |
| 11458 | Primus, G., Kramer, G. Maximal external electrical stimulation for treatment of neurogenic or non-neurogenic urgency and/or urge incontinence. Neurourol Urodyn. 1996; 15: 187-94 |
| 3927 | Primus, G., Pummer, K. Oxybutynin hydrochloride in the management of detrusor instability. Int Urol Nephrol. 1990; 22: 243-248 |
| 42087 | Pronsati, M. P. Breaking the silence. Adv Nurse Pract. 1998 Oct; 6: 9 |
| 42687 | Prosser, S., Dobbs, F. Case-finding incontinence in the over-75s. Br J Gen Pract. 1997 Aug; 47: 498-500 |
| 43936 | Proudfoot, L. M., Farmer, E. S., McIntosh, J. B. Testing incontinence pads using single-case research designs. Br J Nurs. 1994 Apr 14-27; 3: 316, 318-20, 322 passim |
| 10533 | Pruthi, R. S., Petrus, C. D., Bundrick, W. S., JR New onset vesicovaginal fistula after transurethral collagen injection in women who underwent cystectomy and orthotopic neobladder creation: presentation and definitive treatment. J Urol. 2000 Nov; 164: 1638-9 |
| 42590 | Publicover, C., Bear, M. The effect of bladder training on urinary incontinence in community- dwelling older women. J Wound Ostomy Continence Nurs. 1997 Nov; 24: 319-24 |
| 10657 | Punekar, S. V., Buch, D. N., Soni, A. B., Swami, G., Rao, S. R., Kinne, J. S., Karhadkar, S. S. Martius' labial fat pad interposition and its modification in complex lower urinary fistulae. J Postgrad Med. 1999 Jul-Sep; 45: 69-73 |
| 3930 | Purkiss, S.F. Assessment of residual urine in men following catheterisation [see comments]. Br J Urol. 1990 Sep; 66: 279-280 |
| 40145 | Pursley, H. G., Kwolek, D. S. A women's health track for internal medicine residents using evidence- based medicine. Acad Med. 2002 Jul; 77: 743-4 |
| 11031 | Pycha, A., Klingler, C. H., Haitel, A., Heinz-Peer, G., Marberger, M. Implantable microballoons: an attractive alternative in the management of intrinsic sphincter deficiency. Eur Urol. 1998; 33: 469-75 |
| 40737 | Pycha, A., Klingler, C. H., Reiter, W. J., Schroth, B., Haitel, A., Latal, D. Von Recklinghausen neurofibromatosis with urinary bladder involvement. Urology. 2001 Jul; 58: 106 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 43200 | Pyne, K., Stott, M. Continence. Delivering the best service. Nurs Times. 1996 Apr 10-16; 92: 60-2 |
| 59189 | Qiu, Y., DU, C., Shen, X. Transurethral resection in women with lower urinary tract symptoms. Int J Urol. 2004 Dec; 11: 1097-103 |
| 10804 | Quadri, G., Magatti, F., Belloni, C., Barisani, D., Natale, N. Marshall-Marchetti-Krantz urethropexy and Burch colposuspension for stress urinary incontinence in women with low pressure and hypermobility of the urethra: early results of a prospective randomized clinical trial. Am J Obstet Gynecol. 1999 Jul; 181: 12-8 |
| 11071 | Quadri, G., Magatti, F., Belloni, C., Mattioli, G. Transabdominal repair of cystocele by wedge colpectomy during combined abdominal-vaginal surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 278-83 |
| 42941 | Quattrocolo, G., Leombruni, S., Vaula, G., Bergui, M., Riva, A., Bradac, G. B., Bergamini, L. Autosomal dominant late-onset leukoencephalopathy. Clinical report of a new Italian family. Eur Neurol. 1997; 37: 53-61 |
| 57700 | Quek, M. L., Ginsberg, D. A. Long-term urodynamics followup of bladder augmentation for neurogenic bladder. J Urol. 2003 Jan; 169: 195-8 |
| 59089 | Quek, M. L., Ginsberg, D. A., Wilson, S., Skinner, E. C., Stein, J. P., Skinner, D. G. Pubovaginal slings for stress urinary incontinence following radical cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 219-21 |
| 11632 | Querleu, D., Debodinance, P., Crepin, G. Adverse tissue reaction after surgical management of stress incontinence with expanded polytetrafluoroethylene. Am J Obstet Gynecol. 1994 Dec; 171: 1674 |
| 10163 | Querleu, D., Narducci, F., Poulard, V., Lacaze, S., Occelli, B., Leblanc, E., Cosson, M. Modified radical vaginal hysterectomy with or without laparoscopic nerve-sparing dissection: a comparative study. Gynecol Oncol. 2002 Apr; 85: 154-8 |
| 44692 | Quinlan, D. M., Leonard, M. P., Brendler, C. B., Gearhart, J. P., Jeffs, R. D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-5 |
| 3698 | Quinlan, D.M., Leonard, M.P., Brendler, C.B., Gearhart, J.P., and Jeffs, R.D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-1155 |
| 43542 | Quinn, M. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Jul; 82: 998 |
| 56800 | Quinn, P., Goka, J., Richardson, H. Assessment of an electronic daily diary in patients with overactive bladder. BJU Int. 2003 May; 91: 647-52 |
| 56620 | Quint, E. H., Smith, Y. R., Bowerman, R. A., DeLancey, J. O. Spasticity of the pelvic floor mimicking an obstructive anomaly. J Pediatr Adolesc Gynecol. 2003 Apr; 16: 83-5 |
| 52070 | Qureshi, A., Nicolaou, J., Lynch, C. B., Anjum, M. I., Clay, J. Outcome of tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence--patients' perspective. J Obstet Gynaecol. 2003 May; 23: 297-300 |
| 40039 | Rabah, D. M., Spiess, P. E., Begin, L. R., Corcos, J. Tissue reaction of the rabbit urinary bladder to tension-free vaginal tape and porcine small intestinal submucosa. BJU Int. 2002 Oct; 90: 601-6 |
| 11007 | Rabin, J. M. Clinical use of the FemAssist device in female urinary incontinence. J Med Syst. 1998 Aug; 22: 257-71 |
| 44784 | Rabin, J. M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients. Arch Intern Med. 1991 Jan; 151: 201-3 |
| 43000 | Rabin, J. M., McNett, J., Badlani, G. H. A computerized voiding diary. J Reprod Med. 1996 Nov; 41: 801-6 |
| 44333 | Rabin, J. M., McNett, J., Badlani, G. H. Computerized voiding diary. Neurourol Urodyn. 1993; 12: 541-53; discussion 553-4 |
| 43267 | Rabin, J. M., McNett, J., Badlani, G. H. 'Compu-Void II': the computerized voiding diary. J Med Syst. 1996 Feb; 20: 19-34 |

3851    Rabin, J.M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients [letter; comment]. Arch Intern Med. 1991 Jan; 151: 201-203

11782    Raboy, A., Hakim, L. S., Ferzli, G., Antario, J. M., Albert, P. S. Extraperitoneal endoscopic vesicourethral suspension. J Laparoendosc Surg. 1993 Oct; 3: 505-8

11893    Rachagan, S. P., Mathews, A. Urinary incontinence caused by prazosin. Singapore Med J. 1992 Jun; 33: 308-9

10357    Rackley, R. R., Abdelmalak, J. B., Tchetgen, M. B., Madjar, S., Jones, S., Noble, M. Tension-free vaginal tape and percutaneous vaginal tape sling procedures. Tech Urol. 2001 Jun; 7: 90-100

42871    Rackley, R. R., Appell, R. A. Evaluation and medical management of female urinary incontinence. Cleve Clin J Med. 1997 Feb; 64: 83-92

43056    Rackley, R., Kursh, E. D. Evaluation and medical management of female urinary incontinence. Compr Ther. 1996 Sep; 22: 547-53

59123    Radley, S. C. Differential diagnosis of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 4-7

10469    Radley, S. C., Chapple, C. R., Bryan, N. P., Clarke, D. E., Craig, D. A. Effect of methoxamine on maximum urethral pressure in women with genuine stress incontinence: a placebo-controlled, double-blind crossover study. Neurourol Urodyn. 2001; 20: 43-52

10646    Radley, S. C., Chapple, C. R., Lee, J. A. Transurethral implantation of silicone polymer for stress incontinence: evaluation of a porcine model and mechanism of action in vivo. BJU Int. 2000 Apr; 85: 646-50

10397    Radley, S. C., Chapple, C. R., Mitsogiannis, I. C., Glass, K. S. Transurethral implantation of macroplastique for the treatment of female stress urinary incontinence secondary to urethral sphincter deficiency. Eur Urol. 2001 Apr; 39: 383-9

10246    Radley, S. C., Rosario, D. J., Chapple, C. R., Farkas, A. G. Conventional and ambulatory urodynamic findings in women with symptoms suggestive of bladder overactivity. J Urol. 2001 Dec; 166: 2253-8

11419    Radomski, S. B., Herschorn, S. Laparoscopic Burch bladder neck suspension: early results. J Urol. 1996 Feb; 155: 515-8

53210    Rafii, A., Darai, E., Haab, F., Samain, E., Levardon, M., Deval, B. Body mass index and outcome of tension-free vaginal tape. Eur Urol. 2003 Mar; 43: 288-92

54830    Raghavan, P., Raza, W. A., Ahmed, Y. S., Chamberlain, M. A. Prevalence of pressure sores in a community sample of spinal injury patients. Clin Rehabil. 2003 Dec; 17: 879-84

40103    Rahman, M., Gafur, M. A., Sarwar, J., Rahman, M. M. Urinary incontinence due to duplication of ureter--a case report. Mymensingh Med J. 2002 Jan; 11: 29-31

42121    Rai, G. S. Impact of urinary incontinence on quality of life. J Am Geriatr Soc. 1998 Nov; 46: 1480-1

3089    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Preservation of urinary continence and potency after cystoprostatectomy. Prog Clin Biol Res. 1992; 378: 125-132

3153    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Urinary continence following radical retropubic prostatectomy. Br J Urol. 1993 Jan; 71: 47-51

12056    Ramon, J., Mekras, J. A., Webster, G. D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8; discussion 108-9

3536    Ramon, J., Mekras, J., and Webster, G.D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-522

11940    Ramon, J., Mekras, J., Webster, G. D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-22

4005    Ramon, J., Mekras, J.A., and Webster, G.D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8;discussion108-9

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 394 of 300 PageID #: 202873

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 11649 | Ramoso-Jalbuena, J. Climacteric Filipino women: a preliminary survey in the Philippines. Maturitas. 1994 Oct; 19: 183-90 |
| 59191 | Ramsay, I. N. The treatment of stress incontinence--is there a role for laparoscopy?. BJOG. 2004 Dec; 111 Suppl 1: 49-52 |
| 11429 | Ramsay, I. N., Ali, H. M., Hunter, M., Stark, D., McKenzie, S., Donaldson, K., Major, K. A prospective, randomized controlled trial of inpatient versus outpatient continence programs in the treatment of urinary incontinence in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 260-3 |
| 44502 | Ramsay, I. N., Clancy, S., Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-5 |
| 11832 | Ramsay, I. N., Hilton, P., Cox, T. F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31 |
| 3420 | Ramsay, I.N., Clancy, S., and Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-365 |
| 3098 | Ramsay, I.N., Hilton, P., and Cox, T.F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31 |
| 57640 | Ramundo, J. M., Davis, K. E. State of the science: pathology and management of the patient with overactive bladder. Ostomy Wound Manage. 2002 Dec; 48: 22-7 |
| 42284 | Rana, S., D'Amico, F., Merenstein, J. H. Relationship of vitamin B12 deficiency with incontinence in older people. J Am Geriatr Soc. 1998 Jul; 46: 931-2 |
| 10309 | Rane, A. A comparison of bladder neck movement and elevation after tension free vaginal tape and colposuspension. BJOG. 2001 Jul; 108: 776 |
| 41813 | Rane, A. Incontinence in women. Don't suffer it. Aust Fam Physician. 1999 Jun; 28: 584-6 |
| 10916 | Rane, A. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Nov; 105: 1237 |
| 41205 | Rangnekar, N. P., Imdad Ali, N., Kaul, S. A., Pathak, H. R. Role of the martius procedure in the management of urinary-vaginal fistulas. J Am Coll Surg. 2000 Sep; 191: 259-63 |
| 40607 | Rannestad, T., Eikeland, O. J., Helland, H., Qvarnstrom, U. Are the physiologically and psychosocially based symptoms in women suffering from gynecological disorders alleviated by means of hysterectomy?. J Womens Health Gend Based Med. 2001 Jul-Aug; 10: 579-87 |
| 59295 | Rao, A. R., Karim, O. M., Motiwala, H. G. Urethral diverticula: a diagnostic dilemma. BJU Int. 2005 Mar; 95: 680-1 |
| 53700 | Rardin, C. R., Kohli, N., Rosenblatt, P. L., Miklos, J. R., Moore, R., Strohsnitter, W. C. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2002 Nov; 100: 893-7 |
| 53690 | Rardin, C. R., Rosenblatt, P. L., Kohli, N., Miklos, J. R., Heit, M., Lucente, V. R. Release of tension-free vaginal tape for the treatment of refractory postoperative voiding dysfunction. Obstet Gynecol. 2002 Nov; 100: 898-902 |
| 44048 | Rasmussen, A., Mouritsen, L., Dalgaard, A., Frimodt-Moller, C. Twenty-four hour pad weighing test: reproducibility and dependency of activity level and fluid intake. Neurourol Urodyn. 1994; 13: 261-5 |
| 3079 | Rasmussen, F., Lie, H.R., Hagelsteen, J.H., Lagergren, J., Borjeson, M.C., Lagerkvist, B., and Kohler, L. Nordic children with myelomeningocele. Parents' assessments of the handicap and physicians' classifications of the disabilities. Acta Paediatr. 1993 Mar; 82: 276-280 |
| 11226 | Rasmussen, K. L., Krue, S., Johansson, L. E., Knudsen, H. J., Agger, A. O. Obesity as a predictor of postpartum urinary symptoms. Acta Obstet Gynecol Scand. 1997 Apr; 76: 359-62 |
| 43142 | Ravalli, R., Brettschneider, N. Nursing assessment and management strategies for urinary incontinence. J Endourol. 1996 Jun; 10: 297-300 |

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 395 of 600 PageID #: 202874

| 40346 | Rawlings, C. A. Colposuspension as a treatment for urinary incontinence in spayed dogs. J Am Anim Hosp Assoc. 2002 Mar-Apr; 38: 107-10 |
| 41099 | Rawlings, C.A., Mahaffey, M. B., Chernosky, A., Huzella, L. Immediate urodynamic and anatomic response to colposuspension in female Beagles. Am J Vet Res. 2000 Nov; 61: 1353-7 |
| 40605 | Rawlings, C., Barsanti, J. A., Mahaffey, M. B., Bement, S. Evaluation of colposuspension for treatment of incontinence in spayed female dogs. J Am Vet Med Assoc. 2001 Sep 15; 219: 770-5 |
| 11620 | Rayome, R. G., King, C., King, T. Patient with nocturnal enuresis and stress incontinence after previous hysterectomy and radiation therapy for cervical cancer. J Wound Ostomy Continence Nurs. 1995 Jan; 22: 64-7 |
| 41567 | Raz, R., Gennesin, Y., Wasser, J., Stoler, Z., Rosenfeld, S., Rottensterich, E., Stamm, W. E. Recurrent urinary tract infections in postmenopausal women. Clin Infect Dis. 2000 Jan; 30: 152-6 |
| 11642 | Raz, S. Fistulas, diverticula and incontinence. J Urol. 1994 Nov; 152: 1458-9 |
| 12083 | Raz, S. Vaginal surgery for stress incontinence. J Am Geriatr Soc. 1990 Mar; 38: 345-7 |
| 11952 | Raz, S., Little, N. A., Juma, S., Sussman, E. M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-92 |
| 3599 | Raz, S., Little, N.A., Juma, S., and Sussman, E.M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-992 |
| 11816 | Raz, S., Nitti, V. W., Bregg, K. J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-30 |
| 3128 | Raz, S., Nitti, V.W., and Bregg, K.J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-730 |
| 43132 | Raz, S., Stothers, L., Young, G. P., Short, J., Marks, B., Chopra, A., Wahle, G. R. Vaginal wall sling for anatomical incontinence and intrinsic sphincter dysfunction: efficacy and outcome analysis. J Urol. 1996 Jul; 156: 166-70 |
| 11875 | Raz, S., Sussman, E. M., Erickson, D. B., Bregg, K. J., Nitti, V. W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-50 |
| 3279 | Raz, S., Sussman, E.M., Erickson, D.B., Bregg, K.J., and Nitti, V.W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-850 |
| 41215 | Razak, M., Sappani, K. Neurological recovery following posterior decompression of spinal secondaries. Med J Malaysia. 1998 Sep; 53 Suppl A: 6-11 |
| 12075 | Realini, J. P., Walters, M. D. Vaginal diaphragm rings in the treatment of stress urinary incontinence. J Am Board Fam Pract. 1990 Apr-Jun; 3: 99-103 |
| 11811 | Rechberger, T., Donica, H., Baranowski, W., Jakowicki, J. Female urinary stress incontinence in terms of connective tissue biochemistry. Eur J Obstet Gynecol Reprod Biol. 1993 May; 49: 187-91 |
| 10912 | Rechberger, T., Postawski, K., Jakowicki, J. A., Gunja-Smith, Z., Woessner, J. F., Jr Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol. 1998 Dec; 179: 1511-4 |
| 10303 | Reddy, A. P., DeLancey, J. O., Zwica, L. M., Ashton-Miller, J. A. On-screen vector-based ultrasound assessment of vesical neck movement. Am J Obstet Gynecol. 2001 Jul; 185: 65-70 |
| 56900 | Reddy, P. P., Redman, J. F. The management of childhood voiding dysfunction. J Ark Med Soc. 2003 Mar; 99: 295-8 |
| 32138 | Redman, J. F. Female urologic diagnostic techniques. Urol Clin North Am. 1990 Feb; 17: 5-8 |
| 54050 | Reed, H., Freeman, R. M., Waterfield, A., Adekanmi, O. Prevalence of bladder neck mobility in asymptomatic non-pregnant nulliparous volunteers. BJOG. 2004 Feb; 111: 172-5 |
| 43928 | Regensberg, D. Objective social continence: understanding continence. Nurs RSA. 1994 May; 9: 23-6 |
| 55790 | Reichle, J. K., Peterson, R. A., 2nd, Mahaffey, M. B., Schelling, C. G., Barthez, P. Y. Ureteral fibroepithelial polyps in four dogs. Vet Radiol Ultrasound. 2003 Jul-Aug; 44: 433-7 |

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

**55390**   Reichler, I. M., Hubler, M., Jochle, W., Trigg, T. E., Piche, C. A., Arnold, S. The effect of GnRH analogs on urinary incontinence after ablation of the ovaries in dogs. Theriogenology. 2003 Oct 15; 60: 1207-16

**3027**   Reid, C.J., Borzyskowski, M. Lower urinary tract dysfunction in cerebral palsy. Arch Dis Child. 1993 Jun; 68: 739-742

**12071**   Reid, G. C., DeLancey, J. O., Hopkins, M. P., Roberts, J. A., Morley, G. W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-8

**4085**   Reid, G.C., DeLancey, J.O., Hopkins, M.P., Roberts, J.A., and Morley, G.W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-858

**54120**   Reid, I. R., Eastell, R., Fogelman, I., Adachi, J. D., Rosen, A., Netelenbos, C., Watts, N. B., Seeman, E., Ciaccia, A. V., Draper, M. W. A comparison of the effects of raloxifene and conjugated equine estrogen on bone and lipids in healthy postmenopausal women. Arch Intern Med. 2004 Apr 26; 164: 871-9

**59166**   Reid, S. V., Parys, B. T. Long-term 5-year followup of the results of the vesica procedure. J Urol. 2005 Apr; 173: 1234-6

**10191**   Reilly, E. T., Freeman, R. M., Waterfield, M. R., Waterfield, A. E., Steggles, P., Pedlar, F. Prevention of postpartum stress incontinence in primigravidae with increased bladder neck mobility: a randomised controlled trial of antenatal pelvic floor exercises. BJOG. 2002 Jan; 109: 68-76

**40261**   Reilly, N. A matter of life or death. Urol Nurs. 2001 Apr; 21: 68

**57690**   Reinberg, Y., Crocker, J., Wolpert, J., Vandersteen, D. Therapeutic efficacy of extended release oxybutynin chloride, and immediate release and long acting tolterodine tartrate in children with diurnal urinary incontinence. J Urol. 2003 Jan; 169: 317-9

**3391**   Reiner, I., Jones, M., Donnell, S., and Rickwood, A.M. Incidence of normal micturition in myelomeningocele patients. Arch Dis Child. 1992 May; 67: 640-641

**44392**   Rekers, H., Drogendijk, A. C., Valkenburg, H. A., Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito- urinary tract. Maturitas. 1992 Oct; 15: 101-11

**44524**   Rekers, H., Drogendijk, A. C., Valkenburg, H., Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-34

**3438**   Rekers, H., Drogendijk, A.C., Valkenburg, H., and Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-234

**3198**   Rekers, H., Drogendijk, A.C., Valkenburg, H.A., and Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito-urinary tract. Maturitas. 1992 Oct; 15: 101-111

**41409**   Remsburg, R. E., Palmer, M. H., Langford, A. M., Mendelson, G. F. Staff compliance with and ratings of effectiveness of a prompted voiding program in a long-term care facility. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 261-9

**42510**   Rentzhog, L., Stanton, S. L., Cardozo, L., Nelson, E., Fall, M., Abrams, P. Efficacy and safety of tolterodine in patients with detrusor instability: a dose-ranging study. Br J Urol. 1998 Jan; 81: 42-8

**43554**   Resnick, B. A bladder scan trial in geriatric rehabilitation. Rehabil Nurs. 1995 Jul-Aug; 20: 194-6, 203

**43184**   Resnick, B., Slocum, D., Ra, L., Moffett, P. Geriatric rehabilitation: nursing interventions and outcomes focusing on urinary function and knowledge of medications. Rehabil Nurs. 1996 May-Jun; 21: 142-7

**42961**   Resnick, N. M. An 89-year-old woman with urinary incontinence. JAMA. 1996 Dec 11; 276: 1832-40

**12091**   Resnick, N. M. Initial evaluation of the incontinent patient. J Am Geriatr Soc. 1990 Mar; 38: 311-6

**11543**   Resnick, N. M. Urinary incontinence. Lancet. 1995 Jul 8; 346: 94-9

**11866**   Resnick, N. M. Urinary incontinence in older adults. Hosp Pract (Off Ed). 1992 Oct 15; 27: 139-42, 147, 150 passim

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

11713    Resnick, N. M., Beckett, L. A., Branch, L. G., Scherr, P. A., Wetle, T. Short-term variability of self report of incontinence in older persons. J Am Geriatr Soc. 1994 Feb; 42: 202-7

11435    Resnick, N. M., Brandeis, G. H., Baumann, M. M., DuBeau, C. E., Yalla, S. V. Misdiagnosis of urinary incontinence in nursing home women: prevalence and a proposed solution. Neurourol Urodyn. 1996; 15: 599-613; discussion 613-8

43309    Resnick, N. M., Brandeis, G. H., Baumann, M. M., Morris, J. N. Evaluating a national assessment strategy for urinary incontinence in nursing home residents: reliability of the minimum data set and validity of the resident assessment protocol. Neurourol Urodyn. 1996; 15: 583-98

51900    Resnick, N. M., Griffiths, D. J. Expanding treatment options for stress urinary incontinence in women. JAMA. 2003 Jul 16; 290: 395-7

42350    Resnick, N., Fenner, D. Toward optimal health: the experts respond to urinary incontinence. J Womens Health. 1998 May; 7: 419-24

3895    Resnick, N.M. Noninvasive diagnosis of the patient with complex incontinence. Gerontology. 1990; 36 Suppl 2: 8-18

4157    Resnick, N.M., Ouslander, J.G. Urinary incontinence--where do we stand and where do we go from here? J Am Geriatr Soc. 1990 Mar; 38: 263-264

10104    Resplande, J., Gholami, S. S., Graziottin, T. M., Rogers, R., Lin, C. S., Leng, W., Lue, T. F. Long-term effect of ovariectomy and simulated birth trauma on the lower urinary tract of female rats. J Urol. 2002 Jul; 168: 323-30

53530    Resplande, J., Gholami, S., Bruschini, H., Srougi, M. Urodynamic changes induced by the intravaginal electrode during pelvic floor electrical stimulation. Neurourol Urodyn. 2003; 22: 24-8

43690    Retzky, S. S., Rogers, R. M., Jr Urinary incontinence in women. Clin Symp. 1995; 47: 2-32

41967    Reuben, D. B., Frank, J. C., Hirsch, S. H., McGuigan, K. A., Maly, R. C. A randomized clinical trial of outpatient comprehensive geriatric assessment coupled with an intervention to increase adherence to recommendations. J Am Geriatr Soc. 1999 Mar; 47: 269-76

43231    Reuben, D. B., Maly, R. C., Hirsch, S. H., Frank, J. C., Oakes, A. M., Siu, A. L., Hays, R. D. Physician implementation of and patient adherence to recommendations from comprehensive geriatric assessment. Am J Med. 1996 Apr; 100: 444-51

43816    Reymert, J., Hunskaar, S. Why do only a minority of perimenopausal women with urinary incontinence consult a doctor?. Scand J Prim Health Care. 1994 Sep; 12: 180-3

10329    Rezapour, M., Falconer, C., Ulmsten, U. Tension-Free vaginal tape (TVT) in stress incontinent women with intrinsic sphincter deficiency (ISD)--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S12-14

10328    Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with mixed urinary incontinence--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S15-18

10322    Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with recurrent stress urinary incontinence--a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S9-11

41541    Reznicek, S. B. Common urologic problems in the elderly. Prostate cancer, outlet obstruction, and incontinence require special management. Postgrad Med. 2000 Jan; 107: 163-4, 167-70, 177-8

43686    Rhodes, P. A postal survey of continence advisers in England and Wales. J Adv Nurs. 1995 Feb; 21: 286-94

44029    Rhodes, P., Parker, G. Continence. Profile of an adviser. Nurs Times. 1994 Jan 26-Feb 1; 90: 75-8

10098    Riachi, L., Kohli, N., Miklos, J. Repeat tension-free transvaginal tape (TVT) sling for the treatment of recurrent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 133-5; discussion 135

40610    Ricci, J. A., Baggish, J. S., Hunt, T. L., Stewart, W. F., Wein, A., Herzog, A. R., Diokno, A. C. Coping strategies and health care-seeking behavior in a US national sample of adults with symptoms suggestive of overactive bladder. Clin Ther. 2001 Aug; 23: 1245-59

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 44164 | Richardson, D. A. Conservative management of urinary incontinence. A symposium. J Reprod Med. 1993 Sep; 38: 659-61 |
| 11965 | Richardson, D. A. Investigative procedures in urogynecology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 513-9 |
| 11356 | Richardson, D. A., Miller, K. L., Siegel, S. W., Karram, M. M., Blackwood, N. B., Staskin, D. R. Pelvic floor electrical stimulation: a comparison of daily and every- other-day therapy for genuine stress incontinence. Urology. 1996 Jul; 48: 110-8 |
| 11854 | Richardson, D. A., Ramahi, A. Reproducibility of pressure transmission ratios in stress incontinent women. Neurourol Urodyn. 1993; 12: 123-30 |
| 12007 | Richardson, D. A., Ramahi, A., Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-9 |
| 4025 | Richardson, D.A. Overflow incontinence and urinary retention. Clin Obstet Gynecol. 1990 Jun; 33: 378-381 |
| 3689 | Richardson, D.A., Ramahi, A., and Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-109 |
| 43474 | Richardson, J. P., Hricz, L. Risk factors for the development of bacteremia in nursing home patients. Arch Fam Med. 1995 Sep; 4: 785-9 |
| 42558 | Richardson, P. Re: The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female (1). Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 485 |
| 10162 | Richardson, P. The integral theory of pelvic floor dysfunction. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99-100 |
| 43788 | Richardson, P. A. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Oct 17; 161: 511 |
| 11521 | Richardson, T. D., Kennelly, M. J., Faerber, G. J. Endoscopic injection of glutaraldehyde cross-linked collagen for the treatment of intrinsic sphincter deficiency in women. Urology. 1995 Sep; 46: 378-81 |
| 11771 | Richmond, D. The incontinent woman: 1. Br J Hosp Med. 1993 Oct 6-19; 50: 418-23 |
| 11772 | Richmond, D. The incontinent woman: 2. Br J Hosp Med. 1993 Oct 20-Nov 2; 50: 490-2 |
| 43792 | Richmond, J. Continence. The tyranny of interstitial cystitis. Nurs Times. 1994 Oct 26-Nov 1; 90: 72 |
| 50470 | Richter, H. E., Burgio, K. L., Holley, R. L., Goode, P. S., Locher, J. L., Wright, K. C., Varner, R. E. Cadaveric fascia lata sling for stress urinary incontinence: a prospective quality-of-life analysis. Am J Obstet Gynecol. 2003 Dec; 189: 1590-5; discussion 1595-6 |
| 10443 | Richter, H. E., Varner, R. E., Sanders, E., Holley, R. L., Northen, A., Cliver, S. P. Effects of pubovaginal sling procedure on patients with urethral hypermobility and intrinsic sphincteric deficiency: would they do it again?. Am J Obstet Gynecol. 2001 Jan; 184: 14-9 |
| 44726 | Ricketts, R. R., Woodard, J. R., Zwiren, G. T., Andrews, H. G., Broecker, B. H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8; discussion 448-50 |
| 3673 | Ricketts, R.R., Woodard, J.R., Zwiren, G.T., Andrews, H.G., and Broecker, B.H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8;discussion448-50 |
| 3371 | Rickwood, A.M. Management of the incontinent child in general practice. The paediatric urologist's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 117-125 |
| 40475 | Riedmiller, H., Androulakakis, P., Beurton, D., Kocvara, R., Gerharz, E. EAU guidelines on paediatric urology. Eur Urol. 2001 Nov; 40: 589-99 |
| 44117 | Rietberg, C. C., Lindhout, D. Adult patients with spina bifida cystica: genetic counselling, pregnancy and delivery. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 63-70 |
| 43016 | Rigby, D. Continence. Face to face support. Nurs Times. 1996 Oct 9-15; 92: 84 |
| 41627 | Rigby, D. Persistence the key for patient who resists change. Nurs Times. 1999 Aug 4-10; 95: 61 |

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

| | |
|---|---|
| 11389 | Rigby, D. Promoting continence with electrostimulation. Prof Nurse. 1996 Apr; 11: 431-434 |
| 40297 | Rigby, D., Whelan, L. Parkinson's disease and the nurse's role in continence assessment. Nurs Times. 2001 May 17-23; 97: 64-5 |
| 40300 | Rigby, D., Whelan, L. Parkinson's disease--continence management. Nurs Times. 2001 Jul 26-Aug 1; 97: 65-6 |
| 41418 | Rigby, M. Lost continence. Nurs Stand. 1999 Sep 29-Oct 5; 14: 14-5 |
| 3011 | Riley, D.E., Lang, A.E. The spectrum of levodopa-related fluctuations in Parkinson's disease. Neurology. 1993 Aug; 43: 1459-1464 |
| 42013 | Ring, H., Tshuva, M., Ronen, R., Dynia, A., Eldar, R. Quality of care on a stroke rehabilitation ward: the use of urinary incontinence as tracer. Int J Rehabil Res. 1998 Jun; 21: 241-5 |
| 43854 | Rink, R. C., Adams, M. C., Keating, M. A. The flip-flap technique to lengthen the urethra (Salle procedure) for treatment of neurogenic urinary incontinence. J Urol. 1994 Aug; 152: 799-802 |
| 43654 | Rintala, R. J., Lindahl, H. Is normal bowel function possible after repair of intermediate and high anorectal malformations?. J Pediatr Surg. 1995 Mar; 30: 491-4 |
| 42761 | Rintala, R. J., Lindahl, H. G., Rasanen, M. Do children with repaired low anorectal malformations have normal bowel function?. J Pediatr Surg. 1997 Jun; 32: 823-6 |
| 44153 | Rintala, R., Lahdenne, P., Lindahl, H., Siimes, M., Heikinheimo, M. Anorectal function in adults operated for a benign sacrococcygeal teratoma. J Pediatr Surg. 1993 Sep; 28: 1165-7 |
| 43902 | Rintala, R., Mildh, L., Lindahl, H. Fecal continence and quality of life for adult patients with an operated high or intermediate anorectal malformation. J Pediatr Surg. 1994 Jun; 29: 777-80 |
| 57500 | Ripetti, V., Caputo, D., Ausania, F., Esposito, E., Bruni, R., Arullani, A. Sacral nerve neuromodulation improves physical, psychological and social quality of life in patients with fecal incontinence. Tech Coloproctol. 2002 Dec; 6: 147-52 |
| 40546 | Ritchie, J., Kuchel, G. A. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2001 Oct; 88: 645-6 |
| 43262 | Rivas, D. A., Chancellor, M. B., Liu, J. -. B., Hanau, C., Bagley, D. H., Goldberg, B. Endoluminal ultrasonographic and histologic evaluation of periurethral collagen injection. J Endourol. 1996 Feb; 10: 61-6 |
| 43467 | Rivas, D. A., Karasick, S., Chancellor, M. B. Cutaneous ileocystostomy (a bladder chimney) for the treatment of severe neurogenic vesical dysfunction. Paraplegia. 1995 Sep; 33: 530-5 |
| 10494 | Rizeq, M. A., Casey, M. Recent advances in care for the elderly. Practitioner. 2000 Nov; 244: 931-6 |
| 40434 | Rizk, D. E. Epidemiology consequences and natural history of urinary incontinence in non-caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 413 |
| 10683 | Rizk, D. E. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous pre-menopausal women. Neurourol Urodyn. 2000; 19: 209-10 |
| 40494 | Rizk, D. E., Hassan, M. Y., Shaheen, H., Cherian, J. V., Micallef, R., Dunn, E. The prevalence and determinants of health care-seeking behavior for fecal incontinence in multiparous United Arab Emirates females. Dis Colon Rectum. 2001 Dec; 44: 1850-6 |
| 40551 | Rizk, D. E., Raaschou, T., Mason, N., Berg, B. Evidence of progesterone receptors in the mucosa of the urinary bladder. Scand J Urol Nephrol. 2001 Sep; 35: 305-9 |
| 41778 | Rizk, D. E., Shaheen, H., Thomas, L., Dunn, E., Hassan, M. Y. The prevalence and determinants of health care-seeking behavior for urinary incontinence in United Arab Emirates women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 160-5 |
| 10874 | Rizvi, J. H. Genital fistulae. A continuing tragedy. J Obstet Gynaecol Res. 1999 Feb; 25: 1-7 |

---

**43657**    Roberts, J. P., Moon, S., Malone, P. S. Treatment of neuropathic urinary and faecal incontinence with synchronous bladder reconstruction and the antegrade continence enema procedure. Br J Urol. 1995 Mar; 75: 386-9

**42034**    Roberts, M. M., Park, T. A. Pelvic floor function/dysfunction and electrodiagnostic evaluation. Phys Med Rehabil Clin N Am. 1998 Nov; 9: 831-51, vii

**42486**    Roberts, R. O., Jacobsen, S. J., Jacobson, D. J., Reilly, W. T., Talley, N. J., Lieber, M. M. Natural history of prostatism: high American Urological Association Symptom scores among community-dwelling men and women with urinary incontinence. Urology. 1998 Feb; 51: 213-9

**41807**    Roberts, R. O., Jacobsen, S. J., Reilly, W. T., Pemberton, J. H., Lieber, M. M., Talley, N. J. Prevalence of combined fecal and urinary incontinence: a community- based study. J Am Geriatr Soc. 1999 Jul; 47: 837-41

**42421**    Roberts, R. O., Jacobsen, S. J., Rhodes, T., Reilly, W. T., Girman, C. J., Talley, N. J., Lieber, M. M. Urinary incontinence in a community-based cohort: prevalence and healthcare-seeking. J Am Geriatr Soc. 1998 Apr; 46: 467-72

**11938**    Robertson, A. S., Davies, J. B., Webb, R. J., Neal, D. E. Bladder augmentation and replacement. Urodynamic and clinical review of 25 patients. Br J Urol. 1991 Dec; 68: 590-7

**42019**    Robinson, D. Pathophysiology of female lower urinary tract dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 747-56, vi

**42644**    Robinson, D. Urinary incontinence in the elderly: a growing problem that needs attention. Curr Opin Obstet Gynecol. 1997 Oct; 9: 285-8

**10175**    Robinson, D., Anders, K., Cardozo, L., Bidmead, J., Toozs-Hobson, P., Khullar, V. Can ultrasound replace ambulatory urodynamics when investigating women with irritative urinary symptoms?. BJOG. 2002 Feb; 109: 145-8

**52540**    Robinson, D., Bidmead, J., Cardozo, L., Muir, G. An unusual cause of voiding dysfunction following colposuspension. J Obstet Gynaecol. 2003 Mar; 23: 210-1

**59194**    Robinson, D., Cardozo, L. Oestrogens and the lower urinary tract. BJOG. 2004 Dec; 111 Suppl 1: 10-4

**57970**    Robinson, D., Cardozo, L. Overactive bladder in the female patient: the role of estrogens. Curr Urol Rep. 2002 Dec; 3: 452-7

**56160**    Robinson, D., Cardozo, L. Risk factors for urinary incontinence in women. J Br Menopause Soc. 2003 Jun; 9: 75-9

**54850**    Robinson, D., Cardozo, L. The effect of continence surgery on urogenital prolapse. BJU Int. 2004 Jan; 93: 25-30

**56580**    Robinson, D., Cardozo, L. The menopause and HRT. Urogenital effects of hormone therapy. Best Pract Res Clin Endocrinol Metab. 2003 Mar; 17: 91-104

**51240**    Robinson, D., Cardozo, L. D. The role of estrogens in female lower urinary tract dysfunction. Urology. 2003 Oct; 62: 45-51

**40589**    Robinson, D., Khullar, V., Cardozo, L. Pharmacological management of detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 271-8

**43356**    Robinson, D., McClish, D. K., Wyman, J. F., Bump, R. C., Fanti, J. A. Comparison between urinary diaries completed with and without intensive patient instructions. Neurourol Urodyn. 1996; 15: 143-8

**11104**    Robinson, D., Pearce, K. F., Preisser, J. S., Dugan, E., Suggs, P. K., Cohen, S. J. Relationship between patient reports of urinary incontinence symptoms and quality of life measures. Obstet Gynecol. 1998 Feb; 91: 224-8

**43351**    Robinson, D., Rainer, R. O., Washburn, S. A., Clarkson, T. B. Effects of estrogen and progestin replacement on the urogenital tract of the ovariectomized cynomolgus monkey. Neurourol Urodyn. 1996; 15: 215-21

**56790**    Robinson, D., Savvas, M., Cardozo, L. An unusual cause of 'incontinence' after hysterectomy. BJU Int. 2003 May; 91: 727-8

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 341 of 300 PageID #: 202880

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

51570    Robinson, H., Schulz, J., Flood, C., Hansen, L. A randomized controlled trial of the NEAT expandable tip continence device. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 199-203; discussion 203

41556    Robinson, J. P. Managing urinary incontinence in the nursing home: residents' perspectives. J Adv Nurs. 2000 Jan; 31: 68-77

40367    Robinson, J. P. Phases of the qualitative research interview with institutionalized elderly individuals. J Gerontol Nurs. 2000 Nov; 26: 17-23

41611    Robson, W. L. Enuresis treatment in the US. Scand J Urol Nephrol Suppl. 1999; 202: 56-60

3725    Rocco, F., Franchini, V. Antimicrobial therapy for treatment of UTI in the elderly. Eur Urol. 1991; 19 Suppl 1: 7-15

12109    Rockner, G. Urinary incontinence after perineal trauma at childbirth. Scand J Caring Sci. 1990; 4: 169-72

10358    Rodriguez, L. V., Berman, J., Raz, S. Polypropylene sling for treatment of stress urinary incontinence: an alternative to tension-free vaginal tape. Tech Urol. 2001 Jun; 7: 87-9

56190    Rodriguez, L. V., Blander, D. S., Dorey, F., Raz, S., Zimmern, P. Discrepancy in patient and physician perception of patient's quality of life related to urinary symptoms. Urology. 2003 Jul; 62: 49-53

10080    Rodriguez, L. V., Blander, D. S., Raz, S. New millennium, new slings. Curr Urol Rep. 2001 Oct; 2: 399-406

59196    Rodriguez, L. V., Chen, S., Jack, G. S., de Almeida, F., Lee, K. W., Zhang, R. New objective measures to quantify stress urinary incontinence in a novel durable animal model of intrinsic sphincter deficiency. Am J Physiol Regul Integr Comp Physiol. 2005 May; 288: R1332-8

59090    Rodriguez, L. V., de Almeida, F., Dorey, F., Raz, S. Does Valsalva leak point pressure predict outcome after the distal urethral polypropylene sling? Role of urodynamics in the sling era. J Urol. 2004 Jul; 172: 210-4

10233    Rodriguez, L. V., Raz, S. Polypropylene sling for the treatment of stress urinary incontinence. Urology. 2001 Nov; 58: 783-5

59262    Rodriguez-Veiga, E., Mestre-Nieto, L., Martinez-Sainz, P., Garcia-Pascual, A., Martin-Palacios, S., Marin-Garcia, P., Gonzalez-Soriano, J. Stereological study of the external urethral sphincter in the female urethra of the lamb: a new model for studies on urinary continence. Anat Histol Embryol. 2005 Apr; 34: 85-92

3615    Roe, B. Benefits of bladder re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 11-13

41126    Roe, B. Effective and ineffective management of incontinence: issues around illness trajectory and health care. Qual Health Res. 2000 Sep; 10: 677-90

3021    Roe, B. Promoting continence in Denmark and UK. Nurs Stand. 1993 Jun 23-29; 7: 28-30

41331    Roe, B., Doll, H. Lifestyle factors and continence status: comparison of self-report data from a postal survey in England. J Wound Ostomy Continence Nurs. 1999 Nov; 26: 312-3, 315-9

41093    Roe, B., Doll, H. Prevalence of urinary incontinence and its relationship with health status. J Clin Nurs. 2000 Mar; 9: 178-87

41811    Roe, B., Doll, H., Wilson, K. Help seeking behaviour and health and social services utilisation by people suffering from urinary incontinence. Int J Nurs Stud. 1999 Jun; 36: 245-53

41706    Roe, B., May, C. Incontinence and sexuality: findings from a qualitative perspective. J Adv Nurs. 1999 Sep; 30: 573-9

40514    Roe, B., Moore, K. N. Utilization of incontinence clinical practice guidelines. J Wound Ostomy Continence Nurs. 2001 Nov; 28: 297-304

41025    Roe, B., Wilson, K., Doll, H. Public awareness and health education: findings from an evaluation of health services for incontinence in England. Int J Nurs Stud. 2001 Feb; 38: 79-89

3135    Roe, B.H. A comparison of nursing approaches for the promotion and management of continence in the U.K. and Denmark. Int J Nurs Stud. 1993 Feb; 30: 25-35

3954    Roe, B.H. Development of Continence Advisory Services in the United Kingdom. Scand J Caring Sci. 1990; 4: 51-54

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

| | |
|---|---|
| 3310 | Roe, B.H. What choices in care for the incontinent?. World Health Forum. 1992; 13: 81-83 |
| 40441 | Rogers, G. R., Villarreal, A., Kammerer-Doak, D., Qualls, C. Sexual function in women with and without urinary incontinence and/or pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 361-5 |
| 43017 | Rogers, J. Continence. Single-minded action. Nurs Times. 1996 Oct 9-15; 92: 78-80 |
| 55710 | Rogers, R. G., Coates, K. W., Kammerer-Doak, D., Khalsa, S., Qualls, C. A short form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire (PISQ-12). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 164-8; discussion 168 |
| 59056 | Rogers, R. G., Kammerer-Doak, D., Darrow, A., Murray, K., Olsen, A., Barber, M., Qualls, C. Sexual function after surgery for stress urinary incontinence and/or pelvic organ prolapse: a multicenter prospective study. Am J Obstet Gynecol. 2004 Jul; 191: 206-10 |
| 59058 | Rogers, R. G., Kammerer-Doak, D., Olsen, A., Thompson, P. K., Walters, M. D., Lukacz, E. S., Qualls, C. A randomized, double-blind, placebo-controlled comparison of the effect of nitrofurantoin monohydrate macrocrystals on the development of urinary tract infections after surgery for pelvic organ prolapse and/or stress urinary incontinence with suprapubic c. Am J Obstet Gynecol. 2004 Jul; 191: 182-7 |
| 40913 | Rogers, R. G., Kammerer-Doak, D., Villarreal, A., Coates, K., Qualls, C. A new instrument to measure sexual function in women with urinary incontinence or pelvic organ prolapse. Am J Obstet Gynecol. 2001 Mar; 184: 552-8 |
| 44411 | Rohatgi, M., Gupta, D. K., Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-3 |
| 3239 | Rohatgi, M., Gupta, D.K., and Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-1243 |
| 59020 | Rohr, G., Christensen, K., Ulstrup, K., Kragstrup, J. Reproducibility and validity of simple questions to identify urinary incontinence in elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 969-72 |
| 59018 | Rohr, G., Kragstrup, J., Gaist, D., Christensen, K. Genetic and environmental influences on urinary incontinence: a Danish population-based twin study of middle-aged and elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 978-82 |
| 40939 | Roijen, L. E., Postema, K., Limbeek, V. J., Kuppevelt, V. H. Development of bladder control in children and adolescents with cerebral palsy. Dev Med Child Neurol. 2001 Feb; 43: 103-7 |
| 40000 | Rollins, G. Behavior management improves urinary incontinence in older women living at home. Rep Med Guidel Outcomes Res. 2002 Mar 8; 13: 7-9 |
| 54240 | Rollins, G. Hormone alternative doesn't worsen vasomotor symptoms or impact urinary incontinence in post-menopausal women. Rep Med Guidel Outcomes Res. 2004 Mar 5; 15: 7-9 |
| 10090 | Romanzi, L. J. Management of the urethral outlet in patients with severe prolapse. Curr Opin Urol. 2002 Jul; 12: 339-44 |
| 10249 | Romanzi, L. J. Urinary incontinence in women and men. J Gend Specif Med. 2001; 4: 14-20 |
| 40900 | Romanzi, L. J. Urinary incontinence: a family affair. J Gend Specif Med. 1998 Oct-Nov; 1: 52-3 |
| 10519 | Romanzi, L. J., Blaivas, J. G. Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2000 Dec; 164: 2022-3 |
| 10890 | Romanzi, L. J., Chaikin, D. C., Blaivas, J. G. The effect of genital prolapse on voiding. J Urol. 1999 Feb; 161: 581-6 |
| 10598 | Romanzi, L. J., Groutz, A., Blaivas, J. G. Urethral diverticulum in women: diverse presentations resulting in diagnostic delay and mismanagement. J Urol. 2000 Aug; 164: 428-33 |
| 10355 | Romanzi, L. J., Groutz, A., Heritz, D. M., Blaivas, J. G. Involuntary detrusor contractions: correlation of urodynamic data to clinical categories. Neurourol Urodyn. 2001; 20: 249-57 |
| 43515 | Romanzi, L. J., Heritz, D. M., Blaivas, J. G. Preliminary assessment of the incontinent woman. Urol Clin North Am. 1995 Aug; 22: 513-20 |

| | |
|---|---|
| 41667 | Romanzi, L. J., Polaneczky, M., Glazer, H. I. Simple test of pelvic muscle contraction during pelvic examination: correlation to surface electromyography. Neurourol Urodyn. 1999; 18: 603-12 |
| 54880 | Romero, A. A., Hardart, A., Kobak, W., Qualls, C., Rogers, R. Validation of a Spanish version of the Pelvic Organ Prolapse Incontinence Sexual Questionnaire. Obstet Gynecol. 2003 Nov; 102: 1000-5 |
| 30495 | Rompel, R., Mischke, A. L., Langner, C., Happle, R. Linear atrophoderma of Moulin. Eur J Dermatol. 2000 Dec; 10: 611-3 |
| 42061 | Rondorf-Klym, L. M., Colling, J., Simonson, W. Medication use by community-dwelling elderly with urinary incontinence. Urol Nurs. 1998 Sep; 18: 201-6 |
| 44377 | Ronzoni, G., De Vecchis, M., Raschi, R., Cuneo, L., Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-8 |
| 3206 | Ronzoni, G., De-Vecchis, M., Raschi, R., Cuneo, L., and Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-518 |
| 43719 | Root, M. V., Johnston, S. D., Johnston, G. R. Vaginal septa in dogs: 15 cases (1983-1992). J Am Vet Med Assoc. 1995 Jan 1; 206: 56-8 |
| 10036 | Roovers, J. P., van der Bom, J. G., van der Vaart, C. H., Schagen van Leeuwen, J. H., Heintz, A. P. Abdominal versus vaginal approach for the management of genital prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 224-31 |
| 41038 | Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., Heintz, A. P. Urinary incontinence after hysterectomy. Lancet. 2000 Dec 9; 356: 2012-3 |
| 50570 | Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., van Leeuwen, J. H., Scholten, P. C., Heintz, A. P. A randomised controlled trial comparing abdominal and vaginal prolapse surgery: effects on urogenital function. BJOG. 2004 Jan; 111: 50-6 |
| 53100 | Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Urinary incontinence after vaginal delivery or cesarean section. N Engl J Med. 2003 Mar 6; 348: 900-7 |
| 50780 | Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Vaginal delivery parameters and urinary incontinence: the Norwegian EPINCONT study. Am J Obstet Gynecol. 2003 Nov; 189: 1268-74 |
| 10218 | Rortveit, G., Hannestad, Y. S., Daltveit, A. K., Hunskaar, S. Age- and type-dependent effects of parity on urinary incontinence: the Norwegian EPINCONT study. Obstet Gynecol. 2001 Dec; 98: 1004-10 |
| 10819 | Rosamilia, A., Clements, J. A., Dwyer, P. L., Kende, M., Campbell, D. J. Activation of the kallikrein kinin system in interstitial cystitis. J Urol. 1999 Jul; 162: 129-34 |
| 41212 | Rosario, D. J., Radley, S. C., Chapple, C. R. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 2000 Sep; 86: 564-5 |
| 44866 | Rose, M. A., Baigis-Smith, J., Smith, D., Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-5 |
| 3876 | Rose, M.A., Baigis-Smith, J., Smith, D., and Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-15 |
| 11144 | Rose, V. L. AUA releases Treatment Guidelines for Female Stress Urinary Incontinence. Am Fam Physician. 1997 Nov 1; 56: 1891-2 |
| 11337 | Rosen, D. M., Korda, A. R., Waugh, R. C. Ureteric injury at Burch colposuspension. 4 case reports and literature review. Aust N Z J Obstet Gynaecol. 1996 Aug; 36: 354-8 |
| 40636 | Rosen, H. R., Urbarz, C., Holzer, B., Novi, G., Schiessel, R. Sacral nerve stimulation as a treatment for fecal incontinence. Gastroenterology. 2001 Sep; 121: 536-41 |
| 10871 | Rosenbaum, T. P., Shaw, P. J., Woodhouse, C. R. Symptomatic intermittent bladder acontractility after clam cystoplasty. Br J Urol. 1993 Nov; 72: 664-5 |

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

57470    Rosenblum, N., Eilber, K. S., Raz, S. Herpes zoster following sacral nerve stimulation for overactive bladder. J Urol. 2003 Feb; 169: 619-20

30345    Rosenblum, N., Nitti, V. W. Post-urethral suspension obstruction. Curr Opin Urol. 2001 Jul; 11: 411-6

42110    Rosenow, F., Wyllie, E., Kotagal, P., Mascha, E., Wolgamuth, B. R., Hamer, H. Staring spells in children: descriptive features distinguishing epileptic and nonepileptic events. J Pediatr. 1998 Nov; 133: 660-3

11567    Rosenthal, A. J., McMurtry, C. T. Urinary incontinence in the elderly. Often simple to treat when properly evaluated. Postgrad Med. 1995 May; 97: 109-16, 121

11991    Rosenzweig, B. A., Bhatia, N. N., Nelson, A. L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean?. Obstet Gynecol. 1991 Apr; 77: 586-90

11937    Rosenzweig, B. A., Hischke, D., Thomas, S., Nelson, A. L., Bhatia, N. N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-8

11911    Rosenzweig, B. A., Pushkin, S., Blumenfeld, D., Bhatia, N. N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-42

3492    Rosenzweig, B.A., Bhatia, N.N. Temporal separation of cough-induced urethral and bladder pressure spikes in women with urinary incontinence. Urology. 1992 Feb; 39: 165-168

3795    Rosenzweig, B.A., Bhatia, N.N., and Nelson, A.L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean? [see comments]. Obstet Gynecol. 1991 Apr; 77: 586-590

3401    Rosenzweig, B.A., Hischke, D., Thomas, S., Nelson, A.L., and Bhatia, N.N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-838

3454    Rosenzweig, B.A., Pushkin, S., Blumenfeld, D., and Bhatia, N.N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-542

32062    Rosing, U., Fianu, S., Larsson, B. A new surgical technique for repairing cystocele in hysterectomized women. J Gynecol Surg. 1990 Winter; 6: 281-5

43878    Ross, J. Continence. A plan of action. Nurs Times. 1994 Jul 6-12; 90: 64-6

10932    Ross, J. Laparoscopy or open Burch colposuspension?. Curr Opin Obstet Gynecol. 1998 Oct; 10: 405-9

11379    Ross, J. Two techniques of laparoscopic Burch repair for stress incontinence: a prospective, randomized study. J Am Assoc Gynecol Laparosc. 1996 May; 3: 351-7

55360    Ross, J. J., Hu, L. T. Septic arthritis of the pubic symphysis: review of 100 cases. Medicine (Baltimore). 2003 Sep; 82: 340-5

11116    Ross, J. W. Apical vault repair, the cornerstone or pelvic vault reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 146-52

10271    Ross, J. W. Laparoscopic Burch colposuspension and overlapping sphincteroplasty for double incontinence. JSLS. 2001 Jul-Sep; 5: 203-9

11106    Ross, J. W. Multichannel urodynamic evaluation of laparoscopic Burch colposuspension for genuine stress incontinence. Obstet Gynecol. 1998 Jan; 91: 55-9

41376    Ross, J. W. Numerous indications for office flexible minihysteroscopy. J Am Assoc Gynecol Laparosc. 2000 May; 7: 221-6

11248    Ross, J. W. Techniques of laparoscopic repair of total vault eversion after hysterectomy. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 173-83

53860    Ross, J. W., Galen, D. I., Abbott, K., Albala, D., Presthus, J., Su-Ou, C., Turk, T. A prospective multisite study of radiofrequency bipolar energy for treatment of genuine stress incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 493-9

44960    Ross, L. A., Lamb, C. R. Reduction of hydronephrosis and hydroureter associated with ectopic ureters in two dogs after ureterovesical anastomosis. J Am Vet Med Assoc. 1990 May 1; 196: 1497-9

---

| 3657 | Rossignol, G., Leandri, P., Gautier, J.R., Quintens, H., Gabay-Torbiero, L., and Tap, G. Radical retropubic prostatectomy: complications and quality of life (429 cases, 1983-1989). Eur Urol. 1991; 19: 186-191 |
|---|---|
| 3214 | Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage A carcinoma of the prostate. Eur Urol. 1992; 21: 269-273 |
| 3292 | Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage-A carcinoma of the prostate. Eur Urol. 1991; 20: 179-183 |
| 4097 | Rousseau, P. Chronic urinary incontinence in the elderly. Ostomy Wound Manage. 1990 Mar-Apr; 27: 24-8,32 |
| 3830 | Rousseau, P. Urinary collection devices in geriatric incontinence. J Enterostomal Ther. 1991 Jan-Feb; 18: 26-31 |
| 3024 | Rousseau, P., Fuentevilla-Clifton, A. Acetazolamide and salicylate interaction in the elderly: a case report. J Am Geriatr Soc. 1993 Aug; 41: 868-869 |
| 3404 | Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 1: Patient evaluation. Geriatrics. 1992 Jun; 47: 22-6,33-4 |
| 3403 | Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 2: Management strategies [published erratum appears in Geriatrics 1992 Sep;47(9):87]. Geriatrics. 1992 Jun; 47: 37-40,45,48 |
| 43185 | Rousseau, T., Sapin, E., Helardot, P. G. Congenital vesicovaginal fistula. Br J Urol. 1996 May; 77: 760-1 |
| 43194 | Routt, M. L., Simonian, P. T., Defalco, A. J., Miller, J., Clarke, T. Internal fixation in pelvic fractures and primary repairs of associated genitourinary disruptions: a team approach. J Trauma. 1996 May; 40: 784-90 |
| 10895 | Rovner, E. S. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J 1997,8:321-322. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 419 |
| 11201 | Rovner, E. S., Ginsberg, D. A., Raz, S. A method for intraoperative adjustment of sling tension: prevention of outlet obstruction during vaginal wall sling. Urology. 1997 Aug; 50: 273-6 |
| 11075 | Rovner, E. S., Ginsberg, D. A., Raz, S. Re: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol. 1998 May; 159: 1646-7 |
| 11150 | Rovner, E. S., Ginsberg, D. A., Raz, S. The UCLA surgical approach to sphincteric incontinence in women. World J Urol. 1997; 15: 280-94 |
| 42207 | Rovner, E. S., Ginsberg, D. A., Raz, S. Why anti-incontinence surgery succeeds or fails. Clin Obstet Gynecol. 1998 Sep; 41: 719-34 |
| 41003 | Rovner, E. S., Gomes, C. M., Banner, M. P., Wein, A. J. Ventral hernia of the urinary bladder with mixed urinary incontinence: treatment with herniorrhaphy and allograft fascial sling. Urology. 2000 Jan; 55: 145 |
| 52310 | Rovner, E. S., Wein, A. J. Diagnosis and reconstruction of the dorsal or circumferential urethral diverticulum. J Urol. 2003 Jul; 170: 82-6; discussion 86 |
| 56290 | Rovner, E. S., Wein, A. J. Evaluation of lower urinary tract symptoms in females. Curr Opin Urol. 2003 Jul; 13: 273-8 |
| 40651 | Rovner, E. S., Wein, A. J. Modern pharmacotherapy of urge urinary incontinence in the USA: tolterodine and oxybutynin. BJU Int. 2000 Oct; 86 Suppl 2: 44-53; discussion 53-4 |
| 40247 | Rovner, E. S., Wein, A. J. Once-daily, extended-release formulations of antimuscarinic agents in the treatment of overactive bladder: a review. Eur Urol. 2002 Jan; 41: 6-14 |
| 11702 | Rowe, S. J., Thomas, A. J., Jr, Goldfarb, D. A., Klein, E. A., Montague, D. K., Streem, S. B., Novick, A. C. Safety of transurethral surgery in the early postoperative period following an open cardiac procedure. J Urol. 1994 Apr; 151: 902-4 |
| 11133 | Rowland, G. F. Incontinence: first find the cause. Practitioner. 1997 Aug; 241: 470-3 |
| 42466 | Roy, S. The cost of continence. Elder Care. 1997 Dec-1998 Jan; 9: 3-4 |
| 4188 | Rubin, C.D. Urinary incontinence in the elderly. Am J Med Sci. 1990 Feb; 299: 131-147 |

**American Urological Association, Inc.**

SUI Guidelines Panel

---

3745    Rudy, D.C., Woodside, J.R. The incontinent myelodysplastic patient. Urol Clin North Am. 1991 May; 18: 295-308

59260    Ruff, C. C. Risk factors for urinary incontinence in African-American women. Urol Nurs. 2005 Feb; 25: 33-9

53480    Ruff, C. C., van Rijswijk, L., Okoli, A. The impact of urinary incontinence in African American women. Ostomy Wound Manage. 2002 Dec; 48: 52-8

56130    Rufford, J., Hextall, A., Cardozo, L., Khullar, V. A double-blind placebo-controlled trial on the effects of 25 mg estradiol implants on the urge syndrome in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 78-83

53410    Runowicz, C. D. Hysterectomy options. Total and subtotal surgical procedures prove comparable. Health News. 2002 Dec; 8: 4

11502    Rush, C. B., Entman, S. S. Pelvic organ prolapse and stress urinary incontinence. Med Clin North Am. 1995 Nov; 79: 1473-9

3913    Russell, K.J., Laramore, G.E., Krieger, J.N., Wiens, L.W., Griffeth, J.T., Koh, W.J., Griffin, B.R., Austin-Seymour, M.M., Griffin, T.W., and Davis, L.W. Transient and chronic neurological complications of fast neutron radiation for adenocarcinoma of the prostate. Radiother Oncol. 1990 Jul; 18: 257-265

50850    Rutner, A. B., Levine, S. R., Schmaelzle, J. F. Processed porcine small intestine submucosa as a graft material for pubovaginal slings: durability and results. Urology. 2003 Nov; 62: 805-9

43048    Ruud Bosch, J. L., Groen, J. Treatment of refractory urge urinary incontinence with sacral spinal nerve stimulation in multiple sclerosis patients. Lancet. 1996 Sep 14; 348: 717-9

43490    Ryan, A., McFadden, L. Timely intervention. Nurs Times. 1995 Aug 16-22; 91: 56, 59

41037    Ryden, M. B., Snyder, M., Gross, C. R., Savik, K., Pearson, V., Krichbaum, K., Mueller, C. Value-added outcomes: the use of advanced practice nurses in long-term care facilities. Gerontologist. 2000 Dec; 40: 654-62

43423    Ryhammer, A. M., Bek, K. M., Laurberg, S. Multiple vaginal deliveries increase the risk of permanent incontinence of flatus urine in normal premenopausal women. Dis Colon Rectum. 1995 Nov; 38: 1206-9

41825    Ryhammer, A. M., Djurhuus, J. C., Laurberg, S. Pad testing in incontinent women: a review. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 111-5

42504    Ryhammer, A. M., Laurberg, S., Djurhuus, J. C., Hermann, A. P. No relationship between subjective assessment of urinary incontinence and pad test weight gain in a random population sample of menopausal women. J Urol. 1998 Mar; 159: 800-3

43096    Ryhammer, A. M., Laurberg, S., Hermann, A. P. Long-term effect of vaginal deliveries on anorectal function in normal perimenopausal women. Dis Colon Rectum. 1996 Aug; 39: 852-9

44491    Sabnis, R. B., Bapat, S. D., Desai, R. M., Punekar, S. V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-6

3384    Sabnis, R.B., Bapat, S.D., Desai, R.M., and Punekar, S.V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-386

10529    Sadik, S., Onoglu, A. S., Mendilcioglu, I., Sehirali, S., Sipahi, C., Taskin, O. Urinary tract injuries during advanced gynecologic laparoscopy. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 569-72

43197    Sadler, C. Combatting incontinence after childbirth. Br J Nurs. 1996 Apr 11-24; 5: 448-9

43952    Sadoughi, N., Pessis, D. Endoscopic vesical neck and uterovaginal suspension for cystocele prolapse repair. J Am Coll Surg. 1994 Apr; 178: 326-8

55960    Saedi, N. A., Schulman, S. L. Natural history of voiding dysfunction. Pediatr Nephrol. 2003 Sep; 18: 894-7

10889    Safir, M. H., Gousse, A. E., Rovner, E. S., Ginsberg, D. A., Raz, S. 4-Defect repair of grade 4 cystocele. J Urol. 1999 Feb; 161: 587-94

41872    Sahadevan, S., Lim, P. P., Choo, P. W. Dementia in the hospitalized elderly--a study of 100 consecutive cases in Singapore. Int J Geriatr Psychiatry. 1999 Apr; 14: 266-71

**American Urological Association, Inc.**

**SUI Guidelines Panel**

44804    Sahuquillo, J., Rubio, E., Codina, A., Molins, A., Guitart, J. M., Poca, M. A., Chasampi, A. Reappraisal of the intracranial pressure and cerebrospinal fluid dynamics in patients with the so-called 'normal pressure hydrocephalus' syndrome. Acta Neurochir (Wien). 1991; 112: 50-61

10951    Saidi, M. H., Gallagher, M. S., Skop, I. P., Saidi, J. A., Sadler, R. K., Diaz, K. C. Extraperitoneal laparoscopic colposuspension: short-term cure rate, complications, and duration of hospital stay in comparison with Burch colposuspension. Obstet Gynecol. 1998 Oct; 92: 619-21

11016    Saidi, M. H., Sadler, R. K., Saidi, J. A. Extraperitoneal laparoscopic colposuspension for genuine urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 247-52

51550    Saini, J., Axelrod, F. B., Maayan, C., Stringer, J., Smilen, S. W. Urinary incontinence in familial dysautonomia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 209-13; discussion 213

41171    Sakakibara, R., Hattori, T., Boku, K., Uchiyama, T., Yamanishi, T. Micturitional disturbance in neuro-Behcet's syndrome. Auton Neurosci. 2000 Sep 1; 83: 86-9

11084    Sakakibara, R., Hattori, T., Kita, K., Arai, K., Yamanishi, T., Yasuda, K. Stress induced urinary incontinence in patients with spinocerebellar degeneration. J Neurol Neurosurg Psychiatry. 1998 Mar; 64: 389-91

42588    Sakakibara, R., Hattori, T., Kuwabara, S., Yamanishi, T., Yasuda, K. Micturitional disturbance in patients with Guillain-Barre syndrome. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 649-53

44155    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in multiple system atrophy. Jpn J Psychiatry Neurol. 1993 Sep; 47: 591-8

44103    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in progressive supranuclear palsy. J Auton Nerv Syst. 1993 Nov; 45: 101-6

44127    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in radiation myelopathy. J Spinal Disord. 1993 Oct; 6: 402-5

43411    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. The location of the paths subserving micturition: studies in patients with cervical myelopathy. J Auton Nerv Syst. 1995 Nov 6; 55: 165-8

41527    Sakakibara, R., Hattori, T., Uchiyama, T., Asahina, M., Yamanishi, T. Micturitional disturbance in pure autonomic failure. Neurology. 2000 Jan 25; 54: 499-501

56320    Sakakibara, R., Hattori, T., Uchiyama, T., Kamura, K., Yamanishi, T. Uroneurological assessment of spina bifida cystica and occulta. Neurourol Urodyn. 2003; 22: 328-34

40694    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Micturitional disturbance in subacute myelo-optico-neuropathy (SMON). Auton Neurosci. 2001 Mar 23; 87: 282-5

40479    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary dysfunction in Brown-Sequard syndrome. Neurourol Urodyn. 2001; 20: 661-7

41684    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary function in elderly people with and without leukoaraiosis: relation to cognitive and gait function. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 658-60

40555    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Videourodynamic and sphincter motor unit potential analyses in Parkinson's disease and multiple system atrophy. J Neurol Neurosurg Psychiatry. 2001 Nov; 71: 600-6

43085    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturition disturbance in acute transverse myelitis. Spinal Cord. 1996 Aug; 34: 481-5

43202    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance after acute hemispheric stroke: analysis of the lesion site by CT and MRI. J Neurol Sci. 1996 Apr; 137: 47-56

43050    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in acute disseminated encephalomyelitis (ADEM). J Auton Nerv Syst. 1996 Sep 12; 60: 200-5

42994    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in syringomyelia. J Neurol Sci. 1996 Nov; 143: 100-6

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

**42934** Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T., Tojo, M., Mori, M. Micturitional disturbance in Wernicke's encephalopathy. Neurourol Urodyn. 1997; 16: 111-5

**59154** Sakakibara, R., Ito, T., Uchiyama, T., Asahina, M., Liu, Z., Yamamoto, T., Yamanaka, Y., Hattori, T. Lower urinary tract function in dementia of Lewy body type. J Neurol Neurosurg Psychiatry. 2005 May; 76: 729-32

**10260** Sakakibara, R., Shinotoh, H., Uchiyama, T., Sakuma, M., Kashiwado, M., Yoshiyama, M., Hattori, T. Questionnaire-based assessment of pelvic organ dysfunction in Parkinson's disease. Auton Neurosci. 2001 Sep 17; 92: 76-85

**40743** Sakakibara, R., Shinotoh, H., Uchiyama, T., Yoshiyama, M., Hattori, T., Yamanishi, T. SPECT imaging of the dopamine transporter with. J Neurol Sci. 2001 Jun 15; 187: 55-9

**54550** Sakakibara, R., Uchiyama, T., Arai, K., Yamanishi, T., Hattori, T. Lower urinary tract dysfunction in Machado-Joseph disease: a study of 11 clinical-urodynamic observations. J Neurol Sci. 2004 Mar 15; 218: 67-72

**54660** Sakakibara, R., Uchiyama, T., Asahina, M., Suzuki, A., Yamanishi, T., Hattori, T. Micturition disturbance in acute idiopathic autonomic neuropathy. J Neurol Neurosurg Psychiatry. 2004 Feb; 75: 287-91

**55740** Sakakibara, R., Uchiyama, T., Yoshiyama, M., Aotsuka, A., Mori, M., Kanesaka, T., Hattori, T., Yamanishi, T. Micturitional disturbance in a patient with a spinal cavernous angioma. Neurourol Urodyn. 2003; 22: 606-10

**55750** Sakakibara, R., Uchiyama, T., Yoshiyama, M., Yamanishi, T., Hattori, T. Urinary dysfunction in patients with systemic lupus erythematosis. Neurourol Urodyn. 2003; 22: 593-6

**41399** Sakamoto, K., Smith, G. M., Storer, P. D., Jones, K. J., Damaser, M. S. Neuroregeneration and voiding behavior patterns after pudendal nerve crush in female rats. Neurourol Urodyn. 2000; 19: 311-21

**41348** Sakashita, N., Ando, Y., Obayashi, K., Terazaki, H., Yamashita, T., Takei, M., Kinjo, M., Takahashi, K. Familial amyloidotic polyneuropathy (ATTR Ser50Ile): the first autopsy case report. Virchows Arch. 2000 Apr; 436: 345-50

**43929** Sale, P. G., Wyman, J. F. Achievement of goals associated with bladder training by older incontinent women. Appl Nurs Res. 1994 May; 7: 93-6

**59374** Saleh, N., Bener, A., Khenyab, N., Al-Mansori, Z., Al Muraikhi, A. Prevalence, awareness and determinants of health care-seeking behaviour for urinary incontinence in Qatari women: a neglected problem?. Maturitas. 2005 Jan 10; 50: 58-65

**44383** Salisz, J. A., Diokno, A. C. The management of injuries to the urethra, bladder or vagina encountered during difficult placement of the artificial urinary sphincter in the female patient. J Urol. 1992 Nov; 148: 1528-30

**43853** Salle, J. L., de Fraga, J. C., Amarante, A., Silveira, M. L., Lambertz, M., Schmidt, M., Rosito, N. C. Urethral lengthening with anterior bladder wall flap for urinary incontinence: a new approach. J Urol. 1994 Aug; 152: 803-6

**42154** Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Modifications of and extended indications for the Pippi Salle procedure. World J Urol. 1998; 16: 279-84

**42726** Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Urethral lengthening with anterior bladder wall flap (Pippi Salle procedure): modifications and extended indications of the technique. J Urol. 1997 Aug; 158: 585-90

**59140** Salonia, A., Zanni, G., Nappi, R. E., Briganti, A., Deho, F., Fabbri, F., Colombo, R., Guazzoni, G., Di Girolamo, V., Rigatti, P., Montorsi, F. Sexual dysfunction is common in women with lower urinary tract symptoms and urinary incontinence: results of a cross-sectional study. Eur Urol. 2004 May; 45: 642-8; discussion 648

**3351** Saltmarche, A. Establishing a nurse continence service in Canada. Urol Nurs. 1992 Jun; 12: 81-82

**40221** Saltvedt, I., Mo, E. S., Fayers, P., Kaasa, S., Sletvold, O. Reduced mortality in treating acutely sick, frail older patients in a geriatric evaluation and management unit. A prospective randomized trial. J Am Geriatr Soc. 2002 May; 50: 792-8

**43057** Saltzman, D. A., Telander, M. J., Brennom, W. S., Telander, R. L. Transanal mucosectomy: a modification of the Soave procedure for Hirschsprung's disease. J Pediatr Surg. 1996 Sep; 31: 1272-5

**11099** Salvatore, S., Khullar, V., Anders, K., Cardozo, L. D. Reducing artefacts in ambulatory urodynamics. Br J Urol. 1998 Feb; 81: 211-4

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 59282 | Samanci, N., Dora, B., Kizilay, F., Balci, N., Ozcan, E., Arman, M. Factors affecting one year mortality and functional outcome after first ever ischemic stroke in the region of Antalya, Turkey (a hospital-based study). Acta Neurol Belg. 2004 Dec; 104: 154-60 |
| 43001 | Samandari, T., Smith, B. D., Morgan, H. J. Progressive somnolence and confusion in a patient with hereditary hemorrhagic telangiectasias. Tenn Med. 1996 Nov; 89: 417-8 |
| 43804 | Samil, R. S., Wishnuwardhani, S. D. Health of Indonesian women city-dwellers of perimenopausal age. Maturitas. 1994 Oct; 19: 191-7 |
| 11431 | Samodai, L., Zamori, A., Kelemen, I., Kovacs, L. Continent urinary diversion after radical cystectomy: 3 years' experience. Int Urol Nephrol. 1996; 28: 511-6 |
| 41370 | Sampselle, C. M. Behavioral intervention for urinary incontinence in women: evidence for practice. J Midwifery Womens Health. 2000 Mar-Apr; 45: 94-103 |
| 55590 | Sampselle, C. M. Behavioral intervention: the first-line treatment for women with urinary incontinence. Curr Urol Rep. 2003 Oct; 4: 356-61 |
| 57110 | Sampselle, C. M. Behavioral interventions in young and middle-age women: simple interventions to combat a complex problem. Am J Nurs. 2003 Mar; Suppl: 9-19 |
| 12044 | Sampselle, C. M. Changes in pelvic muscle strength and stress urinary incontinence associated with childbirth. J Obstet Gynecol Neonatal Nurs. 1990 Sep-Oct; 19: 371-7 |
| 55030 | Sampselle, C. M. Teaching women to use a voiding diary. Am J Nurs. 2003 Nov; 103: 62-4 |
| 11894 | Sampselle, C. M. What is the role of pelvic muscle exercise (PME) in the prevention and treatment of stress urinary incontinence (SUI)?. NAACOG Newsl. 1992 Jun; 19: 11 |
| 42736 | Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 375-85 |
| 10704 | Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1999; 28: 25-33 |
| 42403 | Sampselle, C. M., DeLancey, J. O. Anatomy of female continence. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 63-70, 72-4 |
| 11915 | Sampselle, C. M., DeLancey, J. O. The Urine Stream Interruption Test and pelvic muscle function. Nurs Res. 1992 Mar-Apr; 41: 73-7 |
| 53600 | Sampselle, C. M., Harlow, S. D., Skurnick, J., Brubaker, L., Bondarenko, I. Urinary incontinence predictors and life impact in ethnically diverse perimenopausal women. Obstet Gynecol. 2002 Dec; 100: 1230-8 |
| 43138 | Sampselle, C. M., Miller, J. M., Herzog, A. R., Diokno, A. C. Behavioral modification: group teaching outcomes. Urol Nurs. 1996 Jun; 16: 59-63 |
| 11098 | Sampselle, C. M., Miller, J. M., Mims, B. L., Delancey, J. O., Ashton-Miller, J. A., Antonakos, C. L. Effect of pelvic muscle exercise on transient incontinence during pregnancy and after birth. Obstet Gynecol. 1998 Mar; 91: 406-12 |
| 41532 | Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: a test of AWHONN's evidence-based protocol in clinical practice. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 18-26 |
| 41533 | Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: evaluation of AWHONN's third research utilization project. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 9-17 |
| 3994 | Sampselle, C.M., Brink, C.A. Pelvic muscle relaxation. Assessment and management. J Nurse Midwifery. 1990 May-Jun; 35: 127-132 |
| 43238 | Samsioe, G. Medical and surgical strategies for treating urogynecological disorders. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 136-41 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**42363**   Samsioe, G. Urogenital aging--a hidden problem. Am J Obstet Gynecol. 1998 May; 178: S245-9

**41815**   Samsioe, G., Heraib, F., Lidfeldt, J., Nerbrand, C., Lindholm, L., Agardh, C., Schersten, B. Urogenital symptoms in women aged 50-59 years. Women's Health in Lund Area (WHILSA) Study Group. Gynecol Endocrinol. 1999 Apr; 13: 113-7

**10551**   Samuelsson, E. C., Victor, F. T., Svardsudd, K. F. Five-year incidence and remission rates of female urinary incontinence in a Swedish population less than 65 years old. Am J Obstet Gynecol. 2000 Sep; 183: 568-74

**40390**   Samuelsson, E., Mansson, L., Milsom, I. Incontinence aids in Sweden: users and costs. BJU Int. 2001 Dec; 88: 893-8

**10665**   Samuelsson, E., Victor, A., Svardsudd, K. Determinants of urinary incontinence in a population of young and middle-aged women. Acta Obstet Gynecol Scand. 2000 Mar; 79: 208-15

**42936**   Samuelsson, E., Victor, A., Tibblin, G. A population study of urinary incontinence and nocturia among women aged 20-59 years. Prevalence, well-being and wish for treatment. Acta Obstet Gynecol Scand. 1997 Jan; 76: 74-80

**3879**   Sanchez-de-Badajoz, E., Diaz-Ramirez, F., and Vara-Thorbeck, C. Stress incontinence: a new endoscopic approach. Urology. 1990 Nov; 36: 403-405

**11309**   Sand, P. K. Pelvic floor stimulation in the treatment of mixed incontinence complicated by a low-pressure urethra. Obstet Gynecol. 1996 Nov; 88: 757-60

**12037**   Sand, P. K., Bowen, L. W., Ostergard, D. R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-9

**12054**   Sand, P. K., Brubaker, L. T. Advances in nonoperative treatment of genuine stress incontinence. Curr Opin Obstet Gynecol. 1990 Aug; 2: 599-604

**44748**   Sand, P. K., Brubaker, L. T., Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-7

**11552**   Sand, P. K., Richardson, D. A., Staskin, D. R., Swift, S. E., Appell, R. A., Whitmore, K. E., Ostergard, D. R. Pelvic floor electrical stimulation in the treatment of genuine stress incontinence: a multicenter, placebo-controlled trial. Am J Obstet Gynecol. 1995 Jul; 173: 72-9

**10815**   Sand, P. K., Staskin, D., Miller, J., Diokno, A., Sant, G. R., Davila, G. W., Knapp, P., Rappaport, S., Tutrone, R. Effect of a urinary control insert on quality of life in incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 100-5

**10687**   Sand, P. K., Winkler, H., Blackhurst, D. W., Culligan, P. J. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol. 2000 Jan; 182: 30-4

**3928**   Sand, P.K., Bowen, L.W., and Ostergard, D.R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-139

**3921**   Sand, P.K., Brubaker, L. Nonsurgical treatment of detrusor overactivity in postmenopausal women. J Reprod Med. 1990 Aug; 35: 758-764

**3827**   Sand, P.K., Brubaker, L.T., and Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-457

**10143**   Sander, P., Moller, L. M., Rudnicki, P. M., Lose, G. Does the tension-free vaginal tape procedure affect the voiding phase? Pressure-flow studies before and 1 year after surgery. BJU Int. 2002 May; 89: 694-8

**41589**   Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Evaluation of a simple, non-surgical concept for management of urinary incontinence (minimal care) in an open-access, interdisciplinary incontinence clinic. Neurourol Urodyn. 2000; 19: 9-17

**40181**   Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Should measurement of maximum urinary flow rate and residual urine volume be a part of a 'minimal care' assessment programme in female incontinence?. Scand J Urol Nephrol. 2002; 36: 124-7

---

Case 2:12-md-02327   Document 3086-16   Filed 05/13/19   Page 351 of 300   PageID #: 202890

| | |
|---|---|
| 10870 | Sander, P., Thyssen, H., Lose, G., Andersen, J. T. Effect of a vaginal device on quality of life with urinary stress incontinence. Obstet Gynecol. 1999 Mar; 93: 407-11 |
| 40290 | Sanders, C., Driver, C. P., Rickwood, A. M. The anocutaneous reflex and urinary continence in children with myelomeningocele. BJU Int. 2002 May; 89: 720-1 |
| 43574 | Sandvik, H. Criterion validity of responses to patient vignettes: an analysis based on management of female urinary incontinence. Fam Med. 1995 Jun; 27: 388-92 |
| 10811 | Sandvik, H. Health information and interaction on the internet: a survey of female urinary incontinence. BMJ. 1999 Jul 3; 319: 29-32 |
| 3858 | Sandvik, H., Hunskaar, S. Doctors' characteristics and practice patterns in general practice: an analysis based on management of urinary incontinence. Scand J Prim Health Care. 1990 Sep; 8: 179-182 |
| 43487 | Sandvik, H., Hunskaar, S. General practitioners' management of female urinary incontinence. Medical records do not reflect patients' recall. Scand J Prim Health Care. 1995 Sep; 13: 168-74 |
| 43860 | Sandvik, H., Hunskaar, S. Incontinence in women: different response rates may introduce bias in community studies of pad consumption. J Epidemiol Community Health. 1994 Aug; 48: 419 |
| 3001 | Sandvik, H., Hunskaar, S. Incontinence pads--prevalence of use and individual consumption. Scand J Soc Med. 1993 Jun; 21: 120-121 |
| 43532 | Sandvik, H., Hunskaar, S. The epidemiology of pad consumption among community-dwelling incontinent women. J Aging Health. 1995 Aug; 7: 417-26 |
| 4012 | Sandvik, H., Hunskaar, S., and Eriksen, B.C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8 |
| 44996 | Sandvik, H., Hunskaar, S., Eriksen, B. C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8 |
| 44085 | Sandvik, H., Hunskaar, S., Seim, A., Hermstad, R., Vanvik, A., Bratt, H. Validation of a severity index in female urinary incontinence and its implementation in an epidemiological survey. J Epidemiol Community Health. 1993 Dec; 47: 497-9 |
| 11590 | Sandvik, H., Hunskaar, S., Vanvik, A., Bratt, H., Seim, A., Hermstad, R. Diagnostic classification of female urinary incontinence: an epidemiological survey corrected for validity. J Clin Epidemiol. 1995 Mar; 48: 339-43 |
| 3073 | Sandvik, H., Kveine, E., and Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-56 |
| 11831 | Sandvik, H., Kveine, E., Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-6 |
| 41519 | Sandvik, H., Seim, A., Vanvik, A., Hunskaar, S. A severity index for epidemiological surveys of female urinary incontinence: comparison with 48-hour pad-weighing tests. Neurourol Urodyn. 2000; 19: 137-45 |
| 11705 | Santarosa, R. P., Blaivas, J. G. Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1994 Mar; 151: 607-11 |
| 52740 | Sapmaz, E., Celik, H. Burch colposuspension performed at cesarean delivery in pregnancies complicated by genuine stress urinary incontinence. J Reprod Med. 2003 Mar; 48: 191-3 |
| 50380 | Sapsford, R. Rehabilitation of pelvic floor muscles utilizing trunk stabilization. Man Ther. 2004 Feb; 9: 3-12 |
| 40656 | Sapsford, R. R., Hodges, P. W. Contraction of the pelvic floor muscles during abdominal maneuvers. Arch Phys Med Rehabil. 2001 Aug; 82: 1081-8 |
| 10470 | Sapsford, R. R., Hodges, P. W., Richardson, C. A., Cooper, D. H., Markwell, S. J., Jull, G. A. Co-activation of the abdominal and pelvic floor muscles during voluntary exercises. Neurourol Urodyn. 2001; 20: 31-42 |
| 42572 | Sargent, R. P. Primum non nocere?. Am J Obstet Gynecol. 1997 Dec; 177: 1564-5 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**43692**    Sarica, K., Kupeli, S. Agenesis of bladder associated with multiple organ anomalies. Int Urol Nephrol. 1995; 27: 697-703

**40565**    Sarioglu, A., Tanyel, F. C., Senocak, M. E., Buyukpamukcu, N., Hicsonmez, A. Complications of the two major operations of Hirschsprung's disease: a single center experience. Turk J Pediatr. 2001 Jul-Sep; 43: 219-22

**51020**    Sarnelli, G., Trovato, C., Imarisio, M., Talleri, D., Braconi, A. Ultrasound assessment of ther female perineum: technique, methods, indications and ultrasound anatomy. Radiol Med (Torino). 2003 Oct; 106: 357-69

**44342**    Sarras, M., Sarrias, F., Borau, A. The 'Barcelona' technique. Neurourol Urodyn. 1993; 12: 495-6

**54160**    Sartore, A., De Seta, F., Maso, G., Pregazzi, R., Grimaldi, E., Guaschino, S. The effects of mediolateral episiotomy on pelvic floor function after vaginal delivery. Obstet Gynecol. 2004 Apr; 103: 669-73

**52750**    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Assessment of pelvic floor muscle function after vaginal delivery. Clinical value of different tests. J Reprod Med. 2003 Mar; 48: 171-4

**52960**    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Effects of epidural analgesia during labor on pelvic floor function after vaginal delivery. Acta Obstet Gynecol Scand. 2003 Feb; 82: 143-6

**11574**    Sartori, M. G., Baracat, E. C., Girao, M. J., Goncalves, W. J., Sartori, J. P., de Lima, G. R. Menopausal genuine stress urinary incontinence treated with conjugated estrogens plus progestogens. Int J Gynaecol Obstet. 1995 May; 49: 165-9

**11041**    Sarver, R., Govier, F. E. Pubovaginal slings: past, present and future. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 358-68

**52460**    Sasso, K. Case study: challenges of pessary management. J Wound Ostomy Continence Nurs. 2003 May; 30: 152-7; discussion 157-8

**10945**    Sasso, K. C. New treatment options for stress incontinence. RN. 1998 Sep; 61: 36-9

**42964**    Sasso, K. C., Gallo, M. Patient selection criteria for treatment of urinary incontinence with pelvic floor stimulation. Urol Nurs. 1996 Dec; 16: 135-9

**11525**    Sauer, H. A., Klutke, C. G. Transvaginal sacrospinous ligament fixation for treatment of vaginal prolapse. J Urol. 1995 Sep; 154: 1008-12

**44896**    Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C. E., Brindley, G. S., Colombel, P., Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-4

**3923**    Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C.E., Brindley, G.S., Colombel, P., and Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-684

**3859**    Saunders, B. Catheter care. Working together for continence. Nursing (Lond). 1990 Dec 6-19; 4: 14-16

**40151**    Savolainen, S., Hurskainen, H., Paljarvi, L., Alafuzoff, I., Vapalahti, M. Five-year outcome of normal pressure hydrocephalus with or without a shunt: predictive value of the clinical signs, neuropsychological evaluation and infusion test. Acta Neurochir (Wien). 2002 Jun; 144: 515-23; discussion 523

**44179**    Sawle, G. V., Playford, E. D., Brooks, D. J., Quinn, N., Frackowiak, R. S. Asymmetrical pre-synaptic and post-synaptic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116 ( Pt 4): 853-67

**3008**    Sawle, G.V., Playford, E.D., Brooks, D.J., Quinn, N., and Frackowiak, R.S. Asymmetrical pre-synaptic and post-synaptic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116: 853-867

**12013**    Saxton, H. M. Urodynamics in the investigation of women with frequency, urgency, and incontinence, and voiding difficulties. Urol Radiol. 1991; 13: 48-57

**43496**    Sayegh, M. E., French, M. E. Urge incontinence secondary to a large abdominal haematoma. Br J Urol. 1995 Aug; 76: 261-2

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41870    Scardillo, J., Aronovitch, S. A. Successfully managing incontinence-related irritant dermatitis across the lifespan. Ostomy Wound Manage. 1999 Apr; 45: 36-40, 42-4

53290    Scarpero, H. M., Dmochowski, R. R., Nitti, V. W. Repeat urethrolysis after failed urethrolysis for iatrogenic obstruction. J Urol. 2003 Mar; 169: 1013-6

52230    Scarpero, H. M., Fiske, J., Xue, X., Nitti, V. W. American Urological Association Symptom Index for lower urinary tract symptoms in women: correlation with degree of bother and impact on quality of life. Urology. 2003 Jun; 61: 1118-22

44579    Scarratt, W. K., Furr, M. O., Robertson, J. L. Hepatoencephalopathy and hypocalcemia in a miniature horse mare. J Am Vet Med Assoc. 1991 Dec 15; 199: 1754-6

42436    Schaeffer, A. J., Clemens, J. Q., Ferrari, M., Stamey, T. A. The male bulbourethral sling procedure for post-radical prostatectomy incontinence. J Urol. 1998 May; 159: 1510-5

10344    Schaer, G. The clinical value of sonographic imaging of the urethrovesical anatomy. Scand J Urol Nephrol Suppl. 2001; : 80-6; discussion 106-25

42642    Schaer, G. N. Ultrasonography of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 313-6

42940    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Can simultaneous perineal sonography and urethrocystometry help explain urethral pressure variations?. Neurourol Urodyn. 1997; 16: 31-8

11494    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Improvement of perineal sonographic bladder neck imaging with ultrasound contrast medium. Obstet Gynecol. 1995 Dec; 86: 950-4

11605    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound for evaluating the bladder neck in urinary stress incontinence. Obstet Gynecol. 1995 Feb; 85: 220-4

43179    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound: determination of reliable examination procedures. Ultrasound Obstet Gynecol. 1996 May; 7: 347-52

11400    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Usefulness of ultrasound contrast medium in perineal sonography for visualization of bladder neck funneling--first observations. Urology. 1996 Mar; 47: 452-3

10869    Schaer, G. N., Perucchini, D., Munz, E., Peschers, U., Koechli, O. R., Delancey, J. O. Sonographic evaluation of the bladder neck in continent and stress- incontinent women. Obstet Gynecol. 1999 Mar; 93: 412-6

11103    Schaer, G. N., Siegwart, R., Perucchini, D., DeLancey, J. O. Examination of voiding in seated women using a remote-controlled ultrasound probe. Obstet Gynecol. 1998 Feb; 91: 297-301

43335    Schaer, G., Koelbl, H., Voigt, R., Merz, E., Anthuber, C., Niemeyer, R., Ralph, G., Bader, W., Fink, D., Grischke, E. Recommendations of the German Association of Urogynecology on functional sonography of the lower female urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 105-8

43052    Schaffer, J., Fantl, J. A. Urogenital effects of the menopause. Baillieres Clin Obstet Gynaecol. 1996 Sep; 10: 401-17

50900    Schatz, H., Henriksson, L. Pain during the TVT procedure performed under local anesthesia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 347-9; discussion 349

59349    Schatz, I. J. Case 27-2004: multiple-system atrophy. N Engl J Med. 2004 Dec 30; 351: 2881-3; author reply 2881-3

41328    Schatzl, G., Temml, C., Schmidbauer, J., Dolezal, B., Haidinger, G., Madersbacher, S. Cross-sectional study of nocturia in both sexes: analysis of a voluntary health screening project. Urology. 2000 Jul; 56: 71-5

40011    Scheepens, W. A., de Bie, R. A., Weil, E. H., van Kerrebroeck, P. E. Unilateral versus bilateral sacral neuromodulation in patients with chronic voiding dysfunction. J Urol. 2002 Nov; 168: 2046-50

57800    Scheepens, W. A., Van Koeveringe, G. A., De Bie, R. A., Weil, E. H., Van Kerrebroeck, P. E. Long-term efficacy and safety results of the two-stage implantation technique in sacral neuromodulation. BJU Int. 2002 Dec; 90: 840-5

September 2009    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 394 of 500 PageID #: 202893

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

42064   Schettini, M., Diana, M., Gallucci, M. Treatment of urinary incontinence with AMS 800 artificial urinary sphincter. Int Surg. 1998 Jul-Sep; 83: 257-61

10737   Schettini, M., Fortunato, P., Gallucci, M. Abdominal sacral colpopexy with prolene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 295-9

11989   Scheve, A. A., Engel, B. T., McCormick, K. A., Leahy, E. G. Exercise in continence. Geriatr Nurs. 1991 May-Jun; 12: 124

3435   Scheve, A.A., Engel, B.T., McCormick, K.A., and Leahy, E.G. Exercise in continence. Geriatr-Nurs (New York). 1991 May-Jun; 12: 124

11724   Schick, E. Regarding 'Reproducibility of pressure transmission ratios in stress incontinent women'. Neurourol Urodyn. 1994; 13: 81-3

59126   Schick, E., Bertrand, P. E., DuPont, C., Jolivet-Tremblay, M., Tessier, J. Urethral incompetence: an update with special reference to residual maximal urethral closure pressure. Urology. 2004 May; 63: 811-4

50050   Schick, E., Dupont, C., Bertrand, P. E., Jolivet-Tremblay, M., Tessier, J. Predictive value of maximum urethral closure pressure, urethral hypermobility and urethral incompetence in the diagnosis of clinically significant female genuine stress incontinence. J Urol. 2004 May; 171: 1871-5

50520   Schick, E., Jolivet-Tremblay, M., Tessier, J., Dupont, C., Bertrand, P. E. Observations on the function of the female urethra: III: An overview with special reference to the relation between urethral hypermobility and urethral incompetence. Neurourol Urodyn. 2004; 23: 22-6

43041   Schiff, D., O'Neill, B. P. Intramedullary spinal cord metastases: clinical features and treatment outcome. Neurology. 1996 Oct; 47: 906-12

3736   Schiff, S.F., Lytton, B. Incontinence after augmentation cystoplasty and internal diversion. Urol Clin North Am. 1991 May; 18: 383-392

3702   Schileru, G., Ozan, O. Implantation of the cuff of A.U.S. around of all the corpora. Acta Urol Belg. 1990; 58: 83-87

43225   Schilling, A., Krawczak, G., Friesen, A., Kruse, H. Pregnancy in a patient with an ileal substitute bladder followed by severe destabilization of the pelvic support. J Urol. 1996 Apr; 155: 1389-90

52560   Schiotz, H. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2003 May; 101: 1024; reply 1024-5

11447   Schiotz, H. A. Comparison of 1 and 3 days' transurethral Foley catheterization after retropubic incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 98-101

11725   Schiotz, H. A. One month maximal electrostimulation for genuine stress incontinence in women. Neurourol Urodyn. 1994; 13: 43-50

42502   Schlenk, E. A., Erlen, J. A., Dunbar-Jacob, J., McDowell, J., Engberg, S., Sereika, S. M., Rohay, J. M., Bernier, M. J. Health-related quality of life in chronic disorders: a comparison across studies using the MOS SF-36. Qual Life Res. 1998 Jan; 7: 57-65

40276   Schlienger, R. G., Keller, M. J., Krahenbuhl, S. Tolterodine-associated acute mixed liver injury. Ann Pharmacother. 2002 May; 36: 817-9

59355   Schmid, D. M., Curt, A., Hauri, D., Schurch, B. Motor evoked potentials (MEP) and evoked pressure curves (EPC) from the urethral compressive musculature (UCM) by functional magnetic stimulation in healthy volunteers and patients with neurogenic incontinence. Neurourol Urodyn. 2005; 24: 117-27

40707   Schmidbauer, J., Temml, C., Schatzl, G., Haidinger, G., Madersbacher, S. Risk factors for urinary incontinence in both sexes. Analysis of a health screening project. Eur Urol. 2001 May; 39: 565-70

41558   Schmidt, B., Haberlik, A., Uray, E., Ratschek, M., Lackner, H., Hollwarth, M. E. Sacrococcygeal teratoma: clinical course and prognosis with a special view to long-term functional results. Pediatr Surg Int. 1999; 15: 573-6

42240   Schmidt, R. A., Doggweiler, R. Neurostimulation and neuromodulation: a guide to selecting the right urologic patient. Eur Urol. 1998; 34 Suppl 1: 23-6

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

41804    Schmidt, R. A., Jonas, U., Oleson, K. A., Janknegt, R. A., Hassouna, M. M., Siegel, S. W., van Kerrebroeck, P. E. Sacral nerve stimulation for treatment of refractory urinary urge incontinence. Sacral Nerve Stimulation Study Group. J Urol. 1999 Aug; 162: 352-7

44984    Schmidt, R. A., Kogan, B. A., Tanagho, E. A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-82

3847    Schmidt, R.A. Treatment of unstable bladder. Urology. 1991 Jan; 37: 28-32

4124    Schmidt, R.A., Kogan, B.A., and Tanagho, E.A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-782

44009    Schneider, M. S., King, L. R., Surwit, R. S. Kegel exercises and childhood incontinence: a new role for an old treatment. J Pediatr. 1994 Jan; 124: 91-2

42659    Schnelle, J. F., Adamson, G. M., Cruise, P. A., al-Samarrai, N., Sarbaugh, F. C., Uman, G., Ouslander, J. G. Skin disorders and moisture in incontinent nursing home residents: intervention implications. J Am Geriatr Soc. 1997 Oct; 45: 1182-8

54820    Schnelle, J. F., Cadogan, M. P., Grbic, D., Bates-Jensen, B. M., Osterweil, D., Yoshii, J., Simmons, S. F. A standardized quality assessment system to evaluate incontinence care in the nursing home. J Am Geriatr Soc. 2003 Dec; 51: 1754-61

55930    Schnelle, J. F., Cadogan, M. P., Yoshii, J., Al-Samarrai, N. R., Osterweil, D., Bates-Jensen, B. M., Simmons, S. F. The minimum data set urinary incontinence quality indicators: do they reflect differences in care processes related to incontinence?. Med Care. 2003 Aug; 41: 909-22

42269    Schnelle, J. F., Cruise, P. A., Alessi, C. A., Al-Samarrai, N., Ouslander, J. G. Individualizing nighttime incontinence care in nursing home residents. Nurs Res. 1998 Jul-Aug; 47: 197-204

57420    Schnelle, J. F., Kapur, K., Alessi, C., Osterweil, D., Beck, J. G., Al-Samarrai, N. R., Ouslander, J. G. Does an exercise and incontinence intervention save healthcare costs in a nursing home population?. J Am Geriatr Soc. 2003 Feb; 51: 161-8

43457    Schnelle, J. F., Keeler, E., Hays, R. D., Simmons, S., Ouslander, J. G., Siu, A. L. A cost and value analysis of two interventions with incontinent nursing home residents. J Am Geriatr Soc. 1995 Oct; 43: 1112-7

43409    Schnelle, J. F., MacRae, P. G., Ouslander, J. G., Simmons, S. F., Nitta, M. Functional Incidental Training, mobility performance, and incontinence care with nursing home residents. J Am Geriatr Soc. 1995 Dec; 43: 1356-62

43447    Schnelle, J. F., McNees, P., Crooks, V., Ouslander, J. G. The use of a computer-based model to implement an incontinence management program. Gerontologist. 1995 Oct; 35: 656-65

44287    Schnelle, J. F., Newman, D., White, M., Abbey, J., Wallston, K. A., Fogarty, T., Ory, M. G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-21

44147    Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. Nighttime sleep and bed mobility among incontinent nursing home residents. J Am Geriatr Soc. 1993 Sep; 41: 903-9

44146    Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. The nighttime environment, incontinence care, and sleep disruption in nursing homes. J Am Geriatr Soc. 1993 Sep; 41: 910-4

4139    Schnelle, J.F. Treatment of urinary incontinence in nursing home patients by prompted voiding. J Am Geriatr Soc. 1990 Mar; 38: 356-360

3143    Schnelle, J.F., Newman, D., White, M., Abbey, J., Wallston, K.A., Fogarty, T., and Ory, M.G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-121

4014    Schnelle, J.F., Newman, D.R., and Fogarty, T. Management of patient continence in long-term care nursing facilities. Gerontologist. 1990 Jun; 30: 373-376

3926    Schnelle, J.F., Newman, D.R., and Fogarty, T. Statistical quality control in nursing homes: assessment and management of chronic urinary incontinence. Health Serv Res. 1990 Oct; 25: 627-637

---

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 396 of 300 PageID #: 202895

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

**3828**    Schnelle, J.F., Newman, D.R., Fogarty, T.E., Wallston, K., and Ory, M. Assessment and quality control of incontinence care in long-term nursing facilities. J Am Geriatr Soc. 1991 Feb; 39: 165-171

**59203**    Scholes, D., Hooton, T. M., Roberts, P. L., Gupta, K., Stapleton, A. E., Stamm, W. E. Risk factors associated with acute pyelonephritis in healthy women. Ann Intern Med. 2005 Jan 4; 142: 20-7

**41602**    Schonherr, M. C., Groothoff, J. W., Mulder, G. A., Eisma, W. H. Functional outcome of patients with spinal cord injury: rehabilitation outcome study. Clin Rehabil. 1999 Dec; 13: 457-63

**10536**    Schrepferman, C. G., Griebling, T. L., Nygaard, I. E., Kreder, K. J. Resolution of urge symptoms following sling cystourethropexy. J Urol. 2000 Nov; 164: 1628-31

**41560**    Schroder, A., Levin, R. M., Kogan, B. A., Das, A. K., Kay, F., Mahashabde, A. Absorption of oxybutynin from vaginal inserts: drug blood levels and the response of the rabbit bladder. Urology. 2000 Dec 20; 56: 1063-7

**59278**    Schuessler, B. Research of surgical outcome of incontinence surgery in women. Am J Obstet Gynecol. 2005 Mar; 192: 984-5; author reply 985

**51250**    Schuessler, B., Baessler, K. Pharmacologic treatment of stress urinary incontinence: expectations for outcome. Urology. 2003 Oct; 62: 31-8

**11170**    Schulman, C., Claes, H., Matthijs, J. Urinary incontinence in Belgium: a population-based epidemiological survey. Eur Urol. 1997; 32: 315-20

**41982**    Schulman, S. L., Quinn, C. K., Plachter, N., Kodman-Jones, C. Comprehensive management of dysfunctional voiding. Pediatrics. 1999 Mar; 103: E31

**40528**    Schulman, S. L., Von Zuben, F. C., Plachter, N., Kodman-Jones, C. Biofeedback methodology: does it matter how we teach children how to relax the pelvic floor during voiding?. J Urol. 2001 Dec; 166: 2423-6

**43063**    Schulman, S. L., Zderic, S., Kaplan, P. Increased prevalence of urinary symptoms and voiding dysfunction in Williams syndrome. J Pediatr. 1996 Sep; 129: 466-9

**10983**    Schultheiss, D., Hofner, K., Oelke, M., Grunewald, V., Jonas, U. Does bone anchor fixation improve the outcome of percutaneous bladder neck suspension in female stress urinary incontinence?. Br J Urol. 1998 Aug; 82: 192-5

**10790**    Schultheiss, D., Jonas, U. Do we need bone anchors in urogynecology?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 153-4

**42839**    Schultz, A., Dickey, G., Skoner, M. Self-report of incontinence in acute care. Urol Nurs. 1997 Mar; 17: 23-8

**43317**    Schultz, A., Talseth, T. Continent urinary diversion in patients with dysfunction of the lower urinary tract. Experience with the detubularized right colonic segment as urinary reservoir. Scand J Urol Nephrol Suppl. 1996; 179: 93-6

**42109**    Schultz, I., Mellgren, A., Nilsson, B. Y., Dolk, A., Holmstrom, B. Preoperative electrophysiologic assessment cannot predict continence after rectopexy. Dis Colon Rectum. 1998 Nov; 41: 1392-8

**55120**    Schultz, S. E., Kopec, J. A. Impact of chronic conditions. Health Rep. 2003 Aug; 14: 41-53

**42103**    Schultz-Lampel, D., Jiang, C., Lindstrom, S., Thuroff, J. W. Experimental results on mechanisms of action of electrical neuromodulation in chronic urinary retention. World J Urol. 1998; 16: 301-4

**40363**    Schulz, J. A. Assessing and treating pelvic organ prolapse. Ostomy Wound Manage. 2001 May; 47: 54-9

**10752**    Schulz, J. A., Drutz, H. P. The surgical management of recurrent stress urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 489-94

**56280**    Schurch, B., Reilly, I., Reitz, A., Curt, A. Electrophysiological recordings during the peripheral nerve evaluation (PNE) test in complete spinal cord injury patients. World J Urol. 2003 May; 20: 319-22

**41247**    Schurch, B., Stohrer, M., Kramer, G., Schmid, D. M., Gaul, G., Hauri, D. Botulinum-A toxin for treating detrusor hyperreflexia in spinal cord injured patients: a new alternative to anticholinergic drugs? Preliminary results. J Urol. 2000 Sep; 164: 692-7

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 397 of 300 PageID #: 202896

41660    Schurch, B., Suter, S., Dubs, M. Intraurethral sphincter prosthesis to treat hyporeflexic bladders in women: does it work?. BJU Int. 1999 Nov; 84: 789-94

11527    Schurmans, J. R., Weerman, P. C., Bosch, J. L., van der Leij, E. M., Schroder, F. H. Quality of life assessment in heterotopic and orthotopic neobladder reconstruction: a comparison. Acta Urol Belg. 1995 Sep; 63: 55-8

42488    Schuur, P. M., Kasteren, M. E., Sabbe, L., Vos, M. C., Janssens, M. M., Buiting, A. G. Urinary tract infections with Aerococcus urinae in the south of The Netherlands. Eur J Clin Microbiol Infect Dis. 1997 Dec; 16: 871-5

41420    Schwartz, B. F., Stoller, M. L. The vesical calculus. Urol Clin North Am. 2000 May; 27: 333-46

43880    Schwartz, S. L., Kennelly, M. J., McGuire, E. J., Faerber, G. J. Incontinent ileo-vesicostomy urinary diversion in the treatment of lower urinary tract dysfunction. J Urol. 1994 Jul; 152: 99-102

59172    Schweitzer, K. J., Vierhout, M. E., Milani, A. L. Surgery for pelvic organ prolapse in women of 80 years of age and older. Acta Obstet Gynecol Scand. 2005 Mar; 84: 286-9

59027    Schytt, E., Lindmark, G., Waldenstrom, U. Symptoms of stress incontinence 1 year after childbirth: prevalence and predictors in a national Swedish sample. Acta Obstet Gynecol Scand. 2004 Oct; 83: 928-36

41415    Scott, D. Continence. Bangladeshi venture. Nurs Times. 1999 Oct 20-26; 95: 76-9

53650    Scott, L., Leddy, M., Bernay, F., Davot, J. L. Evaluation of phenylpropanolamine in the treatment of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2002 Nov; 43: 493-6

11107    Scotti, R. J., Angell, G., Flora, R., Greston, W. M. Antecedent history as a predictor of surgical cure of urgency symptoms in mixed incontinence. Obstet Gynecol. 1998 Jan; 91: 51-4

10913    Scotti, R. J., Garely, A. D., Greston, W. M., Flora, R. F., Olson, T. R. Paravaginal repair of lateral vaginal wall defects by fixation to the ischial periosteum and obturator membrane. Am J Obstet Gynecol. 1998 Dec; 179: 1436-45

11822    Scotti, R. J., Myers, D. L. A comparison of the cough stress test and single-channel cystometry with multichannel urodynamic evaluation in genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 430-3

12049    Scotti, R. J., Ostergard, D. R., Guillaume, A. A., Kohatsu, K. E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-6

 3919    Scotti, R.J., Ostergard, D.R., Guillaume, A.A., and Kohatsu, K.E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-776

43329    Scowen, P. Childbirth and continence: 1. Prof Care Mother Child. 1996; 6: 91-4

43301    Scowen, P. Childbirth and continence: 2. Prof Care Mother Child. 1996; 6: 119-23

 3623    Scullin, P.D. Financial repercussions of incontinence management [editorial]. Ostomy Wound Manage. 1991 Jul-Aug; 35: 4

42822    Scura, K. W., Whipple, B. How to provide better care for the postmenopausal woman. Am J Nurs. 1997 Apr; 97: 36-43

59220    Segal, J. L., Vassallo, B., Kleeman, S., Silva, W. A., Karram, M. M. Prevalence of persistent and de novo overactive bladder symptoms after the tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1263-9

43037    Segreti, E. M., Morris, M., Levenback, C., Lucas, K. R., Gershenson, D. M., Burke, T. W. Transverse colon urinary diversion in gynecologic oncology. Gynecol Oncol. 1996 Oct; 63: 66-70

43921    Seidel, G. K., Millis, S. R., Lichtenberg, P. A., Dijkers, M. Predicting bowel and bladder continence from cognitive status in geriatric rehabilitation patients. Arch Phys Med Rehabil. 1994 May; 75: 590-3

 3264    Seiler, W.O., Stahelin, H.B., and Hefti, U. Desmopressin reduces night urine volume in geriatric patients: implication for treatment of the nocturnal incontinence. Clin Investig. 1992 Jul; 70: 619

11292    Seim, A., Eriksen, B. C., Hunskaar, S. A study of female urinary incontinence in general practice. Demography, medical history, and clinical findings. Scand J Urol Nephrol. 1996 Dec; 30: 465-71

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 5086-16 Filed 09/13/19 Page 398 of 500 PageID #: 202897
Page 456 of 910

# American Urological Association, Inc.

**SUI Guidelines Panel**

41931   Seim, A., Hermstad, R., Hunskaar, S. Female urinary incontinence: long-term follow-up after treatment in general practice. Br J Gen Pract. 1998 Nov; 48: 1731-4

11225   Seim, A., Hermstad, R., Hunskaar, S. Management in general practice significantly reduced psychosocial consequences of female urinary incontinence. Qual Life Res. 1997 Apr; 6: 257-64

41042   Seim, A., Hunskaar, S. Female urinary incontinence--the role of the general practitioner. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1046-51

43659   Seim, A., Sandvik, H., Hermstad, R., Hunskaar, S. Female urinary incontinence--consultation behaviour and patient experiences: an epidemiological survey in a Norwegian community. Fam Pract. 1995 Mar; 12: 18-21

43136   Seim, A., Sivertsen, B., Eriksen, B. C., Hunskaar, S. Treatment of urinary incontinence in women in general practice: observational study. BMJ. 1996 Jun 8; 312: 1459-62

42771   Sekido, N., Kawai, K., Akaza, H. Lower urinary tract dysfunction as persistent complication of radical hysterectomy. Int J Urol. 1997 May; 4: 259-64

42116   Selcuki, M., Coskun, K. Management of tight filum terminale syndrome with special emphasis on normal level conus medullaris (NLCM). Surg Neurol. 1998 Oct; 50: 318-22; discussion 322

41384   Selcuki, M., Unlu, A., Ugur, H. C., Soygur, T., Arikan, N., Selcuki, D. Patients with urinary incontinence often benefit from surgical detethering of tight filum terminale. Childs Nerv Syst. 2000 Mar; 16: 150-4; discussion 155

11719   Seman, E., O'Shea, R. T. Laparoscopic Burch colposuspension--a new approach for stress incontinence. Med J Aust. 1994 Jan 3; 160: 42

42551   Sen, S., Ahmed, S., Borghol, M. Surgical management of complete ureteric duplication abnormalities. Pediatr Surg Int. 1998 Jan; 13: 61-4

56690   Sen, S., Zachariah, N., Chacko, J., Thomas, G. Buttressing the divided bladder neck by a rectus abdominis muscle flap to prevent urethral recanalisation in paediatric urinary incontinence. Pediatr Surg Int. 2003 Apr; 19: 124-6

52500   Sendag, F., Vidinli, H., Kazandi, M., Itil, I. M., Askar, N., Vidinli, B., Pourbagher, A. Role of perineal sonography in the evaluation of patients with stress urinary incontinence. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 54-7

43968   Senechal, P. K. Symphysis pubis separation during childbirth. J Am Board Fam Pract. 1994 Mar-Apr; 7: 141-4

44021   Sengstaken, E. A., King, S. A. Chronic schizophrenia or meningioma?. J Am Board Fam Pract. 1994 Jan-Feb; 7: 71-3

40376   Senior, J. Clean intermittent self-catheterisation and children. Br J Community Nurs. 2001 Aug; 6: 381-6

10785   Serel, T. A., Gungor, M. Urodynamic evaluation after endoscopic modified bladder neck suspension. Urol Int. 1999; 62: 17-20

10749   Serels, S. R., Rackley, R. R., Appell, R. A. In situ slings with concurrent cystocele repair. Tech Urol. 1999 Sep; 5: 129-32

10676   Serels, S. R., Rackley, R. R., Appell, R. A. Surgical treatment for stress urinary incontinence associated with valsalva induced detrusor instability. J Urol. 2000 Mar; 163: 884-7

42529   Serels, S., Stein, M. Prospective study comparing hyoscyamine, doxazosin, and combination therapy for the treatment of urgency and frequency in women. Neurourol Urodyn. 1998; 17: 31-6

3234   Servoll, E., Halvorsen, O.J., Haukaas, S., and Hoisaeter, P.A. Radical retropubic prostatectomy: our experience with the first 54 patients. Scand J Urol Nephrol. 1992; 26: 231-234

11994   Sethia, K. K., Webb, R. J., Neal, D. E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-90

3729   Sethia, K.K., Webb, R.J., and Neal, D.E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-290

Case 2:12-md-02327 Document 0080-16 Filed 09/13/19 Page 399 of 800 PageID #: 202898

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

**52200**  Sevestre, S., Ciofu, C., Deval, B., Traxer, O., Amarenco, G., Haab, F. Results of the tension-free vaginal tape technique in the elderly. Eur Urol. 2003 Jul; 44: 128-31

**11774**  Sexton, D. J., Heskestad, L., Lambeth, W. R., McCallum, R., Levin, L. S., Corey, G. R. Postoperative pubic osteomyelitis misdiagnosed as osteitis pubis: report of four cases and review. Clin Infect Dis. 1993 Oct; 17: 695-700

**42514**  Sgadari, A., Topinkova, E., Bjornson, J., Bernabei, R. Urinary incontinence in nursing home residents: a cross-national comparison. Age Ageing. 1997 Sep; 26 Suppl 2: 49-54

**43440**  Shader, R. I., Oesterheld, J. R. Case 7: the addled nonagenarian. J Clin Psychopharmacol. 1995 Oct; 15: 378

**12016**  Shafik, A. Dilatation and closing anal reflexes. Description and clinical significance of new reflexes: preliminary report. Acta Anat (Basel). 1991; 142: 293-8

**10593**  Shafik, A. Electrovesicogram in stress urinary incontinence: a preliminary study. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 203-7

**11124**  Shafik, A. Endoscopic pudendal canal decompression for the treatment of fecal incontinence due to pudendal canal syndrome. J Laparoendosc Adv Surg Tech A. 1997 Aug; 7: 227-34

**10732**  Shafik, A. Levator ani muscle: new physioanatomical aspects and role in the micturition mechanism. World J Urol. 1999 Oct; 17: 266-73

**41091**  Shafik, A. Neuronal innervation of urethral and anal sphincters: surgical anatomy and clinical implications. Curr Opin Obstet Gynecol. 2000 Oct; 12: 387-98

**10921**  Shafik, A. Pudendal canal syndrome as a cause of vulvodynia and its treatment by pudendal nerve decompression. Eur J Obstet Gynecol Reprod Biol. 1998 Oct; 80: 215-20

**59165**  Shafik, A. Re: Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2005 Apr; 173: 1436; author reply 1436

**50030**  Shafik, A. Stress urinary incontinence: new concept of pathogenesis and treatment by pudendal canal decompression. Adv Exp Med Biol. 2003; 539: 415-40

**10876**  Shafik, A., Doss, S. Surgical anatomy of the somatic terminal innervation to the anal and urethral sphincters: role in anal and urethral surgery. J Urol. 1999 Jan; 161: 85-9

**56770**  Shafik, A., Shafik, I. A. Overactive bladder inhibition in response to pelvic floor muscle exercises. World J Urol. 2003 May; 20: 374-7

**51730**  Shah, D. K., Paul, E. M., Amukele, S., Eisenberg, E. R., Badlani, G. H. Broad based tension-free synthetic sling for stress urinary incontinence: 5-year outcome. J Urol. 2003 Sep; 170: 849-51

**50690**  Shah, D. K., Paul, E. M., Rastinehad, A. R., Eisenberg, E. R., Badlani, G. H. Short-term outcome analysis of total pelvic reconstruction with mesh: the vaginal approach. J Urol. 2004 Jan; 171: 261-3

**40549**  Shah, M., Moogerfeld, M. S., Ahmed, J., Mughal, M., Aziz, K. Metastatic cervical cancer with unusual presentation: a case report. Conn Med. 2001 Sep; 65: 523-5

**42823**  Shah, P. N., Maly, R. C., Frank, J. C., Hirsch, S. H., Reuben, D. B. Managing geriatric syndromes: what geriatric assessment teams recommend, what primary care physicians implement, what patients adhere to. J Am Geriatr Soc. 1997 Apr; 45: 413-9

**54090**  Shaji, K. S., Smitha, K., Lal, K. P., Prince, M. J. Caregivers of people with Alzheimer's disease: a qualitative study from the Indian 10/66 Dementia Research Network. Int J Geriatr Psychiatry. 2003 Jan; 18: 1-6

**42435**  Shaker, H. S., Hassouna, M. Sacral nerve root neuromodulation: an effective treatment for refractory urge incontinence. J Urol. 1998 May; 159: 1516-9

**41645**  Shaker, H., Hassouna, M. M. Sacral root neuromodulation in the treatment of various voiding and storage problems. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 336-43

**10893**  Shandera, K. C. Diagnosis and management of female urinary incontinence. Hawaii Med J. 1998 Dec; 57: 746-8

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 360 of 500 PageID #: 202899

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

*sorted by Primary Author and Title*

---

43699  Shapiro, E., Lepor, H. Matrix changes in the bladder associated with normal aging. Adv Exp Med Biol. 1995; 385: 187-90; discussion 223-8

10177  Sharifi-Aghdas, F., Ghaderian, N., Payvand, A. Free bladder mucosal autograft in the treatment of complicated vesicovaginal fistula. BJU Int. 2002 Mar; 89 Suppl 1: 54-6

50610  Sharma, B., Oligbo, N. Delayed vaginal erosion of the tape--a rare complication with TVT. J Obstet Gynaecol. 2004 Jan; 24: 96-8

10477  Sharp, H. T., Doucette, R. C., Norton, P. A. Dyspareunia and recurrent stress urinary incontinence after laparoscopic colposuspension with mesh and staples. A case report. J Reprod Med. 2000 Nov; 45: 947-9

40423  Shaw, C. A review of the psychosocial predictors of help-seeking behaviour and impact on quality of life in people with urinary incontinence. J Clin Nurs. 2001 Jan; 10: 15-24

57940  Shaw, C. A systematic review of the literature on the prevalence of sexual impairment in women with urinary incontinence and the prevalence of urinary leakage during sexual activity. Eur Urol. 2002 Nov; 42: 432-40

40123  Shaw, C., Matthews, R. J., Perry, S. I., Assassa, R. P., Williams, K., McGrother, C., Dallosso, H., Jagger, C., Mayne, C., Clarke, M. Validity and reliability of an interviewer-administered questionnaire to measure the severity of lower urinary tract symptoms of storage abnormality: the Leicester Urinary Symptom Questionnaire. BJU Int. 2002 Aug; 90: 205-15

40775  Shaw, C., McColl, E., Bond, S. Functional abilities and continence: the use of proxy respondents in research involving older people. Qual Life Res. 2000; 9: 1117-26

41023  Shaw, C., Tansey, R., Jackson, C., Hyde, C., Allan, R. Barriers to help seeking in people with urinary symptoms. Fam Pract. 2001 Feb; 18: 48-52

40917  Shaw, C., Williams, K. S., Assassa, R. P. Patients' views of a new nurse-led continence service. J Clin Nurs. 2000 Jul; 9: 574-82

42450  Shaw, F. Continence--it's never too late. Nurs Times. 1998 Feb 11-17; 94: 68-70, 72

3925   Shaw, J. Continence in cerebral palsy. Health Visit. 1990 Sep; 63: 301-302

59032  Shaw, M. B., Rink, R. C., Kaefer, M., Cain, M. P., Casale, A. J. Continence and classic bladder exstrophy treated with staged repair. J Urol. 2004 Oct; 172: 1450-3; discussion 1453

41971  Shaw, M., Galloway, S. To be or not to be: the challenge of urinary continence in older adults. Perspectives. 1998 Winter; 22: 18-22

10601  Shehata, N. A., de Courcy-Wheeler, R. H., Sim, D. A. Ureteric kinking after colposuspension: a case report and review of the literature. Ulster Med J. 2000 May; 69: 74-5

41127  Shehu, B. B., Ameh, E. A., Ismail, N. J. Spina bifida cystica: selective management in Zaria, Nigeria. Ann Trop Paediatr. 2000 Sep; 20: 239-42

40613  Sheikh, M. A., Khan, M. S., Khatoon, A., Arain, G. M. Incidence of urinary tract infection during pregnancy. East Mediterr Health J. 2000 Mar-May; 6: 265-71

41544  Sheldon, C. A., Minevich, E., Wacksman, J. Modified technique of antegrade continence enema using a stapling device. J Urol. 2000 Feb; 163: 589-91

3779   Sheldon, C., Cormier, M., Crone, K., and Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

44781  Sheldon, C., Cormier, M., Crone, K., Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

44345  Shen, W. C., Lee, S. K., Ho, Y. J., Lee, K. R. Myelography, CT and MRI in leukaemic infiltration of the lumbar theca. Neuroradiology. 1993; 35: 516-7

43905  Shepherd, J. H., Crawford, R. A. Reconstructive procedures in benign and malignant gynecological surgery. Curr Opin Obstet Gynecol. 1994 Jun; 6: 206-9

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

40582    Sherburn, M., Guthrie, J. R., Dudley, E. C., O'Connell, H. E., Dennerstein, L. Is incontinence associated with menopause?. Obstet Gynecol. 2001 Oct; 98: 628-33

44213    Sherer, D. M., Abramowicz, J. S., Perillo, A. M., Woods, J. R., Jr Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-7

3058    Sherer, D.M., Abramowicz, J.S., Perillo, A.M., and Woods, J.R., Jr. Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-367

42439    Sheriff, M. K., Foley, S., McFarlane, J., Nauth-Misir, R., Craggs, M., Shah, P. J. Long-term suprapubic catheterisation: clinical outcome and satisfaction survey. Spinal Cord. 1998 Mar; 36: 171-6

11171    Sheriff, M. K., Foley, S., Mcfarlane, J., Nauth-Misir, R., Shah, P. J. Endoscopic correction of intractable stress incontinence with silicone micro-implants. Eur Urol. 1997; 32: 284-8

44116    Sherman, A. M. An introduction to urinary incontinence. Orthop Nurs. 1993 Nov-Dec; 12: 27-30

56360    Sherman, A. M., Shumaker, S. A., Kancler, C., Zheng, B., Reboussin, D. M., Legault, C., Herrington, D. M. Baseline health-related quality of life in postmenopausal women with coronary heart disease: the Estrogen Replacement and Atherosclerosis (ERA) trial. J Womens Health (Larchmt). 2003 May; 12: 351-62

11176    Sherman, R. A., Davis, G. D., Wong, M. F. Behavioral treatment of exercise-induced urinary incontinence among female soldiers. Mil Med. 1997 Oct; 162: 690-4

44076    Sherman, S., Umlauf, M. G. Urinary incontinence in community dwelling elders. Urol Nurs. 1993 Dec; 13: 120-7

42807    Shetty, S. D., Kirkemo, A. K. Bilateral bone anchor vaginal vault suspension: an initial report of a new technique. Tech Urol. 1997 Spring; 3: 1-5

41492    Sheu, J. J., Yuan, R. Y., Lu, J. J., Chung, C. L., Hsu, C. Y. Tuberculous meningitis in a Filipino maid. J Formos Med Assoc. 1999 Nov; 98: 783-6

43622    Shibata, T., Nonomura, K., Kakizaki, H., Murayama, M., Seki, T., Koyanagi, T. A case of unique communication between blind-ending ectopic ureter and ipsilateral hemi-hematocolpometra in uterus didelphys. J Urol. 1995 Apr; 153: 1208-10

55770    Shih, Y. C., Hartzema, A. G., Tolleson-Rinehart, S. Labor costs associated with incontinence in long-term care facilities. Urology. 2003 Sep; 62: 442-6

57850    Shimada, K., Matsumoto, F., Tohda, A., Harada, Y., Naitoh, Y. Surgical management of urinary incontinence in children with anatomical bladder-outlet anomalies. Int J Urol. 2002 Oct; 9: 561-6

41071    Shimanouchi, S., Kamei, T., Hayashi, M. Home care for the frail elderly based on urinary incontinence level. Public Health Nurs. 2000 Nov-Dec; 17: 468-73

30322    Shimizu, I., Ishii, D., Kawashima, K., Oka, M., Hosoki, K. Pharmacological effect of amezinium on urethra and bladder of rabbits. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 170-7

11119    Shimonovitz, S., Monga, A. K., Stanton, S. L. Does the menstrual cycle influence cystometry?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 213-5; discussion 215-6

10691    Shinopulos, N. M., Dann, J. A., Smith, J. J., 3rd Patient selection and education for use of the CapSure (Re/Stor) continence shield. Urol Nurs. 1999 Jun; 19: 135-40

10599    Shinopulos, N. M., Jacobson, J. Relationship between health promotion lifestyle profiles and patient outcomes of biofeedback therapy for urinary incontinence. Urol Nurs. 1999 Dec; 19: 249-53

44132    Shiohama, N., Shinomiya, S., Nagaoka, M. Clinical features of anterior bradyrhythmia. Clin Electroencephalogr. 1993 Oct; 24: 194-201

40471    Shobeiri, S. A., Chesson, R. R., Echols, K. T. Cystoscopic fistulography: a new technique for the diagnosis of vesicocervical fistula. Obstet Gynecol. 2001 Dec; 98: 1124-6

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

50880    Shobeiri, S. A., Echols, K. T., Franco, N. Sinus formation after insertion of a silicone-coated suburethral sling. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 356-7

11015    Shoemaker, E. S., Wilkinson, P. D. Teloscopy after bladder neck suspension. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 261-3

43671    Shortliffe, L. M. The management of urinary tract infections in children without urinary tract abnormalities. Urol Clin North Am. 1995 Feb; 22: 67-73

10332    Showalter, P. R., Zimmern, P. E., Roehrborn, C. G., Lemack, G. E. Standing cystourethrogram: an outcome measure after anti-incontinence procedures and cystocele repair in women. Urology. 2001 Jul; 58: 33-7

57220    Shukla, A. R., Pow-Sang, J. M., Helal, M. A., Seigne, J., Ordorica, R., Lockhart, J. L. Urinary incontinence after continent urinary diversion using cecal wrap or plicated ileum: a patient questionnaire review. Urology. 2003 Feb; 61: 328-31

11960    Shull, B. L. Urologic surgical techniques. Curr Opin Obstet Gynecol. 1991 Aug; 3: 534-40

11647    Shumaker, S. A., Wyman, J. F., Uebersax, J. S., McClish, D., Fantl, J. A. Health-related quality of life measures for women with urinary incontinence: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program in Women (CPW) Research Group. Qual Life Res. 1994 Oct; 3: 291-306

41604    Sibbald, B. Unique health needs of elderly women being ignored, symposium told. CMAJ. 1999 Nov 16; 161: 1309-10

45068    Sidi, A. A., Becher, E. F., Reddy, P. K., Dykstra, D. D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-5

4227    Sidi, A.A., Becher, E.F., Reddy, P.K., and Dykstra, D.D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-85

41073    Siegel, S. W., Catanzaro, F., Dijkema, H. E., Elhilali, M. M., Fowler, C. J., Gajewski, J. B., Hassouna, M. M., Janknegt, R. A., Jonas, U., van Kerrebroeck, P. E., Lycklama, a., Nijeholt AA, Oleson, K. A., Schmidt, R. A. Long-term results of a multicenter study on sacral nerve stimulation for treatment of urinary urge incontinence, urgency-frequency, and retention. Urology. 2000 Dec 4; 56: 87-91

11132    Siegel, S. W., Richardson, D. A., Miller, K. L., Karram, M. M., Blackwood, N. B., Sand, P. K., Staskin, D. R., Tuttle, J. P. Pelvic floor electrical stimulation for the treatment of urge and mixed urinary incontinence in women. Urology. 1997 Dec; 50: 934-40

11237    Siegelman, E. S., Banner, M. P., Ramchandani, P., Schnall, M. D. Multicoil MR imaging of symptomatic female urethral and periurethral disease. Radiographics. 1997 Mar-Apr; 17: 349-65

10335    Sievert, K. D., Emre Bakircioglu, M., Tsai, T., Dahms, S. E., Nunes, L., Lue, T. F. The effect of simulated birth trauma and/or ovariectomy on rodent continence mechanism. Part I: functional and structural change. J Urol. 2001 Jul; 166: 311-7

3483    Silbert, P.L., Stewart-Wynne, E.G. Incontinence after stroke [letter]. Lancet. 1992 Feb 15; 339: 428

10746    Siltberg, H., Larsson, G., Hallen, B., Johansson, C., Ulmsten, U. Validation of cough-induced leak point pressure measurement in the evaluation of pharmacological treatment of stress incontinence. Neurourol Urodyn. 1999; 18: 591-602

10917    Siltberg, H., Larsson, G., Victor, A. Cough-induced leak-point pressure--a valid measure for assessing treatment in women with stress incontinence. Acta Obstet Gynecol Scand. 1998 Nov; 77: 1000-7

11263    Siltberg, H., Larsson, G., Victor, A. Frequency/volume chart: the basic tool for investigating urinary symptoms. Acta Obstet Gynecol Scand Suppl. 1997; 166: 24-7

11454    Siltberg, H., Larsson, G., Victor, A. Reproducibility of a new method to determine cough-induced leak-point pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 13-9

11262    Siltberg, H., Victor, A., Larsson, G. Pad weighing tests: the best way to quantify urine loss in patients with incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 28-32

40603   Silva, C., Avelino, A., Souto-Moura, C., Cruz, F. A light- and electron-microscopic histopathological study of human bladder mucosa after intravesical resiniferatoxin application. BJU Int. 2001 Sep; 88: 355-60

40127   Silva, C., Ribeiro, M. J., Cruz, F. The effect of intravesical resiniferatoxin in patients with idiopathic detrusor instability suggests that involuntary detrusor contractions are triggered by C-fiber input. J Urol. 2002 Aug; 168: 575-9

41169   Silva, C., Rio, M. E., Cruz, F. Desensitization of bladder sensory fibers by intravesical resiniferatoxin, a capsaicin analog: long-term results for the treatment of detrusor hyperreflexia. Eur Urol. 2000 Oct; 38: 444-52

41154   Silverblatt, F. J., Tibert, C., Mikolich, D., Blazek-D'Arezzo, J., Alves, J., Tack, M., Agatiello, P. Preventing the spread of vancomycin-resistant enterococci in a long- term care facility. J Am Geriatr Soc. 2000 Oct; 48: 1211-5

42856   Silveri, M., Capitanucci, M. L., Capozza, N., Mosiello, G., Silvano, A., Gennaro, M. D. Occult spinal dysraphism: neurogenic voiding dysfunction and long-term urologic follow-up. Pediatr Surg Int. 1997 Feb; 12: 148-50

42093   Silveri, M., Capitanucci, M. L., Mosiello, G., Broggi, G., De Gennaro, M. Endoscopic treatment for urinary incontinence in children with a congenital neuropathic bladder. Br J Urol. 1998 Nov; 82: 694-7

42707   Silverman, M., McDowell, B. J., Musa, D., Rodriguez, E., Martin, D. To treat or not to treat: issues in decisions not to treat older persons with cognitive impairment, depression, and incontinence. J Am Geriatr Soc. 1997 Sep; 45: 1094-101

31585   Silverman, M., Musa, D., Martin, D. C., Lave, J. R., Adams, J., Ricci, E. M. Evaluation of outpatient geriatric assessment: a randomized multi-site trial. J Am Geriatr Soc. 1995 Jul; 43: 733-40

11017   Silvis, R., Gooszen, H. G., Kahraman, T., Groenendijk, A. G., Lock, M. T., Italiaander, M. V., Janssen, L. W. Novel approach to combined defaecation and micturition disorders with rectovaginovesicopexy. Br J Surg. 1998 Jun; 85: 813-7

43090   Simeoni, J., Guys, J. M., Mollard, P., Buzelin, J. M., Moscovici, J., Bondonny, J. M., Melin, Y., Lortat-Jacob, S., Aubert, D., Costa, F., Galifer, B., Debeugny, P. Artificial urinary sphincter implantation for neurogenic bladder: a multi-institutional study in 107 children. Br J Urol. 1996 Aug; 78: 287-93

12019   Simeona, Z., Bengtsson, C. Prevalence of urinary incontinence among women at a Swedish primary health care centre. Scand J Prim Health Care. 1990 Dec; 8: 203-6

10821   Simeonova, Z., Milsom, I., Kullendorff, A. M., Molander, U., Bengtsson, C. The prevalence of urinary incontinence and its influence on the quality of life in women from an urban Swedish population. Acta Obstet Gynecol Scand. 1999 Jul; 78: 546-51

40055   Simeonsson, R. J., McMillen, J. S., Huntington, G. S. Secondary conditions in children with disabilities: spina bifida as a case example. Ment Retard Dev Disabil Res Rev. 2002; 8: 198-205

44577   Simforoosh, N., Norbala, M. H., Danesh, A., Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J Urol (Paris). 1992; 98: 206-9

3110    Simforoosh, N., Norbala, M.H., Danesh, A., and Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J-Urol (Paris). 1992; 98: 206-209

59286   Simmons, R. Conservative and surgical approaches to the treatment of overactive bladder. Prof Nurse. 2005 Feb; 20: 31-3

40587   Simon, H. B. On call. My wife's problem with urinary leakage has improved with Kegel exercises. I've had dribbling since my TURP operation last month. Can these exercises help me, too?. Harv Mens Health Watch. 2001 Sep; 6: 8

44879   Simon, J. K. Cones are not a substitute for specialist physiotherapy. Prof Nurse. 1990 Aug; 5: 585

3946    Simon, J.K. Cones are not a substitute for specialist physiotherapy [letter]. Prof Nurse. 1990 Aug; 5: 585

10468   Simons, A. M., Dowell, C. J., Bryant, C. M., Prashar, S., Moore, K. H. Use of the Dowell Bryant Incontinence Cost Index as a post-treatment outcome measure after non-surgical therapy. Neurourol Urodyn. 2001; 20: 85-93

40899   Simons, A. M., Yoong, W. C., Buckland, S., Moore, K. H. Inadequate repeatability of the one-hour pad test: the need for a new incontinence outcome measure. BJOG. 2001 Mar; 108: 315-9

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 44143 | Simor, A. E., Yake, S. L., Tsimidis, K. Infection due to Clostridium difficile among elderly residents of a long-term-care facility. Clin Infect Dis. 1993 Oct; 17: 672-8 |
| 10140 | Simpson, L. Stress incontinence in younger women: prevention and treatment. Nurs Stand. 2000 May 24-30; 14: 49-54; quiz 56, 58 |
| 40175 | Singer, M. A., Cintron, J. R., Fleshman, J. W., Chaudhry, V., Birnbaum, E. H., Read, T. E., Spitz, J. S., Abcarian, H. Early experience with stapled hemorrhoidectomy in the United States. Dis Colon Rectum. 2002 Mar; 45: 360-7; discussion 367-9 |
| 43263 | Singh, G., Thomas, D. G. Artificial urinary sphincter in patients with neurogenic bladder dysfunction. Br J Urol. 1996 Feb; 77: 252-5 |
| 43721 | Singh, G., Thomas, D. G. Enterocystoplasty in the neuropathic bladder. Neurourol Urodyn. 1995; 14: 5-10 |
| 43499 | Singh, G., Thomas, D. G. Intermittent catheterization following enterocystoplasty. Br J Urol. 1995 Aug; 76: 175-8 |
| 40455 | Singh, I., Nabi, G., Kumar, R., Hemal, A. K. Endourologic management of obstetrical ureterouterine fistula: case report and review of literature. J Endourol. 2001 Dec; 15: 985-8 |
| 50670 | Singh, M., Bushman, W., Clemens, J. Q. Do pad tests and voiding diaries affect patient willingness to participate in studies of incontinence treatment outcomes?. J Urol. 2004 Jan; 171: 316-8; discussion 318-9 |
| 10684 | Singla, A. K. The use of cadaveric fascia lata in the treatment of stress urinary incontinence in women. BJU Int. 2000 Feb; 85: 264-9 |
| 44112 | Siproudhis, L., Dautreme, S., Ropert, A., Bretagne, J. F., Heresbach, D., Raoul, J. L., Gosselin, M. Dyschezia and rectocele--a marriage of convenience? Physiologic evaluation of the rectocele in a group of 52 women complaining of difficulty in evacuation. Dis Colon Rectum. 1993 Nov; 36: 1030-6 |
| 10145 | Siracusano, S., Bertolotto, M., Silvestre, G., d'Aloia, G., Pecorari, V., Stener, S., Quaia, E., Baschiera, P., Knez, R. The feasibility of urethral color ultrasound imaging in the diagnosis of female intrinsic sphincter deficiency: preliminary results. Spinal Cord. 2002 Apr; 40: 192-5 |
| 52940 | Siracusano, S., Pregazzi, R., d'Aloia, G., Sartore, A., Di Benedetto, P., Pecorari, V., Guaschino, S., Pappagallo, G., Belgrano, E. Prevalence of urinary incontinence in young and middle-aged women in an Italian urban area. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 201-4 |
| 41434 | Siracusano, S., Trombetta, C., Liguori, G., De Giorgi, G., d'Aloia, G., Di Benedetto, P., Belgrano, E. Laparoscopic bladder auto-augmentation in an incomplete traumatic spinal cord injury. Spinal Cord. 2000 Jan; 38: 59-61 |
| 10095 | Sirls, L. T., Foote, J. E., Kaufman, J. M., Lightner, D. J., Miller, J. L., Moseley, W. G., Nygaard, I. E., Steidle, C. P. Long-term results of the FemSoft urethral insert for the management of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 88-95; discussion 95 |
| 11501 | Sirls, L. T., Keoleian, C. M., Korman, H. J., Kirkemo, A. K. The effect of study methodology on reported success rates of the modified Pereyra bladder neck suspension. J Urol. 1995 Nov; 154: 1732-5 |
| 41687 | Sirls, L. T., Rashid, T. Geriatric urinary incontinence. Geriatr Nephrol Urol. 1999; 9: 87-99 |
| 30670 | Siskin, G. P., Stainken, B. F., Dowling, K., Meo, P., Ahn, J., Dolen, E. G. Outpatient uterine artery embolization for symptomatic uterine fibroids: experience in 49 patients. J Vasc Interv Radiol. 2000 Mar; 11: 305-11 |
| 3938 | Sislow, J.G., Mayo, M.E. Reduction in human bladder wall compliance following decentralization. J Urol. 1990 Oct; 144: 945-947 |
| 44294 | Sit, K. H. Urinary incontinence caused by prazosin. Singapore Med J. 1993 Feb; 34: 91 |
| 51040 | Siu, L. S., Chang, A. M., Yip, S. K., Chang, A. M. Compliance with a pelvic muscle exercise program as a causal predictor of urinary stress incontinence amongst Chinese women. Neurourol Urodyn. 2003; 22: 659-63 |
| 44688 | Skehan, M. C., Sutherst, J. R. Re: Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1991 Jun; 145: 1278 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3694** Skehan, M.C., Sutherst, J.R. Re: Biofeedback therapy for female incontinence due to low urethral resistance [letter; comment]. J Urol. 1991 Jun; 145: 1278

**40389** Skeil, D., Thorpe, A. C. Transcutaneous electrical nerve stimulation in the treatment of neurological patients with urinary symptoms. BJU Int. 2001 Dec; 88: 899-908

**41105** Skelly, J., Boblin-Cummings, S. Promoting seniors' health--confronting the issue of incontinence. Can J Nurs Leadersh. 1999 Sep-Oct; 12: 13-7

**43642** Skelly, J., Flint, A. J. Urinary incontinence associated with dementia. J Am Geriatr Soc. 1995 Mar; 43: 286-94

**41839** Skelton, N. Meeting the challenge. Nurs Times. 1999 May 5-11; 95: 82

**53090** Skinner, M. H., Kuan, H. Y., Pan, A., Sathirakul, K., Knadler, M. P., Gonzales, C. R., Yeo, K. P., Reddy, S., Lim, M., Ayan-Oshodi, M., Wise, S. D. Duloxetine is both an inhibitor and a substrate of cytochrome P4502D6 in healthy volunteers. Clin Pharmacol Ther. 2003 Mar; 73: 170-7

**54860** Skinner, M. H., Kuan, H. Y., Skerjanec, A., Seger, M. E., Heathman, M., O'Brien, L., Reddy, S., Knadler, M. P. Effect of age on the pharmacokinetics of duloxetine in women. Br J Clin Pharmacol. 2004 Jan; 57: 54-61

**57740** Skobejko-Wlodarska, L. Treatment of neuropathic urinary and faecal incontinence. Eur J Pediatr Surg. 2002 Oct; 12: 318-21

**43782** Skoner, M. M. Self-management of urinary incontinence among women 31 to 50 years of age. Rehabil Nurs. 1994 Nov-Dec; 19: 339-43, 347

**44115** Skoner, M. M., Haylor, M. J. Managing incontinence: women's normalizing strategies. Health Care Women Int. 1993 Nov-Dec; 14: 549-60

**11659** Skoner, M. M., Thompson, W. D., Caron, V. A. Factors associated with risk of stress urinary incontinence in women. Nurs Res. 1994 Sep-Oct; 43: 301-6

**10150** Skorupski, P., Rechberger, T., Postawski, K., Woessner, J. F., Jr., Jakowicki, J. A. Is diminished pubocervical fascia collagen content a risk factor for failure of surgical management of genuine stress urinary incontinence in women?. Eur J Obstet Gynecol Reprod Biol. 2002 May 10; 102: 195-8

**40357** Sloane, K. Continence promotion during pregnancy. Aust Nurs J. 2000 Aug; 8: 32

**41927** Sloane, P. D., Davidson, S., Knight, N., Tangen, C., Mitchell, C. M. Severe disruptive vocalizers. J Am Geriatr Soc. 1999 Apr; 47: 439-45

**10426** Slors, F. J., van Zuijlen, P. P., van Dijk, G. J. Sexual and bladder dysfunction after total mesorectal excision for benign diseases. Scand J Gastroenterol Suppl. 2000; : 48-51

**41398** Sloss, E. M., Solomon, D. H., Shekelle, P. G., Young, R. T., Saliba, D., MacLean, C. H., Rubenstein, L. Z., Schnelle, J. F., Kamberg, C. J., Wenger, N. S. Selecting target conditions for quality of care improvement in vulnerable older adults. J Am Geriatr Soc. 2000 Apr; 48: 363-9

**3451** Small, E. Animal illness and human emotion. Loathsome and disfiguring conditions. Probl Vet Med. 1991 Mar; 3: 73-82

**4035** Small, K.A., Wynne, J.M. Evaluating the pelvic floor in obstetric patients. Aust N Z J Obstet Gynaecol. 1990 Feb; 30: 41-4,45

**11956** Smart, R. F. Polytef paste for urinary incontinence. Aust N Z J Surg. 1991 Sep; 61: 663-6

**59202** Smith, A. L., Moy, M. L. Modern management of women with stress urinary incontinence. Ostomy Wound Manage. 2004 Dec; 50: 32-9; quiz 40-1

**11480** Smith, A. R. Laparoscopic and needle colposuspension. Baillieres Clin Obstet Gynaecol. 1995 Dec; 9: 757-67

**11512** Smith, A. R. Laparoscopic surgery for incontinence and genitourinary prolapse. Curr Opin Obstet Gynecol. 1995 Oct; 7: 397-9

**11671** Smith, A. R. Role of connective tissue and muscle in pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 317-9

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**56660**   Smith, A. R., Higgs, P. J. Evidence-based practice in urogynaecology. Hosp Med. 2003 Apr; 64: 223-9

**11047**   Smith, A. R., Stanton, S. L. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Apr; 105: 383-4

**43067**   Smith, A. Y., Borden, T. Excisional plication of the ileocecal valve: a useful adjunct for the construction of continent urinary diversions. J Urol. 1996 Sep; 156: 1118-9

**10052**   Smith, C. P., O'Leary, M., Erickson, J., Somogyi, G. T., Chancellor, M. B. Botulinum toxin urethral sphincter injection resolves urinary retention after pubovaginal sling operation. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 185-6

**43822**   Smith, D. A. Devices for continence. Nurse Pract Forum. 1994 Sep; 5: 186-9

**43841**   Smith, D. A., Newman, D. K. Basic elements of biofeedback therapy for pelvic muscle rehabilitation. Urol Nurs. 1994 Sep; 14: 130-5

**41497**   Smith, D. B. Urinary continence issues in oncology. Clin J Oncol Nurs. 1999 Oct; 3: 161-7

**10590**   Smith, D. B., Boileau, M. A., Buan, L. D. A self-directed home biofeedback system for women with symptoms of stress, urge, and mixed incontinence. J Wound Ostomy Continence Nurs. 2000 Jul; 27: 240-6

**42818**   Smith, D. N., Appell, R. A., Winters, J. C., Rackley, R. R. Collagen injection therapy for female intrinsic sphincteric deficiency. J Urol. 1997 Apr; 157: 1275-8

**42873**   Smith, E. A., Woodard, J. R., Broecker, B. H., Gosalbez, R.,  Jr, Ricketts, R. R. Current urologic management of cloacal exstrophy: experience with 11 patients. J Pediatr Surg. 1997 Feb; 32: 256-61; discussion 261-2

**11475**   Smith, J. J.,  3rd Intravaginal stimulation randomized trial. J Urol. 1996 Jan; 155: 127-30

**3979**   Smith, K.A. Bowel and bladder management of the child with myelomeningocele in the school setting. J Pediatr Health Care. 1990 Jul-Aug; 4: 175-180

**41407**   Smith, L., Smith, P., Lee, S. K. Behavioural treatment of urinary incontinence and encopresis in children with learning disabilities: transfer of stimulus control. Dev Med Child Neurol. 2000 Apr; 42: 276-9

**10025**   Smith, M. Stress factor. Nurs Stand. 2001 Mar 28-Apr 3; 15: 26

**4159**   Smith, M.D., Bohlman, H.H. Spondylolisthesis treated by a single-stage operation combining decompression with in situ posterolateral and anterior fusion. An analysis of eleven patients who had long-term follow-up. J-Bone-Joint-Surg [Am]. 1990 Mar; 72: 415-421

**11871**   Smith, N. Application of urodynamics to incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-90

**3244**   Smith, N. Application of urodynamics to incontinence [editorial]. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-290

**3023**   Smith, P. Estrogens and the urogenital tract. Studies on steroid hormone receptors and a clinical study on a new estradiol-releasing vaginal ring. Acta Obstet Gynecol Scand Suppl. 1993; 157: 1-26

**3003**   Smith, P., Heimer, G., Norgren, A., and Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-85

**44220**   Smith, P., Heimer, G., Norgren, A., Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-5

**43941**   Smith, R. D. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1994 Apr; 73: 470

**11127**   Smith, R. N., Cardozo, L. Early voiding difficulty after colposuspension. Br J Urol. 1997 Dec; 80: 911-4

**43460**   Smith, W. Initiative to advise shoppers on continence. Nurs Times. 1995 Sep 13-19; 91: 11-2

**42713**   Snodgrass, W. A simplified Kropp procedure for incontinence. J Urol. 1997 Sep; 158: 1049-52

**12020**   Snooks, S. J., Swash, M., Mathers, S. E., Henry, M. M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-60

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

3832    Snooks, S.J., Swash, M., Mathers, S.E., and Henry, M.M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-1360

4000    Snyder, H.M., 3d. Evolving themes in the continent reconstruction of the lower urinary tract. Postgrad Med J. 1990; 66 Suppl 1: S54-S61

3750    Snyder, J.A., Lipsitz, D.U. Evaluation of female urinary incontinence. Urol Clin North Am. 1991 May; 18: 197-209

42351    Snyder, M., Pearson, V., Hanscom, J., Hoyman, K., Hagans, E., Lee, H., Liao, W., Ryden, M. Barriers to progress in urinary incontinence: achieving quality assessments. Geriatr Nurs. 1998 Mar-Apr; 19: 77-80

59224    Soderberg, M. W., Falconer, C., Bystrom, B., Malmstrom, A., Ekman, G. Young women with genital prolapse have a low collagen concentration. Acta Obstet Gynecol Scand. 2004 Dec; 83: 1193-8

10263    Soergel, T. M., Shott, S., Heit, M. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 247-53

3204    Sole-Balcells, F., Villavicencio, H., and Ortiz, A. Postsurgical management of the patient undergoing radical prostatectomy. Br J Urol. 1992 Nov; 70 Suppl 1: 43-49

10908    Soler, D., Borzyskowski, M. Lower urinary tract dysfunction in children with central nervous system tumours. Arch Dis Child. 1998 Oct; 79: 344-7

55370    Soligo, M., Salvatore, S., Milani, R., Lalia, M., Malberti, S., Digesu, G. A., Mariani, S. Double incontinence in urogynecologic practice: a new insight. Am J Obstet Gynecol. 2003 Aug; 189: 438-43

12055    Sommer, P., Bauer, T., Nielsen, K. K., Kristensen, E. S., Hermann, G. G., Steven, K., Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-5

3950    Sommer, P., Bauer, T., Nielsen, K.K., Kristensen, E.S., Hermann, G.G., Steven, K., and Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-15

40561    Sommerfeld, D. K., von Arbin, M. H. Disability test 10 days after acute stroke to predict early discharge home in patients 65 years and older. Clin Rehabil. 2001 Oct; 15: 528-34

11554    Song, J. T., Rozanski, T. A., Belville, W. D. Stress leak point pressure: a simple and reproducible method utilizing a fiberoptic microtransducer. Urology. 1995 Jul; 46: 81-4

54530    Soon, P. S., Lynch, W., Schwartz, P. Breast cancer presenting initially with urinary incontinence: a case of bladder metastasis from breast cancer. Breast. 2004 Feb; 13: 69-71

40111    Soroka, D., Drutz, H. P., Glazener, C. M., Hay-Smith, E. J., Ross, S. Perineal pad test in evaluating outcome of treatments for female incontinence: a systematic review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 165-75

10312    Soulie, M., Cuvillier, X., Benaissa, A., Mouly, P., Larroque, J. M., Bernstein, J., Soulie, R., Tollon, C., Brucher, P., Vazzoler, N., Seguin, P., Pontonnier, F., Plante, P. The tension-free transvaginal tape procedure in the treatment of female urinary stress incontinence: a French prospective multicentre study. Eur Urol. 2001 Jun; 39: 709-14; discussion 715

40090    Soulie, M., Seguin, P., Martel, P., Vazzoler, N., Mouly, P., Plante, P. A modified intussuscepted nipple in the Kock pouch urinary diversion: assessment of perioperative complications and functional results. BJU Int. 2002 Sep; 90: 397-402

3898    Sourander, L.B. Treatment of urinary incontinence: the place of drugs. Gerontology. 1990; 36 Suppl 2: 19-26

10452    Sousa-Escandon, A. 'Sandwich technique' for suburethral placement of Mersilene mesh sling during pubovaginal suspension surgery: preliminary results. Urology. 2001 Jan; 57: 49-54

51170    Sousa-Escandon, A., Lema Grille, J., Rodriguez Gomez, J. I., Rios Tallon, L., Uribarri Gonzalez, C., Marques-Queimadelos, A. Externally readjustable device to regulate sling tension in stress urinary incontinence: preliminary results. J Endourol. 2003 Sep; 17: 515-21

4113    Southern, D., Henderson, P. Setting standards. Tackling incontinence. Nurs Times. 1990 Mar 7-13; 86: 36-38

10610    Soygur, T., Safak, M., Yesilli, C., Arikan, N., Gogus, O. Extraperitoneal laparoscopic bladder neck suspension using hernia mesh and tacker. Urology. 2000 Jul; 56: 121-4

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 368 of 360 PageID #: 202907

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

54480   Spain, C. V., Scarlett, J. M., Houpt, K. A. Long-term risks and benefits of early-age gonadectomy in dogs. J Am Vet Med Assoc. 2004 Feb 1; 224: 380-7

40208   Specht, J. K., Lyons, S. S., Maas, M. L. Patterns and treatments of Urinary incontinence on special care units. J Gerontol Nurs. 2002 May; 28: 13-21

43911   Spector, W. D. Correlates of pressure sores in nursing homes: evidence from the National Medical Expenditure Survey. J Invest Dermatol. 1994 Jun; 102: 42S-45S

41152   Speights, S. E., Moore, R. D., Miklos, J. R. Frequency of lower urinary tract injury at laparoscopic burch and paravaginal repair. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 515-8

40498   Spellacy, E. Urinary incontinence in pregnancy and the puerperium. J Obstet Gynecol Neonatal Nurs. 2001 Nov-Dec; 30: 634-41

11711   Spence-Jones, C., Kamm, M. A., Henry, M. M., Hudson, C. N. Bowel dysfunction: a pathogenic factor in uterovaginal prolapse and urinary stress incontinence. Br J Obstet Gynaecol. 1994 Feb; 101: 147-52

50580   Spiess, P. E., Rabah, D., Herrera, C., Singh, G., Moore, R., Corcos, J. The tensile properties of tension-free vaginal tape and cadaveric fascia lata in an in vivo rat model. BJU Int. 2004 Jan; 93: 171-3

40713   Spinelli, M., Bertapelle, P., Cappellano, F., Zanollo, A., Carone, R., Catanzaro, F., Giardiello, G., De Seta, F. Chronic sacral neuromodulation in patients with lower urinary tract symptoms: results from a national register. J Urol. 2001 Aug; 166: 541-5

55330   Spinelli, M., Giardiello, G., Gerber, M., Arduini, A., van den Hombergh, U., Malaguti, S. New sacral neuromodulation lead for percutaneous implantation using local anesthesia: description and first experience. J Urol. 2003 Nov; 170: 1905-7

40943   Sponseller, P. D., Jani, M. M., Jeffs, R. D., Gearhart, J. P. Anterior innominate osteotomy in repair of bladder exstrophy. J Bone Joint Surg Am. 2001 Feb; 83-A: 184-93

3669   Sponseller, P.D., Gearhart, J.P., and Jeffs, R.D. Anterior innominate osteotomies for failure or late closure of bladder exstrophy. J Urol. 1991 Jul; 146: 137-140

43856   Springer, J. P., Kropp, B. P., Thor, K. B. Facilitatory and inhibitory effects of selective norepinephrine reuptake inhibitors on hypogastric nerve-evoked urethral contractions in the cat: a prominent role of urethral beta-adrenergic receptors. J Urol. 1994 Aug; 152: 515-9

55100   Spruijt, J., Vierhout, M., Verstraeten, R., Janssens, J., Burger, C. Vaginal electrical stimulation of the pelvic floor: a randomized feasibility study in urinary incontinent elderly women. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1043-8

44387   Squire, K. R., Adams, S. B. Bilateral ureterocystostomy in a 450-kg horse with ectopic ureters. J Am Vet Med Assoc. 1992 Oct 15; 201: 1213-5

11777   Srinivasan, V., Blackford, H. N. Genuine stress incontinence induced by prazosin. Br J Urol. 1993 Oct; 72: 510

57880   St John, W., James, H., McKenzie, S. 'Oh, that's a bit of a nuisance': community-dwelling clients ' perspectives of urinary continence health service provision. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 312-9

51640   Stach-Lempinen, B., Hakala, A. L., Laippala, P., Lehtinen, K., Metsanoja, R., Kujansuu, E. Severe depression determines quality of life in urinary incontinent women. Neurourol Urodyn. 2003; 22: 563-8

59017   Stach-Lempinen, B., Sintonen, H., Kujansuu, E. The relationship between clinical parameters and health-related quality of life as measured by the 15D in incontinent women before and after treatment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 983-8

11251   Stamey, T. A. Re: Editorial comment: should Stamey colposuspension be our primary surgery for stress incontinence?. J Urol. 1997 Feb; 157: 627-8

41361   Stamm, W. E., Raz, R. Factors contributing to susceptibility of postmenopausal women to recurrent urinary tract infections. Clin Infect Dis. 1999 Apr; 28: 723-5

40804   Stamp, G., Kruzins, G., Crowther, C. Perineal massage in labour and prevention of perineal trauma: randomised controlled trial. BMJ. 2001 May 26; 322: 1277-80

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

| | |
|---|---|
| 3559 | Stanisic, T.H., Jennings, C.E., and Miller, J.I. Polytetrafluoroethylene injection for post-prostatectomy incontinence: experience with 20 patients during 3 years. J Urol. 1991 Dec; 146: 1575-1577 |
| 11638 | Stanley, K. E., Kreder, K. J., Winfield, H. N., Cohen, M. B. Laparoscopic approaches to the treatment of intrinsic urethral weakness (type III stress urinary incontinence). J Endourol. 1994 Dec; 8: 439-43 |
| 11739 | Stanley, K. E., Winfield, H. N., Donovan, J. F. Urologic laparoscopy. Surg Annu. 1994; 26: 67-88 |
| 43201 | Stanley, R. Treatment of continence in people with learning disabilities. 2. Br J Nurs. 1996 Apr 25-May 8; 5: 492-8 |
| 59263 | Stanton, A. L., Bernaards, C. A., Ganz, P. A. The BCPT symptom scales: a measure of physical symptoms for women diagnosed with or at risk for breast cancer. J Natl Cancer Inst. 2005 Mar 16; 97: 448-56 |
| 43503 | Stanton, S. L. An unusual cause of post-menopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Aug; 102: 672-3 |
| 42158 | Stanton, S. L. Consensus report on pelvic floor weakness of the elderly female. World J Urol. 1998; 16 Suppl 1: S44-7 |
| 11972 | Stanton, S. L. Female stress incontinence. Treatment options and indications. Urologe A. 1991 Jul; 30: 239-43 |
| 11687 | Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 45-6 |
| 11564 | Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Acta Urol Belg. 1995 May; 63: 41-3 |
| 59193 | Stanton, S. L. Mid-urethral tapes: which? Review of available commercial mid-urethral tapes for the correction of stress incontinence. BJOG. 2004 Dec; 111 Suppl 1: 41-5 |
| 11426 | Stanton, S. L. Minimally invasive surgery: competent and continent?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 305-6 |
| 12089 | Stanton, S. L. Suprapubic approaches for stress incontinence in women. J Am Geriatr Soc. 1990 Mar; 38: 348-51 |
| 11151 | Stanton, S. L. Surgical treatment of sphincteric incontinence in women. World J Urol. 1997; 15: 275-9 |
| 11207 | Stanton, S. L. What is the right operation for stress incontinence? A gynaecological view. Br J Urol. 1997 Jul; 80 Suppl 1: 84-7 |
| 11244 | Stanton, S. L., Monga, A. K. Incontinence in elderly women: is periurethral collagen an advance?. Br J Obstet Gynaecol. 1997 Feb; 104: 154-7 |
| 3162 | Stanton, S.L. Cut and dry--urinary incontinence in the female. Trans Med Soc Lond. 1990-91; 107: 9-11 |
| 3905 | Stanton, S.L. Stress urinary incontinence. Ciba Found Symp. 1990; 151: 182-9;discussion189-94 |
| 4028 | Stanton, S.L. Surgical management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 346-357 |
| 44980 | Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients. Arch Intern Med. 1990 Apr; 150: 810-3 |
| 4080 | Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients [see comments]. Arch Intern Med. 1990 Apr; 150: 810-813 |
| 3348 | Starer, P., Libow, L.S. Medical care of the elderly in the nursing home. J Gen Intern Med. 1992 May-Jun; 7: 350-362 |
| 3679 | Starer, P., Libow, L.S. Persistence of detrusor hyperreflexia in a continent, institutionalized elderly patient with Parkinson's disease. N Y State J Med. 1991 Apr; 91: 166-167 |
| 40279 | Starr, C. H. Eroding the quality of life. Bus Health. 2002 Spring; Spec No: 8-10, 14, 23-4 |
| 40281 | Starr, C. H. Getting the word out. Bus Health. 2002 Spring; Spec No: 20-2, 24 |
| 40280 | Starr, C. H. The numbers lie. Bus Health. 2002 Spring; Spec No: 4-7, 23 |

Case 2:12-md-02327 Document 3086-16 Filed 09/13/19 Page 370 of 900 PageID #: 202909

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **40282** | Starr, C. H. Treatment can lead to a long dry spell. Bus Health. 2002 Spring; Spec No: 15-9, 24 |
| **11149** | Staskin, D. R., Choe, J. M., Breslin, D. S. The Gore-tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol. 1997; 15: 295-9 |
| **57590** | Staskin, D. R., Dmochowski, R. R. Future studies of overactive bladder: the need for standardization. Urology. 2002 Nov; 60: 90-3 |
| **59391** | Staskin, D. R., Harnett, M. D. Effect of trospium chloride on somnolence and sleepiness in patients with overactive bladder. Curr Urol Rep. 2004 Dec; 5: 423-6 |
| **53920** | Staskin, D. R., Plzak, L. Synthetic slings: pros and cons. Curr Urol Rep. 2002 Oct; 3: 414-7 |
| **11386** | Staskin, D., Bavendam, T., Miller, J., Davila, G. W., Diokno, A., Knapp, P., Rappaport, S., Sand, P., Sant, G., Tutrone, R. Effectiveness of a urinary control insert in the management of stress urinary incontinence: early results of a multicenter study. Urology. 1996 May; 47: 629-36 |
| **3744** | Staskin, D.R. Hydroureteronephrosis after spinal cord injury. Effects of lower urinary tract dysfunction on upper tract anatomy. Urol Clin North Am. 1991 May; 18: 309-316 |
| **3902** | Staskin, D.R., Wein, A.J., and Andersson, K.E. Urinary incontinence: classification and pharmacological therapy. Ciba Found Symp. 1990; 151: 289-306;discussion306-17 |
| **40623** | Stec, A. A., Pannu, H. K., Tadros, Y. E., Sponseller, P. D., Fishman, E. K., Gearhart, J. P. Pelvic floor anatomy in classic bladder exstrophy using 3-dimensional computerized tomography: initial insights. J Urol. 2001 Oct; 166: 1444-9 |
| **10667** | Steele, A. C., Kohli, N., Karram, M. M. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Mar; 95: 327-31 |
| **41826** | Steele, A. C., Kohli, N., Mallipeddi, P., Karram, M. Pharmacologic causes of female incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 106-10 |
| **40686** | Steele, A. C., Walsh, P., Bentley, M., Neff, J., Karram, M. A randomized, double-blind placebo-controlled trial of the effects of the 5-hydroxytryptamine(4) agonist cisapride on the female urinary bladder. Am J Obstet Gynecol. 2001 Jul; 185: 62-4 |
| **3647** | Steele, W., Pomfret, I. Promoting continence at work. Occup-Health (Lond). 1991 Jul; 43: 213-214 |
| **3633** | Steen, B. The importance of diagnostic procedures to ensure quality of health care in geriatric medicine. Examples from recent studies. Qual Assur Health Care. 1990; 2: 387-392 |
| **59297** | Steers, W., Corcos, J., Foote, J., Kralidis, G. An investigation of dose titration with darifenacin, an M3-selective receptor antagonist. BJU Int. 2005 Mar; 95: 580-6 |
| **3577** | Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part II: Urodynamics and laboratory investigation. Ostomy Wound Manage. 1991 Sep-Oct; 36: 45-6,48-50 |
| **3382** | Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part III: Manufactured incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 36-38 |
| **42730** | Stein, J. P., Grossfeld, G. D., Freeman, J. A., Esrig, D., Ginsberg, D. A., Cote, R. J., Skinner, E. C., Boyd, S. D., Lieskovsky, G., Skinner, D. G. Orthotopic lower urinary tract reconstruction in women using the Kock ileal neobladder: updated experience in 34 patients. J Urol. 1997 Aug; 158: 400-5 |
| **11592** | Stein, M., Discippio, W., Davia, M., Taub, H. Biofeedback for the treatment of stress and urge incontinence. J Urol. 1995 Mar; 153: 641-3 |
| **11967** | Stein, M., Weinberg, J. J. Polytetrafluoroethylene vs. polypropylene suture for endoscopic bladder neck suspension. Urology. 1991 Aug; 38: 119-22 |
| **43479** | Stein, R., Fisch, M., Bauer, H., Friedberg, V., Hohenfellner, R. Operative reconstruction of the external and internal genitalia in female patients with bladder exstrophy or incontinent epispadias. J Urol. 1995 Sep; 154: 1002-7 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**                    **Master Bibliography**

**SUI Guidelines Panel**                              **sorted by Primary Author and Title**

---

42838   Stein, R., Fisch, M., Beetz, R., Matani, Y., Doi, Y., Hohenfellner, K., Burger, R. A., Abol-Enein, H., Hohenfellner, R. Urinary diversion in children and young adults using the Mainz Pouch I technique. Br J Urol. 1997 Mar; 79: 354-61

41879   Stein, R., Fisch, M., Black, P., Hohenfellner, R. Strategies for reconstruction after unsuccessful or unsatisfactory primary treatment of patients with bladder exstrophy or incontinent epispadias. J Urol. 1999 Jun; 161: 1934-41

41547   Stein, R., Fisch, M., Ermert, A., Schwarz, M., Black, P., Filipas, D., Hohenfellner, R. Urinary diversion and orthotopic bladder substitution in children and young adults with neurogenic bladder: a safe option for treatment?. J Urol. 2000 Feb; 163: 568-73

42931   Stein, R., Hohenfellner, K., Fisch, M., Stockle, M., Beetz, R., Hohenfellner, R. Management of bladder exstrophy and incontinent epispadias: 25 years of experience with urinary diversion. Arch Esp Urol. 1997 Jan-Feb; 50: 91-102; discussion 102-4

42609   Steiner, J. F., Kramer, A. M., Eilertsen, T. B., Kowalsky, J. C. Development and validation of a clinical prediction rule for prolonged nursing home residence after hip fracture. J Am Geriatr Soc. 1997 Dec; 45: 1510-4

3044    Steiner, M.S., Burnett, A.L., Brooks, J.D., Brendler, C.B., Stutzman, R.E., and Carter, H.B. Tubularized neourethra following radical retropubic prostatectomy. J Urol. 1993 Aug; 150: 407-9;discussion409-10

3810    Steiner, M.S., Morton, R.A., and Walsh, P.C. Impact of anatomical radical prostatectomy on urinary continence. J Urol. 1991 Mar; 145: 512-4;discussion514-5

52380   Stember, D. S., Scarpero, H. M., Nitti, V. W. Vaginal granulation tissue secondary to bone anchors: experience in two patients. J Urol. 2003 Jun; 169: 2300-1

50930   Stenberg, A. M., Larsson, G., Johnson, P. Urethral injection for stress urinary incontinence: long-term results with dextranomer/hyaluronic acid copolymer. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 335-8; discussion 338

41537   Stenberg, A., Heimer, G., Holmberg, L., Ulmsten, U. Prevalence of postmenopausal symptoms in two age groups of elderly women in relation to oestrogen replacement therapy. Maturitas. 1999 Dec 15; 33: 229-37

43391   Stenberg, A., Heimer, G., Ulmsten, U. The prevalence of urogenital symptoms in postmenopausal women. Maturitas. 1995 Dec; 22 Suppl: S17-S20

11380   Stenberg, A., Heimer, G., Ulmsten, U., Cnattingius, S. Prevalence of genitourinary and other climacteric symptoms in 61-year- old women. Maturitas. 1996 May; 24: 31-6

10968   Stenberg, A., Larsson, G., Heimer, G., Johnson, P., Ulmsten, U. Transurethral endoscopic treatment of urinary stress incontinence in women. Materials and results in former and present agents. Acta Obstet Gynecol Scand Suppl. 1998; 168: 44-6

10835   Stenberg, A., Larsson, G., Johnson, P., Heimer, G., Ulmsten, U. DiHA Dextran Copolymer, a new biocompatible material for endoscopic treatment of stress incontinent women. Short term results. Acta Obstet Gynecol Scand. 1999 May; 78: 436-42

56220   Sterbis, J. R., Lewis, V. L., Bushman, W. Urologic and plastic surgical collaboration for continent diversion when urine leakage is complicated by pressure ulcers or obesity. J Spinal Cord Med. 2003 Summer; 26: 124-8

59365   Stern, R. M., Vitellaro, K., Thomas, M., Higgins, S. C., Koch, K. L. Electrogastrographic biofeedback: a technique for enhancing normal gastric activity. Neurogastroenterol Motil. 2004 Dec; 16: 753-7

43031   Stevenson, K. R. Voiding dysfunction in women. Curr Opin Obstet Gynecol. 1996 Oct; 8: 343-6

43688   Stewart, C. I., McMurdo, M. E. Closing the loop in an audit of urinary incontinence. Scott Med J. 1995 Feb; 40: 21-2

44553   Stewart, D. A., Taylor, J., Ghosh, S., Macphee, G. J., Abdullah, I., McLenachan, J. M., Stott, D. J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-80

3329    Stewart, D.A., Taylor, J., Ghosh, S., Macphee, G.J., Abdullah, I., McLenachan, J.M., and Stott, D.J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-580

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

56270    Stewart, W. F., Van Rooyen, J. B., Cundiff, G. W., Abrams, P., Herzog, A. R., Corey, R., Hunt, T. L., Wein, A. J. Prevalence and burden of overactive bladder in the United States. World J Urol. 2003 May; 20: 327-36

44165    Stickler, D. J., King, J. B., Winters, C., Morris, S. L. Blockage of urethral catheters by bacterial biofilms. J Infect. 1993 Sep; 27: 133-5

43783    Stickler, D. J., Zimakoff, J. Complications of urinary tract infections associated with devices used for long-term bladder management. J Hosp Infect. 1994 Nov; 28: 177-94

55150    Stikkelbroeck, N. M., Beerendonk, C. C., Willemsen, W. N., Schreuders-Bais, C. A., Feitz, W. F., Rieu, P. N., Hermus, A. R., Otten, B. J. The long term outcome of feminizing genital surgery for congenital adrenal hyperplasia: anatomical, functional and cosmetic outcomes, psychosexual development, and satisfaction in adult female patients. J Pediatr Adolesc Gynecol. 2003 Oct; 16: 289-96

4126    Stockle, M., Becht, E., Voges, G., Riedmiller, H., and Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4;discussion774-5

44986    Stockle, M., Becht, E., Voges, G., Riedmiller, H., Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4; discussion 774-5

40457    Stocklin-Gautschi, N. M., Hassig, M., Reichler, I. M., Hubler, M., Arnold, S. The relationship of urinary incontinence to early spaying in bitches. J Reprod Fertil Suppl. 2001; 57: 233-6

40708    Stoddart, H., Donovan, J., Whitley, E., Sharp, D., Harvey, I. Urinary incontinence in older people in the community: a neglected problem?. Br J Gen Pract. 2001 Jul; 51: 548-52

40937    Stoker, J., Halligan, S., Bartram, C. I. Pelvic floor imaging. Radiology. 2001 Mar; 218: 621-41

52780    Stoker, J., Rociu, E., Bosch, J. L., Messelink, E. J., van der Hulst, V. P., Groenendijk, A. G., Eijkemans, M. J., Lameris, J. S. High-resolution endovaginal MR imaging in stress urinary incontinence. Eur Radiol. 2003 Aug; 13: 2031-7

3743    Stone, A.R. Treatment of voiding complaints and incontinence in painful bladder syndrome. Urol Clin North Am. 1991 May; 18: 317-325

11537    Stothers, L., Chopra, A., Raz, S. Vaginal reconstructive surgery for female incontinence and anterior vaginal-wall prolapse. Urol Clin North Am. 1995 Aug; 22: 641-55

11076    Stothers, L., Goldenberg, S. L. Delayed hypersensitivity and systemic arthralgia following transurethral collagen injection for stress urinary incontinence. J Urol. 1998 May; 159: 1507-9

11100    Stothers, L., Goldenberg, S. L., Leone, E. F. Complications of periurethral collagen injection for stress urinary incontinence. J Urol. 1998 Mar; 159: 806-7

54990    Stothers, L., Laher, I., Christ, G. T. A review of the L-arginine - nitric oxide - guanylate cyclase pathway as a mediator of lower urinary tract physiology and symptoms. Can J Urol. 2003 Oct; 10: 1971-80

59270    Stothers, L., Thom, D., Calhoun, E. Urologic diseases in America project: urinary incontinence in males-- demographics and economic burden. J Urol. 2005 Apr; 173: 1302-8

45087    Stott, D. J., Dutton, M., Williams, B. O., MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health Bull (Edinb). 1990 Jan; 48: 17-24

4104    Stott, D. J., Dutton, M., Williams, B.O., and MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health-Bull (Edinb). 1990 Jan; 48: 17-24

41717    Strasser, H., Tiefenthaler, M., Steinlechner, M., Bartsch, G., Konwalinka, G. Urinary incontinence in the elderly and age-dependent apoptosis of rhabdosphincter cells. Lancet. 1999 Sep 11; 354: 918-9

10532    Strasser, H., Tiefenthaler, M., Steinlechner, M., Eder, I., Bartsch, G., Konwalinka, G. Age dependent apoptosis and loss of rhabdosphincter cells. J Urol. 2000 Nov; 164: 1781-5

11583    Stricker, P. D. Proper patient selection for Contigen Bard Collagen implant. Int J Urol. 1995 Apr; 2 Suppl 1: 2-6; discussion 16-8

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

---

11830  Stricker, P., Haylen, B. Injectable collagen for type 3 female stress incontinence: the first 50 Australian patients. Med J Aust. 1993 Jan 18; 158: 89-91

31196  Strinic, T., Eterovic, D., Dujic, Z., Markovic, V., Tocilj, J. Spirometric disorders in women with genital descensus. Acta Obstet Gynecol Scand. 1997 Oct; 76: 879-83

43082  Strohbehn, K. Managed care in reconstructive pelvic surgery and urogynecology. Curr Opin Obstet Gynecol. 1996 Aug; 8: 319-24

42021  Strohbehn, K. Normal pelvic floor anatomy. Obstet Gynecol Clin North Am. 1998 Dec; 25: 683-705

42643  Strohbehn, K. Urogynecology. Curr Opin Obstet Gynecol. 1997 Oct; 9: 307-8

11310  Strohbehn, K., Quint, L. E., Prince, M. R., Wojno, K. J., Delancey, J. O. Magnetic resonance imaging anatomy of the female urethra: a direct histologic comparison. Obstet Gynecol. 1996 Nov; 88: 750-6

42330  Stude, D. E., Bergmann, T. F., Finer, B. A. A conservative approach for a patient with traumatically induced urinary incontinence. J Manipulative Physiol Ther. 1998 Jun; 21: 363-7

10787  Su, T. H., Hsu, C. Y., Chen, J. C. Injection therapy for stress incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 200-6

10722  Su, T. H., Huang, J. P., Wang, Y. L., Yang, J. M., Wei, H. J., Huang, C. L. Is modified in situ vaginal wall sling operation the treatment of choice for recurrent genuine stress incontinence?. J Urol. 1999 Dec; 162: 2073-7

11205  Su, T. H., Wang, K. G., Hsu, C. Y., Wei, H. J., Hong, B. K. Prospective comparison of laparoscopic and traditional colposuspensions in the treatment of genuine stress incontinence. Acta Obstet Gynecol Scand. 1997 Jul; 76: 576-82

11530  Su, T. H., Yang, J. M., Chen, C. P., Wei, H. J., Hwu, Y. M., Yang, Y. C. Mini-catheter used for bladder drainage following stress-incontinence surgery and the factors relating to drainage failure. J Obstet Gynaecol. 1995 Aug; 21: 319-24

12004  Suarez, G. M., Baum, N. H., Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-22

3825  Suarez, G.M., Baum, N.H., and Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-122

10572  Subak, L. L., Caughey, A. B. Measuring cost-effectiveness of surgical procedures. Clin Obstet Gynecol. 2000 Sep; 43: 551-60

40251  Subak, L. L., Johnson, C., Whitcomb, E., Boban, D., Saxton, J., Brown, J. S. Does weight loss improve incontinence in moderately obese women?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 40-3

10078  Subak, L. L., Quesenberry, C. P., Posner, S. F., Cattolica, E., Soghikian, K. The effect of behavioral therapy on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2002 Jul; 100: 72-8

40580  Subak, L. L., Waetjen, L. E., van den Eeden, S., Thom, D. H., Vittinghoff, E., Brown, J. S. Cost of pelvic organ prolapse surgery in the United States. Obstet Gynecol. 2001 Oct; 98: 646-51

59073  Subasi, M., Arslan, H., Necmioglu, S., Onen, A., Ozen, S., Kaya, M. Long-term outcomes of conservatively treated paediatric pelvic fractures. Injury. 2004 Aug; 35: 771-81

43240  Sueppel, C., Arthur, C., Van Why, K., Lepic, M., Foutain, K. A comprehensive screening program for urinary dysfunction in older adults. Urol Nurs. 1996 Mar; 16: 14-9

53390  Sugaya, K., Nishijima, S., Oda, M., Owan, T., Ashitomi, K., Miyazato, M., Morozumi, M., Hatano, T., Ogawa, Y. Transabdominal vesical sonography of urethral syndrome and stress incontinence. Int J Urol. 2003 Jan; 10: 36-42

41588  Sugaya, K., Nishizawa, O., Satoh, T., Hatano, T., Ogawa, Y. Bladder-pumping therapy for the treatment of low-capacity or low- compliance bladders. Neurourol Urodyn. 2000; 19: 19-28

51830  Sugaya, K., Owan, T., Hatano, T., Nishijima, S., Miyazato, M., Mukouyama, H., Shiroma, K., Soejima, K., Masaki, Z., Ogawa, Y. Device to promote pelvic floor muscle training for stress incontinence. Int J Urol. 2003 Aug; 10: 416-22

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

40395    Sugerman, H. J. Bariatric surgery for severe obesity. J Assoc Acad Minor Phys. 2001 Jul; 12: 129-36

10252    Sugerman, H. J. Effects of increased intra-abdominal pressure in severe obesity. Surg Clin North Am. 2001 Oct; 81: 1063-75, vi

11519    Sugerman, H. J., Felton, W. L., 3rd, Salvant, J. B., Jr, Sismanis, A., Kellum, J. M. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. Neurology. 1995 Sep; 45: 1655-9

10838    Sugerman, H. J., Felton, W. L., 3rd, Sismanis, A., Kellum, J. M., DeMaria, E. J., Sugerman, E. L. Gastric surgery for pseudotumor cerebri associated with severe obesity. Ann Surg. 1999 May; 229: 634-40; discussion 640-2

57400    Sugerman, H. J., Sugerman, E. L., DeMaria, E. J., Kellum, J. M., Kennedy, C., Mowery, Y., Wolfe, L. G. Bariatric surgery for severely obese adolescents. J Gastrointest Surg. 2003 Jan; 7: 102-7; discussion 107-8

40709    Sugerman, H. J., Sugerman, E. L., Wolfe, L., Kellum, J. M., Jr, Schweitzer, M. A., DeMaria, E. J. Risks and benefits of gastric bypass in morbidly obese patients with severe venous stasis disease. Ann Surg. 2001 Jul; 234: 41-6

56400    Sugerman, H. J., Wolfe, L. G., Sica, D. A., Clore, J. N. Diabetes and hypertension in severe obesity and effects of gastric bypass-induced weight loss. Ann Surg. 2003 Jun; 237: 751-6; discussion 757-8

11279    Sugerman, H., Windsor, A., Bessos, M., Wolfe, L. Intra-abdominal pressure, sagittal abdominal diameter and obesity comorbidity. J Intern Med. 1997 Jan; 241: 71-9

43761    Sugiyama, T., Hashimoto, K., Kiwamoto, H., Ohnishi, N., Esa, A., Park, Y. C., Kurita, T. Urinary incontinence in senile dementia of the Alzheimer type (SDAT). Int J Urol. 1994 Dec; 1: 337-40

40944    Suguita, M., Giraio, M. J., Simoes, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. R. A morphologic and morphometric study of the vesical mucosa and urethra of castrated female rats following estrogen and/or progestogen replacement. Clin Exp Obstet Gynecol. 2000; 27: 176-8

44084    Sulak, P. J., Kuehl, T. J., Shull, B. L. Vaginal pessaries and their use in pelvic relaxation. J Reprod Med. 1993 Dec; 38: 919-23

42320    Sullivan, L. D., Chow, V. D., Ko, D. S., Wright, J. E., McLoughlin, M. G. An evaluation of quality of life in patients with continent urinary diversions after cystectomy. Br J Urol. 1998 May; 81: 699-704

44089    Sultan, A. H., Kamm, M. A., Bartram, C. I., Hudson, C. N. Anal sphincter trauma during instrumental delivery. Int J Gynaecol Obstet. 1993 Dec; 43: 263-70

42763    Sultan, A. H., Monga, A. K. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 754-5

43181    Sultan, A. H., Monga, A. K., Stanton, S. L. The pelvic floor sequelae of childbirth. Br J Hosp Med. 1996 May 1-14; 55: 575-9

11499    Sultana, C. J. Urethral closure pressure and leak-point pressure in incontinent women. Obstet Gynecol. 1995 Nov; 86: 839-42

42863    Sultana, C. J., Campbell, J. W., Pisanelli, W. S., Sivinski, L., Rimm, A. A. Morbidity and mortality of incontinence surgery in elderly women: an analysis of Medicare data. Am J Obstet Gynecol. 1997 Feb; 176: 344-8

11637    Sultana, C. J., Walters, M. D. Estrogen and urinary incontinence in women. Maturitas. 1994 Dec; 20: 129-38

57840    Sumathi, V. P., Murnaghan, M., Dobbs, S. P., McCluggage, W. G. Extragenital mullerian carcinosarcoma arising from the peritoneum: report of two cases. Int J Gynecol Cancer. 2002 Nov-Dec; 12: 764-7

43656    Sumfest, J. M., Burns, M. W., Mitchell, M. E. Pseudoureterocele: potential for misdiagnosis of an ectopic ureter as a ureterocele. Br J Urol. 1995 Mar; 75: 401-5

44081    Sumfest, J. M., Burns, M. W., Mitchell, M. E. The Mitrofanoff principle in urinary reconstruction. J Urol. 1993 Dec; 150: 1875-7; discussion 1877-8

41471    Sumi, T., Ishiko, O., Hirai, K., Yoshida, H., Ogita, S. Is measuring the posterior urethrovesical angle of clinical value for controlling pelvic organ Prolapse?. Retrospective analysis of 107 postoperative cases. Gynecol Obstet Invest. 2000; 49: 183-6

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

42693 Sumiya, T., Kawamura, K., Tokuhiro, A., Takechi, H., Ogata, H. A survey of wheelchair use by paraplegic individuals in Japan. Part 2: Prevalence of pressure sores. Spinal Cord. 1997 Sep; 35: 595-8

12043 Summitt, R. L., Jr, Bent, A. E., Ostergard, D. R., Harris, T. A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-80

11679 Summitt, R. L., Jr, Sipes, D. R., 2nd, Bent, A. E., Ostergard, D. R. Evaluation of pressure transmission ratios in women with genuine stress incontinence and low urethral pressure: a comparative study. Obstet Gynecol. 1994 Jun; 83: 984-8

31907 Summitt, R. L., Jr, Stovall, T. G. Urethral diverticula: evaluation by urethral pressure profilometry, cystourethroscopy, and the voiding cystourethrogram. Obstet Gynecol. 1992 Oct; 80: 695-9

11888 Summitt, R. L., Jr, Stovall, T. G., Bent, A. E., Ostergard, D. R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40; discussion 1840-4

3286 Summitt, R.L., Jr. Investigative techniques, assessment of incontinence, and urodynamics. Curr Opin Obstet Gynecol. 1992 Aug; 4: 548-553

3891 Summitt, R.L., Jr., Bent, A.E., Ostergard, D.R., and Harris, T.A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-880

3341 Summitt, R.L., Jr., Stovall, T.G., Bent, A.E., and Ostergard, D.R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40;discussion1840-4

59106 Sun, M. J., Chang, S. Y., Lin, K. C., Chen, G. D. Is an indwelling catheter necessary for bladder drainage after modified Burch colposuspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 203-7

59158 Sun, M. J., Chen, G. D., Chang, S. Y., Lin, K. C., Chen, S. Y. Prevalence of lower urinary tract symptoms during pregnancy in Taiwan. J Formos Med Assoc. 2005 Mar; 104: 185-9

42768 Sundaram, C. P., Reinberg, Y., Aliabadi, H. A. Failure to obtain durable results with collagen implantation in children with urinary incontinence. J Urol. 1997 Jun; 157: 2306-7

10621 Sung, M. S., Choi, Y. H., Back, S. H., Hong, J. Y., Yoon, H. The effect of pelvic floor muscle exercises on genuine stress incontinence among Korean women--focusing on its effects on the quality of life. Yonsei Med J. 2000 Apr; 41: 237-51

10591 Sung, M. S., Hong, J. Y., Choi, Y. H., Baik, S. H., Yoon, H. FES-biofeedback versus intensive pelvic floor muscle exercise for the prevention and treatment of genuine stress incontinence. J Korean Med Sci. 2000 Jun; 15: 303-8

42390 Sung, V. C., Corridan, P. G. Acute-angle closure glaucoma as a side-effect of oxybutynin. Br J Urol. 1998 Apr; 81: 634-5

10765 Supanich, B. Urethral barriers for stress incontinence. J Fam Pract. 1999 Sep; 48: 662-3

40823 Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Combined bladder neck reconstruction and epispadias repair for exstrophy-epispadias complex. J Urol. 2001 Jun; 165: 2425-7

40813 Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Modified Young-Dees-Leadbetter bladder neck reconstruction in patients with successful primary bladder closure elsewhere: a single institution experience. J Urol. 2001 Jun; 165: 2438-40

40973 Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. A reproducible pediatric daytime urinary incontinence questionnaire. J Urol. 2001 Feb; 165: 569-73

10506 Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. Daytime urinary incontinence in primary school children: a population- based survey. J Pediatr. 2000 Dec; 137: 814-8

4127 Surya, B.V., Provet, J., Johanson, K.E., and Brown, J. Anastomotic strictures following radical prostatectomy: risk factors and management. J Urol. 1990 Apr; 143: 755-758

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

sorted by Primary Author and Title

| | |
|---|---|
| 43864 | Susset, J. Evaluation of female incontinence. R I Med. 1994 Aug; 77: 266-72 |
| 12062 | Susset, J. G., Galea, G., Read, L. Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1990 Jun; 143: 1205-8 |
| 11571 | Susset, J., Galea, G., Manbeck, K., Susset, A. A predictive score index for the outcome of associated biofeedback and vaginal electrical stimulation in the treatment of female incontinence. J Urol. 1995 May; 153: 1461-6 |
| 4045 | Susset, J.G., Galea, G., and Read, L. Biofeedback therapy for female incontinence due to low urethral resistance [see comments]. J Urol. 1990 Jun; 143: 1205-1208 |
| 10966 | Sustersic, O., Kralj, B. The influence of obesity, constitution and physical work on the phenomenon of urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 140-4 |
| 41133 | Sutaria, P. M., Staskin, D. R. Hydronephrosis and renal deterioration in the elderly due to abnormalities of the lower urinary tract and ureterovesical junction. Int Urol Nephrol. 2000; 32: 119-26 |
| 54190 | Sutherland, S. E., Goldman, H. B. Treatment options for female urinary incontinence. Med Clin North Am. 2004 Mar; 88: 345-66 |
| 3386 | Swaddiwudhipong, W., Koonchote, S., Nguntra, P., and Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306 |
| 44641 | Swaddiwudhipong, W., Koonchote, S., Nguntra, P., Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306 |
| 43481 | Swaffield, J. Quality audit--a review of the literature concerning delivery of continence care. J Clin Nurs. 1995 Sep; 4: 277-82 |
| 3405 | Swami, K.S., Abrams, P. Artificial urinary sphincters. Br J Hosp Med. 1992 Apr 15-May 5; 47: 591-596 |
| 11158 | Swami, S., Batista, J. E., Abrams, P. Collagen for female genuine stress incontinence after a minimum 2-year follow-up. Br J Urol. 1997 Nov; 80: 757-61 |
| 40384 | Swanson, J. G., Skelly, J., Hutchison, B., Kaczorowski, J. Urinary incontinence in Canada. National survey of family physicians' knowledge, attitudes, and practices. Can Fam Physician. 2002 Jan; 48: 86-92 |
| 44594 | Swanson, S. J., 3rd, Skoog, S. J., Garcia, V., Wahl, R. C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-3 |
| 5266 | Swanson, S.J., Skoog, S.J., Garcia, V., and Wahl, R.C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-1403 |
| 53640 | Swart, A. M., Hagerty, J., Corstiaans, A., Rane, A. Management of the very weak pelvic floor. Is there a point?. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 346-8; discussion 348 |
| 3906 | Swash, M. The neurogenic hypothesis of stress incontinence. Ciba Found Symp. 1990; 151: 156-70;discussion170-5 |
| 11639 | Swash, M. The pelvic floor and incontinence. Lancet. 1994 Nov 5; 344: 1301 |
| 10106 | Sweat, S. D., Itano, N. B., Clemens, J. Q., Bushman, W., Gruenenfelder, J., McGuire, E. J., Lightner, D. J. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol. 2002 Jul; 168: 144-6 |
| 41986 | Sweat, S. D., Lightner, D. J. Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan; 161: 93-6 |
| 43962 | Swierzewski, S. J., 3rd, Gormley, E. A., Belville, W. D., Sweetser, P. M., Wan, J., McGuire, E. J. The effect of terazosin on bladder function in the spinal cord injured patient. J Urol. 1994 Apr; 151: 951-4 |
| 11810 | Swierzewski, S. J., 3rd, McGuire, E. J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-4 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

5263    Swierzewski, S.J., McGuire, E.J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-1014

5264    Swierzewski, S.J., McGuire, E.J., Podrazik, R.M., and Stanley, J.C. Aortic occlusion and lower extremity exercise induced stress urinary incontinence. J Urol. 1993 Apr; 149: 846-847

41036   Swift, B. J. Early neutering of dogs. Vet Rec. 2000 Dec 2; 147: 667

42778   Swift, S. E. The reliability of performing a screening cystometrogram using a fetal monitoring device for the detection of detrusor instability. Obstet Gynecol. 1997 May; 89: 708-12

11569   Swift, S. E., Ostergard, D. R. A comparison of stress leak-point pressure and maximal urethral closure pressure in patients with genuine stress incontinence. Obstet Gynecol. 1995 May; 85: 704-8

11547   Swift, S. E., Ostergard, D. R. Evaluation of current urodynamic testing methods in the diagnosis of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 85-91

11424   Swift, S. E., Rust, P. F., Ostergard, D. R. Intrasubject variability of the pressure-transmission ratio in patients with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 312-6

41295   Swift, S. E., Utrie, J. W. The need for standardization of the valsalva leak-point pressure. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 227-30

10812   Swift, S. E., Yoon, E. A. Test-retest reliability of the cough stress test in the evaluation of urinary incontinence. Obstet Gynecol. 1999 Jul; 94: 99-102

57180   Swift, S., Garely, A., Dimpfl, T., Payne, C. A new once-daily formulation of tolterodine provides superior efficacy and is well tolerated in women with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 50-4; discussion 54-5

59279   Swift, S., Woodman, P., O'Boyle, A., Kahn, M., Valley, M., Bland, D., Wang, W., Schaffer, J. Pelvic Organ Support Study (POSST): the distribution, clinical definition, and epidemiologic condition of pelvic organ support defects. Am J Obstet Gynecol. 2005 Mar; 192: 795-806

41419   Swithinbank, L. V., Abrams, P. A detailed description, by age, of lower urinary tract symptoms in a group of community-dwelling women. BJU Int. 2000 Apr; 85 Suppl 2: 19-24

41739   Swithinbank, L. V., Abrams, P. The impact of urinary incontinence on the quality of life of women. World J Urol. 1999 Aug; 17: 225-9

44059   Swithinbank, L. V., Carr, J. C., Abrams, P. H. Longitudinal study of urinary symptoms in children. Longitudinal study of urinary symptoms and incontinence in local schoolchildren. Scand J Urol Nephrol Suppl. 1994; 163: 67-73

41365   Swithinbank, L. V., Donovan, J. L., du Heaume, J. C., Rogers, C. A., James, M. C., Yang, Q., Abrams, P. Urinary symptoms and incontinence in women: relationships between occurrence, age, and perceived impact. Br J Gen Pract. 1999 Nov; 49: 897-900

10568   Swithinbank, L. V., Donovan, J. L., Rogers, C. A., Abrams, P. Nocturnal incontinence in women: a hidden problem. J Urol. 2000 Sep; 164: 764-6

10831   Swithinbank, L. V., James, M., Shepherd, A., Abrams, P. Role of ambulatory urodynamic monitoring in clinical urological practice. Neurourol Urodyn. 1999; 18: 215-22

40566   Swithinbank, L., Abrams, P. Lower urinary tract symptoms in community-dwelling women: defining diurnal and nocturnal frequency and 'the incontinence case'. BJU Int. 2001 Sep; 88 Suppl 2: 18-22; discussion 49-50

55730   Swithinbank, L., Abrams, P. Prevalence of urinary incontinence in women determined using the BFLUTS questionnaire. Neurourol Urodyn. 2003; 22: 617; author reply 617-8

42957   Sylora, J. A., Gonzalez, R., Vaughn, M., Reinberg, Y. Intermittent self-catheterization by quadriplegic patients via a catheterizable Mitrofanoff channel. J Urol. 1997 Jan; 157: 48-50

10110   Sze, E. H., Jones, W. P., Ferguson, J. L., Barker, C. D., Dolezal, J. M. Prevalence of urinary incontinence symptoms among black, white, and Hispanic women. Obstet Gynecol. 2002 Apr; 99: 572-5

---

11209    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T. W., Karram, M. M. Comparative morbidity and charges associated with route of hysterectomy and concomitant Burch colposuspension. Obstet Gynecol. 1997 Jul; 90: 42-5

10698    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T., Karram, M. M. A retrospective comparison of abdominal sacrocolpopexy with Burch colposuspension versus sacrospinous fixation with transvaginal needle suspension for the management of vaginal vault prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 390-3

10203    Sze, E. H., Meranus, J., Kohli, N., Miklos, J. R., Karram, M. M. Vaginal configuration on MRI after abdominal sacrocolpopexy and sacrospinous ligament suspension. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 375-9; discussion 379-80

11322    Sze, E. H., Miklos, J. R., Karram, M. M. Voiding after Burch colposuspension and effects of concomitant pelvic surgery: correlation with preoperative voiding mechanism. Obstet Gynecol. 1996 Oct; 88: 564-7

11282    Sze, E. H., Miklos, J. R., Partoll, L., Roat, T. W., Karram, M. M. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence. Obstet Gynecol. 1997 Jan; 89: 94-6

41292    Sze, K. H., Wong, E., Or, K. H., Lum, C. M., Woo, J. Factors predicting stroke disability at discharge: a study of 793 Chinese. Arch Phys Med Rehabil. 2000 Jul; 81: 876-80

43560    Szonyi, G., Collas, D. M., Ding, Y. Y., Malone-Lee, J. G. Oxybutynin with bladder retraining for detrusor instability in elderly people: a randomized controlled trial. Age Ageing. 1995 Jul; 24: 287-91

44959    Tabbara, I. A., Sibley, D. S., Quesenberry, P. J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-23

4041    Tabbara, I.A., Sibley, D.S., and Quesenberry, P.J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-523

42832    Taguchi, K., Hirose, T., Ito, N., Kumamoto, Y., Tsukamoto, T. Functional outcome and late complications in patients with continent urinary reservoirs. Int J Urol. 1997 Mar; 4: 134-8

10695    Takahashi, S., Homma, Y., Fujishiro, T., Hosaka, Y., Kitamura, T., Kawabe, K. Electromyographic study of the striated urethral sphincter in type 3 stress incontinence: evidence of myogenic-dominant damages. Urology. 2000 Dec 20; 56: 946-50

10164    Takahashi, S., Miyao, N., Hisataki, T., Matsukawa, M., Takagi, S., Sasao, T., Adachi, H., Miyake, M., Tsukamoto, T. Complications of Stamey needle suspension for female stress urinary incontinence. Urol Int. 2002; 68: 148-51

11324    Takahashi, S., Moriyama, N., Yamazaki, R., Kawabe, K. Urodynamic analysis of age-related changes of alpha 1-adrenoceptor responsiveness in female beagle dogs. J Urol. 1996 Oct; 156: 1485-8

42441    Takano, K., Yamaguchi, T., Minematsu, K., Sawada, T., Omae, T. Differences in clinical features and computed tomographic findings between embolic and non-embolic acute ischemic stroke: a quantitative differential diagnosis. Intern Med. 1998 Feb; 37: 141-8

41146    Takano, M., Hamada, A. Evaluation of pelvic descent disorders by dynamic contrast roentgenography. Dis Colon Rectum. 2000 Oct; 43: S6-11

54920    Takeda, M., Araki, I., Kamiyama, M., Takihana, Y., Komuro, M., Furuya, Y. Diagnosis and treatment of voiding symptoms. Urology. 2003 Nov; 62: 11-9

10784    Takeda, M., Hatano, A., Kurumada, S., Takahashi, H., Wakatsuki, S., Go, H., Watanabe, R., Tomita, Y., Takahashi, K. Bladder neck suspension using percutaneous bladder neck stabilization to the pubic bone with a bone-anchor suture fixation system: A new extraperitoneal laparoscopic approach. Urol Int. 1999; 62: 57-60

43977    Talbot, L. A. Coping with urinary incontinence: a conceptualization of the process. Ostomy Wound Manage. 1994 Mar; 40: 28-30, 32, 34 passim

43895    Talbot, L. A. Coping with urinary incontinence: development and testing of a scale. Nurs Diagn. 1994 Jul-Sep; 5: 127-32

**American Urological Association, Inc.**

SUI Guidelines Panel

43414    Talbot, L. A., Cox, M. Differences in coping strategies among community-residing older adults with functional urinary continence, dysfunctional urinary continence and actual urinary incontinence. Ostomy Wound Manage. 1995 Nov-Dec; 41: 30-2, 34-7

41526    Talic, R. F. Augmentation ureterocystoplasty with ipsilateral renal preservation in the management of patients with compromised renal function secondary to dysfunctional voiding. Int Urol Nephrol. 1999; 31: 463-70

41094    Talic, R. F. Paramedian extraperitoneal approach for combined nephrectomy and augmentation ureterocystoplasty in children with neurovesical dysfunction. Eur Urol. 2000 Dec; 38: 762-5

52440    Tamanini, J. T., D'Ancona, C. A., Tadini, V., Netto, N. R., Jr Macroplastique implantation system for the treatment of female stress urinary incontinence. J Urol. 2003 Jun; 169: 2229-33

30656    Tamer, S. K. The pediatric non-epileptic seizure. Indian J Pediatr. 1997 Sep-Oct; 64: 671-6

53330    Tamilselvi, A., Duckett, J. R. Surgical correction of genuine stress incontinence in an achondroplastic woman. J Obstet Gynaecol. 2002 Nov; 22: 704

11496    Tampakoudis, P., Tantanassis, T., Grimbizis, G., Papaletsos, M., Mantalenakis, S. Cigarette smoking and urinary incontinence in women--a new calculative method of estimating the exposure to smoke. Eur J Obstet Gynecol Reprod Biol. 1995 Nov; 63: 27-30

10239    Tamussino, K. F., Hanzal, E., Kolle, D., Ralph, G., Riss, P. A. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol. 2001 Nov; 98: 732-6

10709    Tamussino, K. F., Zivkovic, F., Pieber, D., Moser, F., Haas, J., Ralph, G. Five-year results after anti-incontinence operations. Am J Obstet Gynecol. 1999 Dec; 181: 1347-52

10325    Tamussino, K., Hanzal, E., Kolle, D., Ralph, G., Riss, P. The Austrian tension-free vaginal tape registry. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S28-9

57360    Tan, T. L., Bergmann, M. A., Griffiths, D., Resnick, N. M. Which stop test is best? Measuring detrusor contractility in older females. J Urol. 2003 Mar; 169: 1023-7

43777    Tanagho, E. A. Urinary incontinence. J Urol. 1994 Nov; 152: 1471-2

4140    Tanagho, E.A. Electrical stimulation. J Am Geriatr Soc. 1990 Mar; 38: 352-355

41997    Tanaka, H., Kakizaki, H., Kobayashi, S., Shibata, T., Ameda, K., Koyanagi, T. The relevance of urethral resistance in children with myelodysplasia: its impact on upper urinary tract deterioration and the outcome of conservative management. J Urol. 1999 Mar; 161: 929-32

40867    Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Akahane, S., Miyata, H., Akahane, M. Discovery of novel N-phenylglycine derivatives as potent and selective beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence. J Med Chem. 2001 Apr 26; 44: 1436-45

40512    Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Ishikawa, T., Akahane, S., Akahane, M. Beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence: 2-[4-(2-[[(1S,2R)-2-hydroxy-2-(4- hydroxyphenyl)-1-methylethyl]amino]ethyl)phenoxy]-2-methylpropionic acid. Bioorg Med Chem. 2001 Dec; 9: 3265-71

40744    Tanaka, R., Hoshi, K., Yamane, Y. Partial bladder resection in a bitch with urinary retention following surgical excision of a vaginal leiomyoma. J Small Anim Pract. 2001 Jun; 42: 301-3

54410    Tang, W. K., Chan, S. S., Chiu, H. F., Ungvari, G. S., Wong, K. S., Kwok, T. C., Mok, V., Wong, K. T., Richards, P. S., Ahuja, A. T. Frequency and determinants of poststroke dementia in Chinese. Stroke. 2004 Apr; 35: 930-5

31315    Taniguchi, N., Hamada, K., Ogasawara, T., Ukai, Y., Yoshikuni, Y., Kimura, K. NS-49, an alpha 1A-adrenoceptor agonist, selectively increases intraurethral pressure in dogs. Eur J Pharmacol. 1996 Dec 27; 318: 117-22

10241    Tannenbaum, C., Bachand, G., Dubeau, C. E., Kuchel, G. A. Experience of an incontinence clinic for older women: no apparent age limit for potential physical and psychological benefits. J Womens Health Gend Based Med. 2001 Oct; 10: 751-6

55140    Tannenbaum, C., Mayo, N. Women's health priorities and perceptions of care: a survey to identify opportunities for improving preventative health care delivery for older women. Age Ageing. 2003 Nov; 32: 626-35

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

42141    Tao, Y. X., Heit, M., Lei, Z. M., Rao, C. V. The urinary bladder of a woman is a novel site of luteinizing hormone-human chorionic gonadotropin receptor gene expression. Am J Obstet Gynecol. 1998 Oct; 179: 1026-31

44940    Tapp, A. J., Cardozo, L. D., Versi, E., Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Jun; 97: 521-6

  3976    Tapp, A.J., Cardozo, L.D., Versi, E., and Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 521-526

59206    Tapp, K., Connolly, A., Visco, A. G. Evaluation of Aa point and cotton-tipped swab test as predictors of urodynamic stress incontinence. Obstet Gynecol. 2005 Jan; 105: 115-9

43214    Tarvonen-Schroder, S., Roytta, M., Raiha, I., Kurki, T., Rajala, T., Sourander, L. Clinical features of leuko-araiosis. J Neurol Neurosurg Psychiatry. 1996 Apr; 60: 431-6

55580    Tash, J., Staskin, D. R. Artificial graft slings at the midurethra: physiology of continence. Curr Urol Rep. 2003 Oct; 4: 367-70

40078    Taskinen, S., Valanne, L., Rintala, R. Effect of spinal cord abnormalities on the function of the lower urinary tract in patients with anorectal abnormalities. J Urol. 2002 Sep; 168: 1147-9

44993    Taslitz, L. Informed consent revisited. Hosp Law Newsl. 1990 Apr; 7: 1-4

44008    Taub, H. C., Stein, M. Bladder distention therapy for symptomatic relief of frequency and urgency: a ten-year review. Urology. 1994 Jan; 43: 36-9

43988    Taub, N. A., Wolfe, C. D., Richardson, E., Burney, P. G. Predicting the disability of first-time stroke sufferers at 1 year. 12- month follow-up of a population-based cohort in southeast England. Stroke. 1994 Feb; 25: 352-7

11481    Tay, K. P., Lim, P. H., Chng, H. C. Surgical management of stress urinary incontinence: Burch colposuspension, modified Pereyra and Stamey bladder neck suspension, and collagen injection--Toa Payoh Hospital experience. Singapore Med J. 1995 Dec; 36: 651-5

11352    Tay, K. P., Lim, P. H., Ravintharan, T. Laparoscopic bladder-neck suspension for urinary stress incontinence in women: our first twenty patients. Int J Urol. 1996 Jul; 3: 278-81

43894    Tayal, S. C., Bansal, S. K., Chadha, D. K. Hypopituitarism: a difficult diagnosis in elderly people but worth a search. Age Ageing. 1994 Jul; 23: 320-2

11718    Taylor, J. D., Tsokos, N. A retroperitoneal approach to surgery for stress incontinence using the laparoscope. Med J Aust. 1994 Jan 3; 160: 42

11751    Taylor, J. D., Tsokos, N. Retroperitoneal laparoscopic surgery for stress incontinence. Lancet. 1993 Dec 18-25; 342: 1564-5

10708    Tchetgen, M. B., Sanda, M. G., Montie, J. E., Faerber, G. J. Collagen injection for the treatment of incontinence after cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2000 Jan; 163: 212-4

10459    Tebyani, N., Patel, H., Yamaguchi, R., Aboseif, S. R. Percutaneous needle bladder neck suspension for the treatment of stress urinary incontinence in women: long-term results. J Urol. 2000 May; 163: 1510-2

41444    Tediosi, F., Parazzini, F., Bortolotti, A., Garattini, L. The cost of urinary incontinence in Italian women. A cross-sectional study. Gruppo di Studio Incontinenza. Pharmacoeconomics. 2000 Jan; 17: 71-6

10320    Tegerstedt, G., Sjoberg, B., Hammarstrom, M. Clinical outcome or abdominal urethropexy-colposuspension: a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 161-5

52620    Tei, T. M., Stolzenburg, T., Buntzen, S., Laurberg, S., Kjeldsen, H. Use of transpelvic rectus abdominis musculocutaneous flap for anal cancer salvage surgery. Br J Surg. 2003 May; 90: 575-80

11576    Teichman, J. M. Laparoscopic Burch colposuspension. Tech Urol. 1995 Spring; 1: 19-24

42178    Teichman, J. M., Harris, J. M., Currie, D. M., Barber, D. B. Malone antegrade continence enema for adults with neurogenic bowel disease. J Urol. 1998 Oct; 160: 1278-81

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 381 of 390 PageID #: 202920

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

55190   Teleman, P. M., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urethral pressure changes in response to squeeze: a population-based study in healthy and incontinent 53- to 63-year-old women. Am J Obstet Gynecol. 2003 Oct; 189: 1100-5

59094   Teleman, P. M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Overactive bladder: prevalence, risk factors and relation to stress incontinence in middle-aged women. BJOG. 2004 Jun; 111: 600-4

57720   Teleman, P., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urodynamic characterisation of women with naive urinary incontinence: a population-based study in subjectively incontinent and healthy 53-63 years old women. Eur Urol. 2002 Dec; 42: 583-9

40404   Telford, C. Understanding the problem of urinary incontinence. JAAPA. 2002 Jan; 15: 45-50

41401   Temml, C., Haidinger, G., Schmidbauer, J., Schatzl, G., Madersbacher, S. Urinary incontinence in both sexes: prevalence rates and impact on quality of life and sexual life. Neurourol Urodyn. 2000; 19: 259-71

51140   ter Meulen, P. H., Berghmans, L. C., van Kerrebroeck, P. E. Systematic review: efficacy of silicone microimplants (Macroplastique) therapy for stress urinary incontinence in adult women. Eur Urol. 2003 Nov; 44: 573-82

42885   ter Meulen, P. H., Heesakkers, J. P., Janknegt, R. A. A study on the feasibility of vesicomyotomy in patients with motor urge incontinence. Eur Urol. 1997; 32: 166-9

56140   ter Meulen, P. H., Zambon, V., Kessels, A. G., van Kerrebroeck, P. E. Quality of life, functional outcome and durability of the AMS 800 artificial urinary sphincter in patients with intrinsic sphincter deficiency. Urol Int. 2003; 71: 55-60

3761   Tester, K. Continence. Changing time. Nurs Times. 1991 Apr 3-9; 87: 70

43209   Tetrud, J. W., Golbe, L. I., Forno, L. S., Farmer, P. M. Autopsy-proven progressive supranuclear palsy in two siblings. Neurology. 1996 Apr; 46: 931-4

42804   Tetzschner, T., Sorensen, M., Jonsson, L., Lose, G., Christiansen, J. Delivery and pudendal nerve function. Acta Obstet Gynecol Scand. 1997 Apr; 76: 324-31

43040   Tetzschner, T., Sorensen, M., Lose, G., Christiansen, J. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1996 Oct; 103: 1034-40

59265   Teunissen, D., Lagro-Janssen, T. Urinary incontinence in community dwelling elderly: are there sex differences in help-seeking behaviour?. Scand J Prim Health Care. 2004 Dec; 22: 209-16

44807   Tew, B., Laurence, K. M., Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-6

3798   Tew, B., Laurence, K.M., and Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-36

41863   Tfayli, A., Hentschel, P., Madajewicz, S., Manzione, J., Chowhan, N., Davis, R., Roche, P., Iliya, A., Roque, C., Meek, A., Shady, M. Toxicities related to intraarterial infusion of cisplatin and etoposide in patients with brain tumors. J Neurooncol. 1999 Mar; 42: 73-7

10001   Thakar, R., Ayers, S., Clarkson, P., Stanton, S., Manyonda, I. Outcomes after total versus subtotal abdominal hysterectomy. N Engl J Med. 2002 Oct 24; 347: 1318-25

41107   Thakar, R., Stanton, S. Regular review: management of urinary incontinence in women. BMJ. 2000 Nov 25; 321: 1326-31

10612   Thakar, R., Stanton, S. L. Weakness of the pelvic floor: urological consequences. Hosp Med. 2000 Apr; 61: 259-66

10006   Thakar, R., Stanton, S., Prodigalidad, L., den Boon, J. Secondary colposuspension: results of a prospective study from a tertiary referral centre. BJOG. 2002 Oct; 109: 1115-20

59083   Thaweekul, Y., Bunyavejchevin, S., Wisawasukmongchol, W., Santingamkun, A. Long term results of anterior colporrhaphy with Kelly plication for the treatment of stress urinary incontinence. J Med Assoc Thai. 2004 Apr; 87: 357-60

---

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

sorted by Primary Author and Title

---

**43796**   Thayer, D. How to assess and control urinary incontinence. Am J Nurs. 1994 Oct; 94: 42-7; quiz 48

**43617**   Thelwell, S., Symon, C., Gay, S., Cottenden, A., Feneley, R. Continence. Systems for leg bags. Nurs Times. 1995 Apr 19-25; 91: 62-4

**59326**   Themistocleous, G. S., Papagelopoulos, P. J., Petraki, K. D., Stilianessi, E. V., Partsinevelos, A. A., Sapkas, G. S. A 23-year-old woman with complete paraplegia and anesthesia below the T8 level. Clin Orthop Relat Res. 2005 Jan; : 258-65

**10999**   Theodorou, C. h., Floratos, D., Katsifotis, C. h., Moutzouris, G., Mertziotis, N., Thermogianni, H. Transvaginal incisionless bladder neck suspension. A simplified technique for female genuine stress incontinence. Int Urol Nephrol. 1998; 30: 273-8

**11535**   Theofrastous, J. P., Bump, R. C., Elser, D. M., Wyman, J. F., McClish, D. K. Correlation of urodynamic measures of urethral resistance with clinical measures of incontinence severity in women with pure genuine stress incontinence. The Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 407-12; discussion 412-4

**11384**   Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Bump, R. C. The effect of vesical volume on Valsalva leak-point pressures in women with genuine stress urinary incontinence. Obstet Gynecol. 1996 May; 87: 711-4

**10031**   Theofrastous, J. P., Simpkins, K. Urinary retention and intravesical hemorrhage following urethral collagen injections in women using warfarin. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 268-9

**54670**   Theofrastous, J. P., Whiteside, J., Paraiso, M. F. The utility of urodynamic testing. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 548-52

**11166**   Theofrastous, J. P., Wyman, J. F., Bump, R. C., McClish, D. K., Elser, D. M., Robinson, D., Fantl, J. A. Relationship between urethral and vaginal pressures during pelvic muscle contraction. The Continence Program for Women Research Group. Neurourol Urodyn. 1997; 16: 553-8

**43648**   Theoharides, T. C., Sant, G. R., el-Mansoury, M., Letourneau, R., Ucci, A. A., Jr, Meares, E. M., Jr Activation of bladder mast cells in interstitial cystitis: a light and electron microscopic study. J Urol. 1995 Mar; 153: 629-36

**3076**   Thessen, C.C., Kreder, K.J. Ogilvie's syndrome: a potential complication of vaginal surgery. J Urol. 1993 Jun; 149: 1541-1543

**42789**   Theus, R., Arnold, S., Hubler, M., Wiestner, T., Binder, H., Ruesch, P. Effect of intra-abdominally induced pressure on the urethral pressure profiles of healthy and incontinent bitches. Am J Vet Res. 1997 May; 58: 555-9

**12035**   Thiede, H. A., Thiede, F. K. A glance at the urodynamic database. J Reprod Med. 1990 Oct; 35: 925-31

**11462**   Thind, P., Bagi, P., Mieszczak, C., Lose, G. Influence of pudendal nerve blockade on stress relaxation in the female urethra. Neurourol Urodyn. 1996; 15: 31-6

**3658**   Thind, P., Colstrup, H., Lose, G., and Kristensen, J.K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-170

**11988**   Thind, P., Colstrup, H., Lose, G., Kristensen, J. K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-70

**11660**   Thind, P., Lose, G. The effect of bilateral pudendal blockade on the adjunctive urethral closure forces in healthy females. Scand J Urol Nephrol. 1994 Sep; 28: 249-55

**11922**   Thind, P., Lose, G. Urethral stress relaxation phenomenon in healthy and stress incontinent women. Br J Urol. 1992 Jan; 69: 75-8

**3471**   Thind, P., Lose, G., and Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-140

**3337**   Thind, P., Lose, G., and Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-49

**11920**   Thind, P., Lose, G., Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-40

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 11887 | Thind, P., Lose, G., Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-9 |
| 11065 | Thom, D. Variation in estimates of urinary incontinence prevalence in the community: effects of differences in definition, population characteristics, and study type. J Am Geriatr Soc. 1998 Apr; 46: 473-80 |
| 42122 | Thom, D. H., Brown, J. S. Reproductive and hormonal risk factors for urinary incontinence in later life: a review of the clinical and epidemiologic literature. J Am Geriatr Soc. 1998 Nov; 46: 1411-7 |
| 42656 | Thom, D. H., Haan, M. N., Van Den Eeden, S. K. Medically recognized urinary incontinence and risks of hospitalization, nursing home admission and mortality. Age Ageing. 1997 Sep; 26: 367-74 |
| 59271 | Thom, D. H., Nygaard, I. E., Calhoun, E. A. Urologic diseases in America project: urinary incontinence in women-national trends in hospitalizations, office visits, treatment and economic impact. J Urol. 2005 Apr; 173: 1295-301 |
| 42613 | Thom, D. H., van den Eeden, S. K., Brown, J. S. Evaluation of parturition and other reproductive variables as risk factors for urinary incontinence in later life. Obstet Gynecol. 1997 Dec; 90: 983-9 |
| 3699 | Thomas, A.M., Morse, J.M. Managing urinary incontinence with self-care practices. J Gerontol Nurs. 1991 Jun; 17: 9-14 |
| 42808 | Thomas, D. F. Surgical treatment of urinary incontinence. Arch Dis Child. 1997 Apr; 76: 377-80 |
| 41860 | Thomas, K. K., Sampselle, C., Gray, M., Newman, D., Sailer, S., d'Entremont, P., Wheeler, L. Getting into nursing research: dropping in on AWHONN's Continence for Women researchers. AWHONN Lifelines. 1999 Feb-Mar; 3: 24-6 |
| 10165 | Thomas, K., Venn, S. N., Mundy, A. R. Outcome of the artificial urinary sphincter in female patients. J Urol. 2002 Apr; 167: 1720-2 |
| 54510 | Thomas, P., Ingrand, P., Lalloue, F., Hazif-Thomas, C., Billon, R., Vieban, F., Clement, J. P. Reasons of informal caregivers for institutionalizing dementia patients previously living at home: the Pixel study. Int J Geriatr Psychiatry. 2004 Feb; 19: 127-35 |
| 3303 | Thomas, P.J., Nurse, D.E., Deliveliotis, C., and Mundy, A.R. Cystoprostatectomy and substitution cystoplasty for locally invasive bladder cancer. Br J Urol. 1992 Jul; 70: 40-42 |
| 40058 | Thomas, S. Continence in older people: a priority for primary care. Nurs Stand. 2001 Mar 7-13; 15: 45-50; quiz 52, 55 |
| 41642 | Thomas, S. Investing in continence. Elder Care. 1999 Feb-Mar; 11: 32 |
| 41504 | Thomas, S. Investing in continence. Nurs Stand. 1999 Sep 15-21; 13: 38 |
| 40931 | Thomas, V. S. Excess functional disability among demented subjects? Findings from the Canadian Study of Health and Aging. Dement Geriatr Cogn Disord. 2001 May-Jun; 12: 206-10 |
| 55990 | Thome-Souza, S., Freitas, A., Fiore, L. A., Valente, K. D. Lamotrigine and valproate: efficacy of co-administration in a pediatric population. Pediatr Neurol. 2003 May; 28: 360-4 |
| 41869 | Thommessen, B., Bautz-Holter, E., Laake, K. Predictors of outcome of rehabilitation of elderly stroke patients in a geriatric ward. Clin Rehabil. 1999 Apr; 13: 123-8 |
| 40430 | Thompson, D. L. The national coverage decision for reimbursement for biofeedback and pelvic floor electrical stimulation for treatment of urinary incontinence. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 11-9 |
| 3766 | Thompson, J. Managing continence systematically. Nurs Times. 1990 Nov 14-20; 86: 60-62 |
| 52040 | Thompson, J. A., O'Sullivan, P. B. Levator plate movement during voluntary pelvic floor muscle contraction in subjects with incontinence and prolapse: a cross-sectional study and review. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 84-8 |
| 40195 | Thompson, J. F., Roberts, C. L., Currie, M., Ellwood, D. A. Prevalence and persistence of health problems after childbirth: associations with parity and method of birth. Birth. 2002 Jun; 29: 83-94 |

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327  Document 3080-16  Filed 09/13/19  Page 384 of 400 PageID #: 202923

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

10524    Thompson, P. K., Duff, D. S., Thayer, P. S. Stress incontinence in women under 50: does urodynamics improve surgical outcome?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 285-9

51810    Thomson, A. J., Tincello, D. G. The influence of pad test loss on management of women with urodynamic stress incontinence. BJOG. 2003 Aug; 110: 771-3

51270    Thor, K. B. Serotonin and norepinephrine involvement in efferent pathways to the urethral rhabdosphincter: implications for treating stress urinary incontinence. Urology. 2003 Oct; 62: 3-9

59092    Thor, K. B., Donatucci, C. Central nervous system control of the lower urinary tract: new pharmacological approaches to stress urinary incontinence in women. J Urol. 2004 Jul; 172: 27-33

3120    Thornburn, P., Cottenden, A., and Ledger, D. Continence. Undercover trials. Nurs Times. 1992 Mar 25-31; 88: 72-78

42733    Thornburn, P., Fader, M., Dean, G., Brooks, R., Cottenden, A. Improving the performance of small incontinence pads: a study of 'wet comfort'. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 219-25

44716    Thorp, J. M., Jr Exercise-associated urinary incontinence. JAMA. 1991 May 1; 265: 2191-2

10778    Thorp, J. M., Jr, Norton, P. A., Wall, L. L., Kuller, J. A., Eucker, B., Wells, E. Urinary incontinence in pregnancy and the puerperium: a prospective study. Am J Obstet Gynecol. 1999 Aug; 181: 266-73

11448    Thorp, J. M., Jones, L. H., Wells, E., Ananth, C. V. Assessment of pelvic floor function: a series of simple tests in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 94-7

3754    Thorp, J.M., Jr. Exercise-associated urinary incontinence [letter]. Jama. 1991 May 1; 265: 2191-2192

43328    Thorpe, A. C. Significance of rectal contraction noted on multichannel urodynamics. Neurourol Urodyn. 1996; 15: 577-8

11608    Thorpe, A. C., Roberts, J. P., Williams, N. S., Blandy, J. P., Badenoch, D. F. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Feb; 82: 173-6

11839    Thorpe, A. C., Williams, N. S., Badenoch, D. F., Blandy, J. P., Grahn, M. F. Simultaneous dynamic electromyographic proctography and cystometrography. Br J Surg. 1993 Jan; 80: 115-20

42049    Thrusfield, M. V., Holt, P. E., Muirhead, R. H. Acquired urinary incontinence in bitches: its incidence and relationship to neutering practices. J Small Anim Pract. 1998 Dec; 39: 559-66

4036    Thunedborg, P., Fischer-Rasmussen, W., and Jensen, S.B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-59

12098    Thunedborg, P., Fischer-Rasmussen, W., Jensen, S. B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-9

41741    Thuroff, J. W. Epidemiology of bladder control problems. Curr Opin Urol. 1999 Jul; 9: 283-4

10949    Thuroff, J. W., Chartier-Kastler, E., Corcus, J., Humke, J., Jonas, U., Palmtag, H., Tanagho, E. A. Medical treatment and medical side effects in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S48-61

40254    Thyssen, H. H., Clevin, L., Olesen, S., Lose, G. Urinary incontinence in elite female athletes and dancers. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 15-7

11117    Thyssen, H. H., Lose, G. Long-term efficacy and safety of a disposable vaginal device (continence guard) in the treatment of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 130-2; discussion 133

10185    Thyssen, H., Bidmead, J., Lose, G., Moller Bek, K., Dwyer, P., Cardozo, L. A new intravaginal device for stress incontinence in women. BJU Int. 2001 Dec; 88: 889-92

11412    Thyssen, H., Lose, G. New disposable vaginal device (continence guard) in the treatment of female stress incontinence. Design, efficacy and short term safety. Acta Obstet Gynecol Scand. 1996 Feb; 75: 170-3

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 41757 | Thyssen, H., Sander, P., Lose, G. A vaginal device (continence guard) in the management of urge incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 219-22 |
| 3049 | Tiemann, D., Shea, L., Klutke, C.G., Gaehle, K., and Moore, S. Artificial urinary sphincters. Treatment for post-prostatectomy incontinence. Aorn J. 1993 Jun; 57: 1366-72,1375-9 |
| 42815 | Tillem, S. M., Kessler, O. J., Hanna, M. K. Long-term results of lower urinary tract reconstruction with the ceco-appendiceal unit. J Urol. 1997 Apr; 157: 1429-33 |
| 40495 | Tilling, K., Sterne, J. A., Rudd, A. G., Glass, T. A., Wityk, R. J., Wolfe, C. D. A new method for predicting recovery after stroke. Stroke. 2001 Dec 1; 32: 2867-73 |
| 11963 | Timmons, M. C., Addison, W. A. Choice of operation for genuine stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 528-33 |
| 3816 | Timoney, A.G., Shaw, P.J. Urological outcome in female patients with spinal cord injury: the effectiveness of intermittent catheterisation. Paraplegia. 1990 Nov; 28: 556-563 |
| 10666 | Tincello, D. G., Adams, E. J., Bolderson, J., Richmond, D. H. A urinary control device for management of female stress incontinence. Obstet Gynecol. 2000 Mar; 95: 417-20 |
| 40446 | Tincello, D. G., Adams, E. J., Richmond, D. H. Antenatal screening for postpartum urinary incontinence in nulliparous women: a pilot study. Eur J Obstet Gynecol Reprod Biol. 2002 Feb 10; 101: 70-3 |
| 41506 | Tincello, D. G., Adams, E. J., Sutherst, J. R., Richmond, D. H. Oxybutynin for detrusor instability with adjuvant salivary stimulant pastilles to improve compliance: results of a multicentre, randomized controlled trial. BJU Int. 2000 Mar; 85: 416-20 |
| 40184 | Tincello, D. G., Alfirevic, Z. Important clinical outcomes in urogynecology: views of patients, nurses and medical staff. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 96-8; discussion 98 |
| 11159 | Tincello, D. G., Bolderson, J., Richmond, D. H. Preliminary experience with a urinary control device in the management of women with genuine stress incontinence. Br J Urol. 1997 Nov; 80: 752-6 |
| 10899 | Tincello, D. G., Richmond, D. H. The Larsson frequency/volume chart is not a substitute for cystometry in the investigation of women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 391-6 |
| 57430 | Tincello, D. G., Teare, J., Fraser, W. D. Second trimester concentration of relaxin and pregnancy related incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 237-8 |
| 41068 | Tinnion, E., Jowitt, F. The active urine collection device: a novel continence management system focusing particularly on the needs of disabled women. Disabil Rehabil. 2000 Nov 10; 22: 745-8 |
| 55620 | Titton, R. L., Gervais, D. A., Hahn, P. F., Harisinghani, M. G., Arellano, R. S., Mueller, P. R. Urine leaks and urinomas: diagnosis and imaging-guided intervention. Radiographics. 2003 Sep-Oct; 23: 1133-47 |
| 3078 | Toan, N.N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence [letter]. Am J Obstet Gynecol. 1993 May; 168: 1642 |
| 43268 | Toba, K., Ouchi, Y., Orimo, H., Iimura, O., Sasaki, H., Nakamura, Y., Takasaki, M., Kuzuya, F., Sekimoto, H., Yoshioka, H., Ogiwara, T., Kimura, I., Ozawa, T., Fujishima, M. Urinary incontinence in elderly inpatients in Japan: a comparison between general and geriatric hospitals. Aging (Milano). 1996 Feb; 8: 47-54 |
| 2999 | Tobin, G.W. Incontinence in the elderly. West Engl Med J. 1992 Dec; 107: 79-81 |
| 40310 | Todd, L. T., Jr, Yaszemski, M. J., Currier, B. L., Fuchs, B., Kim, C. W., Sim, F. H. Bowel and bladder function after major sacral resection. Clin Orthop. 2002 Apr; : 36-9 |
| 54790 | Toglia, M. R., Nolan, T. E. Morbidity and mortality rates of elective gynecologic surgery in the elderly woman. Am J Obstet Gynecol. 2003 Dec; 189: 1584-7; discussion 1587-9 |
| 10039 | Toh, K., Diokno, A. C. Management of intrinsic sphincter deficiency in adolescent females with normal bladder emptying function. J Urol. 2002 Sep; 168: 1150-3 |
| 59022 | Tok, E. C., Ertunc, D., Dilek, U., Pata, O., Erdogan, O., Aydin, S. The prevalence of stress urinary incontinence among women operated on for abdominal wall hernias. Acta Obstet Gynecol Scand. 2004 Oct; 83: 962-4 |

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

3072    Tokunaka, S., Fujii, H., Hashimoto, H., and Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-124

11820    Tokunaka, S., Fujii, H., Hashimoto, H., Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-4

11216    Tomezsko, J. E., Sand, P. K. Pregnancy and intercurrent diseases of the urogenital tract. Clin Perinatol. 1997 Jun; 24: 343-68

54640    Tomizawa, K., Tanaka, S., Saito, B., Ota, K. A peculiar type of dystrophic calcinosis cutis affecting the surface of damaged genital skin and mucosa in an elderly woman with a vesicovaginal fistula. Br J Dermatol. 2004 Jan; 150: 169-71

42376    Tomlinson, A. J., Thornton, J. G. A randomised controlled trial of antibiotic prophylaxis for vesico- vaginal fistula repair. Br J Obstet Gynaecol. 1998 Apr; 105: 397-9

41920    Tomlinson, B. U., Dougherty, M. C., Pendergast, J. F., Boyington, A. R., Coffman, M. A., Pickens, S. M. Dietary caffeine, fluid intake and urinary incontinence in older rural women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 22-8

52100    Tong, Y. C. An alternative method of tension-free vaginal tape implantation for the treatment of female urinary incontinence. Urol Int. 2003; 71: 51-4

11321    Toozs-Hobson, P., Gleeson, C., Perdu, M., Cardozo, L. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Oct; 103: 1050-1

44247    Topper, A. K., Holliday, P. J., Fernie, G. R. Bladder volume estimation in the elderly using a portable ultrasound-based measurement device. J Med Eng Technol. 1993 May-Jun; 17: 99-103

40353    Topsakal, C., Kaplan, M., Erol, F., Cetin, H., Ozercan, I. Unusual arachnoid cyst of the quadrigeminal cistern in an adult presenting with apneic spells and normal pressure hydrocephalus--case report. Neurol Med Chir (Tokyo). 2002 Jan; 42: 44-50

11503    Torrance, C., Jordan, S. Bionursing: assessment of stress incontinence. Nurs Stand. 1995 Oct 18-24; 10: 29-31

40044    Torres, C., Ciocon, J. O., Galindo, D., Ciocon, D. G. Clinical approach to urinary incontinence: a comparison between internists and geriatricians. Int Urol Nephrol. 2001; 33: 549-52

42270    Torres, S. A., Holley, J. A., Ando, J., DeVera, J., Harris, P., Giles, A. Maximizing care outcomes of a patient with impaired bladder function: a PI project in a rehabilitation unit. J Nurs Care Qual. 1998 Aug; 12: 64-9

53510    Tosaka, A., Murota-Kawano, A., Ando, M. Video urodynamics using transrectal ultrasonography for lower urinary tract symptoms in women. Neurourol Urodyn. 2003; 22: 33-9

43669    Touho, H., Karasawa, J., Ohnishi, H. Cerebral revascularization using gracilis muscle transplantation for childhood moyamoya disease. Surg Neurol. 1995 Feb; 43: 191-7; discussion 197-8

43168    Touho, H., Karasawa, J., Tenjin, H., Ueda, S. Omental transplantation using a superficial temporal artery previously used for encephaloduroarteriosynangiosis. Surg Neurol. 1996 Jun; 45: 550-8; discussion 558-9

42089    Trieman, N., Hughes, J., Leff, J. The TAPS Project 42: the last to leave hospital--a profile of residual long-stay populations and plans for their resettlement. Team for the Assessment of Psychiatric Services. Acta Psychiatr Scand. 1998 Nov; 98: 354-9

4090    Tries, J. Kegel exercises enhanced by biofeedback. J Enterostomal Ther. 1990 Mar-Apr; 17: 67-76

44314    Triolo, J., Breu, B. A. What is your diagnosis? Hemangiosarcoma of the falciform ligament. J Am Vet Med Assoc. 1993 Jan 1; 202: 133-4

11371    Trockman, B. A., Leach, G. E. Needle suspension procedures: past, present, and future. J Endourol. 1996 Jun; 10: 217-20

43508    Trockman, B. A., Leach, G. E. Surgical treatment of intrinsic urethral dysfunction: injectables (fat). Urol Clin North Am. 1995 Aug; 22: 665-71

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 307 of 300 4 PageID #: 202926

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**11500** Trockman, B. A., Leach, G. E., Hamilton, J., Sakamoto, M., Santiago, L., Zimmern, P. E. Modified Pereyra bladder neck suspension: 10-year mean followup using outcomes analysis in 125 patients. J Urol. 1995 Nov; 154: 1841-7

**40697** Tromp, A. M., Pluijm, S. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Fall-risk screening test: a prospective study on predictors for falls in community-dwelling elderly. J Clin Epidemiol. 2001 Aug; 54: 837-44

**42090** Tromp, A. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Predictors for falls and fractures in the Longitudinal Aging Study Amsterdam. J Bone Miner Res. 1998 Dec; 13: 1932-9

**43357** Trsinar, B., Kraij, B. Maximal electrical stimulation in children with unstable bladder and nocturnal enuresis and/or daytime incontinence: a controlled study. Neurourol Urodyn. 1996; 15: 133-42

**10202** Truijen, G., Wyndaele, J. J., Weyler, J. Conservative treatment of stress urinary incontinence in women: who will benefit?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 386-90

**40949** Truss, M. C., Stief, C. G., Uckert, S., Becker, A. J., Schultheiss, D., Machtens, S., Jonas, U. Initial clinical experience with the selective phosphodiesterase-I isoenzyme inhibitor vinpocetine in the treatment of urge incontinence and low compliance bladder. World J Urol. 2000 Dec; 18: 439-43

**10339** Tsai, E., Yang, C., Chen, H., Wu, C., Lee, J. Bladder neck circulation by Doppler ultrasonography in postmenopausal women with urinary stress incontinence. Obstet Gynecol. 2001 Jul; 98: 52-6

**54940** Tsao, J. W., Heilman, K. M. Transient memory impairment and hallucinations associated with tolterodine use. N Engl J Med. 2003 Dec 4; 349: 2274-5

**10779** Tschopp, P. J., Wesley-James, T., Spekkens, A., Lohfeld, L. Collagen injections for urinary stress incontinence in a small urban urology practice: time to failure analysis of 99 cases. J Urol. 1999 Sep; 162: 779-82; discussion 782-3

**10521** Tseng, I. J., Chen, Y. T., Chen, M. T., Kou, H. Y., Tseng, S. F. Prevalence of urinary incontinence and intention to seek treatment in the elderly. J Formos Med Assoc. 2000 Oct; 99: 753-8

**50860** Tseng, L. H., Lo, T. S., Wang, A. C., Liang, C. C., Soong, Y. K. Bladder perforation presenting as vulvar edema after the tension-free vaginal tape procedure. A case report. J Reprod Med. 2003 Oct; 48: 824-6

**50410** Tsivian, A., Kessler, O., Mogutin, B., Rosenthal, J., Korczak, D., Levin, S., Sidi, A. A. Tape related complications of the tension-free vaginal tape procedure. J Urol. 2004 Feb; 171: 762-4

**59051** Tsivian, A., Mogutin, B., Kessler, O., Korczak, D., Levin, S., Sidi, A. A. Tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: long-term results. J Urol. 2004 Sep; 172: 998-1000

**52400** Tsivian, A., Shtricker, A., Levin, S., Sidi, A. A. Bone anchor 4-corner cystourethropexy: long-term results. J Urol. 2003 Jun; 169: 2244-5

**43729** Tsuboi, K., Yoshii, Y., Hyodo, A., Takada, K., Nose, T. Leukoencephalopathy associated with intra-arterial ACNU in patients with gliomas. J Neurooncol. 1995; 23: 223-31

**43077** Tsuboniwa, N., Kuroda, M., Hanafusa, T., Maeda, O., Saiki, S., Kinouchi, T., Miki, T., Usami, M., Kotake, T. Giant hydronephrosis of bilateral duplex systems associated with ureteral ectopia: a case report. Hinyokika Kiyo. 1996 Aug; 42: 587-90

**40641** Tsuchiya, K., Ikeda, K., Haga, C., Kobayashi, T., Morimatsu, Y., Nakano, I., Matsushita, M. Atypical amyotrophic lateral sclerosis with dementia mimicking frontal Pick's disease: a report of an autopsy case with a clinical course of 15 years. Acta Neuropathol (Berl). 2001 Jun; 101: 625-30

**40375** Tsuji, T., Matsuyama, Y., Sato, K., Iwata, H. Infantile spinal cord tumor: diagnostic difficulties. A case report. J Pediatr Orthop B. 2002 Jan; 11: 1-5

**41351** Tulikangas, P. K., Weber, A. M., Larive, A. B., Walters, M. D. Intraoperative cystoscopy in conjunction with anti-incontinence surgery. Obstet Gynecol. 2000 Jun; 95: 794-6

**40552** Tullberg, M., Jensen, C., Ekholm, S., Wikkelso, C. Normal pressure hydrocephalus: vascular white matter changes on MR images must not exclude patients from shunt surgery. AJNR Am J Neuroradiol. 2001 Oct; 22: 1665-73

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 388 of 300 PageID #: 202927

10736   Tunn, R., DeLancey, J. O., Howard, D., Thorp, J. M., Ashton-Miller, J. A., Quint, L. E. MR imaging of levator ani muscle recovery following vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 300-7

10929   Tunn, R., Paris, S., Fischer, W., Hamm, B., Kuchinke, J. Static magnetic resonance imaging of the pelvic floor muscle morphology in women with stress urinary incontinence and pelvic prolapse. Neurourol Urodyn. 1998; 17: 579-89

51750   Tunn, R., Petri, E. Introital and transvaginal ultrasound as the main tool in the assessment of urogenital and pelvic floor dysfunction: an imaging panel and practical approach. Ultrasound Obstet Gynecol. 2003 Aug; 22: 205-13

59091   Tunuguntla, H. S., Gousse, A. E. Missed bilateral bladder perforation during pubovaginal sling procedure. J Urol. 2004 Jul; 172: 189-90

43331   Turan, C., Zorlu, C. G., Ekin, M., Hancerliogullari, N., Saracoglu, F. Urinary incontinence in women of reproductive age. Gynecol Obstet Invest. 1996; 41: 132-4

59228   Turkan, A., Inci, Y., Fazli, D. The short-term effects of physical therapy in different intensities of urodynamic stress incontinence. Gynecol Obstet Invest. 2005; 59: 43-8

3822   Turkington, D., Grant, J., Tophill, P., and Johnston, J. Psychiatric aspects of urinary incontinence [letter]. Bmj. 1990 Sep 1; 301: 444-445

56720   Turkolmez, K., Gogus, C., Baltaci, S. Construction of a continent outlet using an ileal valve, an in vivo animal model. Urol Res. 2003 Jul; 31: 194-7

11703   Turner, T. Continence. Muscle control. Nurs Times. 1994 Mar 9-15; 90: 64-9

3322   Turner-Stokes, L., Frank, A.O. Urinary incontinence among patients with arthritis--a neglected disability. J R Soc Med. 1992 Jul; 85: 389-393

42875   Tutuarima, J. A., van der Meulen, J. H., de Haan, R. J., van Straten, A., Limburg, M. Risk factors for falls of hospitalized stroke patients. Stroke. 1997 Feb; 28: 297-301

56680   Uchiyama, T., Sakakibara, R., Hattori, T., Yamanishi, T. Short-term effect of a single levodopa dose on micturition disturbance in Parkinson's disease patients with the wearing-off phenomenon. Mov Disord. 2003 May; 18: 573-8

43717   Uebersax, J. S., Wyman, J. F., Shumaker, S. A., McClish, D. K., Fantl, J. A. Short forms to assess life quality and symptom distress for urinary incontinence in women: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program for Women Research Group. Neurourol Urodyn. 1995; 14: 131-9

10648   Ueda, T., Tamaki, M., Kageyama, S., Yoshimura, N., Yoshida, O. Urinary incontinence among community-dwelling people aged 40 years or older in Japan: prevalence, risk factors, knowledge and self-perception. Int J Urol. 2000 Mar; 7: 95-103

41476   Ueda, T., Yoshimura, N., Yoshida, O. Prognostic factors for long-term maintenance of urinary continence in patients with incontinence managed by diapers or indwelling catheters. Eur Urol. 2000 Mar; 37: 318-24

59063   Ugboma, H. A., Okpani, A. O., Anya, S. E. Genital prolapse in Port Harcourt, Nigeria. Niger J Med. 2004 Apr-Jun; 13: 124-9

10324   Ulmsten, U. An introduction to tension-free vaginal tape (TVT)--a new surgical procedure for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S3-4

44829   Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders. Ann Med. 1990 Dec; 22: 403

3790   Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders [editorial]. Ann Med. 1990 Dec; 22: 403

11581   Ulmsten, U. On urogenital ageing. Maturitas. 1995 Apr; 21: 163-9

11266   Ulmsten, U. Some reflections and hypotheses on the pathophysiology of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 3-8

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

10289    Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe A. 2001 Jul; 40: 269-73

10750    Ulmsten, U., Falconer, C. Connective tissue in female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 509-15

10938    Ulmsten, U., Falconer, C., Johnson, P., Jomaa, M., Lanner, L., Nilsson, C. G., Olsson, I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 210-3

11450    Ulmsten, U., Henriksson, L., Johnson, P., Varhos, G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 81-5; discussion 85-6

11734    Ulmsten, U., Johnson, P., Petros, P. Intravaginal slingplasty. Zentralbl Gynakol. 1994; 116: 398-404

10800    Ulmsten, U., Johnson, P., Rezapour, M. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynaecol. 1999 Apr; 106: 345-50

11597    Ulmsten, U., Petros, P. Intravaginal slingplasty (IVS): an ambulatory surgical procedure for treatment of female urinary incontinence. Scand J Urol Nephrol. 1995 Mar; 29: 75-82

11895    Ulmsten, U., Petros, P. Surgery for female urinary incontinence. Curr Opin Obstet Gynecol. 1992 Jun; 4: 456-62

43396    Umlauf, M. G., Mathis, J. A. Urinary incontinence among primiparous women. Urol Nurs. 1995 Dec; 15: 112-6

3458    Umstad, M.P., Glenning, P.P. Urodynamic investigation in the management of incontinent women. Asia Oceania J Obstet Gynaecol. 1991 Dec; 17: 307-313

51070    Unsal, A., Saglam, R., Cimentepe, E. Extracorporeal magnetic stimulation for the treatment of stress and urge incontinence in women--results of 1-year follow-up. Scand J Urol Nephrol. 2003; 37: 424-8

11588    Unsworth, J. Stress incontinence: treatment using pelvic floor re-education. Br J Nurs. 1995 Mar 23-Apr 12; 4: 323-4, 326-7

10418    Unterweger, M., Marincek, B., Gottstein-Aalame, N., Debatin, J. F., Seifert, B., Ochsenbein-Imhof, N., Perucchini, D., Kubik-Huch, R. A. Ultrafast MR imaging of the pelvic floor. AJR Am J Roentgenol. 2001 Apr; 176: 959-63

10285    Ushiroyama, T., Ikeda, A., Ueki, M. Clinical efficacy of clenbuterol and propiverine in menopausal women with urinary incontinence: improvement in quality of life. J Med. 2000; 31: 311-9

10712    Ushiroyama, T., Ikeda, A., Ueki, M. Prevalence, incidence, and awareness in the treatment of menopausal urinary incontinence. Maturitas. 1999 Oct 24; 33: 127-32

59205    Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Randomized comparison of Burch urethropexy procedures concomitant with gynecologic operations. Gynecol Obstet Invest. 2005; 59: 19-23

51150    Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 386-9

54330    Uustal Fornell, E., Wingren, G., Kjolhede, P. Factors associated with pelvic floor dysfunction with emphasis on urinary and fecal incontinence and genital prolapse: an epidemiological study. Acta Obstet Gynecol Scand. 2004 Apr; 83: 383-9

40745    Vachvanichsanong, P., Malagon, M., Moore, E. S. Recurrent abdominal and flank pain in children with idiopathic hypercalciuria. Acta Paediatr. 2001 Jun; 90: 643-8

43791    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary incontinence due to idiopathic hypercalciuria in children. J Urol. 1994 Oct; 152: 1226-8

40771    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary tract infection in children associated with idiopathic hypercalciuria. Scand J Urol Nephrol. 2001 Apr; 35: 112-6

42646    Vahtera, T., Haaranen, M., Viramo-Koskela, A. L., Ruutiainen, J. Pelvic floor rehabilitation is effective in patients with multiple sclerosis. Clin Rehabil. 1997 Aug; 11: 211-9

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 390 of 390 PageID #: 202929

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

42310    Vaidyanathan, S., Soni, B. M., Brown, E., Sett, P., Krishnan, K. R., Bingley, J., Markey, S. Effect of intermittent urethral catheterization and oxybutynin bladder instillation on urinary continence status and quality of life in a selected group of spinal cord injury patients with neuropathic bladder dysfunction. Spinal Cord. 1998 Jun; 36: 409-14

42280    Vaizey, C. J., Kamm, M. A., Gold, D. M., Bartram, C. I., Halligan, S., Nicholls, R. J. Clinical, physiological, and radiological study of a new purpose- designed artificial bowel sphincter. Lancet. 1998 Jul 11; 352: 105-9

41493    Vakar-Lopez, F., Abrams, J. Basaloid squamous cell carcinoma occurring in the urinary bladder. Arch Pathol Lab Med. 2000 Mar; 124: 455-9

11684    Valaitis, S. R., Stanton, S. L. Sacrocolpopexy: a retrospective study of a clinician's experience. Br J Obstet Gynaecol. 1994 Jun; 101: 518-22

40150    Valente, E. M., Brancati, F., Caputo, V., Bertini, E., Patrono, C., Costanti, D., Dallapiccola, B. Novel locus for autosomal dominant pure hereditary spastic paraplegia (SPG19) maps to chromosome 9q33-q34. Ann Neurol. 2002 Jun; 51: 681-5

11153    Valerius, A. J. Quality of life tools for assessment of urinary incontinence. Urol Nurs. 1997 Sep; 17: 104-5

11154    Valerius, A. J. The psychosocial impact of urinary incontinence on women aged 25 to 45 years. Urol Nurs. 1997 Sep; 17: 96-103

10489    Valiquette, L., Duclos, A. J., Lapointe, S. P. FPSUND: a new clinical classification of urinary incontinence. Can J Urol. 2000 Jun; 7: 1038-42

40865    Valk, M., Post, M. W., Cools, H. J., Schrijvers, G. A. Measuring disability in nursing home residents: validity and reliability of a newly developed instrument. J Gerontol B Psychol Sci Soc Sci. 2001 May; 56: P187-91

43465    Valldeoriola, F., Valls-Sole, J., Tolosa, E. S., Marti, M. J. Striated anal sphincter denervation in patients with progressive supranuclear palsy. Mov Disord. 1995 Sep; 10: 550-5

11196    Valley, M. T. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Sep; 90: 481-2

52330    Valpas, A., Kivela, A., Penttinen, J., Kauko, M., Kujansuu, E., Tomas, E., Haarala, M., Meltomaa, S., Nilsson, C. K. Tension-free vaginal tape and laparoscopic mesh colposuspension in the treatment of stress urinary incontinence: immediate outcome and complications--a randomized clinical trial. Acta Obstet Gynecol Scand. 2003 Jul; 82: 665-71

59076    Valpas, A., Kivela, A., Penttinen, J., Kujansuu, E., Haarala, M., Nilsson, C. G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol. 2004 Jul; 104: 42-9

43023    Valvanne, J., Juva, K., Erkinjuntti, T., Tilvis, R. Major depression in the elderly: a population study in Helsinki. Int Psychogeriatr. 1996 Fall; 8: 437-43

42301    van Aalst, V. C., Werker, P. M., Stremel, R. W., Perez Abadia, G. A., Petty, G. D., Heilman, S. J., Palacio, M. M., Kon, M., Tobin, G. R., Barker, J. H. Electrically stimulated free-flap graciloplasty for urinary sphincter reconstruction: a new surgical procedure. Plast Reconstr Surg. 1998 Jul; 102: 84-91

40662    van Balken, M. R., Vandoninck, V., Gisolf, K. W., Vergunst, H., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation as neuromodulative treatment of lower urinary tract dysfunction. J Urol. 2001 Sep; 166: 914-8

43570    van Bennekom, C. A., Jelles, F., Lankhorst, G. J., Bouter, L. M. The Rehabilitation Activities Profile: a validation study of its use as a disability index with stroke patients. Arch Phys Med Rehabil. 1995 Jun; 76: 501-7

50890    van Brummen, H. J., van de Pol, G., Aalders, C. I., Heintz, A. P., van der Vaart, C. H. Sacrospinous hysteropexy compared to vaginal hysterectomy as primary surgical treatment for a descensus uteri: effects on urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 350-5; discussion 355

42396    van der Hurk, P. R., Middelkoop, H. A., van Waalwijk-van Doorn, E. S., Roos, R. A., Cools, H. J. Long-term ambulatory monitoring of urine leakage in the elderly: an evaluation of the validity and clinical applicability of thermistor signalling. J Med Eng Technol. 1998 Mar-Apr; 22: 91-3

---

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

44157   van der Linden, M. C., Gerretsen, G., Brandhorst, M. S., Ooms, E. C., Kremer, C. M., Doesburg, W. H. The effect of estriol on the cytology of urethra and vagina in postmenopausal women with genito-urinary symptoms. Eur J Obstet Gynecol Reprod Biol. 1993 Sep; 51: 29-33

57340   van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. Measuring health-related quality of life in women with urogenital dysfunction: the urogenital distress inventory and incontinence impact questionnaire revisited. Neurourol Urodyn. 2003; 22: 97-104

10019   van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The effect of urinary incontinence and overactive bladder symptoms on quality of life in young women. BJU Int. 2002 Oct; 90: 544-9

10166   van der Vaart, C. H., van der Bom, J. G., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The contribution of hysterectomy to the occurrence of urge and stress urinary incontinence symptoms. BJOG. 2002 Feb; 109: 149-54

54210   van der Weide, M., Smits, J. Adoption of innovations by specialised nurses: personal, work and organisational characteristics. Health Policy. 2004 Apr; 68: 81-92

40040   Van der Werf, B. A., Creed, K. E. Mechanical properties and innervation of the smooth muscle layers of the urethra of greyhounds. BJU Int. 2002 Oct; 90: 588-95

41454   van Geelen, J. M., van de Weijer, P. H., Arnolds, H. T. Urogenital symptoms and resulting discomfort in non-institutionalized Dutch women aged 50-75 years. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 9-14

11528   van Gool, J. D. Dysfunctional voiding: a complex of bladder/sphincter dysfunction, urinary tract infections and vesicoureteral reflux. Acta Urol Belg. 1995 Sep; 63: 27-33

40285   van Gool, J. D. Enuresis and incontinence in children. Semin Pediatr Surg. 2002 May; 11: 100-7

44554   van Gool, J. D., Vijverberg, M. A., de Jong, T. P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

42624   Van Hoogmoed, L., Snyder, J. R., Roberts, G., Harmon, F. A. Unilateral nephrectomy in a juvenile llama. Vet Surg. 1997 Nov-Dec; 26: 497-501

42924   Van Kerrebroeck, E. V., van der Aa, H. E., Bosch, J. L., Koldewijn, E. L., Vorsteveld, J. H., Debruyne, F. M. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. Part I: Clinical and urodynamic analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 263-71

59119   Van Kerrebroeck, P. Duloxetine: an innovative approach for treating stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 31-7

42239   Van Kerrebroeck, P. E. The role of electrical stimulation in voiding dysfunction. Eur Urol. 1998; 34 Suppl 1: 27-30

42151   Van Kerrebroeck, P. E., Amarenco, G., Thuroff, J. W., Madersbacher, H. G., Lock, M. T., Messelink, E. J., Soler, J. M. Dose-ranging study of tolterodine in patients with detrusor hyperreflexia. Neurourol Urodyn. 1998; 17: 499-512

44341   Van Kerrebroeck, P. E., Koldewijn, E. L., Debruyne, F. M. Worldwide experience with the Finetech-Brindley sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 497-503

44246   Van Kerrebroeck, P. E., Koldewijn, E. L., Scherpenhuizen, S., Debruyne, F. M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-9

50260   van Kerrebroeck, P., Abrams, P., Lange, R., Slack, M., Wyndaele, J. J., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of European and Canadian women with stress urinary incontinence. BJOG. 2004 Mar; 111: 249-57

40929   Van Kerrebroeck, P., Kreder, K., Jonas, U., Zinner, N., Wein, A. Tolterodine once-daily: superior efficacy and tolerability in the treatment of the overactive bladder. Urology. 2001 Mar; 57: 414-21

53220   van Kerrebroeck, P., ter Meulen, F., Farrelly, E., Larsson, G., Edwall, L., Fianu-Jonasson, A. Treatment of stress urinary incontinence: recent developments in the role of urethral injection. Urol Res. 2003 Feb; 30: 356-62

43595   Van Kerrebroek, E. V. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 11-2

# Appendix A5 - Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10349**    Van Kessel, K., Reed, S., Newton, K., Meier, A., Lentz, G. The second stage of labor and stress urinary incontinence. Am J Obstet Gynecol. 2001 Jun; 184: 1571-5

**40569**    van Kuijk, A. A., van der Linde, H., van Limbeek, J. Urinary incontinence in stroke patients after admission to a postacute inpatient rehabilitation program. Arch Phys Med Rehabil. 2001 Oct; 82: 1407-11

**42428**    van Loenen, N. T., Vierhout, M. E. Augmentation of urethral pressure profile by voluntary pelvic floor contraction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 284-7

**40665**    van Melick, H. H., Gisolf, K. W., Eckhardt, M. D., van Venrooij, G. E., Boon, T. A. One 24-hour frequency-volume chart in a woman with objective urinary motor urge incontinence is sufficient. Urology. 2001 Aug; 58: 188-92

**52950**    van Os-Bossagh, P., Pols, T., Hop, W. C., Bohnen, A. M., Vierhout, M. E., Drogendijk, A. C. Voiding symptoms in chronic pelvic pain (CPP). Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 185-90

**41490**    Van Savage, J. G., Chancellor, M. B., Slaughenhoupt, B. Transverse retubularized ileovesicostomy continent urinary diversion to the umbilicus. Tech Urol. 2000 Mar; 6: 29-33

**43008**    Van Savage, J. G., Khoury, A. E., McLorie, G. A., Churchill, B. M. Outcome analysis of Mitrofanoff principle applications using appendix and ureter to umbilical and lower quadrant stomal sites. J Urol. 1996 Nov; 156: 1794-7

**43974**    Van Savage, J. G., McSherry, S. A., Lepor, H., Mohler, J. L. Effects of alpha-adrenergic agonist on neobladder water and electrolyte transport. Urology. 1994 Mar; 43: 324-7

**43644**    Van Savage, J. G., Mesrobian, H. G. The impact of prenatal sonography on the morbidity and outcome of patients with renal duplication anomalies. J Urol. 1995 Mar; 153: 768-70

**40710**    Van Savage, J. G., Yepuri, J. N. Transverse retubularized sigmoidovesicostomy continent urinary diversion to the umbilicus. J Urol. 2001 Aug; 166: 644-7

**41230**    Van Savage, J. G., Yohannes, P. Laparoscopic antegrade continence enema in situ appendix procedure for refractory constipation and overflow fecal incontinence in children with spina bifida. J Urol. 2000 Sep; 164: 1084-7

**42762**    Van Savage, J., Slaughenhoupt, B. L. Advances in the management of urinary incontinence in children. J Ky Med Assoc. 1997 Jun; 95: 226-34

**51840**    van Veggel, L., Morrell, M., Harris, C., Dormans-Linssen, M. A new device for the treatment of female stress urinary incontinence. Proc Inst Mech Eng [H]. 2003; 217: 317-21

**43776**    van Venrooij, G. E., Boon, T. A. Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1994 Nov; 152: 1535-8

**42881**    van Waalwijk van Doorn, E. S., Ambergen, A. W., Janknegt, R. A. Detrusor activity index: quantification of detrusor overactivity by ambulatory monitoring. J Urol. 1997 Feb; 157: 596-9

**43453**    van Waalwijk van Doorn, E. S., Gommer, E. D. Ambulatory urodynamics. Curr Opin Obstet Gynecol. 1995 Oct; 7: 378-81

**11904**    van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Conventional and extramural ambulatory urodynamic testing of the lower urinary tract in female volunteers. J Urol. 1992 May; 147: 1319-25; discussion 1326

**11971**    van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-31

**12095**    van Waalwijk van Doorn, E. S., Zwiers, W. Ambulant monitoring to assess the efficacy of oxybutynin chloride in patients with mixed incontinence. Eur Urol. 1990; 18: 49-51

**44350**    Van Zak, D. B. Non-invasive feedback of external pubococcegii muscle activity as a treatment for urinary incontinence. Int J Psychosom. 1993; 40: 56-9

**10774**    van Zon-Rabelink, I., Laven, J., Vleugels, M. The bacteriological changes after re-using a vaginal continence guard. Acta Obstet Gynecol Scand. 1999 Sep; 78: 722-7

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

| | |
|---|---|
| 42723 | Vancaillie, T. G. Laparoscopic colposuspension and pelvic floor repair. Curr Opin Obstet Gynecol. 1997 Aug; 9: 244-6 |
| 3526 | Vancaillie, T.G., Schuessler, W. Laparoscopic bladderneck suspension. J Laparoendosc Surg. 1991 Jun; 1: 169-173 |
| 43592 | Vandeberg, C. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 35-6 |
| 5262 | Vanderhooft, J.E., Conrad, E.U., Anderson, P.A., Richardson, M.L., and Bruckner, J. Intradural recurrence with chondrosarcoma of the spine. A case report and review of the literature. Clin Orthop. 1993 Sep; 294: 90-95 |
| 40993 | VanderHorst, V. G., Meijer, E., Holstege, G. Estrogen receptor-alpha immunoreactivity in parasympathetic preganglionic neurons innervating the bladder in the adult ovariectomized cat. Neurosci Lett. 2001 Feb 9; 298: 147-50 |
| 59359 | Vandoninck, V., Bemelmans, B. L., Mazzetta, C., Robertson, C., Keech, M., Boyle, P., Kiemeney, L. A. The prevalence of urinary incontinence in community-dwelling married women: a matter of definition. BJU Int. 2004 Dec; 94: 1291-5 |
| 57650 | Vandoninck, V., Van Balken, M. R., Finazzi Agro, E., Petta, F., Caltagirone, C., Heesakkers, J. P., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation in the treatment of urge incontinence. Neurourol Urodyn. 2003; 22: 17-23 |
| 56760 | Vandoninck, V., van Balken, M. R., Finazzi Agro, E., Petta, F., Micali, F., Heesakkers, J. P., Debruyne, F. M., Kiemeney, L. A., Bemelmans, B. L. Percutaneous tibial nerve stimulation in the treatment of overactive bladder: urodynamic data. Neurourol Urodyn. 2003; 22: 227-32 |
| 3800 | van-Gool, J.D., de-Jong, T.P. Urinary infection, incontinence and clean intermittent catheterisation in myelomeningocele. Z Kinderchir. 1990 Dec; 45 Suppl 1: 10 |
| 3365 | van-Gool, J.D., Vijverberg, M.A., and de-Jong, T.P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69 |
| 3362 | van-Gool, J.D., Vijverberg, M.A., Messer, A.P., Elzinga-Plomp, A., and de-Jong, T.P. Functional daytime incontinence: non-pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 93-103;discussion104-5 |
| 3028 | Van-Kerrebroeck, P.E., Koldewijn, E.L., Scherpenhuizen, S., and Debruyne, F.M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-329 |
| 3407 | Van-Rijswijk, L. AHCPR update. The guidelines for urinary incontinence in adults. Ostomy Wound Manage. 1992 May; 38: 8,10 |
| 3269 | Van-Rijswijk, L. AHCPR update. Treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jul-Aug; 38: 42-43 |
| 3671 | van-Waalwijk-van-Doorn, E.S., Remmers, A., and Janknegt, R.A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-131 |
| 40553 | Vapnek, J. M. Urinary incontinence. Screening and treatment of urinary dysfunction. Geriatrics. 2001 Oct; 56: 25-9; quiz 32 |
| 44405 | Vara, A. R., Shanberg, A. M., Sawyer, D. E., Tansey, L. A., Martin, D. C. Modification of Le Bag ileocolonic pouch with improved results. Review of 17 cases. Urology. 1992 Sep; 40: 221-6 |
| 12051 | Varner, R. E. Retropubic long-needle suspension procedures for stress urinary incontinence. Am J Obstet Gynecol. 1990 Aug; 163: 551-7 |
| 11489 | Varner, R. E., Plessala, K. J., Richter, H. Effects of sacrocolposuspension on the lower urinary tract. Am J Obstet Gynecol. 1995 Dec; 173: 1684-8; discussion 1688-9 |
| 11951 | Varner, R. E., Sparks, J. M. Surgery for stress urinary incontinence. Surg Clin North Am. 1991 Oct; 71: 1111-34 |
| 3962 | Varner, R.E. Retropubic long-needle suspension procedures for stress urinary incontinence [see comments]. Am J Obstet Gynecol. 1990 Aug; 163: 551-557 |

---

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

10901   Vasavada, S. P., Rackley, R. R., Appell, R. A. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 379-84

3875   Vasilev, S.A., Schlaerth, J.B. Intraoperative pressure profile measurement and continence mechanism adjustment in the Indiana pouch urinary reservoir. Surg Gynecol Obstet. 1990 Dec; 171: 518-520

10024   Vassallo, B. J., Kleeman, S. D., Segal, J. L., Walsh, P., Karram, M. M. Tension-free vaginal tape: a quality-of-life assessment. Obstet Gynecol. 2002 Sep; 100: 518-24

52600   Vassallo, B. J., Kleeman, S. D., Segal, J., Karram, M. M. Urethral erosion of a tension-free vaginal tape. Obstet Gynecol. 2003 May; 101: 1055-8

42841   Vecchioli Scaldazza, C. Rehabilitative treatment of non-neurogenic female urinary incontinence. Clinical and urodynamic evaluation. Minerva Urol Nefrol. 1997 Mar; 49: 5-8

3813   Vehmas, T., Lindell, O., Soimakallio, S., Paivansalo, M., Balk, S., and Kivisaari, L. Percutaneous nephrostomy in the management of urinary leakages and fistulas. Rontgenblatter. 1990 Dec; 43: 512-515

41952   Velez, J. B. Behavior therapy for urge incontinence in older women. J Fam Pract. 1999 Mar; 48: 168-9

44972   Venkatesan, P., Gladman, J., Macfarlane, J. T., Barer, D., Berman, P., Kinnear, W., Finch, R. G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-8

4009   Venkatesan, P., Gladman, J., Macfarlane, J.T., Barer, D., Berman, P., Kinnear, W., and Finch, R.G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-258

41245   Venn, S. N., Greenwell, T. J., Mundy, A. R. The long-term outcome of artificial urinary sphincters. J Urol. 2000 Sep; 164: 702-6; discussion 706-7

41758   Venn, S. N., Mundy, A. R. Continent urinary diversion using the Mainz-type ureterosigmoidostomy-- a valuable salvage procedure. Eur Urol. 1999 Sep; 36: 247-51

11484   Venus, J. T., Calhoun, B. C. Urinary incontinence procedures performed at a military teaching hospital. Mil Med. 1995 Dec; 160: 613-4

40674   Vereecken, R. L. A critical view on the value of urodynamics in non-neurogenic incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 188-95

43596   Vereecken, R. L. Clinical history and computerized questionnaires in the evaluation of incontinence. Acta Urol Belg. 1995 May; 63: 1-7

43316   Vereecken, R. L. Physiological and pathological urethral pressure variations. Urol Int. 1996; 57: 145-50

10250   Vereecken, R. L., Lechat, A. Cadaver fascia lata sling in the treatment of intrinsic sphincter weakness. Urol Int. 2001; 67: 232-4

10679   Vereecken, R. L., Proesmans, W. Extensive surgery on the trigone for complete ureteral duplication does not cause incontinence or voiding problems. Urology. 2000 Feb; 55: 267-70; discussion 270-1

41545   Vereecken, R. L., Proesmans, W. Urethral instability as an important element of dysfunctional voiding. J Urol. 2000 Feb; 163: 585-8

11086   Vereecken, R. L., Van Nuland, T. Detrusor pressure in ambulatory versus standard urodynamics. Neurourol Urodyn. 1998; 17: 129-33

3321   Vereecken, R.L. Bladder pressure and kidney function in children with myelomeningocoele: review article. Paraplegia. 1992 Mar; 30: 153-159

42623   Vernarec, E. The high costs of hidden conditions. Bus Health. 1998 Jan; 16: 19-23

42632   Vernon, S., Bleakley, S. A successful bladder retraining program. Nurs Times. 1997 Sep 17-23; 93: 50-1

40295   Vernon, T. Managing excoriation. Nurs Times. 2000 Jul 20; 96: 12

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 395 of 500 PageID #: 202934

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

11140    Veronikis, D. K., Nichols, D. H., Wakamatsu, M. M. The incidence of low-pressure urethra as a function of prolapse- reducing technique in patients with massive pelvic organ prolapse (maximum descent at all vaginal sites). Am J Obstet Gynecol. 1997 Dec; 177: 1305-13; discussion 1313-4

12081    Versi, E. Discriminant analysis of urethral pressure profilometry data for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1990 Mar; 97: 251-9

4024    Versi, E. Incontinence in the climacteric. Clin Obstet Gynecol. 1990 Jun; 33: 392-398

40764    Versi, E. The clinical value of video-urethrography. Scand J Urol Nephrol Suppl. 2001; : 74-9; discussion 106-25

11973    Versi, E. The significance of an open bladder neck in women. Br J Urol. 1991 Jul; 68: 42-3

44477    Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1992 May; 99: 442-3

3333    Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years [letter]. Br J Obstet Gynaecol. 1992 May; 99: 442-443

41421    Versi, E., Appell, R., Mobley, D., Patton, W., Saltzstein, D. Dry mouth with conventional and controlled-release oxybutynin in urinary incontinence. The Ditropan XL Study Group. Obstet Gynecol. 2000 May; 95: 718-21

3597    Versi, E., Cardozo, L., Anand, D., and Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-819

11959    Versi, E., Cardozo, L., Anand, D., Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-9

3594    Versi, E., Cardozo, L., and Cooper, D.J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-270

11954    Versi, E., Cardozo, L., Cooper, D. J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-70

10995    Versi, E., Griffiths, D. J., Harvey, M. A. A new external urethral occlusive device for female urinary incontinence. Obstet Gynecol. 1998 Aug; 92: 286-91

10918    Versi, E., Harvey, M. A. Efficacy of an external urethral device in women with genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 271-4

10930    Versi, E., Lyell, D. J., Griffiths, D. J. Videourodynamic diagnosis of occult genuine stress incontinence in patients with anterior vaginal wall relaxation. J Soc Gynecol Investig. 1998 Nov-Dec; 5: 327-30

43273    Versi, E., Orrego, G., Hardy, E., Seddon, G., Smith, P., Anand, D. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Feb; 103: 162-7

40243    Vickerman, J. The role of the occupational therapist in continence care. Nurs Times. 2002 Apr 23-29; 98: 52

3789    Victor, A. Pad weighing test--a simple method to quantitate urinary incontinence. Ann Med. 1990 Dec; 22: 443-447

11035    Videla, F. L., Wall, L. L. Stress incontinence diagnosed without multichannel urodynamic studies. Obstet Gynecol. 1998 Jun; 91: 965-8

10620    Viera, A. J., Larkins-Pettigrew, M. Practical use of the pessary. Am Fam Physician. 2000 May 1; 61: 2719-26, 2729

59066    Viereck, V., Bader, W., Skala, C., Gauruder-Burmester, A., Emons, G., Hilgers, R., Krauss, T. Determination of bladder neck position by intraoperative introital ultrasound in colposuspension: outcome at 6-month follow-up. Ultrasound Obstet Gynecol. 2004 Aug; 24: 186-91

10366    Vierhout, M. E. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 139-40

11769    Vierhout, M. E., Gianotten, W. L. Mechanisms of urine loss during sexual activity. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 45-7

---

**Appendix A5 - Bibliography sorted by Primary Author**

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

11095   Vierhout, M. E., Hol, M. Vaginal ultrasound studies before and after successful colposuspension and in continent controls. Acta Obstet Gynecol Scand. 1998 Jan; 77: 101-4

11169   Vierhout, M. E., Lose, G. Preventive vaginal and intra-urethral devices in the treatment of female urinary stress incontinence. Curr Opin Obstet Gynecol. 1997 Oct; 9: 325-8

11884   Vierhout, M. E., Mulder, A. F. De novo detrusor instability after Burch colposuspension. Acta Obstet Gynecol Scand. 1992 Aug; 71: 414-6

42938   Vijverberg, M. A., Elzinga-Plomp, A., Messer, A. P., van Gool, J. D., de Jong, T. P. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. Eur Urol. 1997; 31: 68-72

53580   Viktrup, L. Female stress and urge incontinence in family practice: insight into the lower urinary tract. Int J Clin Pract. 2002 Nov; 56: 694-700

10196   Viktrup, L. The risk of lower urinary tract symptoms five years after the first delivery. Neurourol Urodyn. 2002; 21: 2-29

51090   Viktrup, L., Bump, R. C. Pharmacological agents used for the treatment of stress urinary incontinence in women. Curr Med Res Opin. 2003; 19: 485-90

59182   Viktrup, L., Koke, S., Burgio, K. L., Ouslander, J. G. Stress urinary incontinence in active elderly women. South Med J. 2005 Jan; 98: 79-89

10256   Viktrup, L., Lose, G. Do fertile women remember the onset of stress incontinence? Recall bias 5 years after 1st delivery. Acta Obstet Gynecol Scand. 2001 Oct; 80: 952-5

11756   Viktrup, L., Lose, G. Epidural anesthesia during labor and stress incontinence after delivery. Obstet Gynecol. 1993 Dec; 82: 984-6

10466   Viktrup, L., Lose, G. Lower urinary tract symptoms 5 years after the first delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 336-40

10302   Viktrup, L., Lose, G. The risk of stress incontinence 5 years after first delivery. Am J Obstet Gynecol. 2001 Jul; 185: 82-7

3425   Viktrup, L., Lose, G., Rolff, M., and Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-949

11898   Viktrup, L., Lose, G., Rolff, M., Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-9

59121   Viktrup, L., Summers, K. H., Dennett, S. L. Clinical practice guidelines for the initial management of urinary incontinence in women: a European-focused review. BJU Int. 2004 Jul; 94 Suppl 1: 14-22

44396   Viljoen, A. C. Further experience with the vaginal strips sling operation. S Afr Med J. 1992 Oct; 82: 286-7

3253   Viljoen, A.C. Further experience with the vaginal strips sling operation [letter]. S Afr Med J. 1992 Oct; 82: 286-287

4003   Viljoen, A.C. The vaginal strips sling operation. An alternative procedure for urinary incontinence. S Afr Med J. 1990 Jun 16; 77: 632-634

53610   Villet, R., Ercoli, A., Atallah, D., Hoffmann, P., Salet-Lizee, D. Second tension-free vaginal tape procedure and mesh retensioning: two possibilities of treatment of recurrent-persistent genuine stress urinary incontinence after a primary tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 377-9

44154   Vincent, C. Osteitis pubis. J Am Board Fam Pract. 1993 Sep-Oct; 6: 492-6

40585   Vinker, S., Kaplan, B., Nakar, S., Samuels, G., Shapira, G., Kitai, E. Urinary incontinence in women: prevalence, characteristics and effect on quality of life. A primary care clinic study. Isr Med Assoc J. 2001 Sep; 3: 663-6

12009   Vinsnes, A. G., Hunskaar, S. Distress associated with urinary incontinence, as measured by a visual analogue scale. Scand J Caring Sci. 1991; 5: 57-61

42014   Vinson, J., Proch, J. Inhibition of moisture penetration to the skin by a novel incontinence barrier product. J Wound Ostomy Continence Nurs. 1998 Sep; 25: 256-60

---

Appendix A5 - Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 0080-18 Filed 05/13/19 Page 397 of 800 PageID #: 202936

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

42096    Virgili, A., Corazza, M., Califano, A. Diaper dermatitis in an adult. A case of erythema papuloerosive of Sevestre and Jacquet. J Reprod Med. 1998 Nov; 43: 949-51

10037    Virtanen, H. S., Kiilholma, P. Urogynecologic ultrasound is a useful aid in the assessment of female stress urinary incontinence--a prospective study with TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 218-22; discussion 223

11799    Virtanen, H. S., Makinen, J. I. Retrospective analysis of 711 patients operated on for pelvic relaxation in 1983-1989. Int J Gynaeco Obstet. 1993 Aug; 42: 109-15

11648    Virtanen, H. S., Makinen, J. I. Vesicocervical fistula--a rare cause of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 Oct; 57: 54-5

11707    Virtanen, H., Hirvonen, T., Makinen, J., Kiilholma, P. Outcome of thirty patients who underwent repair of posthysterectomy prolapse of the vaginal vault with abdominal sacral colpopexy. J Am Coll Surg. 1994 Mar; 178: 283-7

11753    Virtanen, H., Makinen, J., Tenho, T., Kiilholma, P., Pitkanen, Y., Hirvonen, T. Effects of abdominal hysterectomy on urinary and sexual symptoms. Br J Urol. 1993 Dec; 72: 868-72

10886    Visco, A. G., Figuers, C. Nonsurgical management of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 849-65, vii

41590    Visco, A. G., Weidner, A. C., Cundiff, G. W., Bump, R. C. Observed patient compliance with a structured outpatient bladder retraining program. Am J Obstet Gynecol. 1999 Dec; 181: 1392-4

41750    Visco, A. G., Yamauchi, M. Collagen cross-linking in patients with urinary incontinence. Am J Obstet Gynecol. 1999 Aug; 181: 509-10

52470    Viseshsindh, W., Kochakarn, W., Waikakul, W., Roongruangsilp, U., Siripornpinyo, N., Viseshsindh, V. A randomized controlled trial of pubovaginal sling versus vaginal wall sling for stress urinary incontinence. J Med Assoc Thai. 2003 Apr; 86: 308-15

10199    Visser, A. J., Heyns, C. F., Visser Jun, A. J. Vesicosuspension for female stress incontinence and cystocele using pubic bone anchors. S Afr J Surg. 2001 Nov; 39: 129-32

10467    Vodusek, D. B. Clinical neurophysiological tests in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 333-5

58010    Vodusek, D. B. The role of electrophysiology in the evaluation of incontinence and prolapse. Curr Opin Obstet Gynecol. 2002 Oct; 14: 509-14

42179    Voelker, R. International group seeks to dispel incontinence 'taboo'. JAMA. 1998 Sep 16; 280: 951-3

41256    Volkmer, B. G., Kuefer, R., Nesslauer, T., Loeffler, M., Gottfried, H. W. Colour Doppler ultrasound in vesicovaginal fistulas. Ultrasound Med Biol. 2000 Jun; 26: 771-5

53370    Volkmer, B. G., Nesslauer, T., Rinnab, L., Schradin, T., Hautmann, R. E., Gottfried, H. W. Surgical intervention for complications of tension-free vaginal tape procedure. J Urol. 2003 Feb; 169: 570-4

42386    von Gontard, A. Annotation: day and night wetting in children--a paediatric and child psychiatric perspective. J Child Psychol Psychiatry. 1998 May; 39: 439-51

41771    von Gontard, A., Benden, B., Mauer-Mucke, K., Lehmkuhl, G. Somatic correlates of functional enuresis. Eur Child Adolesc Psychiatry. 1999 Jun; 8: 117-25

31300    von Gontard, A., Hollmann, E., Eiberg, H., Benden, B., Rittig, S., Lehmkuhl, G. Clinical enuresis phenotypes in familial nocturnal enuresis. Scand J Urol Nephrol Suppl. 1997; 183: 11-6

10268    von Gontard, A., Laufersweiler-Plass, C., Backes, M., Zerres, K., Rudnik-Schoneborn, S. Enuresis and urinary incontinence in children and adolescents with spinal muscular atrophy. BJU Int. 2001 Sep; 88: 409-13

42322    von Gontard, A., Lettgen, B., Olbing, H., Heiken-Lowenau, C., Gaebel, E., Schmitz, I. Behavioural problems in children with urge incontinence and voiding postponement: a comparison of a paediatric and child psychiatric sample. Br J Urol. 1998 May; 81 Suppl 3: 100-6

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 40527 | von Gontard, A., Schaumburg, H., Hollmann, E., Eiberg, H., Rittig, S. The genetics of enuresis: a review. J Urol. 2001 Dec; 166: 2438-43 |
| 41480 | von Holst, T., Salbach, B. Efficacy and tolerability of a new 7-day transdermal estradiol patch versus placebo in hysterectomized women with postmenopausal complaints. Maturitas. 2000 Feb 15; 34: 143-53 |
| 51920 | von Pechmann, W. S., Mutone, M., Fyffe, J., Hale, D. S. Total colpocleisis with high levator plication for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2003 Jul; 189: 121-6 |
| 11221 | von Theobald, P., Barjot, P., Levy, G. Feasibility of and interest in laparoscopic assessment in recurrent urinary stress incontinence after Burch procedure performed by laparotomy. Surg Endosc. 1997 May; 11: 468-71 |
| 11497 | von Theobald, P., Guillaumin, D., Levy, G. Laparoscopic preperitoneal colposuspension for stress incontinence in women. Technique and results of 37 procedures. Surg Endosc. 1995 Nov; 9: 1189-92 |
| 44930 | von Wendt, L., Simila, S., Niskanen, P., Jarvelin, M. R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-8 |
| 3996 | von-Wendt, L., Simila, S., Niskanen, P., and Jarvelin, M.R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-518 |
| 41016 | Votolato, N. A., Stern, S., Caputo, R. M. Serotonergic antidepressants and urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 386-8 |
| 41618 | Vowles, J. E., Wagg, A. S. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 1999 Dec; 84: 948-52 |
| 41542 | Vroomen, P. C., de Krom, M. C., Knottnerus, J. A. Consistency of history taking and physical examination in patients with suspected lumbar nerve root involvement. Spine. 2000 Jan; 25: 91-6; discussion 97 |
| 43572 | Vukovich, J. G., McKenna, P. H., Grice, G. P., Docimo, S. G. A heterotopic autoinnervated urinary neosphincter. J Urol. 1995 Jun; 153: 2010-3 |
| 42680 | Waaldijk, K. Immediate indwelling bladder catheterization at postpartum urine leakage--personal experience of 1200 patients. Trop Doct. 1997 Oct; 27: 227-8 |
| 43611 | Waaldijk, K. Surgical classification of obstetric fistulas. Int J Gynaecol Obstet. 1995 May; 49: 161-3 |
| 43961 | Waaldijk, K. The immediate surgical management of fresh obstetric fistulas with catheter and/or early closure. Int J Gynaecol Obstet. 1994 Apr; 45: 11-6 |
| 3843 | Wade, B.E. Colostomy patients: psychological adjustment at 10 weeks and 1 year after surgery in districts which employed stoma-care nurses and districts which did not. J Adv Nurs. 1990 Nov; 15: 1297-1304 |
| 40663 | Wadley, J., Harkness, W., Thompson, D., Hayward, R. Urinary incontinence and ventriculoperitoneal shunts. Pediatr Neurosurg. 2001 Jul; 35: 52 |
| 50350 | Waetjen, L. E., Brown, J. S., Modelska, K., Blackwell, T., Vittinghoff, E., Cummings, S. R. Effect of raloxifene on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2004 Feb; 103: 261-6 |
| 10576 | Waetjen, L. E., Jackson, R. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Jul; 96: 153 |
| 52810 | Waetjen, L. E., Subak, L. L., Shen, H., Lin, F., Wang, T. H., Vittinghoff, E., Brown, J. S. Stress urinary incontinence surgery in the United States. Obstet Gynecol. 2003 Apr; 101: 671-6 |
| 56840 | Wagenius, J., Laurin, J. Clinical symptoms after anal sphincter rupture: a retrospective study. Acta Obstet Gynecol Scand. 2003 Mar; 82: 246-50 |
| 59322 | Wagg, A. Urinary incontinence--older people: where are we now?. BJOG. 2004 Dec; 111 Suppl 1: 15-9 |
| 11300 | Wagg, A. S., Lieu, P. K., Ding, Y. Y., Malone-Lee, J. G. A urodynamic analysis of age associated changes in urethral function in women with lower urinary tract symptoms. J Urol. 1996 Dec; 156: 1984-8 |
| 42124 | Wagg, A., Bayliss, M., Ingham, N. J., Arnold, K., Malone-Lee, J. Urodynamic variables cannot be used to classify the severity of detrusor instability. Br J Urol. 1998 Oct; 82: 499-502 |

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**42054** Wagg, A., Malone-Lee, J. The management of urinary incontinence in the elderly. Br J Urol. 1998 Dec; 82 Suppl 1: 11-7

**42192** Wagner, T. H., Hu, T. W. Economic costs of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 127-8

**43372** Wagner, T. H., Patrick, D. L., Bavendam, T. G., Martin, M. L., Buesching, D. P. Quality of life of persons with urinary incontinence: development of a new measure. Urology. 1996 Jan; 47: 67-71; discussion 71-2

**11008** Wahle, G. Durable continence procedures for women. J Urol. 1998 Aug; 160: 377

**11700** Wahle, G. R., Young, G. P., Raz, S. Vaginal surgery for stress urinary incontinence. Urology. 1994 Apr; 43: 416-9

**59131** Wai, C. Y., Corton, M. M., Miller, M., Sailors, J., Schaffer, J. I. Multiple vaginal wall cysts: diagnosis and surgical management. Obstet Gynecol. 2004 May; 103: 1099-102

**59368** Wai, C. Y., Liehr, P., Boreham, M. K., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on smooth muscles of the lower urinary tract. Am J Obstet Gynecol. 2004 Dec; 191: 1950-60

**54780** Wai, C. Y., Liehr, P., Tibbals, H. F., Sager, M., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on function of the female urethra. Am J Obstet Gynecol. 2003 Dec; 189: 1637-45

**51390** Wai, C. Y., Margulis, V., Baugh, B. R., Schaffer, J. I. Multiple vesical calculi and complete vaginal vault prolapse. Am J Obstet Gynecol. 2003 Sep; 189: 884-5

**11036** Wainstein, M. A., Klutke, C. G. Periurethral pseudocyst following cystoscopic collagen injection. Urology. 1998 May; 51: 835-6

**56420** Wakamatsu, M. M. What affects bladder function more: menopause or age?. Menopause. 2003 May-Jun; 10: 191-2

**10321** Wakavaiachi, V. M., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G., Novo, N. F. Changes in the lower urinary tract in continent women and in women with stress urinary incontinence, according to menopausal status. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 156-60

**42222** Wakhlu, A., Dalela, D., Tandon, R. K., Chandra, H., Wakhlu, A. K. The single ectopic ureter. Br J Urol. 1998 Aug; 82: 246-51

**11890** Walker, G. T., Texter, J. H.,  Jr Success and patient satisfaction following the Stamey procedure for stress urinary incontinence. J Urol. 1992 Jun; 147: 1521-3

**54620** Walker, L. J., Evison, J. G., Garrett, C. Recurrent pancreatitis: not just alcohol, gallstones and scorpion venom. J R Soc Med. 2004 Feb; 97: 82-3

**55630** Walker, R. D. The management of the failed bladder neck procedure in patients with spina bifida. BJU Int. 2003 Oct; 92 Suppl 1: 35-7

**43524** Walker, R. D.,  3rd, Flack, C. E., Hawkins-Lee, B., Lim, D. J., Parramore, H., Hackett, R. L. Rectus fascial wrap: early results of a modification of the rectus fascial sling. J Urol. 1995 Aug; 154: 771-4

**59301** Wall, J., Colley, T. A study to evaluate factors for inclusion in a new self-assessed risk indicator for persons who use a wheelchair for mobility. J Tissue Viability. 2005 Jan; 15: 9-16

**41941** Wall, L. L. Birth trauma and the pelvic floor: lessons from the developing world. J Womens Health. 1999 Mar; 8: 149-55

**41192** Wall, L. L. Cost-effectiveness of elective cesarean delivery after one prior low transverse cesarean. Obstet Gynecol. 2000 Sep; 96: 482

**57750** Wall, L. L. Fitsari 'dan Duniya. An African (Hausa) praise song about vesicovaginal fistulas. Obstet Gynecol. 2002 Dec; 100: 1328-32

**11791** Wall, L. L. Medical management of pelvic relaxation. Curr Opin Obstet Gynecol. 1993 Aug; 5: 440-5

**12064** Wall, L. L. The management of detrusor instability. Clin Obstet Gynecol. 1990 Jun; 33: 367-77

**11754** Wall, L. L. The muscles of the pelvic floor. Clin Obstet Gynecol. 1993 Dec; 36: 910-25

Case 2:12-md-02327 Document 3086-10 Filed 09/13/19 Page 400 of 300 PageID #: 202939

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**53150**   Wall, L. L. The treatment of urinary incontinence in 1814. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 67-9

**12084**   Wall, L. L., Addison, W. A. Prazosin-induced stress incontinence. Obstet Gynecol. 1990 Mar; 75: 558-60

**11295**   Wall, L. L., Copas, P., Galloway, N. T. Use of a pedicled rectus abdominis muscle flap sling in the treatment of complicated stress urinary incontinence. Am J Obstet Gynecol. 1996 Dec; 175: 1460-4; discussion 1464-6

**11903**   Wall, L. L., Davidson, T. G. The role of muscular re-education by physical therapy in the treatment of genuine stress urinary incontinence. Obstet Gynecol Surv. 1992 May; 47: 322-31

**11685**   Wall, L. L., Helms, M., Peattie, A. B., Pearce, M., Stanton, S. L. Bladder neck mobility and the outcome of surgery for genuine stress urinary incontinence. A logistic regression analysis of lateral bead- chain cystourethrograms. J Reprod Med. 1994 Jun; 39: 429-35

**11654**   Wall, L. L., Hewitt, J. K. Urodynamic characteristics of women with complete posthysterectomy vaginal vault prolapse. Urology. 1994 Sep; 44: 336-41; discussion 341-2

**11397**   Wall, L. L., Hewitt, J. K. Voiding function after Burch colposuspension for stress incontinence. J Reprod Med. 1996 Mar; 41: 161-5

**43620**   Wall, L. L., Hewitt, J. K., Helms, M. J. Are vaginal and rectal pressures equivalent approximations of one another for the purpose of performing subtracted cystometry?. Obstet Gynecol. 1995 Apr; 85: 488-93

**12057**   Wall, L. L., Wang, K., Robson, I., Stanton, S. L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-4

**11634**   Wall, L. L., Wiskind, A. K., Taylor, P. A. Simple bladder filling with a cough stress test compared with subtracted cystometry for the diagnosis of urinary incontinence. Am J Obstet Gynecol. 1994 Dec; 171: 1472-7; discussion 1477-9

**3854**   Wall, L.L. Diagnosis and management of urinary incontinence due to detrusor instability. Obstet Gynecol Surv. 1990 Nov; 45: 1S-47S

**3592**   Wall, L.L., DeLancey, J.O. The politics of prolapse: a revisionist approach to disorders of the pelvic floor in women. Perspect Biol Med. 1991 Summer; 34: 486-496

**3978**   Wall, L.L., Wang, K., Robson, I., and Stanton, S.L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-684

**43958**   Wallace, K. Female pelvic floor functions, dysfunctions, and behavioral approaches to treatment. Clin Sports Med. 1994 Apr; 13: 459-81

**43676**   Waller, L., Jonsson, O., Norlen, L., Sullivan, L. Clean intermittent catheterization in spinal cord injury patients: long- term followup of a hydrophilic low friction technique. J Urol. 1995 Feb; 153: 345-8

**3958**   Wallner, K.E., Nori, D., Morse, M.J., Sogani, P.C., Whitmore, W.F., and Fuks, Z. 125iodine reimplantation for locally progressive prostatic carcinoma. J Urol. 1990 Sep; 144: 704-706

**11587**   Wallwiener, D., Grischke, E. M., Rimbach, S., Maleika, A., Bastert, G. Endoscopic retropubic colposuspension: 'Retziusscopy' versus laparoscopy--a reasonable enlargement of the operative spectrum in the management of recurrent stress incontinence?. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 115-8

**43463**   Walsh, A. Incontinence in the older woman. Ir Med J. 1995 Sep-Oct; 88: 151

**10043**   Walsh, I. K., Nambirajan, T., Donellan, S. M., Mahendra, V., Stone, A. R. Cadaveric fascia lata pubovaginal slings: early results on safety, efficacy and patient satisfaction. BJU Int. 2002 Sep; 90: 415-9

**41029**   Walsh, I. K., Thompson, T., Loughridge, W. G., Johnston, S. R., Keane, P. F., Stone, A. R. Non-invasive antidromic neurostimulation: a simple effective method for improving bladder storage. Neurourol Urodyn. 2001; 20: 73-84

**50270**   Walsh, K., Generao, S. E., White, M. J., Katz, D., Stone, A. R. The influence of age on quality of life outcome in women following a tension-free vaginal tape procedure. J Urol. 2004 Mar; 171: 1185-8

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

**sorted by Primary Author and Title**

</div>

---

| | |
|---|---|
| 40112 | Walter, A. J., Buller, J. L., Davis, G. Variability of reported techniques for performance of the pubovaginal sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 160-4; discussion 164 |
| 10049 | Walter, A. J., Iglesia, C. B. Surgical management of stress urinary incontinence: consideration for an algorithmic approach. Curr Womens Health Rep. 2002 Aug; 2: 291-7 |
| 10142 | Walter, A. J., Morse, A. N., Hammer, R. H., Hentz, J. G., Magrina, J. F., Cornella, J. L., Magtibay, P. M. Laparoscopic versus open Burch retropubic urethropexy: comparison of morbidity and costs when performed with concurrent vaginal prolapse repairs. Am J Obstet Gynecol. 2002 Apr; 186: 723-8 |
| 41137 | Walter, A., Magtibay, P., Cornella, J. L. Percutaneous bone anchor sling using synthetic mesh associated with urethral overcorrection and erosion. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 328-9 |
| 11846 | Walter, J. S., Wheeler, J. S., Morgan, C., Zaszczurynski, P., Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-6 |
| 3032 | Walter, J.S., Wheeler, J.S., Morgan, C., Zaszczurynski, P., and Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-276 |
| 45066 | Walters, M. D. The unstable urethra in the female. Obstet Gynecol. 1990 Jan; 75: 142-3 |
| 10213 | Walters, M. D., Iannetta, L. T. Combination of pessary and periurethral collagen injections for nonsurgical treatment of uterovaginal prolapse and genuine stress urinary incontinence. Obstet Gynecol. 1997 Oct; 90: 691-2 |
| 12048 | Walters, M. D., Jackson, G. M. Urethral mobility and its relationship to stress incontinence in women. J Reprod Med. 1990 Aug; 35: 777-84 |
| 11883 | Walters, M. D., Realini, J. P., Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-8 |
| 12107 | Walters, M. D., Taylor, S., Schoenfeld, L. S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-6 |
| 10237 | Walters, M. D., Tulikangas, P. K., LaSala, C., Muir, T. W. Vascular injury during tension-free vaginal tape procedure for stress urinary incontinence. Obstet Gynecol. 2001 Nov; 98: 957-9 |
| 4214 | Walters, M.D. The unstable urethra in the female [letter; comment]. Obstet Gynecol. 1990 Jan; 75: 142-143 |
| 3423 | Walters, M.D., Realini, J.P. The evaluation and treatment of urinary incontinence in women: a primary care approach. J Am Board Fam Pract. 1992 May-Jun; 5: 289-301 |
| 3285 | Walters, M.D., Realini, J.P., and Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-558 |
| 4213 | Walters, M.D., Taylor, S., and Schoenfeld, L.S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-26 |
| 44920 | Wan, J. L., McGuire, E. J. Augmentation cystoplasty and closure of the urethra for the destroyed lower urinary tract. J Am Paraplegia Soc. 1990 Jul; 13: 40-5 |
| 11796 | Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-2 |
| 44447 | Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-30 |
| 3039 | Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-702 |
| 3347 | Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-130 |
| 10525 | Wang, A. C. An assessment of the early surgical outcome and urodynamic effects of the tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 282-4 |

# Appendix A5 - Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

*sorted by Primary Author and Title*

---

10479    Wang, A. C. Bladder-sphincter biofeedback as treatment of detrusor instability in women who failed to respond to oxybutynin. Changgeng Yi Xue Za Zhi. 2000 Oct; 23: 590-9

11353    Wang, A. C. Burch colposuspension vs. Stamey bladder neck suspension. A comparison of complications with special emphasis on detrusor instability and voiding dysfunction. J Reprod Med. 1996 Jul; 41: 529-33

50190    Wang, A. C. The techniques of trocar insertion and intraoperative urethrocystoscopy in tension-free vaginal taping: an experience of 600 cases. Acta Obstet Gynecol Scand. 2004 Mar; 83: 293-8

10153    Wang, A. C., Chen, M. C. A comparison of urethral pressure profilometry using microtip and double-lumen perfusion catheters in women with genuine stress incontinence. BJOG. 2002 Mar; 109: 322-6

52710    Wang, A. C., Chen, M. C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn. 2003; 22: 185-90

10419    Wang, A. C., Chen, M. C. Randomized comparison of local versus epidural anesthesia for tension- free vaginal tape operation. J Urol. 2001 Apr; 165: 1177-80

52920    Wang, A. C., Chen, M. C. The correlation between preoperative voiding mechanism and surgical outcome of the tension-free vaginal tape procedure, with reference to quality of life. BJU Int. 2003 Apr; 91: 502-6

59215    Wang, A. C., Lee, L. Y., Lin, C. T., Chen, J. R. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: a prospective case-controlled pilot study. Am J Obstet Gynecol. 2004 Dec; 191: 1868-74

11039    Wang, A. C., Lo, T. S. Tension-free vaginal tape. A minimally invasive solution to stress urinary incontinence in women. J Reprod Med. 1998 May; 43: 429-34

53630    Wang, K. H., Wang, K. H., Neimark, M., Davila, G. W. Voiding dysfunction following TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 353-7; discussion 358

41600    Wang, K., Yamataka, A., Morioka, A., Lane, G. J., Iwashita, K., Miyano, T. Complications after sigmoidocolocystoplasty: review of 100 cases at one institution. J Pediatr Surg. 1999 Nov; 34: 1672-7

56030    Wang, M. Y., Levi, A. D., Green, B. A. Intradural spinal arachnoid cysts in adults. Surg Neurol. 2003 Jul; 60: 49-55; discussion 55-6

40218    Wang, P. S., Levin, R., Zhao, S. Z., Avorn, J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in older patients. J Am Geriatr Soc. 2002 Jan; 50: 117-24

3469    Wang, Y., Hadley, H.R. Experiences with the artificial urinary sphincter in the irradiated patient. J Urol. 1992 Mar; 147: 612-613

3601    Wang, Y., Hadley, H.R. Management of persistent or recurrent urinary incontinence after placement of artificial urinary sphincter. J Urol. 1991 Oct; 146: 1005-1006

55970    Wang, Y., Lim, L. L., Heller, R. F., Fisher, J., Levi, C. R. A prediction model of 1-year mortality for acute ischemic stroke patients. Arch Phys Med Rehabil. 2003 Jul; 84: 1006-11

40698    Wang, Y., Lim, L. L., Levi, C., Heller, R. F., Fischer, J. A prognostic index for 30-day mortality after stroke. J Clin Epidemiol. 2001 Aug; 54: 766-73

3664    Wanich, C.K., Reilly, N.J. Incontinence care products: non-surgical management of urinary incontinence. Ostomy Wound Manage. 1991 May-Jun; 34: 45-6,48,51

50210    Ward, K. L., Hilton, P. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190: 324-31

10072    Ward, K., Hilton, P. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325: 67-73

3473    Warkentin, R. Implementation of a urinary continence program. J Gerontol Nurs. 1992 Jan; 18: 31-36

**56980** Warming, L., Christoffersen, C., Riis, B. J., Stakkestad, J. A., Delmas, P. D., Christiansen, C. Adverse effects of a SERM (Levormeloxifene). Safety parameters and bone mineral density 12 months after treatment withdrawal. Maturitas. 2003 Mar 28; 44: 189-99

**43836** Warner, J. P., Harvey, C. A., Barnes, T. R. Clozapine and urinary incontinence. Int Clin Psychopharmacol. 1994 Sep; 9: 207-9

**4137** Warren, J.W. Urine-collection devices for use in adults with urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 364-367

**10574** Warren, M. P., Shantha, S. The female athlete. Baillieres Best Pract Res Clin Endocrinol Metab. 2000 Mar; 14: 37-53

**40157** Warshaw, E., Nix, D., Kula, J., Markon, C. E. Clinical and cost effectiveness of a cleanser protectant lotion for treatment of perineal skin breakdown in low-risk patients with incontinence. Ostomy Wound Manage. 2002 Jun; 48: 44-51

**3877** Warshaw, G.A. New perspectives in the management of Alzheimer's disease. Am Fam Physician. 1990 Nov; 42: 41S-47S

**3867** Warwick, D.J., Abrams, P. The perineal artificial sphincter for acquired incontinence--a cut and dried solution?. Br J Urol. 1990 Nov; 66: 495-499

**3254** Warwick, R.T. Functional restoration & reconstruction of the incontinent female urethra. Rev Med Suisse Romande. 1992 Sep; 112: 775-785

**40598** Washington, J. L. A pilgrim's progress: my urogynecological quest. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 221-2

**10123** Washington, J. L. Staple erosion into the bladder after mesh and staple laparoscopic colposuspension. A case report. J Reprod Med. 2002 Apr; 47: 325-6

**10035** Washington, J. L., Somers, K. Laparoscopic mesh and staple Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 253-5; discussion 255

**11561** Wasserman, G. A. Correction of a vault suspension graft complication. J Am Assoc Gynecol Laparosc. 1995 May; 2: 359-61

**42767** Watanabe, T., Perkash, I., Constantinou, C. E. Modulation of detrusor contraction strength and micturition characteristics by intrathecal baclofen in anesthetized rats. J Urol. 1997 Jun; 157: 2361-5

**42712** Waters, P. R., Chehade, N. C., Kropp, K. A. Urethral lengthening and reimplantation: incidence and management of catheterization problems. J Urol. 1997 Sep; 158: 1053-6

**41535** Watson, A. J., Currie, I., Curran, S., Jarvis, G. J. A prospective study examining the association between the symptoms of anxiety and depression and severity of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2000 Jan; 88: 7-9

**10797** Watson, A. J., Currie, I., Jarvis, G. J. A prospective placebo controlled double blind randomised study to investigate the use of indoramin to prevent post-operative voiding disorders after surgical treatment for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Mar; 106: 270-2

**3121** Watson, E. Continence. A basis for change. Nurs Times. 1992 Mar 25-31; 88: 69-70

**54810** Watson, N. M., Brink, C. A., Zimmer, J. G., Mayer, R. D. Use of the Agency for Health Care Policy and Research Urinary Incontinence Guideline in nursing homes. J Am Geriatr Soc. 2003 Dec; 51: 1779-86

**3945** Watson, R. An improved urinary sheath. Nurs Elder. 1990 Jul-Aug; 2: 12

**11693** Watson, R. Continence. Anxious moments. Nurs Times. 1994 Apr 13-19; 90: 82

**3612** Watson, R. Incontinence in perspective. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 7-10

**3791** Watson, R. Incontinence. A case for treatment. Nurs Elder. 1991 Jan-Feb; 3: 28

**3442** Watson, R. Justifying your practice. Nursing (Lond). 1992 Feb 13-26; 5: 11-13

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 4062 | Watson, R. Management of incontinence: the concept of cost-effectiveness. Nurs Stand. 1990 Apr 25-May 1; 4: 36-39 |
| 4047 | Watson, R., Kuhn, M. The influence of component parts on the performance of urinary sheath systems. J Adv Nurs. 1990 Apr; 15: 417-422 |
| 31721 | Watson, V. The duration of the second stage of labour. Mod Midwife. 1994 Jun; 4: 21-2 |
| 11542 | Wattiez, A., Boughizane, S., Alexandre, F., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Laparoscopic procedures for stress incontinence and prolapse. Curr Opin Obstet Gynecol. 1995 Aug; 7: 317-21 |
| 10414 | Wattiez, A., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Promontofixation for the treatment of prolapse. Urol Clin North Am. 2001 Feb; 28: 151-7 |
| 41090 | Weatherall, M. Biofeedback in urinary incontinence: past, present and future. Curr Opin Obstet Gynecol. 2000 Oct; 12: 411-3 |
| 10825 | Weatherall, M. Biofeedback or pelvic floor muscle exercises for female genuine stress incontinence: a meta-analysis of trials identified in a systematic review. BJU Int. 1999 Jun; 83: 1015-6 |
| 4068 | Webb, J. Continence: help for the elderly confused. Nurs Times. 1990 Apr 18-24; 86: 64-68 |
| 43823 | Webb, M. L. Urinary incontinence in younger women. Nurse Pract Forum. 1994 Sep; 5: 164-9 |
| 11961 | Webb, R. J., Ramsden, P. D., Neal, D. E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-52 |
| 3610 | Webb, R.J., Ramsden, P.D., and Neal, D.E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-152 |
| 42589 | Webb, S., Patterson, V., Hutchinson, M. Two families with autosomal recessive spastic paraplegia, pigmented maculopathy, and dementia. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 628-32 |
| 44987 | Webber, E. M., Crofts, P. G., Pomeroy, C., Coleman, G. U., Arnold, W. J., Johnson, H. W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-8 |
| 3845 | Webber, E.M., Crofts, P.G., Pomeroy, C., Coleman, G.U., Arnold, W.J., and Johnson, H.W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-138 |
| 10231 | Weber, A. M. Is urethral pressure profilometry a useful diagnostic test for stress urinary incontinence?. Obstet Gynecol Surv. 2001 Nov; 56: 720-35 |
| 10074 | Weber, A. M. Leak point pressure measurement and stress urinary incontinence. Curr Womens Health Rep. 2001 Aug; 1: 45-52 |
| 56860 | Weber, A. M. New approaches to surgery for urinary incontinence and pelvic organ prolapse from the laparoscopic perspective. Clin Obstet Gynecol. 2003 Mar; 46: 44-60 |
| 54400 | Weber, A. M. The perspective of a gynecologist on treatment-related research for fecal incontinence in women. Gastroenterology. 2004 Jan; 126: S169-71 |
| 10318 | Weber, A. M., Abrams, P., Brubaker, L., Cundiff, G., Davis, G., Dmochowski, R. R., Fischer, J., Hull, T., Nygaard, I., Weidner, A. C. The standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 178-86 |
| 10178 | Weber, A. M., Taylor, R. J., Wei, J. T., Lemack, G., Piedmonte, M. R., Walters, M. D. The cost-effectiveness of preoperative testing (basic office assessment vs. urodynamics) for stress urinary incontinence in women. BJU Int. 2002 Mar; 89: 356-63 |
| 42879 | Weber, A. M., Walters, M. D. Anterior vaginal prolapse: review of anatomy and techniques of surgical repair. Obstet Gynecol. 1997 Feb; 89: 311-8 |
| 10515 | Weber, A. M., Walters, M. D. Burch procedure compared with sling for stress urinary incontinence: a decision analysis. Obstet Gynecol. 2000 Dec; 96: 867-73 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**10488**   Weber, A. M., Walters, M. D. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2000 Dec; 183: 1338-46; discussion 1346-7

**41321**   Weber, A. M., Walters, M. D., Piedmonte, M. R. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1610-5

**41718**   Weber, A. M., Walters, M. D., Schover, L. R., Church, J. M., Piedmonte, M. R. Functional outcomes and satisfaction after abdominal hysterectomy. Am J Obstet Gynecol. 1999 Sep; 181: 530-5

**43621**   Weber, A. M., Walters, M. D., Schover, L. R., Mitchinson, A. Sexual function in women with uterovaginal prolapse and urinary incontinence. Obstet Gynecol. 1995 Apr; 85: 483-7

**57710**   Webster, C., Bukkapatnam, R., Seigne, J. D., Pow-Sang, J., Hoffman, M., Helal, M., Ordorica, R., Lockhart, J. L. Continent colonic urinary reservoir (Florida pouch): long-term surgical complications (greater than 11 years). J Urol. 2003 Jan; 169: 174-6

**12041**   Webster, G. D., Kreder, K. J. Voiding dysfunction following cystourethropexy: its evaluation and management. J Urol. 1990 Sep; 144: 670-3

**11896**   Webster, G. D., Perez, L. M., Khoury, J. M., Timmons, S. L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

**3345**   Webster, G.D., Perez, L.M., Khoury, J.M., and Timmons, S.L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

**43123**   Webster, J. J., Williams, G. Adhesions of the labia minora. Br J Urol. 1996 Jul; 78: 146-7

**51820**   Webster, T. M., Gerridzen, R. G. Gone in 24 hours: the feasibility of performing pubovaginal sling surgery with an overnight hospital stay. Can J Urol. 2003 Jun; 10: 1905-9

**40999**   Weckermann, D., Wawroschek, F., Schipp, J., Krawczak, G., Harzmann, R. Metabolic changes and urodynamic findings after continent urinary diversion. Int Urol Nephrol. 1999; 31: 665-74

**41698**   Wedderburn, A. W., Adamson, A. S. Management of the incompetent urethra in the chronically debilitated female patient: an alternative to urethral closure. BJU Int. 1999 Oct; 84: 727-8

**40818**   Wedderburn, A., Lee, R. S., Denny, A., Steinbrecher, H. A., Koyle, M. A., Malone, P. S. Synchronous bladder reconstruction and antegrade continence enema. J Urol. 2001 Jun; 165: 2392-3

**11740**   Wedenberg, K., Ronquist, G., Waldenstrom, A., Ulmsten, U. Low energy charge and high adenosine content in smooth muscle of human bladder in comparison with striated muscle. Int J Clin Lab Res. 1994; 24: 230-2

**50390**   Wee, H. Y., Low, C., Han, H. C. Burch colposuspension: review of perioperative complications at a women's and children's hospital in Singapore. Ann Acad Med Singapore. 2003 Nov; 32: 821-3

**43064**   Ween, J. E., Alexander, M. P., D'Esposito, M., Roberts, M. Incontinence after stroke in a rehabilitation setting: outcome associations and predictive factors. Neurology. 1996 Sep; 47: 659-63

**11518**   Weerasekera, D. S., Gunawardena, K. K. The Stamy procedure: a retrospective analysis of clinical outcome in stress incontinence. Ceylon Med J. 1995 Sep; 40: 101-2

**44212**   Weese, D. L., Roskamp, D. A., Leach, G. E., Zimmern, P. E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-30

**3057**   Weese, D.L., Roskamp, D.A., Leach, G.E., and Zimmern, P.E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-530

**52660**   Wei, T. S., Su, T. H. Tension-free vaginal tape failure caused by sling displacement and successfully retreated using Burch colposuspension. Acta Obstet Gynecol Scand. 2003 Apr; 82: 385-6

**10487**   Weidner, A. C., Barber, M. D., Visco, A. G., Bump, R. C., Sanders, D. B. Pelvic muscle electromyography of levator ani and external anal sphincter in nulliparous women and women with pelvic floor dysfunction. Am J Obstet Gynecol. 2000 Dec; 183: 1390-9; discussion 1399-401

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

10442   Weidner, A. C., Myers, E. R., Visco, A. G., Cundiff, G. W., Bump, R. C. Which women with stress incontinence require urodynamic evaluation?. Am J Obstet Gynecol. 2001 Jan; 184: 20-7

54340   Weigel, R., Senn, P., Weis, J., Krauss, J. K. Severe complications after intrathecal methotrexate (MTX) for treatment of primary central nervous system lymphoma (PCNSL). Clin Neurol Neurosurg. 2004 Mar; 106: 82-7

10965   Weil, E. H., Eerdmans, P. H., Dijkman, G. A., Tamussino, K., Feyereisl, J., Vierhout, M. E., Schmidbauer, C., Egarter, C., Kolle, D., Plasman, J. E., Heidler, H., Abbuhl, B. E., Wein, W. Randomized double-blind placebo-controlled multicenter evaluation of efficacy and dose finding of midodrine hydrochloride in women with mild to moderate stress urinary incontinence: a phase II study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 145-50

41494   Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Bemelmans, B. L., van Kerrebroeck, P. E. Sacral root neuromodulation in the treatment of refractory urinary urge incontinence: a prospective randomized clinical trial. Eur Urol. 2000 Feb; 37: 161-71

42102   Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Van Kerrebroeck, P. E. Clinical results of sacral neuromodulation for chronic voiding dysfunction using unilateral sacral foramen electrodes. World J Urol. 1998; 16: 313-21

11844   Weil, E. H., van Waalwijk van Doorn, E. S., Heesakkers, J. P., Meguid, T., Janknegt, R. A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-30

2997   Weil, E.H., van-Waalwijk-van-Doorn, E.S., Heesakkers, J.P., Meguid, T., and Janknegt, R.A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-230

59118   Wein, A. J. A randomized crossover study to evaluate Ro 115-1240, a selective alpha-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 May; 93: 1115

41996   Wein, A. J. Clinical usefulness of urinary control urethral insert devices. J Urol. 1999 Mar; 161: 1043-4

11934   Wein, A. J. Oral and intravaginal estrogens alone and in combination with alpha- adrenergic stimulation in genuine stress incontinence. J Urol. 1991 Dec; 146: 1670-1

40965   Wein, A. J. Overactive bladder: defining the disease. Am J Manag Care. 2000 Jul; 6: S559-64; discussion S607-19

57610   Wein, A. J., Rovner, E. S. Definition and epidemiology of overactive bladder. Urology. 2002 Nov; 60: 7-12; discussion 12

41877   Wein, A. J., Rovner, E. S. The overactive bladder: an overview for primary care health providers. Int J Fertil Womens Med. 1999 Mar-Apr; 44: 56-66

4148   Wein, A.J. Pharmacologic treatment of incontinence. J Am Geriatr Soc. 1990 Mar; 38: 317-325

11598   Weinberger, M. W. Conservative treatment of urinary incontinence. Clin Obstet Gynecol. 1995 Mar; 38: 175-88

10853   Weinberger, M. W., Goodman, B. M., Carnes, M. Long-term efficacy of nonsurgical urinary incontinence treatment in elderly women. J Gerontol A Biol Sci Med Sci. 1999 Mar; 54: M117-21

43614   Weinberger, M. W., Julian, T. M. Voiding dysfunction and incontinence caused by uterine retroversion. A case report. J Reprod Med. 1995 May; 40: 387-90

11546   Weinberger, M. W., Ostergard, D. R. Long-term clinical and urodynamic evaluation of the polytetrafluoroethylene suburethral sling for treatment of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 92-6

11468   Weinberger, M. W., Ostergard, D. R. Postoperative catheterization, urinary retention, and permanent voiding dysfunction after polytetrafluoroethylene suburethral sling placement. Obstet Gynecol. 1996 Jan; 87: 50-4

43419   Weiner, H. L., Constantini, S., Cohen, H., Wisoff, J. H. Current treatment of normal-pressure hydrocephalus: comparison of flow- regulated and differential-pressure shunt valves. Neurosurgery. 1995 Nov; 37: 877-84

56990   Weir, N. U., Counsell, C. E., McDowall, M., Gunkel, A., Dennis, M. S. Reliability of the variables in a new set of models that predict outcome after stroke. J Neurol Neurosurg Psychiatry. 2003 Apr; 74: 447-51

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div style="text-align: right">

**Master Bibliography**

sorted by Primary Author and Title

</div>

---

**59178**    Weiss, B. D. Selecting medications for the treatment of urinary incontinence. Am Fam Physician. 2005 Jan 15; 71: 315-22

**3654**    Weiss, B.D. Nonpharmacologic treatment of urinary incontinence. Am Fam Physician. 1991 Aug; 44: 579-586

**10947**    Weiss, J. P., Blaivas, J. G., Stember, D. S., Brooks, M. M. Nocturia in adults: etiology and classification. Neurourol Urodyn. 1998; 17: 467-72

**11899**    Weiss, R. E., Cohen, E. Erosion of buttress following bladder neck suspension. Br J Urol. 1992 Jun; 69: 656-7

**44196**    Weiss, R. E., Garden, R. J., Cohen, E. L., Stone, N. N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-7

**3061**    Weiss, R.E., Garden, R.J., Cohen, E.L., and Stone, N.N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-187

**41408**    Wells, J. A., Ouslander, J. G., Meadows, E., Johnson, V. Y. Urinary incontinence in a geriatric patient with a complex neurologic history. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 270-4; discussion 274-5

**3734**    Wells, M. A tangible means of assessing progress. Biofeedback in the management of urinary incontinence. Prof Nurse. 1991 Apr; 6: 396-7,399

**3101**    Wells, M. Are we meeting clients' needs? Nursing audit in continence care. Prof Nurse. 1993 Apr; 8: 430-436

**11392**    Wells, M. Continence following childbirth. Br J Nurs. 1996 Mar 28-Apr 10; 5: 353-4, 356, 358, passim

**12021**    Wells, M. Stress incontinence and pelvic floor exercises. Prof Nurse. 1990 Dec; 6: 151, 154-6

**41284**    Wells, M. The role of the nurse in urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 335-54

**3814**    Wells, M., White, H. Continence. Self-starters. Nurs Times. 1991 Feb 13-19; 87: 64

**3995**    Wells, T. Conquering incontinence. Geriatr-Nurs (New York). 1990 May-Jun; 11: 133-135

**3129**    Wells, T. Scientist wins one for women [interview by Julie Goldsmith]. Reflections. 1992 Winter; 17: 8-9

**55110**    Wells, T. J. Curiouser and curiouser... J Wound Ostomy Continence Nurs. 2003 Nov; 30: 300-4

**11957**    Wells, T. J., Brink, C. A., Diokno, A. C., Wolfe, R., Gillis, G. L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-91

**3359**    Wells, T.J. Managing incontinence through managing the environment. Urol Nurs. 1992 Jun; 12: 48-49

**4145**    Wells, T.J. Pelvic (floor) muscle exercise. J Am Geriatr Soc. 1990 Mar; 38: 333-337

**3661**    Wells, T.J., Brink, C.A., Diokno, A.C., Wolfe, R., and Gillis, G.L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-791

**41379**    Wen, J. G., Yeung, C. K., Djurhuus, J. C. Cystometry techniques in female infants and children. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 103-12

**12087**    Wenderoth, U. K., Bachor, R., Egghart, G., Frohneberg, D., Miller, K., Hautmann, R. E. The ileal neobladder: experience and results of more than 100 consecutive cases. J Urol. 1990 Mar; 143: 492-6; discussion 496-7

**51080**    Wennberg, A. L., Edlund, C., Fall, M., Peeker, R. Stamey's abdominovaginal needle colposuspension for the correction of female genuine stress urinary incontinence--long-term results. Scand J Urol Nephrol. 2003; 37: 419-23

**43543**    Wennergren, H., Oberg, B. Pelvic floor exercises for children: a method of treating dysfunctional voiding. Br J Urol. 1995 Jul; 76: 9-15

**43867**    Wenning, G. K., Ben Shlomo, Y., Magalhaes, M., Daniel, S. E., Quinn, N. P. Clinical features and natural history of multiple system atrophy. An analysis of 100 cases. Brain. 1994 Aug; 117 ( Pt 4): 835-45

---

September 2009    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41685   Wenning, G. K., Scherfler, C., Granata, R., Bosch, S., Verny, M., Chaudhuri, K. R., Jellinger, K., Poewe, W., Litvan, I. Time course of symptomatic orthostatic hypotension and urinary incontinence in patients with postmortem confirmed parkinsonian syndromes: a clinicopathological study. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 620-3

59396   Wenning, G. K., Tison, F., Seppi, K., Sampaio, C., Diem, A., Yekhlef, F., Ghorayeb, I., Ory, F., Galitzky, M., Scaravilli, T., Bozi, M., Colosimo, C., Gilman, S., Shults, C. W., Quinn, N. P., Rascol, O., Poewe, W. Development and validation of the Unified Multiple System Atrophy Rating Scale (UMSARS). Mov Disord. 2004 Dec; 19: 1391-402

4056   Werbrouck, P., Baert, L., Binard, J.E., Chiou, R.K., and Van-Poppel, H. Balloon dilatation of the external urethral sphincter: a case study. J Am Paraplegia Soc. 1990 Apr; 13: 13-14

41522   Werkstrom, V., Lam, D. S., Farnsworth, R. H., Awad, N., Burcher, E., Moore, K. H. In vitro contractile responses of detrusor to carbachol and neurokinin A, in children with recurrent urinary tract infection or day wetting. BJU Int. 2000 Feb; 85: 319-25

50640   Werner, M., Najjari, L., Schuessler, B. Transurethral resection of tension-free vaginal tape penetrating the urethra. Obstet Gynecol. 2003 Nov; 102: 1034-6

41393   Westney, O. L., Amundsen, C. L., McGuire, E. J. Bladder endometriosis: conservative management. J Urol. 2000 Jun; 163: 1814-7

10040   Westney, O. L., Lee, J. T., McGuire, E. J., Palmer, J. L., Cespedes, R. D., Amundsen, C. L. Long-term results of Ingelman-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep; 168: 1044-7

40794   Westney, O. L., McGuire, E. J. Surgical procedures for the treatment of urge incontinence. Tech Urol. 2001 Jun; 7: 126-32

12003   Weston, P. M., Morgan, J. D., Hussain, J., Stephenson, T. P. Artificial urinary sphincters around intestinal segments--are they safe? Br J Urol. 1991 Feb; 67: 150-4

3786   Weston, P.M., Morgan, J.D., Hussain, J., and Stephenson, T.P. Artificial urinary sphincters around intestinal segments--are they safe? Br J Urol. 1991 Feb; 67: 150-154

43629   Wetle, T., Scherr, P., Branch, L. G., Resnick, N. M., Harris, T., Evans, D., Taylor, J. O. Difficulty with holding urine among older persons in a geographically defined community: prevalence and correlates. J Am Geriatr Soc. 1995 Apr; 43: 349-55

4049   Wheelahan, J.B. Long-term results of colposuspension. Br J Urol. 1990 Apr; 65: 329-332

11680   Wheeler, J. S.,  Jr Osteomyelitis of the pubis: complication of a Stamey urethropexy. J Urol. 1994 Jun; 151: 1638-40

3973   Wheeler, J.S., Jr., Niecestro, R.M. Urinary incontinence: managing the problem. J Enterostomal Ther. 1990 Jul-Aug; 17: 174-179

3444   Wheeler, J.S., Jr., Walter, J.S., Niecestro, R.M., and Scalzo, A.J. Behavioral therapy for urinary incontinence. J ET Nurs. 1992 Mar-Apr; 19: 59-65

3514   Wheeler, R.A., Malone, P.S. Use of the appendix in reconstructive surgery: a case against incidental appendicectomy. Br J Surg. 1991 Nov; 78: 1283-1285

3993   Wheeler, V. A new kind of loving? The effect of continence problems on sexuality. Prof Nurse. 1990 Jun; 5: 492-496

42026   Whishaw, M. Urinary incontinence in the elderly. Establishing a cause may allow a cure. Aust Fam Physician. 1998 Dec; 27: 1087-90

42025   Whishaw, M. Urinary incontinence in the elderly. Managing for maximum outcomes. Aust Fam Physician. 1998 Dec; 27: 1091-4

55940   White, C. F. Engineered structures for use in disposable incontinence products. Proc Inst Mech Eng [H]. 2003; 217: 243-51

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

| | |
|---|---|
| 4066 | White, H. Continence: playing a central role. Nurs Times. 1990 Apr 18-24; 86: 73-75 |
| 41843 | White, H. Designer gear. Nurs Times. 1999 May 5-11; 95: 69-70, 73, 76 |
| 43742 | White, H. M. Choosing continence aids. Br J Nurs. 1994 Dec 8-1995 Jan 11; 3: 1158, 1160, 1162-3 |
| 40298 | White, H., Holland, D. Looking good and feeling good: clothes to help promote continence. Nurs Times. 2001 May 17-23; 97: 60-1 |
| 4111 | White, M. Continence: independence for the handicapped child. Nurs Times. 1990 Feb 14-20; 86: 69-72 |
| 3426 | White, M., Williams, J. A good start to a full life. Managing continence in children with spina bifida and hydrocephalus. Prof Nurse. 1992 Apr; 7: 474-477 |
| 40541 | White, R. N. Urethropexy for the management of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2001 Oct; 42: 481-6 |
| 43003 | White, R. N., Davies, J. V., Gregory, S. P. Vaginourethroplasty for treatment of urethral obstruction in the bitch. Vet Surg. 1996 Nov-Dec; 25: 503-10 |
| 11618 | Whiting, M. A., Smith, N. I., Agar, J. W. Vaginal peritoneal dialysate leakage per fallopian tubes. Perit Dial Int. 1995; 15: 85 |
| 10404 | Whitman, G. T. Patients with urinary incontinence and falls. J Am Geriatr Soc. 2001 Mar; 49: 336-7 |
| 11695 | Whittington, R., Faulds, D. Hormone replacement therapy: I. A pharmacoeconomic appraisal of its therapeutic use in menopausal symptoms and urogenital estrogen deficiency. Pharmacoeconomics. 1994 May; 5: 419-45 |
| 44276 | Whyte, T. D., McNally, D. S., James, E. D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-6 |
| 3029 | Whyte, T.D., McNally, D.S., and James, E.D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-186 |
| 3229 | Widgerow, A.D. Abdominoplasty following colostomy. Ann Plast Surg. 1992 Nov; 29: 454-456 |
| 42914 | Wielink, G., Essink-Bot, M. L., van Kerrebroeck, P. E., Rutten, F. F. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. 2. Cost-effectiveness and quality of life analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 441-6 |
| 41242 | Wiener, J. S., Scales, M. T., Hampton, J., King, L. R., Surwit, R., Edwards, C. L. Long-term efficacy of simple behavioral therapy for daytime wetting in children. J Urol. 2000 Sep; 164: 786-90 |
| 56170 | Wijma, J., Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract following spontaneous vaginal delivery. BJOG. 2003 Jul; 110: 658-63 |
| 11928 | Wijma, J., Tinga, D. J., Visser, G. H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-4 |
| 12018 | Wijma, J., Tinga, D. J., Visser, G. H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-9 |
| 3443 | Wijma, J., Tinga, D.J., and Visser, G.H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-104 |
| 3520 | Wijma, J., Tinga, D.J., and Visser, G.H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-179 |
| 40702 | Wijma, J., Weis Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract during pregnancy. BJOG. 2001 Jul; 108: 726-32 |
| 42452 | Wikander, B., Ekelund, P., Milsom, I. An evaluation of multidisciplinary intervention governed by functional independence measure (FIMSM) in incontinent stroke patients. Scand J Rehabil Med. 1998 Mar; 30: 15-21 |
| 42267 | Wilbur, J., Miller, A. M., Montgomery, A., Chandler, P. Sociodemographic characteristics, biological factors, and symptom reporting in midlife women. Menopause. 1998 Spring; 5: 43-51 |

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

40284   Wilcox, D. T. The management of urinary incontinence in the exstrophy complex, posterior urethral valves, and infrasphincteric ureters. Semin Pediatr Surg. 2002 May; 11: 128-33

44023   Wilker, C. E., Meyers-Wallen, V. N., Schlafer, D. H., Dykes, N. L., Kovacs, A., Ball, B. A. XX sex reversal in a llama. J Am Vet Med Assoc. 1994 Jan 1; 204: 112-5

40293   Wilkins, K. Medications and fall-related fractures in the elderly. Health Rep. 1999 Summer; 11: 45-53(Eng); 49-58(Fre)

10139   Wilkinson, K. Pakistani women's perceptions and experiences of incontinence. Nurs Stand. 2001 Oct 17-23; 16: 33-9

43432   Wilkinson, K., Williamson, B. Lights, camera, action!. Nurs Stand. 1995 Oct 25-31; 10: 19-21

43498   Williams, E. R., Malone, P. S. The social implications of lower urinary tract reconstruction performed during childhood. Br J Urol. 1995 Aug; 76: 226-30

40918   Williams, K. S., Assassa, R. P., Smith, N. K., Jagger, C., Perry, S., Shaw, C., Dallosso, H., McGrother, C., Clarke, M., Brittain, K. R., Castleden, C. M., Mayne, C. Development, implementation and evaluation of a new nurse-led continence service: a pilot study. J Clin Nurs. 2000 Jul; 9: 566-73

10138   Williams, K. S., Assassa, R. P., Smith, N., Rippin, C., Shaw, C., Mayne, C. Good practice in continence care: development of nurse-led service. Br J Nurs. 2002 Apr 25-May 8; 11: 548-59

43410   Williams, K., Roe, B., Sindhu, F. Using a handbook to improve nurses' continence care. Nurs Stand. 1995 Nov 15-21; 10: 39-42

44014   Williams, M. A., Noe, H. N., Smith, R. A. The importance of urinary tract infection in the evaluation of the incontinent child. J Urol. 1994 Jan; 151: 188-90

43129   Williams, M. E., Richman, J., Scatliff, J. A 67-year-old woman with a progressive gait disturbance. J Am Geriatr Soc. 1996 Jul; 44: 843-6

44290   Williams, M. P., Wallhagen, M., Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

4152   Williams, M.E., Gaylord, S.A. Role of functional assessment in the evaluation of urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 296-299

3165   Williams, M.P., Wallhagen, M., and Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

44299   Williams, N. S., Fowler, C. G., George, B. D., Blandy, J. P., Badenoch, D. F., Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence. Lancet. 1993 Jan 9; 341: 115-6

3192   Williams, N.S., Fowler, C.G., George, B.D., Blandy, J.P., Badenoch, D.F., and Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence [letter]. Lancet. 1993 Jan 9; 341: 115-116

3282   Williams, R. Promoting continence following head injury. Br J Nurs. 1992 Jun 25-Jul 8; 1: 236-7,239-40

3124   Williams, T. Nursing initiative pinpointed problem. N Z Nurs J. 1993 Feb; 86: 14

42835   Willis, J. Consumer choice in continence products. Nurs Times. 1997 Mar 26-Apr 1; 93: 64-6

42007   Willis, J. Continence: a case for home delivery services. Nurs Times. 1998 Nov 25-Dec 1; 94: 64-6

42700   Willis, J. Continence--holiday plans. Nurs Times. 1997 Jul 23-29; 93: 73-4

43598   Willis, J. Intermittent catheters. Prof Nurse. 1995 May; 10: 523-4, 527-8

42347   Willis, J. Promoting continence control. Nurs Times. 1998 Apr 15-21; 94: 59-60

41626   Willis, J. Sex, relationships and continence. Nurs Times. 1999 Aug 4-10; 95: 62, 65

42798   Willis, J. Use it or lose it. Nurs Times. 1997 Apr 9-15; 93: 70, 73

---

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

| | |
|---|---|
| 11514 | Wilson, D., Herbison, P. Conservative management of incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 386-92 |
| 40633 | Wilson, L., Brown, J. S., Shin, G. P., Luc, K. O., Subak, L. L. Annual direct cost of urinary incontinence. Obstet Gynecol. 2001 Sep; 98: 398-406 |
| 55900 | Wilson, M. M. Urinary incontinence: bridging the gender gap. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 752-5 |
| 12069 | Wilson, P. D., Borland, M. Vaginal cones for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1990 May; 30: 157-60 |
| 11128 | Wilson, P. D., George, M., Imrie, J. J. Vaginal electrostimulation for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 446-9 |
| 42084 | Wilson, P. D., Herbison, G. P. A randomized controlled trial of pelvic floor muscle exercises to treat postnatal urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 257-64 |
| 43274 | Wilson, P. D., Herbison, R. M., Herbison, G. P. Obstetric practice and the prevalence of urinary incontinence three months after delivery. Br J Obstet Gynaecol. 1996 Feb; 103: 154-61 |
| 4029 | Wilson, P.D. Conservative management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 330-345 |
| 59087 | Wilson, S., Quek, M. L., Ginsberg, D. A. Transurethral injection of bulking agents for stress urinary incontinence following orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 244-6 |
| 43991 | Wilson, T. G., Moreno, J. G., Weinberg, A., Ahlering, T. E. Late complications of the modified Indiana pouch. J Urol. 1994 Feb; 151: 331-4 |
| 52840 | Wilson, T. S., Lemack, G. E., Zimmern, P. E. Management of intrinsic sphincteric deficiency in women. J Urol. 2003 May; 169: 1662-9 |
| 10014 | Wilson, T. S., Zimmern, P. E. Tailor-made incontinence care. Match type of incontinence to resident assessment for optimal treatment. Part 2. Contemp Longterm Care. 2002 Sep; 25: 18, 20 |
| 40049 | Wilson, T. S., Zimmern, P. E. Urinary incontinence in elderly women. Contemp Longterm Care. 2002 Aug; 25: 18-20 |
| 42820 | Wilson, W. D. Equine herpesvirus 1 myeloencephalopathy. Vet Clin North Am Equine Pract. 1997 Apr; 13: 53-72 |
| 10837 | Winder, A. Incontinence: why women are still suffering in silence. Community Nurse. 1998 Oct; 4: 15-6 |
| 42258 | Winkler, H. A., Sand, P. K. Treatment of detrusor instability with oxybutynin rectal suppositories. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 100-2 |
| 42557 | Winson, L. Catheterization: a need for improved patient management. Br J Nurs. 1997 Nov 27-Dec 10; 6: 1229-32, 1234, 1251-2 |
| 12026 | Winter, C. C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Dec; 144: 1481-2 |
| 3886 | Winter, C.C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [letter; comment]. J Urol. 1990 Dec; 144: 1481-1482 |
| 43507 | Winters, J. C., Appell, R. Periurethral injection of collagen in the treatment of intrinsic sphincteric deficiency in the female patient. Urol Clin North Am. 1995 Aug; 22: 673-8 |
| 43112 | Winters, J. C., Appell, R. A. Collagen injection therapy in the treatment of urinary incontinence. Tech Urol. 1996 Summer; 2: 59-64 |
| 10499 | Winters, J. C., Cespedes, R. D., Vanlangendonck, R. Abdominal sacral colpopexy and abdominal enterocele repair in the management of vaginal vault prolapse. Urology. 2000 Dec 4; 56: 55-63 |
| 10614 | Winters, J. C., Chiverton, A., Scarpero, H. M., Prats, L. J., Jr Collagen injection therapy in elderly women: long-term results and patient satisfaction. Urology. 2000 Jun; 55: 856-61 |

**Appendix A5 - Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**10503** Winters, J. C., Scarpero, H. M., Appell, R. A. Use of bone anchors in female urology. Urology. 2000 Dec 4; 56: 15-22

**44536** Wise, B. G., Abbott, D., Kelleher, C. J., Haken, J., Burton, G., Cardozo, L. D. Urinary incontinence. BMJ. 1992 Jan 11; 304: 119-20

**11885** Wise, B. G., Burton, G., Cutner, A., Cardozo, L. D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-6

**11805** Wise, B. G., Cardozo, L. D., Cutner, A., Benness, C. J., Burton, G. Prevalence and significance of urethral instability in women with detrusor instability. Br J Urol. 1993 Jul; 72: 26-9

**11964** Wise, B., Cardozo, L. Urge incontinence and stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 520-7

**3491** Wise, B.G., Abbott, D., Kelleher, C.J., Haken, J., Burton, G., and Cardozo, L.D. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 11; 304: 119-120

**3305** Wise, B.G., Burton, G., Cutner, A., and Cardozo, L.D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-16

**44682** Wise, L. A., Lappin, M. R. A syndrome resembling feline dysautonomia (Key-Gaskell syndrome) in a dog. J Am Vet Med Assoc. 1991 Jun 15; 198: 2103-6

**41885** Wise, T. N. Psychosocial side effects of sildenafil therapy for erectile dysfunction. J Sex Marital Ther. 1999 Apr-Jun; 25: 145-50

**44737** Wise, W. E., Jr, Aguilar, P. S., Padmanabhan, A., Meesig, D. M., Arnold, M. W., Stewart, W. R. Surgical treatment of low rectovaginal fistulas. Dis Colon Rectum. 1991 Mar; 34: 271-4

**3415** Wiseman, J. Layers of meaning. Nurs Times. 1992 May 6-12; 88: 38-40

**40489** Wiseman, O. J., v, d., Hombergh U, Koldewijn, E. L., Spinelli, M., Siegel, S. W., Fowler, C. J. Sacral neuromodulation and pregnancy. J Urol. 2002 Jan; 167: 165-8

**44722** Wiseman, P. A., Malone-Lee, J., Rai, G. S. Terodiline with bladder retraining for treating detrusor instability in elderly people. BMJ. 1991 Apr 27; 302: 994-6

**3688** Wiseman, P.A., Malone-Lee, J., and Rai, G.S. Terodiline with bladder retraining for treating detrusor instability in elderly people [see comments]. Bmj. 1991 Apr 27; 302: 994-996

**11722** Wiskind, A. K., Miller, K. F., Wall, L. L. One hundred unstable bladders. Obstet Gynecol. 1994 Jan; 83: 108-12

**5300** Wiskind, A.K. The incidence of genital prolapse following the Burch colposuspension operation. Neurourology and Urodynamics. 1991; 10: 453-454

**41901** Wisser, J., Schar, G., Kurmanavicius, J., Huch, R., Huch, A. Use of 3D ultrasound as a new approach to assess obstetrical trauma to the pelvic floor. Ultraschall Med. 1999 Feb; 20: 15-8

**44802** Wolf, H., Wandt, H., Jonat, W. Immunohistochemical evidence of estrogen and progesterone receptors in the female lower urinary tract and comparison with the vagina. Gynecol Obstet Invest. 1991; 32: 227-31

**3096** Wolf, J.S., Jr., Turzan, C.W. Augmentation ureterocystoplasty. J Urol. 1993 May; 149: 1095-1098

**41304** Wolf, S. L., Riolo, L., Ouslander, J. G. Urge incontinence and the risk of falling in older women. J Am Geriatr Soc. 2000 Jul; 48: 847-8

**44259** Wolfe, C. D., Taub, N. A., Woodrow, J., Richardson, E., Warburton, F. G., Burney, P. G. Does the incidence, severity, or case fatality of stroke vary in southern England?. J Epidemiol Community Health. 1993 Apr; 47: 139-43

**10211** Wolters, M., Methfessel, H. D., Goepel, C., Koelbl, H. Computer-assisted virtual urethral pressure profile in the assessment of female genuine stress incontinence. Obstet Gynecol. 2002 Jan; 99: 69-74

**42496** Wong, E. Y. Uterine didelphys and occult spinal dysraphism: an unusual case. Dev Med Child Neurol. 1998 Feb; 40: 124-5

**43741** Wong, L. Incontinence has different meanings for different people. Aust J Adv Nurs. 1995 Spring; 13: 6-15

**50460** Wong, M. Y., Harmanli, O. H., Agar, M., Dandolu, V., Grody, M. H. Collagen content of nonsupport tissue in pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2003 Dec; 189: 1597-9; discussion 1599-1600

**11551** Woo, H. H., Rosario, D. J., Chapple, C. R. Stone formation on permanent suture material used previously in colposuspension. Br J Urol. 1995 Jul; 76: 139-40

**44019** Woo, J., Ho, S. C., Lau, J., Yuen, Y. K., Chiu, H., Lee, H. C., Chi, I. The prevalence of depressive symptoms and predisposing factors in an elderly Chinese population. Acta Psychiatr Scand. 1994 Jan; 89: 8-13

**40653** Wood, B. C., Rossmeisl, J. H., Jr, Rohleder, J. J. What is your diagnosis? Pronounced ventral deviation of the colon by an irregular soft tissue opacity in the retroperitoneal area. J Am Vet Med Assoc. 2001 Aug 1; 219: 305-6

**42498** Woodhouse, C. R., Christofides, M. Modified ureterosigmoidostomy (Mainz II)--technique and early results. Br J Urol. 1998 Feb; 81: 247-52

**44005** Woodhouse, C. R., Gordon, E. M. The Mitrofanoff principle for urethral failure. Br J Urol. 1994 Jan; 73: 55-60

**43801** Woodhouse, C. R., MacNeily, A. E. The Mitrofanoff principle: expanding upon a versatile technique. Br J Urol. 1994 Oct; 74: 447-53

**43212** Woodhouse, C. R., Redgrave, N. G. Late failure of the reconstructed exstrophy bladder. Br J Urol. 1996 Apr; 77: 590-2

**3307** Woodhouse, C.R. Reconstruction of the lower urinary tract for neurogenic bladder: lessons from the adolescent age group. Br J Urol. 1992 Jun; 69: 589-593

**10697** Woodman, P. J. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 409

**41378** Woodman, P. J., Davis, G. D. The relationship of the in-situ advancing vaginal wall sling to vaginal epithelial inclusion cyst. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 124-6

**40059** Woodman, P. J., Graney, D. O. Anatomy and physiology of the female perineal body with relevance to obstetrical injury and repair. Clin Anat. 2002 Aug; 15: 321-34

**40501** Woodman, P. J., Misko, C. A., Fischer, J. R. The use of short-form quality of life questionnaires to measure the impact of imipramine on women with urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 312-5; discussion 315-6

**50110** Woodman, P. J., Ruiz, H. L. Retropubic urethrolysis without resuspension for the management of posturethropexy urinary retention and voiding dysfunction. Mil Med. 2004 Feb; 169: 117-20

**44727** Woods, D., Dobranowski, J., Orovan, W. L., Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-26

**3684** Woods, D., Dobranowski, J., Orovan, W.L., and Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-126

**11509** Woodtli, A. Mixed incontinence: a new nursing diagnosis?. Nurs Diagn. 1995 Oct-Dec; 6: 135-42

**11550** Woodtli, A. Stress incontinence: clinical identification and validation of defining characteristics. Nurs Diagn. 1995 Jul-Sep; 6: 115-22

**11842** Woodtli, M. A. Assessing urge incontinence in elderly women. Geriatr Nurs. 1993 Jan-Feb; 14: 19-22

**3184** Woodward, S. A checklist to meet long-term needs. Continence assessment of neuroscience patients. Prof Nurse. 1993 Jan; 8: 222-226

**43069** Woodward, S. Impact of neurological problems on urinary continence. Br J Nurs. 1996 Aug 8-Sep 11; 5: 906-13

**41511** Wooldridge, L. S. Toileting assistance based on bladder volume. Ostomy Wound Manage. 1999 Dec; 45: 50

**42649** Wootton, J. C. Search on urinary incontinence in elderly females. J Womens Health. 1997 Oct; 6: 583-6

**43239** Wozniak-Petrofsky, J. Periurethral collagen injection in the treatment of urinary incontinence. Urol Nurs. 1996 Mar; 16: 20-2

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 494 of 800 PageID #: 202953

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

3133    Wozniak-Petrofsky, J. Urinary incontinence in the elderly: not a normal part of aging. Urol Nurs. 1993 Mar; 13: 12-16

40116   Wraige, E., Borzyskowski, M. Investigation of daytime wetting: when is spinal cord imaging indicated?. Arch Dis Child. 2002 Aug; 87: 151-5

59281   Wren, P. A., Janz, N. K., Brubaker, L., Fitzgerald, M. P., Weber, A. M., LaPorte, F. B., Wei, J. T. Reliability of health-related quality-of-life measures 1 year after surgical procedures for pelvic floor disorders. Am J Obstet Gynecol. 2005 Mar; 192: 780-8

40792   Wright, E. J. Current status of fascia lata allograft slings treating urinary incontinence: effective or ephemeral?. Tech Urol. 2001 Jun; 7: 81-6

10989   Wright, E. J., Iselin, C. E., Carr, L. K., Webster, G. D. Pubovaginal sling using cadaveric allograft fascia for the treatment of intrinsic sphincter deficiency. J Urol. 1998 Sep; 160: 759-62

3833    Wright, K. Collaborative management of the incontinent patient [editorial]. Urol Nurs. 1990 Dec; 10: 6

4096    Wright, K. ET nurses as the specialists in the care and prevention of incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 41-42

3782    Wright, K. Special update on incontinence in the adult. J Enterostomal Ther. 1991 Mar-Apr; 18: 26A-27A

3775    Wroblewski, J. Terodiline: a new compound for the treatment of urge incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 22-29

44412   Wszolek, Z. K., Pfeiffer, R. F., Bhatt, M. H., Schelper, R. L., Cordes, M., Snow, B. J., Rodnitzky, R. L., Wolters, E. C., Arwert, F., Calne, D. B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-20

3251    Wszolek, Z.K., Pfeiffer, R.F., Bhatt, M.H., Schelper, R.L., Cordes, M., Snow, B.J., Rodnitzky, R.L., Wolters, E.C., Arwert, F., and Calne, D.B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-320

31178   Wu, V., Farrell, S. A., Baskett, T. F., Flowerdew, G. A simplified protocol for pessary management. Obstet Gynecol. 1997 Dec; 90: 990-4

40094   Wu, W. J., Chiang, P. H., Huang, C. H. Retroperitoneal laparoscopic nephrectomy in the treatment of incontinence from ectopic ureter with renal hypoplasia in the child--a case report. Kaohsiung J Med Sci. 2001 Dec; 17: 626-9

40660   Wyczolkowski, M., Klima, W., Piasecki, Z. Reoperation after complicated tension-free vaginal tape procedures. J Urol. 2001 Sep; 166: 1004-5

50300   Wyllie, M. G. Hormone-based approaches: altering the balance. BJU Int. 2004 Feb; 93: 415-6

10577   Wyman, J. F. Management of urinary incontinence in adult ambulatory care populations. Annu Rev Nurs Res. 2000; 18: 171-94

11812   Wyman, J. F. Managing urinary incontinence with bladder training: a case study. J ET Nurs. 1993 May-Jun; 20: 121-6

42335   Wyman, J. F. Quality of life of older adults with urinary incontinence. J Am Geriatr Soc. 1998 Jun; 46: 778-9

42904   Wyman, J. F. The 'costs' of urinary incontinence. Eur Urol. 1997; 32 Suppl 2: 13-9

43870   Wyman, J. F. The psychiatric and emotional impact of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 336-9

57090   Wyman, J. F. Treatment of urinary incontinence in men and older women: the evidence shows the efficacy of a variety of techniques. Am J Nurs. 2003 Mar; Suppl: 26-35

11784   Wyman, J. F., Elswick, R. K., Jr Ory, M. G., Wilson, M. S., Fantl, J. A. Influence of functional, urological, and environmental characteristics on urinary incontinence in community-dwelling older women. Nurs Res. 1993 Sep-Oct; 42: 270-5

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 495 of 900 PageID #: 202954

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10943 | Wyman, J. F., Fantl, J. A., McClish, D. K., Bump, R. C. Comparative efficacy of behavioral interventions in the management of female urinary incontinence. Continence Program for Women Research Group. Am J Obstet Gynecol. 1998 Oct; 179: 999-1007 |
| 11118 | Wyman, J. F., Fantl, J. A., McClish, D. K., Harkins, S. W., Uebersax, J. S., Ory, M. G. Quality of life following bladder training in older women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 223-9 |
| 45025 | Wyman, J. F., Harkins, S. W., Fantl, J. A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-8 |
| 3588 | Wyman, J.F., Fantl, J.A. Bladder training in ambulatory care management of urinary incontinence. Urol Nurs. 1991 Sep; 11: 11-17 |
| 4155 | Wyman, J.F., Harkins, S.W., and Fantl, J.A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-288 |
| 43590 | Wyndaele, J. J. Non surgical treatment of female incontinence. Acta Urol Belg. 1995 May; 63: 39-40 |
| 40747 | Wyndaele, J. J., Madersbacher, H., Kovindha, A. Conservative treatment of the neuropathic bladder in spinal cord injured patients. Spinal Cord. 2001 Jun; 39: 294-300 |
| 3408 | Wyndaele, J.J. Are sensations perceived during bladder filling reproducible during cystometry?. Urol Int. 1992; 48: 299-301 |
| 4074 | Wyndaele, J.J., Maes, D. Clean intermittent self-catheterization: a 12-year followup. J Urol. 1990 May; 143: 906-908 |
| 44845 | Xu, W. P., Song, X. W., Yue, S. Y., Cai, Y. B., Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin Med J (Engl). 1990 Nov; 103: 879-84 |
| 3831 | Xu, W.P., Song, X.W., Yue, S.Y., Cai, Y.B., and Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin-Med-J (Engl). 1990 Nov; 103: 879-884 |
| 40338 | Xu, Y. M., Qiao, Y., Sa, Y. L., Zhang, J., Li, T., Zhang, X. R., Chen, Z. Study of efferent tube suspension as a continent diversion mechanism. an experimental study in dogs. Urol Int. 2002; 68: 193-6 |
| 44732 | Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence. J Urol. 1991 Apr; 145: 839-40 |
| 3778 | Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence [letter; comment]. J Urol. 1991 Apr; 145: 839-840 |
| 59057 | Yalcin, I., Bump, R. C. The effect of previous treatment experience and incontinence severity on the placebo response of stress urinary incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 194-7 |
| 51930 | Yalcin, I., Bump, R. C. Validation of two global impression questionnaires for incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 98-101 |
| 59129 | Yalcin, I., Versi, E., Benson, J. T., Schafer, W., Bump, R. C. Validation of a clinical algorithm to diagnose stress urinary incontinence for large studies. J Urol. 2004 Jun; 171: 2321-5 |
| 10616 | Yalcin, O. T., Hassa, H., Ozalp, S. Effectiveness of ultrasonographic parameters for documenting the severity of anatomic stress incontinence. Acta Obstet Gynecol Scand. 2000 May; 79: 421-6 |
| 10155 | Yalcin, O. T., Hassa, H., Tanir, M. A new ultrasonographic method for evaluation of the results of anti-incontinence operations. Acta Obstet Gynecol Scand. 2002 Feb; 81: 151-6 |
| 10390 | Yalcin, O. T., Yildirim, A., Hassa, H. The effects of severe cystocele on urogynecologic symptoms and findings. Acta Obstet Gynecol Scand. 2001 May; 80: 423-7 |
| 50720 | Yalcin, O., Isikoglu, M., Beji, N. K. Results of TVT operations alone and combined with other vaginal surgical procedures. Arch Gynecol Obstet. 2004 Jan; 269: 96-8 |
| 10535 | Yalla, S. V. Injections, slings and urodynamics. J Urol. 2000 Nov; 164: 1632 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**10991**    Yamada, T., Arai, G., Masuda, H., Tsukamoto, T., Nagahama, K., Nagamatsu, H. The correction of type 2 stress incontinence with a polytetrafluoroethylene patch sling: 5-year mean followup. J Urol. 1998 Sep; 160: 746-9

**10170**    Yamada, T., Ichiyanagi, N., Kamata, S., Sakai, Y., Nagahama, K., Tanizawa, A., Watanabe, T., Horiuchi, S., Saitoh, H. Need for sling surgery in patients with large cystoceles and masked stress urinary incontinence. Int J Urol. 2001 Nov; 8: 599-603

**10184**    Yamada, T., Kamata, S., Nagahama, K., Ichiyanagi, N., Horiuchi, S., Saitoh, H. Polytetrafluoroethylene patch sling for type 2 or type 3 stress urinary incontinence. Int J Urol. 2001 Dec; 8: 675-80

**3560**    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., and Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-1558

**11935**    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-8

**3463**    Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., and Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta-Neurochir (Wien). 1991; 113: 42-47

**44799**    Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta Neurochir (Wien). 1991; 113: 42-7

**41121**    Yamanishi, T., Sakakibara, R., Uchiyama, T., Suda, S., Hattori, T., Ito, H., Yasuda, K. Comparative study of the effects of magnetic versus electrical stimulation on inhibition of detrusor overactivity. Urology. 2000 Nov 1; 56: 777-81

**41159**    Yamanishi, T., Yasuda, K., Murayama, N., Sakakibara, R., Uchiyama, T., Ito, H. Biofeedback training for detrusor overactivity in children. J Urol. 2000 Nov; 164: 1686-90

**11162**    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Ito, H., Murakami, S. Pelvic floor electrical stimulation in the treatment of stress incontinence: an investigational study and a placebo controlled double- blind trial. J Urol. 1997 Dec; 158: 2127-31

**41502**    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Suda, S. Randomized, double-blind study of electrical stimulation for urinary incontinence due to detrusor overactivity. Urology. 2000 Mar; 55: 353-7

**42180**    Yamanishi, T., Yasuda, K., Sakakibara, R., Murayama, N., Hattori, T., Ito, H. Detrusor overactivity and penile erection in patients with lower lumbar spine lesions. Eur Urol. 1998 Oct; 34: 360-4

**41710**    Yamanishi, T., Yasuda, K., Sakakibara, R., Suda, S., Ishikawa, N., Hattori, T., Hosaka, H. Induction of urethral closure and inhibition of bladder contraction by continuous magnetic stimulation. Neurourol Urodyn. 1999; 18: 505-10

**10689**    Yamanishi, T., Yasuda, K., Suda, S., Ishikawa, N., Sakakibara, R., Hattori, T. Effect of functional continuous magnetic stimulation for urinary incontinence. J Urol. 2000 Feb; 163: 456-9

**44788**    Yamashita, H., Kumazawa, J. Voiding dysfunction: patients with human T-lymphotropic-virus-type-1- associated myelopathy. Urol Int. 1991; 47 Suppl 1: 69-71

**59079**    Yan, A., Anne, M., Karine, A., Vanessa, F., Christophe, P., Anne, T., Patrick, M. Cystocele repair by a synthetic vaginal mesh secured anteriorly through the obturator foramen. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 90-4

**59392**    Yan, Y. J., Feng, Z. X., Min, Z. H., Jin, Y. X. Single-system ectopic ureters associated with renal dysplasia. Pediatr Surg Int. 2004 Dec; 20: 851-4

**54720**    Yang, J. C., Chang, K. C. Exercise-induced acute spinal subdural hematoma: a case report. Kaohsiung J Med Sci. 2003 Dec; 19: 624-7

**43158**    Yang, J. M. Factors affecting urethrocystographic parameters in urinary continent women. J Clin Ultrasound. 1996 Jun; 24: 249-55

**51770**    Yang, J. M., Huang, W. C. Bladder wall thickness on ultrasonographic cystourethrography: affecting factors and their implications. J Ultrasound Med. 2003 Aug; 22: 777-82

---

    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3686-46 Filed 09/13/19 Page 497 of 300 PageID #: 202956

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

53730    Yang, J. M., Huang, W. C. Discrimination of bladder disorders in female lower urinary tract symptoms on ultrasonographic cystourethrography. J Ultrasound Med. 2002 Nov; 21: 1249-55

10013    Yang, J. M., Huang, W. C. Implications of abdominal straining in women with lower urinary tract symptoms. Urology. 2002 Sep; 60: 428-33

11479    Yang, S. C., Park, D. S., Lee, J. M., Graham, R. W. Laparoscopic extraperitoneal bladder neck suspension (LEBNS) for stress urinary incontinence. J Korean Med Sci. 1995 Dec; 10: 426-30

56600    Yang, T., Liu, Z., Liu, Y. Electroacupuncture at ciliao and huiyang for treating neuropathic incontinence of defecation and urination in 30 cases. J Tradit Chin Med. 2003 Mar; 23: 53-4

55420    Yap, L. K., Au, S. Y., Ang, Y. H., Kwan, K. Y., Ng, S. C., Ee, C. H. Who are the residents of a nursing home in Singapore?. Singapore Med J. 2003 Feb; 44: 65-73

43660    Yarker, Y. E., Goa, K. L., Fitton, A. Oxybutynin. A review of its pharmacodynamic and pharmacokinetic properties, and its therapeutic use in detrusor instability. Drugs Aging. 1995 Mar; 6: 243-62

10751    Yasuda, K., Yamanishi, T. Critical evaluation of electro-stimulation for management of female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 503-7

43893    Yasumura, S., Haga, H., Nagai, H., Suzuki, T., Amano, H., Shibata, H. Rate of falls and the correlates among elderly people living in an urban community in Japan. Age Ageing. 1994 Jul; 23: 323-7

40977    Yavuzer, G., Gok, H., Tuncer, S., Soygur, T., Arikan, N., Arasil, T. Compliance with bladder management in spinal cord injury patients. Spinal Cord. 2000 Dec; 38: 762-5

41907    Yeruham, I., Elad, D., Perl, S., Avidar, Y., Israeli, B., Shlosberg, A. Isolation of Corynebacterium pilosum and Actinomyces pyogenes from cystitis and vulvovaginitis infection in a 2-month-old female calf. Zentralbl Veterinarmed [B]. 1999 Mar; 46: 127-30

41733    Yeung, C. K., Liu, K. W., Ng, W. T., Tan, H. L., Tam, Y. H., Lee, K. H. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 1999 Aug; 84: 324-8

54500    Yeung, C. K., Sihoe, J. D., Sit, F. K., Bower, W., Sreedhar, B., Lau, J. Characteristics of primary nocturnal enuresis in adults: an epidemiological study. BJU Int. 2004 Feb; 93: 341-5

52520    Yip, S. K., Chan, A., Pang, S., Leung, P., Tang, C., Shek, D., Chung, T. The impact of urodynamic stress incontinence and detrusor overactivity on marital relationship and sexual function. Am J Obstet Gynecol. 2003 May; 188: 1244-8

53170    Yip, S. K., Chung, T. K. Treatment-seeking behavior in Hong Kong Chinese women with urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 27-30; discussion 30

11001    Yip, S. K., Leung, T. Y., Chan, C. K. Hematuria and clot retention after Burch colposuspension and Cystofix suprapubic catheterization: suprapubic cystotomy as an alternative suprapubic drainage method. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 122-4

10016    Yip, S. K., Sahota, D., Chang, A. M., Chung, T. K. Four-year follow-up of women who were diagnosed to have postpartum urinary retention. Am J Obstet Gynecol. 2002 Sep; 187: 648-52

51650    Yip, S. K., Sahota, D., Chang, A., Chung, T. Effect of one interval vaginal delivery on the prevalence of stress urinary incontinence: a prospective cohort study. Neurourol Urodyn. 2003; 22: 558-62

11584    Yokoyama, E. Contigen Bard Collagen implant: the Japanese experience. Int J Urol. 1995 Apr; 2 Suppl 1: 11-5; discussion 16-8

44543    Yokoyama, O., Nagano, K., Kawaguchi, K., Komatsu, K., Egawa, M., Hisazumi, H. The influence of pelvic nerve transection on the neuromuscular system of the canine urinary bladder. Urol Res. 1992; 20: 45-8

41349    Yokoyama, O., Yoshiyama, M., Namiki, M., de Groat, W. C. Role of the forebrain in bladder overactivity following cerebral infarction in the rat. Exp Neurol. 2000 Jun; 163: 469-76

Appendix A5 - Bibliography sorted by Primary Author

Case 2:12-md-02327 Document 3080-16 Filed 05/13/19 Page 518 of 800 PageID #: 202957

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

10480   Yokoyama, T., Yoshimura, N., Dhir, R., Qu, Z., Fraser, M. O., Kumon, H., de Groat, W. C., Huard, J., Chancellor, M. B. Persistence and survival of autologous muscle derived cells versus bovine collagen as potential treatment of stress urinary incontinence. J Urol. 2001 Jan; 165: 271-6

59360   Yokozuka, M., Namima, T., Nakagawa, H., Ichie, M., Handa, Y. Effects and indications of sacral surface therapeutic electrical stimulation in refractory urinary incontinence. Clin Rehabil. 2004 Dec; 18: 899-907

41119   Yono, M., Yoshida, M., Takahashi, W., Inadome, A., Ueda, S. Comparison of the effects of novel antimuscarinic drugs on human detrusor smooth muscle. BJU Int. 2000 Oct; 86: 719-25

41936   Yono, M., Yoshida, M., Wada, Y., Kikukawa, H., Takahashi, W., Inadome, A., Seshita, H., Ueda, S. Pharmacological effects of tolterodine on human isolated urinary bladder. Eur J Pharmacol. 1999 Mar 5; 368: 223-30

42714   Yoo, J. J., Magliochetti, M., Atala, A. Detachable self-sealing membrane system for the endoscopic treatment of incontinence. J Urol. 1997 Sep; 158: 1045-8

42262   Yoon, E., Swift, S. A comparison of maximum cystometric bladder capacity with maximum environmental voided volumes. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 78-82

57440   Yoon, H. S., Song, H. H., Ro, Y. J. A comparison of effectiveness of bladder training and pelvic muscle exercise on female urinary incontinence. Int J Nurs Stud. 2003 Jan; 40: 45-50

42501   Yordan, E. L. Obstetrics and gynecology. J Am Coll Surg. 1998 Feb; 186: 182-8

40012   Yoshimura, N., Chancellor, M. B. Current and future pharmacological treatment for overactive bladder. J Urol. 2002 Nov; 168: 1897-913

42562   Yoshimura, N., Nagahama, Y., Ueda, T., Yoshida, O. Paroxysmal urinary incontinence associated with multiple sclerosis. Urol Int. 1997; 59: 197-9

41301   Yoshimura, T., Nagata, Y., Matsuura, K., Okamura, H. Primary vaginal stone in an 11-year-old recumbent girl. Gynecol Obstet Invest. 2000; 50: 64-6

41878   Yoshino, M., Yoshimi, Y., Taniguchi, M., Nakamura, S., Ikeda, T. Syndrome of inappropriate secretion of antidiuretic hormone associated with idiopathic normal pressure hydrocephalus. Intern Med. 1999 Mar; 38: 290-2

41136   Yoshiyama, M., Yamamoto, T., de Groat, W. C. Role of spinal alpha(1)-adrenergic mechanisms in the control of lower urinary tract in the rat. Brain Res. 2000 Nov 3; 882: 36-44

42132   You, H. Y., Wang, S. R. Normal pressure hydrocephalus in a patient with systemic lupus erythematosus: a case report. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Sep; 61: 551-5

42206   Young, S. B., Becker, J. Postoperative urinary drainage. Clin Obstet Gynecol. 1998 Sep; 41: 735-43

10305   Young, S. B., Howard, A. E., Baker, S. P. Mersilene mesh sling: short- and long-term clinical and urodynamic outcomes. Am J Obstet Gynecol. 2001 Jul; 185: 32-40

43913   Young, S. B., Pingeton, D. M. A practical approach to perimenopausal and postmenopausal urinary incontinence. Obstet Gynecol Clin North Am. 1994 Jun; 21: 357-79

41846   Young, S. B., Pingeton, D. M. Office assessment of female urinary incontinence. Clin Obstet Gynecol. 1999 Jun; 42: 249-66

11486   Young, S. B., Rosenblatt, P. L., Pingeton, D. M., Howard, A. E., Baker, S. P. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. Am J Obstet Gynecol. 1995 Dec; 173: 1719-25; discussion 1725-6

3318   Younoszai, M.K. Stooling problems in patients with myelomeningocele. South Med J. 1992 Jul; 85: 718-724

52450   Yu, H. J., Wong, W. Y., Chen, J., Chie, W. C. Quality of life impact and treatment seeking of Chinese women with urinary incontinence. Qual Life Res. 2003 May; 12: 327-33

12079   Yu, L. C., Rohner, T. J., Kaltreider, D. L., Hu, T. W., Igou, J. F., Dennis, P. J. Profile of urinary incontinent elderly in long-term care institutions. J Am Geriatr Soc. 1990 Apr; 38: 433-9

**Appendix A5 - Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 3564 | Yu, L.C., Johnson, K., Kaltreider, D.L., Hu, T.W., Brannon, D., and Ory, M. Urinary incontinence: nursing home staff reaction toward residents. J Gerontol Nurs. 1991 Nov; 17: 34-41 |
| 4076 | Yu, L.C., Rohner, T.J., Kaltreider, D.L., Hu, T.W., Igou, J.F., and Dennis, P.J. Profile of urinary incontinent elderly in long-term care institutions [see comments]. J Am Geriatr Soc. 1990 Apr; 38: 433-439 |
| 44142 | Yu, T. J. Single unilateral vaginal ectopic ureter. J Formos Med Assoc. 1993 Oct; 92: 923-5 |
| 59037 | Yuan, X., Mudge, B. J., Raezer, D. M. Small intestine erosion by artificial urinary sphincter reservoir tubing. J Urol. 2004 Oct; 172: 1363 |
| 54130 | Yucel, S., Baskin, L. S. An anatomical description of the male and female urethral sphincter complex. J Urol. 2004 May; 171: 1890-7 |
| 43134 | Yusuf, S. W., Booth, S. A., Mishra, R. M. Falls and urinary incontinence in a 66-year-old woman. Lancet. 1996 Jun 22; 347: 1738 |
| 40097 | Zannolli, R., Gilman, S., Rossi, S., Volpi, N., Bernini, A., Galluzzi, P., Galimberti, D., Pucci, L., D'Ambrosio, A., Morgese, G., Giannini, F. Hereditary neuronal intranuclear inclusion disease with autonomic failure and cerebellar degeneration. Arch Neurol. 2002 Aug; 59: 1319-26 |
| 11314 | Zaragoza, M. R. Expanded indications for the pubovaginal sling: treatment of type 2 or 3 stress incontinence. J Urol. 1996 Nov; 156: 1620-2 |
| 42292 | Zaragoza, M. R. The unspoken affliction. Del Med J. 1998 Jun; 70: 301-2 |
| 57830 | Zemack, G., Romner, B. Adjustable valves in normal-pressure hydrocephalus: a retrospective study of 218 patients. Neurosurgery. 2002 Dec; 51: 1392-400; discussion 1400-2 |
| 52650 | Zibecchi, L., Greendale, G. A., Ganz, P. A. Continuing education: Comprehensive menopausal assessment: an approach to managing vasomotor and urogenital symptoms in breast cancer survivors. Oncol Nurs Forum. 2003 May-Jun; 30: 393-407 |
| 55350 | Zietman, A. L., Sacco, D., Skowronski, U., Gomery, P., Kaufman, D. S., Clark, J. A., Talcott, J. A., Shipley, W. U. Organ conservation in invasive bladder cancer by transurethral resection, chemotherapy and radiation: results of a urodynamic and quality of life study on long-term survivors. J Urol. 2003 Nov; 170: 1772-6 |
| 3167 | Zietman, A.L., Shipley, W.U., and Willett, C.G. Residual disease after radical surgery or radiation therapy for prostate cancer. Clinical significance and therapeutic implications. Cancer. 1993 Feb 1; 71: 959-969 |
| 10365 | Zilbert, A. W., Farrell, S. A. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 141-3 |
| 44209 | Zimakoff, J., Pontoppidan, B., Larsen, S. O., Stickler, D. J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-99 |
| 2995 | Zimakoff, J., Pontoppidan, B., Larsen, S.O., and Stickler, D.J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-199 |
| 43205 | Zimakoff, J., Stickler, D. J., Pontoppidan, B., Larsen, S. O. Bladder management and urinary tract infections in Danish hospitals, nursing homes, and home care: a national prevalence study. Infect Control Hosp Epidemiol. 1996 Apr; 17: 215-21 |
| 43623 | Zimmern, P. Incontinence. J Urol. 1995 Apr; 153: 1194-5 |
| 53930 | Zimmern, P. E. A new injectable bulking agent for treatment of stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 400 |
| 53940 | Zimmern, P. E. Autologous fat injection as treatment for female stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 399 |
| 11284 | Zimmern, P. E., Hadley, R. Re: The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1997 Jan; 157: 268 |
| 42242 | Zinner, N. R. Clinical aspects of detrusor instability and the value of urodynamics. Eur Urol. 1998; 34 Suppl 1: 16-9 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

40220   Zinner, N. R., Mattiasson, A., Stanton, S. L. Efficacy, safety, and tolerability of extended-release once-daily tolterodine treatment for overactive bladder in older versus younger patients. J Am Geriatr Soc. 2002 May; 50: 799-807

59247   Zinner, N., Harnett, M., Sabounjian, L., Sandage, B., Jr, Dmochowski, R., Staskin, D. The overactive bladder-symptom composite score: a composite symptom score of toilet voids, urgency severity and urge urinary incontinence in patients with overactive bladder. J Urol. 2005 May; 173: 1639-43

11168   Zivkovic, F., Tamussino, K. Effects of vaginal surgery on the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 329-31

10580   Zivkovic, F., Tamussino, K., Pieber, D., Haas, J. Body mass index and outcome of incontinence surgery. Obstet Gynecol. 1999 May; 93: 753-6

11415   Zivkovic, F., Tamussino, K., Ralph, G., Schied, G., Auer-Grumbach, M. Long-term effects of vaginal dissection on the innervation of the striated urethral sphincter. Obstet Gynecol. 1996 Feb; 87: 257-60

3173   Zollner-Nielsen, M., Samuelsson, S.M. Maximal electrical stimulation of patients with frequency, urgency and urge incontinence. Report of 38 cases. Acta Obstet Gynecol Scand. 1992 Dec; 71: 629-631

10820   Zorn, B. H., Montgomery, H., Pieper, K., Gray, M., Steers, W. D. Urinary incontinence and depression. J Urol. 1999 Jul; 162: 82-4

11474   Zorzos, I., Paterson, P. J. Quality of life after a Marshall-Marchetti-Krantz procedure for stress urinary incontinence. J Urol. 1996 Jan; 155: 259-62

57670   Zoubina, E. V., Smith, P. G. Expression of estrogen receptors alpha and beta by sympathetic ganglion neurons projecting to the proximal urethra of female rats. J Urol. 2003 Jan; 169: 382-5

10021   Zozikov, B., Kunchev, S. I., Varlev, C. Application of clenbuterol in the treatment of urinary incontinence. Int Urol Nephrol. 2001; 33: 413-6

59078   Zubke, W., Becker, S., Kramer, B., Wallwiener, D. Persistent urinary retention after tension-free vaginal tape: a new surgical solution. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 95-8

41470   Zulkowski, K., Kindsfater, D. Examination of care-planning needs for elderly newly admitted to an acute care setting. Ostomy Wound Manage. 2000 Jan; 46: 32-8

10146   Zullo, F., Morelli, M., Russo, T., Iuzzolino, D., Palomba, S. Two techniques of laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 2002 May; 9: 178-81

10238   Zullo, F., Palomba, S., Piccione, F., Morelli, M., Arduino, B., Mastrantonio, P. Laparoscopic Burch colposuspension: a randomized controlled trial comparing two transperitoneal surgical techniques. Obstet Gynecol. 2001 Nov; 98: 783-8

59225   Zullo, F., Palomba, S., Russo, T., Sbano, F. M., Falbo, A., Morelli, M., Pellicano, M., Mastrantonio, P. Laparoscopic colposuspension using sutures or prolene meshes: a 3-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2004 Dec 1; 117: 201-3

59175   Zullo, M. A., Plotti, F., Bellati, F., Muzii, L., Angioli, R., Panici, P. B. Transurethral polydimethylsiloxane implantation: a valid option for the treatment of stress urinary incontinence due to intrinsic sphincter deficiency without urethral hypermobility. J Urol. 2005 Mar; 173: 898-902

41012   Zvosec, D. L., Smith, S. W., McCutcheon, J. R., Spillane, J., Hall, B. J., Peacock, E. A. Adverse events, including death, associated with the use of 1,4- butanediol. N Engl J Med. 2001 Jan 11; 344: 87-94

4198   Zweig, S., Lawhorne, L., and Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-159

45038   Zweig, S., Lawhorne, L., Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-9

51530   Zyczynski, H. M., Howden, N. S. Surgical management of urinary incontinence. Curr Womens Health Rep. 2003 Oct; 3: 399-404

**7109 articles listed**

**American Urological Association, Inc.**

SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Procite Number

</div>

---

**2992**   Phillips, E., Uehling, D.T. Hinman syndrome: a vicious cycle. Urology. 1993 Sep; 42: 317-9;discussion319-20

**2993**   Acheson, L.S., Danner, S.C. Postpartum care and breast-feeding. Prim Care. 1993 Sep; 20: 729-747

**2995**   Zimakoff, J., Pontoppidan, B., Larsen, S.O., and Stickler, D.J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-199

**2996**   Broseta, E., Osca, J.M., Morera, J., Martinez-Agullo, E., and Jimenez-Cruz, J.F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-247

**2997**   Weil, E.H., van-Waalwijk-van-Doorn, E.S., Heesakkers, J.P., Meguid, T., and Janknegt, R.A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-230

**2999**   Tobin, G.W. Incontinence in the elderly. West Engl Med J. 1992 Dec; 107: 79-81

**3000**   Ehrlich, R.M., Gershman, A. Laparoscopic seromyotomy (auto-augmentation) for non-neurogenic neurogenic bladder in a child: initial case report. Urology. 1993 Aug; 42: 175-178

**3001**   Sandvik, H., Hunskaar, S. Incontinence pads--prevalence of use and individual consumption. Scand J Soc Med. 1993 Jun; 21: 120-121

**3002**   Brooks, M.J. Urinary incontinence: assessment, treatment, and reimbursement. Home Healthc Nurse. 1993 Jul-Aug; 11: 41-46

**3003**   Smith, P., Heimer, G., Norgren, A., and Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-85

**3004**   Dijkema, H.E., Weil, E.H., Mijs, P.T., and Janknegt, R.A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-76

**3005**   Borzi, P., Gough, D.C. Pedicled gastric tube as a catheterising conduit. Eur Urol. 1993; 24: 103-105

**3008**   Sawle, G.V., Playford, E.D., Brooks, D.J., Quinn, N., and Frackowiak, R.S. Asymmetrical pre-synaptic and post-synaptic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116: 853-867

**3009**   Hollander, J.B., Diokno, A.C. Urinary diversion and reconstruction in the patient with spinal cord injury. Urol Clin North Am. 1993 Aug; 20: 465-474

**3010**   Kurisaka, M., Arisawa, M., Moriki, A., and Mori, K. Successful combination chemotherapy (cisplatin, vinblastine, and bleomycin) with small-dose irradiation in the treatment of pineoblastoma metastasized into spinal cord: case report. Surg Neurol. 1993 Feb; 39: 152-157

**3011**   Riley, D.E., Lang, A.E. The spectrum of levodopa-related fluctuations in Parkinson's disease. Neurology. 1993 Aug; 43: 1459-1464

**3013**   Mayhew, P.A. Overcoming barriers to research utilization with researched-based practice guidelines. Medsurg Nurs. 1993 Aug; 2: 336-337

**3014**   Anon. International Continence Society. 23rd annual meeting, Rome, Italy, 8-11 September 1993. Abstracts. Neurourol Urodyn. 1993; 12: 303-440

**3016**   Lopez, A.E., Padron, O.F., Patsias, G., and Politano, V.A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-858

**3017**   Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-749

**3018**   Geirsson, G., Fall, M., and Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-685

**3019**   Moore, K., Griffiths, D., Latimer, G., and Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-168

**3020**   McGuire, E.J., Gormley, E.A. Urinary incontinence [editorial]. J ET Nurs. 1993 Jul-Aug; 20: 136-137

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3021    Roe, B. Promoting continence in Denmark and UK. Nurs Stand. 1993 Jun 23-29; 7: 28-30

3022    Hassink, E.A., Rieu, P.N., Severijnen, R.S., vd-Staak, F.H., and Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

3023    Smith, P. Estrogens and the urogenital tract. Studies on steroid hormone receptors and a clinical study on a new estradiol-releasing vaginal ring. Acta Obstet Gynecol Scand Suppl. 1993; 157: 1-26

3024    Rousseau, P., Fuentevilla-Clifton, A. Acetazolamide and salicylate interaction in the elderly: a case report. J Am Geriatr Soc. 1993 Aug; 41: 868-869

3025    Lalos, O., Berglund, A.L., and Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

3026    Brandell, R.A., Brock, J.W., 3d. Common problems in pediatric urology. Compr Ther. 1993; 19: 11-16

3027    Reid, C.J., Borzyskowski, M. Lower urinary tract dysfunction in cerebral palsy. Arch Dis Child. 1993 Jun; 68: 739-742

3028    Van-Kerrebroeck, P.E., Koldewijn, E.L., Scherpenhuizen, S., and Debruyne, F.M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-329

3029    Whyte, T.D., McNally, D.S., and James, E.D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-186

3030    Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., and Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-196

3031    Cottenden, A., Ledger, D. Incontinence pads: predicting their leakage performance using laboratory tests. Neurourol Urodyn. 1993; 12: 289-291

3032    Walter, J.S., Wheeler, J.S., Morgan, C., Zaszczurynski, P., and Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-276

3034    Nochajski, T.H., Burns, P.A., Pranikoff, K., and Dittmar, S.S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-233

3035    Jakobsen, H., Kromann-Andersen, B., Nielsen, K.K., and Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-381

3037    Chang, M.K., Joseph, A.C. Evolution of a bladder behavior clinic for patients after prostatectomy. Urol Nurs. 1993 Jun; 13: 62-66

3038    Nguyen, D.H., Bain, M.A., Salmonson, K.L., Ganesan, G.S., Burns, M.W., and Mitchell, M.E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-709

3039    Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-702

3040    Decter, R.M. Use of the fascial sling for neurogenic incontinence: lessons learned. J Urol. 1993 Aug; 150: 683-686

3041    Caione, P., Lais, A., de-Gennaro, M., and Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-633

3042    Gearhart, J.P., Canning, D.A., Peppas, D.S., and Jeffs, R.D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-443

3043    Gosalbez, R., Jr., Woodard, J.R., Broecker, B.H., Parrott, T.S., and Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-440

3044    Steiner, M.S., Burnett, A.L., Brooks, J.D., Brendler, C.B., Stutzman, R.E., and Carter, H.B. Tubularized neourethra following radical retropubic prostatectomy. J Urol. 1993 Aug; 150: 407-9;discussion409-10

**3045** Fishman, I.J., Scott, F.B. Pregnancy in patients with the artificial urinary sphincter. J Urol. 1993 Aug; 150: 340-341

**3046** Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., and Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10

**3047** Petrelli, N.J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., and Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-404

**3048** Pannill, F.C., 3d. Urinary incontinence for the primary care physician. Conn Med. 1993 May; 57: 299-308

**3049** Tiemann, D., Shea, L., Klutke, C.G., Gaehle, K., and Moore, S. Artificial urinary sphincters. Treatment for post-prostatectomy incontinence. Aorn J. 1993 Jun; 57: 1366-72,1375-9

**3050** Burns, P.A., Pranikoff, K., Nochajski, T.H., Hadley, E.C., Levy, K.J., and Ory, M.G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-M174

**3051** Nurse, D.E., Britton, J.P., and Mundy, A.R. Relative indications for orthotopic lower urinary tract reconstruction, continent urinary diversion and conduit urinary diversion. Br J Urol. 1993 May; 71: 562-565

**3052** Jones, J.A., Mitchell, M.E., and Rink, R.C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-561

**3053** Ekelund, P., Grimby, A., and Milsom, I. Urinary incontinence. Social and financial costs high [letter]. Bmj. 1993 May 15; 306: 1344

**3054** Jolleys, J.V., Wilson, J.V. Urinary incontinence. GPs lack confidence [letter]. Bmj. 1993 May 15; 306: 1344

**3055** Hamano, S., Nakanishi, Y., Nara, T., Seki, T., Ohtani, T., Oishi, T., Joh, K., Oikawa, T., Muramatsu, Y., Ogawa, Y., et al. Neurological manifestations of hemorrhagic colitis in the outbreak of Escherichia coli O157:H7 infection in Japan. Acta Paediatr. 1993 May; 82: 454-458

**3056** Chester, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1993 May 12-18; 7: 31-36

**3057** Weese, D.L., Roskamp, D.A., Leach, G.E., and Zimmern, P.E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-530

**3058** Sherer, D.M., Abramowicz, J.S., Perillo, A.M., and Woods, J.R., Jr. Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-367

**3059** Nazarko, L. Care of the elderly: incontinence through incompetence. Nurs Stand. 1993 Apr 28-May 4; 7: 52-53

**3060** Hautmann, R.E., Miller, K., Steiner, U., and Wenderoth, U. The ileal neobladder: 6 years of experience with more than 200 patients. J Urol. 1993 Jul; 150: 40-45

**3061** Weiss, R.E., Garden, R.J., Cohen, E.L., and Stone, N.N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-187

**3062** McCormack, M., Pike, J., and Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-164

**3063** Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., and Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-416

**3064** Pieper, B., Cleland, V. An external urine-collection device for women: a clinical trial. J ET Nurs. 1993 Mar-Apr; 20: 51-55

**3065** Mooney, R.A., Newman, D.K., Smith, D.A., and Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30,32

**3067** Davies, D.D. Incidence of major complications of neurolytic coeliac plexus block. J R Soc Med. 1993 May; 86: 264-266

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3068   Burn, J., Sandercock, P. Predicting the outcome of acute stroke. J Neurol Neurosurg Psychiatry. 1993 May; 56: 576

3069   Lagace, E.A., Hansen, W., and Hickner, J.M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-614

3070   Grosshans, C., Passadori, Y., and Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-638

3071   Castleden, C.M. Long-term outcome following stroke [letter]. Age Ageing. 1993 May; 22: 231-232

3072   Tokunaka, S., Fujii, H., Hashimoto, H., and Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-124

3073   Sandvik, H., Kveine, E., and Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-56

3074   Campbell, J.M., Dowd, T.T. Capturing scarce resources: documentation and communication. Nurs Econ. 1993 Mar-Apr; 11: 103-106

3075   Anon. Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. Jama. 1993 Jun 16; 269: 2975-2980

3076   Thessen, C.C., Kreder, K.J. Ogilvie's syndrome: a potential complication of vaginal surgery. J Urol. 1993 Jun; 149: 1541-1543

3077   Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., and Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-1462

3078   Toan, N.N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence [letter]. Am J Obstet Gynecol. 1993 May; 168: 1642

3079   Rasmussen, F., Lie, H.R., Hagelsteen, J.H., Lagergren, J., Borjeson, M.C., Lagerkvist, B., and Kohler, L. Nordic children with myelomeningocele. Parents' assessments of the handicap and physicians' classifications of the disabilities. Acta Paediatr. 1993 Mar; 82: 276-280

3080   Cohen, H.A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., and Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-131

3081   Pang, D. Sacral agenesis and caudal spinal cord malformations. Neurosurgery. 1993 May; 32: 755-78;discussion778-9

3082   Kurtz, M., Murrey, M., Salmonson, K., and Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92,99-100

3083   Brocklehurst, J.C. Urinary incontinence in the community--analysis of a MORI poll [see comments]. Bmj. 1993 Mar 27; 306: 832-834

3084   Jarvis, G.J. Urinary incontinence in the community [editorial; comment]. Bmj. 1993 Mar 27; 306: 809-810

3085   Klein, E.A. Modified apical dissection for early continence after radical prostatectomy. Prostate. 1993; 22: 217-223

3086   Hooley, J.S. Kegel exercises [letter]. J Fla Med Assoc. 1993 Mar; 80: 213

3087   Lao, T.T., Halpern, S.H., MacDonald, D., and Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-345

3088   Harke, J.M., Richgels, K. Barriers to implementing a continence program in nursing homes. Clin Nurs Res. 1992 May; 1: 158-168

3089   Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Preservation of urinary continence and potency after cystoprostatectomy. Prog Clin Biol Res. 1992; 378: 125-132

3090   Norton, C. Continence. A helping handle. Nurs Times. 1993 Apr 21-27; 89: 76-78

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3091   Philp, J., Cottenden, A., and Ledger, D. Continence. Mix and match. Nurs Times. 1993 Apr 21-27; 89: 70-74

3092   Herschorn, S., Thijssen, A.J., and Radomski, S.B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

3093   Borer, J.G., Corgan, F.J., Krantz, R., Gordon, D.H., Maiman, M., and Glassberg, K.I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-1127

3094   Gearhart, J.P., Peppas, D.S., and Jeffs, R.D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-1113

3095   Cher, M.L., Allen, T.D. Continence in the myelodysplastic patient following enterocystoplasty. J Urol. 1993 May; 149: 1103-1106

3096   Wolf, J.S., Jr., Turzan, C.W. Augmentation ureterocystoplasty. J Urol. 1993 May; 149: 1095-1098

3097   Keating, M.A., Rink, R.C., and Adams, M.C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-1094

3098   Ramsay, I.N., Hilton, P., and Cox, T.F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

3099   Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

3100   Gormley, E.A., Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-269

3101   Wells, M. Are we meeting clients' needs? Nursing audit in continence care. Prof Nurse. 1993 Apr; 8: 430-436

3102   Grimby, A., Milsom, I., Molander, U., Wiklund, I., and Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-89

3103   Geirsson, G., Fall, M., and Lindstrom, S. Subtypes of overactive bladder in old age. Age Ageing. 1993 Mar; 22: 125-131

3104   Mouritsen, L., Strandberg, C., Jensen, A.R., Berget, A., Frimodt-Moller, C., and Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-204

3105   ODonnell, P. Volume-interval relationship of incontinence episodes in elderly inpatient men. Urology. 1993 Apr; 41: 334-337

3106   Gundian, J.C., Barrett, D.M., and Parulkar, B.G. Mayo Clinic experience with the AS800 artificial urinary sphincter for urinary incontinence after transurethral resection of prostate or open prostatectomy. Urology. 1993 Apr; 41: 318-321

3108   Docherty, J.G., Carachi, R. Use of the appendix to provide urinary continence. Eur J Pediatr Surg. 1993 Feb; 3: 25-27

3109   Ishigooka, M., Hashimoto, T., Izumiya, K., Kodama, C., and Nakada, T. Membranous lipodystrophy (Nasu's disease): a rare cause of neuropathic urinary incontinence. Urol Int. 1993; 50: 179-181

3110   Simforoosh, N., Norbala, M.H., Danesh, A., and Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J-Urol (Paris). 1992; 98: 206-209

3111   Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., and Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-376

3112   Mouritsen, L., Rasmussen, A. Bladder neck mobility evaluated by vaginal ultrasonography. Br J Urol. 1993 Feb; 71: 166-171

3113   Keane, D.P., Winder, A., Lewis, P., Shepherd, A.M., and Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-165

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3114   Moore, T.F., Saltmarche, A. Developing and testing an instrument to assess the information needs of persons with urinary incontinence. Perspectives. 1993 Spring; 17: 2-6

3115   Hage, J.J., Bouman, F.G., and Bloem, J.J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10;discussion911-3

3117   Anon. Continence. Providing an informed service. Nurs Times. 1992 Mar 25-31; 88: 88

3118   Oldbury, M. Continence. Hard won comfort. Nurs Times. 1992 Mar 25-31; 88: 86

3119   Bozier, K. Continence. Part of the problem. Nurs Times. 1992 Mar 25-31; 88: 84-86

3120   Thornburn, P., Cottenden, A., and Ledger, D. Continence. Undercover trials. Nurs Times. 1992 Mar 25-31; 88: 72-78

3121   Watson, E. Continence. A basis for change. Nurs Times. 1992 Mar 25-31; 88: 69-70

3122   Freeman, R., Miyawaki, E. The treatment of autonomic dysfunction. J Clin Neurophysiol. 1993 Jan; 10: 61-82

3123   Benarroch, E.E., Chang, F.L. Central autonomic disorders. J Clin Neurophysiol. 1993 Jan; 10: 39-50

3124   Williams, T. Nursing initiative pinpointed problem. N Z Nurs J. 1993 Feb; 86: 14

3125   Binnie, F. Incontinent patients take part in test. N Z Nurs J. 1993 Feb; 86: 12-14

3126   Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., and Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-834

3127   Nitti, V.W., Bregg, K.J., Sussman, E.M., and Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-807

3128   Raz, S., Nitti, V.W., and Bregg, K.J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-730

3129   Wells, T. Scientist wins one for women [interview by Julie Goldsmith]. Reflections. 1992 Winter; 17: 8-9

3130   Fox, R.A. Treatment recommendations for respiratory tract infections associated with aging. Drugs Aging. 1993 Jan-Feb; 3: 40-48

3131   Colling, J.C., Newman, D.K., McCormick, K.A., and Pearson, B.D. Behavioral management strategies for urinary incontinence. J ET Nurs. 1993 Jan-Feb; 20: 9-13

3132   Chan, K.M., Lim, P.H., Chee, Y.C., and Jayaratnam, F.J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-817

3133   Wozniak-Petrofsky, J. Urinary incontinence in the elderly: not a normal part of aging. Urol Nurs. 1993 Mar; 13: 12-16

3134   Klein, H.M., Kirschner-Hermanns, R., Lagunilla, J., and Gunther, R.W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-143

3135   Roe, B.H. A comparison of nursing approaches for the promotion and management of continence in the U.K. and Denmark. Int J Nurs Stud. 1993 Feb; 30: 25-35

3136   Gelber, D.A., Good, D.C., Laven, L.J., and Verhulst, S.J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-382

3137   Knoll, M., Madersbacher, H. The chances of a spina bifida patient becoming continent/socially dry by conservative therapy. Paraplegia. 1993 Jan; 31: 22-27

3138   Blomerth, P.R. Normal pressure hydrocephalus. J Manipulative Physiol Ther. 1993 Feb; 16: 104-106

3139   Pollack, M.H., Reiter, S., and Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-327

3141   Houston, K.A. Incontinence and the older woman. Clin Geriatr Med. 1993 Feb; 9: 157-171

3142   Green, B. Elderly care: a poor substitute for life. Nurs Stand. 1993 Jan 20-26; 7: 20-23

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

3143    Schnelle, J.F., Newman, D., White, M., Abbey, J., Wallston, K.A., Fogarty, T., and Ory, M.G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-121

3144    Gambino, J., Cohen, A.J., and Friedenberg, R.M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

3145    Bosman, G., Vierhout, M.E., and Huikeshoven, F.J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-49

3146    Doyle, M. Continence. Suffering in secret. Nurs Times. 1993 Jan 27-Feb 2; 89: 64-66

3147    Philp, J., Cottenden, A., and Ledger, D. Continence. A testing time. Nurs Times. 1993 Jan 27-Feb 2; 89: 59-62

3149    Hanzal, E., Berger, E., and Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-429

3151    Hwang, Y.M., Lee, M.C., Suh, D.C., and Lee, W.Y. Coxiella (Q fever)-associated myelopathy. Neurology. 1993 Feb; 43: 338-342

3152    Payne, K.A., Hendrix, M.R., and Wade, W.J. Caudal bupivacaine for postoperative analgesia in pediatric lower limb surgery. J Pediatr Surg. 1993 Feb; 28: 155-157

3153    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Urinary continence following radical retropubic prostatectomy. Br J Urol. 1993 Jan; 71: 47-51

3154    Harrison, S.C., Brown, C., and OBoyle, P.J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-27

3155    Dewan, P.A., Byard, R.W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and long-term follow-up of women treated with periurethral Teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3156    Dewan, P.A., Byard, R.W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3157    Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Urodynamic investigation in elderly women [letter]. Bmj. 1993 Jan 9; 306: 145

3158    Lemesh, R.A. Accidental chronic salicylate intoxication in an elderly patient: major morbidity despite early recognition. Vet Hum Toxicol. 1993 Feb; 35: 34-36

3159    Handler, M.S., Johnson, L.M., Dick, A.R., and Batnitzky, S. Neurosarcoidosis with unusual MRI findings. Neuroradiology. 1993; 35: 146-148

3160    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., and Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-958

3161    Johnson, J.C. General concepts of geriatric medicine. Clin Podiatr Med Surg. 1993 Jan; 10: 23-33

3162    Stanton, S.L. Cut and dry--urinary incontinence in the female. Trans Med Soc Lond. 1990-91; 107: 9-11

3163    Foldspang, A., Mommsen, S., Lam, G.W., and Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

3164    Appell, R., Baum, N. Treatment of urinary incontinence in the elderly. J La State Med Soc. 1992 Dec; 144: 581-585

3165    Williams, M.P., Wallhagen, M., and Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

3166    Pontes, J.E., Montie, J., Klein, E., and Huben, R. Salvage surgery for radiation failure in prostate cancer. Cancer. 1993 Feb 1; 71: 976-980

3167    Zietman, A.L., Shipley, W.U., and Willett, C.G. Residual disease after radical surgery or radiation therapy for prostate cancer. Clinical significance and therapeutic implications. Cancer. 1993 Feb 1; 71: 959-969

3168    Overmeyer, S., Rothenberger, A., and Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-249

3169    Brito, C.G., Mulcahy, J.J., Mitchell, M.E., and Adams, M.C. Use of a double cuff AMS800 urinary sphincter for severe stress incontinence. J Urol. 1993 Feb; 149: 283-285

3170    Lotenfoe, R., OKelly, J.K., Helal, M., and Lockhart, J.L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-282

3171    Chao, R., Mayo, M.E., Bejany, D.E., and Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

3172    Anon. Urinary incontinence in adults: quick reference guide for clinicians. Agency for Health Care Policy and Research. J ET Nurs. 1992 Nov-Dec; 19: 216-224

3173    Zollner-Nielsen, M., Samuelsson, S.M. Maximal electrical stimulation of patients with frequency, urgency and urge incontinence. Report of 38 cases. Acta Obstet Gynecol Scand. 1992 Dec; 71: 629-631

3175    Jarvis, G.J. Re: Erosion of buttress following bladder neck suspension [letter]. Br J Urol. 1992 Dec; 70: 695

3176    Borzi, P.A., Bruce, J., and Gough, D.C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-673

3177    Barrett, J.A., Banks, A., and Roe, B. Urodynamic investigation in elderly women [letter]. Bmj. 1992 Dec 5; 305: 1438

3178    Kiilholma, P., Makinen, J., Chancellor, M.B., Pitkanen, Y., and Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-115

3179    Albala, D.M., Schuessler, W.W., and Vancaillie, T.G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-226

3180    Burnet, C., Carter, H., and Gorman, D. Urinary incontinence: a survey of knowledge, working practice and training needs of nursing staff in Fife. Health-Bull (Edinb). 1992 Nov; 50: 448-452

3182    Pearson, B.D., Larson, J. Improving elders' continence state. Clin Nurs Res. 1992 Nov; 1: 430-439

3183    Merimsky, O., Reider-Groswasser, I., Wigler, N., and Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-525

3184    Woodward, S. A checklist to meet long-term needs. Continence assessment of neuroscience patients. Prof Nurse. 1993 Jan; 8: 222-226

3186    OConnell, H.E., MacGregor, R.J., and Russell, J.M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-544

3187    Belloli, G., Campobasso, P., and Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-1464

3188    Ahmed, S., Morris, L.L., and Byard, R.W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-1460

3189    Morris, A., Browne, G., and Saltmarche, A. Urinary incontinence: correlates among cognitively impaired elderly veterans. J Gerontol Nurs. 1992 Oct; 18: 33-40

3190    Lopez-Lopez, J.A., Valdivia-Uria, J.G., and Ucar-Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-170

3191    Hyams, G., McCoull, K., Smith, P.S., and Tyrer, S.P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36: 551-558

3192    Williams, N.S., Fowler, C.G., George, B.D., Blandy, J.P., Badenoch, D.F., and Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence [letter]. Lancet. 1993 Jan 9; 341: 115-116

3193    Ivey, J.F. Understanding and evaluating chronic urinary incontinence. J Fla Med Assoc. 1992 Dec; 79: 823-827

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Procite Number
</div>

---

**3194**  Fitzgerald, J.F., Smith, D.M., Martin, D.K., Freedman, J.A., and Wolinsky, F.D. Replication of the multidimensionality of activities of daily living. J Gerontol. 1993 Jan; 48: S28-S31

**3195**  The geriatric. J Am Geriatr Soc. 1993 Jan; 41: 78-84

**3196**  Creditor, M.C. Hazards of hospitalization of the elderly. Ann Intern Med. 1993 Feb 1; 118: 219-223

**3197**  Doan, T., Patterson, R., and Greenberger, P.A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-509

**3198**  Rekers, H., Drogendijk, A.C., Valkenburg, H.A., and Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito-urinary tract. Maturitas. 1992 Oct; 15: 101-111

**3199**  Madejski, R.M. LPN overview of urinary incontinence. J Pract Nurs. 1992 Dec; 42: 24-33

**3200**  Fowler, C.J., van-Kerrebroeck, P.E., Nordenbo, A., and Van-Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-989

**3201**  deHoll, J.D., Jr., Williams, L.A., Steers, W.D., Rodeheaver, G.T., Clark, M.M., and Edlich, R.F. Technical considerations in the use of external condom catheter systems. J Burn Care Rehabil. 1992 Nov-Dec; 13: 664-672

**3202**  Hanau, C.A., Chancellor, M.B., Alexander, A., Rishi, M., and Jordan, A.G. Fine-needle aspiration of a periurethral Teflon-filled cyst following radical prostatectomy. Diagn Cytopathol. 1992; 8: 614-616

**3203**  Lam, G.W., Foldspang, A., Elving, L.B., and Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-570

**3204**  Sole-Balcells, F., Villavicencio, H., and Ortiz, A. Postsurgical management of the patient undergoing radical prostatectomy. Br J Urol. 1992 Nov; 70 Suppl 1: 43-49

**3205**  Bassiouny, I.E. Continent urinary reservoir in exstrophy/epispadias complex. Br J Urol. 1992 Nov; 70: 558-562

**3206**  Ronzoni, G., De-Vecchis, M., Raschi, R., Cuneo, L., and Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-518

**3207**  Lagro-Janssen, A.L., Debruyne, F.M., and Van-Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

**3208**  Berned-Muller, E., Nordwall, A., and von-Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-928

**3209**  McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

**3210**  Bender, P. Deceptive distress in the elderly. Am J Nurs. 1992 Oct; 92: 28-32

**3211**  Joseph, A.C. Joseph Continence Assessment Tool. Urol Nurs. 1992 Dec; 12: 144-146

**3212**  Powers, I., Williams, D. Urinary incontinence: helping a patient regain control. Nursing. 1992 Dec; 22: 46-47

**3213**  Lagro-Janssen, A.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-289

**3214**  Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage A carcinoma of the prostate. Eur Urol. 1992; 21: 269-273

**3215**  Petrucci, K.E., Jacox, A., McCormick, K., Parks, P., Kjerulff, K., Baldwin, B., and Petrucci, P. Evaluating the appropriateness of a nurse expert system's patient assessment. Comput Nurs. 1992 Nov-Dec; 10: 243-249

**3216**  Iliffe, S., Tai, S.S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., and Morgan, P. Are elderly people living alone an at risk group?. Bmj. 1992 Oct 24; 305: 1001-1004

**3217**  Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-432

---

Case 2:12-md-02327 Document 3080-16 Filed 09/19/19 Page 490 of 900 PageID #: 202969

3218    Peggs, J.F. Urinary incontinence in the elderly: pharmacologic therapies. Am Fam Physician. 1992 Dec; 46: 1763-1769

3219    Norton, C. Continence. Continent's provision. Nurs Times. 1992 Oct 28-Nov 3; 88: 76-78

3220    Allen, S. Continence. Undercover trials unfair [letter]. Nurs Times. 1992 Oct 28-Nov 3; 88: 74

3221    Pottle, B. Continence. Equal rites for men. Nurs Times. 1992 Oct 28-Nov 3; 88: 74

3222    Philp, J., Cottenden, A., and Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72

3224    Morrison, L.M., Glen, E.S., Cherry, L.C., and Dawes, H.A. The open access Continence Resource Centre for Greater Glasgow Health Board. Br J Urol. 1992 Oct; 70: 395-398

3225    Moore, K.H., Gilpin, S.A., Dixon, J.S., Richmond, D.H., and Sutherst, J.R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-372

3226    Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., and Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-554

3227    Holland, M.S. Central anticholinergic syndrome in a pediatric patient following transdermal scopolamine patch placement. Nurse Anesth. 1992 Sep; 3: 121-124

3228    Clarke, B. Urethral instability. Aust N Z J Obstet Gynaecol. 1992 Aug; 32: 270-275

3229    Widgerow, A.D. Abdominoplasty following colostomy. Ann Plast Surg. 1992 Nov; 29: 454-456

3231    Petros, P.P., Ulmsten, U. Urge incontinence history is an accurate predictor of urge incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 537-539

3234    Servoll, E., Halvorsen, O.J., Haukaas, S., and Hoisaeter, P.A. Radical retropubic prostatectomy: our experience with the first 54 patients. Scand J Urol Nephrol. 1992; 26: 231-234

3235    Maggi, C.A. Therapeutic potential of capsaicin-like molecules: studies in animals and humans. Life Sci. 1992; 51: 1777-1781

3236    Janknegt, R.A., Baeten, C.G., Weil, E.H., and Spaans, F. Electrically stimulated gracilis sphincter for treatment of bladder sphincter incontinence. Lancet. 1992 Nov 7; 340: 1129-1130

3237    Gasparini, M.E., Hinman, F., Jr., Presti, J.C., Jr., Schmidt, R.A., and Carroll, P.R. Continence after radical cystoprostatectomy and total bladder replacement: a urodynamic analysis. J Urol. 1992 Dec; 148: 1861-1864

3238    Herschorn, S., Radomski, S.B., and Steele, D.J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-1800

3239    Rohatgi, M., Gupta, D.K., and Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-1243

3240    Appell, R.A., Baum, N. Evaluation of urinary incontinence in the elderly. J La State Med Soc. 1992 Nov; 144: 517-522

3242    Flaherty, J.H., Miller, D.K., and Coe, R.M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-545

3244    Smith, N. Application of urodynamics to incontinence [editorial]. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-290

3245    Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. Bmj. 1992 Oct 3; 305: 808

3246    Oakeshott, P., Hunt, G.M. Intermittent self catheterization for patients with urinary incontinence or difficulty emptying the bladder. Br J Gen Pract. 1992 Jun; 42: 253-255

3247    Jeter, K.F. Review of AHCPR urinary incontinence in adults: a patient's guide [letter]. Decubitus. 1992 Sep; 5: 8

3248    Jeter, K.F. A lifetime of incontinence [editorial]. Ostomy Wound Manage. 1992 Sep; 38: 45-6,48,50-1

Case 2:12-md-02327 Document 3080-16 Filed 09/19/16 Page 491 of 300 PageID #: 202970

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

3249    Hesnan, K. ET nurses expanding our practice. Behavioral interventions for incontinence. Ostomy Wound Manage. 1992 Sep; 38: 12,14-6,17passim

3250    Mitteness, L.S. Social aspects of urinary incontinence in the elderly. Aorn J. 1992 Oct; 56: 731-737

3251    Wszolek, Z.K., Pfeiffer, R.F., Bhatt, M.H., Schelper, R.L., Cordes, M., Snow, B.J., Rodnitzky, R.L., Wolters, E.C., Arwert, F., and Calne, D.B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-320

3252    Chapelle, T., Reher, S., and Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-87

3253    Viljoen, A.C. Further experience with the vaginal strips sling operation [letter]. S Afr Med J. 1992 Oct; 82: 286-287

3254    Warwick, R.T. Functional restoration & reconstruction of the incontinent female urethra. Rev Med Suisse Romande. 1992 Sep; 112: 775-785

3255    Lagro-Janssen, T., Smits, A., and Van-Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-216

3256    Anon. New studies, new treatments, new organization discussed at national NP symposium [news]. Nurse Pract. 1992 Oct; 17: 66-68

3257    Lindboe, C.F., Stolt-Nielsen, A., and Dale, L.G. Hemorrhage in a highly vascularized subependymoma of the septum pellucidum: case report. Neurosurgery. 1992 Oct; 31: 741-745

3259    Boone, T.B., Wilson, W.T., and Husmann, D.A. Postpubertal genitourinary function following posterior urethral disruptions in children. J Urol. 1992 Oct; 148: 1232-1234

3260    Perez, L.M., Webster, G.D. Successful outcome of artificial urinary sphincters in men with post-prostatectomy urinary incontinence despite adverse implantation features. J Urol. 1992 Oct; 148: 1166-1170

3261    Bishop, K.R., Dougherty, M., Mooney, R., Gimotty, P., and Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-406

3263    Ishigooka, M., Ishii, N., Hashimoto, T., Suzuki, Y., Adachi, M., Nakada, T., Saito, C., Ichie, M., and Handa, Y. Electrical stimulation of pelvic floor musculature by percutaneous implantable electrodes: a case report. Int Urol Nephrol. 1992; 24: 277-282

3264    Seiler, W.O., Stahelin, H.B., and Hefti, U. Desmopressin reduces night urine volume in geriatric patients: implication for treatment of the nocturnal incontinence. Clin Investig. 1992 Jul; 70: 619

3265    Karram, M.M., Angel, O., Koonings, P., Tabor, B., Bergman, A., and Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-658

3266    McCormick, K.A., Palmer, M.H. Urinary incontinence in older adults. Annu Rev Nurs Res. 1992; 10: 25-53

3267    Nazarko, L. Programmed to succeed. Nurs Elder. 1992 Jul-Aug; 4: 20-21

3268    Norton, C. Incontinence in old age. Nurs Elder. 1992 Jul-Aug; 4: 17-18

3269    Van-Rijswijk, L. AHCPR update. Treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jul-Aug; 38: 42-43

3271    Liptak, G.S., Shurtleff, D.B., Bloss, J.W., Baltus-Hebert, E., and Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-796

3272    Barrows, B., Bavendam, T., and Leach, G.E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-285

3273    Franco, I., Reda, E.F., and Kaplan, W.E. Injectable prosthetic materials for the management of reflux and urinary incontinence in children. Semin Urol. 1992 Aug; 10: 184-193

3274    Fainsinger, R.L., MacEachern, T., Hanson, J., and Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-338

**American Urological Association, Inc.**

SUI Guidelines Panel

3276  Abbott, D. Objective assessment ensures improved diagnosis. Principles and techniques of urodynamics. Prof Nurse. 1992 Aug; 7: 738,740-2

3277  Anon. Non-surgical treatment of stress incontinence [editorial]. Lancet. 1992 Sep 12; 340: 643-644

3278  Brodak, P.P., Juma, S., and Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-873

3279  Raz, S., Sussman, E.M., Erickson, D.B., Bregg, K.J., and Nitti, V.W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-850

3280  Doughty, D. Role of the enterostomal therapy nurse in ostomy patient rehabilitation. Cancer. 1992 Sep 1; 70: 1390-1392

3281  McNees, M.P., Schnelle, J.F. Computer-aided management of urinary incontinence in nursing homes. West J Nurs Res. 1992 Aug; 14: 516-519

3282  Williams, R. Promoting continence following head injury. Br J Nurs. 1992 Jun 25-Jul 8; 1: 236-7,239-40

3283  Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-631

3284  Keane, D.P., Eckford, S.D., and Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-564

3285  Walters, M.D., Realini, J.P., and Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-558

3286  Summitt, R.L., Jr. Investigative techniques, assessment of incontinence, and urodynamics. Curr Opin Obstet Gynecol. 1992 Aug; 4: 548-553

3287  Kossard, S., Bear, L. A florid papulo-nodular eruption in a sexagenarian. Australas J Dermatol. 1991; 32: 178-180

3288  Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., and Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-146

3289  Pottle, B. Pulling together. Nurs Times. 1992 Jul 29-Aug 4; 88: 68

3290  Llewelyn, S. Attitude problems. Nurs Times. 1992 Jul 29-Aug 4; 88: 64,66

3292  Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage-A carcinoma of the prostate. Eur Urol. 1991; 20: 179-183

3293  Aprikian, A., Berardinucci, G., Pike, J., and Kiruluta, G. Experience with the AS-800 artificial urinary sphincter in myelodysplastic children. Can J Surg. 1992 Aug; 35: 396-400

3294  Maklebust, J., Magnan, M.A. Approaches to patient and family education for pressure ulcer management. Decubitus. 1992 Jul; 5: 18-20,24,26passim

3295  Bump, R.C., Sugerman, H.J., Fantl, J.A., and McClish, D.K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7;discussion397-9

3296  McMurdo, M.E., Davey, P.G., Elder, M.A., Miller, R.M., Old, D.C., and Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-226

3297  Mostafa, W.Z., Abahussein, A.A., and Alzayer, A.A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-322

3298  Borrie, M.J., Davidson, H.A. Incontinence in institutions: costs and contributing factors. Can Med Assoc J. 1992 Aug 1; 147: 322-328

3299  Petros, P.E., Ulmsten, U. Stress incontinence following vaginal repair [letter]. Acta Obstet Gynecol Scand. 1992 May; 71: 323

3300  Atala, A., Bauer, S.B., Dyro, F.M., Shefner, J., Shillito, J., Sathi, S., and Scott, R.M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-594

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 493 of 800 PageID #: 202972

3301    Boone, T.B., Roehrborn, C.G., and Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-554

3302    Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., and Larsson, L.T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-918

3303    Thomas, P.J., Nurse, D.E., Deliveliotis, C., and Mundy, A.R. Cystoprostatectomy and substitution cystoplasty for locally invasive bladder cancer. Br J Urol. 1992 Jul; 70: 40-42

3304    Nordstrom, G.M., Nyman, C.R. Male and female sexual function and activity following ileal conduit urinary diversion. Br J Urol. 1992 Jul; 70: 33-39

3305    Wise, B.G., Burton, G., Cutner, A., and Cardozo, L.D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-16

3307    Woodhouse, C.R. Reconstruction of the lower urinary tract for neurogenic bladder: lessons from the adolescent age group. Br J Urol. 1992 Jun; 69: 589-593

3308    Meyer, S., Dhenin, T., Schmidt, N., and De-Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-588

3309    Beckingham, I.J., Wemyss-Holden, G., and Lawrence, W.T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-583

3310    Roe, B.H. What choices in care for the incontinent?. World Health Forum. 1992; 13: 81-83

3311    Mulhall, A. U.K. experience with indwelling urethral catheters [letter]. Am J Infect Control. 1992 Jun; 20: 164

3312    Ogundipe, A., Rosenzweig, B.A., Karram, M.M., Blumenfeld, D., and Bhatia, N.N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-176

3314    Hendren, W.H. Ileal nipple for continence in cloacal exstrophy. J Urol. 1992 Aug; 148: 372-379

3315    Dator, D.P., Hatchett, L., Dyro, F.M., Shefner, J.M., and Bauer, S.B. Urodynamic dysfunction in walking myelodysplastic children. J Urol. 1992 Aug; 148: 362-365

3316    Malone, M.L. Teaching about urinary incontinence [letter]. J Am Geriatr Soc. 1992 Aug; 40: 850-851

3317    Lachs, M.S., Becker, M., Siegal, A.P., Miller, R.L., and Tinetti, M.E. Delusions and behavioral disturbances in cognitively impaired elderly persons [see comments]. J Am Geriatr Soc. 1992 Aug; 40: 768-773

3318    Younoszai, M.K. Stooling problems in patients with myelomeningocele. South Med J. 1992 Jul; 85: 718-724

3321    Vereecken, R.L. Bladder pressure and kidney function in children with myelomeningocoele: review article. Paraplegia. 1992 Mar; 30: 153-159

3322    Turner-Stokes, L., Frank, A.O. Urinary incontinence among patients with arthritis--a neglected disability. J R Soc Med. 1992 Jul; 85: 389-393

3323    Creason, N.S., Burgener, S.C., and Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 76-79

3324    Freundl, M., Dugan, J. Urinary incontinence in the elderly: knowledge and attitude of long-term care staff. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 70-75

3325    Kirkeby, L.T., Beier-Holgersen, R., and Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

3326    Nordstrom, G., Nyman, C.R., and Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-147

3327    Hanley, J. Choosing garments to aid incontinence. Nurs Times. 1992 Jul 1-7; 88: 50-51

# American Urological Association, Inc.

**SUI Guidelines Panel**

3329    Stewart, D.A., Taylor, J., Ghosh, S., Macphee, G.J., Abdullah, I., McLenachan, J.M., and Stott, D.J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-580

3330    Brendler, C.B., Walsh, P.C. The role of radical prostatectomy in the treatment of prostate cancer. CA Cancer J Clin. 1992 Jul-Aug; 42: 212-222

3331    Gough, M., McDermott, E.W., Lyons, B., and Hederman, W.P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-542

3333    Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years [letter]. Br J Obstet Gynaecol. 1992 May; 99: 442-443

3334    Oliver, H. Contracting for a continence service. Nurs Stand. 1992 Jun 10-16; 6: 25-27

3335    Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M.A., and Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-342

3336    Anderson, C.L., Hughes, E. The maximizing urinary functioning program: an innovative approach to managing incontinence in long term care. Perspectives. 1992 Summer; 16: 6-11

3337    Thind, P., Lose, G., and Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-49

3338    Phua, S.M., Low, J.J., and Chew, S.Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-142

3339    Coloby, P., Gattegno, B., Fourcade, R.O., Fiatte, P., Lagrange, L., Gilbon, F., Elias, E., Montete, P., and Thibault, P. Bladder reconstruction with ileum after cystoprostatectomy for bladder cancer: analysis of the micturition and continence of 44 consecutive patients. Jpn J Clin Oncol. 1992 Apr; 22: 122-130

3341    Summitt, R.L., Jr., Stovall, T.G., Bent, A.E., and Ostergard, D.R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40;discussion1840-4

3343    Kok, A.L., Voorhorst, F.J., Burger, C.W., van-Houten, P., Kenemans, P., and Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-215

3344    Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

3345    Webster, G.D., Perez, L.M., Khoury, J.M., and Timmons, S.L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

3346    Prestwood, K.M., Besdine, R.W. Geriatric medicine. Jama. 1992 Jul 15; 268: 360-362

3347    Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-130

3348    Starer, P., Libow, L.S. Medical care of the elderly in the nursing home. J Gen Intern Med. 1992 May-Jun; 7: 350-362

3349    Anon. Medical audit in general practice. I: Effects on doctors' clinical behaviour for common childhood conditions. North of England Study of Standards and Performance in General Practice. Bmj. 1992 Jun 6; 304: 1480-1484

3350    Gardner, J. Promoting continence in Australian nursing homes: a national project. Urol Nurs. 1992 Jun; 12: 83

3351    Saltmarche, A. Establishing a nurse continence service in Canada. Urol Nurs. 1992 Jun; 12: 81-82

3352    Hesnan, K.D., Runner-Heidt, C. Implementation of a hospital-based home care continence program. Urol Nurs. 1992 Jun; 12: 78-80

3353    Bierwirth, W.W. Which pad is for you?. Urol Nurs. 1992 Jun; 12: 75-77

3354    Gray, M. Electrostimulation in the management of voiding dysfunction. Urol Nurs. 1992 Jun; 12: 73-74

**Appendix A6 - Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

3355    Moore, K., Metcalfe, J.B. Effectiveness of vaginal cones in treatment of urinary incontinence. Urol Nurs. 1992 Jun; 12: 69-72

3356    Duffy, L.M. Continence management for the frail elderly and cognitively impaired. Urol Nurs. 1992 Jun; 12: 66-68

3357    Faller, N., Jeter, K.F. The ABCs of product selection. Urol Nurs. 1992 Jun; 12: 52-54

3358    Motta, G.J. Reimbursement for incontinence products. Urol Nurs. 1992 Jun; 12: 50-51

3359    Wells, T.J. Managing incontinence through managing the environment. Urol Nurs. 1992 Jun; 12: 48-49

3360    Creason, N.S. How useful are urinary incontinence nursing diagnoses?. Urol Nurs. 1992 Jun; 12: 46-47

3361    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. A practice guideline for urinary incontinence: the challenge to nurses. Urol Nurs. 1992 Jun; 12: 40-45

3362    van-Gool, J.D., Vijverberg, M.A., Messer, A.P., Elzinga-Plomp, A., and de-Jong, T.P. Functional daytime incontinence: non-pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 93-103;discussion104-5

3363    Passerini-Glazel, G., Cisternino, A., Artibani, W., and Pagano, F. Ambulatory urodynamics: preliminary experience with vesico-urethral holter in children. Scand J Urol Nephrol Suppl. 1992; 141: 87-92

3364    Passerini-Glazel, G., Cisternino, A., Camuffo, M.C., Ferrarese, P., Aragona, F., and Artibani, W. Video-urodynamic studies of minor voiding dysfunctions in children: an overview of 13 years' experience. Scand J Urol Nephrol Suppl. 1992; 141: 70-84;discussion85-6

3365    van-Gool, J.D., Vijverberg, M.A., and de-Jong, T.P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

3366    Hansson, S. Urinary incontinence in children and associated problems. Scand J Urol Nephrol Suppl. 1992; 141: 47-55;discussion56-7

3367    Hjalmas, K. Functional daytime incontinence: definitions and epidemiology. Scand J Urol Nephrol Suppl. 1992; 141: 39-44;discussion45-6

3368    Mouriquand, P.D., Mollard, P. Management of urinary incontinence in neurogenic bladder. Scand J Urol Nephrol Suppl. 1992; 141: 28-36;discussion37-8

3369    Jaureguizar, E., Pereira, L. Structural incontinence. Scand J Urol Nephrol Suppl. 1992; 141: 20-5;discussion26-7

3370    Olbing, H. Management of the incontinent child in general practice. The paediatrician's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 126-134

3371    Rickwood, A.M. Management of the incontinent child in general practice. The paediatric urologist's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 117-125

3372    Hjalmas, K., Passerini-Glazel, G., and Chiozza, M.L. Functional daytime incontinence: pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 108-14;discussion115-6

3373    Hjalmas, K. Urinary incontinence in children: suggestions for definitions and terminology. Scand J Urol Nephrol Suppl. 1992; 141: 1-6;discussion18-9

3374    Anon. Urinary incontinence in children -- focusing on daytime wetting. Proceedings of a workshop. Beaune, France, 11 April 1991. Scand J Urol Nephrol Suppl. 1992; 141: 1-139

3375    Mezey, M., Lavizzo-Mourey, R.J., Brunswick, J., and Taylor, L.A. Consensus among geriatric experts on the components of a complete nursing-home admission assessment. Nurse Pract. 1992 Jun; 17: 50,53-6,61

3376    Gillon, G., Engelstein, D., and Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-356

3377    De-Muylder, X., Claes, H., Neven, P., and De-Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-208

3378    Amark, P., Beck, O. Effect of phenylpropanolamine on incontinence in children with neurogenic bladders. A double-blind crossover study. Acta Paediatr. 1992 Apr; 81: 345-350

Case 2:12-md-02327  Document 3080-16  Filed 09/15/16  Page 496 of 300  PageID #: 202975

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3379   Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., and Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-197

3380   Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence [letter]. Br J Obstet Gynaecol. 1992 Mar; 99: 271

3381   Burns, P.A., Nochajski, T.H., and Pranikoff, K. Factors discriminating between genuine stress and mixed incontinence. J Am Acad Nurse Pract. 1992 Jan-Mar; 4: 15-21

3382   Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part III: Manufactured incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 36-38

3383   Godsey, S.G. Innovative technologies for the treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 22-26

3384   Sabnis, R.B., Bapat, S.D., Desai, R.M., and Punekar, S.V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-386

3386   Swaddiwudhipong, W., Koonchote, S., Nguntra, P., and Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

3387   Gladman, J.R., Harwood, D.M., and Barer, D.H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-351

3388   Haight, B.K., Jeter, K.F., and Wells, T.J. Urinary incontinence: two viewpoints. J Gerontol Nurs. 1992 Jun; 18: 41-45

3389   Brendler, C., Schlegel, P., Dowd, J., Kirby, R., and Zattoni, F. Surgical treatment for benign prostatic hyperplasia. Cancer. 1992 Jul 1; 70: 371-373

3390   Anon. Demand for urological devices increases among aging population [news]. Front Med Biol Eng. 1992; 4: 65-66

3391   Reiner, I., Jones, M., Donnell, S., and Rickwood, A.M. Incidence of normal micturition in myelomeningocele patients. Arch Dis Child. 1992 May; 67: 640-641

3394   Constantinou, C.E. Pharmacologic treatment of detrusor incontinence with thiphenamil HCl. Urol Int. 1992; 48: 42-47

3396   Hadorn, D.C., McCormick, K., and Diokno, A. An annotated algorithm approach to clinical guideline development. Jama. 1992 Jun 24; 267: 3311-3314

3397   Dolman, M. Midwives' recording of urinary output. Nurs Stand. 1992 Mar 25-31; 6: 25-27

3398   Meehan, J. Guideline issued for urinary incontinence. Am Nurse. 1992 May; 24: 2

3399   Colak, A., Tahta, K., Ozcan, O.E., and Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-19

3401   Rosenzweig, B.A., Hischke, D., Thomas, S., Nelson, A.L., and Bhatia, N.N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-838

3402   Hoffman, M.S., Roberts, W.S., Finan, M.A., Fiorica, J.V., Bryson, S.C., Ruffolo, E.H., and Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-197

3403   Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 2: Management strategies [published erratum appears in Geriatrics 1992 Sep;47(9):87]. Geriatrics. 1992 Jun; 47: 37-40,45,48

3404   Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 1: Patient evaluation. Geriatrics. 1992 Jun; 47: 22-6,33-4

3405   Swami, K.S., Abrams, P. Artificial urinary sphincters. Br J Hosp Med. 1992 Apr 15-May 5; 47: 591-596

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3406    Duker, P.C., Dekkers, M. Development of diurnal bladder control in severely and profoundly mentally handicapped residents. J Intellect Disabil Res. 1992 Apr; 36: 177-181

3407    Van-Rijswijk, L. AHCPR update. The guidelines for urinary incontinence in adults. Ostomy Wound Manage. 1992 May; 38: 8,10

3408    Wyndaele, J.J. Are sensations perceived during bladder filling reproducible during cystometry?. Urol Int. 1992; 48: 299-301

3409    Hunskaar, S. One hundred and fifty men with urinary incontinence. II. Help seeking and self care. Scand J Prim Health Care. 1992 Mar; 10: 26-29

3410    Hunskaar, S. One hundred and fifty men with urinary incontinence. I. Demography and medical history. Scand J Prim Health Care. 1992 Mar; 10: 21-25

3411    Anon. High quality long-term care for elderly people. A summary of a report of the Royal College of Physicians and the British Geriatrics Society. J R Coll Physicians Lond. 1992 Apr; 26: 130-133

3412    Hannappel, J., Krieger, S. Subjective and clinical results after transurethral resection and suprapubic prostatectomy in benign prostatic hypertrophy. Eur Urol. 1991; 20: 272-276

3413    Malone-Lee, J., Lubel, D., and Szonyi, G. Low dose oxybutynin for the unstable bladder [letter]. Bmj. 1992 Apr 18; 304: 1053

3415    Wiseman, J. Layers of meaning. Nurs Times. 1992 May 6-12; 88: 38-40

3416    Arena, M.G., Di-Rosa, A.E., Arcudi, L., Ruello, C., Magaudda, A., and Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-49

3417    Hemal, A.K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991 [letter]. Br J Urol 1992 Apr; 69: 442

3418    Liu, S., Christmas, T.J., Nagendran, K., and Kirby, R.S. Sphincter electromyography in patients after radical prostatectomy and cystoprostatectomy. Br J Urol. 1992 Apr; 69: 397-403

3419    Fenn, N., Conn, I.G., German, K.A., and Stephenson, T.P. Complications of clam enterocystoplasty with particular reference to urinary tract infection. Br J Urol. 1992 Apr; 69: 366-368

3420    Ramsay, I.N., Clancy, S., and Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-365

3422    Harrington, W.J., Jr., Sheremata, W.A., Snodgrass, S.R., Emerson, S., Phillips, S., and Berger, J.R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-1034

3423    Walters, M.D., Realini, J.P. The evaluation and treatment of urinary incontinence in women: a primary care approach. J Am Board Fam Pract. 1992 May-Jun; 5: 289-301

3424    Juma, S., Little, N.A., and Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-428

3425    Viktrup, L., Lose, G., Rolff, M., and Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-949

3426    White, M., Williams, J. A good start to a full life. Managing continence in children with spina bifida and hydrocephalus. Prof Nurse. 1992 Apr; 7: 474-477

3427    Leger, J.M., Henin, D., Belec, L., Mercier, B., Cohen, L., Bouche, P., Hauw, J.J., and Brunet, P. Lymphoma-induced polyradiculopathy in AIDS: two cases. J Neurol. 1992 Mar; 239: 132-134

3428    Cheater, F.M. Nurses' educational preparation and knowledge concerning continence promotion. J Adv Nurs. 1992 Mar; 17: 328-338

3429    Fulcher, R.A., Maisey, S.P. Evaluation of dipstick tests and reflectance meter for screening for bacteriuria in elderly patients. Br J Clin Pract. 1991 Winter; 45: 245-246

**Appendix A6  Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

3430    ODonnell, B.F., Drachman, D.A., Barnes, H.J., Peterson, K.E., Swearer, J.M., and Lew, R.A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

3432    Bliss, M.R. Stroke [letter]. Lancet. 1992 May 2; 339: 1113

3433    Kreder, K., Das, A.K., and Webster, G.D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-1251

3434    Goldstein, M., Hawthorne, M.E., Engeberg, S., McDowell, B.J., and Burgio, K.L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

3435    Scheve, A.A., Engel, B.T., McCormick, K.A., and Leahy, E.G. Exercise in continence. Geriatr-Nurs (New York). 1991 May-Jun; 12: 124

3436    Holmes, S.A., Christmas, T.J., Kirby, R.S., and Hendry, W.F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-264

3437    Butt, J. Incontinence. Practical products. Nurs Elder. 1991 Jul-Aug; 3: 14-15

3438    Rekers, H., Drogendijk, A.C., Valkenburg, H., and Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-234

3440    Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, F.K. Children with myelomeningocele: their urinary and bowel control. Eur J Pediatr Surg. 1991 Dec; 1 Suppl 1: 40

3441    Lagro-Janssen, T.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-449

3442    Watson, R. Justifying your practice. Nursing (Lond). 1992 Feb 13-26; 5: 11-13

3443    Wijma, J., Tinga, D.J., and Visser, G.H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-104

3444    Wheeler, J.S., Jr., Walter, J.S., Niecestro, R.M., and Scalzo, A.J. Behavioral therapy for urinary incontinence. J ET Nurs. 1992 Mar-Apr; 19: 59-65

3445    Motta, G. Incontinence reimbursement. Ostomy Wound Manage. 1992 Mar; 38: 72-73

3446    Two incontinence management devices: the benefits of the. Ostomy Wound Manage. 1992 Mar; 38: 28-35

3447    Awad, S.A., Gajewski, J.B., Katz, N.O., and Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-357

3448    Kurabayashi, H., Kubota, K., Kawada, E., Tamura, K., Tamura, J., and Shirakura, T. Complete cure of urinary and faecal incontinence after intravenous vitamin B12 therapy in a patient with post-gastrectomy megaloblastic anaemia. J Intern Med. 1992 Mar; 231: 313-315

3449    McCormick, K.A., Burgio, L.D., Engel, B.T., Scheve, A., and Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

3450    McDowell, B.J., Burgio, K.L., Dombrowski, M., Locher, J.L., and Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-374

3451    Small, E. Animal illness and human emotion. Loathsome and disfiguring conditions. Probl Vet Med. 1991 Mar; 3: 73-82

3453    Lee, K.S., Chan, C.J., Merriman, A., Tan, E.C., and Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-739

3454    Rosenzweig, B.A., Pushkin, S., Blumenfeld, D., and Bhatia, N.N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-542

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

3455   Herschorn, S., Radomski, S.B. Fascial slings and bladder neck tapering in the treatment of male neurogenic incontinence. J Urol. 1992 Apr; 147: 1073-1075

3457   Palmer, M.H., McCormick, K.A., Langford, A., Langlois, J., and Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

3458   Umstad, M.P., Glenning, P.P. Urodynamic investigation in the management of incontinent women. Asia Oceania J Obstet Gynaecol. 1991 Dec; 17: 307-313

3460   Fujita, M., Ohno, S., Danno, K., and Miyachi, Y. Two cases of diaper area granuloma of the adult. J Dermatol. 1991 Nov; 18: 671-675

3461   Campbell, E.B., Knight, M., Benson, M., and Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-794

3463   Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., and Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta-Neurochir (Wien). 1991; 113: 42-47

3464   Niecestro, R.M., Wheeler, J.S., Jr., Nanninga, J., Einhorn, C., and Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-269

3465   Mizuo, T., Tanizawa, A., Yamada, T., Ando, M., and Oshima, H. Sling operation for male stress incontinence by utilizing modified Stamey technique. Urology. 1992 Mar; 39: 211-214

3466   Newman, D.K., Smith, D.A. Pelvic muscle reeducation as a nursing treatment for incontinence. Urol Nurs. 1992 Mar; 12: 9-15

3467   Palmer, M.H., German, P.S., and Ouslander, J.G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-412

3468   Leandri, P., Rossignol, G., Gautier, J.R., and Ramon, J. Radical retropubic prostatectomy: morbidity and quality of life. Experience with 620 consecutive cases. J Urol. 1992 Mar; 147: 883-887

3469   Wang, Y., Hadley, H.R. Experiences with the artificial urinary sphincter in the irradiated patient. J Urol. 1992 Mar; 147: 612-613

3470   Duncan, H.J., Nurse, D.E., and Mundy, A.R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-143

3471   Thind, P., Lose, G., and Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-140

3472   Ganzini, L., Heintz, R., Hoffman, W.F., Keepers, G.A., and Casey, D.E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-225

3473   Warkentin, R. Implementation of a urinary continence program. J Gerontol Nurs. 1992 Jan; 18: 31-36

3474   Colling, J., Ouslander, J., Hadley, B.J., Eisch, J., and Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-141

3477   Briggs, M., Williams, E.S. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 25; 304: 255

3478   Oakeshott, P., Hunt, G.M. Urinary incontinence in women [letter; comment]. Bmj. 1992 Jan 25; 304: 255

3479   Goldberg, N.S., Esterly, N.B., Rothman, K.F., Fallon, J.D., Cropley, T.G., Szaniawski, W., and Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-242

3480   Klevmark, B., Kulseng-Hanssen, S. Continence mechanism in the female. Scand J Urol Nephrol Suppl. 1991; 138: 35-40

3481   Ford, H. Continence--feeling off-colour. Nurs Times. 1992 Jan 29-Feb 4; 88: 64,66,68

3482   Blannin, J. Continence--breaking point. Nurs Times. 1992 Jan 29-Feb 4; 88: 61-64

3483   Silbert, P.L., Stewart-Wynne, E.G. Incontinence after stroke [letter]. Lancet. 1992 Feb 15; 339: 428

| | |
|---|---|
| 3484 | Dimpfl, T., Hesse, U., and Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33 |
| 3486 | OFlynn, K.J., Murphy, R., and Thomas, D.G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40 |
| 3487 | Ganabathi, K., Abrams, P., Mundy, A.R., Dwyer, P.L., and Glenning, P.P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-37 |
| 3488 | Dewan, P.A. Is injected polytetrafluoroethylene (Polytef) carcinogenic?. Br J Urol. 1992 Jan; 69: 29-33 |
| 3489 | Politano, V.A. Transurethral polytef injection for post-prostatectomy urinary incontinence. Br J Urol. 1992 Jan; 69: 26-28 |
| 3490 | Kieswetter, H., Fischer, M., Wober, L., and Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-25 |
| 3491 | Wise, B.G., Abbott, D., Kelleher, C.J., Haken, J., Burton, G., and Cardozo, L.D. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 11; 304: 119-120 |
| 3492 | Rosenzweig, B.A., Bhatia, N.N. Temporal separation of cough-induced urethral and bladder pressure spikes in women with urinary incontinence. Urology. 1992 Feb; 39: 165-168 |
| 3493 | Koraitim, M., Khalil, R. Preservation of urosexual functions after radical cystectomy. Urology. 1992 Feb; 39: 117-121 |
| 3494 | Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-1061 |
| 3495 | Haenggi, W., Ammann, M., Katz, M., Koenig, C.F., Dreher, E., and Schneider, H. Urethral isolation of Chlamydia trachomatis in women with urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1991 Nov 3; 42: 53-56 |
| 3496 | Lyder, C.H., Clemes-Lowrance, C., Davis, A., Sullivan, L., and Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-16 |
| 3497 | MacArthur, C., Lewis, M., and Knox, E.G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-1195 |
| 3498 | Fonda, D. The billion dollar question: can incontinence be reduced in nursing homes? [editorial]. Med J Aust. 1992 Jan 6; 156: 6-7 |
| 3499 | Harrington, W.J., Jr., Sheramata, W., and Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis [letter]. Lancet. 1992 Feb 8; 339: 368 |
| 3500 | Harari, D., Malone-Lee, J.G. Oxybutynin and incontinence during grand mal seizures. Br J Urol. 1991 Dec; 68: 658 |
| 3502 | Cardozo, L. Urinary incontinence in women: have we anything new to offer? [see comments]. Bmj. 1991 Dec 7; 303: 1453-1457 |
| 3504 | Jirovec, M.M. Effect of individualized prompted toileting on incontinence in nursing home residents. Appl Nurs Res. 1991 Nov; 4: 188-191 |
| 3505 | Johnson, J.D., Lamensdorf, H., Hollander, I.N., and Thurman, A.E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-425 |
| 3506 | Mayo, M.E. Lower urinary tract dysfunction in cerebral palsy. J Urol. 1992 Feb; 147: 419-420 |
| 3507 | Montague, D.K. The artificial urinary sphincter (AS 800): experience in 166 consecutive patients. J Urol. 1992 Feb; 147: 380-382 |
| 3508 | Ouslander, J.G. Geriatric urinary incontinence. Dis Mon. 1992 Feb; 38: 65-149 |
| 3509 | Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., and Wei, J.Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-285 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3510 Borstad, E., Skrede, M., and Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-506

3511 Kreder, K.J., Webster, G.D. Management of the bladder outlet in patients requiring enterocystoplasty. J Urol. 1992 Jan; 147: 38-41

3512 Davidsson, T., Barker, S.B., and Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-146

3513 Burgio, K.L., Burgio, L.D., McCormick, K.A., and Engel, B.T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-35

3514 Wheeler, R.A., Malone, P.S. Use of the appendix in reconstructive surgery: a case against incidental appendicectomy. Br J Surg. 1991 Nov; 78: 1283-1285

3516 Cutner, A., Cardozo, L.D., and Wise, B.G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-1183

3518 Cheater, F. Continence training programmes: need for standardisation. Nurs Stand. 1991 Nov 13-19; 6: 24-27

3519 Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., and Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-663

3520 Wijma, J., Tinga, D.J., and Visser, G.H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-179

3521 Cammu, H., Van-Nylen, M., Derde, M.P., DeBruyne, R., and Amy, J.J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-337

3522 Durrani, A.F., Rosenbaum, T.P., Shaw, P.J., Singh, S.K., and Worth, P.H. Does the Kaufman prosthesis still have a place? Review of thirteen years' experience. Urology. 1991 Oct; 38: 328-331

3523 Lamhut, P., Jackson, T.W., and Wall, L.L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

3525 De-Gennaro, M., Lais, A., Fariello, G., Caldarelli, M., Capozza, N., Talamo, M., and Caione, P. Early diagnosis and treatment of spinal dysraphism to prevent urinary incontinence. Eur Urol. 1991; 20: 140-145

3526 Vancaillie, T.G., Schuessler, W. Laparoscopic bladderneck suspension. J Laparoendosc Surg. 1991 Jun; 1: 169-173

3527 Bergman, A., Stanczyk, F.Z., and Lobo, R.A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-1836

3529 Hollowell, J.G., Ransley, P.G. Surgical management of incontinence in bladder exstrophy. Br J Urol. 1991 Nov; 68: 543-548

3530 George, V.K., Russell, G.L., Shutt, A., Gaches, C.G., and Ashken, M.H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-489

3531 Chapple, C.R., Hampson, S.J., Turner-Warwick, R.T., and Worth, P.H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-486

3532 Moore, K.H., Richmond, D.H., and Parys, B.T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-482

3533 OBrien, J., Austin, M., Sethi, P., and OBoyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse [see comments]. Bmj. 1991 Nov 23; 303: 1308-1312

3534 Ojanuga, D. Preventing birth injury among women in Africa: case studies in northern Nigeria. Am J Orthopsychiatry. 1991 Oct; 61: 533-539

3535 Efficacy and morbidity of. Urology. 1991 Dec; 38: 526-528

# American Urological Association, Inc.

## SUI Guidelines Panel

---

3536    Ramon, J., Mekras, J., and Webster, G.D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-522

3537    Benbow, S., Sangster, G., and Barer, D. Incontinence after stroke [letter; comment]. Lancet. 1991 Dec 21-28; 338: 1602-1603

3538    Oliver, J.R., Wheeless, C.R., Jr., and Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-181

3539    Hamilton, S., Flood, H.D., Shetty, M.K., and Grainger, R. Radiology of the AS 800 artificial urinary sphincter; normal appearances and complications. Eur J Radiol. 1991 Sep-Oct; 13: 122-125

3540    Fossa, S.D., Hosbach, G. Short-term moderate-dose pelvic radiotherapy of advanced bladder carcinoma. A questionnaire-based evaluation of its symptomatic effect. Acta Oncol. 1991; 30: 735-738

3541    Campbell, J.M., Dowd, T.T. Promoting clinical research through collegial relationships. Nursingconnections. 1991 Fall; 4: 39-45

3542    Kuo, H.C., Chang, S.C., and Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. Taiwan I Hsueh Hui Tsa Chih. 1991 Aug; 90: 769-775

3543    Pearson, B.D., Droessler, D. Problems of aging: urinary incontinence prevention. Health Care Women Int. 1991 Oct-Dec; 12: 443-450

3544    Mercer, L.J., Ludtke, L.J. Adenoma malignum presenting as urinary incontinence. Int J Gynaecol Obstet. 1991 Oct; 36: 149-153

3545    Khan, Z., Mieza, M., Starer, P., and Singh, V.K. Post-prostatectomy incontinence. A urodynamic and fluoroscopic point of view. Urology. 1991 Nov; 38: 483-488

3546    Gearhart, J.P. Failed bladder exstrophy repair. Evaluation and management. Urol Clin North Am. 1991 Nov; 18: 687-699

3547    Boyd, S.D., Lieskovsky, G., and Skinner, D.G. Kock pouch bladder replacement. Urol Clin North Am. 1991 Nov; 18: 641-648

3548    Miller, K., Wenderoth, U.K., de-Petriconi, R., Kleinschmidt, K., and Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-630

3549    Gotoh, M., Kondo, A., and Miyake, K. Bladder compliance in myelodysplastic children: does antireflux surgery compromise it?. Urol Int. 1991; 47 Suppl 1: 63-66

3550    Kondo, A. Status and tasks of today's urodynamics. Urol Int. 1991; 47 Suppl 1: 16-18

3551    Irvine, L. Paving the way to self-control. Maintaining continence in elderly people. Prof Nurse. 1991 Nov; 7: 94-97

3552    Anon. Continence--whose responsibility?. Nurs Times. 1991 Oct 30-Nov 5; 87: 68

3553    Deegan, S. Continence--close to normality. Nurs Times. 1991 Oct 30-Nov 5; 87: 65,67

3554    Dawes, H., Cherry, L., Ballentyne, M., and Glen, E. Continence--advice for all. Nurs Times. 1991 Oct 30-Nov 5; 87: 56,58,62

3555    Beck, R.P., McCormick, S., and Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-1018

3556    Henriksen, T. Incontinence after stroke [letter] [see comments]. Lancet. 1991 Nov 23; 338: 1335

3557    Ouslander, J.G. Urinary incontinence in the geriatric population. Nippon Ronen Igakkai Zasshi. 1991 Jul; 28: 484-492

3559    Stanisic, T.H., Jennings, C.E., and Miller, J.I. Polytetrafluoroethylene injection for post-prostatectomy incontinence: experience with 20 patients during 3 years. J Urol. 1991 Dec; 146: 1575-1577

3560    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., and Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-1558

---

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 443 of 900 PageID #: 202982

**American Urological Association, Inc.**

SUI Guidelines Panel

---

3561    Luangkhot, R., Peng, B.C., and Blaivas, J.G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-1344

3562    Burgio, K.L., Matthews, K.A., and Engel, B.T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-1259

3563    Fossaluzza, V., Di-Benedetto, P., Zampa, A., and De-Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-464

3564    Yu, L.C., Johnson, K., Kaltreider, D.L., Hu, T.W., Brannon, D., and Ory, M. Urinary incontinence: nursing home staff reaction toward residents. J Gerontol Nurs. 1991 Nov; 17: 34-41

3565    Patial, R.K., Bansal, S.K., Sehgal, V.K., and Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-493

3566    Alvarez, O.M., Childs, E.J. Pressure ulcers. Physical, supportive, and local aspects of management. Clin Podiatr Med Surg. 1991 Oct; 8: 869-890

3567    Bull, E., Chilton, C.P., Gould, C.A., and Sutton, T.M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-399

3568    Gelister, J.S., Woodhouse, C.R. Role of continent suprapubic diversion in pelvic cancer. Br J Urol. 1991 Oct; 68: 376-379

3569    Hanzal, E., Berger, E., and Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-371

3570    Foster, D.C. Geriatric urinary tract dysfunction. Curr Opin Obstet Gynecol. 1990 Aug; 2: 612-619

3572    Beck, R.P. Detrusor instability: diagnosis and therapy. Curr Opin Obstet Gynecol. 1990 Aug; 2: 591-598

3573    Creighton, S.M., Stanton, S.L. Comparison of surgical techniques. Curr Opin Obstet Gynecol. 1990 Aug; 2: 585-590

3574    Mostwin, J.L. Effects of pharmaceuticals on bladder function. Curr Opin Obstet Gynecol. 1990 Aug; 2: 580-584

3576    Pasceri, P. Utilizing a prevention and treatment protocol for skin breakdown secondary to urinary incontinence. Ostomy Wound Manage. 1991 Sep-Oct; 36: 66-69

3577    Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part II: Urodynamics and laboratory investigation. Ostomy Wound Manage. 1991 Sep-Oct; 36: 45-6,48-50

3578    Cochran, A. Fatal attraction: Foley catheters. Ostomy Wound Manage. 1991 Sep-Oct; 36: 40-1,43-4

3580    Ju, C.C., Swan, L.K., Merriman, A., Choon, T.E., and Viegas, O. Urinary incontinence among the elderly people of Singapore [published erratum appears in Age Ageing 1991 Sep;20(5):387]. Age Ageing. 1991 Jul; 20: 262-266

3581    Grischke, E.M., Anton, H., Stolz, W., von-Fournier, D., and Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-229

3583    Narayan, P. Nerve sparing and continence preservation during radical prostatectomy. Urol Int. 1991; 46: 266-274

3584    Lockhart, J.L., Pow-Sang, J.M., Persky, L., Sanford, E., and Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-296

3585    Huddleston, H.T., Dunnihoo, D.R., and Otterson, W.O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

3587    de-Jong, P. Easier needle bladder-neck suspension procedure [letter]. S Afr Med J. 1991 Oct 5; 80: 360

3588    Wyman, J.F., Fantl, J.A. Bladder training in ambulatory care management of urinary incontinence. Urol Nurs. 1991 Sep; 11: 11-17

3589    Light, J.K. Continence mechanisms following continent urinary diversion and orthotopic bladder replacement. Prog Clin Biol Res. 1991; 370: 83-92

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-16 Filed 09/15/15 Page 544 of 900 PageID #: 202983

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

3590    Hara, M., Watanabe, M., and Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-161

3591    Haydon, S. The hidden problem. Nurs Times. 1991 Oct 9-15; 87: 18-19

3592    Wall, L.L., DeLancey, J.O. The politics of prolapse: a revisionist approach to disorders of the pelvic floor in women. Perspect Biol Med. 1991 Summer; 34: 486-496

3593    Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-928

3594    Versi, E., Cardozo, L., and Cooper, D.J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-270

3595    Anon. Terodiline and torsades de pointes [letter; comment]. Bmj. 1991 Aug 31; 303: 519-520

3596    Kinnunen, O. Study of constipation in a geriatric hospital, day hospital, old people's home and at home. Aging (Milano). 1991 Jun; 3: 161-170

3597    Versi, E., Cardozo, L., Anand, D., and Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-819

3598    Hellstrom, A.L. Bladder symptoms and urinary infections. Nurs Times. 1991 Sep 11-17; 87: 55

3599    Raz, S., Little, N.A., Juma, S., and Sussman, E.M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-992

3600    Gearhart, J.P., Canning, D.A., and Jeffs, R.D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-1084

3601    Wang, Y., Hadley, H.R. Management of persistent or recurrent urinary incontinence after placement of artificial urinary sphincter. J Urol. 1991 Oct; 146: 1005-1006

3602    Eisch, J.S., Colling, J., Ouslander, J., Hadley, B.J., and Campbell, E. Issues in implementing clinical research in nursing home settings. J N Y State Nurses Assoc. 1991 Sep; 22: 18-22

3603    Chancellor, A.M., Warlow, C.P., Webb, J.N., Lucas, M.G., Besley, G.T., and Broadhead, D.M. Acid maltase deficiency presenting with a myopathy and exercise induced urinary incontinence in a 68 year old male [letter]. J Neurol Neurosurg Psychiatry. 1991 Jul; 54: 659-660

3604    McCormick, K.A. From clinical trial to health policy--research on urinary incontinence in the adult, Part II. J Prof Nurs. 1991 Jul-Aug; 7: 202

3605    Jirovec, M.M. The impact of daily exercise on the mobility, balance and urine control of cognitively impaired nursing home residents. Int J Nurs Stud. 1991; 28: 145-151

3606    Gray, M. Role of the ET nurse in the management of incontinence [editorial]. J ET Nurs. 1991 Sep-Oct; 18: 151-152

3608    Marshall, S. Conservative management of stress urinary incontinence [letter]. Urology. 1991 Sep; 38: 294

3609    Dowd, T.T. Discovering older women's experience of urinary incontinence. Res Nurs Health. 1991 Jun; 14: 179-186

3610    Webb, R.J., Ramsden, P.D., and Neal, D.E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-152

3611    Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., and Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-142

3612    Watson, R. Incontinence in perspective. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 7-10

3613    Callan, B., Chance, R. Incontinence. Aids and appliances. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 18-20

3614    Laycock, J. Incontinence. Pelvic floor re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 15-17

**Appendix A6 Bibliography sorted by Procite Number**

Case 2:12-md-02327 Document 3080-16 Filed 09/13/16 Page 445 of 3001 PageID #: 202984

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

---

3615   Roe, B. Benefits of bladder re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 11-13

3616   Kelley, L.S., Mobily, P.R. Iatrogenesis in the elderly. Impaired skin integrity. J Gerontol Nurs. 1991 Sep; 17: 24-29

3617   Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-613

3622   Kennedy, K.L., Steidle, C.P. Achieving a state of urinary continence for residents of nursing facilities. Part I: The history and physical examination. Ostomy Wound Manage. 1991 Jul-Aug; 35: 72-77

3623   Scullin, P.D. Financial repercussions of incontinence management [editorial]. Ostomy Wound Manage. 1991 Jul-Aug; 35: 4

3625   Meyer, S., DeGrandi, P., and Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-160

3626   ODonnell, P.D., Beck, C. Urinary incontinence volume patterns in elderly inpatient men. Urology. 1991 Aug; 38: 128-131

3628   Blandy, J.P., Badenoch, D.F., Fowler, C.G., Jenkins, B.J., and Thomas, N.W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-765

3629   Craggs, M.D., Chaffey, N.J., and Mundy, A.R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

3631   Kockelbergh, R.C., Tan, J.B., Bates, C.P., Bishop, M.C., Dunn, M., and Lemberger, R.J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41

3632   Mouritsen, L., Frimodt-Moller, C., and Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-37

3633   Steen, B. The importance of diagnostic procedures to ensure quality of health care in geriatric medicine. Examples from recent studies. Qual Assur Health Care. 1990; 2: 387-392

3634   Bump, R.C., Hurt, W.G., Fantl, J.A., and Wyman, J.F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7;discussion327-9

3635   Anon. Incontinence. Comment--setting the sights. Nurs Times. 1991 Aug 7-13; 87: 72

3636   Britton, B. Continence. Marketing forces. Nurs Times. 1991 Aug 7-13; 87: 68,70

3637   Miles, B. Continence. Nurse, heal thyself. Nurs Times. 1991 Aug 7-13; 87: 66

3638   Hyland, N. Continence--training for success. Nurs Times. 1991 Aug 7-13; 87: 60,62

3639   Kuhn, W., Rist, M., and Zaech, G.A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-232

3640   Benson, J.T., Sumners, J.E., and Pittman, J.S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. JCU J Clin Ultrasound. 1991 Jun; 19: 275-282

3642   Anon. Urinary incontinence. J ET Nurs. 1991 Jul-Aug; 18: 136-140

3643   Diokno, A.C., Brown, M.B., and Herzog, A.R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42

3644   McCormick, K.A., Cella, M., Scheve, A., and Engel, B.T. Cost-effectiveness of treating incontinence in severely mobility-impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-443

3645   Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y.C., Kaneko, S., and Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-141

3646   Baum, N., Suarez, G., and Appell, R.A. Urinary incontinence. Not a 'normal' part of aging [see comments]. Postgrad Med. 1991 Aug; 90: 99-102,107-9

3647   Steele, W., Pomfret, I. Promoting continence at work. Occup-Health (Lond). 1991 Jul; 43: 213-214

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3086-10 Filed 09/13/16 Page 446 of 300 PageID #: 202985

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

3648   Gearhart, J.P., Jeffs, R.D. Techniques to create urinary continence in the cloacal exstrophy patient. J Urol. 1991 Aug; 146: 616-618

3649   Perlmutter, A.D., Weinstein, M.D., and Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-615

3650   Parres, J.A., Kropp, K.A. Urodynamic evaluation of the continence mechanism following urethral lengthening--reimplantation and enterocystoplasty. J Urol. 1991 Aug; 146: 535-538

3651   Greenfield, S.P., Fera, M. The use of intravesical oxybutynin chloride in children with neurogenic bladder. J Urol. 1991 Aug; 146: 532-534

3652   Boyd, G. Terodiline for treating detrusor instability in elderly people [letter; comment]. Bmj. 1991 Jul 13; 303: 124

3653   Brown, J., Thomas, E., White, H., and McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-27

3654   Weiss, B.D. Nonpharmacologic treatment of urinary incontinence. Am Fam Physician. 1991 Aug; 44: 579-586

3655   Bosco, P.J., Bauer, S.B., Colodny, A.H., Mandell, J., and Retik, A.B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-399

3656   Chen, K.K., Chang, L.S., and Chen, M.T. Neobladder construction using completely detubularized sigmoid colon after radical cystoprostatectomy. J Urol. 1991 Aug; 146: 311-315

3657   Rossignol, G., Leandri, P., Gautier, J.R., Quintens, H., Gabay-Torbiero, L., and Tap, G. Radical retropubic prostatectomy: complications and quality of life (429 cases, 1983-1989). Eur Urol. 1991; 19: 186-191

3658   Thind, P., Colstrup, H., Lose, G., and Kristensen, J.K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-170

3660   Mortensen, N., Humphreys, M.S. The anal continence plug: a disposable device for patients with anorectal incontinence. Lancet. 1991 Aug 3; 338: 295-297

3661   Wells, T.J., Brink, C.A., Diokno, A.C., Wolfe, R., and Gillis, G.L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-791

3663   Lagro-Janssen, A.L., Debruyne, F.M., and van-Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-572

3664   Wanich, C.K., Reilly, N.J. Incontinence care products: non-surgical management of urinary incontinence. Ostomy Wound Manage. 1991 May-Jun; 34: 45-6,48,51

3665   Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., and Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-104

3666   Dykes, E.H., Duffy, P.G., and Ransley, P.G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-538

3667   McCormick, K.A. Research. From clinical trial to health policy--research on urinary incontinence in the adult, Part I. J Prof Nurs. 1991 May-Jun; 7: 147

3668   Phillips, T.H., Ritchey, M.L., Dunn, C.D., and Sarosdy, M.F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-161

3669   Sponseller, P.D., Gearhart, J.P., and Jeffs, R.D. Anterior innominate osteotomies for failure or late closure of bladder exstrophy. J Urol. 1991 Jul; 146: 137-140

3670   Kil, P.J., Hoekstra, J.W., van-der-Meijden, A.P., Smans, A.J., Theeuwes, A.G., and Schreinemachers, L.M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-136

3671   van-Waalwijk-van-Doorn, E.S., Remmers, A., and Janknegt, R.A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-131

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 26

**American Urological Association, Inc.**

SUI Guidelines Panel

3672   Pike, J.G., Berardinucci, G., Hamburger, B., and Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70;discussion470-1

3673   Ricketts, R.R., Woodard, J.R., Zwiren, G.T., Andrews, H.G., and Broecker, B.H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8;discussion448-50

3674   Hautmann, R.E. The ileal neobladder. Acta Urol Belg. 1991; 59: 227-240

3675   Jorgensen, L., Lose, G., and Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-179

3676   Anon. Urinary incontinence among hospitalized persons aged 65 years and older--United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-436

3677   Nghiem-Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence [letter; comment]. Am J Obstet Gynecol. 1991 Jun; 164: 1689-1690

3678   Bernstein, I.T., Bennicke, K., Rordam, P., Klarskov, P., and Iversen, H.G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33

3679   Starer, P., Libow, L.S. Persistence of detrusor hyperreflexia in a continent, institutionalized elderly patient with Parkinson's disease. N Y State J Med. 1991 Apr; 91: 166-167

3680   Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., and Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

3681   Davies, S.W., Brecker, S.J., and Stevenson, R.N. Terodiline for treating detrusor instability in elderly people [letter] [see comments]. Bmj. 1991 May 25; 302: 1276

3682   Barrett, J.A., Oldham, J.A. Physiotherapy for stress urinary incontinence [letter; comment]. Bmj. 1991 May 18; 302: 1208

3683   Lee, K.S., Owen, R.E., Choo, P.W., and Jayaratnam, F.J. Urinary incontinence in the elderly. Singapore Med J. 1991 Apr; 32: 161-163

3684   Woods, D., Dobranowski, J., Orovan, W.L., and Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-126

3685   Evans, J.W., Christmas, T.J. Detrusor instability following colchicine therapy. Br J Urol. 1991 May; 67: 552-554

3686   Pearman, J.W., Bailey, M., and Riley, L.P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-490

3687   Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-471

3688   Wiseman, P.A., Malone-Lee, J., and Rai, G.S. Terodiline with bladder retraining for treating detrusor instability in elderly people [see comments]. Bmj. 1991 Apr 27; 302: 994-996

3689   Richardson, D.A., Ramahi, A., and Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-109

3690   Lawson, W., Irving, F. Perioperative nursing rounds: bladder neck suspension. Can Oper Room Nurs J. 1991 May-Jun; 9: 9-13

3691   Byrne, P., Morris, J., Mordey, S., and Condie, R. Physiotherapy for stress incontinence of urine [letter]. Bmj. 1991 May 4; 302: 1084

3694   Skehan, M.C., Sutherst, J.R. Re: Biofeedback therapy for female incontinence due to low urethral resistance [letter; comment]. J Urol. 1991 Jun; 145: 1278

3696   Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., and McGuire, E.J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-1213

3697   Ahlering, T.E., Weinberg, A.C., and Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-1158

**American Urological Association, Inc.**

SUI Guidelines Panel

**3698**   Quinlan, D.M., Leonard, M.P., Brendler, C.B., Gearhart, J.P., and Jeffs, R.D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-1155

**3699**   Thomas, A.M., Morse, J.M. Managing urinary incontinence with self-care practices. J Gerontol Nurs. 1991 Jun; 17: 9-14

**3700**   Caione, P., De-Gennaro, M., Zaccara, A., and Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-551

**3701**   Cheater, F. Elderly people: attitudes towards urinary incontinence. Nurs Stand. 1991 Mar 20-26; 5: 23-27

**3702**   Schileru, G., Ozan, O. Implantation of the cuff of A.U.S. around of all the corpora. Acta Urol Belg. 1990; 58: 83-87

**3714**   Anon. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

**3715**   Cutner, A., Cardozo, L. Urinary incontinence--diagnosis. Practitioner. 1991 Jan; 235: 24,27-30

**3716**   Bethell, C. Pre-school and adolescent incontinence [letter]. N Z Nurs J. 1991 Apr; 84: 4-5

**3717**   ODonnell, P.D., Doyle, R. Biofeedback therapy technique for treatment of urinary incontinence. Urology. 1991 May; 37: 432-436

**3718**   Kursh, E.D., Angell, A.H., and Resnick, M.I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-431

**3719**   Kontturi, M.J., Hellstrom, P.A., Tammela, T.L., and Lukkarinen, O.A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-54

**3720**   Pomfret, I., Steele, W. Continence. A working service. Nurs Times. 1991 Apr 24-30; 87: 46-48

**3721**   Madersbacher, H., Jilg, G. Control of detrusor hyperreflexia by the intravesical instillation of oxybutynine hydrochloride. Paraplegia. 1991 Feb; 29: 84-90

**3722**   Macaulay, A.J., Stern, R.S., and Stanton, S.L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

**3723**   Davidson, H.A., Borrie, M.J., and Crilly, R.G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-471

**3724**   Klemm, L.W., Creason, N.S. Self-care practices of women with urinary incontinence--a preliminary study. Health Care Women Int. 1991 Apr-Jun; 12: 199-209

**3725**   Rocco, F., Franchini, V. Antimicrobial therapy for treatment of UTI in the elderly. Eur Urol. 1991; 19 Suppl 1: 7-15

**3726**   Chancellor, M.B., Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurological disorders. Compr Ther. 1991 Feb; 17: 37-43

**3727**   Nijman, R.J., Scholtmeijer, R.J. Complications of transurethral electro-incision of posterior urethral valves. Br J Urol. 1991 Mar; 67: 324-326

**3728**   Griffith-Jones, M.D., Jarvis, G.J., and McNamara, H.M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction? [see comments]. Br J Urol. 1991 Mar; 67: 295-297

**3729**   Sethia, K.K., Webb, R.J., and Neal, D.E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-290

**3730**   Hellstrom, P.A., Tammela, T.L., Kontturi, M.J., and Lukkarinen, O.A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-279

**3731**   McInerney, P.D., Vanner, T.F., Harris, S.A., and Stephenson, T.P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-274

**3732**   Mundy, A.R. Artificial sphincters. Br J Urol. 1991 Mar; 67: 225-229

**3733**   Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey [published erratum appears in BMJ 1991 Aug 24;303(6800):440] [see comments]. Bmj. 1991 Mar 30; 302: 753-755

Case 2:12-md-02327 Document 3080-16 Filed 06/19/19 Page 549 of 300 PageID #: 202988

3734    Wells, M. A tangible means of assessing progress. Biofeedback in the management of urinary incontinence. Prof Nurse. 1991 Apr; 6: 396-7,399

3735    Fall, M., Lindstrom, S. Electrical stimulation. A physiologic approach to the treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 393-407

3736    Schiff, S.F., Lytton, B. Incontinence after augmentation cystoplasty and internal diversion. Urol Clin North Am. 1991 May; 18: 383-392

3737    Kreder, K.J., Webster, G.D. Evaluation and management of incontinence after implantation of the artificial urinary sphincter. Urol Clin North Am. 1991 May; 18: 375-381

3739    Blaivas, J.G. Treatment of female incontinence secondary to urethral damage or loss. Urol Clin North Am. 1991 May; 18: 355-363

3740    McGuire, E.J., Gardy, M., Elkins, T., and DeLancey, J.O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-353

3741    Kelly, M.J., Zimmern, P.E., and Leach, G.E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-338

3742    Lam, T.C., Hadley, H.R. Surgical procedures for uncomplicated ("routine") female stress incontinence.. Urol Clin North Am. 1991 May; 18: 327-337

3743    Stone, A.R. Treatment of voiding complaints and incontinence in painful bladder syndrome. Urol Clin North Am. 1991 May; 18: 317-325

3744    Staskin, D.R. Hydroureteronephrosis after spinal cord injury. Effects of lower urinary tract dysfunction on upper tract anatomy. Urol Clin North Am. 1991 May; 18: 309-316

3745    Rudy, D.C., Woodside, J.R. The incontinent myelodysplastic patient. Urol Clin North Am. 1991 May; 18: 295-308

3746    Himsl, K.K., Hurwitz, R.S. Pediatric urinary incontinence. Urol Clin North Am. 1991 May; 18: 283-293

3748    Foote, J., Yun, S., and Leach, G.E. Postprostatectomy incontinence. Pathophysiology, evaluation, and management. Urol Clin North Am. 1991 May; 18: 229-241

3749    Myers, R.P. Male urethral sphincteric anatomy and radical prostatectomy. Urol Clin North Am. 1991 May; 18: 211-227

3750    Snyder, J.A., Lipsitz, D.U. Evaluation of female urinary incontinence. Urol Clin North Am. 1991 May; 18: 197-209

3751    Anon. Evaluation and treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 175-407

3752    Petros, J.A., Catalona, W.J. Antegrade approach to radical retropubic prostatectomy in patients with difficult apical dissection. J Urol. 1991 May; 145: 994-997

3753    Gallaspy, J.W. A method for safer urinary incontinence surgery [letter]. Am J Obstet Gynecol. 1991 Apr; 164: 1151

3754    Thorp, J.M., Jr. Exercise-associated urinary incontinence [letter]. Jama. 1991 May 1; 265: 2191-2192

3755    Clancy, B., Malone-Lee, J. Reducing the leakage of body-worn incontinence pads. J Adv Nurs. 1991 Feb; 16: 187-193

3757    Mochizuki, H., Saito, H. Mesial frontal lobe syndromes: correlations between neurological deficits and radiological localizations. Tohoku J Exp Med. 1990 Aug; 161 Suppl: 231-239

3759    Hellstrom, L., Ekelund, P., Larsson, M., and Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

3760    Berglund, A.L., Fugl-Meyer, K.S. Sexual problems in women with urinary incontinence. A retrospective study of medical records. Scand J Caring Sci. 1991; 5: 13-16

3761    Tester, K. Continence. Changing time. Nurs Times 1991 Apr 3-9; 87: 70

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

3762    Brown, J., Thomas, E., McCallum, A., and White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66,68

3763    Paterson, H. Continence. Education wanted. Nurs Times. 1990 Nov 14-20; 86: 71

3764    Dawes, H., Small, D., and Glen, E. Continence. Adding computers to the armoury. Nurs Times. 1990 Nov 14-20; 86: 68-69

3765    Macaulay, M., Henry, G. Continence. Drop in and do well. Nurs Times. 1990 Nov 14-20; 86: 65-66

3766    Thompson, J. Managing continence systematically. Nurs Times. 1990 Nov 14-20; 86: 60-62

3767    Pottle, B. Continence. Refining tools [editorial]. Nurs Times. 1990 Nov 14-20; 86: 58

3768    Crowder, H. Incontinence: the secret problem. N Z Nurs J. 1991 Mar; 84: 19-21

3769    Bergman, A., Koonings, P.P., and Ballard, C.A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-140

3770    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile [published erratum appears in J Am Geriatr Soc 1992 Sep;40(9):976-7]. J Am Geriatr Soc. 1991 Apr; 39: 378-382

3771    Kane, R.L., Garrard, J., Buchanan, J.L., Rosenfeld, A., Skay, C., and McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-367

3772    Keller, P.A., Sinkovic, S.P., and Miles, S.J. Skin dryness: a major factor in reducing incontinence dermatitis. Ostomy Wound Manage. 1990 Sep-Oct; 30: 60-64

3773    Muratore, C. The OBRA mandate: the positive effects for incontinent residents. Ostomy Wound Manage. 1990 Sep-Oct; 30: 58-59

3774    Perry, J.D., Hullett, L.T. The role of home trainers in Kegel's exercise program for the treatment of incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 46-8,50-7

3775    Wroblewski, J. Terodiline: a new compound for the treatment of urge incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 22-29

3776    Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., and Marques-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-65

3777    Fonda, D. Improving management of urinary incontinence in geriatric centres and nursing homes. Victorian Geriatricians Peer Review Group. Aust Clin Rev. 1990; 10: 66-71

3778    Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence [letter; comment]. J Urol. 1991 Apr; 145: 839-840

3779    Sheldon, C., Cormier, M., Crone, K., and Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

3780    Halio, J.H. Urinary incontinence in the elderly [letter]. J Am Geriatr Soc. 1991 Mar; 39: 315

3781    Jones, J.W. Insufficiency fracture of the sacrum with displacement and neurologic damage: a case report and review of the literature. J Am Geriatr Soc. 1991 Mar; 39: 280-283

3782    Wright, K. Special update on incontinence in the adult. J Enterostomal Ther. 1991 Mar-Apr; 18: 26A-27A

3783    Ezzat, M.I. Abdomino-perineal approach for management of traumatic strictured posterior urethra. Int Urol Nephrol. 1990; 22: 447-453

3786    Weston, P.M., Morgan, J.D., Hussain, J., and Stephenson, T.P. Artificial urinary sphincters around intestinal segments--are they safe? Br J Urol. 1991 Feb; 67: 150-154

3788    Lose, G. Medical treatment of female urge incontinence. Ann Med. 1990 Dec; 22: 449-454

Appendix A6 Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 491 of 300 PageID #: 202990

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

3789     Victor, A. Pad weighing test--a simple method to quantitate urinary incontinence. Ann Med. 1990 Dec; 22: 443-447

3790     Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders [editorial]. Ann Med. 1990 Dec; 22: 403

3791     Watson, R. Incontinence. A case for treatment. Nurs Elder. 1991 Jan-Feb; 3: 28

3792     Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., and Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83

3794     McGrother, C. Handicaps associated with incontinence. Nurs Times. 1991 Mar 6-12; 87: 48

3795     Rosenzweig, B.A., Bhatia, N.N., and Nelson, A.L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean? [see comments]. Obstet Gynecol. 1991 Apr; 77: 586-590

3796     Gerber, S.D. They don't all live happily ever after. Nursing. 1991 Mar; 21: 136

3797     Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection [see comments]. Arch Dis Child. 1991 Feb; 66: 232-234

3798     Tew, B., Laurence, K.M., and Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-36

3799     Lonton, A.P. The characteristics of patients with encephaloceles. Z Kinderchir. 1990 Dec; 45 Suppl 1: 18-19

3800     van-Gool, J.D., de-Jong, T.P. Urinary infection, incontinence and clean intermittent catheterisation in myelomeningocele. Z Kinderchir. 1990 Dec; 45 Suppl 1: 10

3801     ODonnell, P.D., Calandro, V.J., 2d. Incontinence management scale for elderly inpatient men. Urology. 1991 Mar; 37: 220-223

3802     Kelly, M.J., Knielsen, K., Bruskewitz, R., Roskamp, D., and Leach, G.E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-219

3804     Lofting, D. The dry season. Promoting continence in the South West. Prof Nurse. 1991 Feb; 6: 270,272,274

3805     Langtry, H.D., McTavish, D. Terodiline. A review of its pharmacological properties, and therapeutic use in the treatment of urinary incontinence. Drugs. 1990 Nov; 40: 748-761

3806     Creighton, S.M., Plevnik, S., and Stanton, S.L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72

3807     Hosker, G.L. Commentary. Detrusor instability--current management [letter] [published erratum appears in Br J Obstet Gynaecol 1991 Feb;98(2):226] [comment]. Br J Obstet Gynaecol. 1991 Jan; 98: 114-115

3808     Carroll, P., Maher, V.F. Legal issues in the care of patients with urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 9

3809     Powers, I., Williams, D. Urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 10-15

3810     Steiner, M.S., Morton, R.A., and Walsh, P.C. Impact of anatomical radical prostatectomy on urinary continence. J Urol. 1991 Mar; 145: 512-4;discussion514-5

3811     Marshall, F.F., Mostwin, J.L., Radebaugh, L.C., Walsh, P.C., and Brendler, C.B. Ileocolic neobladder post-cystectomy: continence and potency. J Urol. 1991 Mar; 145: 502-504

3812     Nissenkorn, I., Richter, S., and Slutzker, D. A simple, self-retaining intraurethral catheter for treatment of prostatic obstruction. Eur Urol. 1990; 18: 286-289

3813     Vehmas, T., Lindell, O., Soimakallio, S., Paivansalo, M., Balk, S., and Kivisaari, L. Percutaneous nephrostomy in the management of urinary leakages and fistulas. Rontgenblatter. 1990 Dec; 43: 512-515

3814     Wells, M., White, H. Continence. Self-starters. Nurs Times. 1991 Feb 13-19; 87: 64

Case 2:12-md-02327 Document 3086-10 Filed 09/19/16 Page 2 of 3 PageID #: 202991

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

3815    Colley, W. Continence. The Colley Model. Nurs Times. 1991 Feb 13-19; 87: 61-63

3816    Timoney, A.G., Shaw, P.J. Urological outcome in female patients with spinal cord injury: the effectiveness of intermittent catheterisation. Paraplegia. 1990 Nov; 28: 556-563

3817    Pinter, A.B., Farkas, A.P. Urethral duplication with single bladder and multiple genitourinary abnormalities: an example of continent urinary diversion. J Pediatr Surg. 1990 Dec; 25: 1285-1286

3818    McMullen, D. Candida albicans and incontinence. Dermatol Nurs. 1991 Feb; 3: 21-24

3819    Hellstrom, L., Ekelund, P., Milsom, I., and Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-389

3820    Eriksen, B.C., Sandvik, H., and Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-519

3822    Turkington, D., Grant, J., Tophill, P., and Johnston, J. Psychiatric aspects of urinary incontinence [letter]. Bmj. 1990 Sep 1; 301: 444-445

3823    Dennis, P.J., Rohner, T.J., Jr., Hu, T.W., Igou, J.F., Yu, L.C., and Kaltreider, D.L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-179

3824    ODonnell, P.D., al-Juburi, A.Z. Microtip urethral pressure profile measurement in men. Urology. 1991 Feb; 37: 170-171

3825    Suarez, G.M., Baum, N.H., and Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-122

3826    Bander, N.H. Initial results with slightly modified Kock pouch. Urology. 1991 Feb; 37: 100-105

3827    Sand, P.K., Brubaker, L.T., and Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-457

3828    Schnelle, J.F., Newman, D.R., Fogarty, T.E., Wallston, K., and Ory, M. Assessment and quality control of incontinence care in long-term nursing facilities. J Am Geriatr Soc. 1991 Feb; 39: 165-171

3829    Patel, A. Dry haricot bean: a new continence aid for elderly men?. Bmj. 1990 Dec 22-29; 301: 1432-1433

3830    Rousseau, P. Urinary collection devices in geriatric incontinence. J Enterostomal Ther. 1991 Jan-Feb; 18: 26-31

3831    Xu, W.P., Song, X.W., Yue, S.Y., Cai, Y.B., and Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin-Med-J (Engl). 1990 Nov; 103: 879-884

3832    Snooks, S.J., Swash, M., Mathers, S.E., and Henry, M.M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-1360

3833    Wright, K. Collaborative management of the incontinent patient [editorial]. Urol Nurs. 1990 Dec; 10: 6

3835    McClish, D.K., Fantl, J.A., Wyman, J.F., Pisani, G., and Bump, R.C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-286

3836    al-Rifaei, M.A., Gaafar, S., and Abdel-Rahman, M. Management of posterior urethral strictures secondary to pelvic fractures in children. J Urol. 1991 Feb; 145: 353-356

3837    Merguerian, P.A., McLorie, G.A., McMullin, N.D., Khoury, A.E., Husmann, D.A., and Churchill, B.M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-352

3838    McGrother, C.W., Jagger, C., Clarke, M., and Castleden, C.M. Handicaps associated with incontinence: implications for management. J Epidemiol Community Health. 1990 Sep; 44: 246-248

3841    Fantl, J.A., Wyman, J.F., McClish, D.K., Harkins, S.W., Elswick, R.K., Taylor, J.R., and Hadley, E.C. Efficacy of bladder training in older women with urinary incontinence. Jama. 1991 Feb 6; 265: 609-613

3842    Du-Beau, C.E. Urodynamics [letter; comment]. J Am Geriatr Soc. 1991 Jan; 39: 105-107

**American Urological Association, Inc.**

SUI Guidelines Panel

3843 Wade, B.E. Colostomy patients: psychological adjustment at 10 weeks and 1 year after surgery in districts which employed stoma-care nurses and districts which did not. J Adv Nurs. 1990 Nov; 15: 1297-1304

3844 Orovan, W.L., Davis, I.R. Kock to urethra: continent functional bladder replacement. Can J Surg. 1990 Apr; 33: 91-94

3845 Webber, E.M., Crofts, P.G., Pomeroy, C., Coleman, G.U., Arnold, W.J., and Johnson, H.W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-138

3846 Braverman, R.M., Lebowitz, R.L. Occult ectopic ureter in girls with urinary incontinence: diagnosis by using CT. AJR Am J Roentgenol. 1991 Feb; 156: 365-366

3847 Schmidt, R.A. Treatment of unstable bladder. Urology. 1991 Jan; 37: 28-32

3848 MacDonagh, R.P., Forster, D.M., and Thomas, D.G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-622

3850 Creighton, S.M., Stanton, S.L. Caffeine: does it affect your bladder?. Br J Urol. 1990 Dec; 66: 613-614

3851 Rabin, J.M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients [letter; comment]. Arch Intern Med. 1991 Jan; 151: 201-203

3852 Brindley, G.S., Rushton, D.N. Long-term follow-up of patients with sacral anterior root stimulator implants. Paraplegia. 1990 Oct; 28: 469-475

3853 DeLancey, J.O., Nygaard, I. Exercise-associated urinary incontinence. Jama. 1991 Jan 23-30; 265: 514

3854 Wall, L.L. Diagnosis and management of urinary incontinence due to detrusor instability. Obstet Gynecol Surv. 1990 Nov; 45: 1S-47S

3855 McKeever, M.P. An investigation of recognized incontinence within a health authority. J Adv Nurs. 1990 Oct; 15: 1197-1207

3856 Cabrera, J.A., Szekely, Z., and Ospitia, J.A. Suprapubic or vaginal procedure [letter]. Am J Obstet Gynecol. 1990 Dec; 163: 2025-2026

3857 Newman, D.K., Lynch, K., Smith, D.A., and Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

3858 Sandvik, H., Hunskaar, S. Doctors' characteristics and practice patterns in general practice: an analysis based on management of urinary incontinence. Scand J Prim Health Care. 1990 Sep; 8: 179-182

3859 Saunders, B. Catheter care. Working together for continence. Nursing (Lond). 1990 Dec 6-19; 4: 14-16

3860 Breitenbucher, R.B. Minimizing urinary incontinence in the nursing home. Geriatrics. 1990 Dec; 45: 32-40

3861 Moore, K.H., Goldstein, M., and Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study [letter; comment]. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-1064

3862 Norton, C. Nurse prescribing. Prescribing rights. Nurs Stand. 1990 Nov 14-20; 5: 4-5

3863 Platts, L. Dispensing advice. Nurs Stand. 1990 Nov 14-20; 5: 14-15

3864 Farragher, D. Trophic stimulation. Nurs Stand. 1990 Nov 14-20; 5: 10-11

3865 Campbell, H., Crawford, V., and Stout, R.W. The impact of private residential and nursing care on statutory residential and hospital care of elderly people in south Belfast. Age Ageing. 1990 Sep; 19: 318-324

3866 Gelet, A., Sanseverino, R., Salas, M., Martin, X., Marechal, J.M., and Dubernard, J.M. The AS 800 urinary sphincter in renal transplantation. Br J Urol. 1990 Nov; 66: 549-550

3867 Warwick, D.J., Abrams, P. The perineal artificial sphincter for acquired incontinence--a cut and dried solution?. Br J Urol. 1990 Nov; 66: 495-499

3868 ODonnell, P.D., Brookover, T., Hewett, M., and al-Juburi, A.Z. Continence level following radical prostatectomy. Urology. 1990 Dec; 36: 511-512

**American Urological Association, Inc.**

SUI Guidelines Panel

**3869** Chang, H.C., Chang, S.C., Kuo, H.C., and Tsai, T.C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-492

**3870** Epstein, S., Jenike, M.A. Disabling urinary obsessions: an uncommon variant of obsessive-compulsive disorder. Psychosomatics. 1990 Fall; 31: 450-452

**3872** Chan, A.S., Ouslander, J.G. Effects of diltiazem on urinary incontinence [letter]. J Am Geriatr Soc. 1990 Nov; 38: 1265-1266

**3873** Jonasson, A., Larsson, B., Pschera, H., and Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-123

**3874** Eriksen, B.C. Electrostimulation of the pelvic floor in female urinary incontinence. Acta Obstet Gynecol Scand. 1990; 69: 359-360

**3875** Vasilev, S.A., Schlaerth, J.B. Intraoperative pressure profile measurement and continence mechanism adjustment in the Indiana pouch urinary reservoir. Surg Gynecol Obstet. 1990 Dec; 171: 518-520

**3876** Rose, M.A., Baigis-Smith, J., Smith, D., and Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-15

**3877** Warshaw, G.A. New perspectives in the management of Alzheimer's disease. Am Fam Physician. 1990 Nov; 42: 41S-47S

**3878** Diokno, A.C., Normolle, D.P., Brown, M.B., and Herzog, A.R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-439

**3879** Sanchez-de-Badajoz, E., Diaz-Ramirez, F., and Vara-Thorbeck, C. Stress incontinence: a new endoscopic approach. Urology. 1990 Nov; 36: 403-405

**3880** Jarvelin, M.R., Huttunen, N.P., Seppanen, J., Seppanen, U., and Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-189

**3881** Gibson, E. An exhibition to eradicate ignorance. Setting up a continence resource centre. Prof Nurse. 1990 Oct; 6: 38-41

**3882** Palmer, M.H. Urinary incontinence. Nurs Clin North Am. 1990 Dec; 25: 919-934

**3883** Haimanot, R.T. Neurological complications of endemic skeletal fluorosis, with special emphasis on radiculo-myelopathy. Paraplegia. 1990 May; 28: 244-251

**3884** Butturini, E. Pants for incontinence patients. N Z Nurs J. 1990 Oct; 83: 26

**3885** Cotton, P. Physicians hear about incontinence [news]. Jama. 1990 Nov 14; 264: 2361-2362

**3886** Winter, C.C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [letter; comment]. J Urol. 1990 Dec; 144: 1481-1482

**3887** Klose, A.G., Sackett, C.K., and Mesrobian, H.G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-1449

**3889** Connor, J.P., Burbige, K.A. Long-term urinary continence and renal function in neonates with posterior urethral valves. J Urol. 1990 Nov; 144: 1209-1211

**3890** Nielsen, K.K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E.M., Nordling, J., Holm, H.H., and Larsen, J.F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-1202

**3891** Summitt, R.L., Jr., Bent, A.E., Ostergard, D.R., and Harris, T.A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-880

**3893** Frang, D., Pajor, L. Radical prostatectomy and complications. Int Urol Nephrol. 1990; 22: 349-357

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

**3894** Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., and Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**3895** Resnick, N.M. Noninvasive diagnosis of the patient with complex incontinence. Gerontology. 1990; 36 Suppl 2: 8-18

**3896** Brocklehurst, J.C. Urinary incontinence in old age: helping the general practitioner to make a diagnosis. Gerontology. 1990; 36 Suppl 2: 3-7

**3898** Sourander, L.B. Treatment of urinary incontinence: the place of drugs. Gerontology. 1990; 36 Suppl 2: 19-26

**3899** Le-Coutour, X., Jung-Faerber, S., Klein, P., and Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-286

**3900** Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., and Kinn, A.C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-123

**3901** Cunsolo, A., Bragaglia, R.B., Manara, G., Poggioli, G., and Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-922

**3902** Staskin, D.R., Wein, A.J., and Andersson, K.E. Urinary incontinence: classification and pharmacological therapy. Ciba Found Symp. 1990; 151: 289-306;discussion306-17

**3903** de-Groat, W.C. Central neural control of the lower urinary tract. Ciba Found Symp. 1990; 151: 27-44;discussion44-56

**3904** Brindley, G.S. Treatment of urinary and faecal incontinence by surgically implanted devices. Ciba Found Symp. 1990; 151: 267-74;discussion274-82

**3905** Stanton, S.L. Stress urinary incontinence. Ciba Found Symp. 1990; 151: 182-9;discussion189-94

**3906** Swash, M. The neurogenic hypothesis of stress incontinence. Ciba Found Symp. 1990; 151: 156-70;discussion170-5

**3907** Anon. Neurobiology of incontinence. A symposium. London, 11-13 October 1989. Proceedings. Ciba Found Symp. 1990; 151: 1-322

**3908** MacDermott, J.P., Palmer, J.M., and Stone, A.R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-431

**3909** Lagro-Janssen, T.L., Smits, A.J., and Van-Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-334

**3910** Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., and Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-1141

**3911** Juma, S., Little, N.A., and Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-321

**3912** Kong, T.K., Morris, J.A., Robinson, J.M., and Brocklehurst, J.C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-263

**3913** Russell, K.J., Laramore, G.E., Krieger, J.N., Wiens, L.W., Griffeth, J.T., Koh, W.J., Griffin, B.R., Austin-Seymour, M.M., Griffin, T.W., and Davis, L.W. Transient and chronic neurological complications of fast neutron radiation for adenocarcinoma of the prostate. Radiother Oncol. 1990 Jul; 18: 257-265

**3914** Amdur, R.J., Parsons, J.T., Fitzgerald, L.T., and Million, R.R. Adenocarcinoma of the prostate treated with external-beam radiation therapy: 5-year minimum follow-up. Radiother Oncol. 1990 Jul; 18: 235-246

**3915** Binstock, M.A., Semrad, N., Dubow, L., and Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-921

**3916** Karram, M.M., Bhatia, N.N. Importance of a neurologic evaluation in women with lower urinary tract dysfunction. J Reprod Med. 1990 Aug; 35: 799-804

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**3919**  Scotti, R.J., Ostergard, D.R., Guillaume, A.A., and Kohatsu, K.E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-776

**3920**  DeLancey, J.O., Starr, R.A. Histology of the connection between the vagina and levator ani muscles. Implications for urinary tract function. J Reprod Med. 1990 Aug; 35: 765-771

**3921**  Sand, P.K., Brubaker, L. Nonsurgical treatment of detrusor overactivity in postmenopausal women. J Reprod Med. 1990 Aug; 35: 758-764

**3923**  Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C.E., Brindley, G.S., Colombel, P., and Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-684

**3924**  Johnson, D.E., Muncie, H.L., OReilly, J.L., and Warren, J.W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-1022

**3925**  Shaw, J. Continence in cerebral palsy. Health Visit. 1990 Sep; 63: 301-302

**3926**  Schnelle, J.F., Newman, D.R., and Fogarty, T. Statistical quality control in nursing homes: assessment and management of chronic urinary incontinence. Health Serv Res. 1990 Oct; 25: 627-637

**3927**  Primus, G., Pummer, K. Oxybutynin hydrochloride in the management of detrusor instability. Int Urol Nephrol. 1990; 22: 243-248

**3928**  Sand, P.K., Bowen, L.W., and Ostergard, D.R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-139

**3929**  Harrison, S.C., Abrams, P.H. The endoscopic video camera as an aid to the Stamey procedure. Br J Urol. 1990 Sep; 66: 329

**3930**  Purkiss, S.F. Assessment of residual urine in men following catheterisation [see comments]. Br J Urol. 1990 Sep; 66: 279-280

**3931**  Maskell, R. Psychiatric aspects of urinary incontinence [letter; comment]. Bmj. 1990 Sep 15; 301: 556

**3932**  Mogielnicki, R.P., Nelson, W.A., and Dulac, J. A study of the dying process in elderly hospitalized males. J Cancer Educ. 1990; 5: 135-145

**3937**  Jirovec, M.M., Wells, T.J. Urinary incontinence in nursing home residents with dementia: the mobility-cognition paradigm. Appl Nurs Res. 1990 Aug; 3: 112-117

**3938**  Sislow, J.G., Mayo, M.E. Reduction in human bladder wall compliance following decentralization. J Urol. 1990 Oct; 144: 945-947

**3939**  Lockhart, J.L., Pow-Sang, J.M., Persky, L., Kahn, P., Helal, M., and Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-867

**3940**  Levy, B.J., Wight, T.N. Structural changes in the aging submucosa: new morphologic criteria for the evaluation of the unstable human bladder. J Urol. 1990 Oct; 144: 1044-1055

**3941**  Burns, A., Jacoby, R., and Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

**3942**  Meadow, S.R. Day wetting. Pediatr Nephrol. 1990 Mar; 4: 178-184

**3943**  Powell, L. Achieving continence. Nurs Elder. 1990 Jul-Aug; 2: 16,18

**3944**  Metcalfe, S. The working week. Nurs Elder. 1990 Jul-Aug; 2: 14-15

**3945**  Watson, R. An improved urinary sheath. Nurs Elder. 1990 Jul-Aug; 2: 12

**3946**  Simon, J.K. Cones are not a substitute for specialist physiotherapy [letter]. Prof Nurse. 1990 Aug; 5: 585

**3947**  Clancy, B., Malone-Lee, J. Reducing leakage rates of incontinence pads. Nurs Times. 1990 Sep 5-11; 86: 49,51

**3949**  Garber, S.J., Christmas, T.J., and Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

---

**3950**   Sommer, P., Bauer, T., Nielsen, K.K., Kristensen, E.S., Hermann, G.G., Steven, K., and Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-15

**3951**   Koonings, P.P., Bergman, A., and Ballard, C.A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-248

**3953**   Lim, P.H., Brown, A.D., and Chisholm, G.D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-246

**3954**   Roe, B.H. Development of Continence Advisory Services in the United Kingdom. Scand J Caring Sci. 1990; 4: 51-54

**3955**   Taking the. Med J Aust. 1990 Sep 3; 153: 245-247

**3956**   Norton, K.R., Bhat, A.V., and Stanton, S.L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic [see comments]. Bmj. 1990 Aug 4; 301: 271-272

**3958**   Wallner, K.E., Nori, D., Morse, M.J., Sogani, P.C., Whitmore, W.F., and Fuks, Z. 125iodine reimplantation for locally progressive prostatic carcinoma. J Urol. 1990 Sep; 144: 704-706

**3959**   Meaglia, J.P., Joseph, A.C., Chang, M., and Schmidt, J.D. Post-prostatectomy urinary incontinence: response to behavioral training. J Urol. 1990 Sep; 144: 674-676

**3961**   Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., and Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-892

**3962**   Varner, R.E. Retropubic long-needle suspension procedures for stress urinary incontinence [see comments]. Am J Obstet Gynecol. 1990 Aug; 163: 551-557

**3963**   Diokno, A.C., Brock, B.M., Herzog, A.R., and Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-138

**3964**   Anderson, M. Continence. Painting a new picture. Nurs Times. 1990 Aug 15-21; 86: 74

**3965**   Norton, C. Continence. A success story. Nurs Times. 1990 Aug 15-21; 86: 72

**3966**   Anon. Continence. Reforming plans [editorial]. Nurs Times. 1990 Aug 15-21; 86: 65

**3967**   Anon. Continence. Nurs Times. 1990 Aug 15-21; 86: 62-76

**3968**   Nishida, K., Ueda, S., Matsumoto, K., Kusaka, K., and Takeuchi, R. Cauda equina neurinoma associated with normal pressure hydrocephalus--case report. Neurol-Med-Chir (Tokyo). 1990 Apr; 30: 258-262

**3969**   Hagan, T. Nurses take the lead in continence work. Nurs Stand. 1990 Jun 27-Jul 3; 4: 24-28

**3970**   Phillips, T.H., Ritchey, M.L., and Beck, D.E. Technical aid for the complete removal of ureterointestinal anastomoses. Surg Gynecol Obstet. 1990 Aug; 171: 163-164

**3971**   Parulkar, B.G., Barrett, D.M. Application of the AS-800 artificial sphincter for intractable urinary incontinence in females. Surg Gynecol Obstet. 1990 Aug; 171: 131-138

**3972**   Eyman, R.K., Grossman, H.J., Chaney, R.H., and Call, T.L. The life expectancy of profoundly handicapped people with mental retardation [see comments]. N Engl J Med. 1990 Aug 30; 323: 584-589

**3973**   Wheeler, J.S., Jr., Niecestro, R.M. Urinary incontinence: managing the problem. J Enterostomal Ther. 1990 Jul-Aug; 17: 174-179

**3974**   Hu, T.W., Kaltreider, D.L., Igou, J.F., Yu, L.C., and Rohner, T.J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-477

**3975**   Ibrahim, M.E. Reconstruction of bladder neck-posterior urethral region in patients with complete epispadias. Int Urol Nephrol. 1990; 22: 61-65

**3976**   Tapp, A.J., Cardozo, L.D., Versi, E., and Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 521-526

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3977    Cardozo, L. Detrusor instability--current management [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 463-466

3978    Wall, L.L., Wang, K., Robson, I., and Stanton, S.L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-684

3979    Smith, K.A. Bowel and bladder management of the child with myelomeningocele in the school setting. J Pediatr Health Care. 1990 Jul-Aug; 4: 175-180

3980    Kahn, D. Dismayed by response on incontinent pads [letter]. Can Nurse. 1990 Jun; 86: 8-11

3981    Ashervath, J., Kizakipunner, K. Achieving continence in the confused elderly. Adv Clin Care. 1990 Jul-Aug; 5: 37-40

3982    Drachman, D.A., ODonnell, B.F., Lew, R.A., and Swearer, J.M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-856

3983    Nill, T.G., Peller, P.A., and Kropp, K.A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61;discussion562-3

3984    Mitchell, M.E., Brito, C.G., and Rink, R.C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8;discussion562-3

3985    Jumper, B.M., McLorie, G.A., Churchill, B.M., Khoury, A.E., and Toi, A. Effects of the artificial urinary sphincter on prostatic development and sexual function in pubertal boys with meningomyelocele. J Urol. 1990 Aug; 144: 438-42;discussion443-4

3986    Elder, J.S. Periurethral and puboprostatic sling repair for incontinence in patients with myelodysplasia. J Urol. 1990 Aug; 144: 434-7;discussion443-4

3987    Khoury, A.E., Hendrick, E.B., McLorie, G.A., Kulkarni, A., and Churchill, B.M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8;discussion428-9,443-4

3988    Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., and Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck [see comments]. J Urol. 1990 Aug; 144: 319-22;discussion322-3

3989    Green, N., Treible, D., and Wallack, H. Prostate cancer: post-irradiation incontinence. J Urol. 1990 Aug; 144: 307-309

3990    Dixon, P.J., Christmas, T.J., and Chapple, C.R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-654

3991    Patel, J., Worthen, R., Abadir, R., Weaver, D.J., Weinstein, S., and Ross, G., Jr. Late results of combined iodine-125 and external beam radiotherapy in carcinoma of prostate. Urology. 1990 Jul; 36: 27-30

3992    Oesterling, J.E., Gearhart, J.P. Utilization of ileal conduit in construction of continent urinary reservoir. Urology. 1990 Jul; 36: 15-19

3993    Wheeler, V. A new kind of loving? The effect of continence problems on sexuality. Prof Nurse. 1990 Jun; 5: 492-496

3994    Sampselle, C.M., Brink, C.A. Pelvic muscle relaxation. Assessment and management. J Nurse Midwifery. 1990 May-Jun; 35: 127-132

3995    Wells, T. Conquering incontinence. Geriatr-Nurs (New York). 1990 May-Jun; 11: 133-135

3996    von-Wendt, L., Simila, S., Niskanen, P., and Jarvelin, M.R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-518

3997    Bax, M. Managing incontinence [editorial]. Dev Med Child Neurol. 1990 Jun; 32: 471-472

3998    Krasner, D. Alterations in skin integrity related to continence management/incontinence: some problems and solutions. Ostomy Wound Manage. 1990 May-Jun; 28: 62-63

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**3999**   Martin, S. The pharmacists' role in recognizing and treating urinary incontinence. Am Pharm. 1990 Jul; Ns30: 42-45

**4000**   Snyder, H.M., 3d. Evolving themes in the continent reconstruction of the lower urinary tract. Postgrad Med J. 1990; 66 Suppl 1: S54-S61

**4001**   Allen-Mersh, T.G., Turner, M.J., and Mann, C.V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-553

**4002**   Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., and Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-16

**4003**   Viljoen, A.C. The vaginal strips sling operation. An alternative procedure for urinary incontinence. S Afr Med J. 1990 Jun 16; 77: 632-634

**4004**   Husmann, D.A., Wilson, W.T., Boone, T.B., and Allen, T.D. Prostatomembranous urethral disruptions: management by suprapubic cystostomy and delayed urethroplasty. J Urol. 1990 Jul; 144: 76-78

**4005**   Ramon, J., Mekras, J.A., and Webster, G.D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8;discussion108-9

**4006**   Malone, P.S., Spitz, L., Kiely, E.M., Brereton, R.J., Duffy, P.G., and Ransley, P.G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-680

**4007**   Ferriani, R.A., Silva-de-Sa, M.F., Dias-de-Moura, M., Charaffedine, M.N., and Hockgreb-de-Freitas-Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-240

**4008**   Bergman, A., Karram, M.M., and Bhatia, N.N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-213

**4009**   Venkatesan, P., Gladman, J., Macfarlane, J.T., Barer, D., Berman, P., Kinnear, W., and Finch, R.G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-258

**4010**   Ali-Khan, S., Washecka, R.M., DAgostino, J., and Siddharth, P. Operative prostatomy: an aid to urethral anastomosis. A preliminary report. Scand J Urol Nephrol. 1990; 24: 89-90

**4011**   Kinn, A.C., Larsson, P.O. Desmopressin: a new principle for symptomatic treatment of urgency and incontinence in patients with multiple sclerosis. Scand J Urol Nephrol. 1990; 24: 109-112

**4012**   Sandvik, H., Hunskaar, S., and Eriksen, B.C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8

**4013**   Green, R.J., Laycock, J. Objective methods for evaluation of interferential therapy in the treatment of incontinence. IEEE Trans Biomed Eng. 1990 Jun; 37: 615-623

**4014**   Schnelle, J.F., Newman, D.R., and Fogarty, T. Management of patient continence in long-term care nursing facilities. Gerontologist. 1990 Jun; 30: 373-376

**4015**   Ouslander, J.G., Abelson, S. Perceptions of urinary incontinence among elderly outpatients. Gerontologist. 1990 Jun; 30: 369-372

**4016**   Drago, J.R., Badalament, R.A., Nesbitt, J.A., and York, J.P. Radical nerve-sparing prostatectomy with epidural anaesthesia in 100 patients. Br J Urol. 1990 May; 65: 517-519

**4017**   Lewis, D.K., Morgan, J.R., Weston, P.M.T., Stephenson, T.R. The clam : indications and complications. Br J Urol. 1990 May; 65: 488-491

**4018**   Light, J.K., Marks, J.L. Total bladder replacement in the male and female using the ileocolonic segment (LeBag). Br J Urol. 1990 May; 65: 467-472

**4019**   Bachor, R., Frohneberg, D., Miller, K., Egghart, G., and Hautmann, R. Continence after total bladder replacement: urodynamic analysis of the ileal neobladder. Br J Urol. 1990 May; 65: 462-466

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**4020**   ODonnell, P.D., Finkbeiner, A.E., and Beck, C. Urinary incontinence volume measurement in elderly male inpatients. Urology. 1990 Jun; 35: 499-503

**4021**   Husmann, D.A., McLorie, G.A., and Churchill, B.M. Factors predisposing to renal scarring: following staged reconstruction of classical bladder exstrophy. J Pediatr Surg. 1990 May; 25: 500-504

**4024**   Versi, E. Incontinence in the climacteric. Clin Obstet Gynecol. 1990 Jun; 33: 392-398

**4025**   Richardson, D.A. Overflow incontinence and urinary retention. Clin Obstet Gynecol. 1990 Jun; 33: 378-381

**4028**   Stanton, S.L. Surgical management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 346-357

**4029**   Wilson, P.D. Conservative management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 330-345

**4030**   Norton, P.A. Diagnostic evaluation: additional urodynamic testing. Clin Obstet Gynecol. 1990 Jun; 33: 325-329

**4031**   Brubaker, L., Sand, P.K. Cystometry, urethrocystometry, and videocystourethrography. Clin Obstet Gynecol. 1990 Jun; 33: 315-324

**4032**   Mainprize, T.C. Diagnosis of urinary incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 308-314

**4033**   Norton, P.A. Prevalence and social impact of urinary incontinence in women. Clin Obstet Gynecol. 1990 Jun; 33: 295-297

**4034**   Lockhart-Pretti, P.A. Urinary incontinence. J Enterostomal Ther. 1990 May-Jun; 17: 112-119

**4035**   Small, K.A., Wynne, J.M. Evaluating the pelvic floor in obstetric patients. Aust N Z J Obstet Gynaecol. 1990 Feb; 30: 41-4,45

**4036**   Thunedborg, P., Fischer-Rasmussen, W., and Jensen, S.B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-59

**4037**   Enzelsberger, H., Schatten, C., Kurz, C., and Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-54

**4038**   Eriksen, B.C., Hagen, B., Eik-Nes, S.H., Molne, K., Mjolnerod, O.K., and Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

**4039**   Koelbl, H., Bernaschek, G., and Deutinger, J. Assessment of female urinary incontinence by introital sonography. JCU J Clin Ultrasound. 1990 May; 18: 370-374

**4040**   Hill, D.E., Chantigian, P.M., and Kramer, S.A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-487

**4041**   Tabbara, I.A., Sibley, D.S., and Quesenberry, P.J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-523

**4042**   Black, P.A. Urinary incontinence: a many faceted problem. Prof Nurse. 1990 Apr; 5: 378-384

**4043**   Casanova, J.E. Incontinence after use of enalapril [letter]. J Urol. 1990 Jun; 143: 1237-1238

**4044**   deVries, C.R., Anderson, R.U. Endoscopic urethroplasty: an improved technique. J Urol. 1990 Jun; 143: 1225-1226

**4045**   Susset, J.G., Galea, G., and Read, L. Biofeedback therapy for female incontinence due to low urethral resistance [see comments]. J Urol. 1990 Jun; 143: 1205-1208

**4046**   Klockgether, T., Schroth, G., Diener, H.C., and Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

**4047**   Watson, R., Kuhn, M. The influence of component parts on the performance of urinary sheath systems. J Adv Nurs. 1990 Apr; 15: 417-422

**4049**   Wheelahan, J.B. Long-term results of colposuspension. Br J Urol. 1990 Apr; 65: 329-332

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

**sorted by Procite Number**

</div>

4050  Hunt, G.M. Open spina bifida: outcome for a complete cohort treated unselectively and followed into adulthood. Dev Med Child Neurol. 1990 Feb; 32: 108-118

4051  Allen, F.J., de-Kock, M.L. Asymmetrical bilateral genital ureteric ectopy. Br J Urol. 1990 Mar; 65: 300-301

4053  Drago, J.R., Badalament, R.A., and Nesbitt, J.A. Radical prostatectomy 1972-1987 single institutional experience: comparison of standard radical prostatectomy and nerve-sparing technique. Urology. 1990 May; 35: 377-380

4054  Peters, C.A., Bauer, S.B. Evaluation and management of urinary incontinence after surgery for posterior urethral valves. Urol Clin North Am. 1990 May; 17: 379-387

4055  Parkhouse, H.F., Woodhouse, C.R. Long-term status of patients with posterior urethral valves. Urol Clin North Am. 1990 May; 17: 373-378

4056  Werbrouck, P., Baert, L., Binard, J.E., Chiou, R.K., and Van-Poppel, H. Balloon dilatation of the external urethral sphincter: a case study. J Am Paraplegia Soc. 1990 Apr; 13: 13-14

4057  Burgio, L.D., Engel, B.T., Hawkins, A., McCormick, K., Scheve, A., and Jones, L.T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-118

4059  Lachs, M.S., Feinstein, A.R., Cooney, L.M., Jr., Drickamer, M.A., Marottoli, R.A., Pannill, F.C., and Tinetti, M.E. A simple procedure for general screening for functional disability in elderly patients [see comments]. Ann Intern Med. 1990 May 1; 112: 699-706

4061  Katlowitz, N.M., Karwa, G., and Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-38

4062  Watson, R. Management of incontinence: the concept of cost-effectiveness. Nurs Stand. 1990 Apr 25-May 1; 4: 36-39

4063  Molander, U., Milsom, I., Ekelund, P., and Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

4064  Hellstrom, A.L., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-437

4065  Garcia, J.G., Lam, C. Treating urinary incontinence in a head-injured adult. Brain Inj. 1990 Apr-Jun; 4: 203-207

4066  White, H. Continence: playing a central role. Nurs Times. 1990 Apr 18-24; 86: 73-75

4067  Beadle, J., de-Laine, C., and Morgan, S. Continence: a new regional model. Nurs Times. 1990 Apr 18-24; 86: 71-73

4068  Webb, J. Continence: help for the elderly confused. Nurs Times. 1990 Apr 18-24; 86: 64-68

4069  Anon. Continence: turning the tide [editorial]. Nurs Times. 1990 Apr 18-24; 86: 63

4070  Aliabadi, H., Gonzalez, R. Success of the artificial urinary sphincter after failed surgery for incontinence. J Urol. 1990 May; 143: 987-990

4071  Hensle, T.W., Connor, J.P., and Burbige, K.A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-983

4072  Presti, J.C., Jr., Schmidt, R.A., Narayan, P.A., Carroll, P.R., and Tanagho, E.A. Pathophysiology of urinary incontinence after radical prostatectomy. J Urol. 1990 May; 143: 975-978

4073  Juma, S., Morales, A., and Emerson, L. The mechanisms of continence in the Indiana pouch: a video-urodynamic study. J Urol. 1990 May; 143: 973-974

4074  Wyndaele, J.J., Maes, D. Clean intermittent self-catheterization: a 12-year followup. J Urol. 1990 May; 143: 906-908

4075  Ouslander, J.G., Zarit, S.H., Orr, N.K., and Muira, S.A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-445

**American Urological Association, Inc.**

SUI Guidelines Panel

4076    Yu, L.C., Rohner, T.J., Kaltreider, D.L., Hu, T.W., Igou, J.F., and Dennis, P.J. Profile of urinary incontinent elderly in long-term care institutions [see comments]. J Am Geriatr Soc. 1990 Apr; 38: 433-439

4077    McDowell, B.J., Burgio, K.L., and Candib, D. Behavioral and pharmacological treatment of persistent urinary incontinence in the elderly. J Am Acad Nurse Pract. 1990 Jan-Mar; 2: 17-23

4078    Darling, C.A., Davidson, J.K., Sr., and Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness [see comments]. Arch Sex Behav. 1990 Feb; 19: 29-47

4080    Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients [see comments]. Arch Intern Med. 1990 Apr; 150: 810-813

4081    Fantl, J.A., Wyman, J.F., McClish, D.K., and Bump, R.C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51;discussion951-2

4084    Barer, D.H. The influence of visual and tactile inattention on predictions for recovery from acute stroke. Q J Med. 1990 Jan; 74: 21-32

4085    Reid, G.C., DeLancey, J.O., Hopkins, M.P., Roberts, J.A., and Morley, G.W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-858

4086    Nygaard, I., DeLancey, J.O., Arnsdorf, L., and Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-851

4087    Benson, J.T., Agosta, A., and McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-847

4088    Duffy, L.M. Helping caregivers cope: managing urinary incontinence associated with Alzheimer's disease. J Enterostomal Ther. 1990 Mar-Apr; 17: 87-93

4089    Fowler, E.M., Ouslander, J., and Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86

4090    Tries, J. Kegel exercises enhanced by biofeedback. J Enterostomal Ther. 1990 Mar-Apr; 17: 67-76

4092    Brown, J.P. A practical approach to teaching self-catheterization to children with myelomeningocele. J Enterostomal Ther. 1990 Mar-Apr; 17: 54-56

4093    Gray, M. Congenital causes of incontinence in childhood: presentation and treatment. J Enterostomal Ther. 1990 Mar-Apr; 17: 47-53

4094    Gray, M., Doughty, D. Urinary incontinence: challenge for collaboration in care [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 45-46

4095    Jeter, K.F. Introduction for theme issue on urinary incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 43-44

4096    Wright, K. ET nurses as the specialists in the care and prevention of incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 41-42

4097    Rousseau, P. Chronic urinary incontinence in the elderly. Ostomy Wound Manage. 1990 Mar-Apr; 27: 24-8,32

4098    Aboulafia, D.M., Saxton, E.H., Koga, H., Diagne, A., and Rosenblatt, J.D. A patient with progressive myelopathy and antibodies to human T-cell leukemia virus type I and human immunodeficiency virus type 1 in serum and cerebrospinal fluid. Arch Neurol. 1990 Apr; 47: 477-479

4099    Leach, G.E. Urethral resistance after surgery for stress incontinence [letter; comment]. Urology. 1990 Apr; 35: 373-374

4100    Chen, K.K., Chang, L.S., Chen, M.T., Huang, J.K., Yin, J.H., and Lin, S.N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-320

4102    Bryant, J.E., Bueschen, A.J., Cohn, J.H., and Nading, A.M. Transurethral prostatectomy: analysis and comparison of four clinical series. South Med J. 1990 Apr; 83: 386-389

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 403 of 300 PageID #: 203002

**American Urological Association, Inc.**

SUI Guidelines Panel

4103    Bitsch, M., Nerstrom, H., Nordling, J., and Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-34

4104    Stott, D.J., Dutton, M., Williams, B.O., and MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health-Bull (Edinb). 1990 Jan; 48: 17-24

4107    McInerney, P.D., Robinson, L.Q., Weston, P.M., Cox, R., and Stephenson, T.P. Assessment of the poorly contractile or acontractile bladder in the older male in the absence of neuropathy. Br J Urol. 1990 Feb; 65: 161-163

4108    Castleden, C.M., Battcock, T.M., and Duffin, H.M. Oxybutynin and urinary incontinence [letter; comment]. Age Ageing. 1990 Jan; 19: 72-73

4109    Motley, R.C., Barrett, D.M. Artificial urinary sphincter cuff erosion. Experience with reimplantation in 38 patients. Urology. 1990 Mar; 35: 215-218

4110    Hemsley, D. Continence: combining resources. Nurs Times. 1990 Feb 14-20; 86: 74

4111    White, M. Continence: independence for the handicapped child. Nurs Times. 1990 Feb 14-20; 86: 69-72

4112    Anon. A.C.A. Continence. Nurs Times. 1990 Feb 14-20; 86: 65-76

4113    Southern, D., Henderson, P. Setting standards. Tackling incontinence. Nurs Times. 1990 Mar 7-13; 86: 36-38

4122    Ferguson, K.L., McKey, P.L., Bishop, K.R., Kloen, P., Verheul, J.B., and Dougherty, M.C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990; 75: 671-675

4123    Mackin, B. Evaluating bodyworn continence pads. Nurs Stand. 1990 Jan 31-Feb 6; 4: 36-39

4124    Schmidt, R.A., Kogan, B.A., and Tanagho, E.A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-782

4125    Gonzalez, R., Fernandes, E.T. Single-stage feminization genitoplasty. J Urol. 1990 Apr; 143: 776-778

4126    Stockle, M., Becht, E., Voges, G., Riedmiller, H., and Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4;discussion774-5

4127    Surya, B.V., Provet, J., Johanson, K.E., and Brown, J. Anastomotic strictures following radical prostatectomy: risk factors and management. J Urol. 1990 Apr; 143: 755-758

4128    Lockhart, J.L., Ellis, G.F., Helal, M., and Pow-Sang, J.M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-725

4129    Francois, Y., Descos, L., and Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-14

4130    Miller, J. Assessing urinary incontinence. J Gerontol Nurs. 1990 Mar; 16: 15-19

4131    Bellin, C. Relocating adult day care: its impact on persons with dementia. J Gerontol Nurs. 1990 Mar; 16: 11-14

4132    Herzog, A.R., Diokno, A.C., Brown, M.B., Normolle, D.P., and Brock, B.M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-M74

4133    Brocklehurst, J.C. Professional and public education about incontinence. The British experience. J Am Geriatr Soc. 1990 Mar; 38: 384-386

4134    Jeter, K.F., Wagner, D.B. Incontinence in the American home. A survey of 36,500 people. J Am Geriatr Soc. 1990 Mar; 38: 379-383

4135    Mitteness, L.S. Knowledge and beliefs about urinary incontinence in adulthood and old age. J Am Geriatr Soc. 1990 Mar; 38: 374-378

4136    Brink, C.A. Absorbent pads, garments, and management strategies. J Am Geriatr Soc. 1990 Mar; 38: 368-373

4137    Warren, J.W. Urine-collection devices for use in adults with urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 364-367

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 4138 | Engel, B.T., Burgio, L.D., McCormick, K.A., Hawkins, A.M., Scheve, A.A., and Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-363 |
| 4139 | Schnelle, J.F. Treatment of urinary incontinence in nursing home patients by prompted voiding. J Am Geriatr Soc. 1990 Mar; 38: 356-360 |
| 4140 | Tanagho, E.A. Electrical stimulation. J Am Geriatr Soc. 1990 Mar; 38: 352-355 |
| 4143 | Burns, P.A., Pranikoff, K., Nochajski, T., Desotelle, P., and Harwood, M.K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-344 |
| 4144 | Burgio, K.L., Engel, B.T. Biofeedback-assisted behavioral training for elderly men and women. J Am Geriatr Soc. 1990 Mar; 38: 338-340 |
| 4145 | Wells, T.J. Pelvic (floor) muscle exercise. J Am Geriatr Soc. 1990 Mar; 38: 333-337 |
| 4146 | Fantl, J.A., Wyman, J.F., Harkins, S.W., and Hadley, E.C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-332 |
| 4147 | Cardozo, L. Role of estrogens in the treatment of female urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 326-328 |
| 4148 | Wein, A.J. Pharmacologic treatment of incontinence. J Am Geriatr Soc. 1990 Mar; 38: 317-325 |
| 4150 | Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurologic disease. J Am Geriatr Soc. 1990 Mar; 38: 306-310 |
| 4151 | Diokno, A.C. Diagnostic categories of incontinence and the role of urodynamic testing. J Am Geriatr Soc. 1990 Mar; 38: 300-305 |
| 4152 | Williams, M.E., Gaylord, S.A. Role of functional assessment in the evaluation of urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 296-299 |
| 4153 | Hu, T.W. Impact of urinary incontinence on health-care costs. J Am Geriatr Soc. 1990 Mar; 38: 292-295 |
| 4154 | Ouslander, J.G. Urinary incontinence in nursing homes. J Am Geriatr Soc. 1990 Mar; 38: 289-291 |
| 4155 | Wyman, J.F., Harkins, S.W., and Fantl, J.A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-288 |
| 4156 | Herzog, A.R., Fultz, N.H. Prevalence and incidence of urinary incontinence in community-dwelling populations. J Am Geriatr Soc. 1990 Mar; 38: 273-281 |
| 4157 | Resnick, N.M., Ouslander, J.G. Urinary incontinence--where do we stand and where do we go from here?. J Am Geriatr Soc. 1990 Mar; 38: 263-264 |
| 4158 | Anon. National Institutes of Health Consensus Development Conference on Urinary Incontinence in Adults. Bethesda, Maryland, October 3-5, 1988. Proceedings. J Am Geriatr Soc. 1990 Mar; 38: 263-386 |
| 4159 | Smith, M.D., Bohlman, H.H. Spondylolisthesis treated by a single-stage operation combining decompression with in situ posterolateral and anterior fusion. An analysis of eleven patients who had long-term follow-up. J-Bone-Joint-Surg [Am]. 1990 Mar; 72: 415-421 |
| 4161 | Parys, B.T., Woolfenden, K.A., and Parsons, K.F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-133 |
| 4168 | ODonnell, P.D., Beck, C., and Walls, R.C. Serial incontinence assessment in elderly inpatient men. J Rehabil Res Dev. 1990 Winter; 27: 1-8 |
| 4170 | Palmer, R.M. Ambulatory management of urinary incontinence in the frail elderly. Geriatrics. 1990 Mar; 45: 61-66 |
| 4172 | Peters, C.A., Hendren, W.H. Splitting the pubis for exposure in difficult reconstructions for incontinence. Urol Clin North Am. 1990 Feb; 17: 37-45 |
| 4173 | Jensen, H., Nielsen, K., and Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-24 |

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

4174    Andrew, J. Adult aqueductal stenosis representing with double incontinence [letter; comment]. Surg Neurol. 1990 Feb; 33: 158-159

4178    Klutke, C., Golomb, J., Barbaric, Z., and Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-566

4179    Catalona, W.J., Bigg, S.W. Nerve-sparing radical prostatectomy: evaluation of results after 250 patients. J Urol. 1990 Mar; 143: 538-43;discussion544

4180    Muncie, H.L., Jr., Warren, J.W. Reasons for replacement of long-term urethral catheters: implications for randomized trials. J Urol. 1990 Mar; 143: 507-509

4182    Hu, T.W., Kaltreider, D.L., and Igou, J. The cost-effectiveness of disposable versus reusable diapers. A controlled experiment in a nursing home. J Gerontol Nurs. 1990 Feb; 16: 19-24

4184    Karlin, G.S., Badlani, G.H. Endourologic management of lower urinary tract dysfunction. Clin Geriatr Med. 1990 Feb; 6: 109-113

4185    Anand, K.B., Wolf-Klein, G.P., Silverstone, F.A., and Foley, C.J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

4187    Olah, K.S., Bridges, N., Denning, J., and Farrar, D.J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

4188    Rubin, C.D. Urinary incontinence in the elderly. Am J Med Sci. 1990 Feb; 299: 131-147

4190    Holmes, P. Mind over bladder. Nurs Times. 1990 Jan 24-30; 86: 16-17

4196    Kohorn, E.I. Negative Q-tip test as a risk factor for failed incontinence surgery in women [letter; comment]. J Reprod Med. 1990 Jan; 35: 68

4197    Koonings, P.P., Bergman, A., and Ballard, C.A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

4198    Zweig, S., Lawhorne, L., and Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-159

4199    Kaltreider, D.L., Hu, T.W., Igou, J.F., Yu, L.C., and Craighead, W.E. Can reminders curb incontinence?. Geriatr-Nurs (New York). 1990 Jan-Feb; 11: 17-19

4210    Diokno, A.C., Brown, M.B., and Herzog, A.R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200

4212    De-Groote, B., Van-Laer, P., Maurus, K., Van-Biervliet, J.P., and Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-219

4213    Walters, M.D., Taylor, S., and Schoenfeld, L.S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-26

4214    Walters, M.D. The unstable urethra in the female [letter; comment]. Obstet Gynecol. 1990 Jan; 75: 142-143

4226    Mollard, P., Mouriquand, P., and Joubert, P. Urethral lengthening for neurogenic urinary incontinence (Kropp's procedure): results of 16 cases. J Urol. 1990 Jan; 143: 95-97

4227    Sidi, A.A., Becher, E.F., Reddy, P.K., and Dykstra, D.D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-85

4228    Golimbu, M., al-Askari, S., and Morales, P. Transpubic approach for lower urinary tract surgery: a 15-year experience. J Urol. 1990 Jan; 143: 72-76

5237    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; 2: QR1-Q27

5238    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel. 1992 Mar; 2: 1-125

**American Urological Association, Inc.**

SUI Guidelines Panel

5239    Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan; 31: 7-9

5262    Vanderhooft, J.E., Conrad, E.U., Anderson, P.A., Richardson, M.L., and Bruckner, J. Intradural recurrence with chondrosarcoma of the spine. A case report and review of the literature. Clin Orthop. 1993 Sep; 294: 90-95

5263    Swierzewski, S.J., McGuire, E.J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-1014

5264    Swierzewski, S.J., McGuire, E.J., Podrazik, R.M., and Stanley, J.C. Aortic occlusion and lower extremity exercise induced stress urinary incontinence. J Urol. 1993 Apr; 149: 846-847

5265    Murphy, S., Denman, S., Bennett, R.G., Greenough, W.B., Lindsay, J., and Zelesnick, L.B. Methicillin-resistant Staphylococcus aureus colonization in a long-term-care facility. J Am Geriatr Soc. 1992 Mar; 403: 213-217

5266    Swanson, S.J., Skoog, S.J., Garcia, V., and Wahl, R.C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-1403

5267    Bihrle, W., Tarantino, A.F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-214

5268    Loughlin, K.R., Whitmore, W.F., Gittes, R.F., and Richie, J.P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [see comments]. J Urol. 1990 Jan; 143: 44-45

5277    Appell, R.A., McGuire, E.J., DeRidder, P.A., Bennett, A.H., and Webster, G.D. Results of the multicenter study using injectable GAX-collagen in females. J Urol. 1991; 145: 225A

5282    Blaivas, J.G. Surgical treatment of urinary incontinence in 223 consecutive women. Neurourology and Urodynamics. 1990; 9: 401-402

5293    Kato, K., Kondo, A., Saito, M., and Otani, T. Stamey's procedure for stress urinary incontinence: surgical results between the elderly and adults. Neurourology and Urodynamics. 1990; 9: 399-400

5295    Kursh, E.D. What factors influence the outcome of a no-incision endoscopic urethropexy?. J Urol. 1991; 145: 223A

5298    Muller, S.C., Jenny, E., Molling, L., Burger, R.A., and Hohenfellner, R. Long-term results of fascial sling plasty in patients with urinary stress incontinence. J Urol. 1990; 143: 225A

5300    Wiskind, A.K. The incidence of genital prolapse following the Burch colposuspension operation. Neurourology and Urodynamics. 1991; 10: 453-454

5303    Kelly, M.J., Nielsen, K.K., Roskamp, D.A., Leach, G.E., and Bruskewitz, R.C. Long-term follow-up of the Raz bladder neck suspension for the correction of female stress urinary incontinence. Neurourology and Urodynamics. 1990; 9: 231-232

5311    Knespl, J. The Cobb-Ragde method of a simplified correction of female stress incontinence. Cesk Gynekol. 1990; 55: 268-269

5312    Korda, A., Ferry, J., and Hunter, P. Silastic slings for female incontinence. International Urogynaecology Journal. 1990; 1: 63-66

10000   deSouza, N. M., Daniels, O. J., Williams, A. D., Gilderdale, D. J., Abel, P. D. Female urinary genuine stress incontinence: anatomic considerations at MR imaging of the paravaginal fascia and urethra initial observations. Radiology. 2002 Nov; 225: 433-9

10001   Thakar, R., Ayers, S., Clarkson, P., Stanton, S., Manyonda, I. Outcomes after total versus subtotal abdominal hysterectomy. N Engl J Med. 2002 Oct 24; 347: 1318-25

10002   Chandra, M., Saharia, R., Shi, Q., Hill, V. Giggle incontinence in children: a manifestation of detrusor instability. J Urol. 2002 Nov; 168: 2184-7; discussion 2187

10003   Kobashi, K. C., Leach, G. E., Chon, J., Govier, F. E. Continued multicenter followup of cadaveric prolapse repair with sling. J Urol. 2002 Nov; 168: 2063-8

10004   Choe, J. M. Suprapubic sling adjustment: minimally invasive method of curing recurrent stress incontinence after sling surgery. J Urol. 2002 Nov; 168: 2059-62

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| **10005** | Chaliha, C., Khullar, V., Stanton, S. L., Monga, A., Sultan, A. H. Urinary symptoms in pregnancy: are they useful for diagnosis?. BJOG. 2002 Oct; 109: 1181-3 |
| **10006** | Thakar, R., Stanton, S., Prodigalidad, L., den Boon, J. Secondary colposuspension: results of a prospective study from a tertiary referral centre. BJOG. 2002 Oct; 109: 1115-20 |
| **10007** | Hilton, P. Trials of surgery for stress incontinence--thoughts on the 'Humpty Dumpty principle'. BJOG. 2002 Oct; 109: 1081-8 |
| **10008** | Morkved, S., Bo, K., Fjortoft, T. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2002 Oct; 100: 730-9 |
| **10009** | Maddern, G. J., Middleton, P. F., Grant, A. M. Urinary stress incontinence. BMJ. 2002 Oct 12; 325: 789-90 |
| **10010** | Choe, J. M. Vaginal erosion caused by antibacterial mesh sling. J Urol. 2002 Oct; 168: 1504 |
| **10011** | Elard, S., Cicco, A., Salomon, L., You, K., de La Taille, A., Vordos, D., Hoznek, A., Chopin, D., Abbou, C. C. Embolization for arterial injury incurred during tension-free vaginal tape procedure. J Urol. 2002 Oct; 168: 1503 |
| **10012** | Marshall, V. F., Marchetti, A. A., Krantz, K. E. The correction of stress incontinence by simple vesicourethral suspension. 1949. J Urol. 2002 Oct; 168: 1326-31 |
| **10013** | Yang, J. M., Huang, W. C. Implications of abdominal straining in women with lower urinary tract symptoms. Urology. 2002 Sep; 60: 428-33 |
| **10014** | Wilson, T. S., Zimmern, P. E. Tailor-made incontinence care. Match type of incontinence to resident assessment for optimal treatment. Part 2. Contemp Longterm Care. 2002 Sep; 25: 18, 20 |
| **10015** | Autry, M. G., Davis, J. W., Sanders, R. Type III stress urinary incontinence: response to interdisciplinary pelvic physiotherapy. Urol Nurs. 2002 Aug; 22: 251-5 |
| **10016** | Yip, S. K., Sahota, D., Chang, A. M., Chung, T. K. Four-year follow-up of women who were diagnosed to have postpartum urinary retention. Am J Obstet Gynecol. 2002 Sep; 187: 648-52 |
| **10017** | Cooper, J. Stress incontinence. Clin Evid. 2002 Jun; : 1772-83 |
| **10018** | Mingin, G. C., Youngren, K., Stock, J. A., Hanna, M. K. The rectus myofascial wrap in the management of urethral sphincter incompetence. BJU Int. 2002 Oct; 90: 550-3 |
| **10019** | van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The effect of urinary incontinence and overactive bladder symptoms on quality of life in young women. BJU Int. 2002 Oct; 90: 544-9 |
| **10020** | Maaita, M., Bhaumik, J., Davies, A. E. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int. 2002 Oct; 90: 540-3 |
| **10021** | Zozikov, B., Kunchev, S. I., Varlev, C. Application of clenbuterol in the treatment of urinary incontinence. Int Urol Nephrol. 2001; 33: 413-6 |
| **10022** | Lefranc, J. P., Atallah, D., Camatte, S., Blondon, J. Longterm followup of posthysterectomy vaginal vault prolapse abdominal repair: a report of 85 cases. J Am Coll Surg. 2002 Sep; 195: 352-8 |
| **10023** | Iskander, M. N., Kent, A. Re: Zilbert AW, Farrell SA. External iliac artery laceration during tension free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 274 |
| **10024** | Vassallo, B. J., Kleeman, S. D., Segal, J. L., Walsh, P., Karram, M. M. Tension-free vaginal tape: a quality-of-life assessment. Obstet Gynecol. 2002 Sep; 100: 518-24 |
| **10025** | Smith, M. Stress factor. Nurs Stand. 2001 Mar 28-Apr 3; 15: 26 |
| **10026** | Paddison, K. Complying with pelvic floor exercises: a literature review. Nurs Stand. 2002 Jun 12-18; 16: 33-8 |
| **10027** | Peeker, R., Edlund, C., Wennberg, A. L., Fall, M. The treatment of sphincter incontinence with periurethral silicone implants (macroplastique). Scand J Urol Nephrol. 2002; 36: 194-8 |
| **10028** | Dundar, M., Kocak, I., Erkus, M., Celasun, B. Changes in urethral connective tissue after estrogen replacement therapy in ovariectomized rats. Scand J Urol Nephrol. 2002; 36: 173-6 |

September 2009 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission. Page 47

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**10029**    Burch, J. C. Cooper's ligament urethrovesical suspension for stress incontinence. Nine years' experience -- results, complications, techniques. 1968. Am J Obstet Gynecol. 2002 Aug; 187: 512, discussion 513

**10030**    Kenton, K., Brubaker, L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol. 2002 Aug; 187: 403-6

**10031**    Theofrastous, J. P., Simpkins, K. Urinary retention and intravesical hemorrhage following urethral collagen injections in women using warfarin. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 268-9

**10032**    Gill, E. J., Nichols, C. M. Cystoscopic confirmation of inadvertent ureteral catheterization during cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 266-7

**10033**    Meschia, M., Busacca, M., Pifarotti, P., De Marinis, S. Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 263-5; discussion 265

**10034**    Bai, S. W., Jeon, M. J., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Relationship between stress urinary incontinence and pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 256-60; discussion 260

**10035**    Washington, J. L., Somers, K. Laparoscopic mesh and staple Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 253-5; discussion 255

**10036**    Roovers, J. P., van der Bom, J. G., van der Vaart, C. H., Schagen van Leeuwen, J. H., Heintz, A. P. Abdominal versus vaginal approach for the management of genital prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 224-31

**10037**    Virtanen, H. S., Kiilholma, P. Urogynecologic ultrasound is a useful aid in the assessment of female stress urinary incontinence--a prospective study with TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 218-22; discussion 223

**10038**    Lose, G., Brostrom, S. Low-pressure urethra in women: what does it mean and what can it be used for?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 215-7

**10039**    Toh, K., Diokno, A. C. Management of intrinsic sphincter deficiency in adolescent females with normal bladder emptying function. J Urol. 2002 Sep; 168: 1150-3

**10040**    Westney, O. L., Lee, J. T., McGuire, E. J., Palmer, J. L., Cespedes, R. D., Amundsen, C. L. Long-term results of Ingelman-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep; 168: 1044-7

**10041**    Hathaway, J. K., Choe, J. M. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168: 1040-3

**10042**    Hannestad, Y. S., Rortveit, G., Hunskaar, S. Help-seeking and associated factors in female urinary incontinence. The Norwegian EPINCONT Study. Epidemiology of Incontinence in the County of Nord-Trondelag. Scand J Prim Health Care. 2002 Jun; 20: 102-7

**10043**    Walsh, I. K., Nambirajan, T., Donellan, S. M., Mahendra, V., Stone, A. R. Cadaveric fascia lata pubovaginal slings: early results on safety, efficacy and patient satisfaction. BJU Int. 2002 Sep; 90: 415-9

**10044**    Cannon, T. W., Wojcik, E. M., Ferguson, C. L., Saraga, S., Thomas, C., Damaser, M. S. Effects of vaginal distension on urethral anatomy and function. BJU Int. 2002 Sep; 90: 403-7

**10045**    Liang, C. C., Soong, Y. K. Tension-free vaginal tape versus laparoscopic bladder neck suspension for stress urinary incontinence. Chang Gung Med J. 2002 Jun; 25: 360-6

**10046**    Nguyen, J. K. Diagnosis and treatment of voiding dysfunction caused by urethral obstruction after anti-incontinence surgery. Obstet Gynecol Surv. 2002 Jul; 57: 468-75

**10047**    Agarwala, N., Liu, C. Y. Minimally invasive management of urinary incontinence. Curr Opin Obstet Gynecol. 2002 Aug; 14: 429-33

**10048**    Buchsbaum, G. M., Chin, M., Glantz, C., Guzick, D. Prevalence of urinary incontinence and associated risk factors in a cohort of nuns. Obstet Gynecol. 2002 Aug; 100: 226-9

**10049**    Walter, A. J., Iglesia, C. B. Surgical management of stress urinary incontinence: consideration for an algorithmic approach. Curr Womens Health Rep. 2002 Aug; 2: 291-7

---

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 489 of 300 PageID #: 203008

**10050**  de Rossi, P. Clinical outcome of fascial slings for female stress incontinence. Medscape Womens Health. 2002 May-Jun; 7: 1

**10051**  Barrington, J. W., Arunkalaivanan, A. S., Swart, M. Post-colposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 187-8

**10052**  Smith, C. P., O'Leary, M., Erickson, J., Somogyi, G. T., Chancellor, M. B. Botulinum toxin urethral sphincter injection resolves urinary retention after pubovaginal sling operation. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 185-6

**10053**  Fritel, X., Pigne, A. Anterior repair using Bologna procedure: long-term results on stress urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 176-81; discussion 181

**10054**  Heit, M. What is the scientific evidence for bone anchor use during bladder neck suspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 143-4

**10055**  Murray, C., Goh, J. T., Fynes, M., Carey, M. P. Urinary and faecal incontinence following delayed primary repair of obstetric genital fistula. BJOG. 2002 Jul; 109: 828-32

**10056**  Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Troiano, L., Guaschino, S. Perineal ultrasound evaluation of urethral angle and bladder neck mobility in women with stress urinary incontinence. BJOG. 2002 Jul; 109: 821-7

**10057**  Barrington, J. W., Edwards, G., Arunkalaivanan, A. S., Swart, M. The use of porcine dermal implant in a minimally invasive pubovaginal sling procedure for genuine stress incontinence. BJU Int. 2002 Aug; 90: 224-7

**10058**  De Vries, S. H., Klijn, A. J., Lilien, M. R., De Jong, T. P. Development of renal function after neonatal urinary ascites due to obstructive uropathy. J Urol. 2002 Aug; 168: 675-8

**10059**  Adamiak, A., Milart, P., Skorupski, P., Kuchnicka, K., Nestorowicz, A., Jakowicki, J., Rechberger, T. The efficacy and safety of the tension-free vaginal tape procedure do not depend on the method of analgesia. Eur Urol. 2002 Jul; 42: 29-33

**10060**  Eliasson, K., Larsson, T., Mattsson, E. Prevalence of stress incontinence in nulliparous elite trampolinists. Scand J Med Sci Sports. 2002 Apr; 12: 106-10

**10061**  Greydanus, D. E., Patel, D. R. The female athlete. Before and beyond puberty. Pediatr Clin North Am. 2002 Jun; 49: 553-80, vi

**10062**  Neale, E. J. Abdominal hysterectomy after insertion of tension-free vaginal tape. BJOG. 2002 Jun; 109: 731-2

**10063**  Bewley, S., Cockburn, J. II. The unfacts of 'request' caesarean section. BJOG. 2002 Jun; 109: 597-605

**10064**  Heit, M. Intraurethral sonography and the test-retest reliability of urethral sphincter measurements in women. J Clin Ultrasound. 2002 Jul-Aug; 30: 349-55

**10065**  Kenton, K., FitzGerald, M. P., Brubaker, L. Multiple foreign body erosions after laparoscopic colposuspension with mesh. Am J Obstet Gynecol. 2002 Jul; 187: 252-3

**10066**  Kenton, K. S., Woods, M. P., Brubaker, L. Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol. 2002 Jul; 187: 233-4

**10067**  Kenton, K., Oldham, L., Brubaker, L. Open Burch urethropexy has a low rate of perioperative complications. Am J Obstet Gynecol. 2002 Jul; 187: 107-10

**10068**  Delancey, J. O. Fascial and muscular abnormalities in women with urethral hypermobility and anterior vaginal wall prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 93-8

**10069**  Melville, J. L., Walker, E., Katon, W., Lentz, G., Miller, J., Fenner, D. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 80-7

**10070**  Kleeman, S., Goldwasser, S., Vassallo, B., Karram, M. Predicting postoperative voiding efficiency after operation for incontinence and prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 49-52

**10071**  Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of stress urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 40-8

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**10072**  Ward, K., Hilton, P. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325: 67-73

**10073**  Benson, J. T. New therapeutic options for urge incontinence. Curr Womens Health Rep. 2001 Aug; 1: 61-6

**10074**  Weber, A. M. Leak point pressure measurement and stress urinary incontinence. Curr Womens Health Rep. 2001 Aug; 1: 45-52

**10075**  Lyons, T. L., Winer, W. K., Adolph, A. J. Classic intrafascial supracervical hysterectomies. J Am Assoc Gynecol Laparosc. 2002 Aug; 9: 401; discussion 401-2

**10076**  Lo, T. S., Horng, S. G., Chang, C. L., Huang, H. J., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure after previous failure in incontinence surgery. Urology. 2002 Jul; 60: 57-61

**10077**  Aboseif, S., Tamaddon, K., Chalfin, S., Freedman, S., Kaptein, J. Sacral neuromodulation as an effective treatment for refractory pelvic floor dysfunction. Urology. 2002 Jul; 60: 52-6

**10078**  Subak, L. L., Quesenberry, C. P., Posner, S. F., Cattolica, E., Soghikian, K. The effect of behavioral therapy on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2002 Jul; 100: 72-8

**10079**  Baseman, A. G., Lemack, G. E. Practical outcome measures for assessing efficacy of incontinence procedures. Curr Urol Rep. 2001 Oct; 2: 407-12

**10080**  Rodriguez, L. V., Blander, D. S., Raz, S. New millennium, new slings. Curr Urol Rep. 2001 Oct; 2: 399-406

**10081**  Daneshgari, F. Valsalva leak point pressure: steps toward standardization. Curr Urol Rep. 2001 Oct; 2: 388-91

**10082**  Brophy, M. M., Klutke, J. J., Klutke, C. G. A review of the tension-free vaginal tape procedure: outcomes, complications, and theories. Curr Urol Rep. 2001 Oct; 2: 364-9

**10083**  Ghoniem, G. M., Kapoor, D. S. Nonautologous sling materials. Curr Urol Rep. 2001 Oct; 2: 357-63

**10084**  Koduri, S., Sand, P. Transvaginal bladder neck suspension to Cooper's ligament. Curr Urol Rep. 2001 Oct; 2: 344-9

**10085**  Appell, R. A. Surgery or collagen for the treatment of female stress urinary incontinence: results of a multicenter, randomized trial supports either as first line of treatment. Curr Urol Rep. 2001 Oct; 2: 343

**10086**  Glazener, C. M., Cooper, K. Bladder neck needle suspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD003636

**10087**  Kochakarn, W. Tension-free vaginal tape procedure for the treatment of stress urinary incontinence: the first experience in Thailand. J Med Assoc Thai. 2002 Jan; 85: 87-91

**10088**  Gunnarsson, M., Teleman, P., Mattiasson, A., Lidfeldt, J., Nerbrand, C., Samsioe, G. Effects of pelvic floor exercises in middle aged women with a history of naive urinary incontinence: a population based study. Eur Urol. 2002 May; 41: 556-61

**10089**  Flynn, B. J., Webster, G. D. Surgical management of the apical vaginal defect. Curr Opin Urol. 2002 Jul; 12: 353-8

**10090**  Romanzi, L. J. Management of the urethral outlet in patients with severe prolapse. Curr Opin Urol. 2002 Jul; 12: 339-44

**10091**  Al-Mulhim, A. A., Al-Gazzar, S. A., Bahnassy, A. A. Conservative treatment of idiopathic detrusor instability in elderly women. Saudi Med J. 2002 May; 23: 543-5

**10092**  Bodelsson, G., Henriksson, L., Osser, S., Stjernquist, M. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women. BJOG. 2002 May; 109: 566-9

**10093**  Partoll, L. M. Efficacy of tension-free vaginal tape with other pelvic reconstructive surgery. Am J Obstet Gynecol. 2002 Jun; 186: 1292-5; discussion 1295-8

**10094**  Ghoniem, G. M., Elgamasy, A. N., Elsergany, R., Kapoor, D. S. Grades of intrinsic sphincteric deficiency (ISD) associated with female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 99-105; discussion 105

---

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10095   Sirls, L. T., Foote, J. E., Kaufman, J. M., Lightner, D. J., Miller, J. L., Moseley, W. G., Nygaard, I. E., Steidle, C. P. Long-term results of the FemSoft urethral insert for the management of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 88-95; discussion 95

10096   Chen, B. H., Wen, Y., Li, H., Polan, M. L. Collagen metabolism and turnover in women with stress urinary incontinence and pelvic prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 80-7; discussion 87

10097   Geis, K., Dietl, J. Ilioinguinal nerve entrapment after tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 136-8; discussion 138

10098   Riachi, L., Kohli, N., Miklos, J. Repeat tension-free transvaginal tape (TVT) sling for the treatment of recurrent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 133-5; discussion 135

10099   Neumann, P., Gill, V. Pelvic floor and abdominal muscle interaction: EMG activity and intra- abdominal pressure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 125-32

10100   Kaum, H. J., Wolff, F. TVT: on midurethral tape positioning and its influence on continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 110-5; discussion 115

10101   Kammerer-Doak, D. N., Rogers, R. G., Bellar, B. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 106-9; discussion 109

10102   Bakas, P., Liapis, A., Creatsas, G. Q-tip test and tension-free vaginal tape in the management of female patients with genuine stress incontinence. Gynecol Obstet Invest. 2002; 53: 170-3

10103   Abbas Shobeiri, S., Garely, A. D., Chesson, R. R., Nolan, T. E. Recognition of occult bladder injury during the tension-free vaginal tape procedure. Obstet Gynecol. 2002 Jun; 99: 1067-72

10104   Resplande, J., Gholami, S. S., Graziottin, T. M., Rogers, R., Lin, C. S., Leng, W., Lue, T. F. Long-term effect of ovariectomy and simulated birth trauma on the lower urinary tract of female rats. J Urol. 2002 Jul; 168: 323-30

10105   Jorion, J. L. Endoscopic treatment of bladder perforation after tension-free vaginal tape procedure. J Urol. 2002 Jul; 168: 197

10106   Sweat, S. D., Itano, N. B., Clemens, J. Q., Bushman, W., Gruenenfelder, J., McGuire, E. J., Lightner, D. J. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol. 2002 Jul; 168: 144-6

10107   Pauliina, A., Jorma, P., Paula, I., Olavi, A. Intravaginal surface EMG probe design test for urinary incontinence patients. Acupunct Electrother Res. 2002; 27: 37-44

10108   Persson, J., Iosif, C., Wolner-Hanssen, P. Risk factors for rejection of synthetic suburethral slings for stress urinary incontinence: a case-control study. Obstet Gynecol. 2002 Apr; 99: 629-34

10109   Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Immediate postpartum perineal examination as a predictor of puerperal pelvic floor dysfunction. Obstet Gynecol. 2002 Apr; 99: 581-4

10110   Sze, E. H., Jones, W. P., Ferguson, J. L., Barker, C. D., Dolezal, J. M. Prevalence of urinary incontinence symptoms among black, white, and Hispanic women. Obstet Gynecol. 2002 Apr; 99: 572-5

10111   Barnes, N. M., Dmochowski, R. R., Park, R., Nitti, V. W. Pubovaginal sling and pelvic prolapse repair in women with occult stress urinary incontinence: effect on postoperative emptying and voiding symptoms. Urology. 2002 Jun; 59: 856-60

10112   Palomba, S., Russo, T., Iuzzolino, D., Cosco, C., Noia, R., Arduino, B., Morelli, M., Zullo, F. Comparison between two laparoscopic retropubic urethropexy. Minerva Chir. 2002 Jun; 57: 323-9

10113   Borup, K., Nielsen, J. B. Results in 32 women operated for genuine stress incontinence with the pubovaginal sling procedure ad modum Ed McGuire. Scand J Urol Nephrol. 2002; 36: 128-33

10114   Goode, P. S., Burgio, K. L., Locher, J. L., Umlauf, M. G., Lloyd, L. K., Roth, D. L. Urodynamic changes associated with behavioral and drug treatment of urge incontinence in older women. J Am Geriatr Soc. 2002 May; 50: 808-16

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

10115    Bergmark, K., Avall-Lundqvist, E., Dickman, P. W., Henningsohn, L., Steineck, G. Patient-rating of distressful symptoms after treatment for early cervical cancer. Acta Obstet Gynecol Scand. 2002 May; 81: 443-50

10116    Logan, K. Audit of advice provided on pelvic floor exercises. Prof Nurse. 2001 Jun; 16: 1369-72

10117    Domany, B., Koppan, M., Bodis, J. Results with colposuspension by the Burch procedure in our practice. Am J Obstet Gynecol. 2002 May; 186: 1108; discussion 1108-9

10118    Carey, M. P., Goh, J. T., Fynes, M. M., Murray, C. J. Stress urinary incontinence after delayed primary closure of genitourinary fistula: a technique for surgical management. Am J Obstet Gynecol. 2002 May; 186: 948-53

10119    Klingele, C. J., Carley, M. E., Hill, R. F. Patient characteristics that are associated with urodynamically diagnosed detrusor instability and genuine stress incontinence. Am J Obstet Gynecol. 2002 May; 186: 866-8

10120    Bombier, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Why do women have voiding dysfunction and de novo detrusor instability after colposuspension?. BJOG. 2002 Apr; 109: 402-12

10121    Bombieri, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Objective assessment of bladder neck elevation and urethral compression at colposuspension. BJOG. 2002 Apr; 109: 395-401

10122    Kayano, C. E., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Vaginal hysterectomy allied with Kelly-Kennedy surgery and perineal repair for the treatment of patients with a prolapsed uterus and urinary stress incontinence. Clin Exp Obstet Gynecol. 2002; 29: 27-30

10123    Washington, J. L. Staple erosion into the bladder after mesh and staple laparoscopic colposuspension. A case report. J Reprod Med. 2002 Apr; 47: 325-6

10124    Lieberman, E., O'donoghue, C. Unintended effects of epidural analgesia during labor: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S31-68

10125    Okorocha, I., Cumming, G., Gould, I. Female urodynamics and lower urinary tract infection. BJU Int. 2002 Jun; 89: 863-7

10126    Chung, M. K., Chung, R. P. Comparison of laparoscopic Burch and tension-free vaginal tape in treating stress urinary incontinence in obese patients. JSLS. 2002 Jan-Mar; 6: 17-21

10127    Nguyen, J. K., Gunn, G. C., Bhatia, N. N. The effect of patient position on leak-point pressure measurements in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 9-14

10128    Iskander, M. N., Kent, A. Zilbert AW, Farrell SA. External iliac artery laceration during tension- free vaginal tape procedure. Int Urogynecol J 2001; 12:141-143. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 59; discussion 59

10129    Echols, K. T., Chesson, R. R., Breaux, E. F., Shobeiri, S. A. Persistence of delayed hypersensitivity following transurethral collagen injection for recurrent urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 52-4

10130    de Tayrac, R., Salet-Lizee, D., Villet, R. Comparison of anterior colporrhaphy versus Bologna procedure in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 36-9

10131    Pajoncini, C., Costantini, E., Guercini, F., Porena, M. Intrinsic sphincter deficiency: do the maximum urethral closure pressure and the Valsalva leak-point pressure identify different pathogenic mechanisms?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 30-5

10132    Meade-D'Alisera, P., Merriweather, T., Wentland, M., Fatal, M., Ghafar, M. Depressive symptoms in women with urinary incontinence: a prospective study. Urol Nurs. 2001 Dec; 21: 397-9

10133    Female stress urinary incontinence facts. Urol Nurs. 2001 Apr; 21: 134

10134    Criner, J. A. Urinary incontinence in vulnerable populations: female soldiers. Urol Nurs. 2001 Apr; 21: 120-4

10135    Kayigil, O., Biri, A. Double forced sling by combining in situ vaginal wall and Infast pubic bone suburethral stabilization techniques: a new method. J Urol. 2002 Jun; 167: 2481-3

10136    Metin, A., Kayigil, O., Ahmed, S. I. Modified insitu vaginal wall sling in stress incontinence. Int Urol Nephrol. 2001; 32: 641-5

Case 2:12-md-02327 Document 3080-16 Filed 05/13/16 Page 473 of 800 PageID #: 203012

**10137** Martan, A., Masata, J., Halaska, M., Otcenasek, M., Svabik, K. Ultrasound imaging of paravaginal defects in women with stress incontinence before and after paravaginal defect repair. Ultrasound Obstet Gynecol. 2002 May; 19: 496-500

**10138** Williams, K. S., Assassa, R. P., Smith, N., Rippin, C., Shaw, C., Mayne, C. Good practice in continence care: development of nurse-led service. Br J Nurs. 2002 Apr 25-May 8; 11: 548-59

**10139** Wilkinson, K. Pakistani women's perceptions and experiences of incontinence. Nurs Stand. 2001 Oct 17-23; 16: 33-9

**10140** Simpson, L. Stress incontinence in younger women: prevention and treatment. Nurs Stand. 2000 May 24-30; 14: 49-54; quiz 56, 58

**10141** Chen, G. D., Lin, L. Y., Wang, P. H., Lee, H. S. Urinary tract dysfunction after radical hysterectomy for cervical cancer. Gynecol Oncol. 2002 May; 85: 292-7

**10142** Walter, A. J., Morse, A. N., Hammer, R. H., Hentz, J. G., Magrina, J. F., Cornella, J. L., Magtibay, P. M. Laparoscopic versus open Burch retropubic urethropexy: comparison of morbidity and costs when performed with concurrent vaginal prolapse repairs. Am J Obstet Gynecol. 2002 Apr; 186: 723-8

**10143** Sander, P., Moller, L. M., Rudnicki, P. M., Lose, G. Does the tension-free vaginal tape procedure affect the voiding phase? Pressure-flow studies before and 1 year after surgery. BJU Int. 2002 May; 89: 694-8

**10144** Boustead, G. B. The tension-free vaginal tape for treating female stress urinary incontinence. BJU Int. 2002 May; 89: 687-93

**10145** Siracusano, S., Bertolotto, M., Silvestre, G., d'Aloia, G., Pecorari, V., Stener, S., Quaia, E., Baschiera, P., Knez, R. The feasibility of urethral color ultrasound imaging in the diagnosis of female intrinsic sphincter deficiency: preliminary results. Spinal Cord. 2002 Apr; 40: 192-5

**10146** Zullo, F., Morelli, M., Russo, T., Iuzzolino, D., Palomba, S. Two techniques of laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 2002 May; 9: 178-81

**10147** Deval, B., Jeffry, L., Al Najjar, F., Soriano, D., Darai, E. Determinants of patient dissatisfaction after a tension-free vaginal tape procedure for urinary incontinence. J Urol. 2002 May; 167: 2093-7

**10148** Maniam, P., Goldman, H. B. Removal of transurethral catheter during urodynamics may unmask stress urinary incontinence. J Urol. 2002 May; 167: 2080-2

**10149** McGuire, E. J. Mixed symptomatology. BJU Int. 2000 May; 85 Suppl 3: 47-52; discussion 55-6

**10150** Skorupski, P., Rechberger, T., Postawski, K., Woessner, J. F., Jr., Jakowicki, J. A. Is diminished pubocervical fascia collagen content a risk factor for failure of surgical management of genuine stress urinary incontinence in women?. Eur J Obstet Gynecol Reprod Biol. 2002 May 10; 102: 195-8

**10151** Jackson, S., James, M., Abrams, P. The effect of oestradiol on vaginal collagen metabolism in postmenopausal women with genuine stress incontinence. BJOG. 2002 Mar; 109: 339-44

**10152** Hawkins, E., Taylor, D., Hughes-Nurse, J. Long term follow up of the cruciate fascial sling for women with genuine stress incontinence. BJOG. 2002 Mar; 109: 327-38

**10153** Wang, A. C., Chen, M. C. A comparison of urethral pressure profilometry using microtip and double-lumen perfusion catheters in women with genuine stress incontinence. BJOG. 2002 Mar; 109: 322-6

**10154** Amarenco, G., Bayle, B., Ismael, S. S., Kerdraon, J. Bulbocavernosus muscle responses after suprapubic stimulation: analysis and measurement of suprapubic bulbocavernosus reflex latency. Neurourol Urodyn. 2002; 21: 210-3

**10155** Yalcin, O. T., Hassa, H., Tanir, M. A new ultrasonographic method for evaluation of the results of anti-incontinence operations. Acta Obstet Gynecol Scand. 2002 Feb; 81: 151-6

**10156** Kuuva, N., Nilsson, C. G. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand. 2002 Jan; 81: 72-7

**10157** Liu, C., Andrews, G. R. Prevalence and incidence of urinary incontinence in the elderly: a longitudinal study in South Australia. Chin Med J (Engl). 2002 Jan; 115: 119-22

**10158**  Chaliha, C., Stanton, S. L. Urological problems in pregnancy. BJU Int. 2002 Mar; 89: 469-76

**10159**  Madjar, S., Tchetgen, M. B., Van Antwerp, A., Abdelmalak, J., Rackley, R. R. Urethral erosion of tension-free vaginal tape. Urology. 2002 Apr; 59: 601

**10160**  Chung, S. Y., Franks, M., Smith, C. P., Lee, J. Y., Lu, S. H., Chancellor, M. Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology. 2002 Apr; 59: 538-41

**10161**  Farnsworth, B. The integral theory of female urinary incontinence. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99; discussion 100

**10162**  Richardson, P. The integral theory of pelvic floor dysfunction. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99-100

**10163**  Querleu, D., Narducci, F., Poulard, V., Lacaze, S., Occelli, B., Leblanc, E., Cosson, M. Modified radical vaginal hysterectomy with or without laparoscopic nerve-sparing dissection: a comparative study. Gynecol Oncol. 2002 Apr; 85: 154-8

**10164**  Takahashi, S., Miyao, N., Hisataki, T., Matsukawa, M., Takagi, S., Sasao, T., Adachi, H., Miyake, M., Tsukamoto, T. Complications of Stamey needle suspension for female stress urinary incontinence. Urol Int. 2002; 68: 148-51

**10165**  Thomas, K., Venn, S. N., Mundy, A. R. Outcome of the artificial urinary sphincter in female patients. J Urol. 2002 Apr; 167: 1720-2

**10166**  van der Vaart, C. H., van der Bom, J. G., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The contribution of hysterectomy to the occurrence of urge and stress urinary incontinence symptoms. BJOG. 2002 Feb; 109: 149-54

**10167**  McGuire, E. J., Lytton, B. Pubovaginal sling procedure for stress incontinence. 1978. J Urol. 2002 Feb; 167: 1120-3; discussion 1124

**10168**  Pereyra, A. J. A simplified surgical procedure for the correction of stress incontinence in women. 1959. J Urol. 2002 Feb; 167: 1116-8; discussion 1119

**10169**  Pelosi, M. A., 2nd., Pelosi, M. A., 3rd, Pelekanos, M. The YAMA UroPatch sling for treatment of female stress urinary incontinence: a pilot study. J Laparoendosc Adv Surg Tech A. 2002 Feb; 12: 27-33

**10170**  Yamada, T., Ichiyanagi, N., Kamata, S., Sakai, Y., Nagahama, K., Tanizawa, A., Watanabe, T., Horiuchi, S., Saitoh, H. Need for sling surgery in patients with large cystoceles and masked stress urinary incontinence. Int J Urol. 2001 Nov; 8: 599-603

**10171**  Fielding, J. R. Practical MR imaging of female pelvic floor weakness. Radiographics. 2002 Mar-Apr; 22: 295-304

**10172**  Laycock, J., Brown, J., Cusack, C., Green, S., Jerwood, D., Mann, K., McLachlan, Z., Schofield, A. Pelvic floor reeducation for stress incontinence: comparing three methods. Br J Community Nurs. 2001 May; 6: 230-7

**10173**  Bae, J. H., Moon, D. G., Lee, J. G. The effects of a selective noradrenaline reuptake inhibitor on the urethra: an in vitro and in vivo study. BJU Int. 2001 Nov; 88: 771-5

**10174**  Palumbo, M. V. Pessary placement and management. Ostomy Wound Manage. 2000 Dec; 46: 40-5

**10175**  Robinson, D., Anders, K., Cardozo, L., Bidmead, J., Toozs-Hobson, P., Khullar, V. Can ultrasound replace ambulatory urodynamics when investigating women with irritative urinary symptoms?. BJOG. 2002 Feb; 109: 145-8

**10176**  Lo, T. S., Huang, H. J., Chang, C. L., Wong, S. Y., Horng, S. G., Liang, C. C. Use of intravenous anesthesia for tension-free vaginal tape therapy in elderly women with genuine stress incontinence. Urology. 2002 Mar; 59: 349-53

**10177**  Sharifi-Aghdas, F., Ghaderian, N., Payvand, A. Free bladder mucosal autograft in the treatment of complicated vesicovaginal fistula. BJU Int. 2002 Mar; 89 Suppl 1: 54-6

**10178**  Weber, A. M., Taylor, R. J., Wei, J. T., Lemack, G., Piedmonte, M. R., Walters, M. D. The cost-effectiveness of preoperative testing (basic office assessment vs. urodynamics) for stress urinary incontinence in women. BJU Int. 2002 Mar; 89: 356-63

  © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**10179**   Moehrer, B., Ellis, G., Carey, M., Wilson, P. D. Laparoscopic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD002239

**10180**   Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2002; : CD002114

**10181**   Kulseng-Hanssen, S., Berild, G. H. Subjective and objective incontinence 5 to 10 years after Burch colposuspension. Neurourol Urodyn. 2002; 21: 100-5

**10182**   Aaron, R., Muliyil, J., Abraham, S. Medico-social dimensions of menopause: a cross-sectional study from rural south India. Natl Med J India. 2002 Jan-Feb; 15: 14-7

**10183**   Long, C. Y., Hsu, S. C., Chen, Y. H., Chen, S. C., Chen, W. C., Su, J. H. The effects on vesicourethral function following laparoscopic hysterectomy. Kaohsiung J Med Sci. 2001 Nov; 17: 564-9

**10184**   Yamada, T., Kamata, S., Nagahama, K., Ichiyanagi, N., Horiuchi, S., Saitoh, H. Polytetrafluoroethylene patch sling for type 2 or type 3 stress urinary incontinence. Int J Urol. 2001 Dec; 8: 675-80

**10185**   Thyssen, H., Bidmead, J., Lose, G., Moller Bek, K., Dwyer, P., Cardozo, L. A new intravaginal device for stress incontinence in women. BJU Int. 2001 Dec; 88: 889-92

**10186**   Kuo, H. C. The surgical results of the pubovaginal sling procedure using polypropylene mesh for stress urinary incontinence. BJU Int. 2001 Dec; 88: 884-8

**10187**   Mukherjee, K., Constantine, G. Urinary stress incontinence in obese women: tension-free vaginal tape is the answer. BJU Int. 2001 Dec; 88: 881-3

**10188**   Merlin, T., Arnold, E., Petros, P., MacTaggart, P., Tulloch, A., Faulkner, K., Maddern, G. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedures. BJU Int. 2001 Dec; 88: 871-80

**10189**   Peyrat, L., Haillot, O., Bruyere, F., Boutin, J. M., Bertrand, P., Lanson, Y. Prevalence and risk factors of urinary incontinence in young and middle- aged women. BJU Int. 2002 Jan; 89: 61-6

**10190**   Kristiansson, P., Samuelsson, E., von Schoultz, B., Svardsudd, K. Reproductive hormones and stress urinary incontinence in pregnancy. Acta Obstet Gynecol Scand. 2001 Dec; 80: 1125-30

**10191**   Reilly, E. T., Freeman, R. M., Waterfield, M. R., Waterfield, A. E., Steggles, P., Pedlar, F. Prevention of postpartum stress incontinence in primigravidae with increased bladder neck mobility: a randomised controlled trial of antenatal pelvic floor exercises. BJOG. 2002 Jan; 109: 68-76

**10192**   Nitti, V. W., Carlson, K. V., Blaivas, J. G., Dmochowski, R. R. Early results of pubovaginal sling lysis by midline sling incision. Urology. 2002 Jan; 59: 47-51; discussion 51-2

**10193**   Lemack, G. E., Baseman, A. G., Zimmern, P. E. Voiding dynamics in women: a comparison of pressure-flow studies between asymptomatic and incontinent women. Urology. 2002 Jan; 59: 42-6

**10194**   FitzGerald, M. P., Butler, N., Shott, S., Brubaker, L. Bother arising from urinary frequency in women. Neurourol Urodyn. 2002; 21: 36-40; discussion 41

**10195**   FitzGerald, M. P., Brubaker, L. Urinary incontinence symptom scores and urodynamic diagnoses. Neurourol Urodyn. 2002; 21: 30-5

**10196**   Viktrup, L. The risk of lower urinary tract symptoms five years after the first delivery. Neurourol Urodyn. 2002; 21: 2-29

**10197**   O'Reilly, K. J., Govier, F. E. Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series. J Urol. 2002 Mar; 167: 1356-8

**10198**   Hegarty, P. K., Power, P. C., O'Brien, M. F., Bredin, H. C. Longevity of the Marshall-Marchetti-Krantz procedure. Ann Chir Gynaecol. 2001; 90: 286-9

**10199**   Visser, A. J., Heyns, C. F., Visser Jun, A. J. Vesicosuspension for female stress incontinence and cystocele using pubic bone anchors. S Afr J Surg. 2001 Nov; 39: 129-32

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**10200**  Barber, M. D., Visco, A. G., Wyman, J. F., Fantl, J. A., Bump, R. C. Sexual function in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 2002 Feb; 99: 281-9

**10201**  Nager, C. W., Schulz, J. A., Stanton, S. L., Monga, A. Correlation of urethral closure pressure, leak-point pressure and incontinence severity measures. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 395-400

**10202**  Truijen, G., Wyndaele, J. J., Weyler, J. Conservative treatment of stress urinary incontinence in women: who will benefit?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 386-90

**10203**  Sze, E. H., Meranus, J., Kohli, N., Miklos, J. R., Karram, M. M. Vaginal configuration on MRI after abdominal sacrocolpopexy and sacrospinous ligament suspension. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 375-9; discussion 379-80

**10204**  Glavind, K., Larsen, E. H. Results and complications of tension-free vaginal tape (TVT) for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 370-2

**10205**  Kochakarn, W., Leenanupunth, C., Ratana-Olarn, K., Roongreungsilp, U., Siripornpinyo, N. Pubovaginal sling for the treatment of female stress urinary incontinence: experience of 100 cases at Ramathibodi Hospital. J Med Assoc Thai. 2001 Oct; 84: 1412-5

**10206**  Bhatnagar, V., Dave, S., Agarwala, S., Mitra, D. K. Augmentation colocystoplasty in bladder exstrophy. Pediatr Surg Int. 2002 Jan; 18: 43-9

**10207**  Pit, M. J. Rare complications of tension-free vaginal tape procedure: late intraurethral displacement and early misplacement of tape. J Urol. 2002 Feb; 167: 647

**10208**  Petrou, S. P., Young, P. R. Rate of recurrent stress urinary incontinence after retropubic urethrolysis. J Urol. 2002 Feb; 167: 613-5

**10209**  Flynn, B. J., Yap, W. T. Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence: 2-year minimum followup. J Urol. 2002 Feb; 167: 608-12

**10210**  Demirci, F., Yucel, O. Comparison of pubovaginal sling and burch colposuspension procedures in type I/II genuine stress incontinence. Arch Gynecol Obstet. 2001 Nov; 265: 190-4

**10211**  Wolters, M., Methfessel, H. D., Goepel, C., Koelbl, H. Computer-assisted virtual urethral pressure profile in the assessment of female genuine stress incontinence. Obstet Gynecol. 2002 Jan; 99: 69-74

**10212**  Heit, M. Prolonged urinary retention after collagen periurethral injections: a sequela of humoral immunity. Obstet Gynecol. 1997 Oct; 90: 693-5

**10213**  Walters, M. D., Iannetta, L. T. Combination of pessary and periurethral collagen injections for nonsurgical treatment of uterovaginal prolapse and genuine stress urinary incontinence. Obstet Gynecol. 1997 Oct; 90: 691-2

**10214**  Niemczyk, P., Klutke, J. J., Carlin, B. I., Klutke, C. G. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability. Tech Urol. 2001 Dec; 7: 261-5

**10215**  Jung, B. H., Bai, S. W., Chung, B. C. Urinary profile of endogenous steroids in postmenopausal women with stress urinary incontinence. J Reprod Med. 2001 Nov; 46: 969-74

**10216**  Jueng-Anuwat, P., Roongruangsilp, U., Kochakarn, W., Ratana-Olarn, K. Risk factors for stress urinary incontinence in middle aged and elderly Thai women. J Med Assoc Thai. 2001 Aug; 84: 1121-5

**10217**  Nguyen, J. K., Glowacki, C. A., Bhatia, N. N. Survey of voiding dysfunction and urinary retention after anti-incontinence procedures. Obstet Gynecol. 2001 Dec; 98: 1011-7

**10218**  Rortveit, G., Hannestad, Y. S., Daltveit, A. K., Hunskaar, S. Age- and type-dependent effects of parity on urinary incontinence: the Norwegian EPINCONT study. Obstet Gynecol. 2001 Dec; 98: 1004-10

**10219**  Liapis, A., Bakas, P., Creatsas, G. Management of stress urinary incontinence in women with the use of tension-free vaginal tape. Eur Urol. 2001 Nov; 40: 548-51

**10220**  Lebret, T., Lugagne, P. M., Herve, J. M., Barre, P., Orsoni, J. L., Yonneau, L., Saporta, F., Botto, H. Evaluation of tension-free vaginal tape procedure. Its safety and efficacy in the treatment of female stress urinary incontinence during the learning phase. Eur Urol. 2001 Nov; 40: 543-7

---

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Procite Number**

---

**10221** Goldberg, R. P., Koduri, S., Lobel, R. W., Culligan, P. J., Tomezsko, J. E., Winkler, H. A., Sand, P. K. Protective effect of suburethral slings on postoperative cystocele recurrence after reconstructive pelvic operation. Am J Obstet Gynecol. 2001 Dec; 185: 1307-12; discussion 1312-3

**10222** Nguyen, J. K., Bhatia, N. N. Risk of recurrent stress incontinence in women undergoing the combined modified pereyra procedure and transvaginal sacrospinous ligament vault suspension. Urology. 2001 Dec; 58: 947-52

**10223** Huang, Y. H., Lin, A. T., Chen, K. K., Pan, C. C., Chang, L. S. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology. 2001 Dec; 58: 943-6

**10224** Haferkamp, A., Steiner, G., Muller, S. C., Schumacher, S. Urethral erosion of tension-free vaginal tape. J Urol. 2002 Jan; 167: 250

**10225** Fulmer, B. R., Sakamoto, K., Turk, T. M., Galen, D., Presthus, J. B., Abbott, K., Ross, J., Ou, C. S., Albala, D. M. Acute and long-term outcomes of radio frequency bladder neck suspension. J Urol. 2002 Jan; 167: 141-5

**10226** Blonski, J. Is tolterodine (Detrol) or oxybutynin (Ditropan) the best for treatment of urge urinary incontinence?. J Fam Pract. 2001 Dec; 50: 1017

**10227** Lobel, B., Manunta, A., Rodriguez, A. The management of female stress urinary incontinence using the sling procedure. BJU Int. 2001 Nov; 88: 832-9

**10228** Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 323-6; discussion 326-7

**10229** Alper, T., Cetinkaya, M., Okutgen, S., Kokcu, A., Malatyalioglu, E. Evaluation of urethrovesical angle by ultrasound in women with and without urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 308-11

**10230** Dietz, H. P., Clarke, B. Translabial color Doppler urodynamics. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 304-7

**10231** Weber, A. M. Is urethral pressure profilometry a useful diagnostic test for stress urinary incontinence?. Obstet Gynecol Surv. 2001 Nov; 56: 720-35

**10232** Feretis, C., Benakis, P., Dailianas, A., Dimopoulos, C., Mavrantonis, C., Stamou, K. M., Manouras, A., Apostolidis, N., Androulakis, G. Implantation of microballoons in the management of fecal incontinence. Dis Colon Rectum. 2001 Nov; 44: 1605-9

**10233** Rodriguez, L. V., Raz, S. Polypropylene sling for the treatment of stress urinary incontinence. Urology. 2001 Nov; 58: 783-5

**10234** Jeffry, L., Deval, B., Birsan, A., Soriano, D., Darai, E. Objective and subjective cure rates after tension-free vaginal tape for treatment of urinary incontinence. Urology. 2001 Nov; 58: 702-6

**10235** Klutke, C., Siegel, S., Carlin, B., Paszkiewicz, E., Kirkemo, A., Klutke, J. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov; 58: 697-701

**10236** Persson, G., Barlow, L., Karlsson, A., Rosen, M., Stefansson, C. G., Theorell, T., Tull, P., Aberg, A. Chapter 3. Major health problems. Health in Sweden: The National Public Health Report 2001. Scand J Public Health. 2001; Suppl 58: 37-102

**10237** Walters, M. D., Tulikangas, P. K., LaSala, C., Muir, T. W. Vascular injury during tension-free vaginal tape procedure for stress urinary incontinence. Obstet Gynecol. 2001 Nov; 98: 957-9

**10238** Zullo, F., Palomba, S., Piccione, F., Morelli, M., Arduino, B., Mastrantonio, P. Laparoscopic Burch colposuspension: a randomized controlled trial comparing two transperitoneal surgical techniques. Obstet Gynecol. 2001 Nov; 98: 783-8

**10239** Tamussino, K. F., Hanzal, E., Kolle, D., Ralph, G., Riss, P. A. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol. 2001 Nov; 98: 732-6

**10240** Copas, P., Bukovsky, A., Asbury, B., Elder, R. F., Caudle, M. R. Estrogen, progesterone, and androgen receptor expression in levator ani muscle and fascia. J Womens Health Gend Based Med. 2001 Oct; 10: 785-95

---

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10241    Tannenbaum, C., Bachand, G., Dubeau, C. E., Kuchel, G. A. Experience of an incontinence clinic for older women: no apparent age limit for potential physical and psychological benefits. J Womens Health Gend Based Med. 2001 Oct; 10: 751-6

10242    Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Quality of life and seeking help in women with urinary incontinence. Acta Obstet Gynecol Scand. 2001 Nov; 80: 1051-5

10243    Neal, L. J. Rehab's role in incontinence treatment and ostomy care. Rehab Manag. 2000 Jun-Jul; 13: 28-30, 100

10244    Kapoor, D., Ghoniem, G. Re: Randomized comparison of local versus epidural anesthesia for tension-free vaginal tape operation. J Urol. 2001 Dec; 166: 2323-4

10245    Goldman, H. B., Rackley, R. R., Appell, R. A. The in situ anterior vaginal wall sling: predictors of success. J Urol. 2001 Dec; 166: 2259-62

10246    Radley, S. C., Rosario, D. J., Chapple, C. R., Farkas, A. G. Conventional and ambulatory urodynamic findings in women with symptoms suggestive of bladder overactivity. J Urol. 2001 Dec; 166: 2253-8

10247    Bo, K., Borgen, J. S. Prevalence of stress and urge urinary incontinence in elite athletes and controls. Med Sci Sports Exerc. 2001 Nov; 33: 1797-802

10248    Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001754

10249    Romanzi, L. J. Urinary incontinence in women and men. J Gend Specif Med. 2001; 4: 14-20

10250    Vereecken, R. L., Lechat, A. Cadaver fascia lata sling in the treatment of intrinsic sphincter weakness. Urol Int. 2001; 67: 232-4

10251    Gordon, D., Gold, R. S., Pauzner, D., Lessing, J. B., Groutz, A. Combined genitourinary prolapse repair and prophylactic tension-free vaginal tape in women with severe prolapse and occult stress urinary incontinence: preliminary results. Urology. 2001 Oct; 58: 547-50

10252    Sugerman, H. J. Effects of increased intra-abdominal pressure in severe obesity. Surg Clin North Am. 2001 Oct; 81: 1063-75, vi

10253    Ganio, E., Masin, A., Ratto, C., Altomare, D. F., Ripetti, V., Clerico, G., Lise, M., Doglietto, G. B., Memeo, V., Landolfi, V., Del Genio, A., Arullani, A., Giardiello, G., de Seta, F. Short-term sacral nerve stimulation for functional anorectal and urinary disturbances: results in 40 patients: evaluation of a new option for anorectal functional disorders. Dis Colon Rectum. 2001 Sep; 44: 1261-7

10254    Kupeli, B., Kordan, Y., Alkibay, T. Urinary incontinence after pelvic trauma: a case report. Int Urol Nephrol. 2001; 32: 363-5

10255    Norris, A., Scerri, A., Powell, M. Quality of anaesthesia for insertion of tension-free vaginal tape using local analgesia and sedation. Eur J Anaesthesiol. 2001 Nov; 18: 755-8

10256    Viktrup, L., Lose, G. Do fertile women remember the onset of stress incontinence? Recall bias 5 years after 1st delivery. Acta Obstet Gynecol Scand. 2001 Oct; 80: 952-5

10257    Bo, K., Finckenhagen, H. B. Vaginal palpation of pelvic floor muscle strength: inter-test reproducibility and comparison between palpation and vaginal squeeze pressure. Acta Obstet Gynecol Scand. 2001 Oct; 80: 883-7

10258    Mutone, N., Mastropietro, M., Brizendine, E., Hale, D. Effect of tension-free vaginal tape procedure on urodynamic continence indices. Obstet Gynecol. 2001 Oct; 98: 638-45

10259    Arvonen, T., Fianu-Jonasson, A., Tyni-Lenne, R. Effectiveness of two conservative modes of physical therapy in women with urinary stress incontinence. Neurourol Urodyn. 2001; 20: 591-9

10260    Sakakibara, R., Shinotoh, H., Uchiyama, T., Sakuma, M., Kashiwado, M., Yoshiyama, M., Hattori, T. Questionnaire-based assessment of pelvic organ dysfunction in Parkinson's disease. Auton Neurosci. 2001 Sep 17; 92: 76-85

10261    Bidmead, J., Cardozo, L. Retropubic urethropexy (Burch colposuspension). Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 262-5

# American Urological Association, Inc.

### SUI Guidelines Panel

**10262**  Hextall, A., Cardozo, L. The role of estrogen supplementation in lower urinary tract dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 258-61

**10263**  Soergel, T. M., Shott, S., Heit, M. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 247-53

**10264**  Girao, M. J., Jarmy-Di Bella, Z. I., Sartori, M. G., Baracat, E. C., Lima, G. R. Doppler velocimetry parameters of periurethral vessels in postmenopausal incontinent women receiving estrogen replacement. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 241-6

**10265**  Fitzgerald, M. P., Jaffar, J., Brubaker, L. Risk factors for an elevated postvoid residual urine volume in women with symptoms of urinary urgency, frequency and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 237-9; discussion 239-40

**10266**  Glavind, K. Conservative treatment of stress incontinence with Geisha balls. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 223-4; discussion 224-5

**10267**  Morell, J. D., Morales, A. Assessment of long-term patient satisfaction after vesical neck suspension for stress urinary incontinence. Can J Urol. 2001 Aug; 8: 1323-5

**10268**  von Gontard, A., Laufersweiler-Plass, C., Backes, M., Zerres, K., Rudnik-Schoneborn, S. Enuresis and urinary incontinence in children and adolescents with spinal muscular atrophy. BJU Int. 2001 Sep; 88: 409-13

**10269**  el-Toukhy, T. A., Davies, A. E. The efficacy of laparoscopic mesh colposuspension: results of a prospective controlled study. BJU Int. 2001 Sep; 88: 361-6

**10270**  Choe, J. M., Kothandapani, R., James, L., Bowling, D. Autologous, cadaveric, and synthetic materials used in sling surgery: comparative biomechanical analysis. Urology. 2001 Sep; 58: 482-6

**10271**  Ross, J. W. Laparoscopic Burch colposuspension and overlapping sphincteroplasty for double incontinence. JSLS. 2001 Jul-Sep; 5: 203-9

**10272**  Brune, M. E., O'Neill, A. B., Gauvin, D. M., Katwala, S. P., Altenbach, R. J., Brioni, J. D., Hancock, A. A., Sullivan, J. P. Comparison of alpha 1-adrenoceptor agonists in canine urethral pressure profilometry and abdominal leak point pressure models. J Urol. 2001 Oct; 166: 1555-9

**10273**  Bent, A. E., Foote, J., Siegel, S., Faerber, G., Chao, R., Gormley, E. A. Collagen implant for treating stress urinary incontinence in women with urethral hypermobility. J Urol. 2001 Oct; 166: 1354-7

**10274**  Pannek, J., Brands, F. H., Senge, T. Particle migration after transurethral injection of carbon coated beads for stress urinary incontinence. J Urol. 2001 Oct; 166: 1350-3

**10275**  Cutner, A., Smith, A. R. Laparoscopic colposuspension. Curr Opin Obstet Gynecol. 2001 Oct; 13: 533-7

**10276**  Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure: innovative surgery for incontinence. Curr Opin Obstet Gynecol. 2001 Oct; 13: 529-32

**10277**  Gordon, D., Groutz, A. Evaluation of female lower urinary tract symptoms: overview and update. Curr Opin Obstet Gynecol. 2001 Oct; 13: 521-7

**10278**  Carey, M. P., Dwyer, P. L. Genital prolapse: vaginal versus abdominal route of repair. Curr Opin Obstet Gynecol. 2001 Oct; 13: 499-505

**10279**  Okonkwo, J. E., Obionu, C. O., Obiechina, N. J. Factors contributing to urinary incontinence and pelvic prolapse in Nigeria. Int J Gynaecol Obstet. 2001 Sep; 74: 301-3

**10280**  Fultz, N. H., Herzog, A. R. Self-reported social and emotional impact of urinary incontinence. J Am Geriatr Soc. 2001 Jul; 49: 892-9

**10281**  Gill, E. J., Elser, D. M., Bonidie, M. J., Roberts, K. M., Hurt, W. G. The routine use of cystoscopy with the Burch procedure. Am J Obstet Gynecol. 2001 Aug; 185: 345-8

**10282**  Hoyte, L., Fielding, J. R., Versi, E., Mamisch, C., Kolvenbach, C., Kikinis, R. Variations in levator ani volume and geometry in women: the application of MR based 3D reconstruction in evaluating pelvic floor dysfunction. Arch Esp Urol. 2001 Jul-Aug; 54: 532-9

Case 2:12-md-02327  Document 3686-16  Filed 09/15/15  Page 480 of 360  PageID #: 203019

# American Urological Association, Inc.

**SUI Guidelines Panel**

**10283**  Moore, R. D., Speights, S. E., Miklos, J. R. Laparoscopic Burch colposuspension for recurrent stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 389-92

**10284**  Lee, C. L., Yen, C. F., Wang, C. J., Jain, S., Soong, Y. K. Extraperitoneal approach to laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 374-7

**10285**  Ushiroyama, T., Ikeda, A., Ueki, M. Clinical efficacy of clenbuterol and propiverine in menopausal women with urinary incontinence: improvement in quality of life. J Med. 2000; 31: 311-9

**10286**  Culligan, P. J., Goldberg, R. P., Blackhurst, D. W., Sasso, K., Koduri, S., Sand, P. K. Comparison of microtransducer and fiberoptic catheters for urodynamic studies. Obstet Gynecol. 2001 Aug; 98: 253-7

**10287**  Mason, L., Glenn, S., Walton, I., Hughes, C. Women's reluctance to seek help for stress incontinence during pregnancy and following childbirth. Midwifery. 2001 Sep; 17: 212-21

**10288**  Gonzalez-Argente, F. X., Jain, A., Nogueras, J. J., Davila, G. W., Weiss, E. G., Wexner, S. D. Prevalence and severity of urinary incontinence and pelvic genital prolapse in females with anal incontinence or rectal prolapse. Dis Colon Rectum. 2001 Jul; 44: 920-6

**10289**  Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe A. 2001 Jul; 40: 269-73

**10290**  Oge, O. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Sep; 166: 1009-10

**10291**  Choe, J. M. Tension-free vaginal tape: is it truly tension-free?. J Urol. 2001 Sep; 166: 1003

**10292**  Groutz, A., Chaikin, D. C., Theusen, E., Blaivas, J. G. Use of cadaveric solvent-dehydrated fascia lata for cystocele repair-- preliminary results. Urology. 2001 Aug; 58: 179-83

**10293**  Iskander, M. N., Kapoor, D. Pregnancy following tension-free vaginal taping. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 199-200

**10294**  Natarajan, V., Singh, G. Urinary diversion for incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 180-7

**10295**  Kowalczyk, J. J., Mulcahy, J. J. Use of the artificial urinary sphincter in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 176-9

**10296**  Demirci, F., Petri, E. Perioperative complications of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 170-5

**10297**  Jarmy-Di Bella, Z. I., Girao, M. J., Sartori, M. F., Di Bella Junior, V., Lederman, H. M., Baracat, E. C., Lima, G. R. Power Doppler of the urethra in continent or incontinent, pre- and postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 148-154; discussion 154-5

**10298**  Chou, T. P., Gorton, E., Stanton, S. L., Atherton, M., Baessler, K., Rienhardt, G. Can uroflowmetry patterns in women be reliably interpreted?. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 142-7

**10299**  McLennan, M. T., Melick, C. F., Bent, A. E. Leak-point pressure: clinical application of values at two different volumes. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 136-41

**10300**  Koelle, D., Stenzl, A., Koelbl, H., Marth, C. Treatment of postoperative urinary retention by elongation of tension-free vaginal tape. Am J Obstet Gynecol. 2001 Jul; 185: 250-1

**10301**  Graham, C. A., Mallett, V. T. Race as a predictor of urinary incontinence and pelvic organ prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 116-20

**10302**  Viktrup, L., Lose, G. The risk of stress incontinence 5 years after first delivery. Am J Obstet Gynecol. 2001 Jul; 185: 82-7

**10303**  Reddy, A. P., DeLancey, J. O., Zwica, L. M., Ashton-Miller, J. A. On-screen vector-based ultrasound assessment of vesical neck movement. Am J Obstet Gynecol. 2001 Jul; 185: 65-70

**10304**  Kenton, K., FitzGerald, M. P., Shott, S., Brubaker, L. Role of urethral electromyography in predicting outcome of Burch retropubic urethropexy. Am J Obstet Gynecol. 2001 Jul; 185: 51-5

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**10305** Young, S. B., Howard, A. E., Baker, S. P. Mersilene mesh sling: short- and long-term clinical and urodynamic outcomes. Am J Obstet Gynecol. 2001 Jul; 185: 32-40

**10306** FitzGerald, M. P., Kenton, K., Shott, S., Brubaker, L. Responsiveness of quality of life measurements to change after reconstructive pelvic surgery. Am J Obstet Gynecol. 2001 Jul; 185: 20-4

**10307** Hoyte, L., Schierlitz, L., Zou, K., Flesh, G., Fielding, J. R. Two- and 3-dimensional MRI comparison of levator ani structure, volume, and integrity in women with stress incontinence and prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 11-9

**10308** Muscatello, D. J., Rissel, C., Szonyi, G. Urinary symptoms and incontinence in an urban community: prevalence and associated factors in older men and women. Intern Med J. 2001 Apr; 31: 151-60

**10309** Rane, A. A comparison of bladder neck movement and elevation after tension free vaginal tape and colposuspension. BJOG. 2001 Jul; 108: 776

**10310** Koelbl, H., Stoerer, S., Seliger, G., Wolters, M. Transurethral penetration of a tension-free vaginal tape. BJOG. 2001 Jul; 108: 763-5

**10311** Karram, M. M. Why surgery for incontinence and prolapse fails. Urol Int. 2001; 67: 12-3

**10312** Soulie, M., Cuvillier, X., Benaissa, A., Mouly, P., Larroque, J. M., Bernstein, J., Soulie, R., Tollon, C., Brucher, P., Vazzoler, N., Seguin, P., Pontonnier, F., Plante, P. The tension-free transvaginal tape procedure in the treatment of female urinary stress incontinence: a French prospective multicentre study. Eur Urol. 2001 Jun; 39: 709-14; discussion 715

**10313** Peyrat, L., Boutin, J. M., Bruyere, F., Haillot, O., Fakfak, H., Lanson, Y. Intestinal perforation as a complication of tension-free vaginal tape procedure for urinary incontinence. Eur Urol. 2001 May; 39: 603-5

**10314** Azam, U., Frazer, M. I., Kozman, E. L., Ward, K., Hilton, P., Rane, A. The tension-free vaginal tape procedure in women with previous failed stress incontinence surgery. J Urol. 2001 Aug; 166: 554-6

**10315** Dattilo, J. A long-term study of patient outcomes with pelvic muscle re-education for urinary incontinence. J Wound Ostomy Continence Nurs. 2001 Jul; 28: 199-205

**10316** Lynch, C. M., Powers, A. K., Keating, A. B. Pregnancy complicated by a suburethral sling: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 218-9

**10317** Lovatsis, D., Drutz, H. P. Is transabdominal repair of mild to moderate cystocele necessary for correction of prolapse during a modified Burch procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 193-8

**10318** Weber, A. M., Abrams, P., Brubaker, L., Cundiff, G., Davis, G., Dmochowski, R. R., Fischer, J., Hull, T., Nygaard, I., Weidner, A. C. The standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 178-86

**10319** Dietz, H. P., Wilson, P. D., Clarke, B. The use of perineal ultrasound to quantify levator activity and teach pelvic floor muscle exercises. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 166-8; discussion 168-9

**10320** Tegerstedt, G., Sjoberg, B., Hammarstrom, M. Clinical outcome or abdominal urethropexy-colposuspension: a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 161-5

**10321** Wakavaiachi, V. M., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G., Novo, N. F. Changes in the lower urinary tract in continent women and in women with stress urinary incontinence, according to menopausal status. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 156-60

**10322** Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with recurrent stress urinary incontinence-- a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S9-11

**10323** Nilsson, C. G., Kuuva, N., Falconer, C., Rezapour, M., Ulmsten, U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S5-8

**10324** Ulmsten, U. An introduction to tension-free vaginal tape (TVT)--a new surgical procedure for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S3-4

# American Urological Association, Inc.

## SUI Guidelines Panel

**10325** Tamussino, K., Hanzal, E., Kolle, D., Ralph, G., Riss, P. The Austrian tension-free vaginal tape registry. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S28-9

**10326** Meschia, M., Pifarotti, P., Bernasconi, F., Guercio, E., Maffiolini, M., Magatti, F., Spreafico, L. Tension-Free vaginal tape: analysis of outcomes and complications in 404 stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S24-27

**10327** Falconer, C., Soderberg, M., Blomgren, B., Ulmsten, U. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S19-23

**10328** Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with mixed urinary incontinence--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S15-18

**10329** Rezapour, M., Falconer, C., Ulmsten, U. Tension-Free vaginal tape (TVT) in stress incontinent women with intrinsic sphincter deficiency (ISD)--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S12-14

**10330** Clark, A. D., Salloum, M. S. Vaginal retropubic urethropexy with intraoperative cystometry for treating urinary stress incontinence. BJU Int. 2001 Jul; 88: 49-52

**10331** Cornacchia, M., Zenorini, A., Perobelli, S., Zanolla, L., Mastella, G., Braggion, C. Prevalence of urinary incontinence in women with cystic fibrosis. BJU Int. 2001 Jul; 88: 44-8

**10332** Showalter, P. R., Zimmern, P. E., Roehrborn, C. G., Lemack, G. E. Standing cystourethrogram: an outcome measure after anti-incontinence procedures and cystocele repair in women. Urology. 2001 Jul; 58: 33-7

**10333** Lightner, D., Calvosa, C., Andersen, R., Klimberg, I., Brito, C. G., Snyder, J., Gleason, D., Killion, D., Macdonald, J., Khan, A. U., Diokno, A., Sirls, L. T., Saltzstein, D. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double- blind study of Durasphere. Urology. 2001 Jul; 58: 12-5

**10334** Kuo, H. C. Sonographic evaluation of anatomic results after the pubovaginal sling procedure for stress urinary incontinence. J Ultrasound Med. 2001 Jul; 20: 739-47

**10335** Sievert, K. D., Emre Bakircioglu, M., Tsai, T., Dahms, S. E., Nunes, L., Lue, T. F. The effect of simulated birth trauma and/or ovariectomy on rodent continence mechanism. Part I: functional and structural change. J Urol. 2001 Jul; 166: 311-7

**10336** Kuo, H. C. Anatomical and functional results of pubovaginal sling procedure using polypropylene mesh for the treatment of stress urinary incontinence. J Urol. 2001 Jul; 166: 152-7

**10337** Davila, G. W., Daugherty, C. A., Sanders, S. W. A short-term, multicenter, randomized double-blind dose titration study of the efficacy and anticholinergic side effects of transdermal compared to immediate release oral oxybutynin treatment of patients with urge urinary incontinence. J Urol. 2001 Jul; 166: 140-5

**10338** Liapis, A., Bakas, P., Pafiti, A., Frangos-Plemenos, M., Arnoyannaki, N., Creatsas, G. Changes of collagen type III in female patients with genuine stress incontinence and pelvic floor prolapse. Eur J Obstet Gynecol Reprod Biol. 2001 Jul; 97: 76-9

**10339** Tsai, E., Yang, C., Chen, H., Wu, C., Lee, J. Bladder neck circulation by Doppler ultrasonography in postmenopausal women with urinary stress incontinence. Obstet Gynecol. 2001 Jul; 98: 52-6

**10340** Herschorn, S. Current status of injectable agents for female stress urinary incontinence. Can J Urol. 2001 Jun; 8: 1281-9

**10341** Pages, I. H., Jahr, S., Schaufele, M. K., Conradi, E. Comparative analysis of biofeedback and physical therapy for treatment of urinary stress incontinence in women. Am J Phys Med Rehabil. 2001 Jul; 80: 494-502

**10342** Mostwin, J. L., Genadry, R., Saunders, R., Yang, A. Stress incontinence observed with real time sonography and dynamic fastscan magnetic resonance imaging--insights into pathophysiology. Scand J Urol Nephrol Suppl. 2001; : 94-9; discussion 106-25

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**10343** Hedlund, H., Bo, K., Lilleas, F., Talseth, T., Tillung, T. The clinical value of dynamic magnetic resonance imaging in normal and incontinent women--a preliminary study on micturition. Scand J Urol Nephrol Suppl. 2001; : 87-91; discussion 106-25

**10344** Schaer, G. The clinical value of sonographic imaging of the urethrovesical anatomy. Scand J Urol Nephrol Suppl. 2001; : 80-6; discussion 106-25

**10345** Kulseng-Hanssen, S. The clinical value of ambulatory urethral pressure recording in women. Scand J Urol Nephrol Suppl. 2001; : 67-73; discussion 106-25

**10346** Dahms, S. E., Lampel, D. S., Kloeppel, S., Hohenfellner, M., Melchior, S. W., Muller, S. C., Thuroff, J. W. Low urethral pressure profile--clinical implications. Scand J Urol Nephrol Suppl. 2001; : 100-5; discussion 106-25

**10347** Ashton-Miller, J. A., Howard, D., DeLancey, J. O. The functional anatomy of the female pelvic floor and stress continence control system. Scand J Urol Nephrol Suppl. 2001; : 1-7; discussion 106-25

**10348** Krstic, Z. D., Lukac, M., Lukac, R., Smoljanic, Z., Vukadinovic, V., Varinac, D. Surgical treatment of cloacal anomalies. Pediatr Surg Int. 2001 May; 17: 329-33

**10349** Van Kessel, K., Reed, S., Newton, K., Meier, A., Lentz, G. The second stage of labor and stress urinary incontinence. Am J Obstet Gynecol. 2001 Jun; 184: 1571-5

**10350** Luber, K. M., Boero, S., Choe, J. Y. The demographics of pelvic floor disorders: current observations and future projections. Am J Obstet Gynecol. 2001 Jun; 184: 1496-501; discussion 1501-3

**10351** Demirci, F., Yucel, O., Eren, S., Alkan, A., Demirci, E., Yildirim, U. Long-term results of Burch colposuspension. Gynecol Obstet Invest. 2001; 51: 243-7

**10352** Austin, P. F., Westney, O. L., Leng, W. W., McGuire, E. J., Ritchey, M. L. Advantages of rectus fascial slings for urinary incontinence in children with neuropathic bladders. J Urol. 2001 Jun; 165: 2369-71; discussion 2371-2

**10353** Manning, J., Eyers, A. A., Korda, A., Benness, C., Solomon, M. J. Is there an association between fecal incontinence and lower urinary dysfunction?. Dis Colon Rectum. 2001 Jun; 44: 790-8

**10354** Persson, J., Bergqvist, C. E., Wolner-Hanssen, P. An ultra-short perineal pad-test for evaluation of female stress urinary incontinence treatment. Neurourol Urodyn. 2001; 20: 277-85

**10355** Romanzi, L. J., Groutz, A., Heritz, D. M., Blaivas, J. G. Involuntary detrusor contractions: correlation of urodynamic data to clinical categories. Neurourol Urodyn. 2001; 20: 249-57

**10356** Arya, L. A., Myers, D. L., Jackson, N. D. Office screening test for intrinsic urethral sphincter deficiency: pediatric Foley catheter test. Obstet Gynecol. 2001 Jun; 97: 885-9

**10357** Rackley, R. R., Abdelmalak, J. B., Tchetgen, M. B., Madjar, S., Jones, S., Noble, M. Tension-free vaginal tape and percutaneous vaginal tape sling procedures. Tech Urol. 2001 Jun; 7: 90-100

**10358** Rodriguez, L. V., Berman, J., Raz, S. Polypropylene sling for treatment of stress urinary incontinence: an alternative to tension-free vaginal tape. Tech Urol. 2001 Jun; 7: 87-9

**10359** Cespedes, R. D. Treatment options for outlet obstruction following anti-incontinence surgery in females. Tech Urol. 2001 Jun; 7: 118-25

**10360** Dmochowski, R. R., Appell, R. A. Delivery of injectable agents for treatment of stress urinary incontinence in women: evolving techniques. Tech Urol. 2001 Jun; 7: 110-7

**10361** Leissner, J., Allhoff, E. P., Naumann, G., Pretzsch, G., Hockel, M., Black, P., Hohenfellner, R. Inguinovaginal sling procedure for female stress incontinence: introduction of a minimally invasive technique. Tech Urol. 2001 Jun; 7: 105-9

**10362** Goldman, H. B. In situ anterior vaginal wall sling. Tech Urol. 2001 Jun; 7: 101-4

**10363** Mallipeddi, P. K., Steele, A. C., Kohli, N., Karram, M. M. Anatomic and functional outcome of vaginal paravaginal repair in the correction of anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 83-8

**10364** Jozwik, M., Jozwik, M. Partial denervation of the pelvic floor during term vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 81-2

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 464 of 800 PageID #: 203023

---

**10365** Zilbert, A. W., Farrell, S. A. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 141-3

**10366** Vierhout, M. E. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 139-40

**10367** Alnaif, B., Drutz, H. P. The prevalence of urinary and fecal incontinence in Canadian secondary school teenage girls: questionnaire study and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 134-137; discussion138

**10368** Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T., Ayas, S. The effects of vaginal delivery and cesarean section on bladder neck mobility and stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 129-33

**10369** Choe, J. M. Preventing urethral obstruction using the 6-point fixation and weight- adjusted spacing nomogram during sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 122-8

**10370** Maher, C., Carey, M., Dwyer, P., Moran, P. Pubovaginal or vicryl mesh rectus fascia sling in intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 111-6

**10371** Frankel, G. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Jun; 165: 2007-8

**10372** Petrou, S. P., Frank, I. Complications and initial continence rates after a repeat pubovaginal sling procedure for recurrent stress urinary incontinence. J Urol. 2001 Jun; 165: 1979-81

**10373** Haab, F., Traxer, O., Ciofu, C. Tension-free vaginal tape: why an unusual concept is so successful. Curr Opin Urol. 2001 May; 11: 293-7

**10374** Fitzpatrick, M., O'Herlihy, C. The effects of labour and delivery on the pelvic floor. Best Pract Res Clin Obstet Gynaecol. 2001 Feb; 15: 63-79

**10375** Ng, C. S., Rackley, R. R., Appell, R. A. Incidence of concomitant procedures for pelvic organ prolapse and reconstruction in women who undergo surgery for stress urinary incontinence. Urology. 2001 May; 57: 911-3

**10376** Ganio, E., Luc, A. R., Clerico, G., Trompetto, M. Sacral nerve stimulation for treatment of fecal incontinence: a novel approach for intractable fecal incontinence. Dis Colon Rectum. 2001 May; 44: 619-29; discussion 629-31

**10377** Brenner, B. Comparing the laparoscopic Burch colposuspension and the suburethral sling. N Z Med J. 2001 Mar 23; 114: 146

**10378** Podesta, M. L., Jordan, G. H. Pelvic fracture urethral injuries in girls. J Urol. 2001 May; 165: 1660-5

**10379** Erickson, D. R. Female stress incontinence. J Urol. 2001 May; 165: 1612-3

**10380** Carbone, J. M., Kavaler, E., Hu, J. C., Raz, S. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol. 2001 May; 165: 1605-11

**10381** Brady, C. M., Ahmed, I., Drumm, J., Flood, H. D. A prospective evaluation of the efficiency of early postoperative bladder emptying after the Stamey procedure or pubovaginal sling for stress urinary incontinence. J Urol. 2001 May; 165: 1601-4

**10382** Groutz, A., Blaivas, J. G., Hyman, M. J., Chaikin, D. C. Pubovaginal sling surgery for simple stress urinary incontinence: analysis by an outcome score. J Urol. 2001 May; 165: 1597-600

**10383** Meyer, S., Hohlfeld, P., Achtari, C., De Grandi, P. Pelvic floor education after vaginal delivery. Obstet Gynecol. 2001 May; 97: 673-7

**10384** Johnson, V. Y. How the principles of exercise physiology influence pelvic floor muscle training. J Wound Ostomy Continence Nurs. 2001 May; 28: 150-5

**10385** Laurikkala, J., Juhola, M., Lammi, S., Penttinen, J., Aukee, P. Analysis of the imputed female urinary incontinence data for the evaluation of expert system parameters. Comput Biol Med. 2001 Jul; 31: 239-57

**10386** Lin, H. H., Yu, H. J., Sheu, B. C., Huang, S. C. Importance of urodynamic study before radical hysterectomy for cervical cancer. Gynecol Oncol. 2001 May; 81: 270-2

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10387** Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001755

**10388** Hay-Smith, E. J., Bo Berghmans, L. C., Hendriks, H. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Pelvic floor muscle training for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001407

**10389** Mouritsen, L. Effect of vaginal devices on bladder neck mobility in stress incontinent women. Acta Obstet Gynecol Scand. 2001 May; 80: 428-31

**10390** Yalcin, O. T., Yildirim, A., Hassa, H. The effects of severe cystocele on urogynecologic symptoms and findings. Acta Obstet Gynecol Scand. 2001 May; 80: 423-7

**10391** Appell, R. A., Sand, P., Dmochowski, R., Anderson, R., Zinner, N., Lama, D., Roach, M., Miklos, J., Saltzstein, D., Boone, T., Staskin, D. R., Albrecht, D. Prospective randomized controlled trial of extended-release oxybutynin chloride and tolterodine tartrate in the treatment of overactive bladder: results of the OBJECT Study. Mayo Clin Proc. 2001 Apr; 76: 358-63

**10392** Elliott, D. S., Lightner, D. J., Blute, M. L. Medical management of overactive bladder. Mayo Clin Proc. 2001 Apr; 76: 353-5

**10393** Naik, R., Nwabinelli, J., Mayne, C., Nordin, A., de Barros Lopes, A., Monaghan, J. M., Hilton, P. Prevalence and management of (non-fistulous) urinary incontinence in women following radical hysterectomy for early stage cervical cancer. Eur J Gynaecol Oncol. 2001; 22: 26-30

**10394** Kim, K., Jurnalov, C. D., Ham, S., Webb, M. J., An, K. Mechanisms of female urinary continence under stress: frequency spectrum analysis. J Biomech. 2001 May; 34: 687-91

**10395** Bakas, P., Liapis, A., Karandreas, A., Creatsas, G. Pudendal nerve terminal motor latency in women with genuine stress incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 187-90

**10396** Jomaa, M. Combined tension-free vaginal tape and prolapse repair under local anaesthesia in patients with symptoms of both urinary incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 184-6

**10397** Radley, S. C., Chapple, C. R., Mitsogiannis, I. C., Glass, K. S. Transurethral implantation of macroplastique for the treatment of female stress urinary incontinence secondary to urethral sphincter deficiency. Eur Urol. 2001 Apr; 39: 383-9

**10398** Hutchings, A., Black, N. A. Surgery for stress incontinence: a non-randomised trial of colposuspension, needle suspension and anterior colporrhaphy. Eur Urol. 2001 Apr; 39: 375-82

**10399** Giberti, C. Transvaginal sacrospinous colpopexy by palpation-a new minimally invasive procedure using an anchoring system. Urology. 2001 Apr; 57: 666-8; discussion 668-9

**10400** Nilsson, C. G., Kuuva, N. The tension-free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2001 Apr; 108: 414-9

**10401** Bidmead, J., Cardozo, L., McLellan, A., Khullar, V., Kelleher, C. A comparison of the objective and subjective outcomes of colposuspension for stress incontinence in women. BJOG. 2001 Apr; 108: 408-13

**10402** Ishiko, O., Hirai, K., Sumi, T., Tatsuta, I., Ogita, S. Hormone replacement therapy plus pelvic floor muscle exercise for postmenopausal stress incontinence. A randomized, controlled trial. J Reprod Med. 2001 Mar; 46: 213-20

**10403** Gray, M., McClain, R., Peruggia, M., Patrie, J., Steers, W. D. A model for predicting motor urge urinary incontinence. Nurs Res. 2001 Mar-Apr; 50: 116-22

**10404** Whitman, G. T. Patients with urinary incontinence and falls. J Am Geriatr Soc. 2001 Mar; 49: 336-7

**10405** Junemann, K. P. The management of female urinary stress incontinence: II. The use of devices. BJU Int. 2001 Mar; 87: 449-55

**10406** Hsieh, G. C., Klutke, J. J., Kobak, W. H. Low valsalva leak-point pressure and success of retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 46-50

**10407** Heit, M., Pasic, R., Levine, R. L. The clinical utility of a vaginal template designed to standardize suture placement during retropubic colposuspensions. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 42-5

**American Urological Association, Inc.**

SUI Guidelines Panel

10408   Dietz, H. P., Clarke, B. The urethral pressure profile and ultrasound imaging of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 38-41

10409   Meltomaa, S. S., Haarala, M. A., Taalikka, M. O., Kiilholma, P. J., Alanen, A., Makinen, J. I. Outcome of Burch retropubic urethropexy and the effect of concomitant abdominal hysterectomy: a prospective long-term follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 3-8

10410   Nel, J. T., Diedericks, A., Joubert, G., Arndt, K. A prospective clinical and urodynamic study of bladder function during and after pregnancy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 21-6

10411   Indrekvam, S., Fosse, O. A., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--demography and medical history. Scand J Urol Nephrol. 2001 Feb; 35: 26-31

10412   Nguyen, J. K. Current concepts in the diagnosis and surgical repair of anterior vaginal prolapse due to paravaginal defects. Obstet Gynecol Surv. 2001 Apr; 56: 239-46

10413   Peschers, U. M., Fanger, G., Schaer, G. N., Vodusek, D. B., DeLancey, J. O., Schuessler, B. Bladder neck mobility in continent nulliparous women. BJOG. 2001 Mar; 108: 320-4

10414   Wattiez, A., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Promontofixation for the treatment of prolapse. Urol Clin North Am. 2001 Feb; 28: 151-7

10415   McDougall, E. M. Laparoscopic management of female urinary incontinence. Urol Clin North Am. 2001 Feb; 28: 145-9, x

10416   Neal, D. E., Jr, Foster, L. Southern Illinois University (SIU) sling-bone anchored semitendinosus. Tech Urol. 2001 Mar; 7: 62-3

10417   Cosson, M., Collinet, P., Occelli, B., Narducci, F., Crepin, G. The vaginal patch plastron for vaginal cure of cystocele. Preliminary results for 47 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Mar; 95: 73-80

10418   Unterweger, M., Marincek, B., Gottstein-Aalame, N., Debatin, J. F., Seifert, B., Ochsenbein-Imhof, N., Perucchini, D., Kubik-Huch, R. A. Ultrafast MR imaging of the pelvic floor. AJR Am J Roentgenol. 2001 Apr; 176: 959-63

10419   Wang, A. C., Chen, M. C. Randomized comparison of local versus epidural anesthesia for tension- free vaginal tape operation. J Urol. 2001 Apr; 165: 1177-80

10420   Costa, P., Mottet, N., Rabut, B., Thuret, R., Ben Naoum, K., Wagner, L. The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. J Urol. 2001 Apr; 165: 1172-6

10421   Phelan, M. W., Franks, M., Somogyi, G. T., Yokoyama, T., Fraser, M. O., Lavelle, J. P., Yoshimura, N., Chancellor, M. B. Botulinum toxin urethral sphincter injection to restore bladder emptying in men and women with voiding dysfunction. J Urol. 2001 Apr; 165: 1107-10

10422   Kim, J. I. Continence efficacy intervention program for community residing women with stress urinary incontinence in Japan. Public Health Nurs. 2001 Jan-Feb; 18: 64-72

10423   Lalos, O., Berglund, A. L., Lalos, A. Impact of urinary and climacteric symptoms on social and sexual life after surgical treatment of stress urinary incontinence in women: a long-term outcome. J Adv Nurs. 2001 Feb; 33: 316-27

10424   Martan, A., Masata, J., Halaska, M., Voigt, R. Ultrasound imaging of the lower urinary system in women after Burch colposuspension. Ultrasound Obstet Gynecol. 2001 Jan; 17: 58-64

10425   Georgiou, M., Shehata, H. A., Chaliha, C., Byrne, P. D., McWhinney, N. A., Gough, P. M. Fasciitis: a rare complication of Burch colposuspension. BJOG. 2001 Feb; 108: 227-9

10426   Slors, F. J., van Zuijlen, P. P., van Dijk, G. J. Sexual and bladder dysfunction after total mesorectal excision for benign diseases. Scand J Gastroenterol Suppl. 2000; : 48-51

10427   Metin, A., Kayigil, Ahmed, S. I. The rate of urgency symptoms in women with stress urinary incontinence and nomogram based bladder outlet obstruction. Int Urol Nephrol. 2000; 32: 251-3

Appendix A6 Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-16 Filed 05/15/19 Page 487 of 300 PageID #: 203026

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

10428   Nakamura, T., Ishiko, O., Hirai, K., Sumi, T., Nakagawa, E., Nakai, Y., Tomoda, S., Ogita, S. Clinical evaluation of the Q-tip test in normal pregnant women. Gynecol Obstet Invest. 2001; 51: 92-5

10429   Canepa, G., Ricciotti, G., Introini, C., Vigliercio, G., Puppo, P. Horseshoe-shaped marlex mesh for the treatment of pelvic floor prolapse. Eur Urol. 2001 Jan; 39 Suppl 2: 23-6; discussion 27

10430   Duckett, J., Connell, R. Guidelines in gynaecology: in menorrhagia and in urinary incontinence. BJOG. 2001 Jan; 108: 129-30

10431   Bidmead, J., Toozs-Hobson, P., Cardozo, L., Robinson, D., Bailey, J. Randomised comparison of Burch colposuspension versus anterior colporrhaphy for patients with stress urinary incontinence. BJOG. 2001 Jan; 108: 128-9

10432   Groutz, A., Gordon, D., Wolman, I., Jaffa, A., Kupferminc, M. J., Lessing, J. B. Persistent postpartum urinary retention in contemporary obstetric practice. Definition, prevalence and clinical implications. J Reprod Med. 2001 Jan; 46: 44-8

10433   Barker, G. K. It is possible to perform a sacrospinous colpopexy via the incision of an anterior vaginal repair alone if a posterior repair is not required. Aust N Z J Obstet Gynaecol. 2000 Nov; 40: 477

10434   Locher, J. L., Goode, P. S., Roth, D. L., Worrell, R. L., Burgio, K. L. Reliability assessment of the bladder diary for urinary incontinence in older women. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M32-5

10435   Gauruder-Burmester, A., Tunn, R. Pregnancy and labor after TVT-plasty. Acta Obstet Gynecol Scand. 2001 Mar; 80: 283-4

10436   Mason, L., Glenn, S., Walton, I., Hughes, C. The instruction in pelvic floor exercises provided to women during pregnancy or following delivery. Midwifery. 2001 Mar; 17: 55-64

10437   Hollabaugh, R. S., Steiner, M. S., Dmochowski, R. R. Neuroanatomy of the female continence complex: clinical implications. Urology. 2001 Feb; 57: 382-8

10438   Kusuda, L. Simple release of pubovaginal sling. Urology. 2001 Feb; 57: 358-9

10439   Kubricht, W. S., 3rd, Williams, B. J., Eastham, J. A., Venable, D. D. Tensile strength of cadaveric fascia lata compared to small intestinal submucosa using suture pull through analysis. J Urol. 2001 Feb; 165: 486-90

10440   Maral, I., Ozkardes, H., Peskircioglu, L., Bumin, M. A. Prevalence of stress urinary incontinence in both sexes at or after age 15 years: a cross-sectional study. J Urol. 2001 Feb; 165: 408-12

10441   Domany, B., Bodis, J. Recent results of operations performed on patients with stress urinary incontinence in our department. Am J Obstet Gynecol. 2001 Jan; 184: 245

10442   Weidner, A. C., Myers, E. R., Visco, A. G., Cundiff, G. W., Bump, R. C. Which women with stress incontinence require urodynamic evaluation?. Am J Obstet Gynecol. 2001 Jan; 184: 20-7

10443   Richter, H. E., Varner, R. E., Sanders, E., Holley, R. L., Northen, A., Cliver, S. P. Effects of pubovaginal sling procedure on patients with urethral hypermobility and intrinsic sphincteric deficiency: would they do it again?. Am J Obstet Gynecol. 2001 Jan; 184: 14-9

10444   Fatthy, H., El Hao, M., Samaha, I., Abdallah, K. Modified Burch colposuspension: laparoscopy versus laparotomy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 99-106

10445   Bent, A. E., Tutrone, R. T., McLennan, M. T., Lloyd, L. K., Kennelly, M. J., Badlani, G. Treatment of intrinsic sphincter deficiency using autologous ear chondrocytes as a bulking agent. Neurourol Urodyn. 2001; 20: 157-65

10446   Janssen, C. C., Lagro-Janssen, A. L., Felling, A. J. The effects of physiotherapy for female urinary incontinence: individual compared with group treatment. BJU Int. 2001 Feb; 87: 201-6

10447   Lo, T. S., Wang, A. C., Horng, S. G., Liang, C. C., Soong, Y. K. Ultrasonographic and urodynamic evaluation after tension free vagina tape procedure (TVT). Acta Obstet Gynecol Scand. 2001 Jan; 80: 65-70

10448   Petros, P. P., Skilling, P. M. Pelvic floor rehabilitation in the female according to the integral theory of female urinary incontinence. First report. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 264-9

# American Urological Association, Inc.

## SUI Guidelines Panel

**10449**  Cosson, M., Rajabally, R., Querleu, D., Crepin, G. Long term complications of vaginal hysterectomy: a case control study. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 239-44

**10450**  Miller, J. M., Peruccchini, D., Carchidi, L. T., DeLancey, J. O., Ashton-Miller, J. Pelvic floor muscle contraction during a cough and decreased vesical neck mobility. Obstet Gynecol. 2001 Feb; 97: 255-60

**10451**  Golomb, J., Groutz, A., Mor, Y., Leibovitch, I., Ramon, J. Management of urethral erosion caused by a pubovaginal fascial sling. Urology. 2001 Jan; 57: 159-60

**10452**  Sousa-Escandon, A. 'Sandwich technique' for suburethral placement of Mersilene mesh sling during pubovaginal suspension surgery: preliminary results. Urology. 2001 Jan; 57: 49-54

**10453**  Kim, H. L., Gerber, G. S., Patel, R. V., Hollowell, C. M., Bales, G. T. Practice patterns in the treatment of female urinary incontinence: a postal and internet survey. Urology. 2001 Jan; 57: 45-8

**10454**  Gallentine, M. L., Cespedes, R. D. Occult stress urinary incontinence and the effect of vaginal vault prolapse on abdominal leak point pressures. Urology. 2001 Jan; 57: 40-4

**10455**  Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T. The effects of abdominal hysterectomy on bladder neck and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 May; 39: 239-42

**10456**  Kayigil, O. Our changing strategies on bladder neck suspension operations. Int Urol Nephrol. 1999; 31: 647-54

**10457**  Handa, V. L., Stone, A. Erosion of a fascial sling into the urethra. Urology. 1999 Nov; 54: 923

**10458**  Hahnfeld, L. E., Nakada, S. Y., Moon, T. D. Identification of microtacks in the bladder after laparoscopic pelvic surgery. Urology. 1999 Jul; 54: 162

**10459**  Tebyani, N., Patel, H., Yamaguchi, R., Aboseif, S. R. Percutaneous needle bladder neck suspension for the treatment of stress urinary incontinence in women: long-term results. J Urol. 2000 May; 163: 1510-2

**10460**  Fujisawa, M., Gotoh, A., Miyazaki, S., Nakamura, I., Hara, I., Okada, H., Arakawa, S., Kamidono, S. Sigmoid neobladder in women after radical cystectomy. J Urol. 2000 May; 163: 1505-9

**10461**  Grady, D., Brown, J. S., Vittinghoff, E., Applegate, W., Varner, E., Snyder, T. Postmenopausal hormones and incontinence: the Heart and Estrogen/Progestin Replacement Study. Obstet Gynecol. 2001 Jan; 97: 116-20

**10462**  Kuo, H. C. Long-term results of surgical treatment for female stress urinary incontinence. Urol Int. 2001; 66: 13-7

**10463**  Kovac, S. R. Laparoscopic surgery for genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 395

**10464**  Lazarevski, M. B. Biomechanics of urinary stress incontinence surgery--theory of the non- permanently acting suburethral supportive structure. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 377-85

**10465**  Dietz, H. P., Wilson, P. D. Colposuspension success and failure: a long-term objective follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 346-51

**10466**  Viktrup, L., Lose, G. Lower urinary tract symptoms 5 years after the first delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 336-40

**10467**  Vodusek, D. B. Clinical neurophysiological tests in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 333-5

**10468**  Simons, A. M., Dowell, C. J., Bryant, C. M., Prashar, S., Moore, K. H. Use of the Dowell Bryant Incontinence Cost Index as a post-treatment outcome measure after non-surgical therapy. Neurourol Urodyn. 2001; 20: 85-93

**10469**  Radley, S. C., Chapple, C. R., Bryan, N. P., Clarke, D. E., Craig, D. A. Effect of methoxamine on maximum urethral pressure in women with genuine stress incontinence: a placebo-controlled, double-blind crossover study. Neurourol Urodyn. 2001; 20: 43-52

**10470**  Sapsford, R. R., Hodges, P. W., Richardson, C. A., Cooper, D. H., Markwell, S. J., Jull, G. A. Co-activation of the abdominal and pelvic floor muscles during voluntary exercises. Neurourol Urodyn. 2001; 20: 31-42

**10471**  FitzGerald, M. P., Brubaker, L. The etiology of urinary retention after surgery for genuine stress incontinence. Neurourol Urodyn. 2001; 20: 13-21

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

**10472**   Culligan, P. J., Heit, M. Urinary incontinence in women: evaluation and management. Am Fam Physician. 2000 Dec 1; 62: 2433-44, 2447, 2452

**10473**   Nilsson, C. G. Effectiveness of the conveen continence guard (a disposable vaginal device) in the treatment of complicated female stress incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1052-5

**10474**   Mouritsen, L., Schiotz, H. A. Pro et contra pelvic floor exercises for female stress urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1043-5

**10475**   Jeyaseelan, S. M., Haslam, E. J., Winstanley, J., Roe, B. H., Oldham, J. A. An evaluation of a new pattern of electrical stimulation as a treatment for urinary stress incontinence: a randomized, double-blind, controlled trial. Clin Rehabil. 2000 Dec; 14: 631-40

**10476**   Liapis, A., Bakas, P., Pafiti, A., Hassiakos, D., Frangos-Plemenos, M., Creatsas, G. Changes in the quantity of collagen type I in women with genuine stress incontinence. Urol Res. 2000 Oct; 28: 323-6

**10477**   Sharp, H. T., Doucette, R. C., Norton, P. A. Dyspareunia and recurrent stress urinary incontinence after laparoscopic colposuspension with mesh and staples. A case report. J Reprod Med. 2000 Nov; 45: 947-9

**10478**   Myers, D. L., Peipert, J. F., Rosenblatt, P. L., Ferland, R. J., Jackson, N. D. Patient satisfaction with laparoscopic Burch retropubic urethropexy. J Reprod Med. 2000 Nov; 45: 939-43

**10479**   Wang, A. C. Bladder-sphincter biofeedback as treatment of detrusor instability in women who failed to respond to oxybutynin. Changgeng Yi Xue Za Zhi. 2000 Oct; 23: 590-9

**10480**   Yokoyama, T., Yoshimura, N., Dhir, R., Qu, Z., Fraser, M. O., Kumon, H., de Groat, W. C., Huard, J., Chancellor, M. B. Persistence and survival of autologous muscle derived cells versus bovine collagen as potential treatment of stress urinary incontinence. J Urol. 2001 Jan; 165: 271-6

**10481**   Kuo, H. C. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence. J Urol. 2001 Jan; 165: 163-8

**10482**   Haab, F., Sananes, S., Amarenco, G., Ciofu, C., Uzan, S., Gattegno, B., Thibault, P. Results of the tension-free vaginal tape procedure for the treatment of type II stress urinary incontinence at a minimum followup of 1 year. J Urol. 2001 Jan; 165: 159-62

**10483**   Lee, P. E., Kung, R. C., Drutz, H. P. Periurethral autologous fat injection as treatment for female stress urinary incontinence: a randomized double-blind controlled trial. J Urol. 2001 Jan; 165: 153-8

**10484**   Kondo, Y., Homma, Y., Takahashi, S., Kitamura, T., Kawabe, K. Transvaginal ultrasound of urethral sphincter at the mid urethra in continent and incontinent women. J Urol. 2001 Jan; 165: 149-52

**10485**   Carlson, K. V., Rome, S., Nitti, V. W. Dysfunctional voiding in women. J Urol. 2001 Jan; 165: 143-7; discussion 147-8

**10486**   Campbell, D. J., Tenis, N., Rosamilia, A., Clements, J. A., Dwyer, P. L. Urinary levels of substance P and its metabolites are not increased in interstitial cystitis. BJU Int. 2001 Jan; 87: 35-8

**10487**   Weidner, A. C., Barber, M. D., Visco, A. G., Bump, R. C., Sanders, D. B. Pelvic muscle electromyography of levator ani and external anal sphincter in nulliparous women and women with pelvic floor dysfunction. Am J Obstet Gynecol. 2000 Dec; 183: 1390-9; discussion 1399-401

**10488**   Weber, A. M., Walters, M. D. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2000 Dec; 183: 1338-46; discussion 1346-7

**10489**   Valiquette, L., Duclos, A. J., Lapointe, S. P. FPSUND: a new clinical classification of urinary incontinence. Can J Urol. 2000 Jun; 7: 1038-42

**10490**   Atherton, M. J., Stanton, S. L. A comparison of bladder neck movement and elevation after tension-free vaginal tape and colposuspension. BJOG. 2000 Nov; 107: 1366-70

**10491**   Meyer, S., Hohlfeld, P., Achtari, C., Russolo, A., De Grandi, P. Birth trauma: short and long term effects of forceps delivery compared with spontaneous delivery on various pelvic floor parameters. BJOG. 2000 Nov; 107: 1360-5

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**10492**   Chaliha, C., Bland, J. M., Monga, A., Stanton, S. L., Sultan, A. H. Pregnancy and delivery: a urodynamic viewpoint. BJOG. 2000 Nov; 107: 1354-9

**10493**   Grossklaus, D. J., Franke, J. J. Treatment of elderly women with urge incontinence in middle tennessee: a single institution practice-based study. Tenn Med. 2000 Nov; 93: 457-60

**10494**   Rizeq, M. A., Casey, M. Recent advances in care for the elderly. Practitioner. 2000 Nov; 244: 931-6

**10495**   Kaplan, H. J., Mamo, G. J. Pubovaginal sling technique utilizing a unique bone anchor instrumentation system. Can J Urol. 2000 Oct; 7: 1116-21

**10496**   Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlin, S. J. Update on extracorporeal magnetic innervation (EXMI) therapy for stress urinary incontinence. Urology. 2000 Dec 4; 56: 82-6

**10497**   Cespedes, R. D. Anterior approach bilateral sacrospinous ligament fixation for vaginal vault prolapse. Urology. 2000 Dec 4; 56: 70-5

**10498**   Miklos, J. R., Kohli, N. Laparoscopic paravaginal repair plus burch colposuspension: review and descriptive technique. Urology. 2000 Dec 4; 56: 64-9

**10499**   Winters, J. C., Cespedes, R. D., Vanlangendonck, R. Abdominal sacral colpopexy and abdominal enterocele repair in the management of vaginal vault prolapse. Urology. 2000 Dec 4; 56: 55-63

**10500**   Dmochowski, R. R., Appell, R. A. Injectable agents in the treatment of stress urinary incontinence in women: where are we now?. Urology. 2000 Dec 4; 56: 32-40

**10501**   Carlin, B. I., Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure for the treatment of stress incontinence in the female patient. Urology. 2000 Dec 4; 56: 28-31

**10502**   Koduri, S., Goldberg, R. P., Sand, P. K. Transvaginal therapy of genuine stress incontinence. Urology. 2000 Dec 4; 56: 23-7

**10503**   Winters, J. C., Scarpero, H. M., Appell, R. A. Use of bone anchors in female urology. Urology. 2000 Dec 4; 56: 15-22

**10504**   Kobashi, K. C., Mee, S. L., Leach, G. E. A new technique for cystocele repair and transvaginal sling: the cadaveric prolapse repair and sling (CAPS). Urology. 2000 Dec 4; 56: 9-14

**10505**   Amundsen, C. L., Visco, A. G., Ruiz, H., Webster, G. D. Outcome in 104 pubovaginal slings using freeze-dried allograft fascia lata from a single tissue bank. Urology. 2000 Dec 4; 56: 2-8

**10506**   Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. Daytime urinary incontinence in primary school children: a population- based survey. J Pediatr. 2000 Dec; 137: 814-8

**10507**   Bidmead, J., Cardozo, L. Genuine stress incontinence: colpocystourethropexy versus sling procedures. Curr Opin Obstet Gynecol. 2000 Oct; 12: 421-6

**10508**   Klutke, J. J. Current status of urethral occlusive devices in management of urinary incontinence. Curr Opin Obstet Gynecol. 2000 Oct; 12: 415-9

**10509**   Bhatia, N. N. Dynamics of voiding in women. Curr Opin Obstet Gynecol. 2000 Oct; 12: 383-6

**10510**   Jarolim, L., Babjuk, M., Pecher, S. M., Grim, M., Nanka, O., Tichy, M., Hanus, T., Jansky, M. Causes and treatment of residual urine volume after orthotopic bladder replacement in women. Eur Urol. 2000 Dec; 38: 748-52

**10511**   Nigam, A. K., Otite, U., Badenoch, D. F. Endoscopic bladder neck suspension revisited: long-term results of Stamey and Gittes procedures. Eur Urol. 2000 Dec; 38: 677-80

**10512**   Hannestad, Y. S., Rortveit, G., Sandvik, H., Hunskaar, S. A community-based epidemiological survey of female urinary incontinence: the Norwegian EPINCONT study. Epidemiology of Incontinence in the County of Nord-Trondelag. J Clin Epidemiol. 2000 Nov; 53: 1150-7

**10513**   Addison, R. Assessment of stress incontinence--2. Nurs Times. 1999 Nov 17-23; 95: suppl 1-2

---

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**10514**  Newcomer, J. Vaginal pain caused by laparoscopic colposuspension with tacks. Obstet Gynecol. 2000 Nov; 96: 823-4

**10515**  Weber, A. M., Walters, M. D. Burch procedure compared with sling for stress urinary incontinence: a decision analysis. Obstet Gynecol. 2000 Dec; 96: 867-73

**10516**  Peschers, U. M., Jundt, K., Dimpfl, T. Differences between cough and Valsalva leak-point pressure in stress incontinent women. Neurourol Urodyn. 2000; 19: 677-81

**10517**  Groutz, A., Gordon, D., Wolman, I., Jaffa, A. J., Kupferminc, M. J., David, M. P., Lessing, J. B. The use of prophylactic Stamey bladder neck suspension to prevent post- operative stress urinary incontinence in clinically continent women undergoing genitourinary prolapse repair. Neurourol Urodyn. 2000; 19: 671-6

**10518**  Elliott, D. S., Boone, T. B. Is fascia lata allograft material trustworthy for pubovaginal sling repair?. Urology. 2000 Nov 1; 56: 772-6

**10519**  Romanzi, L. J., Blaivas, J. G. Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2000 Dec; 164: 2022-3

**10520**  Groutz, A., Blaivas, J. G., Kesler, S. S., Weiss, J. P., Chaikin, D. C. Outcome results of transurethral collagen injection for female stress incontinence: assessment by urinary incontinence score. J Urol. 2000 Dec; 164: 2006-9

**10521**  Tseng, I. J., Chen, Y. T., Chen, M. T., Kou, H. Y., Tseng, S. F. Prevalence of urinary incontinence and intention to seek treatment in the elderly. J Formos Med Assoc. 2000 Oct; 99: 753-8

**10522**  Batislam, E., Germiyanoglu, C., Erol, D. Simplification of laparoscopic extraperitoneal colposuspension: results of two-port technique. Int Urol Nephrol. 2000; 32: 47-51

**10523**  Nguyen, J. K., Hall, C. D., Bhatia, N. N. Transvaginal bladder neck suspension to Cooper's ligament: a review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 320-4

**10524**  Thompson, P. K., Duff, D. S., Thayer, P. S. Stress incontinence in women under 50: does urodynamics improve surgical outcome?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 285-9

**10525**  Wang, A. C. An assessment of the early surgical outcome and urodynamic effects of the tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 282-4

**10526**  Luna, M. T., Hirakawa, T., Nakano, H. Urinary incontinence in women seen in the obstetrics and gynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 277-81

**10527**  Baba, T., Koizumi, M., Tanaka, R., Yamashita, S., Noda, M., Yamanaka, I., Suzuki, T., Ito, E., Kudo, R. Surgical management of genital prolapse: is chain cystourethrography useful for evaluating anatomical corrections and urinary symptoms after surgery?. J Obstet Gynaecol Res. 2000 Aug; 26: 289-94

**10528**  Ishiko, O., Ushiroyama, T., Saji, F., Mitsuhashi, Y., Tamura, T., Yamamoto, K., Kawamura, Y., Ogita, S. beta(2)-adrenergic agonists and pelvic floor exercises for female stress incontinence. Int J Gynaecol Obstet. 2000 Oct; 71: 39-44

**10529**  Sadik, S., Onoglu, A. S., Mendilcioglu, I., Sehirali, S., Sipahi, C., Taskin, O. Urinary tract injuries during advanced gynecologic laparoscopy. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 569-72

**10530**  FitzGerald, M. P., Mollenhauer, J., Brubaker, L. The fate of rectus fascia suburethral slings. Am J Obstet Gynecol. 2000 Oct; 183: 964-6

**10531**  Glazener, C., Cooper, K. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Oct; 107: 1324-5

**10532**  Strasser, H., Tiefenthaler, M., Steinlechner, M., Eder, I., Bartsch, G., Konwalinka, G. Age dependent apoptosis and loss of rhabdosphincter cells. J Urol. 2000 Nov; 164: 1781-5

**10533**  Pruthi, R. S., Petrus, C. D., Bundrick, W. S.,  JR New onset vesicovaginal fistula after transurethral collagen injection in women who underwent cystectomy and orthotopic neobladder creation: presentation and definitive treatment. J Urol. 2000 Nov; 164: 1638-9

# American Urological Association, Inc.

## SUI Guidelines Panel

**10534**  Brown, S. L., Govier, F. E. Cadaveric versus autologous fascia lata for the pubovaginal sling: surgical outcome and patient satisfaction. J Urol. 2000 Nov; 164: 1633-7

**10535**  Yalla, S. V. Injections, slings and urodynamics. J Urol. 2000 Nov; 164: 1632

**10536**  Schrepferman, C. G., Griebling, T. L., Nygaard, I. E., Kreder, K. J. Resolution of urge symptoms following sling cystourethropexy. J Urol. 2000 Nov; 164: 1628-31

**10537**  Kaplan, S. A., Te, A. E., Young, G. P., Andrade, A., Cabelin, M. A., Ikeguchi, E. F. Prospective analysis of 373 consecutive women with stress urinary incontinence treated with a vaginal wall sling: the Columbia-Cornell University experience. J Urol. 2000 Nov; 164: 1623-7

**10538**  Barranger, E., Fritel, X., Kadoch, O., Liou, Y., Pigne, A. Results of transurethral injection of silicone micro-implants for females with intrinsic sphincter deficiency. J Urol. 2000 Nov; 164: 1619-22

**10539**  Carlson, K. V., Fiske, J., Nitti, V. W. Value of routine evaluation of the voiding phase when performing urodynamic testing in women with lower urinary tract symptoms. J Urol. 2000 Nov; 164: 1614-8

**10540**  Clemens, J. Q., DeLancey, J. O., Faerber, G. J., Westney, O. L., Mcguire, E. J. Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology. 2000 Oct 1; 56: 589-94

**10541**  Barrington, J. W., Edwards, G. Posthysterectomy vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 241-5

**10542**  Everaert, K., De Ridder, D., Baert, L., Oosterlinck, W., Wyndaele, J. J. Patient satisfaction and complications following sacral nerve stimulation for urinary retention, urge incontinence and perineal pain: a multicenter evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 231-5; discussion 236

**10543**  Boyington, A. R., Dougherty, M. C. Pelvic muscle exercise effect on pelvic muscle performance in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 212-8

**10544**  Heit, M. Intraurethral ultrasonography: correlation of urethral anatomy with functional urodynamic parameters in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 204-11

**10545**  Bhatia, N. N. Transvaginal approach to Cooper's ligament during incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 201-3

**10546**  Gunthorpe, W., Brown, W., Redman, S. The development and evaluation of an incontinence screening questionnaire for female primary care. Neurourol Urodyn. 2000; 19: 595-607

**10547**  FitzGerald, M. P., Blazek, B., Brubaker, L. Complex repetitive discharges during urethral sphincter EMG: clinical correlates. Neurourol Urodyn. 2000; 19: 577-83

**10548**  Addison, R. Assessment of stress incontinence--1. Nurs Times. 1999 Nov 10-17; 95: suppl 1-2

**10549**  Fujishiro, T., Enomoto, H., Ugawa, Y., Takahashi, S., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of stress incontinence: an investigational study and placebo controlled trial. J Urol. 2000 Oct; 164: 1277-9

**10550**  Culligan, P. J., Rackley, R., Koduri, S., Thomson, R. B., Schwabe, L., Sand, P. K. Is it safe to reuse a syringe of glutaraldehyde cross-linked collagen? A microbiological study. J Urol. 2000 Oct; 164: 1275-6

**10551**  Samuelsson, E. C., Victor, F. T., Svardsudd, K. F. Five-year incidence and remission rates of female urinary incontinence in a Swedish population less than 65 years old. Am J Obstet Gynecol. 2000 Sep; 183: 568-74

**10552**  Dainer, M. J., Zorn, B. H. Burch-Cooper's ligament sling procedure: an augmented incontinence operation. Tech Urol. 2000 Sep; 6: 175-7

**10553**  Chartier-Kastler, E. J., Mongiat-Artus, P., Bitker, M. O., Chancellor, M. B., Richard, F., Denys, P. Long-term results of augmentation cystoplasty in spinal cord injury patients. Spinal Cord. 2000 Aug; 38: 490-4

**10554**  Gousse, A. E., Safir, M. H., Madjar, S., Ziadlourad, F., Raz, S. Life-threatening anaphylactoid reaction associated with indigo carmine intravenous injection. Urology. 2000 Sep 1; 56: 508

**10555**  Appell, R. A. In situ vaginal wall sling. Urology. 2000 Sep 1; 56: 499-503

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 493 of 800 PageID #: 203032

**10556** Appell, R. A. Argument for sling surgery to replace bladder suspension for stress urinary incontinence. Urology. 2000 Sep 1; 56: 360-3

**10557** Modiri, A. R., Fredrickson, M. G., Gillberg, P. G., Alberts, P. Selectivity of oxymetazoline for urethral pressure vs blood pressure in the anaesthetized female rabbit. Scand J Urol Nephrol. 2000 Jun; 34: 151-6

**10558** Alling Moller, L., Lose, G., Jorgensen, T. Risk factors for lower urinary tract symptoms in women 40 to 60 years of age. Obstet Gynecol. 2000 Sep; 96: 446-51

**10559** Persson, J., Wolner-Hanssen, P., Rydhstroem, H. Obstetric risk factors for stress urinary incontinence: a population- based study. Obstet Gynecol. 2000 Sep; 96: 440-5

**10560** Mauroy, B., Goullet, E., Stefaniak, X., Bonnal, J. L., Amara, N. Tendinous arch of the pelvic fascia: application to the technique of paravaginal colposuspension. Surg Radiol Anat. 2000; 22: 73-9

**10561** Duckett, J. R., Connell, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Aug; 107: 1060

**10562** Henalla, S. M., Hall, V., Duckett, J. R., Link, C., Usman, F., Tromans, P. M., van Veggel, L. A multicentre evaluation of a new surgical technique for urethral bulking in the treatment of genuine stress incontinence. BJOG. 2000 Aug; 107: 1035-9

**10563** Lose, G., Englev, E. Oestradiol-releasing vaginal ring versus oestriol vaginal pessaries in the treatment of bothersome lower urinary tract symptoms. BJOG. 2000 Aug; 107: 1029-34

**10564** Morkved, S., Bo, K. Effect of postpartum pelvic floor muscle training in prevention and treatment of urinary incontinence: a one-year follow up. BJOG. 2000 Aug; 107: 1022-8

**10565** Isherwood, P. J., Rane, A. Comparative assessment of pelvic floor strength using a perineometer and digital examination. BJOG. 2000 Aug; 107: 1007-11

**10566** Ilbey, O., Apaydin, E., Gursan, A., Cikili, N. Bladder leiomyoma: a rare cause of urinary stress incontinence. Arch Ital Urol Androl. 2000 Jun; 72: 85-7

**10567** Morgan, J. L., O'Connell, H. E., McGuire, E. J. Is intrinsic sphincter deficiency a complication of simple hysterectomy?. J Urol. 2000 Sep; 164: 767-9

**10568** Swithinbank, L. V., Donovan, J. L., Rogers, C. A., Abrams, P. Nocturnal incontinence in women: a hidden problem. J Urol. 2000 Sep; 164: 764-6

**10569** Peschers, U. M., Tunn, R., Buczkowski, M., Perucchini, D. Tension-free vaginal tape for the treatment of stress urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 670-5

**10570** Glowacki, C. A., Wall, L. L. Bone anchors in urogynecology. Clin Obstet Gynecol. 2000 Sep; 43: 659-69

**10571** Buller, J. L., Cundiff, G. W. Laparoscopic surgeries for urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 604-18

**10572** Subak, L. L., Caughey, A. B. Measuring cost-effectiveness of surgical procedures. Clin Obstet Gynecol. 2000 Sep; 43: 551-60

**10573** Klutke, J. J., Bergman, J., Klutke, C. G. Transvaginal bladder neck suspension with Cooper's ligament fixation. Long-term urodynamic results. J Reprod Med. 2000 Jul; 45: 541-5

**10574** Warren, M. P., Shantha, S. The female athlete. Baillieres Best Pract Res Clin Endocrinol Metab. 2000 Mar; 14: 37-53

**10575** Bo, K., Talseth, T., Vinsnes, A. Randomized controlled trial on the effect of pelvic floor muscle training on quality of life and sexual problems in genuine stress incontinent women. Acta Obstet Gynecol Scand. 2000 Jul; 79: 598-603

**10576** Waetjen, L. E., Jackson, R. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Jul; 96: 153

**10577** Wyman, J. F. Management of urinary incontinence in adult ambulatory care populations. Annu Rev Nurs Res. 2000; 18: 171-94

Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 494 of 300 PageID #: 203033

| | |
|---|---|
| 10578 | Franks, M. E., Lavelle, J. P., Yokoyama, T., Chuang, Y. C., Chancellor, M. B. Metastatic osteomyelitis after pubovaginal sling using bone anchors. Urology. 2000 Aug 1; 56: 330-1 |
| 10579 | Lemack, G. E., Zimmern, P. E. Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology. 2000 Aug 1; 56: 223-7 |
| 10580 | Zivkovic, F., Tamussino, K., Pieber, D., Haas, J. Body mass index and outcome of incontinence surgery. Obstet Gynecol. 1999 May; 93: 753-6 |
| 10581 | Prasad, S. A., Tannenbaum, E. L., Mikelsons, C. Physiotherapy in cystic fibrosis. J R Soc Med. 2000; 93 Suppl 38: 27-36 |
| 10582 | Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001755 |
| 10583 | Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001754 |
| 10584 | Moran, P. A., Ward, K. L., Johnson, D., Smirni, W. E., Hilton, P., Bibby, J. Tension-free vaginal tape for primary genuine stress incontinence: a two-centre follow-up study. BJU Int. 2000 Jul; 86: 39-42 |
| 10585 | Brink, D. M. Bowel injury following insertion of tension-free vaginal tape. S Afr Med J. 2000 May; 90: 450, 452 |
| 10586 | Jarvis, G. J. Surgery for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 315-34 |
| 10587 | Andersson, K. E. Drug therapy for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 291-313 |
| 10588 | Moore, K. H. Conservative management for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 251-89 |
| 10589 | Keane, D. P., O'Sullivan, S. Urinary incontinence: anatomy, physiology and pathophysiology. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 207-26 |
| 10590 | Smith, D. B., Boileau, M. A., Buan, L. D. A self-directed home biofeedback system for women with symptoms of stress, urge, and mixed incontinence. J Wound Ostomy Continence Nurs. 2000 Jul; 27: 240-6 |
| 10591 | Sung, M. S., Hong, J. Y., Choi, Y. H., Baik, S. H., Yoon, H. FES-biofeedback versus intensive pelvic floor muscle exercise for the prevention and treatment of genuine stress incontinence. J Korean Med Sci. 2000 Jun; 15: 303-8 |
| 10592 | Cornella, J. L., Magrina, J. F. An algorithm for the management of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 221-6 |
| 10593 | Shafik, A. Electrovesicogram in stress urinary incontinence: a preliminary study. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 203-7 |
| 10594 | Bristow, S. E., Hasan, S. T., Neal, D. E. TENS: a treatment option for bladder dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 185-90 |
| 10595 | Migliari, R., De Angelis, M., Madeddu, G., Verdacchi, T. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol. 2000; 38: 151-5 |
| 10596 | Brown, J. S., Vittinghoff, E., Wyman, J. F., Stone, K. L., Nevitt, M. C., Ensrud, K. E., Grady, D. Urinary incontinence: does it increase risk for falls and fractures? Study of Osteoporotic Fractures Research Group. J Am Geriatr Soc. 2000 Jul; 48: 721-5 |
| 10597 | Amundsen, C. L., Guralnick, M. L., Webster, G. D. Variations in strategy for the treatment of urethral obstruction after a pubovaginal sling procedure. J Urol. 2000 Aug; 164: 434-7 |
| 10598 | Romanzi, L. J., Groutz, A., Blaivas, J. G. Urethral diverticulum in women: diverse presentations resulting in diagnostic delay and mismanagement. J Urol. 2000 Aug; 164: 428-33 |
| 10599 | Shinopulos, N. M., Jacobson, J. Relationship between health promotion lifestyle profiles and patient outcomes of biofeedback therapy for urinary incontinence. Urol Nurs. 1999 Dec; 19: 249-53 |

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**10600**   Bash, K. L. Review of vaginal pessaries. Obstet Gynecol Surv. 2000 Jul; 55: 455-60

**10601**   Shehata, N. A., de Courcy-Wheeler, R. H., Sim, D. A. Ureteric kinking after colposuspension: a case report and review of the literature. Ulster Med J. 2000 May; 69: 74-5

**10602**   Ganz, P. A., Greendale, G. A., Petersen, L., Zibecchi, L., Kahn, B., Belin, T. R. Managing menopausal symptoms in breast cancer survivors: results of a randomized controlled trial. J Natl Cancer Inst. 2000 Jul 5; 92: 1054-64

**10603**   Maubon, A. J., Boncoeur-Martel, M. P., Juhan, V., Courtieu, C. R., Thurmond, A. S., Aubas, P., Mares, P., Rouanet, J. P. Static and dynamic MRI of a urinary control intra-vaginal device. Eur Radiol. 2000; 10: 879-84

**10604**   Bidmead, J., Cardozo, L. Short cut to continence?. Lancet. 2000 Jun 24; 355: 2183-4

**10605**   De Giovanni, L., Menchinelli, P., Rubino, F., Manca, A., Ronzoni, G. Valsalva leak point pressure: how to chose the best method. Arch Ital Urol Androl. 2000 Apr; 72: 25-7

**10606**   Fitzgerald, M. P., Mollenhauer, J., Hale, D. S., Benson, J. T., Brubaker, L. Urethral collagen morphologic characteristics among women with genuine stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1565-74

**10607**   Klutke, J. J., Ramos, S. Urodynamic outcome after surgery for severe prolapse and potential stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1378-81

**10608**   Kwok, A., Lam, A., Ford, R. Incisional hernia in a 5 mm laparoscopic port site incision. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 104-5

**10609**   MacGibbon, A., Brieger, G., Korda, A. Incisionless cystourethropexy--the Intac device--an initial experience. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 59-61

**10610**   Soygur, T., Safak, M., Yesilli, C., Arikan, N., Gogus, O. Extraperitoneal laparoscopic bladder neck suspension using hernia mesh and tacker. Urology. 2000 Jul; 56: 121-4

**10611**   Lee, Y. J., Chiang, Y. F., Tsai, J. C. Severe nonproductive cough and cough-induced stress urinary incontinence in diabetic postmenopausal women treated with ACE inhibitor. Diabetes Care. 2000 Mar; 23: 427-8

**10612**   Thakar, R., Stanton, S. L. Weakness of the pelvic floor: urological consequences. Hosp Med. 2000 Apr; 61: 259-66

**10613**   Ishiko, O., Sumi, T., Hirai, K., Ogita, S. Classification of female urinary incontinence by the scored incontinence questionnaire. Int J Gynaecol Obstet. 2000 Jun; 69: 255-60

**10614**   Winters, J. C., Chiverton, A., Scarpero, H. M., Prats, L. J., Jr Collagen injection therapy in elderly women: long-term results and patient satisfaction. Urology. 2000 Jun; 55: 856-61

**10615**   Frankel, G. Paravaginal repair. Urology. 2000 May; 55: 789

**10616**   Yalcin, O. T., Hassa, H., Ozalp, S. Effectiveness of ultrasonographic parameters for documenting the severity of anatomic stress incontinence. Acta Obstet Gynecol Scand. 2000 May; 79: 421-6

**10617**   Persson, J., Bossmar, T., Wolner-Hanssen, P. Laparoscopic colposuspension: a short term urodynamic follow-up and a three-year questionnaire-study. Acta Obstet Gynecol Scand. 2000 May; 79: 414-20

**10618**   Morita, T., Iizuka, H., Iwata, T., Kondo, S. Function and distribution of beta3-adrenoceptors in rat, rabbit and human urinary bladder and external urethral sphincter. J Smooth Muscle Res. 2000 Feb; 36: 21-32

**10619**   Dorschner, W., Stolzenburg, J. U., Griebenow, R., Halaska, M., Schubert, G., Murtz, G., Frank, M., Wieners, F. Efficacy and cardiac safety of propiverine in elderly patients - a double-blind, placebo-controlled clinical study. Eur Urol. 2000 Jun; 37: 702-8

**10620**   Viera, A. J., Larkins-Pettigrew, M. Practical use of the pessary. Am Fam Physician. 2000 May 1; 61: 2719-26, 2729

**10621**   Sung, M. S., Choi, Y. H., Back, S. H., Hong, J. Y., Yoon, H. The effect of pelvic floor muscle exercises on genuine stress incontinence among Korean women--focusing on its effects on the quality of life. Yonsei Med J. 2000 Apr; 41: 237-51

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**10622**    Ismail, S. S., Amarenco, G., Bayle, B., Kerdraon, J. Postpartum lumbosacral plexopathy limited to autonomic and perineal manifestations: clinical and electrophysiological study of 19 patients. J Neurol Neurosurg Psychiatry. 2000 Jun; 68: 771-3

**10623**    Akpinar, H., Cetinel, B., Demirkesen, O., Tufek, I., Yaycioglu, O., Solok, V. Long-term results of Burch colposuspension. Int J Urol. 2000 Apr; 7: 119-25

**10624**    Bezerra, C. A., Sadi, M. V. Comparison of vaginal wall sling and modified vaginal wall sling for stress urinary incontinence. Sao Paulo Med J. 2000 May 4; 118: 63-8

**10625**    Atan, A., Basar, M. M. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 130-2

**10626**    Barbic, M., Kralj, B. Effect of intra-abdominal position of the bladder neck and stability of its supporting structures on pressure transmission ratio after colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 97-102

**10627**    Kjolhede, P., Ryden, G., Hewardt, P. Abdominal urethrocystopexy using fibrin sealant. A prospective study of long-term efficacy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 93-6

**10628**    Haarala, M., Alanen, A., Hietarinta, M., Kiilholma, P. Lower urinary tract symptoms in patients with Sjogren's syndrome and systemic lupus erythematosus. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 84-6

**10629**    Ghoniem, G. M. Allograft sling material: is it the state of the art?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 69-70

**10630**    Morgan, T. O., Jr, Westney, O. L., McGuire, E. J. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun; 163: 1845-8

**10631**    Loughlin, K. R. Slings-an idea whose time has come. J Urol. 2000 Jun; 163: 1843-4

**10632**    Herschorn, S., Glazer, A. A. Early experience with small volume periurethral polytetrafluoroethylene for female stress urinary incontinence. J Urol. 2000 Jun; 163: 1838-42

**10633**    Duckett, J. R., Constantine, G. Complications of silicone sling insertion for stress urinary incontinence. J Urol. 2000 Jun; 163: 1835-7

**10634**    Choe, J. M., Ogan, K., Battino, B. S. Antimicrobial mesh versus vaginal wall sling: a comparative outcomes analysis. J Urol. 2000 Jun; 163: 1829-34

**10635**    Lemack, G. E., Zimmern, P. E. Pressure flow analysis may aid in identifying women with outflow obstruction. J Urol. 2000 Jun; 163: 1823-8

**10636**    Burgio, K. L., Locher, J. L., Goode, P. S. Combined behavioral and drug therapy for urge incontinence in older women. J Am Geriatr Soc. 2000 Apr; 48: 370-4

**10637**    Chancellor, M. B., Yokoyama, T., Tirney, S., Mattes, C. E., Ozawa, H., Yoshimura, N., de Groat, W. C., Huard, J. Preliminary results of myoblast injection into the urethra and bladder wall: a possible method for the treatment of stress urinary incontinence and impaired detrusor contractility. Neurourol Urodyn. 2000; 19: 279-87

**10638**    Podnar, S., Lukanovi&cbreve;, A., Vodusek, D. B. Anal sphincter electromyography after vaginal delivery: neuropathic insufficiency or normal wear and tear?. Neurourol Urodyn. 2000; 19: 249-57

**10639**    Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2000; : CD002114

**10641**    Pinna, C., Zanardo, R., Cignarella, A., Bolego, C., Eberini, I., Nardi, F., Zancan, V., Puglisi, L. Diabetes influences the effect of 17beta-estradiol on mechanical responses of rat urethra and detrusor strips. Life Sci. 2000; 66: 617-27

**10642**    Moore, K. H., Simons, A., Mukerjee, C., Lynch, W. The relative incidence of detrusor instability and bacterial cystitis detected on the urodynamic-test day. BJU Int. 2000 May; 85: 786-92

**10643**    Howard, D., Delancey, J. O., Tunn, R., Ashton-Miller, J. A. Racial differences in the structure and function of the stress urinary continence mechanism. Obstet Gynecol. 2000 May; 95: 713-7

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

10644    Alhasso, A., Bryden, A. A., Neilson, D. Lithium toxicity after urinary diversion with ileal conduit. BMJ. 2000 Apr 15; 320: 1037

10645    Cammu, H., Van Nylen, M., Amy, J. J. A 10-year follow-up after Kegel pelvic floor muscle exercises for genuine stress incontinence. BJU Int. 2000 Apr; 85: 655-8

10646    Radley, S. C., Chapple, C. R., Lee, J. A. Transurethral implantation of silicone polymer for stress incontinence: evaluation of a porcine model and mechanism of action in vivo. BJU Int. 2000 Apr; 85: 646-50

10647    Colombo, M., Vitobello, D., Proietti, F., Milani, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107: 544-51

10648    Ueda, T., Tamaki, M., Kageyama, S., Yoshimura, N., Yoshida, O. Urinary incontinence among community-dwelling people aged 40 years or older in Japan: prevalence, risk factors, knowledge and self-perception. Int J Urol. 2000 Mar; 7: 95-103

10649    Freeman, R. M. Female urinary incontinence: aetiology and pathophysiology. Hosp Med. 2000 Feb; 61: 84-9

10650    Moller, L. A., Lose, G., Jorgensen, T. The prevalence and bothersomeness of lower urinary tract symptoms in women 40-60 years of age. Acta Obstet Gynecol Scand. 2000 Apr; 79: 298-305

10651    Dickson, M. J., Salleh, S. The effect of oestrogen supplementation on postmenopausal urinary stress incontinence: a double-blind placebo-controlled trial. BJOG. 2000 Mar; 107: 433-4

10652    Gorton, E., Stanton, S. Ambulatory urodynamics: do they help clinical management?. BJOG. 2000 Mar; 107: 316-9

10653    Cummings, J. M., Rodning, C. B. Urinary stress incontinence among obese women: review of pathophysiology therapy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 41-4

10654    Nygaard, I., Holcomb, R. Reproducibility of the seven-day voiding diary in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 15-7

10655    Haylen, B. T. Voiding difficulty in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 1-3

10656    Elliott, D. S., Boone, T. B. Urethral devices for managing stress urinary incontinence. J Endourol. 2000 Feb; 14: 79-83

10657    Punekar, S. V., Buch, D. N., Soni, A. B., Swami, G., Rao, S. R., Kinne, J. S., Karhadkar, S. S. Martius' labial fat pad interposition and its modification in complex lower urinary fistulae. J Postgrad Med. 1999 Jul-Sep; 45: 69-73

10658    Choe, J. M., Ogan, K., Bennett, S. Antibacterial mesh sling: a prospective outcome analysis. Urology. 2000 Apr; 55: 515-20

10659    Klutke, J. J., Carlin, B. I., Klutke, C. G. The tension-free vaginal tape procedure: correction of stress incontinence with minimal alteration in proximal urethral mobility. Urology. 2000 Apr; 55: 512-4

10660    Lemack, G. E., Zimmern, P. E. Identifying patients who require urodynamic testing before surgery for stress incontinence based on questionnaire information and surgical history. Urology. 2000 Apr; 55: 506-11

10661    Bignell, V. Alleviating the distress of urinary incontinence. Community Nurse. 1999 Oct; 5: 19-20, 22

10662    Howard, D., Miller, J. M., Delancey, J. O., Ashton-Miller, J. A. Differential effects of cough, valsalva, and continence status on vesical neck movement. Obstet Gynecol. 2000 Apr; 95: 535-40

10663    Gilja, I. Tansvaginal needle suspension operation: the way we do it. Clinical and urodynamic study: long-term results. Eur Urol. 2000 Mar; 37: 325-30

10664    Ishiko, O., Hirai, K., Sumi, T., Nishimura, S., Ogita, S. The urinary incontinence score in the diagnosis of female urinary incontinence. Int J Gynaecol Obstet. 2000 Feb; 68: 131-7

10665    Samuelsson, E., Victor, A., Svardsudd, K. Determinants of urinary incontinence in a population of young and middle-aged women. Acta Obstet Gynecol Scand. 2000 Mar; 79: 208-15

---

**Appendix A6 - Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

10666    Tincello, D. G., Adams, E. J., Bolderson, J., Richmond, D. H. A urinary control device for management of female stress incontinence. Obstet Gynecol. 2000 Mar; 95: 417-20

10667    Steele, A. C., Kohli, N., Karram, M. M. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Mar; 95: 327-31

10668    Lekan-Rutledge, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. J Wound Ostomy Continence Nurs. 1999 May; 26: 27A-28A

10669    Froeling, F. M., Deprest, J. A., Ankum, W. M., Mendels, E. L., Meijer, D. W., Bannenberg, J. Controlled balloon dilatation for laparoscopic extraperitoneal bladder neck suspension in patients with previous abdominal surgery. J Laparoendosc Adv Surg Tech A. 2000 Feb; 10: 27-30

10670    Kuo, H. The relationships of urethral and pelvic floor muscles and the urethral pressure measurements in women with stress urinary incontinence. Eur Urol. 2000 Feb; 37: 149-55

10671    Mason, L., Glenn, S., Walton, I., Appleton, C. The prevalence of stress incontinence during pregnancy and following delivery. Midwifery. 1999 Jun; 15: 120-8

10672    Fielding, J. R., Dumanli, H., Schreyer, A. G., Okuda, S., Gering, D. T., Zou, K. H., Kikinis, R., Jolesz, F. A. MR-based three-dimensional modeling of the normal pelvic floor in women: quantification of muscle mass. AJR Am J Roentgenol. 2000 Mar; 174: 657-60

10673    Lalos, O., Berglund, A. L., Bjerle, P. The long-term outcome of retropubic urethrocystopexy (sutures and fibrin sealant) and pubococcygeal repair. Acta Obstet Gynecol Scand. 2000 Feb; 79: 135-9

10674    Madjar, S., Beyar, M., Nativ, O. Transvaginal bone anchored sling. Urology. 2000 Mar; 55: 422-6

10675    Bidmead, J., Cardozo, L., Khullar, V., Toozs-Hobson, P. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 2000 Jan; 85: 171-2

10676    Serels, S. R., Rackley, R. R., Appell, R. A. Surgical treatment for stress urinary incontinence associated with valsalva induced detrusor instability. J Urol. 2000 Mar; 163: 884-7

10677    Demirci, F., Yucel, N., Ozden, S., Delikara, N., Yalti, S., Demirci, E. A retrospective review of perioperative complications in 360 patients who had Burch colposuspension. Aust N Z J Obstet Gynaecol. 1999 Nov; 39: 472-5

10678    Bidmead, J., Cardozo, L. Sling techniques in the treatment of genuine stress incontinence. BJOG. 2000 Feb; 107: 147-56

10679    Vereecken, R. L., Proesmans, W. Extensive surgery on the trigone for complete ureteral duplication does not cause incontinence or voiding problems. Urology. 2000 Feb; 55: 267-70; discussion 270-1

10680    Masson, D. B., Govier, F. E. Modified Pereyra bladder neck suspension in patients with intrinsic sphincter deficiency and bladder neck hypermobility: patient satisfaction with a mean follow-up of 4 years. Urology. 2000 Feb; 55: 217-21; discussion 221-2

10681    Chan, P. T., Fournier, C., Corcos, J. Short-term complications of pubovaginal sling procedure for genuine stress incontinence in women. Urology. 2000 Feb; 55: 207-11

10682    Benjamin, C. R., Hearon, C. M. Urinary continence in women during centrifuge exposure to high +Gz. Aviat Space Environ Med. 2000 Feb; 71: 131-6

10683    Rizk, D. E. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous pre-menopausal women. Neurourol Urodyn. 2000; 19: 209-10

10684    Singla, A. K. The use of cadaveric fascia lata in the treatment of stress urinary incontinence in women. BJU Int. 2000 Feb; 85: 264-9

10685    Bortolotti, A., Bernardini, B., Colli, E., Di Benedetto, P., Giocoli Nacci, G., Landoni, M., Lavezzari, M., Pagliarulo, A., Salvatore, S., von Heland, M., Parazzini, F., Artibani, W. Prevalence and risk factors for urinary incontinence in Italy. Eur Urol. 2000 Jan; 37: 30-5

10686    Mason, L., Glenn, S., Walton, I., Appleton, C. The experience of stress incontinence after childbirth. Birth. 1999 Sep; 26: 164-71

# American Urological Association, Inc.

## SUI Guidelines Panel

**10687**    Sand, P. K., Winkler, H., Blackhurst, D. W., Culligan, P. J. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol. 2000 Jan; 182: 30-4

**10688**    Chaikin, D. C., Groutz, A., Blaivas, J. G. Predicting the need for anti-incontinence surgery in continent women undergoing repair of severe urogenital prolapse. J Urol. 2000 Feb; 163: 531-4

**10689**    Yamanishi, T., Yasuda, K., Suda, S., Ishikawa, N., Sakakibara, R., Hattori, T. Effect of functional continuous magnetic stimulation for urinary incontinence. J Urol. 2000 Feb; 163: 456-9

**10690**    Persson, J., Wolner-Hanssen, P. Laparoscopic Burch colposuspension for stress urinary incontinence: a randomized comparison of one or two sutures on each side of the urethra. Obstet Gynecol. 2000 Jan; 95: 151-5

**10691**    Shinopulos, N. M., Dann, J. A., Smith, J. J., 3rd Patient selection and education for use of the CapSure (Re/Stor) continence shield. Urol Nurs. 1999 Jun; 19: 135-40

**10692**    Lim, P. P., Sahadevan, S., Choo, G. K., Anthony, P. Burden of caregiving in mild to moderate dementia: an Asian experience. Int Psychogeriatr. 1999 Dec; 11: 411-20

**10693**    Loughlin, K. R. The thimble: a useful adjunct to needle suspension procedures for female stress incontinence. Urology. 2000 Dec 20; 56: 1050-1

**10694**    Giberti, C., Rovida, S. Transvaginal bone-anchored synthetic sling for the treatment of stress urinary incontinence: an outcomes analysis. Urology. 2000 Dec 20; 56: 956-61

**10695**    Takahashi, S., Homma, Y., Fujishiro, T., Hosaka, Y., Kitamura, T., Kawabe, K. Electromyographic study of the striated urethral sphincter in type 3 stress incontinence: evidence of myogenic-dominant damages. Urology. 2000 Dec 20; 56: 946-50

**10696**    Maloney, C., Cafiero, M. R. Urinary incontinence. Noninvasive treatment options. Adv Nurse Pract. 1999 Jun; 7: 36-42

**10697**    Woodman, P. J. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 409

**10698**    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T., Karram, M. M. A retrospective comparison of abdominal sacrocolpopexy with Burch colposuspension versus sacrospinous fixation with transvaginal needle suspension for the management of vaginal vault prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 390-3

**10699**    Maher, C. F., Dwyer, P. L., Carey, M. P., Moran, P. A. Colposuspension or sling for low urethral pressure stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 384-9

**10700**    Bergman, J., Elia, G. Effects of the menstrual cycle on urodynamic work-up: should we change our practice?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 375-7

**10701**    Elser, D. M., London, W., Fantl, J. A., McBride, M. A., Beck, R. P. A comparison of urethral profilometry using microtip and fiberoptic catheters. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 371-4

**10702**    James, M., Jackson, S., Shepherd, A., Abrams, P. Pure stress leakage symptomatology: is it safe to discount detrusor instability?. Br J Obstet Gynaecol. 1999 Dec; 106: 1255-8

**10703**    Chaliha, C., Stanton, S. L. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Dec; 106: 1238-45

**10704**    Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1999; 28: 25-33

**10705**    Enzler, M., Agins, H. J., Kogan, M., Kudurna, J., Sand, P., Wurtz, R., Culligan, P. Osteomyelitis of the pubis following suspension of the neck of the bladder with use of bone anchors. A report of four cases. J Bone Joint Surg Am. 1999 Dec; 81: 1736-40

**10706**    Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: when to refer for procedural therapies. Geriatrics. 1999 Dec; 54: 49-54, 56

**Appendix A6   Bibliography sorted by Procite Number**

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

**10707**   Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Urodynamics changes in voiding after anti-incontinence surgery: an insight into the mechanism of cure. Urology. 1999 Dec; 54: 1003-7

**10708**   Tchetgen, M. B., Sanda, M. G., Montie, J. E., Faerber, G. J. Collagen injection for the treatment of incontinence after cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2000 Jan; 163: 212-4

**10709**   Tamussino, K. F., Zivkovic, F., Pieber, D., Moser, F., Haas, J., Ralph, G. Five-year results after anti-incontinence operations. Am J Obstet Gynecol. 1999 Dec; 181: 1347-52

**10710**   FitzGerald, M. P., Mollenhauer, J., Bitterman, P., Brubaker, L. Functional failure of fascia lata allografts. Am J Obstet Gynecol. 1999 Dec; 181: 1339-44; discussion 1344-6

**10711**   Amaye-Obu, F. A., Drutz, H. P. Surgical management of recurrent stress urinary incontinence: A 12-year experience. Am J Obstet Gynecol. 1999 Dec; 181: 1296-307; discussion 1307-9

**10712**   Ushiroyama, T., Ikeda, A., Ueki, M. Prevalence, incidence, and awareness in the treatment of menopausal urinary incontinence. Maturitas. 1999 Oct 24; 33: 127-32

**10713**   Olsson, I., Kroon, U. A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest. 1999; 48: 267-9

**10714**   Matanyi, S., Acs, N., Fontanyi, Z., Paulin, F. Urodynamic investigation of women operated on for genuine stress incontinence. Gynecol Obstet Invest. 1999; 48: 263-6

**10715**   Brink, D. M., de Jong, P. R. New thoughts in the understanding of female urinary incontinence. S Afr Med J. 1999 Oct; 89: 1059-60

**10716**   del Campo-Rodriguez, M., Batista-Miranda, J. E., Errando-Smet, C., Arano-Bertran, P. Outcome of colposuspension in patients with stress urinary incontinence and abnormal cystometry. Arch Esp Urol. 1999 Sep; 52: 810-4

**10717**   Luna, M. T., Hirakawa, T., Kamura, T., Yahata, H., Ogawa, S., Sonoda, T., Nakano, H. Comparison of the anterior colporrhaphy procedure and the Marshall-Marchetti-Krantz operation in the treatment of stress urinary incontinence among women. J Obstet Gynaecol Res. 1999 Aug; 25: 255-60

**10718**   Connolly, A. M., Thorp, J. M.,  Jr Childbirth-related perineal trauma: clinical significance and prevention. Clin Obstet Gynecol. 1999 Dec; 42: 820-35

**10719**   Ouslander, J. G., Cooper, E., Godley, D. Estrogen treatment for incontinence in frail older women. J Am Geriatr Soc. 1999 Nov; 47: 1383-4

**10720**   Gorton, E., Stanton, S., Monga, A., Wiskind, A. K., Lentz, G. M., Bland, D. R. Periurethral collagen injection: a long-term follow-up study. BJU Int. 1999 Dec; 84: 966-71

**10721**   Brown, K., Hilton, P. The incidence of detrusor instability before and after colposuspension: a study using conventional and ambulatory urodynamic monitoring. BJU Int. 1999 Dec; 84: 961-5

**10722**   Su, T. H., Huang, J. P., Wang, Y. L., Yang, J. M., Wei, H. J., Huang, C. L. Is modified in situ vaginal wall sling operation the treatment of choice for recurrent genuine stress incontinence?. J Urol. 1999 Dec; 162: 2073-7

**10723**   Kobashi, K. C., Dmochowski, R., Mee, S. L., Mostwin, J., Nitti, V. W., Zimmern, P. E., Leach, G. E. Erosion of woven polyester pubovaginal sling. J Urol. 1999 Dec; 162: 2070-2

**10724**   Jacoby, K., Rowbotham, R. K. Double balloon positive pressure urethrography is a more sensitive test than voiding cystourethrography for diagnosing urethral diverticulum in women. J Urol. 1999 Dec; 162: 2066-9

**10725**   Comiter, C. V., Vasavada, S. P., Raz, S. Transvaginal culdosuspension: technique and results. Urology. 1999 Nov; 54: 819-22

**10726**   Corcos, J., Fournier, C. Periurethral collagen injection for the treatment of female stress urinary incontinence: 4-year follow-up results. Urology. 1999 Nov; 54: 815-8

**10727**   Drouin, J., Tessier, J., Bertrand, P. E., Schick, E. Burch colposuspension: long-term results and review of published reports. Urology. 1999 Nov; 54: 808-14

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**10728**   Kuo, H. C. Videourodynamic results after pubovaginal sling procedure for stress urinary incontinence. Urology. 1999 Nov; 54: 802-6; discussion 806-7

**10729**   Kuh, D., Cardozo, L., Hardy, R. Urinary incontinence in middle aged women: childhood enuresis and other lifetime risk factors in a British prospective cohort. J Epidemiol Community Health. 1999 Aug; 53: 453-8

**10730**   Lightner, D. J., Itano, N. M. Treatment options for women with stress urinary incontinence. Mayo Clin Proc. 1999 Nov; 74: 1149-56

**10731**   Petros, P. P. Medium-term follow-up of the intravaginal slingplasty operation indicates minimal deterioration of urinary continence with time. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 354-6

**10732**   Shafik, A. Levator ani muscle: new physioanatomical aspects and role in the micturition mechanism. World J Urol. 1999 Oct; 17: 266-73

**10733**   FitzGerald, M. P., Gitelis, S., Brubaker, L. Pubic osteomyelitis and granuloma after bone anchor placement. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 346-8

**10734**   Gordon, D., Groutz, A., Sinai, T., Wiezman, A., Lessing, J. B., David, M. P., Aizenberg, D. Sexual function in women attending a urogynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 325-8

**10735**   Kobata, S. A., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. Urodynamic and ultrasonographic evaluation after continence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 321-4

**10736**   Tunn, R., DeLancey, J. O., Howard, D., Thorp, J. M., Ashton-Miller, J. A., Quint, L. E. MR imaging of levator ani muscle recovery following vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 300-7

**10737**   Schettini, M., Fortunato, P., Gallucci, M. Abdominal sacral colpopexy with prolene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 295-9

**10738**   Handa, V. L., Jensen, J. K., Ostergard, D. R. Stress urinary incontinence at rest. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 290-4

**10739**   Lin, L. Y., Chen, S. Y., Lee, H. S., Chung, S. L., Ying, T. H., Chen, G. D. Female bladder neck changes with position. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 277-82

**10740**   Diana, M., Schettini, M., Gallucci, M. Evaluation and management of malfunctionings following implantation of the artificial urinary sphincter. Int Surg. 1999 Jul-Sep; 84: 241-5

**10741**   El-Toukhy, T. A., Tolba, M. A., Davies, A. E. Assessment of a new bone anchor system for the treatment of female genuine stress incontinence. BJU Int. 1999 Nov; 84: 780-4

**10742**   Porru, D., Madeddu, G., Campus, G., Montisci, I., Scarpa, R. M., Usai, E. Evaluation of morbidity of multi-channel pressure-flow studies. Neurourol Urodyn. 1999; 18: 647-52

**10743**   Bump, R. C., Hurt, W. G., Elser, D. M., Theofrastous, J. P., Addison, W. A., Fantl, J. A., McClish, D. K. Understanding lower urinary tract function in women soon after bladder neck surgery. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 629-37

**10744**   Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Bladder neck suspension for stress urinary incontinence: how does it work?. Neurourol Urodyn. 1999; 18: 623-7

**10745**   Gunnarsson, M., Mattiasson, A. Female stress, urge, and mixed urinary incontinence are associated with a chronic and progressive pelvic floor/vaginal neuromuscular disorder: An investigation of 317 healthy and incontinent women using vaginal surface electromyography. Neurourol Urodyn. 1999; 18: 613-21

**10746**   Siltberg, H., Larsson, G., Hallen, B., Johansson, C., Ulmsten, U. Validation of cough-induced leak point pressure measurement in the evaluation of pharmacological treatment of stress incontinence. Neurourol Urodyn. 1999; 18: 591-602

**10747**   Leroi, A. M., Weber, J., Menard, J. F., Touchais, J. Y., Denis, P. Prevalence of anal incontinence in 409 patients investigated for stress urinary incontinence. Neurourol Urodyn. 1999; 18: 579-90

**10748**   Chapron, C., Laforest, L., Ansquer, Y., Fauconnier, A., Fernandez, B., Breart, G., Dubuisson, J. B. Hysterectomy techniques used for benign pathologies: results of a French multicentre study. Hum Reprod. 1999 Oct; 14: 2464-70

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10749**   Serels, S. R., Rackley, R. R., Appell, R. A. In situ slings with concurrent cystocele repair. Tech Urol. 1999 Sep; 5: 129-32

**10750**   Ulmsten, U., Falconer, C. Connective tissue in female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 509-15

**10751**   Yasuda, K., Yamanishi, T. Critical evaluation of electro-stimulation for management of female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 503-7

**10752**   Schulz, J. A., Drutz, H. P. The surgical management of recurrent stress urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 489-94

**10753**   Bhatia, N. N. A vaginal approach to Burch's retropubic urethropexy. Curr Opin Obstet Gynecol. 1999 Oct; 11: 473-6

**10754**   Nguyen, A., Mahoney, S., Minor, L., Ghoniem, G. A simple objective method of adjusting sling tension. J Urol. 1999 Nov; 162: 1674-6

**10755**   Chaikin, D. C., Blaivas, J. G., Rosenthal, J. E., Weiss, J. P. Results of pubovaginal sling for stress incontinence: a prospective comparison of 4 instruments for outcome analysis. J Urol. 1999 Nov; 162: 1670-3

**10756**   Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Comparison of treatment outcomes for imipramine for female genuine stress incontinence. Br J Obstet Gynaecol. 1999 Oct; 106: 1089-92

**10757**   Ozek, C., Gurler, T., Alper, M., Gundogan, H., Bilkay, U., Songur, E., Akin, Y., Cagdas, A. Modified McIndoe procedure for vaginal agenesis. Ann Plast Surg. 1999 Oct; 43: 393-6

**10758**   Patrick, D. L., Martin, M. L., Bushnell, D. M., Marquis, P., Andrejasich, C. M., Buesching, D. P. Cultural adaptation of a quality-of-life measure for urinary incontinence. Eur Urol. 1999 Nov; 36: 427-35

**10759**   Guneren, E., Eroglu, L., Kocak, I., Uysal, O. A. Urinary incontinence was improved after abdominoplasty using a very low incision. Plast Reconstr Surg. 1999 Oct; 104: 1582-4

**10760**   Bruce, R. G., El-Galley, R. E., Galloway, N. T. Paravaginal defect repair in the treatment of female stress urinary incontinence and cystocele. Urology. 1999 Oct; 54: 647-51

**10761**   Choe, J. M., Staskin, D. R. Gore-Tex patch sling: 7 years later. Urology. 1999 Oct; 54: 641-6

**10762**   Glazer, H. I., Romanzi, L., Polaneczky, M. Pelvic floor muscle surface electromyography. Reliability and clinical predictive validity. J Reprod Med. 1999 Sep; 44: 779-82

**10763**   Johnson, T. M.,  2nd, Ouslander, J. G. Urinary incontinence in the older man. Med Clin North Am. 1999 Sep; 83: 1247-66

**10764**   Petros, P. P., Von Konsky, B. Anchoring the midurethra restores bladder-neck anatomy and continence. Lancet. 1999 Sep 18; 354: 997-8

**10765**   Supanich, B. Urethral barriers for stress incontinence. J Fam Pract. 1999 Sep; 48: 662-3

**10766**   Gunnarsson, M., Ahlmann, S., Lindstrom, S., Rosen, I., Mattiasson, A. Cortical magnetic stimulation in patients with genuine stress incontinence: correlation with results of pelvic floor exercises. Neurourol Urodyn. 1999; 18: 437-44; discussion 444-5

**10767**   Elser, D. M., Wyman, J. F., McClish, D. K., Robinson, D., Fantl, J. A., Bump, R. C. The effect of bladder training, pelvic floor muscle training, or combination training on urodynamic parameters in women with urinary incontinence. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 427-36

**10768**   Groutz, A., Gordon, D., Keidar, R., Lessing, J. B., Wolman, I., David, M. P., Chen, B. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous premenopausal women. Neurourol Urodyn. 1999; 18: 419-25

**10769**   Kayigil, O., Iftekhar Ahmed, S., Metin, A. The coexistence of intrinsic sphincter deficiency with type II stress incontinence. J Urol. 1999 Oct; 162: 1365-6

10770  McClish, D. K., Wyman, J. F., Sale, P. G., Camp, J., Earle, B. Use and costs of incontinence pads in female study volunteers. Continence Program for Women Research Group. J Wound Ostomy Continence Nurs. 1999 Jul; 26: 207-8, 210-3

10771  Lemack, G. E., Zimmern, P. E. Predictability of urodynamic findings based on the Urogenital Distress Inventory-6 questionnaire. Urology. 1999 Sep; 54: 461-6

10772  Nishimatsu, H., Moriyama, N., Hamada, K., Ukai, Y., Yamazaki, S., Kameyama, S., Konno, N., Ishida, Y., Ishii, Y., Murayama, T., Kitamura, T. Contractile responses to alpha1-adrenoceptor agonists in isolated human male and female urethra. BJU Int. 1999 Sep; 84: 515-20

10773  Hawkyard, S., Poon, P., Morgan, D. R. Sertoli tumour presenting with stress incontinence in a patient with testicular feminization. BJU Int. 1999 Aug; 84: 382-3

10774  van Zon-Rabelink, I., Laven, J., Vleugels, M. The bacteriological changes after re-using a vaginal continence guard. Acta Obstet Gynecol Scand. 1999 Sep; 78: 722-7

10775  Kobashi, K. C., Leach, G. E. Stress urinary incontinence. Curr Opin Urol. 1999 Jul; 9: 285-90

10776  Lawton, V., Smith, A. R. Laparoscopic colposuspension. Semin Laparosc Surg. 1999 Jun; 6: 90-9

10777  Margossian, H., Pollard, R. R., Walters, M. D. Small bowel obstruction in a peritoneal defect after laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1999 Aug; 6: 343-5

10778  Thorp, J. M., Jr, Norton, P. A., Wall, L. L., Kuller, J. A., Eucker, B., Wells, E. Urinary incontinence in pregnancy and the puerperium: a prospective study. Am J Obstet Gynecol. 1999 Aug; 181: 266-73

10779  Tschopp, P. J., Wesley-James, T., Spekkens, A., Lohfeld, L. Collagen injections for urinary stress incontinence in a small urban urology practice: time to failure analysis of 99 cases. J Urol. 1999 Sep; 162: 779-82; discussion 782-3

10780  Hojberg, K. E., Salvig, J. D., Winslow, N. A., Lose, G., Secher, N. J. Urinary incontinence: prevalence and risk factors at 16 weeks of gestation. Br J Obstet Gynaecol. 1999 Aug; 106: 842-50

10781  Petrou, S. P., Wan, J. VLPP in the evaluation of the female with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 254-9

10782  Ballanger, P., Rischmann, P. Female urinary incontinence. An overview of a report presented to the French Urological Association. Eur Urol. 1999 Sep; 36: 165-74

10783  Filbeck, T., Ullrich, T., Pichlmeier, U., Kiel, H. J., Wieland, W. F., Roessler, W. Correlation of persistent stress urinary incontinence with quality of life after suspension procedures: is continence the only decisive postoperative criterion of success?. Urology. 1999 Aug; 54: 247-51

10784  Takeda, M., Hatano, A., Kurumada, S., Takahashi, H., Wakatsuki, S., Go, H., Watanabe, R., Tomita, Y., Takahashi, K. Bladder neck suspension using percutaneous bladder neck stabilization to the pubic bone with a bone-anchor suture fixation system: A new extraperitoneal laparoscopic approach. Urol Int. 1999; 62: 57-60

10785  Serel, T. A., Gungor, M. Urodynamic evaluation after endoscopic modified bladder neck suspension. Urol Int. 1999; 62: 17-20

10786  Athanasiou, S., Khullar, V., Boos, K., Salvatore, S., Cardozo, L. Imaging the urethral sphincter with three-dimensional ultrasound. Obstet Gynecol. 1999 Aug; 94: 295-301

10787  Su, T. H., Hsu, C. Y., Chen, J. C. Injection therapy for stress incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 200-6

10788  Kondo, A., Narushima, M., Itoh, Y., Saito, M. Vaginal nylon sling: loop length and surgical outcomes in those with urethral hypermobility and intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 182-7

10789  Meschia, M., Bruschi, F., Amicarelli, F., Pifarotti, P., Marchini, M., Crosignani, P. G. The sacrospinous vaginal vault suspension: Critical analysis of outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 155-9

10790  Schultheiss, D., Jonas, U. Do we need bone anchors in urogynecology?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 153-4

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10791** Maher, C., Dwyer, P., Carey, M., Gilmour, D. The Burch colposuspension for recurrent urinary stress incontinence following retropubic continence surgery. Br J Obstet Gynaecol. 1999 Jul; 106: 719-24

**10792** Jackson, S., Shepherd, A., Brookes, S., Abrams, P. The effect of oestrogen supplementation on post-menopausal urinary stress incontinence: a double-blind placebo-controlled trial. Br J Obstet Gynaecol. 1999 Jul; 106: 711-8

**10793** Cervigni, M., Natale, F. Surgical treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 63-70

**10794** Margossian, H., Walters, M. D., Falcone, T. Laparoscopic management of pelvic organ prolapse. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 57-62

**10795** Kralj, B. Conservative treatment of female stress urinary incontinence with functional electrical stimulation. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 53-6

**10796** Khullar, V., Cardozo, L., McLellan, A., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Mar; 106: 290-1

**10797** Watson, A. J., Currie, I., Jarvis, G. J. A prospective placebo controlled double blind randomised study to investigate the use of indoramin to prevent post-operative voiding disorders after surgical treatment for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Mar; 106: 270-2

**10798** O'Connor, R. A. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Jun; 106: 613-4

**10799** Moore, K. H., Foote, A., Burton, G., King, J. An open study of the bladder neck support prosthesis in genuine stress incontinence. Br J Obstet Gynaecol. 1999 Jan; 106: 42-9

**10800** Ulmsten, U., Johnson, P., Rezapour, M. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynaecol. 1999 Apr; 106: 345-50

**10801** Cardozo, L., Hextall, A., Bailey, J., Boos, K. Colposuspension after previous failed incontinence surgery: a prospective observational study. Br J Obstet Gynaecol. 1999 Apr; 106: 340-4

**10802** Ou, C. S., Rowbotham, R. Five-year follow-up of laparoscopic bladder neck suspension using synthetic mesh and surgical staples. J Laparoendosc Adv Surg Tech A. 1999 Jun; 9: 249-52

**10803** Jongen, V. H., Brouwer, W. K. Comparison of the modified Pereyra procedure using permanent suture material and Burch urethropexy. Eur J Obstet Gynecol Reprod Biol. 1999 May; 84: 7-11

**10804** Quadri, G., Magatti, F., Belloni, C., Barisani, D., Natale, N. Marshall-Marchetti-Krantz urethropexy and Burch colposuspension for stress urinary incontinence in women with low pressure and hypermobility of the urethra: early results of a prospective randomized clinical trial. Am J Obstet Gynecol. 1999 Jul; 181: 12-8

**10805** Das, S. Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 1999 Aug; 162: 469-73

**10806** Moore, K. H., Simons, A., Dowell, C., Bryant, C., Prashar, S. Efficacy and user acceptability of the urethral occlusive device in women with urinary incontinence. J Urol. 1999 Aug; 162: 464-8

**10807** Hsu, T. H., Rackley, R. R., Appell, R. A. The supine stress test: a simple method to detect intrinsic urethral sphincter dysfunction. J Urol. 1999 Aug; 162: 460-3

**10808** Khullar, V., Salvatore, S., Bidmead, J., Anders, K., Cardozo, L. Conservative management of genuine stress incontinence in women. Study's flaws may be misleading. BMJ. 1999 Jul 17; 319: 190-1

**10809** Perez, N., Garcier, J. M., Pin-Leveugle, J., Lhoste-Trouilloud, A., Ravel, A., McLaughlin, P., Viallet, J. F., Boyer, L. Dynamic magnetic resonance imaging of the female pelvis: radio-anatomy and pathologic applications. Preliminary results. Surg Radiol Anat. 1999; 21: 133-8

**10810** Marana, H. R., Andrade, J. M., Marana, R. R., Matheus de Sala, M., Philbert, P. M., Rodrigues, R. Vaginal hysterectomy for correcting genital prolapse. Long-term evaluation. J Reprod Med. 1999 Jun; 44: 529-34

**10811** Sandvik, H. Health information and interaction on the internet: a survey of female urinary incontinence. BMJ. 1999 Jul 3; 319: 29-32

**Appendix A6   Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

<div align="right">

**Master Bibliography**

**sorted by Procite Number**

</div>

---

**10812**   Swift, S. E., Yoon, E. A. Test-retest reliability of the cough stress test in the evaluation of urinary incontinence. Obstet Gynecol. 1999 Jul; 94: 99-102

**10813**   Brown, J. S., Grady, D., Ouslander, J. G., Herzog, A. R., Varner, R. E., Posner, S. F. Prevalence of urinary incontinence and associated risk factors in postmenopausal women. Heart & Estrogen/Progestin Replacement Study (HERS) Research Group. Obstet Gynecol. 1999 Jul; 94: 66-70

**10814**   Chen, H. Y., Chang, W. C., Lin, W. C., Yeh, L. S., Hsu, T. Y., Tsai, H. D., Yang, K. Y. Efficacy of pelvic floor rehabilitation for treatment of genuine stress incontinence. J Formos Med Assoc. 1999 Apr; 98: 271-6

**10815**   Sand, P. K., Staskin, D., Miller, J., Diokno, A., Sant, G. R., Davila, G. W., Knapp, P., Rappaport, S., Tutrone, R. Effect of a urinary control insert on quality of life in incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 100-5

**10816**   Jung, S. Y., Fraser, M. O., Ozawa, H., Yokoyama, O., Yoshiyama, M., De Groat, W. C., Chancellor, M. B. Urethral afferent nerve activity affects the micturition reflex; implication for the relationship between stress incontinence and detrusor instability. J Urol. 1999 Jul; 162: 204-12

**10817**   Nitahara, K. S., Aboseif, S., Tanagho, E. A. Long-term results of colpocystourethropexy for persistent or recurrent stress urinary incontinence. J Urol. 1999 Jul; 162: 138-41

**10818**   Fulford, S. C., Flynn, R., Barrington, J., Appanna, T., Stephenson, T. P. An assessment of the surgical outcome and urodynamic effects of the pubovaginal sling for stress incontinence and the associated urge syndrome. J Urol. 1999 Jul; 162: 135-7

**10819**   Rosamilia, A., Clements, J. A., Dwyer, P. L., Kende, M., Campbell, D. J. Activation of the kallikrein kinin system in interstitial cystitis. J Urol. 1999 Jul; 162: 129-34

**10820**   Zorn, B. H., Montgomery, H., Pieper, K., Gray, M., Steers, W. D. Urinary incontinence and depression. J Urol. 1999 Jul; 162: 82-4

**10821**   Simeonova, Z., Milsom, I., Kullendorff, A. M., Molander, U., Bengtsson, C. The prevalence of urinary incontinence and its influence on the quality of life in women from an urban Swedish population. Acta Obstet Gynecol Scand. 1999 Jul; 78: 546-51

**10822**   Pantuck, A. J., Li, R. Z., Perrotti, M. Stamey needle passage of fascial pubovaginal sling after failed vesicourethropexy. Tech Urol. 1999 Mar; 5: 21-3

**10823**   Hudson, A., Jones, L. R., Weber, M. T. Adult survivors of childhood sexual abuse as patients: two case studies. J Wound Ostomy Continence Nurs. 1999 Mar; 26: 60-6

**10824**   Kane, L., Chung, T., Lawrie, H., Iskaros, J. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 1999 Jun; 83: 1010-4

**10825**   Weatherall, M. Biofeedback or pelvic floor muscle exercises for female genuine stress incontinence: a meta-analysis of trials identified in a systematic review. BJU Int. 1999 Jun; 83: 1015-6

**10826**   Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlan, S. J. Extracorporeal magnetic innervation therapy for stress urinary incontinence. Urology. 1999 Jun; 53: 1108-11

**10827**   Ishikawa, N., Suda, S., Sasaki, T., Yamanishi, T., Hosaka, H., Yasuda, K., Ito, H. Development of a non-invasive treatment system for urinary incontinence using a functional continuous magnetic stimulator (FCMS). Med Biol Eng Comput. 1998 Nov; 36: 704-10

**10828**   Davila, G. W., Neal, D., Horbach, N., Peacher, J., Doughtie, J. D., Karram, M. A bladder-neck support prosthesis for women with stress and mixed incontinence. Obstet Gynecol. 1999 Jun; 93: 938-42

**10829**   Payne, C. K. A transvaginal sling procedure with bone anchor fixation. Urol Clin North Am. 1999 May; 26: 423-30, x

**10830**   Kay, L., Stigsby, B., Brasso, K., Mortensen, S. O., Munkgaard, S. Lower urinary tract symptoms--a population survey using the Danish Prostatic Symptom Score (DAN-PSS) questionnaire. Scand J Urol Nephrol. 1999 Apr; 33: 94-9

**10831**   Swithinbank, L. V., James, M., Shepherd, A., Abrams, P. Role of ambulatory urodynamic monitoring in clinical urological practice. Neurourol Urodyn. 1999; 18: 215-22

---

Case 2:12-md-02327 Document 3686-10 Filed 09/13/19 Page 606 of 600 PageID #: 203045

**10832**   Gordon, D., Groutz, A., Wolman, I., Lessing, J. B., David, M. P. Development of postoperative urinary stress incontinence in clinically continent patients undergoing prophylactic Kelly plication during genitourinary prolapse repair. Neurourol Urodyn. 1999; 18: 193-7; discussion 197-8

**10833**   Ali-el-Dein, B., el-Sobky, E., Hohenfellner, M., Ghoneim, M. A. Orthotopic bladder substitution in women: functional evaluation. J Urol. 1999 Jun; 161: 1875-80

**10834**   Amundsen, C., Lau, M., English, S. F., McGuire, E. J. Do urinary symptoms correlate with urodynamic findings?. J Urol. 1999 Jun; 161: 1871-4

**10835**   Stenberg, A., Larsson, G., Johnson, P., Heimer, G., Ulmsten, U. DiHA Dextran Copolymer, a new biocompatible material for endoscopic treatment of stress incontinent women. Short term results. Acta Obstet Gynecol Scand. 1999 May; 78: 436-42

**10836**   Bodden-Heidrich, R., Beckmann, M. W., Libera, B., Rechenberger, I., Bender, H. G. Psychosomatic aspects of urinary incontinence. Arch Gynecol Obstet. 1999; 262: 151-8

**10837**   Winder, A. Incontinence: why women are still suffering in silence. Community Nurse. 1998 Oct; 4: 15-6

**10838**   Sugerman, H. J., Felton, W. L., 3rd, Sismanis, A., Kellum, J. M., DeMaria, E. J., Sugerman, E. L. Gastric surgery for pseudotumor cerebri associated with severe obesity. Ann Surg. 1999 May; 229: 634-40; discussion 640-2

**10839**   Dowell, C. J., Bryant, C. M., Moore, K. H., Simons, A. M. Calculating the direct costs of urinary incontinence: a new test instrument. BJU Int. 1999 Apr; 83: 596-606

**10840**   Groutz, A., Fait, G., Lessing, J. B., David, M. P., Wolman, I., Jaffa, A., Gordon, D. Incidence and obstetric risk factors of postpartum anal incontinence. Scand J Gastroenterol. 1999 Mar; 34: 315-8

**10841**   Ferland, R. D., Rosenblatt, P. Ureteral compromise after laparoscopic Burch colpopexy. J Am Assoc Gynecol Laparosc. 1999 May; 6: 217-9

**10842**   Blander, D. S., Carpiniello, V. L., Harryhill, J. F., Malloy, T. R., Rovner, E. S. Extraperitoneal laparoscopic urethropexy with Marlex mesh. Urology. 1999 May; 53: 985-9

**10843**   De Ridder, D., Vermeulen, C., Ketelaer, P., Van Poppel, H., Baert, L. Pelvic floor rehabilitation in multiple sclerosis. Acta Neurol Belg. 1999 Mar; 99: 61-4

**10844**   Mutlu, N., Kazado, M., Culha, M., Merder, E., Baykal, M., Canbazoglu, N. Burch bladder neck colposuspension, comparison of early and late results. Mater Med Pol. 1997 Jan-Dec; 29: 8-10

**10845**   Mast, B. A. Alleviation of urinary incontinence after abdominoplasty. Ann Plast Surg. 1999 Apr; 42: 456-7

**10846**   Papa Petros, P. E., Ulmsten, U. An anatomical classification--a new paradigm for management of urinary dysfunction in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 29-35

**10847**   Dwyer, P. L., Carey, M. P., Rosamilia, A. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 15-21

**10848**   Hirsch, A., Weirauch, G., Steimer, B., Bihler, K., Peschers, U., Bergauer, F., Leib, B., Dimpfl, T. Treatment of female urinary incontinence with EMG-controlled biofeedback home training. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 7-10

**10849**   Karram, M. M. What is the optimal anti-incontinence procedure in women with advanced prolapse and 'potential' stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 1-2

**10850**   Lagro-Janssen, T., van Weel, C. Long-term effect of treatment of female incontinence in general practice. Br J Gen Pract. 1998 Nov; 48: 1735-8

**10851**   Gorton, E., Stanton, S. Iontophoresis as a new method of delivering local anesthesia to the urethra: a pilot study. Urology. 1999 Apr; 53: 790-2

**10852**   Pelosi, M. A., 3rd, Pelosi, M. A. Pubic bone suburethral stabilization sling: laparoscopic assessment of a transvaginal operation for the treatment of stress urinary incontinence. J Laparoendosc Adv Surg Tech A. 1999 Feb; 9: 45-50

**American Urological Association, Inc.**

SUI Guidelines Panel

10853    Weinberger, M. W., Goodman, B. M., Carnes, M. Long-term efficacy of nonsurgical urinary incontinence treatment in elderly women. J Gerontol A Biol Sci Med Sci. 1999 Mar; 54: M117-21

10854    Miller, J. M., Ashton-Miller, J. A., Carchidi, L. T., DeLancey, J. O. On the lack of correlation between self-report and urine loss measured with standing provocation test in older stress-incontinent women. J Womens Health. 1999 Mar; 8: 157-62

10855    Browne, D. S. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139-40

10856    Farnsworth, B. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139

10857    Haylen, B. T., Cerqui, A. J., Meagher, A. P. Five-layer repair of rectovaginal fistula using a vaginal approach. A case report. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 131-3

10858    Chai, T. C., Sklar, G. N. Use of the flexible cystoscope as a vaginoscope to aid in the diagnosis of artificial sling erosion. Urology. 1999 Mar; 53: 617-8

10859    Liapis, A., Papoulias, I., Chryssicopoulos, A., Creatsas, G. Results of the colposuspension operation in pre and postmenopausal incontinent women. Maturitas. 1998 Nov 30; 31: 69-75

10860    Eisenberger, C. F., Schoenberg, M., Fitter, D., Marshall, F. F. Orthotopic ileocolic neobladder reconstruction following radical cystectomy: history, technique and results of the Johns Hopkins experience, 1986-1998. Urol Clin North Am. 1999 Feb; 26: 149-56, ix

10861    Appleby, S. Stress urinary incontinence: issues and answers for women. Ostomy Wound Manage. 1999 Jan; 45: 44-8, 50-3

10862    Liu, C. Y. Laparoscopic treatment of stress urinary incontinence. Obstet Gynecol Clin North Am. 1999 Mar; 26: 149-67

10863    Cucchi, A. Sequential changes in voiding dynamics related to the development of detrusor instability in women with stress urinary incontinence. Neurourol Urodyn. 1999; 18: 73-80

10864    Petrou, S. P., Brown, J. A., Blaivas, J. G. Suprameatal transvaginal urethrolysis. J Urol. 1999 Apr; 161: 1268-71

10865    Diokno, A. C., Dimaculangan, R. R., Lim, E. U., Steinert, B. W. Office based criteria for predicting type II stress incontinence without further evaluation studies. J Urol. 1999 Apr; 161: 1263-7

10866    Migliari, R., Usai, E. Treatment results using a mixed fiber mesh in patients with grade IV cystocele. J Urol. 1999 Apr; 161: 1255-8

10867    Fink, D., Perucchini, D., Schaer, G. N., Haller, U. The role of the frequency-volume chart in the differential diagnostic of female urinary incontinence. Acta Obstet Gynecol Scand. 1999 Mar; 78: 254-7

10868    Aanestad, O., Flink, R. Urinary stress incontinence. A urodynamic and quantitative electromyographic study of the perineal muscles. Acta Obstet Gynecol Scand. 1999 Mar; 78: 245-53

10869    Schaer, G. N., Perucchini, D., Munz, E., Peschers, U., Koechli, O. R., Delancey, J. O. Sonographic evaluation of the bladder neck in continent and stress- incontinent women. Obstet Gynecol. 1999 Mar; 93: 412-6

10870    Sander, P., Thyssen, H., Lose, G., Andersen, J. T. Effect of a vaginal device on quality of life with urinary stress incontinence. Obstet Gynecol. 1999 Mar; 93: 407-11

10871    Rosenbaum, T. P., Shaw, P. J., Woodhouse, C. R. Symptomatic intermittent bladder acontractility after clam cystoplasty. Br J Urol. 1993 Nov; 72: 664-5

10872    Cucchi, A. Bladder contractility and idiopathic detrusor instability in the female. Br J Urol. 1993 Nov; 72: 559-65

10873    Casper, F. W., Linn, J. F., Black, P. Obstetrical management following incontinence surgery. J Obstet Gynaecol Res. 1999 Feb; 25: 51-3

10874    Rizvi, J. H. Genital fistulae. A continuing tragedy. J Obstet Gynaecol Res. 1999 Feb; 25: 1-7

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**10875**   Goldman, H. B., Rackley, R. R., Appell, R. A. The efficacy of urethrolysis without re-suspension for iatrogenic urethral obstruction. J Urol. 1999 Jan; 161: 196-8; discussion 198-9

**10876**   Shafik, A., Doss, S. Surgical anatomy of the somatic terminal innervation to the anal and urethral sphincters: role in anal and urethral surgery. J Urol. 1999 Jan; 161: 85-9

**10877**   Bo, K., Talseth, T., Holme, I. Single blind, randomised controlled trial of pelvic floor exercises, electrical stimulation, vaginal cones, and no treatment in management of genuine stress incontinence in women. BMJ. 1999 Feb 20; 318: 487-93

**10878**   Glavind, K., Mouritsen, A. L., Lose, G. Management of stress and urge urinary incontinence in women. Acta Obstet Gynecol Scand. 1999 Feb; 78: 75-81

**10879**   Hale, D. S., Benson, J. T., Brubaker, L., Heidkamp, M. C., Russell, B. Histologic analysis of needle biopsy of urethral sphincter from women with normal and stress incontinence with comparison of electromyographic findings. Am J Obstet Gynecol. 1999 Feb; 180: 342-8

**10880**   Carley, M. E., Turner, R. J., Scott, D. E., Alexander, J. M. Obstetric history in women with surgically corrected adult urinary incontinence or pelvic organ prolapse. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 85-9

**10881**   Jacome, E. G., Tutera, G., Mattox, F. T. Laparoscopic Burch urethropexy in a private clinical practice. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 39-44

**10882**   Appell, R. A. Teloscopy. J Am Assoc Gynecol Laparosc. 1998 Nov; 5: 445-6

**10883**   Hassouna, M. E., Ghoniem, G. M. Long-term outcome and quality of life after modified pubovaginal sling for intrinsic sphincteric deficiency. Urology. 1999 Feb; 53: 287-91

**10884**   Busacchi, P., De Giorgio, R., Santini, D., Bellavia, E., Perri, T., Oliverio, C., Paradisi, R., Corinaldesi, R., Flamigni, C. A histological and immunohistochemical study of neuropeptide containing somatic nerves in the levator ani muscle of women with genitourinary prolapse. Acta Obstet Gynecol Scand. 1999 Jan; 78: 2-5

**10885**   Bent, A. E., McLennan, M. T. Surgical management of urinary incontinence. Obstet Gynecol Clin North Am. 1998 Dec; 25: 883-906

**10886**   Visco, A. G., Figuers, C. Nonsurgical management of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 849-65, vii

**10887**   O'Connell, H. E., McKertich, K. M. Common urological problems in women. Aust Fam Physician. 1998 Dec; 27: 1098-104

**10888**   Kammerer-Doak, D. N., Dorin, M. H., Rogers, R. G., Cousin, M. O. A randomized trial of burch retropubic urethropexy and anterior colporrhaphy for stress urinary incontinence. Obstet Gynecol. 1999 Jan; 93: 75-8

**10889**   Safir, M. H., Gousse, A. E., Rovner, E. S., Ginsberg, D. A., Raz, S. 4-Defect repair of grade 4 cystocele. J Urol. 1999 Feb; 161: 587-94

**10890**   Romanzi, L. J., Chaikin, D. C., Blaivas, J. G. The effect of genital prolapse on voiding. J Urol. 1999 Feb; 161: 581-6

**10891**   English, S. F., Amundsen, C. L., McGuire, E. J. Bladder neck competency at rest in women with incontinence. J Urol. 1999 Feb; 161: 578-80

**10892**   Nesrallah, L. J., Srougi, M., Gittes, R. F. The O'Conor technique: the gold standard for supratrigonal vesicovaginal fistula repair. J Urol. 1999 Feb; 161: 566-8

**10893**   Shandera, K. C. Diagnosis and management of female urinary incontinence. Hawaii Med J. 1998 Dec; 57: 746-8

**10894**   Faerber, G. J. Urethral diverticulectomy and pubovaginal sling for simultaneous treatment of urethral diverticulum and intrinsic sphincter deficiency. Tech Urol. 1998 Dec; 4: 192-7

**10895**   Rovner, E. S. Primary slings for everyone with stress incontinence? The argument against. Int Urogynecol J 1997,8:321-322. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 419

**10896**   Madjar, S., Beyar, M., Nativ, O. Pubic bone anchoring in the treatment of women with stress urinary incontinence: new applications to an old concept. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 416-8

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 509 of 600 PageID #: 203048

**American Urological Association, Inc.**

SUI Guidelines Panel

**10897**   Levin, S., Bennet, A. E., Levin, D., Danielli, L., Levin, R., Sidi, A. Minimally invasive surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 405-8

**10898**   Meyer, S., Bachelard, O., De Grandi, P. Do bladder neck mobility and urethral sphincter function differ during pregnancy compared with during the non-pregnant state?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 397-404

**10899**   Tincello, D. G., Richmond, D. H. The Larsson frequency/volume chart is not a substitute for cystometry in the investigation of women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 391-6

**10900**   Dainer, M., Hall, C. D., Choe, J., Bhatia, N. Pregnancy following incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 385-90

**10901**   Vasavada, S. P., Rackley, R. R., Appell, R. A. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 379-84

**10902**   Giacalone, P. L., Laffargue, F., Daures, J. P., Lombard, I. The Bologna bladder neck suspension procedure for treatment of stress urinary incontinence associated with cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 370-8

**10903**   Dietz, H. P., Wilson, P. D. Anatomical assessment of the bladder outlet and proximal urethra using ultrasound and videocystourethrography. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 365-9

**10904**   Brubaker, L. Vaginal delivery and the pelvic floor. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 363-4

**10905**   Dainer, M., Hall, C. D., Choe, J., Bhatia, N. N. The Burch procedure: a comprehensive review. Obstet Gynecol Surv. 1999 Jan; 54: 49-60

**10906**   Patrick, D. L., Martin, M. L., Bushnell, D. M., Yalcin, I., Wagner, T. H., Buesching, D. P. Quality of life of women with urinary incontinence: further development of the incontinence quality of life instrument (I-QOL). Urology. 1999 Jan; 53: 71-6

**10907**   King, J. K., Freeman, R. M. Is antenatal bladder neck mobility a risk factor for postpartum stress incontinence?. Br J Obstet Gynaecol. 1998 Dec; 105: 1300-7

**10908**   Soler, D., Borzyskowski, M. Lower urinary tract dysfunction in children with central nervous system tumours. Arch Dis Child. 1998 Oct; 79: 344-7

**10909**   Lee, C. L., Yen, C. F., Wang, C. J., Huang, K. G., Soong, Y. K. Extraperitoneoscopic colposuspension using $CO_2$ distension method. Int Surg. 1998 Jul-Sep; 83: 262-4

**10910**   Aboseif, S. R., Borirakchanyavat, S., Lue, T. F., Carroll, P. R. Continence mechanism of the ileal neobladder in women: a urodynamics study. World J Urol. 1998; 16: 400-4

**10911**   Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Abnormal urodynamic findings after radical hysterectomy or pelvic irradiation for cervical cancer. Int J Gynaecol Obstet. 1998 Nov; 63: 169-74

**10912**   Rechberger, T., Postawski, K., Jakowicki, J. A., Gunja-Smith, Z., Woessner, J. F., Jr Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol. 1998 Dec; 179: 1511-4

**10913**   Scotti, R. J., Garely, A. D., Greston, W. M., Flora, R. F., Olson, T. R. Paravaginal repair of lateral vaginal wall defects by fixation to the ischial periosteum and obturator membrane. Am J Obstet Gynecol. 1998 Dec; 179: 1436-45

**10914**   Myers, D. L., LaSala, C. A. Conservative surgical management of Mersilene mesh suburethral sling erosion. Am J Obstet Gynecol. 1998 Dec; 179: 1424-8; discussion 1428-9

**10915**   Khullar, V., Damiano, R., Toozs-Hobson, P., Cardozo, L. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1998 Nov; 105: 1211-3

**10916**   Rane, A. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Nov; 105: 1237

**10917**   Siltberg, H., Larsson, G., Victor, A. Cough-induced leak-point pressure--a valid measure for assessing treatment in women with stress incontinence. Acta Obstet Gynecol Scand. 1998 Nov; 77: 1000-7

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**10918**    Versi, E., Harvey, M. A. Efficacy of an external urethral device in women with genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 271-4

**10919**    Miller, K., Richardson, D. A., Siegel, S. W., Karram, M. M., Blackwood, N. B., Sand, P. K. Pelvic floor electrical stimulation for genuine stress incontinence: who will benefit and when?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 265-70

**10920**    Appell, R. A. Primary slings for everyone with genuine stress incontinence? The argument for... Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 249-51

**10921**    Shafik, A. Pudendal canal syndrome as a cause of vulvodynia and its treatment by pudendal nerve decompression. Eur J Obstet Gynecol Reprod Biol. 1998 Oct; 80: 215-20

**10922**    Fielding, J. R., Griffiths, D. J., Versi, E., Mulkern, R. V., Lee, M. L., Jolesz, F. A. MR imaging of pelvic floor continence mechanisms in the supine and sitting positions. AJR Am J Roentgenol. 1998 Dec; 171: 1607-10

**10923**    Harris, R. L., Cundiff, G. W., Coates, K. W., Bump, R. C. Urinary incontinence and pelvic organ prolapse in nulliparous women. Obstet Gynecol. 1998 Dec; 92: 951-4

**10924**    Hutchings, A., Griffiths, J., Black, N. A. Surgery for stress incontinence: factors associated with a successful outcome. Br J Urol. 1998 Nov; 82: 634-41

**10925**    Bump, R. C., Hurt, W. G., Addison, W. A., Fantl, J. A., McClish, D. K. Reliability and correlation of measurements during and after bladder neck surgery. The Continence Program for Women Research Group. Br J Urol. 1998 Nov; 82: 628-33

**10926**    Haeusler, G., Tempfer, C., Heinzl, H., Sam, C., Hefler, L., Hanzal, E., Koelbl, H. Value of urethral pressure profilometry in the female incontinent patient: a prospective trial with an 8-channel urethral catheter. Urology. 1998 Dec; 52: 1113-7

**10927**    Ehren, I., Lundberg, J. O., Adolfsson, J., Wiklund, N. P. Effects of L-arginine treatment on symptoms and bladder nitric oxide levels in patients with interstitial cystitis. Urology. 1998 Dec; 52: 1026-9

**10928**    Gallagher, M. S. Urogenital distress and the psychosocial impact of urinary incontinence on elderly women. Rehabil Nurs. 1998 Jul-Aug; 23: 192-7

**10929**    Tunn, R., Paris, S., Fischer, W., Hamm, B., Kuchinke, J. Static magnetic resonance imaging of the pelvic floor muscle morphology in women with stress urinary incontinence and pelvic prolapse. Neurourol Urodyn. 1998; 17: 579-89

**10930**    Versi, E., Lyell, D. J., Griffiths, D. J. Videourodynamic diagnosis of occult genuine stress incontinence in patients with anterior vaginal wall relaxation. J Soc Gynecol Investig. 1998 Nov-Dec; 5: 327-30

**10931**    Atahan, O., Kayigil, O., Metin, A. Modified four corner bladder neck suspension in anatomical stress incontinence with moderate cystocele. Int Urol Nephrol. 1998; 30: 439-44

**10932**    Ross, J. Laparoscopy or open Burch colposuspension?. Curr Opin Obstet Gynecol. 1998 Oct; 10: 405-9

**10933**    Khullar, V., Cardozo, L. Incontinence in the elderly. Curr Opin Obstet Gynecol. 1998 Oct; 10: 391-4

**10934**    Chaikin, D. C., Blaivas, J. G. Weakened cadaveric fascial sling: an unexpected cause of failure. J Urol. 1998 Dec; 160: 2151

**10935**    Abdel-Mageed, A. B., Ghoniem, G. M. Potential role of rel/nuclear factor-kappaB in the pathogenesis of interstitial cystitis. J Urol. 1998 Dec; 160: 2000-3

**10936**    Olson, M. E., Morck, D. W., Ceri, H., Lee, C. C., Chancellor, M. B. Evaluation of autologous fat implantation in the rat urinary bladder submucosa. Urology. 1998 Nov; 52: 915-9

**10937**    Jozwik, M., Jozwik, M. The physiological basis of pelvic floor exercises in the treatment of stress urinary incontinence. Br J Obstet Gynaecol. 1998 Oct; 105: 1046-51

**10938**    Ulmsten, U., Falconer, C., Johnson, P., Jomaa, M., Lanner, L., Nilsson, C. G., Olsson, I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 210-3

# American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

**10939** Hextall, A., Boos, K., Cardozo, L., Toozs-Hobson, P., Anders, K., Khullar, V. Videocystourethrography with a ring pessary in situ. A clinically useful preoperative investigation for continent women with urogenital prolapse?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 205-9

**10940** Flood, C. G., Drutz, H. P., Waja, L. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 200-4

**10941** Ostrzenski, A., Osborne, N. G. Ultrasonography as a screening tool for paravaginal defects in women with stress incontinence: a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 195-9

**10942** Perkins, J. Vaginal weights for assessment and training of the pelvic floor. J Wound Ostomy Continence Nurs. 1998 Jul; 25: 206-16

**10943** Wyman, J. F., Fantl, J. A., McClish, D. K., Bump, R. C. Comparative efficacy of behavioral interventions in the management of female urinary incontinence. Continence Program for Women Research Group. Am J Obstet Gynecol. 1998 Oct; 179: 999-1007

**10944** Madjar, S., Wald, M., Halachmi, S., Issaq, E., Moskovitz, B., Beyar, M., Nativ, O. Minimally invasive pervaginam procedures for the treatment of female stress incontinence using a new pubic bone anchoring system. Artif Organs. 1998 Oct; 22: 879-85

**10945** Sasso, K. C. New treatment options for stress incontinence. RN. 1998 Sep; 61: 36-9

**10946** Griffiths, J. M., Black, N. A., Pope, C., Stanley, J., Bowling, A., Abel, P. D. What determines the choice of procedure in stress incontinence surgery? The use of multilevel modeling. Int J Technol Assess Health Care. 1998 Summer; 14: 431-45

**10947** Weiss, J. P., Blaivas, J. G., Stember, D. S., Brooks, M. M. Nocturia in adults: etiology and classification. Neurourol Urodyn. 1998; 17: 467-72

**10948** Gosalbez, R., Castellan, M. Defining the role of the bladder-neck sling in the surgical treatment of urinary incontinence in children with neurogenic incontinence. World J Urol. 1998; 16: 285-91

**10949** Thuroff, J. W., Chartier-Kastler, E., Corcus, J., Humke, J., Jonas, U., Palmtag, H., Tanagho, E. A. Medical treatment and medical side effects in urinary incontinence in the elderly. World J Urol. 1998 Suppl 1: S48-61

**10950** Hadley, H. R., Pineda, E. B. The urethral sling and stress urinary incontinence. West J Med. 1998 Sep; 169: 167-8

**10951** Saidi, M. H., Gallagher, M. S., Skop, I. P., Saidi, J. A., Sadler, R. K., Diaz, K. C. Extraperitoneal laparoscopic colposuspension: short-term cure rate, complications, and duration of hospital stay in comparison with Burch colposuspension. Obstet Gynecol. 1998 Oct; 92: 619-21

**10952** Meyer, S., Schreyer, A., De Grandi, P., Hohlfeld, P. The effects of birth on urinary continence mechanisms and other pelvic- floor characteristics. Obstet Gynecol. 1998 Oct; 92: 613-8

**10953** McLennan, M. T., Melick, C. F., Bent, A. E. Clinical and urodynamic predictors of delayed voiding after fascia lata suburethral sling. Obstet Gynecol. 1998 Oct; 92: 608-12

**10954** Meyer, S., Kuntzer, T., De Grandi, P., Bachelard, O., Schreyer, A. Stimulated pressure profile at rest: a noninvasive method for assessing urethral sphincter function. Urology. 1998 Oct; 52: 679-84

**10955** Ghoniem, G. M., Hassouna, M. E. Bladder neck prop using vaginal wall island for intrinsic sphincteric deficiency in elderly patients: a new technique. Urology. 1998 Oct; 52: 668-71

**10956** Petros, P. P., Ulmsten, U. An anatomical classification--a new paradigm for management of female lower urinary tract dysfunction. Eur J Obstet Gynecol Reprod Biol. 1998 Sep; 80: 87-94

**10957** Matkov, T. G., Hejna, M. J., Coogan, C. L. Osteomyelitis as a complication of vesica percutaneous bladder neck suspension. J Urol. 1998 Oct; 160: 1427

**10958** Chaikin, D. C., Rosenthal, J., Blaivas, J. G. Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct; 160: 1312-6

**10959** Leng, W. W., McGuire, E. J. Management of female urethral diverticula: a new classification. J Urol. 1998 Oct; 160: 1297-300

---

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/19/16 Page 611 of 300 PageID #: 203051

**10960** Gofrit, O. N., Landau, E. H., Shapiro, A., Pode, D. The Stamey procedure for stress incontinence: long-term results. Eur Urol. 1998 Oct; 34: 339-43

**10961** Ordonez, E., Zivkovic, F., Moser, F., Tamussino, K. Inadvertent ureteral catheterizaion with a microtip catheter at cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 184-5

**10962** Kelly, H. A., Dumm, W. M. Urinary incontinence in women, without manifest injury to the bladder. 1914. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 158-64

**10963** Petros, P. E. The pubourethral ligaments--an anatomical and histological study in the live patient. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 154-7

**10964** Glavind, K., Laursen, B., Jaquet, A. Efficacy of biofeedback in the treatment of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 151-3

**10965** Weil, E. H., Eerdmans, P. H., Dijkman, G. A., Tamussino, K., Feyereisl, J., Vierhout, M. E., Schmidbauer, C., Egarter, C., Kolle, D., Plasman, J. E., Heidler, H., Abbuhl, B. E., Wein, W. Randomized double-blind placebo-controlled multicenter evaluation of efficacy and dose finding of midodrine hydrochloride in women with mild to moderate stress urinary incontinence: a phase II study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 145-50

**10966** Sustersic, O., Kralj, B. The influence of obesity, constitution and physical work on the phenomenon of urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 140-4

**10967** Chilaka, V. N., Mayne, C. J. Postoperative urinary tract infections (UTIs) following single-dose intraoperative antibiotic prophylaxis in colposuspension patients. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 132-5

**10968** Stenberg, A., Larsson, G., Heimer, G., Johnson, P., Ulmsten, U. Transurethral endoscopic treatment of urinary stress incontinence in women. Materials and results in former and present agents. Acta Obstet Gynecol Scand Suppl. 1998; 168: 44-6

**10969** Fischer-Rasmussen, W. Transvaginal needle bladder neck suspension for stress urinary incontinence: practicable methods but not optimal results. Acta Obstet Gynecol Scand Suppl. 1998; 168: 38-43

**10970** Nilsson, C. G. The tensionfree vaginal tape procedure (TVT) for treatment of female urinary incontinence. A minimal invasive surgical procedure. Acta Obstet Gynecol Scand Suppl. 1998; 168: 34-7

**10971** Lose, G. Laparoscopic Burch colposuspension. Acta Obstet Gynecol Scand Suppl. 1998; 168: 29-33

**10972** Lose, G., Kulseng-Hanssen, S., Nilsson, C. G. Aspects on the actual practice of surgical management of urinary incontinence in Norway and Finland. Acta Obstet Gynecol Scand Suppl. 1998; 168: 25-8

**10973** Bratt, H., Salvesen, K. A., Eriksen, B. C., Kulseng-Hanssen, S. Long-term effects ten years after maximal electrostimulation of the pelvic floor in women with unstable detrusor and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 22-4

**10974** Fall, M. Advantages and pitfalls of functional electrical stimulation. Acta Obstet Gynecol Scand Suppl. 1998; 168: 16-21

**10975** Kulseng-Hanssen, S., Kristoffersen, M., Larsen, E. Evaluation of the subjective and objective effect of maximal electrical stimulation in patients complaining of urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 12-5

**10976** Bo, K. Effect of electrical stimulation on stress and urge urinary incontinence. Clinical outcome and practical recommendations based on randomized controlled trials. Acta Obstet Gynecol Scand Suppl. 1998; 168: 3-11

**10977** Portera, J. C., Summitt, R. L., Jr Common operations for stress incontinence: selecting the correct operation. Clin Obstet Gynecol. 1998 Sep; 41: 712-8

**10978** Drutz, H. P., Alnaif, B. Surgical management of pelvic organ prolapse and stress urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 786-93

**10979** Brown, C. Pelvic floor rehabilitation: conservative treatment for incontinence. Ostomy Wound Manage. 1998 Jun; 44: 72-6

**10980** Papa Petros, P. E. A cystocele may compensate for latent stress incontinence by stretching the vaginal hammock. Gynecol Obstet Invest. 1998; 46: 206-9

10981   Cespedes, R. D., Cross, C. A., McGuire, E. J. Pelvic prolapse: diagnosing and treating cystoceles, rectoceles, and enteroceles. Medscape Womens Health. 1998 Jul; 3: 4

10982   Bernier, P. A., Zimmern, P. E. Bone anchor removal after bladder neck suspension. Br J Urol. 1998 Aug; 82: 302-3

10983   Schultheiss, D., Hofner, K., Oelke, M., Grunewald, V., Jonas, U. Does bone anchor fixation improve the outcome of percutaneous bladder neck suspension in female stress urinary incontinence?. Br J Urol. 1998 Aug; 82: 192-5

10984   Berghmans, L. C., Hendriks, H. J., Bo, K., Hay-Smith, E. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. Br J Urol. 1998 Aug; 82: 181-91

10985   Kuczyk, M. A., Klein, S., Grunewald, V., Machtens, S., Denil, J., Hofner, K., Wagner, T., Jonas, U. A questionnaire-based outcome analysis of the Stamey bladder neck suspension procedure for the treatment of urinary stress incontinence: the Hannover experience. Br J Urol. 1998 Aug; 82: 174-80

10986   Koelbl, H., Saz, V., Doerfler, D., Haeusler, G., Sam, C., Hanzal, E. Transurethral injection of silicone microimplants for intrinsic urethral sphincter deficiency. Obstet Gynecol. 1998 Sep; 92: 332-6

10987   Miannay, E., Cosson, M., Lanvin, D., Querleu, D., Crepin, G. Comparison of open retropubic and laparoscopic colposuspension for treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Aug; 79: 159-66

10988   Labasky, R. F. Maybe we can do better for more--new insights on surgical candidates and techniques for incontinence surgery. J Urol. 1998 Sep; 160: 763

10989   Wright, E. J., Iselin, C. E., Carr, L. K., Webster, G. D. Pubovaginal sling using cadaveric allograft fascia for the treatment of intrinsic sphincter deficiency. J Urol. 1998 Sep; 160: 759-62

10990   Cummings, J. M., Boullier, J. A., Parra, R. O. Surgical correction of stress incontinence in morbidly obese women. J Urol. 1998 Sep; 160: 754-5

10991   Yamada, T., Arai, G., Masuda, H., Tsukamoto, T., Nagahama, K., Nagamatsu, H. The correction of type 2 stress incontinence with a polytetrafluoroethylene patch sling: 5-year mean followup. J Urol. 1998 Sep; 160: 746-9

10992   Khullar, V., Cardozo, L. The urethra (UPP, MUPP, instability, LPP). Eur Urol. 1998; 34 Suppl 1: 20-2

10993   Griffiths, D. Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol. 1998; 34 Suppl 1: 13-5

10994   Owens, R. G., Karram, M. M. Comparative tolerability of drug therapies used to treat incontinence and enuresis. Drug Saf. 1998 Aug; 19: 123-39

10995   Versi, E., Griffiths, D. J., Harvey, M. A. A new external urethral occlusive device for female urinary incontinence. Obstet Gynecol. 1998 Aug; 92: 286-91

10996   Jozwik, M., Jr, Jozwik, M., Lotocki, W. Stress urinary incontinence in women. III. Different tissue biochemistry in patients with concomitant detrusor instability. Preliminary report. Int Urol Nephrol. 1998; 30: 279-82

10997   Lose, G., Walter, S. Impact of surgery for stress incontinence on morbidity. Pragmatic randomised trial is required. BMJ. 1998 Jul 11; 317: 144

10998   Duckett, J. R. Impact of surgery for stress incontinence on morbidity. Colposuspension has highest cure rates. BMJ. 1998 Jul 11; 317: 144

10999   Theodorou, C. h., Floratos, D., Katsifotis, C. h., Moutzouris, G., Mertziotis, N., Thermogianni, H. Transvaginal incisionless bladder neck suspension. A simplified technique for female genuine stress incontinence. Int Urol Nephrol. 1998; 30: 273-8

11000   Czaplicki, M., Dobronski, P., Torz, C., Borkowski, A. Long-term subjective results of Marshall-Marchetti-Krantz procedure. Eur Urol. 1998 Aug; 34: 118-23

11001   Yip, S. K., Leung, T. Y., Chan, C. K. Hematuria and clot retention after Burch colposuspension and Cystofix suprapubic catheterization: suprapubic cystostomy as an alternative suprapubic drainage method. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 122-4

Case 2:12-md-02327 Document 3080-16 Filed 09/15/15 Page 514 of 800 PageID #: 203053

**American Urological Association, Inc.**

SUI Guidelines Panel

**11002**  Hilton, P., Ward, A., Molloy, M., Umana, O. Periurethral injection of autologous fat for the treatment of post-fistula repair stress incontinence: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 118-21

**11003**  Papa Petros, P. E., Bush, M. B. A mathematical model for micturition gives new insights into pressure measurement and function. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 103-7

**11004**  Marinkovic, S., Mian, H., Evankovich, M., Poplawsky, D., Novi, J., Frey, C., Yap, W. Analysis of early outcome: Burch procedure versus pubovaginal sling. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 94-9

**11005**  Chiara, G., Piccioni, V., Perino, M., Ohlmeier, U., Fassino, S., Leombruni, P. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 73-7

**11006**  Meier, D. E., Foster, M. E., Guzzetta, P. C., Coln, D. Antegrade continent enema management of chronic fecal incontinence in children. J Pediatr Surg. 1998 Jul; 33: 1149-51; discussion 1151-2

**11007**  Rabin, J. M. Clinical use of the FemAssist device in female urinary incontinence. J Med Syst. 1998 Aug; 22: 257-71

**11008**  Wahle, G. Durable continence procedures for women. J Urol. 1998 Aug; 160: 377

**11009**  Clemens, J. Q., Stern, J. A., Bushman, W. A., Schaeffer, A. J. Long-term results of the Stamey bladder neck suspension: direct comparison with the Marshall-Marchetti-Krantz procedure. J Urol. 1998 Aug; 160: 372-6

**11010**  Das, S. Comparative outcome analysis of laparoscopic colposuspension, abdominal colposuspension and vaginal needle suspension for female urinary incontinence. J Urol. 1998 Aug; 160: 368-71

**11011**  Drake, M. J., Nixon, P. M., Crew, J. P. Drug-induced bladder and urinary disorders. Incidence, prevention and management. Drug Saf. 1998 Jul; 19: 45-55

**11012**  Lin, A. S., Carrier, S., Morgan, D. M., Lue, T. F. Effect of simulated birth trauma on the urinary continence mechanism in the rat. Urology. 1998 Jul; 52: 143-51

**11013**  Ginsberg, D. A., Rovner, E. S., Raz, S. Posthysterectomy vaginal cuff fistula: diagnosis and management of an unusual cause of 'incontinence'. Urology. 1998 Jul; 52: 61-4; discussion 64-5

**11014**  Miller, J. M., Ashton-Miller, J. A., DeLancey, J. O. A pelvic muscle precontraction can reduce cough-related urine loss in selected women with mild SUI. J Am Geriatr Soc. 1998 Jul; 46: 870-4

**11015**  Shoemaker, E. S., Wilkinson, P. D. Teloscopy after bladder neck suspension. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 261-3

**11016**  Saidi, M. H., Sadler, R. K., Saidi, J. A. Extraperitoneal laparoscopic colposuspension for genuine urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 247-52

**11017**  Silvis, R., Gooszen, H. G., Kahraman, T., Groenendijk, A. G., Lock, M. T., Italiaander, M. V., Janssen, L. W. Novel approach to combined defaecation and micturition disorders with rectovaginovesicopexy. Br J Surg. 1998 Jun; 85: 813-7

**11018**  Beco, J., Leonard, D., Leonard, F. Study of the female urethra's submucous vascular plexus by color Doppler. World J Urol. 1998; 16: 224-8

**11019**  O'Connor, R. A. Impact of surgery for stress incontinence on morbidity. Treatment needs to be based on objective assessment rather than on symptoms. BMJ. 1998 Jul 11; 317: 143-4; discussion 144

**11020**  James, M., Abrams, P., Gujral, S. Impact of surgery for stress incontinence on morbidity. Patients should be told hospital results and allowed to choose where they want surgery. BMJ. 1998 Jul 11; 317: 143; discussion 144

**11021**  Khullar, V., Cardozo, L., Boos, K., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on morbidity. Effects of confounding variables on outcomes of incontinence surgery must be considered. BMJ. 1998 Jul 11; 317: 143; disscussion 144

**11022**  Bombieri, L., Freeman, R. M. Recurrence of stress incontinence after vault suspension: can it be prevented?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 58-60

**11023**  Elsergany, R., Elgamasy, A. N., Ghoniem, G. M. Transurethral collagen injection for female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 13-8

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11024**   Cucchi, A. A possible link between stress urinary incontinence and detrusor instability in the female--urodynamic (pressure/flow) data and speculative considerations. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 3-8

**11025**   Koyama, W., Koyanagi, A., Mihara, S., Kawazu, S., Uemura, T., Nakano, H., Gotou, Y., Nishizawa, M., Noyama, A., Hasegawa, C., Nakano, M. Prevalence and conditions of urinary incontinence among the elderly. Methods Inf Med. 1998 Jun; 37: 151-5

**11026**   Duggan, P. M., Arnold, E. P. Assessment and management of female urinary incontinence--a survey of current practice. Aust N Z J Obstet Gynaecol. 1998 May; 38: 234-6

**11027**   McLennan, M. T., Bent, A. E. Fascia lata suburethral sling vs. Burch retropubic urethropexy. A comparison of morbidity. J Reprod Med. 1998 Jun; 43: 488-94

**11028**   Ostrzenski, A. Genuine stress urinary incontinence in women. New laparoscopic paravaginal reconstruction. J Reprod Med. 1998 Jun; 43: 477-82

**11029**   Leach, G. E. Stress urinary incontinence in women: guidelines for surgical treatment. J Womens Health. 1998 Jun; 7: 583-6

**11030**   Black, N. A., Bowling, A., Griffiths, J. M., Pope, C., Abel, P. D. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1998 Jun; 105: 605-12

**11031**   Pycha, A., Klingler, C. H., Haitel, A., Heinz-Peer, G., Marberger, M. Implantable microballoons: an attractive alternative in the management of intrinsic sphincter deficiency. Eur Urol. 1998; 33: 469-75

**11032**   Jones, T. V., Bunner, S. H. Approaches to urinary incontinence in a rural population: a comparison of physician assistants, nurse practitioners, and family physicians. J Am Board Fam Pract. 1998 May-Jun; 11: 207-15

**11033**   Benshushan, A., Brzezinski, A., Shoshani, O., Rojansky, N. Periurethral injection for the treatment of urinary incontinence. Obstet Gynecol Surv. 1998 Jun; 53: 383-8

**11034**   Laurikkala, J., Juhola, M. A genetic-based machine learning system to discover the diagnostic rules for female urinary incontinence. Comput Methods Programs Biomed. 1998 Mar; 55: 217-28

**11035**   Videla, F. L., Wall, L. L. Stress incontinence diagnosed without multichannel urodynamic studies. Obstet Gynecol. 1998 Jun; 91: 965-8

**11036**   Wainstein, M. A., Klutke, C. G. Periurethral pseudocyst following cystoscopic collagen injection. Urology. 1998 May; 51: 835-6

**11037**   Hom, D., Desautel, M. G., Lumerman, J. H., Feraren, R. E., Badlani, G. H. Pubovaginal sling using polypropylene mesh and Vesica bone anchors. Urology. 1998 May; 51: 708-13

**11038**   Bellin, P., Smith, J., Poll, W., Bogojavlensky, S., Knoll, D., Childs, S., Tuttle, J., Barada, J., Dann, J. Results of a multicenter trial of the CapSure (Re/Stor) Continence shield on women with stress urinary incontinence. Urology. 1998 May; 51: 697-706

**11039**   Wang, A. C., Lo, T. S. Tension-free vaginal tape. A minimally invasive solution to stress urinary incontinence in women. J Reprod Med. 1998 May; 43: 429-34

**11040**   Currie, I., Drutz, H. P., Deck, J., Oxorn, D. Adipose tissue and lipid droplet embolism following periurethral injection of autologous fat: case report and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 377-80

**11041**   Sarver, R., Govier, F. E. Pubovaginal slings: past, present and future. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 358-68

**11042**   Glavind, K. Use of a vaginal sponge during aerobic exercises in patients with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 351-3

**11043**   Barbalias, G. A., Liatsikos, E. N., Athanasopoulos, A. Gore-Tex sling urethral suspension in type III female urinary incontinence: clinical results and urodynamic changes. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 344-50

**11044**   Noblett, K. L., Jensen, J. K., Ostergard, D. R. The relationship of body mass index to intra-abdominal pressure as measured by multichannel cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 323-6

---

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**11045**    Ostergard, D. R. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 321-2

**11046**    Duckett, J. R. The use of periurethral injectables in the treatment of genuine stress incontinence. Br J Obstet Gynaecol. 1998 Apr; 105: 390-6

**11047**    Smith, A. R., Stanton, S. L. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Apr; 105: 383-4

**11048**    New solutions for urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 1998 Mar; 10: 4-6

**11049**    Kjolhede, P. Genital prolapse in women treated successfully and unsuccessfully by the Burch colposuspension. Acta Obstet Gynecol Scand. 1998 Apr; 77: 444-50

**11050**    Awad, S. A., Al-Zahrani, H. M., Gajewski, J. B., Bourque-Kehoe, A. A. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Apr; 81: 569-73

**11051**    Hilton, P. Urodynamic findings in patients with urogenital fistulae. Br J Urol. 1998 Apr; 81: 539-42

**11052**    Faerber, G. J., Vashi, A. R. Variations in Valsalva leak point pressure with increasing vesical volume. J Urol. 1998 Jun; 159: 1909-11

**11053**    Kirschner-Hermanns, R., Scherr, P. A., Branch, L. G., Wetle, T., Resnick, N. M. Accuracy of survey questions for geriatric urinary incontinence. J Urol. 1998 Jun; 159: 1903-8

**11054**    Black, S. A., Goodwin, J. S., Markides, K. S. The association between chronic diseases and depressive symptomatology in older Mexican Americans. J Gerontol A Biol Sci Med Sci. 1998 May; 53: M188-94

**11055**    Pelosi, M. A.,  3rd, Pelosi, M. A. Transvaginal needle suspension with LeFort colpocleisis for stress incontinence and advanced uterovaginal prolapse in a high-risk patient. J Am Assoc Gynecol Laparosc. 1998 May; 5: 207-11

**11056**    Pelosi, M. A., Papasakelariou, C., Pelosi, M. A.,  3rd Laparoscopic colposuspension with a transvaginal illuminator. J Am Assoc Gynecol Laparosc. 1998 May; 5: 179-82

**11057**    Dougherty, M. C. Current status of research on pelvic muscle strengthening techniques. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 75-83

**11058**    Kuo, H. C. Transrectal sonographic investigation of urethral and paraurethral structures in women with stress urinary incontinence. J Ultrasound Med. 1998 May; 17: 311-20

**11059**    Myers, D. L., Lasala, C. A., Hogan, J. W., Rosenblatt, P. L. The effect of posterior wall support defects on urodynamic indices in stress urinary incontinence. Obstet Gynecol. 1998 May; 91: 710-4

**11060**    Miller, J. M., Ashton-Miller, J. A., Delancey, J. O. Quantification of cough-related urine loss using the paper towel test. Obstet Gynecol. 1998 May; 91: 705-9

**11061**    Menefee, S. A., Chesson, R., Wall, L. L. Stress urinary incontinence due to prescription medications: alpha-blockers and angiotensin converting enzyme inhibitors. Obstet Gynecol. 1998 May; 91: 853-4

**11062**    North, B. B. A disposable adhesive patch for stress urinary incontinence. Fam Med. 1998 Apr; 30: 258-64

**11063**    Gilja, I., Puskar, D., Mazuran, B., Radej, M. Comparative analysis of bladder neck suspension using Raz, Burch and transvaginal Burch procedures. A 3-year randomized prospective study. Eur Urol. 1998; 33: 298-302

**11064**    Gorton, E., Stanton, S. Urinary incontinence in elderly women. Eur Urol. 1998; 33: 241-7

**11065**    Thom, D. Variation in estimates of urinary incontinence prevalence in the community: effects of differences in definition, population characteristics, and study type. J Am Geriatr Soc. 1998 Apr; 46: 473-80

**11066**    Petros, P. E. Re: change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal stimulation. Bo K, Talseth T. Int Urogynecol J 1997;8:3-7. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 318

**11067**    Kato, K., Kondo, A. Clinical value of vaginal cones for the management of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 314-7

**11068**    Choe, J. M., Staskin, D. R. Clinical usefulness of urinary control urethral insert devices. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 307-13

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 617 of 800 PageID #: 203056

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11069** Davila, G. W., Kondo, A. Introl bladder neck support prosthesis: international clinical experience. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 301-6

**11070** Cammu, H., Van Nylen, M. Pelvic floor muscle exercises in genuine urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 297-300

**11071** Quadri, G., Magatti, F., Belloni, C., Mattioli, G. Transabdominal repair of cystocele by wedge colpectomy during combined abdominal-vaginal surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 278-83

**11072** Petros, P. E. New ambulatory surgical methods using an anatomical classification of urinary dysfunction improve stress, urge and abnormal emptying. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 270-7

**11073** Pace, J., Ballard, C. A., Klutke, J., Klutke, C., Kobak, W. Intraoperative transvesical cystoscopy for urogynecologic procedures. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 265-9

**11074** Chen, H. Y., Lin, W. C., Tsai, H. D. The mechanism of successful colposuspension in genuine stress incontinence. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Mar; 61: 146-50

**11075** Rovner, E. S., Ginsberg, D. A., Raz, S. Re: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol. 1998 May; 159: 1646-7

**11076** Stothers, L., Goldenberg, S. L. Delayed hypersensitivity and systemic arthralgia following transurethral collagen injection for stress urinary incontinence. J Urol. 1998 May; 159: 1507-9

**11077** Cammu, H., Van Nylen, M. Pelvic floor exercises versus vaginal weight cones in genuine stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Mar; 77: 89-93

**11078** Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted transpectineal needle suspension of the bladder neck. J Am Assoc Gynecol Laparosc. 1998 Feb; 5: 39-46

**11079** Iglesia, C. B., Shott, S., Fenner, D. E., Brubaker, L. Effect of preoperative voiding mechanism on success rate of autologous rectus fascia suburethral sling procedure. Obstet Gynecol. 1998 Apr; 91: 577-81

**11080** Harris, R. L., Cundiff, G. W., Coates, K. W., Addison, W. A., Bump, R. C. Urethral prolapse after collagen injection. Am J Obstet Gynecol. 1998; 178: 614-5

**11081** Meltomaa, S., Haarala, M., Makinen, J., Kiilholma, P. Endoscopic colposuspension with simplified extraperitoneal approach. Tech Urol. 1997 Winter; 3: 216-21

**11082** Cespedes, R. D., Cross, C. A., McGuire, E. J. Pubovaginal fascial slings. Tech Urol. 1997 Winter; 3: 195-201

**11083** Gungor, T., Ekin, M., Dogan, M., Mungan, T., Ozcan, U., Gokmen, O. Influence of anterior colporrhaphy with colpoperineoplasty operations for stress incontinence and/or genital descent on sexual life. J Pak Med Assoc. 1997 Oct; 47: 248-50

**11084** Sakakibara, R., Hattori, T., Kita, K., Arai, K., Yamanishi, T., Yasuda, K. Stress induced urinary incontinence in patients with spinocerebellar degeneration. J Neurol Neurosurg Psychiatry. 1998 Mar; 64: 389-91

**11085** Petros, P. E. Symptoms of defective emptying and raised residual urine may arise from ligamentous laxity in the posterior vaginal fornix. Gynecol Obstet Invest. 1998; 45: 105-8

**11086** Vereecken, R. L., Van Nuland, T. Detrusor pressure in ambulatory versus standard urodynamics. Neurourol Urodyn. 1998; 17: 129-33

**11087** Elkabir, J. J., Mee, A. D. Long-term evaluation of the Gittes procedure for urinary stress incontinence. J Urol. 1998 Apr; 159: 1203-5

**11088** Blaivas, J. G. Female urology. J Urol. 1998 Apr; 159: 1202

**11089** Cross, C. A., Cespedes, R. D., English, S. F., McGuire, E. J. Transvaginal urethrolysis for urethral obstruction after anti- incontinence surgery. J Urol. 1998 Apr; 159: 1199-201

**11090** Cross, C. A., Cespedes, R. D., McGuire, E. J. Our experience with pubovaginal slings in patients with stress urinary incontinence. J Urol. 1998 Apr; 159: 1195-8

---

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11091    Okada, H., Sengoku, J., Gohji, K., Arakawa, S., Kamidono, S. Clinical effect of propiverine in patients with urge or stress incontinence. Kobe University Incontinence Study Group. Hinyokika Kiyo. 1998 Jan; 44: 65-9

11092    Frauscher, F., Helweg, G., Strasser, H., Enna, B., Klauser, A., Knapp, R., Colleselli, K., Bartsch, G., Zur Nedden, D. Intraurethral ultrasound: diagnostic evaluation of the striated urethral sphincter in incontinent females. Eur Radiol. 1998; 8: 50-3

11093    Hendren, W. H. Construction of a female urethra using the vaginal wall and a buttock flap: experience with 40 cases. J Pediatr Surg. 1998 Feb; 33: 180-7

11094    Bjornsdottir, L. T., Geirsson, R. T., Jonsson, P. V. Urinary incontinence and urinary tract infections in octogenarian women. Acta Obstet Gynecol Scand. 1998 Jan; 77: 105-9

11095    Vierhout, M. E., Hol, M. Vaginal ultrasound studies before and after successful colposuspension and in continent controls. Acta Obstet Gynecol Scand. 1998 Jan; 77: 101-4

11096    Falconer, C., Ekman-Ordeberg, G., Blomgren, B., Johansson, O., Ulmsten, U., Westergren-Thorsson, G., Malmstrom, A. Paraurethral connective tissue in stress-incontinent women after menopause. Acta Obstet Gynecol Scand. 1998 Jan; 77: 95-100

11097    Falconer, C., Blomgren, B., Johansson, O., Ulmsten, U., Malmstrom, A., Westergren-Thorsson, G., Ekman-Ordeberg, G. Different organization of collagen fibrils in stress-incontinent women of fertile age. Acta Obstet Gynecol Scand. 1998 Jan; 77: 87-94

11098    Sampselle, C. M., Miller, J. M., Mims, B. L., Delancey, J. O., Ashton-Miller, J. A., Antonakos, C. L. Effect of pelvic muscle exercise on transient incontinence during pregnancy and after birth. Obstet Gynecol. 1998 Mar; 91: 406-12

11099    Salvatore, S., Khullar, V., Anders, K., Cardozo, L. D. Reducing artefacts in ambulatory urodynamics. Br J Urol. 1998 Feb; 81: 211-4

11100    Stothers, L., Goldenberg, S. L., Leone, E. F. Complications of periurethral collagen injection for stress urinary incontinence. J Urol. 1998 Mar; 159: 806-7

11101    English, S. F., Pisters, L. L., McGuire, E. J. The use of the appendix as a continent catheterizable stoma. J Urol. 1998 Mar; 159: 747-9

11102    Graham, J. M. A modified cystourethropexy in management of incontinence and dyspareunia. J S C Med Assoc. 1998 Jan; 94: 33

11103    Schaer, G. N., Siegwart, R., Perucchini, D., DeLancey, J. O. Examination of voiding in seated women using a remote-controlled ultrasound probe. Obstet Gynecol. 1998 Feb; 91: 297-301

11104    Robinson, D., Pearce, K. F., Preisser, J. S., Dugan, E., Suggs, P. K., Cohen, S. J. Relationship between patient reports of urinary incontinence symptoms and quality of life measures. Obstet Gynecol. 1998 Feb; 91: 224-8

11105    Escamilla, J. O. Uterine suspension. Am J Obstet Gynecol. 1998 Jan; 178: 194-5

11106    Ross, J. W. Multichannel urodynamic evaluation of laparoscopic Burch colposuspension for genuine stress incontinence. Obstet Gynecol. 1998 Jan; 91: 55-8

11107    Scotti, R. J., Angell, G., Flora, R., Greston, W. M. Antecedent history as a predictor of surgical cure of urgency symptoms in mixed incontinence. Obstet Gynecol. 1998 Jan; 91: 51-4

11108    Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997 Winter; 17: 14-7

11109     GAX collagen for genuine stress incontinence. Drug Ther Bull. 1997 Nov; 35: 86-8

11110    Norman, D., Neu, L., Pearce, K. L. Asking patients about incontinence. Adv Nurse Pract. 1997 May; 5: 12

11111    Grimby, A., Svanborg, A. Morbidity and health-related quality of life among ambulant elderly citizens. Aging (Milano). 1997 Oct; 9: 356-64

11112    Pieber, D., Zivkovic, F., Tamussino, K. Timing of urethral pressure pulses before and after continence surgery. Neurourol Urodyn. 1998; 17: 19-23

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 519 of 800 PageID #: 203058

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**11113**    Petrou, S. P., Kollmorgen, T. A. Valsalva leak point pressure and bladder volume. Neurourol Urodyn. 1998; 17: 3-7

**11114**    McLennan, M. T., Bent, A. E. Sling incision with associated vaginal wall interposition for obstructed voiding secondary to suburethral sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 168-72

**11115**    Cummings, J. M. Leakpoint pressures in female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 153-5

**11116**    Ross, J. W. Apical vault repair, the cornerstone or pelvic vault reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 146-52

**11117**    Thyssen, H. H., Lose, G. Long-term efficacy and safety of a disposable vaginal device (continence guard) in the treatment of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 130-2; discussion 133

**11118**    Wyman, J. F., Fantl, J. A., McClish, D. K., Harkins, S. W., Uebersax, J. S., Ory, M. G. Quality of life following bladder training in older women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 223-9

**11119**    Shimonovitz, S., Monga, A. K., Stanton, S. L. Does the menstrual cycle influence cystometry?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 213-5; discussion 215-6

**11120**    Batra, A. K., Mathews, R., Lopresti, A. Initial experience with the modified vaginal wall sling in the treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 209-12

**11121**    Heit, M., Vogt, V., Brubaker, L. An alternative statistical approach for predicting prolonged catheterization after Burch colposuspension during reconstructive pelvic surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 203-8

**11122**    Clarke, B. The role of urodynamic assessment in the diagnosis of lower urinary tract disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 196-9

**11123**    Brieger, G. M., Mongelli, M., Hin, L. Y., Chung, T. K. The epidemiology of urinary dysfunction in Chinese women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 191-5

**11124**    Shafik, A. Endoscopic pudendal canal decompression for the treatment of fecal incontinence due to pudendal canal syndrome. J Laparoendosc Adv Surg Tech A. 1997 Aug; 7: 227-34

**11125**    Janssens, L. A., Peeters, S. Comparisons between stress incontinence in women and sphincter mechanism incompetence in the female dog. Vet Rec. 1997 Dec 13; 141: 620-5

**11126**    Atalan, G., Holt, P. E., Barr, F. J. Relationships between urethrovesical angles and urinary incontinence due to urethral sphincter mechanism incompetence in bitches. J Small Anim Pract. 1997 Dec; 38: 551-3

**11127**    Smith, R. N., Cardozo, L. Early voiding difficulty after colposuspension. Br J Urol. 1997 Dec; 80: 911-4

**11128**    Wilson, P. D., George, M., Imrie, J. J. Vaginal electrostimulation for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 446-9

**11129**    Moore, K. H., Foote, A., Siva, S., King, J., Burton, G. The use of the bladder neck support prosthesis in combined genuine stress incontinence and detrusor instability. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 440-5

**11130**    Carey, M. P., Dwyer, P. L., Glenning, P. P. The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 436-9

**11131**    Kim, Y. H., Kattan, M. W., Boone, T. B. Correlation of urodynamic results and urethral coaptation with success after transurethral collagen injection. Urology. 1997 Dec; 50: 941-8

**11132**    Siegel, S. W., Richardson, D. A., Miller, K. L., Karram, M. M., Blackwood, N. B., Sand, P. K., Staskin, D. R., Tuttle, J. P. Pelvic floor electrical stimulation for the treatment of urge and mixed urinary incontinence in women. Urology. 1997 Dec; 50: 934-40

**11133**    Rowland, G. F. Incontinence: first find the cause. Practitioner. 1997 Aug; 241: 470-3

**11134**    Jenkins, V. R., 2nd Uterosacral ligament fixation for vaginal vault suspension in uterine and vaginal vault prolapse. Am J Obstet Gynecol. 1997 Dec; 177: 1337-43; discussion 1343-4

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 620 of 800 PageID #: 203059

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

**11135**   Mouchel, J., Beco, J. Stress urinary incontinence: here we are. Am J Obstet Gynecol. 1997 Dec; 177: 1561

**11136**   Ferrari, A., Frigerio, L. The triangular vaginal patch sling for stress urinary incontinence and hypermobile urethra. Am J Obstet Gynecol. 1997 Dec; 177: 1426-31

**11137**   Harris, R. L., Cundiff, G. W., Theofrastous, J. P., Yoon, H., Bump, R. C., Addison, W. A. The value of intraoperative cystoscopy in urogynecologic and reconstructive pelvic surgery. Am J Obstet Gynecol. 1997 Dec; 177: 1367-9; discussion 1369-71

**11138**   Breen, J. M., Geer, B. E., May, G. E. The fascia lata suburethral sling for treating recurrent urinary stress incontinence. Am J Obstet Gynecol. 1997 Dec; 177: 1363-5; discussion 1365-6

**11139**   Miyazaki, F. S. The Bonney test: a reassessment. Am J Obstet Gynecol. 1997 Dec; 177: 1322-8; discussion 1328-9

**11140**   Veronikis, D. K., Nichols, D. H., Wakamatsu, M. M. The incidence of low-pressure urethra as a function of prolapse- reducing technique in patients with massive pelvic organ prolapse (maximum descent at all vaginal sites). Am J Obstet Gynecol. 1997 Dec; 177: 1305-13; discussion 1313-4

**11141**   Black, N., Griffiths, J., Pope, C., Bowling, A., Abel, P. Impact of surgery for stress incontinence on morbidity: cohort study. BMJ. 1997 Dec 6; 315: 1493-8

**11142**   Brenner, B. Expert system technology: a new aid for the gynaecologist in managing stress urinary incontinence. N Z Med J. 1997 Nov 14; 110: 425

**11143**   Pfister, C., Vallancien, G., Bougaran-Andre, J., Grise, P. Preliminary results of muscle cuff cervicoplasty in the ewe for the treatment of urinary incontinence. Eur Urol. 1997; 32: 448-54

**11144**   Rose, V. L. AUA releases Treatment Guidelines for Female Stress Urinary Incontinence. Am Fam Physician. 1997 Nov 1; 56: 1891-2

**11145**   Maloney, C. Patient with stress urinary incontinence. Answers and discussion of urinary health case study. Lippincotts Prim Care Pract. 1997 Nov-Dec; 1: 567-71

**11146**   Chancellor, M. B., Heesakkers, J. P., Janknegt, R. A. Gracilis muscle transposition with electrical stimulation for sphincteric incontinence: a new approach. World J Urol. 1997; 15: 320-8

**11147**   McGuire, E. J., English, S. F. Periurethral collagen injection for male and female sphincteric incontinence: indications, techniques, and result. World J Urol. 1997; 15: 306-9

**11148**   Appell, R. A. The use of bone anchoring in the surgical management of female stress urinary incontinence. World J Urol. 1997; 15: 300-5

**11149**   Staskin, D. R., Choe, J. M., Breslin, D. S. The Gore-tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol. 1997; 15: 295-9

**11150**   Rovner, E. S., Ginsberg, D. A., Raz, S. The UCLA surgical approach to sphincteric incontinence in women. World J Urol. 1997; 15: 280-94

**11151**   Stanton, S. L. Surgical treatment of sphincteric incontinence in women. World J Urol. 1997; 15: 275-9

**11152**   DeLancey, J. O. The pathophysiology of stress urinary incontinence in women and its implications for surgical treatment. World J Urol. 1997; 15: 268-74

**11153**   Valerius, A. J. Quality of life tools for assessment of urinary incontinence. Urol Nurs. 1997 Sep; 17: 104-5

**11154**   Valerius, A. J. The psychosocial impact of urinary incontinence on women aged 25 to 45 years. Urol Nurs. 1997 Sep; 17: 96-103

**11155**   Loughlin, K. R. Re: Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1998 Jan; 159: 208

**11156**   Klingler, H. C., Madersbacher, S., Djavan, B., Schatzl, G., Marberger, M., Schmidbauer, C. P. Morbidity of the evaluation of the lower urinary tract with transurethral multichannel pressure-flow studies. J Urol. 1998 Jan; 159: 191-4

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Procite Number

11157 Cross, C. A., English, S. F., Cespedes, R. D., McGuire, E. J. A followup on transurethral collagen injection therapy for urinary incontinence. J Urol. 1998 Jan; 159: 106-8

11158 Swami, S., Batista, J. E., Abrams, P. Collagen for female genuine stress incontinence after a minimum 2-year follow-up. Br J Urol. 1997 Nov; 80: 757-61

11159 Tincello, D. G., Bolderson, J., Richmond, D. H. Preliminary experience with a urinary control device in the management of women with genuine stress incontinence. Br J Urol. 1997 Nov; 80: 752-6

11160 Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997; 17: 21-4

11161 Domany, B., Bodis, J. Colposuspension and the possibility of recurrent cystocele. Am J Obstet Gynecol. 1997 Oct; 177: 982-3

11162 Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Ito, H., Murakami, S. Pelvic floor electrical stimulation in the treatment of stress incontinence: an investigational study and a placebo controlled double- blind trial. J Urol. 1997 Dec; 158: 2127-31

11163 Foldspang, A., Mommsen, S. The International Continence Society (ICS) incontinence definition: is the social and hygienic aspect appropriate for etiologic research?. J Clin Epidemiol. 1997 Sep; 50: 1055-60

11164 Jolic, V., Gilja, I. Vaginal vs. transabdominal ultrasonography in the evaluation of female urinary tract anatomy, stress urinary incontinence and pelvic organs static disturbances. Zentralbl Gynakol. 1997; 119: 483-91

11165 Geirsson, G., Fall, M. Maximal functional electrical stimulation in routine practice. Neurourol Urodyn. 1997; 16: 559-65

11166 Theofrastous, J. P., Wyman, J. F., Bump, R. C., McClish, D. K., Elser, D. M., Robinson, D., Fantl, J. A. Relationship between urethral and vaginal pressures during pelvic muscle contraction. The Continence Program for Women Research Group. Neurourol Urodyn. 1997; 16: 553-8

11167 Luber, K. M., Wolde-Tsadik, G. Efficacy of functional electrical stimulation in treating genuine stress incontinence: a randomized clinical trial. Neurourol Urodyn. 1997; 16: 543-51

11168 Zivkovic, F., Tamussino, K. Effects of vaginal surgery on the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 329-31

11169 Vierhout, M. E., Lose, G. Preventive vaginal and intra-urethral devices in the treatment of female urinary stress incontinence. Curr Opin Obstet Gynecol. 1997 Oct; 9: 325-8

11170 Schulman, C., Claes, H., Matthijs, J. Urinary incontinence in Belgium: a population-based epidemiological survey. Eur Urol. 1997; 32: 315-20

11171 Sheriff, M. K., Foley, S., Mcfarlane, J., Nauth-Misir, R., Shah, P. J. Endoscopic correction of intractable stress incontinence with silicone micro-implants. Eur Urol. 1997; 32: 284-8

11172 Fortunato, P., Schettini, M., Gallucci, M. Diverticula of the female urethra. Br J Urol. 1997 Oct; 80: 628-32

11173 Karram, M. M., Partoll, L., Bilotta, V., Angel, O. Factors affecting detrusor contraction strength during voiding in women. Obstet Gynecol. 1997 Nov; 90: 723-6

11174 Nygaard, I. E. Does prolonged high-impact activity contribute to later urinary incontinence? A retrospective cohort study of female Olympians. Obstet Gynecol. 1997 Nov; 90: 718-22

11175 Ostrzenski, A., Osborne, N. G., Ostrzenska, K. Method for diagnosing paravaginal defects using contrast ultrasonographic technique. J Ultrasound Med. 1997 Oct; 16: 673-7

11176 Sherman, R. A., Davis, G. D., Wong, M. F. Behavioral treatment of exercise-induced urinary incontinence among female soldiers. Mil Med. 1997 Oct; 162: 690-4

11177 Haab, F., Leach, G. E. Feasibility of outpatient percutaneous bladder neck suspension under local anesthesia. Urology. 1997 Oct; 50: 585-7

11178 McGuire, E. J., English, S. F. Ventral bladder hernia following vesica percutaneous bladder neck suspension for stress urinary incontinence. J Urol. 1997 Nov; 158: 1910

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11179    Nativ, O., Levine, S., Madjar, S., Issaq, E., Moskovitz, B., Beyar, M. Incisionless per vaginal bone anchor cystourethropexy for the treatment of female stress incontinence: experience with the first 50 patients. J Urol. 1997 Nov; 158: 1742-4

11180    Haab, F., Trockman, B. A., Zimmern, P. E., Leach, G. E. Results of pubovaginal sling for the treatment of intrinsic sphincter deficiency determined by questionnaire analysis. J Urol. 1997 Nov; 158: 1738-41

11181    Goode, P. S., Burgio, K. L. Pharmacologic treatment of lower urinary tract dysfunction in geriatric patients. Am J Med Sci. 1997 Oct; 314: 262-7

11182    Burgio, K. L., Goode, P. S. Behavioral interventions for incontinence in ambulatory geriatric patients. Am J Med Sci. 1997 Oct; 314: 257-61

11183    Pandit, L., Ouslander, J. G. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci. 1997 Oct; 314: 228-31

11184    Brubaker, L., Benson, J. T., Bent, A., Clark, A., Shott, S. Transvaginal electrical stimulation for female urinary incontinence. Am J Obstet Gynecol. 1997 Sep; 177: 536-40

11185    Maloney, C. Patient with stress urinary incontinence. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 448-9

11186    Newman, D. K., Burns, P. A. New approaches for managing stress incontinence in women. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 382-7

11187    Keane, D. P., Sims, T. J., Abrams, P., Bailey, A. J. Analysis of collagen status in premenopausal nulliparous women with genuine stress incontinence. Br J Obstet Gynaecol. 1997 Sep; 104: 994-8

11188    Chai, T. C., Steers, W. D. Neurophysiology of micturition and continence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 85-97

11189    Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure I: muscle forces. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 74-80

11190    Papa Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure II: vagina. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 69-73

11191    Kjolhede, P., Lindehammar, H. Pelvic floor neuropathy in relation to the outcome of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 61-5

11192    Hancock, R., Bender, P., Dayhoff, N., Nyhuis, A. Factors associated with nursing interventions to reduce incontinence in hospitalized older adults. Urol Nurs. 1996 Sep; 16: 79-85

11193    Dobson, P. Continence--growing pains. Nurs Times. 1997 Jul 23-29; 93: 63-4

11194    Bump, R. C., Coates, K. W., Cundiff, G. W., Harris, R. L., Weidner, A. C. Diagnosing intrinsic sphincteric deficiency: comparing urethral closure pressure, urethral axis, and Valsalva leak point pressures. Am J Obstet Gynecol. 1997 Aug; 177: 303-10

11195    Cundiff, G. W., Harris, R. L., Coates, K. W., Bump, R. C. Clinical predictors of urinary incontinence in women. Am J Obstet Gynecol. 1997 Aug; 177: 262-6; discussion 266-7

11196    Valley, M. T. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Sep; 90: 481-2

11197    Leach, G. E., Dmochowski, R. R., Appell, R. A., Blaivas, J. G., Hadley, H. R., Luber, K. M., Mostwin, J. L., O'Donnell, P. D., Roehrborn, C. G. Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol. 1997 Sep; 158: 875-80

11198    Ball, T. P., Jr, Teichman, J. M., Sharkey, F. E., Rogenes, V. J., Adrian, E. K., Jr Terminal nerve distribution to the urethra and bladder neck: considerations in the management of stress urinary incontinence. J Urol. 1997 Sep; 158: 827-9

11199    Coates, K. W., Harris, R. L., Cundiff, G. W., Bump, R. C. Uroflowmetry in women with urinary incontinence and pelvic organ prolapse. Br J Urol. 1997 Aug; 80: 217-21

**American Urological Association, Inc.**

SUI Guidelines Panel

11200    Chancellor, M. B., Hong, R. D., Rivas, D. A., Watanabe, T., Crewalk, J. A., Bourgeois, I. Gracilis urethromyoplasty--an autologous urinary sphincter for neurologically impaired patients with stress incontinence. Spinal Cord. 1997 Aug; 35: 546-9

11201    Rovner, E. S., Ginsberg, D. A., Raz, S. A method for intraoperative adjustment of sling tension: prevention of outlet obstruction during vaginal wall sling. Urology. 1997 Aug; 50: 273-6

11202    Belair, G., Tessier, J., Bertrand, P. E., Schick, E. Retropubic cystourethropexy: is it an obstructive procedure?. J Urol. 1997 Aug; 158: 533-8

11203    Cross, C. A., Cespedes, R. D., McGuire, E. J. Treatment results using pubovaginal slings in patients with large cystoceles and stress incontinence. J Urol. 1997 Aug; 158: 431-4

11204    Haller, K. B. Coming out of the (water) closet. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 370

11205    Su, T. H., Wang, K. G., Hsu, C. Y., Wei, H. J., Hong, B. K. Prospective comparison of laparoscopic and traditional colposuspensions in the treatment of genuine stress incontinence. Acta Obstet Gynecol Scand. 1997 Jul; 76: 576-82

11206    Darai, E., Perdu, M., Benifla, J. L., Madelenat, P. Percutaneous needle colposuspension to Cooper's ligament for the treatment of stress incontinence in women: a report of 82 cases. Eur J Obstet Gynecol Reprod Biol. 1997 Jul; 74: 53-5

11207    Stanton, S. L. What is the right operation for stress incontinence? A gynaecological view. Br J Urol. 1997 Jul; 80 Suppl 1: 84-7

11208    Cardozo, L., Cutner, A. Lower urinary tract symptoms in pregnancy. Br J Urol. 1997 Jul; 80 Suppl 1: 14-23

11209    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T. W., Karram, M. M. Comparative morbidity and charges associated with route of hysterectomy and concomitant Burch colposuspension. Obstet Gynecol. 1997 Jul; 90: 42-5

11210    Cosimo, O., Pierluigi, P., Angelo, Z. M., Santa, U., Gabriele, F., Salvatore, M. A clinical and urodynamic study of patients with varying degrees of cystocele. Maturitas. 1997 Jun; 27: 125-32

11211    Foote, A. J., Lam, A. Laparoscopic colposuspension in women with previously failed anti- incontinence surgery. J Obstet Gynaecol Res. 1997 Jun; 23: 313-7

11212    Pelosi, M. A., 3rd, Pelosi, M. A. Stress urinary incontinence. Laparoscopically assisted transvaginal needle suspension. J Reprod Med. 1997 Jun; 42: 319-24

11213    Bodis, J., Domany, B., Torok, A., Buzogany, I., Gotz, F. Modified Gittes's needle colposuspension method complemented with the laparoscopic ventrosuspension of the uterus for the treatment of stress incontinence associated with stage III or IV pelvic organ prolapse. Am J Obstet Gynecol. 1997 Jun; 176: 1394-5

11214    DeLancey, J. O., Morley, G. W. Total colpocleisis for vaginal eversion. Am J Obstet Gynecol. 1997 Jun; 176: 1228-32; discussion 1232-5

11215    Cruikshank, S. H., Kovac, S. R. The functional anatomy of the urethra: role of the pubourethral ligaments. Am J Obstet Gynecol. 1997 Jun; 176: 1200-3; discussion 1203-5

11216    Tomezsko, J. E., Sand, P. K. Pregnancy and intercurrent diseases of the urogenital tract. Clin Perinatol. 1997 Jun; 24: 343-68

11217    Ang, L. P., Tay, K. P., Lim, P. H., Chng, H. C. Endoscopic injection of collagen for the treatment of female urinary stress incontinence. Int J Urol. 1997 May; 4: 254-8

11218    Kjolhede, P., Ryden, G. Clinical and urodynamic characteristics of women with recurrent urinary incontinence after Burch colposuspension. Acta Obstet Gynecol Scand. 1997 May; 76: 461-7

11219    Fischer, W., Linde, A. Pelvic floor findings in urinary incontinence--results of conditioning using vaginal cones. Acta Obstet Gynecol Scand. 1997 May; 76: 455-60

11220    Lobel, R. W., Davis, G. D. Long-term results of laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 1997 May; 4: 341-5

September 2009
© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.
Page 103

Case 2:12-md-02327  Document 3086-16  Filed 09/15/16  Page 624 of 800 PageID #: 203063

## American Urological Association, Inc.

### SUI Guidelines Panel

**11221** von Theobald, P., Barjot, P., Levy, G. Feasibility of and interest in laparoscopic assessment in recurrent urinary stress incontinence after Burch procedure performed by laparotomy. Surg Endosc. 1997 May; 11: 468-71

**11222** Nativ, O., Moskovitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. Bladder neck suspension using bone anchors for the treatment of female stress incontinence. ASAIO J. 1997 May-Jun; 43: 204-8

**11223** Chen, G. D., Su, T. H., Lin, L. Y. Applicability of perineal sonography in anatomical evaluation of bladder neck in women with and without genuine stress incontinence. J Clin Ultrasound. 1997 May; 25: 189-94

**11224** Conrad, S., Pieper, A., De la Maza, S. F., Busch, R., Huland, H. Long-term results of the Stamey bladder neck suspension procedure: a patient questionnaire based outcome analysis. J Urol. 1997 May; 157: 1672-7

**11225** Seim, A., Hermstad, R., Hunskaar, S. Management in general practice significantly reduced psychosocial consequences of female urinary incontinence. Qual Life Res. 1997 Apr; 6: 257-64

**11226** Rasmussen, K. L., Krue, S., Johansson, L. E., Knudsen, H. J., Agger, A. O. Obesity as a predictor of postpartum urinary symptoms. Acta Obstet Gynecol Scand. 1997 Apr; 76: 359-62

**11227** Falconer, C., Ekman-Ordeberg, G., Hilliges, M., Johansson, O. Decreased innervation of the paraurethral epithelium in stress urinary incontinent women. Eur J Obstet Gynecol Reprod Biol. 1997 Apr; 72: 195-8

**11228** Chapron, C., Dubuisson, J. B., Ansquer, Y., Capella-Allouc, S. Hysterectomy with adnexectomy. Can operative laparoscopy offer advantages?. J Reprod Med. 1997 Apr; 42: 201-6

**11229** Lowe, E. M., Anand, P., Terenghi, G., Williams-Chestnut, R. E., Sinicropi, D. V., Osborne, J. L. Increased nerve growth factor levels in the urinary bladder of women with idiopathic sensory urgency and interstitial cystitis. Br J Urol. 1997 Apr; 79: 572-7

**11230** Hendren, W. H. The genetic male with absent penis and urethrorectal communication: experience with 5 patients. J Urol. 1997 Apr; 157: 1469-74

**11231** Haab, F., Zimmern, P. E., Leach, G. E. Urinary stress incontinence due to intrinsic sphincteric deficiency: experience with fat and collagen periurethral injections. J Urol. 1997 Apr; 157: 1283-6

**11232** Litwiller, S. E., Nelson, R. S., Fone, P. D., Kim, K. B., Stone, A. R. Vaginal wall sling: long-term outcome analysis of factors contributing to patients satisfaction and surgical success. J Urol. 1997 Apr; 157: 1279-82

**11233** Kovac, S. R., Cruikshank, S. H. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 624-7

**11234** Palmer, M. H. Pelvic muscle rehabilitation: where do we go from here?. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 98-105

**11235** Gerard, L. Group learning behavior modification and exercise for women with urinary incontinence. Urol Nurs. 1997 Mar; 17: 17-22

**11236** Kjolhede, P., Hallbook, O., Ryden, G., Sjodahl, R. Anorectal manometry in women with urinary stress incontinence. Acta Obstet Gynecol Scand. 1997 Mar; 76: 266-70

**11237** Siegelman, E. S., Banner, M. P., Ramchandani, P., Schnall, M. D. Multicoil MR imaging of symptomatic female urethral and periurethral disease. Radiographics. 1997 Mar-Apr; 17: 349-65

**11238** Baldwin, D. D., Hadley, H. R. Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1997 Mar; 157: 952

**11239** Kondo, A., Yokoyama, E., Koshiba, K., Fukui, J., Gotoh, M., Yoshikawa, Y., Yamada, T., Takei, M. Bladder neck support prosthesis: a nonoperative treatment for stress or mixed urinary incontinence. J Urol. 1997 Mar; 157: 824-7

**11240** Cummings, J. M., Boullier, J. A., Parra, R. O., Wozniak-Petrofsky, J. Leak point pressures in women with urinary stress incontinence: correlation with patient history. J Urol. 1997 Mar; 157: 818-20

**11241** Fokaefs, E. D., Lampel, A., Hohenfellner, M., Lazica, M., Thuroff, J. W. Experimental evaluation of free versus pedicled fascial flaps for sling surgery of urinary stress incontinence. J Urol. 1997 Mar; 157: 1039-43

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 525 of 800 PageID #: 203064

**American Urological Association, Inc.**

SUI Guidelines Panel

11242    Aslan, P., Woo, H. H. Ureteric injury following laparoscopic colposuspension. Br J Obstet Gynaecol. 1997 Feb; 104: 266-8

11243    Monga, A. K., Stanton, S. L. Urodynamics: prediction, outcome and analysis of mechanism for cure of stress incontinence by periurethral collagen. Br J Obstet Gynaecol. 1997 Feb; 104: 158-62

11244    Stanton, S. L., Monga, A. K. Incontinence in elderly women: is periurethral collagen an advance?. Br J Obstet Gynaecol. 1997 Feb; 104: 154-7

11245    Colombo, M., Maggioni, A., Scalambrino, S., Vitobello, D., Milani, R. Surgery for genitourinary prolapse and stress incontinence: a randomized trial of posterior pubourethral ligament plication and Pereyra suspension. Am J Obstet Gynecol. 1997 Feb; 176: 337-43

11246    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Predictive factors of the outcome of primary surgical treatment of stress incontinence in women. Scand J Urol Nephrol. 1997 Feb; 31: 49-55

11247    Papasakelariou, C., Papasakelariou, B. Laparoscopic bladder neck suspension. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 185-9

11248    Ross, J. W. Techniques of laparoscopic repair of total vault eversion after hysterectomy. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 173-83

11249    Palma, P. C., Riccetto, C. L., Herrmann, V., Netto, N. R., Jr Repeated lipoinjections for stress urinary incontinence. J Endourol. 1997 Feb; 11: 67-70

11250    Matthews, K., Govier, F. E. Osteitis pubis after periurethral collagen injection. Urology. 1997 Feb; 49: 237-8

11251    Stamey, T. A. Re: Editorial comment: should Stamey colposuspension be our primary surgery for stress incontinence?. J Urol. 1997 Feb; 157: 627-8

11252    Golomb, J., Shenfeld, O., Shelhav, A., Ramon, J. Suspended pubovaginal fascial sling for the correction of complicated stress urinary incontinence. Eur Urol. 1997; 32: 170-4

11253    Heit, M. Infectious peritonitis complicating suprapubic catheter removal. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 47-9

11254    Herschorn, S., Radomski, S. B. Collagen injections for genuine stress urinary incontinence: patient selection and durability. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 18-24

11255    Montella, J. M., Ewing, S., Cater, J. Visual assessment of urethrovesical junction mobility. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 13-7

11256    Bo, K., Talseth, T. Change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal electrical stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 3-6; discussion 6-7

11257    Mouritsen, L., Lose, G., Ulmsten, U., Ludviksson, K., Siltberg, H., Kulseng-Hanssen, S., Kujansuu, E. Consensus of basic assessment of female incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 59-60

11258    Mouritsen, L. Techniques for imaging bladder support. Acta Obstet Gynecol Scand Suppl. 1997; 166: 48-9

11259    Lose, G. Uroflowmetry and pressure/flow study of voiding in women. Acta Obstet Gynecol Scand Suppl. 1997; 166: 43-7

11260    Lose, G. Urethral pressure measurement. Acta Obstet Gynecol Scand Suppl. 1997; 166: 39-42

11261    Kulseng-Hanssen, S. Reliability and validity of stationary cystometry, stationary cysto- urethrometry and ambulatory cysto-urethro-vaginometry. Acta Obstet Gynecol Scand Suppl. 1997; 166: 33-8

11262    Siltberg, H., Victor, A., Larsson, G. Pad weighing tests: the best way to quantify urine loss in patients with incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 28-32

11263    Siltberg, H., Larsson, G., Victor, A. Frequency/volume chart: the basic tool for investigating urinary symptoms. Acta Obstet Gynecol Scand Suppl. 1997; 166: 24-7

11264    Ludviksson, K. The value of clinical examination of the female incontinent patient. Acta Obstet Gynecol Scand Suppl. 1997; 166: 19-23

Case 2:12-md-02327 Document 3080-16 Filed 09/15/19 Page 626 of 300 PageID #: 203065

**11265** Kujansuu, E. Patient history in the diagnosis of urinary incontinence and determining the quality of life. Acta Obstet Gynecol Scand Suppl. 1997; 166: 15-8

**11266** Ulmsten, U. Some reflections and hypotheses on the pathophysiology of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 3-8

**11267** Costa, P., Mottet, N. Assessing the impact of urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 25-7

**11268** Jackson, S. Female urinary incontinence--symptom evaluation and diagnosis. Eur Urol. 1997; 32 Suppl 2: 20-4

**11269** Meyer, S., de Grandi, P., Caccia, G., Gerber, S. Pressure transmission ratio: is it a reliable parameter in increased urethro-vesical junction mobility?. Neurourol Urodyn. 1997; 16: 277-84

**11270** Bernstein, I. T. The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies. Neurourol Urodyn. 1997; 16: 237-75

**11271** Gallo, M. L., Hancock, R., Davila, G. W. Clinical experience with a balloon-tipped urethral insert for stress urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jan; 24: 51-7

**11272** Kuo, H. C. Clinical outcome and quality of life after enterocystoplasty for contracted bladders. Urol Int. 1997; 58: 160-5

**11273** Barbalias, G., Liatsikos, E., Barbalias, D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol. 1997; 31: 394-400

**11274** Krue, S., Jensen, H., Agger, A. O., Rasmussen, K. L. The influence of infant birth weight on post partum stress incontinence in obese women. Arch Gynecol Obstet. 1997; 259: 143-5

**11275** Iqbal, P., Castleden, C. M. Management of urinary incontinence in the elderly. Gerontology. 1997; 43: 151-7

**11276** Gallo, M. L., Staskin, D. R. Cues to action: pelvic floor muscle exercise compliance in women with stress urinary incontinence. Neurourol Urodyn. 1997; 16: 167-77

**11277** Cundiff, G. W., Harris, R. L., Theofrastous, J. P., Bump, R. C. Pressure transmission ratio reproducibility in stress continent and stress incontinent women. Neurourol Urodyn. 1997; 16: 161-6

**11278** Jarolim, L., Babjuk, M., Hanus, T., Jansky, M., Skrivanova, V. Female urethra-sparing cystectomy and orthotopic bladder replacement. Eur Urol. 1997; 31: 173-7

**11279** Sugerman, H., Windsor, A., Bessos, M., Wolfe, L. Intra-abdominal pressure, sagittal abdominal diameter and obesity comorbidity. J Intern Med. 1997 Jan; 241: 71-9

**11280** Miklos, J. R., Saye, W. B. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair. Am J Obstet Gynecol. 1997 Jan; 176: 255-6

**11281** Dmochowski, R. R., Zimmern, P. E., Ganabathi, K., Sirls, L., Leach, G. E. Role of the four-corner bladder neck suspension to correct stress incontinence with a mild to moderate cystocele. Urology. 1997 Jan; 49: 35-40

**11282** Sze, E. H., Miklos, J. R., Partoll, L., Roat, T. W., Karram, M. M. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence. Obstet Gynecol. 1997 Jan; 89: 94-6

**11283** Khullar, V., Cardozo, L. D., Abbott, D., Anders, K. GAX collagen in the treatment of urinary incontinence in elderly women: a two year follow up. Br J Obstet Gynaecol. 1997 Jan; 104: 96-9

**11284** Zimmern, P. E., Hadley, R. Re: The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1997 Jan; 157: 268

**11285** Carr, L. K., Walsh, P. J., Abraham, V. E., Webster, G. D. Favorable outcome of pubovaginal slings for geriatric women with stress incontinence. J Urol. 1997 Jan; 157: 125-8

**11286** Berman, C. J., Kreder, K. J. Comparative cost analysis of collagen injection and fascia lata sling cystourethropexy for the treatment of type III incontinence in women. J Urol. 1997 Jan; 157: 122-4

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| **11287** | Kim, K. J., Ashton-Miller, J. A., Strohbehn, K., DeLancey, J. O., Schultz, A. B. The vesico-urethral pressuregram analysis of urethral function under stress. J Biomech. 1997 Jan; 30: 19-25 |
| **11288** | Philippe, H. J., Perdu, M., Dompeyre, P., Wahid, A., Dien, D. T. Transvaginal colpo-urethropexy with fibrin sealant: 4 years-follow up in 23 cases. Eur J Obstet Gynecol Reprod Biol. 1996 Dec 27; 70: 157-8 |
| **11289** | Laurikkala, J., Juhola, M., Penttinen, J., Aukee, P. Parameter evaluation of the differential diagnosis of female urinary incontinence for the construction of an expert system. Stud Health Technol Inform. 1997; 43 Pt B: 671-5 |
| **11290** | Fournier, C., Corcos, J. Collagen injections in difficult cases of stress urinary incontinence: study results. Urol Nurs. 1996 Dec; 16: 123-6 |
| **11291** | Black, N. A., Griffiths, J. M., Pope, C., Stanley, J., Bowling, A., Abel, P. D. Sociodemographic and symptomatic characteristics of women undergoing stress incontinence surgery in the UK. Br J Urol. 1996 Dec; 78: 847-55 |
| **11292** | Seim, A., Eriksen, B. C., Hunskaar, S. A study of female urinary incontinence in general practice. Demography, medical history, and clinical findings. Scand J Urol Nephrol. 1996 Dec; 30: 465-71 |
| **11293** | Pannek, J., Haupt, G., Sommerfeld, H. J., Schulze, H., Senge, T. Urodynamic and rectomanometric findings in urinary incontinence. Scand J Urol Nephrol. 1996 Dec; 30: 457-60 |
| **11294** | Ho, A. M., Roth, P., Cowan, W. D. Gaseous distention of the urinary bag indicating bladder perforation during laparoscopic pelvic procedures. Int J Gynaecol Obstet. 1996 Dec; 55: 297-8 |
| **11295** | Wall, L. L., Copas, P., Galloway, N. T. Use of a pedicled rectus abdominis muscle flap sling in the treatment of complicated stress urinary incontinence. Am J Obstet Gynecol. 1996 Dec; 175: 1460-4; discussion 1464-6 |
| **11296** | Mason, R. C., Roach, M. Modified pubovaginal sling for treatment of intrinsic sphincteric deficiency. J Urol. 1996 Dec; 156: 1991-4 |
| **11297** | Handa, V. L., Jensen, J. K., Germain, M. M., Ostergard, D. R. Banked human fascia lata for the suburethral sling procedure: a preliminary report. Obstet Gynecol. 1996 Dec; 88: 1045-9 |
| **11298** | Brieger, G. M., Yip, S. K., Hin, L. Y., Chung, T. K. The prevalence of urinary dysfunction in Hong Kong Chinese women. Obstet Gynecol. 1996 Dec; 88: 1041-4 |
| **11299** | Kreder, K. J., Austin, J. C. Treatment of stress urinary incontinence in women with urethral hypermobility and intrinsic sphincter deficiency. J Urol. 1996 Dec; 156: 1995-8 |
| **11300** | Wagg, A. S., Lieu, P. K., Ding, Y. Y., Malone-Lee, J. G. A urodynamic analysis of age associated changes in urethral function in women with lower urinary tract symptoms. J Urol. 1996 Dec; 156: 1984-8 |
| **11301** | Hannah, S. L., Chin, A. Laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 1996 Nov; 4: 47-52 |
| **11302** | Petros, P. P. The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female. Aust N Z J Obstet Gynaecol. 1996 Nov; 36: 453-61 |
| **11303** | Klovning, A., Hunskaar, S., Eriksen, B. C. Validity of a scored urological history in detecting detrusor instability in female urinary incontinence. Acta Obstet Gynecol Scand. 1996 Nov; 75: 941-5 |
| **11304** | Harriss, D. R., Iacovou, J. W., Lemberger, R. J. Peri-urethral silicone microimplants (Macroplastique) for the treatment of genuine stress incontinence. Br J Urol. 1996 Nov; 78: 722-5; discussion 726-8 |
| **11305** | Kondo, A., Yamada, Y., Morishige, R., Niijima, R. An intensive programme for pelvic floor muscle exercises: short- and long-term effects on those with stress urinary incontinence. Hinyokika Kiyo. 1996 Nov; 42: 853-9 |
| **11306** | Fielding, J. R., Versi, E., Mulkern, R. V., Lerner, M. H., Griffiths, D. J., Jolesz, F. A. MR imaging of the female pelvic floor in the supine and upright positions. J Magn Reson Imaging. 1996 Nov-Dec; 6: 961-3 |
| **11307** | Halligan, S., Spence-Jones, C., Kamm, M. A., Bartram, C. I. Dynamic cystoproctography and physiological testing in women with urinary stress incontinence and urogenital prolapse. Clin Radiol. 1996 Nov; 51: 785-90 |
| **11308** | Erickson, D. R., Olt, G. J. Urethral obstruction after anterior colporrhaphy: correction by simple vaginoplasty. Urology. 1996 Nov; 48: 805-8 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**11309**   Sand, P. K. Pelvic floor stimulation in the treatment of mixed incontinence complicated by a low-pressure urethra. Obstet Gynecol. 1996 Nov; 88: 757-60

**11310**   Strohbehn, K., Quint, L. E., Prince, M. R., Wojno, K. J., Delancey, J. O. Magnetic resonance imaging anatomy of the female urethra: a direct histologic comparison. Obstet Gynecol. 1996 Nov; 88: 750-6

**11311**   Fantl, J. A., Bump, R. C., Robinson, D., McClish, D. K., Wyman, J. F. Efficacy of estrogen supplementation in the treatment of urinary incontinence. The Continence Program for Women Research Group. Obstet Gynecol. 1996 Nov; 88: 745-9

**11312**   Klutke, C. G. Female stress incontinence in the 1990s--changing concepts. J Urol. 1996 Nov; 156: 1626-7

**11313**   Benizri, E. J., Volpe, P., Pushkar, D., Chevallier, D., Amiel, J., Sanian, H., Toubol, J. A new vaginal procedure for cystocele repair and treatment of stress urinary incontinence. J Urol. 1996 Nov; 156: 1623-5

**11314**   Zaragoza, M. R. Expanded indications for the pubovaginal sling: treatment of type 2 or 3 stress incontinence. J Urol. 1996 Nov; 156: 1620-2

**11315**   Manhes, H. Laparoscopic Retzio-plasty. A new surgical approach to stress incontinence. Int Surg. 1996 Oct-Dec; 81: 371-3

**11316**   Dmochowski, R. R., Appell, R. A. Percutaneous bladder neck suspension: technique and results. Tech Urol. 1996 Fall; 2: 147-53

**11317**   Black, N. A., Downs, S. H. The effectiveness of surgery for stress incontinence in women: a systematic review. Br J Urol. 1996 Oct; 78: 497-510

**11318**   Kjolhede, P., Noren, B., Ryden, G. Prediction of genital prolapse after Burch colposuspension. Acta Obstet Gynecol Scand. 1996 Oct; 75: 849-54

**11319**   Marshall, H. J., Beevers, D. G. Alpha-adrenoceptor blocking drugs and female urinary incontinence: prevalence and reversibility. Br J Clin Pharmacol. 1996 Oct; 42: 507-9

**11320**   Korn, A. P., Learman, L. A. Operations for stress urinary incontinence in the United States, 1988- 1992. Urology. 1996 Oct; 48: 609-12

**11321**   Toozs-Hobson, P., Gleeson, C., Perdu, M., Cardozo, L. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Oct; 103: 1050-1

**11322**   Sze, E. H., Miklos, J. R., Karram, M. M. Voiding after Burch colposuspension and effects of concomitant pelvic surgery: correlation with preoperative voiding mechanism. Obstet Gynecol. 1996 Oct; 88: 564-7

**11323**   Kelvin, F. M., Maglinte, D. D., Hale, D., Benson, J. T. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Oct; 167: 1065-6

**11324**   Takahashi, S., Moriyama, N., Yamazaki, R., Kawabe, K. Urodynamic analysis of age-related changes of alpha 1- adrenoceptor responsiveness in female beagle dogs. J Urol. 1996 Oct; 156: 1485-8

**11325**   Mak, V., Radomski, S. B. Value of magnetic resonance imaging of the lumbosacral spinal cord in patients with voiding dysfunction. J Urol. 1996 Oct; 156: 1421-3

**11326**   Herschorn, S., Steele, D. J., Radomski, S. B. Followup of intraurethral collagen for female stress urinary incontinence. J Urol. 1996 Oct; 156: 1305-9

**11327**   Dovey, S., McNaughton, T., Tilyard, M., Gurr, E., Jolleys, J., Wilson, D. General practitioners' opinions of continence care training. N Z Med J. 1996 Sep 13; 109: 340-3

**11328**   Jensen, L. M., Aabech, J., Lundvall, F., Iversen, H. G. Female urethral diverticulum. Clinical aspects and a presentation of 15 cases. Acta Obstet Gynecol Scand. 1996 Sep; 75: 748-52

**11329**   el Hemaly, A. K., Mousa, L. A. Stress urinary incontinence, a new concept. Eur J Obstet Gynecol Reprod Biol. 1996 Sep; 68: 129-35

**11330**   Hardiman, P. J., Drutz, H. P. Sacrospinous vault suspension and abdominal colposacropexy: success rates and complications. Am J Obstet Gynecol. 1996 Sep; 175: 612-6

Case 2:12-md-02327  Document 3080-16  Filed 09/15/16  Page 329 of 300  PageID #: 203068

# American Urological Association, Inc.

## SUI Guidelines Panel

11331   Bhattacharya, S., Mollison, J., Pinion, S., Parkin, D. E., Abramovich, D. R., Terry, P., Kitchener, H. C. A comparison of bladder and ovarian function two years following hysterectomy or endometrial ablation. Br J Obstet Gynaecol. 1996 Sep; 103: 898-903

11332   Nygaard, I. E., Lemke, J. H. Urinary incontinence in rural older women: prevalence, incidence and remission. J Am Geriatr Soc. 1996 Sep; 44: 1049-54

11333   Handa, V. L., Harris, T. A., Ostergard, D. R. Protecting the pelvic floor: obstetric management to prevent incontinence and pelvic organ prolapse. Obstet Gynecol. 1996 Sep; 88: 470-8

11334   Flax, S. The gasless laparoscopic Burch bladder neck suspension: early experience. J Urol. 1996 Sep; 156: 1105-7

11335   Pelosi, M. A.,  3rd, Pelosi, M. A. Laparoscopic-assisted pubovaginal sling procedure for the treatment of stress urinary incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 593-600

11336   Kung, R. C., Lie, K., Lee, P., Drutz, H. P. The cost-effectiveness of laparoscopic versus abdominal Burch procedures in women with urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 537-44

11337   Rosen, D. M., Korda, A. R., Waugh, R. C. Ureteric injury at Burch colposuspension. 4 case reports and literature review. Aust N Z J Obstet Gynaecol. 1996 Aug; 36: 354-8

11338   Adams, J. B.,  2nd, Micali, S., Moore, R. G., Babayan, R. K., Kavoussi, L. R. Complications of extraperitoneal balloon dilation. J Endourol. 1996 Aug; 10: 375-8

11339   Milsom, I. Rational prescribing for postmenopausal urogenital complaints. Drugs Aging. 1996 Aug; 9: 78-86

11340   Hogston, P. Treatment of urinary stress incontinence. Am J Obstet Gynecol. 1996 Aug; 175: 514-5

11341   Bump, R. C., Hurt, W. G., Theofrastous, J. P., Addison, W. A., Fantl, J. A., Wyman, J. F., McClish, D. K. Randomized prospective comparison of needle colposuspension versus endopelvic fascia plication for potential stress incontinence prophylaxis in women undergoing vaginal reconstruction for stage III or IV pelvic organ prolapse. The Continence Program for W. Am J Obstet Gynecol. 1996 Aug; 175: 326-33; discussion 333-5

11342   DeLancey, J. O. Stress urinary incontinence: where are we now, where should we go?. Am J Obstet Gynecol. 1996 Aug; 175: 311-9

11343   McDowell, B. J., Engberg, S. J., Rodriguez, E., Engberg, R., Sereika, S. Characteristics of urinary incontinence in homebound older adults. J Am Geriatr Soc. 1996 Aug; 44: 963-8

11344   Mold, J. W. Pharmacotherapy of urinary incontinence. Am Fam Physician. 1996 Aug; 54: 673-80, 683-5

11345   Leach, G. E., Appell, R. Percutaneous bladder neck suspension. Urol Clin North Am. 1996 Aug; 23: 511-6

11346   Dupont, M. C., Albo, M. E., Raz, S. Diagnosis of stress urinary incontinence. An overview. Urol Clin North Am. 1996 Aug; 23: 407-15

11347   Klutke, J. J., Bergman, A., Pace, J., Klutke, C. G. Transvaginal bladder neck suspension to Cooper's ligament: a modified Pereyra procedure. Obstet Gynecol. 1996 Aug; 88: 294-7

11348   Enzelsberger, H., Helmer, H., Schatten, C. Comparison of Burch and lyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol. 1996 Aug; 88: 251-6

11349   Perez, L. M., Smith, E. A., Broecker, B. H., Massad, C. A., Parrott, T. S., Woodard, J. R. Outcome of sling cystourethropexy in the pediatric population: a critical review. J Urol. 1996 Aug; 156: 642-6

11350   Perez, L. M., Smith, E. A., Parrott, T. S., Broecker, B. H., Massad, C. A., Woodard, J. R. Submucosal bladder neck injection of bovine dermal collagen for stress urinary incontinence in the pediatric population. J Urol. 1996 Aug; 156: 633-6

11351   Johnson, V. Y., Hubbard, D., Vordermark, J. S. Urologic manifestations of postpolio syndrome. J Wound Ostomy Continence Nurs. 1996 Jul; 23: 218-23

11352   Tay, K. P., Lim, P. H., Ravintharan, T. Laparoscopic bladder-neck suspension for urinary stress incontinence in women: our first twenty patients. Int J Urol. 1996 Jul; 3: 278-81

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

11353   Wang, A. C. Burch colposuspension vs. Stamey bladder neck suspension. A comparison of complications with special emphasis on detrusor instability and voiding dysfunction. J Reprod Med. 1996 Jul; 41: 529-33

11354   Bartholomew, B., Grimaldi, T. Collagen injection therapy for type III stress urinary incontinence. AORN J. 1996 Jul; 64: 75-83, 85-6

11355   Colombo, M., Milani, R., Vitobello, D., Maggioni, A. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair for female stress urinary incontinence. Am J Obstet Gynecol. 1996 Jul; 175: 78-84

11356   Richardson, D. A., Miller, K. L., Siegel, S. W., Karram, M. M., Blackwood, N. B., Staskin, D. R. Pelvic floor electrical stimulation: a comparison of daily and every- other-day therapy for genuine stress incontinence. Urology. 1996 Jul; 48: 110-8

11357   Lobel, R. W., Sand, P. K. The empty supine stress test as a predictor of intrinsic urethral sphincter dysfunction. Obstet Gynecol. 1996 Jul; 88: 128-32

11358   Haab, F., Zimmern, P. E., Leach, G. E. Female stress urinary incontinence due to intrinsic sphincteric deficiency: recognition and management. J Urol. 1996 Jul; 156: 3-17

11359   Berglund, A. L., Fugl-Meyer, K. S. Some sexological characteristics of stress incontinent women. Scand J Urol Nephrol. 1996 Jun; 30: 207-12

11360   Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Social adjustment and spouse relationships among women with stress incontinence before and after surgical treatment. Soc Sci Med. 1996 Jun; 42: 1537-44

11361   Davila, G. W. Introl bladder neck support prosthesis: a nonsurgical urethropexy. J Endourol. 1996 Jun; 10: 293-6

11362   Miller, J. L., Bavendam, T. Treatment with the Reliance urinary control insert: one-year experience. J Endourol. 1996 Jun; 10: 287-92

11363   Darson, M. F., Malizia, A. A., Barrett, D. M. Periurethral injection of the genitourinary spheroidal membrane. J Endourol. 1996 Jun; 10: 283-6

11364   Burney, T. L., Badlani, G. H. Rationale and treatment results with bioinjectables. J Endourol. 1996 Jun; 10: 273-7

11365   Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for treatment of intrinsic sphincter deficiency. J Endourol. 1996 Jun; 10: 255-7

11366   Breda, G., Silvestre, P., Gherardi, L., Xausa, D., Tamai, A., Giunta, A. Correction of stress urinary incontinence: laparoscopy combined with vaginal suturing. J Endourol. 1996 Jun; 10: 251-3

11367   McDougall, E. M. Correction of stress urinary incontinence: retropubic approach. J Endourol. 1996 Jun; 10: 247-50

11368   Cadeddu, J. A., Kavoussi, L. R. Correction of stress urinary incontinence: transperitoneal approach. J Endourol. 1996 Jun; 10: 241-5

11369   Norris, J. P., Breslin, D. S., Staskin, D. R. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol. 1996 Jun; 10: 227-30

11370   Appell, R. A., Rackley, R. R., Dmochowski, R. R. Vesica percutaneous bladder neck stabilization. J Endourol. 1996 Jun; 10: 221-5

11371   Trockman, B. A., Leach, G. E. Needle suspension procedures: past, present, and future. J Endourol. 1996 Jun; 10: 217-20

11372   Mostwin, J. L., Genadry, R., Sanders, R., Yang, A. Anatomic goals in the correction of female stress urinary incontinence. J Endourol. 1996 Jun; 10: 207-12

11373   McGuire, E. J., Cespedes, R. D. Proper diagnosis: a must before surgery for stress incontinence. J Endourol. 1996 Jun; 10: 201-5

11374   Austin, P., Spyropoulos, E., Lotenfoe, R., Helal, M., Hoffman, M., Lockhart, J. L. Urethral obstruction after anti-incontinence surgery in women: evaluation, methodology, and surgical results. Urology. 1996 Jun; 47: 890-4

---

11375 Kaplan, S. A., Santarosa, R. P., Te, A. E. Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. Urology. 1996 Jun; 47: 885-9

11376 Nygaard, I. E., Glowacki, C., Saltzman, C. L. Relationship between foot flexibility and urinary incontinence in nulliparous varsity athletes. Obstet Gynecol. 1996 Jun; 87: 1049-51

11377 McClelland, M., Delustro, F. Evaluation of antibody class in response to bovine collagen treatment in patients with urinary incontinence. J Urol. 1996 Jun; 155: 2068-73

11378 Nezhat, C. H., Nezhat, F., Seidman, D. S., Nasserbakht, F., Nezhat, C., Roemisch, M. A new method for laparoscopic access to the space of Retzius during retropubic cystourethropexy. J Urol. 1996 Jun; 155: 1916-8

11379 Ross, J. Two techniques of laparoscopic Burch repair for stress incontinence: a prospective, randomized study. J Am Assoc Gynecol Laparosc. 1996 May; 3: 351-7

11380 Stenberg, A., Heimer, G., Ulmsten, U., Cnattingius, S. Prevalence of genitourinary and other climacteric symptoms in 61-year- old women. Maturitas. 1996 May; 24: 31-6

11381 Kuo, H. C. Transrectal sonography of the female urethra in incontinence and frequency-urgency syndrome. J Ultrasound Med. 1996 May; 15: 363-70

11382 Hoffman, M. S., Harris, M. S., Bouis, P. J. Sacrospinous colpopexy in the management of uterovaginal prolapse. J Reprod Med. 1996 May; 41: 299-303

11383 Hahn, I., Milsom, I. Treatment of female stress urinary incontinence with a new anatomically shaped vaginal device (Conveen Continence Guard). Br J Urol. 1996 May; 77: 711-5

11384 Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Bump, R. C. The effect of vesical volume on Valsalva leak-point pressures in women with genuine stress urinary incontinence. Obstet Gynecol. 1996 May; 87: 711-4

11385 McGuire, E. J., Cespedes, R. D., O'Connell, H. E. Leak-point pressures. Urol Clin North Am. 1996 May; 23: 253-62

11386 Staskin, D., Bavendam, T., Miller, J., Davila, G. W., Diokno, A., Knapp, P., Rappaport, S., Sand, P., Sant, G., Tutrone, R. Effectiveness of a urinary control insert in the management of stress urinary incontinence: early results of a multicenter study. Urology. 1996 May; 47: 629-36

11387 Ghoniem, G. M. Modified rectus fascial suburethral sling. Tech Urol. 1996 Spring; 2: 16-21

11388 Eckford, S. D., Jackson, S. R., Lewis, P. A., Abrams, P. The continence control pad--a new external urethral occlusion device in the management of stress incontinence. Br J Urol. 1996 Apr; 77: 538-40

11389 Rigby, D. Promoting continence with electrostimulation. Prof Nurse. 1996 Apr; 11: 431-434

11390 Loughlin, K. R. The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1996 Apr; 155: 1265-7

11391 Carr, L. K., Herschorn, S., Leonhardt, C. Magnetic resonance imaging after intraurethral collagen injected for stress urinary incontinence. J Urol. 1996 Apr; 155: 1253-5

11392 Wells, M. Continence following childbirth. Br J Nurs. 1996 Mar 28-Apr 10; 5: 353-4, 356, 358, passim

11393 Brenner, B. Colposuspension: a comparison of Stamey and laparoscopic Burch procedures. N Z Med J. 1996 Mar 8; 109: 84

11394 McGuire, E. J. Stress incontinence: new alternatives. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 142-7

11395 Beizer, J. L. Urinary incontinence in women: a review for the pharmacist. J Am Pharm Assoc (Wash). 1996 Mar; NS36: 196-202

11396 Hall, J., Napier-Hemy, R., O'Reilly, P. H. Osteomyelitis complicating Burch colposuspension. Br J Urol. 1996 Mar; 77: 470-1

11397 Wall, L. L., Hewitt, J. K. Voiding function after Burch colposuspension for stress incontinence. J Reprod Med. 1996 Mar; 41: 161-5

Case 2:12-md-02327 Document 3080-16 Filed 05/19/16 Page 632 of 360 PageID #: 203071

## American Urological Association, Inc.

### SUI Guidelines Panel

**11398** Homma, Y., Kawabe, K., Kageyama, S., Koiso, K., Akaza, H., Kakizoe, T., Koshiba, K., Yokoyama, E., Aso, Y. Injection of glutaraldehyde cross-linked collagen for urinary incontinence: two-year efficacy by self-assessment. Int J Urol. 1996 Mar; 3: 124-7

**11399** Berglund, A. L., Lalos, O. The pre- and postsurgical nursing of women with stress incontinence. J Adv Nurs. 1996 Mar; 23: 502-11

**11400** Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Usefulness of ultrasound contrast medium in perineal sonography for visualization of bladder neck funneling--first observations. Urology. 1996 Mar; 47: 452-3

**11401** Colombo, M., Zanetta, G., Vitobello, D., Milani, R. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Mar; 103: 255-60

**11402** Pelsang, R. E., Bonney, W. W. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Mar; 166: 561-5

**11403** Carr, L. K., Herschorn, S. Periurethral collagen injection and pregnancy. J Urol. 1996 Mar; 155: 1037

**11404** Blaivas, J. G., Heritz, D. M. Vaginal flap reconstruction of the urethra and vesical neck in women: a report of 49 cases. J Urol. 1996 Mar; 155: 1014-7

**11405** Karabacak, O., Taner, M. Z., Tiras, M. B., Kaya, A., Guner, H., Yildirim, M. An extraperitoneal burch procedure: a case report. J Laparoendosc Surg. 1996 Feb; 6: 65-8

**11406** ACOG criterial set. Surgery for genuine stress incontinence due to urethral hypermobility. American College of Obstetricians and Gynecologists Committee on Quality Assessment. Int J Gynaecol Obstet. 1996 Feb; 52: 211-2

**11407** Eckford, S. D., Finney, R., Jackson, S. R., Abrams, P. Detection of urinary incontinence during ambulatory monitoring of bladder function by a temperature-sensitive device. Br J Urol. 1996 Feb; 77: 194-7

**11408** Brieger, G. M., Yip, S. K., Fung, Y. M., Chung, T. Genital prolapse: a legacy of the West?. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 52-4

**11409** Cooper, M. J., Cario, G., Lam, A., Carlton, M. A review of results in a series of 113 laparoscopic colposuspensions. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 44-8

**11410** Mattox, T. F., Bhatia, N. N. The prevalence of urinary incontinence or prolapse among white and Hispanic women. Am J Obstet Gynecol. 1996 Feb; 174: 646-8

**11411** Mushkat, Y., Bukovsky, I., Langer, R. Female urinary stress incontinence--does it have familial prevalence?. Am J Obstet Gynecol. 1996 Feb; 174: 617-9

**11412** Thyssen, H., Lose, G. New disposable vaginal device (continence guard) in the treatment of female stress incontinence. Design, efficacy and short term safety. Acta Obstet Gynecol Scand. 1996 Feb; 75: 170-3

**11413** Colombo, M., Maggioni, A., Zanetta, G., Vignali, M., Milani, R. Prevention of postoperative urinary stress incontinence after surgery for genitourinary prolapse. Obstet Gynecol. 1996 Feb; 87: 266-71

**11414** Bo, K., Talseth, T. Long-term effect of pelvic floor muscle exercise 5 years after cessation of organized training. Obstet Gynecol. 1996 Feb; 87: 261-5

**11415** Zivkovic, F., Tamussino, K., Ralph, G., Schied, G., Auer-Grumbach, M. Long-term effects of vaginal dissection on the innervation of the striated urethral sphincter. Obstet Gynecol. 1996 Feb; 87: 257-60

**11416** Bomalaski, M. D., Bloom, D. A., McGuire, E. J., Panzl, A. Glutaraldehyde cross-linked collagen in the treatment of urinary incontinence in children. J Urol. 1996 Feb; 155: 699-702

**11417** Palma, P. C., Riccetto, C. L., Netto Junior, N. R. Urethral pseudolipoma: a complication of periurethral lipo-injection for stress urinary incontinence in a woman. J Urol. 1996 Feb; 155: 646

**11418** Chancellor, M. B., Shenot, P. J., Rivas, D. A., Mandel, S., Schwartzman, R. J. Urological symptomatology in patients with reflex sympathetic dystrophy. J Urol. 1996 Feb; 155: 634-7

**11419** Radomski, S. B., Herschorn, S. Laparoscopic Burch bladder neck suspension: early results. J Urol. 1996 Feb; 155: 515-8

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 593 of 800 PageID #: 203072

**11420** Faerber, G. J. Endoscopic collagen injection therapy in elderly women with type I stress urinary incontinence. J Urol. 1996 Feb; 155: 512-4

**11421** Glavind, K., Nohr, S. B., Walter, S. Biofeedback and physiotherapy versus physiotherapy alone in the treatment of genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 339-43

**11422** Elia, G., Bergman, A. Periurethral collagen implant: ultrasound assessment and prediction of outcome. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 335-8

**11423** Cholhan, H. J., Stevenson, K. R. Sling transection of urethra: a rare complication. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 331-4

**11424** Swift, S. E., Rust, P. F., Ostergard, D. R. Intrasubject variability of the pressure-transmission ratio in patients with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 312-6

**11425** Cundiff, G. W., Bent, A. E. The contribution of urethrocystoscopy to evaluation of lower urinary tract dysfunction in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 307-11

**11426** Stanton, S. L. Minimally invasive surgery: competent and continent?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 305-6

**11427** Briggs, T. P., Shah, P. J., Rickards, D. Newer surgical techniques in urology. Chir Ital. 1996; 48: 5-6

**11428** Beco, J. Functional sonography of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 270-3

**11429** Ramsay, I. N., Ali, H. M., Hunter, M., Stark, D., McKenzie, S., Donaldson, K., Major, K. A prospective, randomized controlled trial of inpatient versus outpatient continence programs in the treatment of urinary incontinence in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 260-3

**11430** Heit, M., Brubaker, L. Clinical correlates in patients not completing a voiding diary. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 256-9

**11431** Samodai, L., Zamori, A., Kelemen, I., Kovacs, L. Continent urinary diversion after radical cystectomy: 3 years' experience. Int Urol Nephrol. 1996; 28: 511-6

**11432** Jozwik, M., Jr, Lotocki, W., Jozwik, M. Stress urinary incontinence in women. II. Abnormalities of glycogenolysis in tissues related to the lower urinary tract. Int Urol Nephrol. 1996; 28: 485-94

**11433** Magrina, J. F. Primary surgery for stage IB-IIA cervical cancer, including short-term and long-term morbidity and treatment in pregnancy. J Natl Cancer Inst Monogr. 1996; : 53-9

**11434** Black, N., Griffiths, J., Pope, C. Development of a symptom severity index and a symptom impact index for stress incontinence in women. Neurourol Urodyn. 1996; 15: 630-40

**11435** Resnick, N. M., Brandeis, G. H., Baumann, M. M., DuBeau, C. E., Yalla, S. V. Misdiagnosis of urinary incontinence in nursing home women: prevalence and a proposed solution. Neurourol Urodyn. 1996; 15: 599-613; discussion 613-8

**11436** Meyer, S., De Grandi, P., Schreyer, A., Caccia, G. The assessment of bladder neck position and mobility in continent nullipara, mulitpara, forceps-delivered and incontinent women using perineal ultrasound: a future office procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 138-46

**11437** Falconer, C., Ekman-Ordeberg, G., Malmstrom, A., Ulmsten, U. Clinical outcome and changes in connective tissue metabolism after intravaginal slingplasty in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 133-7

**11438** Demirci, F., Fine, P. M. Ultrasonography in stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 125-32

**11439** Iosif, C. S. Laparoscopic surgery for stress urinary incontinence. Urol Int. 1996; 57: 180-4

**11440** Jensen, D., Stien, R. The importance of complex repetitive discharges in the striated female urethral sphincter and the male bulbocavernosus muscle. Scand J Urol Nephrol Suppl. 1996; 179: 69-73

**11441** Bo, K., Maanum, M. Does vaginal electrical stimulation cause pelvic floor muscle contraction? A pilot study. Scand J Urol Nephrol Suppl. 1996; 179: 39-45

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**11442**   Kulseng-Hanssen, S., Klevmark, B. Ambulatory urodynamic monitoring of women. Scand J Urol Nephrol Suppl. 1996; 179: 27-37

**11443**   Athanassopoulos, A., Barbalias, G. Burch colposuspension versus stamey endoscopic bladder neck suspension: a urodynamic appraisal. Urol Int. 1996; 56: 23-7

**11444**   de Aloysio, D., Altieri, P., Penacchioni, P., Mauloni, M., Bottiglioni, F. Premenopause-dependent changes. Gynecol Obstet Invest. 1996; 42: 120-7

**11445**   Demirci, F., Kuyumcuoglu, U., Uludogan, M., Gorgen, H., Sahinoglu, Z., Delikara, M. N. Evaluation of urethrovesical junction mobility by perineal ultrasonography in stress urinary incontinence. J Pak Med Assoc. 1996 Jan; 46: 2-5

**11446**   Liapis, A., Pyrgiotis, E., Kontoravdis, A., Louridas, C., Zourlas, P. A. Genuine stress incontinence: prospective randomized comparison of two operative methods. Eur J Obstet Gynecol Reprod Biol. 1996 Jan; 64: 69-72

**11447**   Schiotz, H. A. Comparison of 1 and 3 days' transurethral Foley catheterization after retropubic incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 98-101

**11448**   Thorp, J. M., Jones, L. H., Wells, E., Ananth, C. V. Assessment of pelvic floor function: a series of simple tests in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 94-7

**11449**   Farrell, S. A., Tynski, G. The effect of urethral pressure variation on detrusor activity in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 87-93

**11450**   Ulmsten, U., Henriksson, L., Johnson, P., Varhos, G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 81-5; discussion 85-6

**11451**   Burgio, K. L., Locher, J. L., Zyczynski, H., Hardin, J. M., Singh, K. Urinary incontinence during pregnancy in a racially mixed sample: characteristics and predisposing factors. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 69-73

**11452**   Colakoglu, M., Capar, M., Kilic, M., Colakoglu, U., Kaya, H., Acar, A. A new needle suspension procedure for genuine stress incontinence and anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 64-7; discussion 67-8

**11453**   Barlas, P., Hatzipapas, J., Bias, A., Athanasopoulos, A. Transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 20-3

**11454**   Siltberg, H., Larsson, G., Victor, A. Reproducibility of a new method to determine cough-induced leak-point pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 13-9

**11455**   Morley, R., Cumming, J., Weller, R. Morphology and neuropathology of the pelvic floor in patients with stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 3-12

**11456**   Hahn, I., Milsom, I., Ohlsson, B. L., Ekelund, P., Uhlemann, C., Fall, M. Comparative assessment of pelvic floor function using vaginal cones, vaginal digital palpation and vaginal pressure measurements. Gynecol Obstet Invest. 1996; 41: 269-74

**11457**   Errando, C., Batista, J. E., Arano, P. Polytetrafluoroethylene sling for failure in female stress incontinence surgery. World J Urol. 1996; 14 Suppl 1: S48-50

**11458**   Primus, G., Kramer, G. Maximal external electrical stimulation for treatment of neurogenic or non-neurogenic urgency and/or urge incontinence. Neurourol Urodyn. 1996; 15: 187-94

**11459**   Meyer, S., Kuntzer, T., Newsom, N., de Grandi, P. Stress urinary incontinence due to a low-pressure urethra: a socially invalidizing disease. Neurourol Urodyn. 1996; 15: 177-86

**11460**   Cosiski Marana, H. R., Moreira de Andrade, J., Matheus de Sala, M., Duarte, G., Fonzar Marana, R. R. Evaluation of long-term results of surgical correction of stress urinary incontinence. Gynecol Obstet Invest. 1996; 41: 214-9

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 595 of 800 PageID #: 203074

**American Urological Association, Inc.**

SUI Guidelines Panel

11461   Berghmans, L. C., Frederiks, C. M., de Bie, R. A., Weil, E. H., Smeets, L. W., van Waalwijk van Doorn, E. S., Janknegt, R. A. Efficacy of biofeedback, when included with pelvic floor muscle exercise treatment, for genuine stress incontinence. Neurourol Urodyn. 1996; 15: 37-52

11462   Thind, P., Bagi, P., Mieszczak, C., Lose, G. Influence of pudendal nerve blockade on stress relaxation in the female urethra. Neurourol Urodyn. 1996; 15: 31-6

11463   Helt, M., Benson, J. T., Russell, B., Brubaker, L. Levator ani muscle in women with genitourinary prolapse: indirect assessment by muscle histopathology. Neurourol Urodyn. 1996; 15: 17-29

11464   Mills, R., Persad, R., Handley Ashken, M. Long-term follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1996 Jan; 77: 86-8

11465   Jolic, V. Should Burch colposuspension be replaced by fibrin glue colpofixation in women with urinary stress incontinence?. Zentralbl Gynakol. 1996; 118: 236-8

11466   Cancrini, A., De Carli, P., Pompeo, V., Fattahi, H., Lamanna, L., Giuseppe, C., Cantiani, R., Mainiero, G., von Heland, M. Lower urinary tract reconstruction following cystectomy: experience and results in 96 patients using the orthotopic ileal bladder substitution of Studer et al. Eur Urol. 1996; 29: 204-9

11467   Nygaard, I. E., Kreder, K. J., Lepic, M. M., Fountain, K. A., Rhomberg, A. T. Efficacy of pelvic floor muscle exercises in women with stress, urge, and mixed urinary incontinence. Am J Obstet Gynecol. 1996 Jan; 174: 120-5

11468   Weinberger, M. W., Ostergard, D. R. Postoperative catheterization, urinary retention, and permanent voiding dysfunction after polytetrafluroethylene suburethral sling placement. Obstet Gynecol. 1996 Jan; 87: 50-4

11469   Hautmann, R. E., Paiss, T., de Petriconi, R. The ileal neobladder in women: 9 years of experience with 18 patients. J Urol. 1996 Jan; 155: 76-81

11470   Kurzrock, E. A., Lowe, P., Hardy, B. E. Bladder wall pedicle wraparound sling for neurogenic urinary incontinence in children. J Urol. 1996 Jan; 155: 305-8

11471   Bavendam, T. G. Incontinence--lower urinary tract dysfunction and urodynamic evaluations. J Urol. 1996 Jan; 155: 286-7

11472   Nitti, V. W., Combs, A. J. Correlation of Valsalva leak point pressure with subjective degree of stress urinary incontinence in women. J Urol. 1996 Jan; 155: 281-5

11473   Bennett, C. J. The evolving importance of neurourology and urodynamics. J Urol. 1996 Jan; 155: 275-6

11474   Zorzos, I., Paterson, P. J. Quality of life after a Marshall-Marchetti-Krantz procedure for stress urinary incontinence. J Urol. 1996 Jan; 155: 259-62

11475   Smith, J. J., 3rd Intravaginal stimulation randomized trial. J Urol. 1996 Jan; 155: 127-30

11476   Nixon, E. Continence. Easing the social stress. Nurs Times. 1995 Dec 13-19; 91: 60

11477   Lenderking, W. R., Nackley, J. F., Anderson, R. B., Testa, M. A. A review of the quality-of-life aspects of urinary urge incontinence. Pharmacoeconomics. 1996 Jan; 9: 11-23

11478   Bennett, J. K., Green, B. G., Foote, J. E., Gray, M. Collagen injections for intrinsic sphincter deficiency in the neuropathic urethra. Paraplegia. 1995 Dec; 33: 697-700

11479   Yang, S. C., Park, D. S., Lee, J. M., Graham, R. W. Laparoscopic extraperitoneal bladder neck suspension (LEBNS) for stress urinary incontinence. J Korean Med Sci. 1995 Dec; 10: 426-30

11480   Smith, A. R. Laparoscopic and needle colposuspension. Baillieres Clin Obstet Gynaecol. 1995 Dec; 9: 757-67

11481   Tay, K. P., Lim, P. H., Chng, H. C. Surgical management of stress urinary incontinence: Burch colposuspension, modified Pereyra and Stamey bladder neck suspension, and collagen injection--Toa Payoh Hospital experience. Singapore Med J. 1995 Dec; 36: 651-5

11482   Ng, K. W. Which is the most appropriate operation for genuine stress incontinence (GSI)?. Singapore Med J. 1995 Dec; 36: 590-6

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11483**    Bachmann, G. The estradiol vaginal ring--a study of existing clinical data. Maturitas. 1995 Dec; 22 Suppl: S21-9

**11484**    Venus, J. T., Calhoun, B. C. Urinary incontinence procedures performed at a military teaching hospital. Mil Med. 1995 Dec; 160: 613-4

**11485**    Kinn, A. C. Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand J Urol Nephrol. 1995 Dec; 29: 449-55

**11486**    Young, S. B., Rosenblatt, P. L., Pingeton, D. M., Howard, A. E., Baker, S. P. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. Am J Obstet Gynecol. 1995 Dec; 173: 1719-25; discussion 1725-6

**11487**    Aronson, M. P., Bates, S. M., Jacoby, A. F., Chelmow, D., Sant, G. R. Periurethral and paravaginal anatomy: an endovaginal magnetic resonance imaging study. Am J Obstet Gynecol. 1995 Dec; 173: 1702-8; discussion 1708-10

**11488**    Brubaker, L. Sacrocolpopexy and the anterior compartment: support and function. Am J Obstet Gynecol. 1995 Dec; 173: 1690-5; discussion 1695-6

**11489**    Varner, R. E., Plessala, K. J., Richter, H. Effects of sacrocolposuspension on the lower urinary tract. Am J Obstet Gynecol. 1995 Dec; 173: 1684-8; discussion 1688-9

**11490**    Harris, R. L., Yancey, C. A., Wiser, W. L., Morrison, J. C., Meeks, G. R. Comparison of anterior colporrhaphy and retropubic urethropexy for patients with genuine stress urinary incontinence. Am J Obstet Gynecol. 1995 Dec; 173: 1671-4; discussion 1674-5

**11491**    Debaere, C., Rigauts, H., Steyaert, L., Pattyn, G., Ampe, J. MR imaging of a diverticulum in a female urethra. J Belge Radiol. 1995 Dec; 78: 345-6

**11492**    Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 2: Pelvic-floor reeducation with interferential currents and exercise in the treatment of genuine stress incontinence in postpartum women--a cohort study. Phys Ther. 1995 Dec; 75: 1075-81

**11493**    Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 1: Comparison of two surface electrode placements during stimulation of the pelvic-floor musculature in women who are continent using bipolar interferential currents. Phys Ther. 1995 Dec; 75: 1067-74

**11494**    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Improvement of perineal sonographic bladder neck imaging with ultrasound contrast medium. Obstet Gynecol. 1995 Dec; 86: 950-4

**11495**    Makinen, J. I., Pitkanen, Y. A., Salmi, T. A., Gronroos, M., Rinne, R., Paakkari, I. Transdermal estrogen for female stress urinary incontinence in postmenopause. Maturitas. 1995 Nov; 22: 233-8

**11496**    Tampakoudis, P., Tantanassis, T., Grimbizis, G., Papaletsos, M., Mantalenakis, S. Cigarette smoking and urinary incontinence in women--a new calculative method of estimating the exposure to smoke. Eur J Obstet Gynecol Reprod Biol. 1995 Nov; 63: 27-30

**11497**    von Theobald, P., Guillaumin, D., Levy, G. Laparoscopic preperitoneal colposuspension for stress incontinence in women. Technique and results of 37 procedures. Surg Endosc. 1995 Nov; 9: 1189-92

**11498**    Lee, P. S., Reid, D. W., Saltmarche, A., Linton, L. Measuring the psychosocial impact of urinary incontinence: the York Incontinence Perceptions Scale (YIPS). J Am Geriatr Soc. 1995 Nov; 43: 1275-8

**11499**    Sultana, C. J. Urethral closure pressure and leak-point pressure in incontinent women. Obstet Gynecol. 1995 Nov; 86: 839-42

**11500**    Trockman, B. A., Leach, G. E., Hamilton, J., Sakamoto, M., Santiago, L., Zimmern, P. E. Modified Pereyra bladder neck suspension: 10-year mean followup using outcomes analysis in 125 patients. J Urol. 1995 Nov; 154: 1841-7

**11501**    Sirls, L. T., Keoleian, C. M., Korman, H. J., Kirkemo, A. K. The effect of study methodology on reported success rates of the modified Pereyra bladder neck suspension. J Urol. 1995 Nov; 154: 1732-5

**11502**    Rush, C. B., Entman, S. S. Pelvic organ prolapse and stress urinary incontinence. Med Clin North Am. 1995 Nov; 79: 1473-9

**11503**    Torrance, C., Jordan, S. Bionursing: assessment of stress incontinence. Nurs Stand. 1995 Oct 18-24; 10: 29-31

---

    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

11504   Juma, S. Anterior vaginal suspension for vaginal vault prolapse. Tech Urol. 1995 Fall; 1: 150-6

11505   Petrou, S. P. Use of the Cobb-Ragde needle in pubovaginal sling surgery. Tech Urol. 1995 Fall; 1: 136-40

11506   Lim, F. K., Razvi, K., Tham, K. F., Ratnam, S. S. Current approach to the management of urinary stress incontinence. Singapore Med J. 1995 Oct; 36: 532-7

11507   Dellas, A., Drewe, J. Conservative therapy of female genuine stress incontinence with vaginal cones. Eur J Obstet Gynecol Reprod Biol. 1995 Oct; 62: 213-5

11508   Nataluk, E. A., Assimos, D. G., Kroovand, R. L. Collagen injections for treatment of urinary incontinence secondary to intrinsic sphincter deficiency. J Endourol. 1995 Oct; 9: 403-6

11509   Woodtli, A. Mixed incontinence: a new nursing diagnosis?. Nurs Diagn. 1995 Oct-Dec; 6: 135-42

11510   Langer, R., Tal, Z., Schneider, D., Avrech, O., Bukovsky, I., Caspi, E. Continence mechanism after colpo-needle suspension for stress urinary incontinence. J Reprod Med. 1995 Oct; 40: 699-702

11511   Neale, R. Complications of urogynaecological surgery. Curr Opin Obstet Gynecol. 1995 Oct; 7: 400-3

11512   Smith, A. R. Laparoscopic surgery for incontinence and genitourinary prolapse. Curr Opin Obstet Gynecol. 1995 Oct; 7: 397-9

11513   Appell, R. A. Injectables in the treatment of female stress incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 393-6

11514   Wilson, D., Herbison, P. Conservative management of incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 386-92

11515   Brubaker, L. Suburethral sling release. Obstet Gynecol. 1995 Oct; 86: 686-8

11516   Kondo, A., Yamada, Y., Niijima, R. Treatment of stress incontinence by vaginal cones: short- and long-term results and predictive parameters. Br J Urol. 1995 Oct; 76: 464-6

11517   Mazur, D., Wehnert, J., Dorschner, W., Schubert, G., Herfurth, G., Alken, R. G. Clinical and urodynamic effects of propiverine in patients suffering from urgency and urge incontinence. A multicentre dose-optimizing study. Scand J Urol Nephrol. 1995 Sep; 29: 289-94

11518   Weerasekera, D. S., Gunawardena, K. K. The Stamy procedure: a retrospective analysis of clinical outcome in stress incontinence. Ceylon Med J. 1995 Sep; 40: 101-2

11519   Sugerman, H. J., Felton, W. L., 3rd, Salvant, J. B., Jr, Sismanis, A., Kellum, J. M. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. Neurology. 1995 Sep; 45: 1655-9

11520   Haeusler, G., Hanzal, E., Joura, E., Sam, C., Koelbl, H. Differential diagnosis of detrusor instability and stress-incontinence by patient history: the Gaudenz-Incontinence-Questionnaire revisited. Acta Obstet Gynecol Scand. 1995 Sep; 74: 635-7

11521   Richardson, T. D., Kennelly, M. J., Faerber, G. J. Endoscopic injection of glutaraldehyde cross-linked collagen for the treatment of intrinsic sphincter deficiency in women. Urology. 1995 Sep; 46: 378-81

11522   Miklos, J. R., Sze, E. H., Karram, M. M. A critical appraisal of the methods of measuring leak-point pressures in women with stress incontinence. Obstet Gynecol. 1995 Sep; 86: 349-52

11523   Das, S., Palmer, J. K. Laparoscopic colpo-suspension. J Urol. 1995 Sep; 154: 1119-21

11524   Morgan, J. E., Heritz, D. M., Stewart, F. E., Connolly, J. C., Farrow, G. A. The polypropylene pubovaginal sling for the treatment of recurrent stress urinary incontinence. J Urol. 1995 Sep; 154: 1013-4; discussion 1015-6

11525   Sauer, H. A., Klutke, C. G. Transvaginal sacrospinous ligament fixation for treatment of vaginal prolapse. J Urol. 1995 Sep; 154: 1008-12

11526   Alcalay, M., Monga, A., Stanton, S. L. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102: 740-5

11527   Schurmans, J. R., Weerman, P. C., Bosch, J. L., van der Leij, E. M., Schroder, F. H. Quality of life assessment in heterotopic and orthotopic neobladder reconstruction: a comparison. Acta Urol Belg. 1995 Sep; 63: 55-8

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**11528**   van Gool, J. D. Dysfunctional voiding: a complex of bladder/sphincter dysfunction, urinary tract infections and vesicoureteral reflux. Acta Urol Belg. 1995 Sep; 63: 27-33

**11529**   Henley, C. The Henley staple-suture technique for laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 1995 Aug; 2: 441-4

**11530**   Su, T. H., Yang, J. M., Chen, C. P., Wei, H. J., Hwu, Y. M., Yang, Y. C. Mini-catheter used for bladder drainage following stress-incontinence surgery and the factors relating to drainage failure. J Obstet Gynaecol. 1995 Aug; 21: 319-24

**11531**   Neuman, M., Lavie, O., Gdansky, E., Diamant, Y. Z., Beller, U. Early uterine prolapse following colponeedle suspension. Aust N Z J Obstet Gynaecol. 1995 Aug; 35: 339-40

**11532**   Monga, A. K., Robinson, D., Stanton, S. L. Periurethral collagen injections for genuine stress incontinence: a 2-year follow-up. Br J Urol. 1995 Aug; 76: 156-60

**11533**   Kennedy, K. L., Steidle, C. P., Letizia, T. M. Urinary incontinence: the basics. Ostomy Wound Manage. 1995 Aug; 41: 16-8, 20, 22 passim; quiz 33-4

**11534**   Bump, R. C., Elser, D. M., Theofrastous, J. P., McClish, D. K. Valsalva leak point pressures in women with genuine stress incontinence: reproducibility, effect of catheter caliber, and correlations with other measures of urethral resistance. Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 551-7

**11535**   Theofrastous, J. P., Bump, R. C., Elser, D. M., Wyman, J. F., McClish, D. K. Correlation of urodynamic measures of urethral resistance with clinical measures of incontinence severity in women with pure genuine stress incontinence. The Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 407-12; discussion 412-4

**11536**   McGuire, E. J., O'Connell, H. E. Surgical treatment of intrinsic urethral dysfunction. Slings. Urol Clin North Am. 1995 Aug; 22: 657-64

**11537**   Stothers, L., Chopra, A., Raz, S. Vaginal reconstructive surgery for female incontinence and anterior vaginal-wall prolapse. Urol Clin North Am. 1995 Aug; 22: 641-55

**11538**   Klutke, J. J., Bergman, A. Hormonal influence on the urinary tract. Urol Clin North Am. 1995 Aug; 22: 629-39

**11539**   Bourcier, A. P., Juras, J. C. Nonsurgical therapy for stress incontinence. Urol Clin North Am. 1995 Aug; 22: 613-27

**11540**   Mostwin, J. L., Yang, A., Sanders, R., Genadry, R. Radiography, sonography, and magnetic resonance imaging for stress incontinence. Contributions, uses, and limitations. Urol Clin North Am. 1995 Aug; 22: 539-49

**11541**   Handa, V. L., Jensen, J. K., Ostergard, D. R. The effect of patient position on proximal urethral mobility. Obstet Gynecol. 1995 Aug; 86: 273-6

**11542**   Wattiez, A., Boughizane, S., Alexandre, F., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Laparoscopic procedures for stress incontinence and prolapse. Curr Opin Obstet Gynecol. 1995 Aug; 7: 317-21

**11543**   Resnick, N. M. Urinary incontinence. Lancet. 1995 Jul 8; 346: 94-9

**11544**   Kiilholma, P., Haarala, M., Polvi, H., Makinen, J., Chancellor, M. B. Sutureless endoscopic colposuspension with fibrin sealant. Tech Urol. 1995 Summer; 1: 81-3

**11545**   Narepalem, N., Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for the treatment of intrinsic urethral weakness (type III stress urinary incontinence). Tech Urol. 1995 Summer; 1: 102-5

**11546**   Weinberger, M. W., Ostergard, D. R. Long-term clinical and urodynamic evaluation of the polytetrafluoroethylene suburethral sling for treatment of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 92-6

**11547**   Swift, S. E., Ostergard, D. R. Evaluation of current urodynamic testing methods in the diagnosis of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 85-91

**11548**   Lepor, H., Theune, C. Randomized double-blind study comparing the efficacy of terazosin versus placebo in women with prostatism-like symptoms. J Urol. 1995 Jul; 154: 116-8

# American Urological Association, Inc.

## SUI Guidelines Panel

**11549** Petros, P. E., Ulmsten, U. Urethral and bladder neck closure mechanisms. Am J Obstet Gynecol. 1995 Jul; 173: 346-8

**11550** Woodtli, A. Stress incontinence: clinical identification and validation of defining characteristics. Nurs Diagn. 1995 Jul-Sep; 6: 115-22

**11551** Woo, H. H., Rosario, D. J., Chapple, C. R. Stone formation on permanent suture material used previously in colposuspension. Br J Urol. 1995 Jul; 76: 139-40

**11552** Sand, P. K., Richardson, D. A., Staskin, D. R., Swift, S. E., Appell, R. A., Whitmore, K. E., Ostergard, D. R. Pelvic floor electrical stimulation in the treatment of genuine stress incontinence: a multicenter, placebo-controlled trial. Am J Obstet Gynecol. 1995 Jul; 173: 72-9

**11553** Bergman, A., Elia, G. Three surgical procedures for genuine stress incontinence: five-year follow-up of a prospective randomized study. Am J Obstet Gynecol. 1995 Jul; 173: 66-71

**11554** Song, J. T., Rozanski, T. A., Belville, W. D. Stress leak point pressure: a simple and reproducible method utilizing a fiberoptic microtransducer. Urology. 1995 Jul; 46: 81-4

**11555** Ostergard, D. R. Urogynecology and pelvic reconstructive surgery: office preoperative evaluation of the incontinent female. Int J Gynaecol Obstet. 1995 Jul; 49 Suppl: S43-7

**11556** Elia, G., Bergman, A. Genuine stress urinary incontinence with low urethral pressure. Five- year follow-up after the Ball-Burch procedure. J Reprod Med. 1995 Jul; 40: 503-6

**11557** Peters, W. A., 3rd, Christenson, M. L. Fixation of the vaginal apex to the coccygeus fascia during repair of vaginal vault eversion with enterocele. Am J Obstet Gynecol. 1995 Jun; 172: 1894-900; discussion 1900-2

**11558** Huddleston, H. T., Dunnihoo, D. R., Huddleston, P. M., 3rd, Meyers, P. C., Sr Magnetic resonance imaging of defects in DeLancey's vaginal support levels I, II, and III. Am J Obstet Gynecol. 1995 Jun; 172: 1778-82; discussion 1782-4

**11559** Lyons, T. L. Minimally invasive treatment of urinary stress incontinence and laparoscopically directed repair of pelvic floor defects. Clin Obstet Gynecol. 1995 Jun; 38: 380-91

**11560** Leonhardt, C., Krysl, J., Arenson, A. M., Herschorn, S. Periurethral injection of collagen in the treatment of urinary stress incontinence: ultrasonographic appearance. Can Assoc Radiol J. 1995 Jun; 46: 189-93

**11561** Wasserman, G. A. Correction of a vault suspension graft complication. J Am Assoc Gynecol Laparosc. 1995 May; 2: 359-61

**11562** Everaert, K., Van Laecke, E., De Sy, W. A. Colpopromontoriopexy. Acta Urol Belg. 1995 May; 63: 47-50

**11563** Costa, P., Mottet, N., el Sandid, M., Sahwi, A., Navratil, H. The artificial urinary sphincter AMS 800: our experience in women with or without uterine prolapse. Acta Urol Belg. 1995 May; 63: 45-6

**11564** Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Acta Urol Belg. 1995 May; 63: 41-3

**11565** Janknegt, R. A. Minimal prerequisites to operate a stress-incontinent woman. Acta Urol Belg. 1995 May; 63: 37-8

**11566** Opsomer, R. J. Female urinary incontinence: imaging by or for the urologist. Acta Urol Belg. 1995 May; 63: 31-4

**11567** Rosenthal, A. J., McMurtry, C. T. Urinary incontinence in the elderly. Often simple to treat when properly evaluated. Postgrad Med. 1995 May; 97: 109-16, 121

**11568** Holley, R. L., Varner, R. E., Kerns, D. J., Mestecky, P. J. Long-term failure of pelvic floor musculature exercises in treatment of genuine stress incontinence. South Med J. 1995 May; 88: 547-9

**11569** Swift, S. E., Ostergard, D. R. A comparison of stress leak-point pressure and maximal urethral closure pressure in patients with genuine stress incontinence. Obstet Gynecol. 1995 May; 85: 704-8

**11570** Labasky, R. F. Neurogenic bladder. J Urol. 1995 May; 153: 1467-8

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11571    Susset, J., Galea, G., Manbeck, K., Susset, A. A predictive score index for the outcome of associated biofeedback and vaginal electrical stimulation in the treatment of female incontinence. J Urol. 1995 May; 153: 1461-6

11572    Gilja, I., Sarac, S., Radej, M. A modified Raz bladder neck suspension operation (transvaginal Burch). J Urol. 1995 May; 153: 1455-7

11573    Gallagher, P. V., Mellon, J. K., Ramsden, P. D., Neal, D. E. Tanagho bladder neck reconstruction in the treatment of adult incontinence. J Urol. 1995 May; 153: 1451-4

11574    Sartori, M. G., Baracat, E. C., Girao, M. J., Goncalves, W. J., Sartori, J. P., de Lima, G. R. Menopausal genuine stress urinary incontinence treated with conjugated estrogens plus progestogens. Int J Gynaecol Obstet. 1995 May; 49: 165-9

11575    Kisack, G. Stress incontinence in women with asthma. N Z Med J. 1995 Apr 26; 108: 156

11576    Teichman, J. M. Laparoscopic Burch colposuspension. Tech Urol. 1995 Spring; 1: 19-24

11577    O'Sullivan, D. C., Chilton, C. P., Munson, K. W. Should Stamey colposuspension be our primary surgery for stress incontinence?. Br J Urol. 1995 Apr; 75: 457-60

11578    Ames, D., Hastie, I. R. Urinary incontinence. Postgrad Med J. 1995 Apr; 71: 195-7

11579    Polascik, T. J., Moore, R. G., Rosenberg, M. T., Kavoussi, L. R. Comparison of laparoscopic and open retropubic urethropexy for treatment of stress urinary incontinence. Urology. 1995 Apr; 45: 647-52

11580    McDougall, E. M., Klutke, C. G., Cornell, T. Comparison of transvaginal versus laparoscopic bladder neck suspension for stress urinary incontinence. Urology. 1995 Apr; 45: 641-6

11581    Ulmsten, U. On urogenital ageing. Maturitas. 1995 Apr; 21: 163-9

11582    McGuire, E. J. Diagnosis and treatment of intrinsic sphincter deficiency. Int J Urol. 1995 Apr; 2 Suppl 1: 7-10; discussion 16-8

11583    Stricker, P. D. Proper patient selection for Contigen Bard Collagen implant. Int J Urol. 1995 Apr; 2 Suppl 1: 2-6; discussion 16-8

11584    Yokoyama, E. Contigen Bard Collagen implant: the Japanese experience. Int J Urol. 1995 Apr; 2 Suppl 1: 11-5; discussion 16-8

11585    Liem, N. T., Hau, B. D., Thu, N. X. The long-term follow-up result of Swenson's operation in the treatment of Hirschsprung's disease in Vietnamese children. Eur J Pediatr Surg. 1995 Apr; 5: 110-2

11586    Carter, J. E. Laparoscopic bladder neck suspension. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 81-7

11587    Wallwiener, D., Grischke, E. M., Rimbach, S., Maleika, A., Bastert, G. Endoscopic retropubic colposuspension: 'Retziusscopy' versus laparoscopy--a reasonable enlargement of the operative spectrum in the management of recurrent stress incontinence?. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 115-8

11588    Unsworth, J. Stress incontinence: treatment using pelvic floor re-education. Br J Nurs. 1995 Mar 23-Apr 12; 4: 323-4, 326-7

11589    Frazer, M. I. Ambulatory surgery for urinary stress incontinence and vaginal prolapse. Med J Aust. 1995 Mar 6; 162: 279

11590    Sandvik, H., Hunskaar, S., Vanvik, A., Bratt, H., Seim, A., Hermstad, R. Diagnostic classification of female urinary incontinence: an epidemiological survey corrected for validity. J Clin Epidemiol. 1995 Mar; 48: 339-43

11591    Erickson, D. R. Glomerulations in women with urethral sphincter deficiency: report of 2 cases. J Urol. 1995 Mar; 153: 728-9

11592    Stein, M., Discippio, W., Davia, M., Taub, H. Biofeedback for the treatment of stress and urge incontinence. J Urol. 1995 Mar; 153: 641-3

11593    Cardozo, L. D., Kelleher, C. J. Sex hormones, the menopause and urinary problems. Gynecol Endocrinol. 1995 Mar; 9: 75-84

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6  Bibliography sorted by Procite Number**

## American Urological Association, Inc.

**SUI Guidelines Panel**

---

**11594**  Bernier, F., Harris, L. Treating stress incontinence with the bladder neck support prosthesis. Urol Nurs. 1995 Mar; 15: 5-9

**11595**  Hoffman, M. S., Arango, H. Transvestibular retropubic bladder neck suspension. A pilot study. J Reprod Med. 1995 Mar; 40: 181-4

**11596**  Moore, K. N., Chetner, M. P., Metcalfe, J. B., Griffiths, D. J. Periurethral implantation of glutaraldehyde cross-linked collagen (Contigen) in women with type I or III stress incontinence: quantitative outcome measures. Br J Urol. 1995 Mar; 75: 359-63

**11597**  Ulmsten, U., Petros, P. Intravaginal slingplasty (IVS): an ambulatory surgical procedure for treatment of female urinary incontinence. Scand J Urol Nephrol. 1995 Mar; 29: 75-82

**11598**  Weinberger, M. W. Conservative treatment of urinary incontinence. Clin Obstet Gynecol. 1995 Mar; 38: 175-88

**11599**  Brenner, B. Is the Stamey colposuspension feasible as a day stay procedure?. N Z Med J. 1995 Feb 8; 108: 43

**11600**  Lyons, T. L., Winer, W. K. Clinical outcomes with laparoscopic approaches and open Burch procedures for urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1995 Feb; 2: 193-8

**11601**  Bo, K. Vaginal weight cones. Theoretical framework, effect on pelvic floor muscle strength and female stress urinary incontinence. Acta Obstet Gynecol Scand. 1995 Feb; 74: 87-92

**11602**  Langebrekke, A., Dahlstrom, B., Eraker, R., Urnes, A. The laparoscopic Burch procedure. A preliminary report. Acta Obstet Gynecol Scand. 1995 Feb; 74: 153-5

**11603**  Bo, K. Adherence to pelvic floor muscle exercise and long-term effect on stress urinary incontinence. A five-year follow-up study. Scand J Med Sci Sports. 1995 Feb; 5: 36-9

**11604**  Barrington, J. W., Roberts, A. Burch colposuspension facilitated by means of the Ferguson speculum. Br J Urol. 1995 Feb; 75: 242-3

**11605**  Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound for evaluating the bladder neck in urinary stress incontinence. Obstet Gynecol. 1995 Feb; 85: 220-4

**11606**  Brieger, G., Ditton, J., Korda, A. Insertion of a permanent electrode for intractable detrusor instability. Aust N Z J Obstet Gynaecol. 1995 Feb; 35: 107-8

**11607**  Chin, Y. K., Stanton, S. L. A follow up of silastic sling for genuine stress incontinence. Br J Obstet Gynaecol. 1995 Feb; 102: 143-7

**11608**  Thorpe, A. C., Roberts, J. P., Williams, N. S., Blandy, J. P., Badenoch, D. F. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Feb; 82: 173-6

**11609**  Lam, A. M., Jenkins, G. J., Hyslop, R. S. Laparoscopic Burch colposuspension for stress incontinence: preliminary results. Med J Aust. 1995 Jan 2; 162: 18-21

**11610**  Cisternino, A., Passerini-Glazel, G. Bladder dysfunction in children. Scand J Urol Nephrol Suppl. 1995; 173: 25-8; discussion 29

**11611**  Partain-DeLisle, N. The use of laparoscopic surgery in the treatment of urinary stress incontinence. Minim Invasive Surg Nurs. 1995 Fall; 9: 118-22

**11612**  Mikkelsen, A. L., Felding, C., Clausen, H. V. Clinical effects of preoperative oestradiol treatment before vaginal repair operation. A double-blind, randomized trial. Gynecol Obstet Invest. 1995; 40: 125-8

**11613**  Genadry, R. R. Evaluation and conservative management of women with stress urinary incontinence. Md Med J. 1995 Jan; 44: 31-5

**11614**  Knapp, T. R., Nickel, J. T. Re: 'Factors associated with risk of stress urinary incontinence in women'. Nurs Res. 1995 Jan-Feb; 44: 58

**11615**  Hol, M., van Bolhuis, C., Vierhout, M. E. Vaginal ultrasound studies of bladder neck mobility. Br J Obstet Gynaecol. 1995 Jan; 102: 47-53

---

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

11616    Cammu, H., Van Nylen, M. Pelvic floor muscle exercises: 5 years later. Urology. 1995 Jan; 45: 113-7; discussion 118

11617    Chinegwundoh, F. I., Nayeem, N. Outcome of Burch colposuspension in a district general hospital. Br J Clin Pract. 1995 Jan-Feb; 49: 41-2

11618    Whiting, M. A., Smith, N. I., Agar, J. W. Vaginal peritoneal dialysate leakage per fallopian tubes. Perit Dial Int. 1995; 15: 85

11619    Fedorkow, D. M., Sand, P. K., Retzky, S. S., Johnson, D. C. The cotton swab test. Receiver-operating characteristic curves. J Reprod Med. 1995 Jan; 40: 42-6

11620    Rayome, R. G., King, C., King, T. Patient with nocturnal enuresis and stress incontinence after previous hysterectomy and radiation therapy for cervical cancer. J Wound Ostomy Continence Nurs. 1995 Jan; 22: 64-7

11621    Canning, D. A., Seibold, J., Saito, M., Zderic, S. A., Snyder, H. M., Duckett, J. W., Levin, R. M. Use of injectable fat to obstruct the urethra in rabbits. Neurourol Urodyn. 1995; 14: 259-67

11622    Ho, Y. H., Goh, H. S. The neurophysiological significance of perineal descent. Int J Colorectal Dis. 1995; 10: 107-11

11623    Athanassopoulos, A., Perimenis, P., Markou, S., Melekos, M., Barbalias, G. Prognostic factors for the operative correction of stress urinary incontinence. Int Urol Nephrol. 1995; 27: 43-9

11624    Demirci, F., Kuyumcuoglu, U., Kekovali, M., Ergenekon, E., Eren, S., Uludogan, M., Sofuoglu, K. Perineal ultrasonography in postoperative assessment of two different surgical procedures for stress urinary incontinence. Int Urol Nephrol. 1995; 27: 279-87

11625    Falconer, C., Larsson, B. New and simplified vaginal approach for correction of urinary stress incontinence in women. Neurourol Urodyn. 1995; 14: 365-70

11626    Petros, P. E., Ulmsten, U. Urethral pressure increase on effort originates from within the urethra, and continence from musculovaginal closure. Neurourol Urodyn. 1995; 14: 337-46; discussion 346-50

11627    Bo, K., Stien, R., Kulseng-Hanssen, S., Kristofferson, M. Clinical and urodynamic assessment of nulliparous young women with and without stress incontinence symptoms: a case-control study. Obstet Gynecol. 1994 Dec; 84: 1028-32

11628    Nanninga, J. B. Some aspects of striated urethral sphincter structure and function. J Urol. 1994 Dec; 152: 2321-3

11629    Benderev, T. V. A modified percutaneous outpatient bladder neck suspension system. J Urol. 1994 Dec; 152: 2316-20

11630    Liu, C. Y. Laparoscopic treatment for genuine urinary stress incontinence. Bailliéres Clin Obstet Gynaecol. 1994 Dec; 8: 789-98

11631    Moore, K. N. Electrical stimulation for the treatment of urinary incontinence: do we know enough to accept it as part of our practice?. J Adv Nurs. 1994 Dec; 20: 1018-22

11632    Querleu, D., Debodinance, P., Crepin, G. Adverse tissue reaction after surgical management of stress incontinence with expanded polytetrafluoroethylene. Am J Obstet Gynecol. 1994 Dec; 171: 1674

11633    Colombo, M., Scalambrino, S., Maggioni, A., Milani, R. Burch colposuspension versus modified Marshall-Marchetti-Krantz urethropexy for primary genuine stress urinary incontinence: a prospective, randomized clinical trial. Am J Obstet Gynecol. 1994 Dec; 171: 1573-9

11634    Wall, L. L., Wiskind, A. K., Taylor, P. A. Simple bladder filling with a cough stress test compared with subtracted cystometry for the diagnosis of urinary incontinence. Am J Obstet Gynecol. 1994 Dec; 171: 1472-7; discussion 1477-9

11635    Peacock, L. M., Wiskind, A. K., Wall, L. L. Clinical features of urinary incontinence and urogenital prolapse in a black inner-city population. Am J Obstet Gynecol. 1994 Dec; 171: 1464-9; discussion 1469-71

11636    Byck, D. B., Varner, R. E., Clough, C. Urinary complaints after modified Burch urethropexy: an analysis. Am J Obstet Gynecol. 1994 Dec; 171: 1460-2; discussion 1462-4

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**11637**   Sultana, C. J., Walters, M. D. Estrogen and urinary incontinence in women. Maturitas. 1994 Dec; 20: 129-38

**11638**   Stanley, K. E., Kreder, K. J., Winfield, H. N., Cohen, M. B. Laparoscopic approaches to the treatment of intrinsic urethral weakness (type III stress urinary incontinence). J Endourol. 1994 Dec; 8: 439-43

**11639**   Swash, M. The pelvic floor and incontinence. Lancet. 1994 Nov 5; 344: 1301

**11640**   Gunn, G. C., Cooper, R. P., Gordon, N. S., Gagnon, L. Use of a new device for endoscopic suturing in the laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1994 Nov; 2: 65-70

**11641**   Norton, P. A., Baker, J. E. Postural changes can reduce leakage in women with stress urinary incontinence. Obstet Gynecol. 1994 Nov; 84: 770-4

**11642**   Raz, S. Fistulas, diverticula and incontinence. J Urol. 1994 Nov; 152: 1458-9

**11643**   Korman, H. J., Sirls, L. T., Kirkemo, A. K. Success rate of modified Pereyra bladder neck suspension determined by outcomes analysis. J Urol. 1994 Nov; 152: 1453-7

**11644**   Ganabathi, K., Leach, G. E., Zimmern, P. E., Dmochowski, R. Experience with the management of urethral diverticulum in 63 women. J Urol. 1994 Nov; 152: 1445-52

**11645**   Falconer, C., Ekman, G., Malmstrom, A., Ulmsten, U. Decreased collagen synthesis in stress-incontinent women. Obstet Gynecol. 1994 Oct; 84: 583-6

**11646**   Papa Petros, P. E. Tissue reaction to implanted foreign materials for cure of stress incontinence. Am J Obstet Gynecol. 1994 Oct; 171: 1159

**11647**   Shumaker, S. A., Wyman, J. F., Uebersax, J. S., McClish, D., Fantl, J. A. Health-related quality of life measures for women with urinary incontinence: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program in Women (CPW) Research Group. Qual Life Res. 1994 Oct; 3: 291-306

**11648**   Virtanen, H. S., Makinen, J. I. Vesicocervical fistula--a rare cause of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 Oct; 57: 54-5

**11649**   Ramoso-Jalbuena, J. Climacteric Filipino women: a preliminary survey in the Philippines. Maturitas. 1994 Oct; 19: 183-90

**11650**   Boulet, M. J., Oddens, B. J., Lehert, P., Vemer, H. M., Visser, A. Climacteric and menopause in seven South-east Asian countries. Maturitas. 1994 Oct; 19: 157-76

**11651**   Lara, C., Nacey, J. Ethnic differences between Maori, Pacific Island and European New Zealand women in prevalence and attitudes to urinary incontinence. N Z Med J. 1994 Sep 28; 107: 374-6

**11652**   Feyereisl, J., Dreher, E., Haenggi, W., Zikmund, J., Schneider, H. Long-term results after Burch colposuspension. Am J Obstet Gynecol. 1994 Sep; 171: 647-52

**11653**   Monga, M., Ghoniem, G. M. Ilioinguinal nerve entrapment following needle bladder suspension procedures. Urology. 1994 Sep; 44: 447-50

**11654**   Wall, L. L., Hewitt, J. K. Urodynamic characteristics of women with complete posthysterectomy vaginal vault prolapse. Urology. 1994 Sep; 44: 336-41; discussion 341-2

**11655**   Ghoniem, G. M., Walters, F., Lewis, V. The value of the vaginal pack test in large cystoceles. J Urol. 1994 Sep; 152: 931-4

**11656**   Berglund, A. L., Eisemann, M., Lalos, O. Personality characteristics of stress incontinent women: a pilot study. J Psychosom Obstet Gynaecol. 1994 Sep; 15: 165-70

**11657**   Kirschner-Hermanns, R., Klein, H. M., Muller, U., Schafer, W., Jakse, G. Intra-urethral ultrasound in women with stress incontinence. Br J Urol. 1994 Sep; 74: 315-8

**11658**   Kjolhede, P., Ryden, G. Prognostic factors and long-term results of the Burch colposuspension. A retrospective study. Acta Obstet Gynecol Scand. 1994 Sep; 73: 642-7

**11659**   Skoner, M. M., Thompson, W. D., Caron, V. A. Factors associated with risk of stress urinary incontinence in women. Nurs Res. 1994 Sep-Oct; 43: 301-6

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 644 of 300 PageID #: 203083

## American Urological Association, Inc.

### SUI Guidelines Panel

<div align="right">

**Master Bibliography**

**sorted by Procite Number**

</div>

---

**11660**   Thind, P., Lose, G. The effect of bilateral pudendal blockade on the adjunctive urethral closure forces in healthy females. Scand J Urol Nephrol. 1994 Sep; 28: 249-55

**11661**   Nezhat, C. H., Nezhat, F., Nezhat, C. R., Rottenberg, H. Laparoscopic retropubic cystourethropexy. J Am Assoc Gynecol Laparosc. 1994 Aug; 1: 339-49

**11662**   Murphy, K. P., Kliever, E. M., Moore, M. J. The voiding alert system: a new application in the treatment of incontinence. Arch Phys Med Rehabil. 1994 Aug; 75: 924-7

**11663**   Horbach, N. S., Ostergard, D. R. Predicting intrinsic urethral sphincter dysfunction in women with stress urinary incontinence. Obstet Gynecol. 1994 Aug; 84: 188-92

**11664**   Nygaard, I. E., Thompson, F. L., Svengalis, S. L., Albright, J. P. Urinary incontinence in elite nulliparous athletes. Obstet Gynecol. 1994 Aug; 84: 183-7

**11665**   Kelvin, F. M., Maglinte, D. D., Benson, J. T., Brubaker, L. P., Smith, C. Dynamic cystoproctography: a technique for assessing disorders of the pelvic floor in women. AJR Am J Roentgenol. 1994 Aug; 163: 368-70

**11666**   Ordorica, R. C. Surgical repair of stress urinary incontinence. R I Med. 1994 Aug; 77: 275-7

**11667**   Ordorica, R., Stein, B. Incontinence: defining the problem. R I Med. 1994 Aug; 77: 262-3

**11668**   Brown, J. B., Copas, P. R., McDonald, T. W. Urodynamic studies before and after radical hysterectomy. J Tenn Med Assoc. 1994 Aug; 87: 332-4

**11669**   German, K. A., Kynaston, H., Weight, S., Stephenson, T. P. A prospective randomized trial comparing a modified needle suspension procedure with the vagina/obturator shelf procedure for genuine stress incontinence. Br J Urol. 1994 Aug; 74: 188-90

**11670**   Haadem, K. The effects of parturition on female pelvic floor anatomy and function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 326-30

**11671**   Smith, A. R. Role of connective tissue and muscle in pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 317-9

**11672**   Papa Petros, P. E. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Jul 18; 161: 171-2

**11673**   Nitti, V. W., Raz, S. Obstruction following anti-incontinence procedures: diagnosis and treatment with transvaginal urethrolysis. J Urol. 1994 Jul; 152: 93-8

**11674**   Foldspang, A., Mommsen, S. Adult female urinary incontinence and childhood bedwetting. J Urol. 1994 Jul; 152: 85-8

**11675**   Appell, R. A. Urinary incontinence. J Urol. 1994 Jul; 152: 103-4

**11676**   McFarlane, H. J. Anaesthesia and the new generation monoamine oxidase inhibitors. Anaesthesia. 1994 Jul; 49: 597-9

**11677**   Davila, G. W., Ostermann, K. V. The bladder neck support prosthesis: a nonsurgical approach to stress incontinence in adult women. Am J Obstet Gynecol. 1994 Jul; 171: 206-11

**11678**   DeLancey, J. O. Structural support of the urethra as it relates to stress urinary incontinence: the hammock hypothesis. Am J Obstet Gynecol. 1994 Jun; 170: 1713-20; discussion 1720-3

**11679**   Summitt, R. L., Jr, Sipes, D. R., 2nd, Bent, A. E., Ostergard, D. R. Evaluation of pressure transmission ratios in women with genuine stress incontinence and low urethral pressure: a comparative study. Obstet Gynecol. 1994 Jun; 83: 984-8

**11680**   Wheeler, J. S., Jr Osteomyelitis of the pubis: complication of a Stamey urethropexy. J Urol. 1994 Jun; 151: 1638-40

**11681**   Abu-Heija, A. T. Long-term results of colposuspension operation for genuine stress incontinence. Asia Oceania J Obstet Gynaecol. 1994 Jun; 20: 179-81

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 645 of 800 PageID #: 203084

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11682** Dorsey, J. H., Cundiff, G. Laparoscopic procedures for incontinence and prolapse. Curr Opin Obstet Gynecol. 1994 Jun; 6: 223-30

**11683** Hosker, G. L., Mallet, V. T. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence and a comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1994 Jun; 101: 559-60

**11684** Valaitis, S. R., Stanton, S. L. Sacrocolpopexy: a retrospective study of a clinician's experience. Br J Obstet Gynaecol. 1994 Jun; 101: 518-22

**11685** Wall, L. L., Helms, M., Peattie, A. B., Pearce, M., Stanton, S. L. Bladder neck mobility and the outcome of surgery for genuine stress urinary incontinence. A logistic regression analysis of lateral bead- chain cystourethrograms. J Reprod Med. 1994 Jun; 39: 429-35

**11686** Adams, C., Lorish, C., Cushing, C., Willis, E., Jackson, J., Walter, J. Anatomical urinary stress incontinence in women with rheumatoid arthritis: its frequency and coping strategies. Arthritis Care Res. 1994 Jun; 7: 97-103

**11687** Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 45-6

**11688** Lam, A. M., Hyslop, R. Laparoscopic surgery for stress incontinence. Med J Aust. 1994 May 2; 160: 590-1

**11689** Jensen, J. K., Nielsen, F. R., Jr, Ostergard, D. R. The role of patient history in the diagnosis of urinary incontinence. Obstet Gynecol. 1994 May; 83: 904-10

**11690** Beck, R. O., Betts, C. D., Fowler, C. J. Genitourinary dysfunction in multiple system atrophy: clinical features and treatment in 62 cases. J Urol. 1994 May; 151: 1336-41

**11691** Jarvis, G. J. Surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1994 May; 101: 371-4

**11692** Flynn, L., Cell, P., Luisi, E. Effectiveness of pelvic muscle exercises in reducing urge incontinence among community residing elders. J Gerontol Nurs. 1994 May; 20: 23-7

**11693** Watson, R. Continence. Anxious moments. Nurs Times. 1994 Apr 13-19; 90: 82

**11694** Haggar, V. Continence. Cultural challenge. Nurs Times. 1994 Apr 13-19; 90: 71-2

**11695** Whittington, R., Faulds, D. Hormone replacement therapy: I. A pharmacoeconomic appraisal of its therapeutic use in menopausal symptoms and urogenital estrogen deficiency. Pharmacoeconomics. 1994 May; 5: 419-45

**11696** Pidutti, R. W., George, S. W., Morales, A. Correction of recurrent stress urinary incontinence by needle urethropexy with a vaginal wall sling. Br J Urol. 1994 Apr; 73: 418-22

**11697** Deindl, F. M., Vodusek, D. B., Hesse, U., Schussler, B. Pelvic floor activity patterns: comparison of nulliparous continent and parous urinary stress incontinent women. A kinesiological EMG study. Br J Urol. 1994 Apr; 73: 413-7

**11698** Harrison, G. L., Memel, D. S. Urinary incontinence in women: its prevalence and its management in a health promotion clinic. Br J Gen Pract. 1994 Apr; 44: 149-52

**11699** Mouritsen, L., Strandberg, C. Vaginal ultrasonography versus colpo-cysto-urethrography in the evaluation of female urinary incontinence. Acta Obstet Gynecol Scand. 1994 Apr; 73: 338-42

**11700** Wahle, G. R., Young, G. P., Raz, S. Vaginal surgery for stress urinary incontinence. Urology. 1994 Apr; 43: 416-9

**11701** Holschneider, C. H., Solh, S., Lebherz, T. B., Montz, F. J. The modified Pereyra procedure in recurrent stress urinary incontinence: a 15-year review. Obstet Gynecol. 1994 Apr; 83: 573-8

**11702** Rowe, S. J., Thomas, A. J., Jr, Goldfarb, D. A., Klein, E. A., Montague, D. K., Streem, S. B., Novick, A. C. Safety of transurethral surgery in the early postoperative period following an open cardiac procedure. J Urol. 1994 Apr; 151: 902-4

**11703** Turner, T. Continence. Muscle control. Nurs Times. 1994 Mar 9-15; 90: 64-9

**11704** Liapis, A. H., Kalovidoyris, A., Logis, C. D., Hassiakos, D. K., Zourlas, P. A. Transvaginal sonography in the postoperative evaluation of colposuspension. J Gynecol Surg. 1993 Fall; 9: 155-9

---

Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11705    Santarosa, R. P., Blaivas, J. G. Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1994 Mar; 151: 607-11

11706    Lekan-Rutledge, D. Soft sculpture model for teaching pelvic muscle exercises. Urol Nurs. 1994 Mar; 14: 26-7

11707    Virtanen, H., Hirvonen, T., Makinen, J., Kiilholma, P. Outcome of thirty patients who underwent repair of posthysterectomy prolapse of the vaginal vault with abdominal sacral colpopexy. J Am Coll Surg. 1994 Mar; 178: 283-7

11708    Jones, K. R. Ambulatory bio-feedback for stress incontinence exercise regimes: a novel development of the perineometer. J Adv Nurs. 1994 Mar; 19: 509-12

11709    Bo, K. Reproducibility of instruments designed to measure subjective evaluation of female stress urinary incontinence. Scand J Urol Nephrol. 1994 Mar; 28: 97-100

11710    Cummings, J. M., Houston, K. The treatment of urinary incontinence. Hosp Pract (Off Ed) 1994 Feb 15; 29: 97-9, 103, 107

11711    Spence-Jones, C., Kamm, M. A., Henry, M. M., Hudson, C. N. Bowel dysfunction: a pathogenic factor in uterovaginal prolapse and urinary stress incontinence. Br J Obstet Gynaecol. 1994 Feb; 101: 147-52

11712    Mark, S. D., McRae, C. U., Arnold, E. P., Gowland, S. P. Clam cystoplasty for the overactive bladder: a review of 23 cases. Aust N Z J Surg. 1994 Feb; 64: 88-90

11713    Resnick, N. M., Beckett, L. A., Branch, L. G., Scherr, P. A., Wetle, T. Short-term variability of self report of incontinence in older persons. J Am Geriatr Soc. 1994 Feb; 42: 202-7

11714    Bump, R. C., McClish, D. M. Cigarette smoking and pure genuine stress incontinence of urine: a comparison of risk factors and determinants between smokers and nonsmokers. Am J Obstet Gynecol. 1994 Feb; 170: 579-82

11715    Couillard, D. R., Deckard-Janatpour, K. A., Stone, A. R. The vaginal wall sling: a compressive suspension procedure for recurrent incontinence in elderly patients. Urology. 1994 Feb; 43: 203-8

11716    Dwyer, P. L., Desmedt, E. Impaired bladder emptying in women. Aust N Z J Obstet Gynaecol. 1994 Feb; 34: 73-8

11717    Haylen, B. T. Laparoscopic surgery for urinary incontinence. Med J Aust. 1994 Jan 3; 160: 42-3

11718    Taylor, J. D., Tsokos, N. A retroperitoneal approach to surgery for stress incontinence using the laparoscope. Med J Aust. 1994 Jan 3; 160: 42

11719    Seman, E., O'Shea, R. T. Laparoscopic Burch colposuspension--a new approach for stress incontinence. Med J Aust. 1994 Jan 3; 160: 42

11720    Golomb, J., Goldwasser, B., Mashiach, S. Raz bladder neck suspension in women younger than sixty-five years compared with elderly women: three years' experience. Urology. 1994 Jan; 43: 40-3

11721    Fantl, J. A., Cardozo, L., McClish, D. K. Estrogen therapy in the management of urinary incontinence in postmenopausal women: a meta-analysis. First report of the Hormones and Urogenital Therapy Committee. Obstet Gynecol. 1994 Jan; 83: 12-8

11722    Wiskind, A. K., Miller, K. F., Wall, L. L. One hundred unstable bladders. Obstet Gynecol. 1994 Jan; 83: 108-12

11723    Grunberger, W., Grunberger, V., Wierrani, F. Pelvic promontory fixation of the vaginal vault in sixty-two patients with prolapse after hysterectomy. J Am Coll Surg. 1994 Jan; 178: 69-72

11724    Schick, E. Regarding 'Reproducibility of pressure transmission ratios in stress incontinent women'. Neurourol Urodyn. 1994; 13: 81-3

11725    Schiotz, H. A. One month maximal electrostimulation for genuine stress incontinence in women. Neurourol Urodyn. 1994; 13: 43-50

11726    Guner, H., Yildiz, A., Erdem, A., Erdem, M., Tiftik, Z., Yildirim, M. Surgical treatment of urinary stress incontinence by a suburethral sling procedure using a Mersilene mesh graft. Gynecol Obstet Invest. 1994; 37: 52-5

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**11727**    Bergman, A., Elia, G., Cheung, D., Perelman, N., Nimni, M. E. Biochemical composition of collagen in continent and stress urinary incontinent women. Gynecol Obstet Invest. 1994; 37: 48-51

**11728**    Caffrey, R. Continence. A personal plan. Nurs Times. 1994 Jan 26-Feb 1; 90: 84-6

**11729**    Kiilholma, P. J., Makinen, J. I., Pitkanen, Y. A., Varpula, M. J. Perineal ultrasound: an alternative for radiography for evaluating stress urinary incontinence in females. Ann Chir Gynaecol Suppl. 1994; 208: 43-5

**11730**    Dorschner, W., Stolzenburg, J. U. A new theory of micturition and urinary continence based on histomorphological studies. 3. The two parts of the musculus sphincter urethrae: physiological importance for continence in rest and stress. Urol Int. 1994; 52: 185-8

**11731**    De Jong, P. R., Pontin, A., Pillay, G. Where is the bladder neck following needle suspension operations?. Clin Exp Obstet Gynecol. 1994; 21: 10-3

**11732**    Athanassopoulos, A., Melekos, M. D., Speakman, M., Perimenis, P., Markou, S., Barbalias, G. A. Stamey endoscopic vesical neck suspension in female urinary stress incontinence: results and changes in various urodynamic parameters. Int Urol Nephrol. 1994; 26: 293-9

**11733**    Bercovich, E., Manferrari, F., Fiore, F. A new device for self-adjustment of colposuspension. Eur Urol. 1994; 26: 189-92

**11734**    Ulmsten, U., Johnson, P., Petros, P. Intravaginal slingplasty. Zentralbl Gynakol. 1994; 116: 398-404

**11735**    Gunnarsson, M., Mattiasson, A. Circumvaginal surface electromyography in women with urinary incontinence and in healthy volunteers. Scand J Urol Nephrol Suppl. 1994; 157: 89-95

**11736**    Kuo, H. C., Chang, S. C., Hsu, T. Application of transrectal sonography in the diagnosis and treatment of female stress urinary incontinence. Eur Urol. 1994; 26: 77-84

**11737**    Porru, D., Usai, E. Standard and extramural ambulatory urodynamic investigation for the diagnosis of detrusor instability-correlated incontinence and micturition disorders. Neurourol Urodyn. 1994; 13: 237-42

**11738**    Mayer, R., Wells, T. J., Brink, C. A., Clark, P. Correlations between dynamic urethral profilometry and perivaginal pelvic muscle activity. Neurourol Urodyn. 1994; 13: 227-35

**11739**    Stanley, K. E., Winfield, H. N., Donovan, J. F. Urologic laparoscopy. Surg Annu. 1994; 26: 67-88

**11740**    Wedenberg, K., Ronquist, G., Waldenstrom, A., Ulmsten, U. Low energy charge and high adenosine content in smooth muscle of human bladder in comparison with striated muscle. Int J Clin Lab Res. 1994; 24: 230-2

**11741**    Beco, J., Leonard, D., Lambotte, R. Study of the artefacts induced by linear array transvaginal ultrasound scanning in urodynamics. World J Urol. 1994; 12: 329-32

**11742**    Mommsen, S., Foldspang, A. Body mass index and adult female urinary incontinence. World J Urol. 1994; 12: 319-22

**11743**    Erol, A., Sargin, S. Y., Dalva, I., Gunes, Z. E., Akbay, E., Yazicioglu, A. H. Endoscopic transvaginal bladder neck suspension for stress urinary incontinence. Int Urol Nephrol. 1994; 26: 513-8

**11744**    Kondo, A., Kapoor, R., Ohmura, M., Saito, M. Functional obstruction of the female urethra: relevance to refractory bed wetting and recurrent urinary tract infection. Neurourol Urodyn. 1994; 13: 541-6

**11745**    Kondo, A., Narushima, M., Yoshikawa, Y., Hayashi, H. Pelvic fascia strength in women with stress urinary incontinence in comparison with those who are continent. Neurourol Urodyn. 1994; 13: 507-13

**11746**    Langer, R., Schneider, D., Ariely, S., Bukovsky, I., Caspi, E. A new colpo-needle suspension for the surgical treatment of stress incontinence: a 2-year follow-up. Eur Urol. 1994; 26: 258-61

**11747**    Lampel, A., Fokaefs, E., Hohenfellner, M., Lazica, M., Thuroff, J. W. Free versus pedicled fascial flaps--a chronic animal study. Investig Urol (Berl). 1994; 5: 165-70

**11748**    Mouritsen, L., Bach, P. Ultrasonic evaluation of bladder neck position and mobility: the influence of urethral catheter, bladder volume, and body position. Neurourol Urodyn. 1994; 13: 637-46

## American Urological Association, Inc.

### SUI Guidelines Panel

**11749** Hanzal, E., Joura, E. M., Haeusler, G., Koelbl, H. Influence of catheterisation on the results of sonographic urethrocystography in patients with genuine stress incontinence. Arch Gynecol Obstet. 1994; 255: 189-93

**11750** Athanassopoulos, A., Melekos, M., Perimenis, P., Markou, S., Speakman, M., Barbalias, G. Evaluation of urodynamic parameters following Burch colposuspension. Urol Int. 1994; 53: 150-4

**11751** Taylor, J. D., Tsokos, N. Retroperitoneal laparoscopic surgery for stress incontinence. Lancet. 1993 Dec 18-25; 342: 1564-5

**11752** Boemers, T. M., van Gool, J. D., de Jong, T. P. Displacement of incontinence device into the bladder. Br J Urol. 1993 Dec; 72: 985

**11753** Virtanen, H., Makinen, J., Tenho, T., Kiilholma, P., Pitkanen, Y., Hirvonen, T. Effects of abdominal hysterectomy on urinary and sexual symptoms. Br J Urol. 1993 Dec; 72: 868-72

**11754** Wall, L. L. The muscles of the pelvic floor. Clin Obstet Gynecol. 1993 Dec; 36: 910-25

**11755** Klutke, C. G., Moore, S., Shea, L., Lindquist, S., Davis, K. A., Craven, C. L. Stress urinary incontinence in women: surgical treatment. Urol Nurs. 1993 Dec; 13: 116-9

**11756** Viktrup, L., Lose, G. Epidural anesthesia during labor and stress incontinence after delivery. Obstet Gynecol. 1993 Dec; 82: 984-6

**11757** Ou, C. S., Presthus, J., Beadle, E. Laparoscopic bladder neck suspension using hernia mesh and surgical staples. J Laparoendosc Surg. 1993 Dec; 3: 563-6

**11758** Bortel, D. T. Candida osteomyelitis pubis following a Marshall-Marchetti procedure. Orthopedics. 1993 Dec; 16: 1353-5

**11759** Chalmers, C. Continence. A psychological approach. Nurs Times. 1993 Nov 24-30; 89: 68-74

**11760** Liu, C. Y., Paek, W. Laparoscopic retropubic colposuspension (Burch procedure). J Am Assoc Gynecol Laparosc. 1993 Nov; 1: 31-5

**11761** McGuire, E. J., Fitzpatrick, C. C., Wan, J., Bloom, D., Sanvordenker, J., Ritchey, M., Gormley, E. A. Clinical assessment of urethral sphincter function. J Urol. 1993 Nov; 150: 1452-4

**11762** Foster, H. E., McGuire, E. J. Management of urethral obstruction with transvaginal urethrolysis. J Urol. 1993 Nov; 150: 1448-51

**11763** Kadakia, S. C. Urinary incontinence associated with dysphagia. Gastrointest Endosc. 1993 Nov-Dec; 39: 860-1

**11764** Kirschner-Hermanns, R., Wein, B., Niehaus, S., Schaefer, W., Jakse, G. The contribution of magnetic resonance imaging of the pelvic floor to the understanding of urinary incontinence. Br J Urol. 1993 Nov; 72: 715-8

**11765** Iliev, V. N., Jelovsek, F. R. Urodynamics in female incontinence: basic testing. J Tenn Med Assoc. 1993 Nov; 86: 487-90

**11766** Petros, P. E., Ulmsten, U. Tests for 'detrusor instability' in women. These mainly measure the urethral resistance created by pelvic floor contraction acting against a premature activation of the micturition reflex. Acta Obstet Gynecol Scand. 1993 Nov; 72: 661-7

**11767** Fonda, D., Brimage, P. J., D'Astoli, M. Simple screening for urinary incontinence in the elderly: comparison of simple and multichannel cystometry. Urology. 1993 Nov; 42: 536-40

**11768** Bagi, P., Thind, P., Colstrup, H. In vivo evaluation of visco-elasticity in a biological tube. Part 1. Stress relaxation in the female urethra studied by cross-sectional area and pressure measurements. Med Biol Eng Comput. 1993 Nov; 31: 576-9

**11769** Vierhout, M. E., Gianotten, W. L. Mechanisms of urine loss during sexual activity. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 45-7

**11770** Debodinance, P., Querleu, D. Comparison of the Bologna and Ingelman-Sundberg procedures for stress incontinence associated with genital prolapse: prospective randomized study. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 35-40

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**11771**   Richmond, D. The incontinent woman: 1. Br J Hosp Med. 1993 Oct 6-19; 50: 418-23

**11772**   Richmond, D. The incontinent woman: 2. Br J Hosp Med. 1993 Oct 20-Nov 2; 50: 490-2

**11773**   Ekstrom, J., Iosif, C. S., Malmberg, L. Effects of long-term treatment with estrogen and progesterone on in vitro muscle responses of the female rabbit urinary bladder and urethra to autonomic drugs and nerve stimulation. J Urol. 1993 Oct; 150: 1284-8

**11774**   Sexton, D. J., Heskestad, L., Lambeth, W. R., McCallum, R., Levin, L. S., Corey, G. R. Postoperative pubic osteomyelitis misdiagnosed as osteitis pubis: report of four cases and review. Clin Infect Dis. 1993 Oct; 17: 695-700

**11775**   McIntosh, L. J., Mallett, V. T., Richardson, D. A. Complications from permanent suture in surgery for stress urinary incontinence. A report of two cases. J Reprod Med. 1993 Oct; 38: 823-5

**11776**   Karram, M. M., Rosenzweig, B. A., Bhatia, N. N. Artificial urinary sphincter for recurrent/severe stress incontinence in women. Urogynecologic perspective. J Reprod Med. 1993 Oct; 38: 791-4

**11777**   Srinivasan, V., Blackford, H. N. Genuine stress incontinence induced by prazosin. Br J Urol. 1993 Oct; 72: 510

**11778**   Nielsen, K. K., Walter, S., Maegaard, E., Kromann-Andersen, B. The urethral plug II: an alternative treatment in women with genuine urinary stress incontinence. Br J Urol. 1993 Oct; 72: 428-32

**11779**   Hahn, I., Milsom, I., Fall, M., Ekelund, P. Long-term results of pelvic floor training in female stress urinary incontinence. Br J Urol. 1993 Oct; 72: 421-7

**11780**   O'Dowd, T. C. Management of urinary incontinence in women. Br J Gen Pract. 1993 Oct; 43: 426-9

**11781**   Ceresoli, A., Zanetti, G., Seveso, M., Bustros, J., Montanari, E., Guarneri, A., Tzoumas, S. Perineal biofeedback versus pelvic floor training in the treatment of urinary incontinence. Arch Ital Urol Androl. 1993 Oct; 65: 559-60

**11782**   Raboy, A., Hakim, L. S., Ferzli, G., Antario, J. M., Albert, P. S. Extraperitoneal endoscopic vesicourethral suspension. J Laparoendosc Surg. 1993 Oct; 3: 505-8

**11783**   Fitzpatrick, C., Swierzewski, S. J., 3rd, McGuire, E. J. Periurethral collagen for urinary incontinence after gender reassignment surgery. Urology. 1993 Oct; 42: 458-60

**11784**   Wyman, J. F., Elswick, R. K., Jr, Ory, M. G., Wilson, M. S., Fantl, J. A. Influence of functional, urological, and environmental characteristics on urinary incontinence in community-dwelling older women. Nurs Res. 1993 Sep-Oct; 42: 270-5

**11785**   Lopez, A. E., Padron, O. F., Patsias, G., Politano, V. A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-8

**11786**   Dougherty, M., Bishop, K., Mooney, R., Gimotty, P., Williams, B. Graded pelvic muscle exercise. Effect on stress urinary incontinence. J Reprod Med. 1993 Sep; 38: 684-91

**11787**   Caputo, R. M., Benson, J. T., McClellan, E. Intravaginal maximal electrical stimulation in the treatment of urinary incontinence. J Reprod Med. 1993 Sep; 38: 667-71

**11788**   McIntosh, L. J., Frahm, J. D., Mallett, V. T., Richardson, D. A. Pelvic floor rehabilitation in the treatment of incontinence. J Reprod Med. 1993 Sep; 38: 662-6

**11789**   Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 535-8

**11790**   Elser, D. M., Fantl, J. A. Pelvic relaxation of the anterior compartment. Curr Opin Obstet Gynecol. 1993 Aug; 5: 446-51

**11791**   Wall, L. L. Medical management of pelvic relaxation. Curr Opin Obstet Gynecol. 1993 Aug; 5: 440-5

**11792**   Barnick, C. G., Cardozo, L. D. A comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1993 Aug; 100: 754-7

**11793**   Barnick, C. G., Cardozo, L. D. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence: an electromyographic study. Br J Obstet Gynaecol. 1993 Aug; 100: 750-3

**11794**   McConnell, E. A. Teaching a patient to perform Kegel exercises. Nursing. 1993 Aug; 23: 90

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 590 of 800 PageID #: 203089
Page 648 of 910

# American Urological Association, Inc.

## SUI Guidelines Panel

**11795**    Churchill, B. M., Aliabadi, H., Landau, E. H., McLorie, G. A., Steckler, R. E., McKenna, P. H., Khoury, A. E. Ureteral bladder augmentation. J Urol. 1993 Aug; 150: 716-20

**11796**    Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-2

**11797**    Jolleys, J. Urinary incontinence. Practitioner. 1993 Aug; 237: 630-3

**11798**    Harewood, L. M. Laparoscopic needle colposuspension for genuine stress incontinence. J Endourol. 1993 Aug; 7: 319-22

**11799**    Virtanen, H. S., Makinen, J. I. Retrospective analysis of 711 patients operated on for pelvic relaxation in 1983-1989. Int J Gynaecol Obstet. 1993 Aug; 42: 109-15

**11800**    Liu, C. Y. Laparoscopic retropubic colposuspension (Burch procedure). A review of 58 cases. J Reprod Med. 1993 Jul; 38: 526-30

**11801**    Elia, G., Bergman, A. Estrogen effects on the urethra: beneficial effects in women with genuine stress incontinence. Obstet Gynecol Surv. 1993 Jul; 48: 509-17

**11802**    Moore, K., Griffiths, D., Latimer, G., Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-8

**11803**    Burns, P. A., Pranikoff, K., Nochajski, T. H., Hadley, E. C., Levy, K. J., Ory, M. G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-74

**11804**    Mommsen, S., Foldspang, A., Elving, L., Lam, G. W. Association between urinary incontinence in women and a previous history of surgery. Br J Urol. 1993 Jul; 72: 30-7

**11805**    Wise, B. G., Cardozo, L. D., Cutner, A., Benness, C. J., Burton, G. Prevalence and significance of urethral instability in women with detrusor instability. Br J Urol. 1993 Jul; 72: 26-9

**11806**    Jozwik, M. Stress urinary incontinence in women--an overuse syndrome. Med Hypotheses. 1993 Jun; 40: 381-2

**11807**    Geirsson, G., Fall, M., Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-5

**11808**    Gray, M., King, C. J. Urodynamic evaluation of the intrinsically incompetent sphincter. Urol Nurs. 1993 Jun; 13: 67-9

**11809**    Nghiem Toan, N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence. Am J Obstet Gynecol. 1993 May; 168: 1642

**11810**    Swierzewski, S. J., 3rd, McGuire, E. J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-4

**11811**    Rechberger, T., Donica, H., Baranowski, W., Jakowicki, J. Female urinary stress incontinence in terms of connective tissue biochemistry. Eur J Obstet Gynecol Reprod Biol. 1993 May; 49: 187-91

**11812**    Wyman, J. F. Managing urinary incontinence with bladder training: a case study. J ET Nurs. 1993 May-Jun; 20: 121-6

**11813**    Herbertsson, G., Iosif, C. S. Surgical results and urodynamic studies 10 years after retropubic colpourethrocystopexy. Acta Obstet Gynecol Scand. 1993 May; 72: 298-301

**11814**    Kvale, J. N., Kvale, J. K. Common gynecologic problems after age 75. Postgrad Med. 1993 Apr; 93: 263-8, 271-2

**11815**    Nitti, V. W., Bregg, K. J., Sussman, E. M., Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-7

**11816**    Raz, S., Nitti, V. W., Bregg, K. J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-30

**11817**    Mouritsen, L., Strandberg, C., Jensen, A. R., Berget, A., Frimodt-Moller, C., Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-4

**American Urological Association, Inc.**

SUI Guidelines Panel

11818    Ng, R. K., Murray, A. Can we afford to take short cuts in the management of stress urinary incontinence?. Singapore Med J. 1993 Apr; 34: 121-4

11819    Bohm-Velez, M., Mendelson, E. B. Transperineal ultrasound assists in GU diagnoses. Diagn Imaging (San Franc). 1993 Apr; Suppl: 48-53, 64

11820    Tokunaka, S., Fujii, H., Hashimoto, H., Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-4

11821    Grimby, A., Milsom, I., Molander, U., Wiklund, I., Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-9

11822    Scotti, R. J., Myers, D. L. A comparison of the cough stress test and single-channel cystometry with multichannel urodynamic evaluation in genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 430-3

11823    Hanzal, E., Berger, E., Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-9

11824    Bump, R. C. Racial comparisons and contrasts in urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1993 Mar; 81: 421-5

11825    Lalos, O., Berglund, A. L., Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

11826    Gregory, S. P., Holt, P. E. Comparison of stressed simultaneous urethral pressure profiles between anesthetized continent and incontinent bitches with urethral sphincter mechanism incompetence. Am J Vet Res. 1993 Feb; 54: 216-22

11827    Lotenfoe, R., O'Kelly, J. K., Helal, M., Lockhart, J. L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-82

11828    Elia, G., Bergman, A. Pelvic muscle exercises: when do they work?. Obstet Gynecol. 1993 Feb; 81: 283-6

11829    Kiilholma, P., Makinen, J., Chancellor, M. B., Pitkanen, Y., Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-5

11830    Stricker, P., Haylen, B. Injectable collagen for type 3 female stress incontinence: the first 50 Australian patients. Med J Aust. 1993 Jan 18; 158: 89-91

11831    Sandvik, H., Kveine, E., Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-6

11832    Ramsay, I. N., Hilton, P., Cox, T. F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

11833    Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

11834    Hubner, W. A., Trigo-Rocha, F., Plas, E. G., Tanagho, E. A. Urethral function after cystectomy: a canine in vivo experiment. Urol Res. 1993 Jan; 21: 45-8

11835    Gambino, J., Cohen, A. J., Friedenberg, R. M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

11836    Harrison, S. C., Brown, C., O'Boyle, P. J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-7

11837    Dewan, P. A., Byard, R. W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and Long-term follow-up of women treated with periurethral Teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

11838    Dewan, P. A., Byard, R. W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

Case 2:12-md-02327 Document 1080-10 Filed 09/19/13 Page 592 of 800 PageID #: 203091

11839   Thorpe, A. C., Williams, N. S., Badenoch, D. F., Blandy, J. P., Grahn, M. F. Simultaneous dynamic electromyographic proctography and cystometrography. Br J Surg. 1993 Jan; 80: 115-20

11840   Lindell, L. Suburethral sling--an old procedure revisited. Iowa Med. 1993 Jan; 83: 25-6

11841   Molander, U. Urinary incontinence and related urogenital symptoms in elderly women. Acta Obstet Gynecol Scand Suppl. 1993; 158: 1-22

11842   Woodtli, M. A. Assessing urge incontinence in elderly women. Geriatr Nurs. 1993 Jan-Feb; 14: 19-22

11843   Bosman, G., Vierhout, M. E., Huikeshoven, F. J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-9

11844   Weil, E. H., van Waalwijk van Doorn, E. S., Heesakkers, J. P., Meguid, T., Janknegt, R. A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-30

11845   Petros, P. E., Ulmsten, U. Natural volume handwashing urethrocystometry: a physiological technique for the objective diagnosis of the unstable detrusor. Gynecol Obstet Invest. 1993; 36: 42-6

11846   Walter, J. S., Wheeler, J. S., Morgan, C., Zaszczurynski, P., Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-6

11847   Petros, P. E., Ulmsten, U. Bladder instability in women: a premature activation of the micturition reflex. Neurourol Urodyn. 1993; 12: 235-9

11848   Nochajski, T. H., Burns, P. A., Pranikoff, K., Dittmar, S. S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-33

11849   Leach, G. E., Sirls, L. T., Ganabathi, K., Zimmern, P. E. L N S C3: a proposed classification system for female urethral diverticula. Neurourol Urodyn. 1993; 12: 523-31

11850   Contreras Ortiz, O., Lombardo, R. J., Pellicari, A. Non-invasive diagnosis of bladder instability using the Bladder Instability Discriminant Index (BIDI). Zentralbl Gynakol. 1993; 115: 446-9

11851   Meyer, S., de Grandi, P., Kuntzer, T., Hurlimann, P., Schmidt, N. Birth trauma: its effect on the urine continence mechanisms. Gynakol Geburtshilfliche Rundsch. 1993; 33: 236-42

11852   Petros, P. E., Ulmsten, U. I. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephrol Suppl. 1993; 153: 1-93

11853   Kiilholma, P. J., Chancellor, M. B., Makinen, J., Hirsch, I. H., Klemi, P. J. Complications of Teflon injection for stress urinary incontinence. Neurourol Urodyn. 1993; 12: 131-7

11854   Richardson, D. A., Ramahi, A. Reproducibility of pressure transmission ratios in stress incontinent women. Neurourol Urodyn. 1993; 12: 123-30

11855   Hopkins, M. P., Morley, G. W. Pelvic exenteration for the treatment of vulvar cancer. Cancer. 1992 Dec 15; 70: 2835-8

11856   Foldspang, A., Mommsen, S., Lam, G. W., Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

11857   Lam, G. W., Foldspang, A., Elving, L. B., Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-70

11858   Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-4

11859   Phillips, T. H., Zeidman, E. J., Thompson, I. M. The fate of buried vaginal epithelium. J Urol. 1992 Dec; 148: 1941-3

11860   Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-8

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-16 Filed 09/13/16 Page 593 of 300 PageID #: 203092

## American Urological Association, Inc.

**SUI Guidelines Panel**

11861   Albala, D. M., Schuessler, W. W., Vancaillie, T. G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-6

11862   Lagro-Janssen, A. L., Debruyne, F. M., Van Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

11863   Bump, R. C., McClish, D. K. Cigarette smoking and urinary incontinence in women. Am J Obstet Gynecol. 1992 Nov; 167: 1213-8

11864   Benderev, T. V. Anchor fixation and other modifications of endoscopic bladder neck suspension. Urology. 1992 Nov; 40: 409-18

11865   Chan, K. M., Lim, P. H., Chee, Y. C., Jayaratnam, F. J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-7

11866   Resnick, N. M. Urinary incontinence in older adults. Hosp Pract (Off Ed). 1992 Oct 15; 27: 139-42, 147, 150 passim

11867   Fowler, C. J., Betts, C. D., Christmas, T. J., Swash, M., Fowler, C. G. Botulinum toxin in the treatment of chronic urinary retention in women. Br J Urol. 1992 Oct; 70: 387-9

11868   Papa Petros, P. E., Ulmsten, U. An analysis of rapid pad testing and the history for the diagnosis of stress incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 529-36

11869   Non-surgical treatment of stress incontinence. Lancet. 1992 Sep 12; 340: 643-4

11870   Keane, D. P., Eckford, S. D. Surgical treatment of urinary stress incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 308-13

11871   Smith, N. Application of urodynamics to incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-90

11872   Barrows, B., Bavendam, T., Leach, G. E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-5

11873   Kursh, E. D. Factors influencing the outcome of a no incision endoscopic urethropexy. Surg Gynecol Obstet. 1992 Sep; 175: 254-8

11874   Brodak, P. P., Juma, S., Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-3

11875   Raz, S., Sussman, E. M., Erickson, D. B., Bregg, K. J., Nitti, V. W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-50

11876   Lagro-Janssen, A. L., Debruyne, F. M., Smits, A. J., van Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-9

11877   Lagro-Janssen, T., Smits, A., Van Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-6

11878   Ogundipe, A., Rosenzweig, B. A., Karram, M. M., Blumenfeld, D., Bhatia, N. N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-6

11879   Miyazaki, F., Shook, G. Ilioinguinal nerve entrapment during needle suspension for stress incontinence. Obstet Gynecol. 1992 Aug; 80: 246-8

11880   Keane, D. P., Eckford, S. D., Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-64

11881   Bump, R. C., Sugerman, H. J., Fantl, J. A., McClish, D. K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7; discussion 397-9

11882   Karram, M. M., Angel, O., Koonings, P., Tabor, B., Bergman, A., Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-8

11883   Walters, M. D., Realini, J. P., Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-8

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 11884 | Vierhout, M. E., Mulder, A. F. De novo detrusor instability after Burch colposuspension. Acta Obstet Gynecol Scand. 1992 Aug; 71: 414-6 |
| 11885 | Wise, B. G., Burton, G., Cutner, A., Cardozo, L. D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-6 |
| 11886 | Klein, L., Pollack, H. M. Computed tomography and magnetic resonance imaging of the female lower urinary tract. Radiol Clin North Am. 1992 Jul; 30: 843-60 |
| 11887 | Thind, P., Lose, G., Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-9 |
| 11888 | Summitt, R. L., Jr, Stovall, T. G., Bent, A. E., Ostergard, D. R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40; discussion 1840-4 |
| 11889 | Goodno, J. A., Jr, Powers, T. W. Modified retropubic cystourethropexy. II. Am J Obstet Gynecol. 1992 Jun; 166: 1678-81; discussion 1681-2 |
| 11890 | Walker, G. T., Texter, J. H., Jr Success and patient satisfaction following the Stamey procedure for stress urinary incontinence. J Urol. 1992 Jun; 147: 1521-3 |
| 11891 | Meyer, S., Dhenin, T., Schmidt, N., De Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-8 |
| 11892 | Beckingham, I. J., Wemyss-Holden, G., Lawrence, W. T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-3 |
| 11893 | Rachagan, S. P., Mathews, A. Urinary incontinence caused by prazosin. Singapore Med J. 1992 Jun; 33: 308-9 |
| 11894 | Sampselle, C. M. What is the role of pelvic muscle exercise (PME) in the prevention and treatment of stress urinary incontinence (SUI)?. NAACOG Newsl. 1992 Jun; 19: 11 |
| 11895 | Ulmsten, U., Petros, P. Surgery for female urinary incontinence. Curr Opin Obstet Gynecol. 1992 Jun; 4: 456-62 |
| 11896 | Webster, G. D., Perez, L. M., Khoury, J. M., Timmons, S. L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503 |
| 11897 | Gillon, G., Engelstein, D., Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-6 |
| 11898 | Viktrup, L., Lose, G., Rolff, M., Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-9 |
| 11899 | Weiss, R. E., Cohen, E. Erosion of buttress following bladder neck suspension. Br J Urol. 1992 Jun; 69: 656-7 |
| 11900 | De Muylder, X., Claes, H., Neven, P., De Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-8 |
| 11901 | Cardozo, L., Brindley, G. S. Endoscopically guided bladder neck suspension for continence in paraplegic women with implant driven micturition. Paraplegia. 1992 May; 30: 336-8 |
| 11902 | Juma, S., Little, N. A., Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-8 |
| 11903 | Wall, L. L., Davidson, T. G. The role of muscular re-education by physical therapy in the treatment of genuine stress urinary incontinence. Obstet Gynecol Surv. 1992 May; 47: 322-31 |
| 11904 | van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Conventional and extramural ambulatory urodynamic testing of the lower urinary tract in female volunteers. J Urol. 1992 May; 147: 1319-25; discussion 1326 |
| 11905 | Kelly, J. Vesico-vaginal and recto-vaginal fistulae. J R Soc Med. 1992 May; 85: 257-8 |
| 11906 | Petros, P. E., Ulmsten, U. Stress incontinence following vaginal repair. Acta Obstet Gynecol Scand. 1992 May; 71: 323 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

11907   Phua, S. M., Low, J. J., Chew, S. Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-42

11908   Bonney, W. Voiding dysfunction and incontinence. Iowa Med. 1992 Apr; 82: 173-5

11909   Baker, K. R., Drutz, H. P. Age as a risk factor in major genitourinary surgery. Can J Surg. 1992 Apr; 35: 188-91

11910   Awad, S. A., Gajewski, J. B., Katz, N. O., Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-7

11911   Rosenzweig, B. A., Pushkin, S., Blumenfeld, D., Bhatia, N. N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-42

11912   O'Brien, J. Measuring and treating urinary incontinence. Nurs Times. 1992 Apr 1-7; 88: 51-2

11913   Niecestro, R. M., Wheeler, J. S.,  Jr, Nanninga, J., Einhorn, C., Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-9

11914   Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1992 Mar; 99: 271

11915   Sampselle, C. M., DeLancey, J. O. The Urine Stream Interruption Test and pelvic muscle function. Nurs Res. 1992 Mar-Apr; 41: 73-7

11916   Colling, J., Ouslander, J., Hadley, B. J., Eisch, J., Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-41

11917   Johnson, J. D., Lamensdorf, H., Hollander, I. N., Thurman, A. E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-5

11918   Brieger, G., Korda, A. The effect of obesity on the outcome of successful surgery for genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1992 Feb; 32: 71-2

11919   Duncan, H. J., Nurse, D. E., Mundy, A. R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-3

11920   Thind, P., Lose, G., Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-40

11921   Dimpfl, T., Hesse, U., Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33

11922   Thind, P., Lose, G. Urethral stress relaxation phenomenon in healthy and stress incontinent women. Br J Urol. 1992 Jan; 69: 75-8

11923   O'Flynn, K. J., Murphy, R., Thomas, D. G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40

11924   Ganabathi, K., Abrams, P., Mundy, A. R., Dwyer, P. L., Glenning, P. P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-7

11925   Kieswetter, H., Fischer, M., Wober, L., Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-5

11926   Dwyer, P. L., Teele, J. S. Prazosin: a neglected cause of genuine stress incontinence. Obstet Gynecol. 1992 Jan; 79: 117-21

11927   Iosif, C. S. Effects of protracted administration of estriol on the lower genito urinary tract in postmenopausal women. Arch Gynecol Obstet. 1992; 251: 115-20

11928   Wijma, J., Tinga, D. J., Visser, G. H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-4

11929   O'Donnell, P. D. Combined Raz urethral suspension and McGuire pubovaginal sling for treatment of complicated stress urinary incontinence. J Ark Med Soc. 1992 Jan; 88: 389-92

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 596 of 800 PageID #: 203095

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**11930**  Lopez Lopez, J. A., Valdivia Uria, J. G., Ucar Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-70

**11931**  Klutke, C. G. Advances in therapy of female stress incontinence. Henry Ford Hosp Med J. 1992; 40: 118-21

**11932**  Cardozo, L. Urinary incontinence in women: have we anything new to offer?. BMJ. 1991 Dec 7; 303: 1453-7

**11933**  Beck, R. P., McCormick, S., Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-8

**11934**  Wein, A. J. Oral and intravaginal estrogens alone and in combination with alpha- adrenergic stimulation in genuine stress incontinence. J Urol. 1991 Dec; 146: 1670-1

**11935**  Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-8

**11936**  MacArthur, C., Lewis, M., Knox, E. G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-5

**11937**  Rosenzweig, B. A., Hischke, D., Thomas, S., Nelson, A. L., Bhatia, N. N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-8

**11938**  Robertson, A. S., Davies, J. B., Webb, R. J., Neal, D. E. Bladder augmentation and replacement. Urodynamic and clinical review of 25 patients. Br J Urol. 1991 Dec; 68: 590-7

**11939**  Eckford, S. D., Abrams, P. Para-urethral collagen implantation for female stress incontinence. Br J Urol. 1991 Dec; 68: 586-9

**11940**  Ramon, J., Mekras, J., Webster, G. D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-22

**11941**  Burgio, K. L., Matthews, K. A., Engel, B. T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-9

**11942**  Fossaluzza, V., Di Benedetto, P., Zampa, A., De Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-4

**11943**  Lagro-Janssen, T. L., Debruyne, F. M., Smits, A. J., van Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-9

**11944**  Lee, K. S., Chan, C. J., Merriman, A., Tan, E. C., Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-9

**11945**  Caspi, E., Langer, R. Colpo-needle suspension for the treatment of urinary stress incontinence--a new surgical technique. Br J Obstet Gynaecol. 1991 Nov; 98: 1183-4

**11946**  Cutner, A., Cardozo, L. D., Wise, B. G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-3

**11947**  Hilton, P., Mayne, C. J. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1991 Nov; 98: 1141-9

**11948**  Poole, M. D., Postma, D. S. Characterization of cough associated with angiotensin-converting enzyme inhibitors. Otolaryngol Head Neck Surg. 1991 Nov; 105: 714-6

**11949**  de Jong, P. Easier needle bladder-neck suspension procedure. S Afr Med J. 1991 Oct 5; 80: 360

**11950**  Hanzal, E., Berger, E., Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress urinary incontinence. Br J Urol. 1991 Oct; 68: 369-71

**11951**  Varner, R. E., Sparks, J. M. Surgery for stress urinary incontinence. Surg Clin North Am. 1991 Oct; 71: 1111-34

**11952**  Raz, S., Little, N. A., Juma, S., Sussman, E. M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-92

**11953**  Cammu, H., Van Nylen, M., Derde, M. P., DeBruyne, R., Amy, J. J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-7

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 657 of 800 PageID #: 203096

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**11954** Versi, E., Cardozo, L., Cooper, D. J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-70

**11955** Marshall, S. Conservative management of stress urinary incontinence. Urology. 1991 Sep; 38: 294

**11956** Smart, R. F. Polytef paste for urinary incontinence. Aust N Z J Surg. 1991 Sep; 61: 663-6

**11957** Wells, T. J., Brink, C. A., Diokno, A. C., Wolfe, R., Gillis, G. L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-91

**11958** Huddleston, H. T., Dunnihoo, D. R., Otterson, W. O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

**11959** Versi, E., Cardozo, L., Anand, D., Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-9

**11960** Shull, B. L. Urologic surgical techniques. Curr Opin Obstet Gynecol. 1991 Aug; 3: 534-40

**11961** Webb, R. J., Ramsden, P. D., Neal, D. E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-52

**11962** Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-3

**11963** Timmons, M. C., Addison, W. A. Choice of operation for genuine stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 528-33

**11964** Wise, B., Cardozo, L. Urge incontinence and stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 520-7

**11965** Richardson, D. A. Investigative procedures in urogynecology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 513-9

**11966** Meyer, S., DeGrandi, P., Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-60

**11967** Stein, M., Weinberg, J. J. Polytetrafluoroethylene vs. polypropylene suture for endoscopic bladder neck suspension. Urology. 1991 Aug; 38: 119-22

**11968** Carey, M. P., Dwyer, P. L. Position and mobility of the urethrovesical junction in continent and in stress incontinent women before and after successful surgery. Aust N Z J Obstet Gynaecol. 1991 Aug; 31: 279-84

**11969** Kuo, H. C., Chang, S. C., Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. J Formos Med Assoc. 1991 Aug; 90: 769-75

**11970** Kil, P. J., Hoekstra, J. W., van der Meijden, A. P., Smans, A. J., Theeuwes, A. G., Schreinemachers, L. M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-6

**11971** van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-31

**11972** Stanton, S. L. Female stress incontinence. Treatment options and indications. Urologe A. 1991 Jul; 30: 239-43

**11973** Versi, E. The significance of an open bladder neck in women. Br J Urol. 1991 Jul; 68: 42-3

**11974** Mouritsen, L., Frimodt-Moller, C., Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-7

**11975** Lose, G. Urethral pressure and power generation during coughing and voluntary contraction of the pelvic floor in females with genuine stress incontinence. Br J Urol. 1991 Jun; 67: 580-5

**11976** Lagro-Janssen, A. L., Debruyne, F. M., van Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-72

**11977** Nghiem Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence. Am J Obstet Gynecol. 1991 Jun; 164: 1689-90

**11978** Blaivas, J. G., Jacobs, B. Z. Pubovaginal fascial sling for the treatment of complicated stress urinary incontinence. J Urol. 1991 Jun; 145: 1214-8

---

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 598 of 800 PageID #: 203097

## Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**11979**    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., McGuire, E. J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-3

**11980**    Kohorn, E. I. Surgery for stress urinary incontinence. Curr Opin Obstet Gynecol. 1991 Jun; 3: 394-7

**11981**    Byrne, P., Morris, J., Mordey, S., Condie, R. Physiotherapy for stress incontinence of urine. BMJ. 1991 May 4; 302: 1084

**11982**    Kursh, E. D., Angell, A. H., Resnick, M. I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-31

**11983**    Kelly, M. J., Zimmern, P. E., Leach, G. E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-8

**11984**    Lam, T. C., Hadley, H. R. Surgical procedures for uncomplicated ('routine') female stress incontinence. Urol Clin North Am. 1991 May; 18: 327-37

**11985**    DuBeau, C. E., Resnick, N. M. Evaluation of the causes and severity of geriatric incontinence. A critical appraisal. Urol Clin North Am. 1991 May; 18: 243-56

**11986**    Mostwin, J. L. Current concepts of female pelvic anatomy and physiology. Urol Clin North Am. 1991 May; 18: 175-95

**11987**    Bass, J. S., Leach, G. E. Surgical treatment of concomitant urethral diverticulum and stress incontinence. Urol Clin North Am. 1991 May; 18: 365-73

**11988**    Thind, P., Colstrup, H., Lose, G., Kristensen, J. K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-70

**11989**    Scheve, A. A., Engel, B. T., McCormick, K. A., Leahy, E. G. Exercise in continence. Geriatr Nurs. 1991 May-Jun; 12: 124

**11990**    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile. J Am Geriatr Soc. 1991 Apr; 39: 378-82

**11991**    Rosenzweig, B. A., Bhatia, N. N., Nelson, A. L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean?. Obstet Gynecol. 1991 Apr; 77: 586-90

**11992**    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey. BMJ. 1991 Mar 30; 302: 753-5

**11993**    Griffith-Jones, M. D., Jarvis, G. J., McNamara, H. M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction?. Br J Urol. 1991 Mar; 67: 295-7

**11994**    Sethia, K. K., Webb, R. J., Neal, D. E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-90

**11995**    McInerney, P. D., Vanner, T. F., Harris, S. A., Stephenson, T. P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-4

**11996**    Kelly, M. J., Knielsen, K., Bruskewitz, R., Roskamp, D., Leach, G. E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-9

**11997**    Craggs, M. D., Chaffey, N. J., Mundy, A. R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

**11998**    Dennis, P. J., Rohner, T. J., Jr, Hu, T. W., Igou, J. F., Yu, L. C., Kaltreider, D. L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-9

**11999**    Cutner, A., Cardozo, L. Treatment of incontinence. Practitioner. 1991 Feb; 235: 98, 100, 102-4

**12000**    Bergman, A., Koonings, P. P., Ballard, C. A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-40

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 599 of 800 PageID #: 203098

# American Urological Association, Inc.

## SUI Guidelines Panel

**12001**  Anderson, P. A., Rickwood, A. M. Detrusor hyper-reflexia as a factor in spontaneous perforation of augmentation cystoplasty for neuropathic bladder. Br J Urol. 1991 Feb; 67: 210-2

**12002**  O'Flynn, K. J., Thomas, D. G. Artificial urinary sphincter insertion in congenital neuropathic bladder. Br J Urol. 1991 Feb; 67: 155-7

**12003**  Weston, P. M., Morgan, J. D., Hussain, J., Stephenson, T. P. Artificial urinary sphincters around intestinal segments--are they safe?. Br J Urol. 1991 Feb; 67: 150-4

**12004**  Suarez, G. M., Baum, N. H., Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-22

**12005**  Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-4

**12006**  Jorgensen, L., Lose, G., Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-9

**12007**  Richardson, D. A., Ramahi, A., Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-9

**12008**  Macaulay, A. J., Stern, R. S., Stanton, S. L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

**12009**  Vinsnes, A. G., Hunskaar, S. Distress associated with urinary incontinence, as measured by a visual analogue scale. Scand J Caring Sci. 1991; 5: 57-61

**12010**  Grischke, E. M., Anton, H., Stolz, W., von Fournier, D., Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-9

**12011**  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-42

**12012**  Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y. C., Kaneko, S., Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-41

**12013**  Saxton, H. M. Urodynamics in the investigation of women with frequency, urgency, and incontinence, and voiding difficulties. Urol Radiol. 1991; 13: 48-57

**12014**  Borstad, E., Skrede, M., Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-6

**12015**  Kiilholma, P., Makinen, J. Disappointing effect of endoscopic Teflon injection for female stress incontinence. Eur Urol. 1991; 20: 197-9

**12016**  Shafik, A. Dilatation and closing anal reflexes. Description and clinical significance of new reflexes: preliminary report. Acta Anat (Basel). 1991; 142: 293-8

**12017**  Freeman, S. B. Management of perimenopausal symptoms. NAACOGS Clin Issu Perinat Womens Health Nurs. 1991; 2: 429-39

**12018**  Wijma, J., Tinga, D. J., Visser, G. H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-9

**12019**  Simeonova, Z., Bengtsson, C. Prevalence of urinary incontinence among women at a Swedish primary health care centre. Scand J Prim Health Care. 1990 Dec; 8: 203-6

**12020**  Snooks, S. J., Swash, M., Mathers, S. E., Henry, M. M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-60

**12021**  Wells, M. Stress incontinence and pelvic floor exercises. Prof Nurse. 1990 Dec; 6: 151, 154-6

**American Urological Association, Inc.**

SUI Guidelines Panel

**12022**    Cornella, J. L., Ostergard, D. R. Needle suspension procedures for urinary stress incontinence: a review and historical perspective. Obstet Gynecol Surv. 1990 Dec; 45: 805-16

**12023**    Parra, R. O., Shaker, L. Experience with a simplified technique for the treatment of female stress urinary incontinence. Br J Urol. 1990 Dec; 66: 615-7

**12024**    Cabrera, J. A., Szekely, Z., Ospitia, J. A. Suprapubic or vaginal procedure. Am J Obstet Gynecol. 1990 Dec; 163: 2025-6

**12025**    Chang, H. C., Chang, S. C., Kuo, H. C., Tsai, T. C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-92

**12026**    Winter, C. C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Dec; 144: 1481-2

**12027**    Le Coutour, X., Jung-Faerber, S., Klein, P., Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-86

**12028**    Fischer-Rasmussen, W. Treatment of stress urinary incontinence. Ann Med. 1990 Dec; 22: 455-65

**12029**    Cutner, A., Cardozo, L. Urinary incontinence: clinical features. Practitioner. 1990 Dec; 234: 1018-24

**12030**    Graham, J. M., Stresing, H. A. A modified cystourethropexy in the management of incontinence and dyspareunia. J S C Med Assoc. 1990 Nov; 86: 578-82

**12031**    Diokno, A. C., Normolle, D. P., Brown, M. B., Herzog, A. R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-9

**12032**    Lose, G., Colstrup, H. Mechanical properties of the urethra in healthy and stress incontinent females: dynamic measurements in the resting urethra. J Urol. 1990 Nov; 144: 1258-62

**12033**    Nielsen, K. K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E. M., Nordling, J., Holm, H. H., Larsen, J. F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-202

**12034**    Browne, D. S., Frazer, M. I. Abdominoperineal urethral suspension: a report of 20 cases. Aust N Z J Obstet Gynaecol. 1990 Nov; 30: 366-9

**12035**    Thiede, H. A., Thiede, F. K. A glance at the urodynamic database. J Reprod Med. 1990 Oct; 35: 925-31

**12036**    Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-41

**12037**    Sand, P. K., Bowen, L. W., Ostergard, D. R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-9

**12038**    Holmes, P. Cones for continence. Nurs Times. 1990 Sep 5-11; 86: 20-1

**12039**    Koonings, P. P., Bergman, A., Ballard, C. A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-8

**12040**    Cervigni, M., Sbiroli, C. Transvaginal bladder neck suspension: a safer method. Urology. 1990 Sep; 36: 219-21

**12041**    Webster, G. D., Kreder, K. J. Voiding dysfunction following cystourethropexy: its evaluation and management. J Urol. 1990 Sep; 144: 670-3

**12042**    Allen, R. E., Hosker, G. L., Smith, A. R., Warrell, D. W. Pelvic floor damage and childbirth: a neurophysiological study. Br J Obstet Gynaecol. 1990 Sep; 97: 770-9

**12043**    Summitt, R. L., Jr, Bent, A. E., Ostergard, D. R., Harris, T. A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-80

**12044**    Sampselle, C. M. Changes in pelvic muscle strength and stress urinary incontinence associated with childbirth. J Obstet Gynecol Neonatal Nurs. 1990 Sep-Oct; 19: 371-7

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 12045 | Frazer, M. I., Haylen, B. T., Sissons, M. Do women with idiopathic sensory urgency have early interstitial cystitis?. Br J Urol. 1990 Sep; 66: 274-8 |
| 12046 | Norton, K. R., Bhat, A. V., Stanton, S. L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic. BMJ. 1990 Aug 4; 301: 271-2 |
| 12047 | Harris, T. A., Bent, A. E. Genital prolapse with and without urinary incontinence. J Reprod Med. 1990 Aug; 35: 792-8 |
| 12048 | Walters, M. D., Jackson, G. M. Urethral mobility and its relationship to stress incontinence in women. J Reprod Med. 1990 Aug; 35: 777-84 |
| 12049 | Scotti, R. J., Ostergard, D. R., Guillaume, A. A., Kohatsu, K. E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-6 |
| 12050 | Horbach, N. S. Problems in the clinical diagnosis of stress incontinence. J Reprod Med. 1990 Aug; 35: 751-7 |
| 12051 | Varner, R. E. Retropubic long-needle suspension procedures for stress urinary incontinence. Am J Obstet Gynecol. 1990 Aug; 163: 551-7 |
| 12052 | Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck. J Urol. 1990 Aug; 144: 319-22; discussion 322-3 |
| 12053 | Dwyer, P. L., Glenning, P. P. Anatomy and neurology of the lower urinary tract. Curr Opin Obstet Gynecol. 1990 Aug; 2: 573-9 |
| 12054 | Sand, P. K., Brubaker, L. T. Advances in nonoperative treatment of genuine stress incontinence. Curr Opin Obstet Gynecol. 1990 Aug; 2: 599-604 |
| 12055 | Sommer, P., Bauer, T., Nielsen, K. K., Kristensen, E. S., Hermann, G. G., Steven, K., Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-5 |
| 12056 | Ramon, J., Mekras, J. A., Webster, G. D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8; discussion 108-9 |
| 12057 | Wall, L. L., Wang, K., Robson, I., Stanton, S. L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-4 |
| 12058 | Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-6 |
| 12059 | Bergman, A., Bader, K. Reliability of the patient's history in the diagnosis of urinary incontinence. Int J Gynaecol Obstet. 1990 Jul; 32: 255-9 |
| 12060 | Dixon, P. J., Christmas, T. J., Chapple, C. R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-4 |
| 12061 | Casanova, J. E. Incontinence after use of enalapril. J Urol. 1990 Jun; 143: 1237-8 |
| 12062 | Susset, J. G., Galea, G., Read, L. Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1990 Jun; 143: 1205-8 |
| 12063 | Lim, P. H., Brown, A. D., Chisholm, G. D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-6 |
| 12064 | Wall, L. L. The management of detrusor instability. Clin Obstet Gynecol. 1990 Jun; 33: 367-77 |
| 12065 | Bent, A. E. Management of recurrent genuine stress incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 358-66 |
| 12066 | DeLancey, J. O. Anatomy and physiology of urinary continence. Clin Obstet Gynecol. 1990 Jun; 33: 298-307 |
| 12067 | McGuire, E. J. Identifying and managing stress incontinence in the elderly. Geriatrics. 1990 Jun; 45: 44-6, 51-2 |
| 12068 | Michiels, E., Knockaert, D. C., Vanneste, S. B. Infectious osteitis pubis. Neth J Med. 1990 Jun; 36: 297-300 |
| 12069 | Wilson, P. D., Borland, M. Vaginal cones for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1990 May; 30: 157-60 |

**Appendix A6 - Bibliography sorted by Procite Number**

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

---

**12070** Donovan, J. M., Gleason, D. M. Identifying types of female incontinence with retrograde urethrocystography. Urology. 1990 May; 35: 458-63

**12071** Reid, G. C., DeLancey, J. O., Hopkins, M. P., Roberts, J. A., Morley, G. W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-8

**12072** Nygaard, I., DeLancey, J. O., Arnsdorf, L., Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-51

**12073** Benson, J. T., Agosta, A., McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-7

**12074** Koelbl, H., Bernaschek, G., Deutinger, J. Assessment of female urinary incontinence by introital sonography. J Clin Ultrasound. 1990 May; 18: 370-4

**12075** Realini, J. P., Walters, M. D. Vaginal diaphragm rings in the treatment of stress urinary incontinence. J Am Board Fam Pract. 1990 Apr-Jun; 3: 99-103

**12076** Molander, U., Milsom, I., Ekelund, P., Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

**12077** Ferguson, K. L., McKey, P. L., Bishop, K. R., Kloen, P., Verheul, J. B., Dougherty, M. C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-5

**12078** Leach, G. E. Urethral resistance after surgery for stress incontinence. Urology. 1990 Apr; 35: 373-4

**12079** Yu, L. C., Rohner, T. J., Kaltreider, D. L., Hu, T. W., Igou, J. F., Dennis, P. J. Profile of urinary incontinent elderly in long-term care institutions. J Am Geriatr Soc. 1990 Apr; 38: 433-9

**12080** Lockhart, J. L., Ellis, G. F., Helal, M., Pow-Sang, J. M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-5

**12081** Versi, E. Discriminant analysis of urethral pressure profilometry data for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1990 Mar; 97: 251-9

**12082** Bavendam, T. G. Stress urinary incontinence in women. J Enterostomal Ther. 1990 Mar-Apr; 17: 57-66

**12083** Raz, S. Vaginal surgery for stress incontinence. J Am Geriatr Soc. 1990 Mar; 38: 345-7

**12084** Wall, L. L., Addison, W. A. Prazosin-induced stress incontinence. Obstet Gynecol. 1990 Mar; 75: 558-60

**12085** Karram, M. M., Bhatia, N. N. Patch procedure: modified transvaginal fascia lata sling for recurrent or severe stress urinary incontinence. Obstet Gynecol. 1990 Mar; 75: 461-3

**12086** Klutke, C., Golomb, J., Barbaric, Z., Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-6

**12087** Wenderoth, U. K., Bachor, R., Egghart, G., Frohneberg, D., Miller, K., Hautmann, R. E. The ileal neobladder: experience and results of more than 100 consecutive cases. J Urol. 1990 Mar; 143: 492-6; discussion 496-7

**12088** Bihrle, W., 3rd, Tarantino, A. F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-4

**12089** Stanton, S. L. Suprapubic approaches for stress incontinence in women. J Am Geriatr Soc. 1990 Mar; 38: 348-51

**12090** Burns, P. A., Pranikoff, K., Nochajski, T., Desotelle, P., Harwood, M. K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-4

**12091** Resnick, N. M. Initial evaluation of the incontinent patient. J Am Geriatr Soc. 1990 Mar; 38: 311-6

**12092** Griffith-Jones, M. D., Abrams, P. H. The Stamey endoscopic bladder neck suspension in the elderly. Br J Urol. 1990 Feb; 65: 170-2

**12093** Ashken, M. H. Follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1990 Feb; 65: 168-9

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**12094**    Battcock, T. M., Castleden, C. M. Pharmacological treatment of urinary incontinence. Br Med Bull. 1990 Jan; 46: 147-55

**12095**    van Waalwijk van Doorn, E. S., Zwiers, W. Ambulant monitoring to assess the efficacy of oxybutynin chloride in patients with mixed incontinence. Eur Urol. 1990; 18: 49-51

**12096**    Ferriani, R. A., Silva de Sa, M. F., Dias de Moura, M., Charaffedine, M. N., Hockgreb de Freitas Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-40

**12097**    Bergman, A., Karram, M. M., Bhatia, N. N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-3

**12098**    Thunedborg, P., Fischer-Rasmussen, W., Jensen, S. B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-9

**12099**    Enzelsberger, H., Schatten, C., Kurz, C., Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-4

**12100**    Eriksen, B. C., Hagen, B., Eik-Nes, S. H., Molne, K., Mjolnerod, O. K., Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

**12101**    Katlowitz, N. M., Karwa, G., Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-8

**12102**    Parys, B. T., Woolfenden, K. A., Parsons, K. F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-33

**12103**    Cucchi, A. Acceleration of flow rate as a screening test for detrusor instability in women with stress incontinence. Br J Urol. 1990 Jan; 65: 17-9

**12104**    Olah, K. S., Bridges, N., Denning, J., Farrar, D. J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

**12105**    Kohorn, E. I. Negative Q-tip test as a risk factor for failed incontinence surgery in women. J Reprod Med. 1990 Jan; 35: 68

**12106**    Koonings, P. P., Bergman, A., Ballard, C. A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

**12107**    Walters, M. D., Taylor, S., Schoenfeld, L. S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-6

**12108**    Loughlin, K. R., Whitmore, W. F.,  3rd, Gittes, R. F., Richie, J. P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Jan; 143: 44-5

**12109**    Rockner, G. Urinary incontinence after perineal trauma at childbirth. Scand J Caring Sci. 1990; 4: 169-72

**12110**    Eriksen, B. C., Sandvik, H., Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-9

**12111**    Jonasson, A., Larsson, B., Pschera, H., Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-3

**12112**    Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**12113**    Burgio, K. L. Behavioral training for stress and urge incontinence in the community. Gerontology. 1990; 36 Suppl 2: 27-34

**12114**    Benassayag, E. Simple surgical procedure for urinary stress incontinence. Eur Urol. 1990; 18: 68-70

Case 2:12-md-02327 Document 3086-16 Filed 09/15/16 Page 504 of 300 PageID #: 203103

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

**12115** Poryazov, K. Once more on G. Marion's operation in the treatment of urinary stress incontinence (in memoriam--70 years after its introduction). Folia Med (Plovdiv). 1990; 32: 20-2

**12116** Poryazov, K. The therapeutic effect of treatment of urinary stress incontinence with estriol. Folia Med (Plovdiv). 1990; 32: 16-9

**12117** Poryazov, K. Modified Marshall-Marchetti-Krantz method by Joseph A. Riggs in urinary stress incontinence (our experience--a preliminary report). Folia Med (Plovdiv). 1990; 32: 26-9

**12118** Porjazov, K. A ten-year follow-up of postoperative results of the treatment of urinary incontinence. Folia Med (Plovdiv). 1990; 32: 26-8

**12119** Penttinen, J. Female genuine stress incontinence. A study with single cough urethrocystometry using a six-microtransducer catheter. Acta Obstet Gynecol Scand. 1990; 69: 673

**12120** Petros, P. E., Ulmsten, U. I. Pregnancy effects on the intravaginal sling operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 77-8

**12121** Petros, P. E., Ulmsten, U. I. Cure of stress incontinence by repair of external anal sphincter. Two case reports. Acta Obstet Gynecol Scand Suppl. 1990; 153: 75

**12122** Petros, P. E., Ulmsten, U. I. The role of a lax posterior vaginal fornix in the causation of stress and urgency symptoms: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 71-3

**12123** Petros, P. E., Ulmsten, U. I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 7-31

**12124** Petros, P. E., Ulmsten, U. I. Non stress non urge female urinary incontinence--diagnosis and cure: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 69-70

**12125** Petros, P. E., Ulmsten, U. I. The tethered vagina syndrome, post surgical incontinence and I-plasty operation for cure. Acta Obstet Gynecol Scand Suppl. 1990; 153: 63-7

**12126** Petros, P. E., Ulmsten, U. I. Cure of urge incontinence by the combined intravaginal sling and tuck operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 61-2

**12127** Petros, P. E., Ulmsten, U. I. The combined intravaginal sling and tuck operation. An ambulatory procedure for cure of stress and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 53-9

**12128** Petros, P. E., Ulmsten, U. I., Papadimitriou, J. The autogenic ligament procedure: a technique for planned formation of an artificial neo-ligament. Acta Obstet Gynecol Scand Suppl. 1990; 153: 43-51

**12129** Petros, P. E., Ulmsten, U. I. The tuck procedure: a simplified vaginal repair for treatment of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 41-2

**12130** Petros, P. E., Ulmsten, U. I. Cough transmission ratio: an indicator of suburethral vaginal wall tension rather than urethral closure?. Acta Obstet Gynecol Scand Suppl. 1990; 153: 37-9

**12131** Petros, P. E., Ulmsten, U. I. Pinch test for diagnosis of stress urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 33-5

**30112** Al-Hadithi, H., Tincello, D. G., Vince, G. S., Richmond, D. H. Leukocyte populations in interstitial cystitis and idiopathic reduced bladder storage. Urology. 2002 Jun; 59: 851-5

**30220** Larsson, U. E., Mattsson, E. Perceived disability and observed functional limitations in obese women. Int J Obes Relat Metab Disord. 2001 Nov; 25: 1705-12

**30223** Fernandez, H. H., Tabamo, R. E., David, R. R., Friedman, J. H. Predictors of depressive symptoms among spouse caregivers in Parkinson's disease. Mov Disord. 2001 Nov; 16: 1123-5

**30322** Shimizu, I., Ishii, D., Kawashima, K., Oka, M., Hosoki, K. Pharmacological effect of amezinium on urethra and bladder of rabbits. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 170-7

**30344** Maher, C. F., Murray, C. J., Carey, M. P., Dwyer, P. L., Ugoni, A. M. Iliococcygeus or sacrospinous fixation for vaginal vault prolapse. Obstet Gynecol. 2001 Jul; 98: 40-4

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

**30345** Rosenblum, N., Nitti, V. W. Post-urethral suspension obstruction. Curr Opin Urol. 2001 Jul; 11: 411-6

**30428** Kochakarn, W., Ratana-Olarn, K., Viseshsindh, V., Leenanupunth, C., Muangman, V. Urethral diverticulum in females: 25 years experience at Ramathibodi Hospital. J Med Assoc Thai. 2000 Dec; 83: 1437-41

**30442** Johanson, R., Rigby, C., Jones, P. Democratic prioritization of maternity care: a rational basis for planning a clinical effectiveness programme. J Public Health Med. 2000 Dec; 22: 486-91

**30453** Bo, K., Lilleas, F., Talseth, T., Hedland, H. Dynamic MRI of the pelvic floor muscles in an upright sitting position. Neurourol Urodyn. 2001; 20: 167-74

**30495** Rompel, R., Mischke, A. L., Langner, C., Happle, R. Linear atrophoderma of Moulin. Eur J Dermatol. 2000 Dec; 10: 611-3

**30500** Ewies, A. A., Olah, K. S. Subtotal abdominal hysterectomy: a surgical advance or a backward step?. BJOG. 2000 Nov; 107: 1376-9

**30501** Fox, S. D., Stanton, S. L. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. BJOG. 2000 Nov; 107: 1371-5

**30656** Tamer, S. K. The pediatric non-epileptic seizure. Indian J Pediatr. 1997 Sep-Oct; 64: 671-6

**30670** Siskin, G. P., Stainken, B. F., Dowling, K., Meo, P., Ahn, J., Dolen, E. G. Outpatient uterine artery embolization for symptomatic uterine fibroids: experience in 49 patients. J Vasc Interv Radiol. 2000 Mar; 11: 305-11

**30732** Hale, D. S., Rogers, R. M., Jr Abdominal sacrospinous ligament colposuspension. Obstet Gynecol. 1999 Dec; 94: 1039-41

**30740** Kumar, A., Mandhani, A., Gogoi, S., Srivastava, A. Management of functional bladder neck obstruction in women: use of alpha-blockers and pediatric resectoscope for bladder neck incision. J Urol. 1999 Dec; 162: 2061-5

**30848** Gordon, D., Groutz, A., Goldman, G., Avni, A., Wolf, Y., Lessing, J. B., David, M. P. Anal incontinence: prevalence among female patients attending a urogynecologic clinic. Neurourol Urodyn. 1999; 18: 199-204

**30933** Ozcan, U., Gungor, T., Ekin, M., Eken, S. Sacrospinous fixation for the prolapsed vaginal vault. Gynecol Obstet Invest. 1999; 47: 65-8

**30974** Hewson, A. D. Transvaginal sacrospinous colpopexy for posthysterectomy vault prolapse. Aust N Z J Obstet Gynaecol. 1998 Aug; 38: 318-24

**31051** Hassink, E. A., Brugman-Boezeman, A. T., Robbroeckx, L. M., Rieu, P. N., van Kuyk, E. M., Wels, P. M., Festen, C. Parenting children with anorectal malformations: implications and experiences. Pediatr Surg Int. 1998 Jul; 13: 377-83

**31178** Wu, V., Farrell, S. A., Baskett, T. F., Flowerdew, G. A simplified protocol for pessary management. Obstet Gynecol. 1997 Dec; 90: 990-4

**31196** Strinic, T., Eterovic, D., Dujic, Z., Markovic, V., Tocilj, J. Spirometric disorders in women with genital descensus. Acta Obstet Gynecol Scand. 1997 Oct; 76: 879-83

**31232** Chan, F. Y., Chau, M. T., Pun, T. C., Lam, C., Leong, L. Transperineal versus transvaginal color Doppler imaging of the uterine circulation. J Clin Ultrasound. 1997 Jul-Aug; 25: 293-9

**31249** Heok, K. E., Li, T. S. Stress of caregivers of dementia patients in the Singapore Chinese family. Int J Geriatr Psychiatry. 1997 Apr; 12: 466-9

**31266** Knight, R. G., Devereux, R. C., Godfrey, H. P. Psychosocial consequences of caring for a spouse with multiple sclerosis. J Clin Exp Neuropsychol. 1997 Feb; 19: 7-19

**31300** von Gontard, A., Hollmann, E., Eiberg, H., Benden, B., Rittig, S., Lehmkuhl, G. Clinical enuresis phenotypes in familial nocturnal enuresis. Scand J Urol Nephrol Suppl. 1997; 183: 11-6

**31315** Taniguchi, N., Hamada, K., Ogasawara, T., Ukai, Y., Yoshikuni, Y., Kimura, K. NS-49, an alpha 1A-adrenoceptor agonist, selectively increases intraurethral pressure in dogs. Eur J Pharmacol. 1996 Dec 27; 318: 117-22

---

**Appendix A6 Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

31322   Kohli, N., Sze, E. H., Roat, T. W., Karram, M. M. Incidence of recurrent cystocele after anterior colporrhaphy with and without concomitant transvaginal needle suspension. Am J Obstet Gynecol. 1996 Dec; 175: 1476-80; discussion 1480-2

31358   Arrowsmith, S., Hamlin, E. C., Wall, L. L. Obstructed labor injury complex: obstetric fistula formation and the multifaceted morbidity of maternal birth trauma in the developing world. Obstet Gynecol Surv. 1996 Sep; 51: 568-74

31572   Noyes, W. R., Bastin, K., Edwards, S. A., Buchler, D. A., Stitt, J. A., Thomadsen, B. R., Fowler, J. F., Kinsella, T. J. Postoperative vaginal cuff irradiation using high dose rate remote afterloading: a phase II clinical protocol. Int J Radiat Oncol Biol Phys. 1995 Jul 30; 32: 1439-43

31585   Silverman, M., Musa, D., Martin, D. C., Lave, J. R., Adams, J., Ricci, E. M. Evaluation of outpatient geriatric assessment: a randomized multi-site trial. J Am Geriatr Soc. 1995 Jul; 43: 733-40

31608   Blaivas, J. G., Heritz, D. M., Romanzi, L. J. Early versus late repair of vesicovaginal fistulas: vaginal and abdominal approaches. J Urol. 1995 Apr; 153: 1110-2; discussion 1112-3

31637   Norton, P. A., Baker, J. E., Sharp, H. C., Warenski, J. C. Genitourinary prolapse and joint hypermobility in women. Obstet Gynecol. 1995 Feb; 85: 225-8

31717   Carey, M. P., Slack, M. C. Transvaginal sacrospinous colpopexy for vault and marked uterovaginal prolapse. Br J Obstet Gynaecol. 1994 Jun; 101: 536-40

31721   Watson, V. The duration of the second stage of labour. Mod Midwife. 1994 Jun; 4: 21-2

31724   Hill, J., Corson, R. J., Brandon, H., Redford, J., Faragher, E. B., Kiff, E. S. History and examination in the assessment of patients with idiopathic fecal incontinence. Dis Colon Rectum. 1994 May; 37: 473-7

31797   Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. II. Aging detrusor: normal versus impaired contractility. J Urol. 1993 Nov; 150: 1657-67

31822   Longsreth, G. F. Bowel patterns and anxiety. Demographic factors. J Clin Gastroenterol. 1993 Sep; 17: 128-32

31823   Longsreth, G. F., Wolde-Tsadik, G. Irritable bowel-type symptoms in HMO examinees. Prevalence, demographics, and clinical correlates. Dig Dis Sci. 1993 Sep; 38: 1581-9

31900   Backer, M. H., Jr Success with sacrospinous suspension of the prolapsed vaginal vault. Surg Gynecol Obstet. 1992 Nov; 175: 419-20

31907   Summitt, R. L., Jr, Stovall, T. G. Urethral diverticula: evaluation by urethral pressure profilometry, cystourethroscopy, and the voiding cystourethrogram. Obstet Gynecol. 1992 Oct; 80: 695-9

31955   Elkins, T. E., Ghosh, T. S., Tagoe, G. A., Stocker, R. Transvaginal mobilization and utilization of the anterior bladder wall to repair vesicovaginal fistulas involving the urethra. Obstet Gynecol. 1992 Mar; 79: 455-60

32052   Major, O., Sipos, L., Czirjak, S., Benoist, G., Horvath, M., Pasztor, E. Spontaneous spinal epidural haematomas. Acta Neurochir (Wien). 1991; 111: 40-2

32062   Rosing, U., Fianu, S., Larsson, B. A new surgical technique for repairing cystocele in hysterectomized women. J Gynecol Surg. 1990 Winter; 6: 281-5

32138   Redman, J. F. Female urologic diagnostic techniques. Urol Clin North Am. 1990 Feb; 17: 5-8

32163   Holschneider, A. M. Secondary sagittal posterior anorectoplasty. Prog Pediatr Surg. 1990; 25: 103-17

40000   Rollins, G. Behavior management improves urinary incontinence in older women living at home. Rep Med Guidel Outcomes Res. 2002 Mar 8; 13: 7-9

40001   Burgio, K. L., Goode, P. S., Locher, J. L., Umlauf, M. G., Roth, D. L., Richter, H. E., Varner, R. E., Lloyd, L. K. Behavioral training with and without biofeedback in the treatment of urge incontinence in older women: a randomized controlled trial. JAMA. 2002 Nov 13; 288: 2293-9

40002   Maloney, C. M., Cafiero, M. Achieving bladder control. Treatment in the primary care setting. Adv Nurse Pract. 2002 May; 10: 73-8

## American Urological Association, Inc.

**SUI Guidelines Panel**

40003   Hsieh, C. L., Sheu, C. F., Hsueh, I. P., Wang, C. H. Trunk control as an early predictor of comprehensive activities of daily living function in stroke patients. Stroke. 2002 Nov; 33: 2626-30

40007   McGuire, E. J. Editorial: Sling procedures for incontinence. J Urol. 2002 Nov; 168: 2069

40010   Graham, C. W., Dmochowski, R. R., Faerber, G. J., Clemens, J. Q., Westney, O. L. Pubic osteomyelitis following bladder neck surgery using bone anchors: a report of 9 cases. J Urol. 2002 Nov; 168: 2055-7; discussion 2057-8

40011   Scheepens, W. A., de Bie, R. A., Weil, E. H., van Kerrebroeck, P. E. Unilateral versus bilateral sacral neuromodulation in patients with chronic voiding dysfunction. J Urol. 2002 Nov; 168: 2046-50

40012   Yoshimura, N., Chancellor, M. B. Current and future pharmacological treatment for overactive bladder. J Urol. 2002 Nov; 168: 1897-913

40013   Etus, V., Akansel, G., Ilbay, K., Koc, K., Ceylan, S. Multiple sclerosis and coexisting intradural extramedullary spinal cord tumour: a case report. Neurol Sci. 2002 Sep; 23: 119-22

40014   O'Boyle, A. L., Davis, G. D., Calhoun, B. C. Informed consent and birth: protecting the pelvic floor and ourselves. Am J Obstet Gynecol. 2002 Oct; 187: 981-3

40015   Bump, R. C. Advising prospective mothers about the maternal morbidity of vaginal childbirth. Am J Obstet Gynecol. 2002 Oct; 187: 823

40020   Meschia, M., Buonaguidi, A., Pifarotti, P., Somigliana, E., Spennacchio, M., Amicarelli, F. Prevalence of anal incontinence in women with symptoms of urinary incontinence and genital prolapse. Obstet Gynecol. 2002 Oct; 100: 719-23

40022   Clark, T., Pope, J. C., 4th, Adams, C., Wells, N., Brock, J. W., 3rd Factors that influence outcomes of the Mitrofanoff and Malone antegrade continence enema reconstructive procedures in children. J Urol. 2002 Oct; 168: 1537-40; discussion 1540

40026   Colvert, J. R., 3rd, Kropp, B. P., Cheng, E. Y., Pope, J. C., 4th, Brock, J. W., 3rd, Adams, M. C., Austin, P., Furness, P. D., 3rd, Koyle, M. A. The use of small intestinal submucosa as an off-the-shelf urethral sling material for pediatric urinary incontinence. J Urol. 2002 Oct; 168: 1872-5; discussion 1875-6

40027   Caione, P., Capozza, N. Endoscopic treatment of urinary incontinence in pediatric patients: 2- year experience with dextranomer/hyaluronic acid copolymer. J Urol. 2002 Oct; 168: 1868-71

40028   Lottmann, H. B., Margaryan, M., Bernuy, M., Rouffet, M. J., Bau, M. O., El-Ghoneimi, A., Aigrain, Y., Stenberg, A., Lackgren, G. The effect of endoscopic injections of dextranomer based implants on continence and bladder capacity: a prospective study of 31 patients. J Urol. 2002 Oct; 168: 1863-7; discussion 1867

40029   Medel, R., Ruarte, A. C., Herrera, M., Castera, R., Podesta, M. L. Urinary continence outcome after augmentation ileocystoplasty as a single surgical procedure in patients with myelodysplasia. J Urol. 2002 Oct; 168: 1849-52

40030   Capozza, N., Lais, A., Matarazzo, E., Nappo, S., Patricolo, M., Caione, P. Influence of voiding dysfunction on the outcome of endoscopic treatment for vesicoureteral reflux. J Urol. 2002 Oct; 168: 1695-8

40034   Palmer, M. H., Baumgarten, M., Langenberg, P., Carson, J. L. Risk factors for hospital-acquired incontinence in elderly female hip fracture patients. J Gerontol A Biol Sci Med Sci. 2002 Oct; 57: M672-7

40036   Goldstein, S. R., Nanavati, N. Adverse events that are associated with the selective estrogen receptor modulator levormeloxifene in an aborted phase III osteoporosis treatment study. Am J Obstet Gynecol. 2002 Sep; 187: 521-7

40037   Papais-Alvarenga, R. M., Miranda-Santos, C. M., Puccioni-Sohler, M., de Almeida, A. M., Oliveira, S., Basilio De Oliveira, C. A., Alvarenga, H., Poser, C. M. Optic neuromyelitis syndrome in Brazilian patients. J Neurol Neurosurg Psychiatry. 2002 Oct; 73: 429-35

40039   Rabah, D. M., Spiess, P. E., Begin, L. R., Corcos, J. Tissue reaction of the rabbit urinary bladder to tension-free vaginal tape and porcine small intestinal submucosa. BJU Int. 2002 Oct; 90: 601-6

40040   Van der Werf, B. A., Creed, K. E. Mechanical properties and innervation of the smooth muscle layers of the urethra of greyhounds. BJU Int. 2002 Oct; 90: 588-95

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-10 Filed 09/13/10 Page 308 of 300 PageID #: 203107

American Urological Association, Inc.

SUI Guidelines Panel

40044  Torres, C., Ciocon, J. O., Galindo, D., Ciocon, D. G. Clinical approach to urinary incontinence: a comparison between internists and geriatricians. Int Urol Nephrol. 2001; 33: 549-52

40047  Simpler solutions for incontinence. Health News. 2002 Sep; 8: 9

40049  Wilson, T. S., Zimmern, P. E. Urinary incontinence in elderly women. Contemp Longterm Care. 2002 Aug; 25: 18-20

40050  Kim, H. H., Kang, J., Kwak, C., Byun, S. S., Oh, S. J., Choi, H. Laparoscopy for definite localization and simultaneous treatment of ectopic ureter draining a dysplastic kidney in children. J Endourol. 2002 Aug; 16: 363-6

40052  Pomfret, I. Developing a multidisciplinary continence service. Nurs Times. 2002 Jan 24-30; 98: 48

40053  Coyne, K., Revicki, D., Hunt, T., Corey, R., Stewart, W., Bentkover, J., Kurth, H., Abrams, P. Psychometric validation of an overactive bladder symptom and health- related quality of life questionnaire: the OAB-q. Qual Life Res. 2002 Sep; 11: 563-74

40055  Simeonsson, R. J., McMillen, J. S., Huntington, G. S. Secondary conditions in children with disabilities: spina bifida as a case example. Ment Retard Dev Disabil Res Rev. 2002; 8: 198-205

40056  Harris, P. F. Medical issues and hormone replacement therapy. Curr Womens Health Rep. 2002 Oct; 2: 373-81

40058  Thomas, S. Continence in older people: a priority for primary care. Nurs Stand. 2001 Mar 7-13; 15: 45-50; quiz 52, 55

40059  Woodman, P. J., Graney, D. O. Anatomy and physiology of the female perineal body with relevance to obstetrical injury and repair. Clin Anat. 2002 Aug; 15: 321-34

40062  De Paepe, H., Renson, C., Hoebeke, P., Raes, A., Van Laecke, E., Vande Walle, J. The role of pelvic-floor therapy in the treatment of lower urinary tract dysfunctions in children. Scand J Urol Nephrol. 2002; 36: 260-7

40063  Gupta, G., Aronow, W. S. Hormone replacement therapy. An analysis of efficacy based on evidence. Geriatrics. 2002 Aug; 57: 18-20, 23-4

40064  Endo, J. O., Chen, S., Potter, J. F., Ranno, A. E., Asadullah, S., Lahiri, P. Vitamin B(12) deficiency and incontinence: is there an association?. J Gerontol A Biol Sci Med Sci. 2002 Sep; 57: M583-7

40072  Haderer, J. M., Pannu, H. K., Genadry, R., Hutchins, G. M. Controversies in female urethral anatomy and their significance for understanding urinary continence: observations and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 236-52

40076  Fleischmann, N., Christ, G., Sclafani, T., Melman, A. The effect of ovariectomy and long-term estrogen replacement on bladder structure and function in the rat. J Urol. 2002 Sep; 168: 1265-8

40078  Taskinen, S., Valanne, L., Rintala, R. Effect of spinal cord abnormalities on the function of the lower urinary tract in patients with anorectal abnormalities. J Urol. 2002 Sep; 168: 1147-9

40081  Fujishiro, T., Takahashi, S., Enomoto, H., Ugawa, Y., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of urinary frequency and urge incontinence: an investigational study and placebo controlled trial. J Urol. 2002 Sep; 168: 1036-9

40082  Michel, M. C., Schneider, T., Krege, S., Goepel, M. Does gender or age affect the efficacy and safety of tolterodine?. J Urol. 2002 Sep; 168: 1027-31

40083  Corcos, J., Beaulieu, S., Donovan, J., Naughton, M., Gotoh, M. Quality of life assessment in men and women with urinary incontinence. J Urol. 2002 Sep; 168: 896-905

40084  Klotz, R., Joseph, P. A., Ravaud, J. F., Wiart, L., Barat, M. The Tetrafigap Survey on the long-term outcome of tetraplegic spinal cord injured persons: Part III. Medical complications and associated factors. Spinal Cord. 2002 Sep; 40: 457-67

40085  Chartier-Kastler, E. J., Mozer, P., Denys, P., Bitker, M. O., Haertig, A., Richard, F. Neurogenic bladder management and cutaneous non-continent ileal conduit. Spinal Cord. 2002 Sep; 40: 443-8

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40086   Braverman, A. S., Tallarida, R. J., Ruggieri, M. R.,  Sr Interaction between muscarinic receptor subtype signal transduction pathways mediating bladder contraction. Am J Physiol Regul Integr Comp Physiol. 2002 Sep; 283: R663-8

40090   Soulie, M., Seguin, P., Martel, P., Vazzoler, N., Mouly, P., Plante, P. A modified intussuscepted nipple in the Kock pouch urinary diversion: assessment of perioperative complications and functional results. BJU Int. 2002 Sep; 90: 397-402

40091   Leung, H. Y., Yip, S. K., Cheon, C., Liu, Y. S., Lau, J., Wong, H. K., Chung, K. H. A randomized controlled trial of tolterodine and oxybutynin on tolerability and clinical efficacy for treating Chinese women with an overactive bladder. BJU Int. 2002 Sep; 90: 375-80

40094   Wu, W. J., Chiang, P. H., Huang, C. H. Retroperitoneal laparoscopic nephrectomy in the treatment of incontinence from ectopic ureter with renal hypoplasia in the child--a case report. Kaohsiung J Med Sci. 2001 Dec; 17: 626-9

40095   Nixon, G. M., Glazner, J. A., Martin, J. M., Sawyer, S. M. Urinary incontinence in female adolescents with cystic fibrosis. Pediatrics. 2002 Aug; 110: e22

40096   Girman, C. J., Chandler, J. M., Zimmerman, S. I., Martin, A. R., Hawkes, W., Hebel, J. R., Sloane, P. D., Magaziner, J. Prediction of fracture in nursing home residents. J Am Geriatr Soc. 2002 Aug; 50: 1341-7

40097   Zannolli, R., Gilman, S., Rossi, S., Volpi, N., Bernini, A., Galluzzi, P., Galimberti, D., Pucci, L., D'Ambrosio, A., Morgese, G., Giannini, F. Hereditary neuronal intranuclear inclusion disease with autonomic failure and cerebellar degeneration. Arch Neurol. 2002 Aug; 59: 1319-26

40098   Milne, J. The impact of information on health behaviors of older adults with urinary incontinence. Clin Nurs Res. 2000 May; 9: 161-76

40101   Keil, K. Urogenital atrophy: diagnosis, sequelae, and management. Curr Womens Health Rep. 2002 Aug; 2: 305-11

40103   Rahman, M., Gafur, M. A., Sarwar, J., Rahman, M. M. Urinary incontinence due to duplication of ureter--a case report. Mymensingh Med J. 2002 Jan; 11: 29-31

40104   Locher, J. L., Burgio, K. L., Goode, P. S., Roth, D. L., Rodriguez, E. Effects of age and causal attribution to aging on health-related behaviors associated with urinary incontinence in older women. Gerontologist. 2002 Aug; 42: 515-21

40105   Marret, E., Pruszkowski, O., Deleuze, A., Bonnet, F. Accelerated idioventricular rhythm associated with desflurane administration. Anesth Analg. 2002 Aug; 95: 319-21, table of contents

40106    Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2002 Jul; 12: 363-9

40111   Soroka, D., Drutz, H. P., Glazener, C. M., Hay-Smith, E. J., Ross, S. Perineal pad test in evaluating outcome of treatments for female incontinence: a systematic review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 165-75

40112   Walter, A. J., Buller, J. L., Davis, G. Variability of reported techniques for performance of the pubovaginal sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 160-4; discussion 164

40113   Dietz, H. P., Jarvis, S. K., Vancaillie, T. G. The assessment of levator muscle strength: a validation of three ultrasound techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 156-9; discussion 159

40115   Choi, I. S. Parkinsonism after carbon monoxide poisoning. Eur Neurol. 2002; 48: 30-3

40116   Wraige, E., Borzyskowski, M. Investigation of daytime wetting: when is spinal cord imaging indicated?. Arch Dis Child. 2002 Aug; 87: 151-5

40117   Glazener, C. M., Lapitan, M. C. Urodynamic investigations for management of urinary incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003195

40120   Anderson, R. C., Grant, J. J., de la Paz, R., Frucht, S., Goodman, R. R. Volumetric measurements in the detection of reduced ventricular volume in patients with normal-pressure hydrocephalus whose clinical condition improved after ventriculoperitoneal shunt placement. J Neurosurg. 2002 Jul; 97: 73-9

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

<div align="right">

**Master Bibliography**

sorted by Procite Number

</div>

---

**40121** De Ganck, J., Everaert, K., Van Laecke, E., Oosterlinck, W., Hoebeke, P. A high easy-to-treat complication rate is the price for a continent stoma. BJU Int. 2002 Aug; 90: 240-3

**40123** Shaw, C., Matthews, R. J., Perry, S. I., Assassa, R. P., Williams, K., McGrother, C., Dallosso, H., Jagger, C., Mayne, C., Clarke, M. Validity and reliability of an interviewer-administered questionnaire to measure the severity of lower urinary tract symptoms of storage abnormality: the Leicester Urinary Symptom Questionnaire. BJU Int. 2002 Aug; 90: 205-15

**40124** Holmes, N. M., Coplen, D. E., Strand, W., Husmann, D., Baskin, L. S. Is bladder dysfunction and incontinence associated with ureteroceles congenital or acquired?. J Urol. 2002 Aug; 168: 718-9

**40126** Dmochowski, R. R., Davila, G. W., Zinner, N. R., Gittelman, M. C., Saltzstein, D. R., Lyttle, S., Sanders, S. W. Efficacy and safety of transdermal oxybutynin in patients with urge and mixed urinary incontinence. J Urol. 2002 Aug; 168: 580-6

**40127** Silva, C., Ribeiro, M. J., Cruz, F. The effect of intravesical resiniferatoxin in patients with idiopathic detrusor instability suggests that involuntary detrusor contractions are triggered by C-fiber input. J Urol. 2002 Aug; 168: 575-9

**40128** Kalita, J., Shah, S., Kapoor, R., Misra, U. K. Bladder dysfunction in acute transverse myelitis: magnetic resonance imaging and neurophysiological and urodynamic correlations. J Neurol Neurosurg Psychiatry. 2002 Aug; 73: 154-9

**40139** Hullfish, K. L., Bovbjerg, V. E., Gibson, J., Steers, W. D. Patient-centered goals for pelvic floor dysfunction surgery: what is success, and is it achieved?. Am J Obstet Gynecol. 2002 Jul; 187: 88-92

**40141** Elia, G., Bergman, J., Dye, T. D. Familial incidence of urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 53-5

**40145** Pursley, H. G., Kwolek, D. S. A women's health track for internal medicine residents using evidence- based medicine. Acad Med. 2002 Jul; 77: 743-4

**40146** Donato, D. M., Waller-Smith, S. The vaginal-psoas suspension repair of uterovaginal prolapse. J Am Coll Surg. 2002 Jul; 195: 51-4

**40147** Heit, M., Mudd, K., Culligan, P. Prevention of childbirth injuries to the pelvic floor. Curr Womens Health Rep. 2001 Aug; 1: 72-80

**40150** Valente, E. M., Brancati, F., Caputo, V., Bertini, E., Patrono, C., Costanti, D., Dallapiccola, B. Novel locus for autosomal dominant pure hereditary spastic paraplegia (SPG19) maps to chromosome 9q33-q34. Ann Neurol. 2002 Jun; 51: 681-5

**40151** Savolainen, S., Hurskainen, H., Paljarvi, L., Alafuzoff, I., Vapalahti, M. Five-year outcome of normal pressure hydrocephalus with or without a shunt: predictive value of the clinical signs, neuropsychological evaluation and infusion test. Acta Neurochir (Wien). 2002 Jun; 144: 515-23; discussion 523

**40153** Baskerville, J. R., McAninch, S. A. Focal lingual dystonia, urinary incontinence, and sensory deficits secondary to low voltage electrocution: case report and literature review. Emerg Med J. 2002 Jul; 19: 368-71

**40157** Warshaw, E., Nix, D., Kula, J., Markon, C. E. Clinical and cost effectiveness of a cleanser protectant lotion for treatment of perineal skin breakdown in low-risk patients with incontinence. Ostomy Wound Manage. 2002 Jun; 48: 44-51

**40166** Hay-Smith, J., Herbison, P., Morkved, S. Physical therapies for prevention of urinary and faecal incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003191

**40169** Kreder, K., Mayne, C., Jonas, U. Long-term safety, tolerability and efficacy of extended-release tolterodine in the treatment of overactive bladder. Eur Urol. 2002 Jun; 41: 588-95

**40170** Berghmans, B., van Waalwijk van Doorn, E., Nieman, F., de Bie, R., van den Brandt, P., Van Kerrebroeck, P. Efficacy of physical therapeutic modalities in women with proven bladder overactivity. Eur Urol. 2002 Jun; 41: 581-7

**40174** Cooper, P., Gray, D. Comparison of two skin care regimes for incontinence. Br J Nurs. 2001 Mar; 10: S6, S8, S10 passim

**Appendix A6  Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 40175 | Singer, M. A., Cintron, J. R., Fleshman, J. W., Chaudhry, V., Birnbaum, E. H., Read, T. E., Spitz, J. S., Abcarian, H. Early experience with stapled hemorrhoidectomy in the United States. Dis Colon Rectum. 2002 Mar; 45: 360-7; discussion 367-9 |
| 40176 | Armstrong, D. N., Frankum, C., Schertzer, M. E., Ambroze, W. L., Orangio, G. R. Harmonic scalpel hemorrhoidectomy: five hundred consecutive cases. Dis Colon Rectum. 2002 Mar; 45: 354-9 |
| 40179 | Brennan, M. L., Evans, A. Why catheterize?: audit findings on the use of urinary catheters. Br J Nurs. 2001 May 10-23; 10: 580-90 |
| 40180 | Dixon, G. R., Friedman, J. A., Luetmer, P. H., Quast, L. M., McClelland, R. L., Petersen, R. C., Maher, C. O., Ebersold, M. J. Use of cerebrospinal fluid flow rates measured by phase-contrast MR to predict outcome of ventriculoperitoneal shunting for idiopathic normal- pressure hydrocephalus. Mayo Clin Proc. 2002 Jun; 77: 509-14 |
| 40181 | Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Should measurement of maximum urinary flow rate and residual urine volume be a part of a 'minimal care' assessment programme in female incontinence?. Scand J Urol Nephrol. 2002; 36: 124-7 |
| 40182 | Eastwood, S., Kralik, D., Koch, T. Compromising and containing: self-management strategies used by men and women who live with multiple sclerosis and urinary incontinence. Aust J Holist Nurs. 2002 Apr; 9: 33-43 |
| 40184 | Tincello, D. G., Alfirevic, Z. Important clinical outcomes in urogynecology: views of patients, nurses and medical staff. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 96-8; discussion 98 |
| 40187 | Mortensen, S., Lose, G., Thyssen, H. Repeatability of cystometry and pressure-flow parameters in female patients. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 72-5 |
| 40195 | Thompson, J. F., Roberts, C. L., Currie, M., Ellwood, D. A. Prevalence and persistence of health problems after childbirth: associations with parity and method of birth. Birth. 2002 Jun; 29: 83-94 |
| 40199 | Dowd, T., Kolcaba, K., Steiner, R. Correlations among measures of bladder function and comfort. J Nurs Meas. 2002 Spring-Summer; 10: 27-38 |
| 40201 | Borrie, M. J., Bawden, M., Speechley, M., Kloseck, M. Interventions led by nurse continence advisers in the management of urinary incontinence: a randomized controlled trial. CMAJ. 2002 May 14; 166: 1267-73 |
| 40202 | Brown, J. S. Epidemiology and changing demographics of overactive bladder: a focus on the postmenopausal woman. Geriatrics. 2002 May; 57 Suppl 1: 6-12 |
| 40203 | Dmochowski, R. R. Management of postoperative overactive bladder complications. Geriatrics. 2002 May; 57 Suppl 1: 18-23 |
| 40204 | DuBeau, C. E. The continuum of urinary incontinence in an aging population. Geriatrics. 2002 May; 57 Suppl 1: 12-7 |
| 40208 | Specht, J. K., Lyons, S. S., Maas, M. L. Patterns and treatments of Urinary incontinence on special care units. J Gerontol Nurs. 2002 May; 28: 13-21 |
| 40209 | Lake, D. Catheter care. Nurs Stand. 2000 Oct 18-24; 15: 26 |
| 40210 | Ho, N. C., Hadley, D. W., Jain, P. K., Francomano, C. A. Case 47: dural ectasia associated with Marfan syndrome. Radiology. 2002 Jun; 223: 767-71 |
| 40211 | Ng, S. C., Chen, Y. C., Lin, L. Y., Chen, G. D. Anorectal dysfunction in women with urinary incontinence or lower urinary tract symptoms. Int J Gynaecol Obstet. 2002 May; 77: 139-45 |
| 40213 | Baseman, A. G., Baseman, J. G., Zimmern, P. E., Lemack, G. E. Effect of 6F urethral catheterization on urinary flow rates during repeated pressure-flow studies in healthy female volunteers. Urology. 2002 Jun; 59: 843-6 |
| 40215 | Chiarelli, P., Cockburn, J. Promoting urinary continence in women after delivery: randomised controlled trial. BMJ. 2002 May 25; 324: 1241 |
| 40216 | Brubaker, L. Postpartum urinary incontinence. BMJ. 2002 May 25; 324: 1227-8 |

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

40218    Wang, P. S., Levin, R., Zhao, S. Z., Avorn, J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in older patients. J Am Geriatr Soc. 2002 Jan; 50: 117-24

40220    Zinner, N. R., Mattiasson, A., Stanton, S. L. Efficacy, safety, and tolerability of extended-release once-daily tolterodine treatment for overactive bladder in older versus younger patients. J Am Geriatr Soc. 2002 May; 50: 799-807

40221    Saltvedt, I., Mo, E. S., Fayers, P., Kaasa, S., Sletvold, O. Reduced mortality in treating acutely sick, frail older patients in a geriatric evaluation and management unit. A prospective randomized trial. J Am Geriatr Soc. 2002 May; 50: 792-8

40223    Perez, M. A., Skinner, E. C., Meyerowitz, B. E. Sexuality and intimacy following radical prostatectomy: patient and partner perspectives. Health Psychol. 2002 May; 21: 288-93

40225    Kirkman, S. The midwife and pelvic floor dysfunction. Pract Midwife. 2000 Sep; 3: 20-2

40229    Barthet, M., Bellon, P., Abou, E., Portier, F., Berdah, S., Lesavre, N., Orsoni, P., Bouvier, M., Grimaud, J. C. Anal endosonography for assessment of anal incontinence with a linear probe: relationships with clinical and manometric features. Int J Colorectal Dis. 2002 Mar; 17: 123-8

40234    Leighton, B. L., Halpern, S. H. The effects of epidural analgesia on labor, maternal, and neonatal outcomes: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S69-77

40236    Kato, H., Igawa, Y., Komiyama, I., Nishizawa, O. Continent urinary reservoir formation with transverse colon for patients with pelvic irradiation. Int J Urol. 2002 Apr; 9: 200-3

40237    Potter, J. M., Duffy, P. G., Gordon, E. M., Malone, P. R. Detrusor myotomy: a 5-year review in unstable and non-compliant bladders. BJU Int. 2002 Jun; 89: 932-5

40238    Marte, A., Di Meglio, D., Cotrufo, A. M., Di Iorio, G., De Pasquale, M., Vessella, A. A long-term follow-up of autoaugmentation in myelodysplastic children. BJU Int. 2002 Jun; 89: 928-31

40239    Pohl, H. G., Bauer, S. B., Borer, J. G., Diamond, D. A., Kelly, M. D., Grant, R., Briscoe, C. J., Doonan, G., Retik, A. B. The outcome of voiding dysfunction managed with clean intermittent catheterization in neurologically and anatomically normal children. BJU Int. 2002 Jun; 89: 923-7

40241    Ong, L. C., Lim, Y. N., Sofiah, A. Malaysian children with spina bifida: relationship between functional outcome and level of lesion. Singapore Med J. 2002 Jan; 43: 012-7

40242    Ammini, A. C., Gupta, R., Kapoor, A., Karak, A., Kriplani, A., Gupta, D. K., Kucheria, K. Etiology, clinical profile, gender identity and long-term follow up of patients with ambiguous genitalia in India. J Pediatr Endocrinol Metab. 2002 Apr; 15: 423-30

40243    Vickerman, J. The role of the occupational therapist in continence care. Nurs Times. 2002 Apr 23-29; 98: 52

40244    Leighton, B. L., Halpern, S. H. Epidural analgesia: effects on labor progress and maternal and neonatal outcome. Semin Perinatol. 2002 Apr; 26: 122-35

40245    Lehtoranta, K., Tainio, H., Lukkari-Lax, E., Hakonen, T., Tammela, T. L. Pharmacokinetics, efficacy, and safety of intravesical formulation of oxybutynin in patients with detrusor overactivity. Scand J Urol Nephrol. 2002 Feb; 36: 18-24

40247    Rovner, E. S., Wein, A. J. Once-daily, extended-release formulations of antimuscarinic agents in the treatment of overactive bladder: a review. Eur Urol. 2002 Jan; 41: 6-14

40251    Subak, L. L., Johnson, C., Whitcomb, E., Boban, D., Saxton, J., Brown, J. S. Does weight loss improve incontinence in moderately obese women?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 40-3

40254    Thyssen, H. H., Clevin, L., Olesen, S., Lose, G. Urinary incontinence in elite female athletes and dancers. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 15-7

40255    Bush, T. A., Castellucci, D. T., Phillips, C. Exploring women's beliefs regarding urinary incontinence. Urol Nurs. 2001 Jun; 21: 211-8

40256    Market research on urinary incontinence offers insightful findings. Urol Nurs. 2001 Dec; 21: 413

**Appendix A6 – Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40257  Meade-D'Alisera, P., Merriweather, T., Wentland, M. Impact of commercial marketing on patient demand. Urol Nurs. 2001 Dec; 21: 406-7, 410

40258  Abdelghany, S., Hughes, J., Lammers, J., Wellbrock, B., Buffington, P. J., Shank, R. A.,  3rd Biofeedback and electrical stimulation therapy for treating urinary incontinence and voiding dysfunction: one center's experience. Urol Nurs. 2001 Dec; 21: 401-5, 410

40260  Broome, B. A. Psychometric analysis of the Broome Pelvic Muscle Self-Efficacy Scale in African-American women with incontinence. Urol Nurs. 2001 Aug; 21: 289-97

40261  Reilly, N. A matter of life or death. Urol Nurs. 2001 Apr; 21: 68

40264  Hayn, M. A., Greco, S. J., Capuano, K., Byrnes, A. Compliance with pelvic floor exercise program: maintaining bladder symptom relief. Urol Nurs. 2000 Apr; 20: 129-31

40265  Kincade, J. E., Peckous, B. K., Busby-Whitehead, J. A pilot study to determine predictors of behavioral treatment completion for urinary incontinence. Urol Nurs. 2001 Feb; 21: 39-44

40266  Newton, M., Kosier, J. H., Smith, D. Treatments for overactive bladder. Urol Nurs. 2000 Aug; 20: 267-8

40267  Butler, L., Downe-Wamboldt, B., Marsh, S., Bell, D., Jarvi, K. Behind the scenes: partners' perceptions of quality of life post radical prostatectomy. Urol Nurs. 2000 Aug; 20: 254-8

40270  Heuser, M., Zoller, G., Seseke, F., Zappel, H., Ringert, R. H. Bladder dysfunction in children with bilateral single ectopic ureters. J Pediatr Surg. 2002 May; 37: E15

40272  Langa, K. M., Fultz, N. H., Saint, S., Kabeto, M. U., Herzog, A. R. Informal caregiving time and costs for urinary incontinence in older individuals in the United States. J Am Geriatr Soc. 2002 Apr; 50: 733-7

40273  Patel, M. D., Coshall, C., Rudd, A. G., Wolfe, C. D. Cognitive impairment after stroke: clinical determinants and its associations with long-term stroke outcomes. J Am Geriatr Soc. 2002 Apr; 50: 700-6

40274  Bryant, C. M., Dowell, C. J., Fairbrother, G. Caffeine reduction education to improve urinary symptoms. Br J Nurs. 2002 Apr 25-May 8; 11: 560-5

40276  Schlienger, R. G., Keller, M. J., Krahenbuhl, S. Tolterodine-associated acute mixed liver injury. Ann Pharmacother. 2002 May; 36: 817-9

40278  Evans, R. W., Nasir, N.,  Jr Case report: Dr. Lecter's convulsive syncope. MedGenMed. 2001 Oct 1; 3: 7

40279  Starr, C. H. Eroding the quality of life. Bus Health. 2002 Spring; Spec No: 8-10, 14, 23-4

40280  Starr, C. H. The numbers lie. Bus Health. 2002 Spring; Spec No: 4-7, 23

40281  Starr, C. H. Getting the word out. Bus Health. 2002 Spring; Spec No: 20-2, 24

40282  Starr, C. H. Treatment can lead to a long dry spell. Bus Health. 2002 Spring; Spec No: 15-9, 24

40284  Wilcox, D. T. The management of urinary incontinence in the exstrophy complex, posterior urethral valves, and infrasphincteric ureters. Semin Pediatr Surg. 2002 May; 11: 128-33

40285  van Gool, J. D. Enuresis and incontinence in children. Semin Pediatr Surg. 2002 May; 11: 100-7

40286  Boemers, T. M. Urinary incontinence and vesicourethral dysfunction in pediatric surgical conditions. Semin Pediatr Surg. 2002 May; 11: 91-9

40289  Brown, J. S., Waetjen, L. E., Subak, L. L., Thom, D. H., Van den Eeden, S., Vittinghoff, E. Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol. 2002 Apr; 186: 712-6

40290  Sanders, C., Driver, C. P., Rickwood, A. M. The anocutaneous reflex and urinary continence in children with myelomeningocele. BJU Int. 2002 May; 89: 720-1

40293  Wilkins, K. Medications and fall-related fractures in the elderly. Health Rep. 1999 Summer; 11: 45-53(Eng); 49-58(Fre)

40295  Vernon, T. Managing excoriation. Nurs Times. 2000 Jul 20; 96: 12

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **40296** | Dallosso, H. Lower urinary tract symptoms: why incidence rates are vital. Nurs Times. 2001 May 17-23; 97: 72 |
| **40297** | Rigby, D., Whelan, L. Parkinson's disease and the nurse's role in continence assessment. Nurs Times. 2001 May 17-23; 97: 64-5 |
| **40298** | White, H., Holland, D. Looking good and feeling good: clothes to help promote continence. Nurs Times. 2001 May 17-23; 97: 60-1 |
| **40300** | Rigby, D., Whelan, L. Parkinson's disease--continence management. Nurs Times. 2001 Jul 26-Aug 1; 97: 65-6 |
| **40301** | Mueller, C., Cain, H. Comprehensive management of urinary incontinence through quality improvement efforts. Geriatr Nurs. 2002 Mar-Apr; 23: 82-7 |
| **40302** | Mather, K. F., Bakas, T. Nursing assistants' perceptions of their ability to provide continence care. Geriatr Nurs. 2002 Mar-Apr; 23: 76-81 |
| **40303** | Petrou, S. P., Jones, J., Parra, R. O. Martius flap harvest site: patient self-perception. J Urol. 2002 May; 167: 2098-9 |
| **40305** | Kjerulff, K. H., Langenberg, P. W., Greenaway, L., Uman, J., Harvey, L. A. Urinary incontinence and hysterectomy in a large prospective cohort study in American women. J Urol. 2002 May; 167: 2088-92 |
| **40307** | Costa, J. A., Kreder, K. J., Howe, J. R. Combined urinary and fecal diversion using a no bowel anastomosis technique. J Urol. 2002 May; 167: 2063-5 |
| **40308** | Addison, R., Roberts, J. Female devices: are your patients missing out?. Nurs Times. 2001 Feb 8-14; 97: III-V |
| **40310** | Todd, L. T., Jr, Yaszemski, M. J., Currier, B. L., Fuchs, B., Kim, C. W., Sim, F. H. Bowel and bladder function after major sacral resection. Clin Orthop. 2002 Apr; ; 36-9 |
| **40311** | Jayne, D. G., Botterill, I., Ambrose, N. S., Brennan, T. G., Guillou, P. J., O'Riordain, D. S. Randomized clinical trial of Ligasure versus conventional diathermy for day-case haemorrhoidectomy. Br J Surg. 2002 Apr; 89: 428-32 |
| **40312** | Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Does urinary incontinence occurrence depend on the menstrual cycle phase?. Acta Obstet Gynecol Scand. 2002 Apr; 81: 347-50 |
| **40314** | Montoya, A., Weiss, A. P., Price, B. H., Cassem, E. H., Dougherty, D. D., Nierenberg, A. A., Rauch, S. L., Cosgrove, G. R. Magnetic resonance imaging-guided stereotactic limbic leukotomy for treatment of intractable psychiatric disease. Neurosurgery. 2002 May; 50: 1043-9; discussion 1049-52 |
| **40318** | Ishizuka, O., Gu, B., Igawa, Y., Nishizawa, O., Pehrson, R., Andersson, K. E. Role of supraspinal serotonin receptors for micturition in normal conscious rats. Neurourol Urodyn. 2002; 21: 225-30 |
| **40320** | Corcos, J., Behlouli, H., Beaulieu, S. Identifying cut-off scores with neural networks for interpretation of the incontinence impact questionnaire. Neurourol Urodyn. 2002; 21: 198-203 |
| **40321** | Bogner, H. R., Gallo, J. J., Sammel, M. D., Ford, D. E., Armenian, H. K., Eaton, W. W. Urinary incontinence and psychological distress in community-dwelling older adults. J Am Geriatr Soc. 2002 Mar; 50: 489-95 |
| **40324** | Fitzgerald, S. T., Palmer, M. H., Kirkland, V. L., Robinson, L. The impact of urinary incontinence in working women: a study in a production facility. Women Health. 2002; 35: 1-16 |
| **40325** | Hannah, M. E., Hannah, W. J., Hodnett, E. D., Chalmers, B., Kung, R., Willan, A., Amankwah, K., Cheng, M., Helewa, M., Hewson, S., Saigal, S., Whyte, H., Gafni, A. Outcomes at 3 months after planned cesarean vs planned vaginal delivery for breech presentation at term: the international randomized Term Breech Trial. JAMA. 2002 Apr 10; 287: 1822-31 |
| **40326** | Henningsohn, L., Wijkstrom, H., Dickman, P. W., Bergmark, K., Steineck, G. Distressful symptoms after radical radiotherapy for urinary bladder cancer. Radiother Oncol. 2002 Feb; 62: 215-25 |
| **40328** | Miller, J. A. Urinary incontinence: a classification system and treatment protocols for the primary care provider. J Am Acad Nurse Pract. 2000 Sep; 12: 374-9 |
| **40330** | Murphy, M. L., Pichichero, M. E. Prospective identification and treatment of children with pediatric autoimmune neuropsychiatric disorder associated with group A streptococcal infection (PANDAS). Arch Pediatr Adolesc Med. 2002 Apr; 156: 356-61 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

40332   Hsu, T. H., Rackley, R. R., Abdelmalak, J. B., Madjar, S., Vasavada, S. P. Novel technique for combined repair of postirradiation vesicovaginal fistula and augmentation ileocystoplasty. Urology. 2002 Apr; 59: 597-9

40334   Joshi, H. B., Okeke, A., Newns, N., Keeley, F. X., Jr, Timoney, A. G. Characterization of urinary symptoms in patients with ureteral stents. Urology. 2002 Apr; 59: 511-6

40338   Xu, Y. M., Qiao, Y., Sa, Y. L., Zhang, J., Li, T., Zhang, X. R., Chen, Z. Study of efferent tube suspension as a continent diversion mechanism. an experimental study in dogs. Urol Int. 2002; 68: 193-6

40340   Ferrara, P., D'Aleo, C., Ruggiero, A., Paoletti, F. P., Chiozza, M. L., Plebani, M., Caione, P., Del Gado, R., Salvaggio, E. Plasma antidiuretic hormone levels in children with spina bifida. Urol Int. 2002; 68: 144-7

40341   Kumar, R., Bansal, K. K., Chhabra, D. K. Occurrence of split cord malformation in meningomyelocele: complex spina bifida. Pediatr Neurosurg. 2002 Mar; 36: 119-27

40343   Giannantoni, A., Di Stasi, S. M., Stephen, R. L., Navarra, P., Scivoletto, G., Mearini, E., Porena, M. Intravesical capsaicin versus resiniferatoxin in patients with detrusor hyperreflexia: a prospective randomized study. J Urol. 2002 Apr; 167: 1710-4

40344   Pettersen, R., Dahl, T., Wyller, T. B. Prediction of long-term functional outcome after stroke rehabilitation. Clin Rehabil. 2002 Mar; 16: 149-59

40346   Rawlings, C. A. Colposuspension as a treatment for urinary incontinence in spayed dogs. J Am Anim Hosp Assoc. 2002 Mar-Apr; 38: 107-10

40347   Brown, W. J., Miller, Y. D. Too wet to exercise? Leaking urine as a barrier to physical activity in women. J Sci Med Sport. 2001 Dec; 4: 373-8

40351   Bayliss, V., Cherry, M., Locke, R., Salter, L. Pathways for continence care: background and audit. Br J Nurs. 2000 May 11-24; 9: 590-2, 594, 596

40353   Topsakal, C., Kaplan, M., Erol, F., Cetin, H., Ozercan, I. Unusual arachnoid cyst of the quadrigeminal cistern in an adult presenting with apneic spells and normal pressure hydrocephalus--case report. Neurol Med Chir (Tokyo). 2002 Jan; 42: 44-50

40354   Muller, N. Promoting urinary health. Provider. 2002 Mar; 28: 51-3

40355   Koch, T., Kelly, S. Understanding what is important for women who live with multiple sclerosis. Aust J Holist Nurs. 1999 Apr; 6: 14-24

40357   Sloane, K. Continence promotion during pregnancy. Aust Nurs J. 2000 Aug; 8: 32

40358   Leaver, R., Pressland, D. Intermittent self-catheterisation in urinary tract reconstruction. Br J Community Nurs. 2001 May; 6: 253-8

40362   Blanes, L., Pinto Rde, C., Santos, V. L. Urinary incontinence knowledge and attitudes in Sao Paulo. Ostomy Wound Manage. 2001 Dec; 47: 43-51

40363   Schulz, J. A. Assessing and treating pelvic organ prolapse. Ostomy Wound Manage. 2001 May; 47: 54-9

40364   Capewell, A. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 801

40365   Molloy, W. B. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 800-1

40367   Robinson, J. P. Phases of the qualitative research interview with institutionalized elderly individuals. J Gerontol Nurs. 2000 Nov; 26: 17-23

40370   Golliot, F., Astagneau, P., Cassou, B., Okra, N., Rothan-Tondeur, M., Brucker, G. Nosocomial infections in geriatric long-term-care and rehabilitation facilities: exploration in the development of a risk index for epidemiological surveillance. Infect Control Hosp Epidemiol. 2001 Dec; 22: 746-53

40372   Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urgency, urge incontinence and voiding symptoms in men and women aged 70 years and over. BJU Int. 2002 Mar; 89: 350-5

40375   Tsuji, T., Matsuyama, Y., Sato, K., Iwata, H. Infantile spinal cord tumor: diagnostic difficulties. A case report. J Pediatr Orthop B. 2002 Jan; 11: 1-5

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**40376**  Senior, J. Clean intermittent self-catheterisation and children. Br J Community Nurs. 2001 Aug; 6: 381-6

**40377**  Cogan, S. L., Weber, A. M., Hammel, J. P. Is urethral mobility really being assessed by the pelvic organ prolapse quantification (POP-Q) system?. Obstet Gynecol. 2002 Mar; 99: 473-6

**40378**  Piloni, V. Dynamic imaging of pelvic floor with transperineal sonography. Tech Coloproctol. 2001 Aug; 5: 103-5

**40379**  Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K. N. Urge incontinence and impaired detrusor contractility in the elderly. Neurourol Urodyn. 2002; 21: 126-31

**40381**  Eke, N. Urological complications of coitus. BJU Int. 2002 Feb; 89: 273-7

**40383**  Finkelstein, M. M. Medical conditions, medications, and urinary incontinence. Analysis of a population-based survey. Can Fam Physician. 2002 Jan; 48: 96-101

**40384**  Swanson, J. G., Skelly, J., Hutchison, B., Kaczorowski, J. Urinary incontinence in Canada. National survey of family physicians' knowledge, attitudes, and practices. Can Fam Physician. 2002 Jan; 48: 86-92

**40385**  Borrie, M. J., Valiquette, L. Managing adults with urinary incontinence. Clinical practice guidelines. Can Fam Physician. 2002 Jan; 48: 114-6

**40387**  Beer-Gabel, M., Teshler, M., Barzilai, N., Lurie, Y., Malnick, S., Bass, D., Zbar, A. Dynamic transperineal ultrasound in the diagnosis of pelvic floor disorders: pilot study. Dis Colon Rectum. 2002 Feb; 45: 239-45; discussion 245-8

**40389**  Skeil, D., Thorpe, A. C. Transcutaneous electrical nerve stimulation in the treatment of neurological patients with urinary symptoms. BJU Int. 2001 Dec; 88: 899-908

**40390**  Samuelsson, E., Mansson, L., Milsom, I. Incontinence aids in Sweden: users and costs. BJU Int. 2001 Dec; 88: 893-8

**40395**  Sugerman, H. J. Bariatric surgery for severe obesity. J Assoc Acad Minor Phys. 2001 Jul; 12: 129-36

**40396**  Hafez, A. T., McLorie, G., Bagli, D., Khoury, A. A single-centre long-term outcome analysis of artificial urinary sphincter placement in children. BJU Int. 2002 Jan; 89: 82-5

**40398**  Dhar, H. L. Gender, aging, health and society. J Assoc Physicians India. 2001 Oct; 49: 1012-20

**40399**  Jirovec, M. M., Jenkins, J., Isenberg, M., Baiardi, J. Urine control theory derived from Roy's conceptual framework. Nurs Sci Q. 1999 Jul; 12: 251-5

**40401**  Merkelj, I. Basic assessment of urinary incontinence. South Med J. 2002 Feb; 95: 178-82

**40403**  Clarke-O'Neill, S., Pettersson, L., Fader, M., Dean, G., Brooks, R., Cottenden, A. A multicentre comparative evaluation: washable pants with an integral pad for light incontinence. J Clin Nurs. 2002 Jan; 11: 79-89

**40404**  Telford, C. Understanding the problem of urinary incontinence. JAAPA. 2002 Jan; 15: 45-50

**40405**  Prayson, R. A., Chowdhary, S., Woodhouse, S., Hanson, M., Nair, S. Collision of a syncytial meningioma and malignant astrocytoma. Ann Diagn Pathol. 2002 Feb; 6: 44-8

**40406**  Controlling urinary incontinence. Aust Fam Physician. 2002 Jan; 31: 88-93

**40407**  Sexuality and reproductive issues. Aust Fam Physician. 2002 Jan; 31: 102-5

**40410**  Agut, A., Fernandez del Palacio, M. J., Laredo, F. G., Murciano, J., Bayon, A., Soler, M. Unilateral renal agenesis associated with additional congenital abnormalities of the urinary tract in a Pekingese bitch. J Small Anim Pract. 2002 Jan; 43: 32-5

**40411**  Kerschan-Schindl, K., Uher, E., Wiesinger, G., Kaider, A., Ebenbichler, G., Nicolakis, P., Kollmitzer, J., Preisinger, E., Fialka-Moser, V. Reliability of pelvic floor muscle strength measurement in elderly incontinent women. Neurourol Urodyn. 2002; 21: 42-7

**40415**  Gomes, C. M., Trigo-Rocha, F., Arap, M. A., Gabriel, A. J., Alaor de Figueiredo, J., Arap, S. Schistosomal myelopathy: urologic manifestations and urodynamic findings. Urology. 2002 Feb; 59: 195-200

---

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 577 of 800 PageID #: 203116

| | |
|---|---|
| 40417 | Barton, D. L., Loprinzi, C., Gostout, B. Current management of menopausal symptoms in cancer patients. Oncology (Huntingt). 2002 Jan; 16: 67-72, 74; discussion 75-6, 79-80 |
| 40418 | Melton, L. Targeted treatment for incontinence beckons. Lancet. 2002 Jan 26; 359: 326 |
| 40419 | DiSaia, P. J., Brewster, W. R. Hormone replacement therapy for survivors of breast and endometrial cancer. Curr Oncol Rep. 2002 Mar; 4: 152-8 |
| 40420 | Nomura, S., Ishido, T., Tanaka, K., Komiya, A. Augmentation ileocystoplasty in patients with neurogenic bladder due to spinal cord injury or spina bifida. Spinal Cord. 2002 Jan; 40: 30-3 |
| 40421 | Hicken, B. L., Putzke, J. D., Richards, J. S. Bladder management and quality of life after spinal cord injury. Am J Phys Med Rehabil. 2001 Dec; 80: 916-22 |
| 40423 | Shaw, C. A review of the psychosocial predictors of help-seeking behaviour and impact on quality of life in people with urinary incontinence. J Clin Nurs. 2001 Jan; 10: 15-24 |
| 40426 | Nelson, R., Furner, S., Jesudason, V. Urinary incontinence in Wisconsin skilled nursing facilities: prevalence and associations in common with fecal incontinence. J Aging Health. 2001 Nov; 13: 539-47 |
| 40427 | Cochrane, D. D., Irwin, B., Chambers, K. Clinical outcomes that fetal surgery for myelomeningocele needs to achieve. Eur J Pediatr Surg. 2001 Dec; 11 Suppl 1: S18-20 |
| 40428 | Koch, T., Kralik, D., Eastwood, S., Schofield, A. Breaking the silence: women living with multiple sclerosis and urinary incontinence. Int J Nurs Pract. 2001 Feb; 7: 16-23 |
| 40429 | Brazzelli, M., Shirran, E., Vale, L. Absorbent products for containing urinary and/or fecal incontinence in adults. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 45-54 |
| 40430 | Thompson, D. L. The national coverage decision for reimbursement for biofeedback and pelvic floor electrical stimulation for treatment of urinary incontinence. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 11-9 |
| 40431 | Palmer, M. H. Urinary incontinence in nursing homes. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 4-5 |
| 40432 | Mandigers, R. J., Nell, T. Treatment of bitches with acquired urinary incontinence with oestriol. Vet Rec. 2001 Dec 22-29; 149: 764-7 |
| 40433 | Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Boyington, A. R., Tomlinson, B. U., Coward, R. T., Duncan, R. P., Vogel, B., Rooks, L. G. A randomized trial of behavioral management for continence with older rural women. Res Nurs Health. 2002 Feb; 25: 3-13 |
| 40434 | Rizk, D. E. Epidemiology consequences and natural history of urinary incontinence in non-caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 413 |
| 40435 | Madjar, S., Gousse, A. Postirradiation vesicovaginal fistula completely resolved with conservative treatment. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 405-6 |
| 40440 | Elia, G., Dye, T. D., Scariati, P. D. Body mass index and urinary symptoms in women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 366-9 |
| 40441 | Rogers, G. R., Villarreal, A., Kammerer-Doak, D., Qualls, C. Sexual function in women with and without urinary incontinence and/or pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 361-5 |
| 40442 | Gerharz, E. W., Kohl, U. N., Melekos, M. D., Bonfig, R., Weingartner, K., Riedmiller, H. Ten years' experience with the submucosally embedded in situ appendix in continent cutaneous diversion. Eur Urol. 2001 Dec; 40: 625-31 |
| 40443 | Hammel, S. P., Bjorling, D. E. Results of vulvoplasty for treatment of recessed vulva in dogs. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 79-83 |
| 40444 | Lautzenhiser, S. J., Bjorling, D. E. Urinary incontinence in a dog with an ectopic ureterocele. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 29-32 |
| 40446 | Tincello, D. G., Adams, E. J., Richmond, D. H. Antenatal screening for postpartum urinary incontinence in nulliparous women: a pilot study. Eur J Obstet Gynecol Reprod Biol. 2002 Feb 10; 101: 70-3 |

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 678 of 800 PageID #: 203117

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Procite Number**

---

**40447**  Gividen, J., Van Savage, J. G. Improvement in neurogenic bladder after the antegrade continence enema procedure. Urology. 2002 Jan; 59: 137

**40452**  Naglie, G., Radomski, S. B., Brymer, C., Mathiasen, K., O'Rourke, K., Tomlinson, G. A randomized, double-blind, placebo controlled crossover trial of nimodipine in older persons with detrusor instability and urge incontinence. J Urol. 2002 Feb; 167: 586-90

**40453**  Miller, K. L., DuBeau, C. E., Bergmann, M., Griffiths, D. J., Resnick, N. M. Quest for a detrusor overactivity index. J Urol. 2002 Feb; 167: 578-84; discussion 584-5

**40454**  Lev, N., Maimon, S., Rappaport, Z. H., Melamed, E. Spinal dural arteriovenous fistulae--a diagnostic challenge. Isr Med Assoc J. 2001 Jul; 3: 492-6

**40455**  Singh, I., Nabi, G., Kumar, R., Hemal, A. K. Endourologic management of obstetrical ureterouterine fistula: case report and review of literature. J Endourol. 2001 Dec; 15: 985-8

**40457**  Stocklin-Gautschi, N. M., Hassig, M., Reichler, I. M., Hubler, M., Arnold, S. The relationship of urinary incontinence to early spaying in bitches. J Reprod Fertil Suppl. 2001; 57: 233-6

**40458**  Olson, P. N., Kustritz, M. V., Johnston, S. D. Early-age neutering of dogs and cats in the United States (a review). J Reprod Fertil Suppl. 2001; 57: 223-32

**40459**  Goer, H. The case against elective cesarean section. J Perinat Neonatal Nurs. 2001 Dec; 15: 23-38; quiz 89

**40460**  McNagny, S. E., Wenger, N. K. Postmenopausal hormone-replacement therapy. N Engl J Med. 2002 Jan 3; 346: 63-5

**40462**  Major, H., Culligan, P., Heit, M. Urethral sphincter morphology in women with detrusor instability. Obstet Gynecol. 2002 Jan; 99: 63-8

**40463**  Ganz, P. A., Desmond, K. A., Leedham, B., Rowland, J. H., Meyerowitz, B. E., Belin, T. R. Quality of life in long-term, disease-free survivors of breast cancer: a follow-up study. J Natl Cancer Inst. 2002 Jan 2; 94: 39-49

**40466**  Mori, K. Management of idiopathic normal-pressure hydrocephalus: a multiinstitutional study conducted in Japan. J Neurosurg. 2001 Dec; 95: 970-3

**40468**  Hextall, A., Bidmead, J., Cardozo, L., Hooper, R. The impact of the menstrual cycle on urinary symptoms and the results of urodynamic investigation. BJOG. 2001 Nov; 108: 1193-6

**40471**  Shobeiri, S. A., Chesson, R. R., Echols, K. T. Cystoscopic fistulography: a new technique for the diagnosis of vesicocervical fistula. Obstet Gynecol. 2001 Nov; 98: 1124-6

**40472**  Brown, J. S., Vittinghoff, E., Kanaya, A. M., Agarwal, S. K., Hulley, S., Foxman, B. Urinary tract infections in postmenopausal women: effect of hormone therapy and risk factors. Obstet Gynecol. 2001 Dec; 98: 1045-52

**40475**  Riedmiller, H., Androulakakis, P., Beurton, D., Kocvara, R., Gerharz, E. EAU guidelines on paediatric urology. Eur Urol. 2001 Nov; 40: 589-99

**40478**  Perez-Abadia, G., Van Aalst, V. C., Palacio, M. M., Werker, P. M., Ren, X., Van Savage, J., Fernandez, A. G., Kon, M., Barker, J. H. Gracilis muscle neosphincter for treating urinary incontinence. Microsurgery. 2001; 21: 271-80

**40479**  Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary dysfunction in Brown-Sequard syndrome. Neurourol Urodyn. 2001; 20: 661-7

**40480**  McLennan, M. T., Melick, C., Bent, A. E. Urethral instability: clinical and urodynamic characteristics. Neurourol Urodyn. 2001; 20: 653-60

**40481**  Barber, M. D., Kuchibhatla, M. N., Pieper, C. F., Bump, R. C. Psychometric evaluation of 2 comprehensive condition-specific quality of life instruments for women with pelvic floor disorders. Am J Obstet Gynecol. 2001 Dec; 185: 1388-95

**40482**  Jabs, C. F., Drutz, H. P. The role of intraoperative cystoscopy in prolapse and incontinence surgery. Am J Obstet Gynecol. 2001 Dec; 185: 1368-71; discussion 1372-3

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**40483** Ellerkmann, R. M., Cundiff, G. W., Melick, C. F., Nihira, M. A., Leffler, K., Bent, A. E. Correlation of symptoms with location and severity of pelvic organ prolapse. Am J Obstet Gynecol. 2001 Dec; 185: 1332-7; discussion 1337-8

**40484** Arya, L. A., Jackson, N. D., Myers, D. L., Verma, A. Risk of new-onset urinary incontinence after forceps and vacuum delivery in primiparous women. Am J Obstet Gynecol. 2001 Dec; 185: 1318-23; discussion 1323-4

**40489** Wiseman, O. J., v, d., Hombergh U, Koldewijn, E. L., Spinelli, M., Siegel, S. W., Fowler, C. J. Sacral neuromodulation and pregnancy. J Urol. 2002 Jan; 167: 165-8

**40490** O'Reilly, B. A., Kosaka, A. H., Knight, G. F., Chang, T. K., Ford, A. P., Rymer, J. M., Popert, R., Burnstock, G., McMahon, S. B. P2X receptors and their role in female idiopathic detrusor instability. J Urol. 2002 Jan; 167: 157-64

**40492** Edwards, N. I., Jones, D. The prevalence of faecal incontinence in older people living at home. Age Ageing. 2001 Nov; 30: 503-7

**40494** Rizk, D. E., Hassan, M. Y., Shaheen, H., Cherian, J. V., Micallef, R., Dunn, E. The prevalence and determinants of health care-seeking behavior for fecal incontinence in multiparous United Arab Emirates females. Dis Colon Rectum. 2001 Dec; 44: 1850-6

**40495** Tilling, K., Sterne, J. A., Rudd, A. G., Glass, T. A., Wityk, R. J., Wolfe, C. D. A new method for predicting recovery after stroke. Stroke. 2001 Dec 1; 32: 2867-73

**40497** Chung, C. C., Ha, J. P., Tsang, W. W., Li, M. K. Laparoscopic-assisted total mesorectal excision and colonic J pouch reconstruction in the treatment of rectal cancer. Surg Endosc. 2001 Oct; 15: 1098-101

**40498** Spellacy, E. Urinary incontinence in pregnancy and the puerperium. J Obstet Gynecol Neonatal Nurs. 2001 Nov-Dec; 30: 634-41

**40499** Goldberg, R. P., Sand, P. K., Beck, H. Early-stage ovarian carcinoma presenting with irritative voiding symptoms and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 342-4

**40501** Woodman, P. J., Misko, C. A., Fischer, J. R. The use of short-form quality of life questionnaires to measure the impact of imipramine on women with urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 312-5; discussion 315-6

**40504** Davila, G. W. Informed consent for obstetrics management: a urogynecologic perspective. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 289-91

**40507** Kaufman, H. S., Buller, J. L., Thompson, J. R., Pannu, H. K., DeMeester, S. L., Genadry, R. R., Bluemke, D. A., Jones, B., Rychcik, J. L., Cundiff, G. W. Dynamic pelvic magnetic resonance imaging and cystocolpoproctography alter surgical management of pelvic floor disorders. Dis Colon Rectum. 2001 Nov; 44: 1575-83; discussion 1583-4

**40508** Johanson, R., Newburn, M. Promoting normality in childbirth. BMJ. 2001 Nov 17; 323: 1142-3

**40512** Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Ishikawa, T., Akahane, S., Akahane, M. Beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence: 2-[4-(2-[[(1S,2R)-2-hydroxy-2-(4- hydroxyphenyl)-1-methylethyl]amino]ethyl)phenoxy]-2-methylpropionic acid. Bioorg Med Chem. 2001 Dec; 9: 3265-71

**40514** Roe, B., Moore, K. N. Utilization of incontinence clinical practice guidelines. J Wound Ostomy Continence Nurs. 2001 Nov; 28: 297-304

**40521** Lose, G., Fantl, J. A., Victor, A., Walter, S., Wells, T. L., Wyman, J., Mattiasson, A. Outcome measures for research in adult women with symptoms of lower urinary tract dysfunction. Standardization Committee of the International Continence Society. Acta Obstet Gynecol Scand. 2001 Nov; 80: 981-5

**40522** Lose, G. Proper outcome assessment is pivotal for the reader of a paper to be able to compare results from different studies and relate them to one's own practice. Acta Obstet Gynecol Scand. 2001 Nov; 80: 979-80

**40523** Bug, G. J., Kiff, E. S., Hosker, G. A new condition-specific health-related quality of life questionnaire for the assessment of women with anal incontinence. BJOG. 2001 Oct; 108: 1057-67

**40524** Merkelj, I. Urinary incontinence in the elderly. South Med J. 2001 Oct; 94: 952-7

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

40526   Neveus, T. Oxybutynin, desmopressin and enuresis. J Urol. 2001 Dec; 166: 2459-62

40527   von Gontard, A., Schaumburg, H., Hollmann, E., Eiberg, H., Rittig, S. The genetics of enuresis: a review. J Urol. 2001 Dec; 166: 2438-43

40528   Schulman, S. L., Von Zuben, F. C., Plachter, N., Kodman-Jones, C. Biofeedback methodology: does it matter how we teach children how to relax the pelvic floor during voiding?. J Urol. 2001 Dec; 166: 2423-6

40529   Bower, W. F., Moore, K. H., Adams, R. D. A pilot study of the home application of transcutaneous neuromodulation in children with urgency or urge incontinence. J Urol. 2001 Dec; 166: 2420-2

40530   Hoebeke, P., Van Laecke, E., Everaert, K., Renson, C., De Paepe, H., Raes, A., Vande Walle, J. Transcutaneous neuromodulation for the urge syndrome in children: a pilot study. J Urol. 2001 Dec; 166: 2416-9

40531   Kirchlechner, V., Hoffmann-Ehrhart, B., Kovacs, J., Waldhauser, F. Melatonin production is similar in children with monosymptomatic nocturnal enuresis or other forms of enuresis/incontinence and in controls. J Urol. 2001 Dec; 166: 2407-10

40532   Eiberg, H., Shaumburg, H. L., Von Gontard, A., Rittig, S. Linkage study of a large Danish 4-generation family with urge incontinence and nocturnal enuresis. J Urol. 2001 Dec; 166: 2401-3

40533   Kodman-Jones, C., Hawkins, L., Schulman, S. L. Behavioral characteristics of children with daytime wetting. J Urol. 2001 Dec; 166: 2392-5

40535   Cappellano, F., Bertapelle, P., Spinelli, M., Catanzaro, F., Carone, R., Zanollo, A., De Seta, F., Giardiello, G. Quality of life assessment in patients who undergo sacral neuromodulation implantation for urge incontinence: an additional tool for evaluating outcome. J Urol. 2001 Dec; 166: 2277-80

40536   Nguyen, J. K., Bhatia, N. N. Resolution of motor urge incontinence after surgical repair of pelvic organ prolapse. J Urol. 2001 Dec; 166: 2263-6

40539   Faure, J. P., Hauet, T., Scepi, M., Chansigaud, J. P., Kamina, P., Richer, J. P. The pectineal ligament: anatomical study and surgical applications. Surg Radiol Anat. 2001; 23: 237-42

40541   White, R. N. Urethropexy for the management of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2001 Oct; 42: 481-6

40543   Maurer, C. A., Z'Graggen, K., Renzulli, P., Schilling, M. K., Netzer, P., Buchler, M. W. Total mesorectal excision preserves male genital function compared with conventional rectal cancer surgery. Br J Surg. 2001 Nov; 88: 1501-5

40544   Loera, J. A., Black, S. A., Markides, K. S., Espino, D. V., Goodwin, J. S. The use of herbal medicine by older Mexican Americans. J Gerontol A Biol Sci Med Sci. 2001 Nov; 56: M714-8

40545   Giles, L. G., Yamada, S. An unusual cause of incontinence. Aust Fam Physician. 2001 Aug; 30: 767-9

40546   Ritchie, J., Kuchel, G. A. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2001 Oct; 88: 645-6

40547   Bulmer, P. J., James, M., Ellis-Jones, J., Smith, D., Timoney, A. G., Donovan, J. A randomized trial comparing the effectiveness and preference of a touch-screen computer system with a leaflet for providing women with information on urinary symptoms suggestive of detrusor instability. BJU Int. 2001 Oct; 88: 532-5

40548   Greenwell, T. J., Venn, S. N., Mundy, A. R. Augmentation cystoplasty. BJU Int. 2001 Oct; 88: 511-25

40549   Shah, M., Moogerfeld, M. S., Ahmed, J., Mughal, M., Aziz, K. Metastatic cervical cancer with unusual presentation: a case report. Conn Med. 2001 Sep; 65: 523-5

40550   MacKay, K., Hemmett, L. Needs assessment of women with urinary incontinence in a district health authority. Br J Gen Pract. 2001 Oct; 51: 801-4

40551   Rizk, D. E., Raaschou, T., Mason, N., Berg, B. Evidence of progesterone receptors in the mucosa of the urinary bladder. Scand J Urol Nephrol. 2001 Sep; 35: 305-9

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 40552 | Tullberg, M., Jensen, C., Ekholm, S., Wikkelso, C. Normal pressure hydrocephalus: vascular white matter changes on MR images must not exclude patients from shunt surgery. AJNR Am J Neuroradiol. 2001 Oct; 22: 1665-73 |
| 40553 | Vapnek, J. M. Urinary incontinence. Screening and treatment of urinary dysfunction. Geriatrics. 2001 Oct; 56: 25-9; quiz 32 |
| 40554 | Christ, G. J., Day, N. S., Day, M., Santizo, C., Zhao, W., Sclafani, T., Zinman, J., Hsieh, K., Venkateswarlu, K., Valcic, M., Melman, A. Bladder injection of 'naked' hSlo/pcDNA3 ameliorates detrusor hyperactivity in obstructed rats in vivo. Am J Physiol Regul Integr Comp Physiol. 2001 Nov; 281: R1699-709 |
| 40555 | Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Videourodynamic and sphincter motor unit potential analyses in Parkinson's disease and multiple system atrophy. J Neurol Neurosurg Psychiatry. 2001 Nov; 71: 600-6 |
| 40557 | Halverson, A. L., Hull, T. L., Paraiso, M. F., Floruta, C. Outcome of sphincteroplasty combined with surgery for urinary incontinence and pelvic organ prolapse. Dis Colon Rectum. 2001 Oct; 44: 1421-6 |
| 40559 | Hirai, K., Ishiko, O., Sumi, T., Hyun, Y., Nakagawa, E., Ogita, S. Indifference and resignation of Japanese women toward urinary incontinence. Int J Gynaecol Obstet. 2001 Oct; 75: 89-91 |
| 40561 | Sommerfeld, D. K., von Arbin, M. H. Disability test 10 days after acute stroke to predict early discharge home in patients 65 years and older. Clin Rehabil. 2001 Oct; 15: 528-34 |
| 40562 | Metitieri, T., Zanetti, O., Geroldi, C., Frisoni, G. B., De Leo, D., Dello Buono, M., Bianchetti, A., Trabucchi, M. Reality orientation therapy to delay outcomes of progression in patients with dementia. A retrospective study. Clin Rehabil. 2001 Oct; 15: 471-8 |
| 40563 | Dietz, H. P., Clarke, B. Is the irritable bladder associated with anterior compartment relaxation? A critical look at the 'integral theory of pelvic floor dysfunction'. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 317-9 |
| 40564 | Land, R., Parry, E., Rane, A., Wilson, D. Personal preferences of obstetricians towards childbirth. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 249-52 |
| 40565 | Sarioglu, A., Tanyel, F. C., Senocak, M. E., Buyukpamukcu, N., Hicsonmez, A. Complications of the two major operations of Hirschsprung's disease: a single center experience. Turk J Pediatr. 2001 Jul-Sep; 43: 219-22 |
| 40566 | Swithinbank, L., Abrams, P. Lower urinary tract symptoms in community-dwelling women: defining diurnal and nocturnal frequency and 'the incontinence case'. BJU Int. 2001 Sep; 88 Suppl 2: 18-22; discussion 49-50 |
| 40568 | Dwyer, P. L. Female pelvic floor dysfunction and estrogen therapy. Climacteric. 2001 Sep; 4: 179-80 |
| 40569 | van Kuijk, A. A., van der Linde, H., van Limbeek, J. Urinary incontinence in stroke patients after admission to a postacute inpatient rehabilitation program. Arch Phys Med Rehabil. 2001 Oct; 82: 1407-11 |
| 40570 | Nikolaev, V. V. Treatment of incontinence in children with bladder exstrophy after rectal urinary diversion: the anal sling procedure. J Urol. 2001 Nov; 166: 1904-5 |
| 40571 | Gousse, A. E., Madjar, S., Lambert, M. M., Fishman, I. J. Artificial urinary sphincter for post-radical prostatectomy urinary incontinence: long-term subjective results. J Urol. 2001 Nov; 166: 1755-8 |
| 40572 | Lyon, R. P. Re: the treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Nov; 166: 1838 |
| 40574 | Bayraktar, Z., Sevin, G., Gurbuz, G., Tasci, A. I. Ileal orthotopic neobladder in women: the first experiences from Turkey and our modifications. Int Urol Nephrol. 2001; 32: 371-5 |
| 40576 | Messinger-Rapport, B. J., Thacker, H. L. Prevention for the older woman. A practical guide to hormone replacement therapy and urogynecologic health. Geriatrics. 2001 Sep; 56: 32-4, 37-8, 40-2 |
| 40580 | Subak, L. L., Waetjen, L. E., van den Eeden, S., Thom, D. H., Vittinghoff, E., Brown, J. S. Cost of pelvic organ prolapse surgery in the United States. Obstet Gynecol. 2001 Oct; 98: 646-51 |
| 40582 | Sherburn, M., Guthrie, J. R., Dudley, E. C., O'Connell, H. E., Dennerstein, L. Is incontinence associated with menopause?. Obstet Gynecol. 2001 Oct; 98: 628-33 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 - Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**40583**  Davis, N. S., Bavendam, T. G. Use of a urethral occlusion device for treatment of incontinence in a patient with heterotopic urinary diversion. Tech Urol. 2001 Sep; 7: 246-8

**40584**  Beck, S. D., Koch, M. O. Spiral ileal neobladder substitution with orthotopic ureteral reimplantation: early results. Tech Urol. 2001 Sep; 7: 223-8

**40585**  Vinker, S., Kaplan, B., Nakar, S., Samuels, G., Shapira, G., Kitai, E. Urinary incontinence in women: prevalence, characteristics and effect on quality of life. A primary care clinic study. Isr Med Assoc J. 2001 Sep; 3: 663-6

**40587**  Simon, H. B. On call. My wife's problem with urinary leakage has improved with Kegel exercises. I've had dribbling since my TURP operation last month. Can these exercises help me, too?. Harv Mens Health Watch. 2001 Sep; 6: 8

**40589**  Robinson, D., Khullar, V., Cardozo, L. Pharmacological management of detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 271-8

**40590**  McLellan, A., Cardozo, L. Urodynamic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 266-70

**40596**  Dietz, H. P., Wilson, P. D., Clarke, B., Haylen, B. T. Irritative symptoms after colposuspension: are they due to distortion or overelevation of the anterior vaginal wall and trigone?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 232-5; discussion 235-6

**40598**  Washington, J. L. A pilgrim's progress: my urogynecological quest. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 221-2

**40601**  Dave, S., Grover, V. P., Agarwala, S., Mitra, D. K., Bhatnagar, V. Cystometric evaluation of reconstructed classical bladder exstrophy. BJU Int. 2001 Sep; 88: 403-8

**40603**  Silva, C., Avelino, A., Souto-Moura, C., Cruz, F. A light- and electron-microscopic histopathological study of human bladder mucosa after intravesical resiniferatoxin application. BJU Int. 2001 Sep; 88: 355-60

**40604**  Engberg, S., Sereika, S., Weber, E., Engberg, R., McDowell, B. J., Reynolds, C. F. Prevalence and recognition of depressive symptoms among homebound older adults with urinary incontinence. J Geriatr Psychiatry Neurol. 2001 Fall; 14: 130-9

**40605**  Rawlings, C., Barsanti, J. A., Mahaffey, M. B., Bement, S. Evaluation of colposuspension for treatment of incontinence in spayed female dogs. J Am Vet Med Assoc. 2001 Sep 15; 219: 770-5

**40606**  Chesterman, J., Bauld, L., Judge, K. Satisfaction with the care-managed support of older people: an empirical analysis. Health Soc Care Community. 2001 Jan; 9: 31-42

**40607**  Rannestad, T., Eikeland, O. J., Helland, H., Qvarnstrom, U. Are the physiological and psychosocially based symptoms in women suffering from gynecological disorders alleviated by means of hysterectomy?. J Womens Health Gend Based Med. 2001 Jul-Aug; 10: 579-87

**40608**  Kirkland, V. L., Palmer, M. H., Fitzgerald, S. T. Incontinence in a manufacturing setting: women's perceptions and responses. Public Health Nurs. 2001 Sep-Oct; 18: 312-7

**40609**  Patel, M., Coshall, C., Lawrence, E., Rudd, A. G., Wolfe, C. D. Recovery from poststroke urinary incontinence: associated factors and impact on outcome. J Am Geriatr Soc. 2001 Sep; 49: 1229-33

**40610**  Ricci, J. A., Baggish, J. S., Hunt, T. L., Stewart, W. F., Wein, A., Herzog, A. R., Diokno, A. C. Coping strategies and health care-seeking behavior in a US national sample of adults with symptoms suggestive of overactive bladder. Clin Ther. 2001 Aug; 23: 1245-59

**40611**  Liem, N. T., Hau, B. D. Long-term follow-up results of the treatment of high and intermediate anorectal malformations using a modified technique of posterior sagittal anorectoplasty. Eur J Pediatr Surg. 2001 Aug; 11: 242-5

**40612**  Glazener, C. M., Herbison, G. P., Wilson, P. D., MacArthur, C., Lang, G. D., Gee, H., Grant, A. M. Conservative management of persistent postnatal urinary and faecal incontinence: randomised controlled trial. BMJ. 2001 Sep 15; 323: 593-6

**40613**  Sheikh, M. A., Khan, M. S., Khatoon, A., Arain, G. M. Incidence of urinary tract infection during pregnancy. East Mediterr Health J. 2000 Mar-May; 6: 265-71

# Appendix A6  Bibliography sorted by Procite Number

## American Urological Association, Inc.

**SUI Guidelines Panel**

40614   Koch, T., Kralik, D. Chronic illness: reflections on a community-based action research programme. J Adv Nurs. 2001 Oct; 36: 23-31

40615   Curtis, L. A., Dolan, T. S., Cespedes, R. D. Acute urinary retention and urinary incontinence. Emerg Med Clin North Am. 2001 Aug; 19: 591-619

40616   Dreitlein, D. A., Suner, S., Basler, J. Genitourinary trauma. Emerg Med Clin North Am. 2001 Aug; 19: 569-90

40618   De Risio, L., Sharp, N. J., Olby, N. J., Munana, K. R., Thomas, W. B. Predictors of outcome after dorsal decompressive laminectomy for degenerative lumbosacral stenosis in dogs: 69 cases (1987-1997). J Am Vet Med Assoc. 2001 Sep 1; 219: 624-8

40621   Ali-El-Dein, B., Ghoneim, M. A. Effects of selective autonomic and pudendal denervation on the urethral function and development of retention in female dogs. J Urol. 2001 Oct; 166: 1549-54

40622   Chin-Peuckert, L., Salle, J. L. A modified biofeedback program for children with detrusor-sphincter dyssynergia: 5-year experience. J Urol. 2001 Oct; 166: 1470-5

40623   Stec, A. A., Pannu, H. K., Tadros, Y. E., Sponseller, P. D., Fishman, E. K., Gearhart, J. P. Pelvic floor anatomy in classic bladder exstrophy using 3-dimensional computerized tomography: initial insights. J Urol. 2001 Oct; 166: 1444-9

40631   Bergamaschi, R., Berzuini, C., Romani, A., Cosi, V. Predicting secondary progression in relapsing-remitting multiple sclerosis: a Bayesian analysis. J Neurol Sci. 2001 Aug 15; 189: 13-21

40632   De Leeuw, J. W., Vierhout, M. E., Struijk, P. C., Hop, W. C., Wallenburg, H. C. Anal sphincter damage after vaginal delivery: functional outcome and risk factors for fecal incontinence. Acta Obstet Gynecol Scand. 2001 Sep; 80: 830-4

40633   Wilson, L., Brown, J. S., Shin, G. P., Luc, K. O., Subak, L. L. Annual direct cost of urinary incontinence. Obstet Gynecol. 2001 Sep; 98: 398-406

40634   Johnson, T. M., 2nd, Ouslander, J. G. The shifting impact of UI. J Am Geriatr Soc. 2001 Jul; 49: 998-9

40636   Rosen, H. R., Urbarz, C., Holzer, B., Novi, G., Schiessel, R. Sacral nerve stimulation as a treatment for fecal incontinence. Gastroenterology. 2001 Sep; 121: 536-41

40637   Layton, D., Pearce, G. L., Shakir, S. A. Safety profile of tolterodine as used in general practice in England: results of prescription-event monitoring. Drug Saf. 2001; 24: 703-13

40639   Hall, J. A., Nelson, M. A., Meyer, J. W., Williamson, T., Wagner, S. Costs and resources associated with the treatment of overactive bladder using retrospective medical care claims data. Manag Care Interface. 2001 Aug; 14: 69-75

40640   Jacquetin, B., Wyndaele, J. Tolterodine reduces the number of urge incontinence episodes in patients with an overactive bladder. Eur J Obstet Gynecol Reprod Biol. 2001 Sep; 98: 97-102

40641   Tsuchiya, K., Ikeda, K., Haga, C., Kobayashi, T., Morimatsu, Y., Nakano, I., Matsushita, M. Atypical amyotrophic lateral sclerosis with dementia mimicking frontal Pick's disease: a report of an autopsy case with a clinical course of 15 years. Acta Neuropathol (Berl). 2001 Jun; 101: 625-30

40642   Kim, N. K., Lim, D. J., Yun, S. H., Sohn, S. K., Min, J. S. Ultralow anterior resection and coloanal anastomosis for distal rectal cancer: functional and oncological results. Int J Colorectal Dis. 2001 Aug; 16: 234-7

40646   Cannon, T. W., Damaser, M. S. Effects of anesthesia on cystometry and leak point pressure of the female rat. Life Sci. 2001 Jul 27; 69: 1193-202

40649   Fultz, N. H., Herzog, A. R. Prevalence of urinary incontinence in middle-aged and older women: a survey-based methodological experiment. J Aging Health. 2000 Nov; 12: 459-69

40651   Rovner, E. S., Wein, A. J. Modern pharmacotherapy of urge urinary incontinence in the USA: tolterodine and oxybutynin. BJU Int. 2000 Oct; 86 Suppl 2: 44-53; discussion 53-4

40652   Krumholz, H. M., Chen, J., Chen, Y. T., Wang, Y., Radford, M. J. Predicting one-year mortality among elderly survivors of hospitalization for an acute myocardial infarction: results from the Cooperative Cardiovascular Project. J Am Coll Cardiol. 2001 Aug; 38: 453-9

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

40653  Wood, B. C., Rossmeisl, J. H., Jr, Rohleder, J. J. What is your diagnosis? Pronounced ventral deviation of the colon by an irregular soft tissue opacity in the retroperitoneal area. J Am Vet Med Assoc. 2001 Aug 1; 219: 305-6

40654  Ganio, E., Ratto, C., Masin, A., Luc, A. R., Doglietto, G. B., Dodi, G., Ripetti, V., Arullani, A., Frascio, M., BertiRiboli, E., Landolfi, V., DelGenio, A., Altomare, D. F., Memeo, V., Bertapelle, P., Carone, R., Spinelli, M., Zanollo, A Neuromodulation for fecal incontinence: outcome in 16 patients with definitive implant. The initial Italian Sacral Neurostimulation Group (GINS) experience. Dis Colon Rectum. 2001 Jul; 44: 965-70

40656  Sapsford, R. R., Hodges, P. W. Contraction of the pelvic floor muscles during abdominal maneuvers. Arch Phys Med Rehabil. 2001 Aug; 82: 1081-8

40658  Barroso, U., Jr, Jednak, R., Barthold, J. S., Gonzalez, R. Outcome of ureteral reimplantation in children with the urge syndrome. J Urol. 2001 Sep; 166: 1031-5

40660  Wyczolkowski, M., Klima, W., Piasecki, Z. Reoperation after complicated tension-free vaginal tape procedures. J Urol. 2001 Sep; 166: 1004-5

40662  van Balken, M. R., Vandoninck, V., Gisolf, K. W., Vergunst, H., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation as neuromodulative treatment of lower urinary tract dysfunction. J Urol. 2001 Sep; 166: 914-8

40663  Wadley, J., Harkness, W., Thompson, D., Hayward, R. Urinary incontinence and ventriculoperitoneal shunts. Pediatr Neurosurg. 2001 Jul; 35: 52

40664  Patel, P. M., Stock, J. A., Hanna, M. K., Lutzker, L. Ureteral triplication with ectopic upper pole moiety. Urology. 2001 Aug; 58: 279-80

40665  van Melick, H. H., Gisolf, K. W., Eckhardt, M. D., van Venrooij, G. E., Boon, T. A. One 24-hour frequency-volume chart in a woman with objective urinary motor urge incontinence is sufficient. Urology. 2001 Aug; 58: 188-92

40667  Foley, S. J., Adamson, A. S. Minimally invasive harvesting of fascia lata for use in the pubovaginal sling procedure. BJU Int. 2001 Aug; 88: 293-4

40668  Ayan, S., Gokce, G., Kilicarslan, H., Kaya, K., Gultekin, E. Y. An unusual cause of incontinence: urethral coitus. Scand J Urol Nephrol. 2001 Jun; 35: 254

40669  Mteta, K. A., Mbwambo, J. S., Eshleman, J. L., Aboud, M. M., Oyieko, W. Urinary diversion in children with mainly exstrophy and epispadias: alternative to primary bladder closure. Cent Afr J Med. 2000 Dec; 46: 318-20

40670  Hartnett, N. M., Saver, B. G. Is extended-release oxybutynin (Ditropan XL) or tolterodine (Detrol) more effective in the treatment of an overactive bladder?. J Fam Pract. 2001 Jul; 50: 571

40671  English, B. A., Still, D. J., Harper, J., Saklad, S. R. Failure of tolterodine to treat clozapine-induced nocturnal enuresis. Ann Pharmacother. 2001 Jul-Aug; 35: 867-9

40673  Leron, E., Stanton, S. L. Vaginal leiomyoma--an imitator of prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 196-8

40674  Vereecken, R. L. A critical view on the value of urodynamics in non-neurogenic incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 188-95

40678  Niknejad, K. G., Atala, A. Bladder augmentation techniques in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 156-69

40686  Steele, A. C., Walsh, P., Bentley, M., Neff, J., Karram, M. A randomized, double-blind placebo-controlled trial of the effects of the 5-hydroxytriptamine(4) agonist cisapride on the female urinary bladder. Am J Obstet Gynecol. 2001 Jul; 185: 62-4

40687  Harvey, M. A., Baker, K., Wells, G. A. Tolterodine versus oxybutynin in the treatment of urge urinary incontinence: a meta-analysis. Am J Obstet Gynecol. 2001 Jul; 185: 56-61

40690  Harvey, M. A., Kristjansson, B., Griffith, D., Versi, E. The Incontinence Impact Questionnaire and the Urogenital Distress Inventory: a revisit of their validity in women without a urodynamic diagnosis. Am J Obstet Gynecol. 2001 Jul; 185: 25-31

**Appendix A6   Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40694  Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Micturitional disturbance in subacute myelo-optico-neuropathy (SMON). Auton Neurosci. 2001 Mar 23; 87: 282-5

40695  Maliski, S. L., Heilemann, M. V., McCorkle, R. Mastery of postprostatectomy incontinence and impotence: his work, her work, our work. Oncol Nurs Forum. 2001 Jul; 28: 985-92

40696  Buchanan, R. J., Wang, S., Huang, C., Graber, D. Profiles of nursing home residents with multiple sclerosis using the minimum data set. Mult Scler. 2001 Jun; 7: 189-200

40697  Tromp, A. M., Pluijm, S. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Fall-risk screening test: a prospective study on predictors for falls in community-dwelling elderly. J Clin Epidemiol. 2001 Aug; 54: 837-44

40698  Wang, Y., Lim, L. L., Levi, C., Heller, R. F., Fischer, J. A prognostic index for 30-day mortality after stroke. J Clin Epidemiol. 2001 Aug; 54: 766-73

40701  Brolmann, H. A., Vervest, H. A., Heineman, M. J. Declining trend in major gynaecological surgery in The Netherlands during 1991-1998. Is there an impact on surgical skills and innovative ability?. BJOG. 2001 Jul; 108: 743-8

40702  Wijma, J., Weis Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract during pregnancy. BJOG. 2001 Jul; 108: 726-32

40706  Nuininga, J. E., Feitz, W. F., van Dael, K. C., de Gier, R. P., Cornelissen, E. A. Urological complications in pediatric renal transplantation. Eur Urol. 2001 May; 39: 598-602

40707  Schmidbauer, J., Temml, C., Schatzl, G., Haidinger, G., Madersbacher, S. Risk factors for urinary incontinence in both sexes. Analysis of a health screening project. Eur Urol. 2001 May; 39: 565-70

40708  Stoddart, H., Donovan, J., Whitley, E., Sharp, D., Harvey, I. Urinary incontinence in older people in the community: a neglected problem?. Br J Gen Pract. 2001 Jul; 51: 548-52

40709  Sugerman, H. J., Sugerman, E. L., Wolfe, L., Kellum, J. M., Jr, Schweitzer, M. A., DeMaria, E. J. Risks and benefits of gastric bypass in morbidly obese patients with severe venous stasis disease. Ann Surg. 2001 Jul; 234: 41-6

40710  Van Savage, J. G., Yepuri, J. N. Transverse retubularized sigmoidovesicostomy continent urinary diversion to the umbilicus. J Urol. 2001 Aug; 166: 644-7

40711  Clemens, J. Q., Bushman, W. Urethral diverticulum following transurethral collagen injection. J Urol. 2001 Aug; 166: 626

40713  Spinelli, M., Bertapelle, P., Cappellano, F., Zanollo, A., Carone, R., Catanzaro, F., Giardiello, G., De Seta, F. Chronic sacral neuromodulation in patients with lower urinary tract symptoms: results from a national register. J Urol. 2001 Aug; 166: 541-5

40714  Ouslander, J. G., Greendale, G. A., Uman, G., Lee, C., Paul, W., Schnelle, J. Effects of oral estrogen and progestin on the lower urinary tract among female nursing home residents. J Am Geriatr Soc. 2001 Jun; 49: 803-7

40715  Johnson, T. M., Ouslander, J. G., Uman, G. C., Schnelle, J. F. Urinary incontinence treatment preferences in long-term care. J Am Geriatr Soc. 2001 Jun; 49: 710-8

40716  Ouslander, J. G., Ai-Samarrai, N., Schnelle, J. F. Prompted voiding for nighttime incontinence in nursing homes: is it effective?. J Am Geriatr Soc. 2001 Jun; 49: 706-9

40717  Malone-Lee, J. G., Walsh, J. B., Maugourd, M. F. Tolterodine: a safe and effective treatment for older patients with overactive bladder. J Am Geriatr Soc. 2001 Jun; 49: 700-5

40719  Miklos, J. R., Kohli, N., Moore, R. D. Laparoscopic management of urinary incontinence, ureteric and bladder injuries. Curr Opin Obstet Gynecol. 2001 Aug; 13: 411-7

40734  Ade-Ajayi, N., Wilcox, D. T., Duffy, P. G., Ransley, P. G. Upper pole heminephrectomy: is complete ureterectomy necessary?. BJU Int. 2001 Jul; 88: 77-9

40737  Pycha, A., Klingler, C. H., Reiter, W. J., Schroth, B., Haitel, A., Latal, D. Von Recklinghausen neurofibromatosis with urinary bladder involvement. Urology. 2001 Jul; 58: 106

September  2009      © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

40738    Hakenberg, O. W., Ebermayer, J., Manseck, A., Wirth, M. P. Application of the Mitrofanoff principle for intermittent self- catheterization in quadriplegic patients. Urology. 2001 Jul; 58: 38-42

40740    Hohenfellner, M., Pannek, J., Botel, U., Dahms, S., Pfitzenmaier, J., Fichtner, J., Hutschenreiter, G., Thuroff, J. W. Sacral bladder denervation for treatment of detrusor hyperreflexia and autonomic dysreflexia. Urology. 2001 Jul; 58: 28-32

40743    Sakakibara, R., Shinotoh, H., Uchiyama, T., Yoshiyama, M., Hattori, T., Yamanishi, T. SPECT imaging of the dopamine transporter with. J Neurol Sci. 2001 Jun 15; 187: 55-9

40744    Tanaka, R., Hoshi, K., Yamane, Y. Partial bladder resection in a bitch with urinary retention following surgical excision of a vaginal leiomyoma. J Small Anim Pract. 2001 Jun; 42: 301-3

40745    Vachvanichsanong, P., Malagon, M., Moore, E. S. Recurrent abdominal and flank pain in children with idiopathic hypercalciuria. Acta Paediatr. 2001 Jun; 90: 643-8

40746    24th annual meeting of the International Urogynecological Association (IUGA). A joint meeting with the International Continence Society (ICS) and the International Children's Continence Society (ICCS). August 23-26, 1999, Denver, Colorado, USA. Abstracts. Int Urogynecol J Pelvic Floor Dysfunct. 1999 Aug; 10 Suppl 1: S1-194

40747    Wyndaele, J. J., Madersbacher, H., Kovindha, A. Conservative treatment of the neuropathic bladder in spinal cord injured patients. Spinal Cord. 2001 Jun; 39: 294-300

40748    Foxman, B., Somsel, P., Tallman, P., Gillespie, B., Raz, R., Colodner, R., Kandula, D., Sobel, J. D. Urinary tract infection among women aged 40 to 65: behavioral and sexual risk factors. J Clin Epidemiol. 2001 Jul; 54: 710-8

40751    Nitti, V. W. Improving conservative treatment of overactive bladder and urge incontinence--1 small step at a time. J Urol. 2001 Jul; 166: 150-1

40753    Choe, J. M., Bell, T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166: 122-4

40756    Govier, F. E., Kobashi, K. Pubovaginal slings: a review of the technical variables. Curr Opin Urol. 2001 Jul; 11: 405-10

40759    Orr, A., McVean, R. J., Webb, A. K., Dodd, M. E. Questionnaire survey of urinary incontinence in women with cystic fibrosis. BMJ. 2001 Jun 23; 322: 1521

40760    Nicholson, J. H., Morton, R. E., Attfield, S., Rennie, D. Assessment of upper-limb function and movement in children with cerebral palsy wearing lycra garments. Dev Med Child Neurol. 2001 Jun; 43: 384-91

40764    Versi, E. The clinical value of video-urethrography. Scand J Urol Nephrol Suppl. 2001; : 74-9; discussion 106-25

40769    Kato, H., Kiyokawa, H., Igawa, Y., Nishizawa, O. The serous-lined tunnel principle for urinary reconstruction: a more rational method. BJU Int. 2001 Jun; 87: 783-8

40770    Milsom, I., Abrams, P., Cardozo, L., Roberts, R. G., Thuroff, J., Wein, A. J. How widespread are the symptoms of an overactive bladder and how are they managed? A population-based prevalence study. BJU Int. 2001 Jun; 87: 760-6

40771    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary tract infection in children associated with idiopathic hypercalciuria. Scand J Urol Nephrol. 2001 Apr; 35: 112-6

40775    Shaw, C., McColl, E., Bond, S. Functional abilities and continence: the use of proxy respondents in research involving older people. Qual Life Res. 2000; 9: 1117-26

40777    Chancellor, M. B., Appell, R. A., Sathyan, G., Gupta, S. K. A comparison of the effects on saliva output of oxybutynin chloride and tolterodine tartrate. Clin Ther. 2001 May; 23: 753-60

40778    Pernice, L. M., Bartalucci, B., Bencini, L., Borri, A., Catarzi, S., Kroning, K. Early and late (ten years) experience with circular stapler hemorrhoidectomy. Dis Colon Rectum. 2001 Jun; 44: 836-41

40779    Mannaerts, G. H., Rutten, H. J., Martijn, H., Groen, G. J., Hanssens, P. E., Wiggers, T. Abdominosacral resection for primary irresectable and locally recurrent rectal cancer. Dis Colon Rectum. 2001 Jun; 44: 806-14

**American Urological Association, Inc.**

SUI Guidelines Panel

**40781** Leroi, A. M., Michot, F., Grise, P., Denis, P. Effect of sacral nerve stimulation in patients with fecal and urinary incontinence. Dis Colon Rectum. 2001 Jun; 44: 779-89

**40782** Duker, P. C., Averink, M., Melein, L. Response restriction as a method to establish diurnal bladder control. Am J Ment Retard. 2001 May; 106: 209-15

**40783** Paolucci, S., Antonucci, G., Grasso, M. G., Pizzamiglio, L. The role of unilateral spatial neglect in rehabilitation of right brain- damaged ischemic stroke patients: a matched comparison. Arch Phys Med Rehabil. 2001 Jun; 82: 743-9

**40784** Lawrence, E. S., Coshall, C., Dundas, R., Stewart, J., Rudd, A. G., Howard, R., Wolfe, C. D. Estimates of the prevalence of acute stroke impairments and disability in a multiethnic population. Stroke. 2001 Jun; 32: 1279-84

**40785** Doran, C. M., Chiarelli, P., Cockburn, J. Economic costs of urinary incontinence in community-dwelling Australian women. Med J Aust. 2001 May 7; 174: 456-8

**40786** Moore, K. H. The costs of urinary incontinence. Med J Aust. 2001 May 7; 174: 436-7

**40792** Wright, E. J. Current status of fascia lata allograft slings treating urinary incontinence: effective or ephemeral?. Tech Urol. 2001 Jun; 7: 81-6

**40793** Dohke, M., Mitchell, D. G., Vasavada, S. P. Fast magnetic resonance imaging of pelvic organ prolapse. Tech Urol. 2001 Jun; 7: 133-8

**40794** Westney, O. L., McGuire, E. J. Surgical procedures for the treatment of urge incontinence. Tech Urol. 2001 Jun; 7: 126-32

**40799** Law, P. A., Danin, J. C., Lamb, G. M., Regan, L., Darzi, A., Gedroyc, W. M. Dynamic imaging of the pelvic floor using an open-configuration magnetic resonance scanner. J Magn Reson Imaging. 2001 Jun; 13: 923-9

**40800** Chun, Y. S., Kim, W. K., Park, K. W., Lee, S. C., Jung, S. E. Lipoblastoma. J Pediatr Surg. 2001 Jun; 36: 905-7

**40801** Caraballo, R., Bologna, R. A., Lukban, J., Whitmore, K. E. Sacral nerve stimulation as a treatment for urge incontinence and associated pelvic floor disorders at a pelvic floor center: a follow-up study. Urology. 2001 Jun; 57: 121

**40802** Liberman, J. N., Hunt, T. L., Stewart, W. F., Wein, A., Zhou, Z., Herzog, A. R., Lipton, R. B., Diokno, A. C. Health-related quality of life among adults with symptoms of overactive bladder: results from a U.S. community-based survey. Urology. 2001 Jun; 57: 1044-50

**40803** Fourie, T., Ramphal, S. Aerosol caps and vesicovaginal fistulas. Int J Gynaecol Obstet. 2001 Jun; 73: 275-6

**40804** Stamp, G., Kruzins, G., Crowther, C. Perineal massage in labour and prevention of perineal trauma: randomised controlled trial. BMJ. 2001 May 26; 322: 1277-80

**40813** Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Modified Young-Dees-Leadbetter bladder neck reconstruction in patients with successful primary bladder closure elsewhere: a single institution experience. J Urol. 2001 Jun; 165: 2438-40

**40814** Hafez, A. T., Elsherbiny, M. T., Ghoneim, M. A. Complete repair of bladder exstrophy: preliminary experience with neonates and children with failed initial closure. J Urol. 2001 Jun; 165: 2428-30

**40815** Capolicchio, G., McLorie, G. A., Farhat, W., Merguerian, P. A., Bagli, D. J., Khoury, A. E. A population based analysis of continence outcomes and bladder exstrophy. J Urol. 2001 Jun; 165: 2418-21

**40816** Bau, M. O., Younes, S., Aupy, A., Bernuy, M., Rouffet, M. J., Yepremian, D., Lottmann, H. B. The Malone antegrade colonic enema isolated or associated with urological incontinence procedures: evaluation from patient point of view. J Urol. 2001 Jun; 165: 2399-403

**40817** Liard, A., Seguier-Lipszyc, E., Mathiot, A., Mitrofanoff, P. The Mitrofanoff procedure: 20 years later. J Urol. 2001 Jun; 165: 2394-8

**40818** Wedderburn, A., Lee, R. S., Denny, A., Steinbrecher, H. A., Koyle, M. A., Malone, P. S. Synchronous bladder reconstruction and antegrade continence enema. J Urol. 2001 Jun; 165: 2392-3

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 508 of 300 PageID #: 203127

40819   Guys, J. M., Fakhro, A., Louis-Borrione, C., Prost, J., Hautier, A. Endoscopic treatment of urinary incontinence: long-term evaluation of the results. J Urol. 2001 Jun; 165: 2389-91

40820   Kryger, J. V., Leverson, G., Gonzalez, R. Long-term results of artificial urinary sphincters in children are independent of age at implantation. J Urol. 2001 Jun; 165: 2377-9

40821   Castera, R., Podesta, M. L., Ruarte, A., Herrera, M., Medel, R. 10-Year experience with artificial urinary sphincter in children and adolescents. J Urol. 2001 Jun; 165: 2373-6

40822   De Badiola, F., Ruiz, E., Puigdevall, J., Lobos, P., Moldes, J., Lopez Raffo, M., Gallo, A. Sigmoid cystoplasty with argon beam without mucosa. J Urol. 2001 Jun; 165: 2253-5

40823   Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Combined bladder neck reconstruction and epispadias repair for exstrophy-epispadias complex. J Urol. 2001 Jun; 165: 2425-7

40830   Beyersdorff, D., Schiemann, T., Taupitz, M., Kooijman, H., Hamm, B., Nicolas, V. Sectional depiction of the pelvic floor by CT, MR imaging and sheet plastination: computer-aided correlation and 3D model. Eur Radiol. 2001; 11: 659-64

40831   Chow, M., Clarke, D. B., Maloney, W. J., Sangalang, V. Meningeal melanocytoma of the planum sphenoidale. Case report and review of the literature. J Neurosurg. 2001 May; 94: 841-5

40832   Easton, B. T. Is hormone replacement therapy (estrogen plus progestin) effective for the treatment of urinary incontinence in postmenopausal women?. J Fam Pract. 2001 May; 50: 470

40833   Dugan, E., Roberts, C. P., Cohen, S. J., Preisser, J. S., Davis, C. C., Bland, D. R., Albertson, E. Why older community-dwelling adults do not discuss urinary incontinence with their primary care physicians. J Am Geriatr Soc. 2001 Apr; 49: 462-5

40835   Alewijnse, D., Mesters, I., Metsemakers, J., Adriaans, J., van den Borne, B. Predictors of intention to adhere to physiotherapy among women with urinary incontinence. Health Educ Res. 2001 Apr; 16: 173-86

40836   Lekcharoensuk, C., Osborne, C. A., Lulich, J. P. Epidemiologic study of risk factors for lower urinary tract diseases in cats. J Am Vet Med Assoc. 2001 May 1; 218: 1429-35

40837   Kassouf, W., Capolicchio, G., Berardinucci, G., Corcos, J. Collagen injection for treatment of urinary incontinence in children. J Urol. 2001 May; 165: 1666-8

40843   Malone-Lee, J., Shaffu, B., Anand, C., Powell, C. Tolterodine: superior tolerability than and comparable efficacy to oxybutynin in individuals 50 years old or older with overactive bladder: a randomized controlled trial. J Urol. 2001 May; 165: 1452-6

40844   Cavina, E. Total anorectal reconstruction after abdominoperineal resection. Int J Surg Investig. 1999; 1: 262-3

40846   Aylett, V., Lynch, O. Catheterisation in elderly women is no 'easy' option. BMJ. 2001 Apr 21; 322: 997

40848   Hanley, J., Capewell, A., Hagen, S. Validity study of the severity index, a simple measure of urinary incontinence in women. BMJ. 2001 May 5; 322: 1096-7

40851   Eldar, R., Ring, H., Tshuwa, M., Dynia, A., Ronen, R. Quality of care for urinary incontinence in a rehabilitation setting for patients with stroke. Simultaneous monitoring of process and outcome. Int J Qual Health Care. 2001 Feb; 13: 57-61

40854   Bass, J., Rubin, S. Z., Walton, J. M., Cada, M. Combined posterior sagittal and three-flap anoplasty in the repair of anorectal anomalies. J Pediatr Surg. 2001 May; 36: 711-4

40857   Lantzsch, T., Goepel, C., Wolters, M., Koelbl, H., Methfessel, H. D. Sacrospinous ligament fixation for vaginal vault prolapse. Arch Gynecol Obstet. 2001 Mar; 265: 21-5

40858   Georgiou, A., Potter, J., Brocklehurst, J. C., Lowe, P., Pearson, M. Measuring the quality of urinary continence care in long-term care facilities: an analysis of outcome indicators. Age Ageing. 2001 Jan; 30: 63-6

40861   El-Lamie, I. K. Preliminary experience with Mainz type II pouch in gynecologic oncology patients. Eur J Gynaecol Oncol. 2001; 22: 77-80

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

40863   Buttar, A., Blaum, C., Fries, B. Clinical characteristics and six-month outcomes of nursing home residents with low activities of daily living dependency. J Gerontol A Biol Sci Med Sci. 2001 May; 56: M292-7

40864   Preisser, J. S., Qaqish, B. F. Robust regression for clustered data with application to binary responses. Biometrics. 1999 Jun; 55: 574-9

40865   Valk, M., Post, M. W., Cools, H. J., Schrijvers, G. A. Measuring disability in nursing home residents: validity and reliability of a newly developed instrument. J Gerontol B Psychol Sci Soc Sci. 2001 May; 56: P187-91

40867   Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Akahane, S., Miyata, H., Akahane, M. Discovery of novel N-phenylglycine derivatives as potent and selective beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence. J Med Chem. 2001 Apr 26; 44: 1436-45

40868   Lionis, C., Vlachonikolis, L., Bathianaki, M., Daskalopoulos, G., Anifantaki, S., Cranidis, A. Urinary incontinence, the hidden health problem of Cretan women: report from a primary care survey in Greece. Women Health. 2000; 31: 59-66

40869   Knight, J. Positive thinking. Nurs Stand. 2000 Feb 16-22; 14: 18-9

40874   Chan, D. Y., Jeffs, R. D., Gearhart, J. P. Determinants of continence in the bladder exstrophy population: predictors of success?. Urology. 2001 Apr; 57: 774-7

40880   Azam, U., Castleden, M., Turner, D. Economics of lower urinary tract symptoms (LUTS) in older people. Drugs Aging. 2001; 18: 213-23

40882   Al-Qutob, R. Menopause-associated problems: types and magnitude. A study in the Ain Al-Basha area, Jordan. J Adv Nurs. 2001 Mar; 33: 613-20

40883   Hoebeke, P., Van Laecke, E., Van Camp, C., Raes, A., Van De Walle, J. One thousand video-urodynamic studies in children with non-neurogenic bladder sphincter dysfunction. BJU Int. 2001 Apr; 87: 575-80

40884   Hjalmas, K., Hellstrom, A. L., Mogren, K., Lackgren, G., Stenberg, A. The overactive bladder in children: a potential future indication for tolterodine. BJU Int. 2001 Apr; 87: 569-74

40886   Jabs, C. F., Stanton, S. L. Urge incontinence and detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 58-68

40892   Indrekvam, S., Sandvik, H., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--effectiveness and treatment results. Scand J Urol Nephrol. 2001 Feb; 35: 32-9

40894   Matsuoka, N., Moriya, Y., Akasu, T., Fujita, S. Long-term outcome of urinary function after extended lymphadenectomy in patients with distal rectal cancer. Eur J Surg Oncol. 2001 Mar; 27: 165-9

40895   Jervis, L. L. The pollution of incontinence and the dirty work of caregiving in a U.S. nursing home. Med Anthropol Q. 2001 Mar; 15: 84-99

40897   Abu, J., Wong, M. Y., Foo, K. T., Yu, S. L. A case report on vesico-uterine fistula: a very rare complication of the lower caesarean section. Singapore Med J. 2000 Nov; 41: 554-6

40899   Simons, A. M., Yoong, W. C., Buckland, S., Moore, K. H. Inadequate repeatability of the one-hour pad test: the need for a new incontinence outcome measure. BJOG. 2001 Mar; 108: 315-9

40900   Romanzi, L. J. Urinary incontinence: a family affair. J Gend Specif Med. 1998 Oct-Nov; 1: 52-3

40901   Page for patients. Menopause. Prev Med. 2001 Mar; 32: 207-8

40904   Gaur, C., Mathur, A., Agarwal, A., Verma, K., Jain, R., Swaroop, A. Diabetic autonomic neuropathy causing gall bladder dysfunction. J Assoc Physicians India. 2000 Jun; 48: 603-5

40905   Lekan-Rutledge, D. Diffusion of innovation. A model for implementation of prompted voiding in long-term care settings. J Gerontol Nurs. 2000 Apr; 26: 25-33

40907   Khoury, J. M. Urinary incontinence. No need to be wet and upset. N C Med J. 2001 Mar-Apr; 62: 74-7

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327  Document 3080-16  Filed 09/15/16  Page 690 of 800 PageID #: 203129

40908    Kuchel, G. A., Tannenbaum, C., Greenspan, S. L., Resnick, N. M. Can variability in the hormonal status of elderly women assist in the decision to administer estrogens?. J Womens Health Gend Based Med. 2001 Mar; 10: 109-16

40910    Emiroglu, R., Karakayali, H., Sevmis, S., Akkoc, H., Bilgin, N., Haberal, M. Urologic complications in 1275 consecutive renal transplantations. Transplant Proc. 2001 Feb-Mar; 33: 2016-7

40912     What is urinary incontinence?. Health News. 2001 Mar; 7: 3

40913    Rogers, R. G., Kammerer-Doak, D., Villarreal, A., Coates, K., Qualls, C. A new instrument to measure sexual function in women with urinary incontinence or pelvic organ prolapse. Am J Obstet Gynecol. 2001 Mar; 184: 552-8

40914    McGhan, W. F. Cost effectiveness and quality of life considerations in the treatment of patients with overactive bladder. Am J Manag Care. 2001 Mar; 7: S62-75

40915    Lemack, G. E. Overactive bladder: optimizing quality of care. Am J Manag Care. 2001 Mar; 7: S46-61

40916     Optimizing quality of care and cost effectiveness in the treatment of overactive bladder. Am J Manag Care. 2001 Mar; 7: S43-5

40917    Shaw, C., Williams, K. S., Assassa, R. P. Patients' views of a new nurse-led continence service. J Clin Nurs. 2000 Jul; 9: 574-82

40918    Williams, K. S., Assassa, R. P., Smith, N. K., Jagger, C., Perry, S., Shaw, C., Dallosso, H., McGrother, C., Clarke, M., Brittain, K. R., Castleden, C. M., Mayne, C. Development, implementation and evaluation of a new nurse-led continence service: a pilot study. J Clin Nurs. 2000 Jul; 9: 566-73

40919    Jirovec, M. M., Templin, T. Predicting success using individualized scheduled toileting for memory- impaired elders at home. Res Nurs Health. 2001 Feb; 24: 1-8

40922    Hemal, A. K., Kumar, R., Nabi, G. Post-cesarean cervicovesical fistula: technique of laparoscopic repair. J Urol. 2001 Apr; 165: 1167-8

40924    Greendale, G. A., Petersen, L., Zibecchi, L., Ganz, P. A. Factors related to sexual function in postmenopausal women with a history of breast cancer. Menopause. 2001 Summer; 8: 111-9

40927    Gladh, G., Mattsson, S., Lindstrom, S. Anogenital electrical stimulation as treatment of urge incontinence in children. BJU Int. 2001 Mar; 87: 366-71

40928    Marinkovic, S. P., Badlani, G. H. Imaging of the lower urinary tract in adults. J Endourol. 2001 Feb; 15: 75-86

40929    Van Kerrebroeck, P., Kreder, K., Jonas, U., Zinner, N., Wein, A. Tolterodine once-daily: superior efficacy and tolerability in the treatment of the overactive bladder. Urology. 2001 Mar; 57: 414-21

40931    Thomas, V. S. Excess functional disability among demented subjects? Findings from the Canadian Study of Health and Aging. Dement Geriatr Cogn Disord. 2001 May-Jun; 12: 206-10

40932    Farrell, S. A., Allen, V. M., Baskett, T. F. Parturition and urinary incontinence in primiparas. Obstet Gynecol. 2001 Mar; 97: 350-6

40933    Del Ser, T., Hachinski, V., Merskey, H., Munoz, D. G. Clinical and pathologic features of two groups of patients with dementia with Lewy bodies: effect of coexisting Alzheimer-type lesion load. Alzheimer Dis Assoc Disord. 2001 Jan-Mar; 15: 31-44

40935    Patten, J. A case study in evidence-based wound management. Br J Nurs. 2000 Jun suppl; 9: S38-40, S42, S44 passim

40937    Stoker, J., Halligan, S., Bartram, C. I. Pelvic floor imaging. Radiology. 2001 Mar; 218: 621-41

40939    Roijen, L. E., Postema, K., Limbeek, V. J., Kuppevelt, V. H. Development of bladder control in children and adolescents with cerebral palsy. Dev Med Child Neurol. 2001 Feb; 43: 103-7

40940    Burkhart, K. S. Urinary incontinence in women: assessment and management in the primary care setting. Nurse Pract Forum. 2000 Dec; 11: 192-204

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**40943** Sponseller, P. D., Jani, M. M., Jeffs, R. D., Gearhart, J. P. Anterior innominate osteotomy in repair of bladder exstrophy. J Bone Joint Surg Am. 2001 Feb; 83-A: 184-93

**40944** Suguita, M., Giraio, M. J., Simoes, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. R. A morphologic and morphometric study of the vesical mucosa and urethra of castrated female rats following estrogen and/or progestogen replacement. Clin Exp Obstet Gynecol. 2000; 27: 176-8

**40945** MacKinnon, A. E., Roberts, J. P., Searles, J. Day-care ultrasound avoids urodynamics. Eur J Pediatr Surg. 2000 Dec; 10 Suppl 1: 24-5

**40949** Truss, M. C., Stief, C. G., Uckert, S., Becker, A. J., Schultheiss, D., Machtens, S., Jonas, U. Initial clinical experience with the selective phosphodiesterase-I isoenzyme inhibitor vinpocetine in the treatment of urge incontinence and low compliance bladder. World J Urol. 2000 Dec; 18: 439-43

**40950** Freeman, E. W., Grisso, J. A., Berlin, J., Sammel, M., Garcia-Espana, B., Hollander, L. Symptom reports from a cohort of African American and white women in the late reproductive years. Menopause. 2001 Jan-Feb; 8: 33-42

**40951** Edlund, C., Hellstrom, M., Peeker, R., Fall, M. First Scandinavian experience of electrical sacral nerve stimulation in the treatment of the overactive bladder. Scand J Urol Nephrol. 2000 Dec; 34: 366-76

**40954** Diokno, A. C. Epidemiology of urinary incontinence. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M3-4

**40955** Miles, T. P., Palmer, R. F., Espino, D. V., Mouton, C. P., Lichtenstein, M. J., Markides, K. S. New-onset incontinence and markers of frailty: data from the Hispanic Established Populations for Epidemiologic Studies of the Elderly. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M19-24

**40956** Maggi, S., Minicuci, N., Langlois, J., Pavan, M., Enzi, G., Crepaldi, G. Prevalence rate of urinary incontinence in community-dwelling elderly individuals: the Veneto study. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M14-8

**40957** Burgio, K. L., Locher, J. L., Roth, D. L., Goode, P. S. Psychological improvements associated with behavioral and drug treatment of urge incontinence in older women. J Gerontol B Psychol Sci Soc Sci. 2001 Jan; 56: P46-51

**40958** MacLennan, A. H., Taylor, A. W., Wilson, D. H., Wilson, D. The prevalence of pelvic floor disorders and their relationship to gender, age, parity and mode of delivery. BJOG. 2000 Dec; 107: 1460-70

**40959** Bignell, V. Using charts to assess urinary incontinence. Community Nurse. 1999 Dec; 5: 23-4

**40960** O'Connell-Gifford, E. Contact dermatitis complicated by environment. Ostomy Wound Manage. 2000 Sep; 46: 16-7

**40961** Ouslander, J. G., Shih, Y. T., Malone-Lee, J., Luber, K. Overactive bladder: special considerations in the geriatric population. Am J Manag Care. 2000 Jul; 6: S599-606

**40962** Abrams, P., Kelleher, C. J., Kerr, L. A., Rogers, R. G. Overactive bladder significantly affects quality of life. Am J Manag Care. 2000 Jul; 6: S580-90

**40963** Brown, J. S., McGhan, W. F., Chokroverty, S. Comorbidities associated with overactive bladder. Am J Manag Care. 2000 Jul; 6: S574-9

**40964** Milsom, I., Stewart, W., Thuroff, J. The prevalence of overactive bladder. Am J Manag Care. 2000 Jul; 6: S565-73

**40965** Wein, A. J. Overactive bladder: defining the disease. Am J Manag Care. 2000 Jul; 6: S559-64; discussion S607-19

**40970** de,, JONG TP, Van Gool, J. D., Dik, P., Klijn, A. J., Vijverberg, M. A. The treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Mar; 165: 929-33

**40971** Munding, M., Wessells, H., Thornberry, B., Riden, D. Use of tolterodine in children with dysfunctional voiding: an initial report. J Urol. 2001 Mar; 165: 926-8

**40972** Husmann, O. A., Cain, M. P. Fecal and urinary continence after ileal cecal cystoplasty for the neurogenic bladder. J Urol. 2001 Mar; 165: 922-5

**40973** Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. A reproducible pediatric daytime urinary incontinence questionnaire. J Urol. 2001 Feb; 165: 569-73

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40976    Marinkovic, S., Badlani, G. Voiding and sexual dysfunction after cerebrovascular accidents. J Urol. 2001 Feb; 165: 359-70

40977    Yavuzer, G., Gok, H., Tuncer, S., Soygur, T., Arikan, N., Arasil, T. Compliance with bladder management in spinal cord injury patients. Spinal Cord. 2000 Dec; 38: 762-5

40981    Janknegt, R. A., Hassouna, M. M., Siegel, S. W., Schmidt, R. A., Gajewski, J. B., Rivas, D. A., Elhilali, M. M., Milam, D. C., van Kerrebroeck, P. E., Dijkema, H. E., Lycklama, a., Nyeholt AA, Fall, M., Jonas, U., Catanzaro, F., Fowler, C. J Long-term effectiveness of sacral nerve stimulation for refractory urge incontinence. Eur Urol. 2001 Jan; 39: 101-6

40982    Nobili, F., Copello, F., Buffoni, F., Vitali, P., Girtler, N., Bordoni, C., Safaie-Semnani, E., Mariani, G., Rodriguez, G. Regional cerebral blood flow and prognostic evaluation in Alzheimer's disease. Dement Geriatr Cogn Disord. 2001 Mar-Apr; 12: 89-97

40983    Hannah, S. L., Roland, B., Gengenbacher, P. M. Extraperitoneal retropubic laparoscopic urethropexy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 107-10

40986    Edlund, C., Peeker, R., Fall, M. Lidocaine cystometry in the diagnosis of bladder overactivity. Neurourol Urodyn. 2001; 20: 147-55

40991    Geomini, P. M., Brolmann, H. A., van Binsbergen, N. J., Mol, B. W. Vaginal vault suspension by abdominal sacral colpopexy for prolapse: a follow up study of 40 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 234-8

40993    VanderHorst, V. G., Meijer, E., Holstege, G. Estrogen receptor-alpha immunoreactivity in parasympathetic preganglionic neurons innervating the bladder in the adult ovariectomized cat. Neurosci Lett. 2001 Feb 9; 298: 147-50

40999    Weckermann, D., Wawroschek, F., Schipp, J., Krawczak, G., Harzmann, R. Metabolic changes and urodynamic findings after continent urinary diversion. Int Urol Nephrol. 1999; 31: 665-74

41001    Pannek, J. Vesicostomy in adult meningomyelocele patients. Reappraisal of an old technique. Int Urol Nephrol. 1999; 31: 643-5

41002    Cetinel, B., Demirkesen, O., Talat, Z., Yaycioglu, O., Solok, V. Application of continent retubularized ileal stoma (Monti procedure) to an ileocecal pouch. Urology. 2000 Feb; 55: 286

41003    Rovner, E. S., Gomes, C. M., Banner, M. P., Wein, A. J. Ventral hernia of the urinary bladder with mixed urinary incontinence: treatment with herniorrhaphy and allograft fascial sling. Urology. 2000 Jan; 55: 145

41005    Cain, M. P., Rink, R. C. Vaginal stenosis and hydrometrocolpos: late complication of inadvertent perivaginal placement of an artificial urinary sphincter in prepubertal girls(1). Urology. 1999 Nov; 54: 923

41010    Hruby, G., Choo, R., Lehman, M., Herschorn, S., Kapusta, L. Female clear cell adenocarcinoma arising within a urethral diverticulum. Can J Urol. 2000 Dec; 7: 1160-3

41012    Zvosec, D. L., Smith, S. W., McCutcheon, J. R., Spillane, J., Hall, B. J., Peacock, E. A. Adverse events, including death, associated with the use of 1,4- butanediol. N Engl J Med. 2001 Jan 11; 344: 87-94

41013    Dinh, D. H., Tompkins, J., Clark, S. B. Transcostovertebral approach for thoracic disc herniations. J Neurosurg. 2001 Jan; 94: 38-44

41015    Nabi, G., Hemal, A. K., Kumar, M., Ansari, M. S., Dorairajan, L. N. Diagnosis and management of post-cesarean ureterouterine fistulae. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 389-91

41016    Votolato, N. A., Stern, S., Caputo, R. M. Serotonergic antidepressants and urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 386-8

41018    Benson, J. T. Sacral nerve stimulation results may be improved by electrodiagnostic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 352-7

41022    Faundes, A., Guarisi, T., Pinto-Neto, A. M. The risk of urinary incontinence of parous women who delivered only by cesarean section. Int J Gynaecol Obstet. 2001 Jan; 72: 41-6

Case 2:12-md-02327 Document 3686-16 Filed 09/15/16 Page 593 of 300 PageID #: 203132

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

41023    Shaw, C., Tansey, R., Jackson, C., Hyde, C., Allan, R. Barriers to help seeking in people with urinary symptoms. Fam Pract. 2001 Feb; 18: 48-52

41024    Doherty, W. Urinary sheaths and drainage bags available from Manfred Sauer. Br J Nurs. 2000 Apr 27-May 10; 9: 514-7

41025    Roe, B., Wilson, K., Doll, H. Public awareness and health education: findings from an evaluation of health services for incontinence in England. Int J Nurs Stud. 2001 Feb; 38: 79-89

41026    Pena, A., Hong, A. Advances in the management of anorectal malformations. Am J Surg. 2000 Nov; 180: 370-6

41027    Patel, M., Coshall, C., Rudd, A. G., Wolfe, C. D. Natural history and effects on 2-year outcomes of urinary incontinence after stroke. Stroke. 2001 Jan; 32: 122-7

41029    Walsh, I. K., Thompson, T., Loughridge, W. G., Johnston, S. R., Keane, P. F., Stone, A. R. Non-invasive antidromic neurostimulation: a simple effective method for improving bladder storage. Neurourol Urodyn. 2001; 20: 73-84

41032    FitzGerald, M. P., Manaves, V., Martin, A. F., Shott, S., Brubaker, L. Myosin isoforms in female human detrusor. Neurourol Urodyn. 2001; 20: 23-9

41034    Madjar, S., Evans, D., Duncan, R. C., Gousse, A. E. Collaboration and practice patterns among urologists and gynecologists in the treatment of urinary incontinence and pelvic floor prolapse: a survey of the International Continence Society members. Neurourol Urodyn. 2001; 20: 3-11

41035    Caruso, J. M., Tung, G. A., Brown, W. D. Central nervous system and renal vasculitis associated with primary varicella infection in a child. Pediatrics. 2001 Jan; 107: E9

41036    Swift, B. J. Early neutering of dogs. Vet Rec. 2000 Dec 2; 147: 667

41037    Ryden, M. B., Snyder, M., Gross, C. R., Savik, K., Pearson, V., Krichbaum, K., Mueller, C. Value-added outcomes: the use of advanced practice nurses in long-term care facilities. Gerontologist. 2000 Dec; 40: 654-62

41038    Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., Heintz, A. P. Urinary incontinence after hysterectomy. Lancet. 2000 Dec 9; 356: 2012-3

41040    Milsom, I. The prevalence of urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1056-9

41042    Seim, A., Hunskaar, S. Female urinary incontinence--the role of the general practitioner. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1046-51

41044    Kataria, R., Bajpai, M., Lall, A., Gupta, D. K., Grover, V. P., Mitra, D. K. Neurogenic bladder: urodynamic and surgical aspects. Indian J Pediatr. 1997 Nov-Dec; 64: 68-76

41045    Koie, H., Yamaya, Y., Sakai, T. Four cases of lowered urethral pressure in canine ectopic ureter. J Vet Med Sci. 2000 Nov; 62: 1221-2

41052    Groen, J., van Mastrigt, R., Bosch, J. L. Computerized assessment of detrusor instability in patients treated with sacral neuromodulation. J Urol. 2001 Jan; 165: 169-73

41060    Mattox, T. F., Lucente, V., McIntyre, P., Miklos, J. R., Tomezsko, J. Abnormal spinal curvature and its relationship to pelvic organ prolapse. Am J Obstet Gynecol. 2000 Dec; 183: 1381-4; discussion 1384

41061    Alcalay, M., Thompson, P. K., Boone, T. B. Ball urethroplasty combined with Marshall-Marchetti-Krantz urethropexy versus suburethral sling in patients with intrinsic sphincter deficiency and urethral hypermobility. Am J Obstet Gynecol. 2000 Dec; 183: 1348-53; discussion 1353-4

41063    Carey, M. P., De Jong, S., Friedhuber, A., Moran, P. A., Dwyer, P. L., Scurry, J. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2000 Dec; 86: 970-6

41068    Tinnion, E., Jowitt, F. The active urine collection device: a novel continence management system focusing particularly on the needs of disabled women. Disabil Rehabil. 2000 Nov 10; 22: 745-8

41071    Shimanouchi, S., Kamei, T., Hayashi, M. Home care for the frail elderly based on urinary incontinence level. Public Health Nurs. 2000 Nov-Dec; 17: 468-73

---

# American Urological Association, Inc.

## SUI Guidelines Panel

41073 Siegel, S. W., Catanzaro, F., Dijkema, H. E., Elhilali, M. M., Fowler, C. J., Gajewski, J. B., Hassouna, M. M., Janknegt, R. A., Jonas, U., van Kerrebroeck, P. E., Lycklama, a., Nijeholt AA, Oleson, K. A., Schmidt, R. A. Long-term results of a multicenter study on sacral nerve stimulation for treatment of urinary urge incontinence, urgency-frequency, and retention. Urology. 2000 Dec 4; 56: 87-91

41078 Dmochowski, R. R., Appell, R. A. Advancements in pharmacologic management of the overactive bladder. Urology. 2000 Dec 4; 56: 41-9

41086 Honjo, H., Naya, Y., Ukimura, O., Kojima, M., Miki, T. Acupuncture on clinical symptoms and urodynamic measurements in spinal- cord-injured patients with detrusor hyperreflexia. Urol Int. 2000; 65: 190-5

41087 Pannu, H. K., Kaufman, H. S., Cundiff, G. W., Genadry, R., Bluemke, D. A., Fishman, E. K. Dynamic MR imaging of pelvic organ prolapse: spectrum of abnormalities. Radiographics. 2000 Nov-Dec; 20: 1567-82

41090 Weatherall, M. Biofeedback in urinary incontinence: past, present and future. Curr Opin Obstet Gynecol. 2000 Oct; 12: 411-3

41091 Shafik, A. Neuronal innervation of urethral and anal sphincters: surgical anatomy and clinical implications. Curr Opin Obstet Gynecol. 2000 Oct; 12: 387-98

41093 Roe, B., Doll, H. Prevalence of urinary incontinence and its relationship with health status. J Clin Nurs. 2000 Mar; 9: 178-87

41094 Talic, R. F. Paramedian extraperitoneal approach for combined nephrectomy and augmentation ureterocystoplasty in children with neurovesical dysfunction. Eur Urol. 2000 Dec; 38: 762-5

41096 Kilciler, M., Tan, O., Tahmaz, L., Dayanc, M., Harmankaya, C. Ureterocystoplasty in bilaterally functional kidneys. Eur Urol. 2000 Dec; 38: 742-7

41098 Garcia, A., Smith, M., Freedman, M. Vitamin B12 deficiency and incontinence in older people. Can J Urol. 2000 Aug; 7: 1077-80

41099 Rawlings, C. A., Mahaffey, M. B., Chernosky, A., Huzella, L. Immediate urodynamic and anatomic response to colposuspension in female Beagles. Am J Vet Res. 2000 Nov; 61: 1353-7

41101 Kolcaba, K., Dowd, T., Winslow, E. H., Jacobson, A. F. Kegel exercises. Strengthening the weak pelvic floor muscles that cause urinary incontinence. Am J Nurs. 2000 Nov; 100: 59

41102 Abrams, P., Wein, A. Recent advances: urology. BMJ. 2000 Dec 2; 321: 1393-6

41103 Addison, R., Lavender, R. Vaginal examination--2 and teaching pelvic muscle exercises. Nurs Times. 1999 Dec 1-7; 95: suppl 1-2

41105 Skelly, J., Boblin-Cummings, S. Promoting seniors' health--confronting the issue of incontinence. Can J Nurs Leadersh. 1999 Sep-Oct; 12: 13-7

41107 Thakar, R., Stanton, S. Regular review: management of urinary incontinence in women. BMJ. 2000 Nov 25; 321: 1326-31

41108 Maas, C. P., Moriya, Y., Steup, W. H., Klein Kranenbarg, E., van de Velde, C. J. A prospective study on radical and nerve-preserving surgery for rectal cancer in the Netherlands. Eur J Surg Oncol. 2000 Dec; 26: 751-7

41110 Nakamura, S., Hirano, T., Tsujimae, K., Aoyama, M., Kondo, K., Yamamura, Y., Mori, T., Tominaga, M. Antidiuretic effects of a nonpeptide vasopressin V(2)-receptor agonist, OPC-51803, administered orally to rats. J Pharmacol Exp Ther. 2000 Dec; 295: 1005-11

41111 Kim, N. K., Park, J. S., Park, J. K., Sohn, S. K., Min, J. S. Restorative proctocolectomy: operative safety and functional outcomes. Yonsei Med J. 2000 Oct; 41: 634-41

41112 Perry, S., Shaw, C., Assassa, P., Dallosso, H., Williams, K., Brittain, K. R., Mensah, F., Smith, N., Clarke, M., Jagger, C., Mayne, C., Castleden, C. M., Jones, J., McGrother, C. An epidemiological study to establish the prevalence of urinary symptoms and felt need in the community: the Leicestershire MRC Incontinence Study. Leicestershire MRC Incontinence Study Team. J Public Health Med. 2000 Sep; 22: 427-34

41113 Goldberg, R. P., Sand, P. K. Electromagnetic pelvic floor stimulation: applications for the gynecologist. Obstet Gynecol Surv. 2000 Nov; 55: 715-20

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**41114** Petros, P. Influence of hysterectomy on pelvic-floor dysfunction. Lancet. 2000 Oct 7; 356: 1275

**41115** McDonough, C. M., Swift, G., Managan, B., Sheehan, J. D. Neuroleptic malignant syndrome: a diagnosis easily missed. Ir Med J. 2000 Jul-Aug; 93: 152-4

**41118** Ferrara, P., Rigante, D., Lambert-Gardini, S., Salvaggio, E., Ricci, R., Chiozza, M. L., Antuzzi, D. Urinary excretion of glycosaminoglycans in patients with isolated nocturnal enuresis or combined with diurnal incontinence. BJU Int. 2000 Nov; 86: 824-5

**41119** Yono, M., Yoshida, M., Takahashi, W., Inadome, A., Ueda, S. Comparison of the effects of novel antimuscarinic drugs on human detrusor smooth muscle. BJU Int. 2000 Oct; 86: 719-25

**41120** Leissner, J., Black, P., Fisch, M., Hockel, M., Hohenfellner, R. Colon pouch (Mainz pouch III) for continent urinary diversion after pelvic irradiation. Urology. 2000 Nov 1; 56: 798-802

**41121** Yamanishi, T., Sakakibara, R., Uchiyama, T., Suda, S., Hattori, T., Ito, H., Yasuda, K. Comparative study of the effects of magnetic versus electrical stimulation on inhibition of detrusor overactivity. Urology. 2000 Nov 1; 56: 777-81

**41123** Klingler, H. C., Pycha, A., Schmidbauer, J., Marberger, M. Use of peripheral neuromodulation of the S3 region for treatment of detrusor overactivity: a urodynamic-based study. Urology. 2000 Nov 1; 56: 766-71

**41124** McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence:  health-related quality of life. J Aging Health. 2000 Aug; 12: 301-17

**41125**  Sacral nerve stimulation for the treatment of urinary urgency/frequency. Tecnologica MAP Suppl. 2000 Jun; : 12-5

**41126** Roe, B. Effective and ineffective management of incontinence: issues around illness trajectory and health care. Qual Health Res. 2000 Sep; 10: 677-90

**41127** Shehu, B. B., Ameh, E. A., Ismail, N. J. Spina bifida cystica: selective management in Zaria, Nigeria. Ann Trop Paediatr. 2000 Sep; 20: 239-42

**41128** de Jong, T. P., Dik, P., Klijn, A. J., Uiterwaal, C. S., van Gool, J. D. Ectopic ureterocele: results of open surgical therapy in 40 patients. J Urol. 2000 Dec; 164: 2040-3; discussion 2043-4

**41132** Meeks, G. R. Advanced laparoscopic gynecologic surgery. Surg Clin North Am. 2000 Oct; 80: 1443-64

**41133** Sutaria, P. M., Staskin, D. R. Hydronephrosis and renal deterioration in the elderly due to abnormalities of the lower urinary tract and ureterovesical junction. Int Urol Nephrol. 2000; 32: 119-26

**41135** Celayir, S., Ilce, Z., Danismend, N. Effects of male sex hormones on urodynamics in childhood: intersex patients are a natural model. Pediatr Surg Int. 2000; 16: 502-4

**41136** Yoshiyama, M., Yamamoto, T., de Groat, W. C. Role of spinal alpha(1)-adrenergic mechanisms in the control of lower urinary tract in the rat. Brain Res. 2000 Nov 3; 882: 36-44

**41137** Walter, A., Magtibay, P., Cornella, J. L. Percutaneous bone anchor sling using synthetic mesh associated with urethral overcorrection and erosion. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 328-9

**41139** Hunskaar, S., Arnold, E. P., Burgio, K., Diokno, A. C., Herzog, A. R., Mallett, V. T. Epidemiology and natural history of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 301-19

**41140** Goode, P. S., Locher, J. L., Bryant, R. L., Roth, D. L., Burgio, K. L. Measurement of postvoid residual urine with portable transabdominal bladder ultrasound scanner and urethral catheterization. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 296-300

**41144** Davies, J. A., Hosker, G., Lord, J., Smith, A. R. An evaluation of the efficacy of in-patient bladder retraining. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 271-5; discussion 275-6

**41145** Hollabaugh, R. S.,  Jr, Steiner, M. S., Sellers, K. D., Samm, B. J., Dmochowski, R. R. Neuroanatomy of the pelvis: implications for colonic and rectal resection. Dis Colon Rectum. 2000 Oct; 43: 1390-7

**41146** Takano, M., Hamada, A. Evaluation of pelvic descent disorders by dynamic contrast roentgenography. Dis Colon Rectum. 2000 Oct; 43: S6-11

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**41147** Marrie, T. J. Community-acquired pneumonia in the elderly. Clin Infect Dis. 2000 Oct; 31: 1066-78

**41149** Isozaki, E., Matsubara, S., Hayashida, T., Oda, M., Hirai, S. Morphometric study of nucleus ambiguus in multiple system atrophy presenting with vocal cord abductor paralysis. Clin Neuropathol. 2000 Sep-Oct; 19: 213-20

**41152** Speights, S. E., Moore, R. D., Miklos, J. R. Frequency of lower urinary tract injury at laparoscopic burch and paravaginal repair. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 515-8

**41153** Johnson, J. C., Jayadevappa, R., Baccash, P. D., Taylor, L. Nonspecific presentation of pneumonia in hospitalized older people: age effect or dementia?. J Am Geriatr Soc. 2000 Oct; 48: 1316-20

**41154** Silverblatt, F. J., Tibert, C., Mikolich, D., Blazek-D'Arezzo, J., Alves, J., Tack, M., Agatiello, P. Preventing the spread of vancomycin-resistant enterococci in a long- term care facility. J Am Geriatr Soc. 2000 Oct; 48: 1211-5

**41157** Brown, S., Lumley, J. Physical health problems after childbirth and maternal depression at six to seven months postpartum. BJOG. 2000 Oct; 107: 1194-201

**41159** Yamanishi, T., Yasuda, K., Murayama, N., Sakakibara, R., Uchiyama, T., Ito, H. Biofeedback training for detrusor overactivity in children. J Urol. 2000 Nov; 164: 1686-90

**41167** Chartier-Kastler, E. J., Ruud Bosch, J. L., Perrigot, M., Chancellor, M. B., Richard, F., Denys, P. Long-term results of sacral nerve stimulation (S3) for the treatment of neurogenic refractory urge incontinence related to detrusor hyperreflexia. J Urol. 2000 Nov; 164: 1476-80

**41168** Hoebeke, P., De Kuyper, P., Goeminne, H., Van Laecke, E., Everaert, K. Bladder neck closure for treating pediatric incontinence. Eur Urol. 2000 Oct; 38: 453-6

**41169** Silva, C., Rio, M. E., Cruz, F. Desensitization of bladder sensory fibers by intravesical resiniferatoxin, a capsaicin analog: long-term results for the treatment of detrusor hyperreflexia. Eur Urol. 2000 Oct; 38: 444-52

**41170** Mitsui, T., Minami, K., Furuno, T., Morita, H., Koyanagi, T. Is suprapubic cystostomy an optimal urinary management in high quadriplegics?. A comparative study of suprapubic cystostomy and clean intermittent catheterization. Eur Urol. 2000 Oct; 38: 434-8

**41171** Sakakibara, R., Hattori, T., Boku, K., Uchiyama, T., Yamanishi, T. Micturitional disturbance in neuro-Behcet's syndrome. Auton Neurosci. 2000 Sep 1; 83: 86-9

**41172** Ozawa, H., Noma, S., Yoshida, Y., Sekine, H., Hashimoto, T. Acute disseminated encephalomyelitis associated with poliomyelitis vaccine. Pediatr Neurol. 2000 Aug; 23: 177-9

**41174** Mowzoon, N., Bradley, W. G. Successful immunosuppressant therapy of severe progressive cerebellar degeneration and sensory neuropathy: a case report. J Neurol Sci. 2000 Sep 1; 178: 63-5

**41175** Nicolle, L. E. Urinary tract infection in long-term-care facility residents. Clin Infect Dis. 2000 Sep; 31: 757-61

**41176** McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence: episodes of incontinence and other urinary symptoms. J Aging Health. 2000 May; 12: 250-67

**41177** Pelvic floor electrical stimulation in the treatment of adult urinary incontinence. Tecnologica MAP Suppl. 2000 Apr; : 15-7

**41178** Cochran, A. Don't ask, don't tell: the incontinence conspiracy. Manag Care Q. 2000 Winter; 8: 44-52

**41179** Hextall, A. Oestrogens and lower urinary tract function. Maturitas. 2000 Aug 31; 36: 83-92

**41180** Everaert, K., Van Laecke, E., De Muynck, M., Peeters, H., Hoebeke, P. Urodynamic assessment of voiding dysfunction and dysfunctional voiding in girls and women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 254-64

**41183** Hautmann, R. E., de Petriconi, R., Kleinschmidt, K., Gottfried, H. W., Gschwend, J. E. Orthotopic ileal neobladder in females: impact of the urethral resection line on functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 224-9; discussion 230

**41187** Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2000 Sep; 10: 499-508

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**41188**   Hohlbrugger, G., Riedl, C. Non-bacterial cystitis. Curr Opin Urol. 2000 Sep; 10: 371-80

**41191**   Blaivas, J. G., Groutz, A. Bladder outlet obstruction nomogram for women with lower urinary tract symptomatology. Neurourol Urodyn. 2000; 19: 553-64

**41192**   Wall, L. L. Cost-effectiveness of elective cesarean delivery after one prior low transverse cesarean. Obstet Gynecol. 2000 Sep; 96: 482

**41194**   Katsuragi, S., Teraoka, K., Ikegami, K., Amano, K., Yamashita, K., Ishizuka, K., Miyakawa, T. Late onset X-linked hydrocephalus with normal cerebrospinal fluid pressure. Psychiatry Clin Neurosci. 2000 Aug; 54: 487-92

**41195**   Nakazato, I., Kinjo, T., Sirirungsi, W., Tsuhako, K., Miyagi, J., Higa, M., Iwamasa, T. Experimental myelitis in BALB/cN and C57BL/6N mice caused by herpes simplex virus type 1 compared with herpes simplex virus type 2. Pathol Res Pract. 2000; 196: 635-45

**41196**    Falls and incontinence: a missing link?. Health News. 2000 Sep; 6: 6

**41197**   Bayles, K. A., Tomoeda, C. K., Cruz, R. F., Mahendra, N. Communication abilities of individuals with late-stage Alzheimer disease. Alzheimer Dis Assoc Disord. 2000 Jul-Sep; 14: 176-81

**41198**   O'Leary, M. P., Gee, W. F., Holtgrewe, H. L., Blute, M. L., Cooper, T. P., Miles, B. J., Nellans, R. E., Thomas, R., Painter, M. R., Meyer, J. J., Naslund, M. J., Gormley, E. A., Blizzard, R., Fenninger, R. B. 1999 American Urological Association Gallup Survey: changes in physician practice patterns, treatment of incontinence and bladder cancer, and impact of managed care. J Urol. 2000 Oct; 164: 1311-6

**41199**   Ismael, S. S., Epstein, T., Bayle, B., Denys, P., Amarenco, G. Bladder cooling reflex in patients with multiple sclerosis. J Urol. 2000 Oct; 164: 1280-4

**41202**   Neulander, E. Z., Rivera, I., Eisenbrown, N., Wajsman, Z. Simple cystectomy in patients requiring urinary diversion. J Urol. 2000 Oct; 164: 1169-72

**41204**   Newey, M. L., Sen, P. K., Fraser, R. D. The long-term outcome after central cord syndrome: a study of the natural history. J Bone Joint Surg Br. 2000 Aug; 82: 851-5

**41205**   Rangnekar, N. P., Imdad Ali, N., Kaul, S. A., Pathak, H. R. Role of the martius procedure in the management of urinary-vaginal fistulas. J Am Coll Surg. 2000 Sep; 191: 259-63

**41206**   Garcia-Porrua, C., Gonzalez-Gay, M. A., Picallo, J. A. Rapid response to intravenous corticosteroids in osteitis pubis after Marshall-Marchetti-Krantz urethropexy. Rheumatology (Oxford). 2000 Sep; 39: 1048-9

**41207**   Harrington, C., Zimmerman, D., Karon, S. L., Robinson, J., Beutel, P. Nursing home staffing and its relationship to deficiencies. J Gerontol B Psychol Sci Soc Sci. 2000 Sep; 55: S278-87

**41208**   Cunha, D. F., Frota, R. B., Arruda, M. S., Cunha, S. F., Teixeira, V. P. Pressure sores among malnourished necropsied adults--preliminary data. Rev Hosp Clin Fac Med Sao Paulo. 2000 May-Jun; 55: 79-82

**41209**   Ng, W. T., Kwok, K. W., Hwang, J. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 2000 Jul; 86: 145-6

**41210**   Hirono, N., Kitagaki, H., Kazui, H., Hashimoto, M., Mori, E. Impact of white matter changes on clinical manifestation of Alzheimer's disease: A quantitative study. Stroke. 2000 Sep; 31: 2182-8

**41211**   Hankey, G. J., Jamrozik, K., Broadhurst, R. J., Forbes, S., Burvill, P. W., Anderson, C. S., Stewart-Wynne, E. G. Five-year survival after first-ever stroke and related prognostic factors in the Perth Community Stroke Study. Stroke. 2000 Sep; 31: 2080-6

**41212**   Rosario, D. J., Radley, S. C., Chapple, C. R. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 2000 Sep; 86: 564-5

**41213**   Choi, H., Oh, S. J. The management of children with complete ureteric duplication: selective use of uretero-ureterostomy as a primary and salvage procedure. BJU Int. 2000 Sep; 86: 508-12

**41214**   Johnson, T. M.,  2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., DeFriese, G. H. Self-care practices used by older men and women to manage urinary incontinence: results from the national follow-up survey on self-care and aging. J Am Geriatr Soc. 2000 Aug; 48: 894-902

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

41215 Razak, M., Sappani, K. Neurological recovery following posterior decompression of spinal secondaries. Med J Malaysia. 1998 Sep; 53 Suppl A: 6-11

41216 Jozwik, M., Jozwik, M. Clinical classification of vesicouterine fistula. Int J Gynaecol Obstet. 2000 Sep; 70: 353-7

41218 Ginsberg, D., Rovner, E., Raz, S. Continence mechanism based on a modified ileocecal valve. Tech Urol. 2000 Sep; 6: 167-71

41223 Petrou, S. P., Elliott, D. S., Barrett, D. M. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56: 353-9

41224 Hurley, R. M., Harris, D., Shepherd, R. R. Incontinence in myelodysplasia: imipramine hydrochloride revisited. Clin Pediatr (Phila). 2000 Aug; 39: 489-91

41225 Holtedahl, K., Verelst, M., Schiefloe, A., Hunskaar, S. Usefulness of urodynamic examination in female urinary incontinence-- lessons from a population-based, randomized, controlled study of conservative treatment. Scand J Urol Nephrol. 2000 Jun; 34: 169-74

41230 Van Savage, J. G., Yohannes, P. Laparoscopic antegrade continence enema in situ appendix procedure for refractory constipation and overflow fecal incontinence in children with spina bifida. J Urol. 2000 Sep; 164: 1084-7

41231 Farhat, W., Bagli, D. J., Capolicchio, G., O'Reilly, S., Merguerian, A., Khoury, A., McLorie, G. A. The dysfunctional voiding scoring system: quantitative standardization of dysfunctional voiding symptoms in children. J Urol. 2000 Sep; 164: 1011-5

41232 Perez, L. M., Wilbanks, J. T., Joseph, D. B., Oakes, W. J. Urological outcome of patients with cervical and upper thoracic myelomeningocele. J Urol. 2000 Sep; 164: 962-4

41233 Diamond, D. A., Bauer, S. B., Retik, A. B., Atala, A. Initial experience with the transurethral self-detachable balloon system for urinary incontinence in pediatric patients. J Urol. 2000 Sep; 164: 942-5; discussion 945-6

41234 Atkinson, M. Decisions on euthanasia. Vet Rec. 2000 Jul 15; 147: 82

41241 Malm, J., Kristensen, B., Stegmayr, B., Fagerlund, M., Koskinen, L. O. Three-year survival and functional outcome of patients with idiopathic adult hydrocephalus syndrome. Neurology. 2000 Aug 22; 55: 576-8

41242 Wiener, J. S., Scales, M. T., Hampton, J., King, L. R., Surwit, R., Edwards, C. L. Long-term efficacy of simple behavioral therapy for daytime wetting in children. J Urol. 2000 Sep; 164: 786-90

41245 Venn, S. N., Greenwell, T. J., Mundy, A. R. The long-term outcome of artificial urinary sphincters. J Urol. 2000 Sep; 164: 702-6; discussion 706-7

41246 Groutz, A., Blaivas, J. G., Chaikin, D. C., Resnick, N. M., Engleman, K., Anzalone, D., Bryzinski, B., Wein, A. J. Noninvasive outcome measures of urinary incontinence and lower urinary tract symptoms: a multicenter study of micturition diary and pad tests. J Urol. 2000 Sep; 164: 698-701

41247 Schurch, B., Stohrer, M., Kramer, G., Schmid, D. M., Gaul, G., Hauri, D. Botulinum-A toxin for treating detrusor hyperreflexia in spinal cord injured patients: a new alternative to anticholinergic drugs? Preliminary results. J Urol. 2000 Sep; 164: 692-7

41248 Hashimoto, M., Imamura, T., Tanimukai, S., Kazui, H., Mori, E. Urinary incontinence: an unrecognised adverse effect with donepezil. Lancet. 2000 Aug 12; 356: 568

41249 Brown, J. S., Sawaya, G., Thom, D. H., Grady, D. Hysterectomy and urinary incontinence: a systematic review. Lancet. 2000 Aug 12; 356: 535-9

41255 Day, P. L. Findings of a three-year retrospective study to investigate prevalence and incidence of urinary incontinence and overactive bladder in a typical managed care setting. Pharm Pract Manag Q. 2000 Apr; 20: 1-11

41256 Volkmer, B. G., Kuefer, R., Nesslauer, T., Loeffler, M., Gottfried, H. W. Colour Doppler ultrasound in vesicovaginal fistulas. Ultrasound Med Biol. 2000 Jun; 26: 771-5

41257 Hsu, J. W., Wang, Y. C., Lin, C. C., Bai, Y. M., Chen, J. Y., Chiu, H. J., Tsai, S. J., Hong, C. J. No evidence for association of alpha 1a adrenoceptor gene polymorphism and clozapine-induced urinary incontinence. Neuropsychobiology. 2000; 42: 62-5

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 599 of 300 PageID #: 203138

# American Urological Association, Inc.

## SUI Guidelines Panel

**41259**   Reports from the Swedish Council on Technology Assessment in Health Care (SBU). Urinary incontinence. Int J Technol Assess Health Care. 2000 Spring; 16: 722-6

**41261**   Chen, B. H., Lee, C. P., Chao, M. C. Coexistent insulin dependent diabetes mellitus and hyperthyroidism in a patient with Down's syndrome. Kaohsiung J Med Sci. 2000 Apr; 16: 210-3

**41262**   Husain, A., Curtin, J., Brown, C., Chi, D., Hoskins, W., Poynor, E., Alektiar, K., Barakat, R. Continent urinary diversion and low-rectal anastomosis in patients undergoing exenterative procedures for recurrent gynecologic malignancies. Gynecol Oncol. 2000 Aug; 78: 208-11

**41264**   Banerjee, N., Deka, D., Roy, K. K., Takkar, D. Vesicocervical fistula: an unusual presentation. Aust N Z J Obstet Gynaecol. 2000 May; 40: 219-20

**41265**   Donaldson, S. K. Breakthroughs in scientific research: the discipline of nursing, 1960- 1999. Annu Rev Nurs Res. 2000; 18: 247-311

**41267**   Mummaneni, P. V., Pitts, L. H., McCormack, B. M., Corroo, J. M., Weinstein, P. R. Microsurgical treatment of symptomatic sacral Tarlov cysts. Neurosurgery. 2000 Jul; 47: 74-8; discussion 78-9

**41268**   Li, L., Yan-Xia, W., Xia-Na, W., Jin-Zhe, Z. Posterior sagittal approach: megasigmoid resection and anal reconstruction for severe constipation and fecal incontinence after anoplasty. J Pediatr Surg. 2000 Jul; 35: 1058-62

**41270**   Aggazzotti, G., Pesce, F., Grassi, D., Fantuzzi, G., Righi, E., De Vita, D., Santacroce, S., Artibani, W. Prevalence of urinary incontinence among institutionalized patients: a cross-sectional epidemiologic study in a midsized city in northern Italy. Urology. 2000 Aug 1; 56: 245-9

**41272**   Dannecker, C., Anthuber, C. The effects of childbirth on the pelvic-floor. J Perinat Med. 2000; 28: 175-84

**41277**   Fisher, R., Frank, D. Detrusor instability; day and night time wetting, urinary tract infections. Arch Dis Child. 2000 Aug; 83: 135-7

**41279**   Blakeman, P. J., Hilton, P., Bulmer, J. N. Oestrogen and progesterone receptor expression in the female lower urinary tract, with reference to oestrogen status. BJU Int. 2000 Jul; 86: 32-8

**41280**    Assessment and treatment of urinary incontinence. Scientific Committee of the First International Consultation on Incontinence. Lancet. 2000 Jun 17; 355: 2153-8

**41282**   Kelleher, C. Quality of life and urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 363-79

**41283**   Anders, K. Coping strategies for women with urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 355-61

**41284**   Wells, M. The role of the nurse in urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 335-54

**41288**   Bristow, S. E., Hilton, P. Assessment and investigations for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 227-49

**41290**   Cheater, F. M., Castleden, C. M. Epidemiology and classification of urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 183-205

**41292**   Sze, K. H., Wong, E., Or, K. H., Lum, C. M., Woo, J. Factors predicting stroke disability at discharge: a study of 793 Chinese. Arch Phys Med Rehabil. 2000 Jul; 81: 876-80

**41293**   Kim, M. S., Kim, K. J., Chung, C. K., Kim, H. J. Intradural extramedullary tuberculoma of the spinal cord: a case report. J Korean Med Sci. 2000 Jun; 15: 368-70

**41295**   Swift, S. E., Utrie, J. W. The need for standardization of the valsalva leak-point pressure. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 227-30

**41297**   Fischer, W., Baessler, K. Postpartum pelvic floor conditioning using vaginal cones: not only for prophylaxis against urinary incontinence and descensus. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 208-14

# Appendix A6  Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

---

41300    Gosling, J. A. The structure of the bladder neck, urethra and pelvic floor in relation to female urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 177-8

41301    Yoshimura, T., Nagata, Y., Matsuura, K., Okamura, H. Primary vaginal stone in an 11-year-old recumbent girl. Gynecol Obstet Invest. 2000; 50: 64-6

41302    Bosch, J. L., Klijn, A. J., Schroder, F. H., Hop, W. C. The artificial urinary sphincter in 86 patients with intrinsic sphincter deficiency: satisfactory actuarial adequate function rates. Eur Urol. 2000 Aug; 38: 156-60

41304    Wolf, S. L., Riolo, L., Ouslander, J. G. Urge incontinence and the risk of falling in older women. J Am Geriatr Soc. 2000 Jul; 48: 847-8

41308    Menopause and beyond. Advances in medicine, understanding, shift focus from an ending to a beginning. Mayo Clin Health Lett. 1999 Oct; Suppl: 1-8

41309    Broome, B. A. Development and testing of a scale to measure self-efficacy for pelvic muscle exercises in women with urinary incontinence. Urol Nurs. 1999 Dec; 19: 258-68

41311    Dowse, J., Fordham, S., Mackender, J. Back to basics continence. Nurs Times Nurs Homes. 1999 Nov-Dec; 1: 23-5, 27

41313    Barnes, T. R., McPhillips, M. A. Critical analysis and comparison of the side-effect and safety profiles of the new antipsychotics. Br J Psychiatry Suppl. 1999; : 34-43

41314    De Serres, G., Shadmani, R., Duval, B., Boulianne, N., Dery, P., Douville Fradet, M., Rochette, L., Halperin, S. A. Morbidity of pertussis in adolescents and adults. J Infect Dis. 2000 Jul; 182: 174-9

41319    Bassili, A., Zaki, A., Zaher, S. R., El-Sawy, I. H., Ahmed, M. H., Omar, M., Omar, T., Bedwani, R. N., Davies, C., Tognoni, G. Quality of care of children with chronic diseases in Alexandria, Egypt: the models of asthma, type I diabetes, epilepsy, and rheumatic heart disease. Egyptian-Italian Collaborative Group on Pediatric Chronic Diseases. Pediatrics. 2000 Jul; 106: E12

41321    Weber, A. M., Walters, M. D., Piedmonte, M. R. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1610-5

41326    Kuo, H. C. Videourodynamic study for diagnosis of bladder outlet obstruction in women. J Formos Med Assoc. 2000 May; 99: 386-92

41328    Schatzl, G., Temml, C., Schmidbauer, J., Dolezal, B., Haidinger, G., Madersbacher, S. Cross-sectional study of nocturia in both sexes: analysis of a voluntary health screening project. Urology. 2000 Jul; 56: 71-5

41329    Adams, D., Samuel, D., Goulon-Goeau, C., Nakazato, M., Costa, P. M., Feray, C., Plante, V., Ducot, B., Ichai, P., Lacroix, C., Metral, S., Bismuth, H., Said, G. The course and prognostic factors of familial amyloid polyneuropathy after liver transplantation. Brain. 2000 Jul; 123 ( Pt 7): 1495-504

41331    Roe, B., Doll, H. Lifestyle factors and continence status: comparison of self-report data from a postal survey in England. J Wound Ostomy Continence Nurs. 1999 Nov; 26: 312-3, 315-9

41332    Gufler, H., DeGregorio, G., Allmann, K. H., Kundt, G., Dohnicht, S. Comparison of cystourethrography and dynamic MRI in bladder neck descent. J Comput Assist Tomogr. 2000 May-Jun; 24: 382-8

41333    Arya, L. A., Myers, D. L., Jackson, N. D. Dietary caffeine intake and the risk for detrusor instability: a case-control study. Obstet Gynecol. 2000 Jul; 96: 85-9

41334    Odejinmi, F. Advances in women's health. Practitioner. 2000 Mar; 244: 214-6, 219-20, 222-3

41335    Ghoniem, G. M. Surgical management of intrinsic sphincter deficiency in women. Curr Opin Urol. 2000 May; 10: 245-50

41336    Bosch, J. L. The contemporary role of the artificial urinary sphincter. Curr Opin Urol. 2000 May; 10: 219-23

41338    Chiang, L., Ouslander, J., Schnelle, J., Reuben, D. B. Dually incontinent nursing home residents: clinical characteristics and treatment differences. J Am Geriatr Soc. 2000 Jun; 48: 673-6

41340    Madersbacher, S. Prevalence of lower urinary tract symptoms and urinary incontinence in the elderly: recent data from Austria. Wien Klin Wochenschr. 2000 May 5; 112: 379-80

---

**American Urological Association, Inc.**

SUI Guidelines Panel

41341    Johnson, T. M.,  2nd, Bernard, S. L., Kincade, J. E., Defriese, G. H. Urinary incontinence and risk of death among community-living elderly people: results from the National Survey on Self-Care and Aging. J Aging Health. 2000 Feb; 12: 25-46

41342    Fitzgerald, S. T., Palmer, M. H., Berry, S. J., Hart, K. Urinary incontinence. Impact on working women. AAOHN J. 2000 Mar; 48: 112-8

41344    Women's health literaturewatch. J Womens Health Gend Based Med. 1999 May; 8: 559-68

41345    Greenberger, P. Public education for women's health. J Womens Health Gend Based Med. 1999 Jun; 8: 583-5

41346    Oi, S., Shimoda, M., Shibata, M., Honda, Y., Togo, K., Shinoda, M., Tsugane, R., Sato, O. Pathophysiology of long-standing overt ventriculomegaly in adults. J Neurosurg. 2000 Jun; 92: 933-40

41348    Sakashita, N., Ando, Y., Obayashi, K., Terazaki, H., Yamashita, T., Takei, M., Kinjo, M., Takahashi, K. Familial amyloidotic polyneuropathy (ATTR Ser50Ile): the first autopsy case report. Virchows Arch. 2000 Apr; 436: 345-50

41349    Yokoyama, O., Yoshiyama, M., Namiki, M., de Groat, W. C. Role of the forebrain in bladder overactivity following cerebral infarction in the rat. Exp Neurol. 2000 Jun; 163: 469-76

41350    Gu, B. J., Ishizuka, O., Igawa, Y., Nishizawa, O., Andersson, K. E. Role of supraspinal tachykinins for micturition in conscious rats with and without bladder outlet obstruction. Naunyn Schmiedebergs Arch Pharmacol. 2000 May; 361: 543-8

41351    Tulikangas, P. K., Weber, A. M., Larive, A. B., Walters, M. D. Intraoperative cystoscopy in conjunction with anti-incontinence surgery. Obstet Gynecol. 2000 Jun; 95: 794-6

41352    Asanuma, H., Nakai, H., Shishido, S., Tajima, E., Kawamura, T., Kawamura, T. Congenital vesicovaginal fistula. Int J Urol. 2000 May; 7: 195-8

41356    Bemelmans, B. L., Kiemeney, L. A., Debruyne, F. M. Low-dose oxybutynin for the treatment of urge incontinence: good efficacy and few side effects. Eur Urol. 2000 Jun; 37: 709-13

41358    Parazzini, F., Colli, E., Origgi, G., Surace, M., Bianchi, M., Benzi, G., Artibani, W. Risk factors for urinary incontinence in women. Eur Urol. 2000 Jun; 37: 637-43

41359    Moller, L. A., Lose, G., Jorgensen, T. Incidence and remission rates of lower urinary tract symptoms at one year in women aged 40-60: longitudinal study. BMJ. 2000 May 27; 320: 1429-32

41360    Hunskaar, S. Fluctuations in lower urinary tract symptoms in women. Reassurance and watchful waiting can prevent overtreatment. BMJ. 2000 May 27; 320: 1418-9

41361    Stamm, W. E., Raz, R. Factors contributing to susceptibility of postmenopausal women to recurrent urinary tract infections. Clin Infect Dis. 1999 Apr; 28: 723-5

41362    Haferkamp, A., Staehler, G., Gerner, H. J., Dorsam, J. Dosage escalation of intravesical oxybutynin in the treatment of neurogenic bladder patients. Spinal Cord. 2000 Apr; 38: 250-4

41364    Carley, M. E., Schaffer, J. Urinary incontinence and pelvic organ prolapse in women with Marfan or Ehlers Danlos syndrome. Am J Obstet Gynecol. 2000 May; 182: 1021-3

41365    Swithinbank, L. V., Donovan, J. L., du Heaume, J. C., Rogers, C. A., James, M. C., Yang, Q., Abrams, P. Urinary symptoms and incontinence in women: relationships between occurrence, age, and perceived impact. Br J Gen Pract. 1999 Nov; 49: 897-900

41366    Agarwal, V. Urinary incontinence with risperidone. J Clin Psychiatry. 2000 Mar; 61: 219

41368    Farouk, R., Pemberton, J. H., Wolff, B. G., Dozois, R. R., Browning, S., Larson, D. Functional outcomes after ileal pouch-anal anastomosis for chronic ulcerative colitis. Ann Surg. 2000 Jun; 231: 919-26

41369    Cruccetti, A., Kiely, E. M., Spitz, L., Drake, D. P., Pritchard, J., Pierro, A. Pelvic neuroblastoma: low mortality and high morbidity. J Pediatr Surg. 2000 May; 35: 724-8

41370    Sampselle, C. M. Behavioral intervention for urinary incontinence in women: evidence for practice. J Midwifery Womens Health. 2000 Mar-Apr; 45: 94-103

---

**41372**   Holt, P. E., Jones, A. In vitro study of the significance of bladder neck position in incontinent bitches. Vet Rec. 2000 Apr 8; 146: 437-9

**41373**   Gavira Iglesias, F. J., Caridad, y.,  Ocerin JM, Perez del Molino Martin, J., Valderrama Gama, E., Lopez Perez, M., Romero Lopez, M., Pavon Aranguren, M. V., Guerrero Munoz, J. B. Prevalence and psychosocial impact of urinary incontinence in older people of a Spanish rural population. J Gerontol A Biol Sci Med Sci. 2000 Apr; 55: M207-14

**41376**   Ross, J. W. Numerous indications for office flexible minihysteroscopy. J Am Assoc Gynecol Laparosc. 2000 May; 7: 221-6

**41378**   Woodman, P. J., Davis, G. D. The relationship of the in-situ advancing vaginal wall sling to vaginal epithelial inclusion cyst. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 124-6

**41379**   Wen, J. G., Yeung, C. K., Djurhuus, J. C. Cystometry techniques in female infants and children. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 103-12

**41384**   Selcuki, M., Unlu, A., Ugur, H. C., Soygur, T., Arikan, N., Selcuki, D. Patients with urinary incontinence often benefit from surgical detethering of tight filum terminale. Childs Nerv Syst. 2000 Mar; 16: 150-4; discussion 155

**41385**   Kudo, T., Mima, T., Hashimoto, R., Nakao, K., Morihara, T., Tanimukai, H., Tsujio, I., Koike, Y., Tagami, S., Mori, H., Nakamura, Y., Tanaka, T., Mori, T., Mori, K., Takeda, M. Tau protein is a potential biological marker for normal pressure hydrocephalus. Psychiatry Clin Neurosci. 2000 Apr; 54: 199-202

**41386**   Harris, C. F., Cooper, C. S., Hutcheson, J. C., Snyder, H. M.,  3rd Appendicovesicostomy: the mitrofanoff procedure-a 15-year perspective. J Urol. 2000 Jun; 163: 1922-6

**41393**   Westney, O. L., Amundsen, C. L., McGuire, E. J. Bladder endometriosis: conservative management. J Urol. 2000 Jun; 163: 1814-7

**41394**   Ordorica, R. C., Masel, J., Seigne, J., Persky, L., Lockhart, J. L. Evaluation and management of mechanical dysfunction in continent colonic urinary reservoirs. J Urol. 2000 Jun; 163: 1679-84

**41395**   Carlan, S. J., Russell, H., Shelnutt, J., Peppy, T., Griggs, B. Extracorporeal magnetic innervation (EXMI) therapy in the treatment of urinary incontinence in women: results from a single center. J Am Geriatr Soc. 2000 Apr; 48: 456

**41396**   Dugan, E., Cohen, S. J., Bland, D. R., Preisser, J. S., Davis, C. C., Suggs, P. K., McGann, P. The association of depressive symptoms and urinary incontinence among older adults. J Am Geriatr Soc. 2000 Apr; 48: 413-6

**41398**   Sloss, E. M., Solomon, D. H., Shekelle, P. G., Young, R. T., Saliba, D., MacLean, C. H., Rubenstein, L. Z., Schnelle, J. F., Kamberg, C. J., Wenger, N. S. Selecting target conditions for quality of care improvement in vulnerable older adults. J Am Geriatr Soc. 2000 Apr; 48: 363-9

**41399**   Sakamoto, K., Smith, G. M., Storer, P. D., Jones, K. J., Damaser, M. S. Neuroregeneration and voiding behavior patterns after pudendal nerve crush in female rats. Neurourol Urodyn. 2000; 19: 311-21

**41401**   Temml, C., Haidinger, G., Schmidbauer, J., Schatzl, G., Madersbacher, S. Urinary incontinence in both sexes: prevalence rates and impact on quality of life and sexual life. Neurourol Urodyn. 2000; 19: 259-71

**41403**   Groutz, A., Blaivas, J. G., Chaikin, D. C. Bladder outlet obstruction in women: definition and characteristics. Neurourol Urodyn. 2000; 19: 213-20

**41406**   Carroli, G., Belizan, J. Episiotomy for vaginal birth. Cochrane Database Syst Rev. 2000; : CD000081

**41407**   Smith, L., Smith, P., Lee, S. K. Behavioural treatment of urinary incontinence and encopresis in children with learning disabilities: transfer of stimulus control. Dev Med Child Neurol. 2000 Apr; 42: 276-9

**41408**   Wells, J. A., Ouslander, J. G., Meadows, E., Johnson, V. Y. Urinary incontinence in a geriatric patient with a complex neurologic history. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 270-4; discussion 274-5

**41409**   Remsburg, R. E., Palmer, M. H., Langford, A. M., Mendelson, G. F. Staff compliance with and ratings of effectiveness of a prompted voiding program in a long-term care facility. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 261-9

**American Urological Association, Inc.**

SUI Guidelines Panel

41411   De Paepe, H., Renson, C., Van Laecke, E., Raes, A., Vande Walle, J., Hoebeke, P. Pelvic-floor therapy and toilet training in young children with dysfunctional voiding and obstipation. BJU Int. 2000 May; 85: 889-93

41412   Oge, O., Tekgul, S., Ergen, A., Kendi, S. Urothelium-preserving augmentation cystoplasty covered with a peritoneal flap. BJU Int. 2000 May; 85: 802-5

41414   Muneuchi, J., Tokunaga, Y., Kira, R., Gondo, K., Hara, T. Acute disseminated encephalomyelitis in a female with hereditary neuropathy with susceptibility to pressure palsy. Pediatr Neurol. 2000 Apr; 22: 302-4

41415   Scott, D. Continence. Bangladeshi venture. Nurs Times. 1999 Oct 20-26; 95: 76-9

41416   Koch, T., Kelly, S. Identifying strategies for managing urinary incontinence with women who have multiple sclerosis. J Clin Nurs. 1999 Sep; 8: 550-9

41417   Janknegt, R. A. Urinary incontinence: pathophysiology, diagnosis and treatment in clinical (neuro-)urological practice of patients with Chronic Impairment of Voiding and Continence Activities (CIVCA). Arch Physiol Biochem. 1999 Jul; 107: 189-94

41418   Rigby, M. Lost continence. Nurs Stand. 1999 Sep 29-Oct 5; 14: 14-5

41419   Swithinbank, L. V., Abrams, P. A detailed description, by age, of lower urinary tract symptoms in a group of community-dwelling women. BJU Int. 2000 Apr; 85 Suppl 2: 19-24

41420   Schwartz, B. F., Stoller, M. L. The vesical calculus. Urol Clin North Am. 2000 May; 27: 333-46

41421   Versi, E., Appell, R., Mobley, D., Patton, W., Saltzstein, D. Dry mouth with conventional and controlled-release oxybutynin in urinary incontinence. The Ditropan XL Study Group. Obstet Gynecol. 2000 May; 95: 718-21

41423   Diana, M., Zoppe, C., Mastrangeli, B. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Am J Surg. 2000 Feb; 179: 126-8

41424   Friday, P. A., Scarratt, W. K., Elvinger, F., Timoney, P. J., Bonda, A. Ataxia and paresis with equine herpesvirus type 1 infection in a herd of riding school horses. J Vet Intern Med. 2000 Mar-Apr; 14: 197-201

41425   Lawrence, M., Guay, D. R., Benson, S. R., Anderson, M. J. Immediate-release oxybutynin versus tolterodine in detrusor overactivity: a population analysis. Pharmacotherapy. 2000 Apr; 20: 470-5

41426   Brubaker, L. Electrical stimulation in overactive bladder. Urology. 2000 May; 55: 17-23; discussion 31-2

41427   Bo, K., Berghmans, L. C. Nonpharmacologic treatments for overactive bladder-pelvic floor exercises. Urology. 2000 May; 55: 7-11; discussion 14-6

41428   Overactive Bladder and Its Treatments Consensus Conference. London, United Kingdom, July 4, 1999. Urology. 2000 May; 55: 1-84

41429   Brook, I., Frazier, E. H. Aerobic and anaerobic microbiology of wound infection following spinal fusion in children. Pediatr Neurosurg. 2000 Jan; 32: 20-3

41430   FitzGerald, M. P., Russell, B., Hale, D., Benson, J. T., Brubaker, L. Ultrastructure of detrusor and urethral smooth muscle in women with urinary incontinence. Am J Obstet Gynecol. 2000 Apr; 182: 879-84

41431   Bump, R. C. The urethrodetrusor facilitative reflex in women: results of urethral perfusion studies. Am J Obstet Gynecol. 2000 Apr; 182: 794-802; discussion 802-4

41433   Kowalczyk, J. J. Office evaluation of the patient with an overactive urinary bladder. J Am Osteopath Assoc. 2000 Mar; 100: S1-4

41434   Siracusano, S., Trombetta, C., Liguori, G., De Giorgi, G., d'Aloia, G., Di Benedetto, P., Belgrano, E. Laparoscopic bladder auto-augmentation in an incomplete traumatic spinal cord injury. Spinal Cord. 2000 Jan; 38: 59-61

41435   Chang, S., Chern, I., Bown, S. G. Photodynamic therapy of rat bladder and urethra: evaluation of urinary and reproductive function after inducing protoporphyrin IX with 5- aminolaevulinic acid. BJU Int. 2000 Apr; 85: 747-53

41439   Chadha, Y., Mollison, J., Howie, F., Grimshaw, J., Hall, M., Russell, I. Guidelines in gynaecology: evaluation in menorrhagia and in urinary incontinence. BJOG. 2000 Apr; 107: 535-43

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

41440 Lachowsky, M. Urinary problems around the menopause; emotional and psychological consequences; can we help our patients to cope with them?. Maturitas. 2000 Jan; 34 Suppl 1: S25-27

41441 Galizia, G., Lieto, E., Castellano, P., Pelosio, L., Imperatore, V., Pigantelli, C. Lateral internal sphincterotomy together with haemorrhoidectomy for treatment of haemorrhoids: a randomised prospective study. Eur J Surg. 2000 Mar; 166: 223-8

41444 Tediosi, F., Parazzini, F., Bortolotti, A., Garattini, L. The cost of urinary incontinence in Italian women. A cross-sectional study. Gruppo di Studio Incontinenza. Pharmacoeconomics. 2000 Jan; 17: 71-6

41446 Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Functional status of the elderly in Singapore. Singapore Med J. 1999 Oct; 40: 635-8

41447 Miszko, T. A., Cress, M. E. A lifetime of fitness. Exercise in the perimenopausal and postmenopausal woman. Clin Sports Med. 2000 Apr; 19: 215-32

41448 Bhandarkar, A. D., Raju, A. M., Rao, M. S. Single unilateral ectopic bifid ureter with contralateral orthotopic quadrufid ureter--a rare combination. J Postgrad Med. 1997 Oct-Dec; 43: 104-5

41452 Brandt, F. T., Albuquerque, C. D., Lorenzato, F. R., Amaral, F. J. Perineal assessment of urethrovesical junction mobility in young continent females. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 18-22

41454 van Geelen, J. M., van de Weijer, P. H., Arnolds, H. T. Urogenital symptoms and resulting discomfort in non-institutionalized Dutch women aged 50-75 years. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 9-14

41455 Prashar, S., Simons, A., Bryant, C., Dowell, C., Moore, K. H. Attitudes to vaginal/urethral touching and device placement in women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 4-8

41457 Gilbert, A. M., Antane, M. M., Argentieri, T. M., Butera, J. A., Francisco, G. D., Freeden, C., Gundersen, E. G., Graceffa, R. F., Herbst, D., Hirth, B. H., Lennox, J. R., McFarlane, G., Norton, N. W., Quagliato, D., Sheldon, J. H., Warga, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 2. Selective and potent benzylamino cyclobutenediones. J Med Chem. 2000 Mar 23; 43: 1203-14

41458 Butera, J. A., Antane, M. M., Antane, S. A., Argentieri, T. M., Freeden, C., Graceffa, R. F., Hirth, B. H., Jenkins, D., Lennox, J. R., Matelan, E., Norton, N. W., Quagliato, D., Sheldon, J. H., Spinelli, W., Warga, D., Wojdan, A., Woods, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 1. N-Cyanoguanidine bioisosteres possessing in vivo bladder selectivity. J Med Chem. 2000 Mar 23; 43: 1187-202

41459 Chartier-Kastler, E. Re: Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 2000 Apr; 163: 1259

41460 Krishna, N. S., Glen, E. S. Re: A remote controlled intraurethral insert for artificial voiding: a new concept for treating women with voiding dysfunction. J Urol. 2000 Apr; 163: 1258

41461 Bosch, J. L., Groen, J. Sacral nerve neuromodulation in the treatment of patients with refractory motor urge incontinence: long-term results of a prospective longitudinal study. J Urol. 2000 Apr; 163: 1219-22

41462 Fielding, J. R., Lee, J. H., Dubeau, C. E., Zou, K. H., Resnick, N. M. Voiding cystourethrography findings in elderly women with urge incontinence. J Urol. 2000 Apr; 163: 1216-8

41463 Martin, S. Child with incontinence. J Pediatr Health Care. 2000 Mar-Apr; 14: 76; quiz 89-90

41470 Zulkowski, K., Kindsfater, D. Examination of care-planning needs for elderly newly admitted to an acute care setting. Ostomy Wound Manage. 2000 Jan; 46: 32-8

41471 Sumi, T., Ishiko, O., Hirai, K., Yoshida, H., Ogita, S. Is measuring the posterior urethrovesical angle of clinical value for controlling pelvic organ Prolapse?. Retrospective analysis of 107 postoperative cases. Gynecol Obstet Invest. 2000; 49: 183-6

41472 Araki, I., Kuno, S. Assessment of voiding dysfunction in Parkinson's disease by the international prostate symptom score. J Neurol Neurosurg Psychiatry. 2000 Apr; 68: 429-33

41473 Carson, C. C. Reconstructive surgery using urological prostheses. Curr Opin Urol. 1999 May; 9: 233-9

41476 Ueda, T., Yoshimura, N., Yoshida, O. Prognostic factors for long-term maintenance of urinary continence in patients with incontinence managed by diapers or indwelling catheters. Eur Urol. 2000 Mar; 37: 318-24

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 41479 | Buccimazza, S., Molteno, C., Dunne, T. Pre-school follow-up of a cohort of children with myelomeningocele in Cape Town, South Africa. Ann Trop Paediatr. 1999 Sep; 19: 245-52 |
| 41480 | von Holst, T., Salbach, B. Efficacy and tolerability of a new 7-day transdermal estradiol patch versus placebo in hysterectomized women with postmenopausal complaints. Maturitas. 2000 Feb 15; 34: 143-53 |
| 41481 | Molander, U., Arvidsson, L., Milsom, I., Sandberg, T. A longitudinal cohort study of elderly women with urinary tract infections. Maturitas. 2000 Feb 15; 34: 127-31 |
| 41482 | Min, J. K., Byun, J. Y., Lee, S. H., Hong, Y. S., Park, S. H., Cho, C. S., Kim, H. Y. Urinary bladder involvement in patients with systemic lupus erythematosus: with review of the literature. Korean J Intern Med. 2000 Jan; 15: 42-50 |
| 41485 | Kjerulff, K. H., Langenberg, P. W., Rhodes, J. C., Harvey, L. A., Guzinski, G. M., Stolley, P. D. Effectiveness of hysterectomy. Obstet Gynecol. 2000 Mar; 95: 319-26 |
| 41486 | Addison, R. Catheter valves: a special focus on the Bard Flip-Flo catheter. Br J Nurs. 1999 May 13-26; 8: 576-80 |
| 41487 | Parker, L. J. Urinary catheter management: minimizing the risk of infection. Br J Nurs. 1999 May 13-26; 8: 563-6, 568, 570 passim |
| 41488 | Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth and obstetric techniques. J Wound Ostomy Continence Nurs. 1999 May; 26: 28A-29A |
| 41490 | Van Savage, J. G., Chancellor, M. B., Slaughenhoupt, B. Transverse retubularized ileovesicostomy continent urinary diversion to the umbilicus. Tech Urol. 2000 Mar; 6: 29-33 |
| 41492 | Sheu, J. J., Yuan, R. Y., Lu, J. J., Chung, C. L., Hsu, C. Y. Tuberculous meningitis in a Filipino maid. J Formos Med Assoc. 1999 Nov; 98: 783-6 |
| 41493 | Vakar-Lopez, F., Abrams, J. Basaloid squamous cell carcinoma occurring in the urinary bladder. Arch Pathol Lab Med. 2000 Mar; 124: 455-9 |
| 41494 | Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Bemelmans, B. L., van Kerrebroeck, P. E. Sacral root neuromodulation in the treatment of refractory urinary urge incontinence: a prospective randomized clinical trial. Eur Urol. 2000 Feb; 37: 161-71 |
| 41497 | Smith, D. B. Urinary continence issues in oncology. Clin J Oncol Nurs. 1999 Oct; 3: 161-7 |
| 41499 | Bergstrom, K., Carlsson, C. P., Lindholm, C., Widengren, R. Improvement of urge- and mixed-type incontinence after acupuncture treatment among elderly women - a pilot study. J Auton Nerv Syst. 2000 Mar 15; 79: 173-80 |
| 41502 | Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Suda, S. Randomized, double-blind study of electrical stimulation for urinary incontinence due to detrusor overactivity. Urology. 2000 Mar; 55: 353-7 |
| 41503 | Das, S. Laparoscopic surgery for female urinary incontinence: prudence shall prevail. JSLS. 1999 Oct-Dec; 3: 273-7 |
| 41504 | Thomas, S. Investing in continence. Nurs Stand. 1999 Sep 15-21; 13: 38 |
| 41505 | Mathews, R., Sponseller, P. D., Jeffs, R. D., Gearhart, J. P. Bladder neck reconstruction in classic bladder exstrophy: the role of osteotomy in the development of continence. BJU Int. 2000 Mar; 85: 498-500 |
| 41506 | Tincello, D. G., Adams, E. J., Sutherst, J. R., Richmond, D. H. Oxybutynin for detrusor instability with adjuvant salivary stimulant pastilles to improve compliance: results of a multicentre, randomized controlled trial. BJU Int. 2000 Mar; 85: 416-20 |
| 41507 | Ana, J. N., Gana, B. M. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 2000 Jan; 85: 172-3 |
| 41511 | Wooldridge, L. S. Toileting assistance based on bladder volume. Ostomy Wound Manage. 1999 Dec; 45: 50 |
| 41517 | Johnson, S. T. From incontinence to confidence. Am J Nurs. 2000 Feb; 100: 69-74, 76 |
| 41519 | Sandvik, H., Seim, A., Vanvik, A., Hunskaar, S. A severity index for epidemiological surveys of female urinary incontinence: comparison with 48-hour pad-weighing tests. Neurourol Urodyn. 2000; 19: 137-45 |

Case 2:12-md-02327 Document 3080-16 Filed 09/13/16 Page 606 of 800 PageID #: 203145

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41520  Groutz, A., Blaivas, J. G., Rosenthal, J. E. A simplified urinary incontinence score for the evaluation of treatment outcomes. Neurourol Urodyn. 2000; 19: 127-35

41521  Nesbakken, A., Nygaard, K., Bull-Njaa, T., Carlsen, E., Eri, L. M. Bladder and sexual dysfunction after mesorectal excision for rectal cancer. Br J Surg. 2000 Feb; 87: 206-10

41522  Werkstrom, V., Lam, D. S., Farnsworth, R. H., Awad, N., Burcher, E., Moore, K. H. In vitro contractile responses of detrusor to carbachol and neurokinin A, in children with recurrent urinary tract infection or day wetting. BJU Int. 2000 Feb; 85: 319-25

41524  Berghmans, L. C., Hendriks, H. J., De Bie, R. A., van Waalwijk van Doorn, E. S., Bo, K., van Kerrebroeck, P. E. Conservative treatment of urge urinary incontinence in women: a systematic review of randomized clinical trials. BJU Int. 2000 Feb; 85: 254-63

41526  Talic, R. F. Augmentation ureterocystoplasty with ipsilateral renal preservation in the management of patients with compromised renal function secondary to dysfunctional voiding. Int Urol Nephrol. 1999; 31: 463-70

41527  Sakakibara, R., Hattori, T., Uchiyama, T., Asahina, M., Yamanishi, T. Micturitional disturbance in pure autonomic failure. Neurology. 2000 Jan 25; 54: 499-501

41528  Fuchs, O., Booss, D. Rehbein's procedure for Hirschsprung's disease. An appraisal of 45 years. Eur J Pediatr Surg. 1999 Dec; 9: 389-91

41529  Kumar, H., Cauchi, J., MacKinnon, A. E. Periurethral Goretex sling in lower urinary reconstruction. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 33-4

41530  Jawaheer, G., Rangecroft, L. The Pippi Salle procedure for neurogenic urinary incontinence in childhood: a three-year experience. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 9-11

41531  Palacios, S. Current perspectives on the benefits of HRT in menopausal women. Maturitas. 1999 Nov; 33 Suppl 1: S1-13

41532  Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: a test of AWHONN's evidence-based protocol in clinical practice. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 18-26

41533  Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: evaluation of AWHONN's third research utilization project. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 9-17

41534  Bingol, A., Yucemen, N., Meco, O. Medically treated intraspinal 'Brucella' granuloma. Surg Neurol. 1999 Dec; 52: 570-6

41535  Watson, A. J., Currie, I., Curran, S., Jarvis, G. J. A prospective study examining the association between the symptoms of anxiety and depression and severity of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2000 Jan; 88: 7-9

41536  Al-Waili, N. S. Carbamazepine to treat primary nocturnal enuresis: double-blind study. Eur J Med Res. 2000 Jan 26; 5: 40-4

41537  Stenberg, A., Heimer, G., Holmberg, L., Ulmsten, U. Prevalence of postmenopausal symptoms in two age groups of elderly women in relation to oestrogen replacement therapy. Maturitas. 1999 Dec 15; 33: 229-37

41539  Labrecque, M., Eason, E., Marcoux, S. Randomized trial of perineal massage during pregnancy: perineal symptoms three months after delivery. Am J Obstet Gynecol. 2000 Jan; 182: 76-80

41541  Reznicek, S. B. Common urologic problems in the elderly. Prostate cancer, outlet obstruction, and incontinence require special management. Postgrad Med. 2000 Jan; 107: 163-4, 167-70, 177-8

41542  Vroomen, P. C., de Krom, M. C., Knottnerus, J. A. Consistency of history taking and physical examination in patients with suspected lumbar nerve root involvement. Spine. 2000 Jan; 25: 91-6; discussion 97

41543  Mills, I. W., Greenland, J. E., McMurray, G., McCoy, R., Ho, K. M., Noble, J. G., Brading, A. F. Studies of the pathophysiology of idiopathic detrusor instability: the physiological properties of the detrusor smooth muscle and its pattern of innervation. J Urol. 2000 Feb; 163: 646-51

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**41544**    Sheldon, C. A., Minevich, E., Wacksman, J. Modified technique of antegrade continence enema using a stapling device. J Urol. 2000 Feb; 163: 589-91

**41545**    Vereecken, R. L., Proesmans, W. Urethral instability as an important element of dysfunctional voiding. J Urol. 2000 Feb; 163: 585-8

**41546**    Curran, M. J., Kaefer, M., Peters, C., Logigian, E., Bauer, S. B. The overactive bladder in childhood: long-term results with conservative management. J Urol. 2000 Feb; 163: 574-7

**41547**    Stein, R., Fisch, M., Ermert, A., Schwarz, M., Black, P., Filipas, D., Hohenfellner, R. Urinary diversion and orthotopic bladder substitution in children and young adults with neurogenic bladder: a safe option for treatment?. J Urol. 2000 Feb; 163: 568-73

**41550**    Opeskin, K., Clarke, I., Berkovic, S. F. Prolactin levels in sudden unexpected death in epilepsy. Epilepsia. 2000 Jan; 41: 48-51

**41551**    Gross, J. C. Urinary incontinence and stroke outcomes. Arch Phys Med Rehabil. 2000 Jan; 81: 22-7

**41554**    Henderson, J. S., Kashka, M. S. Development and testing of the Urinary Incontinence Scales. Urol Nurs. 1999 Jun; 19: 109-19

**41555**    Desai, M. M., Zhang, P., Hennessy, C. H. Surveillance for morbidity and mortality among older adults--United States, 1995-1996. MMWR CDC Surveill Summ. 1999 Dec 17; 48: 7-25

**41556**    Robinson, J. P. Managing urinary incontinence in the nursing home: residents' perspectives. J Adv Nurs. 2000 Jan; 31: 68-77

**41558**    Schmidt, B., Haberlik, A., Uray, E., Ratschek, M., Lackner, H., Hollwarth, M. E. Sacrococcygeal teratoma: clinical course and prognosis with a special view to long-term functional results. Pediatr Surg Int. 1999; 15: 573-6

**41559**    Hennessey, A., Robertson, N. P., Swingler, R., Compston, D. A. Urinary, faecal and sexual dysfunction in patients with multiple sclerosis. J Neurol. 1999 Nov; 246: 1027-32

**41560**    Schroder, A., Levin, R. M., Kogan, B. A., Das, A. K., Kay, F., Mahashabde, A. Absorption of oxybutynin from vaginal inserts: drug blood levels and the response of the rabbit bladder. Urology. 2000 Dec 20; 56: 1063-7

**41562**    Cetinel, B., Demirkesen, O., Onder, A. U., Yaycioglu, O., Ismailoglu, V., Solok, V. Reconstructive surgery in voiding dysfunction: experience with 69 patients. Urology. 2000 Dec 20; 56: 962-6

**41566**    Ali-El-Dein, B., El-Demerdash, R., Kock, N. G., Ghoneim, M. A. A magnetic device for increasing the urethral resistance to flow: an experimental study in female dogs. BJU Int. 2000 Jan; 85: 150-4

**41567**    Raz, R., Gennesin, Y., Wasser, J., Stoler, Z., Rosenfeld, S., Rottensterich, E., Stamm, W. E. Recurrent urinary tract infections in postmenopausal women. Clin Infect Dis. 2000 Jan; 30: 152-6

**41569**    Morkved, S., Bo, K. Prevalence of urinary incontinence during pregnancy and postpartum. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 394-8

**41574**    Papa Petros, P. E. Cure of urinary and fecal incontinence by pelvic ligament reconstruction suggests a connective tissue etiology for both. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 356-60

**41575**    Jones, S. Promoting continence in older people. Elder Care. 1999 Nov; 11: 34-8; quiz 39

**41576**    Billington, A. Incontinence in older women. Elder Care. 1999 Nov; 11: 32-3

**41579**    Boyington, A. R., Tomlinson, B. U., Dougherty, M. C. Using a relational database to support nursing research. Comput Nurs. 1999 Nov-Dec; 17: 269-74; quiz 275-7

**41582**    Maloney, C., Cafiero, M. Implementing an incontinence program in long-term care settings. A multidisciplinary approach. J Gerontol Nurs. 1999 Jun; 25: 47-52

**41586**    Groutz, A., Blaivas, J. G., Fait, G., Sassone, A. M., Chaikin, D. C., Gordon, D. The significance of the American Urological Association symptom index score in the evaluation of women with bladder outlet obstruction. J Urol. 2000 Jan; 163: 207-11

---

**American Urological Association, Inc.**

SUI Guidelines Panel

41587   Kerns, J. M., Damaser, M. S., Kane, J. M., Sakamoto, K., Benson, J. T., Shott, S., Brubaker, L. Effects of pudendal nerve injury in the female rat. Neurourol Urodyn. 2000; 19: 53-69

41588   Sugaya, K., Nishizawa, O., Satoh, T., Hatano, T., Ogawa, Y. Bladder-pumping therapy for the treatment of low-capacity or low- compliance bladders. Neurourol Urodyn. 2000; 19: 19-28

41589   Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Evaluation of a simple, non-surgical concept for management of urinary incontinence (minimal care) in an open-access, interdisciplinary incontinence clinic. Neurourol Urodyn. 2000; 19: 9-17

41590   Visco, A. G., Weidner, A. C., Cundiff, G. W., Bump, R. C. Observed patient compliance with a structured outpatient bladder retraining program. Am J Obstet Gynecol. 1999 Dec; 181: 1392-4

41593   Bland, D. R., Earle, B. B., Vitolins, M. Z., Burke, G. Use of the Pelvic Organ Prolapse staging system of the International Continence Society, American Urogynecologic Society, and Society of Gynecologic Surgeons in perimenopausal women. Am J Obstet Gynecol. 1999 Dec; 181: 1324-7; discussion 1327-8

41595   Nobili, F., Copello, F., Vitali, P., Prastaro, T., Carozzo, S., Perego, G., Rodriguez, G. Timing of disease progression by quantitative EEG in Alzheimer' s patients. J Clin Neurophysiol. 1999 Nov; 16: 566-73

41597   Komatsu, K., Niikura, S., Maeda, Y., Ishiura, Y., Yokoyama, O., Namiki, M. Single ectopic vaginal ureter diagnosed by computed tomography. Urol Int. 1999; 63: 147-50

41600   Wang, K., Yamataka, A., Morioka, A., Lane, G. J., Iwashita, K., Miyano, T. Complications after sigmoidocolocystoplasty: review of 100 cases at one institution. J Pediatr Surg. 1999 Nov; 34: 1672-7

41601   Ouslander, J., Johnson, T., Nasr, S., Schnelle, J., Miller, M. Atrial natriuretic peptide levels in geriatric patients with nocturia and nursing home residents with nighttime incontinence. J Am Geriatr Soc. 1999 Dec; 47: 1439-44

41602   Schonherr, M. C., Groothoff, J. W., Mulder, G. A., Eisma, W. H. Functional outcome of patients with spinal cord injury: rehabilitation outcome study. Clin Rehabil. 1999 Dec; 13: 457-63

41603   Hyman, N. Endoanal advancement flap repair for complex anorectal fistulas. Am J Surg. 1999 Oct; 178: 337-40

41604   Sibbald, B. Unique health needs of elderly women being ignored, symposium told. CMAJ. 1999 Nov 16; 161: 1309-10

41606   Lemack, G. E. Reversing the tide: emerging options for treating overactive bladder symptoms in women. Tex Med. 1999 Nov; 95: 78-81

41609   Diana, M., Schettini, M. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Minerva Ginecol. 1999 Sep; 51: 349-53

41611   Robson, W. L. Enuresis treatment in the US. Scand J Urol Nephrol Suppl. 1999; 202: 56-60

41613   Callsen-Cencic, P., Mense, S. Control of the unstable urinary bladder by graded thermoelectric cooling of the spinal cord. BJU Int. 1999 Dec; 84: 1084-92

41614   Arena, F., Romeo, C., Cruccetti, A., Antonuccio, P., Basile, M., Romeo, G. The neonatal management and surgical correction of urinary hydrometrocolpos caused by a persistent urogenital sinus. BJU Int. 1999 Dec; 84: 1063-8

41615   Pfister, C., Dacher, J. N., Gaucher, S., Liard-Zmuda, A., Grise, P., Mitrofanoff, P. The usefulness of a minimal urodynamic evaluation and pelvic floor biofeedback in children with chronic voiding dysfunction. BJU Int. 1999 Dec; 84: 1054-7

41618   Vowles, J. E., Wagg, A. S. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 1999 Dec; 84: 948-52

41619   Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: primary care therapies for the older woman. Geriatrics. 1999 Nov; 54: 31-4, 39-40, 43-4

41620   Guys, J. M., Simeoni-Alias, J., Fakhro, A., Delarue, A. Use of polydimethylsiloxane for endoscopic treatment of neurogenic urinary incontinence in children. J Urol. 1999 Dec; 162: 2133-5

**American Urological Association, Inc.**

SUI Guidelines Panel

41624    Jackson, A. B., Wadley, V. A multicenter study of women's self-reported reproductive health after spinal cord injury. Arch Phys Med Rehabil. 1999 Nov; 80: 1420-8

41625    O'Meara, B. Continence. Hidden dangers. Nurs Times. 1999 Aug 4-10; 95: 70, 73

41626    Willis, J. Sex, relationships and continence. Nurs Times. 1999 Aug 4-10; 95: 62, 65

41627    Rigby, D. Persistence the key for patient who resists change. Nurs Times. 1999 Aug 4-10; 95: 61

41634    Ong, N. C., Dwyer, P. L. Labial fusion causing voiding difficulty and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 391-3

41637    Meier, U., Zeilinger, F. S., Kintzel, D. Signs, symptoms and course of normal pressure hydrocephalus in comparison with cerebral atrophy. Acta Neurochir (Wien). 1999; 141: 1039-48

41638    Bugg, G., Hosker, G., Kiff, E. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1999 Nov; 106: 1233-4

41639    Hodges, A. M. Vesico-vaginal fistula associated with uterine prolapse. Br J Obstet Gynaecol. 1999 Nov; 106: 1227-8

41640    Di Carlo, A., Lamassa, M., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., Wolfe, C. D., Tilling, K., Ebrahim, S., Inzitari, D. Stroke in the very old : clinical presentation and determinants of 3- month functional outcome: A European perspective. European BIOMED Study of Stroke Care Group. Stroke. 1999 Nov; 30: 2313-9

41641    Chaliha, C., Kalia, V., Stanton, S. L., Monga, A., Sultan, A. H. Antenatal prediction of postpartum urinary and fecal incontinence. Obstet Gynecol. 1999 Nov; 94: 689-94

41642    Thomas, S. Investing in continence. Elder Care. 1999 Feb-Mar; 11: 32

41644    Clark, M. H., Benson, J. T. Fecal incontinence and the menstrual cycle: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 344-5

41645    Shaker, H., Hassouna, M. M. Sacral root neuromodulation in the treatment of various voiding and storage problems. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 336-43

41646    Okada, N., Igawa, Y., Nishizawa, O. Functional electrical stimulation for detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 329-35

41649    Aygen, E. M., Ekmekcioglu, O., Basbug, M. The menopause and bladder weight. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 316-20

41653    Drutz, H. P., Appell, R. A., Gleason, D., Klimberg, I., Radomski, S. Clinical efficacy and safety of tolterodine compared to oxybutynin and placebo in patients with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 283-9

41655    Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: keys to diagnosis of the older woman.1. Geriatrics. 1999 Oct; 54: 22-6, 29-30

41656    Fleishman, R., Heilbrun, G., Mandelson, J., Shirazi, V. Improving the quality of institutional care of urinary incontinence among the elderly: a challenge for governmental regulation. Int J Health Care Qual Assur Inc Leadersh Health Serv. 1999; 12: 105-19

41657    Overactive bladder. Harv Womens Health Watch. 1999 Oct; 7: 6

41658    Hagglund, D., Olsson, H., Leppert, J. Urinary incontinence: an unexpected large problem among young females. Results from a population-based study. Fam Pract. 1999 Oct; 16: 506-9

41660    Schurch, B., Suter, S., Dubs, M. Intraurethral sphincter prosthesis to treat hyporeflexic bladders in women: does it work?. BJU Int. 1999 Nov; 84: 789-94

41662    Gill, M. A., Schutze, G. E. Citrobacter urinary tract infections in children. Pediatr Infect Dis J. 1999 Oct; 18: 889-92

41667    Romanzi, L. J., Polaneczky, M., Glazer, H. I. Simple test of pelvic muscle contraction during pelvic examination: correlation to surface electromyography. Neurourol Urodyn. 1999; 18: 603-12

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/13/16 Page 690 of 800 PageID #: 203149

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41670    Chiarelli, P., Brown, W., McElduff, P. Leaking urine: prevalence and associated factors in Australian women. Neurourol Urodyn. 1999; 18: 567-77

41677    Cain, M. P., Casale, A. J., King, S. J., Rink, R. C. Appendicovesicostomy and newer alternatives for the Mitrofanoff procedure: results in the last 100 patients at Riley Children's Hospital. J Urol. 1999 Nov; 162: 1749-52

41678    Khoury, A. E., Agarwal, S. K., Bagli, D., Merguerian, P., McLorie, G. A. Concomitant modified bladder neck closure and Mitrofanoff urinary diversion. J Urol. 1999 Nov; 162: 1746-8

41681    Braun, P. M., Boschert, J., Bross, S., Scheepe, J. R., Alken, P., Juenemann, P. Tailored laminectomy: a new technique for neuromodulator implantation. J Urol. 1999 Nov; 162: 1607-9

41682    Dandy, D. Assessment tool promotes continence after childbirth. Nurs Times. 1999 Jul 14-20; 95: 42-3

41683    Park, T., Lee, S. Y. Simple pattern-mixture models for longitudinal data with missing observations: analysis of urinary incontinence data. Stat Med. 1999 Nov 15; 18: 2933-41

41684    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary function in elderly people with and without leukoaraiosis: relation to cognitive and gait function. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 658-60

41685    Wenning, G. K., Scherfler, C., Granata, R., Bosch, S., Verny, M., Chaudhuri, K. R., Jellinger, K., Poewe, W., Litvan, I. Time course of symptomatic orthostatic hypotension and urinary incontinence in patients with postmortem confirmed parkinsonian syndromes: a clinicopathological study. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 620-3

41687    Sirls, L. T., Rashid, T. Geriatric urinary incontinence. Geriatr Nephrol Urol. 1999; 9: 87-99

41689    Damani, N., Wilson, S. R. Nongynecologic applications of transvaginal US. Radiographics. 1999 Oct; 19 Spec No: S179-200; quiz S265-6

41690    Eterovic, D., Strinic, T., Dujic, Z., Boban, M. Blood gases and sex hormones in women with and without genital descensus. Respiration. 1999; 66: 400-6

41691    Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Stokland, E., Hjalmas, K. Kock urinary reservoir maturation in children and adolescents: consequences for kidney and upper urinary tract. Eur Urol. 1999 Nov; 36: 443-9

41694    Fischer, J. R., Berg, P. H. Urinary incontinence in United States Air Force female aircrew. Obstet Gynecol. 1999 Oct; 94: 532-6

41697    Atan, A., Konety, B. R., Nangia, A., Chancellor, M. B. Advantages and risks of ileovesicostomy for the management of neuropathic bladder. Urology. 1999 Oct; 54: 636-40

41698    Wedderburn, A. W., Adamson, A. S. Management of the incompetent urethra in the chronically debilitated female patient: an alternative to urethral closure. BJU Int. 1999 Oct; 84: 727-8

41699    Hayes, M. C., Bulusu, A., Terry, T., Mouriquand, P. D., Malone, P. S. The Pippi Salle urethral lengthening procedure; experience and outcome from three United Kingdom centres. BJU Int. 1999 Oct; 84: 701-5

41700    Madersbacher, H., Halaska, M., Voigt, R., Alloussi, S., Hofner, K. A placebo-controlled, multicentre study comparing the tolerability and efficacy of propiverine and oxybutynin in patients with urgency and urge incontinence. BJU Int. 1999 Oct; 84: 646-51

41701    Peake, S., Manderson, L., Potts, H. 'Part and parcel of being a woman': female urinary incontinence and constructions of control. Med Anthropol Q. 1999 Sep; 13: 267-85

41703    Freeman, L. Continence care: home and dry. Nurs Times. 1999 Jun 30-Jul 6; 95: 44-5

41706    Roe, B., May, C. Incontinence and sexuality: findings from a qualitative perspective. J Adv Nurs. 1999 Sep; 30: 573-9

41707    Jawad, S. H., Ward, A. B., Jones, P. Study of the relationship between premorbid urinary incontinence and stroke functional outcome. Clin Rehabil. 1999 Oct; 13: 447-52

41709    Cook, E. Assessing continence needs in children. Nurs Stand. 1999 Jun 9-15; 13: 48-52; quiz 54

Case 2:12-md-02327 Document 3080-10 Filed 09/15/19 Page 691 of 300 PageID #: 203150

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**41710** Yamanishi, T., Yasuda, K., Sakakibara, R., Suda, S., Ishikawa, N., Hattori, T., Hosaka, H. Induction of urethral closure and inhibition of bladder contraction by continuous magnetic stimulation. Neurourol Urodyn. 1999; 18: 505-10

**41714** Levi, A. D. Treatment of a retroperitoneal lymphocele after lumbar fusion surgery with intralesional povidone iodine: technical case report. Neurosurgery. 1999 Sep; 45: 658-60; discussion 660-1

**41715** Dietz, H. P., McKnoulty, L., Clarke, B. Translabial color Doppler for imaging in urogynecology: a preliminary report. Ultrasound Obstet Gynecol. 1999 Aug; 14: 144-7

**41717** Strasser, H., Tiefenthaler, M., Steinlechner, M., Bartsch, G., Konwalinka, G. Urinary incontinence in the elderly and age-dependent apoptosis of rhabdosphincter cells. Lancet. 1999 Sep 11; 354: 918-9

**41718** Weber, A. M., Walters, M. D., Schover, L. R., Church, J. M., Piedmonte, M. R. Functional outcomes and satisfaction after abdominal hysterectomy. Am J Obstet Gynecol. 1999 Sep; 181: 530-5

**41719** Hemingway-Eltomey, J. M., Lerner, A. J. Adverse effects of donepezil in treating Alzheimer's disease associated with Down's syndrome. Am J Psychiatry. 1999 Sep; 156: 1470

**41720** Kelleher, C., Braude, P. Recent advances. Gynaecology. BMJ. 1999 Sep 11; 319: 689-92

**41721** Lin, C. C., Bai, Y. M., Chen, J. Y., Lin, C. Y., Lan, T. H. A retrospective study of clozapine and urinary incontinence in Chinese in-patients. Acta Psychiatr Scand. 1999 Aug; 100: 158-61

**41722** Al-Shammari, S. A., Al-Subaie, A. Prevalence and correlates of depression among Saudi elderly. Int J Geriatr Psychiatry. 1999 Sep; 14: 739-47

**41724** Nakanishi, N., Tatara, K., Shinsho, F., Murakami, S., Takatorige, T., Fukuda, H., Nakajima, K., Naramura, H. Mortality in relation to urinary and faecal incontinence in elderly people living at home. Age Ageing. 1999 May; 28: 301-6

**41726** Gleason, D. M., Susset, J., White, C., Munoz, D. R., Sand, P. K. Evaluation of a new once-daily formulation of oxbutynin for the treatment of urinary urge incontinence. Ditropan XL Study Group. Urology. 1999 Sep; 54: 420-3

**41727** Cheng, E. Y., Ozerdemoglu, R. A., Transfeldt, E. E., Thompson, R. C., Jr Lumbosacral chordoma. Prognostic factors and treatment. Spine. 1999 Aug 15; 24: 1639-45

**41728** Lubeck, D. P., Prebil, L. A., Peeples, P., Brown, J. S. A health related quality of life measure for use in patients with urge urinary incontinence: a validation study. Qual Life Res. 1999 Jun; 8: 337-44

**41730** Hodges, A. M. The Mitrofanoff urinary diversion for complex vesicovaginal fistulae: experience from Uganda. BJU Int. 1999 Sep; 84: 436-9

**41732** Caione, P., Nappo, S., De Castro, R., Prestipino, M., Capozza, N. Low-dose desmopressin in the treatment of nocturnal urinary incontinence in the exstrophy-epispadias complex. BJU Int. 1999 Aug; 84: 329-34

**41733** Yeung, C. K., Liu, K. W., Ng, W. T., Tan, H. L., Tam, Y. H., Lee, K. H. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 1999 Aug; 84: 324-8

**41735** Palmer, M. H., Fitzgerald, S., Berry, S. J., Hart, K. Urinary incontinence in working women: an exploratory study. Women Health. 1999; 29: 67-82

**41736** Kitamura, H., Miyao, N., Yanase, M., Masumori, N., Matsukawa, M., Takahashi, A., Itoh, N., Tsukamoto, T. Quality of life in patients having an ileal conduit, continent reservoir or orthotopic neobladder after cystectomy for bladder carcinoma. Int J Urol. 1999 Aug; 6: 393-9

**41737** Ganz, P. A., Greendale, G. A., Kahn, B., O'Leary, J. F., Desmond, K. A. Are older breast carcinoma survivors willing to take hormone replacement therapy?. Cancer. 1999 Sep 1; 86: 814-20

**41738** Gofrit, O. N., Pode, D., Landau, E. H. Vesicocolonic fistula four years after augmentation colocystoplasty. Urol Int. 1999; 62: 117-8

**41739** Swithinbank, L. V., Abrams, P. The impact of urinary incontinence on the quality of life of women. World J Urol. 1999 Aug; 17: 225-9

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**41741** Thuroff, J. W. Epidemiology of bladder control problems. Curr Opin Urol. 1999 Jul; 9: 283-4

**41745** Atan, A., Konety, B. R., Erickson, J. R., Yokoyama, T., Kim, D. Y., Chancellor, M. B. Tolterodine for overactive bladder: time to onset of action, preferred dosage, and 9-month follow-up. Tech Urol. 1999 Jun; 5: 67-70

**41746** Kaefer, M., Andler, R., Bauer, S. B., Hendren, W. H., Diamond, D. A., Retik, A. B. Urodynamic findings in children with isolated epispadias. J Urol. 1999 Sep; 162: 1172-5

**41747** Pattaras, J. G., Rushton, H. G., Majd, M. The role of 99mtechnetium dimercapto-succinic acid renal scans in the evaluation of occult ectopic ureters in girls with paradoxical incontinence. J Urol. 1999 Sep; 162: 821-5

**41749** Phadke, S. R., Pahi, J., Pandey, A., Agarwal, S. S. Oral-facial-digital syndrome with acromelic short stature: a new variant--overlap with Ellis Van Creveld syndrome. Clin Dysmorphol. 1999 Jul; 8: 185-8

**41750** Visco, A. G., Yamauchi, M. Collagen cross-linking in patients with urinary incontinence. Am J Obstet Gynecol. 1999 Aug; 181: 509-10

**41752** Nickel, R. F., Vink-Noteboom, M., van den Brom, W. E. Clinical and radiographic findings compared with urodynamic findings in neutered female dogs with refractory urinary incontinence. Vet Rec. 1999 Jul 3; 145: 11-5

**41753** Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Evaluation of Kock urinary reservoir function in children and adolescents at 3-10 years' follow-up. Scand J Urol Nephrol. 1999 Jun; 33: 149-55

**41754** Butler, R. N., August, P., Ferdinand, K. C., Phillips, R. A., Roccella, E. J. Hypertension: how comorbid disease influences the choice of therapy. Part 4 of a roundtable discussion. Geriatrics. 1999 Aug; 54: 34, 39-44

**41755** Petri, E., Koelbl, H., Schaer, G. What is the place of ultrasound in urogynecology? A written panel. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 262-73

**41757** Thyssen, H., Sander, P., Lose, G. A vaginal device (continence guard) in the management of urge incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 219-22

**41758** Venn, S. N., Mundy, A. R. Continent urinary diversion using the Mainz-type ureterosigmoidostomy-- a valuable salvage procedure. Eur Urol. 1999 Sep; 36: 247-51

**41760** Neveus, T., Hetta, J., Cnattingius, S., Tuvemo, T., Lackgren, G., Olsson, U., Stenberg, A. Depth of sleep and sleep habits among enuretic and incontinent children. Acta Paediatr. 1999 Jul; 88: 748-52

**41761** Mattelaer, J. J., Williams, G. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 1999 Jul; 84: 10-3

**41762** Burgio, K., Ouslander, J. G. Effects of urge urinary incontinence on quality of life in older people. J Am Geriatr Soc. 1999 Aug; 47: 1032-3

**41763** DuBeau, C. E., Kiely, D. K., Resnick, N. M. Quality of life impact of urge incontinence in older persons: a new measure and conceptual structure. J Am Geriatr Soc. 1999 Aug; 47: 989-94

**41764** Brown, J. S., Posner, S. F., Stewart, A. L. Urge incontinence: new health-related quality of life measures. J Am Geriatr Soc. 1999 Aug; 47: 980-8

**41766** Aghaji, A. E., Odoemene, C. Ureteric injuries in Enugu, Nigeria. East Afr Med J. 1999 Apr; 76: 184-8

**41767** Hurley, R. A., Bradley, W. G., Jr, Latifi, H. T., Taber, K. H. Normal pressure hydrocephalus: significance of MRI in a potentially treatable dementia. J Neuropsychiatry Clin Neurosci. 1999 Summer; 11: 297-300

**41768** Gupta, A. Pruritus in the elderly. Practitioner. 1999 Mar; 243: 203-7

**41771** von Gontard, A., Benden, B., Mauer-Mucke, K., Lehmkuhl, G. Somatic correlates of functional enuresis. Eur Child Adolesc Psychiatry. 1999 Jun; 8: 117-25

**41773** Laurikkala, J., Juhola, M., Lammi, S., Viikki, K. Comparison of genetic algorithms and other classification methods in the diagnosis of female urinary incontinence. Methods Inf Med. 1999 Jun; 38: 125-31

**41775** Myers, D. L., Arya, L. A., Friedman, J. H. Is urinary incontinence different in women with Parkinson's disease?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 188-91

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

41777  Chaliha, C., Stanton, S. L. The ethnic cultural and social aspects of incontinence--a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 166-70

41778  Rizk, D. E., Shaheen, H., Thomas, L., Dunn, E., Hassan, M. Y. The prevalence and determinants of health care-seeking behavior for urinary incontinence in United Arab Emirates women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 160-5

41786  Chiarelli, P., Brown, W. J. Leaking urine in Australian women: prevalence and associated conditions. Women Health. 1999; 29: 1-13

41790  Johanson, R. B., Heycock, E., Carter, J., Sultan, A. H., Walklate, K., Jones, P. W. Maternal and child health after assisted vaginal delivery: five-year follow up of a randomised controlled study comparing forceps and ventouse. Br J Obstet Gynaecol. 1999 Jun; 106: 544-9

41794  Arikan, N., Soygur, T., Selcuki, M., Erden, I., Gogus, O. Role of magnetic resonance imaging in children with voiding dysfunction: retrospective analysis of 81 patients. Urology. 1999 Jul; 54: 157-60; discussion 160-1

41795  Arai, Y., Okubo, K., Konami, T., Kin, S., Kanba, T., Okabe, T., Hamaguchi, A., Okada, Y. Voiding function of orthotopic ileal neobladder in women. Urology. 1999 Jul; 54: 44-9

41798  Harris, A. Impact of urinary incontinence on the quality of life of women. Br J Nurs. 1999 Mar 25-Apr 7; 8: 375-80

41800  Miura, T., Tanaka, H., Makino, Y., Okamoto, K., Iida, T., Komura, K., Fukawa, E., Hirano, F., Makino, I. Human T cell leukemia virus type I-associated myelopathy in a patient with systemic lupus erythematosus. Intern Med. 1999 Jun; 38: 512-5

41804  Schmidt, R. A., Jonas, U., Oleson, K. A., Janknegt, R. A., Hassouna, M. M., Siegel, S. W., van Kerrebroeck, P. E. Sacral nerve stimulation for treatment of refractory urinary urge incontinence. Sacral Nerve Stimulation Study Group. J Urol. 1999 Aug; 162: 352-7

41805  Fultz, N. H., Herzog, A. R., Raghunathan, T. E., Wallace, R. B., Diokno, A. C. Prevalence and severity of urinary incontinence in older African American and Caucasian women. J Gerontol A Biol Sci Med Sci. 1999 Jun; 54: M299-303

41807  Roberts, R. O., Jacobsen, S. J., Reilly, W. T., Pemberton, J. H., Lieber, M. M., Talley, N. J. Prevalence of combined fecal and urinary incontinence: a community- based study. J Am Geriatr Soc. 1999 Jul; 47: 837-41

41808  Alessi, C. A., Yoon, E. J., Schnelle, J. F., Al-Samarrai, N. R., Cruise, P. A. A randomized trial of a combined physical activity and environmental intervention in nursing home residents: do sleep and agitation improve?. J Am Geriatr Soc. 1999 Jul; 47: 784-91

41809  Coleman, E. A., Grothaus, L. C., Sandhu, N., Wagner, E. H. Chronic care clinics: a randomized controlled trial of a new model of primary care for frail older adults. J Am Geriatr Soc. 1999 Jul; 47: 775-83

41810  Baines, S. J., Speakman, A. J., Williams, J. M., Cheeseman, M. T. Genitourinary dysplasia in a cat. J Small Anim Pract. 1999 Jun; 40: 286-90

41811  Roe, B., Doll, H., Wilson, K. Help seeking behaviour and health and social services utilisation by people suffering from urinary incontinence. Int J Nurs Stud. 1999 Jun; 36: 245-53

41812  Christiansen, J., Rasmussen, O. O., Lindorff-Larsen, K. Long-term results of artificial anal sphincter implantation for severe anal incontinence. Ann Surg. 1999 Jul; 230: 45-8

41813  Rane, A. Incontinence in women. Don't suffer it. Aust Fam Physician. 1999 Jun; 28: 584-6

41815  Samsioe, G., Heraib, F., Lidfeldt, J., Nerbrand, C., Lindholm, L., Agardh, C., Schersten, B. Urogenital symptoms in women aged 50-59 years. Women's Health in Lund Area (WHILSA) Study Group. Gynecol Endocrinol. 1999 Apr; 13: 113-7

41817  Chu, L. W., Pei, C. K. Risk factors for early emergency hospital readmission in elderly medical patients. Gerontology. 1999 Jul-Aug; 45: 220-6

41818  Gupta, S. K., Sathyan, G., Lindemulder, E. A., Ho, P. L., Sheiner, L. B., Aarons, L. Quantitative characterization of therapeutic index: application of mixed-effects modeling to evaluate oxybutynin dose-efficacy and dose- side effect relationships. Clin Pharmacol Ther. 1999 Jun; 65: 672-84

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

41823    Dmochowski, R. R. Female voiding dysfunction and movement disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 144-51

41824    Nitti, V. W. Evaluation of the female with neurogenic voiding dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 119-29

41825    Ryhammer, A. M., Djurhuus, J. C., Laurberg, S. Pad testing in incontinent women: a review. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 111-5

41826    Steele, A. C., Kohli, N., Mallipeddi, P., Karram, M. Pharmacologic causes of female incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 106-10

41828    Fehrmann-Zumpe, P., Karbe, K., Blessman, G. Using flavoxate as primary medication for patients suffering from urge symptomatology. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 91-5

41829    Laurikkala, J., Juhola, M. Population size and quality in genetics-based rule learning from medical data. Medinfo. 1998; 9 Pt 1: 389-93

41831    Erdogru, T., Kocak, T., Serdaroglu, P., Kadioglu, A., Tellaloglu, S. Evaluation and therapeutic approaches of voiding and erectile dysfunction in neurological Behcet's syndrome. J Urol. 1999 Jul; 162: 147-53

41838    Asbury, N. Mines of information. Nurs Times. 1999 May 5-11; 95: 85-6

41839    Skelton, N. Meeting the challenge. Nurs Times. 1999 May 5-11; 95: 82

41840    Johnson, C. Accentuate the positive. Nurs Times. 1999 May 5-11; 95: 81

41841    Peters, N. Eliminate the negative. Nurs Times. 1999 May 5-11; 95: 78

41842    Malone-Lee, J. Know how. Managing incontinence. Nurs Times. 1999 May 5-11; 95: 74-5

41843    White, H. Designer gear. Nurs Times. 1999 May 5-11; 95: 69-70, 73, 76

41844    Page, A. Twelve years of hell. Nurs Times. 1999 May 5-11; 95: 65-6, 69

41846    Young, S. B., Pingeton, D. M. Office assessment of female urinary incontinence. Clin Obstet Gynecol. 1999 Jun; 42: 249-66

41847    Bhatnagar, V., Lal, R., Agarwala, S., Mitra, D. K. Bladder-neck repair in urinary bladder exstrophy. Pediatr Surg Int. 1999; 15: 290-3

41848    Gambassi, G., Landi, F., Lapane, K. L., Sgadari, A., Mor, V., Bernabei, R. Predictors of mortality in patients with Alzheimer's disease living in nursing homes. J Neurol Neurosurg Psychiatry. 1999 Jul; 67: 59-65

41849    Kenton, K., Sadowski, D., Shott, S., Brubaker, L. A comparison of women with primary and recurrent pelvic prolapse. Am J Obstet Gynecol. 1999 Jun; 180: 1415-8

41851    Lilas, L. A., Andrews, S. J., Hanbury, D. C. Point of technique. The tunnelled suprapubic catheter. BJU Int. 1999 Jun; 83: 1060-2

41852    Kryger, J. V., Spencer Barthold, J., Fleming, P., Gonzalez, R. The outcome of artificial urinary sphincter placement after a mean 15- year follow-up in a paediatric population. BJU Int. 1999 Jun; 83: 1026-31

41854    Dolan, L. M., Casson, K., McDonald, P., Ashe, R. G. Urinary incontinence in Northern Ireland: a prevalence study. BJU Int. 1999 May; 83: 760-6

41857    Berlowitz, D. R., Brand, H. K., Perkins, C. Geriatric syndromes as outcome measures of hospital care: can administrative data be used?. J Am Geriatr Soc. 1999 Jun; 47: 692-6

41858    Pannek, J., Muller, M., Haupt, G. An unexpected complication of the remote-controlled intraurethral valve pump for urinary incontinence. Urol Int. 1998; 61: 235-6

41859    Pfister, S. M. Bladder diaries and voiding patterns in older adults. J Gerontol Nurs. 1999 Mar; 25: 36-41

41860    Thomas, K. K., Sampselle, C., Gray, M., Newman, D., Sailer, S., d'Entremont, P., Wheeler, L. Getting into nursing research: dropping in on AWHONN's Continence for Women researchers. AWHONN Lifelines. 1999 Feb-Mar; 3: 24-6

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Procite Number

41863 Tfayli, A., Hentschel, P., Madajewicz, S., Manzione, J., Chowhan, N., Davis, R., Roche, P., Iliya, A., Roque, C., Meek, A., Shady, M. Toxicities related to intraarterial infusion of cisplatin and etoposide in patients with brain tumors. J Neurooncol. 1999 Mar; 42: 73-7

41864 Petersen, T., Nielsen, J. B., Schroder, H. D. Intravesical capsaicin in patients with detrusor hyper-reflexia--a placebo-controlled cross-over study. Scand J Urol Nephrol. 1999 Apr; 33: 104-10

41866 Loughrey, L. Taking a sensitive approach to urinary incontinence. Nursing. 1999 May; 29: 60-1

41867 Hart, K. J., Palmer, M. H., Fitzgerald, S. Perceived causes of urinary incontinence and reporting: a study with working women. Clin Nurs Res. 1999 Feb; 8: 84-92

41868 Pakiam, A. S., Bergeron, C., Lang, A. E. Diffuse Lewy body disease presenting as multiple system atrophy. Can J Neurol Sci. 1999 May; 26: 127-31

41869 Thommessen, B., Bautz-Holter, E., Laake, K. Predictors of outcome of rehabilitation of elderly stroke patients in a geriatric ward. Clin Rehabil. 1999 Apr; 13: 123-8

41870 Scardillo, J., Aronovitch, S. A. Successfully managing incontinence-related irritant dermatitis across the lifespan. Ostomy Wound Manage. 1999 Apr; 45: 36-40, 42-4

41871 Correa, R. J., Jr Informing patients about urinary incontinence. JAMA. 1999 May 19; 281: 1795

41872 Sahadevan, S., Lim, P. P., Choo, P. W. Dementia in the hospitalized elderly--a study of 100 consecutive cases in Singapore. Int J Geriatr Psychiatry. 1999 Apr; 14: 266-71

41873 Gregory, S. P., Holt, P. E., Parkinson, T. J., Wathes, C. M. Vaginal position and length in the bitch: relationship to spaying and urinary incontinence. J Small Anim Pract. 1999 Apr; 40: 180-4

41876 Madersbacher, S., Pycha, A., Klingler, C. H., Schatzl, G., Marberger, M. The International Prostate Symptom score in both sexes: a urodynamics- based comparison. Neurourol Urodyn. 1999; 18: 173-82

41877 Wein, A. J., Rovner, E. S. The overactive bladder: an overview for primary care health providers. Int J Fertil Womens Med. 1999 Mar-Apr; 44: 56-66

41878 Yoshino, M., Yoshimi, Y., Taniguchi, M., Nakamura, S., Ikeda, T. Syndrome of inappropriate secretion of antidiuretic hormone associated with idiopathic normal pressure hydrocephalus. Intern Med. 1999 Mar; 38: 290-2

41879 Stein, R., Fisch, M., Black, P., Hohenfellner, R. Strategies for reconstruction after unsuccessful or unsatisfactory primary treatment of patients with bladder exstrophy or incontinent epispadias. J Urol. 1999 Jun; 161: 1934-41

41880 Donnahoo, K. K., Rink, R. C., Cain, M. P., Casale, A. J. The Young-Dees-Leadbetter bladder neck repair for neurogenic incontinence. J Urol. 1999 Jun; 161: 1946-9

41883 Anderson, R. U., Mobley, D., Blank, B., Saltzstein, D., Susset, J., Brown, J. S. Once daily controlled versus immediate release oxybutynin chloride for urge urinary incontinence. OROS Oxybutynin Study Group. J Urol. 1999 Jun; 161: 1809-12

41884 Leng, W. W., Faerber, G., Del Terzo, M., McGuire, E. J. Long-term outcome of incontinent ileovesicostomy management of severe lower urinary tract dysfunction. J Urol. 1999 Jun; 161: 1803-6

41885 Wise, T. N. Psychosocial side effects of sildenafil therapy for erectile dysfunction. J Sex Marital Ther. 1999 Apr-Jun; 25: 145-50

41891 Kobelt, G., Kirchberger, I., Malone-Lee, J. Review. Quality-of-life aspects of the overactive bladder and the effect of treatment with tolterodine. BJU Int. 1999 Apr; 83: 583-90

41892 Hoebeke, P., Van Laecke, E., Raes, A., Van Gool, J. D., Vande Walle, J. Anomalies of the external urethral meatus in girls with non-neurogenic bladder sphincter dysfunction. BJU Int. 1999 Feb; 83: 294-8

41893 Abd-El-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Early and late metabolic alterations in children and adolescents with a kock urinary reservoir. BJU Int. 1999 Feb; 83: 285-9

41895 Marshman, L. A., Hardwidge, C., Ford-Dunn, S. C., Olney, J. S. Idiopathic spinal cord herniation: case report and review of the literature. Neurosurgery. 1999 May; 44: 1129-33

Case 2:12-md-02327 Document 3080-10 Filed 09/15/19 Page 616 of 800 PageID #: 203155

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **41896** | Bartholomew, J. District nursing. What they really, really want. Nurs Times. 1999 Mar 24-30; 95: 30-1 |
| **41897** | Hobgood, E. Midlife women and urinary incontinence: causes, lifestyles, and treatments. Medsurg Nurs. 1999 Feb; 8: 19-24 |
| **41898** | Chassagne, P., Landrin, I., Neveu, C., Czernichow, P., Bouaniche, M., Doucet, J., Denis, P., Bercoff, E. Fecal incontinence in the institutionalized elderly: incidence, risk factors, and prognosis. Am J Med. 1999 Feb; 106: 185-90 |
| **41899** | Kok, A. L., Burger, C. W., van de Weijer, P. H., Voetberg, G. A., Peters-Muller, E. R., Kenemans, P. Micturition complaints in postmenopausal women treated with continuously combined hormone replacement therapy: a prospective study. Maturitas. 1999 Jan 4; 31: 143-9 |
| **41900** | Maeda, H., Shichiri, Y., Kinoshita, H., Okubo, K., Okada, T., Aoki, Y., Maekawa, S., Arai, Y. Urinary undiversion for pelvic actinomycosis: a long-term follow up. Int J Urol. 1999 Feb; 6: 111-3 |
| **41901** | Wisser, J., Schar, G., Kurmanavicius, J., Huch, R., Huch, A. Use of 3D ultrasound as a new approach to assess obstetrical trauma to the pelvic floor. Ultraschall Med. 1999 Feb; 20: 15-8 |
| **41903** | Loo, C. C., Irestedt, L. Cauda equina syndrome after spinal anaesthesia with hyperbaric 5% lignocaine: a review of six cases of cauda equina syndrome reported to the Swedish Pharmaceutical Insurance 1993-1997. Acta Anaesthesiol Scand. 1999 Apr; 43: 371-9 |
| **41904** | Lee, K. S., Cheang, C. M., Lieu, A. S., Howng, S. L. Multiple spinal meningiomas--a case report. Kaohsiung J Med Sci. 1999 Mar; 15: 182-6 |
| **41907** | Yeruham, I., Elad, D., Perl, S., Avidar, Y., Israeli, B., Shlosberg, A. Isolation of Corynebacterium pilosum and Actinomyces pyogenes from cystitis and vulvovaginitis infection in a 2-month-old female calf. Zentralbl Veterinarmed [B]. 1999 Mar; 46: 127-30 |
| **41910** | Plancke, H. R., Delaere, K. P., Pons, C. Indiana pouch in female patients with spinal cord injury. Spinal Cord. 1999 Mar; 37: 208-10 |
| **41911** | Hampel, C., Wienhold, D., Dahms, S. E., Thuroff, J. W. Heterogeneity in epidemiological investigations of bladder control problems: a problem of definition. BJU Int. 1999 Mar; 83 Suppl 2: 10-5 |
| **41912** | Husmann, D. A., Vandersteen, D. R., McLorie, G. A., Churchill, B. M. Urinary continence after staged bladder reconstruction for cloacal exstrophy: the effect of coexisting neurological abnormalities on urinary continence. J Urol. 1999 May; 161: 1598-602 |
| **41913** | Millard, R., Tuttle, J., Moore, K., Susset, J., Clarke, B., Dwyer, P., Davis, B. E. Clinical efficacy and safety of tolterodine compared to placebo in detrusor overactivity. J Urol. 1999 May; 161: 1551-5 |
| **41914** | Choe, J. M., Gallo, M. L., Staskin, D. R. A provocative maneuver to elicit cystometric instability: measuring instability at maximum infusion. J Urol. 1999 May; 161: 1541-4 |
| **41915** | Mouton, C. P., Espino, D. V. Health screening in older women. Am Fam Physician. 1999 Apr 1; 59: 1835-42 |
| **41916** | Freeman, R. M. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 49 |
| **41917** | Elia, G., Stewart, S., Makhuli, Z. N., Krenzer, B. E., Mathur, S., Simon, H. M., Mehdi, S. Metastatic breast cancer diagnosed during a work-up for urinary incontinence: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 39-42 |
| **41918** | Bellina, J., Kelly, R., Sartin, B. A unique cause of unconscious urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 36-8 |
| **41920** | Tomlinson, B. U., Dougherty, M. C., Pendergast, J. F., Boyington, A. R., Coffman, M. A., Pickens, S. M. Dietary caffeine, fluid intake and urinary incontinence in older rural women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 22-8 |
| **41923** | Dietz, H. P., Wilson, P. D. The influence of bladder volume on the position and mobility of the urethrovesical junction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 3-6 |
| **41925** | Anders, K. Bladder retraining. Prof Nurse. 1999 Feb; 14: 334-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

41926  Gurel, H., Gurel, S. A. Pelvic relaxation and associated risk factors: the results of logistic regression analysis. Acta Obstet Gynecol Scand. 1999 Apr; 78: 290-3

41927  Sloane, P. D., Davidson, S., Knight, N., Tangen, C., Mitchell, C. M. Severe disruptive vocalizers. J Am Geriatr Soc. 1999 Apr; 47: 439-45

41928  Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 11-1999. A 60-year-old woman with epidural and paraspinal masses. N Engl J Med. 1999 Apr 15; 340: 1188-96

41929  Urinary incontinence. Putting an end to the embarrassment. Harv Health Lett. 1999 May; 24: 6-7

41931  Seim, A., Hermstad, R., Hunskaar, S. Female urinary incontinence: long-term follow-up after treatment in general practice. Br J Gen Pract. 1998 Nov; 48: 1731-4

41932  Hollywood, B., O'Dowd, T. C. Female urinary incontinence: another common chronic illness. Br J Gen Pract. 1998 Nov; 48: 1727-8

41934  Gufler, H., Laubenberger, J., DeGregorio, G., Dohnicht, S., Langer, M. Pelvic floor descent: dynamic MR imaging using a half-Fourier RARE sequence. J Magn Reson Imaging. 1999 Mar; 9: 378-83

41936  Yono, M., Yoshida, M., Wada, Y., Kikukawa, H., Takahashi, W., Inadome, A., Seshita, H., Ueda, S. Pharmacological effects of tolterodine on human isolated urinary bladder. Eur J Pharmacol. 1999 Mar 5; 368: 223-30

41938  Palmer, M. H., Bennett, R. G., Marks, J., McCormick, K. A., Engel, B. T. Urinary incontinence: a program that works. J Long Term Care Adm. 1994 Summer; 22: 19-25

41939  Clementson Kockum, C., Helin, I., Malmberg, L., Malmfors, G. Pediatric urinary tract reconstruction using intestine. Scand J Urol Nephrol. 1999 Feb; 33: 53-6

41941  Wall, L. L. Birth trauma and the pelvic floor: lessons from the developing world. J Womens Health. 1999 Mar; 8: 149-55

41945  Pierce, J. T. A 14-year-old victim of sexual assault with an imperforate hymen and urethral meatus tear. J Emerg Nurs. 1999 Apr; 25: 153-4

41947  Gregory, H. Continence. Case study: time well spent. Nurs Times. 1999 Feb 10-16; 95: 72

41948  Nazarko, L. Continence. Assess all areas. Nurs Times. 1999 Feb 10-16; 95: 68, 71-2

41949  Davis, G., Sherman, R., Wong, M. F., McClure, G., Perez, R., Hibbert, M. Urinary incontinence among female soldiers. Mil Med. 1999 Mar; 164: 182-7

41951  Khullar, V., Toozs-Hobson, P., Boos, K., Hextall, A., Cardozo, L. Re: 'The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies.' Neurourol. Urodynam. 1997;16:237-275. Neurourol Urodyn. 1999; 18: 69-70

41952  Velez, J. B. Behavior therapy for urge incontinence in older women. J Fam Pract. 1999 Mar; 48: 168-9

41953  Atala, A. Future perspectives in reconstructive surgery using tissue engineering. Urol Clin North Am. 1999 Feb; 26: 157-65, ix-x

41955  Kershen, R. T., Atala, A. New advances in injectable therapies for the treatment of incontinence and vesicoureteral reflux. Urol Clin North Am. 1999 Feb; 26: 81-94, viii

41956  Leng, W. W., McGuire, E. J. Reconstructive surgery for urinary incontinence. Urol Clin North Am. 1999 Feb; 26: 61-80, viii

41958  Jacquot, J. M., Finiels, H., Fardjad, S., Belhassen, S., Leroux, J. L., Pelissier, J. Neurological complications in insufficiency fractures of the sacrum. Three case-reports. Rev Rhum Engl Ed. 1999 Feb; 66: 109-14

41960  Papa Petros, P. E. Detrusor instability and low compliance may represent different levels of disturbance in peripheral feedback control of the micturition reflex. Neurourol Urodyn. 1999; 18: 81-91

**American Urological Association, Inc.**

SUI Guidelines Panel

41965  Giddens, J. L., Radomski, S. B., Hirshberg, E. D., Hassouna, M., Fehlings, M. Urodynamic findings in adults with the tethered cord syndrome. J Urol. 1999 Apr; 161: 1249-54

41966  McDowell, B. J., Engberg, S., Sereika, S., Donovan, N., Jubeck, M. E., Weber, E., Engberg, R. Effectiveness of behavioral therapy to treat incontinence in homebound older adults. J Am Geriatr Soc. 1999 Mar; 47: 309-18

41967  Reuben, D. B., Frank, J. C., Hirsch, S. H., McGuigan, K. A., Maly, R. C. A randomized clinical trial of outpatient comprehensive geriatric assessment coupled with an intervention to increase adherence to recommendations. J Am Geriatr Soc. 1999 Mar; 47: 269-76

41970  Caplan, G. A., Ward, J. A., Brennan, N. J., Coconis, J., Board, N., Brown, A. Hospital in the home: a randomised controlled trial. Med J Aust. 1999 Feb 15; 170: 156-60

41971  Shaw, M., Galloway, S. To be or not to be: the challenge of urinary continence in older adults. Perspectives. 1998 Winter; 22: 18-22

41974  Gupta, S. K., Sathyan, G. Pharmacokinetics of an oral once-a-day controlled-release oxybutynin formulation compared with immediate-release oxybutynin. J Clin Pharmacol. 1999 Mar; 39: 289-96

41976  Duncan, H. J., McInerney, P. D., Mundy, A. R. Late erosion. A new complication of artificial urinary sphincters. Br J Urol. 1993 Nov; 72: 597-8

41978  Abrams, P. Urodynamics and the International Continence Society come of age. Br J Urol. 1993 Nov; 72: 527-33

41979  Hocking, J. Continence problems: how to tackle reticence of patients. Nurs Times. 1999 Jan 6-12; 95: 56-8

41982  Schulman, S. L., Quinn, C. K., Plachter, N., Kodman-Jones, C. Comprehensive management of dysfunctional voiding. Pediatrics. 1999 Mar; 103: E31

41983  Barroso, U.,  Jr, Duel, B., Barthold, J. S., Gonzalez, R. Orthotopic urethral substitution in female patients using the mitrofanoff principle. J Urol. 1999 Jan; 161: 251-3

41984  Koo, H. P., Bunchman, T. E., Flynn, J. T., Punch, J. D., Schwartz, A. C., Bloom, D. A. Renal transplantation in children with severe lower urinary tract dysfunction. J Urol. 1999 Jan; 161: 240-5

41986  Sweat, S. D., Lightner, D. J. Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan; 161: 93-6

41988  Towards continence. Nurs Stand. 1998 Dec 9-15; 13: 33-4

41989  Keller, S. L. Urinary incontinence: occurrence, knowledge, and attitudes among women aged 55 and older in a rural Midwestern setting. J Wound Ostomy Continence Nurs. 1999 Jan; 26: 30-8

41990  Greendale, G. A., Lee, N. P., Arriola, E. R. The menopause. Lancet. 1999 Feb 13; 353: 571-80

41991  Iselin, C. E., Webster, G. D. Office management of female urinary incontinence. Urol Clin North Am. 1998 Nov; 25: 625-45, ix

41992  Cohen, S. J., Robinson, D., Dugan, E., Howard, G., Suggs, P. K., Pearce, K. F., Carroll, D. D., McGann, P., Preisser, J. Communication between older adults and their physicians about urinary incontinence. J Gerontol A Biol Sci Med Sci. 1999 Jan; 54: M34-7

41994  Morris, K. Tackling the taboo of urinary incontinence. Lancet. 1999 Jan 9; 353: 128

41996  Wein, A. J. Clinical usefulness of urinary control urethral insert devices. J Urol. 1999 Mar; 161: 1043-4

41997  Tanaka, H., Kakizaki, H., Kobayashi, S., Shibata, T., Ameda, K., Koyanagi, T. The relevance of urethral resistance in children with myelodysplasia: its impact on upper urinary tract deterioration and the outcome of conservative management. J Urol. 1999 Mar; 161: 929-32

41998  Litwiller, S. E., Frohman, E. M., Zimmern, P. E. Multiple sclerosis and the urologist. J Urol. 1999 Mar; 161: 743-57

42002  Laubach, J. The problem of urinary incontinence in the elderly. N C Med J. 1999 Jan-Feb; 60: 42-5

42003  Duru, S., Ceylan, S., Ceylan, S. Optic chiasm diastasis in a pituitary tumor. Case illustration. J Neurosurg. 1999 Feb; 90: 363

# American Urological Association, Inc.

## SUI Guidelines Panel

42004   Foldspang, A., Mommsen, S., Djurhuus, J. C. Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth, and obstetric techniques. Am J Public Health. 1999 Feb; 89: 209-12

42005   Khorsandi, M., Ginsberg, P. C., Harkaway, R. C. Reassessing the role of urodynamics after cerebrovascular accident. Males versus females. Urol Int. 1998; 61: 142-6

42007   Willis, J. Continence: a case for home delivery services. Nurs Times. 1998 Nov 25-Dec 1; 94: 64-6

42009   Biofeedback, exercise for urge incontinence. Health News. 1999 Jan 5; 5: 7

42010   Maglinte, D. D., Kelvin, F. M., Fitzgerald, K., Hale, D. S., Benson, J. T. Association of compartment defects in pelvic floor dysfunction. AJR Am J Roentgenol. 1999 Feb; 172: 439-44

42011   Brown, J. S., Subak, L. L., Gras, J., Brown, B. A., Kuppermann, M., Posner, S. F. Urge incontinence: the patient's perspective. J Womens Health. 1998 Dec; 7: 1263-9

42013   Ring, H., Tshuva, M., Ronen, R., Dynia, A., Eldar, R. Quality of care on a stroke rehabilitation ward: the use of urinary incontinence as tracer. Int J Rehabil Res. 1998 Jun; 21: 241-5

42014   Vinson, J., Proch, J. Inhibition of moisture penetration to the skin by a novel incontinence barrier product. J Wound Ostomy Continence Nurs. 1998 Sep; 25: 256-60

42015   Blair, K. A., White, N. Are older women offered adequate health care?. J Gerontol Nurs. 1998 Oct; 24: 39-44

42018   Coates, K. W. Physiologic evaluation of the pelvic floor. Obstet Gynecol Clin North Am. 1998 Dec; 25: 805-24

42019   Robinson, D. Pathophysiology of female lower urinary tract dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 747-56, vi

42020   Bump, R. C., Norton, P. A. Epidemiology and natural history of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 723-46

42021   Strohbehn, K. Normal pelvic floor anatomy. Obstet Gynecol Clin North Am. 1998 Dec; 25: 683-705

42022   Carranza-Lira, S., Murillo-Uribe, A., Martinez-Trejo, N., Santos-Gonzalez, J. Changes in symptoms, blood pressure, glucose, hormones, and lipid levels according to weight and body fat distribution in climacteric women. Int J Fertil Womens Med. 1998 Nov-Dec; 43: 306-11

42023   Hejazi, N., Thaper, P. Y., Hassler, W. Nine cases of nontraumatic spinal epidural hematoma. Neurol Med Chir (Tokyo). 1998 Nov; 38: 718-23; discussion 723-4

42025   Whishaw, M. Urinary incontinence in the elderly. Managing for maximum outcomes. Aust Fam Physician. 1998 Dec; 27: 1091-4

42026   Whishaw, M. Urinary incontinence in the elderly. Establishing a cause may allow a cure. Aust Fam Physician. 1998 Dec; 27: 1087-90

42027   Lau, K. O., Cheng, C. A case report--delayed vesicocutaneous fistula after radiation therapy for advanced vulvar cancer. Ann Acad Med Singapore. 1998 Sep; 27: 705-6

42028   Cochran, A. Response to urinary incontinence by older persons living in the community. J Wound Ostomy Continence Nurs. 1998 Nov; 25: 296-303

42034   Roberts, M. M., Park, T. A. Pelvic floor function/dysfunction and electrodiagnostic evaluation. Phys Med Rehabil Clin N Am. 1998 Nov; 9: 831-51, vii

42039   Elliott, D. S., Barrett, D. M. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 409-15

42049   Thrusfield, M. V., Holt, P. E., Muirhead, R. H. Acquired urinary incontinence in bitches: its incidence and relationship to neutering practices. J Small Anim Pract. 1998 Dec; 39: 559-66

42050   Phillips, W. Data collection in continence care. Nurs Times. 1998 Oct 28-Nov 3; 94: 59-60

42051   Nazarko, L. Back to the future. Nurs Times. 1998 Oct 21-27; 94: 79-80, 83-4

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 620 of 800 PageID #: 203159

**American Urological Association, Inc.**

SUI Guidelines Panel

42054    Wagg, A., Malone-Lee, J. The management of urinary incontinence in the elderly. Br J Urol. 1998 Dec; 82 Suppl 1: 11-7

42055    Fonda, D., Resnick, N. M., Kirschner-Hermanns, R. Prevention of urinary incontinence in older people. Br J Urol. 1998 Dec; 82 Suppl 1: 5-10

42056    Amark, P., Eksborg, S., Juneskans, O., Bussman, G., Palm, C. Pharmacokinetics and effects of intravesical oxybutynin on the paediatric neurogenic bladder. Br J Urol. 1998 Dec; 82: 859-64

42057    Andrews, H. O., Shah, P. J. Surgical management of urethral damage in neurologically impaired female patients with chronic indwelling catheters. Br J Urol. 1998 Dec; 82: 820-4

42058    Carrico, C., Lebowitz, R. L. Incontinence due to an infrasphincteric ectopic ureter: why the delay in diagnosis and what the radiologist can do about it. Pediatr Radiol. 1998 Dec; 28: 942-9

42059    Augsburger, H. R., Cruz-Orive, L. M. Influence of ovariectomy on the canine striated external urethral sphincter (M. urethralis): a stereological analysis of slow and fast twitch fibres. Urol Res. 1998; 26: 417-22

42061    Rondorf-Klym, L. M., Colling, J., Simonson, W. Medication use by community-dwelling elderly with urinary incontinence. Urol Nurs. 1998 Sep; 18: 201-6

42062    Dierich, M. A retrospective review of outcomes in one clinic's treatment of urinary incontinence. Urol Nurs. 1998 Dec; 18: 283-7

42064    Schettini, M., Diana, M., Gallucci, M. Treatment of urinary incontinence with AMS 800 artificial urinary sphincter. Int Surg. 1998 Jul-Sep; 83: 257-61

42066    Jackson, S. L., Hull, T. L. Fecal incontinence in women. Obstet Gynecol Surv. 1998 Dec; 53: 741-7; quiz 748-51

42067    Chadburn, S., Haggar, V., Gooch, S. Developing a continence care programme. Prof Nurse. 1998 Oct; 14: 31-3

42068    Davis, G., McClure, G., Sherman, R., Hibbert, M., Wong, M., Perez, R. Ambulatory urodynamics of female soldiers. Mil Med. 1998 Dec; 163: 808-12

42069    Michielsen, D. P., Wyndaele, J. J., Batchvarov, Y. A. Vesico-uterine fistula secondary to cesarean section. Acta Urol Belg. 1998 Oct; 66: 21-3

42070    Burgio, K. L., Locher, J. L., Goode, P. S., Hardin, J. M., McDowell, B. J., Dombrowski, M., Candib, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. JAMA. 1998 Dec 16; 280: 1995-2000

42071    Jones, S. E., Ogura, T., Shuba, L. M., McDonald, T. F. Inhibition of the rapid component of the delayed-rectifier K+ current by therapeutic concentrations of the antispasmodic agent terodiline. Br J Pharmacol. 1998 Nov; 125: 1138-43

42072    Jones, F. The accuracy of predicting functional recovery in patients following a stroke, by physiotherapists and patients. Physiother Res Int. 1998; 3: 244-56

42074    Beheshti, P., Fonteyn, M. Role of the advanced practice nurse in continence care in the home. AACN Clin Issues. 1998 Aug; 9: 389-95

42081    Biyani, C. S., Upsdell, S. M. An unusual foreign body in the bladder 7 years after a Stamey endoscopic bladder neck suspension. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 303-4

42084    Wilson, P. D., Herbison, G. P. A randomized controlled trial of pelvic floor muscle exercises to treat postnatal urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 257-64

42086    Jay, J., Staskin, D. Urinary Incontinence in Women. Adv Nurse Pract. 1998 Oct; 6: 32-7

42087    Pronsati, M. P. Breaking the silence. Adv Nurse Pract. 1998 Oct; 6: 9

42089    Trieman, N., Hughes, J., Leff, J. The TAPS Project 42: the last to leave hospital--a profile of residual long-stay populations and plans for their resettlement. Team for the Assessment of Psychiatric Services. Acta Psychiatr Scand. 1998 Nov; 98: 354-9

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3060-16 Filed 09/15/16 Page 621 of 300 PageID #: 203160

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

42090    Tromp, A. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Predictors for falls and fractures in the Longitudinal Aging Study Amsterdam. J Bone Miner Res. 1998 Dec; 13: 1932-9

42093    Silveri, M., Capitanucci, M. L., Mosiello, G., Broggi, G., De Gennaro, M. Endoscopic treatment for urinary incontinence in children with a congenital neuropathic bladder. Br J Urol. 1998 Nov; 82: 694-7

42096    Virgili, A., Corazza, M., Califano, A. Diaper dermatitis in an adult. A case of erythema papuloerosive of Sevestre and Jacquet. J Reprod Med. 1998 Nov; 43: 949-51

42097    Kolligian, M. E., Palmer, L. S., Cheng, E. Y., Firlit, C. F. Myofascial wrap to treat intractable urinary incontinence in children. Urology. 1998 Dec; 52: 1122-7

42100    Klutke, J. J., Bullock, A., Klutke, C. G. Comparison of anchors used in anti-incontinence surgery. Urology. 1998 Dec; 52: 979-81

42101    Egon, G., Barat, M., Colombel, P., Visentin, C., Isambert, J. L., Guerin, J. Implantation of anterior sacral root stimulators combined with posterior sacral rhizotomy in spinal injury patients. World J Urol. 1998; 16: 342-9

42102    Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Van Kerrebroeck, P. E. Clinical results of sacral neuromodulation for chronic voiding dysfunction using unilateral sacral foramen electrodes. World J Urol. 1998; 16: 313-21

42103    Schultz-Lampel, D., Jiang, C., Lindstrom, S., Thuroff, J. W. Experimental results on mechanisms of action of electrical neuromodulation in chronic urinary retention. World J Urol. 1998; 16: 301-4

42105    Peusch-Dreyer, D., Dreyer, K. H., Muller, C. D., Carl, U. Management of postoperative radiation injury of the urinary bladder by hyperbaric oxygen (HBO). Strahlenther Onkol. 1998 Nov; 174 Suppl 3: 99-100

42108    Gerharz, E. W., Kohl, U. N., Weingartner, K., Kleinhans, B. J., Melekos, M. D., Riedmiller, H. Experience with the Mainz modification of ureterosigmoidostomy. Br J Surg. 1998 Nov; 85: 1512-6

42109    Schultz, I., Mellgren, A., Nilsson, B. Y., Dolk, A., Holmstrom, B. Preoperative electrophysiologic assessment cannot predict continence after rectopexy. Dis Colon Rectum. 1998 Nov; 41: 1392-8

42110    Rosenow, F., Wyllie, E., Kotagal, P., Mascha, E., Wolgamuth, B. R., Hamer, H. Staring spells in children: descriptive features distinguishing epileptic and nonepileptic events. J Pediatr. 1998 Nov; 133: 660-3

42112    Dichgans, M., Mayer, M., Uttner, I., Bruning, R., Muller-Hocker, J., Rungger, G., Ebke, M., Klockgether, T., Gasser, T. The phenotypic spectrum of CADASIL: clinical findings in 102 cases. Ann Neurol. 1998 Nov; 44: 731-9

42114    Hasan, S. T., Neal, D. E. Neuromodulation in bladder dysfunction. Curr Opin Obstet Gynecol. 1998 Oct; 10: 395-9

42116    Selcuki, M., Coskun, K. Management of tight filum terminale syndrome with special emphasis on normal level conus medullaris (NLCM). Surg Neurol. 1998 Oct; 50: 318-22; discussion 322

42118    Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. A urodynamic study of surface neuromodulation versus sham in detrusor instability and sensory urgency. J Urol. 1998 Dec; 160: 2133-6

42120    Jensen, L. N., Gerstenberg, T., Kallestrup, E. B., Koefoed, P., Nordling, J., Nielsen, J. E. Urodynamic evaluation of patients with autosomal dominant pure spastic paraplegia linked to chromosome 2p21-p24. J Neurol Neurosurg Psychiatry. 1998 Nov; 65: 693-6

42121    Rai, G. S. Impact of urinary incontinence on quality of life. J Am Geriatr Soc. 1998 Nov; 46: 1480-1

42122    Thom, D. H., Brown, J. S. Reproductive and hormonal risk factors for urinary incontinence in later life: a review of the clinical and epidemiologic literature. J Am Geriatr Soc. 1998 Nov; 46: 1411-7

42123    Kelly, J. D., Keane, P. F. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Oct; 82: 609-10

42124    Wagg, A., Bayliss, M., Ingham, N. J., Arnold, K., Malone-Lee, J. Urodynamic variables cannot be used to classify the severity of detrusor instability. Br J Urol. 1998 Oct; 82: 499-502

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 42125 | Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Tomlinson, B. U., Boyington, A. R., Vogel, W. B., Duncan, R. P., Coward, R. T., Cox, C. L. Community-based nursing: continence care for older rural women. Nurs Outlook. 1998 Sep-Oct; 46: 233-44 |
| 42126 | Kim, K. J., Jurnalov, C. D., Lightner, D. J., Webb, M. J., Lee, R. A., An, K. N. Principles of urodynamics pressure measurement and its implication to female continence function. J Biomech. 1998 Sep; 31: 861-5 |
| 42129 | Baskin, L. S. Case no. 2. Right-sided single system ureterocele. Tech Urol. 1998 Sep; 4: 152-3 |
| 42130 | Klutke, J. J., Klutke, C. G., Hsieh, G. Bladder injury during the Burch retropubic urethropexy: is routine cystoscopy necessary?. Tech Urol. 1998 Sep; 4: 145-7 |
| 42131 | Faerber, G. J., Belville, W. D., Ohl, D. A., Plata, A. Comparison of transurethral versus periurethral collagen injection in women with intrinsic sphincter deficiency. Tech Urol. 1998 Sep; 4: 124-7 |
| 42132 | You, H. Y., Wang, S. R. Normal pressure hydrocephalus in a patient with systemic lupus erythematosus: a case report. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Sep; 61: 551-5 |
| 42133 | Cruz, F. Desensitization of bladder sensory fibers by intravesical capsaicin or capsaicin analogs. A new strategy for treatment of urge incontinence in patients with spinal detrusor hyperreflexia or bladder hypersensitivity disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 214-20 |
| 42138 | Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Self-perception of health among elderly community dwellers in Singapore. Ann Acad Med Singapore. 1998 Jul; 27: 461-7 |
| 42140 | RU3: making a difference for women. AWHONN's continence research reveals preliminary findings. AWHONN Lifelines. 1998 Aug; 2: 55-6 |
| 42141 | Tao, Y. X., Heit, M., Lei, Z. M., Rao, C. V. The urinary bladder of a woman is a novel site of luteinizing hormone-human chorionic gonadotropin receptor gene expression. Am J Obstet Gynecol. 1998 Oct; 179: 1026-31 |
| 42144 | Nelson, R., Furner, S., Jesudason, V. Fecal incontinence in Wisconsin nursing homes: prevalence and associations. Dis Colon Rectum. 1998 Oct; 41: 1226-9 |
| 42145 | Palacio, M. M., Van Aalst, V. C., Perez Abadia, G. A., Stremel, R. W., Werker, P. M., Ren, X., Petty, G. D., Heilman, S. J., Van Savage, J. G., Garcia Fernandez, A., Kon, M., Tobin, G. R., Barker, J. H. Muscular urinary sphincter: electrically stimulated myoplasty for functional sphincter reconstruction. J Urol. 1998 Nov; 160: 1867-71 |
| 42148 | Perneger, T. V., Gaspoz, J. M., Rae, A. C., Borst, F., Heliot, C. Contribution of individual items to the performance of the Norton pressure ulcer prediction scale. J Am Geriatr Soc. 1998 Oct; 46: 1282-6 |
| 42149 | Ouslander, J. G., Nasr, S. Z., Miller, M., Withington, W., Lee, C. S., Wiltshire-Clement, M., Cruise, P., Schnelle, J. F. Arginine vasopressin levels in nursing home residents with nighttime urinary incontinence. J Am Geriatr Soc. 1998 Oct; 46: 1274-9 |
| 42150 | Olsen, A. L., Benson, J. T., McClellan, E. Urethral sphincter needle electromyography in women: comparison of periurethral and transvaginal approaches. Neurourol Urodyn. 1998; 17: 531-5 |
| 42151 | Van Kerrebroeck, P. E., Amarenco, G., Thuroff, J. W., Madersbacher, H. G., Lock, M. T., Messelink, E. J., Soler, J. M. Dose-ranging study of tolterodine in patients with detrusor hyperreflexia. Neurourol Urodyn. 1998; 17: 499-512 |
| 42154 | Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Modifications of and extended indications for the Pippi Salle procedure. World J Urol. 1998; 16: 279-84 |
| 42155 | Melchior, H., Kumar, V., Muller, N., van Maanen, H., Norton, C. National public health policies for prevention and care in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S71-3 |
| 42156 | Fusgen, I., Bienstein, C., Bohmer, F., Busch, B., Cottenden, A., Heidler, H., Scherr, A., Pullen, R. Interdisciplinary care of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S62-70 |
| 42158 | Stanton, S. L. Consensus report on pelvic floor weakness of the elderly female. World J Urol. 1998; 16 Suppl 1: S44-7 |
| 42159 | Madersbacher, H., Awad, S., Fall, M., Janknegt, R. A., Stohrer, M., Weisner, B. Urge incontinence in the elderly--supraspinal reflex incontinence. World J Urol. 1998; 16 Suppl 1: S35-43 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 42160 | Elbadawi, A., Diokno, A. C., Millard, R. J. The aging bladder: morphology and urodynamics. World J Urol. 1998; 16 Suppl 1: S10-34 |
| 42161 | McGrother, C., Resnick, M., Yalla, S. V., Kirschner-Hermanns, R., Broseta, E., Muller, C., Welz-Barth, A., Fischer, G. C., Mattelaer, J., McGuire, E. J. Epidemiology and etiology of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S3-9 |
| 42162 | Statements of the committees of the WHO consensus conference, 20 August 1997. 1st International Conference on Urinary Incontinence in the Elderly. Bonn, Germany, 20-21 August 1997. World J Urol. 1998; 16 Suppl 1: S1-73 |
| 42164 | McLennan, M. T., Bent, A. E. Suburethral abscess: a complication of periurethral collagen injection therapy. Obstet Gynecol. 1998 Oct; 92: 650-2 |
| 42168 | Bruce, R. G., McRoberts, J. W. Cecoappendicovesicostomy: conduit-lengthening technique for use in continent urinary reconstruction. Urology. 1998 Oct; 52: 702-4 |
| 42170 | Herschorn, S., Hewitt, R. J. Patient perspective of long-term outcome of augmentation cystoplasty for neurogenic bladder. Urology. 1998 Oct; 52: 672-8 |
| 42172 | Hankins, G. D. Lower thoracic spinal cord injury--a severe complication of shoulder dystocia. Am J Perinatol. 1998 Jul; 15: 443-4 |
| 42174 | Higley, P. With nature's help. Nurs Times. 1998 Aug 12-18; 94: 79-80 |
| 42178 | Teichman, J. M., Harris, J. M., Currie, D. M., Barber, D. B. Malone antegrade continence enema for adults with neurogenic bowel disease. J Urol. 1998 Oct; 160: 1278-81 |
| 42179 | Voelker, R. International group seeks to dispel incontinence 'taboo'. JAMA. 1998 Sep 16; 280: 951-3 |
| 42180 | Yamanishi, T., Yasuda, K., Sakakibara, R., Murayama, N., Hattori, T., Ito, H. Detrusor overactivity and penile erection in patients with lower lumbar spine lesions. Eur Urol. 1998 Oct; 34: 360-4 |
| 42182 | Damian, J., Martin-Moreno, J. M., Lobo, F., Bonache, J., Cervino, J., Redondo-Marquez, L., Martinez-Agullo, E. Prevalence of urinary incontinence among Spanish older people living at home. Eur Urol. 1998 Oct; 34: 333-8 |
| 42183 | Duckett, J. R., Hall, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1998 Aug; 105: 931 |
| 42185 | Griebling, T. L., Berman, C. J., Kreder, K. J. Fascia lata sling cystourethropexy for the management of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 165-73 |
| 42192 | Wagner, T. H., Hu, T. W. Economic costs of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 127-8 |
| 42203 | Hendren, W. H. Cloaca, the most severe degree of imperforate anus: experience with 195 cases. Ann Surg. 1998 Sep; 228: 331-46 |
| 42205 | Grody, M. H. Urinary incontinence and concomitant prolapse. Clin Obstet Gynecol. 1998 Sep; 41: 777-85 |
| 42206 | Young, S. B., Becker, J. Postoperative urinary drainage. Clin Obstet Gynecol. 1998 Sep; 41: 735-43 |
| 42207 | Rovner, E. S., Ginsberg, D. A., Raz, S. Why anti-incontinence surgery succeeds or fails. Clin Obstet Gynecol. 1998 Sep; 41: 719-34 |
| 42208 | Amuzu, B. J. Nonsurgical therapies for urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 702-11 |
| 42209 | Portera, S. G., Lipscomb, G. H. Pharmacologic therapy for urinary incontinence and voiding dysfunctions. Clin Obstet Gynecol. 1998 Sep; 41: 691-701 |
| 42210 | Kohli, N., Karram, M. M. Urodynamic evaluation for female urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 672-90 |
| 42211 | Julian, T. M. Physical examination and pretreatment testing of the incontinent woman. Clin Obstet Gynecol. 1998 Sep; 41: 663-71 |

## American Urological Association, Inc.

### SUI Guidelines Panel

42213   Lovatsis, D., Drutz, H. P. The role of estrogen in female urinary incontinence and urogenital aging: a review. Ostomy Wound Manage. 1998 Jun; 44: 48-53

42215   Herbert, J. Overcoming the pelvic flaw: exercises for continence. Prof Care Mother Child. 1998; 8: 39-41

42216   Naito, R., Takeuchi, M., Morihira, K., Hayakawa, M., Ikeda, K., Shibanuma, T., Isomura, Y. Selective muscarinic antagonists. I. Synthesis and antimuscarinic properties of 4-piperidyl benzhydrylcarbamate derivatives. Chem Pharm Bull (Tokyo). 1998 Aug; 46: 1274-85

42217   Mace, J. C., Cure, J., Bailey, B. N., Storrs, B. B. Untethered filum terminale presenting as cauda equina lesion. Pediatr Neurosurg. 1998 Apr; 28: 191-4

42219   Clayton, J., Smith, K., Qureshi, H., Ferguson, B. Collecting patients' views and perceptions of continence services: the development of research instruments. J Adv Nurs. 1998 Aug; 28: 353-61

42221   Keshtgar, A. S., Rickwood, A. M. Urological consequences of incomplete cord lesions in patients with myelomeningocele. Br J Urol. 1998 Aug; 82: 258-60

42222   Wakhlu, A., Dalela, D., Tandon, R. K., Chandra, H., Wakhlu, A. K. The single ectopic ureter. Br J Urol. 1998 Aug; 82: 246-51

42228   Hohenfellner, M., Schultz-Lampel, D., Dahms, S., Matzel, K., Thuroff, J. W. Bilateral chronic sacral neuromodulation for treatment of lower urinary tract dysfunction. J Urol. 1998 Sep; 160: 821-4

42233   Nicita, G. A new operation for genitourinary prolapse. J Urol. 1998 Sep; 160: 741-5

42234   Elabbady, A. A., Elabbasy, W. I., Arafa, A. F., Atta, M. A., Abdel-Rahman, M. A simple technique for urinary diversion: the dismembered detubularized rectosigmoid bladder with distal colorectostomy. J Urol. 1998 Sep; 160: 714-7

42235   Kronner, K. M., Rink, R. C., Simmons, G., Kropp, B. P., Casale, A. J., Cain, M. P. Artificial urinary sphincter in the treatment of urinary incontinence: preoperative urodynamics do not predict the need for future bladder augmentation. J Urol. 1998 Sep; 160: 1093-5; discussion 1103

42236   Pippi Salle, J. L., Capolicchio, G., Houle, A. M., Vernet, O., Jednak, R., O'Gorman, A. M., Montes, J. L., Farmer, J. P. Magnetic resonance imaging in children with voiding dysfunction: is it indicated?. J Urol. 1998 Sep; 160: 1080-3

42237   Your article on incontinence did not mention collagen injections. Can you tell me something about them?. Johns Hopkins Med Lett Health After 50. 1998 Sep; 10: 8

42238   Klatka, L. A., Depper, M. H., Marini, A. M. Infarction in the territory of the anterior cerebral artery. Neurology. 1998 Aug; 51: 620-2

42239   Van Kerrebroeck, P. E. The role of electrical stimulation in voiding dysfunction. Eur Urol. 1998; 34 Suppl 1: 27-30

42240   Schmidt, R. A., Doggweiler, R. Neurostimulation and neuromodulation: a guide to selecting the right urologic patient. Eur Urol. 1998; 34 Suppl 1: 23-6

42242   Zinner, N. R. Clinical aspects of detrusor instability and the value of urodynamics. Eur Urol. 1998; 34 Suppl 1: 16-9

42245   Finsterer, J., Grass, R., Stollberger, C., Mamoli, B. Immunoglobulins in acute, parainfectious, disseminated encephalo- myelitis. Clin Neuropharmacol. 1998 Jul-Aug; 21: 258-61

42247   Gross, J. C. A comparison of the characteristics of incontinent and continent stroke patients in a rehabilitation program. Rehabil Nurs. 1998 May-Jun; 23: 132-40

42252   Amark, P., Bussman, G., Eksborg, S. Follow-up of long-time treatment with intravesical oxybutynin for neurogenic bladder in children. Eur Urol. 1998 Aug; 34: 148-53

42254   Costantini, E., Lombi, R., Micheli, C., Parziani, S., Porena, M. Colposacropexy with Gore-tex mesh in marked vaginal and uterovaginal prolapse. Eur Urol. 1998 Aug; 34: 111-7

42258   Winkler, H. A., Sand, P. K. Treatment of detrusor instability with oxybutynin rectal suppositories. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 100-2

Case 2:12-md-02327 Document 3080-16 Filed 09/19/19 Page 625 of 300 PageID #: 203164

**American Urological Association, Inc.**

SUI Guidelines Panel

42260    Heidkamp, M. C., Leong, F. C., Brubaker, L., Russell, B. Pudendal denervation affects the structure and function of the striated, urethral sphincter in female rats. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 88-93

42261    Kinn, A. C., Zaar, A. Quality of life and urinary incontinence pad use in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 83-7

42262    Yoon, E., Swift, S. A comparison of maximum cystometric bladder capacity with maximum environmental voided volumes. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 78-82

42266    Lindgren, A. M., Svardsudd, K., Tibblin, G. Are health surveys among elderly people worthwhile? The Albertina Project. Scand J Prim Health Care. 1998 Jun; 16: 101-6

42267    Wilbur, J., Miller, A. M., Montgomery, A., Chandler, P. Sociodemographic characteristics, biological factors, and symptom reporting in midlife women. Menopause. 1998 Spring; 5: 43-51

42268    Holtedahl, K., Verelst, M., Schiefloe, A. A population based, randomized, controlled trial of conservative treatment for urinary incontinence in women. Acta Obstet Gynecol Scand. 1998 Jul; 77: 671-7

42269    Schnelle, J. F., Cruise, P. A., Alessi, C. A., Al-Samarrai, N., Ouslander, J. G. Individualizing nighttime incontinence care in nursing home residents. Nurs Res. 1998 Jul-Aug; 47: 197-204

42270    Torres, S. A., Holley, J. A., Ando, J., DeVera, J., Harris, P., Giles, A. Maximizing care outcomes of a patient with impaired bladder function: a PI project in a rehabilitation unit. J Nurs Care Qual. 1998 Aug; 12: 64-9

42271    Pandita, R. K., Nylen, A., Andersson, K. E. Oxytocin-induced stimulation and inhibition of bladder activity in normal, conscious rats--influence of nitric oxide synthase inhibition. Neuroscience. 1998 Aug; 85: 1113-9

42272    Gousse, A. E., Safir, M. H., Cortina, G., Safman, K., Raz, S. Tubulovillous adenoma in the cecal segment after cecocystoplasty. J Urol. 1998 Aug; 160: 490-1

42276    Kuo, H. C. Quality of life after active urological management of chronic spinal cord injury in eastern Taiwan. Eur Urol. 1998; 34: 37-46

42277    Christiansen, J. Modern surgical treatment of anal incontinence. Ann Med. 1998 Jun; 30: 273-7

42278    Jitapunkul, S., Hanvivadhanakul, P. Outcomes and predicting factors of mortality among newly admitted female medical inpatients. J Med Assoc Thai. 1998 Jul; 81: 491-6

42280    Vaizey, C. J., Kamm, M. A., Gold, D. M., Bartram, C. I., Halligan, S., Nicholls, R. J. Clinical, physiological, and radiological study of a new purpose- designed artificial bowel sphincter. Lancet. 1998 Jul 11; 352: 105-9

42283    Gillberg, P. G., Sundquist, S., Nilvebrant, L. Comparison of the in vitro and in vivo profiles of tolterodine with those of subtype-selective muscarinic receptor antagonists. Eur J Pharmacol. 1998 May 22; 349: 285-92

42284    Rana, S., D'Amico, F., Merenstein, J. H. Relationship of vitamin B12 deficiency with incontinence in older people. J Am Geriatr Soc. 1998 Jul; 46: 931-2

42289    Batista, J. E., Caffaratti, J., Arano, P., Regalado, R., Garat, J. M. The reliability of cysto-urethrographic signs in the diagnosis of detrusor instability in children. Br J Urol. 1998 Jun; 81: 900-4

42290    Denewer, A. A low-pressure rectosigmoid pouch created by side-to-side anastomosis with a stapling technique and sigmoid colon intussusception as an antireflux procedure. Br J Urol. 1998 Jun; 81: 856-61

42292    Zaragoza, M. R. The unspoken affliction. Del Med J. 1998 Jun; 70: 301-2

42297    Gupta, N. P., Dorairajan, L. N., Chahal, R. Total genitourinary reconstruction in adult female epispadias: a report of 2 cases and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 55-7

42301    van Aalst, V. C., Werker, P. M., Stremel, R. W., Perez Abadia, G. A., Petty, G. D., Heilman, S. J., Palacio, M. M., Kon, M., Tobin, G. R., Barker, J. H. Electrically stimulated free-flap graciloplasty for urinary sphincter reconstruction: a new surgical procedure. Plast Reconstr Surg. 1998 Jul; 102: 84-91

42305    Nickel, R. F. Studies on the function of the urethra and bladder in continent and incontinent female dogs. Vet Q. 1998; 20 Suppl 1: S102-3

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

42307   Galejs, L. E., Diokno, A. C. Frequency urgency syndrome following urinary bladder suspension. Geriatr Nephrol Urol. 1998; 8: 25-8

42308   Penalver, M. A., Angioli, R., Mirhashemi, R., Malik, R. Management of early and late complications of ileocolonic continent urinary reservoir (Miami pouch). Gynecol Oncol. 1998 Jun; 69: 185-91

42309   Cosin, J. A., Carson, L. F. Multidisciplinary management of urinary pouch complications: a better way. Gynecol Oncol. 1998 Jun; 69: 183-4

42310   Vaidyananthan, S., Soni, B. M., Brown, E., Sett, P., Krishnan, K. R., Bingley, J., Markey, S. Effect of intermittent urethral catheterization and oxybutynin bladder instillation on urinary continence status and quality of life in a selected group of spinal cord injury patients with neuropathic bladder dysfunction. Spinal Cord. 1998 Jun; 36: 409-14

42311   Gordon, D., Groutz, A., Ascher-Landsberg, J., Lessing, J. B., David, M. P., Razz, O. Double-blind, placebo-controlled study of magnesium hydroxide for treatment of sensory urgency and detrusor instability: preliminary results. Br J Obstet Gynaecol. 1998 Jun; 105: 667-9

42313   Halverson, A. L., Orkin, B. A. Which physiologic tests are useful in patients with constipation?. Dis Colon Rectum. 1998 Jun; 41: 735-9

42315   Nakayama, Y., Tanaka, A., Ohshiro, S., Yoshinaga, S. Extensive edema in the thalamus caused by thrombosed basilar artery aneurysm. Neurol Med Chir (Tokyo). 1998 May; 38: 274-7

42316   Griffiths, D. Clinical studies of cerebral and urinary tract function in elderly people with urinary incontinence. Behav Brain Res. 1998 May; 92: 151-5

42317   Bosch, J. L., Groen, J. Neuromodulation: urodynamic effects of sacral (S3) spinal nerve stimulation in patients with detrusor instability or detrusor hyperflexia. Behav Brain Res. 1998 May; 92: 141-50

42318   Lehur, P. A., Glemain, P., Bruley des Varannes, S., Buzelin, J. M., Leborgne, J. Outcome of patients with an implanted artificial anal sphincter for severe faecal incontinence. A single institution report. Int J Colorectal Dis. 1998; 13: 88-92

42319   Lamb, C. R., Gregory, S. P. Ultrasonographic findings in 14 dogs with ectopic ureter. Vet Radiol Ultrasound. 1998 May-Jun; 39: 218-23

42320   Sullivan, L. D., Chow, V. D., Ko, D. S., Wright, J. E., McLoughlin, M. G. An evaluation of quality of life in patients with continent urinary diversions after cystectomy. Br J Urol. 1998 May; 81: 699-704

42321   De Paepe, H., Hoebeke, P., Renson, C., Van Laecke, E., Raes, A., Van Hoecke, E., Van Daele, J., Vande Walle, J. Pelvic-floor therapy in girls with recurrent urinary tract infections and dysfunctional voiding. Br J Urol. 1998 May; 81 Suppl 3: 109-13

42322   von Gontard, A., Lettgen, B., Olbing, H., Heiken-Lowenau, C., Gaebel, E., Schmitz, I. Behavioural problems in children with urge incontinence and voiding postponement: a comparison of a paediatric and child psychiatric sample. Br J Urol. 1998 May; 81 Suppl 3: 100-6

42323   Medel, R., Ruarte, A. C., Castera, R., Podesta, M. L. Primary enuresis: a urodynamic evaluation. Br J Urol. 1998 May; 81 Suppl 3: 50-2

42324   Moser, R. H. Standing up for aspartame. AWHONN Lifelines. 1998 Apr; 2: 10

42325   Hensle, T. W., Reiley, E. A., Chang, D. T. The Malone antegrade continence enema procedure in the management of patients with spina bifida. J Am Coll Surg. 1998 Jun; 186: 669-74

42326   Callsen-Cencic, P., Mense, S. Abolition of cystitis-induced bladder instability by local spinal cord cooling. J Urol. 1998 Jul; 160: 236-41

42327   Barbalias, G. A., Nikiforidis, G., Liatsikos, E. N. Vesicourethral dysfunction associated with multiple sclerosis: clinical and urodynamic perspectives. J Urol. 1998 Jul; 160: 106-11

42328   Chai, T. C., Gray, M. L., Steers, W. D. The incidence of a positive ice water test in bladder outlet obstructed patients: evidence for bladder neural plasticity. J Urol. 1998 Jul; 160: 34-8

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

42329    Bochner, B. H., Figueroa, A. J., Skinner, E. C., Lieskovsky, G., Petrovich, Z., Boyd, S. D., Skinner, D. G. Salvage radical cystoprostatectomy and orthotopic urinary diversion following radiation failure. J Urol. 1998 Jul; 160: 29-33

42330    Stude, D. E., Bergmann, T. F., Finer, B. A. A conservative approach for a patient with traumatically induced urinary incontinence. J Manipulative Physiol Ther. 1998 Jun; 21: 363-7

42331    Flynn, P., Franiek, J., Janssen, P., Hannah, W. J., Klein, M. C. How can second-stage management prevent perineal trauma? Critical review. Can Fam Physician. 1997 Jan; 43: 73-84

42332    Andersson, S. H., Lindgren, A., Postlind, H. Biotransformation of tolterodine, a new muscarinic receptor antagonist, in mice, rats, and dogs. Drug Metab Dispos. 1998 Jun; 26: 528-35

42333    Johnson, T. M., 2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., Hertz-Picciotto, I., DeFriese, G. H. The association of urinary incontinence with poor self-rated health. J Am Geriatr Soc. 1998 Jun; 46: 693-9

42335    Wyman, J. F. Quality of life of older adults with urinary incontinence. J Am Geriatr Soc. 1998 Jun; 46: 778-9

42336    DuBeau, C. E., Levy, B., Mangione, C. M., Resnick, N. M. The impact of urge urinary incontinence on quality of life: importance of patients' perspective and explanatory style. J Am Geriatr Soc. 1998 Jun; 46: 683-92

42337    Cho, C. Y., Alessi, C. A., Cho, M., Aronow, H. U., Stuck, A. E., Rubenstein, L. Z., Beck, J. C. The association between chronic illness and functional change among participants in a comprehensive geriatric assessment program. J Am Geriatr Soc. 1998 Jun; 46: 677-82

42338    Grealish, M., O'Dowd, T. C. General practitioners and women with urinary incontinence. Br J Gen Pract. 1998 Feb; 48: 975-7

42339    Jitapunkul, S., Khovidhunkit, W. Urinary incontinence in Thai elderly living in Klong Toey slum. J Med Assoc Thai. 1998 Mar; 81: 160-8

42340    Atalan, G., Holt, P. E., Barr, F. J. Ultrasonographic assessment of bladder neck mobility in continent bitches and bitches with urinary incontinence attributable to urethral sphincter mechanism incompetence. Am J Vet Res. 1998 Jun; 59: 673-9

42341    Blute, M. L., Gburek, B. M. Continent orthotopic urinary diversion in female patients: early Mayo Clinic experience. Mayo Clin Proc. 1998 Jun; 73: 501-7

42343    Brylewski, J. E., Wiggs, L. A questionnaire survey of sleep and night-time behaviour in a community- based sample of adults with intellectual disability. J Intellect Disabil Res. 1998 Apr; 42 ( Pt 2): 154-62

42345    Newman, D. American perspectives on continence. Nurs Times. 1998 Apr 15-21; 94: 67-8

42346    Carlisle, D. Silent suffering. Nurs Times. 1998 Apr 15-21; 94: 63-4, 67

42347    Willis, J. Promoting continence control. Nurs Times. 1998 Apr 15-21; 94: 59-60

42348    Jackson, S. L. Prevalence and natural history of female incontinence. J Womens Health. 1998 May; 7: 472-3

42349    Newman, D. K. Bladder control requires active management. J Womens Health. 1998 May; 7: 425-6

42350    Resnick, N., Fenner, D. Toward optimal health: the experts respond to urinary incontinence. J Womens Health. 1998 May; 7: 419-24

42351    Snyder, M., Pearson, V., Hanscom, J., Hoyman, K., Hagans, E., Lee, H., Liao, W., Ryden, M. Barriers to progress in urinary incontinence: achieving quality assessments. Geriatr Nurs. 1998 Mar-Apr; 19: 77-80

42352    Luft, J., Vriheas-Nichols, A. A. Identifying the risk factors for developing incontinence: can we modify individual risk?. Geriatr Nurs. 1998 Mar-Apr; 19: 66-70; quiz 70-2

42353    Ebersole, P. R. Unmentionables. Geriatr Nurs. 1998 Mar-Apr; 19: 62-3

42358    Hulbert, W. C., Rabinowitz, R. Prenatal diagnosis of duplex system hydronephrosis: effect on renal salvage. Urology. 1998 May; 51: 23-6

42360    Dugan, E., Cohen, S. J., Robinson, D., Anderson, R., Preisser, J., Suggs, P., Pearce, K., Poehling, U., McGann, P. The quality of life of older adults with urinary incontinence: determining generic and condition-specific predictors. Qual Life Res. 1998 May; 7: 337-44

---

**American Urological Association, Inc.**

SUI Guidelines Panel

42361   Kohn, I. J., Balsara, R. K., Rabinovitch, H. Placement of a bladder neck purse-string cuff for the management of incontinence in children with myelodysplasia. Urology. 1998 Jun; 51: 1027-30

42362   Doren, M. Urogenital aging--creation of improved awareness. Am J Obstet Gynecol. 1998 May; 178: S254-6

42363   Samsioe, G. Urogenital aging--a hidden problem. Am J Obstet Gynecol. 1998 May; 178: S245-9

42365   Brown, K., Hilton, P. Ambulatory monitoring. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 369-76

42369   Nygaard, I., Linder, M. Thirst at work--an occupational hazard?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 340-3

42370   Ma, S. S. The prevalence of adult female urinary incontinence in Hong Kong Chinese. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 327-31

42373   Brownlee, R. D., Clark, A. W., Sevick, R. J., Myles, S. T. Symptomatic hamartoma of the spinal cord associated with neurofibromatosis type 1. Case report. J Neurosurg. 1998 Jun; 88: 1099-103

42374   Iskandar, B. J., Fulmer, B. B., Hadley, M. N., Oakes, W. J. Congenital tethered spinal cord syndrome in adults. J Neurosurg. 1998 Jun; 88: 958-61

42375   Marshall, K., Thompson, K. A., Walsh, D. M., Baxter, G. D. Incidence of urinary incontinence and constipation during pregnancy and postpartum: survey of current findings at the Rotunda Lying-In Hospital. Br J Obstet Gynaecol. 1998 Apr; 105: 400-2

42376   Tomlinson, A. J., Thornton, J. G. A randomised controlled trial of antibiotic prophylaxis for vesico- vaginal fistula repair. Br J Obstet Gynaecol. 1998 Apr; 105: 397-9

42379   Nasr, S. Z., Ouslander, J. G. Urinary incontinence in the elderly. Causes and treatment options. Drugs Aging. 1998 May; 12: 349-60

42380   Cooper, S. A. Clinical study of the effects of age on the physical health of adults with mental retardation. Am J Ment Retard. 1998 May; 102: 582-9

42381   Fourcroy, J. L. Urogynecology update: incontinence. Hosp Pract (Off Ed). 1998 May 15; 33: 63-70, 81

42382   Grignaffini, A., Bazzani, F., Bertoli, P., Petrelli, M., Vadora, E. Intravesicular prostaglandin E2 for the prophylaxis of urinary retention after colpohysterectomy. J Int Med Res. 1998 Mar-Apr; 26: 87-92

42383   Hjalmas, K. Nocturnal enuresis: basic facts and new horizons. Eur Urol. 1998; 33 Suppl 3: 53-7

42384   Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem in children with nocturnal enuresis and urinary incontinence: improvement of self-esteem after treatment. Eur Urol. 1998; 33 Suppl 3: 16-9

42386   von Gontard, A. Annotation: day and night wetting in children--a paediatric and child psychiatric perspective. J Child Psychol Psychiatry. 1998 May; 39: 439-51

42388   Mouritsen, L., Lose, G., Glavind, K. Assessment of women with urinary incontinence. Acta Obstet Gynecol Scand. 1998 Apr; 77: 361-71

42389   Arango, O. The use of salivary stimulant pastilles to improve compliance in women taking oxybutinin hydrochloride for detrusor instability. Br J Urol. 1998 Apr; 81: 652

42390   Sung, V. C., Corridan, P. G. Acute-angle closure glaucoma as a side-effect of oxybutynin. Br J Urol. 1998 Apr; 81: 634-5

42392   Okada, N., Igawa, Y., Ogawa, A., Nishizawa, O. Transcutaneous electrical stimulation of thigh muscles in the treatment of detrusor overactivity. Br J Urol. 1998 Apr; 81: 560-4

42396   van der Hurk, P. R., Middelkoop, H. A., van Waalwijk-van Doorn, E. S., Roos, R. A., Cools, H. J. Long-term ambulatory monitoring of urine leakage in the elderly: an evaluation of the validity and clinical applicability of thermistor signalling. J Med Eng Technol. 1998 Mar-Apr; 22: 91-3

42398   Lentz, S. S., Homesley, H. D. Gynecologic problems in older women. Clin Geriatr Med. 1998 May; 14: 297-315

42399   Busby-Whitehead, J. M., Johnson, T. M. Urinary incontinence. Clin Geriatr Med. 1998 May; 14: 285-96

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42403   Sampselle, C. M., DeLancey, J. O. Anatomy of female continence. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 63-70, 72-4

42404   Bennett, R. G., Baran, P. J., DeVone, L. V., Bacetti, H., Kristo, B., Tayback, M., Greenough, W. B., 3rd Low airloss hydrotherapy versus standard care for incontinent hospitalized patients. J Am Geriatr Soc. 1998 May; 46: 569-76

42406   Park, J. M., Montie, J. E. Mechanisms of incontinence and retention after orthotopic neobladder diversion. Urology. 1998 Apr; 51: 601-9

42407   Jacobs, M., Wyman, J. F., Rowell, P., Smith, D. A. Continence nurses: a survey of who they are and what they do. Urol Nurs. 1998 Mar; 18: 13-20

42408   Pena, A., Kessler, O. Posterior cloaca: a unique defect. J Pediatr Surg. 1998 Mar; 33: 407-12

42412   Holtedahl, K., Hunskaar, S. Prevalence, 1-year incidence and factors associated with urinary incontinence: a population based study of women 50-74 years of age in primary care. Maturitas. 1998 Jan 12; 28: 205-11

42413   Da Ros, C. T., Teloken, C., Busatto, W. F., Jr, Sogari, P. R., Lisboa, J. F., Vargas Souto, C. A. Endoscopic suspension of the prolapsed vaginal dome. Tech Urol. 1998 Mar; 4: 25-8

42414   Kayigil, O., Atahan, O., Metin, A. Experiences with clam ileocystoplasty. Int Urol Nephrol. 1998; 30: 45-8

42416   Ahmed, S., Sen, S. The Mitrofanoff procedure in paediatric urinary tract reconstruction. Aust N Z J Surg. 1998 Mar; 68: 199-202

42417   Kutta, A., Haupt, G. Rotundovaginopexy in orthotopic ileal neobladder following radical cystectomy in women. Eur Urol. 1998; 33: 308-11

42421   Roberts, R. O., Jacobsen, S. J., Rhodes, T., Reilly, W. T., Girman, C. J., Talley, N. J., Lieber, M. M. Urinary incontinence in a community-based cohort: prevalence and healthcare-seeking. J Am Geriatr Soc. 1998 Apr; 46: 467-72

42422   Ouslander, J. G., Buxton, W. G., Al-Samarrai, N. R., Cruise, P. A., Alessi, C., Schnelle, J. F. Nighttime urinary incontinence and sleep disruption among nursing home residents. J Am Geriatr Soc. 1998 Apr; 46: 463-6

42428   van Loenen, N. T., Vierhout, M. E. Augmentation of urethral pressure profile by voluntary pelvic floor contraction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 284-7

42433   Diseth, T. H., Bjordal, R., Schultz, A., Stange, M., Emblem, R. Somatic function, mental health and psychosocial functioning in 22 adolescents with bladder exstrophy and epispadias. J Urol. 1998 May; 159: 1684-9; discussion 1689-90

42435   Shaker, H. S., Hassouna, M. Sacral nerve root neuromodulation: an effective treatment for refractory urge incontinence. J Urol. 1998 May; 159: 1516-9

42436   Schaeffer, A. J., Clemens, J. Q., Ferrari, M., Stamey, T. A. The male bulbourethral sling procedure for post-radical prostatectomy incontinence. J Urol. 1998 May; 159: 1510-5

42438   N'Dow, J., Leung, H. Y., Marshall, C., Neal, D. E. Bowel dysfunction after bladder reconstruction. J Urol. 1998 May; 159: 1470-4; discussion 1474-5

42439   Sheriff, M. K., Foley, S., McFarlane, J., Nauth-Misir, R., Craggs, M., Shah, P. J. Long-term suprapubic catheterisation: clinical outcome and satisfaction survey. Spinal Cord. 1998 Mar; 36: 171-6

42440   More ways to stay dry. Harv Womens Health Watch. 1998 Mar; 5: 2-3

42441   Takano, K., Yamaguchi, T., Minematsu, K., Sawada, T., Omae, T. Differences in clinical features and computed tomographic findings between embolic and non-embolic acute ischemic stroke: a quantitative differential diagnosis. Intern Med. 1998 Feb; 37: 141-8

42446   Ozawa, H., Kumon, H., Ichikawa, T., Nagai, A., Ohmori, H. Urodynamic changes after endoscopic correction of vesicoureteral reflux. Int J Urol. 1998 Jan; 5: 103-5

42450   Shaw, F. Continence--it's never too late. Nurs Times. 1998 Feb 11-17; 94: 68-70, 72

**American Urological Association, Inc.**

SUI Guidelines Panel

42452    Wikander, B., Ekelund, P., Milsom, I. An evaluation of multidisciplinary intervention governed by functional independence measure (FIMSM) in incontinent stroke patients. Scand J Rehabil Med. 1998 Mar; 30: 15-21

42453    Nickel, R. F., Wiegand, U., van den Brom, W. E. Evaluation of a transpelvic sling procedure with and without colposuspension for treatment of female dogs with refractory urethral sphincter mechanism incompetence. Vet Surg. 1998 Mar-Apr; 27: 94-104

42454    Gallien, P., Robineau, S., Nicolas, B., Le Bot, M. P., Brissot, R., Verin, M. Vesicourethral dysfunction and urodynamic findings in multiple sclerosis: a study of 149 cases. Arch Phys Med Rehabil. 1998 Mar; 79: 255-7

42455    Borer, J. G., Bauer, S. B., Peters, C. A., Diamond, D. A., Decter, R. M., Shapiro, E. A single-system ectopic ureter draining an ectopic dysplastic kidney: delayed diagnosis in the young female with continuous urinary incontinence. Br J Urol. 1998 Mar; 81: 474-8

42456    Larson, B., Collins, A., Landgren, B. M. Urogenital and vasomotor symptoms in relation to menopausal status and the use of hormone replacement therapy (HRT) in healthy women during transition to menopause. Maturitas. 1997 Dec 15; 28: 99-105

42457    Moran, P. A., Carey, M. P., Dwyer, P. L. Urethral diverticula in pregnancy. Aust N Z J Obstet Gynaecol. 1998 Feb; 38: 102-6

42458    Pannek, J., Sommerfeld, H. J. Ovarian cystoid causing Kock pouch incontinence. Urol Int. 1998; 60: 59-61

42460    Kinjo, T., Tsuhako, K., Sirirungsi, W., Sunagawa, K., Nakazato, I., Iwamasa, T. Experimental myelitis caused by herpes simplex virus type 2 in C57BL/6N and BALB/cN mice. Int J Exp Pathol. 1997 Dec; 78: 401-9

42461    Incontinence. Ways to help you stay dry. Mayo Clin Health Lett. 1998 Jan; 16: 1-3

42462    Button, D., Roe, B., Webb, C., Frith, T., Colin-Thome, D., Gardner, L. Consensus guidelines for the promotion and management of continence by primary health care teams: development, implementation and evaluation. NHS Executive Nursing Directorate. J Adv Nurs. 1998 Jan; 27: 91-9

42464    Haeusler, G., Sam, C., Dorfler, D., Tempfer, C., Hanzal, E., Kolbl, H. Present state of diagnostics and therapy in female urinary incontinence. Acta Obstet Gynecol Scand. 1998 Feb; 77: 222-7

42465    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary continence. Elder Care. 1997 Dec-1998 Jan; 9: 9-11

42466    Roy, S. The cost of continence. Elder Care. 1997 Dec-1998 Jan; 9: 3-4

42467    Elliott, D. S., Barrett, D. M. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159: 1206-8

42472    Heinzlef, O., Paternotte, C., Mahieux, F., Prud'homme, J. F., Dien, J., Madigand, M., Pouget, J., Weissenbach, J., Roullet, E., Hazan, J. Mapping of a complicated familial spastic paraplegia to locus SPG4 on chromosome 2p. J Med Genet. 1998 Feb; 35: 89-93

42474    Brown, S., Lumley, J. Maternal health after childbirth: results of an Australian population based survey. Br J Obstet Gynaecol. 1998 Feb; 105: 156-61

42476    David, G., Durr, A., Stevanin, G., Cancel, G., Abbas, N., Benomar, A., Belal, S., Lebre, A. S., Abada-Bendib, M., Grid, D., Holmberg, M., Yahyaoui, M., Hentati, F., Chkili, T., Agid, Y., Brice, A. Molecular and clinical correlations in autosomal dominant cerebellar ataxia with progressive macular dystrophy (SCA7). Hum Mol Genet. 1998 Feb; 7: 165-70

42477    Castleden, C. M. The Marjory Warren Lecture. Incontinence--still a geriatric giant?. Age Ageing. 1997 Dec; 26 Suppl 4: 47-52

42479    Buffa, P., Di Rovasenda, E., Scarsi, P. L., Granata, C., Podesta, E., Ciardi, M. R., Cama, A. Vesico sphincteric function in spinal lipomas. Review of 80 cases. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 59-60

42480    Marshall, D. F., Boston, V. E. Altered bladder and bowel function following cutaneous electrical field stimulation in children with spina bifida--interim results of a randomized double-blind placebo-controlled trial. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 41-3

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 691 of 800 PageID #: 203170

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**42481**    Lewis, M. A., Shaw, J., Sattar, T. M., Bannister, C. M. The spectrum of spinal cord dysraphism and bladder neuropathy in children. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 35-7

**42482**    Fantl, J. A. Behavioral intervention for community-dwelling individuals with urinary incontinence. Urology. 1998 Feb; 51: 30-4

**42483**    O'Donnell, P. D. Special considerations in elderly individuals with urinary incontinence. Urology. 1998 Feb; 51: 20-3

**42484**    Blaivas, J. G. Outcome measures for urinary incontinence. Urology. 1998 Feb; 51: 11-9

**42485**    Payne, C. K. Epidemiology, pathophysiology, and evaluation of urinary incontinence and overactive bladder. Urology. 1998 Feb; 51: 3-10

**42486**    Roberts, R. O., Jacobsen, S. J., Jacobson, D. J., Reilly, W. T., Talley, N. J., Lieber, M. M. Natural history of prostatism: high American Urological Association Symptom scores among community-dwelling men and women with urinary incontinence. Urology. 1998 Feb; 51: 213-9

**42487**    Madersbacher, S., Pycha, A., Schatzl, G., Mian, C., Klingler, C. H., Marberger, M. The aging lower urinary tract: a comparative urodynamic study of men and women. Urology. 1998 Feb; 51: 206-12

**42488**    Schuur, P. M., Kasteren, M. E., Sabbe, L., Vos, M. C., Janssens, M. M., Buiting, A. G. Urinary tract infections with Aerococcus urinae in the south of The Netherlands. Eur J Clin Microbiol Infect Dis. 1997 Dec; 16: 871-5

**42489**    Picchio, G. L., Hallous, H., Franceschetti, G. P., Marandola, P., Orlando, G. Correction of complete urogenital prolapse with infibulation. Arch Esp Urol. 1997 Dec; 50: 1137-9

**42490**    Di Benedetto, V., Monfort, G. How prenatal ultrasound can change the treatment of ectopic ureterocele in neonates?. Eur J Pediatr Surg. 1997 Dec; 7: 338-40

**42496**    Wong, E. Y. Uterine didelphys and occult spinal dysraphism: an unusual case. Dev Med Child Neurol. 1998 Feb; 40: 124-5

**42497**    Ishigooka, M., Suzuki, Y., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. A new technique for sacral nerve stimulation: a percutaneous method for urinary incontinence caused by spinal cord injury. Br J Urol. 1998 Feb; 81: 315-8

**42498**    Woodhouse, C. R., Christofides, M. Modified ureterosigmoidostomy (Mainz II)--technique and early results. Br J Urol. 1998 Feb; 81: 247-52

**42500**    Bahnson, R. R. Urology. J Am Coll Surg. 1998 Feb; 186: 241-6

**42501**    Yordan, E. L. Obstetrics and gynecology. J Am Coll Surg. 1998 Feb; 186: 182-8

**42502**    Schlenk, E. A., Erlen, J. A., Dunbar-Jacob, J., McDowell, J., Engberg, S., Sereika, S. M., Rohay, J. M., Bernier, M. J. Health-related quality of life in chronic disorders: a comparison across studies using the MOS SF-36. Qual Life Res. 1998 Jan; 7: 57-65

**42504**    Ryhammer, A. M., Laurberg, S., Djurhuus, J. C., Hermann, A. P. No relationship between subjective assessment of urinary incontinence and pad test weight gain in a random population sample of menopausal women. J Urol. 1998 Mar; 159: 800-3

**42507**    Mahony, C. The impact of continence problems on self-esteem. Nurs Times. 1997 Dec 24-Jan 6; 93: 58, 60

**42510**    Rentzhog, L., Stanton, S. L., Cardozo, L., Nelson, E., Fall, M., Abrams, P. Efficacy and safety of tolterodine in patients with detrusor instability: a dose-ranging study. Br J Urol. 1998 Jan; 81: 42-8

**42514**    Sgadari, A., Topinkova, E., Bjornson, J., Bernabei, R. Urinary incontinence in nursing home residents: a cross-national comparison. Age Ageing. 1997 Sep; 26 Suppl 2: 49-54

**42517**    Maas, C. P., Moriya, Y., Steup, W. H., Kiebert, G. M., Kranenbarg, W. M., van de Velde, C. J. Radical and nerve-preserving surgery for rectal cancer in The Netherlands: a prospective study on morbidity and functional outcome. Br J Surg. 1998 Jan; 85: 92-7

**42518**    Newman, D. K. Research utilization: the continence for women project. Ostomy Wound Manage. 1997 Nov-Dec; 43: 54-6

---

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**42519**  Linkletter, D. No more surgery--biofeedback for continence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 50-2

**42520**  Messick, G. M., Powe, C. E. Applying behavioral research to incontinence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 40-6, 48

**42521**  Engberg, S., McDowell, B. J., Donovan, N., Brodak, I., Weber, E. Treatment of urinary incontinence in homebound older adults: interface between research and practice. Ostomy Wound Manage. 1997 Nov-Dec; 43: 18-22, 24-6

**42522**  Peters, S. Don't ask, don't tell. Breaking the silence surrounding female urinary incontinence. Adv Nurse Pract. 1997 May; 5: 41-4

**42524**  Hollins, S., Attard, M. T., von Fraunhofer, N., McGuigan, S., Sedgwick, P. Mortality in people with learning disability: risks, causes, and death certification findings in London. Dev Med Child Neurol. 1998 Jan; 40: 50-6

**42526**  Engberg, S., McDowell, B. J., Weber, E., Brodak, I., Donovan, N., Engberg, R. Assessment and management of urinary incontinence among homebound older adults: a clinical trial protocol. Adv Pract Nurs Q. 1997 Fall; 3: 48-56

**42527**  Leroi, A. M., Ducrotte, P., Bouaniche, M., Touchais, J. Y., Weber, J., Denis, P. Assessment of the reliability of cerebral potentials evoked by electrical stimulation of the anal canal. Int J Colorectal Dis. 1997; 12: 335-9

**42528**  Cobbs, E. L., Ralapati, A. N. Health of older women. Med Clin North Am. 1998 Jan; 82: 127-44

**42529**  Serels, S., Stein, M. Prospective study comparing hyoscyamine, doxazosin, and combination therapy for the treatment of urgency and frequency in women. Neurourol Urodyn. 1998; 17: 31-6

**42532**  Blaivas, J. G. 'If you build it, they will come'. Neurourol Urodyn. 1998; 17: 1-2

**42533**  Gallo, M. L., Gillette, B., Hancock, R., Pelkey, A., Rawlings, L., Sasso, K. Quality of life improvement and the reliance urinary control insert. Urol Nurs. 1997 Dec; 17: 146-53

**42534**  Godfrey, K. Incontinence in ethnic groups. Community Nurse. 1997 Jun; 3: 42

**42535**  Nager, C., Stanton, S. Can HRT help incontinence?. Community Nurse. 1997 May; 3: 32-3

**42541**  Morkved, S., Bo, K. The effect of postpartum pelvic floor muscle exercise in the prevention and treatment of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 217-22

**42549**  Cravello, L., de Montgolfier, R., D'Ercole, C., Roger, V., Blanc, B. Endoscopic surgery. The end of classic surgery?. Eur J Obstet Gynecol Reprod Biol. 1997 Dec; 75: 103-6

**42550**  Gibbons, G. Assessing and managing incontinence in women. Community Nurse. 1996 Jun; 2: 34-6

**42551**  Sen, S., Ahmed, S., Borghol, M. Surgical management of complete ureteric duplication abnormalities. Pediatr Surg Int. 1998 Jan; 13: 61-4

**42552**  Pohjasvaara, T., Erkinjuntti, T., Ylikoski, R., Hietanen, M., Vataja, R., Kaste, M. Clinical determinants of poststroke dementia. Stroke. 1998 Jan; 29: 75-81

**42554**  Bozorgi, F., Connolly, L. P., Bauer, S. B., Neish, A. S., Tan, P. E., Schofield, D., Treves, S. T. Hypoplastic dysplastic kidney with a vaginal ectopic ureter identified by technetium-99m-DMSA scintigraphy. J Nucl Med. 1998 Jan; 39: 113-5

**42555**  Feldman, E. L., Jaffe, A., Galambos, N., Robbins, A., Kelly, R. B., Froom, J. Clinical practice guidelines on depression: awareness, attitudes, and content knowledge among family physicians in New York. Arch Fam Med. 1998 Jan-Feb; 7: 58-62

**42557**  Winson, L. Catheterization: a need for improved patient management. Br J Nurs. 1997 Nov 27-Dec 10; 6: 1229-32, 1234, 1251-2

**42558**  Richardson, P. Re: The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female (1). Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 485

**42562**  Yoshimura, N., Nagahama, Y., Ueda, T., Yoshida, O. Paroxysmal urinary incontinence associated with multiple sclerosis. Urol Int. 1997; 59: 197-9

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 - Bibliography sorted by Procite Number**

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Procite Number**

---

**42563** Hope, T., Keene, J., Gedling, K., Cooper, S., Fairburn, C., Jacoby, R. Behaviour changes in dementia. 1: Point of entry data of a prospective study. Int J Geriatr Psychiatry. 1997 Nov; 12: 1062-73

**42564** Kobelt, G. Economic considerations and outcome measurement in urge incontinence. Urology. 1997 Dec; 50: 100-7; discussion 108-10

**42565** Appell, R. A. Clinical efficacy and safety of tolterodine in the treatment of overactive bladder: a pooled analysis. Urology. 1997 Dec; 50: 90-6; discussion 97-9

**42566** Jackson, S. The patient with an overactive bladder--symptoms and quality-of-life issues. Urology. 1997 Dec; 50: 18-22; discussion 23-4

**42567** Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Definition of overactive bladder and epidemiology of urinary incontinence. Urology. 1997 Dec; 50: 4-14; discussion 15-7

**42572** Sargent, R. P. Primum non nocere?. Am J Obstet Gynecol. 1997 Dec; 177: 1564-5

**42577** Chapin, D. S. Teaching sacrospinous colpopexy. Am J Obstet Gynecol. 1997 Dec; 177: 1330-6

**42580** Cook, E. Assessing continence needs in children. Paediatr Nurs. 1997 Nov; 9: 29-34; quiz 35-6

**42581** Lurie, S. N., Hosmer, C. Oxybutynin and intranasal desmopressin for clozapine-induced urinary incontinence. J Clin Psychiatry. 1997 Sep; 58: 404

**42582** Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1997 Dec; 104: 1374-9

**42583** Messelink, E. J., Dobbe, I., Kools, C., Dabhoiwala, N. F., Dijkhuizen, T., Schneider, P., Lettinga, K. P., Kurth, K. Technical features of the system used to perform multichannel urethral pressure profilometry. Tech Urol. 1997 Fall; 3: 158-63

**42584** McIntosh, L. J., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Gynecologic disorders in women with Ehlers-Danlos syndrome. J Soc Gynecol Investig. 1995 May-Jun; 2: 559-64

**42587** Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary incontinence. Nurs Stand. 1997 Nov 12-18; 12: 45-7

**42588** Sakakibara, R., Hattori, T., Kuwabara, S., Yamanishi, T., Yasuda, K. Micturitional disturbance in patients with Guillain-Barre syndrome. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 649-53

**42589** Webb, S., Patterson, V., Hutchinson, M. Two families with autosomal recessive spastic paraplegia, pigmented maculopathy, and dementia. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 628-32

**42590** Publicover, C., Bear, M. The effect of bladder training on urinary incontinence in community- dwelling older women. J Wound Ostomy Continence Nurs. 1997 Nov; 24: 319-24

**42591** Nager, C. W., Kumar, D., Kahn, M. A., Stanton, S. L. Management of pelvic floor dysfunction. Lancet. 1997 Dec 13; 350: 1751

**42596** Leibovich, B. C., Barrett, D. M. Use of the artificial urinary sphincter in men and women. World J Urol. 1997; 15: 316-9

**42605** Bernier, F., Jenkins, P. The role of vaginal estrogen in the treatment of urogenital dysfunction in postmenopausal women. Urol Nurs. 1997 Sep; 17: 92-5

**42606** Maloney, C. Estrogen in urinary incontinence treatment: an anatomic and physiologic approach. Urol Nurs. 1997 Sep; 17: 88-91

**42607** Gerharz, E. W., Vik, V., Webb, G., Leaver, R., Shah, P. J., Woodhouse, C. R. The value of the MACE (Malone antegrade colonic enema) procedure in adult patients. J Am Coll Surg. 1997 Dec; 185: 544-7

**42608** Okkens, A. C., Kooistra, H. S., Nickel, R. F. Comparison of long-term effects of ovariectomy versus ovariohysterectomy in bitches. J Reprod Fertil Suppl. 1997; 51: 227-31

**42609** Steiner, J. F., Kramer, A. M., Eilertsen, T. B., Kowalsky, J. C. Development and validation of a clinical prediction rule for prolonged nursing home residence after hip fracture. J Am Geriatr Soc. 1997 Dec; 45: 1510-4

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-16 Filed 09/15/19 Page 694 of 300 PageID #: 203173

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

42613    Thom, D. H., van den Eeden, S. K., Brown, J. S. Evaluation of parturition and other reproductive variables as risk factors for urinary incontinence in later life. Obstet Gynecol. 1997 Dec; 90: 983-9

42614    Carlin, B. I., Rutchik, S. D., Resnick, M. I. Comparison of the ileal conduit to the continent cutaneous diversion and orthotopic neobladder in patients undergoing cystectomy: a critical analysis and review of the literature. Semin Urol Oncol. 1997 Aug; 15: 189-92

42615    Glazier, D. B., Cummings, K. B., Barone, J. G. Urodynamic evaluation of profound microcephaly in children. Br J Urol. 1997 Nov; 80: 825-6

42616    Glazier, D. B., Murphy, D. P., Fleisher, M. H., Cummings, K. B., Barone, J. G. Evaluation of the utility of video-urodynamics in children with urinary tract infection and voiding dysfunction. Br J Urol. 1997 Nov; 80: 806-8

42619    de Kort, L. M., Nesselaar, C. H., van Gool, J. D., de Jong, T. P. The influence of colonic enema irrigation on urodynamic findings in patients with neurogenic bladder dysfunction. Br J Urol. 1997 Nov; 80: 731-3

42621    Hautmann, R. E. The ileal neobladder to the female urethra. Urol Clin North Am. 1997 Nov; 24: 827-35

42622    Bihrle, R. The Indiana pouch continent urinary reservoir. Urol Clin North Am. 1997 Nov; 24: 773-9

42623    Vernarec, E. The high costs of hidden conditions. Bus Health. 1998 Jan; 16: 19-23

42624    Van Hoogmoed, L., Snyder, J. R., Roberts, G., Harmon, F. A. Unilateral nephrectomy in a juvenile llama. Vet Surg. 1997 Nov-Dec; 26: 497-501

42625    Nazarko, L. Educating Elsie. Nurs Times. 1997 Oct 22-28; 93: 68, 71

42628    De Ridder, D., Chandiramani, V., Dasgupta, P., Van Poppel, H., Baert, L., Fowler, C. J. Intravesical capsaicin as a treatment for refractory detrusor hyperreflexia: a dual center study with long-term followup. J Urol. 1997 Dec; 158: 2087-92

42629    Braverman, D. L., Lachmann, E. A., Tunkel, R., Nagler, W. Multiple sclerosis presenting as a spinal cord tumor. Arch Phys Med Rehabil. 1997 Nov; 78: 1274-6

42630    Bird, M. R., Hii, S., McCrory, P. R., Donnan, G. A. Urinary incontinence in elderly patients with acute stroke and hip fracture. Med J Aust. 1997 Oct 20; 167: 415

42632    Vernon, S., Bleakley, S. A successful bladder retraining program. Nurs Times. 1997 Sep 17-23; 93: 50-1

42634    Nagib, M. G., O'Fallon, M. T. Myxopapillary ependymoma of the conus medullaris and filum terminale in the pediatric age group. Pediatr Neurosurg. 1997 Jan; 26: 2-7

42638    Nilsson, C. G., Lukkari, E., Haarala, M., Kivela, A., Hakonen, T., Kiilholma, P. Comparison of a 10-mg controlled release oxybutynin tablet with a 5-mg oxybutynin tablet in urge incontinent patients. Neurourol Urodyn. 1997; 16: 533-42

42641    Kirschner-Hermanns, R., Fielding, J. R., Versi, E., Resnick, N. M. Magnetic resonance imaging of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 317-9

42642    Schaer, G. N. Ultrasonography of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 313-6

42643    Strohbehn, K. Urogynecology. Curr Opin Obstet Gynecol. 1997 Oct; 9: 307-8

42644    Robinson, D. Urinary incontinence in the elderly: a growing problem that needs attention. Curr Opin Obstet Gynecol. 1997 Oct; 9: 285-8

42645    Mort, J. Medications exacerbating urinary incontinence in the elderly. S D J Med. 1997 Oct; 50: 361-2

42646    Vahtera, T., Haaranen, M., Viramo-Koskela, A. L., Ruutiainen, J. Pelvic floor rehabilitation is effective in patients with multiple sclerosis. Clin Rehabil. 1997 Aug; 11: 211-9

42649    Wootton, J. C. Search on urinary incontinence in elderly females. J Womens Health. 1997 Oct; 6: 583-6

42650    McGhee, M., O'Neill, K., Major, K., Twaddle, S. Evaluation of a nurse-led continence service in the south-west of Glasgow, Scotland. J Adv Nurs. 1997 Oct; 26: 723-8

Case 2:12-md-02327 Document 3080-16 Filed 05/13/16 Page 695 of 800 PageID #: 203174

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42651    Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. B. Frequency-volume chart data from incontinent children. Br J Urol. 1997 Oct; 80: 658-62

42653    Johannesson, M., O'Conor, R. M., Kobelt-Nguyen, G., Mattiasson, A. Willingness to pay for reduced incontinence symptoms. Br J Urol. 1997 Oct; 80: 557-62

42656    Thom, D. H., Haan, M. N., Van Den Eeden, S. K. Medically recognized urinary incontinence and risks of hospitalization, nursing home admission and mortality. Age Ageing. 1997 Sep; 26: 367-74

42657    Hodges, C. Continence care: choosing carefully. Nurs Times. 1997 Aug 27-Sep 2; 93: 48-50, 52

42658    Hogan, D. B. Revisiting the O complex: urinary incontinence, delirium and polypharmacy in elderly patients. CMAJ. 1997 Oct 15; 157: 1071-7

42659    Schnelle, J. F., Adamson, G. M., Cruise, P. A., al-Samarrai, N., Sarbaugh, F. C., Uman, G., Ouslander, J. G. Skin disorders and moisture in incontinent nursing home residents: intervention implications. J Am Geriatr Soc. 1997 Oct; 45: 1182-8

42661    Palace, J., Chandiramani, V. A., Fowler, C. J. Value of sphincter electromyography in the diagnosis of multiple system atrophy. Muscle Nerve. 1997 Nov; 20: 1396-403

42663    Bernier, P. A., Zimmern, P. E., Saboorian, M. H., Chassagne, S. Female outlet obstruction after repeated collagen injections. Urology. 1997 Oct; 50: 618-21

42665    Callahan, E. H., Paris, B. Midlife periodic health exam in the primary care practice. Geriatrics. 1997 Oct; 52: 60-1, 65-6, 69-71 passim; quiz 79

42666    Johnson, T. M., 2nd, Busby-Whitehead, J. Diagnostic assessment of geriatric urinary incontinence. Am J Med Sci. 1997 Oct; 314: 250-6

42667    Jayanthi, V. R., Churchill, B. M., Khoury, A. E., McLorie, G. A. Bilateral single ureteral ectopia: difficulty attaining continence using standard bladder neck repair. J Urol. 1997 Nov; 158: 1933-6

42671    Chen, G. D., Lin, L. Y., Gardner, J. D. The results of laparoscopic adhesiolysis for intractable urinary frequency. J Urol. 1997 Nov; 158: 1714-6

42672    Austin, P. F., DeLeary, G., Homsy, Y. L., Persky, L., Lockhart, J. L. Long-term metabolic advantages of a gastrointestinal composite urinary reservoir. J Urol. 1997 Nov; 158: 1704-7; discussion 1707-8

42673    Galloway, N. T. Surgical treatment of urinary incontinence in geriatric women. Am J Med Sci. 1997 Oct; 314: 268-72

42677    Naughton, M. J., Wyman, J. F. Quality of life in geriatric patients with lower urinary tract dysfunction. Am J Med Sci. 1997 Oct; 314: 219-27

42678    Ouslander, J. G. Aging and the lower urinary tract. Am J Med Sci. 1997 Oct; 314: 214-8

42680    Waaldijk, K. Immediate indwelling bladder catheterization at postpartum urine leakage--personal experience of 1200 patients. Trop Doct. 1997 Oct; 27: 227-8

42681    Lima, S. V., Araujo, L. A., Vilar, F. O. Further experience with the periurethral expander: a new type of artificial sphincter. Br J Urol. 1997 Sep; 80: 460-2

42682    Hooper, P., Tincello, D. G., Richmond, D. H. The use of salivary stimulant pastilles to improve compliance in women taking oxybutynin hydrochloride for detrusor instability: a pilot study. Br J Urol. 1997 Sep; 80: 414-6

42686    Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A medium-term analysis of the subjective efficacy of treatment for women with detrusor instability and low bladder compliance. Br J Obstet Gynaecol. 1997 Sep; 104: 988-93

42687    Prosser, S., Dobbs, F. Case-finding incontinence in the over-75s. Br J Gen Pract. 1997 Aug; 47: 498-500

42688    Elder, J. S. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. J Urol. 1997 Oct; 158: 1642

Appendix A6. Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 696 of 800 PageID #: 203175

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

42689    Lippert, M. C., Theodorescu, D. The Hautmann neobladder with a chimney: a versatile modification. J Urol. 1997 Oct; 158: 1510-2

42690    deVries, C. R., Kaplan, G. W. An unusual case of urinary incontinence, ataxia-telangiectasia, and metastatic dysgerminoma: case report and review of the literature. Urology. 1997 Sep; 50: 453-5

42691    Malone, P. S. The management of urinary incontinence. Arch Dis Child. 1997 Aug; 77: 175-8

42692    Alvi, T., Reza, H. Neuroleptic induced incontinence--case report. J Pak Med Assoc. 1997 Jul; 47: 195-6

42693    Sumiya, T., Kawamura, K., Tokuhiro, A., Takechi, H., Ogata, H. A survey of wheelchair use by paraplegic individuals in Japan. Part 2: Prevalence of pressure sores. Spinal Cord. 1997 Sep; 35: 595-8

42694    Crankson, S. J., Ahmed, S. Female bladder exstrophy. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 98-104

42700    Willis, J. Continence--holiday plans. Nurs Times. 1997 Jul 23-29; 93: 73-4

42702    Hodder, J. Shy Drager syndrome. Axone. 1997 Jun; 18: 75-9

42703    Goodwin, T. M., Banks, E., Millar, L. K., Phelan, J. P. Catastrophic shoulder dystocia and emergency symphysiotomy. Am J Obstet Gynecol. 1997 Aug; 177: 463-4

42706    Christensen, H., Laybourn, C., Eickhoff, J. H., Frimodt-Moller, C. Long-term results of the Stamey Bladder-neck suspension procedure and of the Burch colposuspension. Scand J Urol Nephrol. 1997 Aug; 31: 349-53

42707    Silverman, M., McDowell, B. J., Musa, D., Rodriguez, E., Martin, D. To treat or not to treat: issues in decisions not to treat older persons with cognitive impairment, depression, and incontinence. J Am Geriatr Soc. 1997 Sep; 45: 1094-101

42709    Balcom, A. H., Wiatrak, M., Biefeld, T., Rauen, K., Langenstroer, P. Initial experience with home therapeutic electrical stimulation for continence in the myelomeningocele population. J Urol. 1997 Sep; 158: 1272-6

42710    Kaefer, M., Rosen, A., Darbey, M., Kelly, M., Bauer, S. B. Pressure at residual volume: a useful adjunct to standard fill cystometry. J Urol. 1997 Sep; 158: 1268-71

42711    Plaire, J. C., Pope, J. C., 4th, Kropp, B. P., Adams, M. C., Keating, M. A., Rink, R. C., Casale, A. J. Management of ectopic ureters: experience with the upper tract approach. J Urol. 1997 Sep; 158: 1245-7

42712    Waters, P. R., Chehade, N. C., Kropp, K. A. Urethral lengthening and reimplantation: incidence and management of catheterization problems. J Urol. 1997 Sep; 158: 1053-6

42713    Snodgrass, W. A simplified Kropp procedure for incontinence. J Urol. 1997 Sep; 158: 1049-52

42714    Yoo, J. J., Magliochetti, M., Atala, A. Detachable self-sealing membrane system for the endoscopic treatment of incontinence. J Urol. 1997 Sep; 158: 1045-8

42715    Lottmann, H. B., Melin, Y., Cendron, M., Lombrail, P., Beze-Beyrie, P., Cendron, J. Bladder exstrophy: evaluation of factors leading to continence with spontaneous voiding after staged reconstruction. J Urol. 1997 Sep; 158: 1041-4

42718    Park, T., Lee, S. Y. A test of missing completely at random for longitudinal data with missing observations. Stat Med. 1997 Aug 30; 16: 1859-71

42719    Daley, J., Delbanco, T. L., Hartman, E. E. An 89-year-old woman with urinary incontinence, 1 year later. JAMA. 1997 Aug 27; 278: 679

42721    Palmer, M. H. Response to Moore's commentary on 'Urinary continence changes after hip fracture repair'. Clin Nurs Res. 1997 Aug; 6: 300-1

42723    Vancaillie, T. G. Laparoscopic colposuspension and pelvic floor repair. Curr Opin Obstet Gynecol. 1997 Aug; 9: 244-6

42725    Loening-Baucke, V. Urinary incontinence and urinary tract infection and their resolution with treatment of chronic constipation of childhood. Pediatrics. 1997 Aug; 100: 228-32

42726    Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Urethral lengthening with anterior bladder wall flap (Pippi Salle procedure): modifications and extended indications of the technique. J Urol. 1997 Aug; 158: 585-90

# American Urological Association, Inc.

**SUI Guidelines Panel**

42727   Naseer, S. R., Steinhardt, G. F. New renal scars in children with urinary tract infections, vesicoureteral reflux and voiding dysfunction: a prospective evaluation. J Urol. 1997 Aug; 158: 566-8

42730   Stein, J. P., Grossfeld, G. D., Freeman, J. A., Esrig, D., Ginsberg, D. A., Cote, R. J., Skinner, E. C., Boyd, S. D., Lieskovsky, G., Skinner, D. G. Orthotopic lower urinary tract reconstruction in women using the Kock ileal neobladder: updated experience in 34 patients. J Urol. 1997 Aug; 158: 400-5

42731   Nacmias, B., Tedde, A., Guarnieri, B. M., Petruzzi, C., Ortenzi, L., Serio, A., Amaducci, L., Sorbi, S. Analysis of apolipoprotein E, alpha1-antichymotrypsin and presenilin-1 genes polymorphisms in dementia caused by normal pressure hydrocephalus in man. Neurosci Lett. 1997 Jul 4; 229: 177-80

42732   Gallo, M., Staskin, D. R. Patient satisfaction with a reusable undergarment for urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 226-36

42733   Thornburn, P., Fader, M., Dean, G., Brooks, R., Cottenden, A. Improving the performance of small incontinence pads: a study of 'wet comfort'. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 219-25

42734   Bigio, E. H., Weiner, M. F., Bonte, F. J., White, C. L. Familial dementia due to adult polyglucosan body disease. Clin Neuropathol. 1997 Jul-Aug; 16: 227-34

42735   Kato, H. Incorrect positioning of an indwelling urethral catheter in the ureter. Int J Urol. 1997 Jul; 4: 417-8

42736   Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 375-85

42741   N'Dow, J., Neal, D. E. Female adult reconstructive urology. Br J Urol. 1997 Jul; 80 Suppl 1: 69-78

42742   Heslington, K. Ambulatory bladder monitoring: is it an advance?. Br J Urol. 1997 Jul; 80 Suppl 1: 49-53

42744   Chandiramani, V. A., Palace, J., Fowler, C. J. How to recognize patients with parkinsonism who should not have urological surgery. Br J Urol. 1997 Jul; 80: 100-4

42745   Ghali, W. A., Freund, K. M., Boss, R. D., Ryan, C. A., Moskowitz, M. A. Menopausal hormone therapy: physician awareness of patient attitudes. Am J Med. 1997 Jul; 103: 3-10

42746   Nickel, R. F., van den Brom, W. Simultaneous diuresis cysto-urethrometry and multi-channel urethral pressure profilometry in female dogs with refractory urinary incontinence. Am J Vet Res. 1997 Jul; 58: 691-6

42748   Mor, Y., Quinn, F. M., Carr, B., Mouriquand, P. D., Duffy, P. G., Ransley, P. G. Combined Mitrofanoff and antegrade continence enema procedures for urinary and fecal incontinence. J Urol. 1997 Jul; 158: 192-5

42749   Bonney, W. W., Gupta, S., Hunter, D. R., Arndt, S. Bladder dysfunction in schizophrenia. Schizophr Res. 1997 Jun 20; 25: 243-9

42752   Char, D., Krasnokutsky, S., Frischer, Z., Shah, S. M., Bayshtok, J., Khan, S. A. Surgically correcting a vesicouterine fistula with a myouterine flap. A case report. J Reprod Med. 1997 Jun; 42: 372-4

42758   Ishizuka, O., Pandita, R. K., Mattiasson, A., Steers, W. D., Andersson, K. E. Stimulation of bladder activity by volume, L-dopa and capsaicin in normal conscious rats--effects of spinal alpha 1-adrenoceptor blockade. Naunyn Schmiedebergs Arch Pharmacol. 1997 Jun; 355: 787-93

42759   Christmas, T. J., Smith, G. L., Rickards, D. Diagnosis and management of high-pressure peristaltic contractions in cystoplasties. Br J Urol. 1997 Jun; 79: 879-82

42760   Cukier, J. M., Cortina-Borja, M., Brading, A. F. A case-control study to examine any association between idiopathic detrusor instability and gastrointestinal tract disorder, and between irritable bowel syndrome and urinary tract disorder. Br J Urol. 1997 Jun; 79: 865-78

42761   Rintala, R. J., Lindahl, H. G., Rasanen, M. Do children with repaired low anorectal malformations have normal bowel function?. J Pediatr Surg. 1997 Jun; 32: 823-6

42762   Van Savage, J., Slaughenhoupt, B. L. Advances in the management of urinary incontinence in children. J Ky Med Assoc. 1997 Jun; 95: 226-34

42763   Sultan, A. H., Monga, A. K. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 754-5

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**42764** Malik, A., Fenning, N., O'Donnell, E. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 753-4

**42765** Griebling, T. L., Nygaard, I. E. The role of estrogen replacement therapy in the management of urinary incontinence and urinary tract infection in postmenopausal women. Endocrinol Metab Clin North Am. 1997 Jun; 26: 347-60

**42766** Caro, F. G., Glickman, L. L., Ingegneri, D., Porell, F., Stern, A. L., Verma, K. The impact of the closing of three Massachusetts public chronic disease hospitals: a multidimensional perspective. J Community Health. 1997 Jun; 22: 155-74

**42767** Watanabe, T., Perkash, I., Constantinou, C. E. Modulation of detrusor contraction strength and micturition characteristics by intrathecal baclofen in anesthetized rats. J Urol. 1997 Jun; 157: 2361-5

**42768** Sundaram, C. P., Reinberg, Y., Aliabadi, H. A. Failure to obtain durable results with collagen implantation in children with urinary incontinence. J Urol. 1997 Jun; 157: 2306-7

**42769** Chernoff, A., Horowitz, M., Combs, A., Libretti, D., Nitti, V., Glassberg, K. I. Periurethral collagen injection for the treatment of urinary incontinence in children. J Urol. 1997 Jun; 157: 2303-5

**42770** Nilvebrant, L., Andersson, K. E., Gillberg, P. G., Stahl, M., Sparf, B. Tolterodine--a new bladder-selective antimuscarinic agent. Eur J Pharmacol. 1997 May 30; 327: 195-207

**42771** Sekido, N., Kawai, K., Akaza, H. Lower urinary tract dysfunction as persistent complication of radical hysterectomy. Int J Urol. 1997 May; 4: 259-64

**42773** Bear, M., Dwyer, J. W., Benveneste, D., Jett, K., Dougherty, M. Home-based management of urinary incontinence: a pilot study with both frail and independent elders. J Wound Ostomy Continence Nurs. 1997 May; 24: 163-71

**42774** Maly, R. C., Hirsch, S. H., Reuben, D. B. The performance of simple instruments in detecting geriatric conditions and selecting community-dwelling older people for geriatric assessment. Age Ageing. 1997 May; 26: 223-31

**42777** Lobel, R. W., Sand, P. K. Incisional hernia after suprapubic catheterization. Obstet Gynecol. 1997 May; 89: 844-6

**42778** Swift, S. E. The reliability of performing a screening cystometrogram using a fetal monitoring device for the detection of detrusor instability. Obstet Gynecol. 1997 May; 89: 708-12

**42779** Giladi, N., Kao, R., Fahn, S. Freezing phenomenon in patients with parkinsonian syndromes. Mov Disord. 1997 May; 12: 302-5

**42780** Fulford, S. C., Sutton, C., Bales, G., Hickling, M., Stephenson, T. P. The fate of the 'modern' artificial urinary sphincter with a follow-up of more than 10 years. Br J Urol. 1997 May; 79: 713-6

**42782** Gil-Nagel, A., Gapany, S., Blesi, K., Villanueva, N., Bergen, D. Incontinence during treatment with gabapentin. Neurology. 1997 May; 48: 1467-8

**42784** Farrell, T. A., Wallace, M., Hicks, M. E. Long-term results of transrenal ureteral occlusion with use of Gianturco coils and gelatin sponge pledgets. J Vasc Interv Radiol. 1997 May-Jun; 8: 449-52

**42786** Nativ, O., Moskowitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. A new intraurethral sphincter prosthesis with a self contained urinary pump. ASAIO J. 1997 May-Jun; 43: 197-203

**42787** Goepel, M., Sperling, H., Stohrer, M., Otto, T., Rubben, H. Management of neurogenic fecal incontinence in myelodysplastic children by a modified continent appendiceal stoma and antegrade colonic enema. Urology. 1997 May; 49: 758-61

**42789** Theus, R., Arnold, S., Hubler, M., Wiestner, T., Binder, H., Ruesch, P. Effect of intra-abdominally induced pressure on the urethral pressure profiles of healthy and incontinent bitches. Am J Vet Res. 1997 May; 58: 555-9

**42790** Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VII. Prospective ultrastructural/urodynamic evaluation of its natural evolution. J Urol. 1997 May; 157: 1814-22

**42791** Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VI. Validation and update of diagnostic criteria in 71 detrusor biopsies. J Urol. 1997 May; 157: 1802-13

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**42793**   Austin, P., Spyropoulos, E., Arango, H., Fiorica, J., Homsy, Y., Lockhart, J. The failed anti-incontinence mechanism: a flap valve or cecal wrap for surgical reconstruction. J Urol. 1997 May; 157: 1638-41

**42794**   Helal, M., Austin, P., Spyropoulos, E., Pow-Sang, J., Persky, L., Lockhart, J. Evaluation and management of parastomal hernia in association with continent urinary diversion. J Urol. 1997 May; 157: 1630-2

**42795**   Goessl, C., Knispel, H. H., Miller, K. Is detrusor instability a premature variant of normal micturition reflex?. Lancet. 1997 Apr 26; 349: 1255-6

**42796**   Haggar, V. Foreign policy. Nurs Times. 1997 Apr 9-15; 93: 78

**42797**   Dowse, J. Finding the flaw. Nurs Times. 1997 Apr 9-15; 93: 76

**42798**   Willis, J. Use it or lose it. Nurs Times. 1997 Apr 9-15; 93: 70, 73

**42799**   Haslam, J. Floor plan. Nurs Times. 1997 Apr 9-15; 93: 67-70

**42801**   Moore, A. A., Siu, A., Partridge, J. M., Hays, R. D., Adams, J. A randomized trial of office-based screening for common problems in older persons. Am J Med. 1997 Apr; 102: 371-8

**42802**   Czarapata, B. J., McKillips, K. J. Silent suffering. Helping women find the path to continence. AWHONN Lifelines. 1997 Apr; 1: 28-34

**42804**   Tetzschner, T., Sorensen, M., Jonsson, L., Lose, G., Christiansen, J. Delivery and pudendal nerve function. Acta Obstet Gynecol Scand. 1997 Apr; 76: 324-31

**42805**   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Two-year dietary carcinogenicity study of (+/-)-4-diethylamino-1, 1- dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2-phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in rats. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 289-306

**42806**   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Seventy-eight-week dietary carcinogenicity study of (+/-)-4- diethylamino-1,1-dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2- phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in mice. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 275-87

**42807**   Shetty, S. D., Kirkemo, A. K. Bilateral bone anchor vaginal vault suspension: an initial report of a new technique. Tech Urol. 1997 Spring; 3: 1-5

**42808**   Thomas, D. F. Surgical treatment of urinary incontinence. Arch Dis Child. 1997 Apr; 76: 377-80

**42809**   Pleym, H., Spigset, O. Peripheral neurologic deficits in relation to subarachnoid or epidural administration of local anesthetics for surgery. A survey of 21 cases. Acta Anaesthesiol Scand. 1997 Apr; 41: 453-60

**42812**   Moores, D., Cohen, R., Hayden, L. Laparascopic excision of pelvic kidney with single vaginal ectopic ureter. J Pediatr Surg. 1997 Apr; 32: 634-5

**42815**   Tillem, S. M., Kessler, O. J., Hanna, M. K. Long-term results of lower urinary tract reconstruction with the ceco-appendiceal unit. J Urol. 1997 Apr; 157: 1429-33

**42818**   Smith, D. N., Appell, R. A., Winters, J. C., Rackley, R. R. Collagen injection therapy for female intrinsic sphincteric deficiency. J Urol. 1997 Apr; 157: 1275-8

**42819**   Bennett, J. K., Foote, J. E., King, T. L. Treating urinary incontinence in the elderly population: accepting the challenge. J Med Assoc Ga. 1997 Apr; 86: 97-100

**42820**   Wilson, W. D. Equine herpesvirus 1 myeloencephalopathy. Vet Clin North Am Equine Pract. 1997 Apr; 13: 53-72

**42821**   Adkins, V. K., Mathews, R. M. Prompted voiding to reduce incontinence in community-dwelling older adults. J Appl Behav Anal. 1997 Spring; 30: 153-6

**42822**   Scura, K. W., Whipple, B. How to provide better care for the postmenopausal woman. Am J Nurs. 1997 Apr; 97: 36-43

---

**American Urological Association, Inc.**

SUI Guidelines Panel

42823 Shah, P. N., Maly, R. C., Frank, J. C., Hirsch, S. H., Reuben, D. B. Managing geriatric syndromes: what geriatric assessment teams recommend, what primary care physicians implement, what patients adhere to. J Am Geriatr Soc. 1997 Apr; 45: 413-9

42824 Nyberg, L., Gustafson, Y. Fall prediction index for patients in stroke rehabilitation. Stroke. 1997 Apr; 28: 716-21

42825 Bartels, R. H., van Overbeeke, J. J. Lumbar cerebrospinal fluid drainage for symptomatic sacral nerve root cysts: an adjuvant diagnostic procedure and/or alternative treatment? Technical case report. Neurosurgery. 1997 Apr; 40: 861-4; discussion 864-5

42827 Olsen, A. L., Smith, V. J., Bergstrom, J. O., Colling, J. C., Clark, A. L. Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 501-6

42828 Colley, W. Know how male catheterisation. Nurs Times. 1997 Mar 12-18; 93: 32-3

42829 Bladder control. J Pract Nurs. 1997 Mar; 47: 9-11

42830 Moore, K. N., Paul, P. A historical review of selected nursing and medical literature on urinary incontinence between 1850 and 1976. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 106-22

42832 Taguchi, K., Hirose, T., Ito, N., Kumamoto, Y., Tsukamoto, T. Functional outcome and late complications in patients with continent urinary reservoirs. Int J Urol. 1997 Mar; 4: 134-8

42833 Fakhoury, W. K., McCarthy, M., Addington-Hall, J. The effects of the clinical characteristics of dying cancer patients on informal caregivers' satisfaction with palliative care. Palliat Med. 1997 Mar; 11: 107-15

42834 McCarthy, M., Addington-Hall, J., Altmann, D. The experience of dying with dementia: a retrospective study. Int J Geriatr Psychiatry. 1997 Mar; 12: 404-9

42835 Willis, J. Consumer choice in continence products. Nurs Times. 1997 Mar 26-Apr 1; 93: 64-6

42836 Chow, S. H., LaSalle, M. D., Rosenberg, G. S. Urinary incontinence secondary to a vaginal pessary. Urology. 1997 Mar; 49: 458-9

42837 Janknegt, R. A., Weil, E. H., Eerdmans, P. H. Improving neuromodulation technique for refractory voiding dysfunctions: two-stage implant. Urology. 1997 Mar; 49: 358-62

42838 Stein, R., Fisch, M., Beetz, R., Matani, Y., Doi, Y., Hohenfellner, K., Burger, R. A., Abol-Enein, H., Hohenfellner, R. Urinary diversion in children and young adults using the Mainz Pouch I technique. Br J Urol. 1997 Mar; 79: 354-61

42839 Schultz, A., Dickey, G., Skoner, M. Self-report of incontinence in acute care. Urol Nurs. 1997 Mar; 17: 23-8

42841 Vecchioli Scaldazza, C. Rehabilitative treatment of non-neurogenic female urinary incontinence. Clinical and urodynamic evaluation. Minerva Urol Nefrol. 1997 Mar; 49: 5-8

42842 Levitt, M. A., Patel, M., Rodriguez, G., Gaylin, D. S., Pena, A. The tethered spinal cord in patients with anorectal malformations. J Pediatr Surg. 1997 Mar; 32: 462-8

42845 McFall, S., Yerkes, A. M., Bernard, M., LeRud, T. Evaluation and treatment of urinary incontinence. Report of a physician survey. Arch Fam Med. 1997 Mar-Apr; 6: 114-9

42847 Bavendam, T. G. Female incontinence. J Urol. 1997 Mar; 157: 828-9

42849 Carr, L. K., Webster, G. D. Voiding dysfunction following incontinence surgery: diagnosis and treatment with retropubic or vaginal urethrolysis. J Urol. 1997 Mar; 157: 821-3

42852 Beguin, A. M., Combes, T., Lutzler, P., Laffond, G., Belmin, J. Health education improves older subjects' attitudes toward urinary incontinence and access to care: a randomized study in sheltered accommodation centers for the aged. J Am Geriatr Soc. 1997 Mar; 45: 391-2

42853 Bardoux, N., Leroi, A. M., Touchais, J. Y., Weber, J., Denis, P. Difficult defaecation and/or faecal incontinence as a presenting feature of neurologic disorders in four patients. Neurogastroenterol Motil. 1997 Mar; 9: 13-8

42854 Jackson, S. L., Weber, A. M., Hull, T. L., Mitchinson, A. R., Walters, M. D. Fecal incontinence in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1997 Mar; 89: 423-7

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

42855   Palmer, M. H., Myers, A. H., Fedenko, K. M. Urinary continence changes after hip-fracture repair. Clin Nurs Res. 1997 Feb; 6: 8-21; discussion 21-4

42856   Silveri, M., Capitanucci, M. L., Capozza, N., Mosiello, G., Silvano, A., Gennaro, M. D. Occult spinal dysraphism: neurogenic voiding dysfunction and long-term urologic follow-up. Pediatr Surg Int. 1997 Feb; 12: 148-50

42857   Evenhuis, H. M. Medical aspects of ageing in a population with intellectual disability: III. Mobility, internal conditions and cancer. J Intellect Disabil Res. 1997 Feb; 41 ( Pt 1): 8-18

42858   Mollard, P., Gauriau, L., Bonnet, J. P., Mure, P. Y. Continent cystostomy (Mitrofanoff's procedure) for neurogenic bladder in children and adolescent (56 cases: long-term results). Eur J Pediatr Surg. 1997 Feb; 7: 34-7

42859   Chiarelli, P., Campbell, E. Incontinence during pregnancy. Prevalence and opportunities for continence promotion. Aust N Z J Obstet Gynaecol. 1997 Feb; 37: 66-73

42863   Sultana, C. J., Campbell, J. W., Pisanelli, W. S., Sivinski, L., Rimm, A. A. Morbidity and mortality of incontinence surgery in elderly women: an analysis of Medicare data. Am J Obstet Gynecol. 1997 Feb; 176: 344-8

42865   Belmin, J. Urine sampling methods in the elderly. Drugs Aging. 1997 Feb; 10: 167

42867   Gallo, M. L., Fallon, P. J., Staskin, D. R. Urinary incontinence: steps to evaluation, diagnosis, and treatment. Nurse Pract. 1997 Feb; 22: 21-4, 26, 28 passim

42871   Rackley, R. R., Appell, R. A. Evaluation and medical management of female urinary incontinence. Cleve Clin J Med. 1997 Feb; 64: 83-92

42872   Caputo, L. A., Cusimano, M. D. Schwannoma of the cauda equina. J Manipulative Physiol Ther. 1997 Feb; 20: 124-9

42873   Smith, E. A., Woodard, J. R., Broecker, B. H., Gosalbez, R., Jr, Ricketts, R. R. Current urologic management of cloacal exstrophy: experience with 11 patients. J Pediatr Surg. 1997 Feb; 32: 256-61; discussion 261-2

42874   Murphy, E. L., Fridey, J., Smith, J. W., Engstrom, J., Sacher, R. A., Miller, K., Gibble, J., Stevens, J., Thomson, R., Hansma, D., Kaplan, J., Khabbaz, R., Nemo, G. HTLV-associated myelopathy in a cohort of HTLV-I and HTLV-II-infected blood donors. The REDS investigators. Neurology. 1997 Feb; 48: 315-20

42875   Tutuarima, J. A., van der Meulen, J. H., de Haan, R. J., van Straten, A., Limburg, M. Risk factors for falls of hospitalized stroke patients. Stroke. 1997 Feb; 28: 297-301

42877   Nakanishi, N., Tatara, K., Naramura, H., Fujiwara, H., Takashima, Y., Fukuda, H. Urinary and fecal incontinence in a community-residing older population in Japan. J Am Geriatr Soc. 1997 Feb; 45: 215-9

42878   Brandeis, G. H., Baumann, M. M., Hossain, M., Morris, J. N., Resnick, N. M. The prevalence of potentially remediable urinary incontinence in frail older people: a study using the Minimum Data Set. J Am Geriatr Soc. 1997 Feb; 45: 179-84

42879   Weber, A. M., Walters, M. D. Anterior vaginal prolapse: review of anatomy and techniques of surgical repair. Obstet Gynecol. 1997 Feb; 89: 311-8

42881   van Waalwijk van Doorn, E. S., Ambergen, A. W., Janknegt, R. A. Detrusor activity index: quantification of detrusor overactivity by ambulatory monitoring. J Urol. 1997 Feb; 157: 596-9

42882   Eyett-Burton, C. Urinary incontinence in cats. Vet Rec. 1997 Jan 25; 140: 104

42883   Peeker, R., Damber, J. E., Hjalmas, K., Sjodin, J. G., von Zweigbergk, M. The urological fate of young adults with myelomeningocele: a three decade follow-up study. Eur Urol. 1997; 32: 213-7

42885   ter Meulen, P. H., Heesakkers, J. P., Janknegt, R. A. A study on the feasibility of vesicomyotomy in patients with motor urge incontinence. Eur Urol. 1997; 32: 166-9

42886   The Scandinavian opinion on assessment of female urinary incontinence. Proceedings of a meeting. Copenhagen, Denmark, 1995. Acta Obstet Gynecol Scand Suppl. 1997; 166: 1-60

42901   Fonda, D. Promoting continence as a health issue. Eur Urol. 1997; 32 Suppl 2: 28-32

42904   Wyman, J. F. The 'costs' of urinary incontinence. Eur Urol. 1997; 32 Suppl 2: 13-9

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42905    Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Prevalence and natural history of female incontinence. Eur Urol. 1997; 32 Suppl 2: 3-12

42906    Abrams, P. Identifying and evaluating urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 1-2

42907    Basar, H., Aydoganli, L., Yuksel, M., Basar, M., Akdemir, G., Kaptanoglu, E. The outcome of urological findings in operated tethered cord patients. Int Urol Nephrol. 1997; 29: 167-71

42908    Kattan, S. A. Maternal urological injuries associated with vaginal deliveries: change of pattern. Int Urol Nephrol. 1997; 29: 155-61

42912    Giannakopoulos, X., Grammeniatis, E., Chambilomatis, P., Baltogiannis, D. Massive haemorrhage of inoperable bladder carcinomas: treatment by intravesical formalin solution. Int Urol Nephrol. 1997; 29: 33-8

42914    Wielink, G., Essink-Bot, M. L., van Kerrebroeck, P. E., Rutten, F. F. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. 2. Cost-effectiveness and quality of life analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 441-6

42915    Cimic, J., Meuleman, E. J., Oosterhof, G. O., Hoitsma, A. J. Urological complications in renal transplantation. A comparison between living-related and cadaveric grafts. Eur Urol. 1997; 31: 433-5

42918    Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem before and after treatment in children with nocturnal enuresis and urinary incontinence. Scand J Urol Nephrol Suppl. 1997; 183: 79-82

42919    Jonas, U., Hofner, K., Madersbacher, H., Holmdahl, T. H. Efficacy and safety of two doses of tolterodine versus placebo in patients with detrusor overactivity and symptoms of frequency, urge incontinence, and urgency: urodynamic evaluation. The International Study Group. World J Urol. 1997; 15: 144-51

42923    Blaivas, J. G., Appell, R. A., Fantl, J. A., Leach, G., McGuire, E. J., Resnick, N. M., Raz, S., Wein, A. J. Standards of efficacy for evaluation of treatment outcomes in urinary incontinence: recommendations of the Urodynamic Society. Neurourol Urodyn. 1997; 16: 145-7

42924    Van Kerrebroeck, E. V., van der Aa, H. E., Bosch, J. L., Koldewijn, E. L., Vorsteveld, J. H., Debruyne, F. M. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. Part I: Clinical and urodynamic analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 263-71

42925    Gregory, S. P., Trower, N. D. Surgical treatment of urinary incontinence resulting from a complex congenital abnormality in two dogs. J Small Anim Pract. 1997 Jan; 38: 25-8

42926    Niewijk, A. H., Weijts, W. B. Effects of a multi-media course on urinary incontinence. Patient Educ Couns. 1997 Jan; 30: 95-103

42927    Franssen, E. H., Souren, L. E., Torossian, C. L., Reisberg, B. Utility of developmental reflexes in the differential diagnosis and prognosis of incontinence in Alzheimer's disease. J Geriatr Psychiatry Neurol. 1997 Jan; 10: 22-8

42928    Ishigooka, M., Hashimoto, T., Hayami, S., Suzuki, Y., Izumi, T., Nakada, T. Ice water test in patients with overactive bladder due to cerebrovascular accidents and bladder outlet obstruction. Urol Int. 1997; 58: 84-7

42929    Frahm, J. The role of the PT in incontinence: innovation and communication to improve patient care. Ostomy Wound Manage. 1997 Jan-Feb; 43: 42-6, 48-50, 52-3

42930    Newman, D. K. How much society pays for urinary incontinence. Ostomy Wound Manage. 1997 Jan-Feb; 43: 18-20, 22, 24-5

42931    Stein, R., Hohenfellner, K., Fisch, M., Stockle, M., Beetz, R., Hohenfellner, R. Management of bladder exstrophy and incontinent epispadias: 25 years of experience with urinary diversion. Arch Esp Urol. 1997 Jan-Feb; 50: 91-102; discussion 102-4

42933    Devarajan, R., Bishop, M. C., Sands, K. A. Hepatic abscess: a tertiary complication of Mitrofanoff continent urinary diversion. Br J Urol. 1997 Jan; 79: 137-8

42934    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T., Tojo, M., Mori, M. Micturitional disturbance in Wernicke's encephalopathy. Neurourol Urodyn. 1997; 16: 111-5

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**42936**   Samuelsson, E., Victor, A., Tibblin, G. A population study of urinary incontinence and nocturia among women aged 20-59 years. Prevalence, well-being and wish for treatment. Acta Obstet Gynecol Scand. 1997 Jan; 76: 74-80

**42937**   Gelet, A., Meunier, P., Platet, R. L., AbdelRahim, A. F., Friaa, S., Lopez, J. G., Manzan, K., Dubernard, J. M. Treatment of dual urinary and fecal incontinence by implantation of two AMS 800 artificial sphincters. Case report. Eur Urol. 1997; 31: 115-7; discussion 117-8

**42938**   Vijverberg, M. A., Elzinga-Plomp, A., Messer, A. P., van Gool, J. D., de Jong, T. P. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. Eur Urol. 1997; 31: 68-72

**42940**   Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Can simultaneous perineal sonography and urethrocystometry help explain urethral pressure variations?. Neurourol Urodyn. 1997; 16: 31-8

**42941**   Quattrocolo, G., Leombruni, S., Vaula, G., Bergui, M., Riva, A., Bradac, G. B., Bergamini, L. Autosomal dominant late-onset leukoencephalopathy. Clinical report of a new Italian family. Eur Neurol. 1997; 37: 53-61

**42942**   Curtis, M. R., Gormley, E. A., Latini, J. M., Halsted, A. C., Heaney, J. A. Prospective development of a cost-efficient program for the pubovaginal sling. Urology. 1997 Jan; 49: 41-5

**42944**   Nakayama, H., Jorgensen, H. S., Pedersen, P. M., Raaschou, H. O., Olsen, T. S. Prevalence and risk factors of incontinence after stroke. The Copenhagen Stroke Study. Stroke. 1997 Jan; 28: 58-62

**42946**   Krauss, J. K., Regel, J. P., Droste, D. W., Orszagh, M., Borremans, J. J., Vach, W. Movement disorders in adult hydrocephalus. Mov Disord. 1997 Jan; 12: 53-60

**42948**   Chancellor, M. B., Strup, S., Rivas, D. A., Watanabe, T., Gomella, L. G. Rectus urethromyoplasty of radical prostatectomy anastomosis decreases postoperative incontinence and anastomotic stricture; technique and preliminary results. J Urol. 1997 Jan; 157: 371-5

**42949**   Di Benedetto, V., Gioviale, M., Bagnara, V., Cacciaguerra, S., Di Benedetto, A. The anterior sagittal transanorectal approach: a modified approach to 1- stage clitoral vaginoplasty in severely masculinized female pseudohermaphrodites--preliminary results. J Urol. 1997 Jan; 157: 330-2

**42953**   Govier, F. E., Gibbons, R. P., Correa, R. J., Weissman, R. M., Pritchett, T. R., Hefty, T. R. Pubovaginal slings using fascia lata for the treatment of intrinsic sphincter deficiency. J Urol. 1997 Jan; 157: 117-21

**42954**   Duldulao, K. E., Diokno, A. C., Mitchell, B. Value of urinary cytology in women presenting with urge incontinence and/or irritative voiding symptoms. J Urol. 1997 Jan; 157: 113-6

**42955**   Fontaine, E., Bendaya, S., Desert, J. F., Fakacs, C., Le Mouel, M. A., Beurton, D. Combined modified rectus fascial sling and augmentation ileocystoplasty for neurogenic incontinence in women. J Urol. 1997 Jan; 157: 109-12

**42956**   Close, C. E., Mitchell, M. E. Continent gastric tube: new techniques and long-term followup. J Urol. 1997 Jan; 157: 51-5

**42957**   Sylora, J. A., Gonzalez, R., Vaughn, M., Reinberg, Y. Intermittent self-catheterization by quadriplegic patients via a catheterizable Mitrofanoff channel. J Urol. 1997 Jan; 157: 48-50

**42960**   Hayes, S. Nurses take the lead. Nurs Times. 1996 Dec 11-17; 92: 53-4

**42961**   Resnick, N. M. An 89-year-old woman with urinary incontinence. JAMA. 1996 Dec 11; 276: 1832-40

**42963**   Choe, J. M., Staskin, D. R. Artificial urinary sphincter: evolution and development. J Long Term Eff Med Implants. 1997; 7: 75-100

**42964**   Sasso, K. C., Gallo, M. Patient selection criteria for treatment of urinary incontinence with pelvic floor stimulation. Urol Nurs. 1996 Dec; 16: 135-9

**42965**   Elgamasy, A. N., Lewis, V., Hassouna, M. E., Ghoniem, G. M. Effect of transvaginal stimulation in the treatment of detrusor instability. Urol Nurs. 1996 Dec; 16: 127-30

**42968**   Capitanucci, M. L., Iacobelli, B. D., Silveri, M., Mosiello, G., De Gennaro, M. Long-term urological follow-up of occult spinal dysraphism in children. Eur J Pediatr Surg. 1996 Dec; 6 Suppl 1: 25-6

---

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 644 of 800 PageID #: 203183

42972   Millard, R. J., Wang, Y. Early clinical experience with continent urinary diversion. Aust N Z J Surg. 1996 Dec; 66: 826-9

42973   Hall, A. F., Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Hamilton, L. F., Swift, S. E., Bump, R. C. Interobserver and intraobserver reliability of the proposed International Continence Society, Society of Gynecologic Surgeons, and American Urogynecologic Society pelvic organ prolapse classification system. Am J Obstet Gynecol. 1996 Dec; 175: 1467-70; discussion 1470-1

42975   Benson, J. T., Lucente, V., McClellan, E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. 1996 Dec; 175: 1418-21; discussion 1421-2

42976   Hoebeke, P., Vande Walle, J., Theunis, M., De Paepe, H., Oosterlinck, W., Renson, C. Outpatient pelvic-floor therapy in girls with daytime incontinence and dysfunctional voiding. Urology. 1996 Dec; 48: 923-7

42977   Brenner, H. Measures of differential diagnostic value of diagnostic procedures. J Clin Epidemiol. 1996 Dec; 49: 1435-39

42978   Ferro, J. M., Falcao, I., Rodrigues, G., Canhao, P., Melo, T. P., Oliveira, V., Pinto, A. N., Crespo, M., Salgado, A. V. Diagnosis of transient ischemic attack by the nonneurologist. A validation study. Stroke. 1996 Dec; 27: 2225-9

42979   Lehur, P. A., Michot, F., Denis, P., Grise, P., Leborgne, J., Teniere, P., Buzelin, J. M. Results of artificial sphincter in severe anal incontinence. Report of 14 consecutive implantations. Dis Colon Rectum. 1996 Dec; 39: 1352-5

42981   Kyles, A. E., Vaden, S., Hardie, E. M., Stone, E. A. Vestibulovaginal stenosis in dogs: 18 cases (1987-1995). J Am Vet Med Assoc. 1996 Dec 1; 209: 1889-93

42984   Miller, K. L. Hormone replacement therapy in the elderly. Clin Obstet Gynecol. 1996 Dec; 39: 912-32

42985   Nazir, T., Khan, Z., Barber, H. R. Urinary incontinence. Clin Obstet Gynecol. 1996 Dec; 39: 906-11

42987   Muskat, Y., Bukovsky, I., Schneider, D., Langer, R. The use of scopolamine in the treatment of detrusor instability. J Urol. 1996 Dec; 156: 1989-90

42990   Newman, D. K. What's new: the AHCPR guideline update on urinary incontinence. Ostomy Wound Manage. 1996 Nov-Dec; 42: 46-50, 52-4, 56 passim

42991   Newman, D. K., Wallace, J., Blackwood, N., Spencer, C. Promoting healthy bladder habits for seniors. Ostomy Wound Manage. 1996 Nov-Dec; 42: 18-22, 24-5, 28

42994   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in syringomyelia. J Neurol Sci. 1996 Nov; 143: 100-6

42997   Fuller, M. A., Borovicka, M. C., Jaskiw, G. E., Simon, M. R., Kwon, K., Konicki, P. E. Clozapine-induced urinary incontinence: incidence and treatment with ephedrine. J Clin Psychiatry. 1996 Nov; 57: 514-8

42999   Bartels, R. H., de Vries, J. Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?. Can J Neurol Sci. 1996 Nov; 23: 296-9

43000   Rabin, J. M., McNett, J., Badlani, G. H. A computerized voiding diary. J Reprod Med. 1996 Nov; 41: 801-6

43001   Samandari, T., Smith, B. D., Morgan, H. J. Progressive somnolence and confusion in a patient with hereditary hemorrhagic telangiectasias. Tenn Med. 1996 Nov; 89: 417-8

43003   White, R. N., Davies, J. V., Gregory, S. P. Vaginourethroplasty for treatment of urethral obstruction in the bitch. Vet Surg. 1996 Nov-Dec; 25: 503-10

43008   Van Savage, J. G., Khoury, A. E., McLorie, G. A., Churchill, B. M. Outcome analysis of Mitrofanoff principle applications using appendix and ureter to umbilical and lower quadrant stomal sites. J Urol. 1996 Nov; 156: 1794-7

43009   Gee, W. F., Holtgrewe, H. L., Albertsen, P. C., Litwin, M. S., Manyak, M. J., O'Leary, M. P., Painter, M. R., Blizzard, R. T., Fenninger, R. B., Emmons, L. Practice trends of American urologists in the treatment of impotence, incontinence and infertility. J Urol. 1996 Nov; 156: 1778-80

Case 2:12-md-02327 Document 3060-10 Filed 09/13/19 Page 645 of 910 PageID #: 203184

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**43010**  Perkash, I. Vesicourethral dysfunction--neurogenic and nonneurogenic considerations. J Urol. 1996 Nov; 156: 1751-2

**43011**  Cespedes, R. D., Cross, C. A., McGuire, E. J. Modified Ingelman-Sundberg bladder denervation procedure for intractable urge incontinence. J Urol. 1996 Nov; 156: 1744-7

**43012**  Flood, H. D., Alevizatos, C., Liu, J. L. Sex differences in the determination of abdominal leak point pressure in patients with intrinsic sphincter deficiency. J Urol. 1996 Nov; 156: 1737-40

**43016**  Rigby, D. Continence. Face to face support. Nurs Times. 1996 Oct 9-15; 92: 84

**43017**  Rogers, J. Continence. Single-minded action. Nurs Times. 1996 Oct 9-15; 92: 78-80

**43018**  McLean, C. Continence. The wraps come off. Interview by Jenine Willis. Nurs Times. 1996 Oct 9-15; 92: 72-5

**43019**  Kisanga, R. E., Aboud, M. M., Yongolo, C. M. Ureterosigmoidostomy: a useful procedure of internal urinary diversion in selected patients. Cent Afr J Med. 1996 Oct; 42: 288-90

**43022**  McCarthy, J. M., Mullan, E. The elderly with a learning disability (mental retardation): an overview. Int Psychogeriatr. 1996 Fall; 8: 489-501

**43023**  Valvanne, J., Juva, K., Erkinjuntti, T., Tilvis, R. Major depression in the elderly: a population study in Helsinki. Int Psychogeriatr. 1996 Fall; 8: 437-43

**43024**  Nasu, K., Yoshimatsu, J., Miyakawa, I., Nakagawa, M., Nomura, Y. Absence of vagina and hypoplasia of the urethra and ectopia of the ureter. J Obstet Gynaecol Res. 1996 Oct; 22: 451-4

**43025**  Hutchinson, S., Leger-Krall, S., Skodol Wilson, H. Toileting: a biobehavioral challenge in Alzheimer's dementia care. J Gerontol Nurs. 1996 Oct; 22: 18-27

**43027**  Griffiths, D. J., Versi, E. Urethral function. Curr Opin Obstet Gynecol. 1996 Oct; 8: 372-5

**43028**  Monga, A. Fascia--defects and repair. Curr Opin Obstet Gynecol. 1996 Oct; 8: 366-71

**43029**  Blakeman, P., Hilton, P. Cellular and molecular biology in urogynaecology. Curr Opin Obstet Gynecol. 1996 Oct; 8: 357-60

**43030**  Nygaard, I. E. Nonoperative management of urinary incontinence. Curr Opin Obstet Gynecol. 1996 Oct; 8: 347-50

**43031**  Stevenson, K. R. Voiding dysfunction in women. Curr Opin Obstet Gynecol. 1996 Oct; 8: 343-6

**43032**  Helweg-Larsen, S. Clinical outcome in metastatic spinal cord compression. A prospective study of 153 patients. Acta Neurol Scand. 1996 Oct; 94: 269-75

**43034**  Catanzaro, J. Managing incontinence: an update. RN. 1996 Oct; 59: 38-9, 41-4; quiz 45

**43035**  Nevo, Y., Pestronk, A., Lopate, G., Carroll, S. L. Neuropathy of metachromatic leukodystrophy: improvement with immunomodulation. Pediatr Neurol. 1996 Oct; 15: 237-9

**43037**  Segreti, E. M., Morris, M., Levenback, C., Lucas, K. R., Gershenson, D. M., Burke, T. W. Transverse colon urinary diversion in gynecologic oncology. Gynecol Oncol. 1996 Oct; 63: 66-70

**43040**  Tetzschner, T., Sorensen, M., Lose, G., Christiansen, J. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1996 Oct; 103: 1034-40

**43041**  Schiff, D., O'Neill, B. P. Intramedullary spinal cord metastases: clinical features and treatment outcome. Neurology. 1996 Oct; 47: 906-12

**43047**  Duckett, J. R. Women with urinary incontinence should be referred to a specialist. BMJ. 1996 Sep 21; 313: 754

**43048**  Ruud Bosch, J. L., Groen, J. Treatment of refractory urge urinary incontinence with sacral spinal nerve stimulation in multiple sclerosis patients. Lancet. 1996 Sep 14; 348: 717-9

**43050**  Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in acute disseminated encephalomyelitis (ADEM). J Auton Nerv Syst. 1996 Sep 12; 60: 200-5

---

September 2009      © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

43051  Chiverton, P. A., Wells, T. J., Brink, C. A., Mayer, R. Psychological factors associated with urinary incontinence. Clin Nurse Spec. 1996 Sep; 10: 229-33

43052  Schaffer, J., Fantl, J. A. Urogenital effects of the menopause. Baillieres Clin Obstet Gynaecol. 1996 Sep; 10: 401-17

43053  McLaughlin, A., Sciuto, D. Catheter patrols: a unique way to reduce the use of convenience urinary catheters. Geriatr Nurs. 1996 Sep-Oct; 17: 240-3; quiz 243-4

43055  Diokno, A. C., Atassi, O. Urinary incontinence. Compr Ther. 1996 Sep; 22: 592-7

43056  Rackley, R., Kursh, E. D. Evaluation and medical management of female urinary incontinence. Compr Ther. 1996 Sep; 22: 547-53

43057  Saltzman, D. A., Telander, M. J., Brennom, W. S., Telander, R. L. Transanal mucosectomy: a modification of the Soave procedure for Hirschsprung's disease. J Pediatr Surg. 1996 Sep; 31: 1272-5

43058  Okada, Y., Shichiri, Y., Terai, A., Kakehi, Y., Terachi, T., Arai, Y., Yoshida, O. Management of late complications of continent urinary diversion using the Kock pouch and the Indiana pouch procedures. Int J Urol. 1996 Sep; 3: 334-9

43060  Okur, H., Kucikaydin, M., Kazez, A., Turan, C., Bozkurt, A. Genitourinary tract injuries in girls. Br J Urol. 1996 Sep; 78: 446-9

43063  Schulman, S. L., Zderic, S., Kaplan, P. Increased prevalence of urinary symptoms and voiding dysfunction in Williams syndrome. J Pediatr. 1996 Sep; 129: 466-9

43064  Ween, J. E., Alexander, M. P., D'Esposito, M., Roberts, M. Incontinence after stroke in a rehabilitation setting: outcome associations and predictive factors. Neurology. 1996 Sep; 47: 659-63

43067  Smith, A. Y., Borden, T. Excisional plication of the ileocecal valve: a useful adjunct for the construction of continent urinary diversions. J Urol. 1996 Sep; 156: 1118-9

43069  Woodward, S. Impact of neurological problems on urinary continence. Br J Nurs. 1996 Aug 8-Sep 11; 5: 906-13

43070  Nazarko, L. In search of relief. Nurs Times. 1996 Aug 7-13; 92: 68, 70

43071  Nazarko, L. A matter of urgency. Nurs Times. 1996 Aug 7-13; 92: 63-4, 66, 68

43072  Mantle, F. Eliminate the problem. Nurs Times. 1996 Aug 7-13; 92: 50-1

43073  Dolman, M., Chase, J. Comparison between the Health Belief Model and Subjective Expected Utility Theory: predicting incontinence prevention behaviour in post- partum women. J Eval Clin Pract. 1996 Aug; 2: 217-22

43076  Ding, Y. Y., Sahadevan, S., Pang, W. S., Choo, P. W. Clinical utility of a portable ultrasound scanner in the measurement of residual urine volume. Singapore Med J. 1996 Aug; 37: 365-8

43077  Tsuboniwa, N., Kuroda, M., Hanafusa, T., Maeda, O., Saiki, S., Kinouchi, T., Miki, T., Usami, M., Kotake, T. Giant hydronephrosis of bilateral duplex systems associated with ureteral ectopia: a case report. Hinyokika Kiyo. 1996 Aug; 42: 587-90

43078  Johansson, C., Hellstrom, L., Ekelund, P., Milsom, I. Urinary incontinence: a minor risk factor for hip fractures in elderly women. Maturitas. 1996 Aug; 25: 21-8

43080  Fuchs, J., Gluer, S., Mildenberger, H. One-stage reconstruction of bladder exstrophy. Eur J Pediatr Surg. 1996 Aug; 6: 212-5

43081  Kockum, C. C., Hansson, E., Stenberg, A., Svensson, J., Malmfors, G. Bladder exstrophy in Sweden--a long-term follow-up study. Eur J Pediatr Surg. 1996 Aug; 6: 208-11

43082  Strohbehn, K. Managed care in reconstructive pelvic surgery and urogynecology. Curr Opin Obstet Gynecol. 1996 Aug; 8: 319-24

43084  Hunskaar, S., Seim, A., Freeman, T. The journey of incontinent women from community to university clinic; implications for selection bias, gatekeeper function, and primary care. Fam Pract. 1996 Aug; 13: 363-8

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

43085  Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturition disturbance in acute transverse myelitis. Spinal Cord. 1996 Aug; 34: 481-5

43086  Nickel, R. F., van den Brom, W. E. Simultaneous diuresis cysto-urethrometry and multichannel urethral pressure profilometry in continent female dogs. Am J Vet Res. 1996 Aug; 57: 1131-6

43087  Krauss, J. K., Droste, D. W., Vach, W., Regel, J. P., Orszagh, M., Borremans, J. J., Tietz, A., Seeger, W. Cerebrospinal fluid shunting in idiopathic normal-pressure hydrocephalus of the elderly: effect of periventricular and deep white matter lesions. Neurosurgery. 1996 Aug; 39: 292-9; discussion 299-300

43088  Lose, G., Ulmsten, U., Nilsson, C. G., Kulseng-Hanssen, S., Ludviksson, K. Scandinavian urogynecology. Current status and visions for the future. Acta Obstet Gynecol Scand. 1996 Aug; 75: 603-4

43090  Simeoni, J., Guys, J. M., Mollard, P., Buzelin, J. M., Moscovici, J., Bondonny, J. M., Melin, Y., Lortat-Jacob, S., Aubert, D., Costa, F., Galifer, B., Debeugny, P. Artificial urinary sphincter implantation for neurogenic bladder: a multi-institutional study in 107 children. Br J Urol. 1996 Aug; 78: 287-93

43091  Karakayali, H., Bilgin, N., Moray, G., Demirbas, M., Ozkardes, H. Major urological complications in 1051 consecutive renal transplants. Transplant Proc. 1996 Aug; 28: 2339-40

43095  Kalkanis, S. N., Blumenfeld, H., Sherman, J. C., Krebs, D. E., Irizarry, M. C., Parker, S. W., Cosgrove, G. R. Delayed complications thirty-six years after hemispherectomy: a case report. Epilepsia. 1996 Aug; 37: 758-62

43096  Ryhammer, A. M., Laurberg, S., Hermann, A. P. Long-term effect of vaginal deliveries on anorectal function in normal perimenopausal women. Dis Colon Rectum. 1996 Aug; 39: 852-9

43098  Gross, J. S., Shua-Haim, J. R. Urinary incontinence responsive to desmopressin: a case report. J Am Geriatr Soc. 1996 Aug; 44: 1015-6

43104  Kaplinsky, R., Greenfield, S., Wan, J., Fera, M. Expanded followup of intravesical oxybutynin chloride use in children with neurogenic bladder. J Urol. 1996 Aug; 156: 753-6

43106  Leonard, M. P., Decter, A., Mix, L. W., Johnson, H. W., Coleman, G. U. Treatment of urinary incontinence in children by endoscopically directed bladder neck injection of collagen. J Urol. 1996 Aug; 156: 637-40; discussion 640-1

43108  Levesque, P. E., Bauer, S. B., Atala, A., Zurakowski, D., Colodny, A., Peters, C., Retik, A. B. Ten-year experience with the artificial urinary sphincter in children. J Urol. 1996 Aug; 156: 625-8

43109  Lima, S. V., Araujo, L. A., Vilar, F. O., Kummer, C. L., Lima, E. C. Combined use of enterocystoplasty and a new type of artificial sphincter in the treatment of urinary incontinence. J Urol. 1996 Aug; 156: 622-4

43110  Norton, C. Asking simple questions: promoting continence (repeat) (continuing education credit). Nurs Stand. 1996 Jul 31; 10: 5-17; quiz 21-5

43111  Cheater, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1996 Jul 10; 10: 47-51; quiz 53-4

43112  Winters, J. C., Appell, R. A. Collagen injection therapy in the treatment of urinary incontinence. Tech Urol. 1996 Summer; 2: 59-64

43113  Pearson, B. D., Kelber, S. Urinary incontinence: treatments, interventions, and outcomes. Clin Nurse Spec. 1996 Jul; 10: 177-82

43115  Lieu, P. K., Chia, H. H., Heng, L. C., Ding, Y. Y., Choo, P. W. Carer-assisted intermittent urethral catheterisation in the management of persistent retention of urine in elderly women. Ann Acad Med Singapore. 1996 Jul; 25: 562-5

43116  McCarthy, M., Lay, M., Addington-Hall, J. Dying from heart disease. J R Coll Physicians Lond. 1996 Jul-Aug; 30: 325-8

43118  Miyazaki, E., Tsuda, T., Mochizuki, A., Sugisaki, K., Ando, M., Matsumoto, T., Sawabe, T., Kumamoto, T. Sarcoidosis presenting as bilateral hydronephrosis. Intern Med. 1996 Jul; 35: 579-82

43119  Castleden, C. M., Parker, S. G. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age not disease. Age Ageing. 1996 Jul; 25: 336

Case 2:12-md-02327 Document 3080-10 Filed 05/13/19 Page 648 of 300 PageID #: 203187

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**43122** Canavan, K. ANA endorses guidelines for smoking cessation, urinary incontinence. Am Nurse. 1996 Jul-Aug; 28: 8

**43123** Webster, J. J., Williams, G. Adhesions of the labia minora. Br J Urol. 1996 Jul; 78: 146-7

**43126** Mayeaux, E. J., Jr, Johnson, C. Current concepts in postmenopausal hormone replacement therapy. J Fam Pract. 1996 Jul; 43: 69-75

**43127** Khan, K. S., Chien, P. F. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Jul; 103: 720

**43129** Williams, M. E., Richman, J., Scatliff, J. A 67-year-old woman with a progressive gait disturbance. J Am Geriatr Soc. 1996 Jul; 44: 843-6

**43130** Chandawarkar, R. Y. Sacrococcygeal chordoma: review of 50 consecutive patients. World J Surg. 1996 Jul-Aug; 20: 717-9

**43132** Raz, S., Stothers, L., Young, G. P., Short, J., Marks, B., Chopra, A., Wahle, G. R. Vaginal wall sling for anatomical incontinence and intrinsic sphincter dysfunction: efficacy and outcome analysis. J Urol. 1996 Jul; 156: 166-70

**43133** Norton, C. Providing appropriate services for continence: an overview. Nurs Stand. 1996 Jun 26; 10: 41-5

**43134** Yusuf, S. W., Booth, S. A., Mishra, R. M. Falls and urinary incontinence in a 66-year-old woman. Lancet. 1996 Jun 22; 347: 1738

**43135** Langford, R. Continence. Behind closed doors. Nurs Times. 1996 Jun 12-8; 92: 72

**43136** Seim, A., Sivertsen, B., Eriksen, B. C., Hunskaar, S. Treatment of urinary incontinence in women in general practice: observational study. BMJ. 1996 Jun 8; 312: 1459-62

**43138** Sampselle, C. M., Miller, J. M., Herzog, A. R., Diokno, A. C. Behavioral modification: group teaching outcomes. Urol Nurs. 1996 Jun; 16: 59-63

**43139** Oostra, K., Everaert, K., Van Laere, M. Urinary incontinence in brain injury. Brain Inj. 1996 Jun; 10: 459-64

**43141** Kaneko, K., Ohtsuka, Y., Suzuki, Y., Yabuta, K., Yamataka, A., Miyano, T. Masked ureteral duplication with ectopic ureter detected by magnetic resonance imaging. Acta Paediatr Jpn. 1996 Jun; 38: 291-3

**43142** Ravalli, R., Brettschneider, N. Nursing assessment and management strategies for urinary incontinence. J Endourol. 1996 Jun; 10: 297-300

**43151** Albo, M., Dupont, M. C., Raz, S. Transvaginal correction of pelvic prolapse. J Endourol. 1996 Jun; 10: 231-9

**43157** Muthukumar, N. Surgical treatment of nonprogressive neurological deficits in children with sacral agenesis. Neurosurgery. 1996 Jun; 38: 1133-7; discussion 1137-8

**43158** Yang, J. M. Factors affecting urethrocystographic parameters in urinary continent women. J Clin Ultrasound. 1996 Jun; 24: 249-55

**43159** Ahmed, S., Fouda-Neel, K., Borghol, M. Continence after bladder-neck reconstruction in patients with bladder exstrophy and pubic diastasis. Br J Urol. 1996 Jun; 77: 896-9

**43160** Jackson, S., Donovan, J., Brookes, S., Eckford, S., Swithinbank, L., Abrams, P. The Bristol Female Lower Urinary Tract Symptoms questionnaire: development and psychometric testing. Br J Urol. 1996 Jun; 77: 805-12

**43161** Chandiramani, V. A., Peterson, T., Duthie, G. S., Fowler, C. J. Urodynamic changes during therapeutic intravesical instillations of capsaicin. Br J Urol. 1996 Jun; 77: 792-7

**43162** Lee, S. S., Robichaux, W., Elsergany, R. E., Ghoniem, G. M. Persistence of injectable collagen in human urethra: case report. Urology. 1996 Jun; 47: 940-1

**43166** Danek, A., Uttner, I., Yoursry, T., Pfister, H. W. Lyme neuroborreliosis disguised as normal pressure hydrocephalus. Neurology. 1996 Jun; 46: 1743-5

**43167** Dooneief, G., Marlink, R., Bell, K., Marder, K., Renjifo, B., Stern, Y., Mayeux, R. Neurologic consequences of HTLV-II infection in injection-drug users. Neurology. 1996 Jun; 46: 1556-60

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**43168**  Touho, H., Karasawa, J., Tenjin, H., Ueda, S. Omental transplantation using a superficial temporal artery previously used for encephaloduroarteriosynangiosis. Surg Neurol. 1996 Jun; 45: 550-8; discussion 558-9

**43169**  Martensson, O., Duchek, M. Translabial sonography in evaluating the lower female urogenital tract. AJR Am J Roentgenol. 1996 Jun; 166: 1327-31

**43172**  McGuire, E. J. This month in Investigative Urology. Commentary on antibody production in response to collagen injection. J Urol. 1996 Jun; 155: 1830

**43173**  James, W. H. Smoke them out. Nature. 1996 May 30; 381: 363

**43174**  McCarthy, T. C. Cystoscopy and biopsy of the feline lower urinary tract. Vet Clin North Am Small Anim Pract. 1996 May; 26: 463-82

**43175**  Lede, R. L., Belizan, J. M., Carroli, G. Is routine use of episiotomy justified?. Am J Obstet Gynecol. 1996 May; 174: 1399-402

**43177**  Boemers, T. M., de Jong, T. P., van Gool, J. D., Bax, K. M. Urologic problems in anorectal malformations. Part 2: functional urologic sequelae. J Pediatr Surg. 1996 May; 31: 634-7

**43179**  Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound: determination of reliable examination procedures. Ultrasound Obstet Gynecol. 1996 May; 7: 347-52

**43180**  Cochrane, D. D., Wilson, R. D., Steinbok, P., Farquharson, D. F., Irwin, B., Irvine, B., Chambers, K. Prenatal spinal evaluation and functional outcome of patients born with myelomeningocele: information for improved prenatal counselling and outcome prediction. Fetal Diagn Ther. 1996 May-Jun; 11: 159-68

**43181**  Sultan, A. H., Monga, A. K., Stanton, S. L. The pelvic floor sequelae of childbirth. Br J Hosp Med. 1996 May 1-14; 55: 575-9

**43184**  Resnick, B., Slocum, D., Ra, L., Moffett, P. Geriatric rehabilitation: nursing interventions and outcomes focusing on urinary function and knowledge of medications. Rehabil Nurs. 1996 May-Jun; 21: 142-7

**43185**  Rousseau, T., Sapin, E., Helardot, P. G. Congenital vesicovaginal fistula. Br J Urol. 1996 May; 77: 760-1

**43186**  Mouriquand, P. D., Boddy, S. Salvage procedures for failed Benchekroun hydraulic valves: experience in four patients. Br J Urol. 1996 May; 77: 740-4

**43188**  Nordstrom, O., Sandin, R. Recall during intermittent propofol anaesthesia. Br J Anaesth. 1996 May; 76: 699-701

**43189**  Brown, J. S., Seeley, D. G., Fong, J., Black, D. M., Ensrud, K. E., Grady, D. Urinary incontinence in older women: who is at risk? Study of Osteoporotic Fractures Research Group. Obstet Gynecol. 1996 May; 87: 715-21

**43191**  McGuire, E. J., Cespedes, R. D., Cross, C. A., O'Connell, H. E. Videourodynamic studies. Urol Clin North Am. 1996 May; 23: 309-21

**43194**  Routt, M. L., Simonian, P. T., Defalco, A. J., Miller, J., Clarke, T. Internal fixation in pelvic fractures and primary repairs of associated genitourinary disruptions: a team approach. J Trauma. 1996 May; 40: 784-90

**43195**  Eason, E. L., Feldman, P. Contact dermatitis associated with the use of Always sanitary napkins. CMAJ. 1996 Apr 15; 154: 1173-6

**43196**  Dawson, C., Whitfield, H. ABC of urology. Urinary incontinence and urinary infection. BMJ. 1996 Apr 13; 312: 961-4

**43197**  Sadler, C. Combatting incontinence after childbirth. Br J Nurs. 1996 Apr 11-24; 5: 448-9

**43198**  Haslam, J. Continence. Working together. Nurs Times. 1996 Apr 10-16; 92: 68

**43199**  Pomfret, I. Continence. Comprehensive care to order. Nurs Times. 1996 Apr 10-16; 92: 62-4

**43200**  Pyne, K., Stott, M. Continence. Delivering the best service. Nurs Times. 1996 Apr 10-16; 92: 60-2

**43201**  Stanley, R. Treatment of continence in people with learning disabilities: 2. Br J Nurs. 1996 Apr 25-May 8; 5: 492-8

**43202**  Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance after acute hemispheric stroke: analysis of the lesion site by CT and MRI. J Neurol Sci. 1996 Apr; 137: 47-56

---

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

**SUI Guidelines Panel**

43204 Midgard, R., Riise, T., Nyland, H. Impairment, disability, and handicap in multiple sclerosis. A cross- sectional study in an incident cohort in More and Romsdal County, Norway. J Neurol. 1996 Apr; 243: 337-44

43205 Zimakoff, J., Stickler, D. J., Pontoppidan, B., Larsen, S. O. Bladder management and urinary tract infections in Danish hospitals, nursing homes, and home care: a national prevalence study. Infect Control Hosp Epidemiol. 1996 Apr; 17: 215-21

43206 Murthy, V. K., Orkin, B. A., Smith, L. E., Glassman, L. M. Excellent outcome using selective criteria for rectocele repair. Dis Colon Rectum. 1996 Apr; 39: 374-8

43207 el Ghoneimi, A., Miranda, J., Truong, T., Monfort, G. Ectopic ureter with complete ureteric duplication: conservative surgical management. J Pediatr Surg. 1996 Apr; 31: 467-72

43208 Johansson, C., Molander, U., Milsom, I., Ekelund, P. Association between urinary incontinence and urinary tract infections, and fractures in postmenopausal women. Maturitas. 1996 Apr; 23: 265-71

43209 Tetrud, J. W., Golbe, L. I., Forno, L. S., Farmer, P. M. Autopsy-proven progressive supranuclear palsy in two siblings. Neurology. 1996 Apr; 46: 931-4

43210 Avanoglu, A., Ulman, I., Herek, O., Ozok, G., Gokdemir, A. Posterior urethral injuries in children. Br J Urol. 1996 Apr; 77: 597-600

43211 Mevorach, R. A., Bogaert, G. A., Baskin, L. S., Lazzaretti, C. C., Edwards, M. S., Kogan, B. A. Lower urinary tract function in ambulatory children with spina bifida. Br J Urol. 1996 Apr; 77: 593-6

43212 Woodhouse, C. R., Redgrave, N. G. Late failure of the reconstructed exstrophy bladder. Br J Urol. 1996 Apr; 77: 590-2

43214 Tarvonen-Schroder, S., Roytta, M., Raiha, I., Kurki, T., Rajala, T., Sourander, L. Clinical features of leuko-araiosis. J Neurol Neurosurg Psychiatry. 1996 Apr; 60: 431-6

43215 Arnold, S., Hubler, M., Lott-Stolz, G., Rusch, P. Treatment of urinary incontinence in bitches by endoscopic injection of glutaraldehyde cross-linked collagen. J Small Anim Pract. 1996 Apr; 37: 163-8

43216 Karram, M. M., Partoll, L., Rahe, J. Efficacy of nonsurgical therapy for urinary incontinence. J Reprod Med. 1996 Apr; 41: 215-9

43217 Landau, R., Last, U., Aldor, R., Hartman, M. Sex and sociocultural correlates of urinary incontinence in Israeli preschool children. J Gen Psychol. 1996 Apr; 123: 150-68

43219 Misra, D., Chana, J., Drake, D. P., Kiely, E. M., Spitz, L. Operative trauma to the genitourinary tract in the treatment of anorectal malformations: 15 years' experience. Urology. 1996 Apr; 47: 559-62

43220 King, D. H., Hlavinka, T. C., Sarosdy, M. F. Additional experience with continent urinary diversion using cutaneous ileocecocystoplasty. Urology. 1996 Apr; 47: 471-5

43221 Ouslander, J. G., Simmons, S., Schnelle, J., Uman, G., Fingold, S. Effects of prompted voiding on fecal continence among nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 424-8

43222 Ouslander, J. G., Schapira, M., Schnelle, J. F., Fingold, S. Pyuria among chronically incontinent but otherwise asymptomatic nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 420-3

43223 Ellsworth, P. I., Webb, H. W., Crump, J. M., Barraza, M. A., Stevens, P. S., Mesrobian, H. G. The Malone antegrade colonic enema enhances the quality of life in children undergoing urological incontinence procedures. J Urol. 1996 Apr; 155: 1416-8

43224 McMahon, D. R., Cain, M. P., Husmann, D. A., Kramer, S. A. Vesical neck reconstruction in patients with the exstrophy-epispadias complex. J Urol. 1996 Apr; 155: 1411-3

43225 Schilling, A., Krawczak, G., Friesen, A., Kruse, H. Pregnancy in a patient with an ileal substitute bladder followed by severe destabilization of the pelvic support. J Urol. 1996 Apr; 155: 1389-90

43226 Nitti, V. W. The role of clinical research in the diagnosis and treatment of urinary incontinence. J Urol. 1996 Apr; 155: 1268-9

# American Urological Association, Inc.

**SUI Guidelines Panel**

43229    Ben-Chaim, J., Jeffs, R. D., Reiner, W. G., Gearhart, J. P. The outcome of patients with classic bladder exstrophy in adult life. J Urol. 1996 Apr; 155: 1251-2

43230    DuBeau, C. Urinary incontinence: taking action against this 'silent epidemic'. Interview by Marc E. Weksler. Geriatrics. 1996 Apr; 51: 47-51

43231    Reuben, D. B., Maly, R. C., Hirsch, S. H., Frank, J. C., Oakes, A. M., Siu, A. L., Hays, R. D. Physician implementation of and patient adherence to recommendations from comprehensive geriatric assessment. Am J Med. 1996 Apr; 100: 444-51

43232    Moore, A. A., Siu, A. L. Screening for common problems in ambulatory elderly: clinical confirmation of a screening instrument. Am J Med. 1996 Apr; 100: 438-43

43233    Davila, G. W. Vaginal prolapse: management with nonsurgical techniques. Postgrad Med. 1996 Apr; 99: 171-6, 181, 184-5

43236    Luukinen, H., Koski, K., Kivela, S. L., Laippala, P. Social status, life changes, housing conditions, health, functional abilities and life-style as risk factors for recurrent falls among the home-dwelling elderly. Public Health. 1996 Mar; 110: 115-8

43238    Samsioe, G. Medical and surgical strategies for treating urogynecological disorders. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 136-41

43239    Wozniak-Petrofsky, J. Periurethral collagen injection in the treatment of urinary incontinence. Urol Nurs. 1996 Mar; 16: 20-2

43240    Sueppel, C., Arthur, C., Van Why, K., Lepic, M., Foutain, K. A comprehensive screening program for urinary dysfunction in older adults. Urol Nurs. 1996 Mar; 16: 14-9

43243    Kohler-Ockmore, J., Feneley, R. C. Long-term catheterization of the bladder: prevalence and morbidity. Br J Urol. 1996 Mar; 77: 347-51

43245    Billington, A. Workplace continence awareness. Occup Health (Lond). 1996 Mar; 48: 96

43247    Peet, S. M., Castleden, C. M., McGrother, C. W., Duffin, H. M. The management of urinary incontinence in residential and nursing homes for older people. Age Ageing. 1996 Mar; 25: 139-43

43249    Nakagawa, H., Fujita, T., Kubo, S., Izumoto, S., Nakajima, Y., Tsuruzono, K., Tokiyoshi, K., Hayakawa, T. Ventriculolumbar perfusion chemotherapy with methotrexate and cytosine arabinoside for meningeal carcinomatosis: a pilot study in 13 patients. Surg Neurol. 1996 Mar; 45: 256-64

43253    Del-Ser, T., Munoz, D. G., Hachinski, V. Temporal pattern of cognitive decline and incontinence is different in Alzheimer's disease and diffuse Lewy body disease. Neurology. 1996 Mar; 46: 682-6

43254    Boemers, T. M., Soorani-Lunsing, I. J., de Jong, T. P., Pruijs, H. E. Urological problems after surgical treatment of scoliosis in children with myelomeningocele. J Urol. 1996 Mar; 155: 1066-9

43257    O'Brien, J. Evaluating primary care interventions for incontinence. Nurs Stand. 1996 Feb 28; 10: 40-3

43258    Henry, T. Continence. Survey shows hidden problem. Nurs Times. 1996 Feb 14-20; 92: 62-6

43259    Davies, L. A vital consideration. Nurs Times. 1996 Feb 7-14; 92: 165

43262    Rivas, D. A., Chancellor, M. B., Liu, J. -. B., Hanau, C., Bagley, D. H., Goldberg, B. Endoluminal ultrasonographic and histologic evaluation of periurethral collagen injection. J Endourol. 1996 Feb; 10: 61-6

43263    Singh, G., Thomas, D. G. Artificial urinary sphincter in patients with neurogenic bladder dysfunction. Br J Urol. 1996 Feb; 77: 252-5

43267    Rabin, J. M., McNett, J., Badlani, G. H. 'Compu-Void II': the computerized voiding diary. J Med Syst. 1996 Feb; 20: 19-34

43268    Toba, K., Ouchi, Y., Orimo, H., Iimura, O., Sasaki, H., Nakamura, Y., Takasaki, M., Kuzuya, F., Sekimoto, H., Yoshioka, H., Ogiwara, T., Kimura, I., Ozawa, T., Fujishima, M. Urinary incontinence in elderly inpatients in Japan: a comparison between general and geriatric hospitals. Aging (Milano). 1996 Feb; 8: 47-54

Case 2:12-md-02327 Document 3080-16 Filed 09/19/16 Page 692 of 300 PageID #: 203191

| | |
|---|---|
| 43269 | Fultz, N. H., Herzog, A. R. Epidemiology of urinary symptoms in the geriatric population. Urol Clin North Am. 1996 Feb; 23: 1-10 |
| 43270 | Baker, J., Norton, P. Evaluation of absorbent products for women with mild to moderate urinary incontinence. Appl Nurs Res. 1996 Feb; 9: 29-33 |
| 43273 | Versi, E., Orrego, G., Hardy, E., Seddon, G., Smith, P., Anand, D. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Feb; 103: 162-7 |
| 43274 | Wilson, P. D., Herbison, R. M., Herbison, G. P. Obstetric practice and the prevalence of urinary incontinence three months after delivery. Br J Obstet Gynaecol. 1996 Feb; 103: 154-61 |
| 43275 | Chua, K. S., Kong, K. H. Functional outcome in brain stem stroke patients after rehabilitation. Arch Phys Med Rehabil. 1996 Feb; 77: 194-7 |
| 43285 | Gregory, S. P., Cripps, P. J., Holt, P. E. Comparison of urethral pressure profilometry and contrast radiography in the diagnosis of incompetence of the urethral sphincter mechanism in bitches. Vet Rec. 1996 Jan 20; 138: 58-61 |
| 43286 | Newman, D. K. Urinary incontinence management in the USA: the role of the nurse. Br J Nurs. 1996 Jan 25-Feb 7; 5: 78, 80, 82-8 |
| 43294 | Petros, P. E. Re: Farrell SA and Tynskl G. 'The effect of urethral pressure variation in women.' Int Urogynecol J 1996;7:87-93. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 274 |
| 43298 | Hohlbrugger, G. Leaky urothelium and/or vesical ischemia enable urinary potassium to cause idiopathic urgency/frequency syndrome and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 242-55 |
| 43301 | Scowen, P. Childbirth and continence: 2. Prof Care Mother Child. 1996; 6: 119-23 |
| 43302 | Penalver, M. A., Barreau, G., Sevin, B. U., Averette, H. E. Surgery for the treatment of locally recurrent disease. J Natl Cancer Inst Monogr. 1996; : 117-22 |
| 43304 | Griffiths, D. J., Harrison, G., Moore, K., McCracken, P. Variability of post-void residual urine volume in the elderly. Urol Res. 1996; 24: 23-6 |
| 43305 | Myers, A. H., Palmer, M. H., Engel, B. T., Warrenfeltz, D. J., Parker, J. A. Mobility in older patients with hip fractures: examining prefracture status, complications, and outcomes at discharge from the acute-care hospital. J Orthop Trauma. 1996; 10: 99-107 |
| 43306 | Dowd, T. T., Campbell, J. M., Jones, J. A. Fluid intake and urinary incontinence in older community-dwelling women. J Community Health Nurs. 1996; 13: 179-86 |
| 43309 | Resnick, N. M., Brandeis, G. H., Baumann, M. M., Morris, J. N. Evaluating a national assessment strategy for urinary incontinence in nursing home residents: reliability of the minimum data set and validity of the resident assessment protocol. Neurourol Urodyn. 1996; 15: 583-98 |
| 43313 | Kobak, W. H., Rosenberger, K., Walters, M. D. Interobserver variation in the assessment of pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 121-4 |
| 43314 | Nichols, D. H. What is new in vaginal surgery?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 115-6 |
| 43316 | Vereecken, R. L. Physiological and pathological urethral pressure variations. Urol Int. 1996; 57: 145-50 |
| 43317 | Schultz, A., Talseth, T. Continent urinary diversion in patients with dysfunction of the lower urinary tract. Experience with the detubularized right colonic segment as urinary reservoir. Scand J Urol Nephrol Suppl. 1996; 179: 93-6 |
| 43319 | Andersen, J. T., Sander, P. Minimal care--a new concept for the management of urinary incontinence in an open access, interdisciplinary incontinence clinic. The way ahead?. Scand J Urol Nephrol Suppl. 1996; 179: 55-60 |
| 43320 | Abrams, P., Klevmark, B. Frequency volume charts: an indispensable part of lower urinary tract assessment. Scand J Urol Nephrol Suppl. 1996; 179: 47-53 |
| 43323 | Levin, R. M., Levin, S. S., Wein, A. J. Etiology of incontinence: a review and hypothesis. Scand J Urol Nephrol Suppl. 1996; 179: 15-25 |

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

43326   Marymont, M. H., Geohas, J., Tomita, T., Strauss, L., Brand, W. N., Mittal, B. B. Hyperfractionated craniospinal radiation in medulloblastoma. Pediatr Neurosurg. 1996; 24: 178-84

43327   Misra, U. K., Kalita, J., Srivastava, M., Mandal, S. K. A study of prognostic predictors of supratentorial haematomas. J Neurol. 1996 Jan; 243: 96-100

43328   Thorpe, A. C. Significance of rectal contraction noted on multichannel urodynamics. Neurourol Urodyn. 1996; 15: 577-8

43329   Scowen, P. Childbirth and continence: 1. Prof Care Mother Child. 1996; 6: 91-4

43330   McIntosh, L. J., Stanitski, D. F., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence, and pelvic floor prolapse. Gynecol Obstet Invest. 1996; 41: 135-9

43331   Turan, C., Zorlu, C. G., Ekin, M., Hancerliogullari, N., Saracoglu, F. Urinary incontinence in women of reproductive age. Gynecol Obstet Invest. 1996; 41: 132-4

43333   Bladou, F., Houvenaeghel, G., Delpero, J. R., Monges, G., Serment, G., Guerinel, G. Construction of a urinary sphincter by means of an electrically stimulated striated muscle: experimental procedure and urodynamic results on canine model. Int Surg. 1996 Jan-Mar; 81: 94-8

43335   Schaer, G., Koelbl, H., Voigt, R., Merz, E., Anthuber, C., Niemeyer, R., Ralph, G., Bader, W., Fink, D., Grischke, E. Recommendations of the German Association of Urogynecology on functional sonography of the lower female urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 105-8

43340   Nygaard, I. E. Postvoid residual volume cannot be accurately estimated by bimanual examination. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 74-6

43343   Bernstein, I., Sejr, T., Able, I., Andersen, J. T., Fischer-Rasmussen, W., Klarskov, P., Lose, G., Madsen, H., Mortensen, S., Tetzschner, T., Walter, S. Assessment of lower urinary tract symptoms in women by a self-administered questionnaire: test-retest reliability. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 37-47

43348   Fall, M., Geirsson, G. Positive ice-water test: a predictor of neurological disease?. World J Urol. 1996; 14 Suppl 1: S51-4

43350   Chancellor, M. B., Rivas, D. A., Bourgeois, I. M. Laplace's law and the risks and prevention of bladder rupture after enterocystoplasty and bladder autoaugmentation. Neurourol Urodyn. 1996; 15: 223-33

43351   Robinson, D., Rainer, R. O., Washburn, S. A., Clarkson, T. B. Effects of estrogen and progestin replacement on the urogenital tract of the ovariectomized cynomolgus monkey. Neurourol Urodyn. 1996; 15: 215-21

43354   Carr, M. C., Mitchell, M. E. Continent gastric pouch. World J Urol. 1996; 14: 112-6

43355   Lang, E. W., Chesnut, R. M., Hennerici, M. Urinary retention and space-occupying lesions of the frontal cortex. Eur Neurol. 1996; 36: 43-7

43356   Robinson, D., McClish, D. K., Wyman, J. F., Bump, R. C., Fanti, J. A. Comparison between urinary diaries completed with and without intensive patient instructions. Neurourol Urodyn. 1996; 15: 143-8

43357   Trsinar, B., Kraij, B. Maximal electrical stimulation in children with unstable bladder and nocturnal enuresis and/or daytime incontinence: a controlled study. Neurourol Urodyn. 1996; 15: 133-42

43359   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urge incontinence in elderly people: factors predicting the severity of urine loss before and after pharmacological treatment. Neurourol Urodyn. 1996; 15: 53-7

43363   Pantuck, A. J., Barone, J. G., Rosenfeld, D. L., Fleisher, M. H. Occult bilateral ectopic vaginal ureters causing urinary incontinence: diagnosis by computed tomography. Abdom Imaging. 1996 Jan-Feb; 21: 78-80

43364   Lalos, O., Lalos, A. Urinary, climacteric and sexual symptoms one year after treatment of endometrial and cervical cancer. Eur J Gynaecol Oncol. 1996; 17: 128-36

43367   Gilja, I., Kovacic, M., Radej, M., Kosuta, D., Bakula, B., Goles, L. The sigmoidorectal pouch (Mainz pouch II). Eur Urol. 1996; 29: 210-5

September  2009        © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 694 of 800 PageID #: 203193

**43369** Dewan, P. A., Fraundorfer, M. Skin migration following periurethral polytetrafluorethylene injection for urinary incontinence. Aust N Z J Surg. 1996 Jan; 66: 57-9

**43370** Urinary incontinence. Number 213--October 1995 (replaces No. 100, January 1987. Committee on Technical Bulletins of the American College of Obstetricians and Gynecologists. Int J Gynaecol Obstet. 1996 Jan; 52: 75-86

**43372** Wagner, T. H., Patrick, D. L., Bavendam, T. G., Martin, M. L., Buesching, D. P. Quality of life of persons with urinary incontinence: development of a new measure. Urology. 1996 Jan; 47: 67-71; discussion 71-2

**43376** Blok, C. Re: Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1996 Jan; 155: 290-1

**43389** Notelovitz, M. Estrogen therapy in the management of problems associated with urogenital ageing: a simple diagnostic test and the effect of the route of hormone administration. Maturitas. 1995 Dec; 22 Suppl: S31-3

**43391** Stenberg, A., Heimer, G., Ulmsten, U. The prevalence of urogenital symptoms in postmenopausal women. Maturitas. 1995 Dec; 22 Suppl: S17-S20

**43392** Bachmann, G. Urogenital ageing: an old problem newly recognized. Maturitas. 1995 Dec; 22 Suppl: S1-S5

**43394** Margolis, M. T., Thoen, L. D., Boike, G. M., Mercer, L. J., Keith, L. G. Asymptomatic endometrial carcinoma after endometrial ablation. Int J Gynaecol Obstet. 1995 Dec; 51: 255-8

**43396** Umlauf, M. G., Mathis, J. A. Urinary incontinence among primiparous women. Urol Nurs. 1995 Dec; 15: 112-6

**43403** Coward, R. T., Horne, C., Peek, C. W. Predicting nursing home admissions among incontinent older adults: a comparison of residential differences across six years. Gerontologist. 1995 Dec; 35: 732-43

**43404** Fried, G. W., Goetz, G., Potts-Nulty, S., Cioschi, H. M., Staas, W. E., Jr A behavioral approach to the treatment of urinary incontinence in a disabled population. Arch Phys Med Rehabil. 1995 Dec; 76: 1120-4

**43408** Addington-Hall, J., Lay, M., Altmann, D., McCarthy, M. Symptom control, communication with health professionals, and hospital care of stroke patients in the last year of life as reported by surviving family, friends, and officials. Stroke. 1995 Dec; 26: 2242-8

**43409** Schnelle, J. F., MacRae, P. G., Ouslander, J. G., Simmons, S. F., Nitta, M. Functional Incidental Training, mobility performance, and incontinence care with nursing home residents. J Am Geriatr Soc. 1995 Dec; 43: 1356-62

**43410** Williams, K., Roe, B., Sindhu, F. Using a handbook to improve nurses' continence care. Nurs Stand. 1995 Nov 15-21; 10: 39-42

**43411** Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. The location of the paths subserving micturition: studies in patients with cervical myelopathy. J Auton Nerv Syst. 1995 Nov 6; 55: 165-8

**43412** O'Brien, J., Long, H. Urinary incontinence: long term effectiveness of nursing intervention in primary care. BMJ. 1995 Nov 4; 311: 1208

**43414** Talbot, L. A., Cox, M. Differences in coping strategies among community-residing older adults with functional urinary continence, dysfunctional urinary continence and actual urinary incontinence. Ostomy Wound Manage. 1995 Nov-Dec; 41: 30-2, 34-7

**43416** Gray, R., Stern, G., Malone-Lee, J. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age and not disease. Age Ageing. 1995 Nov; 24: 499-504

**43417** Perrouin-Verbe, B., Labat, J. J., Richard, I., Mauduyt de la Greve, I., Buzelin, J. M., Mathe, J. F. Clean intermittent catheterisation from the acute period in spinal cord injury patients. Long term evaluation of urethral and genital tolerance. Paraplegia. 1995 Nov; 33: 619-24

**43418** Matsui, M., Enoki, M., Matsui, Y., Oono, S., Ohta, M., Suenaga, A., Kuroda, Y. Seronegative myasthenia gravis associated with atonic urinary bladder and accommodative insufficiency. J Neurol Sci. 1995 Nov; 133: 197-9

**43419** Weiner, H. L., Constantini, S., Cohen, H., Wisoff, J. H. Current treatment of normal-pressure hydrocephalus: comparison of flow- regulated and differential-pressure shunt valves. Neurosurgery. 1995 Nov; 37: 877-84

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43421  Enzelsberger, H., Helmer, H., Kurz, C. Intravesical instillation of oxybutynin in women with idiopathic detrusor instability: a randomised trial. Br J Obstet Gynaecol. 1995 Nov; 102: 929-30

43423  Ryhammer, A. M., Bek, K. M., Laurberg, S. Multiple vaginal deliveries increase the risk of permanent incontinence of flatus urine in normal premenopausal women. Dis Colon Rectum. 1995 Nov; 38: 1206-9

43426  Janknegt, R. A., Heesakkers, J. P., Weil, E. H., Baeten, C. G. Electrically stimulated gracilis sphincter (dynamic graciloplasty) for treatment of intrinsic sphincter deficiency: a pilot study on feasibility and side effects. J Urol. 1995 Nov; 154: 1830-3

43428  Diokno, A., Yuhico, M., Jr Preference, compliance and initial outcome of therapeutic options chosen by female patients with urinary incontinence. J Urol. 1995 Nov; 154: 1727-30; discussion 1731

43429  Delodovici, M. L., Fowler, C. J. Clinical value of the pudendal somatosensory evoked potential. Electroencephalogr Clin Neurophysiol. 1995 Nov; 96: 509-15

43430  Langley, T. Training staff to provide a continence helpline. Prof Nurse. 1995 Nov; 11: 121-4

43432  Wilkinson, K., Williamson, B. Lights, camera, action!. Nurs Stand. 1995 Oct 25-31; 10: 19-21

43434  Boulter, P. Increasing independence. Nurs Stand. 1995 Oct 18-24; 10: 18-20

43438  Levi, R., Hultling, C., Seiger, A. The Stockholm Spinal Cord Injury Study: 2. Associations between clinical patient characteristics and post-acute medical problems. Paraplegia. 1995 Oct; 33: 585-94

43439  Mast, P., Hoebeke, P., Wyndaele, J. J., Oosterlinck, W., Everaert, K. Experience with augmentation cystoplasty. A review. Paraplegia. 1995 Oct; 33: 560-4

43440  Shader, R. I., Oesterheld, J. R. Case 7: the addled nonagenarian. J Clin Psychopharmacol. 1995 Oct; 15: 378

43441  Martinez, R. Erdheim-Chester disease: MR of intraaxial and extraaxial brain stem lesions. AJNR Am J Neuroradiol. 1995 Oct; 16: 1787-90

43445  Prasher, V. P., Filer, A. Behavioural disturbance in people with Down's syndrome and dementia. J Intellect Disabil Res. 1995 Oct; 39 ( Pt 5): 432-6

43447  Schnelle, J. F., McNees, P., Crooks, V., Ouslander, J. G. The use of a computer-based model to implement an incontinence management program. Gerontologist. 1995 Oct; 35: 656-65

43448  Kelleher, C. J., Cardozo, L. D., Toozs-Hobson, P. M. Quality of life and urinary incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 404-8

43453  van Waalwijk van Doorn, E. S., Gommer, E. D. Ambulatory urodynamics. Curr Opin Obstet Gynecol. 1995 Oct; 7: 378-81

43455  O'Connell, H. E., McGuire, E. J., Aboseif, S., Usui, A. Transurethral collagen therapy in women. J Urol. 1995 Oct; 154: 1463-5

43456  Creagh, T. A., McInerney, P. D., Thomas, P. J., Mundy, A. R. Pregnancy after lower urinary tract reconstruction in women. J Urol. 1995 Oct; 154: 1323-4

43457  Schnelle, J. F., Keeler, E., Hays, R. D., Simmons, S., Ouslander, J. G., Siu, A. L. A cost and value analysis of two interventions with incontinent nursing home residents. J Am Geriatr Soc. 1995 Oct; 43: 1112-7

43458  Alessi, C. A., Schnelle, J. F., MacRae, P. G., Ouslander, J. G., al-Samarrai, N., Simmons, S. F., Traub, S. Does physical activity improve sleep in impaired nursing home residents?. J Am Geriatr Soc. 1995 Oct; 43: 1098-102

43460  Smith, W. Initiative to advise shoppers on continence. Nurs Times. 1995 Sep 13-19; 91: 11-2

43461  Bradley, M., Ferris, W., Barr, O. Continence promotion in adults with learning disabilities. Nurs Times. 1995 Sep 27-Oct 3; 91: 38-9

43463  Walsh, A. Incontinence in the older woman. Ir Med J. 1995 Sep-Oct; 88: 151

43464  Carroll, T. A., Kelly, D. Nocturnal enuresis. A parental nightmare. Ir Med J. 1995 Sep-Oct; 88: 146, 148

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

43465   Valldeoriola, F., Valls-Sole, J., Tolosa, E. S., Marti, M. J. Striated anal sphincter denervation in patients with progressive supranuclear palsy. Mov Disord. 1995 Sep; 10: 550-5

43467   Rivas, D. A., Karasick, S., Chancellor, M. B. Cutaneous ileocystostomy (a bladder chimney) for the treatment of severe neurogenic vesical dysfunction. Paraplegia. 1995 Sep; 33: 530-5

43469   Jones, L. C. Urinary incontinence: a major health issue for women. AWHONN Voice. 1995 Sep; 3: 9-10

43472   Kuller, J. A., Katz, V. L., McCoy, M. C., Hansen, W. F. Pregnancy complicated by Guillain-Barre syndrome. South Med J. 1995 Sep; 88: 987-9

43474   Richardson, J. P., Hricz, L. Risk factors for the development of bacteremia in nursing home patients. Arch Fam Med. 1995 Sep; 4: 785-9

43475   Batista, J. E., Bauer, S. B., Shefner, J. M., Kelly, M. D., Darbey, M. D., Siroky, M. B. Urodynamic findings in children with spinal cord ischemia. J Urol. 1995 Sep; 154: 1183-7

43479   Stein, R., Fisch, M., Bauer, H., Friedberg, V., Hohenfellner, R. Operative reconstruction of the external and internal genitalia in female patients with bladder exstrophy or incontinent epispadias. J Urol. 1995 Sep; 154: 1002-7

43480   Brooks, M. J. Assessment and nursing management of homebound clients with urinary incontinence. Home Healthc Nurse. 1995 Sep-Oct; 13: 11-6; quiz 17-9

43481   Swaffield, J. Quality audit--a review of the literature concerning delivery of continence care. J Clin Nurs. 1995 Sep; 4: 277-82

43485   Moore, K. N., Gray, M., Rayome, R. Electric stimulation and urinary incontinence: research and alternatives. Urol Nurs. 1995 Sep; 15: 94-6

43486   Dowd, T. T., Campbell, J. M. Urinary incontinence in an acute care setting. Urol Nurs. 1995 Sep; 15: 82-5

43487   Sandvik, H., Hunskaar, S. General practitioners' management of female urinary incontinence. Medical records do not reflect patients' recall. Scand J Prim Health Care. 1995 Sep; 13: 168-74

43488   Mikhail, M. S., Anyaegbunam, A. Lower urinary tract dysfunction in pregnancy: a review. Obstet Gynecol Surv. 1995 Sep; 50: 675-83

43489   McCandless, S., Mason, G. Physical therapy as an effective change agent in the treatment of patients with urinary incontinence. J Miss State Med Assoc. 1995 Sep; 36: 271-4

43490   Ryan, A., McFadden, L. Timely intervention. Nurs Times. 1995 Aug 16-22; 91: 56, 59

43491   Haggar, V. Strong developments. Nurs Times. 1995 Aug 16-22; 91: 53-4

43494   Morita, T., Kihara, K., Nagamatsu, H., Oshima, H., Kishimoto, T. Effects of clenbuterol on rabbit vesicourethral muscle contractility. J Smooth Muscle Res. 1995 Aug; 31: 119-27

43496   Sayegh, M. E., French, M. E. Urge incontinence secondary to a large abdominal haematoma. Br J Urol. 1995 Aug; 76: 261-2

43497   Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence at age 17-- reinvestigation ofa cohort studied at age 7. Br J Urol. 1995 Aug; 76: 231-4

43498   Williams, E. R., Malone, P. S. The social implications of lower urinary tract reconstruction performed during childhood. Br J Urol. 1995 Aug; 76: 226-30

43499   Singh, G., Thomas, D. G. Intermittent catheterization following enterocystoplasty. Br J Urol. 1995 Aug; 76: 175-8

43501   Chaliha, C., Williams, G. Periurethral injection therapy for the treatment of urinary incontinence. Br J Urol. 1995 Aug; 76: 151-5

43503   Stanton, S. L. An unusual cause of post-menopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Aug; 102: 672-3

43504   Engberg, S. J., McDowell, B. J., Burgio, K. L., Watson, J. E., Belle, S. Self-care behaviors of older women with urinary incontinence. J Gerontol Nurs. 1995 Aug; 21: 7-14

---

| | |
|---|---|
| 43507 | Winters, J. C., Appell, R. Periurethral injection of collagen in the treatment of intrinsic sphincteric deficiency in the female patient. Urol Clin North Am. 1995 Aug; 22: 673-8 |
| 43508 | Trockman, B. A., Leach, G. E. Surgical treatment of intrinsic urethral dysfunction: injectables (fat). Urol Clin North Am. 1995 Aug; 22: 665-71 |
| 43514 | Bloom, D. A., Faerber, G., Bomalaski, M. D. Urinary incontinence in girls. Evaluation, treatment, and its place in the standard model of voiding dysfunctions in children. Urol Clin North Am. 1995 Aug; 22: 521-38 |
| 43515 | Romanzi, L. J., Heritz, D. M., Blaivas, J. G. Preliminary assessment of the incontinent woman. Urol Clin North Am. 1995 Aug; 22: 513-20 |
| 43516 | Elbadawi, A. Pathology and pathophysiology of detrusor in incontinence. Urol Clin North Am. 1995 Aug; 22: 499-512 |
| 43517 | Diokno, A. C. Epidemiology and psychosocial aspects of incontinence. Urol Clin North Am. 1995 Aug; 22: 481-5 |
| 43518 | Moreno, J. G., Chancellor, M. B., Karasick, S., King, S., Abdill, C. K., Rivas, D. A. Improved quality of life and sexuality with continent urinary diversion in quadriplegic women with umbilical stoma. Arch Phys Med Rehabil. 1995 Aug; 76: 758-62 |
| 43519 | Lentz, S. S., Homesley, H. D. Radiation-induced vesicosacral fistula: treatment with continent urinary diversion. Gynecol Oncol. 1995 Aug; 58: 278-80 |
| 43520 | Gerdin, E., Cnattingius, S., Johnson, P. Complications after radiotherapy and radical hysterectomy in early-stage cervical carcinoma. Acta Obstet Gynecol Scand. 1995 Aug; 74: 554-61 |
| 43522 | Jayanthi, V. R., Churchill, B. M., McLorie, G. A., Khoury, A. E. Concomitant bladder neck closure and Mitrofanoff diversion for the management of intractable urinary incontinence. J Urol. 1995 Aug; 154: 886-8 |
| 43523 | Hensle, T. W., Kirsch, A. J., Kennedy, W. A., 2nd, Reiley, E. A. Bladder neck closure in association with continent urinary diversion. J Urol. 1995 Aug; 154: 883-5 |
| 43524 | Walker, R. D., 3rd, Flack, C. E., Hawkins-Lee, B., Lim, D. J., Parramore, H., Hackett, R. L. Rectus fascial wrap: early results of a modification of the rectus fascial sling. J Urol. 1995 Aug; 154: 771-4 |
| 43525 | Husmann, D. A., Ewalt, D. H., Glenski, W. J., Bernier, P. A. Ureterocele associated with ureteral duplication and a nonfunctioning upper pole segment: management by partial nephroureterectomy alone. J Urol. 1995 Aug; 154: 723-6 |
| 43526 | Bosch, J. L., Groen, J. Sacral (S3) segmental nerve stimulation as a treatment for urge incontinence in patients with detrusor instability: results of chronic electrical stimulation using an implantable neural prosthesis. J Urol. 1995 Aug; 154: 504-7 |
| 43527 | MacDiarmid, S. A., Arnold, E. P., Palmer, N. B., Anthony, A. Management of spinal cord injured patients by indwelling suprapubic catheterization. J Urol. 1995 Aug; 154: 492-4 |
| 43528 | Piccini, C., Bracco, L., Falcini, M., Pracucci, G., Amaducci, L. Natural history of Alzheimer's disease: prognostic value of plateaus. J Neurol Sci. 1995 Aug; 131: 177-82 |
| 43530 | Jain, P., Parada, J. P., David, A., Smith, L. G. Overuse of the indwelling urinary tract catheter in hospitalized medical patients. Arch Intern Med. 1995 Jul 10; 155: 1425-9 |
| 43532 | Sandvik, H., Hunskaar, S. The epidemiology of pad consumption among community-dwelling incontinent women. J Aging Health. 1995 Aug; 7: 417-26 |
| 43535 | Neumann, C., Schmid, H. Relationship between the degree of cardiovascular autonomic dysfunction and symptoms of neuropathy and other complications of diabetes mellitus. Braz J Med Biol Res. 1995 Jul; 28: 751-7 |
| 43538 | Elder, J. S. Autoaugmentation gastrocystoplasty: early clinical results. J Urol. 1995 Jul; 154: 322-3 |
| 43542 | Quinn, M. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Jul; 82: 998 |
| 43543 | Wennergren, H., Oberg, B. Pelvic floor exercises for children: a method of treating dysfunctional voiding. Br J Urol. 1995 Jul; 76: 9-15 |

Case 2:12-md-02327 Document 3080-10 Filed 09/15/16 Page 698 of 300 PageID #: 203197

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**43545**   Chamary, V. L. An unusual cause of iatrogenic bladder stone. Br J Urol. 1995 Jul; 76: 138

**43546**   Products and services: continence/incontinence. Ostomy Wound Manage. 1995 Jul; 41: 19-22, 24-30, 32 passim

**43547**   Palumbo, M. V. Continence consultation for the rural homebound. Home Healthc Nurse. 1995 Jul-Aug; 13: 61-7; quiz 68-70

**43550**   Cummings, V., Holt, R., van der Sloot, C., Moore, K., Griffiths, D. Costs and management of urinary incontinence in long-term care. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 193-8

**43551**   Byers, P. H., Ryan, P. A., Regan, M. B., Shields, A., Carta, S. G. Effects of incontinence care cleansing regimens on skin integrity. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 187-92

**43552**   Aronovitch, S. A. A descriptive study of the career mobility of ET nurses. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 166-72

**43553**   Owen, D. C., Getz, P. A., Bulla, S. A comparison of characteristics of patients with completed stroke: those who achieve continence and those who do not. Rehabil Nurs. 1995 Jul-Aug; 20: 197-203

**43554**   Resnick, B. A bladder scan trial in geriatric rehabilitation. Rehabil Nurs. 1995 Jul-Aug; 20: 194-6, 203

**43556**   Alessi, C. A., Schnelle, J. F., Traub, S., Ouslander, J. G. Psychotropic medications in incontinent nursing home residents: association with sleep and bed mobility. J Am Geriatr Soc. 1995 Jul; 43: 788-92

**43557**   Ouslander, J. G., Schapira, M., Fingold, S., Schnelle, J. Accuracy of rapid urine screening tests among incontinent nursing home residents with asymptomatic bacteriuria. J Am Geriatr Soc. 1995 Jul; 43: 772-5

**43559**   Koldewijn, E. L., Hommes, O. R., Lemmens, W. A., Debruyne, F. M., van Kerrebroeck, P. E. Relationship between lower urinary tract abnormalities and disease- related parameters in multiple sclerosis. J Urol. 1995 Jul; 154: 169-73

**43560**   Szonyi, G., Collas, D. M., Ding, Y. Y., Malone-Lee, J. G. Oxybutynin with bladder retraining for detrusor instability in elderly people: a randomized controlled trial. Age Ageing. 1995 Jul; 24: 287-91

**43561**   Fonda, D., Woodward, M., D'Astoli, M., Chin, W. F. Sustained improvement of subjective quality of life in older community- dwelling people after treatment of urinary incontinence. Age Ageing. 1995 Jul; 24: 283-6

**43563**   Incontinence. Causes, management and provision of services. A Working Party of the Royal College of Physicians. J R Coll Physicians Lond. 1995 Jul-Aug; 29: 272-4

**43564**   Cheater, F. Promoting urinary continence. Nurs Stand. 1995 Jun 21-28; 9: 33-7; quiz 38-9

**43565**   Dolman, M. Continence. Remedial action. Nurs Times. 1995 Jun 14-20; 91: 57-60

**43566**   Dillner, L. Incontinence needs better services, says report. BMJ. 1995 Jun 3; 310: 1429-30

**43569**   Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Jensen, B. B. Does oxybutynin add to the effectiveness of prompted voiding for urinary incontinence among nursing home residents? A placebo-controlled trial. J Am Geriatr Soc. 1995 Jun; 43: 610-7

**43570**   van Bennekom, C. A., Jelles, F., Lankhorst, G. J., Bouter, L. M. The Rehabilitation Activities Profile: a validation study of its use as a disability index with stroke patients. Arch Phys Med Rehabil. 1995 Jun; 76: 501-7

**43571**   Henly, D. R., Barrett, D. M., Weiland, T. L., O'Connor, M. K., Malizia, A. A., Wein, A. J. Particulate silicone for use in periurethral injections: local tissue effects and search for migration. J Urol. 1995 Jun; 153: 2039-43

**43572**   Vukovich, J. G., McKenna, P. H., Grice, G. P., Docimo, S. G. A heterotopic autoinnervated urinary neosphincter. J Urol. 1995 Jun; 153: 2010-3

**43573**   Mitteness, L. S., Barker, J. C. Stigmatizing a 'normal' condition: urinary incontinence in late life. Med Anthropol Q. 1995 Jun; 9: 188-210

**43574**   Sandvik, H. Criterion validity of responses to patient vignettes: an analysis based on management of female urinary incontinence. Fam Med. 1995 Jun; 27: 388-92

**43575**   Nunns, D., Higgins, S. P., Hamad, H., Haye, K. R. An unusual cause of incontinence. Genitourin Med. 1995 Jun; 71: 197-8

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

43576    Davis, V. M. Electric stimulation: does nursing have a role in the treatment of adult urinary incontinence?. Urol Nurs. 1995 Jun; 15: 56-60

43577    Peguero, E., Abou-Khalil, B., Fakhoury, T., Mathews, G. Self-injury and incontinence in psychogenic seizures. Epilepsia. 1995 Jun; 36: 586-91

43579    Baker, D. I., Bice, T. W. The influence of urinary incontinence on publicly financed home care services to low-income elderly people. Gerontologist. 1995 Jun; 35: 360-9

43581    Campostrini, F., Garusi, G., Donati, E. A practical technique for conformal simulation in radiation therapy of pelvic tumors. Int J Radiat Oncol Biol Phys. 1995 May 15; 32: 355-65

43582    Ouslander, J. G., Schapira, M., Schnelle, J. F., Uman, G., Fingold, S., Tuico, E., Nigam, J. G. Does eradicating bacteriuria affect the severity of chronic urinary incontinence in nursing home residents?. Ann Intern Med. 1995 May 15; 122: 749-54

43583    Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Bates-Jensen, B. Predictors of successful prompted voiding among incontinent nursing home residents. JAMA. 1995 May 3; 273: 1366-70

43585    Hoebeke, P., Van Laecke, E., Raes, A., Renson, C., Theunis, M., Vande Walle, J. Bladder function and non-neurogenic dysfunction in children: classification and terminology. Acta Urol Belg. 1995 May; 63: 93-8

43586    Cammu, H. Female incontinence. Clinical examination by the gynecologist. Acta Urol Belg. 1995 May; 63: 9

43590    Wyndaele, J. J. Non surgical treatment of female incontinence. Acta Urol Belg. 1995 May; 63: 39-40

43592    Vandeberg, C. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 35-6

43594    Beco, J. Reducing uncertainty for vesico-urethral sonography in women. Acta Urol Belg. 1995 May; 63: 13-29

43595    Van Kerrebroek, E. V. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 11-2

43596    Vereecken, R. L. Clinical history and computerized questionnaires in the evaluation of incontinence. Acta Urol Belg. 1995 May; 63: 1-7

43597    Lane, I. F., Lappin, M. R., Seim, H. B., 3rd Evaluation of results of preoperative urodynamic measurements in nine dogs with ectopic ureters. J Am Vet Med Assoc. 1995 May 1; 206: 1348-57

43598    Willis, J. Intermittent catheters. Prof Nurse. 1995 May; 10: 523-4, 527-8

43600    Docimo, S. G., Remmenga, S., Segne, R., Dmochowski, R. R. Hysterectomy by the transvaginal approach after intestinal bladder augmentation and psoas hitch reimplantation. J Am Coll Surg. 1995 May; 180: 610-2

43601    Albers, P., Foster, R. S., Bihrle, R., Adams, M. C., Keating, M. A. Ectopic ureters and ureteroceles in adults. Urology. 1995 May; 45: 870-4

43602    Neal, D. E., Jr, Lahaye, M. E., Lowe, D. C. Improved needle placement technique in periurethral collagen injection. Urology. 1995 May; 45: 865-6

43607    Bennett, C. J., Young, M. N., Adkins, R. H., Diaz, F. Comparison of bladder management complication outcomes in female spinal cord injury patients. J Urol. 1995 May; 153: 1458-60

43611    Waaldijk, K. Surgical classification of obstetric fistulas. Int J Gynaecol Obstet. 1995 May; 49: 161-3

43612    The chief scientist reports .... 'Incontinence research--the way ahead'. Health Bull (Edinb). 1995 May; 53: 174-9

43613    Dormal, P. A., Delberghe, X., Roeland, A. Infrarenal aortic aneurysm and spinal cord ischaemia. A new case and review of the literature. Acta Chir Belg. 1995 May-Jun; 95: 136-8

43614    Weinberger, M. W., Julian, T. M. Voiding dysfunction and incontinence caused by uterine retroversion. A case report. J Reprod Med. 1995 May; 40: 387-90

43615    Appleby, S. L. A home health perspective on the management of urinary incontinence. J Wound Ostomy Continence Nurs. 1995 May; 22: 145-52

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 8080-10 Filed 09/19/19 Page 680 of 800 PageID #: 203199

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

43617    Thelwell, S., Symon, C., Gay, S., Cottenden, A., Feneley, R. Continence. Systems for leg bags. Nurs Times. 1995 Apr 19-25; 91: 62-4

43618    Holt, P. E., Moore, A. H. Canine ureteral ectopia: an analysis of 175 cases and comparison of surgical treatments. Vet Rec. 1995 Apr 8; 136: 345-9

43620    Wall, L. L., Hewitt, J. K., Helms, M. J. Are vaginal and rectal pressures equivalent approximations of one another for the purpose of performing subtracted cystometry?. Obstet Gynecol. 1995 Apr; 85: 488-93

43621    Weber, A. M., Walters, M. D., Schover, L. R., Mitchinson, A. Sexual function in women with uterovaginal prolapse and urinary incontinence. Obstet Gynecol. 1995 Apr; 85: 483-7

43622    Shibata, T., Nonomura, K., Kakizaki, H., Murayama, M., Seki, T., Koyanagi, T. A case of unique communication between blind-ending ectopic ureter and ipsilateral hemi-hematocolpometra in uterus didelphys. J Urol. 1995 Apr; 153: 1208-10

43623    Zimmern, P. Incontinence. J Urol. 1995 Apr; 153: 1194-5

43626    Oh, C., Divino, C. M., Steinhagen, R. M. Anal fissure. 20-year experience. Dis Colon Rectum. 1995 Apr; 38: 378-82

43629    Wetle, T., Scherr, P., Branch, L. G., Resnick, N. M., Harris, T., Evans, D., Taylor, J. O. Difficulty with holding urine among older persons in a geographically defined community: prevalence and correlates. J Am Geriatr Soc. 1995 Apr; 43: 349-55

43637    Kelleher, C. J. Treatment of dysfunctional uterine bleeding. Ignoring urinary incontinence may reduce long term satisfaction. BMJ. 1995 Mar 25; 310: 802; discussion 804

43638    Ouslander, J. G., Schnelle, J. F. Incontinence in the nursing home. Ann Intern Med. 1995 Mar 15; 122: 438-49

43642    Skelly, J., Flint, A. J. Urinary incontinence associated with dementia. J Am Geriatr Soc. 1995 Mar; 43: 286-94

43643    Ouslander, J. G., Schapira, M., Schnelle, J. F. Urine specimen collection from incontinent female nursing home residents. J Am Geriatr Soc. 1995 Mar; 43: 279-81

43644    Van Savage, J. G., Mesrobian, H. G. The impact of prenatal sonography on the morbidity and outcome of patients with renal duplication anomalies. J Urol. 1995 Mar; 153: 768-70

43646    Kakizaki, H., Shibata, T., Shinno, Y., Kobayashi, S., Matsumura, K., Koyanagi, T. Fascial sling for the management of urinary incontinence due to sphincter incompetence. J Urol. 1995 Mar; 153: 644-7

43648    Theoharides, T. C., Sant, G. R., el-Mansoury, M., Letourneau, R., Ucci, A. A., Jr, Meares, E. M., Jr Activation of bladder mast cells in interstitial cystitis: a light and electron microscopic study. J Urol. 1995 Mar; 153: 629-36

43652    Barger, M., Woolner, B. Primary care for women. Assessment and management of genitourinary tract disorders. J Nurse Midwifery. 1995 Mar-Apr; 40: 231-45

43653    Biesecker, J. E., Edlich, R. F., Thomas, H. L., Jr, Steers, W. D. Recent advances in absorbent products for the incontinent patient with burns. J Burn Care Rehabil. 1995 Mar-Apr; 16: 146-53; discussion 145

43654    Rintala, R. J., Lindahl, H. Is normal bowel function possible after repair of intermediate and high anorectal malformations?. J Pediatr Surg. 1995 Mar; 30: 491-4

43655    Baram, D. A. Hypnosis in reproductive health care: a review and case reports. Birth. 1995 Mar; 22: 37-42

43656    Sumfest, J. M., Burns, M. W., Mitchell, M. E. Pseudoureterocele: potential for misdiagnosis of an ectopic ureter as a ureterocele. Br J Urol. 1995 Mar; 75: 401-5

43657    Roberts, J. P., Moon, S., Malone, P. S. Treatment of neuropathic urinary and faecal incontinence with synchronous bladder reconstruction and the antegrade continence enema procedure. Br J Urol. 1995 Mar; 75: 386-9

43659    Seim, A., Sandvik, H., Hermstad, R., Hunskaar, S. Female urinary incontinence--consultation behaviour and patient experiences: an epidemiological survey in a Norwegian community. Fam Pract. 1995 Mar; 12: 18-21

Case 2:12-md-02327 Document 3686-16 Filed 09/15/16 Page 601 of 360 PageID #: 203200

# American Urological Association, Inc.

## SUI Guidelines Panel

43660    Yarker, Y. E., Goa, K. L., Fitton, A. Oxybutynin. A review of its pharmacodynamic and pharmacokinetic properties, and its therapeutic use in detrusor instability. Drugs Aging. 1995 Mar; 6: 243-62

43662    Dealey, C. Pressure sores and incontinence: a study evaluating the use of topical agents in skin care. J Wound Care. 1995 Mar; 4: 103-5

43664    Caione, P., Silveri, M., Capitanucci, M. L., Capozza, N., De Gennaro, M. Urinary continence in Mullerian duct anomalies. Panminerva Med. 1995 Mar; 37: 14-7

43669    Touho, H., Karasawa, J., Ohnishi, H. Cerebral revascularization using gracilis muscle transplantation for childhood moyamoya disease. Surg Neurol. 1995 Feb; 43: 191-7; discussion 197-8

43671    Shortliffe, L. M. The management of urinary tract infections in children without urinary tract abnormalities. Urol Clin North Am. 1995 Feb; 22: 67-73

43673    Fall, M. Vaginal wall bipedicled flap and other techniques in complicated urethral diverticulum and urethrovaginal fistula. J Am Coll Surg. 1995 Feb; 180: 150-6

43674    Osterweil, D., Martin, M., Syndulko, K. Predictors of skilled nursing placement in a multilevel long-term-care facility. J Am Geriatr Soc. 1995 Feb; 43: 108-12

43676    Waller, L., Jonsson, O., Norlen, L., Sullivan, L. Clean intermittent catheterization in spinal cord injury patients: long- term followup of a hydrophilic low friction technique. J Urol. 1995 Feb; 153: 345-8

43677    Lampel, A., Hohenfellner, M., Schultz-Lampel, D., Thuroff, J. W. In situ tunneled bowel flap tubes: 2 new techniques of a continent outlet for Mainz pouch cutaneous diversion. J Urol. 1995 Feb; 153: 308-15

43679    Clow, W. M., Joannides, T., Saleem, A. K., Melville-Jones, G. R., Martin, I. An unusual cause of postmenopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Feb; 102: 164-5

43682    Hays, D. M., Raney, R. B., Wharam, M. D., Wiener, E., Lobe, T. E., Andrassy, R. J., Lawrence, W., Jr, Johnston, J., Webber, B., Maurer, H. M. Children with vesical rhabdomyosarcoma (RMS) treated by partial cystectomy with neoadjuvant or adjuvant chemotherapy, with or without radiotherapy. A report from the Intergroup Rhabdomyosarcoma Study (IRS) Committee. J Pediatr Hematol Oncol. 1995 Feb; 17: 46-52

43683    Nygaard, I. Prevention of exercise incontinence with mechanical devices. J Reprod Med. 1995 Feb; 40: 89-94

43684    Pena, A. Anorectal malformations. Semin Pediatr Surg. 1995 Feb; 4: 35-47

43685    Maloney, C. Evaluation and treatment of urinary incontinence: a primary care approach. Nurse Pract. 1995 Feb; 20: 74-5

43686    Rhodes, P. A postal survey of continence advisers in England and Wales. J Adv Nurs. 1995 Feb; 21: 286-94

43687    Gray, M., Rayome, R., Anson, C. Incontinence and clean intermittent catheterization following spinal cord injury. Clin Nurs Res. 1995 Feb; 4: 6-18; discussion 19-21

43688    Stewart, C. I., McMurdo, M. E. Closing the loop in an audit of urinary incontinence. Scott Med J. 1995 Feb; 40: 21-2

43690    Retzky, S. S., Rogers, R. M., Jr Urinary incontinence in women. Clin Symp. 1995; 47: 2-32

43691    Ortiz, V., Goldenberg, S. Hypergastrinemia following gastrocystoplasty in rats. Urol Res. 1995; 23: 361-3

43692    Sarica, K., Kupeli, S. Agenesis of bladder associated with multiple organ anomalies. Int Urol Nephrol. 1995; 27: 697-703

43693    Augsburger, H. R., Cruz-Orive, L. M. Stereological analysis of the urethra in sexually intact and spayed female dogs. Acta Anat (Basel). 1995; 154: 135-42

43695    Nazar, G. B., Casale, A. J., Roberts, J. G., Linden, R. D. Occult filum terminale syndrome. Pediatr Neurosurg. 1995; 23: 228-35

43697    Baradnay, G., Kiss, A., Scultety, A. The results and failures of creating a pelvic reservoir in oncology (surgery, urology). Acta Chir Hung. 1995-96; 35: 119-27

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3080-10 Filed 09/19/16 Page 662 of 900 PageID #: 203201

**American Urological Association, Inc.**

SUI Guidelines Panel

43699    Shapiro, E., Lepor, H. Matrix changes in the bladder associated with normal aging. Adv Exp Med Biol. 1995; 385: 187-90; discussion 223-8

43700    Gorman, R. Expert system for management of urinary incontinence in women. Proc Annu Symp Comput Appl Med Care. 1995; : 527-31

43701    Filler, A. G., Britton, J. A., Uttley, D., Marsh, H. T. Adult postrepair myelomeningocoele and tethered cord syndrome: good surgical outcome after abrupt neurological decline. Br J Neurosurg. 1995; 9: 659-66

43702    Breza, J., Hornak, M., Bardos, A., Zvara, P. Transformation of the Bricker to a continent urinary reservoir to eliminate severe complications of uretero-ileostomy performed in eight patients among 200 Bricker. Ann Urol (Paris). 1995; 29: 227-31

43703    Chida, N., Orikasa, S., Konda, R., Takahashi, M., Ishidoya, S., Ogata, Y. Crossed ureteral ectopia with an ectopic blind-ending ureter. Urol Int. 1995; 55: 169-72

43704    Grimby, A., Rosenhall, U. Health-related quality of life and dizziness in old age. Gerontology. 1995; 41: 286-98

43705    Fang, T. C., Chen, K. W., Wu, M. H., Sung, J. M., Huang, J. J. Coumaphos intoxications mimic food poisoning. J Toxicol Clin Toxicol. 1995; 33: 699-703

43706    Lima, J. S., Reis, C. A. Poisoning due to illegal use of carbamates as a rodenticide in Rio de Janeiro. J Toxicol Clin Toxicol. 1995; 33: 687-90

43707    Aragona, F., Artibani, W. Re: Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1995 Jan; 153: 162-3

43709    Cassidy, T. P., Farquhar, D. L. The characteristics of respite patients. Health Bull (Edinb). 1995 Jan; 53: 13-9

43711    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. The application of continent urinary stomas to bladder augmentation or replacement in the failed exstrophy reconstruction. Br J Urol. 1995 Jan; 75: 87-90

43712    Fenn, N., Barrington, J. W., Stephenson, T. P. Clam enterocystoplasty and pregnancy. Br J Urol. 1995 Jan; 75: 85-6

43713    Liu, K. K., Yeung, C. K., Lee, K. H., Ku, K. W. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1995 Jan; 75: 115

43715    Gonzalez, R., Buson, H., Reid, C., Reinberg, Y. Seromuscular colocystoplasty lined with urothelium: experience with 16 patients. Urology. 1995 Jan; 45: 124-9

43717    Uebersax, J. S., Wyman, J. F., Shumaker, S. A., McClish, D. K., Fantl, J. A. Short forms to assess life quality and symptom distress for urinary incontinence in women: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program for Women Research Group. Neurourol Urodyn. 1995; 14: 131-9

43718    Nygaard, I., Zmolek, G. Exercise pad testing in continent exercisers: reproducibility and correlation with voided volume, pyridium staining, and type of exercise. Neurourol Urodyn. 1995; 14: 125-9

43719    Root, M. V., Johnston, S. D., Johnston, G. R. Vaginal septa in dogs: 15 cases (1983-1992). J Am Vet Med Assoc. 1995 Jan 1; 206: 56-8

43720    Krishna, A., Gough, D. C., Fishwick, J., Bruce, J. Ileocystoplasty in children: assessing safety and success. Eur Urol. 1995; 27: 62-6

43721    Singh, G., Thomas, D. G. Enterocystoplasty in the neuropathic bladder. Neurourol Urodyn. 1995; 14: 5-10

43724    Powers, I., Lowman, S., Williams, D. Urinary incontinence: a study of teaching practices of nursing students. Ky Nurse. 1995 Jan-Mar; 43: 19-20

43726    Morgan, D. J., Blackburn, M., Bax, M. Adults with spina bifida and/or hydrocephalus. Postgrad Med J. 1995 Jan; 71: 17-21

43727    Chia, Y. W., Fowler, C. J., Kamm, M. A., Henry, M. M., Lemieux, M. C., Swash, M. Prevalence of bowel dysfunction in patients with multiple sclerosis and bladder dysfunction. J Neurol. 1995 Jan; 242: 105-8

## American Urological Association, Inc.

### SUI Guidelines Panel

**43729**  Tsuboi, K., Yoshii, Y., Hyodo, A., Takada, K., Nose, T. Leukoencephalopathy associated with intra-arterial ACNU in patients with gliomas. J Neurooncol. 1995; 23: 223-31

**43731**  Infantino, A., Masin, A., Melega, E., Dodi, G., Lise, M. Does surgery resolve outlet obstruction from rectocele?. Int J Colorectal Dis. 1995; 10: 97-100

**43734**  Ghoniem, G. M., Monga, M. Modified pubovaginal sling and Martius graft for repair of the recurrent vesicovaginal fistula involving the internal urinary sphincter. Eur Urol. 1995; 27: 241-5

**43738**  Elser, D. M., Fantl, J. A., McClish, D. K. Comparison of 'subjective' and 'objective' measures of severity of urinary incontinence in women. Program for Women Research Group. Neurourol Urodyn. 1995; 14: 311-6

**43739**  Flood, H. D., Malhotra, S. J., O'Connell, H. E., Ritchey, M. J., Bloom, D. A., McGuire, E. J. Long-term results and complications using augmentation cystoplasty in reconstructive urology. Neurourol Urodyn. 1995; 14: 297-309

**43740**  Meltzer, H., James, H. E., Trauner, D., Katz, R. Syringomyelia of the distal spinal cord in children. Pediatr Neurosurg. 1995; 22: 248-50

**43741**  Wong, L. Incontinence has different meanings for different people. Aust J Adv Nurs. 1995 Spring; 13: 6-15

**43742**  White, H. M. Choosing continence aids. Br J Nurs. 1994 Dec 8-1995 Jan 11; 3: 1158, 1160, 1162-3

**43743**  Cheriyan, S., Greenberger, P. A., Patterson, R. Outcome of cough variant asthma treated with inhaled steroids. Ann Allergy. 1994 Dec; 73: 478-80

**43744**  Mayo, N. E., Gloutney, L., Levy, A. R. A randomized trial of identification bracelets to prevent falls among patients in a rehabilitation hospital. Arch Phys Med Rehabil. 1994 Dec; 75: 1302-8

**43745**  Branch, L. G., Walker, L. A., Wetle, T. T., DuBeau, C. E., Resnick, N. M. Urinary incontinence knowledge among community-dwelling people 65 years of age and older. J Am Geriatr Soc. 1994 Dec; 42: 1257-62

**43749**  Levy, J. B., Jacobs, J. A., Wein, A. J. Combined abdominal and vaginal approach for bladder neck closure and permanent suprapubic tube: urinary diversion in the neurologically impaired woman. J Urol. 1994 Dec; 152: 2081-2

**43752**  Mouritsen, L., Strandberg, C., Frimodt-Moller, C. Bladder neck anatomy and mobility: effect of vaginal ultrasound probe. Br J Urol. 1994 Dec; 74: 749-52

**43758**  Craig, D. I. Spinal cord injury and pregnancy: the stories of two women. SCI Nurs. 1994 Dec; 11: 100-4

**43761**  Sugiyama, T., Hashimoto, K., Kiwamoto, H., Ohnishi, N., Esa, A., Park, Y. C., Kurita, T. Urinary incontinence in senile dementia of the Alzheimer type (SDAT). Int J Urol. 1994 Dec; 1: 337-40

**43762**  Pomfret, I. Promoting continence. Part III. Revision notes. Nurs Times. 1994 Nov 16-22; 90: suppl 9-12; quiz 13-4

**43763**  Promoting continence. Part II. The role of the nurse. Nurs Times. 1994 Nov 9-15; 90: suppl 5-8

**43765**  Professional development. Promoting continence: knowledge for practice (continuing education credit). Nurs Times. 1994 Nov 2-8; 90: suppl 1-4

**43766**  Kalra, L., Dale, P., Crome, P. Evaluation of a clinical score for prognostic stratification of elderly stroke patients. Age Ageing. 1994 Nov; 23: 492-8

**43768**  Kao, L. W. Detrusor instability--an overview. J Tenn Med Assoc. 1994 Nov; 87: 472-4

**43769**  Brink, C. A., Wells, T. J., Sampselle, C. M., Taillie, E. R., Mayer, R. A digital test for pelvic muscle strength in women with urinary incontinence. Nurs Res. 1994 Nov-Dec; 43: 352-6

**43770**  Ouslander, J. G., Simmons, S., Tuico, E., Nigam, J. G., Fingold, S., Bates-Jensen, B., Schnelle, J. F. Use of a portable ultrasound device to measure post-void residual volume among incontinent nursing home residents. J Am Geriatr Soc. 1994 Nov; 42: 1189-92

**43771**  Butler, R. N., Lewis, M. I., Hoffman, E., Whitehead, E. D. Love and sex after 60: how to evaluate and treat the sexually-active woman. Geriatrics. 1994 Nov; 49: 33-4, 37-8, 41-2

**43773**  Brodak, P. P., Scherz, H. C., Packer, M. G., Kaplan, G. W. Is urinary tract screening necessary for patients with cerebral palsy?. J Urol. 1994 Nov; 152: 1586-7

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

---

43774    Hernandez, R. D., Hurwitz, R. S., Foote, J. E., Zimmern, P. E., Leach, G. E. Nonsurgical management of threatened upper urinary tracts and incontinence in children with myelomeningocele. J Urol. 1994 Nov; 152: 1582-5

43775    Landau, E. H., Churchill, B. M., Jayanthi, V. R., Gilmour, R. F., Steckler, R. E., McLorie, G. A., Khoury, A. E. The sensitivity of pressure specific bladder volume versus total bladder capacity as a measure of bladder storage dysfunction. J Urol. 1994 Nov; 152: 1578-81

43776    van Venrooij, G. E., Boon, T. A. Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1994 Nov; 152: 1535-8

43777    Tanagho, E. A. Urinary incontinence. J Urol. 1994 Nov; 152: 1471-2

43781    Keane, D. The role of a female urodynamics clinic. Ir Med J. 1994 Nov-Dec; 87: 164

43782    Skoner, M. M. Self-management of urinary incontinence among women 31 to 50 years of age. Rehabil Nurs. 1994 Nov-Dec; 19: 339-43, 347

43783    Stickler, D. J., Zimakoff, J. Complications of urinary tract infections associated with devices used for long-term bladder management. J Hosp Infect. 1994 Nov; 28: 177-94

43784    McDowell, B. J., Engberg, S., Weber, E., Brodak, I., Engberg, R. Successful treatment using behavioral interventions of urinary incontinence in homebound older adults. Geriatr Nurs. 1994 Nov-Dec; 15: 303-7

43785    Dalela, D., Agarwal, R., Mishra, V. K. Giant vaginolith around an unusual foreign body--an uncommon cause of urinary incontinence in a girl. Br J Urol. 1994 Nov; 74: 673-4

43786    Norton, C., Fader, M. Continence management. Elder Care. 1994 Nov-Dec; 6: 23-7

43787    Maklebust, J., Magnan, M. A. Risk factors associated with having a pressure ulcer: a secondary data analysis. Adv Wound Care. 1994 Nov; 7: 25, 27-8, 31-4 passim

43788    Richardson, P. A. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Oct 17; 161: 511

43789    Anderson, C. S., Jamrozik, K. D., Broadhurst, R. J., Stewart-Wynne, E. G. Predicting survival for 1 year among different subtypes of stroke. Results from the Perth Community Stroke Study. Stroke. 1994 Oct; 25: 1935-44

43791    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary incontinence due to idiopathic hypercalciuria in children. J Urol. 1994 Oct; 152: 1226-8

43792    Richmond, J. Continence. The tyranny of interstitial cystitis. Nurs Times. 1994 Oct 26-Nov 1; 90: 72

43793    Colley, W. Continence. Indwelling urinary catheters. Nurs Times. 1994 Oct 26-Nov 1; 90: 70

43794    Navon, J. D., Weinberg, A. C., Ahlering, T. E. Continent urinary diversion using a Modified Indiana Pouch in elderly patients. Am Surg. 1994 Oct; 60: 786-8

43796    Thayer, D. How to assess and control urinary incontinence. Am J Nurs. 1994 Oct; 94: 42-7; quiz 48

43799    Dewan, P. A., Stefanek, W. Autoaugmentation gastrocystoplasty: early clinical results. Br J Urol. 1994 Oct; 74: 460-4

43800    Hasan, S. T., Marshall, C., Neal, D. E. Continent urinary diversion using the Mitrofanoff principle. Br J Urol. 1994 Oct; 74: 454-9

43801    Woodhouse, C. R., MacNeily, A. E. The Mitrofanoff principle: expanding upon a versatile technique. Br J Urol. 1994 Oct; 74: 447-53

43802    Denays, R., Tondeur, M., Noel, P., Ham, H. R. Bilateral cerebral mediofrontal hypoactivity in Tc-99m HMPAO SPECT imaging. Clin Nucl Med. 1994 Oct; 19: 873-6

43803    Ismael, N. N. A study on the menopause in Malaysia. Maturitas. 1994 Oct; 19: 205-9

43804    Samil, R. S., Wishnuwardhani, S. D. Health of Indonesian women city-dwellers of perimenopausal age. Maturitas. 1994 Oct; 19: 191-7

---

Case 2:12-md-02327 Document 3080-10 Filed 09/19/16 Page 605 of 800 PageID #: 203204

# American Urological Association, Inc.

**SUI Guidelines Panel**

43807   Leiby, D. M., Shanahan, N. Clinical study: assessing the performance and skin environments of two reusable underpads. Ostomy Wound Manage. 1994 Oct; 40: 30-2, 34-7

43810   Becker, K., Enck, P., Wilhelm, K., Fischer, H., Lubke, H. J. Colonic and anorectal dysfunction in a patient with the tethered cord syndrome. Am J Gastroenterol. 1994 Sep; 89: 1564-8

43813   Norton, P., Karram, M., Wall, L. L., Rosenzweig, B., Benson, J. T., Fantl, J. A. Randomized double-blind trial of terodiline in the treatment of urge incontinence in women. Obstet Gynecol. 1994 Sep; 84: 386-91

43816   Reymert, J., Hunskaar, S. Why do only a minority of perimenopausal women with urinary incontinence consult a doctor?. Scand J Prim Health Care. 1994 Sep; 12: 180-3

43817   Mansson-Linstrom, A., Dehlin, O., Isacsson, A. Urinary incontinence in primary health care. 1. Perceived knowledge and training among various categories of nursing personnel and care units. Scand J Prim Health Care. 1994 Sep; 12: 169-74

43818   Ho, C. C., Yu, T. J. Urethral prolapse--a case report. Changgeng Yi Xue Za Zhi. 1994 Sep; 17: 289-91

43819   Mraz, J. P., Sutory, M., Zerhau, P. Simple flap valve for continent urinary diversion. Br J Urol. 1994 Sep; 74: 328-32

43820   Eckford, S. B., Kohler-Ockmore, J., Feneley, R. C. Long-term follow-up of transvaginal urethral closure and suprapubic cystostomy for urinary incontinence in women with multiple sclerosis. Br J Urol. 1994 Sep; 74: 319-21

43822   Smith, D. A. Devices for continence. Nurse Pract Forum. 1994 Sep; 5: 186-9

43823   Webb, M. L. Urinary incontinence in younger women. Nurse Pract Forum. 1994 Sep; 5: 164-9

43824   Pearce, K. L. Levels I and II--care in the outpatient setting. Nurse Pract Forum. 1994 Sep; 5: 146-51

43825   McDowell, B. J. Care of urinary incontinence in the home. Nurse Pract Forum. 1994 Sep; 5: 138-45

43826   Newman, D. K., Burns, P. A. Significance and impact of urinary incontinence. Nurse Pract Forum. 1994 Sep; 5: 130-3

43827   Martel, R. Rita Martel: treating women's urinary incontinence. Interview by Anita Loos-Hannifan. Nurse Pract Forum. 1994 Sep; 5: 122-3

43828   Pierson, C. A. 'We share a certain passion'. Nurse Pract Forum. 1994 Sep; 5: 121

43830   Goals in continence training. Prof Nurse. 1994 Sep; 9: 783

43832   Gregory, S. P., Holt, P. E. The immediate effect of colposuspension on resting and stressed urethral pressure profiles in anaesthetized incontinent bitches. Vet Surg. 1994 Sep-Oct; 23: 330-40

43833   Mattsson, S. Urinary incontinence and nocturia in healthy schoolchildren. Acta Paediatr. 1994 Sep; 83: 950-4

43835   Kjolseth, D., Madsen, B., Knudsen, L. M., Norgaard, J. P., Djurhuus, J. C. Biofeedback treatment of children and adults with idiopathic detrusor instability. Scand J Urol Nephrol. 1994 Sep; 28: 243-7

43836   Warner, J. P., Harvey, C. A., Barnes, T. R. Clozapine and urinary incontinence. Int Clin Psychopharmacol. 1994 Sep; 9: 207-9

43837   Ishizuka, O., Igawa, Y., Lecci, A., Maggi, C. A., Mattiasson, A., Andersson, K. E. Role of intrathecal tachykinins for micturition in unanaesthetized rats with and without bladder outlet obstruction. Br J Pharmacol. 1994 Sep; 113: 111-6

43838   Isshi, K., Hirohata, S., Hashimoto, T., Miyashita, H. Systemic lupus erythematosus presenting with diffuse low density lesions in the cerebral white matter on computed axial tomography scans: its implication in the pathogenesis of diffuse central nervous system lupus. J Rheumatol. 1994 Sep; 21: 1758-62

43839   Miller, J., Kasper, C., Sampselle, C. Review of muscle physiology with application to pelvic muscle exercise. Urol Nurs. 1994 Sep; 14: 92-7

43840   Laycock, J. Pelvic muscle exercises: physiotherapy for the pelvic floor. Urol Nurs. 1994 Sep; 14: 136-40

**American Urological Association, Inc.**

SUI Guidelines Panel

43841   Smith, D. A., Newman, D. K. Basic elements of biofeedback therapy for pelvic muscle rehabilitation. Urol Nurs. 1994 Sep; 14: 130-5

43842   Colling, J., McCreedy, M., Owen, T. Urinary tract infection rates among incontinent nursing home and community dwelling elderly. Urol Nurs. 1994 Sep; 14: 117-9

43843   Arai, Y., Shichiri, Y., Miyakawa, M., Ueda, T., Terai, A., Terachi, T., Takeuchi, H., Yoshida, O. Evolving experience with continent urinary diversion using the Indiana pouch. Int J Urol. 1994 Sep; 1: 241-5

43844   Carter, D., Green, D. Health promotion. Applying COPC to incontinence. Nurs Times. 1994 Aug 31-Sep 6; 90: 44-5

43847   Govier, F. E., Pritchett, T. R., Kornman, J. D. Correlation of the cystoscopic appearance and functional integrity of the female urethral sphincteric mechanism. Urology. 1994 Aug; 44: 250-3

43848   Davila, G. W. Urinary incontinence in women. How to help patients regain bladder control. Postgrad Med. 1994 Aug; 96: 103-10

43852   Gormley, E. A., Bloom, D. A., McGuire, E. J., Ritchey, M. L. Pubovaginal slings for the management of urinary incontinence in female adolescents. J Urol. 1994 Aug; 152: 822-5; discussion 826-7

43853   Salle, J. L., de Fraga, J. C., Amarante, A., Silveira, M. L., Lambertz, M., Schmidt, M., Rosito, N. C. Urethral lengthening with anterior bladder wall flap for urinary incontinence: a new approach. J Urol. 1994 Aug; 152: 803-6

43854   Rink, R. C., Adams, M. C., Keating, M. A. The flip-flap technique to lengthen the urethra (Salle procedure) for treatment of neurogenic urinary incontinence. J Urol. 1994 Aug; 152: 799-802

43855   Franco, I., Kolligian, M., Reda, E. F., Levitt, S. B. The importance of catheter size in the achievement of urinary continence in patients undergoing a Young-Dees-Leadbetter procedure. J Urol. 1994 Aug; 152: 710-2

43856   Springer, J. P., Kropp, B. P., Thor, K. B. Facilitatory and inhibitory effects of selective norepinephrine reuptake inhibitors on hypogastric nerve-evoked urethral contractions in the cat: a prominent role of urethral beta-adrenergic receptors. J Urol. 1994 Aug; 152: 515-9

43857   Arrowsmith, S. D. Genitourinary reconstruction in obstetric fistulas. J Urol. 1994 Aug; 152: 403-6

43858   Herschorn, S., Rangaswamy, S., Radomski, S. B. Urinary undiversion in adults with myelodysplasia: long-term followup. J Urol. 1994 Aug; 152: 329-33

43859   Knapp, P. M.,  Jr, Siegel, Y. I., Lingeman, J. E. Laparoscopic retroperitoneal needle suspension urethropexy. J Endourol. 1994 Aug; 8: 279-84

43860   Sandvik, H., Hunskaar, S. Incontinence in women: different response rates may introduce bias in community studies of pad consumption. J Epidemiol Community Health. 1994 Aug; 48: 419

43861   Gray, E. H., Ordorica, R. C. Assisting your patient with intractable urinary incontinence: absorbent products and devices. R I Med. 1994 Aug; 77: 287-9

43863   Jackson, N. D. Non-surgical treatment of female incontinence. R I Med. 1994 Aug; 77: 273-4

43864   Susset, J. Evaluation of female incontinence. R I Med. 1994 Aug; 77: 266-72

43867   Wenning, G. K., Ben Shlomo, Y., Magalhaes, M., Daniel, S. E., Quinn, N. P. Clinical features and natural history of multiple system atrophy. An analysis of 100 cases. Brain. 1994 Aug; 117 ( Pt 4): 835-45

43868   Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Electrical pelvic floor stimulation by percutaneous implantable electrode. Br J Urol. 1994 Aug; 74: 191-4

43870   Wyman, J. F. The psychiatric and emotional impact of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 336-9

43871   Bourcier, A. P. Physical therapy for female pelvic floor disorders. Curr Opin Obstet Gynecol. 1994 Aug; 6: 331-5

43873   Henry, M. M. The role of pudendal nerve innervation in female pelvic floor function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 324-5

## American Urological Association, Inc.
### SUI Guidelines Panel

**43875**  Mallett, V. T., Bump, R. C. The epidemiology of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 308-12

**43876**  Science of urinary incontinence. Report of a meeting of Physicians and Scientists, University College London. Lancet. 1994 Jul 30; 344: 311-5

**43878**  Ross, J. Continence. A plan of action. Nurs Times. 1994 Jul 6-12; 90: 64-6

**43879**  Jones, J. O. Continence. A public inconvenience. Interview by Renata Langford. Nurs Times. 1994 Jul 6-12; 90: 62

**43880**  Schwartz, S. L., Kennelly, M. J., McGuire, E. J., Faerber, G. J. Incontinent ileo-vesicostomy urinary diversion in the treatment of lower urinary tract dysfunction. J Urol. 1994 Jul; 152: 99-102

**43884**  Corrie, G. D. AHCPR guides oversimplify treatment approach. J Okla State Med Assoc. 1994 Jul; 87: 333-4

**43886**  Parra, R. O., Cummings, J. M., Boullier, J. A. Simple detubularization technique for construction of continent colonic urinary reservoirs. Urology. 1994 Jul; 44: 35-7

**43887**  Kavoussi, L. R., Moore, R. G., Partin, A. W., Bender, J. S., Zenilman, M. E., Satava, R. M. Telerobotic assisted laparoscopic surgery: initial laboratory and clinical experience. Urology. 1994 Jul; 44: 15-9

**43888**  Colling, J. C., Owen, T. R., McCreedy, M. R. Urine volumes and voiding patterns among incontinent nursing home residents. Residents at highest risk for dehydration are often the most difficult to track. Geriatr Nurs. 1994 Jul-Aug; 15: 188-92

**43889**  Crino, P. B., Zimmerman, R., Laskowitz, D., Raps, E. C., Rostami, A. M. Magnetic resonance imaging of the cauda equina in Guillain-Barre syndrome. Neurology. 1994 Jul; 44: 1334-6

**43891**  McAtee-Smith, J., Hebert, A. A., Rapini, R. P., Goldberg, N. S. Skin lesions of the spinal axis and spinal dysraphism. Fifteen cases and a review of the literature. Arch Pediatr Adolesc Med. 1994 Jul; 148: 740-8

**43892**  Kutner, N. G., Schechtman, K. B., Ory, M. G., Baker, D. I. Older adults' perceptions of their health and functioning in relation to sleep disturbance, falling, and urinary incontinence.FICSIT Group. J Am Geriatr Soc. 1994 Jul; 42: 757-62

**43893**  Yasumura, S., Haga, H., Nagai, H., Suzuki, T., Amano, H., Shibata, H. Rate of falls and the correlates among elderly people living in an urban community in Japan. Age Ageing. 1994 Jul; 23: 323-7

**43894**  Tayal, S. C., Bansal, S. K., Chadha, D. K. Hypopituitarism: a difficult diagnosis in elderly people but worth a search. Age Ageing. 1994 Jul; 23: 320-2

**43895**  Talbot, L. A. Coping with urinary incontinence: development and testing of a scale. Nurs Diagn. 1994 Jul-Sep; 5: 127-32

**43896**  Carruthers, S. G. Adverse effects of alpha 1-adrenergic blocking drugs. Drug Saf. 1994 Jul; 11: 12-20

**43898**  Noe, H. N., Williams, R. S., Causey, J., Smith, D. P. Long-term effects of polytetrafluoroethylene injected into the rat bladder submucosa. Urology. 1994 Jun; 43: 852-5; discussion 855-6

**43902**  Rintala, R., Mildh, L., Lindahl, H. Fecal continence and quality of life for adult patients with an operated high or intermediate anorectal malformation. J Pediatr Surg. 1994 Jun; 29: 777-80

**43903**  Novell, J. R., Osborne, M. J., Winslet, M. C., Lewis, A. A. Prospective randomized trial of Ivalon sponge versus sutured rectopexy for full-thickness rectal prolapse. Br J Surg. 1994 Jun; 81: 904-6

**43905**  Shepherd, J. H., Crawford, R. A. Reconstructive procedures in benign and malignant gynecological surgery. Curr Opin Obstet Gynecol. 1994 Jun; 6: 206-9

**43906**  Freedman, E. R., Rickwood, A. M. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1994 Jun; 73: 716-7

**43907**  Freedman, E. R., Singh, G., Donnell, S. C., Rickwood, A. M., Thomas, D. G. Combined bladder neck suspension and augmentation cystoplasty for neuropathic incontinence in female patients. Br J Urol. 1994 Jun; 73: 621-4

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43910   Cochran, I., Flynn, C. A., Goetz, G., Potts-Nulty, S. E., Rece, J., Sensenig, H. Stroke care--piecing together the long-term picture. Nursing. 1994 Jun; 24: 34-41; quiz 42

43911   Spector, W. D. Correlates of pressure sores in nursing homes: evidence from the National Medical Expenditure Survey. J Invest Dermatol. 1994 Jun; 102: 42S-45S

43912   Ehren, I., Alm, P., Kinn, A. C. Renal and bladder functions in patients after spinal cord injuries. Scand J Urol Nephrol. 1994 Jun; 28: 127-33

43913   Young, S. B., Pingeton, D. M. A practical approach to perimenopausal and postmenopausal urinary incontinence. Obstet Gynecol Clin North Am. 1994 Jun; 21: 357-79

43917   Fischer, W. Therapeutic possibilities and choice of adequate treatment of female urinary incontinence (UI). Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 43-4

43918   Kralj, B. Epidemiology of female urinary incontinence, classification of urinary incontinence, urinary incontinence in elderly women. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 39-41

43919   Eisenstein, S. M., Engelbrecht, D. J., el Masry, W. S. Low back pain and urinary incontinence. A hypothetical relationship. Spine. 1994 May 15; 19: 1148-52

43921   Seidel, G. K., Millis, S. R., Lichtenberg, P. A., Dijkers, M. Predicting bowel and bladder continence from cognitive status in geriatric rehabilitation patients. Arch Phys Med Rehabil. 1994 May; 75: 590-3

43922   McDowell, B. J., Silverman, M., Martin, D., Musa, D., Keane, C. Identification and intervention for urinary incontinence by community physicians and geriatric assessment teams. J Am Geriatr Soc. 1994 May; 42: 501-5

43924   Koldewijn, E. L., Van Kerrebroeck, P. E., Schaafsma, E., Wijkstra, H., Debruyne, F. M., Brindley, G. S. Bladder pressure sensors in an animal model. J Urol. 1994 May; 151: 1379-84

43926   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K., Hooper, R., McEwan, A. J., Triscott, J. Cerebral aetiology of urinary urge incontinence in elderly people. Age Ageing. 1994 May; 23: 246-50

43927   Marzan, K. A., Barron, T. F. MRI abnormalities in Behr syndrome. Pediatr Neurol. 1994 May; 10: 247-8

43928   Regensberg, D. Objective social continence: understanding continence. Nurs RSA. 1994 May; 9: 23-6

43929   Sale, P. G., Wyman, J. F. Achievement of goals associated with bladder training by older incontinent women. Appl Nurs Res. 1994 May; 7: 93-6

43932   Bernard, M. A. Urinary incontinence in elderly females. J Okla State Med Assoc. 1994 May; 87: 217-24

43933   Kong, K. H., Chan, K. F., Lim, A. C., Tan, E. S. Detrusor hyperreflexia in strokes. Ann Acad Med Singapore. 1994 May; 23: 319-21

43934   Malissard, M., Souquet, J., Jullien, D. Optimisation of pulse duration for intravaginal electrical stimulation: effect of tissue excitability. Med Biol Eng Comput. 1994 May; 32: 327-30

43935   Fantl, J. A. The lower urinary tract in women--effect of aging and menopause on continence. Exp Gerontol. 1994 May-Aug; 29: 417-22

43936   Proudfoot, L. M., Farmer, E. S., McIntosh, J. B. Testing incontinence pads using single-case research designs. Br J Nurs. 1994 Apr 14-27; 3: 316, 318-20, 322 passim

43938   Fader, M. Continence. From wheelchairs to toilet. Nurs Times. 1994 Apr 13-19; 90: 76-80

43941   Smith, R. D. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1994 Apr; 73: 470

43945   O'Dowd, T. C. Urinary incontinence in women--a conundrum. Br J Gen Pract. 1994 Apr; 44: 147-8

43946   Khanduja, K. S., Yamashita, H. J., Wise, W. E., Jr, Aguilar, P. S., Hartmann, R. F. Delayed repair of obstetric injuries of the anorectum and vagina. A stratified surgical approach. Dis Colon Rectum. 1994 Apr; 37: 344-9

43947   Elkins, T. E. Surgery for the obstetric vesicovaginal fistula: a review of 100 operations in 82 patients. Am J Obstet Gynecol. 1994 Apr; 170: 1108-18; discussion 1118-20

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Procite Number

---

43949 Chancellor, M. B., Erhard, M. J., Kiilholma, P. J., Karasick, S., Rivas, D. A. Functional urethral closure with pubovaginal sling for destroyed female urethra after long-term urethral catheterization. Urology. 1994 Apr; 43: 499-505

43951 McGuire, E. J., Appell, R. A. Transurethral collagen injection for urinary incontinence. Urology. 1994 Apr; 43: 413-5

43952 Sadoughi, N., Pessis, D. Endoscopic vesical neck and uterovaginal suspension for cystocele prolapse repair. J Am Coll Surg. 1994 Apr; 178: 326-8

43953 Brandeis, G. H., Ooi, W. L., Hossain, M., Morris, J. N., Lipsitz, L. A. A longitudinal study of risk factors associated with the formation of pressure ulcers in nursing homes. J Am Geriatr Soc. 1994 Apr; 42: 388-93

43956 Connor, J. P., Betrus, G., Fleming, P., Perlmutter, A. D., Reitelman, C. Early cystometrograms can predict the response to intravesical instillation of oxybutynin chloride in myelomeningocele patients. J Urol. 1994 Apr; 151: 1045-7

43957 Dewan, P. A. Re: Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1994 Apr; 151: 1030-1

43958 Wallace, K. Female pelvic floor functions, dysfunctions, and behavioral approaches to treatment. Clin Sports Med. 1994 Apr; 13: 459-81

43959 Ng, K. H. Nocturnal enuresis. Singapore Med J. 1994 Apr; 35: 198-200

43960 Ding, Y. Y., Jayaratnam, F. J. Urinary incontinence in the hospitalised elderly--a largely reversible disorder. Singapore Med J. 1994 Apr; 35: 167-70

43961 Waaldijk, K. The immediate surgical management of fresh obstetric fistulas with catheter and/or early closure. Int J Gynaecol Obstet. 1994 Apr; 45: 11-6

43962 Swierzewski, S. J., 3rd, Gormley, E. A., Belville, W. D., Sweetser, P. M., Wan, J., McGuire, E. J. The effect of terazosin on bladder function in the spinal cord injured patient. J Urol. 1994 Apr; 151: 951-4

43963 Carvalho, J. P., Souen, J. S., Carramao Sda, S., Yeu, W. L., Pinotti, J. A. Wertheim-Meigs radical hysterectomy. Rev Paul Med. 1994 Apr-Jun; 112: 539-42

43964 Payne, C. K., Babiarz, J. W., Raz, S. Genitourinary problems in the elderly patient. Surg Clin North Am. 1994 Apr; 74: 401-29

43968 Senechal, P. K. Symphysis pubis separation during childbirth. J Am Board Fam Pract. 1994 Mar-Apr; 7: 141-4

43969 Kodama, H., Hieda, I., Kuchinomachi, Y., Takeichi, H., Matsumoto, H. Non-invasive ultrasonic urination sensor for ambulatory patient support. Methods Inf Med. 1994 Mar; 33: 97-100

43970 Mollard, P., Mouriquand, P. D., Buttin, X. Urinary continence after reconstruction of classical bladder exstrophy (73 cases). Br J Urol. 1994 Mar; 73: 298-302

43971 Gibb, H., Wong, G. How to choose: nurses' judgements of the effectiveness of a range of currently marketed continence aids. J Clin Nurs. 1994 Mar; 3: 77-86

43974 Van Savage, J. G., McSherry, S. A., Lepor, H., Mohler, J. L. Effects of alpha-adrenergic agonist on neobladder water and electrolyte transport. Urology. 1994 Mar; 43: 324-7

43975 Burgio, L. D., McCormick, K. A., Scheve, A. S., Engel, B. T., Hawkins, A., Leahy, E. The effects of changing prompted voiding schedules in the treatment of incontinence in nursing home residents. J Am Geriatr Soc. 1994 Mar; 42: 315-20

43976 Herzog, A. R., Diokno, A. C., Brown, M. B., Fultz, N. H., Goldstein, N. E. Urinary incontinence as a risk factor for mortality. J Am Geriatr Soc. 1994 Mar; 42: 264-8

43977 Talbot, L. A. Coping with urinary incontinence: a conceptualization of the process. Ostomy Wound Manage. 1994 Mar; 40: 28-30, 32, 34 passim

43978 Gregory, S. P. Developments in the understanding of the pathophysiology of urethral sphincter mechanism in competence in the bitch. Br Vet J. 1994 Mar-Apr; 150: 135-50

## American Urological Association, Inc.

### SUI Guidelines Panel

**43979**  Hoppe, A. E. Increasing hope for the incontinent bitch. Br Vet J. 1994 Mar-Apr; 150: 113-4

**43982**  Beier-Holgersen, R., Kirkeby, L. T., Nordling, J. 'Clam' ileocystoplasty. Scand J Urol Nephrol. 1994 Mar; 28: 55-8

**43983**  Mahran, M. R., Ghoneim, M. A. The application of the modified rectal bladder in management of the compromised urethral damage. Scand J Urol Nephrol. 1994 Mar; 28: 49-53

**43984**  Mikami, O., Osawa, O., Matsuda, T., Komatz, Y., Takada, H., Yoshioka, K. The augmented rectal bladder for urinary diversion: experience with the original valved rectum and a valve-less modification. Int J Urol. 1994 Mar; 1: 57-60; discussion 61

**43986**  McIntosh, L. J., Richardson, D. A. 30-minute evaluation of incontinence in the older woman. Geriatrics. 1994 Feb; 49: 35-8, 43-4

**43988**  Taub, N. A., Wolfe, C. D., Richardson, E., Burney, P. G. Predicting the disability of first-time stroke sufferers at 1 year. 12- month follow-up of a population-based cohort in southeast England. Stroke. 1994 Feb; 25: 352-7

**43990**  Appell, R. A. Collagen injection therapy for urinary incontinence. Urol Clin North Am. 1994 Feb; 21: 177-82

**43991**  Wilson, T. G., Moreno, J. G., Weinberg, A., Ahlering, T. E. Late complications of the modified Indiana pouch. J Urol. 1994 Feb; 151: 331-4

**43992**  Malone, P. S., Wheeler, R. A., Williams, J. E. Continence in patients with spina bifida: long term results. Arch Dis Child. 1994 Feb; 70: 107-10

**43993**  Mondoux, L. C. Patients won't ask. RN. 1994 Feb; 57: 35-40

**43994**  Fowler, C. J., Beck, R. O., Gerrard, S., Betts, C. D., Fowler, C. G. Intravesical capsaicin for treatment of detrusor hyperreflexia. J Neurol Neurosurg Psychiatry. 1994 Feb; 57: 169-73

**43995**  Burgio, K. L., Ives, D. G., Locher, J. L., Arena, V. C., Kuller, L. H. Treatment seeking for urinary incontinence in older adults. J Am Geriatr Soc. 1994 Feb; 42: 208-12

**44000**  Muir, P., Goldsmid, S. E., Bellenger, C. R. Management of urinary incontinence in five bitches with incompetence of the urethral sphincter mechanism by colposuspension and a modified sling urethroplasty. Vet Rec. 1994 Jan 8; 134: 38-41

**44001**  Lamb, C. R., Gregory, S. P. Ultrasonography of the ureterovesicular junction in the dog: a preliminary report. Vet Rec. 1994 Jan 8; 134: 36-8

**44005**  Woodhouse, C. R., Gordon, E. M. The Mitrofanoff principle for urethral failure. Br J Urol. 1994 Jan; 73: 55-60

**44006**  Brading, A. F., Turner, W. H. The unstable bladder: towards a common mechanism. Br J Urol. 1994 Jan; 73: 3-8

**44008**  Taub, H. C., Stein, M. Bladder distention therapy for symptomatic relief of frequency and urgency: a ten-year review. Urology. 1994 Jan; 43: 36-9

**44009**  Schneider, M. S., King, L. R., Surwit, R. S. Kegel exercises and childhood incontinence: a new role for an old treatment. J Pediatr. 1994 Jan; 124: 91-2

**44010**  Fernandes, E. T., Reinberg, Y., Vernier, R., Gonzalez, R. Neurogenic bladder dysfunction in children: review of pathophysiology and current management. J Pediatr. 1994 Jan; 124: 1-7

**44013**  Igawa, Y., Mattiasson, A., Andersson, K. E. Micturition and premicturition contractions in unanesthetized rats with bladder outlet obstruction. J Urol. 1994 Jan; 151: 244-9

**44014**  Williams, M. A., Noe, H. N., Smith, R. A. The importance of urinary tract infection in the evaluation of the incontinent child. J Urol. 1994 Jan; 151: 188-90

**44015**  Houser, E. E., Bartholomew, T. H., Cookson, M. S., Marlin, A. E., Little, N. A. A prospective evaluation of leak point pressure, bladder compliance and clinical status in myelodysplasia patients with tethered spinal cords. J Urol. 1994 Jan; 151: 177-80; discussion 180-1

**44019**  Woo, J., Ho, S. C., Lau, J., Yuen, Y. K., Chiu, H., Lee, H. C., Chi, I. The prevalence of depressive symptoms and predisposing factors in an elderly Chinese population. Acta Psychiatr Scand. 1994 Jan; 89: 8-13

Appendix A6  Bibliography sorted by Procite Number

Case 2:12-md-02327  Document 3080-10  Filed 09/15/16  Page 671 of 300  PageID #: 203210

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

44020    Gutierrez-Molina, M., Caminero Rodriguez, A., Martinez Garcia, C., Arpa Gutierrez, J., Morales Bastos, C., Amer, G. Small arterial granular degeneration in familial Binswanger's syndrome. Acta Neuropathol (Berl). 1994; 87: 98-105

44021    Sengstaken, E. A., King, S. A. Chronic schizophrenia or meningioma?. J Am Board Fam Pract. 1994 Jan-Feb; 7: 71-3

44022    Bax, M. Bladder and bowel. Dev Med Child Neurol. 1994 Jan; 36: 1-2

44023    Wilker, C. E., Meyers-Wallen, V. N., Schlafer, D. H., Dykes, N. L., Kovacs, A., Ball, B. A. XX sex reversal in a llama. J Am Vet Med Assoc. 1994 Jan 1; 204: 112-5

44026    Candy, M. Raising awareness of a hidden problem: pelvic floor promotion. Prof Nurse. 1994 Jan; 9: 278, 280-4

44028    North, A. Continence. The client's view. Nurs Times. 1994 Jan 26-Feb 1; 90: 80-2

44029    Rhodes, P., Parker, G. Continence. Profile of an adviser. Nurs Times. 1994 Jan 26-Feb 1; 90: 75-8

44031    Ghoniem, G. M. Bladder neck wrap: a modified fascial sling in treatment of incontinence in myelomeningocele patients. Eur Urol. 1994; 25: 340-2

44032    Aguiar, P. H., Andrioli, M. S., Cabrera, H. N., Cabral, N. D., Scaff, M. Management of hydrocephalus in Paget's disease. Case report. Zentralbl Neurochir. 1994; 55: 60-2

44035    Mizunaga, M., Miyata, M., Kaneko, S., Yachiku, S., Chiba, K. Intravesical instillation of oxybutynin hydrochloride therapy for patients with a neuropathic bladder. Paraplegia. 1994 Jan; 32: 25-9

44036    Harari, D., Malone-Lee, J., Ridgway, G. L. An age-related investigation of urinary tract symptoms and infection following urodynamic studies. Age Ageing. 1994 Jan; 23: 62-4

44037    Lord, A., Eastwood, H. Detrusor hyperreflexia--are there two types?. Age Ageing. 1994 Jan; 23: 32-3

44038    Autret, E., Jonville, A. P., Dutertre, J. P., Bertiere, M. C., Robert, M., Averous, M., Couet, W. Plasma levels of oxybutynine chloride in children. Eur J Clin Pharmacol. 1994; 46: 83-5

44039    Breza, J., Alemayehu, H. M., Hornak, M., Zvara, V. Advantages of converting incontinent to continent urinary diversion. Int Urol Nephrol. 1994; 26: 447-53

44040    Pfister, S. M., Dougherty, M. C. Behavioral management for bladder control: response in selected rural residential care homes. J Community Health Nurs. 1994; 11: 155-64

44045    Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urinary incontinence in the elderly: the brain factor. Scand J Urol Nephrol Suppl. 1994; 157: 83-8

44046    Nielsen, A. F., Walter, S. Epidemiology of infrequent voiding and associated symptoms. Scand J Urol Nephrol Suppl. 1994; 157: 49-53

44048    Rasmussen, A., Mouritsen, L., Dalgaard, A., Frimodt-Moller, C. Twenty-four hour pad weighing test: reproducibility and dependency of activity level and fluid intake. Neurourol Urodyn. 1994; 13: 261-5

44051    Macallum, G. E., Albassam, M. A. Renal toxicity of a nondopaminergic antipsychotic agent, trimethyl imidazopyrazolopyrimidine, in rats. Toxicol Pathol. 1994 Jan-Feb; 22: 39-47

44052    Itoh, H., Morikawa, A., Makino, I. Urinary bladder dysfunction in spontaneously diabetic Chinese hamsters. Diabetes Res Clin Pract. 1994 Jan; 22: 163-70

44055    Kreder, K. J., Nygaard, I. E. The diagnosis and management of urinary incontinence in women. Compr Ther. 1994; 20: 678-81

44056    Ghoniem, G. M., Lapeyrolerie, J., Sood, O. P., Thomas, R. Tulane experience with management of urinary incontinence after placement of an artificial urinary sphincter. World J Urol. 1994; 12: 333-6

44059    Swithinbank, L. V., Carr, J. C., Abrams, P. H. Longitudinal study of urinary symptoms in children. Longitudinal study of urinary symptoms and incontinence in local schoolchildren. Scand J Urol Nephrol Suppl. 1994; 163: 67-73

44060   Griffiths, D., Harrison, G., Moore, K., McCracken, P. Long-term changes in urodynamic studies of voiding in the elderly. Urol Res. 1994; 22: 235-8

44065   Chancellor, M. B., Blaivas, J. G. Urological and sexual problems in multiple sclerosis. Clin Neurosci. 1994; 2: 189-95

44070   DeLancey, J. O. Childbirth, continence, and the pelvic floor. N Engl J Med. 1993 Dec 23; 329: 1956-7

44072   Fultz, N. H., Herzog, A. R. Measuring urinary incontinence in surveys. Gerontologist. 1993 Dec; 33: 708-13

44076   Sherman, S., Umlauf, M. G. Urinary incontinence in community dwelling elders. Urol Nurs. 1993 Dec; 13: 120-7

44079   Caputo, R. M., Benson, J. T. The Q-tip test and urethrovesical junction mobility. Obstet Gynecol. 1993 Dec; 82: 892-6

44080   Braslis, K. G., Stephens, D. A. Uretero-fallopian fistula: an unusual complication of open ureterolithotomy. J Urol. 1993 Dec; 150: 1900-2

44081   Sumfest, J. M., Burns, M. W., Mitchell, M. E. The Mitrofanoff principle in urinary reconstruction. J Urol. 1993 Dec; 150: 1875-7; discussion 1877-8

44082   Khair, B., Azmy, A. F., Carachi, R., Fyfe, A. H., Drainer, I. K. Continent urinary diversion using Mitrofanoff principle in children with neurogenic bladder. Eur J Pediatr Surg. 1993 Dec; 3 Suppl 1: 8-9

44083   Jordan, G. H., Winslow, B. H. Laparoscopically assisted continent catheterizable cutaneous appendicovesicostomy. J Endourol. 1993 Dec; 7: 517-20

44084   Sulak, P. J., Kuehl, T. J., Shull, B. L. Vaginal pessaries and their use in pelvic relaxation. J Reprod Med. 1993 Dec; 38: 919-23

44085   Sandvik, H., Hunskaar, S., Seim, A., Hermstad, R., Vanvik, A., Bratt, H. Validation of a severity index in female urinary incontinence and its implementation in an epidemiological survey. J Epidemiol Community Health. 1993 Dec; 47: 497-9

44088   Cardozo, L., Rekers, H., Tapp, A., Barnick, C., Shepherd, A., Schussler, B., Kerr-Wilson, R., van Geelan, J., Barlebo, H., Walter, S. Oestriol in the treatment of postmenopausal urgency: a multicentre study. Maturitas. 1993 Dec; 18: 47-53

44089   Sultan, A. H., Kamm, M. A., Bartram, C. I., Hudson, C. N. Anal sphincter trauma during instrumental delivery. Int J Gynaecol Obstet. 1993 Dec; 43: 263-70

44090   Kennedy, A. Continence. Island education. Nurs Times. 1993 Nov 24-30; 89: 74-7

44092   Chambers, K. Continence. Regained dignity. Nurs Times. 1993 Nov 24-30; 89: 65-6

44093   Naylor, J. R., Mulley, G. P. Commodes: inconvenient conveniences. BMJ. 1993 Nov 13; 307: 1258-60

44095   Brubaker, L., Retzky, S., Smith, C., Saclarides, T. Pelvic floor evaluation with dynamic fluoroscopy. Obstet Gynecol. 1993 Nov; 82: 863-8

44096   Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. III. Detrusor overactivity. J Urol. 1993 Nov; 150: 1668-80

44099   Maroun, F. B., Makino, A. P., Tong, T. R., Perkins, P. G., Arts, R., Jacob, J. C., Reddy, R. Cervical myelopathy secondary to ossification of the posterior longitudinal ligament in a Caucasian patient. Can J Neurol Sci. 1993 Nov; 20: 329-32

44101   Cheater, F. M. Retrospective document survey: identification, assessment and management of urinary incontinence in medical and care of the elderly wards. J Adv Nurs. 1993 Nov; 18: 1734-46

44102   Moore, K. Controlling urinary incontinence. Interview by Patricia Marck. AARN News Lett. 1993 Nov; 49: 26

44103   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in progressive supranuclear palsy. J Auton Nerv Syst. 1993 Nov; 45: 101-6

44105   Dippel, D. W., Habbema, J. D. Probabilistic diagnosis of normal pressure hydrocephalus and other treatable cerebral lesions in dementia. J Neurol Sci. 1993 Nov; 119: 123-33

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3080-10 Filed 09/19/19 Page 673 of 800 PageID #: 203212

American Urological Association, Inc.

**Master Bibliography**
sorted by Procite Number

SUI Guidelines Panel

**44108** Marsh, T. D. Estrogens for treating urinary incontinence in women. Am Pharm. 1993 Nov; NS33: 47-8, 90

**44110** Eberle, C. M., Winsemius, D., Garibaldi, R. A. Risk factors and consequences of bacteriuria in non-catheterized nursing home residents. J Gerontol. 1993 Nov; 48: M266-71

**44111** Belmin, J., Hervias, Y., Avellano, E., Oudart, O., Durand, I. Reliability of sampling urine from disposable diapers in elderly incontinent women. J Am Geriatr Soc. 1993 Nov; 41: 1182-6

**44112** Siproudhis, L., Dautreme, S., Ropert, A., Bretagne, J. F., Heresbach, D., Raoul, J. L., Gosselin, M. Dyschezia and rectocele--a marriage of convenience? Physiologic evaluation of the rectocele in a group of 52 women complaining of difficulty in evacuation. Dis Colon Rectum. 1993 Nov; 36: 1030-6

**44113** Goldwasser, B., Ben-Chaim, J., Golomb, J., Leibovitch, I., Mor, Y., Avigad, I. Bladder neck closure with an Indiana stoma outlet as a technique for continent vesicostomy. Surg Gynecol Obstet. 1993 Nov; 177: 448-50

**44115** Skoner, M. M., Haylor, M. J. Managing incontinence: women's normalizing strategies. Health Care Women Int. 1993 Nov-Dec; 14: 549-60

**44116** Sherman, A. M. An introduction to urinary incontinence. Orthop Nurs. 1993 Nov-Dec; 12: 27-30

**44117** Rietberg, C. C., Lindhout, D. Adult patients with spina bifida cystica: genetic counselling, pregnancy and delivery. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 63-70

**44120** Bent, A. E., Ostergard, D. R., Zwick-Zaffuto, M. Tissue reaction to expanded polytetrafluoroethylene suburethral sling for urinary incontinence: clinical and histologic study. Am J Obstet Gynecol. 1993 Nov; 169: 1198-204

**44123** Ouslander, J. G., Palmer, M. H., Rovner, B. W., German, P. S. Urinary incontinence in nursing homes: incidence, remission and associated factors. J Am Geriatr Soc. 1993 Oct; 41: 1083-9

**44124** Eisman, E., Tries, J. A new probe for measuring electromyographic activity from multiple sites in the anal canal. Dis Colon Rectum. 1993 Oct; 36: 946-52

**44126** Meyrat, B. J., Vernet, O., Berger, D., de Tribolet, N. Pre- and postoperative urodynamic and anorectal manometric findings in children operated upon for a primary tethered cord. Eur J Pediatr Surg. 1993 Oct; 3: 309-12

**44127** Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in radiation myelopathy. J Spinal Disord. 1993 Oct; 6: 402-5

**44131** Hasson, H. M. Cervical removal at hysterectomy for benign disease. Risks and benefits. J Reprod Med. 1993 Oct; 38: 781-90

**44132** Shiohama, N., Shinomiya, S., Nagaoka, M. Clinical features of anterior bradyrhythmia. Clin Electroencephalogr. 1993 Oct; 24: 194-201

**44140** Barrett, D. M., Parulkar, B. G., Kramer, S. A. Experience with AS 800 artificial sphincter in pediatric and young adult patients. Urology. 1993 Oct; 42: 431-6

**44141** Kavukcu, S., Ozaksoy, D., Turkmen, M., Kovanlikaya, I., Kose, G., Tavli, V. The urological manifestations of the tethered spinal cord. Turk J Pediatr. 1993 Oct-Dec; 35: 313-7

**44142** Yu, T. J. Single unilateral vaginal ectopic ureter. J Formos Med Assoc. 1993 Oct; 92: 923-5

**44143** Simor, A. E., Yake, S. L., Tsimidis, K. Infection due to Clostridium difficile among elderly residents of a long-term-care facility. Clin Infect Dis. 1993 Oct; 17: 672-8

**44145** Effects of terodiline on urinary incontinence among older non- institutionalized women. Terodiline in the Elderly American Multicenter Study Group. J Am Geriatr Soc. 1993 Sep; 41: 915-22

**44146** Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. The nighttime environment, incontinence care, and sleep disruption in nursing homes. J Am Geriatr Soc. 1993 Sep; 41: 910-4

**44147** Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. Nighttime sleep and bed mobility among incontinent nursing home residents. J Am Geriatr Soc. 1993 Sep; 41: 903-9

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

---

44148    Herman, J. M., McLone, D. G., Storrs, B. B., Dauser, R. C. Analysis of 153 patients with myelomeningocele or spinal lipoma reoperated upon for a tethered cord. Presentation, management and outcome. Pediatr Neurosurg. 1993 Sep-Oct; 19: 243-9

44151    Benson, J. T., McClellan, E. The effect of vaginal dissection on the pudendal nerve. Obstet Gynecol. 1993 Sep; 82: 387-9

44153    Rintala, R., Lahdenne, P., Lindahl, H., Siimes, M., Heikinheimo, M. Anorectal function in adults operated for a benign sacrococcygeal teratoma. J Pediatr Surg. 1993 Sep; 28: 1165-7

44154    Vincent, C. Osteitis pubis. J Am Board Fam Pract. 1993 Sep-Oct; 6: 492-6

44155    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in multiple system atrophy. Jpn J Psychiatry Neurol. 1993 Sep; 47: 591-8

44156    Oot-Giromini, B. A. Pressure ulcer prevalence, incidence and associated risk factors in the community. Decubitus. 1993 Sep; 6: 24-32

44157    van der Linden, M. C., Gerretsen, G., Brandhorst, M. S., Ooms, E. C., Kremer, C. M., Doesburg, W. H. The effect of estriol on the cytology of urethra and vagina in postmenopausal women with genito-urinary symptoms. Eur J Obstet Gynecol Reprod Biol. 1993 Sep; 51: 29-33

44158    Ashworth, P. D., Hagan, M. T. The meaning of incontinence: a qualitative study of non-geriatric urinary incontinence sufferers. J Adv Nurs. 1993 Sep; 18: 1415-23

44160    Clark, A., Romm, J. Effect of urinary incontinence on sexual activity in women. J Reprod Med. 1993 Sep; 38: 679-83

44161    Brubaker, L., Kotarinos, R. Kegel or cut? Variations on his theme. J Reprod Med. 1993 Sep; 38: 672-8

44164    Richardson, D. A. Conservative management of urinary incontinence. A symposium. J Reprod Med. 1993 Sep; 38: 659-61

44165    Stickler, D. J., King, J. B., Winters, C., Morris, S. L. Blockage of urethral catheters by bacterial biofilms. J Infect. 1993 Sep; 27: 133-5

44166    Igawa, Y., Westerling, D., Mattiasson, A., Andersson, K. E. Effects of morphine metabolites on micturition in normal, unanaesthetized rats. Br J Pharmacol. 1993 Sep; 110: 257-62

44167    Crome, P., Wijayawardhana, P., Ankier, S. I., Dowell, P., Chevalier, P., Guillet, P. The pharmacokinetics of suriclone after single- and multiple-dose administration in healthy elderly volunteers. Drugs Aging. 1993 Sep-Oct; 3: 436-40

44168    Holt, P. E., Thrusfield, M. V. Association in bitches between breed, size, neutering and docking, and acquired urinary incontinence due to incompetence of the urethral sphincter mechanism. Vet Rec. 1993 Aug 21; 133: 177-80

44169    Jilek, R. Elderly toileting: is two hourly too often?. Nurs Stand. 1993 Aug 11-17; 7: 25-6

44170    Foreman, M. D., Theis, S. L., Anderson, M. A. Adverse events in the hospitalized elderly. Clin Nurs Res. 1993 Aug; 2: 360-70

44174    Genadry, R. R. Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 437-9

44177    Igawa, Y., Mattiasson, A., Andersson, K. E. Effects of GABA-receptor stimulation and blockade on micturition in normal rats and rats with bladder outflow obstruction. J Urol. 1993 Aug; 150: 537-42

44179    Sawle, G. V., Playford, E. D., Brooks, D. J., Quinn, N., Frackowiak, R. S. Asymmetrical pre-synaptic and post-synpatic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116 ( Pt 4): 853-67

44182    Hassink, E. A., Rieu, P. N., Severijnen, R. S., vd Staak, F. H., Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

# American Urological Association, Inc.

## SUI Guidelines Panel

<div align="right">

**Master Bibliography**

sorted by Procite Number

</div>

**44183**  Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-6

**44184**  Nguyen, D. H., Ganesan, G. S., Sumfest, J. M., Liggitt, D. H., Caruso, A., Burns, M. W., Mitchell, M. E. The use of the AMS800 artificial urinary sphincter in combination with the gastric tube for continence in the canine model. J Urol. 1993 Aug; 150: 737-41

**44186**  Nguyen, D. H., Bain, M. A., Salmonson, K. L., Ganesan, G. S., Burns, M. W., Mitchell, M. E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-9

**44188**  Caione, P., Lais, A., de Gennaro, M., Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-3

**44189**  Gearhart, J. P., Canning, D. A., Peppas, D. S., Jeffs, R. D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-3

**44190**  Gosalbez, R., Jr, Woodard, J. R., Broecker, B. H., Parrott, T. S., Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-40

**44194**  Hiraizumi, Y., Transfeldt, E. E., Fujimaki, E., Nakabayashi, H., Ishikawa, T., Sato, H. Electrophysiologic evaluation of intermittent sacral nerve dysfunction in lumbar spinal canal stenosis. Spine. 1993 Aug; 18: 1355-60

**44196**  Weiss, R. E., Garden, R. J., Cohen, E. L., Stone, N. N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-7

**44197**  McCormack, M., Pike, J., Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-4

**44199**  Jakobsen, H., Kromann-Andersen, B., Nielsen, K. K., Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-81

**44202**  Massat, B. J., Gregory, C. R., Ling, G. V., Cardinet, G. H., Lewis, E. L. Cystourethropexy to correct refractory urinary incontinence due to urethral sphincter mechanism incompetence. Preliminary results in ten bitches. Vet Surg. 1993 Jul-Aug; 22: 260-8

**44204**  Petrelli, N. J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-4

**44206**  Ghosh, T. S., Kwawukume, E. Y. A new method of achieving total continence in vesico-urethro-vaginal fistula (circumferential fistula) with total urethral destruction-- surgical technique. West Afr J Med. 1993 Jul-Sep; 12: 141-3

**44209**  Zimakoff, J., Pontoppidan, B., Larsen, S. O., Stickler, D. J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-99

**44210**  Gillatt, D. A., Feneley, R. C. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1993 Jul; 72: 122-3

**44211**  Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. JAMA. 1993 Jun 16; 269: 2975-80

**44212**  Weese, D. L., Roskamp, D. A., Leach, G. E., Zimmern, P. E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-30

**44213**  Sherer, D. M., Abramowicz, J. S., Perillo, A. M., Woods, J. R., Jr Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-7

**44214**  Lagace, E. A., Hansen, W., Hickner, J. M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-4

**44215**  Grosshans, C., Passadori, Y., Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-8

Case 2:12-md-02327 Document 3080-10 Filed 09/19/16 Page 676 of 800 PageID #: 203215

44217    Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-62

44220    Smith, P., Heimer, G., Norgren, A., Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-5

44221    Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-9

44225    Bunyaratavej, P., La-ornual, S., Kongkanand, A., Prasopsanti, K., Vajarapongse, R. Ten years' experience with enterocystoplasty. J Med Assoc Thai. 1993 Jun; 76: 327-33

44226    Jolleys, J. V., Wilson, J. V. Urinary incontinence. GPs lack confidence. BMJ. 1993 May 15; 306: 1344

44227    Ekelund, P., Grimby, A., Milsom, I. Urinary incontinence. Social and financial costs high. BMJ. 1993 May 15; 306: 1344

44229    Jones, J. A., Mitchell, M. E., Rink, R. C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-62

44235    Carter, C. T., Schafer, N. Incidence of urethral disruption in females with traumatic pelvic fractures. Am J Emerg Med. 1993 May; 11: 218-20

44236    Herschorn, S., Thijssen, A. J., Radomski, S. B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

44237    Borer, J. G., Corgan, F. J., Krantz, R., Gordon, D. H., Maiman, M., Glassberg, K. I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-7

44238    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-3

44240    Keating, M. A., Rink, R. C., Adams, M. C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-4

44245    Hayden, D. W., Waters, D. J., Burke, B. A., Manivel, J. C. Disseminated malignant histiocytosis in a golden retriever: clinicopathologic, ultrastructural, and immunohistochemical findings. Vet Pathol. 1993 May; 30: 256-64

44246    Van Kerrebroeck, P. E., Koldewijn, E. L., Scherpenhuizen, S., Debruyne, F. M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-9

44247    Topper, A. K., Holliday, P. J., Fernie, G. R. Bladder volume estimation in the elderly using a portable ultrasound-based measurement device. J Med Eng Technol. 1993 May-Jun; 17: 99-103

44249    Mooney, R. A., Newman, D. K., Smith, D. A., Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30, 32

44250    Lao, T. T., Halpern, S. H., MacDonald, D., Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-5

44251    Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-6

44252    Hage, J. J., Bouman, F. G., Bloem, J. J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10; discussion 911-3

44254    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-4

44257    Klein, H. M., Kirschner-Hermanns, R., Lagunilla, J., Gunther, R. W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-3

44259    Wolfe, C. D., Taub, N. A., Woodrow, J., Richardson, E., Warburton, F. G., Burney, P. G. Does the incidence, severity, or case fatality of stroke vary in southern England?. J Epidemiol Community Health. 1993 Apr; 47: 139-43

**44261** Brocklehurst, J. C. Urinary incontinence in the community--analysis of a MORI poll. BMJ. 1993 Mar 27; 306: 832-4

**44262** Jarvis, G. J. Urinary incontinence in the community. BMJ. 1993 Mar 27; 306: 809-10

**44264** Holt, P. E. Surgical management of congenital urethral sphincter mechanism incompetence in eight female cats and a bitch. Vet Surg. 1993 Mar-Apr; 22: 98-104

**44267** Kurtz, M., Murrey, M., Salmonson, K., Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92, 99-100

**44270** Gelber, D. A., Good, D. C., Laven, L. J., Verhulst, S. J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-82

**44274** Hooley, J. S. Kegel exercises. J Fla Med Assoc. 1993 Mar; 80: 213

**44276** Whyte, T. D., McNally, D. S., James, E. D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-6

**44277** Gormley, E. A., Griffiths, D. J., McCracken, P. N., Harrison, G. M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-9

**44278** Holt, P. E. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 20; 132: 199-200

**44279** Hinge, A. J. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 6; 132: 144

**44280** Eckford, S. D., Keane, D. P. Management of detrusor instability. Br J Hosp Med. 1993 Feb 17-Mar 2; 49: 282-5

**44283** Keane, D. P., Winder, A., Lewis, P., Shepherd, A. M., Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-5

**44287** Schnelle, J. F., Newman, D., White, M., Abbey, J., Wallston, K. A., Fogarty, T., Ory, M. G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-21

**44290** Williams, M. P., Wallhagen, M., Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

**44294** Sit, K. H. Urinary incontinence caused by prazosin. Singapore Med J. 1993 Feb; 34: 91

**44298** Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Urodynamic investigation in elderly women. BMJ. 1993 Jan 9; 306: 145

**44299** Williams, N. S., Fowler, C. G., George, B. D., Blandy, J. P., Badenoch, D. F., Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence. Lancet. 1993 Jan 9; 341: 115-6

**44301** Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-6

**44303** Cohen, H. A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-31

**44313** Chao, R., Mayo, M. E., Bejany, D. E., Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

**44314** Triolo, J., Breu, B. A. What is your diagnosis? Hemangiosarcoma of the falciform ligament. J Am Vet Med Assoc. 1993 Jan 1; 202: 133-4

**44315** Day, D. G., Bailey, M. Q., Evans, K. L., Smeak, D. D., DiBartola, S. P. Postoperative evaluation of renal function after surgical correction of a ureterovaginal fistula in a cat. J Am Vet Med Assoc. 1993 Jan 1; 202: 104-6

**44318** Dijkema, H. E., Weil, E. H., Mijs, P. T., Janknegt, R. A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-6

**44323** Broseta, E., Osca, J. M., Morera, J., Martinez-Agullo, E., Jimenez-Cruz, J. F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-7

# American Urological Association, Inc.

## SUI Guidelines Panel

44331   Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10

44332   Foreman, M. M., McNulty, A. M. Alterations in K(+)-evoked release of 3H-norepinephrine and contractile responses in urethral and bladder tissues induced by norepinephrine reuptake inhibition. Life Sci. 1993; 53: 193-200

44333   Rabin, J. M., McNett, J., Badlani, G. H. Computerized voiding diary. Neurourol Urodyn. 1993; 12: 541-53; discussion 553-4

44335   Arpa Gutierrez, J., Morales, C., Lara, M., Munoz, C., Garcia-Rojo, M., Caminero, A., Gutierrez, M. Type I familial amyloid polyneuropathy and pontine haemorrhage. Acta Neuropathol (Berl). 1993; 86: 542-5

44336   Mansson, A., Anderson, H., Colleen, S. Time lag to diagnosis of bladder cancer--influence of psychosocial parameters and level of health-care provision. Scand J Urol Nephrol. 1993; 27: 363-9

44338   Ishigooka, M., Hashimoto, T., Izumiya, K., Sasagawa, I., Nakada, T. Incidence of anal incontinence after long-term follow-up of patients treated by ureterosigmoidostomy. Int Urol Nephrol. 1993; 25: 455-60

44339   Isambert, J. L., Egon, G., Colombel, P. Adjuvant drug therapy: a review of 30 cases of sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 513-5

44340   Egon, G., Colombel, P., Isambert, J. L., Guerin, J., Barat, M. Evolution of bladder contraction in course of time after implantation of a sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 509-12

44341   Van Kerrebroeck, P. E., Koldewijn, E. L., Debruyne, F. M. Worldwide experience with the Finetech-Brindley sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 497-503

44342   Sarrias, M., Sarrias, F., Borau, A. The 'Barcelona' technique. Neurourol Urodyn. 1993; 12: 495-6

44343   Del Carro, U., Riva, D., Comi, G. C., Locatelli, T., Magnani, G., Levati, N., Vigano, R., Sambruni, I., Canal, N. Neurophysiological evaluation in detrusor instability. Neurourol Urodyn. 1993; 12: 455-62

44344   Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. Adapting incontinent patients incontinence aids to their leakage volumes. Scand J Caring Sci. 1993; 7: 67-71

44345   Shen, W. C., Lee, S. K., Ho, Y. J., Lee, K. R. Myelography, CT and MRI in leukaemic infiltration of the lumbar theca. Neuroradiology. 1993; 35: 516-7

44346   Mansi, M., Ahmed, S. Young-Dees-Leadbetter bladder neck reconstruction for sphincteric urinary incontinence: the value of augmentation cystoplasty. Scand J Urol Nephrol. 1993; 27: 509-17

44349   Brandell, R. A., Brock, J. W., 3rd Common problems in pediatric urology. Compr Ther. 1993; 19: 11-6

44350   Van Zak, D. B. Non-invasive feedback of external pubococcegii muscle activity as a treatment for urinary incontinence. Int J Psychosom. 1993; 40: 56-9

44351   Hamvas, A., Nagy, F., Tanko, A. The role of Melipramine in the treatment of bladder instability. Ther Hung. 1993; 41: 150-2

44352   Belville, W. D., Swierzewski, S. J., 3rd, Wedemeyer, G., McGuire, E. J. Fiberoptic microtransducer pressure technology: urodynamic implications. Neurourol Urodyn. 1993; 12: 171-8

44356   Barrett, J. A., Banks, A., Roe, B. Urodynamic investigation in elderly women. BMJ. 1992 Dec 5; 305: 1438

44359   Borzi, P. A., Bruce, J., Gough, D. C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-73

44360   Hyams, G., McCoull, K., Smith, P. S., Tyrer, S. P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36 ( Pt 6): 551-8

44361   Doan, T., Patterson, R., Greenberger, P. A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-9

# American Urological Association, Inc.

## SUI Guidelines Panel

44365   Herschorn, S., Radomski, S. B., Steele, D. J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-800

44366   O'Brien, D. P., Singh, J., Dias, P. S. Spinal epidermoid cyst and cauda equina syndrome in a teenage girl. Ir J Med Sci. 1992 Dec; 161: 675-8

44372   Merimsky, O., Reider-Groswasser, I., Wigler, N., Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-5

44373   Belloli, G., Campobasso, P., Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-4

44374   Ahmed, S., Morris, L. L., Byard, R. W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-60

44375   Fowler, C. J., van Kerrebroeck, P. E., Nordenbo, A., Van Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-9

44377   Ronzoni, G., De Vecchis, M., Raschi, R., Cuneo, L., Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-8

44379   Berned Muller, E., Nordwall, A., von Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-8

44383   Salisz, J. A., Diokno, A. C. The management of injuries to the urethra, bladder or vagina encountered during difficult placement of the artificial urinary sphincter in the female patient. J Urol. 1992 Nov; 148: 1528-30

44385   Iliffe, S., Tai, S. S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., Morgan, P. Are elderly people living alone an at risk group?. BMJ. 1992 Oct 24; 305: 1001-4

44386   O'Connell, H. E., MacGregor, R. J., Russell, J. M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-44

44387   Squire, K. R., Adams, S. B. Bilateral ureterocystostomy in a 450-kg horse with ectopic ureters. J Am Vet Med Assoc. 1992 Oct 15; 201: 1213-5

44390   Philp, J., Cottenden, A., Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72

44391   Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. BMJ. 1992 Oct 3; 305: 808

44392   Rekers, H., Drogendijk, A. C., Valkenburg, H. A., Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito- urinary tract. Maturitas. 1992 Oct; 15: 101-11

44393   McCormick, K. A., Newman, D. K., Colling, J., Pearson, B. D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

44395   Moore, K. H., Gilpin, S. A., Dixon, J. S., Richmond, D. H., Sutherst, J. R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-2

44396   Viljoen, A. C. Further experience with the vaginal strips sling operation. S Afr Med J. 1992 Oct; 82: 286-7

44397   New studies, new treatments, new organization discussed at national NP symposium. Nurse Pract. 1992 Oct; 17: 66-8

44403   Liptak, G. S., Shurtleff, D. B., Bloss, J. W., Baltus-Hebert, E., Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-96

44405   Vara, A. R., Shanberg, A. M., Sawyer, D. E., Tansey, L. A., Martin, D. C. Modification of Le Bag ileocolonic pouch with improved results. Review of 17 cases. Urology. 1992 Sep; 40: 221-6

44411   Rohatgi, M., Gupta, D. K., Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-3

## American Urological Association, Inc.

### SUI Guidelines Panel

44412    Wszolek, Z. K., Pfeiffer, R. F., Bhatt, M. H., Schelper, R. L., Cordes, M., Snow, B. J., Rodnitzky, R. L., Wolters, E. C., Arwert, F., Calne, D. B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-20

44415    Kaufman, D. M., Lipton, R. B. The persistent vegetative state: an analysis of clinical correlates and costs. N Y State J Med. 1992 Sep; 92: 381-4

44416    Bishop, K. R., Dougherty, M., Mooney, R., Gimotty, P., Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-6

44417    Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-32

44418    Dirie, M. A., Lindmark, G. The risk of medical complications after female circumcision. East Afr Med J. 1992 Sep; 69: 479-82

44419    Gregory, S. P., Parkinson, T. J., Holt, P. E. Urethral conformation and position in relation to urinary incontinence in the bitch. Vet Rec. 1992 Aug 22; 131: 167-70

44422    Atala, A., Bauer, S. B., Dyro, F. M., Shefner, J., Shillito, J., Sathi, S., Scott, R. M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-4

44423    Boone, T. B., Roehrborn, C. G., Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-4

44427    Orlander, J. D., Jick, S. S., Dean, A. D., Jick, H. Urinary tract infections and estrogen use in older women. J Am Geriatr Soc. 1992 Aug; 40: 817-20

44428    Lachs, M. S., Becker, M., Siegal, A. P., Miller, R. L., Tinetti, M. E. Delusions and behavioral disturbances in cognitively impaired elderly persons. J Am Geriatr Soc. 1992 Aug; 40: 768-73

44429    Fainsinger, R. L., MacEachern, T., Hanson, J., Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-8

44430    Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-31

44431    Caputo, R. M., Benson, J. T. Idiopathic fecal incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 565-70

44433    Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-6

44436    Flaherty, J. H., Miller, D. K., Coe, R. M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-5

44441    Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., Larsson, L. T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-8

44447    Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-30

44450    Klein, M. C., Gauthier, R. J., Jorgensen, S. H., Robbins, J. M., Kaczorowski, J., Johnson, B., Corriveau, M., Westreich, R., Waghorn, K., Gelfand, M. M., et, a. l. .. Does episiotomy prevent perineal trauma and pelvic floor relaxation?. Online J Curr Clin Trials. 1992 Jul 1; Doc No 10: [6019 words; 65 paragraphs]

44454    McMurdo, M. E., Davey, P. G., Elder, M. A., Miller, R. M., Old, D. C., Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-6

44458    Mulhall, A. U.K. experience with indwelling urethral catheters. Am J Infect Control. 1992 Jun; 20: 164

44463    Masters, J. C., O'Grady, M. Normal pressure hydrocephalus. A potentially reversible form of dementia. J Psychosoc Nurs Ment Health Serv. 1992 Jun; 30: 25-8

44467    Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-7

Appendix A6 - Bibliography sorted by Procite Number
Case 2:12-md-02327 Document 3086-10 Filed 09/15/15 Page 681 of 300 PageID #: 203220
Page 779 of 910

## American Urological Association, Inc.

### SUI Guidelines Panel

44471    Holt, P. E., Gibbs, C. Congenital urinary incontinence in cats: a review of 19 cases. Vet Rec. 1992 May 16; 130: 437-42

44473    Mostafa, W. Z., Abahussein, A. A., Alzayer, A. A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-22

44474    McCarthy, R. J., Lipowitz, A. J., O'Brien, T. D. Continent jejunal reservoir (Kock pouch) for urinary diversion in dogs. Vet Surg. 1992 May-Jun; 21: 208-16

44475    Monfort, G., Guys, J. M., Coquet, M., Roth, K., Louis, C., Bocciardi, A. Surgical management of duplex ureteroceles. J Pediatr Surg. 1992 May; 27: 634-8

44476    Gough, M., McDermott, E. W., Lyons, B., Hederman, W. P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-2

44477    Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1992 May; 99: 442-3

44478    Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M. A., Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-2

44479    Kok, A. L., Voorhorst, F. J., Burger, C. W., van Houten, P., Kenemans, P., Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-5

44480    Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

44481    Gladman, J. R., Harwood, D. M., Barer, D. H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-51

44483    Hoffman, M. S., Roberts, W. S., Finan, M. A., Fiorica, J. V., Bryson, S. C., Ruffolo, E. H., Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-7

44484    Khoury, J. M., Webster, G. D. Evaluation of augmentation cystoplasty for severe neuropathic bladder using the hostility score. Dev Med Child Neurol. 1992 May; 34: 441-7

44490    Kreder, K., Das, A. K., Webster, G. D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-51

44491    Sabnis, R. B., Bapat, S. D., Desai, R. M., Punekar, S. V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-6

44495    Malone-Lee, J., Lubel, D., Szonyi, G. Low dose oxybutynin for the unstable bladder. BMJ. 1992 Apr 18; 304: 1053

44500    Harada, T., Levounis, P., Constantinou, C. E. Rapid evaluation of the efficacy of pharmacologic agents and their analogs in enhancing bladder capacity and reducing the voiding frequency. J Pharmacol Toxicol Methods. 1992 Apr; 27: 119-26

44501    Hemal, A. K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991. Br J Urol. 1992 Apr; 69: 442

44502    Ramsay, I. N., Clancy, S., Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-5

44503    Goldstein, M., Hawthorne, M. E., Engeberg, S., McDowell, B. J., Burgio, K. L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

44505    Christiansen, J., Sparso, B. Treatment of anal incontinence by an implantable prosthetic anal sphincter. Ann Surg. 1992 Apr; 215: 383-6

44507    McDowell, B. J., Burgio, K. L., Dombrowski, M., Locher, J. L., Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-4

# American Urological Association, Inc.

## SUI Guidelines Panel

44509   Palmer, M. H., McCormick, K. A., Langford, A., Langlois, J., Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

44510   Kontani, H., Nakagawa, M., Sakai, T. Effects of adrenergic agonists on an experimental urinary incontinence model in anesthetized rabbits. Jpn J Pharmacol. 1992 Apr; 58: 339-46

44518   McCormick, K. A., Burgio, L. D., Engel, B. T., Scheve, A., Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

44521   Murphy, S., Denman, S., Bennett, R. G., Greenough, W. B., 3rd, Lindsay, J., Zelesnick, L. B. Methicillin-resistant Staphylococcus aureus colonization in a long-term- care facility. J Am Geriatr Soc. 1992 Mar; 40: 213-7

44522   Creason, N. S., Burgener, S. C., Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr Nurs. 1992 Mar-Apr; 13: 76-9

44523   Holmes, S. A., Christmas, T. J., Kirby, R. S., Hendry, W. F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-4

44524   Rekers, H., Drogendijk, A. C., Valkenburg, H., Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-34

44525   Harrington, W. J.,  Jr, Sheramata, W., Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis. Lancet. 1992 Feb 8; 339: 368

44527   Goldberg, N. S., Esterly, N. B., Rothman, K. F., Fallon, J. D., Cropley, T. G., Szaniawski, W., Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-2

44534   Briggs, M., Williams, E. S. Urinary incontinence. BMJ. 1992 Jan 25; 304: 255

44535   Oakeshott, P., Hunt, G. M. Urinary incontinence in women. BMJ. 1992 Jan 25; 304: 255

44536   Wise, B. G., Abbott, D., Kelleher, C. J., Haken, J., Burton, G., Cardozo, L. D. Urinary incontinence. BMJ. 1992 Jan 11; 304: 119-20

44543   Yokoyama, O., Nagano, K., Kawaguchi, K., Komatsu, K., Egawa, M., Hisazumi, H. The influence of pelvic nerve transection on the neuromuscular system of the canine urinary bladder. Urol Res. 1992; 20: 45-8

44544   Lyder, C. H., Clemes-Lowrance, C., Davis, A., Sullivan, L., Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-6

44546   Davidsson, T., Barker, S. B., Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-6

44547   Mayo, M. E., Chetner, M. P. Lower urinary tract dysfunction in multiple sclerosis. Urology. 1992 Jan; 39: 67-70

44548   Lamhut, P., Jackson, T. W., Wall, L. L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

44551   Kirkeby, L. T., Beier-Holgersen, R., Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

44552   Nordstrom, G., Nyman, C. R., Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-47

44553   Stewart, D. A., Taylor, J., Ghosh, S., Macphee, G. J., Abdullah, I., McLenachan, J. M., Stott, D. J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-80

44554   van Gool, J. D., Vijverberg, M. A., de Jong, T. P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

44561    Demand for urological devices increases among aging population. Front Med Biol Eng. 1992; 4: 65-6

44563   Colak, A., Tahta, K., Ozcan, O. E., Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-9

44565    Arena, M. G., Di Rosa, A. E., Arcudi, L., Ruello, C., Magaudda, A., Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-9

44566    Laverty, S., Pascoe, J. R., Ling, G. V., Lavoie, J. P., Ruby, A. L. Urolithiasis in 68 horses. Vet Surg. 1992 Jan-Feb; 21: 56-62

44567    McLoughlin, M. A., Walshaw, R., Thomas, M. W., Dunstan, R. W. Gastric conduit urinary diversion in normal dogs. Part I, Upper urinary tract structure, function, and sepsis. Vet Surg. 1992 Jan-Feb; 21: 25-32

44568    O'Donnell, B. F., Drachman, D. A., Barnes, H. J., Peterson, K. E., Swearer, J. M., Lew, R. A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

44571    Overmeyer, S., Rothenberger, A., Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-9

44574    Chapelle, T., Reher, S., Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-7

44575    Pollack, M. H., Reiter, S., Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-27

44576    Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; : QR1-27

44577    Simforoosh, N., Norbala, M. H., Danesh, A., Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J Urol (Paris). 1992; 98: 206-9

44579    Scarratt, W. K., Furr, M. O., Robertson, J. L. Hepatoencephalopathy and hypocalcemia in a miniature horse mare. J Am Vet Med Assoc. 1991 Dec 15; 199: 1754-6

44580    Harrington, W. J., Jr, Sheremata, W. A., Snodgrass, S. R., Emerson, S., Phillips, S., Berger, J. R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-4

44587    Dandapat, M. C., Mishra, J. N., Das, R. P. Abdominal suture proctopexy for complete prolapse of rectum. J Indian Med Assoc. 1991 Dec; 89: 331-3

44589    Campbell, E. B., Knight, M., Benson, M., Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-94

44590    Palmer, M. H., German, P. S., Ouslander, J. G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-12

44591    Lie, H. R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M. C., Muttilainen, M., Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-61

44594    Swanson, S. J., 3rd, Skoog, S. J., Garcia, V., Wahl, R. C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-3

44595    Burgio, K. L., Burgio, L. D., McCormick, K. A., Engel, B. T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-5

44596    Bergman, A., Stanczyk, F. Z., Lobo, R. A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-6

44598    O'Brien, J., Austin, M., Sethi, P., O'Boyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse. BMJ. 1991 Nov 23; 303: 1308-12

44599    Magaziner, J., Tenney, J. H., DeForge, B., Hebel, J. R., Muncie, H. L., Jr, Warren, J. W. Prevalence and characteristics of nursing home-acquired infections in the aged. J Am Geriatr Soc. 1991 Nov; 39: 1071-8

44600    Oliver, J. R., Wheeless, C. R., Jr, Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-81

# American Urological Association, Inc.

### SUI Guidelines Panel

44602   Miller, K., Wenderoth, U. K., de Petriconi, R., Kleinschmidt, K., Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-30

44603   Luangkhot, R., Peng, B. C., Blaivas, J. G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-4

44612   Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-63

44615   George, V. K., Russell, G. L., Shutt, A., Gaches, C. G., Ashken, M. H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-9

44616   Chapple, C. R., Hampson, S. J., Turner-Warwick, R. T., Worth, P. H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-6

44617   Moore, K. H., Richmond, D. H., Parys, B. T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-82

44618   Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-8

44619   Carter, J. P., Noronha-Blob, L., Audia, V. H., Dupont, A. C., McPherson, D. W., Natalie, K. J., Jr, Rzeszotarski, W. J., Spagnuolo, C. J., Waid, P. P., Kaiser, C. Analogues of oxybutynin. Synthesis and antimuscarinic and bladder activity of some substituted 7-amino-1-hydroxy-5-heptyn-2-ones and related compounds. J Med Chem. 1991 Oct; 34: 3065-74

44623   Bull, E., Chilton, C. P., Gould, C. A., Sutton, T. M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-9

44625   Lockhart, J. L., Pow-Sang, J. M., Persky, L., Sanford, E., Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-96

44628   Gearhart, J. P., Canning, D. A., Jeffs, R. D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-4

44632   Ganzini, L., Heintz, R., Hoffman, W. F., Keepers, G. A., Casey, D. E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-5

44635   Delamarter, R. B., Sherman, J. E., Carr, J. B. 1991 Volvo Award in experimental studies. Cauda equina syndrome: neurologic recovery following immediate, early, or late decompression. Spine. 1991 Sep; 16: 1022-9

44640   Blandy, J. P., Badenoch, D. F., Fowler, C. G., Jenkins, B. J., Thomas, N. W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-5

44641   Swaddiwudhipong, W., Koonchote, S., Nguntra, P., Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

44642   Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., Wei, J. Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-85

44643   McGuire, E. J., Appell, R. A. Collagen injection for the dysfunctional urethra. Contemp Urol. 1991 Sep; 3: 11-9

44658   Bump, R. C., Hurt, W. G., Fantl, J. A., Wyman, J. F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7; discussion 327-9

44659   Baum, N., Suarez, G., Appell, R. A. Urinary incontinence. Not a 'normal' part of aging. Postgrad Med. 1991 Aug; 90: 99-102, 107-9

44661   Perlmutter, A. D., Weinstein, M. D., Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-5

44663   Bosco, P. J., Bauer, S. B., Colodny, A. H., Mandell, J., Retik, A. B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-9

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

44668  Urinary incontinence among hospitalized persons aged 65 years and older- -United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-6

44669  Phillips, T. H., Ritchey, M. L., Dunn, C. D., Sarosdy, M. F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-61

44672  Page, S. W. Diethylstilboestrol--clinical pharmacology and alternatives in small animal practice. Aust Vet J. 1991 Jul; 68: 226-30

44673  Ju, C. C., Swan, L. K., Merriman, A., Choon, T. E., Viegas, O. Urinary incontinence among the elderly people of Singapore. Age Ageing. 1991 Jul; 20: 262-6

44677  Kockelbergh, R. C., Tan, J. B., Bates, C. P., Bishop, M. C., Dunn, M., Lemberger, R. J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41

44679  Diokno, A. C., Brown, M. B., Herzog, A. R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42

44681  Baraldi, M., Zanoli, P., Truzzi, C., Paro, M., Italiano, G., Prosdocimi, M. Urine retention due to intra-spinal cord injection of colchicine in rats: improved recovery of bladder function by monosialoganglioside GM1 and nerve growth factor administration. Funct Neurol. 1991 Jul-Sep; 6: 235-8

44682  Wise, L. A., Lappin, M. R. A syndrome resembling feline dysautonomia (Key-Gaskell syndrome) in a dog. J Am Vet Med Assoc. 1991 Jun 15; 198: 2103-6

44683  Brown, J., Thomas, E., White, H., McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-7

44687  Khan, Z., Rajaratnam, R., Singh, V. K. Neurogenic bladder in neuroleptic malignant syndrome. Urology. 1991 Jun; 37: 543-4

44688  Skehan, M. C., Sutherst, J. R. Re: Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1991 Jun; 145: 1278

44691  Ahlering, T. E., Weinberg, A. C., Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-8

44692  Quinlan, D. M., Leonard, M. P., Brendler, C. B., Gearhart, J. P., Jeffs, R. D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-5

44694  Patial, R. K., Bansal, S. K., Sehgal, V. K., Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-3

44695  Hara, M., Watanabe, M., Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-1

44697  Gutierrez Segura, C., Teixidor de Otto, J. Neurogenic bladder in children: urodynamic studies and results with medical conservative treatment. Eur J Pediatr Surg. 1991 Jun; 1: 177-9

44700  Benson, J. T., Sumners, J. E., Pittman, J. S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. J Clin Ultrasound. 1991 Jun; 19: 275-82

44703  Dykes, E. H., Duffy, P. G., Ransley, P. G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-8

44705  Griffiths, D. J., McCracken, P. N., Harrison, G. M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-71

44707  Davidson, H. A., Borrie, M. J., Crilly, R. G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-71

44710  McGuire, E. J., Gardy, M., Elkins, T., DeLancey, J. O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-53

44716  Thorp, J. M.,  Jr Exercise-associated urinary incontinence. JAMA. 1991 May 1; 265: 2191-2

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

44717    Pearman, J. W., Bailey, M., Riley, L. P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-90

44719    Kuhn, W., Rist, M., Zaech, G. A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-32

44722    Wiseman, P. A., Malone-Lee, J., Rai, G. S. Terodiline with bladder retraining for treating detrusor instability in elderly people. BMJ. 1991 Apr 27; 302: 994-6

44724    Brown, J., Thomas, E., McCallum, A., White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66, 68

44725    Pike, J. G., Berardinucci, G., Hamburger, B., Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70; discussion 470-1

44726    Ricketts, R. R., Woodard, J. R., Zwiren, G. T., Andrews, H. G., Broecker, B. H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8; discussion 448-50

44727    Woods, D., Dobranowski, J., Orovan, W. L., Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-26

44730    Gallaspy, J. W. A method for safer urinary incontinence surgery. Am J Obstet Gynecol. 1991 Apr; 164: 1151

44732    Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence. J Urol. 1991 Apr; 145: 839-40

44734    Kane, R. L., Garrard, J., Buchanan, J. L., Rosenfeld, A., Skay, C., McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-67

44736    Holt, P. E., Gregory, S. P. Can urethral pressure profilometry predict the response to colposuspension in bitches?. Vet Rec. 1991 Mar 23; 128: 281-2

44737    Wise, W. E., Jr, Aguilar, P. S., Padmanabhan, A., Meesig, D. M., Arnold, M. W., Stewart, W. R. Surgical treatment of low rectovaginal fistulas. Dis Colon Rectum. 1991 Mar; 34: 271-4

44738    Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

44739    Cheng, C., Hendry, W. F., Kirby, R. S., Whitfield, H. N. Detubularisation in cystoplasty: clinical review. Br J Urol. 1991 Mar; 67: 303-7

44742    Hellstrom, P. A., Tammela, T. L., Kontturi, M. J., Lukkarinen, O. A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-9

44745    Halio, J. H. Urinary incontinence in the elderly. J Am Geriatr Soc. 1991 Mar; 39: 315

44748    Sand, P. K., Brubaker, L. T., Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-7

44751    Fantl, J. A., Wyman, J. F., McClish, D. K., Harkins, S. W., Elswick, R. K., Taylor, J. R., Hadley, E. C. Efficacy of bladder training in older women with urinary incontinence. JAMA. 1991 Feb 6; 265: 609-13

44752    Banks, S. E., Fleming, I. R., Browning, T. N. Urinary incontinence in a bitch caused by vaginoureteral fistulation. Vet Rec. 1991 Feb 2; 128: 108

44760    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection. Arch Dis Child. 1991 Feb; 66: 232-4

44761    Noronha-Blob, L., Kachur, J. F. Enantiomers of oxybutynin: in vitro pharmacological characterization at M1, M2 and M3 muscarinic receptors and in vivo effects on urinary bladder contraction, mydriasis and salivary secretion in guinea pigs. J Pharmacol Exp Ther. 1991 Feb; 256: 562-7

44764    McClish, D. K., Fantl, J. A., Wyman, J. F., Pisani, G., Bump, R. C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-6

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 44765 | Merguerian, P. A., McLorie, G. A., McMullin, N. D., Khoury, A. E., Husmann, D. A., Churchill, B. M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-2 |
| 44770 | Hosker, G. L. Commentary. Detrusor instability--current management. Br J Obstet Gynaecol. 1991 Jan; 98: 114-5 |
| 44771 | Ahlering, T. E., Weinberq, A. C., Razor, B. The modified Indiana pouch. Acta Urol Belg. 1991; 59: 135-45 |
| 44773 | Bernstein, I. T., Bennicke, K., Rordam, P., Klarskov, P., Iversen, H. G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33 |
| 44776 | Kontturi, M. J., Hellstrom, P. A., Tammela, T. L., Lukkarinen, O. A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-4 |
| 44779 | Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21 |
| 44781 | Sheldon, C., Cormier, M., Crone, K., Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54 |
| 44782 | Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83 |
| 44783 | Creighton, S. M., Plevnik, S., Stanton, S. L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72 |
| 44784 | Rabin, J. M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients. Arch Intern Med. 1991 Jan; 151: 201-3 |
| 44785 | Newman, D. K., Lynch, K., Smith, D. A., Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34 |
| 44788 | Yamashita, H., Kumazawa, J. Voiding dysfunction: patients with human T-lymphotropic-virus-type-1- associated myelopathy. Urol Int. 1991; 47 Suppl 1: 69-71 |
| 44799 | Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta Neurochir (Wien). 1991; 113: 42-7 |
| 44801 | Nordstrom, G. M., Nyman, C. R. Living with a urostomy. A follow up with special regard to the peristomal-skin complications, psychosocial and sexual life. Scand J Urol Nephrol Suppl. 1991; 138: 247-51 |
| 44802 | Wolf, H., Wandt, H., Jonat, W. Immunohistochemical evidence of estrogen and progesterone receptors in the female lower urinary tract and comparison with the vagina. Gynecol Obstet Invest. 1991; 32: 227-31 |
| 44804 | Sahuquillo, J., Rubio, E., Codina, A., Molins, A., Guitart, J. M., Poca, M. A., Chasampi, A. Reappraisal of the intracranial pressure and cerebrospinal fluid dynamics in patients with the so-called 'normal pressure hydrocephalus' syndrome. Acta Neurochir (Wien). 1991; 112: 50-61 |
| 44806 | Holt, P. E. Urinary incontinence in the bitch. Vet Rec. 1990 Dec 15; 127: 604 |
| 44807 | Tew, B., Laurence, K. M., Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-6 |
| 44811 | Holt, P. E. Long-term evaluation of colposuspension in the treatment of urinary incontinence due to incompetence of the urethral sphincter mechanism in the bitch. Vet Rec. 1990 Dec 1; 127: 537-42 |
| 44815 | MacDonagh, R. P., Forster, D. M., Thomas, D. G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-22 |
| 44823 | Klose, A. G., Sackett, C. K., Mesrobian, H. G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-9 |
| 44825 | Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in ossification of the posterior longitudinal ligament in the cervical spine. J Spinal Disord. 1990 Dec; 3: 285-7 |
| 44826 | McCormick, K. A., Cella, M., Scheve, A., Engel, B. T. Cost-effectiveness of treating incontinence in severely mobility- impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-43 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

<div align="right">

**Master Bibliography**

**sorted by Procite Number**

</div>

---

**44829** Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders. Ann Med. 1990 Dec; 22: 403

**44833** Hellstrom, L., Ekelund, P., Milsom, I., Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-9

**44834** Choudhury, S. L., Brocklehurst, J. C., Lye, M. Bacteriuria in non-catheterized elderly patients in the first eight days of hospital stay. Age Ageing. 1990 Nov; 19: 376-82

**44837** Chan, A. S., Ouslander, J. G. Effects of diltiazem on urinary incontinence. J Am Geriatr Soc. 1990 Nov; 38: 1265-6

**44841** Cunsolo, A., Bragaglia, R. B., Manara, G., Poggioli, G., Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-22

**44842** Binstock, M. A., Semrad, N., Dubow, L., Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-21

**44843** Mathers, S. E., Ingram, D. A., Swash, M. Electrophysiology of motor pathways for sphincter control in multiple sclerosis. J Neurol Neurosurg Psychiatry. 1990 Nov; 53: 955-60

**44845** Xu, W. P., Song, X. W., Yue, S. Y., Cai, Y. B., Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin Med J (Engl). 1990 Nov; 103: 879-84

**44846** Moore, K. H., Goldstein, M., Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-4

**44848** Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., Marques'-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-5

**44849** Jessop, M. K. Urinary incontinence in the bitch. Vet Rec. 1990 Oct 27; 127: 436

**44850** Lockhart, J. L., Pow-Sang, J. M., Persky, L., Kahn, P., Helal, M., Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-7

**44854** Kahler, J. S., Leach, M. W., Jang, S., Wong, A. Disseminated aspergillosis attributable to Aspergillus deflectus in a springer spaniel. J Am Vet Med Assoc. 1990 Oct 1; 197: 871-4

**44855** MacDermott, J. P., Palmer, J. M., Stone, A. R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-1

**44856** Juma, S., Little, N. A., Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-21

**44859** Maskell, R. Psychiatric aspects of urinary incontinence. BMJ. 1990 Sep 15; 301: 556

**44861** Fonda, D. Taking the 'in' out of incontinence. Med J Aust. 1990 Sep 3; 153: 245-7

**44866** Rose, M. A., Baigis-Smith, J., Smith, D., Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-5

**44870** Johnson, D. E., Muncie, H. L., O'Reilly, J. L., Warren, J. W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-22

**44871** MacAllister, C. G., Perdue, B. D. Endoscopic diagnosis of unilateral ectopic ureter in a yearling filly. J Am Vet Med Assoc. 1990 Sep 1; 197: 617-8

**44875** Eyman, R. K., Grossman, H. J., Chaney, R. H., Call, T. L. The life expectancy of profoundly handicapped people with mental retardation. N Engl J Med. 1990 Aug 30; 323: 584-9

**44877** Holt, P. E., Mair, T. S. Ten cases of bladder paralysis associated with sabulous urolithiasis in horses. Vet Rec. 1990 Aug 4; 127: 108-10

**44879** Simon, J. K. Cones are not a substitute for specialist physiotherapy. Prof Nurse. 1990 Aug; 5: 585

**44880** Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-92

---

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

44881   Diokno, A. C., Brock, B. M., Herzog, A. R., Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-38

44883   Arnold, M. W., Stewart, W. R., Aguilar, P. S. Rectocele repair. Four years' experience. Dis Colon Rectum. 1990 Aug; 33: 684-7

44884   Drachman, D. A., O'Donnell, B. F., Lew, R. A., Swearer, J. M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-6

44885   Nill, T. G., Peller, P. A., Kropp, K. A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61; discussion 562-3

44886   Mitchell, M. E., Brito, C. G., Rink, R. C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8; discussion 562-3

44887   Hill, D. E., Kramer, S. A. Management of pregnancy after augmentation cystoplasty. J Urol. 1990 Aug; 144: 457-9; discussion 460

44896   Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C. E., Brindley, G. S., Colombel, P., Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-4

44898   Khoury, A. E., Hendrick, E. B., McLorie, G. A., Kulkarni, A., Churchill, B. M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8; discussion 428-9, 443-4

44900   Hunt, G. M., Whitaker, R. H. A new device for self-catheterisation in wheelchair-bound women. Br J Urol. 1990 Aug; 66: 162-3

44906   Lagro-Janssen, T. L., Smits, A. J., Van Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-4

44907   Hu, T. W., Kaltreider, D. L., Igou, J. F., Yu, L. C., Rohner, T. J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-77

44910   Burns, A., Jacoby, R., Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

44913   Garber, S. J., Christmas, T. J., Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

44917   Allen-Mersh, T. G., Turner, M. J., Mann, C. V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-3

44918   Eigner, E. B., Freiha, F. S. The fate of the remaining bladder following supravesical diversion. J Urol. 1990 Jul; 144: 31-3

44920   Wan, J. L., McGuire, E. J. Augmentation cystoplasty and closure of the urethra for the destroyed lower urinary tract. J Am Paraplegia Soc. 1990 Jul; 13: 40-5

44921   Kong, T. K., Morris, J. A., Robinson, J. M., Brocklehurst, J. C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-63

44928   Nordstrom, G. M., Nyman, C. R., Theorell, T. The impact on work ability of ileal conduit urinary diversion. Scand J Soc Med. 1990 Jun; 18: 115-24

44930   von Wendt, L., Simila, S., Niskanen, P., Jarvelin, M. R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-8

44931   Malone, P. S., Spitz, L., Kiely, E. M., Brereton, R. J., Duffy, P. G., Ransley, P. G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-80

44934   Lowe, B. A., Woodside, J. R. Urodynamic evaluation of patients with continent urinary diversion using cecal reservoir and intussuscepted ileocecal valve. Urology. 1990 Jun; 35: 544-7

44936   Hill, D. E., Chantigian, P. M., Kramer, S. A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-7

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3686-10 Filed 09/13/19 Page 690 of 800 PageID #: 203229

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

---

**44940** Tapp, A. J., Cardozo, L. D., Versi, E., Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Jun; 97: 521-6

**44941** Cardozo, L. Detrusor instability--current management. Br J Obstet Gynaecol. 1990 Jun; 97: 463-6

**44957** Gardiner, R. A., Samaratunga, M. L. Application of the invaginated sleeve technique to form a continent ileal urostomy. Br J Urol. 1990 May; 65: 457-61

**44958** Mandal, A. K., Sharma, S. K., Vaidyanathan, S., Goswami, A. K. Ureterovaginal fistula: summary of 18 years' experience. Br J Urol. 1990 May; 65: 453-6

**44959** Tabbara, I. A., Sibley, D. S., Quesenberry, P. J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-23

**44960** Ross, L. A., Lamb, C. R. Reduction of hydronephrosis and hydroureter associated with ectopic ureters in two dogs after ureterovesical anastomosis. J Am Vet Med Assoc. 1990 May 1; 196: 1497-9

**44963** Hensle, T. W., Connor, J. P., Burbige, K. A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-3

**44971** Butturini, E. Pants are back in style!. N Z Health Hospital. 1990 May-Jun; 42: 14, 19

**44972** Venkatesan, P., Gladman, J., Macfarlane, J. T., Barer, D., Berman, P., Kinnear, W., Finch, R. G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-8

**44973** Peterson, J. S., Patton, A. J., Noronha-Blob, L. Mini-pig urinary bladder function: comparisons of in vitro anticholinergic responses and in vivo cystometry with drugs indicated for urinary incontinence. J Auton Pharmacol. 1990 Apr; 10: 65-73

**44975** Klockgether, T., Schroth, G., Diener, H. C., Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

**44979** Ouslander, J. G., Zarit, S. H., Orr, N. K., Muira, S. A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-5

**44980** Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients. Arch Intern Med. 1990 Apr; 150: 810-3

**44981** Fantl, J. A., Wyman, J. F., McClish, D. K., Bump, R. C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51; discussion 951-2

**44982** Chen, K. K., Chang, L. S., Chen, M. T., Huang, J. K., Yin, J. H., Lin, S. N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-20

**44984** Schmidt, R. A., Kogan, B. A., Tanagho, E. A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-82

**44986** Stockle, M., Becht, E., Voges, G., Riedmiller, H., Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4; discussion 774-5

**44987** Webber, E. M., Crofts, P. G., Pomeroy, C., Coleman, G. U., Arnold, W. J., Johnson, H. W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-8

**44992** Chapman, B. L., Voith, V. L. Behavioral problems in old dogs: 26 cases (1984-1987). J Am Vet Med Assoc. 1990 Mar 15; 196: 944-6

**44993** Taslitz, L. Informed consent revisited. Hosp Law Newsl. 1990 Apr; 7: 1-4

**44996** Sandvik, H., Hunskaar, S., Eriksen, B. C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8

**44999** Hellstrom, A. L., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-7

**Appendix A6 - Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

45000    Fowler, E. M., Ouslander, J., Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86

45005    Herzog, A. R., Diokno, A. C., Brown, M. B., Normolle, D. P., Brock, B. M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-74

45022    Fantl, J. A., Wyman, J. F., Harkins, S. W., Hadley, E. C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-32

45025    Wyman, J. F., Harkins, S. W., Fantl, J. A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-8

45027    Engel, B. T., Burgio, L. D., McCormick, K. A., Hawkins, A. M., Scheve, A. A., Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-3

45028    Appeldoorn, A., Lemmens, P., Schrauwen, E. Urinary incontinence due to urovagina. Vet Rec. 1990 Feb 3; 126: 121

45030    Hansson, S., Hjalmas, K., Jodal, U., Sixt, R. Lower urinary tract dysfunction in girls with untreated asymptomatic or covert bacteriuria. J Urol. 1990 Feb; 143: 333-5

45031    Darling, C. A., Davidson, J. K., Sr, Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness. Arch Sex Behav. 1990 Feb; 19: 29-47

45034    Francois, Y., Descos, L., Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-4

45037    Anand, K. B., Wolf-Klein, G. P., Silverstone, F. A., Foley, C. J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

45038    Zweig, S., Lawhorne, L., Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-9

45039    De Groote, B., Van Laer, P., Maurus, K., Van Biervliet, J. P., Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-9

45042    Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan 31; : 7-9

45053    Noronha-Blob, L., Sturm, B. L., Lowe, V. C., Jackson, K. N., Kachur, J. F. In vitro and in vivo antimuscarinic effects of (-)cis 2,3-dihydro-3-(4- methylpiperazinylmethyl)-2-phenyl-1,5 benzothiazepin-4-(5H)one HCl (BTM-1086) in guinea pig peripheral tissues. Life Sci. 1990; 46: 1223-31

45054    Burgio, L. D., Engel, B. T., Hawkins, A., McCormick, K., Scheve, A., Jones, L. T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-8

45056    Bitsch, M., Nerstrom, H., Nordling, J., Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-4

45059    Jensen, H., Nielsen, K., Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-4

45061    Craig, D. I. The adaptation to pregnancy of spinal cord injured women. Rehabil Nurs. 1990 Jan-Feb; 15: 6-9

45064    Diokno, A. C., Brown, M. B., Herzog, A. R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200

45066    Walters, M. D. The unstable urethra in the female. Obstet Gynecol. 1990 Jan; 75: 142-3

45067    Delamarter, R. B., Bohlman, H. H., Dodge, L. D., Biro, C. Experimental lumbar spinal stenosis. Analysis of the cortical evoked potentials, microvasculature, and histopathology. J Bone Joint Surg Am. 1990 Jan; 72: 110-20

45068    Sidi, A. A., Becher, E. F., Reddy, P. K., Dykstra, D. D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-5

# American Urological Association, Inc.

## SUI Guidelines Panel

**45072**  Kornhuber, H. H., Schutz, A. Efficient treatment of neurogenic bladder disorders in multiple sclerosis with initial intermittent catheterization and ultrasound- controlled training. Eur Neurol. 1990; 30: 260-7

**45075**  Jarvelin, M. R., Huttunen, N. P., Seppanen, J., Seppanen, U., Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-9

**45078**  Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., Kinn, A. C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-3

**45082**  Kaltreider, D. L., Hu, T. W., Igou, J. F., Yu, L. C., Craighead, W. E. Can reminders curb incontinence?. Geriatr Nurs. 1990 Jan-Feb; 11: 17-9

**45087**  Stott, D. J., Dutton, M., Williams, B. O., MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health Bull (Edinb). 1990 Jan; 48: 17-24

**45090**  Caione, P., De Gennaro, M., Zaccara, A., Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-51

**45103**  Petros, P.E., Ulmsten, U.I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

**50000**  Choe, J. M. Surgical implantation of the synthetic sling (the 6-point fixation technique and weight-adjusted spacing nomogram): technique and results. Adv Exp Med Biol. 2003; 539: 493-507

**50010**  Choe, J. M. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol. 2003; 539: 481-92

**50020**  Choe, J. M. Pubovaginal sling surgery without using abdominal leak point pressure: an outcomes analysis. Adv Exp Med Biol. 2003; 539: 467-80

**50030**  Shafik, A. Stress urinary incontinence: new concept of pathogenesis and treatment by pudendal canal decompression. Adv Exp Med Biol. 2003; 539: 415-40

**50040**  Frankel, G. Re: Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2004 May; 171: 1888

**50050**  Schick, E., Dupont, C., Bertrand, P. E., Jolivet-Tremblay, M., Tessier, J. Predictive value of maximum urethral closure pressure, urethral hypermobility and urethral incompetence in the diagnosis of clinically significant female genuine stress incontinence. J Urol. 2004 May; 171: 1871-5

**50060**  Kane, D. D., Kerns, J. M., Lin, D. L., Damaser, M. S. Early structural effects of oestrogen on pudendal nerve regeneration in the rat. BJU Int. 2004 Apr; 93: 870-8

**50070**  Carbone, A., Palleschi, G., Ciavarella, S., Morello, P., Tomiselli, G., Parascani, R., Tubaro, A. Experience with a bone anchor sling for treating female stress urinary incontinence: outcome at 30 months. BJU Int. 2004 Apr; 93: 780-8

**50080**  Digesu, G. A., Bombieri, L., Hutchings, A., Khullar, V., Freeman, R. Effects of Burch colposuspension on the relative positions of the bladder neck to the levator ani muscle: An observational study that used magnetic resonance imaging. Am J Obstet Gynecol. 2004 Mar; 190: 614-9

**50090**  Meschia, M., Pifarotti, P., Spennacchio, M., Buonaguidi, A., Gattei, U., Somigliana, E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 609-13

**50100**  deTayrac, R., Deffieux, X., Droupy, S., Chauveaud-Lambling, A., Calvanese-Benamour, L., Fernandez, H. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 602-8

**50110**  Woodman, P. J., Ruiz, H. L. Retropubic urethrolysis without resuspension for the management of posturethropexy urinary retention and voiding dysfunction. Mil Med. 2004 Feb; 169: 117-20

**50120**  Paick, J. S., Ku, J. H., Shin, J. W., Park, K. J., Kim, S. W., Oh, S. J. Shortening of tension-free vaginal tape for the treatment of recurrent incontinence. J Urol. 2004 Apr; 171: 1634

**50130**  Game, X., Mouzin, M., Vaessen, C., Malavaud, B., Sarramon, J. P., Rischmann, P. Obturator infected hematoma and urethral erosion following transobturator tape implantation. J Urol. 2004 Apr; 171: 1629

**American Urological Association, Inc.**

SUI Guidelines Panel

**50140**  Lee, C. T., Hafez, K. S., Sheffield, J. H., Joshi, D. P., Montie, J. E. Orthotopic bladder substitution in women: nontraditional applications. J Urol. 2004 Apr; 171: 1585-8

**50150**  Gomelsky, A., Rudy, D. C., Dmochowski, R. R. Porcine dermis interposition graft for repair of high grade anterior compartment defects with or without concomitant pelvic organ prolapse procedures. J Urol. 2004 Apr; 171: 1581-4

**50160**  Laurikainen, E., Rosti, J., Pitkanen, Y., Kiilholma, P. The Rosti sling: a new, minimally invasive, tension-free technique for the surgical treatment of female urinary incontinence-the first 217 patients. J Urol. 2004 Apr; 171: 1576-80; discussion 1580

**50170**  Chandi, D. D., Groenendijk, P. M., Venema, P. L. Functional extracorporeal magnetic stimulation as a treatment for female urinary incontinence: 'the chair'. BJU Int. 2004 Mar; 93: 539-42

**50180**  Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M. K., Matthews, R. J., Tincello, D. G., Mayne, C. J. Continence nurse treatment of women's urinary symptoms. Br J Nurs. 2004 Feb 12-25; 13: 140-3

**50190**  Wang, A. C. The techniques of trocar insertion and intraoperative urethrocystoscopy in tension-free vaginal taping: an experience of 600 cases. Acta Obstet Gynecol Scand. 2004 Mar; 83: 293-8

**50200**  Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: scientific review. JAMA. 2004 Feb 25; 291: 986-95

**50210**  Ward, K. L., Hilton, P. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190: 324-31

**50220**  Brubaker, L. Surgical treatment of urinary incontinence in women. Gastroenterology. 2004 Jan; 126: S71-6

**50230**  Dietz, H. P. Ultrasound imaging of the pelvic floor. Part I: two-dimensional aspects. Ultrasound Obstet Gynecol. 2004 Jan; 23: 80-92

**50240**  Haslam, J. Nursing management of stress urinary incontinence in women. Br J Nurs. 2004 Jan 8-21; 13: 32-40

**50250**  Farrell, S. A., Singh, B., Aldakhil, L. Continence pessaries in the management of urinary incontinence in women. J Obstet Gynaecol Can. 2004 Feb; 26: 113-7

**50260**  van Kerrebroeck, P., Abrams, P., Lange, R., Slack, M., Wyndaele, J. J., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of European and Canadian women with stress urinary incontinence. BJOG. 2004 Mar; 111: 249-57

**50270**  Walsh, K., Generao, S. E., White, M. J., Katz, D., Stone, A. R. The influence of age on quality of life outcome in women following a tension-free vaginal tape procedure. J Urol. 2004 Mar; 171: 1185-8

**50280**  Blaivas, J. G., Flisser, A. J., Tash, J. A. Treatment of primary bladder neck obstruction in women with transurethral resection of the bladder neck. J Urol. 2004 Mar; 171: 1172-5

**50290**  Marinkovic, S. P., Stanton, S. L. Incontinence and voiding difficulties associated with prolapse. J Urol. 2004 Mar; 171: 1021-8

**50300**  Wyllie, M. G. Hormone-based approaches: altering the balance. BJU Int. 2004 Feb; 93: 415-6

**50310**  Blackwell, A. L., Yoong, W., Moore, K. H. Criterion validity, test-retest reliability and sensitivity to change of the St George Urinary Incontinence Score. BJU Int. 2004 Feb; 93: 331-5

**50320**  Hunskaar, S., Lose, G., Sykes, D., Voss, S. The prevalence of urinary incontinence in women in four European countries. BJU Int. 2004 Feb; 93: 324-30

**50330**  Barroso, J. C., Ramos, J. G., Martins-Costa, S., Sanches, P. R., Muller, A. F. Transvaginal electrical stimulation in the treatment of urinary incontinence. BJU Int. 2004 Feb; 93: 319-23

**50340**  Millard, R. J., Moore, K., Rencken, R., Yalcin, I., Bump, R. C. Duloxetine vs placebo in the treatment of stress urinary incontinence: a four-continent randomized clinical trial. BJU Int. 2004 Feb; 93: 311-8

**50350**  Waetjen, L. E., Brown, J. S., Modelska, K., Blackwell, T., Vittinghoff, E., Cummings, S. R. Effect of raloxifene on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2004 Feb; 103: 261-6

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

50360    Boyles, S. H., Weber, A. M., Meyn, L. Ambulatory procedures for urinary incontinence in the United States, 1994-1996. Am J Obstet Gynecol. 2004 Jan; 190: 33-6

50370    Birnbaum, H. G., Leong, S. A., Oster, E. F., Kinchen, K., Sun, P. Cost of stress urinary incontinence: a claims data analysis. Pharmacoeconomics. 2004; 22: 95-105

50380    Sapsford, R. Rehabilitation of pelvic floor muscles utilizing trunk stabilization. Man Ther. 2004 Feb; 9: 3-12

50390    Wee, H. Y., Low, C., Han, H. C. Burch colposuspension: review of perioperative complications at a women's and children's hospital in Singapore. Ann Acad Med Singapore. 2003 Nov; 32: 821-3

50400    Kowalczyk, J. A review of the overactive bladder in women and men. J Gend Specif Med. 2003; 6: 25-9

50410    Tsivian, A., Kessler, O., Mogutin, B., Rosenthal, J., Korczak, D., Levin, S., Sidi, A. A. Tape related complications of the tension-free vaginal tape procedure. J Urol. 2004 Feb; 171: 762-4

50420    Bradley, C. S., Rovner, E. S. Urodynamically defined stress urinary incontinence and bladder outlet obstruction coexist in women. J Urol. 2004 Feb; 171: 757-60; discussion 760-1

50430    Galloway, N., Nagaraju, P. The anatomy of incontinence--what practitioners and patients need to know. Ostomy Wound Manage. 2003 Dec; 49: 16-26

50440    Muir, T. W., Stepp, K. J., Barber, M. D. Adoption of the pelvic organ prolapse quantification system in peer-reviewed literature. Am J Obstet Gynecol. 2003 Dec; 189: 1632-5; discussion 1635-6

50450    Lovatsis, D., Gupta, C., Dean, E., Lee, F. Tension-free vaginal tape procedure is an ideal treatment for obese patients. Am J Obstet Gynecol. 2003 Dec; 189: 1601-4; discussion 1604-5

50460    Wong, M. Y., Harmanli, O. H., Agar, M., Dandolu, V., Grody, M. H. Collagen content of nonsupport tissue in pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2003 Dec; 189: 1597-9; discussion 1599-1600

50470    Richter, H. E., Burgio, K. L., Holley, R. L., Goode, P. S., Locher, J. L., Wright, K. C., Varner, R. E. Cadaveric fascia lata sling for stress urinary incontinence: a prospective quality-of-life analysis. Am J Obstet Gynecol. 2003 Dec; 189: 1590-5; discussion 1595-6

50480    Elkadry, E. A., Kenton, K. S., FitzGerald, M. P., Shott, S., Brubaker, L. Patient-selected goals: a new perspective on surgical outcome. Am J Obstet Gynecol. 2003 Dec; 189: 1551-7; discussion 1557-8

50490    Mowzoon, N., Keegan, B. M. 61-year-old woman with shortness of breath after surgery. Mayo Clin Proc. 2004 Jan; 79: 117-20

50500    Cucchi, A., Siracusano, S., Di Benedetto, P., Comelli, M., Rovereto, B. Urgency of voiding and abdominal pressure transmission in women with mixed urinary incontinence. Neurourol Urodyn. 2004; 23: 43-7

50510    Handa, V. L., Massof, R. W. Measuring the severity of stress urinary incontinence using the Incontinence Impact Questionnaire. Neurourol Urodyn. 2004; 23: 27-32

50520    Schick, E., Jolivet-Tremblay, M., Tessier, J., Dupont, C., Bertrand, P. E. Observations on the function of the female urethra: III: An overview with special reference to the relation between urethral hypermobility and urethral incompetence. Neurourol Urodyn. 2004; 23: 22-6

50530    Dolan, L. M., Smith, A. R., Hosker, G. L. Opening detrusor pressure and the influence of age on success following colposuspension. Neurourol Urodyn. 2004; 23: 10-5

50540    Levin, I., Groutz, A., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Surgical complications and medium-term outcome results of tension-free vaginal tape: a prospective study of 313 consecutive patients. Neurourol Urodyn. 2004; 23: 7-9

50550    Groutz, A., Rimon, E., Peled, S., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Cesarean section: does it really prevent the development of postpartum stress urinary incontinence? A prospective study of 363 women one year after their first delivery. Neurourol Urodyn. 2004; 23: 2-6

50560    Espino, D. V., Palmer, R. F., Miles, T. P., Mouton, C. P., Lichtenstein, M. J., Markides, K. P. Prevalence and severity of urinary incontinence in elderly Mexican-American women. J Am Geriatr Soc. 2003 Nov; 51: 1580-6

---

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**50570**    Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., van Leeuwen, J. H., Scholten, P. C., Heintz, A. P. A randomised controlled trial comparing abdominal and vaginal prolapse surgery: effects on urogenital function. BJOG. 2004 Jan; 111: 50-6

**50580**    Spiess, P. E., Rabah, D., Herrera, C., Singh, G., Moore, R., Corcos, J. The tensile properties of tension-free vaginal tape and cadaveric fascia lata in an in vivo rat model. BJU Int. 2004 Jan; 93: 171-3

**50590**    Blue, D. R., Daniels, D. V., Gever, J. R., Jett, M. F., O'Yang, C., Tang, H. M., Williams, T. J., Ford, A. P. Pharmacological characteristics of Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist: a potential therapy for stress urinary incontinence. BJU Int. 2004 Jan; 93: 162-70

**50600**    Musselman, D. M., Ford, A. P., Gennevois, D. J., Harbison, M. L., Laurent, A. L., Mokatrin, A. S., Stoltz, R. R., Blue, D. R. A randomized crossover study to evaluate Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 Jan; 93: 78-83

**50610**    Sharma, B., Oligbo, N. Delayed vaginal erosion of the tape--a rare complication with TVT. J Obstet Gynaecol. 2004 Jan; 24: 96-8

**50620**    Birnbaum, H., Leong, S., Kabra, A. Lifetime medical costs for women: cardiovascular disease, diabetes, and stress urinary incontinence. Womens Health Issues. 2003 Nov-Dec; 13: 204-13

**50630**    Aungst, M., Wagner, M. Foley balloon to tamponade bleeding in the retropubic space. Obstet Gynecol. 2003 Nov; 102: 1037-8

**50640**    Werner, M., Najjari, L., Schuessler, B. Transurethral resection of tension-free vaginal tape penetrating the urethra. Obstet Gynecol. 2003 Nov; 102: 1034-6

**50650**    Burgio, K. L., Goode, P. S., Locher, J. L., Richter, H. E., Roth, D. L., Wright, K. C., Varner, R. E. Predictors of outcome in the behavioral treatment of urinary incontinence in women. Obstet Gynecol. 2003 Nov; 102: 940-7

**50660**    Peyromaure, M., Dayma, T., Zerbib, M. Development of a bladder stone following a tension-free vaginal tape intervention. J Urol. 2004 Jan; 171: 337

**50670**    Singh, M., Bushman, W., Clemens, J. Q. Do pad tests and voiding diaries affect patient willingness to participate in studies of incontinence treatment outcomes?. J Urol. 2004 Jan; 171: 316-8; discussion 318-9

**50680**    Ho, K. L., Witte, M. N., Bird, E. T. 8-ply small intestinal submucosa tension-free sling: spectrum of postoperative inflammation. J Urol. 2004 Jan; 171: 268-71

**50690**    Shah, D. K., Paul, E. M., Rastinehad, A. R., Eisenberg, E. R., Badlani, G. H. Short-term outcome analysis of total pelvic reconstruction with mesh: the vaginal approach. J Urol. 2004 Jan; 171: 261-3

**50700**    Dolan, L. M., Hosker, G. L., Mallett, V. T., Allen, R. E., Smith, A. R. Stress incontinence and pelvic floor neurophysiology 15 years after the first delivery. BJOG. 2003 Dec; 110: 1107-14

**50710**    Pisarska, M., Sajdak, S. Lower urinary tract function after postoperative radiotherapy in the treatment of cervical cancer. Eur J Gynaecol Oncol. 2003; 24: 490-4

**50720**    Yalcin, O., Isikoglu, M., Beji, N. K. Results of TVT operations alone and combined with other vaginal surgical procedures. Arch Gynecol Obstet. 2004 Jan; 269: 96-8

**50730**    Karan, A., Isikoglu, M., Aksac, B., Attar, E., Eskiyurt, N., Yalcin, O. Hypermobility syndrome in 105 women with pure urinary stress incontinence and in 105 controls. Arch Gynecol Obstet. 2004 Jan; 269: 89-90

**50740**    de Leval, J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol. 2003 Dec; 44: 724-30

**50750**    Ezzat, I. M. Sling operations in the treatment of stress urinary incontinence: how to adjust sling tension. J Obstet Gynaecol Res. 2003 Dec; 29: 374-9

**50760**    Abstracts of the 28th Annual meeting of the International Urogynecological Association. Buenos Aires, Argentina, 28-31 October 2003. Int Urogynecol J Pelvic Floor Dysfunct. 2003; 14 Suppl 1: S1-S81

**50770**    Fultz, N. H., Burgio, K., Diokno, A. C., Kinchen, K. S., Obenchain, R., Bump, R. C. Burden of stress urinary incontinence for community-dwelling women. Am J Obstet Gynecol. 2003 Nov; 189: 1275-82

---

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-10 Filed 09/19/19 Page 696 of 300 PageID #: 203235

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

50780 Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Vaginal delivery parameters and urinary incontinence: the Norwegian EPINCONT study. Am J Obstet Gynecol. 2003 Nov; 189: 1268-74

50790 FitzGerald, M. P., Brubaker, L. Colpocleisis and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1241-4

50800 Amna, M. B., Randrianantenaina, A., Michel, F. Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec; 170: 2387

50810 Madjar, S., Covington-Nichols, C., Secrest, C. L. New periurethral bulking agent for stress urinary incontinence: modified technique and early results. J Urol. 2003 Dec; 170: 2327-9

50820 Osman, T. Stress incontinence surgery for patients presenting with mixed incontinence and a normal cystometrogram. BJU Int. 2003 Dec; 92: 964-8

50830 Cannon, T. W., Lee, J. Y., Somogyi, G., Pruchnic, R., Smith, C. P., Huard, J., Chancellor, M. B. Improved sphincter contractility after allogenic muscle-derived progenitor cell injection into the denervated rat urethra. Urology. 2003 Nov; 62: 958-63

50840 Defreitas, G. A., Lemack, G. E., Zimmern, P. E. Nonintubated uroflowmetry as a predictor of normal pressure flow study in women with stress urinary incontinence. Urology. 2003 Nov; 62: 905-8

50850 Rutner, A. B., Levine, S. R., Schmaelzle, J. F. Processed porcine small intestine submucosa as a graft material for pubovaginal slings: durability and results. Urology. 2003 Nov; 62: 805-9

50860 Tseng, L. H., Lo, T. S., Wang, A. C., Liang, C. C., Soong, Y. K. Bladder perforation presenting as vulvar edema after the tension-free vaginal tape procedure. A case report. J Reprod Med. 2003 Oct; 48: 824-6

50870 Fourie, T., Cohen, P. L. Delayed bowel erosion by tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 362-4

50880 Shobeiri, S. A., Echols, K. T., Franco, N. Sinus formation after insertion of a silicone-coated suburethral sling. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 356-7

50890 van Brummen, H. J., van de Pol, G., Aalders, C. I., Heintz, A. P., van der Vaart, C. H. Sacrospinous hysteropexy compared to vaginal hysterectomy as primary surgical treatment for a descensus uteri: effects on urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 350-5; discussion 355

50900 Schatz, H., Henriksson, L. Pain during the TVT procedure performed under local anesthesia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 347-9; discussion 349

50910 Krissi, H., Adam, J. E., Stanton, S. L. MRI visualization of the female pelvis in the plane of the tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 342-5; discussion 345-6

50920 Kilicarslan, H., Gokce, G., Ayan, S., Guvenal, T., Kaya, K., Gultekin, E. Y. Predictors of outcome after in situ anterior vaginal wall sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 339-41; discussion 341

50930 Stenberg, A. M., Larsson, G., Johnson, P. Urethral injection for stress urinary incontinence: long-term results with dextranomer/hyaluronic acid copolymer. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 335-8; discussion 338

50940 Iglesias, X., Espuna, M. Surgical treatment of urinary stress incontinence using a method for postoperative adjustment of sling tension (Remeex System). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 326-30; discussion 330

50950 Kwon, C. H., Culligan, P. J., Koduri, S., Goldberg, R. P., Sand, P. K. The development of pelvic organ prolapse following isolated Burch retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 321-5; discussion 325

50960 Aslan, E., Beji, N. K., Coskun, A., Yalcin, O. An assessment of the importance of pad testing in stress urinary incontinence and the effects of incontinence on the life quality of women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 316-9; discussion 320

50970 Olah, K. S. Vaginal colposuspension: a new approach to an established continence procedure. J Obstet Gynaecol. 2003 Nov; 23: 687-8

**American Urological Association, Inc.**

SUI Guidelines Panel

**50980** Coyne, K. S., Zhou, Z., Thompson, C., Versi, E. The impact on health-related quality of life of stress, urge and mixed urinary incontinence. BJU Int. 2003 Nov; 92: 731-5

**50990** Fianu-Jonasson, A., Edwall, L. Stress urinary incontinence: feasibility of surgery after urethral injection. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1060

**51000** Lo, T. S., Chang, T. C., Chao, A. S., Chou, H. H., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure on genuine stress incontinent women with coexisting genital prolapse. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1049-53

**51010** Bo, K., Finckenhagen, H. B. Is there any difference in measurement of pelvic floor muscle strength in supine and standing position?. Acta Obstet Gynecol Scand. 2003 Dec; 82: 1120-4

**51020** Sarnelli, G., Trovato, C., Imarisio, M., Talleri, D., Braconi, A. Ultrasound assessment of ther female perineum: technique, methods, indications and ultrasound anatomy. Radiol Med (Torino). 2003 Oct; 106: 357-69

**51030** Hladik, M., Dubravicky, J., Pribylincova, V., Blasko, M. Current problems of diagnostics and treatment of urinary incontinence in females. Bratisl Lek Listy. 2003; 104: 163

**51040** Siu, L. S., Chang, A. M., Yip, S. K., Chang, A. M. Compliance with a pelvic muscle exercise program as a causal predictor of urinary stress incontinence amongst Chinese women. Neurourol Urodyn. 2003; 22: 659-63

**51050** Bo, K. Pelvic floor muscle strength and response to pelvic floor muscle training for stress urinary incontinence. Neurourol Urodyn. 2003; 22: 654-8

**51060** Dumoulin, C., Bourbonnais, D., Lemieux, M. C. Development of a dynamometer for measuring the isometric force of the pelvic floor musculature. Neurourol Urodyn. 2003; 22: 648-53

**51070** Unsal, A., Saglam, R., Cimentepe, E. Extracorporeal magnetic stimulation for the treatment of stress and urge incontinence in women--results of 1-year follow-up. Scand J Urol Nephrol. 2003; 37: 424-8

**51080** Wennberg, A. L., Edlund, C., Fall, M., Peeker, R. Stamey's abdominovaginal needle colposuspension for the correction of female genuine stress urinary incontinence--long-term results. Scand J Urol Nephrol. 2003; 37: 419-23

**51090** Viktrup, L., Bump, R. C. Pharmacological agents used for the treatment of stress urinary incontinence in women. Curr Med Res Opin. 2003; 19: 485-90

**51100** Kulseng-Hanssen, S., Borstad, E. The development of a questionnaire to measure the severity of symptoms and the quality of life before and after surgery for stress incontinence. BJOG. 2003 Nov; 110: 983-8

**51110** Kulseng-Hanssen, S. The development of a national database of the results of surgery for urinary incontinence in women. BJOG. 2003 Nov; 110: 975-82

**51120** LaSala, C. A., Kuchel, G. A. Evaluation and management of urinary incontinence in elderly women. Conn Med. 2003 Sep; 67: 491-5

**51130** Mitra, S., Hodgkins, J. A case report of migration of buffers to the cecum following Stamey operation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 216-7

**51140** ter Meulen, P. H., Berghmans, L. C., van Kerrebroeck, P. E. Systematic review: efficacy of silicone microimplants (Macroplastique) therapy for stress urinary incontinence in adult women. Eur Urol. 2003 Nov; 44: 573-82

**51150** Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 386-9

**51160** Kung, R. C., Liu, G., Lee, P. E., Lie, K. I., Morgan, J. E. Laparoscopic two-team slings for women with stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 327-33

**51170** Sousa-Escandon, A., Lema Grille, J., Rodriguez Gomez, J. I., Rios Tallon, L., Uribarri Gonzalez, C., Marques-Queimadelos, A. Externally readjustable device to regulate sling tension in stress urinary incontinence: preliminary results. J Endourol. 2003 Sep; 17: 515-21

**51180** Bai, S. W., Chung, K. A., Rha, K. H., Kim, S. U., Kim, S. K., Park, K. H. Correlation between urodynamic test results, perineal ultrasound and degree of stress urinary incontinence. J Reprod Med. 2003 Sep; 48: 718-22

Case 2:12-md-02327 Document 8090-10 Filed 06/20/19 Page 796 of 910 PageID #: 203237
Case 2:12-md-02327 Document 8090-10 Filed 09/13/19 Page 698 of 800 PageID #: 203237

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

**51190** Boyington, A. R., Dougherty, M. C., Liao, Y. M. Analysis of interactive continence health information on the Web. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 280-6

**51200** Kuhn, A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 98

**51210** Dietz, H. P., Steensma, A. B. Which women are most affected by delivery-related changes in pelvic organ mobility?. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 15-8

**51220** Klausner, T. I. Urologic challenges in the menopausal woman: a case study. Urol Nurs. 2003 Aug; 23: 293-5

**51230** Balmforth, J., Cardozo, L. D. Trends toward less invasive treatment of female stress urinary incontinence. Urology. 2003 Oct; 62: 52-60

**51240** Robinson, D., Cardozo, L. D. The role of estrogens in female lower urinary tract dysfunction. Urology. 2003 Oct; 62: 45-51

**51250** Schuessler, B., Baessler, K. Pharmacologic treatment of stress urinary incontinence: expectations for outcome. Urology. 2003 Oct; 62: 31-8

**51260** Indrekvam, S., Hunskaar, S. Home electrical stimulation for urinary incontinence: a study of the diffusion of a new technology. Urology. 2003 Oct; 62: 24-30

**51270** Thor, K. B. Serotonin and norepinephrine involvement in efferent pathways to the urethral rhabdosphincter: implications for treating stress urinary incontinence. Urology. 2003 Oct; 62: 3-9

**51280** Goldman, H. B. Simple sling incision for the treatment of iatrogenic urethral obstruction. Urology. 2003 Oct; 62: 714-8

**51290** Cole, E., Gomelsky, A., Dmochowski, R. R. Encapsulation of a porcine dermis pubovaginal sling. J Urol. 2003 Nov; 170: 1950

**51300** Kobashi, K. C., Govier, F. E. Perioperative complications: the first 140 polypropylene pubovaginal slings. J Urol. 2003 Nov; 170: 1918-21

**51310** Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urinary incontinence in a Finnish population aged 70 and over. Prevalence of types, associated factors and self-reported treatments. Scand J Prim Health Care. 2003 Sep; 21: 182-7

**51320** Johnson, D. W., ElHajj, M., OBrien-Best, E. L., Miller, H. J., Fine, P. M. Necrotizing fasciitis after tension-free vaginal tape (TVT) placement. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 291-3

**51330** Duggan, P. M., Wilson, P. D., Norton, P., Brown, A. D., Drutz, H. P., Herbison, P. Utilization of preoperative urodynamic investigations by gynecologists who frequently operate for female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 282-7; discussion 286-7

**51340** Fu, X., Rezapour, M., Wu, X., Li, L., Sjogren, C., Ulmsten, U. Expression of estrogen receptor-alpha and -beta in anterior vaginal walls of genuine stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 276-81; discussion 281

**51350** Pang, M. W., Chan, L. W., Yip, S. K. One-year urodynamic outcome and quality of life in patients with concomitant tension-free vaginal tape during pelvic floor reconstruction surgery for genitourinary prolapse and urodynamic stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 256-60; discussion 259-60

**51360** Dietz, H. P., Vancaillie, P., Svehla, M., Walsh, W., Steensma, A. B., Vancaillie, T. G. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 239-43; discussion 243

**51370** Beji, N. K., Yalcin, O., Erkan, H. A. The effect of pelvic floor training on sexual function of treated patients. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 234-8; discussion 238

**51380** Culligan, P. J., Goldberg, R. P., Sand, P. K. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 229-33; discussion 233

**51390** Wai, C. Y., Margulis, V., Baugh, B. R., Schaffer, J. I. Multiple vesical calculi and complete vaginal vault prolapse. Am J Obstet Gynecol. 2003 Sep; 189: 884-5

Case 2:12-md-02327 Document 3080-16 Filed 09/13/19 Page 699 of 300 PageID #: 203238

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**51400** Huang, C. R., Sun, N., Wei-ping,, Xie, H. W., Hwang, A. H., Hardy, B. E. The management of old urethral injury in young girls: analysis of 44 cases. J Pediatr Surg. 2003 Sep; 38: 1329-32

**51410** Horowitz, I. R. What's new in gynecology and obstetrics. J Am Coll Surg. 2003 Oct; 197: 612-9

**51420** Iskander, M. N., Kapoor, D. S., Mohammed, A. Subjective outcomes of the TVT procedure. Int J Gynaecol Obstet. 2003 Oct; 83: 69-70

**51430** Oremus, M., Collet, J. P., Shapiro, S. H., Penrod, J., Corcos, J. Surgery versus collagen for female stress urinary incontinence: economic assessment in Ontario and Quebec. Can J Urol. 2003 Aug; 10: 1934-44

**51440** Dmochowski, R. R., Miklos, J. R., Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo for the treatment of North American women with stress urinary incontinence. J Urol. 2003 Oct; 170: 1259-63

**51450** Huggins, M. E., Bhatia, N. N., Ostergard, D. R. Urinary incontinence: newer pharmacotherapeutic trends. Curr Opin Obstet Gynecol. 2003 Oct; 15: 419-27

**51460** Betson, L. H., Siddiqui, G., Bhatia, N. N. Intrinsic urethral sphincteric deficiency: critical analysis of various diagnostic modalities. Curr Opin Obstet Gynecol. 2003 Oct; 15: 411-7

**51470** Brubaker, L., Cundiff, G., Fine, P., Nygaard, I., Richter, H., Visco, A., Zyczynski, H., Brown, M. B., Weber, A. A randomized trial of colpopexy and urinary reduction efforts (CARE): design and methods. Control Clin Trials. 2003 Oct; 24: 629-42

**51480** Minassian, V. A., Drutz, H. P., Al-Badr, A. Urinary incontinence as a worldwide problem. Int J Gynaecol Obstet. 2003 Sep; 82: 327-38

**51490** Dmochowski, R., Appell, R. A. Advancements in minimally invasive treatments for female stress urinary incontinence: radiofrequency and bulking agents. Curr Urol Rep. 2003 Oct; 4: 350-5

**51500** Cody, J., Wyness, L., Wallace, S., Glazener, C., Kilonzo, M., Stearns, S., McCormack, K., Vale, L., Grant, A. Systematic review of the clinical effectiveness and cost-effectiveness of tension-free vaginal tape for treatment of urinary stress incontinence. Health Technol Assess. 2003; 7: iii, 1-189

**51510** Nazir, M., Stien, R., Carlsen, E., Jacobsen, A. F., Nesheim, B. I. Early evaluation of bowel symptoms after primary repair of obstetric perineal rupture is misleading: an observational cohort study. Dis Colon Rectum. 2003 Sep; 46: 1245-50

**51520** Al-Badr, A., Ross, S., Soroka, D., Minassian, V. A., Karahalios, A., Drutz, H. P. Voiding patterns and urodynamics after a tension-free vaginal tape procedure. J Obstet Gynaecol Can. 2003 Sep; 25: 725-30

**51530** Zyczynski, H. M., Howden, N. S. Surgical management of urinary incontinence. Curr Womens Health Rep. 2003 Oct; 3: 399-404

**51540** Huang, K. H., Kung, F. T., Liang, H. M., Huang, L. Y., Chang, S. Y. Concomitant surgery with tension-free vaginal tape. Acta Obstet Gynecol Scand. 2003 Oct; 82: 948-53

**51550** Saini, J., Axelrod, F. B., Maayan, C., Stringer, J., Smilen, S. W. Urinary incontinence in familial dysautonomia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 209-13; discussion 213

**51560** Amaro, J. L., Oliveira Gameiro, M. O., Padovani, C. R. Treatment of urinary stress incontinence by intravaginal electrical stimulation and pelvic floor physiotherapy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 204-8; discussion 208

**51570** Robinson, H., Schulz, J., Flood, C., Hansen, L. A randomized controlled trial of the NEAT expandable tip continence device. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 199-203; discussion 203

**51580** O'Sullivan, R., Simons, A., Prashar, S., Anderson, P., Louey, M., Moore, K. H. Is objective cure of mild undifferentiated incontinence more readily achieved than that of moderate incontinence? Costs and 2-year outcome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 193-8; discussion 198

**51590** Neuman, M. Low incidence of post-TVT genital prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 191-2; discussion 192

**51600** Abbas Shobeiri, S., Gasser, R. F., Chesson, R. R., Echols, K. T. The anatomy of midurethral slings and dynamics of neurovascular injury. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 185-90; discussion 190

# American Urological Association, Inc.

## SUI Guidelines Panel

**51610** Lukacz, E. S., Luber, K. M., Nager, C. W. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 179-84; discussion 184

**51620** Cosson, M., Debodinance, P., Boukerrou, M., Chauvet, M. P., Lobry, P., Crepin, G., Ego, A. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 169-78; discussion 178

**51630** Adekanmi, O. A., Freeman, R. M., Bombieri, L. How colposuspensions are performed in the UK: a survey of gynecologists' practice. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 151-9; discussion 159

**51640** Stach-Lempinen, B., Hakala, A. L., Laippala, P., Lehtinen, K., Metsanoja, R., Kujansuu, E. Severe depression determines quality of life in urinary incontinent women. Neurourol Urodyn. 2003; 22: 563-8

**51650** Yip, S. K., Sahota, D., Chang, A., Chung, T. Effect of one interval vaginal delivery on the prevalence of stress urinary incontinence: a prospective cohort study. Neurourol Urodyn. 2003; 22: 558-62

**51660** Miller, Y. D., Brown, W. J., Russell, A., Chiarelli, P. Urinary incontinence across the lifespan. Neurourol Urodyn. 2003; 22: 550-7

**51670** Karram, M. M. Pathophysiology of genuine stress incontinence: what do we really know?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 77

**51680** Gateau, T., Faramarzi-Roques, R., Le Normand, L., Glemain, P., Buzelin, J. M., Ballanger, P. Clinical and urodynamic repercussions after TVT procedure and how to diminish patient complaints. Eur Urol. 2003 Sep; 44: 372-6; discussion 376

**51690** Kreder, K. J., Jr, Brubaker, L., Mainprize, T. Tolterodine is equally effective in patients with mixed incontinence and those with urge incontinence alone. BJU Int. 2003 Sep; 92: 418-21

**51700** Kuuva, N., Nilsson, C. G. Tension-free vaginal tape procedure: an effective minimally invasive operation for the treatment of recurrent stress urinary incontinence?. Gynecol Obstet Invest. 2003; 56: 93-8

**51710** Damaser, M. S., Broxton-King, C., Ferguson, C., Kim, F. J., Kerns, J. M. Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2003 Sep; 170: 1027-31

**51720** Hong, B., Park, S., Kim, H. S., Choo, M. S. Factors predictive of urinary retention after a tension-free vaginal tape procedure for female stress urinary incontinence. J Urol. 2003 Sep; 170: 852-6

**51730** Shah, D. K., Paul, E. M., Amukele, S., Eisenberg, E. R., Badlani, G. H. Broad based tension-free synthetic sling for stress urinary incontinence: 5-year outcome. J Urol. 2003 Sep; 170: 849-51

**51740** Farrell, S. A., Beckerson, L. A., Epp, A., Flood, C. G., Lajoie, F., MacMillan, J. B., Mainprize, T. C., Robert, M. Tension-free vaginal tape (TVT) procedure. J Obstet Gynaecol Can. 2003 Aug; 25: 692-4, 695-8

**51750** Tunn, R., Petri, E. Introital and transvaginal ultrasound as the main tool in the assessment of urogenital and pelvic floor dysfunction: an imaging panel and practical approach. Ultrasound Obstet Gynecol. 2003 Aug; 22: 205-13

**51760** Newman, D. K. Stress urinary incontinence in women. Am J Nurs. 2003 Aug; 103: 46-55; quiz 55

**51770** Yang, J. M., Huang, W. C. Bladder wall thickness on ultrasonographic cystourethrography: affecting factors and their implications. J Ultrasound Med. 2003 Aug; 22: 777-82

**51780** Dmochowski, R. R., Sand, P. K., Zinner, N. R., Gittelman, M. C., Davila, G. W., Sanders, S. W. Comparative efficacy and safety of transdermal oxybutynin and oral tolterodine versus placebo in previously treated patients with urge and mixed urinary incontinence. Urology. 2003 Aug; 62: 237-42

**51790** Defreitas, G. A., Wilson, T. S., Zimmern, P. E., Forte, T. B. Three-dimensional ultrasonography: an objective outcome tool to assess collagen distribution in women with stress urinary incontinence. Urology. 2003 Aug; 62: 232-6

**51800** Adams, I., Onwude, J. Secondary colposuspension: results of a prospective study from a tertiary centre. BJOG. 2003 Aug; 110: 785; author reply 785

# American Urological Association, Inc.

## SUI Guidelines Panel

51810   Thomson, A. J., Tincello, D. G. The influence of pad test loss on management of women with urodynamic stress incontinence. BJOG. 2003 Aug; 110: 771-3

51820   Webster, T. M., Gerridzen, R. G. Gone in 24 hours: the feasibility of performing pubovaginal sling surgery with an overnight hospital stay. Can J Urol. 2003 Jun; 10: 1905-9

51830   Sugaya, K., Owan, T., Hatano, T., Nishijima, S., Miyazato, M., Mukouyama, H., Shiroma, K., Soejima, K., Masaki, Z., Ogawa, Y. Device to promote pelvic floor muscle training for stress incontinence. Int J Urol. 2003 Aug; 10: 416-22

51840   van Veggel, L., Morrell, M., Harris, C., Dormans-Linssen, M. A new device for the treatment of female stress urinary incontinence. Proc Inst Mech Eng [H]. 2003; 217: 317-21

51850   Lienemann, A., Fischer, T. Functional imaging of the pelvic floor. Eur J Radiol. 2003 Aug; 47: 117-22

51860   Deval, B., Levardon, M., Samain, E., Rafii, A., Cortesse, A., Amarenco, G., Ciofu, C., Haab, F. A French multicenter clinical trial of SPARC for stress urinary incontinence. Eur Urol. 2003 Aug; 44: 254-8; discussion 258-9

51870   Bradway, C. Urinary incontinence among older women. Measurement of the effect on health-related quality of life. J Gerontol Nurs. 2003 Jul; 29: 13-9

51880   Aksac, B., Aki, S., Karan, A., Yalcin, O., Isikoglu, M., Eskiyurt, N. Biofeedback and pelvic floor exercises for the rehabilitation of urinary stress incontinence. Gynecol Obstet Invest. 2003; 56: 23-7

51890   Parmet, S., Lynm, C., Glass, R. M. JAMA patient page. Stress incontinence. JAMA. 2003 Jul 16; 290: 426

51900   Resnick, N. M., Griffiths, D. J. Expanding treatment options for stress urinary incontinence in women. JAMA. 2003 Jul 16; 290: 395-7

51910   Goode, P. S., Burgio, K. L., Locher, J. L., Roth, D. L., Umlauf, M. G., Richter, H. E., Varner, R. E., Lloyd, L. K. Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA. 2003 Jul 16; 290: 345-52

51920   von Pechmann, W. S., Mutone, M., Fyffe, J., Hale, D. S. Total colpocleisis with high levator plication for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2003 Jul; 189: 121-6

51930   Yalcin, I., Bump, R. C. Validation of two global impression questionnaires for incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 98-101

51940   Chen, B., Wen, Y., Zhang, Z., Wang, H., Warrington, J. A., Polan, M. L. Menstrual phase-dependent gene expression differences in periurethral vaginal tissue from women with stress incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 89-97

51950   Ellerkmann, R. M., Dunn, J. S., McBride, A. W., Kummer, L. G., Melick, C. F., Bent, A. E., Blomquist, J. L. A comparison of anticipated pain before and pain rating after the procedure in patients who undergo cystourethroscopy. Am J Obstet Gynecol. 2003 Jul; 189: 66-9

51960   Chen, B., Wen, Y., Wang, H., Polan, M. L. Differences in estrogen modulation of tissue inhibitor of matrix metalloproteinase-1 and matrix metalloproteinase-1 expression in cultured fibroblasts from continent and incontinent women. Am J Obstet Gynecol. 2003 Jul; 189: 59-65

51970   Gerstenbluth, R. E., Goldman, H. B. Simultaneous urethral erosion of tension-free vaginal tape and woven polyester pubovaginal sling. J Urol. 2003 Aug; 170: 525-6

51980   Diokno, A. C., Burgio, K., Fultz, H., Kinchen, K. H., Obenchain, R., Bump, R. C. Prevalence and outcomes of continence surgery in community dwelling women. J Urol. 2003 Aug; 170: 507-11

51990   Giannantoni, A., Di Stasi, S. M., Cucchi, A., Mearini, E., Bini, V., Porena, M. Pelvic floor muscle behavior during Valsalva leak point pressure measurement in males and females affected by stress urinary incontinence. J Urol. 2003 Aug; 170: 485-9

52000   Davila, G. W., Bernier, F., Franco, J., Kopka, S. L. Bladder dysfunction in sexual abuse survivors. J Urol. 2003 Aug; 170: 476-9

**American Urological Association, Inc.**

SUI Guidelines Panel

52010   Manning, J., Korda, A., Benness, C., Solomon, M. The association of obstructive defecation, lower urinary tract dysfunction and the benign joint hypermobility syndrome: a case-control study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 128-32

52020   Costantini, E., Pajoncini, C., Zucchi, A., Lombi, R., Bini, V., Mearini, E., Porena, M. Four-corner colposuspension: clinical and functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 113-8

52030   Cosson, M., Boukerrou, M., Narducci, F., Occelli, B., Querleu, D., Crepin, G. Long-term results of the Burch procedure combined with abdominal sacrocolpopexy for treatment of vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 104-7

52040   Thompson, J. A., O'Sullivan, P. B. Levator plate movement during voluntary pelvic floor muscle contraction in subjects with incontinence and prolapse: a cross-sectional study and review. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 84-8

52050   Farrell, K. D., Robinson, L. M., Scott, T. A. Female urinary incontinence health education on the Internet: pitfalls and opportunities. J Obstet Gynaecol Can. 2003 Jul; 25: 594-600

52060   Al-Badr, A., Ross, S., Soroka, D., Drutz, H. P. What is the available evidence for hormone replacement therapy in women with stress urinary incontinence?. J Obstet Gynaecol Can. 2003 Jul; 25: 567-74

52070   Qureshi, A., Nicolaou, J., Lynch, C. B., Anjum, M. I., Clay, J. Outcome of tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence--patients' perspective. J Obstet Gynaecol. 2003 May; 23: 297-300

52080   Bump, R. C., Norton, P. A., Zinner, N. R., Yalcin, I. Mixed urinary incontinence symptoms: urodynamic findings, incontinence severity, and treatment response. Obstet Gynecol. 2003 Jul; 102: 76-83

52090   Managing postpartum stress urinary incontinence. Drug Ther Bull. 2003 Jun; 41: 46-8

52100   Tong, Y. C. An alternative method of tension-free vaginal tape implantation for the treatment of female urinary incontinence. Urol Int. 2003; 71: 51-4

52110   Goel, M. C., Roberts, J. G. Dynamic rectus abdominis tendon colposuspension for female stress urinary incontinence: a new procedure and its follow-up. Urol Int. 2003; 71: 45-50

52120   Athanasopoulos, A., Barlas, P., Perimenis, P., Dimitrakopoulos, S., Markou, S., Gianitsas, K., Gyftopoulos, K., Hatzipapas, J., Barbalias, G. Long-term results of transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy. Urol Int. 2003; 71: 41-4

52130   Moore, K. H., O'Sullivan, R. J., Simons, A., Prashar, S., Anderson, P., Louey, M. Randomised controlled trial of nurse continence advisor therapy compared with standard urogynaecology regimen for conservative incontinence treatment: efficacy, costs and two year follow up. BJOG. 2003 Jul; 110: 649-57

52140   Hartano, V. H., Lightner, D. J., Nitti, V. W. Endoscopic evacuation of Durasphere. Urology. 2003 Jul; 62: 135-7

52150   Minervini, A., Salinitri, G., Minervini, R. Retroperitoneal urinoma complicating Burch colposuspension. Int J Gynaecol Obstet. 2003 Jul; 82: 85-6

52160   Mutone, N., Brizendine, E., Hale, D. Factors that influence voiding function after the tension-free vaginal tape procedure for stress urinary incontinence. Am J Obstet Gynecol. 2003 Jun; 188: 1477-81; discussion 1481-3

52170   Goldberg, R. P., Kwon, C., Gandhi, S., Atkuru, L. V., Sorensen, M., Sand, P. K. Urinary incontinence among mothers of multiples: the protective effect of cesarean delivery. Am J Obstet Gynecol. 2003 Jun; 188: 1447-50; discussion 1450-3

52180   Dallosso, H. M., McGrother, C. W., Matthews, R. J., Donaldson, M. M. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudinal study in women. BJU Int. 2003 Jul; 92: 69-77

52190   LaSala, C. A. Incomplete bladder emptying after the tension-free vaginal tape procedure, necessitating release of the mesh. A report of three cases. J Reprod Med. 2003 May; 48: 387-90

52200   Sevestre, S., Ciofu, C., Deval, B., Traxer, O., Amarenco, G., Haab, F. Results of the tension-free vaginal tape technique in the elderly. Eur Urol. 2003 Jul; 44: 128-31

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

52210    Bemelmans, B. L., Chapple, C. R. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?. Curr Opin Urol. 2003 Jul; 13: 301-7

52220    Hu, T. W., Wagner, T. H., Bentkover, J. D., LeBlanc, K., Piancentini, A., Stewart, W. F., Corey, R., Zhou, S. Z., Hunt, T. L. Estimated economic costs of overactive bladder in the United States. Urology. 2003 Jun; 61: 1123-8

52230    Scarpero, H. M., Fiske, J., Xue, X., Nitti, V. W. American Urological Association Symptom Index for lower urinary tract symptoms in women: correlation with degree of bother and impact on quality of life. Urology. 2003 Jun; 61: 1118-22

52240    Alewijnse, D., Metsemakers, J. F., Mesters, I. E., van den Borne, B. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003; 22: 284-95

52250    Barbic, M., Kralj, B., Cor, A. Compliance of the bladder neck supporting structures: importance of activity pattern of levator ani muscle and content of elastic fibers of endopelvic fascia. Neurourol Urodyn. 2003; 22: 269-76

52260    Harvey, M. A. Pelvic floor exercises during and after pregnancy: a systematic review of their role in preventing pelvic floor dysfunction. J Obstet Gynaecol Can. 2003 Jun; 25: 487-98

52270    Pickard, R., Reaper, J., Wyness, L., Cody, D. J., McClinton, S., N'Dow, J. Periurethral injection therapy for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD003881

52280    Alhasso, A., Glazener, C. M., Pickard, R., N'Dow, J. Adrenergic drugs for urinary incontinence in adults. Cochrane Database Syst Rev. 2003; : CD001842

52290    Moehrer, B., Hextall, A., Jackson, S. Oestrogens for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD001405

52300    Amundsen, C. L., Flynn, B. J., Webster, G. D. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003 Jul; 170: 134-7; discussion 137

52310    Rovner, E. S., Wein, A. J. Diagnosis and reconstruction of the dorsal or circumferential urethral diverticulum. J Urol. 2003 Jul; 170: 82-6; discussion 86

52320    Radio waves treat stress incontinence. Health News. 2003 Jun; 9: 8-9

52330    Valpas, A., Kivela, A., Penttinen, J., Kauko, M., Kujansuu, E., Tomas, E., Haarala, M., Meltomaa, S., Nilsson, C. K. Tension-free vaginal tape and laparoscopic mesh colposuspension in the treatment of stress urinary incontinence: immediate outcome and complications--a randomized clinical trial. Acta Obstet Gynecol Scand. 2003 Jul; 82: 665-71

52340    Goepel, C., Hefler, L., Methfessel, H. D., Koelbl, H. Periurethral connective tissue status of postmenopausal women with genital prolapse with and without stress incontinence. Acta Obstet Gynecol Scand. 2003 Jul; 82: 659-64

52350    O'Neil, B., Gilmour, D. Approach to urinary incontinence in women. Diagnosis and management by family physicians. Can Fam Physician. 2003 May; 49: 611-8

52360    Gilmour, D. Urinary incontinence in women. A surgeon's point of view. Can Fam Physician. 2003 May; 49: 557-8, 560-1

52370    Cassells, C., Watt, E. The impact of incontinence on older spousal caregivers. J Adv Nurs. 2003 Jun; 42: 607-16

52380    Stember, D. S., Scarpero, H. M., Nitti, V. W. Vaginal granulation tissue secondary to bone anchors: experience in two patients. J Urol. 2003 Jun; 169: 2300-1

52390    Gomelsky, A., Dmochowski, R. R. Incisional bladder hernia after rectus fascial sling. J Urol. 2003 Jun; 169: 2299

52400    Tsivian, A., Shtricker, A., Levin, S., Sidi, A. A. Bone anchor 4-corner cystourethropexy: long-term results. J Urol. 2003 Jun; 169: 2244-5

52410    Kobashi, K. C., Govier, F. E. Management of vaginal erosion of polypropylene mesh slings. J Urol. 2003 Jun; 169: 2242-3

# American Urological Association, Inc.

**SUI Guidelines Panel**

**52420**    Croak, A. J., Schulte, V., Peron, S., Klingele, C., Gebhart, J., Lee, R. Transvaginal tape lysis for urinary obstruction after tension-free vaginal tape placement. J Urol. 2003 Jun; 169: 2238-41

**52430**    Miller, E. A., Amundsen, C. L., Toh, K. L., Flynn, B. J., Webster, G. D. Preoperative urodynamic evaluation may predict voiding dysfunction in women undergoing pubovaginal sling. J Urol. 2003 Jun; 169: 2234-7

**52440**    Tamanini, J. T., D'Ancona, C. A., Tadini, V., Netto, N. R., Jr Macroplastique implantation system for the treatment of female stress urinary incontinence. J Urol. 2003 Jun; 169: 2229-33

**52450**    Yu, H. J., Wong, W. Y., Chen, J., Chie, W. C. Quality of life impact and treatment seeking of Chinese women with urinary incontinence. Qual Life Res. 2003 May; 12: 327-33

**52460**    Sasso, K. Case study: challenges of pessary management. J Wound Ostomy Continence Nurs. 2003 May; 30: 152-7; discussion 157-8

**52470**    Viseshsindh, W., Kochakarn, W., Waikakul, W., Roongruangsilp, U., Siripornpinyo, N., Viseshsindh, V. A randomized controlled trial of pubovaginal sling versus vaginal wall sling for stress urinary incontinence. J Med Assoc Thai. 2003 Apr; 86: 308-15

**52480**    Long, C. Y., Hsu, S. C., Wu, T. P., Fu, J. C., Hsu, Y. S., Su, J. H. Effect of laparoscopic hysterectomy on bladder neck and urinary symptoms. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 65-9

**52490**    Demirci, F., Ozdemir, I., Yucel, O., Alhan, A. A new, simple, safe, effective and cost-effective procedure for genuine stress incontinence: midurethral polypropylene sling. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 58-60

**52500**    Sendag, F., Vidinli, H., Kazandi, M., Itil, I. M., Askar, N., Vidinli, B., Pourbagher, A. Role of perineal sonography in the evaluation of patients with stress urinary incontinence. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 54-7

**52510**    Kamo, I., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. Urethral closure mechanisms under sneeze-induced stress condition in rats: a new animal model for evaluation of stress urinary incontinence. Am J Physiol Regul Integr Comp Physiol. 2003 Aug; 285: R356-65

**52520**    Yip, S. K., Chan, A., Pang, S., Leung, P., Tang, C., Shek, D., Chung, T. The impact of urodynamic stress incontinence and detrusor overactivity on marital relationship and sexual function. Am J Obstet Gynecol. 2003 May; 188: 1244-8

**52530**    Lieb, J., Das, A. K. Urethral erosion of tension-free vaginal tape. Scand J Urol Nephrol. 2003; 37: 184-5

**52540**    Robinson, D., Bidmead, J., Cardozo, L., Muir, G. An unusual cause of voiding dysfunction following colposuspension. J Obstet Gynaecol. 2003 Mar; 23: 210-1

**52550**    Kafali, H., Verit, A., Verit, F., Demir, N. Expeditious method of urethrovesical junction determination in retropubic colposuspension with intraballoon illumination of Foley catheter. Urol Int. 2003; 70: 262-4

**52560**    Schiotz, H. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2003 May; 101: 1024; reply 1024-5

**52570**    Matsuo, K., Takemura, M., Koyama, M., Murata, Y. Bladder tumor found by tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 937-40

**52580**    Muir, T. W., Tulikangas, P. K., Fidela Paraiso, M., Walters, M. D. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May; 101: 933-6

**52590**    Karram, M. M., Segal, J. L., Vassallo, B. J., Kleeman, S. D. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 929-32

**52600**    Vassallo, B. J., Kleeman, S. D., Segal, J., Karram, M. M. Urethral erosion of a tension-free vaginal tape. Obstet Gynecol. 2003 May; 101: 1055-8

**52610**    Huang, W. C., Yang, J. M. Bladder neck funneling on ultrasound cystourethrography in primary stress urinary incontinence: a sign associated with urethral hypermobility and intrinsic sphincter deficiency. Urology. 2003 May; 61: 936-41

**52620**    Tei, T. M., Stolzenburg, T., Buntzen, S., Laurberg, S., Kjeldsen, H. Use of transpelvic rectus abdominis musculocutaneous flap for anal cancer salvage surgery. Br J Surg. 2003 May; 90: 575-80

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**52630**  Moore, R. D., Miklos, J. R. Colpocleisis and tension-free vaginal tape sling for severe uterine and vaginal prolapse and stress urinary incontinence under local anesthesia. J Am Assoc Gynecol Laparosc. 2003 May; 10: 276-80

**52640**  Moran, F., Bradley, J. M., Boyle, L., Elborn, J. S. Incontinence in adult females with cystic fibrosis: a Northern Ireland survey. Int J Clin Pract. 2003 Apr; 57: 182-3

**52650**  Zibecchi, L., Greendale, G. A., Ganz, P. A. Continuing education: Comprehensive menopausal assessment: an approach to managing vasomotor and urogenital symptoms in breast cancer survivors. Oncol Nurs Forum. 2003 May-Jun; 30: 393-407

**52660**  Wei, T. S., Su, T. H. Tension-free vaginal tape failure caused by sling displacement and successfully retreated using Burch colposuspension. Acta Obstet Gynecol Scand. 2003 Apr; 82: 385-6

**52670**  Lo, T. S., Lin, C. T., Huang, H. J., Chang, C. L., Liang, C. C., Soong, Y. K. The use of general anesthesia for the tension-free vaginal tape procedure and concomitant surgery. Acta Obstet Gynecol Scand. 2003 Apr; 82: 367-73

**52680**  Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. Does the tension-free vaginal tape stay where you put it?. Am J Obstet Gynecol. 2003 Apr; 188: 950-3

**52690**  Bai, S. W., Jung, B. H., Chung, B. C., Kim, S. U., Kim, J. Y., Rha, K. H., Cho, J. S., Park, Y. W., Park, K. H. Relationship between urinary profile of the endogenous steroids and postmenopausal women with stress urinary incontinence. Neurourol Urodyn. 2003; 22: 198-205

**52700**  Petros, P. Changes in bladder neck geometry and closure pressure after midurethral anchoring suggest a musculoelastic mechanism activates closure. Neurourol Urodyn. 2003; 22: 191-7

**52710**  Wang, A. C., Chen, M. C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn. 2003; 22: 185-90

**52720**  Chiaffarino, F., Parazzini, F., Lavezzari, M., Giambanco, V. Impact of urinary incontinence and overactive bladder on quality of life. Eur Urol. 2003 May; 43: 535-8

**52730**  Ilker, Y., Tarcan, T., Ozveren, B., Yildirim, A. Anterior urethropexy according to lapides: how effective is it in the treatment of genuine female stress incontinence?. Arch Esp Urol. 2003 Jan-Feb; 56: 95-9

**52740**  Sapmaz, E., Celik, H. Burch colposuspension performed at cesarean delivery in pregnancies complicated by genuine stress urinary incontinence. J Reprod Med. 2003 Mar; 48: 191-3

**52750**  Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Assessment of pelvic floor muscle function after vaginal delivery. Clinical value of different tests. J Reprod Med. 2003 Mar; 48: 171-4

**52760**  Aukee, P., Penttinen, J., Airaksinen, O. The effect of aging on the electromyographic activity of pelvic floor muscles. A comparative study among stress incontinent patients and asymptomatic women. Maturitas. 2003 Apr 25; 44: 253-7

**52770**  Ho-Yin, P. L., Man-Wah, P., Shing-Kai, Y. Effects of aging on generic SF-36 quality of life measurements in Hong Kong Chinese women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Mar; 82: 275-9

**52780**  Stoker, J., Rociu, E., Bosch, J. L., Messelink, E. J., van der Hulst, V. P., Groenendijk, A. G., Eijkemans, M. J., Lameris, J. S. High-resolution endovaginal MR imaging in stress urinary incontinence. Eur Radiol. 2003 Aug; 13: 2031-7

**52790**  Laurikainen, E., Kiilholma, P. The tension-free vaginal tape procedure for female urinary incontinence without preoperative urodynamic evaluation. J Am Coll Surg. 2003 Apr; 196: 579-83

**52800**  Margolis, M. T. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2003 Apr; 101: 817; author reply 817-8

**52810**  Waetjen, L. E., Subak, L. L., Shen, H., Lin, F., Wang, T. H., Vittinghoff, E., Brown, J. S. Stress urinary incontinence surgery in the United States. Obstet Gynecol. 2003 Apr; 101: 671-6

**52820**  Pollak, J. T., Jenkins, P., Kopka, S. L., Davila, G. W. Effect of genital prolapse on assessment of bladder neck mobility by the Q-tip test. Obstet Gynecol. 2003 Apr; 101: 662-5

Case 2:12-md-02327 Document 3080-16 Filed 04/26/07 Page 804 of 910 Page 706 of 300 PageID #: 203245

# American Urological Association, Inc.

## SUI Guidelines Panel

**52830** Amundsen, C. L., Flynn, B. J., Webster, G. D. Anatomical correction of vaginal vault prolapse by uterosacral ligament fixation in women who also require a pubovaginal sling. J Urol. 2003 May; 169: 1770-4

**52840** Wilson, T. S., Lemack, G. E., Zimmern, P. E. Management of intrinsic sphincteric deficiency in women. J Urol. 2003 May; 169: 1662-9

**52850** Kuo, H. C. Videourodynamic results in stress urinary incontinence patients after pelvic floor muscle training. J Formos Med Assoc. 2003 Jan; 102: 23-9

**52860** Farrell, S. A., Epp, A., Flood, C., Lajoie, F., MacMillan, B., Mainprize, T., Robert, M. The evaluation of stress incontinence prior to primary surgery. J Obstet Gynaecol Can. 2003 Apr; 25: 313-24

**52870** Cor, A., Barbic, M., Kralj, B. Differences in the quantity of elastic fibres and collagen type I and type III in endopelvic fascia between women with stress urinary incontinence and controls. Urol Res. 2003 Jun; 31: 61-5

**52880** Ghezzi, F., Franchi, M., Buttarelli, M., Serati, M., Raio, L., Maddalena, F. The use of suction drains at burch colposuspension and postoperative infectious morbidity. Arch Gynecol Obstet. 2003 Apr; 268: 41-4

**52890** Long, C. Y., Hsu, S. C., Sun, D. J., Chen, C. C., Tsai, E. M., Su, J. H. Abnormal clinical and urodynamic findings in women with severe genitourinary prolapse. Kaohsiung J Med Sci. 2002 Dec; 18: 593-7

**52900** Amarenco, G., Arnould, B., Carita, P., Haab, F., Labat, J. J., Richard, F. European psychometric validation of the CONTILIFE: a Quality of Life questionnaire for urinary incontinence. Eur Urol. 2003 Apr; 43: 391-404

**52910** Carey, J. M., Chon, J. K., Leach, G. E. Urethrolysis with Martius labial fat pad graft for iatrogenic bladder outlet obstruction. Urology. 2003 Apr; 61: 21-5

**52920** Wang, A. C., Chen, M. C. The correlation between preoperative voiding mechanism and surgical outcome of the tension-free vaginal tape procedure, with reference to quality of life. BJU Int. 2003 Apr; 91: 502-6

**52930** Daher, N., Boulanger, J. C., Ulmsten, U. Pre-pubic TVT: an alternative to classic TVT in selected patients with urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 205-7

**52940** Siracusano, S., Pregazzi, R., d'Aloia, G., Sartore, A., Di Benedetto, P., Pecorari, V., Guaschino, S., Pappagallo, G., Belgrano, E. Prevalence of urinary incontinence in young and middle-aged women in an Italian urban area. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 201-4

**52950** van Os-Bossagh, P., Pols, T., Hop, W. C., Bohnen, A. M., Vierhout, M. E., Drogendijk, A. C. Voiding symptoms in chronic pelvic pain (CPP). Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 185-90

**52960** Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Effects of epidural analgesia during labor on pelvic floor function after vaginal delivery. Acta Obstet Gynecol Scand. 2003 Feb; 82: 143-6

**52970** Kim, J. K., Kim, Y. J., Choo, M. S., Cho, K. S. The urethra and its supporting structures in women with stress urinary incontinence: MR imaging using an endovaginal coil. AJR Am J Roentgenol. 2003 Apr; 180: 1037-44

**52980** Hulens, M., Vansant, G., Claessens, A. L., Lysens, R., Muls, E. Predictors of 6-minute walk test results in lean, obese and morbidly obese women. Scand J Med Sci Sports. 2003 Apr; 13: 98-105

**52990** Marinkovic, S. P., Stanton, S. L. Triple compartment prolapse: sacrocolpopexy with anterior and posterior mesh extensions. BJOG. 2003 Mar; 110: 323-6

**53000** Manca, A., Sculpher, M. J., Ward, K., Hilton, P. A cost-utility analysis of tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence. BJOG. 2003 Mar; 110: 255-62

**53010** Hannestad, Y. S., Rortveit, G., Daltveit, A. K., Hunskaar, S. Are smoking and other lifestyle factors associated with female urinary incontinence? The Norwegian EPINCONT Study. BJOG. 2003 Mar; 110: 247-54

**53020** Moehrer, B., Carey, M., Wilson, D. Laparoscopic colposuspension: a systematic review. BJOG. 2003 Mar; 110: 230-5

**53030** Palmer, M. H., Fitzgerald, S. Urinary incontinence in working women: a comparison study. J Womens Health (Larchmt). 2002 Dec; 11: 879-88

**53040** Bachmann, G., Wiita, B. External occlusive devices for management of female urinary incontinence. J Womens Health (Larchmt). 2002 Nov; 11: 793-800

**Appendix A6  Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

53050    Hartanto, V. H., DiPiazza, D., Ankem, M. K., Baccarini, C., Lobby, N. J. Comparison of recovery from postoperative pain utilizing two sling techniques. Can J Urol. 2003 Feb; 10: 1759-63

53060    Perk, H., Soyupek, S., Serel, T. A., Kosar, A., Sayin, A., Hoscan, M. B. Tension-free vaginal tape for surgical treatment of stress urinary incontinence: two years urinary follow-up. Int J Urol. 2003 Mar; 10: 132-5

53070    Kilicarslan, H., Guvenal, T., Ayan, S., Gokce, G., Cetin, A., Gultekin, E. Y. Comparison of outcomes of three different surgical techniques performed for stress urinary incontinence. Int J Urol. 2003 Mar; 10: 126-30; discussion 131

53080    Bai, S. W., Roh, J. L., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Outcomes and surgical therapeutic index of Burch colposuspension in stress urinary incontinence. J Reprod Med. 2003 Feb; 48: 102-6

53090    Skinner, M. H., Kuan, H. Y., Pan, A., Sathirakul, K., Knadler, M. P., Gonzales, C. R., Yeo, K. P., Reddy, S., Lim, M., Ayan-Oshodi, M., Wise, S. D. Duloxetine is both an inhibitor and a substrate of cytochrome P4502D6 in healthy volunteers. Clin Pharmacol Ther. 2003 Mar; 73: 170-7

53100    Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Urinary incontinence after vaginal delivery or cesarean section. N Engl J Med. 2003 Mar 6; 348: 900-7

53110    Bai, S. W., Kang, S. H., Kim, S. K., Kim, J. Y., Park, K. H. The effect of pelvic organ prolapse on lower urinary tract function. Yonsei Med J. 2003 Feb; 44: 94-8

53120    Bombieri, L., Freeman, R. M. Do bladder neck position and amount of elevation influence the outcome of colposuspension?. BJOG. 2003 Feb; 110: 197-200

53130    Lin, S. Y., Dougherty, M. C. Incontinence impact, symptom distress and treatment-seeking behavior in women with involuntary urine loss in Southern Taiwan. Int J Nurs Stud. 2003 Mar; 40: 227-34

53140    Molmenti, E. P., Pinto, P. A., Montgomery, R. A., Su, L. M., Kraus, E., Cooper, M., Sonnenday, C. J., Klein, A. S., Kavoussi, L. R., Ratner, L. E. Concomitant surgery with laparoscopic live donor nephrectomy. Am J Transplant. 2003 Feb; 3: 219-23

53150    Wall, L. L. The treatment of urinary incontinence in 1814. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 67-9

53160    Lee, J. Y., Cannon, T. W., Pruchnic, R., Fraser, M. O., Huard, J., Chancellor, M. B. The effects of periurethral muscle-derived stem cell injection on leak point pressure in a rat model of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 31-7; discussion 37

53170    Yip, S. K., Chung, T. K. Treatment-seeking behavior in Hong Kong Chinese women with urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 27-30; discussion 30

53180    Arunkalaivanan, A. S., Barrington, J. W. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 17-23; discussion 21-2

53190    Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Prevention of genital prolapse following Burch colposuspension: comparison between two surgical procedures. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 13-6; discussion 16

53200    Adekanmi, O. A., Freeman, R. M., Reed, H., Bombieri, L. Improving the diagnosis of genuine stress incontinence in symptomatic women with negative cough stress test: the Distal Urethral Electrical Conductance test (DUEC) revisited. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 9-12; discussion 12

53210    Rafii, A., Darai, E., Haab, F., Samain, E., Levardon, M., Deval, B. Body mass index and outcome of tension-free vaginal tape. Eur Urol. 2003 Mar; 43: 288-92

53220    van Kerrebroeck, P., ter Meulen, F., Farrelly, E., Larsson, G., Edwall, L., Fianu-Jonasson, A. Treatment of stress urinary incontinence: recent developments in the role of urethral injection. Urol Res. 2003 Feb; 30: 356-62

53230    Hamid, R., Khastgir, J., Arya, M., Patel, H. R., Shah, P. J. Experience of tension-free vaginal tape for the treatment of stress incontinence in females with neuropathic bladders. Spinal Cord. 2003 Feb; 41: 118-21

53240    Pit, M. J., De Ruiter, M. C., Lycklama, A., Nijeholt AA, Marani, E., Zwartendijk, J. Anatomy of the arcus tendineus fasciae pelvis in females. Clin Anat. 2003 Mar; 16: 131-7

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**53250**   Peeker, I., Peeker, R. Early diagnosis and treatment of genuine stress urinary incontinence in women after pregnancy: midwifery as detectives. J Midwifery Womens Health. 2003 Jan-Feb; 48: 60-6

**53260**   Chen, G. D., Lin, T. L., Hu, S. W., Chen, Y. C., Lin, L. Y. Prevalence and correlation of urinary incontinence and overactive bladder in Taiwanese women. Neurourol Urodyn. 2003; 22: 109-17

**53270**   Digesu, G. A., Khullar, V., Cardozo, L., Salvatore, S. Overactive bladder symptoms: do we need urodynamics?. Neurourol Urodyn. 2003; 22: 105-8

**53280**   Dmochowski, R. R., Avon, M., Ross, J., Cooper, J. M., Kaplan, R., Love, B., Kohli, N., Albala, D., Shingleton, B. Transvaginal radio frequency treatment of the endopelvic fascia: a prospective evaluation for the treatment of genuine stress urinary incontinence. J Urol. 2003 Mar; 169: 1028-32

**53290**   Scarpero, H. M., Dmochowski, R. R., Nitti, V. W. Repeat urethrolysis after failed urethrolysis for iatrogenic obstruction. J Urol. 2003 Mar; 169: 1013-6

**53300**   Fleischmann, N., Flisser, A. J., Blaivas, J. G., Panagopoulos, G. Sphincteric urinary incontinence: relationship of vesical leak point pressure, urethral mobility and severity of incontinence. J Urol. 2003 Mar; 169: 999-1002

**53310**   Ord, T., Hilton, P. Anaesthesia for tension-free vaginal tape. Eur Urol. 2003 Feb; 43: 205-7; author reply 207

**53320**   Hendrix, S. L. Urinary incontinence and menopause: an evidence-based treatment approach. Dis Mon. 2002 Oct; 48: 622-36

**53330**   Tamilselvi, A., Duckett, J. R. Surgical correction of genuine stress incontinence in an achondroplastic woman. J Obstet Gynaecol. 2002 Nov; 22: 704

**53340**   Kunde, D., Varma, R. Feasibility of performing TVT operation for stress urinary incontinence under general anaesthesia. J Obstet Gynaecol. 2002 Nov; 22: 663-5

**53350**   Martinez, A. M., Ramos, N. M., Requena, J. F., Hernandez, J. A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 179-83

**53360**   Cheon, W. C., Mak, J. H., Liu, J. Y. Prospective randomised controlled trial comparing laparoscopic and open colposuspension. Hong Kong Med J. 2003 Feb; 9: 10-4

**53370**   Volkmer, B. G., Nesslauer, T., Rinnab, L., Schradin, T., Hautmann, R. E., Gottfried, H. W. Surgical intervention for complications of tension-free vaginal tape procedure. J Urol. 2003 Feb; 169: 570-4

**53380**   Lapitan, M. C., Cody, D. J., Grant, A. M. Open retropubic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD002912

**53390**   Sugaya, K., Nishijima, S., Oda, M., Owan, T., Ashitomi, K., Miyazato, M., Morozumi, M., Hatano, T., Ogawa, Y. Transabdominal vesical sonography of urethral syndrome and stress incontinence. Int J Urol. 2003 Jan; 10: 36-42

**53400**   Lang, J. H., Zhu, L., Sun, Z. J., Chen, J. Estrogen levels and estrogen receptors in patients with stress urinary incontinence and pelvic organ prolapse. Int J Gynaecol Obstet. 2003 Jan; 80: 35-9

**53410**   Runowicz, C. D. Hysterectomy options. Total and subtotal surgical procedures prove comparable. Health News. 2002 Dec; 8: 4

**53420**   Oremus, M., Collet, J. P., Corcos, J., Shapiro, S. H. A survey of physician efficacy requirements to plan clinical trials. Pharmacoepidemiol Drug Saf. 2002 Dec; 11: 677-85

**53430**   Navaneetham, N., Doshani, A. The tension free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2003 Jan; 110: 89-90

**53440**   Hilton, P., Mohammed, K. A., Ward, K. Postural perineal pain associated with perforation of the lower urinary tract due to insertion of a tension-free vaginal tape. BJOG. 2003 Jan; 110: 79-82

**53450**   Dietz, H. P., Clarke, B., Vancaillie, T. G. Vaginal childbirth and bladder neck mobility. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 522-5

**53460**   Demirci, F., Yildirim, U., Demirci, E., Ayas, S., Arioglu, P., Kuyumcuoglu, U. Ten-year results of Marshall Marchetti Krantz and anterior colporraphy procedures. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 513-4

**American Urological Association, Inc.**

SUI Guidelines Panel

**53470** Mostwin, J. L. Pathophysiology: the varieties of bladder overactivity. Urology. 2002 Nov; 60: 22-6; discussion 27

**53480** Ruff, C. C., van Rijswijk, L., Okoli, A. The impact of urinary incontinence in African American women. Ostomy Wound Manage. 2002 Dec; 48: 52-8

**53490** Finkelstein, M. M., Skelly, J., Kaczorowski, J., Swanson, G. Incontinence Quality of Life Instrument in a survey of primary care physicians. J Fam Pract. 2002 Nov; 51: 952

**53500** Adeyoju, A. A., Lupton, E. W. Thimble-assisted Burch colposuspension. Ann R Coll Surg Engl. 2002 Nov; 84: 433

**53510** Tosaka, A., Murota-Kawano, A., Ando, M. Video urodynamics using transrectal ultrasonography for lower urinary tract symptoms in women. Neurourol Urodyn. 2003; 22: 33-9

**53520** Lin, H. H., Torng, P. L., Sheu, B. C., Shau, W. Y., Huang, S. C. Urodynamically age-specific prevalence of urinary incontinence in women with urinary symptoms. Neurourol Urodyn. 2003; 22: 29-32

**53530** Resplande, J., Gholami, S., Bruschini, H., Srougi, M. Urodynamic changes induced by the intravaginal electrode during pelvic floor electrical stimulation. Neurourol Urodyn. 2003; 22: 24-8

**53540** Madjar, S., Balzarro, M., Appell, R. A., Tchetgen, M. B., Nelson, D. Baseline abdominal pressure and valsalva leak point pressures-correlation with clinical and urodynamic data. Neurourol Urodyn. 2003; 22: 2-6

**53550** Blaivas, J. G. The Emperor's new clothes. Neurourol Urodyn. 2003; 22: 1

**53560** Aukee, P., Immonen, P., Penttinen, J., Laippala, P., Airaksinen, O. Increase in pelvic floor muscle activity after 12 weeks' training: a randomized prospective pilot study. Urology. 2002 Dec; 60: 1020-3; discussion 1023-4

**53570** Grdal, M., Tekin, A., Erdoan, K., Sengr, F. Endoscopic silicone injection for female stress urinary incontinence due to intrinsic sphincter deficiency: impact of coexisting urethral mobility on treatment outcome. Urology. 2002 Dec; 60: 1016-9

**53580** Viktrup, L. Female stress and urge incontinence in family practice: insight into the lower urinary tract. Int J Clin Pract. 2002 Nov; 56: 694-700

**53590** Hilton, P., Ward, K. L. Pleasing some of the people none of the time. BMJ. 2002 Dec 7; 325: 1361

**53600** Sampselle, C. M., Harlow, S. D., Skurnick, J., Brubaker, L., Bondarenko, I. Urinary incontinence predictors and life impact in ethnically diverse perimenopausal women. Obstet Gynecol. 2002 Dec; 100: 1230-8

**53610** Villet, R., Ercoli, A., Atallah, D., Hoffmann, P., Salet-Lizee, D. Second tension-free vaginal tape procedure and mesh retensioning: two possibilities of treatment of recurrent-persistent genuine stress urinary incontinence after a primary tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 377-9

**53620** Meyer, S., Achtari, C., Hohlfeld, P., De Grandi, P., Buchser, E. Effects of epidural analgesia on pelvic floor function after spontaneous delivery: a longitudinal retrospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 359-64; discussion 364-5

**53630** Wang, K. H., Wang, K. H., Neimark, M., Davila, G. W. Voiding dysfunction following TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 353-7; discussion 358

**53640** Swart, A. M., Hagerty, J., Corstiaans, A., Rane, A. Management of the very weak pelvic floor. Is there a point?. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 346-8; discussion 348

**53650** Scott, L., Leddy, M., Bernay, F., Davot, J. L. Evaluation of phenylpropanolamine in the treatment of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2002 Nov; 43: 493-6

**53660** Neuman, M. Infected hematoma following tension-free vaginal tape implantation. J Urol. 2002 Dec; 168: 2549

**53670** Fritel, X., Zabak, K., Pigne, A., Demaria, F., Benifla, J. L. Predictive value of urethral mobility before suburethral tape procedure for urinary stress incontinence in women. J Urol. 2002 Dec; 168: 2472-5

**53680** Miller, J. M. Criteria for therapeutic use of pelvic floor muscle training in women. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 301-11

**53690** Rardin, C. R., Rosenblatt, P. L., Kohli, N., Miklos, J. R., Heit, M., Lucente, V. R. Release of tension-free vaginal tape for the treatment of refractory postoperative voiding dysfunction. Obstet Gynecol. 2002 Nov; 100: 898-902

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**53700** Rardin, C. R., Kohli, N., Rosenblatt, P. L., Miklos, J. R., Moore, R., Strohsnitter, W. C. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2002 Nov; 100: 893-7

**53710** Persson, J., Teleman, P., Eten-Bergquist, C., Wolner-Hanssen, P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2002 Nov; 81: 1066-73

**53720** Huang, W. C., Yang, J. M. Sonographic appearance of a bladder calculus secondary to a suture from a bladder neck suspension. J Ultrasound Med. 2002 Nov; 21: 1303-5

**53730** Yang, J. M., Huang, W. C. Discrimination of bladder disorders in female lower urinary tract symptoms on ultrasonographic cystourethrography. J Ultrasound Med. 2002 Nov; 21: 1249-55

**53740** Dietz, H. P. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedure. BJU Int. 2002 Nov; 90: 764; author reply 764

**53750** Erata, Y. E., Kilic, B., Guclu, S., Saygili, U., Uslu, T. Risk factors for pelvic surgery. Arch Gynecol Obstet. 2002 Nov; 267: 14-8

**53770** Boublil, V., Ciofu, C., Traxer, O., Sebe, P., Haab, F. Complications of urethral sling procedures. Curr Opin Obstet Gynecol. 2002 Oct; 14: 515-20

**53850** Lee, C. L., Yen, C. F., Wang, C. J., Yuen, L. T., Lee, P. S., Soong, Y. K. Trocar-assisted sling suspension for stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 500-2

**53860** Ross, J. W., Galen, D. I., Abbott, K., Albala, D., Presthus, J., Su-Ou, C., Turk, T. A prospective multisite study of radiofrequency bipolar energy for treatment of genuine stress incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 493-9

**53870** Paraiso, M. F., Muir, T. W., Sokol, A. I. Are midurethral slings the gold standard surgical treatment for primary genuine stress incontinence?. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 405-7

**53880** Franco, N., Shobeiri, S. A., Echols, K. T. Medium-term follow-up of transvaginal suburethral slings: variance in outcome success using two different evaluation methods. Urology. 2002 Oct; 60: 607-10; discussion 610-1

**53900** Jundt, K., Peschers, U. M., Dimpfl, T. Long-term efficacy of pelvic floor re-education with EMG-controlled biofeedback. Eur J Obstet Gynecol Reprod Biol. 2002 Nov 15; 105: 181-5

**53920** Staskin, D. R., Plzak, L. Synthetic slings: pros and cons. Curr Urol Rep. 2002 Oct; 3: 414-7

**53930** Zimmern, P. E. A new injectable bulking agent for treatment of stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 400

**53940** Zimmern, P. E. Autologous fat injection as treatment for female stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 399

**53950** Dmochowski, R. R. Radiofrequency bladder neck suspension for the treatment of genuine stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 378-81

**53990** Perk, H., Oral, B., Yesildag, A., Serel, T. A., Ozsoy, M., Turgut, T. Magnetic resonance imaging for stress incontinence: evaluation of patients before and after surgical correction. Eur J Radiol. 2002 Oct; 44: 44-7

**54000** Debodinance, P., Delporte, P., Engrand, J. B., Boulogne, M. Tension-free vaginal tape (TVT) in the treatment of urinary stress incontinence: 3 years experience involving 256 operations. Eur J Obstet Gynecol Reprod Biol. 2002 Oct 10; 105: 49-58

**54040** French, C. T., Fletcher, K. E., Irwin, R. S. Gender differences in health-related quality of life in patients complaining of chronic cough. Chest. 2004 Feb; 125: 482-8

**54050** Reed, H., Freeman, R. M., Waterfield, A., Adekanmi, O. Prevalence of bladder neck mobility in asymptomatic non-pregnant nulliparous volunteers. BJOG. 2004 Feb; 111: 172-5

**54060** Moretti, R., Torre, P., Antonello, R. M., Cazzato, G., Griggio, S., Bava, A. Olanzapine as a treatment of neuropsychiatric disorders of Alzheimer's disease and other dementias: a 24-month follow-up of 68 patients. Am J Alzheimers Dis Other Demen. 2003 Jul-Aug; 18: 205-14

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

54070    Chen, G. D., Chen, Y., Lee, H. S., Lin, L. Y. The effect of anterior vaginal wall prolapse on urethral pressure profile. J Soc Gynecol Investig. 2003 Jul; 10: 309-13

54080    DeLancey, J. O., Kearney, R., Chou, Q., Speights, S., Binno, S. The appearance of levator ani muscle abnormalities in magnetic resonance images after vaginal delivery. Obstet Gynecol. 2003 Jan; 101: 46-53

54090    Shaji, K. S., Smitha, K., Lal, K. P., Prince, M. J. Caregivers of people with Alzheimer's disease: a qualitative study from the Indian 10/66 Dementia Research Network. Int J Geriatr Psychiatry. 2003 Jan; 18: 1-6

54100    Clarke-O'Neill, S., Pettersson, L., Fader, M., Cottenden, A., Brooks, R. A multicenter comparative evaluation: disposable pads for women with light incontinence. J Wound Ostomy Continence Nurs. 2004 Jan-Feb; 31: 32-42

54110    Bale, S., Tebble, N., Jones, V., Price, P. The benefits of implementing a new skin care protocol in nursing homes. J Tissue Viability. 2004 Apr; 14: 44-50

54120    Reid, I. R., Eastell, R., Fogelman, I., Adachi, J. D., Rosen, A., Netelenbos, C., Watts, N. B., Seeman, E., Ciaccia, A. V., Draper, M. W. A comparison of the effects of raloxifene and conjugated equine estrogen on bone and lipids in healthy postmenopausal women. Arch Intern Med. 2004 Apr 26; 164: 871-9

54130    Yucel, S., Baskin, L. S. An anatomical description of the male and female urethral sphincter complex. J Urol. 2004 May; 171: 1890-7

54140    Macaulay, M., Clarke-ONeill, S., Fader, M., Pettersson, L., Cottenden, A. Are washable absorbents effective at containing urinary incontinence?. Nurs Times. 2004 Mar 23-29; 100: 58-62

54150    Martignoni, E., Nappi, R. E., Citterio, A., Calandrella, D., Zangaglia, R., Mancini, F., Corengia, E., Riboldazzi, G., Polatti, F., Nappi, G. Reproductive life milestones in women with Parkinson's disease. Funct Neurol. 2003 Oct-Dec; 18: 211-7

54160    Sartore, A., De Seta, F., Maso, G., Pregazzi, R., Grimaldi, E., Guaschino, S. The effects of mediolateral episiotomy on pelvic floor function after vaginal delivery. Obstet Gynecol. 2004 Apr; 103: 669-73

54170    Carrion, R., Arap, S., Corcione, G., Ferreyra, U., Neyra Argote, G., Cantor, A., Seigne, J., Lockhart, J. A multi-institutional study of orthotopic neobladders: functional results in men and women. BJU Int. 2004 Apr; 93: 803-6

54180    McGrother, C. W., Donaldson, M. M., Shaw, C., Matthews, R. J., Hayward, T. A., Dallosso, H. M., Jagger, C., Clarke, M., Castleden, C. M. Storage symptoms of the bladder: prevalence, incidence and need for services in the UK. BJU Int. 2004 Apr; 93: 763-9

54190    Sutherland, S. E., Goldman, H. B. Treatment options for female urinary incontinence. Med Clin North Am. 2004 Mar; 88: 345-66

54200    Costanzo, E. S., Antes, L. M., Christensen, A. J. Behavioral and medical treatment of chronic polydipsia in a patient with schizophrenia and diabetes insipidus. Psychosom Med. 2004 Mar-Apr; 66: 283-6

54210    van der Weide, M., Smits, J. Adoption of innovations by specialised nurses: personal, work and organisational characteristics. Health Policy. 2004 Apr; 68: 81-92

54220    Oglesby, P. A., Carter, A. Ultrasonographic diagnosis of unilateral ectopic ureter in a Labrador dog. J S Afr Vet Assoc. 2003 Sep; 74: 84-6

54230    Adin, C. A., Farese, J. P., Cross, A. R., Provitola, M. K., Davidson, J. S., Jankunas, H. Urodynamic effects of a percutaneously controlled static hydraulic urethral sphincter in canine cadavers. Am J Vet Res. 2004 Mar; 65: 283-8

54240    Rollins, G. Hormone alternative doesn't worsen vasomotor symptoms or impact urinary incontinence in post-menopausal women. Rep Med Guidel Outcomes Res. 2004 Mar 5; 15: 7-9

54250    Moore, C., Kogan, B. A., Parekh, A. Impact of urinary incontinence on self-concept in children with spina bifida. J Urol. 2004 Apr; 171: 1659-62

54260    Almeida, F. G., Bruschini, H., Srougi, M. Urodynamic and clinical evaluation of 91 female patients with urinary incontinence treated with perineal magnetic stimulation: 1-year followup. J Urol. 2004 Apr; 171: 1571-4; discussion 1574-5

54270    Goode, P. S. Behavioral and drug therapy for urinary incontinence. Urology. 2004 Mar; 63: 58-64

---

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-10 Filed 09/13/19 Page 792 of 800 PageID #: 203251

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

---

**54280** Diokno, A. C., Burgio, K., Fultz, N. H., Kinchen, K. S., Obenchain, R., Bump, R. C. Medical and self-care practices reported by women with urinary incontinence. Am J Manag Care. 2004 Feb; 10: 69-78

**54290** Hackley, B., Rousseau, M. E. CEU:Managing menopausal symptoms after the women's health initiative. J Midwifery Womens Health. 2004 Mar-Apr; 49: 87-95

**54300** Kassardjian, Z. G. Sling procedures for urinary incontinence in women. BJU Int. 2004 Mar; 93: 665-70

**54310** Browning, A. Prevention of residual urinary incontinence following successful repair of obstetric vesico-vaginal fistula using a fibro-muscular sling. BJOG. 2004 Apr; 111: 357-61

**54320** el-Lateef Moharram, A. A., el-Raouf, M. A. Retropubic repair of genitourinary fistula using a free supporting graft. BJU Int. 2004 Mar; 93: 581-3

**54330** Uustal Fornell, E., Wingren, G., Kjolhede, P. Factors associated with pelvic floor dysfunction with emphasis on urinary and fecal incontinence and genital prolapse: an epidemiological study. Acta Obstet Gynecol Scand. 2004 Apr; 83: 383-9

**54340** Weigel, R., Senn, P., Weis, J., Krauss, J. K. Severe complications after intrathecal methotrexate (MTX) for treatment of primary central nervous system lymphoma (PCNSL). Clin Neurol Neurosurg. 2004 Mar; 106: 82-7

**54350** Overactive bladder. Relief for urgency, frequency and incontinence. Mayo Clin Womens Healthsource. 2004 Mar; 8: 1-2

**54360** Hulthen de Medina, V., Mellstam, L., Amark, P., Frenckner, B. Neurovesical dysfunction in children after surgery for high or intermediate anorectal malformations. Acta Paediatr. 2004 Jan; 93: 43-6

**54370** Parwani, A. V., Rosenthal, D. L., Epstein, J. I., Ali, S. Z. Pathologic quiz case: a 3-year-old girl with dysuria and urinary incontinence. Primary embryonal rhabdomyosarcoma of the urinary bladder. Arch Pathol Lab Med. 2004 Mar; 128: 357-8

**54380** Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: clinical applications. JAMA. 2004 Feb 25; 291: 996-9

**54390** Ecker, J. L. Once a pregnancy, always a cesarean? Rationale and feasibility of a randomized controlled trial. Am J Obstet Gynecol. 2004 Feb; 190: 314-8

**54400** Weber, A. M. The perspective of a gynecologist on treatment-related research for fecal incontinence in women. Gastroenterology. 2004 Jan; 126: S169-71

**54410** Tang, W. K., Chan, S. S., Chiu, H. F., Ungvari, G. S., Wong, K. S., Kwok, T. C., Mok, V., Wong, K. T., Richards, P. S., Ahuja, A. T. Frequency and determinants of poststroke dementia in Chinese. Stroke. 2004 Apr; 35: 930-5

**54420** Larijani, B., Bastanhagh, M. H., Pajouhi, M., Kargar Shadab, F., Vasigh, A., Aghakhani, S. Presentation and outcome of 93 cases of craniopharyngioma. Eur J Cancer Care (Engl). 2004 Mar; 13: 11-5

**54430** Laustsen, G., Wimett, L. Drug approval highlights for 2003. Nurse Pract. 2004 Feb; 29: 8-15, 19-21; quiz 21-3

**54440** Forbat, L. Listening to carers talking about the subjects of continence and toileting. Nurs Times. 2004 Jan 13-19; 100: 46-9

**54450** Halachmi, S., Farhat, W., Metcalfe, P., Bagli, D. J., McLorie, G. A., Khoury, A. E. Efficacy of polydimethylsiloxane injection to the bladder neck and leaking diverting stoma for urinary continence. J Urol. 2004 Mar; 171: 1287-90

**54460** Latini, J. M., Brown, J. A., Kreder, K. J. Abdominal sacral colpopexy using autologous fascia lata. J Urol. 2004 Mar; 171: 1176-9

**54470** Diokno, A. C., Sampselle, C. M., Herzog, A. R., Raghunathan, T. E., Hines, S., Messer, K. L., Karl, C., Leite, M. C. Prevention of urinary incontinence by behavioral modification program: a randomized, controlled trial among older women in the community. J Urol. 2004 Mar; 171: 1165-71

**54480** Spain, C. V., Scarlett, J. M., Houpt, K. A. Long-term risks and benefits of early-age gonadectomy in dogs. J Am Vet Med Assoc. 2004 Feb 1; 224: 380-7

**54490** Nesrallah, L. J., Srougi, M., Dall'Oglio, M. F. Orthotopic ileal neobladder: the influence of reservoir volume and configuration on urinary continence and emptying properties. BJU Int. 2004 Feb; 93: 375-8

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327  Document 3080-16  Filed 09/13/16  Page 713 of 800  PageID #: 203252

**54500**    Yeung, C. K., Sihoe, J. D., Sit, F. K., Bower, W., Sreedhar, B., Lau, J. Characteristics of primary nocturnal enuresis in adults: an epidemiological study. BJU Int. 2004 Feb; 93: 341-5

**54510**    Thomas, P., Ingrand, P., Lalloue, F., Hazif-Thomas, C., Billon, R., Vieban, F., Clement, J. P. Reasons of informal caregivers for institutionalizing dementia patients previously living at home: the Pixel study. Int J Geriatr Psychiatry. 2004 Feb; 19: 127-35

**54520**    De Deyn, P. P., Carrasco, M. M., Deberdt, W., Jeandel, C., Hay, D. P., Feldman, P. D., Young, C. A., Lehman, D. L., Breier, A. Olanzapine versus placebo in the treatment of psychosis with or without associated behavioral disturbances in patients with Alzheimer's disease. Int J Geriatr Psychiatry. 2004 Feb; 19: 115-26

**54530**    Soon, P. S., Lynch, W., Schwartz, P. Breast cancer presenting initially with urinary incontinence: a case of bladder metastasis from breast cancer. Breast. 2004 Feb; 13: 69-71

**54540**    Konagaya, M., Matsumoto, A., Takase, S., Mizutani, T., Sobue, G., Konishi, T., Hayabara, T., Iwashita, H., Ujihira, T., Miyata, K., Matsuoka, Y. Clinical analysis of longstanding subacute myelo-optico-neuropathy: sequelae of clioquinol at 32 years after its ban. J Neurol Sci. 2004 Mar 15; 218: 85-90

**54550**    Sakakibara, R., Uchiyama, T., Arai, K., Yamanishi, T., Hattori, T. Lower urinary tract dysfunction in Machado-Joseph disease: a study of 11 clinical-urodynamic observations. J Neurol Sci. 2004 Mar 15; 218: 67-72

**54560**    Heit, M., Blackwell, L., Thomas, S., Ouseph, R. Prevalence and severity of urinary incontinence in kidney transplant recipients. Obstet Gynecol. 2004 Feb; 103: 352-8

**54570**    Grodstein, F., Lifford, K., Resnick, N. M., Curhan, G. C. Postmenopausal hormone therapy and risk of developing urinary incontinence. Obstet Gynecol. 2004 Feb; 103: 254-60

**54580**    Kudoh, K., Kadota, M., Nakayama, Y., Imuta, M., Yasuda, T., Yamashita, Y., Inadome, A., Yoshida, M., Ueda, S. Transcatheter arterial embolization therapy for a hypoplastic pelvic kidney with a single vaginal ectopic ureter to control incontinence: the usefulness of three-dimensional CT angiography using multidetector-row helical CT. Cardiovasc Intervent Radiol. 2003 Sep-Oct; 26: 479-81

**54590**    McCrink, A. Evaluating the female pelvic floor. AWHONN Lifelines. 2003 Dec-2004 Jan; 7: 516-22

**54600**    Kersun, L. S., Wimmer, R. S., Hoot, A. C., Meadows, A. T. Secondary malignant neoplasms of the bladder after cyclophosphamide treatment for childhood acute lymphocytic leukemia. Pediatr Blood Cancer. 2004 Mar; 42: 289-91

**54610**    Meier, U., Kiefer, M., Sprung, C. Evaluation of the Miethke dual- switch valve in patients with normal pressure hydrocephalus. Surg Neurol. 2004 Feb; 61: 119-27; discussion 127-8

**54620**    Walker, L. J., Evison, J. G., Garrett, C. Recurrent pancreatitis: not just alcohol, gallstones and scorpion venom. J R Soc Med. 2004 Feb; 97: 82-3

**54630**    Eguare, E. I., Neary, P., Crosbie, J., Johnston, S. M., Beddy, P., McGovern, B., Torreggiani, W. C., Conlon, K. C., Keane, F. B. Dynamic magnetic resonance imaging of the pelvic floor in patients with idiopathic combined fecal and urinary incontinence. J Gastrointest Surg. 2004 Jan; 8: 73-82; discussion 82

**54640**    Tomizawa, K., Tanaka, S., Saito, B., Ota, K. A peculiar type of dystrophic calcinosis cutis affecting the surface of damaged genital skin and mucosa in an elderly woman with a vesicovaginal fistula. Br J Dermatol. 2004 Jan; 150: 169-71

**54650**    Altman, A. U. Lessening the burden. Rehab Manag. 2003 Dec; 16: 16-20

**54660**    Sakakibara, R., Uchiyama, T., Asahina, M., Suzuki, A., Yamanishi, T., Hattori, T. Micturition disturbance in acute idiopathic autonomic neuropathy. J Neurol Neurosurg Psychiatry. 2004 Feb; 75: 287-91

**54670**    Theofrastous, J. P., Whiteside, J., Paraiso, M. F. The utility of urodynamic testing. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 548-52

**54680**    Phelps, J. Y., Lin, L., Liu, C. Y. Laparoscopic suburethral sling procedure. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 496-500

**54690**    Hirata, H., Matsuyama, H., Yamakawa, G., Suga, A., Tatsumura, M., Ogata, H., Takemoto, M., Tomimatsu, K., Naito, K. Does surgical repair of pelvic prolapse improve patients' quality of life?. Eur Urol. 2004 Feb; 45: 213-8

---

54700  Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M., Matthews, R., Tincello, D. G., Mayne, C. J. Objective assessment of urinary incontinence in women: comparison of the one-hour and 24-hour pad tests. Eur Urol. 2004 Feb; 45: 208-12

54710  Midthun, S., Paur, R., Bruce, A. W. Pyuria detection using a dipstick applied to urine in incontinence pads. Urol Nurs. 2003 Dec; 23: 430-5, 437

54720  Yang, J. C., Chang, K. C. Exercise-induced acute spinal subdural hematoma: a case report. Kaohsiung J Med Sci. 2003 Dec; 19: 624-7

54730  Koch, T. R. Anal sphincter injury following forceps delivery. Am J Gastroenterol. 2003 Dec; 98: 2798-9

54740  Dubosq, F., Doublet, J. D., Traxer, O., Haab, F., Amarenco, G. Incontinence from ectopic ureter: retroperitoneal laparoscopic urovascular exclusion of upper pole. J Urol. 2004 Feb; 171: 800-1

54750  Landis, J. R., Kaplan, S., Swift, S., Versi, E. Efficacy of antimuscarinic therapy for overactive bladder with varying degrees of incontinence severity. J Urol. 2004 Feb; 171: 752-6

54760  Identifying and treating reversible causes of urinary incontinence. Ostomy Wound Manage. 2003 Dec; 49: 28-33

54770  Berman, M. L., Truong, T. H., DiSaia, P. J., Chan, J. K. Modified technique for suprapubic catheter insertion that avoids urinary leakage. Am J Obstet Gynecol. 2003 Dec; 189: 1670-1

54780  Wai, C. Y., Liehr, P., Tibbals, H. F., Sager, M., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on function of the female urethra. Am J Obstet Gynecol. 2003 Dec; 189: 1637-45

54790  Toglia, M. R., Nolan, T. E. Morbidity and mortality rates of elective gynecologic surgery in the elderly woman. Am J Obstet Gynecol. 2003 Dec; 189: 1584-7; discussion 1587-9

54800  Fenner, D. E., Genberg, B., Brahma, P., Marek, L., DeLancey, J. O. Fecal and urinary incontinence after vaginal delivery with anal sphincter disruption in an obstetrics unit in the United States. Am J Obstet Gynecol. 2003 Dec; 189: 1543-9; discussion 1549-50

54810  Watson, N. M., Brink, C. A., Zimmer, J. G., Mayer, R. D. Use of the Agency for Health Care Policy and Research Urinary Incontinence Guideline in nursing homes. J Am Geriatr Soc. 2003 Dec; 51: 1779-86

54820  Schnelle, J. F., Cadogan, M. P., Grbic, D., Bates-Jensen, B. M., Osterweil, D., Yoshii, J., Simmons, S. F. A standardized quality assessment system to evaluate incontinence care in the nursing home. J Am Geriatr Soc. 2003 Dec; 51: 1754-61

54830  Raghavan, P., Raza, W. A., Ahmed, Y. S., Chamberlain, M. A. Prevalence of pressure sores in a community sample of spinal injury patients. Clin Rehabil. 2003 Dec; 17: 879-84

54840  Godbole, P., Mackinnon, A. E. Expanded PTFE bladder neck slings for incontinence in children: the long-term outcome. BJU Int. 2004 Jan; 93: 139-41

54850  Robinson, D., Cardozo, L. The effect of continence surgery on urogenital prolapse. BJU Int. 2004 Jan; 93: 25-30

54860  Skinner, M. H., Kuan, H. Y., Skerjanec, A., Seger, M. E., Heathman, M., O'Brien, L., Reddy, S., Knadler, M. P. Effect of age on the pharmacokinetics of duloxetine in women. Br J Clin Pharmacol. 2004; 57: 54-61

54870  Peters, T. J., Horrocks, S., Stoddart, H., Somerset, M. Factors associated with variations in older people's use of community-based continence services. Health Soc Care Community. 2004 Jan; 12: 53-62

54880  Romero, A. A., Hardart, A., Kobak, W., Qualls, C., Rogers, R. Validation of a Spanish version of the Pelvic Organ Prolapse Incontinence Sexual Questionnaire. Obstet Gynecol. 2003 Nov; 102: 1000-5

54890  Balmforth, J., Cardozo, L. Assessment of urinary incontinence. J Br Menopause Soc. 2003 Sep; 9: 111-6

54900  Kajiwara, M., Inoue, K., Usui, A., Kurihara, M., Usui, T. The micturition habits and prevalence of daytime urinary incontinence in Japanese primary school children. J Urol. 2004 Jan; 171: 403-7

54910  Gimbel, H., Zobbe, V., Andersen, B. M., Filtenborg, T., Gluud, C., Tabor, A. Randomised controlled trial of total compared with subtotal hysterectomy with one-year follow up results. BJOG. 2003 Dec; 110: 1088-98

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 54920 | Takeda, M., Araki, I., Kamiyama, M., Takihana, Y., Komuro, M., Furuya, Y. Diagnosis and treatment of voiding symptoms. Urology. 2003 Nov; 62: 11-9 |
| 54930 | Burgio, K. L., Zyczynski, H., Locher, J. L., Richter, H. E., Redden, D. T., Wright, K. C. Urinary incontinence in the 12-month postpartum period. Obstet Gynecol. 2003 Dec; 102: 1291-8 |
| 54940 | Tsao, J. W., Heilman, K. M. Transient memory impairment and hallucinations associated with tolterodine use. N Engl J Med. 2003 Dec 4; 349: 2274-5 |
| 54950 | Baumgarten, M., Margolis, D., Gruber-Baldini, A. L., Zimmerman, S., German, P., Hebel, J. R., Magaziner, J. Pressure ulcers and the transition to long-term care. Adv Skin Wound Care. 2003 Nov; 16: 299-304 |
| 54960 | Davis, K., Kumar, D., Stanton, S. L., Thakar, R., Fynes, M., Bland, J. Symptoms and anal sphincter morphology following primary repair of third-degree tears. Br J Surg. 2003 Dec; 90: 1573-9 |
| 54970 | Clark, A. L., Gregory, T., Smith, V. J., Edwards, R. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1261-7 |
| 54980 | Frimberger, D., Gearhart, J. P., Mathews, R. Female exstrophy: failure of initial reconstruction and its implications for continence. J Urol. 2003 Dec; 170: 2428-31 |
| 54990 | Stothers, L., Laher, I., Christ, G. T. A review of the L-arginine - nitric oxide - guanylate cyclase pathway as a mediator of lower urinary tract physiology and symptoms. Can J Urol. 2003 Oct; 10: 1971-80 |
| 55000 | Mouriquand, P. D., Bubanj, T., Feyaerts, A., Jandric, M., Timsit, M., Mollard, P., Mure, P. Y., Basset, T. Long-term results of bladder neck reconstruction for incontinence in children with classical bladder exstrophy or incontinent epispadias. BJU Int. 2003 Dec; 92: 997-1001; discussion 1002 |
| 55010 | Pollono, D., Tomarchia, S., Drut, R., Ibanez, O., Ferreyra, M., Cedola, J. Spinal cord compression: a review of 70 pediatric patients. Pediatr Hematol Oncol. 2003 Sep; 20: 457-66 |
| 55020 | Mawajdeh, S. M., Al-Qutob, R., Schmidt, A. Measuring reproductive morbidity: a community-based approach, Jordan. Health Care Women Int. 2003 Aug; 24: 635-49 |
| 55030 | Sampselle, C. M. Teaching women to use a voiding diary. Am J Nurs. 2003 Nov; 103: 62-4 |
| 55040 | Hilton, E. L., Henderson, L. J. Lived female experience of chronic bladder cancer: a phenomenologic case study. Urol Nurs. 2003 Oct; 23: 349-54 |
| 55050 | Hendrix, S. L. Long-term use of hormone therapy for urogenital complaints: is there a role?. Med Clin North Am. 2003 Sep; 87: 1029-37 |
| 55060 | Julia, J., Yacoub, M., Levy, G. Labial fusion causing urinary incontinence in a postmenopausal female: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 360-1 |
| 55070 | Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Reasons why women with long-term urinary incontinence do not seek professional help: a cross-sectional population-based cohort study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 296-304; discussion 304 |
| 55080 | Homma, Y., Paick, J. S., Lee, J. G., Kawabe, K. Clinical efficacy and tolerability of extended-release tolterodine and immediate-release oxybutynin in Japanese and Korean patients with an overactive bladder: a randomized, placebo-controlled trial. BJU Int. 2003 Nov; 92: 741-7 |
| 55090 | Hatada, Y. Two-step surgical approach to labial adhesions in a postmenopausal woman. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1054-5 |
| 55100 | Spruijt, J., Vierhout, M., Verstraeten, R., Janssens, J., Burger, C. Vaginal electrical stimulation of the pelvic floor: a randomized feasibility study in urinary incontinent elderly women. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1043-8 |
| 55110 | Wells, T. J. Curiouser and curiouser... J Wound Ostomy Continence Nurs. 2003 Nov; 30: 300-4 |
| 55120 | Schultz, S. E., Kopec, J. A. Impact of chronic conditions. Health Rep. 2003 Aug; 14: 41-53 |
| 55130 | Carcio, H. Comprehensive continence care. The nurse practitioner's role. Adv Nurse Pract. 2003 Oct; 11: 26-35; quiz 35-6 |

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Procite Number

55140    Tannenbaum, C., Mayo, N. Women's health priorities and perceptions of care: a survey to identify opportunities for improving preventative health care delivery for older women. Age Ageing. 2003 Nov; 32: 626-35

55150    Stikkelbroeck, N. M., Beerendonk, C. C., Willemsen, W. N., Schreuders-Bais, C. A., Feitz, W. F., Rieu, P. N., Hermus, A. R., Otten, B. J. The long term outcome of feminizing genital surgery for congenital adrenal hyperplasia: anatomical, functional and cosmetic outcomes, psychosexual development, and satisfaction in adult female patients. J Pediatr Adolesc Gynecol. 2003 Oct; 16: 289-96

55160    Leeman, L., Spearman, M., Rogers, R. Repair of obstetric perineal lacerations. Am Fam Physician. 2003 Oct 15; 68: 1585-90

55170    Basinski, C., Fuller, E., Brizendine, E. J., Benson, J. T. Bladder-anal reflex. Neurourol Urodyn. 2003; 22: 683-6

55180    Chen, G. D., Hu, S. W., Chen, Y. C., Lin, T. L., Lin, L. Y. Prevalence and correlations of anal incontinence and constipation in Taiwanese women. Neurourol Urodyn. 2003; 22: 664-9

55190    Teleman, P. M., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urethral pressure changes in response to squeeze: a population-based study in healthy and incontinent 53- to 63-year-old women. Am J Obstet Gynecol. 2003 Oct; 189: 1100-5

55200    Kinchen, K. S., Burgio, K., Diokno, A. C., Fultz, N. H., Bump, R., Obenchain, R. Factors associated with women's decisions to seek treatment for urinary incontinence. J Womens Health (Larchmt). 2003 Sep; 12: 687-98

55210    Alewijnse, D., Mesters, I., Metsemakers, J., van den Borne, B. Predictors of long-term adherence to pelvic floor muscle exercise therapy among women with urinary incontinence. Health Educ Res. 2003 Oct; 18: 511-24

55220    Harmanli, O. H., Dandolu, V., Chatwani, A. J., Grody, M. T. Total colpocleisis for severe pelvic organ prolapse. J Reprod Med. 2003 Sep; 48: 703-6

55230    Midthun, S. J., Paur, R. A., Lindseth, G., Von Duvillard, S. P. Bacteriuria detection with a urine dipstick applied to incontinence pads of nursing home residents. Geriatr Nurs. 2003 Jul-Aug; 24: 206-9

55240    Hunter, S., Anderson, J., Hanson, D., Thompson, P., Langemo, D., Klug, M. G. Clinical trial of a prevention and treatment protocol for skin breakdown in two nursing homes. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 250-8

55250    Meyrat, B. J., Tercier, S., Lutz, N., Rilliet, B., Forcada-Guex, M., Vernet, O. Introduction of a urodynamic score to detect pre- and postoperative neurological deficits in children with a primary tethered cord. Childs Nerv Syst. 2003 Nov; 19: 716-21

55260    Baessler, K., Schuessler, B. Childbirth-induced trauma to the urethral continence mechanism: review and recommendations. Urology. 2003 Oct; 62: 39-44

55270    Hunskaar, S., Burgio, K., Diokno, A., Herzog, A. R., Hjalmas, K., Lapitan, M. C. Epidemiology and natural history of urinary incontinence in women. Urology. 2003 Oct; 62: 16-23

55280    Defreitas, G. A., Lemack, G. E., Zimmern, P. E., Dewey, R. B., Roehrborn, C. G., O'Suilleabhain, P. E. Distinguishing neurogenic from non-neurogenic detrusor overactivity: a urodynamic assessment of lower urinary tract symptoms in patients with and without Parkinson's disease. Urology. 2003 Oct; 62: 651-5

55290    Ansari, M. S., Hemal, A. K., Gupta, N. P., Dogra, P. N. Laparoscopy for the diagnosis and treatment of radiologically occult but symptomatic hypoplastic kidneys. Urology. 2003 Oct; 62: 627-31

55300    Bremer, R. E., Barber, M. D., Coates, K. W., Dolber, P. C., Thor, K. B. Innervation of the levator ani and coccygeus muscles of the female rat. Anat Rec. 2003 Nov; 275A: 1031-41

55310    Lopez Pereira, P., Miguelez, C., Caffarati, J., Estornell, F., Anguera, A. Trospium chloride for the treatment of detrusor instability in children. J Urol. 2003 Nov; 170: 1978-81

55320    de Kort, L. M., Verhulst, J. A., Engelbert, R. H., Uiterwaal, C. S., de Jong, T. P. Lower urinary tract dysfunction in children with generalized hypermobility of joints. J Urol. 2003 Nov; 170: 1971-4

55330    Spinelli, M., Giardiello, G., Gerber, M., Arduini, A., van den Hombergh, U., Malaguti, S. New sacral neuromodulation lead for percutaneous implantation using local anesthesia: description and first experience. J Urol. 2003 Nov; 170: 1905-7

**American Urological Association, Inc.**

SUI Guidelines Panel

55340  Araki, I., Zakoji, H., Komuro, M., Furuya, Y., Fukasawa, M., Takihana, Y., Takeda, M. Lower urinary tract symptoms in men and women without underlying disease causing micturition disorder: a cross-sectional study assessing the natural history of bladder function. J Urol. 2003 Nov; 170: 1901-4

55350  Zietman, A. L., Sacco, D., Skowronski, U., Gomery, P., Kaufman, D. S., Clark, J. A., Talcott, J. A., Shipley, W. U. Organ conservation in invasive bladder cancer by transurethral resection, chemotherapy and radiation: results of a urodynamic and quality of life study on long-term survivors. J Urol. 2003 Nov; 170: 1772-6

55360  Ross, J. J., Hu, L. T. Septic arthritis of the pubic symphysis: review of 100 cases. Medicine (Baltimore). 2003 Sep; 82: 340-5

55370  Soligo, M., Salvatore, S., Milani, R., Lalia, M., Malberti, S., Digesu, G. A., Mariani, S. Double incontinence in urogynecologic practice: a new insight. Am J Obstet Gynecol. 2003 Aug; 189: 438-43

55380  Grodstein, F., Fretts, R., Lifford, K., Resnick, N., Curhan, G. Association of age, race, and obstetric history with urinary symptoms among women in the Nurses' Health Study. Am J Obstet Gynecol. 2003 Aug; 189: 428-34

55390  Reichler, I. M., Hubler, M., Jochle, W., Trigg, T. E., Piche, C. A., Arnold, S. The effect of GnRH analogs on urinary incontinence after ablation of the ovaries in dogs. Theriogenology. 2003 Oct 15; 60: 1207-16

55400  Kuo, H. C. Effectiveness of intravesical resiniferatoxin in treating detrusor hyper-reflexia and external sphincter dyssynergia in patients with chronic spinal cord lesions. BJU Int. 2003 Oct; 92: 597-601

55410  Kron, M., Loy, S., Sturm, E., Nikolaus, T., Becker, C. Risk indicators for falls in institutionalized frail elderly. Am J Epidemiol. 2003 Oct 1; 158: 645-53

55420  Yap, L. K., Au, S. Y., Ang, Y. H., Kwan, K. Y., Ng, S. C., Ee, C. H. Who are the residents of a nursing home in Singapore?. Singapore Med J. 2003 Feb; 44: 65-73

55430  Crimmins, C. R., Rathbun, S. R., Husmann, D. A. Management of urinary incontinence and nocturnal enuresis in attention-deficit hyperactivity disorder. J Urol. 2003 Oct; 170: 1347-50

55440  Frimberger, D., Lakshmanan, Y., Gearhart, J. P. Continent urinary diversions in the exstrophy complex: why do they fail?. J Urol. 2003 Oct; 170: 1338-42

55450  Leboeuf, L., Tellez, C. A., Ead, D., Gousse, A. E. Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2003 Oct; 170: 1310; discussion 1310-1

55460  MacNeily, A. E., Afshar, K., Coleman, G. U., Johnson, H. W. Autoaugmentation by detrusor myotomy: its lack of effectiveness in the management of congenital neuropathic bladder. J Urol. 2003 Oct; 170: 1643-6; discussion 1646

55470  Chin-Peuckert, L., Komlos, M., Rennick, J. E., Jednak, R., Capolicchio, J. P., Salle, J. L. What is the variability between 2 consecutive cystometries in the same child?. J Urol. 2003 Oct; 170: 1614-7

55480  Duel, B. P., Steinberg-Epstein, R., Hill, M., Lerner, M. A survey of voiding dysfunction in children with attention deficit-hyperactivity disorder. J Urol. 2003 Oct; 170: 1521-3; discussion 1523-4

55490  Erickson, B. A., Austin, J. C., Cooper, C. S., Boyt, M. A. Polyethylene glycol 3350 for constipation in children with dysfunctional elimination. J Urol. 2003 Oct; 170: 1518-20

55500  Cain, M. P., Wu, S. D., Austin, P. F., Herndon, C. D., Rink, R. C. Alpha blocker therapy for children with dysfunctional voiding and urinary retention. J Urol. 2003 Oct; 170: 1514-5; discussion 1516-7

55510  Bugg, C. E., Jr, Joseph, D. B. Bladder neck cinch for pediatric neurogenic outlet deficiency. J Urol. 2003 Oct; 170: 1501-3; discussion 1503-4

55520  DeFoor, W., Minevich, E., McEnery, P., Tackett, L., Reeves, D., Sheldon, C. Lower urinary tract reconstruction is safe and effective in children with end stage renal disease. J Urol. 2003 Oct; 170: 1497-500; discussion 1500

55530  Lal, M. Prevention of urinary and anal incontinence: role of elective cesarean delivery. Curr Opin Obstet Gynecol. 2003 Oct; 15: 439-48

55540  Lacima, G., Pera, M. Combined fecal and urinary incontinence: an update. Curr Opin Obstet Gynecol. 2003 Oct; 15: 405-10

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 718 of 800 PageID #: 203257

Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

55550 Dickersin, K., Munro, M., Langenberg, P., Scherer, R., Frick, K. D., Weber, A. M., Johns, A., Peipert, J. F., Clark, M. Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB): design and methods. Control Clin Trials. 2003 Oct; 24: 591-609

55560 Jones, W. K. Understanding barriers to physical activity is a first step in removing them. Am J Prev Med. 2003 Oct; 25: 2-4

55570 Pehrson, R., Stenman, E., Andersson, K. E. Effects of tramadol on rat detrusor overactivity induced by experimental cerebral infarction. Eur Urol. 2003 Oct; 44: 495-9

55580 Tash, J., Staskin, D. R. Artificial graft slings at the midurethra: physiology of continence. Curr Urol Rep. 2003 Oct; 4: 367-70

55590 Sampselle, C. M. Behavioral intervention: the first-line treatment for women with urinary incontinence. Curr Urol Rep. 2003 Oct; 4: 356-61

55600 Cramer, E. H., Jones, P., Keenan, N. L., Thompson, B. L. Is naturopathy as effective as conventional therapy for treatment of menopausal symptoms?. J Altern Complement Med. 2003 Aug; 9: 529-38

55610 Frantz, R. A., Xakellis, G. C., Jr, Harvey, P. C., Lewis, A. R. Implementing an incontinence management protocol in long-term care. Clinical outcomes and costs. J Gerontol Nurs. 2003 Aug; 29: 46-53

55620 Titton, R. L., Gervais, D. A., Hahn, P. F., Harisinghani, M. G., Arellano, R. S., Mueller, P. R. Urine leaks and urinomas: diagnosis and imaging-guided intervention. Radiographics. 2003 Sep-Oct; 23: 1133-47

55630 Walker, R. D. The management of the failed bladder neck procedure in patients with spina bifida. BJU Int. 2003 Oct; 92 Suppl 1: 35-7

55640 Bauer, S. B. The management of the myelodysplastic child: a paradigm shift. BJU Int. 2003 Oct; 92 Suppl 1: 23-8

55650 Lee, A. H., Somerford, P. J., Yau, K. K. Factors influencing survival after stroke in Western Australia. Med J Aust. 2003 Sep 15; 179: 289-93

55660 Freeman, R., Hill, S., Millard, R., Slack, M., Sutherst, J. Reduced perception of urgency in treatment of overactive bladder with extended-release tolterodine. Obstet Gynecol. 2003 Sep; 102: 605-11

55670 Learman, L. A., Summitt, R. L., Jr, Varner, R. E., McNeeley, S. G., Goodman-Gruen, D., Richter, H. E., Lin, F., Showstack, J., Ireland, C. C., Vittinghoff, E., Hulley, S. B., Washington, A. E. A randomized comparison of total or supracervical hysterectomy: surgical complications and clinical outcomes. Obstet Gynecol. 2003 Sep; 102: 453-62

55680 Dede, M., Yagci, G., Yenen, M. C., Gorgulu, S., Deveci, M. S., Cetiner, S., Dilek, S. Retroperitoneal benign schwannoma: report of three cases and analysis of clinico-radiologic findings. Tohoku J Exp Med. 2003 Jun; 200: 93-7

55690 Chuang, T. Y., Yu, K. J., Penn, I. W., Chang, Y. C., Lin, P. H., Tsai, Y. A. Neurourological changes before and after radical hysterectomy in patients with cervical cancer. Acta Obstet Gynecol Scand. 2003 Oct; 82: 954-9

55700 Incontinence: the engineering challenge. Proceedings of a seminar sponsored by the Continence Foundation, the Engineering and Physical Sciences Research Council and the Association of Institutions concerned with Medical Engineering. 2001. Proc Inst Mech Eng [H]. 2003; 217: i-ii; 233-321

55710 Rogers, R. G., Coates, K. W., Kammerer-Doak, D., Khalsa, S., Qualls, C. A short form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire (PISQ-12). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 164-8; discussion 168

55720 Meijer, R., Ihnenfeldt, D. S., van Limbeek, J., Vermeulen, M., de Haan, R. J. Prognostic factors in the subacute phase after stroke for the future residence after six months to one year. A systematic review of the literature. Clin Rehabil. 2003 Aug; 17: 512-20

55730 Swithinbank, L., Abrams, P. Prevalence of urinary incontinence in women determined using the BFLUTS questionnaire. Neurourol Urodyn. 2003; 22: 617; author reply 617-8

55740 Sakakibara, R., Uchiyama, T., Yoshiyama, M., Aotsuka, A., Mori, M., Kanesaka, T., Hattori, T., Yamanishi, T. Micturitional disturbance in a patient with a spinal cavernous angioma. Neurourol Urodyn. 2003; 22: 606-10

**American Urological Association, Inc.**

SUI Guidelines Panel

55750  Sakakibara, R., Uchiyama, T., Yoshiyama, M., Yamanishi, T., Hattori, T. Urinary dysfunction in patients with systemic lupus erythematosis. Neurourol Urodyn. 2003; 22: 593-6

55760  Davis, K., Kumar, D. Pelvic floor dysfunction: a conceptual framework for collaborative patient-centred care. J Adv Nurs. 2003 Sep; 43: 555-68

55770  Shih, Y. C., Hartzema, A. G., Tolleson-Rinehart, S. Labor costs associated with incontinence in long-term care facilities. Urology. 2003 Sep; 62: 442-6

55780  Gomelsky, A., Nitti, V. W., Dmochowski, R. R. Management of obstructive voiding dysfunction after incontinence surgery: lessons learned. Urology. 2003 Sep; 62: 391-9

55790  Reichle, J. K., Peterson, R. A., 2nd, Mahaffey, M. B., Schelling, C. G., Barthez, P. Y. Ureteral fibroepithelial polyps in four dogs. Vet Radiol Ultrasound. 2003 Jul-Aug; 44: 433-7

55800  Diokno, A. C., Appell, R. A., Sand, P. K., Dmochowski, R. R., Gburek, B. M., Klimberg, I. W., Kell, S. H. Prospective, randomized, double-blind study of the efficacy and tolerability of the extended-release formulations of oxybutynin and tolterodine for overactive bladder: results of the OPERA trial. Mayo Clin Proc. 2003 Jun; 78: 687-95

55810  Peschers, U. M., Sultan, A. H., Jundt, K., Mayer, A., Drinovac, V., Dimpfl, T. Urinary and anal incontinence after vacuum delivery. Eur J Obstet Gynecol Reprod Biol. 2003 Sep 10; 110: 39-42

55820  Malone-Lee, J., Henshaw, D. J., Cummings, K. Urodynamic verification of an overactive bladder is not a prerequisite for antimuscarinic treatment response. BJU Int. 2003 Sep; 92: 415-7

55830  Pomfret, I. J. Understanding post-micturition dribble incontinence in men. Nurs Times. 2003 Jul 22-28; 99: 56-7

55840  Benson, D. The importance of a thorough continence assessment. Nurs Times. 2003 Jul 22-28; 99: 53-4

55850  Colley, W. The assessment of continence problems in adults. Nurs Times. 2003 Jul 22-28; 99: 50-1

55860  Lantz, R. J., Gillespie, T. A., Rash, T. J., Kuo, F., Skinner, M., Kuan, H. Y., Knadler, M. P. Metabolism, excretion, and pharmacokinetics of duloxetine in healthy human subjects. Drug Metab Dispos. 2003 Sep; 31: 1142-50

55870  Hofmeyr, G. J., Hannah, M. E. Planned caesarean section for term breech delivery. Cochrane Database Syst Rev. 2003; : CD000166

55880  Bollard, R. C., Gardiner, A., Duthie, G. S., Lindow, S. W. Anal sphincter injury, fecal and urinary incontinence: a 34-year follow-up after forceps delivery. Dis Colon Rectum. 2003 Aug; 46: 1083-8

55890  Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Predictors of institutionalization in an older population during a 13-year period: the effect of urge incontinence. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 756-62

55900  Wilson, M. M. Urinary incontinence: bridging the gender gap. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 752-5

55910  Campos-Sousa, R. N., Quagliato, E., da Silva, B. B., de Carvalho, R. M., Jr, Ribeiro, S. C., de Carvalho, D. F. Urinary symptoms in Parkinson's disease: prevalence and associated factors. Arq Neuropsiquiatr. 2003 Jun; 61: 359-63

55920  Digesu, G. A., Hutchings, A., Salvatore, S., Selvaggi, L., Khullar, V. Reproducibility and reliability of pressure flow parameters in women. BJOG. 2003 Aug; 110: 774-6

55930  Schnelle, J. F., Cadogan, M. P., Yoshii, J., Al-Samarrai, N. R., Osterweil, D., Bates-Jensen, B. M., Simmons, S. F. The minimum data set urinary incontinence quality indicators: do they reflect differences in care processes related to incontinence?. Med Care. 2003 Aug; 41: 909-22

55940  White, C. F. Engineered structures for use in disposable incontinence products. Proc Inst Mech Eng [H]. 2003; 217: 243-51

55950  Fader, M. Review of current technologies for urinary incontinence: strengths and limitations. Proc Inst Mech Eng [H]. 2003; 217: 233-41

55960  Saedi, N. A., Schulman, S. L. Natural history of voiding dysfunction. Pediatr Nephrol. 2003 Sep; 18: 894-7

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**55970** Wang, Y., Lim, L. L., Heller, R. F., Fisher, J., Levi, C. R. A prediction model of 1-year mortality for acute ischemic stroke patients. Arch Phys Med Rehabil. 2003 Jul; 84: 1006-11

**55980** Allahdin, S., McKinley, C. A., Mahmood, T. A., Lyth, D. Vaginal wall erosion of the tension-free vaginal tape procedure: an unusual complication. J Obstet Gynaecol. 2003 Jul; 23: 443

**55990** Thome-Souza, S., Freitas, A., Fiore, L. A., Valente, K. D. Lamotrigine and valproate: efficacy of co-administration in a pediatric population. Pediatr Neurol. 2003 May; 28: 360-4

**56000** Engberg, S. J., Bender, M. A., Stilley, C. S. Kegels and communication. Am J Nurs. 2003 Jul; 103: 93-4

**56010** Lappin, M. S., Lawrie, F. W., Richards, T. L., Kramer, E. D. Effects of a pulsed electromagnetic therapy on multiple sclerosis fatigue and quality of life: a double-blind, placebo controlled trial. Altern Ther Health Med. 2003 Jul-Aug; 9: 38-48

**56020** Devroey, D., Van Casteren, V., Buntinx, F. Registration of stroke through the Belgian sentinel network and factors influencing stroke mortality. Cerebrovasc Dis. 2003; 16: 272-9

**56030** Wang, M. Y., Levi, A. D., Green, B. A. Intradural spinal arachnoid cysts in adults. Surg Neurol. 2003 Jul; 60: 49-55; discussion 55-6

**56040** Fialkow, M. F., Melville, J. L., Lentz, G. M., Miller, E. A., Miller, J., Fenner, D. E. The functional and psychosocial impact of fecal incontinence on women with urinary incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 127-9

**56050** Melville, J. L., Miller, E. A., Fialkow, M. F., Lentz, G. M., Miller, J. L., Fenner, D. E. Relationship between patient report and physician assessment of urinary incontinence severity. Am J Obstet Gynecol. 2003 Jul; 189: 76-80

**56060** Boyles, S. H., Weber, A. M., Meyn, L. Procedures for urinary incontinence in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jul; 189: 70-5

**56070** Dubernard, G., Rouzier, R., Haddad, B., Dubois, P., Paniel, B. J. Correction of uterine prolapse by the vaginal route using the uterosacral ligaments: Shirodkar procedure. Eur J Obstet Gynecol Reprod Biol. 2003 Aug 15; 109: 214-8

**56080** Dik, P., Klijn, A. J., van Gool, J. D., de Jong, T. P. Transvaginal sling suspension of bladder neck in female patients with neurogenic sphincter incontinence. J Urol. 2003 Aug; 170: 580-1; discussion 581-2

**56090** Cole, E. E., Adams, M. C., Brock, J. W., 3rd, Pope, J. C., 4th Outcome of continence procedures in the pediatric patient: a single institutional experience. J Urol. 2003 Aug; 170: 560-3; discussion 563

**56100** Li, J., Hu, T., Wang, M., Jiang, X., Chen, S., Huang, L. Single ureteral ectopia with congenital renal dysplasia. J Urol. 2003 Aug; 170: 558-9

**56110** Chou, E. C., Flisser, A. J., Panagopoulos, G., Blaivas, J. G. Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol. 2003 Aug; 170: 494-7

**56120** McLennan, M. T. The role of electrodiagnostic techniques in the reprogramming of patients with a delayed suboptimal response to sacral nerve stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 98-103

**56130** Rufford, J., Hextall, A., Cardozo, L., Khullar, V. A double-blind placebo-controlled trial on the effects of 25 mg estradiol implants on the urge syndrome in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 78-83

**56140** ter Meulen, P. H., Zambon, V., Kessels, A. G., van Kerrebroeck, P. E. Quality of life, functional outcome and durability of the AMS 800 artificial urinary sphincter in patients with intrinsic sphincter deficiency. Urol Int. 2003; 71: 55-60

**56150** Nihira, M. A., Henderson, N. Epidemiology of urinary incontinence in women. Curr Womens Health Rep. 2003 Aug; 3: 340-7

**56160** Robinson, D., Cardozo, L. Risk factors for urinary incontinence in women. J Br Menopause Soc. 2003 Jun; 9: 75-9

**56170** Wijma, J., Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract following spontaneous vaginal delivery. BJOG. 2003 Jul; 110: 658-63

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327  Document 3080-16  Filed 09/13/16  Page 721 of 800  PageID #: 203260

| | |
|---|---|
| **56180** | Peake, S., Manderson, L. The constraints of a normal life: the management of urinary incontinence by middle aged women. Women Health. 2003; 37: 37-51 |
| **56190** | Rodriguez, L. V., Blander, D. S., Dorey, F., Raz, S., Zimmern, P. Discrepancy in patient and physician perception of patient's quality of life related to urinary symptoms. Urology. 2003 Jul; 62: 49-53 |
| **56200** | Bland, D. R., Dugan, E., Cohen, S. J., Preisser, J., Davis, C. C., McGann, P. E., Suggs, P. K., Pearce, K. F. The effects of implementation of the Agency for Health Care Policy and Research urinary incontinence guidelines in primary care practices. J Am Geriatr Soc. 2003 Jul; 51: 979-84 |
| **56210** | Forster, J. A., Thomas, W. M. Patient preferences and side effects experienced with oral bowel preparations versus self-administered phosphate enema. Ann R Coll Surg Engl. 2003 May; 85: 185-6 |
| **56220** | Sterbis, J. R., Lewis, V. L., Bushman, W. Urologic and plastic surgical collaboration for continent diversion when urine leakage is complicated by pressure ulcers or obesity. J Spinal Cord Med. 2003 Summer; 26: 124-8 |
| **56230** | Brown, J. S., Nyberg, L. M., Kusek, J. W., Burgio, K. L., Diokno, A. C., Foldspang, A., Fultz, N. H., Herzog, A. R., Hunskaar, S., Milsom, I., Nygaard, I., Subak, L. L., Thom, D. H. Proceedings of the National Institute of Diabetes and Digestive and Kidney Diseases International Symposium on Epidemiologic Issues in Urinary Incontinence in Women. Am J Obstet Gynecol. 2003 Jun; 188: S77-88 |
| **56240** | Cruikshank, S. H., Muniz, M. Outcomes study: A comparison of cure rates in 695 patients undergoing sacrospinous ligament fixation alone and with other site-specific procedures--a 16-year study. Am J Obstet Gynecol. 2003 Jun; 188: 1509-12; discussion 1512-5 |
| **56250** | Cosson, M., Boukerrou, M., Lacaze, S., Lambaudie, E., Fasel, J., Mesdagh, H., Lobry, P., Ego, A. A study of pelvic ligament strength. Eur J Obstet Gynecol Reprod Biol. 2003 Jul 1; 109: 80-7 |
| **56260** | Halaska, M., Ralph, G., Wiedemann, A., Primus, G., Ballering-Bruhl, B., Hofner, K., Jonas, U. Controlled, double-blind, multicentre clinical trial to investigate long-term tolerability and efficacy of trospium chloride in patients with detrusor instability. World J Urol. 2003 May; 20: 392-9 |
| **56270** | Stewart, W. F., Van Rooyen, J. B., Cundiff, G. W., Abrams, P., Herzog, A. R., Corey, R., Hunt, T. L., Wein, A. J. Prevalence and burden of overactive bladder in the United States. World J Urol. 2003 May; 20: 327-36 |
| **56280** | Schurch, B., Reilly, I., Reitz, A., Curt, A. Electrophysiological recordings during the peripheral nerve evaluation (PNE) test in complete spinal cord injury patients. World J Urol. 2003 May; 20: 319-22 |
| **56290** | Rovner, E. S., Wein, A. J. Evaluation of lower urinary tract symptoms in females. Curr Opin Urol. 2003 Jul; 13: 273-8 |
| **56300** | Lee, W. Y., Jin, D. K., Oh, M. R., Lee, J. E., Song, S. M., Lee, E. A., Kim, G. M., Chung, J. S., Lee, K. H. Frequency analysis and clinical characterization of spinocerebellar ataxia types 1, 2, 3, 6, and 7 in Korean patients. Arch Neurol. 2003 Jun; 60: 858-63 |
| **56310** | Levin, R. M., Whitbeck, C., Borow, A., Burden, O., Leggett, R. E. Effectiveness of vaginally administered oxybutynin on rabbit bladder function. Urology. 2003 Jun; 61: 1273-7 |
| **56320** | Sakakibara, R., Hattori, T., Uchiyama, T., Kamura, K., Yamanishi, T. Uroneurological assessment of spina bifida cystica and occulta. Neurourol Urodyn. 2003; 22: 328-34 |
| **56330** | Kolominsky-Rabas, P. L., Hilz, M. J., Neundoerfer, B., Heuschmann, P. U. Impact of urinary incontinence after stroke: results from a prospective population-based stroke register. Neurourol Urodyn. 2003; 22: 322-7 |
| **56340** | Alessi, C. A., Ouslander, J. G., Maldague, S., Al-Samarrai, N. R., Saliba, D., Osterweil, D., Beck, J. C., Schnelle, J. F. Incidence and costs of acute medical conditions in long-stay incontinent nursing home residents. J Am Med Dir Assoc. 2003 Mar-Apr; 4: S4-S18 |
| **56350** | Davies, G. A., Wolfe, L. A., Mottola, M. F., MacKinnon, C., Arsenault, M. Y., Bartellas, E., Cargill, Y., Gleason, T., Iglesias, S., Klein, M., Martel, M. J., Roggensack, A., Wilson, K., Gardiner, P., Graham, T., Haennel, R., Hughson, R. / Exercise in pregnancy and the postpartum period. J Obstet Gynaecol Can. 2003 Jun; 25: 516-29 |
| **56360** | Sherman, A. M., Shumaker, S. A., Kancler, C., Zheng, B., Reboussin, D. M., Legault, C., Herrington, D. M. Baseline health-related quality of life in postmenopausal women with coronary heart disease: the Estrogen Replacement and Atherosclerosis (ERA) trial. J Womens Health (Larchmt). 2003 May; 12: 351-62 |

## American Urological Association, Inc.

### SUI Guidelines Panel

56370 Hoeijmakers, M., Janszen, B., Coert, A., Horspool, L. Pharmacokinetics of oestriol after repeated oral administration to dogs. Res Vet Sci. 2003 Aug; 75: 55-9

56380 Jameson, M. B., Thompson, P. I., Baguley, B. C., Evans, B. D., Harvey, V. J., Porter, D. J., McCrystal, M. R., Small, M., Bellenger, K., Gumbrell, L., Halbert, G. W., Kestell, P. Clinical aspects of a phase I trial of 5,6-dimethylxanthenone-4-acetic acid (DMXAA), a novel antivascular agent. Br J Cancer. 2003 Jun 16; 88: 1844-50

56390 Karantanis, E., O'Sullivan, R., Moore, K. H. The 24-hour pad test in continent women and men: normal values and cyclical alterations. BJOG. 2003 Jun; 110: 567-71

56400 Sugerman, H. J., Wolfe, L. G., Sica, D. A., Clore, J. N. Diabetes and hypertension in severe obesity and effects of gastric bypass-induced weight loss. Ann Surg. 2003 Jun; 237: 751-6; discussion 757-8

56410 Chen, Y. C., Chen, G. D., Hu, S. W., Lin, T. L., Lin, L. Y. Is the occurrence of storage and voiding dysfunction affected by menopausal transition or associated with the normal aging process?. Menopause. 2003 May-Jun; 10: 203-8

56420 Wakamatsu, M. M. What affects bladder function more: menopause or age?. Menopause. 2003 May-Jun; 10: 191-2

56430 Antonakos, C. L., Miller, J. M., Sampselle, C. M. Indices for studying urinary incontinence and levator ani function in primiparous women. J Clin Nurs. 2003 Jul; 12: 554-61

56440 Moore, K. N., Saltmarche, B., Query, A. Urinary incontinence. Non-surgical management by family physicians. Can Fam Physician. 2003 May; 49: 602-10

56450 Lindesay, J., Matthews, R., Jagger, C. Factors associated with antipsychotic drug use in residential care: changes between 1990 and 1997. Int J Geriatr Psychiatry. 2003 Jun; 18: 511-9

56460 Bergquist, S. Pressure ulcer prediction in older adults receiving home health care: implications for use with the OASIS. Adv Skin Wound Care. 2003 May-Jun; 16: 132-9

56470 Crosbie, J. J., Eguare, E., McGovern, B., Keane, F. B. The influence of bladder filling on anorectal function. Colorectal Dis. 2003 May; 5: 251-5

56480 Mathews, R. I., Gan, M., Gearhart, J. P. Urogynaecological and obstetric issues in women with the exstrophy-epispadias complex. BJU Int. 2003 Jun; 91: 845-9

56490 Hvidman, L., Foldspang, A., Mommsen, S., Nielsen, J. B. Postpartum urinary incontinence. Acta Obstet Gynecol Scand. 2003 Jun; 82: 556-63

56500 Chou, Y. C., Yu, K. J. Entrapped vaginal pessary presented with frequency and urge incontinence. J Chin Med Assoc. 2003 Mar; 66: 181-3

56510 Colling, J., Owen, T. R., McCreedy, M., Newman, D. The effects of a continence program on frail community-dwelling elderly persons. Urol Nurs. 2003 Apr; 23: 117-22, 127-31

56520 The state of the science of urinary incontinence. Urol Nurs. 2003 Apr; 23: 101-5

56530 Behavior therapy and urge incontinence. Mayo Clin Health Lett. 2003 May; 21: 4

56540 Amarenco, G., Ismael, S. S., Even-Schneider, A., Raibaut, P., Demaille-Wlodyka, S., Parratte, B., Kerdraon, J. Urodynamic effect of acute transcutaneous posterior tibial nerve stimulation in overactive bladder. J Urol. 2003 Jun; 169: 2210-5

56550 Clarke-O'Neill, S., Pettersson, L., Fader, M. An evaluation of disposable pads for women with light incontinence. Nurs Times. 2003 May 13-19; 99: 69-72

56560 Nakajima, M., Nakasu, S., Hatsuda, N., Takeichi, Y., Watanabe, K., Matsuda, M. Third ventricular chordoid glioma: case report and review of the literature. Surg Neurol. 2003 May; 59: 424-8

56570 Miller, Y. D., Brown, W. J., Smith, N., Chiarelli, P. Managing urinary incontinence across the lifespan. Int J Behav Med. 2003; 10: 143-61

56580 Robinson, D., Cardozo, L. The menopause and HRT. Urogenital effects of hormone therapy. Best Pract Res Clin Endocrinol Metab. 2003 Mar; 17: 91-104

**Appendix A6 - Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

56590    de Rekeneire, N., Visser, M., Peila, R., Nevitt, M. C., Cauley, J. A., Tylavsky, F. A., Simonsick, E. M., Harris, T. B. Is a fall just a fall: correlates of falling in healthy older persons. The Health, Aging and Body Composition Study. J Am Geriatr Soc. 2003 Jun; 51: 841-6

56600    Yang, T., Liu, Z., Liu, Y. Electroacupuncture at ciliao and huiyang for treating neuropathic incontinence of defecation and urination in 30 cases. J Tradit Chin Med. 2003 Mar; 23: 53-4

56610    Chua, K., Chuo, A., Kong, K. H. Urinary incontinence after traumatic brain injury: incidence, outcomes and correlates. Brain Inj. 2003 Jun; 17: 469-78

56620    Quint, E. H., Smith, Y. R., Bowerman, R. A., DeLancey, J. O. Spasticity of the pelvic floor mimicking an obstructive anomaly. J Pediatr Adolesc Gynecol. 2003 Apr; 16: 83-5

56630    Moalli, P. A., Jones Ivy, S., Meyn, L. A., Zyczynski, H. M. Risk factors associated with pelvic floor disorders in women undergoing surgical repair. Obstet Gynecol. 2003 May; 101: 869-74

56640    Horimoto, Y., Matsumoto, M., Akatsu, H., Ikari, H., Kojima, K., Yamamoto, T., Otsuka, Y., Ojika, K., Ueda, R., Kosaka, K. Autonomic dysfunctions in dementia with Lewy bodies. J Neurol. 2003 May; 250: 530-3

56650    Lazzeri, M., Calo, G., Spinelli, M., Guerrini, R., Salvadori, S., Beneforti, P., Sandri, S., Regoli, D., Turini, D. Urodynamic effects of intravesical nociceptin/orphanin FQ in neurogenic detrusor overactivity: a randomized, placebo-controlled, double-blind study. Urology. 2003 May; 61: 946-50

56660    Smith, A. R., Higgs, P. J. Evidence-based practice in urogynaecology. Hosp Med. 2003 Apr; 64: 223-9

56670    Di Gangi Herms, A. M., Pinggera, G. M., De Jonge, P., Strasser, H., Sollner, W. Assessing health care needs and clinical outcome with urological case complexity: a study using INTERMED. Psychosomatics. 2003 May-Jun; 44: 196-203

56680    Uchiyama, T., Sakakibara, R., Hattori, T., Yamanishi, T. Short-term effect of a single levodopa dose on micturition disturbance in Parkinson's disease patients with the wearing-off phenomenon. Mov Disord. 2003 May; 18: 573-8

56690    Sen, S., Zachariah, N., Chacko, J., Thomas, G. Buttressing the divided bladder neck by a rectus abdominis muscle flap to prevent urethral recanalisation in paediatric urinary incontinence. Pediatr Surg Int. 2003 Apr; 19: 124-6

56700    Ertberg, P., Moller, L. A., Lose, G. A comparison of three methods to evaluate maximum bladder capacity: cystometry, uroflowmetry and a 24-h voiding diary in women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Apr; 82: 374-7

56710    Gariballa, S. E. Potentially treatable causes of poor outcome in acute stroke patients with urinary incontinence. Acta Neurol Scand. 2003 May; 107: 336-40

56720    Turkolmez, K., Gogus, C., Baltaci, S. Construction of a continent outlet using an ileal valve, an in vivo animal model. Urol Res. 2003 Jul; 31: 194-7

56730    Fader, M., Clarke-O'Neill, S., Cook, D., Dean, G., Brooks, R., Cottenden, A., Malone-Lee, J. Management of night-time urinary incontinence in residential settings for older people: an investigation into the effects of different pad changing regimes on skin health. J Clin Nurs. 2003 May; 12: 374-86

56740    Chiarelli, P., Murphy, B., Cockburn, J. Women's knowledge, practises, and intentions regarding correct pelvic floor exercises. Neurourol Urodyn. 2003; 22: 246-9

56750    Gladh, G., Mattsson, S., Lindstrom, S. Intravesical electrical stimulation in the treatment of micturition dysfunction in children. Neurourol Urodyn. 2003; 22: 233-42

56760    Vandoninck, V., van Balken, M. R., Finazzi Agro, E., Petta, F., Micali, F., Heesakkers, J. P., Debruyne, F. M., Kiemeney, L. A., Bemelmans, B. L. Percutaneous tibial nerve stimulation in the treatment of overactive bladder: urodynamic data. Neurourol Urodyn. 2003; 22: 227-32

56770    Shafik, A., Shafik, I. A. Overactive bladder inhibition in response to pelvic floor muscle exercises. World J Urol. 2003 May; 20: 374-7

56780    Pinter, A. B., Hock, A., Kajtar, P., Dober, I. Long-term follow-up of cancer in neonates and infants: a national survey of 142 patients. Pediatr Surg Int. 2003 Jun; 19: 233-9

## Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

56790    Robinson, D., Savvas, M., Cardozo, L. An unusual cause of 'incontinence' after hysterectomy. BJU Int. 2003 May; 91: 727-8

56800    Quinn, P., Goka, J., Richardson, H. Assessment of an electronic daily diary in patients with overactive bladder. BJU Int. 2003 May; 91: 647-52

56810    Dallosso, H. M., Matthews, R. J., McGrother, C. W., Clarke, M., Perry, S. I., Shaw, C., Jagger, C. An investigation into nonresponse bias in a postal survey on urinary symptoms. BJU Int. 2003 May; 91: 631-6

56820    Arunkalaivanan, A. S., Barrington, J. W. Questionnaire-based survey on obstetricians and gynaecologists' attitudes towards the surgical management of urinary incontinence in women during their childbearing years. Eur J Obstet Gynecol Reprod Biol. 2003 May 1; 108: 85-93

56830    Eva, U. F., Gun, W., Preben, K. Prevalence of urinary and fecal incontinence and symptoms of genital prolapse in women. Acta Obstet Gynecol Scand. 2003 Mar; 82: 280-6

56840    Wagenius, J., Laurin, J. Clinical symptoms after anal sphincter rupture: a retrospective study. Acta Obstet Gynecol Scand. 2003 Mar; 82: 246-50

56850    Di Carlo, A., Lamassa, M., Baldereschi, M., Pracucci, G., Basile, A. M., Wolfe, C. D., Giroud, M., Rudd, A., Ghetti, A., Inzitari, D. Sex differences in the clinical presentation, resource use, and 3-month outcome of acute stroke in Europe: data from a multicenter multinational hospital-based registry. Stroke. 2003 May; 34: 1114-9

56860    Weber, A. M. New approaches to surgery for urinary incontinence and pelvic organ prolapse from the laparoscopic perspective. Clin Obstet Gynecol. 2003 Mar; 46: 44-60

56870    Krause, C., Wells, T., Hughes, S., Brink, C., Mayer, R. Incontinence in women: effect of expectancy to regain control and severity of symptoms on treatment outcomes. Urol Nurs. 2003 Feb; 23: 54-61

56880    Christ, G. J., Day, N. S., Day, M., Zhao, W., Persson, K., Pandita, R. K., Andersson, K. E. Increased connexin43-mediated intercellular communication in a rat model of bladder overactivity in vivo. Am J Physiol Regul Integr Comp Physiol. 2003 May; 284: R1241-8

56890    Olby, N., Levine, J., Harris, T., Munana, K., Skeen, T., Sharp, N. Long-term functional outcome of dogs with severe injuries of the thoracolumbar spinal cord: 87 cases (1996-2001). J Am Vet Med Assoc. 2003 Mar 15; 222: 762-9

56900    Reddy, P. P., Redman, J. F. The management of childhood voiding dysfunction. J Ark Med Soc. 2003 Mar; 99: 295-8

56910    Oertel, W. H., Wachter, T., Quinn, N. P., Ulm, G., Brandstadter, D. Reduced genital sensitivity in female patients with multiple system atrophy of parkinsonian type. Mov Disord. 2003 Apr; 18: 430-2

56920    Mathews, R., Hubbard, J. S., Gearhart, J. P. Ureteral reimplantation before bladder neck plasty in the reconstruction of bladder exstrophy: indications and outcomes. Urology. 2003 Apr; 61: 820-4

56930    Brown, J. S., McNaughton, K. S., Wyman, J. F., Burgio, K. L., Harkaway, R., Bergner, D., Altman, D. S., Kaufman, J., Kaufman, K., Girman, C. J. Measurement characteristics of a voiding diary for use by men and women with overactive bladder. Urology. 2003 Apr; 61: 802-9

56940    Mukamel, D. B., Watson, N. M., Meng, H., Spector, W. D. Development of a risk-adjusted urinary incontinence outcome measure of quality for nursing homes. Med Care. 2003 Apr; 41: 467-78

56950    Dowd, T., Kolcaba, K., Steiner, R. The addition of coaching to cognitive strategies: interventions for persons with compromised urinary bladder syndrome. J Wound Ostomy Continence Nurs. 2003 Mar; 30: 90-9

56960    Mehta, K. M., Simonsick, E. M., Penninx, B. W., Schulz, R., Rubin, S. M., Satterfield, S., Yaffe, K. Prevalence and correlates of anxiety symptoms in well-functioning older adults: findings from the health aging and body composition study. J Am Geriatr Soc. 2003 Apr; 51: 499-504

56970    Godbole, P., Bryant, R., MacKinnon, A. E., Roberts, J. P. Endourethral injection of bulking agents for urinary incontinence in children. BJU Int. 2003 Apr; 91: 536-9

56980    Warming, L., Christoffersen, C., Riis, B. J., Stakkestad, J. A., Delmas, P. D., Christiansen, C. Adverse effects of a SERM (Levormeloxifene). Safety parameters and bone mineral density 12 months after treatment withdrawal. Maturitas. 2003 Mar 28; 44: 189-99

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 56990 | Weir, N. U., Counsell, C. E., McDowall, M., Gunkel, A., Dennis, M. S. Reliability of the variables in a new set of models that predict outcome after stroke. J Neurol Neurosurg Psychiatry. 2003 Apr; 74: 447-51 |
| 57000 | But, I. Conservative treatment of female urinary incontinence with functional magnetic stimulation. Urology. 2003 Mar; 61: 558-61 |
| 57010 | Hellerstein, S., Linebarger, J. S. Voiding dysfunction in pediatric patients. Clin Pediatr (Phila). 2003 Jan-Feb; 42: 43-9 |
| 57020 | Gerrard, E. R., Jr, Lloyd, L. K., Kubricht, W. S., Kolettis, P. N. Transvaginal ultrasound for the diagnosis of urethral diverticulum. J Urol. 2003 Apr; 169: 1395-7 |
| 57030 | The state of the science on urinary incontinence. Am J Nurs. 2003 Mar; 103: 45-9 |
| 57040 | Chiarelli, P., Murphy, B., Cockburn, J. Acceptability of a urinary continence promotion programme to women in postpartum. BJOG. 2003 Feb; 110: 188-96 |
| 57050 | Krygowska-Wajs, A., Hussey, J. M., Hulihan, M., Farrer, M. J., Tsuboi, Y., Uitti, R. J., Wszolek, Z. K. Two large Polish kindreds with levodopa-responsive Parkinsonism not linked to known Parkinsonian genes and loci. Parkinsonism Relat Disord. 2003 Mar; 9: 193-200 |
| 57060 | Prasad, R. S., Smith, S. J., Wright, H. Lower abdominal pressure versus external bladder stimulation to aid bladder emptying in multiple sclerosis: a randomized controlled study. Clin Rehabil. 2003 Feb; 17: 42-7 |
| 57070 | Pils, K., Neumann, F., Meisner, W., Schano, W., Vavrovsky, G., Van der Cammen, T. J. Predictors of falls in elderly people during rehabilitation after hip fracture--who is at risk of a second one?. Z Gerontol Geriatr. 2003 Feb; 36: 16-22 |
| 57080 | Landi, F., Cesari, M., Russo, A., Onder, G., Lattanzio, F., Bernabei, R. Potentially reversible risk factors and urinary incontinence in frail older people living in community. Age Ageing. 2003 Mar; 32: 194-9 |
| 57090 | Wyman, J. F. Treatment of urinary incontinence in men and older women: the evidence shows the efficacy of a variety of techniques. Am J Nurs. 2003 Mar; Suppl: 26-35 |
| 57100 | Gray, M. L. Gender, race, and culture in research on UI: sensitivity and screening are integral to adequate patient care. Am J Nurs. 2003 Mar; Suppl: 20-5 |
| 57110 | Sampselle, C. M. Behavioral interventions in young and middle-age women: simple interventions to combat a complex problem. Am J Nurs. 2003 Mar; Suppl: 9-19 |
| 57120 | Executive summary: a look at the proceedings of the symposium, 'The State of the Science on Urinary Incontinence.'. Am J Nurs. 2003 Mar; Suppl: 4-8 |
| 57130 | Bolduc, S., Upadhyay, J., Payton, J., Bagli, D. J., McLorie, G. A., Khoury, A. E., Farhat, W. The use of tolterodine in children after oxybutynin failure. BJU Int. 2003 Mar; 91: 398-401 |
| 57140 | Abrams, P., Blaivas, J. G., Fowler, C. J., Fourcroy, J. L., Macdiarmid, S. A., Siegel, S. W., Van Kerrebroeck, P. The role of neuromodulation in the management of urinary urge incontinence. BJU Int. 2003 Mar; 91: 355-9 |
| 57150 | Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Urgency and urge incontinence in an older population: ten-year changes and their association with mortality. Aging Clin Exp Res. 2002 Oct; 14: 412-9 |
| 57160 | Ansari, M. S., Gupta, N. P., Kriplani, A. Ectopic ureter with urinary incontinence. An unusual presentation of Mayer-Rokitansky-Kuster-Hauser syndrome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 64-6 |
| 57170 | Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Menstrual cycle, female hormone use and urinary incontinence in premenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 56-61; discussion 61 |
| 57180 | Swift, S., Garely, A., Dimpfl, T., Payne, C. A new once-daily formulation of tolterodine provides superior efficacy and is well tolerated in women with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 50-4; discussion 54-5 |
| 57190 | Dietz, H. P., Steensma, A. B., Vancaillie, T. G. Levator function in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 24-6; discussion 26 |

# Appendix A6 - Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**57200**  Kerns, J. M., Shott, S., Brubaker, L., Sakamoto, K., Benson, J. T., Fleischer, A. E., Coleman, M. E. Effects of IGF-I gene therapy on the injured rat pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 2-7; discussion 7

**57210**  Khastgir, J., Hamid, R., Arya, M., Shah, N., Shah, P. J. Surgical and patient reported outcomes of 'clam' augmentation ileocystoplasty in spinal cord injured patients. Eur Urol. 2003 Mar; 43: 263-9

**57220**  Shukla, A. R., Pow-Sang, J. M., Helal, M. A., Seigne, J., Ordorica, R., Lockhart, J. L. Urinary incontinence after continent urinary diversion using cecal wrap or plicated ileum: a patient questionnaire review. Urology. 2003 Feb; 61: 328-31

**57230**  Abes, M., Sarihan, H., Madenci, E. Evaluation of bone mineral density with dual x-ray absorptiometry for osteoporosis in children with bladder augmentation. J Pediatr Surg. 2003 Feb; 38: 230-2

**57240**  Bean, J. F., Kiely, D. K., Cairns, K. D., Morris, J. N. Influence of poststroke urinary incontinence on disability: the nursing home setting. Am J Phys Med Rehabil. 2003 Mar; 82: 175-81

**57250**  Bernier, F. Applying Orem's Self-Care Deficit Theory of Nursing to continence care: Part 2. Urol Nurs. 2002 Dec; 22: 384-90

**57260**  Bernier, F. Relationship of a pelvic floor rehabilitation program for urinary incontinence to Orem's Self-Care Deficit Theory of Nursing: Part 1. Urol Nurs. 2002 Dec; 22: 378-83, 390; quiz 391

**57270**  Janschek, E. C., Hohlagschwandtner, M., Nather, A., Schindl, M., Joura, E. A. A study of non-closure of the peritoneum at vaginal hysterectomy. Arch Gynecol Obstet. 2003 Feb; 267: 213-6

**57280**  Bates-Jensen, B. M., Alessi, C. A., Al-Samarrai, N. R., Schnelle, J. F. The effects of an exercise and incontinence intervention on skin health outcomes in nursing home residents. J Am Geriatr Soc. 2003 Mar; 51: 348-55

**57290**  Buffa, P., Torre, M., Scarsi, P. L., De Gennaro, M., Battaglino, F., Beseghi, U., Di Lorenzo, F., Cama, A. Caudal regression syndrome: an online multicentre survey. Urological long-term results. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S26-8

**57300**  Maheswaran, C. M., MacKinnon, A. E. Ambulant? Continent? The missing link. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S25-6

**57310**  Marcell, D., Ransel, S., Schiau, M., Duffy, E. G. Treatment options alleviate female urge incontinence. Nurse Pract. 2003 Feb; 28: 48-54

**57320**  Littlejohn, J. O.,  Jr, Kaplan, S. A. An unexpected association between urinary incontinence, depression and sexual dysfunction. Drugs Today (Barc). 2002 Nov; 38: 777-82

**57330**  Gauthier, A. R.,  Jr, Winters, J. C. Incontinent ileovesicostomy in the management of neurogenic bladder dysfunction. Neurourol Urodyn. 2003; 22: 142-6

**57340**  van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. Measuring health-related quality of life in women with urogenital dysfunction: the urogenital distress inventory and incontinence impact questionnaire revisited. Neurourol Urodyn. 2003; 22: 97-104

**57350**  Nguyen, H. T., Baskin, L. S. The outcome of bladder neck closure in children with severe urinary incontinence. J Urol. 2003 Mar; 169: 1114-6; discussion 1116

**57360**  Tan, T. L., Bergmann, M. A., Griffiths, D., Resnick, N. M. Which stop test is best? Measuring detrusor contractility in older females. J Urol. 2003 Mar; 169: 1023-7

**57370**  Morkved, S., Bo, K., Schei, B., Salvesen, K. A. Pelvic floor muscle training during pregnancy to prevent urinary incontinence: a single-blind randomized controlled trial. Obstet Gynecol. 2003 Feb; 101: 313-9

**57380**  Glenn, J. Restorative Nursing Bladder Training program: recommending a strategy. Rehabil Nurs. 2003 Jan-Feb; 28: 15-22

**57390**  Harper, N., Dunkley, C., Hume, D. Sedation using remifentanil. Anaesthesia. 2003 Feb; 58: 197-8

**57400**  Sugerman, H. J., Sugerman, E. L., DeMaria, E. J., Kellum, J. M., Kennedy, C., Mowery, Y., Wolfe, L. G. Bariatric surgery for severely obese adolescents. J Gastrointest Surg. 2003 Jan; 7: 102-7; discussion 107-8

# Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

57410    Alessi, C. A., Josephson, K. R., Harker, J. O., Pietruszka, F. M., Hoyl, M. T., Rubenstein, L. Z. The yield, reliability, and validity of a postal survey for screening community-dwelling older people. J Am Geriatr Soc. 2003 Feb; 51: 194-202

57420    Schnelle, J. F., Kapur, K., Alessi, C., Osterweil, D., Beck, J. G., Al-Samarrai, N. R., Ouslander, J. G. Does an exercise and incontinence intervention save healthcare costs in a nursing home population?. J Am Geriatr Soc. 2003 Feb; 51: 161-8

57430    Tincello, D. G., Teare, J., Fraser, W. D. Second trimester concentration of relaxin and pregnancy related incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 237-8

57440    Yoon, H. S., Song, H. H., Ro, Y. J. A comparison of effectiveness of bladder training and pelvic muscle exercise on female urinary incontinence. Int J Nurs Stud. 2003 Jan; 40: 45-50

57450    Boyles, S. H., Weber, A. M., Meyn, L. Procedures for pelvic organ prolapse in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jan; 188: 108-15

57460    Bloch, J., Vernet, O., Aube, M., Villemure, J. G. Non-obstructive hydrocephalus associated with intracranial schwannomas: hyperproteinorrhachia as an etiopathological factor?. Acta Neurochir (Wien). 2003 Jan; 145: 73-8

57470    Rosenblum, N., Eilber, K. S., Raz, S. Herpes zoster following sacral nerve stimulation for overactive bladder. J Urol. 2003 Feb; 169: 619-20

57480    Parazzini, F., Lavezzari, M., Arbitani, W. Prevalence of overactive bladder and urinary incontinence. J Fam Pract. 2002 Dec; 51: 1072-5

57490    Han, P. Y., Ezquerro, R., Pan, K. M., Hwang, S., Chung, Y., Lu, J. J. Comorbidities associated with diabetic foot complications among Asian Americans in southern California. J Am Podiatr Med Assoc. 2003 Jan-Feb; 93: 37-41

57500    Ripetti, V., Caputo, D., Ausania, F., Esposito, E., Bruni, R., Arullani, A. Sacral nerve neuromodulation improves physical, psychological and social quality of life in patients with fecal incontinence. Tech Coloproctol. 2002 Dec; 6: 147-52

57510    Nygaard, I., Turvey, C., Burns, T. L., Crischilles, E., Wallace, R. Urinary incontinence and depression in middle-aged United States women. Obstet Gynecol. 2003 Jan; 101: 149-56

57520    Harari, D., Coshall, C., Rudd, A. G., Wolfe, C. D. New-onset fecal incontinence after stroke: prevalence, natural history, risk factors, and impact. Stroke. 2003 Jan; 34: 144-50

57530    Mattsson, S., Gladh, G. Urethrovaginal reflux--a common cause of daytime incontinence in girls. Pediatrics. 2003 Jan; 111: 136-9

57540    Hollis, C. Developmental precursors of child- and adolescent-onset schizophrenia and affective psychoses: diagnostic specificity and continuity with symptom dimensions. Br J Psychiatry. 2003 Jan; 182: 37-44

57550    Kleeman, S. D., Vasallo, B., Segal, J., Karram, M. M. Vesicocervical fistula following insertion of a modified McDonald suture. BJOG. 2002 Dec; 109: 1408-9

57560    Kwon, C. H., Goldberg, R. P., Koduri, S., Sand, P. K. The use of intraoperative cystoscopy in major vaginal and urogynecologic surgeries. Am J Obstet Gynecol. 2002 Dec; 187: 1466-71; discussion 1471-2

57570    Amundsen, C. L., Webster, G. D. Sacral neuromodulation in an older, urge-incontinent population. Am J Obstet Gynecol. 2002 Dec; 187: 1462-5; discussion 1465

57580    Landi, F., Cesari, M., Russo, A., Onder, G., Sgadari, A., Bernabei, R. Benzodiazepines and the risk of urinary incontinence in frail older persons living in the community. Clin Pharmacol Ther. 2002 Dec; 72: 729-34

57590    Staskin, D. R., Dmochowski, R. R. Future studies of overactive bladder: the need for standardization. Urology. 2002 Nov; 60: 90-3

57600    Burgio, K. L. Influence of behavior modification on overactive bladder. Urology. 2002 Nov; 60: 72-6; discussion 77

57610    Wein, A. J., Rovner, E. S. Definition and epidemiology of overactive bladder. Urology. 2002 Nov; 60: 7-12; discussion 12

Case 2:12-md-02327  Document 3080-10  Filed 09/15/16  Page 728 of 800 PageID #: 203267
Appendix A6 - Bibliography sorted by Procite Number
**American Urological Association, Inc.**
SUI Guidelines Panel

**Master Bibliography**
sorted by Procite Number

57620  Clever, K., Smith, G., Bowser, C., Monroe, K. Evaluating the efficacy of a uniquely delivered skin protectant and its effect on the formation of sacral/buttock pressure ulcers. Ostomy Wound Manage. 2002 Dec; 48: 60-7

57630  Lewis-Byers, K., Thayer, D. An evaluation of two incontinence skin care protocols in a long-term care setting. Ostomy Wound Manage. 2002 Dec; 48: 44-51

57640  Ramundo, J. M., Davis, K. E. State of the science: pathology and management of the patient with overactive bladder. Ostomy Wound Manage. 2002 Dec; 48: 22-7

57650  Vandoninck, V., Van Balken, M. R., Finazzi Agro, E., Petta, F., Caltagirone, C., Heesakkers, J. P., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation in the treatment of urge incontinence. Neurourol Urodyn. 2003; 22: 17-23

57660  Oliver, S., Fowler, C., Mundy, A., Craggs, M. Measuring the sensations of urge and bladder filling during cystometry in urge incontinence and the effects of neuromodulation. Neurourol Urodyn. 2003; 22: 7-16

57670  Zoubina, E. V., Smith, P. G. Expression of estrogen receptors alpha and beta by sympathetic ganglion neurons projecting to the proximal urethra of female rats. J Urol. 2003 Jan; 169: 382-5

57680  Block, C. A., Cooper, C. S., Hawtrey, C. E. Long-term efficacy of periurethral collagen injection for the treatment of urinary incontinence secondary to myelomeningocele. J Urol. 2003 Jan; 169: 327-9

57690  Reinberg, Y., Crocker, J., Wolpert, J., Vandersteen, D. Therapeutic efficacy of extended release oxybutynin chloride, and immediate release and long acting tolterodine tartrate in children with diurnal urinary incontinence. J Urol. 2003 Jan; 169: 317-9

57700  Quek, M. L., Ginsberg, D. A. Long-term urodynamics followup of bladder augmentation for neurogenic bladder. J Urol. 2003 Jan; 169: 195-8

57710  Webster, C., Bukkapatnam, R., Seigne, J. D., Pow-Sang, J., Hoffman, M., Helal, M., Ordorica, R., Lockhart, J. L. Continent colonic urinary reservoir (Florida pouch): long-term surgical complications (greater than 11 years). J Urol. 2003 Jan; 169: 174-6

57720  Teleman, P., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urodynamic characterisation of women with naive urinary incontinence: a population-based study in subjectively incontinent and healthy 53-63 years old women. Eur Urol. 2002 Dec; 42: 583-9

57730  Buchanan, R. J., Wang, S., Ju, H. Analyses of the minimum data set: comparisons of nursing home residents with multiple sclerosis to other nursing home residents. Mult Scler. 2002 Dec; 8: 512-22

57740  Skobejko-Wlodarska, L. Treatment of neuropathic urinary and faecal incontinence. Eur J Pediatr Surg. 2002 Oct; 12: 318-21

57750  Wall, L. L. Fitsari 'dan Duniya. An African (Hausa) praise song about vesicovaginal fistulas. Obstet Gynecol. 2002 Dec; 100: 1328-32

57760  Guarisi, T., Pinto-Neto, A. M., Herrmann, V., Faundes, A. Urodynamics in climacteric women with urinary incontinence: correlation with route of delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 366-71; discussion 371

57770  Dmochowski, R. Outcomes and consequences: the therapeutic index redefined. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 341

57780  Buchanan, R. J., Choi, M., Wang, S., Huang, C. Analyses of nursing home residents in hospice care using the minimum data set. Palliat Med. 2002 Nov; 16: 465-80

57790  Gonzalez, R., Jednak, R., Franc-Guimond, J., Schimke, C. M. Treating neuropathic incontinence in children with seromuscular colocystoplasty and an artificial urinary sphincter. BJU Int. 2002 Dec; 90: 909-11

57800  Scheepens, W. A., Van Koeveringe, G. A., De Bie, R. A., Weil, E. H., Van Kerrebroeck, P. E. Long-term efficacy and safety results of the two-stage implantation technique in sacral neuromodulation. BJU Int. 2002 Dec; 90: 840-5

57810  Mingin, G. C., Nguyen, H. T., Mathias, R. S., Shepherd, J. A., Glidden, D., Baskin, L. S. Growth and metabolic consequences of bladder augmentation in children with myelomeningocele and bladder exstrophy. Pediatrics. 2002 Dec; 110: 1193-8

Case 2:12-md-02327 Document 3080-16 Filed 09/19/19 Page 729 of 300 PageID #: 203268

57820   Neal, R., Linnane, J. Improving access to continence services: action in Walsall. Br J Community Nurs. 2002 Nov; 7: 567, 570-3

57830   Zemack, G., Romner, B. Adjustable valves in normal-pressure hydrocephalus: a retrospective study of 218 patients. Neurosurgery. 2002 Dec; 51: 1392-400; discussion 1400-2

57840   Sumathi, V. P., Murnaghan, M., Dobbs, S. P., McCluggage, W. G. Extragenital mullerian carcinosarcoma arising from the peritoneum: report of two cases. Int J Gynecol Cancer. 2002 Nov-Dec; 12: 764-7

57850   Shimada, K., Matsumoto, F., Tohda, A., Harada, Y., Naitoh, Y. Surgical management of urinary incontinence in children with anatomical bladder-outlet anomalies. Int J Urol. 2002 Oct; 9: 561-6

57860   Hoebeke, P., Renson, C., Petillon, L., Vande Walle, J., De Paepe, H. Percutaneous electrical nerve stimulation in children with therapy resistant nonneuropathic bladder sphincter dysfunction: a pilot study. J Urol. 2002 Dec; 168: 2605-7; discussion 2607-8

57870   Bolduc, S., Capolicchio, G., Upadhyay, J., Bagli, D. J., Khoury, A. E., McLorie, G. A. The fate of the upper urinary tract in exstrophy. J Urol. 2002 Dec; 168: 2579-82; discussion 2582

57880   St John, W., James, H., McKenzie, S. 'Oh, that's a bit of a nuisance': community-dwelling clients ' perspectives of urinary continence health service provision. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 312-9

57890   Gray, M., Bliss, D. Z., Bookout, K., Colwell, J., Dutcher, J. A., Engberg, S., Evans, E., Jacobson, T., Scemons, D. Evidence-based nursing practice: a primer for the WOC nurse. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 283-6

57900   Gallagher, S. Outcome research and WOC nursing practice. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 278-82

57910   Hordienko, G., Smith, J. The Wound, Ostomy and Continence Nursing Conference--a Canadian perspective. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 275

57920   Bates, F. Assessment of the female patient with urinary incontinence. Urol Nurs. 2002 Oct; 22: 305-13, 317; quiz 314

57930   Henderson, J. S. It's a given, I think. Urol Nurs. 2002 Oct; 22: 302, 342

57940   Shaw, C. A systematic review of the literature on the prevalence of sexual impairment in women with urinary incontinence and the prevalence of urinary leakage during sexual activity. Eur Urol. 2002 Nov; 42: 432-40

57950   Marshall, K., Walsh, D. M., Baxter, G. D. The effect of a first vaginal delivery on the integrity of the pelvic floor musculature. Clin Rehabil. 2002 Nov; 16: 795-9

57970   Robinson, D., Cardozo, L. Overactive bladder in the female patient: the role of estrogens. Curr Urol Rep. 2002 Dec; 3: 452-7

57980   Haeusler, G., Leitich, H., van Trotsenburg, M., Kaider, A., Tempfer, C. B. Drug therapy of urinary urge incontinence: a systematic review. Obstet Gynecol. 2002 Nov; 100: 1003-16

58000   Birch, C., Fynes, M. M. The role of synthetic and biological prostheses in reconstructive pelvic floor surgery. Curr Opin Obstet Gynecol. 2002 Oct; 14: 527-35

58010   Vodusek, D. B. The role of electrophysiology in the evaluation of incontinence and prolapse. Curr Opin Obstet Gynecol. 2002 Oct; 14: 509-14

58020   Alewijnse, D., Mesters, I. E., Metsemakers, J. F., van den Borne, B. H. Program development for promoting adherence during and after exercise therapy for urinary incontinence. Patient Educ Couns. 2002 Oct -Nov; 48: 147-60

58070    Urinary incontinence. Harv Mens Health Watch. 2002 Oct; 7: 6-7

58110   Crawford, J. T., Adams, W. M. Influence of vestibulovaginal stenosis, pelvic bladder, and recessed vulva on response to treatment for clinical signs of lower urinary tract disease in dogs: 38 cases (1990-1999). J Am Vet Med Assoc. 2002 Oct 1; 221: 995-9

**American Urological Association, Inc.**

**SUI Guidelines Panel**

59012  Hannestad, Y. S., Lie, R. T., Rortveit, G., Hunskaar, S. Familial risk of urinary incontinence in women: population based cross sectional study. BMJ. 2004 Oct 16; 329: 889-91

59013  Hoyte, L., Jakab, M., Warfield, S. K., Shott, S., Flesh, G., Fielding, J. R. Levator ani thickness variations in symptomatic and asymptomatic women using magnetic resonance-based 3-dimensional color mapping. Am J Obstet Gynecol. 2004 Sep; 191: 856-61

59014  Nygaard, I. E., McCreery, R., Brubaker, L., Connolly, A., Cundiff, G., Weber, A. M., Zyczynski, H. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol. 2004 Oct; 104: 805-23

59015  Liang, C. C., Chang, Y. L., Chang, S. D., Lo, T. S., Soong, Y. K. Pessary test to predict postoperative urinary incontinence in women undergoing hysterectomy for prolapse. Obstet Gynecol. 2004 Oct; 104: 795-800

59016  Lo, T. S., Lee, S. J. Treatment of recurrent genuine stress incontinence by shortening previously implanted tension-free vaginal tape. Acta Obstet Gynecol Scand. 2004 Oct; 83: 1005-6

59017  Stach-Lempinen, B., Sintonen, H., Kujansuu, E. The relationship between clinical parameters and health-related quality of life as measured by the 15D in incontinent women before and after treatment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 983-8

59018  Rohr, G., Kragstrup, J., Gaist, D., Christensen, K. Genetic and environmental influences on urinary incontinence: a Danish population-based twin study of middle-aged and elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 978-82

59019  Aukee, P., Immonen, P., Laaksonen, D. E., Laippala, P., Penttinen, J., Airaksinen, O. The effect of home biofeedback training on stress incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 973-7

59020  Rohr, G., Christensen, K., Ulstrup, K., Kragstrup, J. Reproducibility and validity of simple questions to identify urinary incontinence in elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 969-72

59021  Glavind, K., Tetsche, M. S. Sexual function in women before and after suburethral sling operation for stress urinary incontinence: a retrospective questionnaire study. Acta Obstet Gynecol Scand. 2004 Oct; 83: 965-8

59022  Tok, E. C., Ertunc, D., Dilek, U., Pata, O., Erdogan, O., Aydin, S. The prevalence of stress urinary incontinence among women operated on for abdominal wall hernias. Acta Obstet Gynecol Scand. 2004 Oct; 83: 962-4

59023  Mazouni, C., Karsenty, G., Bretelle, F., Bladou, F., Gamerre, M., Serment, G. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2004 Oct; 83: 955-61

59024  de Tayrac, R., Gervaise, A., Chauveaud-Lambling, A., Fernandez, H. Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct; 83: 950-4

59025  Fritel, X., Fauconnier, A., Levet, C., Benifla, J. L. Stress urinary incontinence 4 years after the first delivery: a retrospective cohort survey. Acta Obstet Gynecol Scand. 2004 Oct; 83: 941-5

59026  Allahdin, S., McKinley, C. A., Mahmood, T. A. Tension free vaginal tape: a procedure for all ages. Acta Obstet Gynecol Scand. 2004 Oct; 83: 937-40

59027  Schytt, E., Lindmark, G., Waldenstrom, U. Symptoms of stress incontinence 1 year after childbirth: prevalence and predictors in a national Swedish sample. Acta Obstet Gynecol Scand. 2004 Oct; 83: 928-36

59028  Ertunc, D., Tok, E. C., Pata, O., Dilek, U., Ozdemir, G., Dilek, S. Is stress urinary incontinence a familial condition?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 912-6

59029  Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. How important is TVT location?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 904-8

59030  Capar, M. A new retropubic suspension operation technique for transvaginal Burch operation, using newly developed equipment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 898-903

59031  Nilsson, C. G. Introduction of a new surgical procedure for treatment of female urinary incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 877-80

**American Urological Association, Inc.**

SUI Guidelines Panel

59032   Shaw, M. B., Rink, R. C., Kaefer, M., Cain, M. P., Casale, A. J. Continence and classic bladder exstrophy treated with staged repair. J Urol. 2004 Oct; 172: 1450-3; discussion 1453

59033   Leng, W. W., Davies, B. J., Tarin, T., Sweeney, D. D., Chancellor, M. B. Delayed treatment of bladder outlet obstruction after sling surgery: association with irreversible bladder dysfunction. J Urol. 2004 Oct; 172: 1379-81

59034   Crivellaro, S., Smith, J. J., Kocjancic, E., Bresette, J. F. Transvaginal sling using acellular human dermal allograft: safety and efficacy in 253 patients. J Urol. 2004 Oct; 172: 1374-8

59035   Paick, J. S., Ku, J. H., Shin, J. W., Son, H., Oh, S. J., Kim, S. W. Tension-free vaginal tape procedure for urinary incontinence with low Valsalva leak point pressure. J Urol. 2004 Oct; 172: 1370-3

59036   Castillo, O. A., Bodden, E., Olivares, R. A., Urena, R. D. Intestinal perforation: an infrequent complication during insertion of tension-free vaginal tape. J Urol. 2004 Oct; 172: 1364

59037   Yuan, X., Mudge, B. J., Raezer, D. M. Small intestine erosion by artificial urinary sphincter reservoir tubing. J Urol. 2004 Oct; 172: 1363

59038   Hodroff, M., Portis, A., Siegel, S. W. Endoscopic removal of intravesical polypropylene sling with the holmium laser. J Urol. 2004 Oct; 172: 1361-2

59039   Kalota, S. J. Small intestinal submucosa tension-free sling: postoperative inflammatory reactions and additional data. J Urol. 2004 Oct; 172: 1349-50

59040   Ghosh, T., Banfield, P. J., Klazinga, D. A. An unusual complication of tension-free vaginal tape procedure: recurrent anterior vaginal wall abscess and sinus formation. J Obstet Gynaecol. 2004 Aug; 24: 590-1

59041   Barrington, J. W., Abdel-Fattah, M., Arunkalaivanan, A. S., Austin, S., Isaacs, J. Longitudinal study of Pelvicol pubovaginal slings using magnetic resonance imaging. J Obstet Gynaecol. 2004 Aug; 24: 542-6

59042   Allahdin, S., McKinley, C., Mahmood, T. A., Lyth, D. Tension-free vaginal tape: 162 cases in a district general hospital. J Obstet Gynaecol. 2004 Aug; 24: 539-41

59043   Price, N., Jackson, S. R. Clinical audit of the use of tension-free vaginal tape as a surgical treatment for urinary stress incontinence, set against NICE guidelines. J Obstet Gynaecol. 2004 Aug; 24: 534-8

59044   Bai, S. W., Kim, B. J., Kim, S. K., Park, K. H. Comparison of outcomes between Burch colposuspension with and without concomitant abdominal hysterectomy. Yonsei Med J. 2004 Aug 31; 45: 665-70

59045   Handa, V. L., Harvey, L., Fox, H. E., Kjerulff, K. H. Parity and route of delivery: does cesarean delivery reduce bladder symptoms later in life?. Am J Obstet Gynecol. 2004 Aug; 191: 463-9

59046   Jordan, O., Doelker, E., Defabiani, N., Caviezel, A., Iselin, C. Novel injectable urethral bulking agents for the treatment of urinary incontinence. J Mater Sci Mater Med. 2004 Apr; 15: 519-22

59047   Ankardal, M., Ekerydh, A., Crafoord, K., Milsom, I., Stjerndahl, J. H., Engh, M. E. A randomised trial comparing open Burch colposuspension using sutures with laparoscopic colposuspension using mesh and staples in women with stress urinary incontinence. BJOG. 2004 Sep; 111: 974-81

59048   Atala, A. What's new in urology. J Am Coll Surg. 2004 Sep; 199: 446-61

59049   Groen, J., Bosch, J. L. Bladder contraction strength parameters poorly predict the necessity of long-term catheterization after a pubovaginal rectus fascial sling procedure. J Urol. 2004 Sep; 172: 1006-9

59050   Paick, J. S., Ku, J. H., Kim, S. W., Oh, S. J., Son, H., Shin, J. W. Tension-free vaginal tape procedure for the treatment of mixed urinary incontinence: significance of maximal urethral closure pressure. J Urol. 2004 Sep; 172: 1001-5

59051   Tsivian, A., Mogutin, B., Kessler, O., Korczak, D., Levin, S., Sidi, A. A. Tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: long-term results. J Urol. 2004 Sep; 172: 998-1000

59052   Kocjancic, E., Tarrano, E., Panella, M., Crivellaro, S., Smith, J. J., 3rd, Maso, G., Favro, M., Ceratti, G., Gontero, P., Frea, B. Evaluation of minimally invasive analysis system for cough leak point pressure measurement. J Urol. 2004 Sep; 172: 994-7

# American Urological Association, Inc.

**SUI Guidelines Panel**

**59053** Patry, G., Bolduc, S., Martineau, G., Fortin, D. Colovaginal fistula: an unusual complication of the tension-free vaginal tape procedure. J Urol. 2004 Sep; 172: 972-3

**59054** Kielb, S. J., Clemens, J. Q. Endoscopic excision of intravesical tension-free vaginal tape with laparoscopic instrument assistance. J Urol. 2004 Sep; 172: 971

**59055** Davila, G. W., Guerette, N. Current treatment options for female urinary incontinence--a review. Int J Fertil Womens Med. 2004 May-Jun; 49: 102-12

**59056** Rogers, R. G., Kammerer-Doak, D., Darrow, A., Murray, K., Olsen, A., Barber, M., Qualls, C. Sexual function after surgery for stress urinary incontinence and/or pelvic organ prolapse: a multicenter prospective study. Am J Obstet Gynecol. 2004 Jul; 191: 206-10

**59057** Yalcin, I., Bump, R. C. The effect of previous treatment experience and incontinence severity on the placebo response of stress urinary incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 194-7

**59058** Rogers, R. G., Kammerer-Doak, D., Olsen, A., Thompson, P. K., Walters, M. D., Lukacz, E. S., Qualls, C. A randomized, double-blind, placebo-controlled comparison of the effect of nitrofurantoin monohydrate macrocrystals on the development of urinary tract infections after surgery for pelvic organ prolapse and/or stress urinary incontinence with suprapubic c. Am J Obstet Gynecol. 2004 Jul; 191: 182-7

**59059** Davis, T. L., Lukacz, E. S., Luber, K. M., Nager, C. W. Determinants of patient satisfaction after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2004 Jul; 191: 176-81

**59060** Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Pelvic organ descent in young nulligravid women. Am J Obstet Gynecol. 2004 Jul; 191: 95-9

**59061** de Tayrac, R., Chevalier, N., Chauveaud-Lambling, A., Gervaise, A., Fernandez, H. Risk of urge and stress urinary incontinence at long-term follow-up after vaginal hysterectomy. Am J Obstet Gynecol. 2004 Jul; 191: 90-4

**59062** Brookes, S. T., Donovan, J. L., Wright, M., Jackson, S., Abrams, P. A scored form of the Bristol Female Lower Urinary Tract Symptoms questionnaire: data from a randomized controlled trial of surgery for women with stress incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 73-82

**59063** Ugboma, H. A., Okpani, A. O., Anya, S. E. Genital prolapse in Port Harcourt, Nigeria. Niger J Med. 2004 Apr-Jun; 13: 124-9

**59064** Jackson, R. A., Vittinghoff, E., Kanaya, A. M., Miles, T. P., Resnick, H. E., Kritchevsky, S. B., Simonsick, E. M., Brown, J. S. Urinary incontinence in elderly women: findings from the Health, Aging, and Body Composition Study. Obstet Gynecol. 2004 Aug; 104: 301-7

**59065** Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Med Lett Drugs Ther. 2004 Aug 2; 46: 63-4

**59066** Viereck, V., Bader, W., Skala, C., Gauruder-Burmester, A., Emons, G., Hilgers, R., Krauss, T. Determination of bladder neck position by intraoperative introital ultrasound in colposuspension: outcome at 6-month follow-up. Ultrasound Obstet Gynecol. 2004 Aug; 24: 186-91

**59067** Fisher, K., Riolo, L. What is the evidence regarding specific methods of pelvic floor exercise for a patient with urinary stress incontinence and mild anterior wall prolapse?. Phys Ther. 2004 Aug; 84: 744-53

**59068** Gaining control of urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 2004 Aug; 17: 3, 7

**59069** Karantanis, E., Fynes, M. M., Stanton, S. L. The tension-free vaginal tape in older women. BJOG. 2004 Aug; 111: 837-41

**59070** But, I. Re: Surgical intervention for complications of the tension-free vaginal tape procedure. J Urol. 2004 Aug; 172: 777

**59071** Kumar, V., Chapple, C. C., Chess-Williams, R. Characteristics of adenosine triphosphatase release from porcine and human normal bladder. J Urol. 2004 Aug; 172: 744-7

**59072** Michel, M. C., de la Rosette, J. J., Piro, M., Goepel, M. Does concomitant stress incontinence alter the efficacy of tolterodine in patients with overactive bladder?. J Urol. 2004 Aug; 172: 601-4

**American Urological Association, Inc.**

SUI Guidelines Panel

59073    Subasi, M., Arslan, H., Necmioglu, S., Onen, A., Ozen, S., Kaya, M. Long-term outcomes of conservatively treated paediatric pelvic fractures. Injury. 2004 Aug; 35: 771-81

59074    Avery, J. C., Gill, T. K., MacLennan, A. H., Chittleborough, C. R., Grant, J. F., Taylor, A. W. The impact of incontinence on health-related quality of life in a South Australian population sample. Aust N Z J Public Health. 2004 Apr; 28: 173-9

59075    Bardsley, A. Key trends in the management and treatment of stress urinary incontinence. Prof Nurse. 2004 Jun; 19: 30-2

59076    Valpas, A., Kivela, A., Penttinen, J., Kujansuu, E., Haarala, M., Nilsson, C. G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol. 2004 Jul; 104: 42-9

59077    Bader, A. A., Tamussino, K. F., Winter, R. Placement of a retropubic drain with the tension-free vaginal tape operation. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 101-3

59078    Zubke, W., Becker, S., Kramer, B., Wallwiener, D. Persistent urinary retention after tension-free vaginal tape: a new surgical solution. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 95-8

59079    Yan, A., Anne, M., Karine, A., Vanessa, F., Christophe, P., Anne, T., Patrick, M. Cystocele repair by a synthetic vaginal mesh secured anteriorly through the obturator foramen. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 90-4

59080    Dorairajan, L. N., Gupta, H., Kumar, S. Pelvic fracture-associated urethral injuries in girls: experience with primary repair. BJU Int. 2004 Jul; 94: 134-6

59081    Abouassaly, R., Steinberg, J. R., Lemieux, M., Marois, C., Gilchrist, L. I., Bourque, J. L., Tu le, M., Corcos, J. Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul; 94: 110-3

59082    Nissenkorn, I., Shalev, M., Radziszewski, P., Dobronski, P., Borkowski, A., De Jong, P. R. Patient-adjusted intermittent electrostimulation for treating stress and urge urinary incontinence. BJU Int. 2004 Jul; 94: 105-9

59083    Thaweekul, Y., Bunyavejchevin, S., Wisawasukmongchol, W., Santingamkun, A. Long term results of anterior colporrhaphy with Kelly plication for the treatment of stress urinary incontinence. J Med Assoc Thai. 2004 Apr; 87: 357-60

59084    Berkowitz, L. R. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 20-2004. A 46-year-old woman with pelvic-floor relaxation after a second vaginal delivery. N Engl J Med. 2004 Jun 24; 350: 2699-706

59085    El-Toukhy, T. A., Hefni, M., Davies, A., Mahadevan, S. The effect of different types of hysterectomy on urinary and sexual functions: a prospective study. J Obstet Gynaecol. 2004 Jun; 24: 420-5

59086    Cronje, H. S., De Beer, J. A., Bam, R. The pathophysiology of an enterocele and its management. J Obstet Gynaecol. 2004 Jun; 24: 408-13

59087    Wilson, S., Quek, M. L., Ginsberg, D. A. Transurethral injection of bulking agents for stress urinary incontinence following orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 244-6

59088    Meltomaa, S., Backman, T., Haarala, M. Concomitant vaginal surgery did not affect outcome of the tension-free vaginal tape operation during a prospective 3-year followup study. J Urol. 2004 Jul; 172: 222-6

59089    Quek, M. L., Ginsberg, D. A., Wilson, S., Skinner, E. C., Stein, J. P., Skinner, D. G. Pubovaginal slings for stress urinary incontinence following radical cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 219-21

59090    Rodriguez, L. V., de Almeida, F., Dorey, F., Raz, S. Does Valsalva leak point pressure predict outcome after the distal urethral polypropylene sling? Role of urodynamics in the sling era. J Urol. 2004 Jul; 172: 210-4

59091    Tunuguntla, H. S., Gousse, A. E. Missed bilateral bladder perforation during pubovaginal sling procedure. J Urol. 2004 Jul; 172: 189-90

59092    Thor, K. B., Donatucci, C. Central nervous system control of the lower urinary tract: new pharmacological approaches to stress urinary incontinence in women. J Urol. 2004 Jul; 172: 27-33

**American Urological Association, Inc.**

SUI Guidelines Panel

59093    Davila, G. W., Stanford, E., Korn, A. Prospective trial of gasless laparoscopic Burch colposuspension using conventional surgical instruments. J Am Assoc Gynecol Laparosc. 2004 May; 11: 197-203

59094    Teleman, P. M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Overactive bladder: prevalence, risk factors and relation to stress incontinence in middle-aged women. BJOG. 2004 Jun; 111: 600-4

59095    Chaliha, C., Digesu, A., Hutchings, A., Soligo, M., Khullar, V. Caesarean section is protective against stress urinary incontinence: an analysis of women with multiple deliveries. BJOG. 2004 Jul; 111: 754-5

59096    Gray, M. Stress urinary incontinence in women. J Am Acad Nurse Pract. 2004 May; 16: 188-90, 192-7

59097    Leboeuf, L., Mendez, L. E., Gousse, A. E. Small bowel obstruction associated with tension-free vaginal tape. Urology. 2004 Jun; 63: 1182-4

59098    Comiter, C. V., Colegrove, P. M. High rate of vaginal extrusion of silicone-coated polyester sling. Urology. 2004 Jun; 63: 1066-70

59099    Kuhn, A. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 136

59100    Delmas, V. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 134

59101    Costa, P., Grise, P., Droupy, S., Monneins, F., Assenmacher, C., Ballanger, P., Hermieu, J. F., Delmas, V., Boccon-Gibod, L., Ortuno, C. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study. Eur Urol. 2004 Jul; 46: 102-6; discussion 106-7

59102    Hampel, C., Artibani, W., Espuna Pons, M., Haab, F., Jackson, S., Romero, J., Gavart, S., Papanicolaou, S. Understanding the burden of stress urinary incontinence in Europe: a qualitative review of the literature. Eur Urol. 2004 Jul; 46: 15-27

59104    Haslam, J. The prevalence of stress urinary incontinence in women. Nurs Times. 2004 May 18; 100: 71-3

59105    Herrmann, V., Arya, L. A., Myers, D. L., Jackson, N. D., Palma, P. C., Riccetto, C. L. Urethral resistance measurement: a new method for evaluation of stress urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 208-11

59106    Sun, M. J., Chang, S. Y., Lin, K. C., Chen, G. D. Is an indwelling catheter necessary for bladder drainage after modified Burch colposuspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 203-7

59107    Feldner, P. C., Jr, Bezerra, L. R., de Castro, R. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Correlation between valsalva leak point pressure and maximal urethral closure pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 194-7

59108    Cetinel, B., Demirkesen, O., Onal, B., Akkus, E., Alan, C., Can, G. Are there any factors predicting the cure and complication rates of tension-free vaginal tape?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 188-93

59109    Minassian, V. A., Al-Badr, A., Drutz, H. P., Lovatsis, D. Tension-free vaginal tape, Burch, and slings: are there predictors for early postoperative voiding dysfunction?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 183-7

59110    Glavind, K., Sander, P. Erosion, defective healing and extrusion after tension-free urethropexy for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 179-82

59111    Kinchen, K. S., Long, S., Orsini, L., Crown, W., Bump, R. C. Healthcare utilization among women who undergo surgery for stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 154-9

59112    Eliasson, K., Nordlander, I., Mattsson, E., Larson, B., Hammarstrom, M. Prevalence of urinary leakage in nulliparous women with respect to physical activity and micturition habits. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 149-53

59113    Dallosso, H., Matthews, R., McGrother, C., Donaldson, M. Diet as a risk factor for the development of stress urinary incontinence: a longitudinal study in women. Eur J Clin Nutr. 2004 Jun; 58: 920-6

**American Urological Association, Inc.**

**SUI Guidelines Panel**

59114    Harmanli, O. H., Dandolu, V., Chatwani, A. J. Collagen content as a risk factor for urinary incontinence. JAMA. 2004 May 26; 291: 2431-2

59115    Klauser, A., Frauscher, F., Strasser, H., Helweg, G., Kolle, D., Strohmeyer, D., Stenzl, A., zur Nedden, D. Age-related rhabdosphincter function in female urinary stress incontinence: assessment of intraurethral sonography. J Ultrasound Med. 2004 May; 23: 631-7; quiz 638-9

59116    Bergman, J., Robertson, J. R., Elia, G. Effects of a magnetic field on pelvic floor muscle function in women with stress urinary incontinence. Altern Ther Health Med. 2004 May-Jun; 10: 70-2

59117    Heidrich, S. M., Wells, T. J. Effects of urinary incontinence: psychological well-being and distress in older community-dwelling women. J Gerontol Nurs. 2004 May; 30: 47-54

59118    Wein, A. J. A randomized crossover study to evaluate Ro 115-1240, a selective alpha-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 May; 93: 1115

59119    Van Kerrebroeck, P. Duloxetine: an innovative approach for treating stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 31-7

59120    Michel, M. C., Peters, S. L. Role of serotonin and noradrenaline in stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 23-30

59121    Viktrup, L., Summers, K. H., Dennett, S. L. Clinical practice guidelines for the initial management of urinary incontinence in women: a European-focused review. BJU Int. 2004 Jul; 94 Suppl 1: 14-22

59122    Pesce, F. Current management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 8-13

59123    Radley, S. C. Differential diagnosis of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 4-7

59124    Cardozo, L. New developments in the management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 1-3

59125    Benedetti-Panici, P., Zullo, M. A., Plotti, F., Manci, N., Muzii, L., Angioli, R. Long-term bladder function in patients with locally advanced cervical carcinoma treated with neoadjuvant chemotherapy and type 3-4 radical hysterectomy. Cancer. 2004 May 15; 100: 2110-7

59126    Schick, E., Bertrand, P. E., DuPont, C., Jolivet-Tremblay, M., Tessier, J. Urethral incompetence: an update with special reference to residual maximal urethral closure pressure. Urology. 2004 May; 63: 811-4

59127    Osmonov, D. K., Portillo, F. J. Re: functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2004 Jun; 171: 2388; author reply 2388-9

59128    Abramov, Y., Sand, P. K., Gandhi, S., Botros-Brey, S., Goldberg, R. P. Chronic pelvic actinomycosis following a bone anchored sling procedure. J Urol. 2004 Jun; 171: 2381

59129    Yalcin, I., Versi, E., Benson, J. T., Schafer, W., Bump, R. C. Validation of a clinical algorithm to diagnose stress urinary incontinence for large studies. J Urol. 2004 Jun; 171: 2321-5

59130    Mydlo, J. H. The impact of obesity in urology. Urol Clin North Am. 2004 May; 31: 275-87

59131    Wai, C. Y., Corton, M. M., Miller, M., Sailors, J., Schaffer, J. I. Multiple vaginal wall cysts: diagnosis and surgical management. Obstet Gynecol. 2004 May; 103: 1099-102

59132    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., Richter, H. E., Lin, F., Ireland, C. C., Kuppermann, M., Vittinghoff, E., Showstack, J., Washington, A. E., Hulley, S. B. Hysterectomy versus expanded medical treatment for abnormal uterine bleeding: clinical outcomes in the medicine or surgery trial. Obstet Gynecol. 2004 May; 103: 824-33

59133    Bai, S. W., Lee, J. W., Shin, J. S., Park, J. H., Kim, S. K., Park, K. H. The predictive values of various parameters in the diagnosis of stress urinary incontinence. Yonsei Med J. 2004 Apr 30; 45: 287-92

59134    Ellerkmann, R. M., McBride, A. W., Dunn, J. S., Bent, A. E., Blomquist, J. L., Kummer, L. G., Melick, C. F. A comparison of anticipatory and postprocedure pain perception in patients who undergo urodynamic procedures. Am J Obstet Gynecol. 2004 Apr; 190: 1034-8

Case 2:12-md-02327 Document 3080-16 Filed 09/15/16 Page 796 of 800 PageID #: 203275

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

59135   Baessler, K., Stanton, S. L. Does Burch colposuspension cure coital incontinence?. Am J Obstet Gynecol. 2004 Apr; 190: 1030-3

59136   Clemons, J. L., Aguilar, V. C., Tillinghast, T. A., Jackson, N. D., Myers, D. L. Patient satisfaction and changes in prolapse and urinary symptoms in women who were fitted successfully with a pessary for pelvic organ prolapse. Am J Obstet Gynecol. 2004 Apr; 190: 1025-9

59137   Kamo, I., Cannon, T. W., Conway, D. A., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. The role of bladder-to-urethral reflexes in urinary continence mechanisms in rats. Am J Physiol Renal Physiol. 2004 Sep; 287: F434-41

59138   Del Rio, C., Sanchez-Santos, R., Oreja, V., De Oca, J., Biondo, S., Pares, D., Osorio, A., Marti-Rague, J., Jaurrieta, E. Long-term urinary dysfunction after rectal cancer surgery. Colorectal Dis. 2004 May; 6: 198-202

59139   Dietz, H. P., Ellis, G., Wilson, P. D., Herbison, P. Voiding function after tension-free vaginal tape: a longitudinal study. Aust N Z J Obstet Gynaecol. 2004 Apr; 44: 152-5

59140   Salonia, A., Zanni, G., Nappi, R. E., Briganti, A., Deho, F., Fabbri, F., Colombo, R., Guazzoni, G., Di Girolamo, V., Rigatti, P., Montorsi, F. Sexual dysfunction is common in women with lower urinary tract symptoms and urinary incontinence: results of a cross-sectional study. Eur Urol. 2004 May; 45: 642-8; discussion 648

59141   Knight, G. E., Burnstock, G. The effect of pregnancy and the oestrus cycle on purinergic and cholinergic responses of the rat urinary bladder. Neuropharmacology. 2004 Jun; 46: 1049-56

59144   Goldberg, R. P., Tchetgen, M. B., Sand, P. K., Koduri, S., Rackley, R., Appell, R., Culligan, P. J. Incidence of pubic osteomyelitis after bladder neck suspension using bone anchors. Urology. 2004 Apr; 63: 704-8

59145   Huang, W. C., Yang, J. M. Anatomic comparison between laparoscopic and open Burch colposuspension for primary stress urinary incontinence. Urology. 2004 Apr; 63: 676-81; discussion 681

59146   Lo, T. S., Horng, S. G., Liang, C. C., Lee, S. J., Soong, Y. K. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology. 2004 Apr; 63: 671-5

59147   Carey, J. M., Leach, G. E. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology. 2004 Apr; 63: 665-70

59150   Manikandan, R., Kujawa, M., Pearson, E., O'Reilly, P. H., Brown, S. C. Results of the tension-free vaginal tape procedure for stress incontinence: patient's perspective. Int J Urol. 2004 Apr; 11: 206-12

59151   Ballagh, S. A. Vaginal hormone therapy for urogenital and menopausal symptoms. Semin Reprod Med. 2005 May; 23: 126-40

59152   Gurbuz, A., Karateke, A., Kabaca, C. Enuresis in childhood, and urinary and fecal incontinence in adult life: do they share a common cause?. BJU Int. 2005 May; 95: 1058-62

59153   Nesrallah, L. J., Almeida, F. G., Dall'oglio, M. F., Nesrallah, A. J., Srougi, M. Experience with the orthotopic ileal neobladder in women: a mid-term follow-up. BJU Int. 2005 May; 95: 1045-7

59154   Sakakibara, R., Ito, T., Uchiyama, T., Asahina, M., Liu, Z., Yamamoto, T., Yamanaka, Y., Hattori, T. Lower urinary tract function in dementia of Lewy body type. J Neurol Neurosurg Psychiatry. 2005 May; 76: 729-32

59155   Hijaz, A., Bena, J., Daneshgari, F. Long-term efficacy of a vaginal sling procedure in a rat model of stress urinary incontinence. J Urol. 2005 May; 173: 1817-9

59156   Ghoniem, G. M., Van Leeuwen, J. S., Elser, D. M., Freeman, R. M., Zhao, Y. D., Yalcin, I., Bump, R. C. A randomized controlled trial of duloxetine alone, pelvic floor muscle training alone, combined treatment and no active treatment in women with stress urinary incontinence. J Urol. 2005 May; 173: 1647-53

59157   Domingo, S., Alama, P., Ruiz, N., Perales, A., Pellicer, A. Diagnosis, management and prognosis of vaginal erosion after transobturator suburethral tape procedure using a nonwoven thermally bonded polypropylene mesh. J Urol. 2005 May; 173: 1627-30

59158   Sun, M. J., Chen, G. D., Chang, S. Y., Lin, K. C., Chen, S. Y. Prevalence of lower urinary tract symptoms during pregnancy in Taiwan. J Formos Med Assoc. 2005 Mar; 104: 185-9

59159    Pelvic floor exercise can reduce stress incontinence. Health News. 2005 Apr; 11: 11

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A6 - Bibliography sorted by Procite Number

Case 2:12-md-02327 Document 3080-10 Filed 09/19/19 Page 797 of 900 PageID #: 203276

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

59160    Giri, S. K., Drumm, J., Saunders, J. A., McDonald, J., Flood, H. D. Day-case sling surgery for stress urinary incontinence: feasibility and safety. BJU Int. 2005 Apr; 95: 827-32

59161    Bradshaw, H. D., Radley, S. C., Rosario, D. J., Chapple, C. R. Towards a better understanding of involuntary detrusor activity. BJU Int. 2005 Apr; 95: 799-803

59162    McIntosh, L. The role of the nurse in the use of vaginal pessaries to treat pelvic organ prolapse and/or urinary incontinence: a literature review. Urol Nurs. 2005 Feb; 25: 41-8

59163    Hamzeh, R., Oligbo, N. Tension-free tape procedure for a woman with a transplanted kidney. BJOG. 2005 Apr; 112: 508

59164    Costantini, S., Mistrangelo, E., Francioso, R., Valenzano Menada, M., Risso, D., Lantieri, P. Vaginal versus transabdominal hysterectomy: is mode of hysterectomy to influence pelvic statics or is pelvic statics to influence mode of hysterectomy?. Acta Obstet Gynecol Scand. 2005 Apr; 84: 376-9

59165    Shafik, A. Re: Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2005 Apr; 173: 1436; author reply 1436

59166    Reid, S. V., Parys, B. T. Long-term 5-year followup of the results of the vesica procedure. J Urol. 2005 Apr; 173: 1234-6

59167    Frederick, R. W., Leach, G. E. Cadaveric prolapse repair with sling: intermediate outcomes with 6 months to 5 years of followup. J Urol. 2005 Apr; 173: 1229-33

59168    Bonnet, P., Waltregny, D., Reul, O., de Leval, J. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: anatomical considerations. J Urol. 2005 Apr; 173: 1223-8

59169    Latini, J. M., Zimmerman, M. B., Kreder, K. J., Jr Association between valsalva and cough leak point pressures and pelvic organ prolapse quantification in women with stress incontinence. J Urol. 2005 Apr; 173: 1219-22

59170    Kuo, H. C. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int. 2005; 74: 147-52

59171    Hendrix, S. L., Cochrane, B. B., Nygaard, I. E., Handa, V. L., Barnabei, V. M., Iglesia, C., Aragaki, A., Naughton, M. J., Wallace, R. B., McNeeley, S. G. Effects of estrogen with and without progestin on urinary incontinence. JAMA. 2005 Feb 23; 293: 935-48

59172    Schweitzer, K. J., Vierhout, M. E., Milani, A. L. Surgery for pelvic organ prolapse in women of 80 years of age and older. Acta Obstet Gynecol Scand. 2005 Mar; 84: 286-9

59173    Bafghi, A., Benizri, E. I., Trastour, C., Benizri, E. J., Michiels, J. F., Bongain, A. Multifilament polypropylene mesh for urinary incontinence: 10 cases of infections requiring removal of the sling. BJOG. 2005 Mar; 112: 376-8

59174    Dietz, H. P., Hansell, N. K., Grace, M. E., Eldridge, A. M., Clarke, B., Martin, N. G. Bladder neck mobility is a heritable trait. BJOG. 2005 Mar; 112: 334-9

59175    Zullo, M. A., Plotti, F., Bellati, F., Muzii, L., Angioli, R., Panici, P. B. Transurethral polydimethylsiloxane implantation: a valid option for the treatment of stress urinary incontinence due to intrinsic sphincter deficiency without urethral hypermobility. J Urol. 2005 Mar; 173: 898-902

59176    Lin, A. T., Wang, S. J., Chen, K. K., Chang, L. S. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar; 173: 894-7

59177    Kim, J. The development and evaluation of an incontinence intervention program for the elderly women at elderly welfare center. Taehan Kanho Hakhoe Chi. 2004 Dec; 34: 1427-33

59178    Weiss, B. D. Selecting medications for the treatment of urinary incontinence. Am Fam Physician. 2005 Jan 15; 71: 315-22

59179    Murphy, M., Culligan, P. J., Arce, C. M., Graham, C. A., Blackwell, L., Heit, M. H. Is the cough-stress test necessary when placing the tension-free vaginal tape?. Obstet Gynecol. 2005 Feb; 105: 319-24

59180    Palma, P. C., Dambros, M., Riccetto, C. Z., Thiel, M., Netto, N. R., Jr The Ibero-American experience with a re-adjustable minimally invasive sling. BJU Int. 2005 Feb; 95: 341-5

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

59181    Chapple, C. R., Wein, A. J., Artibani, W., Brubaker, L., Haab, F., Heesakkers, J. P., Lightner, D. A critical review of diagnostic criteria for evaluating patients with symptomatic stress urinary incontinence. BJU Int. 2005 Feb; 95: 327-34

59182    Viktrup, L., Koke, S., Burgio, K. L., Ouslander, J. G. Stress urinary incontinence in active elderly women. South Med J. 2005 Jan; 98: 79-89

59183    McVeigh, C. Perimenopause: more than hot flushes and night sweats for some Australian women. J Obstet Gynecol Neonatal Nurs. 2005 Jan-Feb; 34: 21-7

59184    Bradley, C. S., Rovner, E. S., Morgan, M. A., Berlin, M., Novi, J. M., Shea, J. A., Arya, L. A. A new questionnaire for urinary incontinence diagnosis in women: development and testing. Am J Obstet Gynecol. 2005 Jan; 192: 66-73

59185    Chaliha, C., Digesu, G. A., Hutchings, A., Khullar, V. Changes in urethral function with bladder filling in the presence of urodynamic stress incontinence and detrusor overactivity. Am J Obstet Gynecol. 2005 Jan; 192: 60-5

59186    Kenton, K., Fitzgerald, M. P., Brubaker, L. Striated urethral sphincter activity does not alter urethral pressure during filling cystometry. Am J Obstet Gynecol. 2005 Jan; 192: 55-9

59187    Abdel-Hady,, el-S, Constantine, G. Outcome of the use of tension-free vaginal tape in women with mixed urinary incontinence, previous failed surgery, or low valsalva pressure. J Obstet Gynaecol Res. 2005 Feb; 31: 38-42

59188    Dubravica, M., Demarin, V. Electromyographic study of the anal sphincter in women. Coll Antropol. 2004 Dec; 28: 769-74

59189    Qiu, Y., DU, C., Shen, X. Transurethral resection in women with lower urinary tract symptoms. Int J Urol. 2004 Dec; 11: 1097-103

59190    Milani, R., Salvatore, S., Soligo, M., Pifarotti, P., Meschia, M., Cortese, M. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan; 112: 107-11

59191    Ramsay, I. N. The treatment of stress incontinence--is there a role for laparoscopy?. BJOG. 2004 Dec; 111 Suppl 1: 49-52

59192    Bombieri, L. Is there a role for colposuspension?. BJOG. 2004 Dec; 111 Suppl 1: 46-8

59193    Stanton, S. L. Mid-urethral tapes: which? Review of available commercial mid-urethral tapes for the correction of stress incontinence. BJOG. 2004 Dec; 111 Suppl 1: 41-5

59194    Robinson, D., Cardozo, L. Oestrogens and the lower urinary tract. BJOG. 2004 Dec; 111 Suppl 1: 10-4

59195    Hilton, P., Dolan, L. M. Pathophysiology of urinary incontinence and pelvic organ prolapse. BJOG. 2004 Dec; 111 Suppl 1: 5-9

59196    Rodriguez, L. V., Chen, S., Jack, G. S., de Almeida, F., Lee, K. W., Zhang, R. New objective measures to quantify stress urinary incontinence in a novel durable animal model of intrinsic sphincter deficiency. Am J Physiol Regul Integr Comp Physiol. 2005 May; 288: R1332-8

59197    Lara, M. D., Kothari, S. N., Sugerman, H. J. Surgical management of obesity: a review of the evidence relating to the health benefits and risks. Treat Endocrinol. 2005; 4: 55-64

59198    Dietz, H. P., Haylen, B. T. Symptoms of voiding dysfunction: what do they really mean?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 52-5; discussion 55

59199    Dietz, H. P., Wilson, P. D. Laparoscopic colposuspension versus urethropexy: a case-control series. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 15-8; discussion 18

59200    Chan, L. W., Tse, V. W. Unrecognized bladder perforation while placing a suburethral synthetic sling: a minimally invasive technique for removing an intravesical sling segment. BJU Int. 2005 Jan; 95: 187-8

59201    Duckett, J. R., Jain, S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int. 2005 Jan; 95: 95-7

59202    Smith, A. L., Moy, M. L. Modern management of women with stress urinary incontinence. Ostomy Wound Manage. 2004 Dec; 50: 32-9; quiz 40-1

**59203** Scholes, D., Hooton, T. M., Roberts, P. L., Gupta, K., Stapleton, A. E., Stamm, W. E. Risk factors associated with acute pyelonephritis in healthy women. Ann Intern Med. 2005 Jan 4; 142: 20-7

**59204** Summaries for patients. Factors associated with acute kidney infections in healthy women. Ann Intern Med. 2005 Jan 4; 142: I34

**59205** Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Randomized comparison of Burch urethropexy procedures concomitant with gynecologic operations. Gynecol Obstet Invest. 2005; 59: 19-23

**59206** Tapp, K., Connolly, A., Visco, A. G. Evaluation of Aa point and cotton-tipped swab test as predictors of urodynamic stress incontinence. Obstet Gynecol. 2005 Jan; 105: 115-9

**59207** Pollock, L. SUI after childbirth. RCM Midwives. 2004 Dec; 7: 504

**59208** Ahmad, S., Nishtar, A., Hafeez, G. A., Khan, Z. Management of vesico-vaginal fistulas in women. Int J Gynaecol Obstet. 2005 Jan; 88: 71-5

**59209** Digesu, G. A., Khullar, V., Cardozo, L., Sethna, F., Salvatore, S. Preoperative pressure-flow studies: useful variables to predict the outcome of continence surgery. BJU Int. 2004 Dec; 94: 1296-9

**59210** Matharu, G., Donaldson, M. M., McGrother, C. W., Matthews, R. J. Relationship between urinary symptoms reported in a postal questionnaire and urodynamic diagnosis. Neurourol Urodyn. 2005; 24: 100-5

**59211** Helstrom, L., Nilsson, B. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand. 2005 Jan; 84: 79-84

**59212** Oskay, U. Y., Beji, N. K., Yalcin, O. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand. 2005 Jan; 84: 72-8

**59213** Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Does pregnancy affect pelvic organ mobility?. Aust N Z J Obstet Gynaecol. 2004 Dec; 44: 517-20

**59214** Ghezzi, F., Cromi, A., Raio, L., Bergamini, V., Triacca, P., Serati, M., Kuhn, A. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. Eur J Obstet Gynecol Reprod Biol. 2005 Jan 10; 118: 96-100

**59215** Wang, A. C., Lee, L. Y., Lin, C. T., Chen, J. R. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: a prospective case-controlled pilot study. Am J Obstet Gynecol. 2004 Dec; 191: 1868-74

**59216** Amarenco, G., Ismael, S. S., Lagauche, D., Raibaut, P., Rene-Corail, P., Wolff, N., Thoumie, P., Haab, F. Cough anal reflex: strict relationship between intravesical pressure and pelvic floor muscle electromyographic activity during cough. Urodynamic and electrophysiological study. J Urol. 2005 Jan; 173: 149-52

**59217** Bjelic-Radisic, V., Dorfer, M., Tamussino, K., Greimel, E. Psychometric properties and validation of the German-language King's Health Questionnaire in women with stress urinary incontinence. Neurourol Urodyn. 2005; 24: 63-8

**59218** Connolly, T. P. Necrotizing surgical site infection after tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1275-6

**59219** Long, C. Y., Lo, T. S., Liu, C. M., Hsu, S. C., Chang, Y., Tsai, E. M. Lateral excision of tension-free vaginal tape for the treatment of iatrogenic urethral obstruction. Obstet Gynecol. 2004 Dec; 104: 1270-4

**59220** Segal, J. L., Vassallo, B., Kleeman, S., Silva, W. A., Karram, M. M. Prevalence of persistent and de novo overactive bladder symptoms after the tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1263-9

**59221** Paraiso, M. F., Walters, M. D., Karram, M. M., Barber, M. D. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104: 1249-58

**59222** Minassian, V. A., Al-Badr, A., Pascali, D. U., Lovatsis, D., Drutz, H. P. Tension-free vaginal tape: do patients who fail to follow-up have the same results as those who do?. Neurourol Urodyn. 2005; 24: 35-8

**59223** Haferkamp, A., Mundhenk, J., Bastian, P. J., Reitz, A., Dorsam, J., Pannek, J., Schumacher, S., Schurch, B., Buttner, R., Muller, S. C. Increased expression of connexin 43 in the overactive neurogenic detrusor. Eur Urol. 2004 Dec; 46: 799-805

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**59224** Soderberg, M. W., Falconer, C., Bystrom, B., Malmstrom, A., Ekman, G. Young women with genital prolapse have a low collagen concentration. Acta Obstet Gynecol Scand. 2004 Dec; 83: 1193-8

**59225** Zullo, F., Palomba, S., Russo, T., Sbano, F. M., Falbo, A., Morelli, M., Pellicano, M., Mastrantonio, P. Laparoscopic colposuspension using sutures or prolene meshes: a 3-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2004 Dec 1; 117: 201-3

**59226** Anger, J. T., Rodriguez, L. V. Mixed incontinence: stressing about urge. Curr Urol Rep. 2004 Dec; 5: 427-31

**59227** Paick, J. S., Ku, J. H., Shin, J. W., Park, K., Son, H., Oh, S. J., Kim, S. W. Significance of pad test loss for the evaluation of women with urinary incontinence. Neurourol Urodyn. 2005; 24: 39-43

**59228** Turkan, A., Inci, Y., Fazli, D. The short-term effects of physical therapy in different intensities of urodynamic stress incontinence. Gynecol Obstet Invest. 2005; 59: 43-8

**59229** Mikhail, M. S., Rosa, H., Palan, P., Anderson, P. Comparison of preoperative and postoperative pressure transmission ratio and urethral pressure profilometry in patients with successful outcome following the vaginal wall patch sling technique. Neurourol Urodyn. 2005; 24: 31-4

**59230** But, I., Bratus, D., Faganelj, M. Prolene tape in the bladder wall after TVT procedure--intramural tape placement or secondary tape migration?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 75-6

**59231** Early symptoms of ovarian cancer exist but may not be recognized. Mayo Clin Womens Healthsource. 2005 Apr; 9: 3

**59232** Hartmann, K., Viswanathan, M., Palmieri, R., Gartlehner, G., Thorp, J., Jr, Lohr, K. N. Outcomes of routine episiotomy: a systematic review. JAMA. 2005 May 4; 293: 2141-8

**59234** Boemers, T. M., Schimke, C. M. Colpo-wrap: a new continence procedure. BJU Int. 2005 May; 95: 1063-4

**59236** Castellan, M. A., Gosalbez, R., Labbie, A., Ibrahim, E., Disandro, M. Outcomes of continent catheterizable stomas for urinary and fecal incontinence: comparison among different tissue options. BJU Int. 2005 May; 95: 1053-7

**59238** Drake, M. J., Harvey, I. J., Gillespie, J. I., Van Duyl, W. A. Localized contractions in the normal human bladder and in urinary urgency. BJU Int. 2005 May; 95: 1002-5

**59239** Chapple, C., Steers, W., Norton, P., Millard, R., Kralidis, G., Glavind, K., Abrams, P. A pooled analysis of three phase III studies to investigate the efficacy, tolerability and safety of darifenacin, a muscarinic M3 selective receptor antagonist, in the treatment of overactive bladder. BJU Int. 2005 May; 95: 993-1001

**59241** Gill, S. S., Mamdani, M., Naglie, G., Streiner, D. L., Bronskill, S. E., Kopp, A., Shulman, K. I., Lee, P. E., Rochon, P. A. A prescribing cascade involving cholinesterase inhibitors and anticholinergic drugs. Arch Intern Med. 2005 Apr 11; 165: 808-13

**59242** Evans, D. Discreet products for children and teenagers with continence problems. Nurs Times. 2005 Mar 22-28; 101: 50-2

**59243** Goldstein, R. E., Westropp, J. L. Urodynamic testing in the diagnosis of small animal micturition disorders. Clin Tech Small Anim Pract. 2005 Feb; 20: 65-72

**59246** But, I., Faganelj, M., Sostaric, A. Functional magnetic stimulation for mixed urinary incontinence. J Urol. 2005 May; 173: 1644-6

**59247** Zinner, N., Harnett, M., Sabounjian, L., Sandage, B., Jr, Dmochowski, R., Staskin, D. The overactive bladder-symptom composite score: a composite symptom score of toilet voids, urgency severity and urge urinary incontinence in patients with overactive bladder. J Urol. 2005 May; 173: 1639-44

**59249** McGuire, E. J. Urinary incontinence: a diverse condition. J Urol. 2005 May; 173: 1453-4

**59251** Goode, P. S., Burgio, K. L., Halli, A. D., Jones, R. W., Richter, H. E., Redden, D. T., Baker, P. S., Allman, R. M. Prevalence and correlates of fecal incontinence in community-dwelling older adults. J Am Geriatr Soc. 2005 Apr; 53: 629-35

**59253** Stem cells may cure urinary incontinence. In this experimental treatment, a patient's own cells can stop leaks in as little as one day. Health News. 2005 Mar; 11: 4-5

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**59254** Friedman, S. M., Steinwachs, D. M., Rathouz, P. J., Burton, L. C., Mukamel, D. B. Characteristics predicting nursing home admission in the program of all-inclusive care for elderly people. Gerontologist. 2005 Apr; 45: 157-66

**59257** Artibani, W., Cerruto, M. A. The role of imaging in urinary incontinence. BJU Int. 2005 Apr; 95: 699-703

**59258** Col, C., Hasdemir, O., Yalcin, E., Guzel, H., Tunc, G., Bilgen, K., Kucukpinar, T. The assessment of urinary function following extended lymph node dissection for colorectal cancer. Eur J Surg Oncol. 2005 Apr; 31: 237-41

**59260** Ruff, C. C. Risk factors for urinary incontinence in African-American women. Urol Nurs. 2005 Feb; 25: 33-9

**59262** Rodriguez-Veiga, E., Mestre-Nieto, L., Martinez-Sainz, P., Garcia-Pascual, A., Martin-Palacios, S., Marin-Garcia, P., Gonzalez-Soriano, J. Stereological study of the external urethral sphincter in the female urethra of the lamb: a new model for studies on urinary continence. Anat Histol Embryol. 2005 Apr; 34: 85-92

**59263** Stanton, A. L., Bernaards, C. A., Ganz, P. A. The BCPT symptom scales: a measure of physical symptoms for women diagnosed with or at risk for breast cancer. J Natl Cancer Inst. 2005 Mar 16; 97: 448-56

**59264** Melville, J. L., Katon, W., Delaney, K., Newton, K. Urinary incontinence in US women: a population-based study. Arch Intern Med. 2005 Mar 14; 165: 537-42

**59265** Teunissen, D., Lagro-Janssen, T. Urinary incontinence in community dwelling elderly: are there sex differences in help-seeking behaviour?. Scand J Prim Health Care. 2004 Dec; 22: 209-16

**59267** Jorgensen, L., Engstad, T., Jacobsen, B. K. Self-reported urinary incontinence in noninstitutionalized long-term stroke survivors: A population-based study. Arch Phys Med Rehabil. 2005 Mar; 86: 416-20

**59269** Nijman, R. J., Borgstein, N. G., Ellsworth, P., Djurhuus, J. C. Tolterodine treatment for children with symptoms of urinary urge incontinence suggestive of detrusor overactivity: results from 2 randomized, placebo controlled trials. J Urol. 2005 Apr; 173: 1334-9

**59270** Stothers, L., Thom, D., Calhoun, E. Urologic diseases in America project: urinary incontinence in males-- demographics and economic burden. J Urol. 2005 Apr; 173: 1302-8

**59271** Thom, D. H., Nygaard, I. E., Calhoun, E. A. Urologic diseases in America project: urinary incontinence in women- national trends in hospitalizations, office visits, treatment and economic impact. J Urol. 2005 Apr; 173: 1295-301

**59276** Cardozo, L., Dixon, A. Increased warning time with darifenacin: a new concept in the management of urinary urgency. J Urol. 2005 Apr; 173: 1214-8

**59278** Schuessler, B. Research of surgical outcome of incontinence surgery in women. Am J Obstet Gynecol. 2005 Mar; 192: 984-5; author reply 985

**59279** Swift, S., Woodman, P., O'Boyle, A., Kahn, M., Valley, M., Bland, D., Wang, W., Schaffer, J. Pelvic Organ Support Study (POSST): the distribution, clinical definition, and epidemiologic condition of pelvic organ support defects. Am J Obstet Gynecol. 2005 Mar; 192: 795-806

**59280** Bahl, R., Strachan, B., Murphy, D. J. Pelvic floor morbidity at 3 years after instrumental delivery and cesarean delivery in the second stage of labor and the impact of a subsequent delivery. Am J Obstet Gynecol. 2005 Mar; 192: 789-94

**59281** Wren, P. A., Janz, N. K., Brubaker, L., Fitzgerald, M. P., Weber, A. M., LaPorte, F. B., Wei, J. T. Reliability of health-related quality-of-life measures 1 year after surgical procedures for pelvic floor disorders. Am J Obstet Gynecol. 2005 Mar; 192: 780-8

**59282** Samanci, N., Dora, B., Kizilay, F., Balci, N., Ozcan, E., Arman, M. Factors affecting one year mortality and functional outcome after first ever ischemic stroke in the region of Antalya, Turkey (a hospital-based study). Acta Neurol Belg. 2004 Dec; 104: 154-60

**59283** Bo, K., Sherburn, M. Evaluation of female pelvic-floor muscle function and strength. Phys Ther. 2005 Mar; 85: 269-82

**59284** DuBeau, C. E. Estrogen treatment for urinary incontinence: never, now, or in the future?. JAMA. 2005 Feb 23; 293: 998-1001

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6  Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**59286**  Simmons, R. Conservative and surgical approaches to the treatment of overactive bladder. Prof Nurse. 2005 Feb; 20: 31-3

**59287**  Dmochowski, R. Urinary frequency: event measure, outcome significance?. Curr Urol Rep. 2005 Mar; 6: 87-8

**59291**  Fornell, E. U., Matthiesen, L., Sjodahl, R., Berg, G. Obstetric anal sphincter injury ten years after: subjective and objective long term effects. BJOG. 2005 Mar; 112: 312-6

**59292**  Akbal, C., Genc, Y., Burgu, B., Ozden, E., Tekgul, S. Dysfunctional voiding and incontinence scoring system: quantitative evaluation of incontinence symptoms in pediatric population. J Urol. 2005 Mar; 173: 969-73

**59295**  Rao, A. R., Karim, O. M., Motiwala, H. G. Urethral diverticula: a diagnostic dilemma. BJU Int. 2005 Mar; 95: 680-1

**59296**  Cardozo, L., Coyne, K. S., Versi, E. Validation of the urgency perception scale. BJU Int. 2005 Mar; 95: 591-6

**59297**  Steers, W., Corcos, J., Foote, J., Kralidis, G. An investigation of dose titration with darifenacin, an M3-selective receptor antagonist. BJU Int. 2005 Mar; 95: 580-6

**59298**  Kondoh, T., Amamoto, N., Doi, T., Hamada, H., Ogawa, Y., Nakashima, M., Sasaki, H., Aikawa, K., Tanaka, T., Aoki, M., Harada, J., Moriuchi, H. Dramatic improvement in Down syndrome-associated cognitive impairment with donepezil. Ann Pharmacother. 2005 Mar; 39: 563-6

**59299**  Chen, C. H., Lee, Y. H., Tzeng, W. S., Huan, S. K. A patient with urgency, frequency, and low serum C reactive protein concentration. Postgrad Med J. 2005 Feb; 81: 139-40

**59300**  Elkelini, M., Hassouna, M. M. Canadian experience in sacral neuromodulation. Urol Clin North Am. 2005 Feb; 32: 41-9

**59301**  Wall, J., Colley, T. A study to evaluate factors for inclusion in a new self-assessed risk indicator for persons who use a wheelchair for mobility. J Tissue Viability. 2005 Jan; 15: 9-16

**59302**  Abeygunasekera, A. M. Clean intermittent catheterisation. Ceylon Med J. 2004 Dec; 49: 107-9

**59305**  Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Obstet Gynecol. 2005 Feb; 105: 431-2

**59317**  Anders, K. Devices for continence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 61-6

**59321**  Freeman, R. M. The role of pelvic floor muscle training in urinary incontinence. BJOG. 2004 Dec; 111 Suppl 1: 37-40

**59322**  Wagg, A. Urinary incontinence--older people: where are we now?. BJOG. 2004 Dec; 111 Suppl 1: 15-9

**59325**  Mayne, C. J., Assassa, R. P. Epidemiology of incontinence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 2-4

**59326**  Themistocleous, G. S., Papagelopoulos, P. J., Petraki, K. D., Stilianessi, E. V., Partsinevelos, A. A., Sapkas, G. S. A 23-year-old woman with complete paraplegia and anesthesia below the T8 level. Clin Orthop Relat Res. 2005 Jan; : 258-65

**59327**  Newman, D. K. Report of a mail survey of women with bladder control disorders. Urol Nurs. 2004 Dec; 24: 499-507

**59328**  Duffau, H., Capelle, L. Incontinence after brain glioma surgery: new insights into the cortical control of micturition and continence. Case report. J Neurosurg. 2005 Jan; 102: 148-51

**59331**  Karantanis, E., Allen, W., Stevermuer, T. L., Simons, A. M., O'Sullivan, R., Moore, K. H. The repeatability of the 24-hour pad test. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 63-8; discussion 68

**59333**  Culligan, P. J., Myers, J. A., Goldberg, R. P., Blackwell, L., Gohmann, S. F., Abell, T. D. Elective cesarean section to prevent anal incontinence and brachial plexus injuries associated with macrosomia--a decision analysis. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 19-28; discussion 28

**59335**  Barth, A., Reichler, I. M., Hubler, M., Hassig, M., Arnold, S. Evaluation of long-term effects of endoscopic injection of collagen into the urethral submucosa for treatment of urethral sphincter incompetence in female dogs: 40 cases (1993-2000). J Am Vet Med Assoc. 2005 Jan 1; 226: 73-6

**59336**  Ermer-Seltun, J. Good counsel on continence. Ostomy Wound Manage. 2004 Dec; 50: 20-3

**American Urological Association, Inc.**

SUI Guidelines Panel

59337 Lipton, R. B., Kolodner, K., Wesnes, K. Assessment of cognitive function of the elderly population: effects of darifenacin. J Urol. 2005 Feb; 173: 493-8

59338 Frankenburg, F. R., Zanarini, M. C. The association between borderline personality disorder and chronic medical illnesses, poor health-related lifestyle choices, and costly forms of health care utilization. J Clin Psychiatry. 2004 Dec; 65: 1660-5

59341 Kelleher, C. J., Cardozo, L., Chapple, C. R., Haab, F., Ridder, A. M. Improved quality of life in patients with overactive bladder symptoms treated with solifenacin. BJU Int. 2005 Jan; 95: 81-5

59342 Herschorn, S., Becker, D., Miller, E., Thompson, M., Forte, L. Impact of a health education intervention in overactive bladder patients. Can J Urol. 2004 Dec; 11: 2430-7

59346 Jackson, S. L., Boyko, E. J., Scholes, D., Abraham, L., Gupta, K., Fihn, S. D. Predictors of urinary tract infection after menopause: a prospective study. Am J Med. 2004 Dec 15; 117: 903-11

59347 Pereira, C. E., Lynch, J. C. Spinal epidural abscess: an analysis of 24 cases. Surg Neurol. 2005; 63 Suppl 1: S26-9

59349 Schatz, I. J. Case 27-2004: multiple-system atrophy. N Engl J Med. 2004 Dec 30; 351: 2881-3; author reply 2881-3

59351 Ishunina, T. A., Kamphorst, W., Swaab, D. F. Metabolic alterations in the hypothalamus and basal forebrain in vascular dementia. J Neuropathol Exp Neurol. 2004 Dec; 63: 1243-54

59353 Chen, S. Y. The development and testing of the pelvic floor muscle exercise self-efficacy scale. J Nurs Res. 2004 Dec; 12: 257-66

59354 Constantini, E., Mearini, L., Biscotto, S., Giannantoni, A., Bini, V., Porena, M. Impact of different sized catheters on pressure-flow studies in women with lower urinary tract symptoms. Neurourol Urodyn. 2005; 24: 106-10

59355 Schmid, D. M., Curt, A., Hauri, D., Schurch, B. Motor evoked potentials (MEP) and evoked pressure curves (EPC) from the urethral compressive musculature (UCM) by functional magnetic stimulation in healthy volunteers and patients with neurogenic incontinence. Neurourol Urodyn. 2005; 24: 117-27

59356 Glazener, C. M., Herbison, G. P., MacArthur, C., Grant, A., Wilson, P. D. Randomised controlled trial of conservative management of postnatal urinary and faecal incontinence: six year follow up. BMJ. 2005 Feb 12; 330: 337

59357 Chiarelli, P. Urinary incontinence: the last taboo?. Aust J Rural Health. 2004 Dec; 12: 277-8

59359 Vandoninck, V., Bemelmans, B. L., Mazzetta, C., Robertson, C., Keech, M., Boyle, P., Kiemeney, L. A. The prevalence of urinary incontinence in community-dwelling married women: a matter of definition. BJU Int. 2004 Dec; 94: 1291-5

59360 Yokozuka, M., Namima, T., Nakagawa, H., Ichie, M., Handa, Y. Effects and indications of sacral surface therapeutic electrical stimulation in refractory urinary incontinence. Clin Rehabil. 2004 Dec; 18: 899-907

59364 Dannecker, C., Hillemanns, P., Strauss, A., Hasbargen, U., Hepp, H., Anthuber, C. Episiotomy and perineal tears presumed to be imminent: the influence on the urethral pressure profile, analmanometric and other pelvic floor findings--follow-up study of a randomized controlled trial. Acta Obstet Gynecol Scand. 2005 Jan; 84: 65-71

59365 Stern, R. M., Vitellaro, K., Thomas, M., Higgins, S. C., Koch, K. L. Electrogastrographic biofeedback: a technique for enhancing normal gastric activity. Neurogastroenterol Motil. 2004 Dec; 16: 753-7

59368 Wai, C. Y., Liehr, P., Boreham, M. K., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on smooth muscles of the lower urinary tract. Am J Obstet Gynecol. 2004 Dec; 191: 1950-60

59370 Kessler, T. M., Madersbacher, H., Kiss, G. Bilateral migration of sacral neuromodulation tined leads in a thin patient. J Urol. 2005 Jan; 173: 153-4

59372 Lam, S. P., Fong, S. Y., Kwok, A., Wong, T., Wing, Y. K. Delayed neuropsychiatric impairment after carbon monoxide poisoning from burning charcoal. Hong Kong Med J. 2004 Dec; 10: 428-31

59373 Penning-van Beest, F. J., Sturkenboom, M. C., Bemelmans, B. L., Herings, R. M. Undertreatment of urinary incontinence in general practice. Ann Pharmacother. 2005 Jan; 39: 17-21

## Appendix A6 - Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

59374   Saleh, N., Bener, A., Khenyab, N., Al-Mansori, Z., Al Muraikhi, A. Prevalence, awareness and determinants of health care-seeking behaviour for urinary incontinence in Qatari women: a neglected problem?. Maturitas. 2005 Jan 10; 50: 58-65

59375   Jenkins, K. R., Fultz, N. H. Functional impairment as a risk factor for urinary incontinence among older Americans. Neurourol Urodyn. 2005; 24: 51-5

59377   Porru, D., Tinelli, C., Gerardini, M., Giliberto, G. L., Stancati, S., Rovereto, B. Evaluation of urinary and general symptoms and correlation with other clinical parameters in interstitial cystitis patients. Neurourol Urodyn. 2005; 24: 69-73

59378   Fultz, N. H., Fisher, G. G., Jenkins, K. R. Does urinary incontinence affect middle-aged and older women's time use and activity patterns?. Obstet Gynecol. 2004 Dec; 104: 1327-34

59384   DuBeau, C. E., Khullar, V., Versi, E. 'Unblinding' in randomized controlled drug trials for urinary incontinence: Implications for assessing outcomes when adverse effects are evident. Neurourol Urodyn. 2005; 24: 13-20

59385   Hely, M. A., Morris, J. G., Reid, W. G., Trafficante, R. Sydney Multicenter Study of Parkinson's disease: non-L-dopa-responsive problems dominate at 15 years. Mov Disord. 2005 Feb; 20: 190-9

59387   Giannitsas, K., Perimenis, P., Athanasopoulos, A., Gyftopoulos, K., Nikiforidis, G., Barbalias, G. Comparison of the efficacy of tolterodine and oxybutynin in different urodynamic severity grades of idiopathic detrusor overactivity. Eur Urol. 2004 Dec; 46: 776-82; discussion 782-3

59391   Staskin, D. R., Harnett, M. D. Effect of trospium chloride on somnolence and sleepiness in patients with overactive bladder. Curr Urol Rep. 2004 Dec; 5: 423-6

59392   Yan, Y. J., Feng, Z. X., Min, Z. H., Jin, Y. X. Single-system ectopic ureters associated with renal dysplasia. Pediatr Surg Int. 2004 Dec; 20: 851-4

59393   Horrocks, S., Somerset, M., Stoddart, H., Peters, T. J. What prevents older people from seeking treatment for urinary incontinence? A qualitative exploration of barriers to the use of community continence services. Fam Pract. 2004 Dec; 21: 689-96

59396   Wenning, G. K., Tison, F., Seppi, K., Sampaio, C., Diem, A., Yekhlef, F., Ghorayeb, I., Ory, F., Galitzky, M., Scaravilli, T., Bozi, M., Colosimo, C., Gilman, S., Shults, C. W., Quinn, N. P., Rascol, O., Poewe, W. Development and validation of the Unified Multiple System Atrophy Rating Scale (UMSARS). Mov Disord. 2004 Dec; 19: 1391-402

59398   Appendino, G., De Petrocellis, L., Trevisani, M., Minassi, A., Daddario, N., Moriello, A. S., Gazzieri, D., Ligresti, A., Campi, B., Fontana, G., Pinna, C., Geppetti, P., Di Marzo, V. Development of the first ultra-potent 'capsaicinoid' agonist at transient receptor potential vanilloid type 1 (TRPV1) channels and its therapeutic potential. J Pharmacol Exp Ther. 2005 Feb; 312: 561-70

59399   Faria, C. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Effects of tamoxifen on Doppler velocimetry parameters of periurethral vessels in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 56-9; discussion 59

59400   Glavind, K., Kempf, L. Colpectomy or Le Fort colpocleisis--a good option in selected elderly patients. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 48-51; discussion 51

59401   Byles, J. E., Chiarelli, P., Hacker, A. H., Bruin, C., Cockburn, J., Parkinson, L. An evaluation of three community-based projects to improve care for incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 29-38; discussion 38

59402   Larrieu, S., Peres, K., Letenneur, L., Berr, C., Dartigues, J. F., Ritchie, K., Fevrier, B., Alperovitch, A., Barberger-Gateau, P. Relationship between body mass index and different domains of disability in older persons: the 3C study. Int J Obes Relat Metab Disord. 2004 Dec; 28: 1555-60

59404   Heit, M., Blackwell, L., Ouseph, R. Comorbidities affect the impact of urinary incontinence as measured by disease-specific quality of life instruments. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 6-11; discussion 11

**7109 articles listed**

# Appendix A7 - Efficacy - Cure.Dry Rates. Any Prolapse

## SUI Guideline Update Panel
### Efficacy - Cure / Dry
### ANY Prolapse*

### Suspensions

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/460 | 89% | (84 - 93)% | 2/35 | 86% | (69 - 96)% | 9/517 | 88% | (83 - 92)% |
| Burch | 7/460 | 89% | (84 - 93)% | 2/35 | 86% | (69 - 96)% | 9/517 | 88% | (83 - 92)% |
| Laparoscopic | 3/150 | 87% | (75 - 94)% | 4/146 | 87% | (81 - 92)% | 12/564 | 88% | (85 - 91)% |

### Slings

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/36 | 89% | (76 - 96)% | 2/42 | 97% | (87 - 100)% | 3/78 | 92% | (82 - 97)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/20 | 70% | (48 - 86)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/19 | 99% | (88 - 100)% |
| Cadaveric with bone anchors - Transvaginal | 1/234 | 82% | (77 - 86)% | | | | 1/234 | 82% | (77 - 86)% |
| Cadaveric without bone anchors | 3/133 | 58% | (36 - 78)% | | | | 3/133 | 58% | (36 - 78)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | | | | | | | 1/20 | 94% | (79 - 99)% |
| Synthetic at midurethra | 8/647 | 85% | (80 - 89)% | 8/489 | 86% | (77 - 93)% | 14/1089 | 85% | (80 - 89)% |
| Other Sling | | | | | | | 1/126 | 92% | (86 - 96)% |

### Injectables

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |

### Artificial Sphincter

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A7 – Efficacy – Cure.Dry Rates. Any Prolapse

## SUI Guideline Update Panel

### Efficacy - Cure / Dry ANY Prolapse*

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 7/346 | 83% | (75 - 90)% | 3/98 | 78% | (55 - 93)% | 9/403 | 83% | (75 - 90)% |
| Burch | 6/306 | 83% | (73 - 91)% | 2/58 | 87% | (59 - 99)% | 7/333 | 85% | (75 - 93)% |
| Laparoscopic | 2/186 | 86% | (59 - 98)% | 2/201 | 91% | (85 - 96)% | 7/359 | 83% | (73 - 91)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 1/80 | 85% | (76 - 92)% | | | | 1/80 | 85% | (76 - 92)% |
| Autologous vaginal wall slings w/without bone anchors | 2/60 | 89% | (64 - 99)% | | | | 2/60 | 89% | (64 - 99)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/9 | 87% | (59 - 99)% |
| Cadaveric with bone anchors - Transvaginal | | | | | | | 2/92 | 64% | (21 - 95)% |
| Cadaveric without bone anchors | 1/39 | 39% | (24 - 54)% | 1/19 | 89% | (70 - 98)% | 1/19 | 89% | (70 - 98)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | 1/32 | 81% | (65 - 92)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/98 | 76% | (66 - 83)% | 1/62 | 61% | (49 - 73)% | 3/184 | 75% | (56 - 90)% |
| Synthetic at midurethra | 6/543 | 83% | (74 - 91)% | 4/446 | 92% | (88 - 95)% | 11/881 | 87% | (81 - 91)% |
| Other Sling | | | | | | | | | |
| **Injectables** | | | | | | | | | |
| Other non-degradable synthetics | | | | | | | | | |
| **Artificial Sphincter** | 1/206 | 81% | (75 - 86)% | | | | 1/206 | 81% | (75 - 86)% |

Note: **G/P**: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A7 - Efficacy - Cure.Dry Rates. Any Prolapse

## SUI Guideline Update Panel

### Efficacy - Cure / Dry ANY Prolapse*

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 7/541 | 75% | (61 - 87)% | 1/56 | 80% | (69 - 89)% | 13/1072 | 67% | (56 - 76)% |
| Burch | 6/423 | 71% | (55 - 85)% | 1/56 | 80% | (69 - 89)% | 12/954 | 65% | (53 - 74)% |
| Laparoscopic | | | | | | | 1/34 | 88% | (74 - 96)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | | | | | | | 1/82 | 95% | (89 - 98)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/13 | 31% | (11 - 58)% | | | | 1/13 | 31% | (11 - 58)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | 1/49 | 85% | (74 - 93)% |
| Synthetic at bladder neck without bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at midurethra | 1/90 | 82% | (73 - 89)% | | | | 3/182 | 73% | (62 - 82)% |
| Other Sling | | | | | | | 2/101 | 76% | (64 - 85)% |
| **Injectables** | | | | | | | | | |
| Other non-degradable synthetics | | | | | | | 1/16 | 32% | (13 - 56)% |
| **Artificial Sphincter** | | | | | | | | | |

Note: **G/P: G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A8 -Efficacy - Cure.Dry Improved Rates. Any Prolapse
## SUI Guideline Update Panel
### Efficacy - Cure / Dry / Improved
### ANY Prolapse*

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/638 | 89% | (86 - 92)% | 4/189 | 92% | (86 - 97)% | 12/849 | 90% | (86 - 97)% |
| Burch | 8/638 | 89% | (86 - 92)% | 4/189 | 92% | (86 - 97)% | 12/849 | 90% | (87 - 92)% |
| Laparoscopic | 3/150 | 88% | (79 - 94)% | 6/224 | 85% | (78 - 91)% | 14/642 | 88% | (85 - 91)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/36 | 89% | (76 - 96)% | 2/42 | 97% | (87 - 100)% | 3/78 | 92% | (82 - 97)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/20 | 99% | (88 - 100)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/19 | 99% | (88 - 100)% |
| Cadaveric with bone anchors - Transvaginal | 1/234 | 82% | (77 - 86)% | | | | 1/234 | 82% | (77 - 86)% |
| Cadaveric without bone anchors | 3/133 | 81% | (69 - 90)% | | | | 3/133 | 81% | (69 - 90)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | 1/20 | 99% | (88 - 100)% |
| Synthetic at midurethra | 9/688 | 92% | (88 - 95)% | 8/460 | 89% | (81 - 94)% | 15/1121 | 93% | (89 - 95)% |
| Other Sling | | | | | | | 1/126 | 94% | (89 - 97)% |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: **G/P:** **G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A8 - Efficacy - Cure.Dry Improved Rates. Any Prolapse
## SUI Guideline Update Panel
### Efficacy - Cure / Dry / Improved
### ANY Prolapse*

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/346 | 93% | (87 - 97)% | 4/174 | 83% | (69 - 93)% | 10/459 | 91% | (85 - 95)% |
| Burch | 6/306 | 92% | (85 - 97)% | 3/134 | 89% | (77 - 96)% | 8/389 | 92% | (87 - 96)% |
| Laparoscopic | 3/199 | 89% | (77 - 96)% | 2/201 | 95% | (90 - 99)% | 8/372 | 89% | (84 - 92)% |

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/80 | 95% | (89 - 98)% | | | | 1/80 | 95% | (89 - 98)% |
| Autologous vaginal wall slings w/without bone anchors | 2/60 | 93% | (81 - 99)% | | | | 2/60 | 93% | (81 - 99)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/9 | 87% | (59 - 99)% |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/39 | 39% | (24 - 54)% | | | | 2/92 | 64% | (21 - 95)% |
| Homologous tissue (dermis) without bone anchors | | | | 1/119 | 94% | (78 - 99)% | 1/119 | 94% | (78 - 99)% |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | 1/98 | 76% | (66 - 83)% | 1/62 | 61% | (49 - 73)% | 1/32 | 87% | (73 - 96)% |
| Synthetic at bladder neck without bone anchors | | | | | | | 3/184 | 75% | (56 - 90)% |
| Synthetic at midurethra | 6/543 | 91% | (86 - 95)% | 4/446 | 95% | (89 - 99)% | 10/769 | 92% | (88 - 95)% |
| Other Sling | | | | | | | | | |

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | 1/206 | 88% | (83 - 92)% | | | | 1/206 | 88% | (83 - 92)% |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc.  All rights reserved.

# Appendix A8 - Efficacy - Cure.Dry Improved Rates. Any Prolapse
## SUI Guideline Update Panel
### Efficacy - Cure / Dry / Improved ANY Prolapse*

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/557 | 80% | (70 - 87)% | 3/110 | 80% | (70 - 88)% | 15/1118 | 78% | (71 - 83)% |
| Burch | 7/439 | 77% | (66 - 86)% | 3/100 | 80% | (70 - 88)% | 14/1000 | 76% | (69 - 82)% |
| Laparoscopic | | | | | | | 1/34 | 88% | (74 - 96)% |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/198 | 70% | (63 - 76)% | | | | 1/198 | 70% | (63 - 76)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/82 | 95% | (89 - 98)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/13 | 61% | (35 - 84)% | | | | 1/13 | 61% | (35 - 84)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | 1/49 | 90% | (79 - 96)% |
| Synthetic at bladder neck without bone anchors - Transvaginal | 1/90 | 82% | (73 - 89)% | | | | 3/182 | 73% | (62 - 82)% |
| Synthetic at midurethra | | | | | | | 2/101 | 81% | (70 - 90)% |
| Other Sling | | | | | | | | | |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | 1/16 | 56% | (33 - 78)% |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A9 -Retention Rates.Any Prolapse
## SUI Guideline Update Panel

## Retention
## ANY Prolapse*

| Suspensions | > 28 days or Intervention | |
|---|---|---|
| | G/P | Median CI (2.5 - 97.5)% |
| All Open Retropubic | 13/851 | 1% (1 - 3)% |
| Burch | 10/710 | 1% (1 - 3)% |
| Laparoscopic | 11/482 | 2% (1 - 4)% |

| Slings | G/P | Median CI (2.5 - 97.5)% |
|---|---|---|
| Autologous fascia without bone anchors | 3/301 | 5% (2 - 11)% |
| Autologous vaginal wall slings w/without bone anchors | 3/142 | 5% (1 - 17)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | 1/25 | 1% (0 - 9)% |
| Cadaveric without bone anchors | 1/26 | 1% (0 - 10)% |
| Synthetic at bladder neck with bone anchors - Suprapubic | 1/49 | 4% (1 - 12)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | 2/99 | 1% (0 - 6)% |
| Synthetic at bladder neck without bone anchors | 7/422 | 10% (5 - 18)% |
| Synthetic at midurethra | 11/1107 | 3% (2 - 5)% |

Note:  **G/P:  G** = Number of Groups/Treatment arms extracted  /  **P** = Number of Patients in those groups
*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc.  All rights reserved.

# Appendix A10 -Urgency rates, Any Prolapse
## SUI Guideline Update Panel

### Urgency
### ANY Prolapse*

| | Urge Incontinence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Onset | | Pre-Existing | | Unspecified | | | | |
| **Suspensions** | G/P | Median CI (2.5 - 97.5)% | G/P | Median CI (2.5 - 97.5)% | G/P | Median CI (2.5 - 97.5)% |
| All Open Retropubic | 10/457 | 14% (8 - 21)% | 2/143 | 22% (4 - 56)% | 2/256 | 13% (7 - 22)% |
| Burch | 9/417 | 14% (8 - 22)% | 1/25 | 48% (30 - 67)% | 2/256 | 13% (7 - 22)% |
| Laparoscopic | 5/344 | 11% (6 - 17)% | | | 1/32 | 4% (0 - 14)% |

| **Slings** | G/P | Median CI (2.5 - 97.5)% | G/P | Median CI (2.5 - 97.5)% | G/P | Median CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 2/97 | 10% (4 - 19)% | | | | |
| Autologous vaginal wall slings w/without bone anchors | 3/65 | 13% (2 - 36)% | 2/15 | 47% (21 - 75)% | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | 1/9 | 13% (1 - 41)% | | | | |
| Cadaveric with bone anchors - Transvaginal | 1/238 | 6% (3 - 9)% | | | | |
| Cadaveric without bone anchors | | | | | | |
| Homologous tissue (dermis) without bone anchors | 1/5 | 22% (2 - 63)% | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | |
| Synthetic at bladder neck without bone anchors - Transvaginal | 4/150 | 15% (5 - 31)% | 3/119 | 29% (16 - 46)% | | |
| Synthetic at midurethra | 11/805 | 11% (7 -16)% | 5/107 | 52% (38 - 66)% | 2/174 | 9% (1 - 38)% |
| Other Sling | | | | | | |

**Injectables**

**Artificial Sphincter**

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A10 - Urgency rates, Any Prolapse
## SUI Guideline Update Panel

## Urgency
## ANY Prolapse*

| | Urgency Symptoms | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Onset | | | Pre-Existing | | | Unspecified | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 8/380 | 9% | (6 - 13)% | 2/23 | 40% | (6 - 83)% | 2/96 | 9% | (4 - 18)% |
| Burch | 8/380 | 9% | (6 - 13)% | 2/23 | 40% | (6 - 83)% | 2/96 | 9% | (4 - 18)% |
| Laparoscopic | 5/190 | 11% | (4 - 21)% | 1/2 | 10% | (0 - 67)% | 1/40 | 52% | (37 - 67)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 1/27 | 23% | (10 - 40)% | | | | | | |
| Autologous vaginal wall slings w/without bone anchors | 1/45 | 1% | (0 - 5)% | | | | | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/15 | 14% | (3 - 36)% | 1/11 | 81% | (53 - 96)% | | | |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | 1/47 | 2% | (0 - 10)% | 1/2 | 90% | (33 - 100)% | 1/49 | 2% | (0 - 10)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | 1/32 | 7% | (1 - 19)% | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/45 | 1% | (0 - 5)% | | | | 1/47 | 2% | (0 - 10)% |
| Synthetic at midurethra | 8/539 | 13% | (8 - 20)% | 2/104 | 21% | (4 - 51)% | 1/39 | 21% | (10 - 35)% |
| Other Sling | 1/126 | 21% | (14 - 29)% | | | | | | |
| **Injectables** | | | | | | | | | |
| **Artificial Sphincter** | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A10 – Urgency rates, Any Prolapse
## SUI Guideline Update Panel

### Urgency
### ANY Prolapse*

| | New Onset | | | Unspecified Urgency — Pre-Existing | | | Unspecified | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 2/85 | 16% | (8 - 27)% | | | | | | |
| Burch | 2/85 | 16% | (8 - 27)% | | | | | | |
| Laparoscopic | 2/73 | 12% | (5 - 23)% | 1/51 | 6% | (2 - 15)% | 1/30 | 24% | (11 - 40)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 1/45 | 1% | (0 - 5)% | | | | 1/45 | 1% | (0 - 5)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | 1/36 | 17% | (7 - 31)% |
| Cadaveric without bone anchors | | | | | | | | | |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck without bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 2/69 | 5% | (0 - 21)% | | | | | | |
| Synthetic at midurethra | 1/16 | 1% | (0 - 14)% | 1/59 | 26% | (16 - 38)% | 2/214 | 7% | (4 - 12)% |
| Other Sling | | | | | | | | | |
| **Injectables** | | | | | | | | | |
| **Artificial Sphincter** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** American Urological Association, Inc.  All rights reserved.

Appendix A11 - Complications rates Any Prolapse
Case 2:12-md-02327 Document 3690-103 Filed 05/26/20 Page 853 of 910
Case 2:12-md-02327 Document 8030-103 Filed 04/19/19 Page 795 of 800 PageID #: 203294

## SUI Guideline Update Panel
## Complications
## ANY Prolapse**

| | Suspensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **All Retropubic Suspensions** | | | **Burch Suspension** | | | **Laparoscopic Suspension** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 7/415 | 6% | (2 - 14)% | 6/375 | 7% | (2 - 16)% | 5/183 | 2% | (1 - 6)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 3/342 | 2% | (1 - 4)% | 3/342 | 2% | (1 - 4)% | 3/185 | 3% | (1 - 6)% |
| Febrile | 7/614 | 11% | (5 - 20)% | 5/513 | 14% | (6 - 26)% | 3/296 | 2% | (1 - 5)% |
| Infection | 2/280 | 12% | (6 - 19)% | 2/280 | 12% | (6 - 19)% | | | |
| Infection/Local Extension | 1/51 | 3% | (1 - 7)% | 1/51 | 3% | (1 - 7)% | 2/164 | 3% | (1 - 9)% |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/33 | 4% | (0 - 13)% | | | | 2/151 | 3% | (1 - 7)% |
| Systemic - Abscess | 1/82 | 4% | (1 - 9)% | 1/82 | 4% | (1 - 9)% | 2/149 | 3% | (1 - 8)% |
| UTI | 10/779 | 17% | (11 - 25)% | 10/779 | 17% | (11 - 25)% | 11/545 | 7% | (5 - 11)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 8/503 | 3% | (2 - 6)% | 8/503 | 3% | (2 - 6)% | 16/901 | 6% | (4 - 8)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 2/177 | 5% | (1 - 13)% | 2/177 | 5% | (1 - 13)% | 2/98 | 2% | (0 - 8)% |
| Bleeding - Hematoma | 9/600 | 5% | (3 - 7)% | 8/560 | 5% | (3 - 7)% | 7/366 | 3% | (2 - 6)% |
| Bowel Injury | 2/150 | 2% | (0 - 6)% | 1/82 | 1% | (0 - 6)% | 3/182 | 3% | (1 - 8)% |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/147 | 2% | (0 - 5)% | 2/147 | 2% | (0 - 5)% | 4/201 | 6% | (2 - 11)% |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | 1/127 | 1% | (0 - 4)% | 1/127 | 1% | (0 - 4)% | 1/36 | 1% | (0 - 7)% |
| Osteomyelitis | 2/2 | 71% | (23 - 98)% | | * | | | | |
| Ureteral Injury | | * | | | * | | 3/109 | 4% | (1 - 10)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | * | | | * | | | | |
| Vaginal Operative CX | | | | | | | 1/113 | 1% | (0 - 4)% |
| Wound | 5/408 | 5% | (3 - 9)% | 5/408 | 5% | (3 - 9)% | 4/206 | 4% | (1 - 8)% |
| Abdominal | 3/233 | 5% | (1 - 12)% | 1/132 | 1% | (0 - 3)% | 4/155 | 7% | (2 - 18)% |
| Vaginal | | | | | | | 1/48 | 0% | (0 - 5)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/76 | 9% | (2 - 24)% | 2/76 | 9% | (2 - 24)% | 7/353 | 3% | (2 - 6)% |
| Sexual Dysfunction | 5/262 | 7% | (4 - 12)% | 5/262 | 7% | (4 - 12)% | 1/34 | 12% | (4 - 26)% |
| Voiding Dysfunction | 3/314 | 16% | (5 - 33)% | 3/314 | 16% | (5 - 33)% | 3/104 | 8% | (3 - 15)% |
| **Conversion** | | | | | | | 3/219 | 11% | (5 - 20)% |
| **Other Complications** | 3/183 | 8% | (4 - 14)% | 3/183 | 8% | (4 - 14)% | 1/36 | 6% | (1 - 17)% |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

# SUI Guideline Update Panel
## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Autologous fascia** | | | **Autologous Vaginal Wall Slings** | | | | | |
| | without Bone Anchors | | | with/without Bone anchors | | | w Bone Anchors - Suprapubic | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 1/198 | 4% | (2 - 7)% | 2/35 | 9% | (2 - 24)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 1/15 | 8% | (1 - 27)% | | | |
| Febrile | | | | | | | | | |
| Infection | 1/80 | 4% | (1 - 10)% | 2/32 | 22% | (8 - 42)% | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/80 | 10% | (5 - 18)% | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | 1/80 | 8% | (3 - 15)% | 1/20 | 1% | (0 - 12)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 2/278 | 8% | (1 - 26)% | 1/82 | 3% | (1 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/80 | 8% | (3 - 15)% | 1/20 | 6% | (1 - 21)% | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | 1/80 | 1% | (0 - 6)% | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | * | | 1/20 | 1% | (0 - 12)% | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | 1/82 | 1% | (0 - 6)% | | | |
| Osteomyelitis | | | | | | | | * | |
| Ureteral Injury | | | | 1/20 | 1% | (0 - 12)% | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/278 | 4% | (2 - 8)% | | | | | | |
| Abdominal | | | | 1/82 | 3% | (1 - 8)% | | * | |
| Vaginal | | | | 2/65 | 3% | (0 - 11)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 1/80 | 3% | (1 - 8)% | 1/45 | 3% | (0 - 10)% | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those group

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

**SUI Guideline Update Panel**

## Complications
## ANY Prolapse**

| | Slings | | | | | | Homologous Tissue (Dermis) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Cadaveric | | | | | | | | |
| | with Bone Anchors | | | without Bone Anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | 1/36 | 6% | (1 - 17)% | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | 1/36 | 3% | (0 - 12)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | * | | | | | 1/19 | 6% | (1 - 22)% |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/19 | 1% | (0 - 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Abdominal | | | | | | | | | |
| Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

Appendix A11 – Complications rates Any Prolapse
Case 2:12-md-02327 Document 3080-103 Filed 05/26/20 Page 856 of 910
Case 2:12-md-02327 Document 3080-103 Filed 06/15/16 Page 798 of 800 PageID #: 203297

**SUI Guideline Update Panel**
## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Synthetic at Bladder Neck** | | | | | | | | |
| | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | 2/92 | 53% | (40 - 66)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | | | | 1/47 | 2% | (0 - 10)% |
| Infection | | | | 1/49 | 0% | (0 - 5)% | 1/20 | 25% | (10 - 46)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | 3/112 | 9% | (4 - 17)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | 1/24 | 1% | (0 - 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | 3/112 | 11% | (3 - 24)% |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | 2/143 | 12% | (2 - 36)% |
| Erosion Extrusion - Unknown | | | | 1/49 | 2% | (0 - 9)% | 1/20 | 1% | (0 - 12)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/49 | 0% | (0 - 5)% | 4/223 | 9% | (5 - 19)% |
| Erosion Extrusion - Vaginal | | * | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/98 | 1% | (0 - 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | 1/98 | 20% | (14 - 30)% |
| Wound | | | | | | | 1/98 | 40% | (31 - 50)% |
| Abdominal | | | | | | | 1/98 | 26% | (18 - 35)% |
| Vaginal | | | | | | | 1/20 | 1% | (0 - 12)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | 1/49 | 4% | (1 - 12)% | 1/62 | 2% | (0 - 7)% |
| Sexual Dysfunction | | | | 1/49 | 4% | (1 - 12)% | | | |
| Voiding Dysfunction | | | | 1/49 | 0% | (0 - 5)% | 2/122 | 16% | (3 - 38)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had
   a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

## SUI Guideline Update Panel
## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Synthetic at Midurethra** | | | **Xenograft** **without Bone Anchors** | | | **Other Sling** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 9/3189 | 1% | (0 - 1)% | | | | 1/126 | 0% | (0 - 2)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/2113 | 0% | (0 - 1)% | | | | | | |
| Febrile | 3/468 | 8% | (4 - 14)% | | | | | | |
| Infection | 1/1455 | 1% | (0 - 1)% | 1/18 | 17% | (5 - 38)% | | | |
| Infection/Local Extension | | * | | | | | | | |
| Neurologic | 1/75 | 2% | (0 - 6)% | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/111 | 3% | (1 - 9)% | 1/10 | 60% | (30 - 85)% | | | |
| UTI | 16/3016 | 7% | (5 - 9)% | | | | 1/126 | 1% | (0 - 4)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 29/4248 | 6% | (5 - 8)% | | | | 1/126 | 3% | (1 - 6)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 6/1921 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Bleeding - Hematoma | 15/3770 | 3% | (2 - 4)% | | | | | | |
| Bowel Injury | | * | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | 6/632 | 4% | (2 - 7)% | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 5/308 | 3% | (1 - 8)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/2185 | 2% | (1 - 5)% | | | | | | |
| Nerve Injury | 3/1891 | 1% | (0 - 2)% | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | 5/1801 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | 3/393 | 1% | (0 - 3)% | 1/18 | 17% | (5 - 38)% | 1/126 | 5% | (2 - 10)% |
| Wound | 2/301 | 2% | (0 - 6)% | | | | | | |
| Abdominal | 3/1612 | 1% | (0 - 2)% | | | | | | |
| Vaginal | 1/45 | 1% | (0 - 5)% | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 4/1985 | 3% | (1 - 7)% | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | 9/2407 | 16% | (6 - 33)% | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 1/193 | 1% | (0 - 2)% | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had
a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

# SUI Guideline Update Panel

## Complications
## ANY Prolapse**

| | Injectables | | | Artificial Sphincter | | |
|---|---|---|---|---|---|---|
| | **Collagen** | | | **Artificial Sphincter** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | |
| **Transfusion** | | | | | | |
| **General Medical Complications** | | | | | | |
| Cardiovascular | | | | 1/206 | **1%** | (0 - 3)% |
| Febrile | | | | | | |
| Infection | | | | | | |
| Infection/Local Extension | | | | | | |
| Neurologic | | | | | | |
| Pulmonary | | | | | | |
| Systemic - Abscess | | | | | | |
| UTI | 1/105 | **2%** | (0 - 6)% | | | |
| **Operative Complications** | | | | | | |
| Bladder Injury | | | | 2/206 | **15%** | (10 - 22)% |
| Bleeding | | | | | | |
| Bleeding - Acute | | | | | | |
| Bleeding - Hematoma | | | | 1/179 | **4%** | (2 - 8)% |
| Bowel Injury | | | | | | |
| Erosion Extrusion | | | | | | |
| Erosion Extrusion - Unknown | | | | 1/206 | **7%** | (4 - 11)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/206 | **3%** | (1 - 6)% |
| Erosion Extrusion - Vaginal | | | | | | |
| Nerve Injury | | | | | | |
| Operative CX - Other | | | | | | |
| Osteomyelitis | | | | | | |
| Ureteral Injury | | | | | | |
| Urethral Injury | | | | 2/206 | **2%** | (0 - 9)% |
| Urinary Tract Injury NS | | | | | | |
| Vaginal Operative CX | | | | 2/206 | **13%** | (6 - 22)% |
| Wound | | | | | | |
| Abdominal | | | | 1/179 | **7%** | (4 - 12)% |
| Vaginal | | | | | | |
| **Subjective Complications** | | | | | | |
| Pain | | | | | | |
| Sexual Dysfunction | | | | | | |
| Voiding Dysfunction | | | | | | |
| **Conversion** | | | | | | |
| **Other Complications** | | | | 1/206 | **3%** | (2 - 7)% |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A12 - Efficacy - Cure.Dry Rates. No Prolapse
## SUI Guideline Update Panel

### Efficacy - Cure / Dry
### NO Prolapse

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 12/867 | 80% | (71 - 87)% | 6/369 | 82% | (74 - 89)% | 15/1085 | 82% | (74 - 87)% |
| Burch | 11/862 | 79% | (69 - 87)% | 5/354 | 81% | (72 - 89)% | 14/1070 | 81% | (73 - 87)% |
| Laparoscopic | 4/189 | 66% | (40 - 87)% | 5/234 | 74% | (64 - 83)% | 9/368 | 69% | (52 - 84)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 2/283 | 82% | (59 - 95)% | | | | 4/342 | 90% | (76 - 98)% |
| Autologous vaginal wall slings w/without bone anchors | 1/39 | 79% | (65 - 90)% | | | | 1/39 | 79% | (65 - 90)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/104 | 74% | (65 - 82)% | | | | 1/104 | 74% | (65 - 82)% |
| Synthetic at bladder neck with bone anchors | 1/24 | 91% | (76 - 98)% | | | | 2/34 | 88% | (71 - 97)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | 10/917 | 85% | (79 - 90)% | 6/756 | 88% | (85 - 91)% | 14/1215 | 84% | (78 - 89)% |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 4/207 | 50% | (39 - 61)% | 4/128 | 55% | (44 - 64)% | 7/340 | 48% | (41 - 55)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of Patients in those groups

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A12 - Efficacy - Cure.Dry Rates. No Prolapse
## SUI Guideline Update Panel

### Efficacy - Cure / Dry
### NO Prolapse

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 6/478 | 74% | (60 - 85)% | 2/137 | 81% | (70 - 90)% | 13/803 | 78% | (68 - 82)% |
| Burch | 5/450 | 74% | (58 - 87)% | 2/137 | 81% | (70 - 89)% | 12/775 | 76% | (68 - 83)% |
| Laparoscopic | 4/172 | 74% | (61 - 85)% | 2/53 | 56% | (31 - 80)% | 4/172 | 74% | (61 - 85)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 3/125 | 82% | (74 - 89)% | | | | 6/232 | 81% | (72 - 88)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors | 1/58 | 79% | (68 - 88)% | | | | 1/58 | 79% | (68 - 88)% |
| Cadaveric without bone anchors | 1/63 | 71% | (59 - 81)% | | | | 2/71 | 80% | (43 - 98)% |
| Synthetic at bladder neck with bone anchors | 3/101 | 69% | (55 - 81)% | 4/62 | 60% | (43 - 75)% | 9/349 | 73% | (64 - 80)% |
| Synthetic at bladder neck without bone anchors | 2/188 | 67% | (43 - 86)% | 3/258 | 84% | (76 - 89)% | 7/483 | 81% | (72 - 88)% |
| Synthetic at midurethra | | | | | | | | | |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 1/26 | 39% | (22 - 58)% | 3/95 | 42% | (28 - 57)% | 4/210 | 32% | (24 - 42)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | | | | | | | 3/78 | 83% | (71 - 91)% |

Note: **G/P**: G = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A12 - Efficacy - Cure.Dry Rates. No Prolapse
## SUI Guideline Update Panel

### Efficacy - Cure / Dry
### NO Prolapse

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 10/691 | 65% | (55 - 74)% | 3/157 | 69% | (55 - 82)% | 17/1259 | 73% | (64 - 77)% |
| Burch | 7/598 | 68% | (55 - 79)% | 3/157 | 69% | (55 - 82)% | 13/1065 | 73% | (65 - 80)% |
| Laparoscopic | | | | | | | | | |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 2/284 | 71% | (38 - 93)% | | | | 4/368 | 82% | (67 - 93%) |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/29 | 96% | (85 - 100)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | 1/27 | 92% | (78 - 98)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | | | | 1/80 | 85% | (76 - 92)% | 3/199 | 84% | (77 - 89)% |
| **Injectables** | | | | | | | | | |
| Collagen | | | | | | | 1/40 | 30% | (18 - 45)% |
| **Artificial Sphincter** | | | | | | | | | |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A13 -Efficacy - Cure.Dry Improved Rates. No Prolapse
## SUI Guideline Update Panel
### Efficacy - Cure / Dry / Improved
### NO Prolapse

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 13/950 | 86% | (81 - 90)% | 6/431 | 84% | (78 - 89)% | 16/1168 | 86% | (82 - 90)% |
| Burch | 12/935 | 86% | (81 - 89)% | 6/431 | 84% | (78 - 89)% | 15/1143 | 86% | (81 - 89)% |
| Laparoscopic | 6/242 | 89% | (83 - 94)% | 7/287 | 77% | (66 - 86)% | 10/370 | 87% | (79 - 93)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 2/283 | 92% | (88 - 96)% | | | | 4/342 | 93% | (89 - 95)% |
| Autologous vaginal wall slings w/without bone anchors | 1/39 | 79% | (65 - 90)% | | | | 1/39 | 79% | (65 - 90)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/104 | 93% | (87 - 97)% | | | | 1/104 | 93% | (87 - 97)% |
| Synthetic at bladder neck with bone anchors | 1/24 | 91% | (76 - 98)% | | | | 2/34 | 88% | (71 - 97)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | 10/917 | 90% | (86 - 94)% | 6/674 | 89% | (86 - 92)% | 13/1166 | 88% | (82 - 92)% |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 4/207 | 76% | (69 - 82)% | 4/128 | 57% | (46 - 68)% | 7/340 | 69% | (62 - 75)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: G/P: **G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix A13 - Efficacy - Cure.Dry Improved Rates. No Prolapse
## SUI Guideline Update Panel
### Efficacy - Cure / Dry / Improved
### NO Prolapse

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 6/478 | 82% | (73 - 90)% | 2/137 | 81% | (70 - 89)% | 13/903 | 83% | (77 - 88)% |
| Burch | 5/450 | 83% | (73 - 91)% | 2/137 | 81% | (70 - 89)% | 12/775 | 84% | (77 - 89)% |
| Laparoscopic | 4/172 | 74% | (61 - 85)% | 2/53 | 56% | (31 - 80)% | 4/172 | 74% | (61 - 85)% |
| | | | | | | | | | |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 3/125 | 92% | (81 - 98)% | | | | 6/232 | 92% | (84 - 96)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors | 1/58 | 79% | (68 - 88)% | | | | 1/58 | 79% | (68 - 88)% |
| Cadaveric without bone anchors | 1/63 | 78% | (66 - 87)% | | | | 2/72 | 80% | (60 - 93)% |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 3/101 | 87% | (72 - 96)% | 4/62 | 60% | (43 - 75)% | 9/349 | 80% | (71 - 88)% |
| Synthetic at midurethra | 2/188 | 71% | (24 - 97)% | 3/258 | 89% | (78 - 96)% | 9/587 | 92% | (84 - 97)% |
| | | | | | | | | | |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 1/26 | 69% | (50 - 84)% | 3/95 | 45% | (29 - 61)% | 4/210 | 55% | (41 - 69)% |
| | | | | | | | | | |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | | | | | | | 3/78 | 91% | (81 - 97)% |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A13 - Efficacy - Cure.Dry Improved Rates. No Prolapse

SUI Guideline Update Panel

## Efficacy - Cure / Dry / Improved
## NO Prolapse

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 10/691 | 79% | (69 - 86)% | 3/157 | 69% | (55 - 82)% | 17/1259 | 79% | (73 - 85)% |
| Burch | 7/598 | 84% | (76 - 90) | 3/157 | 69% | (55 - 82)% | 13/1065 | 83% | (76 - 88)% |
| Laparoscopic | | | | | | | | | |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 2/284 | 81% | (63 - 93)% | | | | 4/368 | 86% | (78 - 92)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/29 | 96% | (85 - 100)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | 1/27 | 92% | (78 - 98)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | | | | 1/80 | 89% | (80 - 94) | 3/199 | 91% | (84 - 96)% |
| **Injectables** | | | | | | | | | |
| Collagen | | | | | | | 1/40 | 70% | (55 - 82)% |
| **Artificial Sphincter** | | | | | | | | | |

Note: **G/P**: **G** = Number of Groups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© **2009** American Urological Association, Inc. All rights reserved.

Case 2:12-md-02327   Document 8000-18   Filed 05/13/19   Page 787 of 800 PageID #: 203306

**SUI Guideline Update Panel**

## Retention
## NO Prolapse

| Suspensions | > 28 days or Intervention | | |
|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/619 | 4% | (1 - 8)% |
| Burch | 5/347 | 3% | (1 - 7)% |
| Laparoscopic | 5/188 | 4% | (1 - 8)% |

| Slings | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| Autologous fascia without bone anchors | 8/480 | 8% | (4 - 15)% |
| Autologous vaginal wall slings w/without bone anchors | 2/68 | 2% | (0 - 8)% |
| Synthetic at bladder neck without bone anchors | 4/360 | 9% | (5 - 15)% |
| Synthetic at midurethra | 17/2119 | 3% | (2 - 4)% |

| Injectables | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| Collagen | 2/104 | 1% | (0 - 5)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A15 - Urgency rates, No Prolapse
## SUI Guideline Update Panel

### Urgency
### NO Prolapse

|  | Urge Incontinence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | New Onset | | | Pre-Existing | | | Unspecified | | |
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 10/713 | 8% | (5 - 12)% | 5/186 | 14% | (6 - 25)% | 4/305 | 41% | (30 - 54)% |
| Burch | 9/695 | 8% | (5 - 11)% | 3/108 | 17% | (4 - 40)% | 4/305 | 41% | (30 - 54)% |
| Laparoscopic | 2/112 | 5% | (1 - 14)% |  |  |  | 2/100 | 6% | (1 - 14)% |
| **Slings** |  |  |  |  |  |  |  |  |  |
| Autologous fascia without bone anchors | 4/329 | 9% | (6 - 13)% | 4/358 | 33% | (28 - 40)% |  |  |  |
| Autologous vaginal wall slings w/without bone anchors |  |  |  | 1/13 | 9% | (1 - 31)% |  |  |  |
| Cadaveric without bone anchors | 1/25 | 28% | (13 - 47)% | 1/38 | 21% | (10 - 36)% |  |  |  |
| Synthetic at bladder neck with bone anchors |  |  |  | 1/6 | 96% | (67 - 100)% |  |  |  |
| Synthetic at bladder neck without bone anchors | 4/132 | 12% | (6 - 20)% | 1/24 | 17% | (6 - 35)% |  |  |  |
| Synthetic at midurethra | 7/323 | 6% | (3 - 10)% | 1/25 | 44% | (26 - 63)% | 2/532 | 22% | (3 - 58)% |
| **Injectables** |  |  |  |  |  |  |  |  |  |
| Collagen | 1/337 | 13% | (10 - 17)% |  |  |  | 1/50 | 8% | (3 - 18)% |

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A15 -Urgency rates,No Prolapse
## SUI Guideline Update Panel

**Urgency**
**NO Prolapse**

| | | Urgency Symptons | | | | | | | |
| | New Onset | | Pre-Existing | | Unspecified | | | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 5/476 | 15% | (7 - 27)% | 1/90 | 0% | (0 - 3)% | 1/102 | 0% | (0 - 2)% |
| Burch | 5/476 | 15% | (7 - 27)% | 1/90 | 0% | (0 - 3)% | 1/102 | 0% | (0 - 2)% |
| Laparoscopic | | | | | | | | | |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 5/228 | 16% | (10 - 23)% | 3/63 | 41% | (28 - 55)% | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/8 | 14% | (1 - 45)% | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 3/108 | 13% | (6 - 23)% | | | | | | |
| Synthetic at midurethra | 4/190 | 14% | (5 - 30)% | 4/178 | 38% | (27 - 50)% | 2/532 | 45% | (11 - 83)% |
| **Injectables** | | | | | | | | | |
| Collagen | | | | | | | | | |

© **2009** American Urological Association, Inc. All rights reserved.

# Appendix A15 -Urgency rates, No Prolapse
## SUI Guideline Update Panel

### Urgency
### NO Prolapse

| | Unspecified Urgency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Onset | | | Pre-Existing | | | Unspecified | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 2/95 | 28% | (18 - 40)% | 2/116 | 23% | (11 - 39)% | 1/36 | 9% | (2 - 21)% |
| Burch | 2/95 | 28% | (18 - 40)% | 2/116 | 23% | (11 - 39)% | 1/36 | 9% | (2 - 21)% |
| Laparoscopic | | | | | | | 2/55 | 9% | (2 - 23)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 1/10 | 11% | (1 - 38)% | 1/15 | 40% | (19 - 65)% | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | 1/53 | 32% | (21 - 45)% | | | | | | |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | | | | | | | | | |
| **Injectables** | | | | | | | | | |
| Collagen | 3/86 | 17% | (6 - 35)% | | | | 1/28 | 36% | (20 - 54)% |

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix 4-16—Complication Rates—No Prolapse

**SUI Guideline Update Panel**

| Complications | Suspensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NO Prolapse | All Retropubic Suspensions | | | Burch Suspension | | | Laparoscopic Suspension | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 2/170 | 3% | (0 - 14)% | 2/170 | 3% | (0 - 14)% | | | |
| **Transfusion** | 6/321 | 6% | (2 - 12)% | 4/169 | 9%§ | (3 - 19)% | 1/24 | 5% | (0 - 18)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 6/592 | 2% | (1 - 4)% | 3/294 | 3% | (1 - 8)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | 7/426 | 8% | (5 - 12)% | 3/113 | 11% | (5 - 20)% | 1/60 | 0% | (0 - 4)% |
| Infection | 1/98 | 2% | (0 - 6)% | 1/98 | 2% | (0 - 6)% | 1/31 | 4% | (0 - 14)% |
| Infection/Local Extension | | * | | | * | | | | |
| Neurologic | 1/113 | 1% | (0 - 4)% | 1/113 | 1% | (0 - 4)% | | | |
| Pulmonary | 1/15 | 8% | (1 - 27)% | | | | 1/51 | 2% | (0 - 9)% |
| Systemic - Abscess | 1/62 | 7% | (2 - 15)% | 1/62 | 7% | (2 - 15)% | | | |
| UTI | 17/1442 | 13% | (9 - 19)% | 10/978 | 15% | (8 - 24)% | 1/51 | 2% | (0 - 9)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 10/887 | 4% | (2 - 7)% | 7/589 | 6% | (2 - 12)% | 5/165 | 5% | (2 - 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 3/433 | 4% | (1 - 9)% | 2/334 | 2% | (0 - 6)% | | | |
| Bleeding - Hematoma | 6/484 | 3% | (2 - 6)% | 5/469 | 3% | (1 - 5)% | 1/51 | 2% | (0 - 9)% |
| Bowel Injury | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/102 | 19%§ | (1 - 70)% | | * | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | | | | | | |
| Ureteral Injury | 5/1739 | 1% | (1 - 2)% | 4/1640 | 1% | (1 - 2)% | 3/57 | 11% | (1 - 42)% |
| Urethral Injury | | | | | | | 2/55 | 2% | (0 - 10)% |
| Urinary Tract Injury NS | 1/60 | 2% | (0 - 8)% | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 13/1229 | 6% | (4 - 7)% | 8/793 | 6% | (4 - 9)% | 1/51 | 2% | (0 - 9)% |
| Wound - Abdominal | 9/761 | 4% | (3 - 6)% | 5/449 | 4% | (2 - 7)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 9/980 | 5% | (3 - 8)% | 6/756 | 6% | (3 - 12)% | | * | |
| Sexual Dysfunction | 8/989 | 4% | (2 - 6)% | 5/801 | 3% | (2 - 4)% | | | |
| Voiding Dysfunction | 6/636 | 9% | (5 - 15)% | 5/583 | 10% | (5 - 18)% | 1/60 | 5% | (1 - 13)% |
| **Conversion** | 1/17 | 7% | (1 - 24)% | 1/17 | 7% | (1 - 24)% | 3/184 | 5% | (2 - 9)% |
| **Other Complications** | 3/253 | 5% | (0 - 20)% | 2/154 | 14% | (0 - 66)% | 1/51 | 2% | (0 - 9)% |

Note: **G/P**: **G** = Number of **G**roups/Treatment arms extracted  **P** = Number of **P**atients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

§ Although this estimate is based on some published data, the panel believes the estimates
are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix 4.16: Complication Rates - No Prolapse

## SUI Guideline Update Panel
## Complications
## NO Prolapse

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Autologous fascia | | | Autologous Vaginal Wall Slings | | | Cadaveric | | |
| | without Bone Anchors | | | with/without Bone anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 1/90 | 0% | (0 - 3)% | | | | | | |
| **Transfusion** | 3/194 | 4% | (1 - 11)% | | | | 1/63 | 0% | (0 - 4)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/338 | 2% | (0 - 5)% | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | 1/71 | 0% | (0 - 3)% | | | | 1/63 | 7% | (2 - 14)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | 1/30 | 4%§ | (0 - 15)% | | | | | | |
| Pulmonary | 1/91 | 1% | (0 - 5)% | | | | | | |
| Systemic - Abscess | | | | | | | 1/104 | 2% | (0 - 6)% |
| UTI | 5/241 | 16% | (6 - 31)% | 2/402 | 4% | (2 - 7)% | 1/63 | 7% | (2 - 14)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 6/423 | 4% | (2 - 9)% | 1/29 | 1% | (0 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/20 | 6% | (1 - 21)% | | | | | | |
| Bleeding - Hematoma | 1/247 | 1% | (0 - 3)% | | | | 1/104 | 1% | (0 - 4)% |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | 1/33 | 1% | (0 - 7)% | | | | | * | |
| Erosion Extrusion - Urethral-Bladder | 4/370 | 2% | (0 - 7)% | | | | 1/63 | 0% | (0 - 4)% |
| Erosion Extrusion - Vaginal | | | | 1/373 | 2% | (1 - 4%) | | * | |
| Nerve Injury | | | | | | | 1/104 | 1% | (0 - 4)% |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/111 | 8% | (3 - 16)% | | | | | | |
| Wound - Abdominal | 1/247 | 1% | (0 - 3)% | 2/402 | 5% | (3 - 8)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 3/63 | 10% | (1 - 35)% | | | | | | |
| Sexual Dysfunction | 4/105 | 8% | (3 - 16)% | | | | | | |
| Voiding Dysfunction | | * | | | | | 1/8 | 38%§ | (12 - 71)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted  **P** = Number of **P**atients in those groups
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
 are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix 4.16 Complication rates - No Prolapse

Appendix 4.16 Complication rates - No Prolapse

| SUI Guideline Update Panel | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Complications | Synthetic at Bladder Neck | | | | | | | | |
| NO Prolapse | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | w Bone Anchors - Transvaginal | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/11 | **10%§** | (1 - 35)% | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | * |
| Erosion Extrusion - Vaginal | 1/10 | **21%§** | (4 - 50)% | | | | | | * |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | 1/108 | **3%** | (1 - 7)% | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

§ Although this estimate is based on some published data, the panel believes the estimates
  are not consistent with their experience.

© 2009 American Urological Association, Inc. All rights reserved.

# Appendix 4.16: Complication rates - No Prolapse

| SUI Guideline Update Panel Complications NO Prolapse | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Synthetic at Bladder Neck without Bone Anchors | | | Synthetic at Midurethra | | | Other Sling | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | 1/25 | 1% | (0 - 9)% | | | |
| **Transfusion** | 1/200 | 1% | (0 - 3)% | 3/569 | 2% | (1 - 4)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 2/261 | 1% | (0 - 3)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | * | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | 2/174 | 7% | (4 - 13)% | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/315 | 3% | (1 - 5)% | 1/25 | 1% | (0 - 9)% | | | |
| UTI | 2/224 | 10% | (2 - 27)% | 9/771 | 8% | (5 - 13)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/200 | 1% | (0 - 2)% | 23/1925 | 6% | (4 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | 6/705 | 3% | (1 - 5)% | | | |
| Bleeding - Hematoma | | | | 7/1035 | 3% | (2 - 4)% | | | |
| Bowel Injury | | | | 3/256 | 1% | (0 - 4)% | | | |
| Erosion Extrusion - Unknown | 2/501 | 17%§ | (9 - 28)% | 6/621 | 1% | (0 - 3)% | | | |
| Erosion Extrusion - Urethral-Bladder | 3/346 | 3% | (1 - 9)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/591 | 8% | (4 - 15)% | 9/891 | 7% | (2 - 15)% | | * | |
| Nerve Injury | 1/200 | 1% | (0 - 2)% | 1/404 | 0% | (0 - 1)% | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | * | | | * | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | 2/302 | 2% | (0 - 7)% | | | |
| Wound | 2/385 | 7% | (3 - 14)% | 3/280 | 2% | (1 - 5)% | | | |
| Wound - Abdominal | | | | 2/75 | 2% | (0 - 8)% | | | |
| Wound - Vaginal | | | | 4/189 | 4% | (1 - 7)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/264 | 9% | (2 - 23)% | 2/512 | 1% | (0 - 3)% | | | |
| Sexual Dysfunction | | | | 1/62 | 0% | (0 - 4)% | | | |
| Voiding Dysfunction | | | | 1/1175 | 2% | (1 - 3)% | | | |
| **Conversion** | | | | | | | | * | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

§ Although this estimate is based on some published data, the panel believes the estimates
 are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

## SUI Guideline Update Panel

# Complications

# NO Prolapse

| | Injectables | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Collagen** | | | **Other Non-degradable synthetics** | | | **Artificial Sphincter** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | 1/25 | **5%** | (0 - 17)% |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | 3/399 | **5%** | (1 - 17)% | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/60 | **2%** | (0 - 8)% | | | | | | |
| Systemic - Abscess | 1/115 | **1%** | (0 - 4)% | | | | | | |
| UTI | 6/381 | **10%** | (5 - 17)% | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 4/251 | **5%** | (3 - 8)% | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | 1/18 | **28%§** | (11 - 51)% |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | * | | | * | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | * | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 3/342 | **27%§** | (2 - 76)% | | | | 1/18 | **23%§** | (8 - 45)% |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

§ Although this estimate is based on some published data, the panel believes the estimates
 are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix 4.17 - Grouping of Outcomes

**American Urological Association, Inc.**
SUI Guidelines Panel

Complications for Groups with Uniform SUI
Treatment - with or without Prolapse RX

---

**Artificial Sphincter**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

Fistula

Infection - Wound

Other Complications

PE/DVT

Removal of Foreign Body - other

Urethral Erosion

Vascular Injury

Wound - Abdominal Minor

Wound - Vaginal

**Autologous fascia with bone anchors - Suprapubic**

Infection - UTI

Infection - Wound

None (per Author)

**Autologous fascia without bone anchors**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

DVT

Dysuria

Hematoma

Infection

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

© American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 3030-16 Filed 05/13/19 Page 797 of 800 PageID #: 203316

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

---

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal Minor

**Autologous vaginal wall slings w/without bone anchors**

Acute Bleeding

Bladder Injury

Death

Dysuria

Fistula

Infection - Local Extension

Infection - UTI

Infection - Wound

MI

None (per Author)

Other Complications

Pain

Sexual Dysfunction

Stitches

Transfusion

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal Major

Wound - Vaginal Minor

**Autologous vaginal wall slings with bone anchors - Suprapubic**

None (per Author)

Other Complications

Removal of Foreign Body - other

Wound - Abdominal Major

**Burch Suspension**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

© American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Appendix 4.17 - Grouping of Outcomes
Case 2:12-md-02327 Document 3030-16 Filed 05/26/20 Page 876 of 910
Case 2:12-md-02327 Document 3030-16 Filed 05/13/19 Page 778 of 800 PageID #: 203317

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI
Treatment - with or without Prolapse RX**

---

DVT

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Rectal Injury

Sexual Dysfunction

Transfusion

Urethral Erosion

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor


**Cadaveric with bone anchors**

Wound - Vaginal Major


**Cadaveric with bone anchors - Transvaginal**

Bladder Injury

Infection - Systemic

Infection - UTI

Other Complications

Pain

Sexual Dysfunction

Wound - Vaginal Minor


**Cadaveric without bone anchors**

Bladder Injury

Hematoma

Infection - UTI

 © American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed
without permission.

Case 2:12-md-02327 Document 8060-10 Filed 05/13/19 Page 779 of 800 PageID #: 203318

---

Infection - Wound

Other Complications

Removal of Foreign Body - other

Transfusion

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

**Collagen**

Acute Bleeding

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pulmonary

**Cooper's ligament sling (all sling materials)**

CVA

Death

Hematoma

Other Complications

**Homologous tissue (dermis) with bone anchors - Transvaginal**

Acute Bleeding

Bladder Injury

Bowel Injury

Infection - Local Extension

Other Complications

Sexual Dysfunction

Wound - Vaginal Minor

**Homologous tissue (dermis) without bone anchors**

None (per Author)

Other Complications

Wound - Vaginal Major

**Laparoscopic Suspension**

Acute Bleeding

Bladder Injury

 © American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed
without permission.

Case 2:12-md-02327 Document 8060-10 Filed 05/13/19 Page 780 of 800 PageID #: 203319

# Appendix 4-17: Grouping of Outcomes

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

Bowel Injury

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

Ureteral Injury

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal

Wound - Vaginal Major

**MMK**

Hematoma

Infection - UTI

Infection - Wound

Other Complications

Pulmonary

Sexual Dysfunction

Stitches

Transfusion

Wound - Abdominal

**Open Retropubic Suspensions**

Acute Bleeding

 © American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 8000-10 Filed 05/13/19 Page 781 of 800 PageID #: 203320

# American Urological Association, Inc.
## SUI Guidelines Panel

### Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX

Bladder Injury
Bowel Injury
Hematoma
Infection - Local Extension
Infection - Systemic
Infection - UTI
Infection - Wound
Other Complications
PE/DVT
Transfusion
Vascular Injury
Wound - Abdominal Major
Wound - Abdominal Minor

**Other degradable materials**
Death
Hematoma
Infection - UTI
Other Complications
PE/DVT

**Other Injectables**
Death
Infection - UTI
Other Complications
Removal of Foreign Body - other
Wound - Abdominal Major
Wound - Abdominal Minor

**Other non-degradable synthetics**
Dysuria
Infection - UTI
Other Complications

**Other Sling**
Acute Bleeding
Bladder Injury
Infection
Infection - UTI

© American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

Complications for Groups with Uniform SUI
Treatment - with or without Prolapse RX

None (per Author)
Other Complications
Transfusion
Wound - Vaginal Major

**Other Suspensions**

Acute Bleeding
Bladder Injury
Bowel Injury
Dysuria
Hematoma
Infection - Systemic
Infection - UTI
Infection - Wound
None (per Author)
Other Complications
PE/DVT
Pulmonary
Removal of Foreign Body - other
Sexual Dysfunction
Stitches
Transfusion
Wound - Abdominal Minor

**Synthetic at bladder neck with bone anchors**

Bladder Injury
None (per Author)
Other Complications
Wound - Vaginal

**Synthetic at bladder neck with bone anchors - Suprapubic**

Bladder Injury
Infection
Other Complications
Removal of Foreign Body - other
Sexual Dysfunction
Urethral Erosion
Wound - Abdominal Minor

# Appendix 4.17: Grouping of Outcomes

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

### Synthetic at bladder neck with bone anchors - Transvaginal

Acute Bleeding
Bladder Injury
Hematoma
Infection - UTI
Infection - Wound
Other Complications
Removal of Foreign Body - other
Sexual Dysfunction
Urethral Erosion
Wound - Vaginal Major
Wound - Vaginal Minor

### Synthetic at bladder neck without bone anchors

Acute Bleeding
Bladder Injury
Bowel Injury
Hematoma
Infection - Systemic
Infection - UTI
Infection - Wound
MI
None (per Author)
Other Complications
Pulmonary
Removal of Foreign Body - other
Sexual Dysfunction
Stitches
Transfusion
Urethral Erosion
Wound
Wound - Abdominal
Wound - Abdominal Major
Wound - Abdominal Minor
Wound - Vaginal
Wound - Vaginal Major
Wound - Vaginal Minor

### Synthetic at midurethra

Acute Bleeding

© American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

Bladder Injury

Bowel Injury

Death

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

MI

None (per Author)

Other Complications

PE/DVT

Removal of Foreign Body - other

Sexual Dysfunction

Transfusion

Urethral Erosion

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal

Wound - Vaginal Major

Wound - Vaginal Minor

**Transvaginal Cooper's Ligament Suspension**

Death

Hematoma

None (per Author)

Other Complications

Wound - Vaginal Minor

**Xenograft without bone anchors**

Wound - Abdominal Major

Wound - Vaginal Major

Wound - Vaginal Minor

## Appendix A18 – Outcomes Graphs





# Appendix A18 – Outcomes Graphs

## No Prolapse Patients: Median Cure/Dry Rate
## Subjective Evaluation - 24-47 Mos

## No Prolapse Patients: Median Cure/Dry Rate
## Objective Evaluation - 24-47 Mos





## Appendix A18 – Outcomes Graphs





# Appendix A18 – Outcomes Graphs





# Appendix A18 – Outcomes Graphs

## No Prolapse Patients: Urgency
## Urge Incontinence - Pre-Existing

## No Prolapse Patients: General Medical Complications
## All Retropubic Suspensions





## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  General Medical Complications
### Autologous Fascia Sling



### No Prolapse Patients:  General Medical Complications
### Synthetic at Mid-Urethra



# Appendix A18 – Outcomes Graphs





# Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  Operative Complications
### Synthetic at Mid-Urethra



### Any Prolapse Patients:  Median Cure/Dry Rate
### Subjective Evaluation - 12-23 Mos



## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs



**Any Prolapse Patients: Median Cure/Dry Rate**
**Objective Evaluation - 48+ Mos**



**Any Prolapse Patients: Retention**
**> 28 days or Intervention**

## Appendix A18 – Outcomes Graphs

### Any Prolapse Patients: Urgency
### Urge Incontinence - New Onset



### Any Prolapse Patients: Urgency
### Urge Incontinence - Pre-Existing



## Appendix A18 – Outcomes Graphs

### Any Prolapse Patients:  General Medical Complications
### All Retropubic Suspensions



### Any Prolapse Patients:  General Medical Complications
### Autologous Fascia Sling



# Appendix A18 – Outcomes Graphs

## Any Prolapse Patients: General Medical Complications Synthetic at Bladder Neck



## Any Prolapse Patients: Operative Complications All Retropubic Suspensions



# Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs



**Any Prolapse Patients:  Operative Complications
Xenograft - Synthetic at Mid-Urethra**

Median Rates (2.5% - 97.5% Confidence Interval)

# EXHIBIT J

# RESEARCH

www.AJOG.org

## UROGYNECOLOGY

# Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis

Megan O. Schimpf, MD; David D. Rahn, MD; Thomas L. Wheeler, MD, MSPH; Minita Patel, MD, MS;
Amanda B. White, MD; Francisco J. Orejuela, MD; Sherif A. El-Nashar, MBBCh, MS; Rebecca U. Margulies, MD;
Jonathan L. Gleason, MD; Sarit O. Aschkenazi, MD; Mamta M. Mamik, MD; Renée M. Ward, MD;
Ethan M. Balk, MD, MPH; Vivian W. Sung, MD, MPH; for the Society of Gynecologic Surgeons Systematic Review Group

**OBJECTIVE:** Understanding the long-term comparative effectiveness of competing surgical repairs is essential as failures after primary interventions for stress urinary incontinence (SUI) may result in a third of women requiring repeat surgery.

**STUDY DESIGN:** We conducted a systematic review including English-language randomized controlled trials from 1990 through April 2013 with a minimum 12 months of follow-up comparing a sling procedure for SUI to another sling or Burch urethropexy. When at least 3 randomized controlled trials compared the same surgeries for the same outcome, we performed random effects model metaanalyses to estimate pooled odds ratios (ORs).

**RESULTS:** For midurethral slings (MUS) vs Burch, metaanalysis of objective cure showed no significant difference (OR, 1.18; 95% confidence interval [CI], 0.73–1.89). Therefore, we suggest either intervention; the decision should balance potential adverse events (AEs) and concomitant surgeries. For women considering pubovaginal sling vs Burch, the evidence favored slings for both subjective and objective cure. We recommend pubovaginal sling to maximize cure outcomes. For pubovaginal slings vs MUS, metaanalysis of subjective cure favored MUS (OR, 0.40; 95% CI,

0.18–0.85). Therefore, we recommend MUS. For obturator slings vs retropubic MUS, metaanalyses for both objective (OR, 1.16; 95% CI, 0.93–1.45) and subjective cure (OR, 1.17; 95% CI, 0.91–1.51) favored retropubic slings but were not significant. Metaanalysis of satisfaction outcomes favored obturator slings but was not significant (OR, 0.77; 95% CI, 0.52–1.13). AEs were variable between slings; metaanalysis showed overactive bladder symptoms were more common following retropubic slings (OR, 1.413; 95% CI, 1.01–1.98, $P = .046$). We recommend either retropubic or obturator slings for cure outcomes; the decision should balance AEs. For minislings vs full-length MUS, metaanalyses of objective (OR, 4.16; 95% CI, 2.15–8.05) and subjective (OR, 2.65; 95% CI, 1.36–5.17) cure both significantly favored full-length slings. Therefore, we recommend a full-length MUS.

**CONCLUSION:** Surgical procedures for SUI differ for success rates and complications, and both should be incorporated into surgical decision-making. Low- to high-quality evidence permitted mostly level-1 recommendations when guidelines were possible.

**Key words:** Burch urethropexy, midurethral sling, pubovaginal sling, stress urinary incontinence, single-incision sling

Cite this article as: Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211:71.e1-27.

From the Division of Gynecology and Urogynecology, Department of Obstetrics and Gynecology, University of Michigan Medical School, Ann Arbor, MI (Dr Schimpf); Department of Obstetrics and Gynecology, University of Texas Southwestern Medical Center, Dallas, TX (Dr Rahn); Department of Obstetrics and Gynecology, University of South Carolina School of Medicine Greenville, Greenville, SC (Dr Wheeler); Department of Obstetrics and Gynecology, Kaiser Permanente, Roseville, CA (Dr Patel); Department of Obstetrics and Gynecology, University of Texas Southwestern at Seton Healthcare Family, Austin, TX (Dr White); Department of Obstetrics and Gynecology and Reproductive Sciences, University of Texas Health Science Center at Houston, Houston, TX (Dr Orejuela); Division of Gynecologic Surgery, Department of Obstetrics and Gynecology, Mayo Clinic, Rochester, MN (Dr El-Nashar); Division of Urogynecology, Department of Obstetrics and Gynecology, Kaiser Permanente, Oakland, CA (Dr Margulies); Division of Urogynecology, Department of Obstetrics and Gynecology, Carilion Clinic, Roanoke, VA (Dr Gleason); Department of Urogynecology, ProHealth Care, Women's Center, Medical College of Wisconsin, Waukesha, WI (Dr Aschkenazi); Icahn School of Medicine at Mount Sinai, Department of Obstetrics and Gynecology, New York, NY (Dr Mamik); Vanderbilt University Medical Center, Department of Obstetrics and Gynecology, Nashville, TN (Dr Ward); Tufts Medical Center, Institute for Clinical Research and Health Policy Studies, Boston, MA (Dr Balk); and Division of Urogynecology and Reconstructive Pelvic Surgery, Department of Obstetrics and Gynecology, Women and Infants Hospital of Rhode Island and Warren Alpert Medical School of Brown University, Providence, RI (Dr Sung).

Received Aug. 26, 2013; revised Nov. 22, 2013; accepted Jan. 21, 2014.

The Society of Gynecologic Surgeons provided funding for assistance by methods experts in systematic review and for logistic support.

The authors report no conflict of interest.

Presented at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons, Charleston, SC, April 8-10, 2013.

Reprints: Megan O. Schimpf, MD, Obstetrics and Gynecology, Female Pelvic Medicine and Reconstructive Surgery, University of Michigan, L4000 Women's, 1500 E. Medical Center Dr., Ann Arbor, MI 48109. mschimpf@umich.edu.

0002-9378/$36.00 • © 2014 Mosby, Inc. All rights reserved. • http://dx.doi.org/10.1016/j.ajog.2014.01.030

RESEARCH   **Urogynecology**                                                    www.AJOG.org



**FIGURE 1**
**Literature flow**

*PVS*, pubovaginal slings.

*These studies were potentially eligible to be included for adverse event (AE) analyses; †Several studies had 3 arms and provided data for multiple comparisons; ‡For noncomparative studies, the following minimum sample size criteria were used: minisling obturator, n ≥120; minisling retropubic, n ≥100; obturator midurethral sling (MUS), n ≥300; pubovaginal fascial, n ≥300; pubovaginal synthetic, n ≥120; retropubic MUS, n ≥1000; §Several studies reported on ≥2 slings; ‖Only from randomized controlled trials (RCTs).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Stress urinary incontinence (SUI), or the involuntary loss of urine with activity such as coughing, laughing, and sneezing, is present in 15-80% of women.[1] Options for treating SUI include physical therapy, pessaries, urethral bulking injections, and surgery. Surgery traditionally consisted of Burch urethropexy or pubovaginal sling. Since 1996, when Ulmsten et al[2] published the initial paper about retropubic tension-free vaginal tape (TVT), the use of synthetic midurethral slings (MUS) has grown to become the most common surgery performed for SUI in women.[3] This type of surgery has evolved to also include options of obturator passage and smaller, single-incision synthetic slings (eg, "minislings").

The decision of which SUI procedure to perform can include suture-only, native tissue, mesh, laparoscopic, open incisions, small incisions, or single-incision surgery. Many studies have compared these options. The primary aim of our work was to utilize systematic review and meta-analysis methodology to compare objective and subjective cure rates in adult women with SUI between these different surgeries. The secondary outcomes were to compare surgical methods by quality-of-life measures, sexual function, and perioperative and adverse event (AE) data.

### MATERIALS AND METHODS
The Society of Gynecologic Surgeons Systematic Review Group includes members with clinical and surgical expertise on female SUI and in the conduct of systematic reviews and guideline development. This project was considered exempt from institutional review board approval.

### Data sources and searches
We searched MEDLINE and Cochrane Central Register for Controlled Trials from Jan. 1, 1990 through April 12, 2013 (Figure 1). We excluded older studies because the TVT was not available in the United States prior to this. Search terms included "urinary incontinence," "urgency," "sling," "obturator," "retropubic," "pubovaginal," "vaginal tape," "urologic surgical procedures" (instrumentation or adverse effects), and related terms. The search was limited to comparative studies, cohort studies, and systematic reviews. The search was further limited to human and English-language studies. Meeting abstracts were excluded. Any review articles obtained in this search were excluded after reference lists were reviewed and articles not originally in the search were obtained. Study authors were not contacted.

Twelve reviewers independently double-screened the abstracts using the computerized screening program Abstrackr (Tufts Medical Center, Boston, MA).[4] To establish relevance and consensus among reviewers, all 12 screened and achieved consensus on an initial batch of 300 abstracts. Potentially relevant full-text articles were also independently double-screened by 12 reviewers.

### Study selection
For the principal evaluation of outcomes, we included peer-reviewed randomized controlled trials (RCTs) with at least 12 months of follow-up (Table 1). Trials were excluded from outcomes analysis for poor randomization schemes, such as alternate assignment of patients or assignment based on day of the week or birth date. We included RCTs that compared ≥2 sling procedures or a sling procedure to Burch urethropexy performed in adult women for SUI. Studies that compared Burch urethropexy to any other surgery were excluded. Bulking injections were excluded because they are not similar enough to sling surgeries regarding cure, perioperative data, or AEs. When a study included 3 arms, it was analyzed as multiple 2-arm comparisons. For the evaluation of AEs we

Case 3:20-cv-90851-MO   Document 83-10   Filed 05/26/20   Page 902 of 910
Case 2:12-md-02327   Document 8080-1   Filed 05/15/19   Page 4 of 29 PageID #: 203343
www.AJOG.org                                                                    Urogynecology RESEARCH

**TABLE 1**
**Randomized controlled trials included in systematic review**

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MUS vs Burch** | | | | | | | | | | | | |
| Bai et al,[9] 2005[a] | B | Retropubic MUS (TVT) | Burch | 31 | 33 | 12 mo | X | | | X | | |
| Bandarian et al,[10] 2011 | C | Obturator MUS (TOT, unspecified) | Burch | 31 | 31 | 25 mo mean | | X | X | X | | |
| Foote et al,[11] 2006 | C | Retropubic MUS (SPARC) | Laparoscopic Burch | 49 | 48 | 24 mo | X | X | X | X | | |
| Liapis et al,[12] 2002 | C | Retropubic MUS (TVT) | Burch | 36 | 35 | 24 mo | X | X | X | X | | |
| Paraiso et al,[13] 2004[b] | B | Retropubic MUS (TVT) | Laparoscopic Burch | 36 | 36 | 21 mo | X | X | X | X | X | |
| Persson et al,[14] 2002 | B | Retropubic MUS (TVT) | Laparoscopic Burch | 38 | 33 | 12 mo | X | X | X | X | | |
| Sivaslioglu et al,[15] 2007 | A | Obturator MUS (Safyre T) | Burch | 49 | 51 | 24 mo | X | X | X | X | | |
| Téllez Martínez-Fornés et al,[16] 2009 | B | Retropubic MUS (TVT) | Burch | 24 | 25 | 36 mo | X | X | X | X | X | |
| Wang and Chen,[17] 2003 | B | Retropubic MUS (TVT) | Burch | 49 | 49 | 22 mo | X | X | X | X | | |
| Ward et al,[18] 2002[c] | B | Retropubic MUS (TVT) | Burch | 169 | 175 | 5 y | X | X | X | X | X | X |
| **PVS vs Burch** | | | | | | | | | | | | |
| Albo et al,[19] 2007 (SISTEr Trial)[d] | A | PVS (autologous fascia) | Burch | 326 | 329 | 24 mo | X | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Burch | 28 | 33 | 12 mo | X | | | X | | |
| Culligan et al,[20] 2003[e] | B | PVS (Gore-Tex) | Burch | 17 | 19 | 73 mo | X | | X | X | | |
| Enzelsberger et al,[21] 1996 | C | PVS (dura mater) | Burch | 36 | 36 | 36 mo | X | | X | X | | |
| **PVS vs MUS** | | | | | | | | | | | | |
| Amaro et al,[22] 2009 | C | PVS (autologous fascia) | Retropubic MUS (TVT) | 21 | 20 | 44 mo | | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 28 | 31 | 12 mo | X | | X | X | | |
| Guerrero et al,[23] 2010[f] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 79 | 50 | 12 mo | | X | X | X | X | |
| Sharifiaghdas and Mortazavi,[24] 2008 | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 52 | 48 | 40 mo | | X | X | X | X | |
| Tcherniakovsky et al,[25] 2009 | C | PVS (autologous fascia) | Obturator MUS (Safyre T) | 20 | 21 | 12 mo | X | | X | X | | |
| **Retropubic vs obturator MUS** | | | | | | | | | | | | |
| Aniuliene,[26] 2009 | C | TVT | TVT-O | 114 | 150 | 12 mo | X | X | X | X | | |
| Araco et al,[27] 2008 | B | TVT | TVT-O | 108 | 100 | 12 mo | | X | X | X | X | |
| Ballester et al,[28] 2012[g] | B | Retropubic ISTOP | Transobturator ISTOP | 42 | 46 | 48 mo | X | X | X | X | X | X |

*(continued)*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

## TABLE 1
### Randomized controlled trials included in systematic review (continued)

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barber et al,[29] 2008[h] | A | TVT | Monarc | 88 | 82 | 18 mo | X | X | X | X | X | X |
| Deffieux et al,[30] 2010 | A | TVT | TVT-O | 75 | 74 | 24 mo | X | X | X | X | X | X |
| El-Hefnawy et al,[31] 2010 | C | TVT | Obturator MUS (unspecified) | 19 | 21 | 20 mo | X | X | X | X | | |
| Freeman et al,[32] 2011 | A | TVT | Monarc | 93 | 100 | 12 mo | X | X | X | | X | X |
| Karateke et al,[33] 2009 | A | TVT | TVT-O | 83 | 84 | 14 mo | X | X | X | X | X | |
| Krofta et al,[34] 2010 | A | TVT | TVT-O | 149 | 151 | 12 mo | X | X | X | X | X | X |
| Liapis et al,[35] 2006 | C | TVT | TVT-O | 46 | 43 | 12 mo | X | X | X | X | X | |
| Richter et al,[1] 2010 (TOMUS Trial) | A | TVT | Obturator MUS (TVT-O or Monarc) | 298 | 299 | 24 mo | X | X | X | X | X | X |
| Rinne et al,[36] 2008[i] | A | TVT | TVT-O | 136 | 131 | 36 mo | X | X | X | X | X | |
| Ross et al,[37] 2009 | B | Retropubic MUS (Advantage) | Obturator MUS (Obtryx) | 105 | 94 | 12 mo | X | X | X | X | X | X |
| Scheiner et al,[38] 2012[k] | B | TVT | Monarc | 80 | 40 | 12 mo | X | X | X | X | X | X |
| Scheiner et al,[38] 2012[k] | B | TVT | TVT-O | 80 | 40 | 12 mo | X | X | X | X | X | X |
| Schierlitz et al,[39] 2008[l] | B | TVT | Monarc | 82 | 82 | 36 mo | X | X | X | X | X | X |
| Teo et al,[40] 2011 | B | TVT | TVT-O | 66 | 61 | 12 mo | X | X | X | | X | |
| Wang F et al,[41] 2010 | A | TVT | Obturator MUS (out-to-in) | 70 | 70 | 12 mo | X | X | X | X | X | |
| Wang W et al,[42] 2009 | B | TVT | TVT-O | 160 | 155 | 36 mo | X | | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT | TVT-O | 32 | 36 | 12 mo | X | | X | X | X | X |
| Zullo et al,[44] 2007[n] | B | TVT | TVT-O | 35 | 37 | 5 y | X | X | X | X | X | X |
| **Retropubic MUS vs retropubic MUS** | | | | | | | | | | | | |
| Andonian et al,[45] 2005 | B | SPARC | TVT | 41 | 43 | 12 mo | X | X | X | X | X | |
| Tseng et al,[46] 2005 | B | SPARC | TVT | 31 | 31 | 24 mo | X | | X | X | X | |
| **Obturator MUS vs obturator MUS** | | | | | | | | | | | | |
| Abdel-Fattah et al,[47] 2010 (E-TOT Trial)[o] | B | ARIS TOT (out-to-in) | TVT-O (in-to-out) | 171 | 170 | 12 mo | X | X | X | X | X | X |
| Scheiner et al,[38] 2012[k] | B | Monarc | TVT-O | 40 | 40 | 12 mo | X | X | X | X | X | X |

Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.

(continued)

**TABLE 1**
**Randomized controlled trials included in systematic review** *(continued)*

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minisling vs any other sling** | | | | | | | | | | | | |
| Andrada Hamer et al,[48] 2013 | B | TVT-Secur H | TVT | 64 | 69 | 12 mo | X | X | X | X | | |
| Barber et al,[49] 2012 | A | TVT-Secur U | TVT | 136 | 127 | 12 mo | X | X | X | X | X | |
| Hinoul et al,[50] 2011 | A | TVT-Secur H | TVT-O | 97 | 98 | 12 mo | X | X | X | X | X | X |
| Hota et al,[51] 2012 | A | TVT-O | TVT-Secur | 44 | 42 | 12 mo | X | X | X | X | X | |
| Kim et al,[52] 2010 | B | TVT-Secur U | TVT-Secur H | 53 | 62 | 12 mo | X | X | X | X | | X |
| Lee et al,[53] 2010 | A | TVT-Secur U | TVT-Secur H | 165 | 165 | 12 mo | X | X | X | X | X | X |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-O | 65 | 68 | 24 mo | X | X | X | X | X | |
| Masata et al,[54] 2012[p] | A | TVT-Secur H | TVT-O | 64 | 68 | 24 mo | X | X | X | X | X | |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-Secur H | 65 | 64 | 24 mo | X | X | X | X | X | |
| Oliveira et al,[55] 2011[q] | C | TVT-O | TVT-O | 30 | 30 | 12 mo | X | X | X | X | | |
| Oliveira et al,[55] 2011[q] | C | TVT-Secur H | MiniArc | 30 | 30 | 12 mo | X | X | X | X | | |
| Oliveira et al,[55] 2011[q] | C | MiniArc | TVT-O | 30 | 30 | 12 mo | X | | X | X | | |
| Tommaselli et al,[56] 2010 | B | TVT-Secur H | TVT-O | 42 | 42 | 12 mo | X | X | X | X | X | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT | 34 | 32 | 12 mo | X | X | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT-O | 34 | 36 | 12 mo | X | X | X | X | | |

*AE*, adverse event; *MUS*, midurethral sling; *OC*, objective cure; *Po*, perioperative outcomes; *PVS*, pubovaginal sling; *QoL*, Life-of-life outcomes; *SC*, subjective cure; *SF*, sexual function outcomes; *TOMUS*, Trial of Midurethral Slings; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

Advantage: Boston Scientific Corp., Natick, MA; Gore-Tex; Gore Medical, Flagstaff, AZ; ISTOP, CL Medical, Winchester, MA; MiniArc; AMS, Minnetonka, MN; Monarc; AMS; Obtryx; Boston Scientific Corp.; Safyre; Promedon, Cordoba, Argentina; SPARC; AMS; TVT-O; Ethicon Gynecare, Cincinnati, OH; TVT-Secur, Ethicon Gynecare.

a 3-Arm trial comparing PVS (autologous fascia) vs TVT vs Burch; b Jelovsek et al[60] 2008; c Ward et al[61] 2004 and Ward et al[61] 2008; d Tennstedt et al[62] 2005; e Tennstedt et al[62] 2008; f Chai et al[63] 2009, Tennstedt et al[62] 2005, Tennstedt et al[62] 2008, Chai et al[63] 2009, Kraus et al[64] 2011, Brubaker et al[65] 2012; g Sand et al[67] 2000; h Trial also included PVS (Pelvicol) arm (n = 72) that was not included as Pelvicol is off market; i Jelovsek et al[60] 2008 and Ward et al[61] 2004 and Ward et al[61] 2008; j Barber et al[52] 2007 and David-Montefiore et al[68] 2006; k Barber et al[52] 2008; l Albo[70] 2008, Brubaker et al[72] 2011, Zyczynski et al[73] 2012, Albo et al[71] 2012; l Laurikainen et al[74] 2007 and Palva et al[75] 2010; k 3-Arm trial comparing Monarc vs TVT vs TVT-O; l Schlenitz et al[77] 2012; m 3-Arm trial comparing TVT-Secur vs TVT vs TVT-O; n Angioli et al[78] 2010 and De Souza et al[79] 2012; o 3-Arm trial comparing TVT-Secur H vs TVT-Secur U vs TVT-O; p 3-Arm trial comparing TVT-O vs MiniArc; q 3-Arm trial comparing TVT-Secur H vs MiniArc; r A (good), B (fair), C (poor).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Case 3:20-cv-00851-MO    Document 83-10    Filed 05/26/20    Page 905 of 910
Case 2:12-md-02327    Document 3080-1    Filed 05/01/19    Page 7 of 201 PageID #: 1203346

Research    Urogynecology                                                    www.AJOG.org

| TABLE 2 | |
|---|---|
| **Categorization of outcomes analyzed from randomized controlled trials** | |
| **Outcome category of interest** | **Specific outcomes collected** |
| Objective cure | Cough stress test |
| | Pad testing |
| | Urodynamic stress incontinence |
| | Voiding diary data |
| Subjective cure | Sandvik Incontinence Severity Index |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | Patient Global Impression of Improvement (PGI-I) |
| | Pelvic Floor Distress Inventory (PFDI) |
| | Urinary Distress Inventory (UDI) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Measures such as "better" or "satisfied" |
| | "Would recommend to a friend" |
| | Met expectations |
| Perioperative outcomes | Estimated blood loss, time to return to normal activity/work, operative time, hospital time, length of stay, length of use of catheter, pain |
| Quality of life or satisfaction | Kings Health Questionnaire (KHQ) |
| | Measures of activities of daily living |
| | Urinary Incontinence Quality-of-life Scale (I-QOL) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Floor Impact Questionnaire/Incontinence Impact Questionnaire (PFIQ/IIQ) |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| Sexual function | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Organ Prolapse/Incontinence Sexual Questionnaire, IUGA-Revised (PISQ-IR) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| | Dyspareunia |
| | "Return to normal sex life" |
| Adverse events | Table 3 |

*IUGA, International Urogynecology Association.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

also included trials excluded from RCT analysis, nonrandomized comparative studies, and cohort (pre-post) studies of any follow-up duration. Because of the volume of these studies, sample size limitations were placed to restrict the number of studies to only those with the most patients and therefore highest potential for identifying a complication (Figure 1). Studies included for AEs had to evaluate at least 1 sling type, and information about any other comparator surgery was not collected. Sling types of interest included MUS (retropubic, obturator), pubovaginal slings at the bladder neck (biologic, synthetic, or autologous), and minislings. All studies had to report results for cohorts (or study arms) of women who all received the same sling type (or Burch urethropexy); studies that combined women who received different sling types in their analyses were excluded. Studies that examined various aspects of surgical technique, anesthesia, or surgeon training were excluded if the same type of sling was used in each arm. Data were excluded if the surgical product used was not available in the United States as of April 2013.

Outcomes of interest from RCTs fell into 6 categories: objective cure, subjective cure, perioperative outcomes, quality of life or satisfaction, sexual function, and AEs (Table 2). Studies with nonrandomized designs were included only for AEs. Information on cost was not collected.

## Data extraction and quality assessment

Data were extracted by 1 of 12 reviewers using a standard data extraction form and confirmed by another; discrepancies were resolved by consensus. We extracted data on study characteristics, participant characteristics, funding source, details on the interventions, length of follow-up, outcomes of interest measured, and how these outcomes were assessed. After data extraction, the lead reviewer and methodologist categorized all outcomes extracted from the RCTs into the 6 outcome categories listed above. Two reviewers also categorized all AEs into 22 categories as listed in Table 3. The underlying data, together with additional extracted information, are accessible online at http://srdr.ahrq.gov/ in the project Sling surgery for stress urinary incontinence in women: Society of Gynecologic Surgeons 2013.

We assessed the methodological quality of each RCT using predefined criteria from a 3-category system modified from the Agency for Healthcare Research and Quality.[5] Studies were graded as good (A), fair (B), or poor (C)

Case 3:20-cv-90851-MO   Document 83-10   Filed 05/26/20   Page 906 of 910
Case 2:12-md-02327   Document 3080-15   Filed 05/15/19   Page 8 of 29 PageID #: 1203347

www.AJOG.org
Urogynecology Research

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117]

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| **Estimated blood loss >200 mL** | | | | | |
| Obturator | 4 | 0.22% (0.03—1.59%) | 1 | 448 | 0.00—1.79% |
| Minisling | 3 | 1.1% (0.5—1.9%) | 10 | 888 | 0.00—3.68% |
| Retropubic | 4 | 1.5% (1.0—2.1%) | 33 | 2071 | 0.21—4.76% |
| **Transfusion** | | | | | |
| Burch | 3 | 0.00% (0.00—7.73%) | 0 | 105 | 0.00—0.00% |
| Obturator | 6 | 0.17% (0.02—1.22%) | 1 | 584 | 0.00—0.40% |
| Retropubic | 13 | 0.40% (0.28—0.55%) | 31 | 8105 | 0.00—4.00% |
| Minisling | 5 | 0.51% (0.23—1.14%) | 6 | 1177 | 0.00—0.74% |
| Pubovaginal | 5 | 1.9% (0.9—3.2%) | 10 | 515 | 0.00—5.17% |
| **Hematoma** | | | | | |
| Obturator | 18 | 0.59% (0.35—0.89%) | 17 | 2995 | 0.00—2.41% |
| Retropubic | 25 | 0.88% (0.74—1.0%) | 184 | 15,950 | 0.00—16.13% |
| Minisling | 2 | 0.85% (0.21—3.44%) | 2 | 236 | 0.74—1.00% |
| Burch | 4 | 1.4% (0.6—2.6%) | 8 | 542 | 0.00—5.71% |
| Pubovaginal | 5 | 2.2% (1.2—3.4%) | 14 | 677 | 0.00—5.17% |
| **Dyspareunia** | | | | | |
| Retropubic | 2 | 0.00% (0.01—1.64%) | 0 | 488 | 0.00—0.00% |
| Obturator | 6 | 0.16% (0.02—1.14%) | 1 | 624 | 0.00—0.40% |
| Minisling | 11 | 0.74% (0.40—1.2%) | 19 | 1809 | 0.00—6.49% |
| Pubovaginal | 5 | 0.99% (0.39—1.9%) | 8 | 696 | 0.00—2.63% |
| **Return to operating room for erosion** | | | | | |
| Burch | 2 | 0.28% (0.04—2.03%) | 1 | 352 | 0.00—0.30% |
| Minisling | 3 | 1.4% (0.5—2.8%) | 5 | 399 | 0.53—2.86% |
| Pubovaginal | 5 | 1.6% (0.8—2.7%) | 16 | 640 | 0.00—12.50% |
| Retropubic | 12 | 1.9% (1.0—3.0%) | 13 | 703 | 0.00—6.45% |
| Obturator | 7 | 2.7% (1.5—4.3%) | 14 | 518 | 0.00—8.24% |
| **Exposure** | | | | | |
| Burch | 4 | 0.00% (0.02—6.22%) | 0 | 130 | 0.00—0.00% |
| Retropubic | 29 | 1.4% (1.1—1.7%) | 84 | 5684 | 0.00—12.90% |
| Minisling | 19 | 2.0% (1.5—2.6%) | 61 | 2408 | 0.00—19.05% |
| Obturator | 31 | 2.2% (1.7—2.7%) | 66 | 3253 | 0.00—10.00% |
| Pubovaginal | 10 | 5.4% (4.0—7.0%) | 48 | 851 | 0.00—15.52% |
| **Wound infection** | | | | | |
| Minisling | 3 | 0.31% (0.05—0.80%) | 2 | 852 | 0.00—1.04% |
| Obturator | 14 | 0.74% (0.43—1.1%) | 14 | 2348 | 0.00—2.11% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                    *(continued)*

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies[1,9-57,59-117]** *(continued)*

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Retropubic | 13 | 0.75% (0.54–0.98%) | 43 | 5781 | 0.00–13.04% |
| Pubovaginal | 3 | 2.6% (0.8–5.4%) | 4 | 174 | 0.85–5.56% |
| Burch | 5 | 7.0% (4.3–10%) | 17 | 269 | 3.13–9.68% |
| Urinary tract infection | | | | | |
| Minisling | 13 | 3.6% (2.8–4.6%) | 72 | 1762 | 0.74–18.33% |
| Pubovaginal | 4 | 4.2% (2.5–6.3%) | 21 | 420 | 1.84–18.75% |
| Obturator | 21 | 4.3% (3.4–5.2%) | 88 | 1826 | 0.00–16.79% |
| Burch | 7 | 5.9% (4.2–7.9%) | 55 | 648 | 0.00–31.51% |
| Retropubic | 21 | 11.0% (9.7–11%) | 718 | 6286 | 0.00–23.33% |
| Bowel injury | | | | | |
| Obturator | 5 | 0.00% (0.00–1.96%) | 0 | 410 | 0.00–0.00% |
| Retropubic | 7 | 0.34% (0.09–1.36%) | 2 | 594 | 0.00–1.57% |
| Minisling | 1 | 0.74% (0.10–5.30%) | 1 | 136 | 0.74–0.74% |
| Burch | 1 | 3.13% (0.44–23.63%) | 1 | 32 | 3.13–3.13% |
| Nerve injury | | | | | |
| Minisling | 1 | 0.00% (0.02–5.95%) | 0 | 136 | 0.00–0.00% |
| Retropubic | 4 | 0.06% (0.01–0.43%) | 1 | 1642 | 0.00–0.07% |
| Obturator | 3 | 0.61% (0.09–4.36%) | 1 | 165 | 0.00–1.72% |
| Ureteral injury | | | | | |
| Retropubic | 1 | 0.00% (0.00–9.25%) | 0 | 88 | 0.00–0.00% |
| Pubovaginal | 4 | 0.18% (0.03–1.26%) | 1 | 567 | 0.00–1.28% |
| Burch | 1 | 0.61% (0.15–2.46%) | 2 | 329 | 0.61–0.61% |
| Obturator | 1 | 1.22% (0.17–8.87%) | 1 | 82 | 1.22–1.22% |
| Vascular injury | | | | | |
| Obturator | 2 | 0.00% (0.00–6.75%) | 0 | 120 | 0.00–0.00% |
| Retropubic | 4 | 0.08% (0.04–0.18%) | 6 | 7149 | 0.00–0.09% |
| Overactive bladder/urgency | | | | | |
| Burch | 3 | 4.3% (2.5–6.5%) | 17 | 387 | 2.86–21.74% |
| Obturator | 8 | 5.3% (4.2–6.5%) | 106 | 1485 | 0.00–34.53% |
| Minisling | 11 | 5.4% (4.4–6.5%) | 103 | 1769 | 2.22–21.00% |
| Retropubic | 15 | 6.9% (6.0–7.7%) | 374 | 3486 | 0.76–45.00% |
| Pubovaginal | 5 | 8.6% (6.5–11%) | 55 | 558 | 3.37–38.10% |
| Retention lasting <6 wk postoperatively | | | | | |
| Minisling | 13 | 2.1% (1.5–2.8%) | 36 | 1778 | 0.00–5.88% |
| Obturator | 17 | 2.3% (1.8–3.0%) | 70 | 2629 | 0.00–10.00% |
| Retropubic | 18 | 3.1% (2.7–3.5%) | 248 | 7127 | 0.00–21.74% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*    *(continued)*

Case 2:12-md-02327  Document 8060-17  Filed 05/13/19  Page 90 of 91 PageID #: 203349
Case 3:20-cv-00851-MO  Document 82-105  Filed 05/26/20  Page 908 of 910
www.AJOG.org
Urogynecology RESEARCH

TABLE 3

**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] *(continued)*

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Pubovaginal | 10 | 12% (10.2–14%) | 158 | 1053 | 3.03–81.97% |
| Burch | 5 | 17% (13–21%) | 55 | 288 | 0.00–32.88% |
| **Retention lasting >6 wk postoperatively** | | | | | |
| Obturator | 6 | 2.4% (1.4–3.6%) | 70 | 2629 | 0.00–10.00% |
| Retropubic | 9 | 2.7% (2.1–3.4%) | 248 | 7127 | 0.00–21.74% |
| Minisling | 2 | 3.3% (1.6–5.7%) | 36 | 1778 | 0.00–5.88% |
| Pubovaginal | 6 | 7.5% (5.4–10%) | 158 | 1053 | 3.03–81.97% |
| Burch | 4 | 7.6% (4.7–11%) | 55 | 288 | 0.00–32.88% |
| **Return to operating room for urinary retention** | | | | | |
| Burch | 4 | 0.00% (0.00–1.54%) | 0 | 522 | 0.00–0.00% |
| Obturator | 22 | 1.1% (0.7–1.5%) | 23 | 2342 | 0.00–6.67% |
| Retropubic | 21 | 1.2% (0.9–1.7%) | 48 | 3103 | 0.00–24.00% |
| Minisling | 12 | 1.9% (1.2–2.9%) | 16 | 970 | 0.00–5.00% |
| Pubovaginal | 15 | 3.0% (2.3–3.9%) | 57 | 1667 | 0.00–7.69% |
| **Groin pain** | | | | | |
| Pubovaginal | 2 | 0.34% (0.09–1.36%) | 2 | 591 | 0.00–0.61% |
| Minisling | 12 | 0.62% (0.30–1.1%) | 14 | 1619 | 0.00–5.26% |
| Burch | 2 | 1.10% (0.42–2.98%) | 4 | 364 | 0.00–11.43% |
| Retropubic | 12 | 1.5% (1.0–2.1%) | 29 | 1811 | 0.00–5.56% |
| Obturator | 17 | 6.5% (5.3–7.7%) | 128 | 1594 | 0.00–36.67% |
| **Leg pain** | | | | | |
| Retropubic | 4 | 0.62% (0.16–2.51%) | 2 | 322 | 0.00–1.69% |
| Minisling | 4 | 1.6% (0.5–3.2%) | 4 | 337 | 0.00–2.63% |
| Obturator | 7 | 16% (13–19%) | 112 | 649 | 3.66–60.87% |
| **Bladder perforation** | | | | | |
| Obturator | 32 | 0.70% (0.46–0.98%) | 22 | 4000 | 0.00–4.76% |
| Minisling | 6 | 0.85% (0.40–1.5%) | 12 | 1138 | 0.00–4.41% |
| Pubovaginal | 14 | 2.3% (1.5–3.3%) | 23 | 1069 | 0.00–5.56% |
| Burch | 10 | 2.8% (1.7–4.1%) | 19 | 753 | 0.00–6.25% |
| Retropubic | 41 | 3.6% (3.3–3.9%) | 420 | 11,390 | 0.00–24.39% |
| **Urethral perforation** | | | | | |
| Burch | 1 | 0.00% (0.00–34.04%) | 0 | 25 | 0.00–0.00% |
| Obturator | 7 | 0.20% (0.05–0.80%) | 2 | 1013 | 0.00–1.72% |
| Retropubic | 8 | 0.41% (0.19–0.72%) | 17 | 2211 | 0.00–5.37% |
| Minisling | 1 | 2.70% (0.38–20.26%) | 1 | 37 | 2.70–2.70% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.* *(continued)*

Case 3:22-cv-00851-MO   Document 82-10   Filed 05/26/21   Page 909 of 940
Case 2:12-md-02327   Document 9080-17   Filed 05/13/19   Page 11 of 29   PageID# 203350

**RESEARCH** **Urogynecology**                                                www.AJOG.org

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] (continued)

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Vaginal perforation | | | | | |
| Pubovaginal | 1 | 0.00% (0.00−2.46%) | 0 | 326 | 0.00−0.00% |
| Burch | 2 | 0.21% (0.03−1.50%) | 1 | 475 | 0.00−0.30% |
| Retropubic | 12 | 0.73% (0.40−1.2%) | 19 | 1892 | 0.00−15.00% |
| Minisling | 10 | 1.3% (0.8−1.9%) | 20 | 1538 | 0.00−4.84% |
| Obturator | 20 | 2.8% (2.2−3.5%) | 82 | 2498 | 0.00−10.87% |
| Deep vein thrombosis | | | | | |
| Obturator | 2 | 0.00% (0.00−12.03%) | 0 | 68 | 0.00−0.00% |
| Retropubic | 3 | 0.06% (0.01−0.43%) | 1 | 1660 | 0.00−0.07% |
| Pubovaginal | 4 | 0.35% (0.09−1.42%) | 2 | 567 | 0.00−1.28% |
| Burch | 3 | 0.58% (0.11−1.4%) | 4 | 506 | 0.00−3.23% |

*AE, adverse event; CI, confidence interval.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

quality based on the likelihood of biases and completeness of reporting. Grades for different outcomes could vary within the same study.

### Data synthesis and analysis
We were able to identify comparisons for MUS vs Burch, pubovaginal slings vs Burch, pubovaginal slings vs MUS, retropubic MUS vs obturator MUS, retropubic MUS vs retropubic MUS (based on route of passage), obturator MUS vs obturator MUS (based on route of passage), and minisling vs other sling. When at least 3 RCTs compared the same surgeries for the same outcomes and provided adequate data for metaanalysis (including for AEs), we performed random effects model metaanalyses to estimate pooled odds ratios (ORs). We included data from the time point closest to 12 months' follow-up when reported. For objective cure, studies used cough stress test, pad test, or both methods. Across studies, we treated the different methods as equivalent (ie, we included both methods in the metaanalyses), but when a single study reported both methods, we preferentially chose stress test over pad test or a combined outcome (both pad and stress tests). When at least 3 studies (pre-post,

nonrandomized comparative, or RCT) reported the same AE for the same sling type, we performed random effects model metaanalyses of the arcsine transformed proportion of women with the outcome.[6] The arcsine transformed proportion was used to minimize bias due to the nonnormal distribution when proportions are close to 0. However, when the total number of events was <3 or metaanalysis gave an implausible summary estimate, the exact proportion and confidence interval (CI) were calculated for the total number of events and women at risk.[7] These absolute rates of AEs are compared qualitatively between procedures, and all data are presented in Table 3.

For each comparison of different sling types (or vs Burch), we generated an evidence profile by grading the quality of evidence for each outcome according to the Grades for Recommendation, Assessment, Development, and Evaluation system. The process considered the methodological quality, consistency of results across studies, directness of the evidence, and imprecision or sparseness of evidence to determine an overall quality of evidence. Four quality rating categories were possible: high (A), moderate (B), low (C), and very

low/insufficient (D).[8] Evidence profiles for the reviewed studies are in the Appendix.

We developed clinical practice guideline statements incorporating the balance between benefits and harms of the compared interventions when the data were sufficient to support these statements. Each guideline statement was assigned an overall level of strength of the recommendation (1 = strong, 2 = weak) based on the quality of the supporting evidence and the size of the net benefit. The strength of a recommendation indicates the extent to which one can be confident that adherence to the recommendation will do more good than harm. The wording and its implications for patients, physicians, and policymakers are detailed in Table 4.

We presented our findings at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons in April 2013 in Charleston, SC. A link to the guidelines and manuscript was then e-mailed to the entire membership for review and vetting in August 2013 prior to submission for publication.

### RESULTS
The MEDLINE search identified 2849 abstracts, of which we retrieved 881

Case 3:20-cv-00651-MO    Document 82-105    Filed 05/26/22    Page 910 of 940
Case 2:12-md-02327    Document 8080-17    Filed 05/13/19    Page 92 of 98   PageID# 203351
www.AJOG.org
Urogynecology  Research

---

**TABLE 4**
**Society for Gynecologic Surgeons Systematic Review Group sling surgery for stress urinary incontinence in women, clinical practice guidelines**

**Midurethral sling vs Burch (open or laparoscopic)**

For women considering midurethral slings or Burch procedures for treatment of SUI, we suggest either intervention for objective and subjective cure and that decision be based on: (1) which adverse events are of greatest concern to patient; and (2) any other planned concomitant surgeries (vaginal vs abdominal route). (1A)
- Midurethral slings may result in lower rates of perioperative adverse events such as blood loss, postoperative pain, operating room time, hospital stay, bowel injury, wound infection, and hematomas. (1C)
- Burch procedures may result in lower rates of return to operating room for retention, erosion, overactive bladder symptoms, and groin pain. (1C)

**Pubovaginal sling vs Burch**

For women considering pubovaginal slings or Burch procedures for treatment of SUI, we recommend pubovaginal slings to maximize cure outcomes. (1A)
- Burch procedure results in lower rates of erosion, overactive bladder symptoms, and retention requiring reoperation. (1C)
- Pubovaginal slings result in lower rates of wound infection, bladder/vaginal perforation, and bowel injury. (1C)

**Pubovaginal sling (biologic and synthetic) vs midurethral sling (only TVT was studied)**

For women considering pubovaginal or midurethral sling for treatment of SUI, we recommend midurethral sling for better subjective cure outcomes. (2C)
- Midurethral slings may result in lower rates of perioperative outcomes such as operating room time, blood loss, and hospital stay. (2D)
- Pubovaginal slings may result in lower rates of adverse events such as urinary tract infection and vaginal perforation. (2D)

**Retropubic vs obturator midurethral slings**

For women considering retropubic or transobturator midurethral sling, we recommend either intervention for objective and subjective cure and that decision be based on which adverse events are of greatest concern to patient. (1A)
- Retropubic slings result in lower rates of sling erosion, need to return to operating room for treatment of sling erosion, groin/leg pain, and vaginal perforation. (1D)
- Transobturator midurethral slings result in shorter operative time, fewer bladder/urethral perforations, less perioperative pain, fewer urinary tract infections, and less overactive bladder symptoms. (1D)

**Obturator vs obturator or retropubic vs retropubic midurethral slings**

There is insufficient evidence to provide recommendation for choosing among specific obturator or retropubic slings.

**Minisling (TVT-Secur U/H position and MiniArc studied) vs other sling (TVT and TVT-O studied)**

For women considering minislings (specifically TVT-Secur in H or U configuration) compared to traditional midurethral slings for treatment of SUI, we recommend traditional midurethral sling to maximize cure rates. (1A)
- Route of traditional midurethral sling that would be performed is important consideration in regard to adverse events compared with minislings. For example, minislings have similar rates of postoperative overactive bladder symptoms compared with obturator slings, but lower rates compared with retropubic slings. Exposure of sling postoperatively is similar between obturator slings and minislings, but retropubic slings have lower rates than both other types. (1D)
- Dyspareunia is more common with minisling than either retropubic or obturator sling, but absolute rates are low for all types of slings. (1D)

MiniArc; AMS, Minnetonka, MN; TVT-O; Ethicon Gynecare, Cincinnati, OH; TVT-Secur; Ethicon Gynecare.

*SUI*, stress urinary incontinence; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

---

full-text papers that were further assessed in detail (Figure 1). This process resulted in 127 papers detailing RCTs (Table 1), from which there were 49 unique, eligible trials. There were also 704 additional papers reflecting other study designs, which were considered for AE data (Table 3). After limiting the non-RCT papers to those with the largest number of patients, we included 39 of those studies in addition to collecting AE information from RCTs (Table 3).

We categorized the trials into 6 comparisons, which are discussed in detail below and in Table 1.

**MUS vs Burch urethropexy**

There were 10 RCTs for this comparison with overall moderate quality of evidence (Supplementary Table 1).[9-18] Two studies examined obturator MUS,[10,15] while the remaining analyzed a retropubic sling vs Burch urethropexy, which was performed via laparotomy except in 3 studies that analyzed laparoscopic Burch surgery.[11,13,14] There were no studies comparing minislings to Burch urethropexy.

The evidence reviewed did not support a difference between the 2 surgeries with regard to objective cure, subjective cure, quality-of-life, or sexual function outcomes. While 8 studies provided data about cure outcomes, there were fewer studies evaluating quality of life[13,16,18] and sexual function.[18]

Metaanalysis of objective cure did not show a significant difference for sling