**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Barbara L. Smith and Gary Smith v. Ethicon, Inc.; Johnson & Johnson*<br>Case No. 2:12-cv-04791 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE<br><br>WAVE 11 |

**PARTIES' JOINT DESIGNATION OF FILINGS FROM 2:12-MD-2327[1]**

Plaintiffs and Defendants, by and through their respective counsel, designate the following filings from 2:12-MD-2327 for transmission to the transferor court in the above-referenced action:

| Docket No. | Filed By | Title | Date |
|---|---|---|---|
| 238 | Plaintiffs | First Amended Master Long Form Complaint and Jury Demand | 8/31/2012 |
| 239 | Defendants | Master Answer and Jury Demand of Defendant Ethicon, Inc. to First Amended Master Complaint | 8/31/2012 |
| 241 | Defendants | Master Answer and Jury Demand of Defendant Johnson & Johnson to First Amended Master Complaint | 8/31/2012 |
| 262 | Plaintiffs | Short Form Complaint | 9/26/2012 |
| 263 | Plaintiffs | Amended Short Form Complaint | 9/26/2012 |
| 774 | Court | Pretrial Order #65 (Amended Order Regarding Delayed Filing and Application to the Statute of Limitations) Amending and superseding PTO #49 (Stipulated Agreed Order Regarding Delayed Filing and Application to the Statute of Limitations) | 08/29/2013 |
| 842 | Court | Pretrial Order #72 (Order Amending PTO #65 to Require Copies of Complaints Filed Under Delayed Filing Agreements) | 10/02/2013 |

---

[1] While the Parties acknowledge the MDL Orders on Daubert motions relating to identified experts in this matter can be considered upon remand, the Parties recognize that these Orders have not been specifically adopted in this case.

| 1001 | Court | Pretrial Order #91 (Third Amended Order Regarding Delayed Filing and Application to the Statute of Limitations) Re PTO #49 (Stipulated Agreed Order Regarding Delayed Filing and Application to the Statute of Limitations), amended twice unilaterally (PTO ## 65 and 72) | 01/03/2014 |
|---|---|---|---|
| 1069 | Court | Pretrial Order #100 (Plaintiffs' Motion for a Finding of Spoliation and for Sanctions) | 2/04/2014 |
| 2038 | Defendants | Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 4/21/2016 |
| 2040 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 4/21/2016 |
| 2176 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 5/9/2016 |
| 2213 | Defendants | Reply to Memorandum in Opposition to Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 5/16/2016 |
| 2667 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Jerry Blaivas, M.D.) | 8/26/2016 |
| 3565 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Jerry Blaivas, M.D.) | 3/31/2017 |
| 3588 | Defendants | Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 4/12/2017 |
| 3589 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 4/12/2017 |
| 3758 | Plaintiffs | Response in Opposition to Defendants' Motion and Memorandum in Support of its Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 4/27/2017 |
| 3840 | Defendants | Reply Brief Supporting Motion to Exclude Certain General Opinions of Jerry Blaivas, M.D. | 5/4/2017 |
| 4197 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Jerry Blaivas, M.D.) | 7/21/2017 |
| 5157 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Jerry Blaivas, M.D.) | 12/12/2017 |
| 8539 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [3589] Memorandum In Support, [3840] Reply to Response, [3588] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Certain General Opinions of Jerry Blaivas, M.D. in Certain Wave 4 Cases | 8/14/2019 |
| 8581 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Jerry Blaivas, MD for Wave 11 by All Plaintiffs re: [3758] Response In Opposition | 8/23/2019 |
| 2082 | Defendants | Defendants' Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 4/21/2016 |

| 2085 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 4/21/2016 |
|---|---|---|---|
| 2191 | Plaintiffs | Plaintiffs' Amended Memorandum in Opposition to Defendants' Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 5/10/2016 |
| 2215 | Defendants | Reply in Support of Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 5/16/2016 |
| 2666 | Court | Memorandum Opinion and Order (*Daubert* Motion re: Daniel Elliott, M.D.) | 8/26/2016 |
| 2815 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 9/19/2016 |
| 2952 | Plaintiffs | Memorandum in Opposition to Defendants' Motion to Exclude Certain General Opinions of Daniel Elliot, M.D. | 10/11/2016 |
| 4152 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Daniel Elliott, M.D.) | 7/20/2017 |
| 6409 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Daniel Elliott, M.D.) | 7/27/2018 |
| 6522 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Daniel Elliott, M.D.) | 8/6/2018 |
| 6614 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Daniel Elliott, M.D.) | 9/5/2018 |
| 8080 | Defendants | Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 10 Cases | 5/13/2019 |
| 8081 | Defendants | Memorandum in Support of Defendants' Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. | 5/13/2019 |
| 8247 | Plaintiffs | Memorandum by All Plaintiffs in opposition to [8080] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Certain General Opinions Of Daniel Elliott, M.D. | 5/28/2019 |
| 8311 | Defendants | Reply by Ethicon, Inc., Johnson & Johnson to [8247] Memorandum In Opposition | 5/31/2019 |
| 8312 | Defendants | Reply by Ethicon, Inc., Johnson & Johnson to [8247] Memorandum In Opposition | 5/31/2019 |
| 8540 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [8081] Memorandum In Support, [8080] MOTION by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Certain General Opinions Of Daniel Elliott, M.D., [8311] Reply to Response | 8/14/2019 |
| 8582 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Daniel Elliott, MD for Wave 11 by All Plaintiffs re: [8247] Memorandum In Opposition | 8/23/2019 |
| 1983 | Defendants | Motion to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. | 4/20/2016 |

3

| 1985 | Defendants | Memorandum in Support of Motion to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. | 4/20/2016 |
|---|---|---|---|
| 2186 | Plaintiffs | Opposition to Motion to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. | 5/9/2016 |
| 2216 | Defendants | Reply in Support of Defendants' Motion to Exclude the Opinions and Testimony of Howard Jordi, PH.D. | 5/16/2016 |
| 2699 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Howard Jordi, Ph.D.) | 8/31/2016 |
| 3633 | Defendants | Motion to Exclude the Opinions and Testimony of Howard Jordi, PH.D. | 4/13/2017 |
| 3637 | Defendants | Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions and Testimony of Jordi, PH.D. | 4/13/2017 |
| 3771 | Plaintiffs | Response in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Howard Jordi, PH.D. | 4/27/2017 |
| 3836 | Defendants | Reply in Support of Motion to Exclude the Opinions and Testimony of Howard Jordi, PH.D. [and also adopting and incorporating by reference Ethicon's Reply in Support of its Motion to Exclude the Testimony and Opinions of Howard Jordi, PH.D. [Doc. 2216]] | 5/4/2017 |
| 4169 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Howard Jordi, Ph.D.) | 7/20/2017 |
| 8525 | Defendants | Notice of Adoption of Prior Daubert Motion of Howard Jordi, Ph.D. for Wave 11 by Ethicon, Inc., Johnson & Johnson re: [3633] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. in Certain Wave 4 Cases, [3637] Memorandum of Law, [3836] Reply to Response | 8/9/2019 |
| 8586 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Howard Jordi, MD for Wave 11 by All Plaintiffs re: [3771] Response In Opposition | 8/23/2019 |
| 1978 | Defendants | Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 4/20/2016 |
| 1982 | Defendants | Memorandum in Support of Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 4/20/2016 |
| 2188 | Plaintiffs | Response in Opposition to Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/9/2016 |
| 2200 | Defendants | Reply to Response in Opposition to Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/13/2016 |
| 2642 | Court | Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 8/24/2016 |

4

| 3525 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 3/28/2017 |
|---|---|---|---|
| 3626 | Defendants | Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Certain Wave 4 Cases, | 4/13/2017 |
| 3630 | Defendants | Memorandum In Support of Motion to Limit Testimony of Prof. Dr. Med. Uwe Klinge | 4/13/2017 |
| 3767 | Plaintiffs | Response in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Prof. Dr. Med. Uwe Klinge | 4/27/2017 |
| 3855 | Defendants | Reply in Support of Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/4/2017 |
| 4172 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 7/20/2017 |
| 6398 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 7/27/2018 |
| 6413 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 7/27/2018 |
| 6458 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 7/31/2018 |
| 6517 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Prof. Dr. Med Uwe Klinge) | 8/6/2018 |
| 8519 | Defendants | Notice of Adoption of Prior Daubert Motion of Prof. Dr. Med. Uwe Klinge for Wave 11 by Ethicon, Inc., Johnson & Johnson re: [3626] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Certain Wave 4 Cases, [3630] Memorandum of Law, [3855] Reply | 8/8/2019 |
| 8588 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Prof Dr. Med. Uwe Klinge, MD for Wave 11 by All Plaintiffs re: [3767] Response In Opposition | 8/23/2019 |
| 2075 | Defendants | Motion to Exclude Peggy Pence, Ph.D. | 4/21/2016 |
| 2078 | Defendants | Memorandum in Support of Motion to Exclude Peggy Pence, Ph.D. | 4/21/2016 |
| 2172 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Peggy Pence, Ph.D. | 5/9/2016 |
| 2214 | Defendants | Reply to Memorandum in Opposition to Motion to Exclude Peggy Pence, Ph.D. | 5/16/2016 |
| 2664 | Court | Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 8/25/2016 |
| 2759 | Defendants | Motion to Exclude Peggy Pence, Ph.D. | 9/16/2016 |
| 2760 | Defendants | Memorandum in Support of Motion to Exclude Peggy Pence, Ph.D. | 9/16/2016 |

| 2949 | Plaintiffs | Response in Opposition to Defendants' Motion to Exclude Peggy Pence, Ph.D. | 10/11/2016 |
|---|---|---|---|
| 3017 | Defendants | Reply in Support of Motion to Exclude Peggy Pence, Ph.D. | 10/20/2016 |
| 3510 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 3/27/2017 |
| 4180 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 7/20/2017 |
| 6299 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 7/24/2017 |
| 6494 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 8/2/2018 |
| 6535 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* Motion re: Peggy Pence, Ph.D.) | 8/7/2018 |
| 8531 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [3017] Reply to Response, [2760] Memorandum In Support, [2759] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Peggy Pence, Ph.D. in Certain Wave 3 Cases | 8/14/2019 |
| 8596 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Peggy Pence, PhD for Wave 11 by All Plaintiffs re: [2949] Response In Opposition | 8/26/2019 |
| 2130 | Plaintiffs | Motion to Exclude the General Causation Opinions and Testimony of Brian J. Flynn, M.D. | 5/5/2016 |
| 2131 | Plaintiffs | Memorandum in Support of Motion to Exclude the General Causation Opinions and Testimony of Brian J. Flynn, M.D. | 5/5/2016 |
| 2269 | Defendants | Response in Opposition to Motion to Exclude the General Causation Opinions and Testimony of Brian J. Flynn, M.D. | 5/23/2016 |
| 2280 | Plaintiffs | Reply Memorandum in Support of Plaintiffs' Motion to Exclude the General Causation Opinions of Brian J. Flynn, M.D. | 5/30/2016 |
| 2701 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Brian J. Flynn, M.D.) | 8/31/2016 |
| 2854 | Plaintiffs | Plaintiffs' Motion to Exclude the General Causation Opinions of Brian J. Flynn, M.D. | 9/19/2016 |
| 2855 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude the General Causation Opinions of Brian J. Flynn, M.D. | 9/19/2016 |
| 2913 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude General Opinions of Brian J. Flynn, M.D. | 10/10/2016 |
| 3048 | Plaintiffs | Reply Memorandum in Support of Plaintiffs' Motion to Exclude the General Causation Opinions of Brian J. Flynn, M.D. | 10/21/2016 |

| 3523 | Court | Order Adopting Memorandum Opinion and Order (*Daubert* ruling re: Brian J. Flynn, M.D.) | 3/28/2017 |
|---|---|---|---|
| 8483 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Bryan Flynn, MD for Wave 11 by All Plaintiffs re: [2854] Motion by Certain Plaintiffs in Wave 3 Cases to Exclude the General Causation Opinions of Brian J. Flynn, MD, [2280] Reply to Response, [2855] Memorandum In Support, [3048] Reply to Response | 8/7/2019 |
| 8627 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [2913] Response In Opposition | 8/28/2019 |
| 2022 | Plaintiffs | Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Douglas Grier, M.D. | 4/21/2016 |
| 2024 | Plaintiffs | Plaintiffs' Memorandum in Support of Their Motion to Exclude Certain Opinions and Testimony of Douglas Grier, M.D. | 4/21/2016 |
| 2179 | Defendants | Ethicon's Memorandum in Opposition to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Douglas Grier, M.D. | 5/9/2016 |
| 2703 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Douglas Grier, M.D.) | 08/31/2016 |
| 2921 | Defendants | Memorandum in Opposition to Plaintiffs' Motion to Exclude General Opinion Testimony of Douglas Grier, M.D. | 10/11/2016 |
| 2982 | Plaintiffs | Reply Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions and Testimony of Douglas Grier, M.D. | 10/18/2016 |
| 3309 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Douglas Grier, M.D.) | 01/04/2017 |
| 4160 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Douglas Grier, M.D.) | 07/20/2017 |
| 6247 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Douglas Grier, M.D.) | 7/19/2018 |
| 8488 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Douglas Grier, MD for Wave 11 by All Plaintiffs re: [2982] Reply to Response, [2022] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude Certain Opinions and Testimony of Douglas Grier, M.D., [2024] Memorandum In Support | 8/7/2019 |
| 8628 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [2921] Response In Opposition | 8/28/2019 |
| 2205 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 5/14/2016 |

| | | | |
|---|---|---|---|
| 2206 | Plaintiffs | Plaintiffs' Memorandum in Support of Plaintiffs' Daubert Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 5/14/2016 |
| 2287 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 5/31/2016 |
| 2297 | Plaintiffs | Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Daubert Motion to Exclude on Limit the Opinions and Testimony of Steven Maclean, Ph.D., P.E. | 6/8/2016 |
| 2552 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 8/8/2016 |
| 2724 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Steven MacLean, Ph.D., P.E.) | 9/02/2016 |
| 2825 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude or to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 9/19/2016 |
| 2826 | Plaintiffs | Plaintiffs' Memorandum in Support of Their Motion to Exclude or to Limit the Opinions and Testimony of Steven Maclean, Ph.D. | 9/19/2016 |
| 2942 | Defendants | Defendants' Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Defendant Ethicon, Inc. and Johnson & Johnson's Expert Steven Maclean, Ph.D., P.E. | 10/11/2016 |
| 3053 | Plaintiffs | Plaintiffs' Reply in Support of Daubert Motion to Exclude on Limit the Opinions and Testimony of Steven Maclean, Ph.D., P.E. | 10/21/2016 |
| 3517 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Steven MacLean, Ph.D., P.E.) | 3/27/2017 |
| 6313 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Steven MacLean, Ph.D., P.E.) | 7/24/2018 |
| 8496 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Steven MacLean, Ph.D., P.E. for Wave 11 by Certain Plaintiffs re: [2205] Daubert Motion by Certain Plaintiffs in Wave 1 Cases to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Steven MacLean, Ph.D., P.E., [2826] Memorandum In Support, [3053] Reply to Response, [2825] Daubert Motion by Certain Plaintiffs in Wave 3 Cases to Exclude Or To Limit The Opinions And Testimony Of Steven Maclean, Ph.D., P.E., [2297] Reply to Response, [2206] Memorandum In Support | 8/7/2019 |

| | | | |
|---|---|---|---|
| 8609 | Defendants | Notice of Adoption of Prior Daubert Response Regarding Steven MacLean, M.D. for Wave 11 by Ethicon, Inc., Johnson & Johnson re: [2942] Response In Opposition, [2287] Response In Opposition | 8/27/2019 |
| 2035 | Plaintiffs | Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D. | 4/21/2016 |
| 2037 | Plaintiffs | Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D. | 4/21/2016 |
| 2153 | Defendants | Ethicon's Memorandum in Opposition to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D. | 5/9/2016 |
| 2236 | Plaintiffs | Plaintiffs' Reply in Further Support of Their Motion to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D. | 5/16/2016 |
| 2530 | Defendants | Ethicon's Memorandum in Opposition to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D. | 8/8/2016 |
| 2650 | Court | Memorandum Opinion And Order (*Daubert* Motion re: Christina Pramudji, M.D.) | 8/25/2016 |
| 3508 | Court | Order Adopting Memorandum Opinion And Order (*Daubert* ruling re: Christina Pramudji, M.D.) | 3/27/2017 |
| 8501 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Christina Pramudji, MD for Wave 11 by All Plaintiffs re: [2035] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude Certain Opinions and Testimony of Christina Pramudji, M.D., [2037] Memorandum In Support, [2236] Reply to Response | 8/7/2019 |
| 8614 | Defendants | Notice of Adoption of Prior Daubert Responses Regarding Christina Pramudji for Wave 11 by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [2153] Response In Opposition, [2530] Response In Opposition | 8/27/2019 |
| 7349 | Plaintiffs | Motion by All Plaintiffs to Exclude Certain Opinions of Dr. Edward Stanford. | 12/18/2018 |
| 7462 | Defendants | Response by Ethicon, Johnson & Johnson in opposition to [7349] Motion to Exclude Certain Opinions of Dr. Edward Stanford. | 12/31/2018 |
| 8530 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Edward Stanford for Wave 11 by All Plaintiffs re: [7349] Motion by Certain Plaintiffs to Exclude Certain Opinions of Dr. Edward Stanford | 8/13/2019 |
| 8630 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [7462] Response In Opposition | 8/28/2019 |

| 9119 | Court | Order Striking Defendants' Experts In Excess Of Five | 05/11/2020 |
| 9120 | Court | Order Striking Defendants' Experts In Excess Of Five | 05/12/2020 |

DATED:  May 26, 2020

Stipulated and agreed:

/s/ John Lowther
John Lowther
William J. Doyle, II
Doyle Lowther LLP
4400 NE 77th Avenue
Vancouver, WA 98862
(360) 818-9320
bill@doylelowther.com
john@doylelowther.com

*Counsel for Smith Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

## **CERTIFICATE OF SERVICE**

I certify on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage
