## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PLAINTIFFS LISTED IN PLAINTIFFS' NOTICE OF ADOPTION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE GENERAL OPINION TESTIMONY OF DOUGLAS GRIER, M.D.

In Wave 3 of this litigation, Plaintiffs adopt the *Daubert* motion they filed in relation to the general-causation opinions of Douglas Grier, M.D., in Wave 1, Dkt. 2022. *See* Pls.' Notice of Adoption (Dkt. 2773). The Court has ruled on that Wave 1 motion. *See In re: Ethicon Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4547053 (S.D.W. Va. Aug. 31, 2016). Defendants Ethicon, Inc., Johnson & Johnson and, where applicable, Ethicon LLC (collectively, "Ethicon") respectfully request that this Court again deny Plaintiffs' motion for the reasons expressed below and in accordance with this Court's August 31, 2016 Memorandum Opinion and Order.

### ARGUMENT AND AUTHORITIES

**I.     Dr. Grier's Testimony Regarding the Safety and Efficacy Rates of Mesh Products Is Reliable.**

Plaintiffs assert the identical arguments and record regarding Dr. Grier's opinions on the safety and efficacy rates of mesh products.  This Court has already rejected Plaintiffs' argument that Dr. Grier must support his testimony regarding the safety and efficacy rates of mesh products with details from his clinical experiences. *In re: Ethicon Inc.*, 2016 WL 4547053, at * 3

("Here, Dr. Grier does not offer expert testimony about precise rates, so he is not necessarily required to detail his experiences."). Ethicon respectfully requests that this Court rule in the same manner in the Wave 3 cases and again deny Plaintiffs' motion with respect to the admissibility of Dr. Grier's opinions regarding the safety and efficacy rates of mesh products.

## II.     Because Dr. Grier Does Not Offer Any Opinions Regarding the Process of Designing a Product, Plaintiffs' Motion to Exclude His "Design Opinions" Should Be Denied as Moot.

Plaintiffs also assert the identical arguments and record regarding Dr. Grier's "design opinions" that they asserted in Wave 1. This Court has denied Plaintiffs' challenge to Dr. Grier's "design opinions" because Dr. Grier "has not expressed any opinions about the process of designing a product." *In re: Ethicon Inc.*, 2016 WL 4547053, at *3. Ethicon respectfully requests that this Court rule in the same manner in the Wave 3 cases and again deny as moot Plaintiffs' motion with respect to Dr. Grier's "design opinions."[1]

## III.    Dr. Grier Is Entitled to Testify about Risks of Implanting Mesh and Whether They Appeared in the IFU, and the Common Knowledge of Physicians Regarding Risks.

Dr. Grier's proposed testimony is consistent with this Court's orders. The Court has determined that Dr. Grier is qualified to testify "about the specific risks of implanting mesh and whether those risks appeared on the relevant IFU." *In re: Ethicon Inc*., 2016 WL 4547053, at *3. Further, the Court has expressed no opinion about expert testimony regarding "whether certain risks were common knowledge," and therefore has not precluded this expert testimony. *See, e.g.*, *In re: Ethicon Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4582231, at *3 n.2 (S.D.W. Va. Sept. 1, 2016) ("The plaintiffs' Motion focuses on whether Dr. Woods is

---

[1] To the extent Plaintiffs challenge Dr. Grier's qualifications and methodology regarding his testimony on the *safety and efficacy* of the TVT and Prolift designs, Ethicon incorporates and adopts its Opposition to Plaintiffs' Wave 1 motion (Dkt. 2179) at 2-4.

qualified to offer expert testimony about what should be included in or what may be excluded from an IFU. So I offer no opinion on whether Dr. Woods may testify about whether certain risks were common knowledge."); *In re: Ethicon Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4557036, at *3 n.2 (S.D.W. Va. Aug. 31, 2016) (same, with respect to Dr. Drolet); *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4536875, at *4 n.2 (S.D.W. Va. Aug. 30, 2016) (same, with respect to Dr. Serels); *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4542054, at *3 n.2 (S.D.W. Va. Aug. 30, 2016) (same, with respect to Dr. Elser); *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4536872, at *3 n.2 (S.D.W. Va. Aug. 30, 2016) (same, with respect to Dr. Sepulveda-Toro); *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4493666, at *4 n.2 (S.D.W. Va. Aug. 25, 2016) (same, with respect to Dr. Toglia); *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4493681, at *3 n.2 (S.D.W. Va. Aug. 25, 2016) (same, with respect to Dr. Pramudji).

Dr. Grier is qualified to testify regarding the risks that are within the common knowledge of surgeons who perform pelvic surgeries. As detailed in Ethicon's Wave 1 motion, Dr. Grier has extensive clinical experience with native-tissue surgical procedures, surgical procedures involving mesh, and mesh repairs. Defs.' Opp. (Dkt. 2179) at 3. He also has taught over 300 courses for advanced surgical training of physicians for conditions such as stress urinary incontinence and pelvic organ prolapse. Ex. D to Pls.' Mot. (Dkt. 2022-4), Grier TVT/TVT-O Report at 2; Ex. B to Pls.' Mot. (Dkt. 2022-2), Grier Prolift Report at 2. And he has conducted research in the field of incontinence and bladder disorders, and has contributed to studies on the use of TVT abdominal guides and the TVT world registry published in the Journal of Urology in 2011. Ex. D to Pls.' Mot. (Dkt. 2022-4), Grier TVT/TVT-O Report at 2. In addition, Dr. Grier

3

relies on his review of complications reported in the medical literature, statements of leading medical societies, discussions with other surgeons, and general knowledge as a pelvic-floor surgeon in reaching his opinions. Ex. 1, Grier 3/22/16 Dep. Tr. 326:23-330:20, 332:13-333:23; Ex. B to Pls.' Mot. (Dkt. 2022-2), Grier Prolift Report at 19-22; Ex. C to Pls.' Mot. (Dkt. 2022-3), Grier Prolene Soft Report at 15-16; Ex. D to Pls.' Mot. (Dkt. 2022-4), Grier TVT/TVT-O Report at 23-25; Ex. E to Pls.' Mot. (Dkt. 2022-5), Grier TVT-Secur Report at 28-30.

As a practicing surgeon who went through years of medical training, has extensive clinical experience with pelvic floor surgeries, teaches other physicians about these surgeries, and keeps up with the medical literature, Dr. Grier is uniquely qualified to offer opinions about what is within the common knowledge of physicians who perform pelvic floor surgeries. Indeed, only a physician with such training and experience *could* testify as to common knowledge of surgeons who perform pelvic surgeries.

Because Dr. Grier has the qualifications and requisite foundation, he may offer his opinion that exposure/erosion is the only risk unique to mesh devices, and that degradation, shrinking, contraction or pore collapse, roping or curling, particle loss, cytotoxicity, excessive inflammatory response, and carcinogenicity are ***not*** risks associated with mesh devices. Ex. B to Pls.' Mot. (Dkt. 2022-2), Grier Prolift Report at 17, 19-22; Ex. C to Pls.' Mot. (Dkt. 2022-3), Grier Prolene Soft Report at 15-16; Ex. D to Pls.' Mot. (Dkt. 2022-4), Grier TVT/TVT-O Report at 18-21, 23-25; Ex. E to Pls.' Mot. (Dkt. 2022-5), Grier TVT-Secur Report at 19-20, 34. In addition, Dr. Grier is qualified to testify that chronic pain and dyspareunia are generalized risks of mesh surgery and such risks are within the common knowledge of surgeons who perform

pelvic surgeries, including mesh implantations. Ex. 1, Grier 3/22/16 Dep. Tr. 19:12-21; 319:8-14, 332:18-25; 337:9-12.[2]

Thus, Ethicon respectfully requests that this Court deny Plaintiffs' motion to the extent it seeks to exclude Dr. Grier's testimony regarding the common knowledge of physicians regarding risks associated with pelvic floor surgery, and risks of implanting mesh and whether they were included in the IFU.

## CONCLUSION

For the foregoing reasons, Ethicon respectfully requests that Plaintiffs' Motion to Exclude the General Opinion Testimony of Douglas Grier, M.D. be denied.

Respectfully submitted,

ETHICON, INC., ETHICON LLC, AND
JOHNSON & JOHNSON

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5002
rita.maimbourg@tuckerellis.com

---

[2] Moreover, this testimony will be helpful to juries assessing warning adequacy because a manufacturer has no duty to warn of risks commonly known to the surgeons who use the device. As stated generally in the RESTATEMENT (THIRD) OF TORTS: PRODUCTS LIABILITY §2, cmt. j, a product seller "is not subject to liability for failing to warn or instruct regarding risks and risk-avoidance measures that should be obvious to, or generally known by, foreseeable product users." *See also* RESTATEMENT (SECOND) OF THE LAW OF TORTS §§ 388(b), 402A, cmt. j. In fact, the FDA has said that information may be omitted from labeling "if, but only if, the article is a device for which directions, hazards, warnings and other information are *commonly known* to practitioners licensed by law to use the device." 21 C.F.R. § 801.109(c) (emphasis added).

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5002
rita.maimbourg@tuckerellis.com

# EXHIBIT 1

Douglas Grier, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


IN RE: ETHICON, INC. PELVIC REPAIR      )
SYSTEM PRODUCTS LIABILITY LITIGATION    )
_____ )
THIS DOCUMENT RELATES TO THE            )
FOLLOWING CASES IN WAVE 1 OF 200:       )
                                        ) 2:12-MD-02327
Barbara A. Hill                         )
Case No. 2:12-cv-00806                  ) MDL No. 2327
                                        )
Constance Daino                         )
Case No. 2:12-cv-01145                  )
                                        ) Joseph R. Goodwin
Monica Freitas                          ) U.S. District Judge
Case No. 2:12-cv-01146                  )
                                        )
Patricia Ruiz                           )
Case No. 2:12-cv-01021                  )
                                        )
Pamela Gray Wheeler                     )
Case No. 2:12-cv-00455                  )
                                        )
Rebekah Bartlett (Pratt)                )
Case No. 2:12-cv-01273                  )
                                        )
Dawna Hankins                           )
Case No. 2:12-cv-00369                  )
                                        )
Patricia Tyler                          )
Case No. 2:12-cv-00469                  )


DEPOSITION OF DOUGLAS GRIER, M.D.

March 22, 2016


Seattle, Washington

Douglas Grier, M.D.

---

**Page 2**

```
 1              APPEARANCES
 2   For the Plaintiffs:
 3        David DeGreeff, Esquire
          Nate Jones, Esquire
 4        Wagstaff & Cartmell LLP
          4740 Grand Avenue
 5        Suite 300
          Kansas City, MO 64112
 6        816.701.1100
          816.531.2372 Fax
 7        ddgreeff@wcllp.com
          njones@wcllp.com
 8
 9   For the Defendant:
10        Barry J. Koopmann, Esquire
          Molly Jean Given, Esquire
11        Bowman and Brooke, LLP
          150 South Fifth Street
12        Suite 3000
          Minneapolis, MN 55402
13        612.339.8682
          612.672.3200 Fax
14        barry.koopmann@bowmanandbrooke.com
          molly.given@bowmanandbrooke.com
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1                EXHIBIT INDEX (Continuing)
 2   EXHIBIT NO.     DESCRIPTION           PAGE NO.
 3   Exhibit No. 12  Curriculum Vitae of Dr. Grier      76
 4   Exhibit No. 13  Plastic bag containing multiple    76
                     flash drives
 5
     Exhibit No. 14  Report re TVT and TVT-O            97
 6                   Mid-urethral Slings by
                     Dr. Grier dated 2/29/16
 7
     Exhibit No. 15  Report re TVT-Secur Mid-urethral   97
 8                   Slings by Dr. Grier dated
                     2/29/16
 9
     Exhibit No. 16  Reliance list                     123
10
     Exhibit No. 17  Consulting Agreement;             193
11                   ETH.MESH.05973195-200
     Exhibit No. 18  Consulting agreement;             205
12                   ETH.MESH.16260624-629
13
     Exhibit No. 19  Master consulting agreement;      207
14                   ETH.MESH.05276184-194
     Exhibit No. 20  Consulting Agreement              207
15                   Requisition Form - Part I;
                     ETH.MESH.08007502-512
16
     Exhibit No. 21  Consulting Agreement              220
17                   Requisition Form - Part I;
                     ETH.MESH.09155883-895
18
     Exhibit No. 22  Clinical Study Agreement;         225
19                   ETH.MESH.00401213-217
20
     Exhibit No. 23  Clinical Study Agreement;         232
21                   ETH.MESH.00411707-717
     Exhibit No. 24  Clinical Study Agreement;         235
22                   ETH.MESH.00412260-269
23
     Exhibit No. 25  Preceptor Agreement;              239
24                   ETH.MESH.00367222-228
25
```

---

**Page 3**

```
 1              EXAMINATION INDEX
 2   EXAMINATION BY:             PAGE NO.
 3   Mr. DeGreeff                    7
 4   Mr. Koopmann                 326
 5   Mr. DeGreeff                 352
 6
 7                EXHIBIT INDEX
 8   EXHIBIT NO.   DESCRIPTION          PAGE NO.
 9   Exhibit No. 1  Amended Notice to Take Deposition   8
                    of Douglas Grier, M.D.
10
     Exhibit No. 2  Curriculum Vitae of Dr. Grier      13
11
     Exhibit No. 3  Computer printout re Guidance      19
12                  Documents
13   Exhibit No. 4  Compilation of 10 articles         21
14   Exhibit No. 5  Printout of PowerPoint re          39
                    Gynecare TVT Secur System;
15                  ETH.MESH.02340568-590
16   Exhibit No. 6  Clinical Expert Report of          41
                    Dr. Weisberg; ETH.MESH.00997751-
17                  767
18   Exhibit No. 7  3-ring binder: TVT Company Docs    41
19   Exhibit No. 8  3-ring binder: Dr. Douglas         52
                    Grier, TVT-Secur General Report
20
     Exhibit No. 9  3-ring binder: Dr. Douglas         54
21                  Grier, TVT / TVT-O General
                    Report
22
     Exhibit No. 10  3-ring binder: TVT-Obturator      63
23
     Exhibit No. 11  3-ring binder: TVT and TVT-O      69
24                   Long-Term Studies for Experts
25
```

---

**Page 5**

```
 1                EXHIBIT INDEX (Continuing)
 2   EXHIBIT NO.     DESCRIPTION           PAGE NO.
 3   Exhibit No. 26  Meeting document re Management    242
                     of Stress Incontinence with
 4                   TVT (Tension-Free Vaginal
                     Tape); ETH.MESH.11462118
 5
     Exhibit No. 27  Email to Shelley Copeland and     244
 6                   Paul Murasko from Shannon
                     Campbell dated 9/16/02;
 7                   ETH.MESH.11773498-499
     Exhibit No. 28  Document entitled "Arrowhead      247
 8                   Campaign"; ETH.MESH.00756100102
 9
     Exhibit No. 29  Meeting document re TVT           254
10                   Advanced Training Dinner;
                     ETH.MESH.08107319
11
     Exhibit No. 30  Meeting document re Gynecare      257
12                   University Program;
                     ETH.MESH.08107153-155
13
     Exhibit No. 31  Meeting document re Gynecare      259
14                   Mega Course; ETH.MESH.05795309-
                     315
15
     Exhibit No. 32  Email chain ending 11/15/04;      264
16                   ETH.MESH.11473364-368
17   Exhibit No. 33  Meeting document re Ethicon       274
                     Women's Health & Urology,
18                   Western Regional Meeting,
                     January 16-19, 2006
19
     Exhibit No. 34  Meeting document re Urology       277
20                   University; ETH.MESH.11920108-
                     110
21
     Exhibit No. 35  Meeting document re "World        280
22                   Premier" as Ethicon Women's
                     Health & Urology;
23                   HMESH_ETH_01840151-152
     Exhibit No. 36  Email chain ending 5/11/07;       282
24                   ETH.MESH.00136359
25
```

Douglas Grier, M.D.

EXHIBIT INDEX (Continuing)

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit No. 37 | Invoice; ETH.MESH.00534746 | 285 |
| Exhibit No. 38 | Invoice; ETH.MESH.00534748 | 285 |
| Exhibit No. 39 | Meeting document re Women's Health & Urology; ETH.MESH.02309289-290 | 286 |
| Exhibit No. 40 | 3-page Secrecy Agreement; ETH.MESH.08004242-244 | 290 |
| Exhibit No. 41 | Email chain ending 11/22/11; JJM.MESH.00165159-163 | 292 |
| Exhibit No. 42 | Email chain ending 11/19/10; ETH.MESH.00028559-560 | 294 |
| Exhibit No. 43 | Faculty Reimbursement Form; ETH.MESH.24099001 | 300 |
| Exhibit No. 44 | Faculty Reimbursement Form; ETH.MESH.24099002 | 300 |
| Exhibit No. 45 | Faculty Reimbursement Form; ETH.MESH.24099003 | 300 |
| Exhibit No. 46 | Faculty Reimbursement Form; ETH.MESH.24099004 | 300 |
| Exhibit No. 47 | Spreadsheet of Events/Preceptorships | 303 |

BE IT REMEMBERED that on Tuesday, March 22, 2016, at 1201 Third Avenue, Seattle, Washington, Seattle, Washington, at 12:41 p.m., before Cindy M. Koch, Certified Court Reporter, RPR, CRR, CLR, appeared DOUGLAS GRIER, M.D., the witness herein;

WHEREUPON, the following proceedings were had, to wit:

<<<<<< >>>>>>

DOUGLAS GRIER, M.D., having been first duly sworn by the Certified Court Reporter, testified as follows:

EXAMINATION
BY MR. DEGREEFF:

Q Hey, good morning, Doctor. Will you please tell us your name.

A Douglas Grier.

Q Okay, Doctor. And, Doctor, you have -- you've given depositions before; correct?

A Yes.

Q In fact, have you given one in mesh litigation previously?

A Once before.

Q And that was in the --

A A year ago. Perry trial.

Q Okay. And you also gave testimony during that trial?

A Yes, I did.

Q Okay. So is it fair for me to assume that I don't need to go over the rules of a deposition with you; you understand them?

A Yes.

(Exhibit No. 1 marked for identification.)

Q (By Mr. DeGreeff) Doctor, I'm passing what I've marked as Deposition Exhibit 1.

Have you seen that document before?

A Yes.

Q When did you see it?

A Well, in the last couple weeks. These cases were -- not all of them, but some of them -- most of them were presented to me.

Q And for the record, that is the amended notice to take your deposition; is that correct?

A Yes, it is.

Q And you said some of these cases were presented to you. Which ones were not presented to you?

A Well, I don't remember Rebekah Bartlett Pratt. I'm -- I haven't reviewed that one, that I'm aware of.

Q So as you sit here, are you not giving a case-specific opinion in the Bartlett Pratt matter?

A I--

MR. KOOPMANN: That is correct.

Q (By Mr. DeGreeff) Any others that are incorrectly on there?

A Well, perhaps --

MR. KOOPMANN: Well, he's -- just for the -- to clarify, he's been listed as a general expert in some cases, and a case-specific expert in others. So some of these on this --

MR. DEGREEFF: That may be our problem. Okay.

Q (By Mr. DeGreeff) So all of these cases that are on -- are there any cases on here that you're not giving either a -- excuse me, when I say "here," I mean Exhibit 1, that you're not giving either a general or a case-specific opinion in, in the mesh litigation?

A I assume, because this is the list that was given to me, that I will be testifying in all of these, not necessarily case specific. I recognize the case-specific ones that I've reviewed. There are a couple that I don't recall reviewing, so that must be general.

Q Okay. And, Doctor, there is a -- if you'll go to Page 6 of Exhibit 1, there is a Schedule A.

Douglas Grier, M.D.

Page 10

1    You see that?
2  A  Yes.
3  Q  Let's go -- this is a list of documents that we asked
4     that you bring with you.
5       You understand that?
6  A  Yes.
7  Q  Did you do your best to bring what we requested?
8  A  Yes, I did.
9  Q  Let's kind of go through them. No. 1 is a completed copy
10    of your CV.
11      Did you bring that with you?
12 A  Yes.
13 Q  Is it the same as what would have been served by counsel
14    along with your expert reports?
15 A  Essentially, yes.
16 Q  Do you know when you -- last time you updated your CV
17    was?
18 A  It's been about a year. So I didn't get a chance to
19    update it further.
20 Q  So fair to say that what's been provided in the last
21    month or so would be up to date as far as your CV is
22    concerned?
23 A  Up to date up until the last two months.
24 Q  What from the last two months would need to be added?
25 A  Oh, just a research project that I started.

Page 11

1  Q  And what research project is that?
2  A  It's on a medical device, but it is in the realm of
3     prostate.
4  Q  And who is the manufacturer of that medical device?
5  A  NeoTract.
6  Q  Is NeoTract in any way related to Ethicon or Johnson &
7     Johnson?
8  A  No.
9  Q  Have you worked for NeoTract in the past?
10 A  I've been consulting with them for about a year.
11 Q  And are you doing that under a consulting -- a written
12    consulting agreement?
13 A  Yes.
14 Q  And what is NeoTract paying you to do this consulting on
15    their behalf?
16 A  They have a schedule. I couldn't tell you. I couldn't
17    tell you the amount. It's -- I'm doing an FDA trial for
18    them, and so it's a whole schedule based on what
19    procedures -- the way -- the way a research protocol is
20    done, you have different procedures that you do, and so
21    there's payments based on the milestones of those
22    procedures.
23 Q  Okay.
24 A  Workups, ultrasounds, cystoscopy.
25 Q  And what is the -- is there a cap on the -- on that

Page 12

1     consulting agreement for the amount that you can be paid?
2  A  I'm not aware of one, but it's a very small trial, five
3     patients. It won't be much.
4  Q  You've received case-specific materials on these cases
5     within the last couple of weeks; is that correct?
6  A  Yes.
7  Q  And was that when you received the medical records for
8     these case specifics?
9  A  Yes.
10 Q  Did you review any case-specific materials in giving your
11    opinions prior to the last couple weeks?
12 A  Can you rephrase that? Case specific on these cases
13    prior to --
14 Q  Yes.
15 A  Not that I'm aware of.
16      MR. KOOPMANN: Past couple weeks
17    meaning like --
18      THE WITNESS: In that two months, if
19    that?
20      MR. KOOPMANN: I mean, his reports
21    were served in -- March 2nd.
22 Q  (By Mr. DeGreeff) So when did you receive the
23    case-specific materials that you reviewed for rendering
24    your opinions?
25 A  I couldn't give you the day, but certainly on those flash

Page 13

1     drives, you'll have the exact days.
2  Q  Did you receive any case-specific materials prior to
3     whatever date is reflected on these flash drives?
4  A  No.
5  Q  Why don't you tell us, Doctor, what else did you bring
6     with you here today? It looks like you've got a number
7     of things in a box -- Bankers Box, so why don't you tell
8     us what you brought with you, and we'll kind of mark them
9     as exhibits.
10 A  Well, this is my CV.
11      MR. DEGREEFF: Okay. And, Doctor, I'm
12    going to mark a copy of your current CV as Exhibit 2.
13      (Exhibit No. 2 marked for
14      identification.)
15 Q  (By Mr. DeGreeff) Have I so marked that?
16 A  Yes, you did. But there's more in here.
17 Q  Okay.
18 A  This is just a device labeling guidance produced by the
19    FDA, if I'm not mistaken.
20 Q  Okay. And this document states, Device Labeling Guidance
21    No. G91-1, and it's from March 8th of 1991; is that
22    correct?
23 A  Yes.
24 Q  What was the purpose of bringing this with you?
25 A  Well, it's something that I reviewed.

4 (Pages 10 to 13)

Douglas Grier, M.D.

Page 14

```
 1   Q   Okay.  Did you review this 11-page document in full in
 2       preparing your opinions in this case?
 3   A   I wouldn't say in full.  I scanned it to look for
 4       anything that was -- gives guidance in terms of how the
 5       FDA approves new devices.
 6   Q   And you relied on the memorandum from 1991 for doing
 7       that?
 8   A   Yes.
 9   Q   Did you rely on this document in rendering your opinions
10       in this case, or in these cases?
11   A   Well, I can't say I relied on it specifically.  It's just
12       a generalized document that kind of reviews the process
13       of an FDA approval.  So it's just a small bit of
14       information.
15   Q   Did you include this in your reliance list?
16   A   I think so.
17   Q   Do you know whether it's on your reliance list?
18   A   It would be probably in one of these flash drives.  But
19       aren't we producing that right now?  The reliance list?
20   Q   No.  We've already been provided your reliance list,
21       Doctor.
22           And is -- so I mean, I guess my question is pretty
23       simple.  Yes or no, is this a document you relied on in
24       formulating your opinions in these -- in this litigation?
25           MR. KOOPMANN:  Object to form.
```

Page 15

```
 1           THE WITNESS:  There is not much in
 2       there to rely on.
 3   Q   (By Mr. DeGreeff)  Does this document discuss what
 4       warnings need to be in an IFU?
 5   A   Would you mind if I review it?
 6   Q   Not at all.
 7           MR. DEGREEFF:  Let's go off the record
 8       while you review the document.
 9           MR. KOOPMANN:  Well, I think we should
10       stay on the record while he's reading documents that you
11       want to ask him about.
12           MR. DEGREEFF:  I don't think so.  If
13       he's reviewing documents that he's claiming he's already
14       reviewed, I think we should go off the record so he has
15       time to take a look at it.
16           THE COURT REPORTER:  So I can't go off
17       the record unless all parties agree to go off the record,
18       so what would you like to do?
19           MR. DEGREEFF:  I think we should go
20       off.
21           MR. KOOPMANN:  I think we should stay
22       on.
23           MR. DEGREEFF:  Okay.  Well, everything
24       is reciprocal, so that will happen in return.
25           MR. KOOPMANN:  Well, why don't we go
```

Page 16

```
 1       off for this one.  We'll see if this becomes a recurring
 2       thing.
 3           MR. DEGREEFF:  It's not going to as
 4       long as he's not having to review all of this.
 5           MR. KOOPMANN:  Okay.
 6           (Pause in proceedings.)
 7           THE WITNESS:  Okay.  I've reviewed it.
 8   Q   (By Mr. DeGreeff)  Doctor, you've now had a chance to
 9       review that document?
10   A   Yes.
11   Q   And my question, I think, was fairly simple.  Does that
12       document discuss what warnings must be in IFUs?
13   A   In a generalized sense, yes.
14   Q   And what does it say about that?
15   A   It says that one should put in the warnings what's
16       reasonably noted to be a possible adverse event or a
17       contraindication, and what precautions need to be taken
18       if there are any specific warnings in terms of safety
19       hazards.
20   Q   And is that something you agree with?
21   A   Oh, I do.
22   Q   And is this a document that you considered in giving your
23       reports -- your --
24   A   Yes.
25   Q   -- your opinions in this matter?  I'm sorry.
```

Page 17

```
 1   A   When I'm reviewing the IFU, this is basically the FDA
 2       guidelines for how to -- what to include in an IFU.
 3   Q   Okay.  So did you rely on this in kind of reviewing the
 4       IFU and what should be concluded in an IFU?
 5           MR. KOOPMANN:  Object to the form.
 6           THE WITNESS:  Well, I have my opinion
 7       what should be in an IFU, and this is what the federal
 8       guidelines are that was last updated in 2009, that
 9       their -- what their recommendations are for what should
10       be included in an IFU.
11   Q   (By Mr. DeGreeff)  Okay.  And is that a document that you
12       agree with?
13           MR. KOOPMANN:  Objection.  Form.
14           THE WITNESS:  I don't -- I can't say I
15       agree with it in its entirety because there's a lot left
16       to interpretation.
17   Q   (By Mr. DeGreeff)  Well, what parts of it do you not
18       agree with?
19   A   Well, it's not a matter of agreeing, but it's almost
20       philosophical when it says, you know, what adverse events
21       could happen with a procedure in terms of what should be
22       included versus not included, in terms of the -- the
23       number of events that are possible.
24           If it's very, very small amounts, I don't know if
25       that should be included in an IFU; in other words, an
```

5 (Pages 14 to 17)

Douglas Grier, M.D.

| Page 18 | Page 20 |
|---|---|

Page 18

1 allergic reaction that's never been seen before, if it's
2 already labeled that it happens, then it's a question of
3 whether or not the FDA wants to include that in a future
4 IFU. So it's -- it's somewhat philosophical.
5 Q Okay. So this document as written, Doctor, are you
6 saying that you -- that you are not able to tell me
7 whether you agree with what's written in this document?
8 A I agree with the majority of what's written in this
9 document.
10 Q Okay. And my question is a simple one. Which portions
11 do you not agree with?
12 A Do you want me to read paragraphs to you?
13 Q Sure. If there's portions you don't agree with, read it
14 to me.
15 A Well, one statement, "Patient information labeling, if
16 possible, should not exceed the seventh grade reading
17 comprehension level."
18 Q Okay.
19 A That poses a challenge when the IFUs are intended for
20 medical professionals who have comprehension greater than
21 a seventh grade level.
22 Q Okay. Anything else that you do not agree with?
23 A Well, I agree to the purpose of this -- this guidance
24 document. There's nothing in here specifically, other
25 than what I just said, that I don't agree with.

Page 19

1        MR. DEGREEFF: Okay. And, Doctor, I'm
2 going to mark this document that we've just been
3 discussing as Deposition Exhibit 3.
4        (Exhibit No. 3 marked for
5        identification.)
6 Q (By Mr. DeGreeff) Have I done so?
7 A Yes.
8 Q All right. Thank you, Doctor.
9    Doctor, do you believe that all risks associated
10 with a device must be in the IFU for that device?
11 A No.
12 Q Which risks associated with a device don't need to be in
13 the IFU?
14 A One -- risks that are commonly understood to be inherent
15 in the particular surgery that you're doing.
16 Q Okay.
17 A And there are generalized risks with all surgery, so they
18 do not need to be in an IFU because surgeons are already
19 aware of those risks. What should be in there are the
20 specific individual risks of the device that's being
21 used.
22 Q Okay. So --
23 A And --
24 Q So I guess I'll rephrase and see if we can agree.
25    Do you believe that all risks reasonably associated

Page 20

1 with a specific device must be in the device IFU?
2        MR. KOOPMANN: Object to form.
3        THE WITNESS: The specific risks of
4 the device as it's used that are unique should be
5 included in it.
6 Q (By Mr. DeGreeff) Okay. Doctor, you mentioned milestone
7 payments earlier that you were receiving from a clinical
8 study you're currently performing for another device
9 manufacturer?
10 A Yes.
11 Q What is a milestone payment? What does that mean?
12 A Well, whenever you do a research project, typically there
13 are certain milestones that are met that are determined
14 by the company. Once you have accomplished -- say you've
15 enrolled patients, then you've done surgery on patients,
16 and then there's follow-up dates that their payments are
17 made, say at 30 days, six months, one year, two years.
18 Q And are those milestones set up by the pharmaceutical
19 company?
20 A Medical device company.
21 Q Okay. And are those -- strike that.
22    Doctor, what else have you got in here? This -- I'm
23 holding a binder that says --
24 A Well, we didn't finish these.
25 Q Oh, sorry. Okay. You're right, Doctor.

Page 21

1 A You've got exhibit on that.
2 Q What else do you have over here?
3 A These are papers on slings. It's randomized control
4 trials, and also this looks like the IFU for TVT-Secur
5 and a clinical expert report on TVT-Secur.
6 Q Okay. So let's break those out. So you've got nine
7 articles; is that correct?
8 A If you say so.
9 Q Including -- I'll let you count them.
10 A I count ten.
11 Q Okay. I believe you.
12        MR. DEGREEFF: And, Doctor, I'm
13 marking this stack as Deposition Exhibit 4; correct?
14        THE WITNESS: Yes.
15        (Exhibit No. 4 marked for
16        identification.)
17 Q (By Mr. DeGreeff) So what is the significance of this
18 group of articles?
19 A Well, it's a group of articles that are certain
20 intermediate long-term results of midurethral slings,
21 their success, efficacy, complication rates.
22 Q Doctor, what do you consider to be a long-term clinical
23 study?
24 A Well, that's a very good question. Most of us who are
25 involved in this field, if you're talking about

6  (Pages 18 to 21)

Douglas Grier, M.D.

| Page 22 | Page 24 |

**Page 22**

1  midurethral slings, would be five years, ten years.
2  Anything past five years is a good landmark for
3  considered long-term.
4  Q  And, Doctor, did any of these studies continue follow-up
5  for five years or more?
6  A  There's a couple of them in here. You want me to go
7  through each of these and tell you how many of these
8  accomplished that?
9  Q  Actually, if you'll just tell me which ones.
10  A  Okay. This one looks like follow-up one year. This one
11  has, it looks like, 13-year data.
12  Q  Okay. Can I see that?
13  A  Uh-huh. This one has three-year data. This one is two
14  years. This one on TVT-Secur is five years. This is
15  three years. This is an RCT, it looks like up to 36
16  months, three years. This one looks like one year. And
17  this an RCT that goes out, it looks like, one year.
18  And this one I know is one year.
19  Q  So of the ten studies included in Exhibit 4, only two of
20  them reached the five-year follow-up mark; is that
21  correct?
22  A  Yes.
23  Q  So can we agree only two of them constitute long-term
24  studies?
25  A  Well, if you define long-term as greater than five years,

**Page 23**

1  yes.
2  Q  Isn't that how you define it, Doctor?
3  A  Well, most studies, when it comes to slings, because
4  they're relatively recent, we consider two-year to be
5  really the -- kind of the minimal accepted for looking at
6  outcomes.
7  Although there are a lot of studies -- and if you
8  look at every study that's less than two years, they'll
9  always say ongoing observation will be useful in
10  following these further.
11  Three years is a good amount because, in the past,
12  back in the '90s, studies weren't carried out more than
13  one or two years. Very few people followed their
14  patients beyond that.
15  Q  Doctor, slings have been on the market for -- well, the TVT
16  came on the market in 1998; correct?
17  A  Correct.
18  Q  That's almost 18 years ago now?
19  A  Right. And there are -- there's one paper that's 17
20  years outcome, and that is the longest for any of the
21  synthetic midurethral slings that are available, by far,
22  by over ten years.
23  Q  And which paper is that?
24  A  That's -- that's the Carl Nilsson paper out of the
25  Scandinavian group.

**Page 24**

1  Q  And do you know how much Mr. Nilsson was paid for his
2  work on behalf of Ethicon?
3  MR. KOOPMANN: Object to form.
4  THE WITNESS: No, I don't.
5  Q  (By Mr. DeGreeff) Is that something that would be
6  important to you to know?
7  A  Minimally. And the reason being is, most -- most
8  published studies cost money to produce. There's a lot
9  that goes into them. And so there's support from
10  industry. There's support from universities. That's the
11  way science is conducted in the medical literature.
12  So everyone has to be supported on a study. The
13  study I'm doing, that -- I'm paid very little for it. I
14  don't even know what I'm paid because I'm not interested
15  in the payment. I'm interested in finding out the
16  results of the study. So it's an opportunity, but
17  it's -- I don't consider it a relevant income because
18  it's very small.
19  Q  I guess my question, I think, was -- and I appreciate
20  that. My question was a little easier, though. My
21  question was just, yes or no --
22  A  No.
23  Q  -- is that something you would want to know?
24  A  No.
25  Q  It doesn't matter to you how much he was paid?

**Page 25**

1  A  No.
2  Q  Do you believe that being paid can have any effect on
3  bias?
4  A  Theoretically, it can. But I trust my colleagues enough
5  that that's not their motivation.
6  Q  Do you know Dr. Nilsson?
7  A  I have met him.
8  Q  Someone you know well?
9  A  Not well at all.
10  Q  Okay. So these two studies that we're looking at that
11  met the five-year threshold, one of them is entitled
12  "Tension-free vaginal tape-obturator and tension-free
13  vaginal tape-Secur for the treatment of stress urinary
14  incontinence: a 5-year follow-up randomized study"; is
15  that correct?
16  A  Yes.
17  Q  And what year is that from?
18  A  2014.
19  Q  Is TVS still on the market?
20  A  No.
21  Q  TVT-S. Sorry. When did TVT-S go off the market?
22  A  I think around 2011.
23  Q  Why was TVS taken off the market?
24  A  Because the FDA wanted more -- more data on mini-slings,
25  and there was a substantive amount of research that was

7 (Pages 22 to 25)

Douglas Grier, M.D.

| Page 26 | Page 28 |
|---|---|
| 1   already done on this particular sling prior to that | 1   the sling and the posterior urethra. So everyone gets a |
| 2   point. | 2   degree of tension. |
| 3       And my understanding is, the company withdrew the | 3   Q   (By Mr. DeGreeff) And you want the tension to be minimal |
| 4   product because it would be to the scale of 10 or 15 | 4   because greater pressure can be a bad thing; right? |
| 5   million dollars to invest in doing further studies on the | 5   A   Yes. If you apply too much pressure, you have the risk |
| 6   TVT-Secur. So they didn't want to -- they didn't want to | 6   of producing urinary retention/bladder outlet |
| 7   spend the money to do that investigation. | 7   obstruction. |
| 8   Q   Doctor, have you ever implant--- excuse me -- placed the | 8   Q   What other risks are there associated with too much |
| 9   TVT-Secur? | 9   tension? |
| 10   A   Yes. | 10   A   Well, the primary risk is urinary retention. Secondary |
| 11   Q   How many of those would you say you've placed? | 11   would be de novo bladder dysfunction in the form of |
| 12   A   Probably more than 50, less than 75. | 12   urinary urgency and frequency. The -- I don't know what |
| 13   Q   And when did you stop placing those? | 13   the word would be. Significant over-tension can actually |
| 14   A   When it was withdrawn from the market. | 14   cause urethral erosion. |
| 15   Q   And if it was still available today, would you continue | 15   Q   So significant tension is -- significant over-tension can |
| 16   to use it? | 16   lead to erosion. Can we agree with that? |
| 17   A   Yes. In selected patients, yes. | 17   A   Potentially, yes. If I can add, that would be considered |
| 18   Q   Which patients? | 18   a medical/surgical misadventure. That's a misapplication |
| 19   A   Females, females with stress incontinence, females with | 19   of the device. That's not inherent in the device itself. |
| 20   stress incontinence who want early return to normal | 20         MR. DEGREEFF: I'm going to move to |
| 21   activity, who are active. | 21   strike that as nonresponsive, and ask my question again. |
| 22   Q   Do you agree that greater tension is a bad thing? | 22   Q   (By Mr. DeGreeff) My question is just, too much tension |
| 23         MR. KOOPMANN: Object to form. | 23   can result in erosion; correct? |
| 24         THE WITNESS: That's a wonderful | 24         MR. KOOPMANN: Object to form. Asked |
| 25   question, and that's a question that when I would teach | 25   and answered. |

| Page 27 | Page 29 |
|---|---|
| 1   these techniques, that we would spend a lot of time on, | 1         THE WITNESS: Inappropriate, excessive |
| 2   what's the appropriate amount of tension. And depending | 2   tension can cause urethral erosion, but that's a surgical |
| 3   on who you talk to, you get different answers. There's | 3   misadventure. |
| 4   an appropriate amount of tension, if you're talking about | 4   Q   (By Mr. DeGreeff) I'm going to ask my question again |
| 5   how much support you're giving the midurethra, and that | 5   because I'm not asking you, Doctor, if it's a -- what you |
| 6   is the philosophical part, the art of this surgery, and | 6   think the reason for the increased tension is. My |
| 7   has the most to do with positive outcomes. | 7   question is, too much tension can result in vaginal |
| 8   Q   (By Mr. DeGreeff) Do you know in that study whether they | 8   erosion; correct? |
| 9   were using mechanically cut or laser cut mesh? | 9         MR. KOOPMANN: Objection. Form. |
| 10   A   If my memory serves me right, TVT-Secur is laser cut, and | 10         THE WITNESS: Yes. |
| 11   TVT-O is either laser or mechanical. And I'm sure they | 11   Q   (By Mr. DeGreeff) Can I see that again, Doctor? Thank |
| 12   did not mention that in the study because it's really not | 12   you. |
| 13   relevant. | 13       Doctor, the TVT and TVT-O were the only slings that |
| 14   Q   It's not relevant to you whether mesh is laser cut or | 14   used mechanically cut mesh; correct? |
| 15   mechanical cut? | 15   A   I think the TVT Abbrevo also uses -- oh, no. I'm sorry. |
| 16   A   Correct. | 16   That's laser cut. Yes, I think that's correct, as far as |
| 17   Q   You don't care one way or the other? | 17   Ethicon. |
| 18   A   No. I find them equivalent clinically. | 18   Q   The new version of the TVT-R is the TVT Abbrevo; fair? |
| 19   Q   So do you place tension on mesh during your TVT | 19   A   No. |
| 20   procedures? | 20         MR. KOOPMANN: Objection. Form. |
| 21         MR. KOOPMANN: Object to form. | 21         THE WITNESS: No. That's the TVT |
| 22         THE WITNESS: Every sling that's | 22   Exact. |
| 23   placed has a certain amount of tension to it. I place | 23   Q   (By Mr. DeGreeff) Okay. Yeah, you're correct. My |
| 24   minimum tension on my slings, and I do it in a very | 24   fault. |
| 25   methodical way, using dilators for proper spacing between | 25       The TVT Exact is the new version of the TVT-R; fair? |

8 (Pages 26 to 29)

Douglas Grier, M.D.

| Page 30 | Page 32 |
|---|---|

Page 30

1    A  Yes.
2    Q  And the TVT Exact uses only laser cut mesh; is that
3       correct?
4    A  I don't know that to be true.  I don't know whether or
5       not they offer both mechanical or laser.
6    Q  Okay.  You just don't know, as you sit here?
7    A  I don't know.
8    Q  And the TVT Abbrevo is the new version of TVT-O; is that
9       fair?
10   A  Yes.
11             MR. KOOPMANN:  I object just to this
12       line of questioning as it relates to other products, for
13       the record.  This is supposed to be the TVT, TVT-O, and
14       TVT-Secur, so --
15   Q  (By Mr. DeGreeff)  Okay.  TVT Abbrevo uses only laser cut
16       mesh; correct?
17   A  I think that's correct.
18   Q  Doctor, do you have an understanding of why mechanically
19       cut mesh isn't used in those products?
20   A  Well, I think the reason that there was a change in the
21       product to laser from mechanical was to smooth out the
22       edges so that it may be a little less irritating and
23       perhaps have less of an inflammatory response of the
24       tissues.
25             But clinically there's no difference between the

Page 31

1       two.  I've never noticed any difference in the placement
2       or in the results of whether the sling was mechanical or
3       laser cut.  And --
4    Q  And, Doctor, do you -- is that something you track within
5       your office?
6    A  I track all my patients in the office.
7    Q  Do you track whether you're putting in laser cut or
8       mechanical cut mesh?
9    A  Well, if I'm putting in a TVT Abbrevo, then I assume that
10       it's laser cut.
11   Q  Okay.  What if you're putting in one of the other
12       products?
13   A  I don't track it because I don't find it clinically
14       relevant.
15   Q  Okay.  So it's not something you track within your office
16       whether you're putting in mechanically or laser cut mesh?
17   A  I don't actively track it because it's not -- it's -- I
18       have no concern of one mesh cut or the other because I
19       consider them equivalent.  My experience with them is
20       equivalent.  But I do know that if I'm putting in a TVT
21       Exact or an Abbrevo, that it's laser cut.
22   Q  I guess my question's pretty simple.  Do you or do
23       you not track whether you're putting in a laser cut or
24       mechanical cut mesh?
25             MR. KOOPMANN:  Object to form.  Asked

Page 32

1       and answered.
2             THE WITNESS:  I don't track it.
3    Q  (By Mr. DeGreeff)  And I think you mentioned that the
4       reason for the switch from laser cut to mechanical was
5       because the mechanical cut mesh can cause more
6       irritation, given it's not as smooth on the edges?
7    A  That's the theoretical consideration, yes.
8    Q  And, Doctor, given that you don't track whether you're
9       putting in laser or mechanical cut mesh, as you sit here,
10       you can't say whether there's -- whether you're having an
11       equivalent number of complications with one versus the
12       other; correct?
13   A  I know of no literature that shows any comparative
14       difference between the two cuts, so I'm not aware that
15       there is a problem for me to track.  And in all my
16       colleagues around the country, I know of no one who's
17       tracking the results between mechanical and laser cut
18       because there's no clinical significance because no one
19       has identified there to be a problem.
20             MR. DEGREEFF:  Can you read back my
21       question?
22             (Question on Page 32, Line 8
23             read by the reporter.)
24             THE WITNESS:  Yes.
25   Q  (By Mr. DeGreeff)  Is there -- is laser cut stiffer than

Page 33

1       the mechanically cut mesh?
2    A  Not in the realm of being placed in -- in a patient and
3       the amount of forces that come to bear on the sling in
4       vivo.  I think there's a 3 percent variance between the
5       two in terms of elasticity in the first 3 pounds of load
6       that's put on it.
7    Q  So laser cut mesh is 3 percent less -- more stiff?
8    A  I -- frankly, I can't remember which is more stiff than
9       the other because they're so close, it's not meaningful.
10   Q  Have you seen the studies performed by Ethicon that show
11       that mechanical -- I mean laser cut mesh is three times
12       as stiff as mechanically cut mesh?
13   A  No.  I don't -- that's not how I interpret that study,
14       if -- were you relating to a bench study where they did
15       pull forces on it, and then elongation?
16   Q  That's the one I'm talking about.
17   A  In the physiologic range, they're equivalent.  If you're
18       getting out into loads where you're degrading and tearing
19       the mesh, then there is a variance, but that's not
20       clinically significant.
21   Q  So do you or do you not agree with that bench study by
22       Ethicon?
23             MR. KOOPMANN:  Object to form.
24             THE WITNESS:  I don't agree with your
25       interpretation of it.

9 (Pages 30 to 33)

Douglas Grier, M.D.

Page 34

1  Q  (By Mr. DeGreeff)  Do you agree with the study as
2     written?
3  A  It's a factual study.  Your interpretation is what is
4     erroneous.
5  Q  I understand that you disagree with my interpretation.
6     I'm asking you if you agree with the study as written.
7  A  I do.
8  Q  And, Doctor, the other study you gave me that's a greater
9     than five-year follow-up -- well, no, Doctor, I want to
10    ask you about this one.  It's called "Sling surgery for
11    stress urinary incontinence in women: a systematic review
12    and metaanalysis."
13       Is that -- did I read that correctly?
14 A  Yes, you did.
15 Q  And it appears it's -- the study design references a
16    12-month study to follow up.  Can you explain to me how
17    that fits into the context?
18 A  It's a minimum of 12 months' follow-up comparing the
19    sling procedure for stress incontinence to another sling
20    or to the Burch urethropexy.
21 Q  So that's a 12-month follow-up study.  That's not a
22    13-year follow-up study; right?
23 A  Well, I'll have to read a little further because they
24    collected the data from 1990 to 2013, and that was the
25    minimum was 12 months.  And I think, if I'm not mistaken,

Page 35

1     they kind of go over the demonstration of the different
2     products.  Here's 73 months, 48 months.
3  Q  Forty-eight months is less than five years; correct?
4  A  That's correct.  Here's 155 -- oh, no -- five years.  So
5     they included studies as short as 12 months and as long
6     as at least five years.
7  Q  And, Doctor, that's a meta-analysis; fair?
8  A  That's correct.
9  Q  That's not a randomized control study?
10 A  This is -- well, it's a systematic review and
11    meta-analysis, but it's not randomized controlled trial.
12 Q  So it's a meta-analysis, where someone went out and
13    compiled a bunch of retroactive data; fair?
14 A  Correct.
15 Q  And so not all of the people included in this study had a
16    five-year or greater follow-up; fair?
17 A  Yes.
18 Q  What percentage of those people does it look like
19    actually did have a five-year or greater follow-up?
20 A  Boy, I'd have to be a statistician because you have
21    different denominators for each --
22 Q  Okay.  Well -- so are those different studies that you're
23    looking at?
24 A  Yes.
25 Q  How many of those studies actually had a five-year or

Page 36

1     greater follow-up?
2  A  It looks like two.
3  Q  And out of how many?
4  A  Probably 25, 30.
5  Q  Fair to say that the mean follow-up rate would fall below
6     five years, given the huge disparity in those numbers?
7  A  Yes.
8  Q  Doctor, what was the -- I'm handing you back the other
9     study that we talked about, the tension-free vaginal tape
10    obturator and tension-free vaginal tape secure for the
11    treatment of stress urinary incontinence, the five-year
12    follow-up study.
13       What was the -- what was the primary end point for
14    that study?
15 A  Well, the primary end point, they were contacted five
16    years after their procedure.
17 Q  Primary end point is -- I'm asking, what were they
18    looking for?  What was the goal of the study?
19 A  Well, the goal of the study was looking at whether or not
20    TVT-Secur was non-inferior to TVT-O.
21 Q  That was a comparison study between two Ethicon TVT
22    products; correct?
23 A  Yes.
24 Q  That wasn't -- that didn't compare TVT products to other
25    vaginal mesh products?

Page 37

1  A  That's correct.
2  Q  That didn't compare TVT products to other non-nonmesh
3     options?
4  A  That's correct.
5  Q  And what was the ultimate conclusion of that article?
6  A  That TVT-Secur did not show inferior subjective rate --
7     success comparisons with TVT-O five years after the
8     procedure.
9  Q  And what was the -- when they say "success," are they
10    talking about the effectiveness of the procedure?
11 A  Well, these were basically quality of life questionnaires
12    as to the -- whether the patients felt they were very
13    much improved, much improved, or not improved.
14 Q  So that study found the TVT-O equivalent to the TVT-S,
15    which has now been taken off of the market?
16 A  Yes.
17 Q  In terms of how it affected women's quality of life?
18 A  Yes.
19 Q  All right, Doctor.  And then what -- moving on, what are
20    the Gynecare -- the two Gynecare documents that you
21    brought?
22 A  One is the TVT-Secur IFU.  It's actually -- yes.  It's
23    the sketches of how to insert the device.
24 Q  And, Doctor, what year is that IFU?
25 A  Well, there's a trademark that says 2005, but -- so I

10 (Pages 34 to 37)

Douglas Grier, M.D.

1  will assume that that's it unless I find something
2  different. That seems to be the only date on it.
3  Q  And by the way, Doctor --
4         MR. DEGREEFF:  Off the record.
5         (Discussion off the record.)
6  Q  (By Mr. DeGreeff)  I think that was -- did we figure out
7  that's the 2005 IFU?
8  A  It must be, yes. Because that's the only date that I can
9  see on here.
10  Q  And what's the other document you've got there in front
11  of you?
12  A  The other is a document dated December of 2005, and it's
13  clinical expert report on Gynecare TVT-Secur system.
14  Q  Okay. And who did that study?
15  A  Martin Weisberg.
16  Q  Do you know Dr. Weisberg?
17  A  I have met him briefly a couple times.
18  Q  Going back to the 2005 IFU, have you reviewed the 2015
19  IFU in preparing your opinions?
20  A  2015?
21  Q  Yes.
22  A  There -- I don't think there is a TVT-Secur 2015 IFU
23  since it's been withdrawn from the market.
24  Q  Okay. That's what I was unclear on. So this is the
25  TVT-Secur IFU for 2005?

1  A  Yes.
2  Q  Okay. Gotcha. And what was the purpose of -- strike
3  that.
4         MR. DEGREEFF:  I'm going to mark this
5  as Exhibit 5, Doctor.
6         (Exhibit No. 5 marked for
7         identification.)
8  Q  (By Mr. DeGreeff)  And then, Doctor, what have I just
9  marked as Deposition Exhibit 5?
10  A  "Gynecare TVT-Secur System."
11  Q  All right. And that's the IFU for 2005?
12  A  Yes.
13  Q  And, Doctor, going back to Exhibit 4, which was the stack
14  of ten articles we looked at -- so I think we came to an
15  agreement that only one of these actually had a -- was a
16  five-year follow-up; correct?
17  A  Greater than five-year follow-up, yes.
18  Q  And that one compared the TVT-S to the TVT-O based on, I
19  guess, the effect it had on the quality of life of women?
20  A  Yes. But wasn't there another study in there that had
21  longer follow-up than that?
22  Q  It was the meta-analysis --
23  A  Oh, okay.
24  Q  -- that so -- so we agree it was only one?
25  A  Yes.

1  Q  And, Doctor, in Exhibit 4, did you review all of these
2  articles and rely on them in rendering your opinions in
3  this case, in this litigation?
4  A  As part of my opinion. Just like all scientific
5  articles, you read them and you read them with a
6  jaundiced eye and you look at and consider what is being
7  said.
8  Q  Yeah, I guess my question was -- I wasn't --
9  A  It's not -- it's a part of my opinion, but it's not all
10  the articles I would have relied on. There have been
11  many.
12  Q  And I guess that's my question. We'll get to that next.
13  But these particular articles in Exhibit 4, did you
14  review and rely on these in rendering your opinions? And
15  I understand there might be more, but I'm talking about
16  these specifically.
17  A  Yes.
18  Q  All right. And what do we now have in front of you,
19  Doctor?
20  A  This is the clinical expert report.
21  Q  Regarding which product?
22  A  TVT-Secur.
23  Q  And that was performed by Dr. Weisberg?
24  A  Yes.
25  Q  And in what year?

1  A  2005.
2         MR. DEGREEFF:  Okay. I'm going to
3  mark that as Deposition Exhibit 6, Doctor.
4         (Exhibit No. 6 marked for
5         identification.)
6  Q  (By Mr. DeGreeff)  Have I done that?
7  A  Yes.
8  Q  Is this something you reviewed and relied on in rendering
9  your report -- I mean, your opinions contained in your
10  TVT-S general report?
11  A  Yes.
12  Q  All right, Doctor. What else do we have that you brought
13  with you? It looks like we've got a binder titled "TVT
14  Company Docs"; is that correct?
15  A  Yes.
16         MR. DEGREEFF:  And what's in this --
17  and I'm marking that as Deposition Exhibit 7.
18         (Exhibit No. 7 marked for
19         identification.)
20  Q  (By Mr. DeGreeff)  Did I do that, Doctor?
21  A  Yes, you did.
22  Q  And what exactly is contained in that binder?
23  A  This is a historical background on TVT. It has the TVT
24  IFU.
25  Q  Which TVT?

Douglas Grier, M.D.

| Page 42 | Page 44 |
|---|---|

**Page 42**

1　A　Retropubic.

2　Q　Okay.

3　A　The original.

4　Q　Is this entire binder retropubic?

5　A　Oh, I -- let's see.  1997.  So far that is the case.

6　　　TVT-O starts as the ninth inclusion.  The first eight

7　　　were all retropubic TVT.  And then -- in general, and

8　　　then TVT-Secur starts on No. 12.  And there are

9　　　articles -- or facts about mechanical versus laser cut.

10　　　And some Ethicon discussions within the company.  And

11　　　then a 2005 article about mechanical versus laser cut

12　　　that looks like it was a PowerPoint presentation.  And a

13　　　review for laser cut TVT-O.

14　Q　So, Doctor, is this a binder that you put together?

15　A　No.  No.

16　Q　Who put this together for you?

17　A　The attorneys put this together.

18　Q　And did they select the documents that went into it?

19　A　They did.  It's pretty comprehensive.

20　Q　Did you review all of those documents?

21　A　I did.

22　Q　Did you review them in full?

23　A　This has been several months, so in full, I've -- I'm

24　　　sure I looked at every page, but I didn't necessarily

25　　　read every page.

**Page 43**

1　Q　Any documents in there specifically that you remember

2　　　reading front to back?

3　A　At this -- well, the IFU is in there, so I have read that

4　　　in the past front to back.  I read the historical

5　　　documents about how TVT first was developed.  And those

6　　　are the ones that I remember in particular.  There are a

7　　　couple PowerPoint presentations that I probably was in --

8　　　present for or were delivered to me.

9　Q　Doctor, how many of these -- how many of these 34

10　　　documents do you think you actually reviewed in full?

11　　　　MR. KOOPMANN:  Object to form.

12　　　　THE WITNESS:  I can't give you an

13　　　exact answer to that, but if you look through it, they're

14　　　historical documents, so I don't -- I didn't spend much

15　　　time at all with the Internet discussions between the

16　　　Ethicon people and the corporation.

17　Q　(By Mr. DeGreeff)  Did you -- in rendering your opinions

18　　　did you rely at all on internal company documents?

19　A　No.

20　Q　Why not?

21　A　I don't find them necessarily relevant.

22　Q　Why are they not relevant?

23　A　Well, because a lot of it has to do with research and

24　　　development early on in the development of the products,

25　　　and quite frankly, it's not -- I don't find it relevant

**Page 44**

1　　　for me in rendering an opinion.

2　Q　Did you review any of the design documents for the

3　　　product?

4　　　　MR. KOOPMANN:  Objection.  Form.

5　　　　THE WITNESS:  I don't recall design

6　　　documents.  You mean the original design of the -- of the

7　　　mesh?

8　Q　(By Mr. DeGreeff)  Yeah, the design documents, the

9　　　internal design documents for the mesh product?

10　A　Well, if you could show me one, I could tell you whether

11　　　I've reviewed it or not.

12　Q　Well, do you know what I'm talking about when I say

13　　　design documents?

14　A　Not precisely, no.

15　Q　Okay.

16　A　Are you talking about before it was submitted to the FDA?

17　Q　Well, have you reviewed the design device file?

18　　　　MR. KOOPMANN:  Objection.  Form.

19　　　　THE WITNESS:  I don't recall.

20　Q　(By Mr. DeGreeff)  As you sit here, do you remember

21　　　recalling any -- reviewing any internal Ethicon documents

22　　　specifically relating to design of the TVT products?

23　A　I'm sure I've looked at several, but none come to mind

24　　　specifically.

25　Q　Okay.  If you think you looked at several, what did those

**Page 45**

1　　　documents look like?  What did they tell you?

2　A　Oh, I don't recall.  I looked at them prior to the Perry

3　　　trial, I would imagine.

4　Q　Okay.  So -- and the Perry trial was about the TVT

5　　　Abbrevo; correct?

6　A　Correct.

7　Q　And we're not here -- you're not rendering any opinions

8　　　in this -- at this point generally about the TVT Abbrevo?

9　A　No.

10　Q　So my question is about design documents that would be

11　　　relevant to the products that we're here about.  Do you

12　　　remember reviewing any of those design documents?

13　A　Not specifically.

14　Q　Well, not specifically.  Do you remember reviewing any at

15　　　all?

16　A　If you put one in front of me, I can tell you whether I

17　　　have or not.

18　Q　Well, Doctor, you've got them -- are they on your

19　　　reliance list?

20　A　Some may be.

21　Q　And did you review everything on your reliance list?

22　A　I've -- in a general sense, yes.  Specifically, I mean,

23　　　there's a lot of documents, and some I may have just

24　　　looked at the title and then what the conclusions were,

25　　　and if something was interesting in there, I would go

12 (Pages 42 to 45)

Douglas Grier, M.D.

| Page 46 | Page 48 |
|---|---|

**Page 46**

1  into more depth.
2  Q  Okay.  We'll come back to that.
3      So you're telling me that you reviewed, to some
4  extent, every document on your reliance list?
5  A  That's my memory, yes.
6  Q  Okay.  We'll go -- come back to that.
7      Fair to say, though, that Exhibit 7, TVT Company
8  Docs, you did not review in detail every one of these
9  documents?
10     MR. KOOPMANN:  Objection.  Form.
11     THE WITNESS:  Well, I don't know what
12  you mean by "in detail."  I've reviewed every page in
13  there.
14  Q  (By Mr. DeGreeff)  You said some of them you just looked
15  at, you didn't actually read them.
16  A  Well, scanned down to see what the content was and to see
17  whether I felt it was relevant.
18  Q  Didn't you just tell me that you didn't look at the
19  internal documents that were in here?
20  A  Well, the -- some of the -- I would start out on an
21  internal document, and if I found out that it wasn't
22  relevant, I'd stop reading it.
23  Q  Didn't you just tell me that you thought all of the
24  internal documents were irrelevant to your opinions?
25  A  Were irrelevant?  No, I didn't say that, or if I said

**Page 47**

1  that, that's not what I was intending.
2  Q  Which internal documents did you review, Doctor?
3  A  There's hundreds of documents here.  If you show me one,
4  I'll tell you if I reviewed it, or if you want me to look
5  at that, I'll show you which I have reviewed.
6  Q  Doctor, it's not my job to go through your reliance list
7  with you.  It -- when I ask you if you've reviewed
8  internal Ethicon documents, are there any that
9  specifically stick out in your head as important to your
10  opinions?
11  A  None specifically that I recall at this moment.  The ones
12  that are milestones are the ones where there's FDA
13  approval.  The IFUs are internal documents.  Not
14  necessarily when one employee of Ethicon is discussing
15  the technical aspects of production or some of the
16  biomechanics I already understand, and so they're
17  repeated multiple times in the documents.
18  Q  Okay.  And so I guess my question is, as we sit here, you
19  can't tell me one specific internal document that you
20  found particularly important?
21  A  I--
22     MR. KOOPMANN:  Objection.  Form.
23     THE WITNESS:  I don't recall at this
24  moment.  I would ask you, when you were in law school and
25  you had a tort book that you were supposed to read, did

**Page 48**

1  you read every single page and did you rely on it when
2  you had tests on it?
3      MR. DEGREEFF:  Move to strike.
4  Q  (By Mr. DeGreeff)  And, Doctor, just so you know, that's
5  not how this process works.  I ask questions.  You
6  respond.  You get that?
7  A  Right.  Well, I'm trying to be responsive, but your
8  question, I don't find to be responsive to me.
9  Q  Doctor, you don't get to choose whether you like my
10  questions or not.  You respond to what I ask you.  You
11  understand that; right?
12  A  I don't like your tone.
13  Q  Doctor --
14  A  With a civil tone we'll do better.
15  Q  Doctor, my tone is not the problem here.  The problem is
16  the lack of a genuine response to the questions I've
17  asked.
18  A  Well, I'm --
19     MR. KOOPMANN:  Objection.  Let's just
20  keep going.  Questions, answers.
21  Q  (By Mr. DeGreeff)  What else have you got in here,
22  Doctor?  Let's see.  Another binder called "Dr. Douglas
23  Grier, TVT-Secur General Report."
24      What's this particular document, Doctor?  Excuse me.
25  That binder.

**Page 49**

1  A  This binder contains multiple studies on TVT.  It has my
2  general report in it, and it has articles that I reviewed
3  for my opinion.  It has the different specialty body
4  position papers on the use of mesh and different papers
5  comparing Burches.  It has an article on abdominal wall
6  hernia repair using mesh.
7  Q  And, Doctor, you don't have to go through every one of
8  them in general.  I'm just kind of trying to figure out
9  in general what categories of documents are in there.
10  A  Well, scientific papers.  Papers that are produced by the
11  different specialty bodies, like AUGS and SUFU, and
12  multiple articles and abstracts.  There's an article on
13  the elongation characteristics of TVT Prolene.  There's
14  an expert report on mechanical mesh versus laser cut.
15  There's an IFU for TVT-Secur.
16      There is a research and development memorandum on
17  mesh for TVT-O.  There is some comment on FDA hearing in
18  2011, the FDA executive summary.  A Cochrane review of
19  midurethral slings.  Long-term efficacy of TVT --
20  Q  Maybe we can do this.  Is this all articles and clinical
21  studies?  Is that essentially what's in there?
22  A  Yes.
23  Q  Okay.  And that -- is this a binder that you prepared,
24  yourself?
25  A  No.

13 (Pages 46 to 49)

Douglas Grier, M.D.

| Page 50 | Page 52 |
|---|---|
| 1  Q  Who prepared that binder for you? | 1  were negative to your opinions? |
| 2  A  The attorneys, after sending me these articles for | 2  A  Yes. |
| 3     review. | 3  Q  Okay.  And did you just choose not to rely on those? |
| 4  Q  Are those all articles that the attorneys sent you? | 4  A  No.  When you say negative to my opinions, there's a |
| 5  A  Yes. | 5     variation in all scientific articles in terms of adverse |
| 6  Q  Okay.  Those weren't articles that you did a systematic | 6     events, safety, efficacy, success rates, and that's how |
| 7     review and found them yourself? | 7     you form an opinion. |
| 8          MR. KOOPMANN:  Objection.  Form. | 8          (Exhibit No. 8 marked for |
| 9          THE WITNESS:  Well, I'm looking at one | 9          identification.) |
| 10    that I wrote, that I was -- I participated in.  There are | 10 Q  (By Mr. DeGreeff)  And, Doctor, I've marked that binder |
| 11    just multiple studies. | 11    as Exhibit 8; is that correct? |
| 12 Q  (By Mr. DeGreeff)  That wasn't my question. | 12 A  Yes. |
| 13 A  Oh, sorry. | 13 Q  And so I -- just so I'm clear, did you or did you not |
| 14 Q  Did you do an independent systematic review and decide on | 14    review and rely on all of those articles in rendering |
| 15    which articles you wanted to review in rendering your | 15    your opinions? |
| 16    opinions? | 16 A  I -- |
| 17 A  Not this extensive.  I've read the literature for the | 17          MR. KOOPMANN:  Take your time and look |
| 18    last ten, fifteen years, and so I keep abreast of it.  So | 18    at the entire index. |
| 19    not every article is in journals that I have -- that I | 19          THE WITNESS:  I recognize just about |
| 20    get. | 20    this entire index, the names of these authors.  I've read |
| 21 Q  Okay.  So I think the answer to my question is no, you | 21    an article on every one of these. |
| 22    didn't do an independent systematic review for the | 22 Q  (By Mr. DeGreeff)  Doctor, how much total time did you |
| 23    literature that's on your reliance list? | 23    spend reviewing materials in reaching the opinions in |
| 24 A  Yes, that's correct. | 24    your reports, your general reports on TVT and the other |
| 25 Q  And you didn't put together that binder.  Defense counsel | 25    products in this litigation? |

| Page 51 | Page 53 |
|---|---|
| 1     did. | 1  A  I'm sure over 100 hours. |
| 2  A  Correct. | 2  Q  And that's at $500 an hour; correct? |
| 3  Q  And defense counsel selected the articles that are in | 3  A  Yes. |
| 4     that binder? | 4          MR. KOOPMANN:  Counsel, would you mind |
| 5          MR. KOOPMANN:  Objection.  Form. | 5     just sitting when you're asking questions, as long as |
| 6     Misstates the record. | 6     you're not going through the box. |
| 7          MR. DEGREEFF:  I don't think it does. | 7          MR. DEGREEFF:  Well, I am going |
| 8          THE WITNESS:  Well, I don't know what | 8     through the box, but I mean, I'm going to kind of do what |
| 9     they -- how they selected them. | 9     I want to do.  I'm not trying to be a jerk, but if I want |
| 10 Q  (By Mr. DeGreeff)  You -- | 10    to stand up while I'm looking through stuff, I'm kind of |
| 11 A  They're not all positive articles. | 11    going to, Barry. |
| 12 Q  Well, that's true too, but you didn't select all of | 12          MR. KOOPMANN:  Okay. |
| 13    those; correct? | 13          MR. JONES:  It's not that different |
| 14 A  Correct. | 14    from what defense counsel has been doing the last couple |
| 15 Q  Those were selected for someone else -- by someone else | 15    weeks during depositions. |
| 16    for you? | 16          MR. KOOPMANN:  I'm not all defense |
| 17 A  Yes. | 17    counsel. |
| 18 Q  And they were sent to you by defense counsel? | 18          MR. DEGREEFF:  You're not, Barry. |
| 19 A  Yes. | 19    And, Barry, you're not doing anything wrong, but I'm just |
| 20 Q  And did you review all of the articles in that binder? | 20    standing up as we go -- |
| 21 A  The majority of them, yes. | 21          MR. KOOPMANN:  I know you're not |
| 22 Q  Okay.  Did you review -- did you rely on all the articles | 22    trying to intimidate, but it's just a little unusual. |
| 23    in that binder? | 23          THE WITNESS:  Well, it's hard to make |
| 24 A  I relied on all those that I reviewed. | 24    eye contact with you if you stand. |
| 25 Q  And which ones -- did you review those that were -- that | 25          MR. DEGREEFF:  I don't know that we |

14 (Pages 50 to 53)

Douglas Grier, M.D.

| Page 54 |
|---|
| 1 would line up anyways. |
| 2 Q (By Mr. DeGreeff) My question was pretty simple. Have you reviewed in detail |
| 3 all of the literature included in that binder? |
| 5 A In looking at it, yes. But this binder was produced to |
| 6 be a compendium. I read -- I didn't read them out of |
| 7 this binder, but I've read everything in this binder as |
| 8 articles -- I found articles and articles were sent to |
| 9 me. |
| 10 Q So you read the articles as defense counsel sent them to |
| 11 you? |
| 12 MR. KOOPMANN: Objection. Form. |
| 13 THE WITNESS: Yes. |
| 14 Q (By Mr. DeGreeff) I've just handed you another binder, |
| 15 and what's that one titled? |
| 16 A This one's "TVT-O General Reports and Sources." |
| 17 (Exhibit No. 9 marked for |
| 18 identification.) |
| 19 Q (By Mr. DeGreeff) All right. Mark that as Deposition |
| 20 Exhibit 9. Have I so marked that, Doctor? |
| 21 A Yes. |
| 22 Q Okay. And what is included in there. And I'll sit down |
| 23 for Barry. |
| 24 MR. KOOPMANN: Thanks. |
| 25 THE WITNESS: Well, these are articles |

| Page 55 |
|---|
| 1 going back to 2007, I think, maybe -- to 2005, 2002. |
| 2 There's the Ward article. So -- and there's even the |
| 3 Petros 1990 article on the integral theory of female |
| 4 urinary incontinence, so it's a compendium of articles |
| 5 that are historic. |
| 6 Q (By Mr. DeGreeff) Relating to the TVT-O? |
| 7 A Correct. Well, TVT, in general, and TVT-O because some |
| 8 of these articles are before it was -- it was a product, |
| 9 before it was developed. |
| 10 Q And, Doctor, going back to Exhibit 8, that binder we just |
| 11 talked about, are those -- the white one. |
| 12 A Oh, this one. |
| 13 Q Are those all articles that you're relying on in |
| 14 rendering your opinions? |
| 15 A It's a source of -- yes. It's a source of articles. But |
| 16 when you say relying on them, not all the articles I've |
| 17 found relevant. So that's a hard statement to make, that |
| 18 everything in here -- you're saying am I in agreement |
| 19 with it or I'm relying on the scientific data -- |
| 20 Q Will you be prepared to discuss all of those articles at |
| 21 trial in this case? |
| 22 A I certainly can. |
| 23 Q Okay. All right. Exhibit 9, is that a binder that you |
| 24 prepared, yourself? |
| 25 A No. |

| Page 56 |
|---|
| 1 Q Who prepared that for you? |
| 2 A The attorneys. |
| 3 Q And did you -- were those -- the articles that are |
| 4 included in there, were those articles that were sent to |
| 5 you by defense counsel? |
| 6 MR. KOOPMANN: Objection. Form. |
| 7 THE WITNESS: Yes. |
| 8 Q (By Mr. DeGreeff) Again, you didn't do an independent |
| 9 systematic review to come up with those articles? |
| 10 A Well, that -- I did not. Because that takes a lot of |
| 11 man-hours, and I'd rather spend my time reading the |
| 12 articles than searching for them. |
| 13 Q Okay. And so did you do anything to confirm that defense |
| 14 counsel sent you all of the relevant and important |
| 15 articles necessary to render your opinions in a fair and |
| 16 biased -- and unbiased manner? |
| 17 MR. KOOPMANN: Objection to form. |
| 18 THE WITNESS: Well, I go to specialty |
| 19 meetings where we discuss these products, their safe use, |
| 20 their efficacy, the adverse events that can happen, and |
| 21 render opinions not just through these articles, but in |
| 22 general over time, because there's a lot of articles that |
| 23 I have read and reviewed that are not in here, that are |
| 24 more recent. |
| 25 Q (By Mr. DeGreeff) Are those on your reliance list? |

| Page 57 |
|---|
| 1 A I don't think they are. |
| 2 Q Did you bring them with you? |
| 3 A I did not. Because -- I'm talking about the AUGS meeting |
| 4 that was in October, so they were abstracts amongst -- |
| 5 general abstracts and papers, but they're broad. |
| 6 Q Anything that's actually published now -- |
| 7 A Oh, I'm sure. |
| 8 Q -- or just an abstract form? |
| 9 A No, I'm sure a lot of them are published. |
| 10 Q And you're relying on those for your opinions? |
| 11 A Yes. I rely on those for some of my opinions, yes. |
| 12 Q Can you provide those to defense counsel to provide to us |
| 13 then? |
| 14 A I could probably get the syllabus for AUGS. |
| 15 Q Well, can you tell me the name of any of those articles, |
| 16 as you sit here? |
| 17 A No. |
| 18 Q Can you tell me who the author was of any of those |
| 19 articles? |
| 20 A Well, one was Pamela Moalli out of Pittsburgh. |
| 21 Q And what was that article about? |
| 22 A It was talking about the -- the inflammatory responses of |
| 23 cells as mesh is incorporated in the body. There were a |
| 24 couple articles on using lightweight mesh for abdominal |
| 25 sacrocolpopexy. And in general, there were discussions |

15 (Pages 54 to 57)

Douglas Grier, M.D.

Page 58

```
 1   which were not published, but discussions about where
 2   mesh is at this point in terms of its usability and
 3   reliability due to litigation.
 4   Q  Okay.  And why would you want to use lighter-weight mesh?
 5   A  Well, there's a theoretical advantage that the lighter
 6      the mesh is, the easier the body has in incorporating it
 7      and the more biologically pliant it is.  So there's been
 8      research and development with the goal of creating
 9      lighter-weight meshes over the last 15 years.
10   Q  Ethicon's been working on lighter-weight mesh; correct?
11   A  I really don't know what Ethicon's been doing for the
12      last five years in terms of where they're at in terms of
13      meshes.  The last mesh I remember that they introduced
14      was the Y-mesh for abdominal sacrocolpopexy.
15   Q  Well, you were still a consultant for Ethicon in 2014;
16      correct?
17   A  I don't think I was.
18   Q  You've never seen your consulting agreement from 2014?
19   A  I don't recall one.
20   Q  Okay.  Well, we can take a look at it later, but did you
21      have a consulting agreement with them in 2015?
22   A  I can't -- no.  I'm sure I didn't.  I haven't talked to
23      Ethicon in probably three years.  I can't remember
24      anyone -- we don't have a rep in this area.  The -- I
25      don't remember the last time I even had a rep for
```

Page 59

```
 1      Ethicon.  It's been, I want to say, three years.
 2   Q  Well, when you say you haven't talked to Ethicon, you've
 3      been an expert for them in litigation; correct?
 4   A  Right.  But nothing -- none of the company members -- the
 5      Ethicon Gynecare business was moved, and so there isn't
 6      anyone who I know of who represents these products.
 7   Q  Let's go back, Doctor.  You said earlier that you had
 8      about 100 hours into reviewing the materials to render
 9      your opinion in this case; right?
10   A  Okay.
11   Q  And you're making -- you're being paid $500 an hour; is
12      that correct?
13   A  Yes.
14   Q  Correct me if I'm wrong, Doctor, but that's roughly
15      $50,000?
16   A  You did the math well.
17   Q  Okay.  Have you been paid over $50,000 thus far for
18      your -- to render your opinions in this case, in this
19      litigation?
20          MR. KOOPMANN:  Objection to form.
21          THE WITNESS:  I'm sure I have.  I
22      don't know the number.
23   Q  (By Mr. DeGreeff)  Did you bring your bills with you?
24   A  I did not.
25   Q  Do you have bills?  Have you issued bills?
```

Page 60

```
 1   A  Oh, I did actually, some.  What I don't have is the 1099.
 2      I have not received one yet.
 3   Q  Do you have your 1099s for any of the years that you were
 4      working for Ethicon?
 5   A  When I filed taxes, sure.
 6   Q  When you were reviewing the notice, did you see that that
 7      was requested?
 8   A  I saw that was there, and the -- my relevant 1099, I am
 9      still tracking down.
10          MR. KOOPMANN:  For the record,
11      Counsel, we'll be filing some objections to the
12      deposition notice.
13          MR. DEGREEFF:  Well, that's something
14      that you file before the deposition.
15          MR. KOOPMANN:  Well, I'm told that
16      from the -- one of the pretrial orders, it's permissible
17      to file it after the fact.
18   Q  (By Mr. DeGreeff)  So you didn't bring with you any of
19      your 1099s from the times you were working with --
20   A  No.
21   Q  -- with Ethicon?
22   A  No.
23   Q  Were you aware that was requested?
24   A  I don't recall it.
25   Q  You didn't see it in the notice that you said you
```

Page 61

```
 1      reviewed?
 2   A  Well, I saw a notice.  But the 1099s I thought would be
 3      relevant would be the last year that I've been retained
 4      to review the -- and testify since Perry.
 5   Q  Did you ask -- did you ask Counsel whether you should
 6      bring those 1099s?
 7   A  I did not ask Counsel.
 8   Q  Have you submitted any invoices for your work thus far in
 9      this litigation to defense counsel?
10   A  Yes.
11   Q  Did you bring those with you?
12   A  I think we copied them all, yes.
13   Q  Do you know where they are?
14   A  Did I slip them in one --
15          MR. KOOPMANN:  I wonder if they're not
16      in your Prolift binder.  We have them electronically,
17      though.  We can put them on a thumb drive.
18          THE WITNESS:  Downloaded onto one of
19      the thumb drives.
20          MR. KOOPMANN:  We've -- I think he
21      printed them, and I think they're with his Prolift stuff.
22      So you can either get it tomorrow --
23          MR. JONES:  Bring them tomorrow.
24          MR. DEGREEFF:  That's fine.
25   Q  (By Mr. DeGreeff)  Doctor, can you give me an idea of
```

16 (Pages 58 to 61)

Douglas Grier, M.D.

Page 62

1  about the total amount you've billed to the defense for
2  your work on this litigation at this point?
3  A  "This litigation" being --
4  Q  Everything you've billed them in rendering your general
5  and specific opinions thus far in this litigation.
6  A  I embarrassingly don't know what the amount is.
7  Q  When you talked about the 100 hours that we referenced
8  earlier, did that also include time for actually writing
9  your report?
10 A  Yes.
11 Q  Did you actually write that report?
12 A  Yes.
13         MR. KOOPMANN: Objection to form.
14 Q  (By Mr. DeGreeff)  Yeah, please bring that tomorrow, if
15 you would, Doctor.
16     Exhibit 9, I believe, is in front of you.  Have you
17 reviewed all of the literature there in detail?
18 A  I think I have.
19 Q  And are you -- excuse me.  Go ahead.
20 A  No, I'm just looking at the list.
21 Q  And are you relying on that literature in rendering your
22 opinions in the -- both your general and specific
23 opinions in this litigation?
24 A  Yes.
25 Q  All right.  And we've got another one, another binder.

Page 63

1  Doctor, what's this?  Wait.  This might be your --
2  detailed procedure analysis by date?  Is that -- I don't
3  know.  That's something else, I think.
4     Doctor, what's that binder?
5         MR. DEGREEFF:  And let's mark it as
6  Deposition Exhibit 10.  Would you mind popping that on
7  there?
8             (Exhibit No. 10 marked for
9             identification.)
10        THE WITNESS:  This is TVT-obturator,
11 and it has the history and background of the
12 TVT-obturator.  It has Jean Leval's [sic] original paper.
13 It has the TVT-obturator IFU.  It has the notice that it
14 received FDA clearance in 2003.  It has -- I'm not sure
15 what you call it -- brochures on the product that were
16 distributed to physicians.  It has a clinical expert
17 report by Marty Weisberg.
18 Q  (By Mr. DeGreeff)  Do you know who Marty Weisberg is?
19 A  He was the -- the chief medical officer -- his title was
20 medical director of Gynecare back ten, fifteen years ago.
21 Q  And Gynecare is Ethicon; right?
22 A  Correct.
23 Q  Did you know Marty Weisberg?
24 A  I've been in the room with him a couple times.
25 Q  On what occasions?

Page 64

1  A  My memory, last time I saw him was when I did a cadaver
2  lab with about ten surgeons from around the country on
3  the TVT-O.  It was our first experience with the TVT-O,
4  and we were using the device prior to having used it in
5  our practices.
6     And another article by Leval and Waltigney on the
7  one-year follow-up on TVT-O.  And Leval's white paper on
8  the TVT-O.
9  Q  Who is Leval?
10 A  Jean Leval is a Belgian urologist out of Liege, Belgium,
11 as I recall, and he was the developer of the inside-out
12 approach for transobturator slings.
13 Q  Do you know Dr. Leval?
14 A  I met him once.  He does not speak English.  Talked to
15 him through a -- an interpreter.
16 Q  You met -- did you meet Dr. Leval and Dr. Weisberg at
17 Ethicon events?
18 A  Yes.  Yes.
19 Q  So fair to say that that binder you're looking at
20 contains just a bunch of materials that are on TVT-O?
21 A  Yes.
22 Q  And did you put that binder together, yourself?
23 A  No.
24 Q  Was that put together for you by defense counsel?
25 A  Yes.

Page 65

1  Q  Did defense counsel select the documents that went into
2  that binder?
3  A  Yes.
4  Q  Have you reviewed all of the documents in that binder?
5  A  Well, I've reviewed them -- a lot of them I've reviewed
6  before they were put in the binder, before I was
7  ever asked to review them.
8  Q  Okay.  So my question was a little different than that.
9     Have you reviewed -- and I don't care when you
10 reviewed them.  Have you reviewed all of the lit-- all
11 of the documents that are in that binder?
12 A  Well, no.  The ones I haven't reviewed were the pre-FDA
13 design documents, which are very tedious, and I didn't
14 find relevant.
15 Q  So fair to say, you did not review the design documents
16 that were relied on by Ethicon for approval by the FDA?
17        MR. KOOPMANN:  Objection to form.
18        THE WITNESS:  That's true.
19 Q  (By Mr. DeGreeff)  Anything else?
20 A  Well, there's just a bunch of minutes and discussions by,
21 I guess, engineers within the -- within the company on
22 the product specifications and the launch of the product.
23 Q  And did you review those?
24 A  I did not.
25 Q  Why not?

17  (Pages 62 to 65)

Douglas Grier, M.D.

| Page 66 | Page 68 |
|---|---|

**Page 66**

1  A  Well, because I don't find it relevant.

2  Q  And that's the -- those are memos done by the engineers

3     who designed the product?

4  A  Correct.

5  Q  Why did you not find that relevant?

6  A  Well, because it's tremendously tedious, and it's not

7     clinically relevant.  It was how they developed the

8     product and -- the device, and it's kind of too technical

9     for my interest.

10 Q  And you didn't -- so you didn't review that in rendering

11    your opinions?

12 A  No.

13 Q  Did you review any documents related to the -- kind of

14    the -- what you referred to as the tedious portion of the

15    design of the -- of the document and getting FDA

16    approval?

17        MR. KOOPMANN:  Objection.  Form.

18        THE WITNESS:  There may be a few that

19    I reviewed.

20 Q  (By Mr. DeGreeff)  Which ones?  Any as you sit here that

21    you remember?

22 A  My patients' list at home.

23 Q  I was wondering how that got in there.

24 A  Yeah, that just got -- it fell in.

25        The ones I reviewed were -- see, a lot of this is

**Page 67**

1     just -- it's not even in English.  It's the documents

2     that are -- came out of Belgium that aren't even

3     translated, so I certainly didn't read those.

4        The others were just kind of how the sheath was

5     developed, not the actual sling, but the sheath that

6     helps place it.  So these -- and, you know, this TVT flow

7     of process qualifications, I looked at it.  It's a very

8     technical engineering document on the product production.

9     I'm not an engineer, so it's not relevant to me.  There's

10    just a lot of that.  How to package it, what kind of box

11    it should be in, things --

12 Q  So you're not an engineering expert; correct?

13        MR. KOOPMANN:  Objection.  Form.

14        THE WITNESS:  I'm not an engineering

15    expert, but I am an expert on the use and placement and

16    management of vaginal mesh because that's what I've done

17    a lot of.

18 Q  (By Mr. DeGreeff)  That doesn't make you -- you are

19    not --

20 A  It does not make me an engineer.

21 Q  You're not holding yourself out as an expert in the field

22    of engineering, are you, Doctor?

23 A  No, of course not.

24 Q  And fair to say, you're not holding yourself out as an

25    expert in the field of transvaginal mesh design?

**Page 68**

1        MR. KOOPMANN:  Objection.  Form.

2        THE WITNESS:  I will say no.  I will

3     say, though, that -- that all of us give feedback to the

4     companies that we use mesh, as to what might be better

5     about it.

6  Q  (By Mr. DeGreeff)  I think we agree.  My question is

7     pretty simple.  Yes or no, are you holding yourself --

8     yes, no, or you can't answer.  Are you holding yourself

9     out as an expert on the design of transvaginal mesh

10    products?

11        MR. KOOPMANN:  Objection.  Form.

12    Asked and answered.

13        THE WITNESS:  Do I answer?

14        MR. KOOPMANN:  Go ahead, yeah.

15        THE WITNESS:  So I am not a product

16    engineer that has designed mesh products.  However, I

17    have used them, and I have opinions about what -- what is

18    good or bad about a particular product, which I have

19    expressed to multiple companies when asked.  So -- but I

20    am not an engineer.

21 Q  (By Mr. DeGreeff)  Let's try this again.  Doctor, yes,

22    no, or you cannot answer my question as it's phrased:

23    Are you holding yourself out as an expert in the design

24    of transvaginal mesh products?

25        MR. KOOPMANN:  Same objection.

**Page 69**

1        THE WITNESS:  No, I'm not a design

2     expert.

3  Q  (By Mr. DeGreeff)  Doctor, one more binder.  And I don't

4     know -- let's see.  This says --

5  A  That's TVT and TVT-O.  I think it's -- is it long-term

6     studies?  It's a series of studies.  Now, some of this is

7     contained in these other binders.

8  Q  I was going to ask, this says long-term studies.  Does

9     this contain the same ten studies that we talked about

10    earlier?

11 A  If you'd hand it to me, I could answer that.

12        MR. DEGREEFF:  Sure, I will.  Let's

13    mark this.  I'll mark this as Deposition Exhibit 11.

14        (Exhibit No. 11 marked for

15        identification.)

16 Q  (By Mr. DeGreeff)  Have I done so?

17 A  Yes.

18 Q  And can you tell us the -- before we get started, can you

19    tell us the title of that?

20 A  "TVT and TVT-O Long-Term Studies for Experts."

21 Q  Why would that be called long-term studies for experts

22    rather than long-term studies for Dr. Grier?

23 A  Well, because this series of articles, which are

24    long-term, is probably used by other -- other

25    gynecologists or urologists who have been asked to be

18 (Pages 66 to 69)

Douglas Grier, M.D.

Page 70

1    involved in giving opinions about this litigation.
2    Q   So that's a binder put together by the defense?
3    A   Yes.
4    Q   And they provided that to you?
5    A   Yes. But these -- a lot of these articles I hold dear.
6        I've seen years ago.
7    Q   Yeah, and that's not my question. I appreciate that,
8        though.
9            That was put together by defense counsel?
10   A   Yes.
11   Q   Provided to you; correct?
12   A   Yes.
13   Q   You did not select the documents that are in that binder?
14   A   Correct.
15   Q   In fact, it's titled as for all experts, not just for
16       you; correct?
17   A   Yes. It doesn't say "all experts," it just says
18       "experts."
19   Q   Okay. It does. "Experts" is plural --
20   A   Correct.
21   Q   -- do we agree on that?
22       All right. Now, what -- does that contain the
23       same --
24   A   No.
25   Q   -- ten documents that we talked about earlier?

Page 71

1    A   No.
2    Q   Are some of them duplicative to what we talked about
3        earlier?
4    A   Well, they are -- ooh.
5    Q   Is there an index in there maybe?
6    A   There's an index, but it simply has the names. These are
7        more long-term articles than the others. Now, the others
8        were, I think, referring more to TVT-Secur, which there
9        aren't many long-term articles because it was the last
10       one on the market and people stopped studying it four
11       years ago because it was withdrawn.
12       So here's Nilsson's 17-year follow-up. And --
13   Q   Who paid for Dr. Nilsson to do that study?
14   A   I don't know.
15   Q   Is the -- do you look -- when you're reading an article,
16       do you look at the conflict of interest disclosure?
17   A   I look at that. And every article and every lecture that
18       is given, we all, part of what is considered industry
19       standard, disclose whatever financial affiliations we
20       have, not just for this -- the particular article, but in
21       general.
22   Q   Why is that important?
23   A   Because it helps you form an opinion about whether
24       there's bias.
25   Q   And why would there -- why is a conflict of interest

Page 72

1    disclosure necessary for people to figure out whether
2    there's bias?
3    A   Well, occasionally scientists are not objective.
4    Q   Well, just in general, is it fair to say that
5        occasionally people who are -- who are paid by others are
6        not objective?
7            MR. KOOPMANN: Objection. Form.
8            THE WITNESS: I -- well, I -- I can't
9    say that at all. Again, these studies require financial
10   support from something, someone, somebody. And we're
11   always struggling for financial support.
12       I am the finance committee chairman of my hospital
13   system, and tomorrow night after the deposition I have a
14   couple different physicians who are going to ask for
15   financial support for research they're doing within the
16   hospital. And we have to decide whether we give them
17   that support. So I don't know if that --
18   Q   (By Mr. DeGreeff) Well, let me ask you a question real
19       quick. That will be the hospital funding them; correct?
20   A   No. It comes from the medical staff, the physician
21       funding, from our own medical staff.
22   Q   Not the --
23   A   If the hospital's not willing to fund it.
24   Q   It won't be funded by pharmaceutical companies?
25   A   No.

Page 73

1    Q   Now, the disclosure -- I believe you told me the conflict
2        of interest disclosure is so that people can evaluate
3        bias; is that fair?
4    A   Potential bias.
5    Q   And I think we agree that's because there's potential
6        bias anytime someone is receiving payment; is that fair?
7    A   That's a fair statement, potential, yes. I would say
8        that we all have a reputation that we hold dearly, and
9        there are very few physicians that I know of on record or
10       personally who ever violate that because then they lose
11       standing and no one would support their opinions in the
12       future.
13   Q   The industry standard requires doctors to disclose
14       potential conflicts of interest in presentations and
15       articles; fair?
16           MR. KOOPMANN: Objection to form.
17           THE WITNESS: Yes. There's an
18   industry standard, yes. And society standard.
19   Q   (By Mr. DeGreeff) How many of those -- what exhibit is
20       that? I've lost track.
21   A   That's --
22   Q   Exhibit 11 maybe?
23   A   Yes.
24   Q   How many of those articles in Exhibit 11 --
25   A   Have I read?

19 (Pages 70 to 73)

Douglas Grier, M.D.

| Page 74 | Page 76 |
|---|---|
| 1 Q -- have follow-up that's five years or greater? | 1 (Exhibit Nos. 12-13 marked for |
| 2 A The first one, 11 years. | 2 identification.) |
| 3 Q Now, let's talk about -- are these meta-analysis we're | 3 EXAMINATION (Continuing) |
| 4 talking about or are these randomized controlled studies? | 4 BY MR. DEGREEFF: |
| 5 A Well, the 11-year is a prospective follow-up of multiple | 5 Q Doctor, we just took a little break; correct? |
| 6 sites in Scandinavia. | 6 A Correct. |
| 7 Q Okay. And what -- | 7 Q And you had a chance to talk with defense counsel? |
| 8 A The -- | 8 A Very briefly, yes. |
| 9 Q Maybe tell us what tab number that is? 1? | 9 Q After speaking with him, is there -- are there any of |
| 10 A That's 1. | 10 your answers from prior in the deposition that you want |
| 11 Q Okay. And so what was the average time to follow up | 11 to change? |
| 12 then? | 12 A No. |
| 13 A Well, 11.5 years. | 13 Q Doctor, I'm handing you what has been marked Deposition |
| 14 Q Okay. So let's make this shorter maybe. How many of | 14 Exhibit 13. Deposition Exhibit 13 is a Baggie full of |
| 15 those -- do you happen to know how many of those articles | 15 thumb drives. What are those? |
| 16 have five-year or greater follow-up? | 16 A These were all different documents, articles, and |
| 17 A The first one does. The second one does. The third one | 17 possibly in there, because I'm not sure because I didn't |
| 18 does. The fourth one does. The fifth one does. The | 18 look at all of them, some of them are on case-specific |
| 19 sixth one does, has more than ten-year. The seventh one | 19 medical records of patients who are in your litigation. |
| 20 has ten-year follow-up. The eighth one has 17-year | 20 Q So some of those thumb drives have case-specific |
| 21 follow-up. | 21 information on them; some of them have general. Is that |
| 22 This one has -- patient population ten years after | 22 correct? |
| 23 retropubic, so that one has ten-year follow-up. The next | 23 A Yes, I think so. |
| 24 one -- this is dissatisfaction after ten years, so that's | 24 Q And that's a lot of thumb drives. Have you reviewed all |
| 25 ten-year follow-up. The following one has four-year | 25 of those? |

| Page 75 | Page 77 |
|---|---|
| 1 follow-up. The next one is a five-year study. The next | 1 A I have reviewed all of them, and the one -- I think this |
| 2 one is a five-year study. The next one is a five-year | 2 one here with the orange has my invoices on it. |
| 3 prospective follow-up. The following one is a five-year | 3 Q Okay. So the orange thumb drive has invoices on it. |
| 4 follow-up. And the last one is five years also. Oh, | 4 A That's my memory, yeah. |
| 5 there's one more. And that is seven years. | 5 Q Okay. And then are those -- do those thumb drives |
| 6 Q How many of those are randomized controlled studies? | 6 include materials that are additional to all of the |
| 7 A Oh, I don't know. I'd have to go back and look. | 7 binders you've been provided? |
| 8 Q Okay. | 8 A I can't answer that. Because I would -- I would have to |
| 9 A We could look at Cochrane reviews and kind of get that. | 9 look at every single one and all the articles. I don't |
| 10 Q Did you -- well, I'm just asking you. As you were going | 10 know. If I were to give you an opinion, there are |
| 11 through them, did you note how many were -- | 11 probably more articles in here than there are in these |
| 12 A I wasn't noting that. You tasked me on the number of | 12 documents. |
| 13 years. But if you'd like, I'll go back and come up with | 13 Q Okay. And when you say "in here," you're talking about |
| 14 that. | 14 the thumb drives? |
| 15 Q Well, let's -- how many are -- did you review those | 15 A Right. The thumb drives so -- |
| 16 articles in rendering your opinions? | 16 Q I'm just trying to make the record clear. |
| 17 A Yes. | 17 A -- I would rely on the thumb drives and read those |
| 18 Q Are you relying on them? | 18 articles. And these came at a later date, which I assume |
| 19 A Yes. | 19 is a compendium of what I've been sent. |
| 20 Q Okay. All right. Let's move on. Let's see. | 20 Q When you say "these," you're talking about the binders? |
| 21 MR. KOOPMANN: Maybe take a two-minute | 21 A Binders. |
| 22 break at some point? Is it a good stopping point? | 22 Q When were you provided the thumb drives? |
| 23 (Recess from 2:17 p.m. to | 23 A Oh, over the last probably three months. |
| 24 2:31 p.m.) | 24 Q So you received those thumb drives beginning roughly |
| 25 //// | 25 three months ago? |

Douglas Grier, M.D.

| Page 78 | Page 80 |
|---|---|

**Page 78**

1   A  That's very rough. Because it's -- I don't have a good
2      sense of when I started reviewing them.
3   Q  It's within the last few months; is that fair to say?
4   A  Yes, yes.
5   Q  And those -- did those thumb drives all come from defense
6      counsel?
7   A  Yes.
8   Q  And did you select any of the articles or documents or
9      items that are on those thumb drives?
10  A  No.
11  Q  Those were all selected for you by defense counsel?
12  A  Yes. But many of them I'm familiar with in the past.
13  Q  Okay. All of the articles that are on those thumb drives
14     were selected and placed on those thumb drives by defense
15     counsel?
16  A  Yes.
17  Q  And as you sit here, are you -- do you believe you've
18     reviewed all of the articles that are on those thumb
19     drives?
20  A  I believe I have.
21  Q  And are you relying on those for your opinions -- your
22     general opinions in this litigation?
23  A  Yes.
24  Q  Doctor, I'm going to hand you what's been marked as
25     Deposition Exhibit 12. That's the CV that was produced

**Page 79**

1     to us, and I think it's the same as Deposition Exhibit 2,
2     except that, for some reason, your office address and
3     where you were born is redacted.
4   A  Okay.
5   Q  Is that correct? Is that a copy of your most recent CV?
6     You want to compare it to Exhibit 2?
7   A  Okay.
8   Q  In fact, Doctor, don't even worry about it. You can just
9     work off of Exhibit 2 if that's easier, since we know
10    that's --
11  A  Sure, sure, sure.
12  Q  -- a common . . .
13     A few questions, Doctor. You are a urologist;
14     correct?
15  A  Correct.
16  Q  You are not a urogynecologist?
17  A  Correct.
18  Q  Are you certified in female pelvic medicine and
19     reconstruction surgery?
20  A  No.
21  Q  Have you ever done a fellowship related to pelvic floor
22     surgery?
23  A  The fellowships for pelvic floor surgery began well after
24     I finished training, so no.
25  Q  You've never done any fellowship training?

**Page 80**

1   A  Correct.
2   Q  And you've never taken the urogynecology boards; correct?
3   A  Well, I took the review courses for them, but because my
4     volume of female pelvic surgery in the last two years has
5     decreased because I have other responsibilities in
6     general urology and leadership in my hospital system, I
7     didn't meet the threshold for numbers to sit for the
8     boards, number of -- volume of cases of late.
9   Q  As you sit here, you have never taken the urogyn boards?
10  A  Correct.
11  Q  You're not board certified in urogynecology?
12  A  Correct.
13  Q  And what is the threshold number of surgeries to be able
14     to sit for the board?
15  A  They did not give a number. They just review your
16     surgical logs.
17  Q  And what was your number over the last couple years?
18  A  I don't recall the numbers at all. It was over a year
19     ago that -- that I submitted it, about a year and a half,
20     maybe two years ago that I submitted it.
21  Q  Did you have to compile that data?
22  A  Yes.
23  Q  And did you do that yourself?
24  A  My office manager.
25  Q  Did you review it?

**Page 81**

1   A  Yes.
2   Q  Did you submit it to the -- to the --
3   A  FPRMS, yes.
4   Q  -- FPRMS?
5     And so given that you had that role, you still don't
6     remember what that number was?
7   A  Oh, it was the number of all the surgeries that you've
8     done. No, I have no idea what that number is.
9   Q  All of the surgeries that you've done since when?
10  A  Well, in a six-month -- in a six-month period, but that's
11     all -- that's general urology, female urology,
12     whatever -- whatever surgical cases I was doing.
13  Q  You also treat males as part of your practice; correct?
14  A  Correct.
15  Q  What percentage of your practice deals with treating men?
16  A  Roughly 50 percent.
17  Q  Are you a member of AUGS?
18  A  No.
19  Q  Why not?
20  A  Well, I'm a urologist, and so the urologic focus for
21     female urology is SUFU, society of uro-gynecon- --
22     urology and gyne- -- and -- female urology. And I'm a
23     member of the AUA, but I'm not a member of AUGS. I have
24     gone to several AUGS meetings in the past. The last one
25     was this last October.

21 (Pages 78 to 81)

Douglas Grier, M.D.

| Page 82 | Page 84 |
|---|---|
| 1 Q And what does AUGS stand for? | 1 Endosurgical Institute cases; correct? |
| 2 A American Urogynecology Society. If you want me to give | 2 MR. KOOPMANN: Objection to form. |
| 3 you kind of a history of urogynecology, I can. | 3 THE WITNESS: I don't know if I |
| 4 Q No, that's okay. | 4 understand what you mean by -- |
| 5 You've got teaching positions listed on your -- on | 5 Q (By Mr. DeGreeff) CME. |
| 6 Exhibit 2, which is your CV, on the second page. | 6 A No CMEs granted, correct. |
| 7 A Yes. | 7 Q Ethicon Endosurgical Institute's not affiliated with any |
| 8 Q Let's kind of talk about those. The first one is Ethicon | 8 college or institution, is it? |
| 9 Endosurgical Institute; correct? | 9 A They have funding grants with multiple medical schools, |
| 10 A Yes. | 10 institutions. |
| 11 Q And that obviously is something that is through Ethicon, | 11 Q Meaning Ethicon gives money to the institutions? |
| 12 the defendant in this case; correct? | 12 A To several institutions. I couldn't give you a list. I |
| 13 A Correct. | 13 just know Stanford is one of them. |
| 14 Q How long have you been teaching for Ethicon Endosurgical | 14 Q No college students or students doing their rotations or |
| 15 Institute? | 15 any other medical student comes to Ethicon Endosurgical |
| 16 A Well, I started in the '90s, and then probably the last | 16 Institute and receives credit for it, do they? |
| 17 course I gave, I don't know the year. 2013 perhaps. | 17 A Well, they participate. They don't receive credit, |
| 18 Q So you were doing that for roughly 15, 16 years? | 18 though. Multiple residents have attended courses that I |
| 19 A Yes. | 19 have given and sent by their -- their department heads to |
| 20 Q And who takes those courses? | 20 attend. |
| 21 A Urologists and gynecologists take those courses. | 21 But they're already -- when you're a resident, |
| 22 Q And were you paid for those courses -- to give those | 22 you're already in CME, so it's just another course for |
| 23 courses? | 23 them to take. They -- residents don't -- aren't granted |
| 24 A Yes. | 24 CME. They don't need it because everything they're doing |
| 25 Q And Ethicon paid you for that? | 25 is CME. |

| Page 83 | Page 85 |
|---|---|
| 1 A Yes. | 1 Q Other than Ethicon giving money to colleges, is there any |
| 2 Q And was that done under a contract with Ethicon? | 2 other affiliation between the Ethicon Endosurgical |
| 3 A Yes. | 3 Institute and any colleges, medical colleges? |
| 4 Q Would that be -- | 4 A Not that I'm aware. I don't know. I don't keep up with |
| 5 A Annual contracts. | 5 it. |
| 6 Q It would be a one-year rolling contract? | 6 Q You also have on here, under teaching positions, Gynecare |
| 7 A Uh-huh. | 7 national preceptor. What's that? |
| 8 Q And was that -- was that pursuant to what I've seen | 8 A Well, that was -- there's different levels of faculty. |
| 9 called as the consulting agreement? | 9 There's kind of local preceptors who might attend a |
| 10 A Yes. | 10 surgery and proctor, and then there are those who would |
| 11 Q And that's not a course that's taught for any college? | 11 go regionally, and then there are those who they would |
| 12 A No, no. But over the years, I have taught courses at | 12 rely on for the entire country. |
| 13 medical schools, in medical schools, and have taught | 13 Q And again, that was something that you did under a |
| 14 urologists who are academics how to do these procedures. | 14 consulting agreement with Ethicon; correct? |
| 15 Q And there's no continuing education given for taking an | 15 A Yes. |
| 16 Ethicon Endosurgical Institute course, is there? | 16 Q And you were paid for that? |
| 17 A No. And the reason being is that they don't charge the | 17 A Yes. |
| 18 participants to go to the courses, so that because | 18 Q And you were paid by Ethicon for that? |
| 19 they're -- because they're there without a tuition, they | 19 A Yes. |
| 20 don't -- they're not allowed to grant CME. Because, to | 20 Q And what is a preceptor? |
| 21 grant CME, it has to go through a national body that | 21 A A preceptor is a physician who will teach other |
| 22 credentials. | 22 physicians surgical techniques. |
| 23 Q The question was a little different than that, a little | 23 Q Doctor, you've been an advocate of Ethicon products for a |
| 24 more simple than that. | 24 number of years, haven't you? |
| 25 There's no continuing education given for Ethicon | 25 A I use the products, yes. I'm -- you use the term -- do I |

Douglas Grier, M.D.

| Page 86 | Page 88 |
|---|---|
| 1     have a positive impression of the company?  Yes. | 1     stopped teaching it. |
| 2   Q  And, Doctor, when did you begin working for Ethicon?  I | 2   Q  So was that even -- was the Ethicon Endosurgical |
| 3     believe it was 1998, but correct me if I'm wrong. | 3     Institute, was that even related to transvaginal mesh in |
| 4   A  That's approximate.  It was teaching a prostate laser | 4     any way? |
| 5     surgery. | 5   A  No. |
| 6   Q  Okay.  Yeah, and from -- I believe from 1998 to 2002, you | 6   Q  So is it -- so you don't have any current teaching |
| 7     were working for them as a preceptor for a urologic | 7     positions; correct? |
| 8     device; correct? | 8   A  Correct. |
| 9   A  Correct. | 9   Q  The last one was three or four years ago? |
| 10   Q  And what was that device? | 10   A  Correct. |
| 11   A  The Indigo laser. | 11   Q  And at least two of the three teaching positions you've |
| 12   Q  And were you doing that under consulting agreements with | 12     held were -- you were paid by medical -- you were paid by |
| 13     the company? | 13     Ethicon? |
| 14   A  Yes. | 14   A  Yes. |
| 15   Q  Do you happen to have a copy of those consulting | 15   Q  Doctor, what constitutes a recent medical publication? |
| 16     agreements? | 16   A  That's a very good question.  That's a hard thing to say. |
| 17   A  No. | 17     Certainly anything within five years is recent.  Within |
| 18   Q  Do you know what you were being paid under those | 18     ten years is relevant. |
| 19     consulting agreements? | 19   Q  What about 15 years? |
| 20   A  Cannot remember. | 20   A  It can be very relevant. |
| 21   Q  We'll come back to that. | 21   Q  We wouldn't call 15 years ago recent, would we? |
| 22     What is the -- and then, Doctor, your third teaching | 22   A  No. |
| 23     position is Seattle Prostate Institute, faculty | 23   Q  A lot can happen in medicine in a decade and a half; |
| 24     instructor. | 24     right? |
| 25     What's that? | 25   A  Yes, sure. |

| Page 87 | Page 89 |
|---|---|
| 1   A  Well, that is a group of radiation oncologists and | 1   Q  Under your recent publications, neither one of those two |
| 2     urologists who -- and we no longer -- it's no longer | 2     publications, one in 2001, one in 2007, are related to |
| 3     active, but I'll -- we taught prostate brachytherapy. | 3     transvaginal mesh; correct? |
| 4     It's a treatment for prostate cancer. | 4   A  Correct. |
| 5   Q  And that has nothing to do with transvaginal mesh; fair? | 5   Q  And then the next section you've got is completed |
| 6   A  Not at all. | 6     research. |
| 7   Q  And was that also in some way sponsored by a | 7     Do you see that? |
| 8     pharmaceutical company or medical device company? | 8   A  Yes. |
| 9   A  Not to my awareness.  The -- I would be paid by the | 9   Q  Doctor, of those five you've got listed, none of those |
| 10     Seattle Prostate Institute.  I have no idea who their | 10     were published; is that right? |
| 11     sponsors were.  I never was interested. | 11   A  The -- well, I only have four on my sheet, and the fourth |
| 12   Q  And when did that cease to exist? | 12     one was published. |
| 13   A  That's a good question.  Probably 2008, '07, something in | 13   Q  Which one -- |
| 14     that range. | 14   A  TVT Worldwide Observational Registry. |
| 15   Q  Okay.  So it's been seven or eight years? | 15   Q  Do you not have the safety and efficacy of the TVT-O |
| 16   A  Right. | 16     pubovaginal sling? |
| 17   Q  And when were you last a Gynecare national preceptor? | 17   A  No, I don't.  Oh.  It's on -- it's on one of them, not |
| 18   A  It's terrible that I don't remember, but it's got to be | 18     the other.  I took it off because really that -- that was |
| 19     three, four years ago. | 19     the kind of precursor to the TVT World Registry.  I think |
| 20   Q  And when were you last a -- working at the Ethicon | 20     those -- those patient cohorts were just rolled into the |
| 21     Endosurgical Institute? | 21     fifth one on there. |
| 22   A  That was probably 2002. | 22   Q  Okay.  So the -- |
| 23   Q  2002? | 23   A  That's why on this CV it doesn't have that. |
| 24   A  Yeah.  I -- it's so long ago, I can't remember.  It's -- | 24   Q  So 2 is more up to date than -- is your CV in Exhibit 2 |
| 25     for the Indigo laser, I just don't remember when I | 25     more up to date than Exhibit 12? |

## Douglas Grier, M.D.

<table>
<tr><td>

### Page 90

1  A  Yes.
2  Q  Okay.  And that one does not have, under completed
3     research, the study titled "Safety and Efficacy of the
4     TVT-O Pubovaginal Sling - Ongoing"?
5  A  Right.
6  Q  And that's because that was rolled into the TVT World
7     Registry; is that fair?
8  A  That's before it got a title, yes.
9  Q  Okay.
10 A  I didn't eliminate it from there.  I added it on, but
11    didn't eliminate number four.
12 Q  Now, was the TVT World Registry that you referenced, was
13    it published in an article or an abstract?
14 A  It was an article, one of these reliance lists.
15 Q  Was that peer-reviewed?
16 A  Journal of Urology.  Yes.
17 Q  And when was it published?
18 A  I want to say 2014.  Do you want me to look for it?
19 Q  No, that's okay.  I figure -- 2014's close enough.
20    And you got paid as part of your work on that TVT
21    World Registry; correct?
22 A  Yes.
23 Q  And you were paid by Ethicon?
24 A  Yes.
25 Q  And were there others who helped author that --

</td><td>

### Page 92

1         THE WITNESS:  You would have to ask
2     Ethicon the reasons for them pulling it off the market
3     because it wasn't my decision and I wasn't at all
4     involved in that decision.
5  Q  (By Mr. DeGreeff)  Ethicon never consulted you about
6     whether you thought the TVT-Secur was safe?
7  A  They certainly did when I was using it and when I was
8     teaching it.
9  Q  They never contacted you to see what you thought before
10    they took it off the market?
11 A  No.
12 Q  The TVT World Registry was cut short; correct?
13 A  Well, it -- it -- I don't know if you say cut short.  It
14    was published at the one-year mark, and the decision was
15    not to go further -- to follow the patients further,
16    right.
17 Q  Initially, it was supposed to go further; correct?
18 A  I think it was two years initially, yes.
19 Q  Why was it stopped prematurely?
20 A  One, I don't know.  I was never consulted as to the
21    decision-making on that.  So whatever I tell you would be
22    just a predicate, or I wouldn't -- I mean, I don't have
23    an answer as to why.
24 Q  Nobody ever told you, when they cut short a study that
25    you were working on, why they were cutting it short?

</td></tr>
<tr><td>

### Page 91

1  A  Oh, yes.
2  Q  -- publication?
3     And were all of them paid by Ethicon?
4  A  I assume they were.
5  Q  Were many of them involved as expert -- are many of them
6     involved as experts for Ethicon in this litigation?
7  A  I don't think anyone on the list is, the authors.  It was
8     international, so there were multiple, South Africa,
9     Italy, England.
10 Q  And the ultimate conclusion for the authors who were paid
11    by Ethicon was that the TVT-Secur was safe; correct?
12 A  Yes.
13 Q  And you ultimately taught other doctors that the TVT-S
14    was safe; correct?
15 A  Yes.  I still believe it's safe.
16 Q  Okay.  That was the next question.  Do you still believe
17    the TVT-Secur is safe?
18 A  Yes.
19 Q  And the TVT-Secur has been pulled off the market;
20    correct?
21 A  Yes.
22 Q  And I believe it was your testimony earlier that Ethicon
23    pulled the TVT-Secur off the market instead of spending
24    the money to see whether it was safe or not?
25         MR. KOOPMANN:  Objection.  Form.

</td><td>

### Page 93

1  A  Correct.
2  Q  Who made the decision to cut it short?
3  A  I don't know.
4  Q  Well, Ethicon ultimately is the one who made the decision
5     to cut the study short; correct?
6         MR. KOOPMANN:  Objection to form.
7         THE WITNESS:  I mean, if you say so.
8     I don't know.  The lead author -- I don't -- it could
9     have been the lead author who made the decision.
10 Q  (By Mr. DeGreeff)  What do you believe, personally, is
11    the reason that it was cut short?
12 A  Well, they're funding a study.  I don't remember the
13    chronology of it, whether or not they had made a decision
14    to withdraw the product.  So why would you do an ongoing
15    study on a product that no longer is available?  Because
16    it wouldn't necessarily be relevant at that point.
17 Q  So what you're saying is, you believe it was cut short
18    because it was withdrawn from the market?
19         MR. KOOPMANN:  Objection to form.
20         THE WITNESS:  I don't know.  You're
21    asking me to speculate.
22 Q  (By Mr. DeGreeff)  I'm just asking your opinion.
23 A  I don't know.
24 Q  Looking at -- on the completed research list on your CV
25    in Exhibit 2 -- let's see, the first one, Protocol No. 8,

</td></tr>
</table>

24 (Pages 90 to 93)

## Douglas Grier, M.D.

| Page 94 | Page 96 |
|---|---|
| 1 a multicenter trial of induction, that doesn't have | 1 your opinions in this litigation? |
| 2 anything to do with transvaginal mesh; correct? | 2 A Correct. It's the same mesh. It's the same procedure. |
| 3 A Correct. | 3 Just a different approach. |
| 4 Q And then No. 3, implantation of pelvic self-contained | 4 Q It's not exactly the same procedure when you're going |
| 5 neuromodulator for the treatment of refractory urge | 5 abdominally rather than vaginally; right? |
| 6 incontinence, that has nothing to do with TVM either; | 6 A Well, it's the exact same sling. It's just put in the |
| 7 correct? | 7 way the SPARC was put in, a different product. |
| 8 A Correct. | 8 Q Let me make this easier. It pertains to the mesh, but |
| 9 Q So looking at No. 2, which is Protocol No. 2001-12, | 9 it's really about -- I mean, the mesh is being inserted, |
| 10 clinical assessments of patients undergoing Gynecare TVT | 10 but this article is really about the abdominal approach; |
| 11 with abdominal guides for the treatment of stress urinary | 11 right? |
| 12 incontinence -- did I read that correctly? | 12 A Yes. |
| 13 A Yes. | 13 Q And you're not giving any opinions about the abdominal |
| 14 Q And what was that study about? | 14 approach? |
| 15 A That study was the introduction of retropubic TVT being | 15 A No. |
| 16 placed, instead of bottom up, top down. And the reason | 16 Q I think we agree. You're not giving opinions about the |
| 17 for that was, in the initial introduction of the | 17 abdominal approach; correct? |
| 18 retropubic TVT to the U.S., urologists were used to doing | 18 A I haven't been asked any opinions about it. |
| 19 needle suspensions from top down, and this was a -- a | 19 Q Okay. There you go. |
| 20 vaginally placed sling. The trocars would go from bottom | 20 Do you anticipate giving any of those opinions at |
| 21 up, and a lot of urologists were uncomfortable going in | 21 trial? |
| 22 that direction. | 22 A No, I don't. |
| 23 So the company came up with the idea of using | 23 Q How much total time did you spend drafting your report? |
| 24 abdominal guides -- when I say the "company," it was | 24 A Which report? |
| 25 probably one of the physicians who worked with -- one of | 25 MR. DEGREEFF: Good point. Let's mark |

| Page 95 | Page 97 |
|---|---|
| 1 my colleagues. | 1 them. That's a fair question, Doctor. |
| 2 And so we were doing a trial of passing trocars | 2 (Exhibit Nos. 14-15 marked for |
| 3 from -- or needles from top down, and then bringing the | 3 identification.) |
| 4 retropubic TVT up as a way of modifying the device so | 4 Q (By Mr. DeGreeff) All right, Doctor. I'm handing you |
| 5 that those who were more comfortable with an anterior | 5 what's been marked as Deposition Exhibits 14 and 15, I |
| 6 approach would use -- would use the sling. | 6 believe. |
| 7 Q And that was done in 2001? | 7 Can you tell me what Deposition Exhibit 14 is? |
| 8 A That's my memory, yes. | 8 A "Report Re TVT and TVT-O Midurethral Slings." |
| 9 Q And that was never published; fair? | 9 Q And that is the report that you've submitted in this case |
| 10 A Yes. | 10 regarding the TVT-R and TVT-O; correct? |
| 11 Q So it was never peer reviewed? | 11 A Yes. |
| 12 A Not that I'm aware of that it was published, correct. | 12 Q And what is marked as Deposition Exhibit 15? |
| 13 Q And you're not offering any opinions in this litigation | 13 A That is "Report Re TVT-Secur Midurethral Slings." |
| 14 concerning the TVT abdominal approach, are you? | 14 Q And that's your report in this case concerning the TVT-S; |
| 15 A I'm not -- I'm not offering any opinions about it. I | 15 correct? |
| 16 don't do that procedure. I didn't find that it was | 16 A Yes. |
| 17 superior to bottom up. | 17 Q How much total time did you spend drafting the TVT-R, |
| 18 Q That was my next question. You never -- did you ever use | 18 TVT-O report? |
| 19 the abdominal approach? | 19 A Well, I mean, I never looked at it in those terms, but |
| 20 A Yes. I did several patients using it. | 20 I'm sure 20 hours. |
| 21 Q Do you currently use it? | 21 Q Actually writing it? |
| 22 A No. | 22 A Oh, God, yeah. |
| 23 Q When did you stop using it? | 23 Q Because you said you spent 100 hours overall with review |
| 24 A After the study was complete. | 24 of materials and drafting of the report; correct? |
| 25 Q Fair to say, that article is not particularly relevant to | 25 A Correct. |

Douglas Grier, M.D.

| Page 98 | Page 100 |

**Page 98**

1 Q And what about the TVT-S report? How much time would you
2   say you spent drafting the TVT-S report?
3 A I would say similar, 20 hours.
4 Q So you spent 20 hours drafting each of those two reports,
5   despite the fact that the TVT-S report is largely
6   duplicative of the TVT-O and TVT-R report?
7 A Well, what -- to write the report, I had to read the
8   articles that were available for Secur, go to reference
9   different textbooks and articles on the subject, and then
10   start writing.
11 Q That was my next question. Does that 20 hours include
12   review of materials?
13 A Well, yes and no. It -- certainly I would review back to
14   materials while I was writing it, but most of the
15   materials, I've already read. So I'm not including those
16   hours of the previously read articles and text.
17 Q So I guess my question is, does the 100 hours include the
18   TVT -- TVT-O, TVT-R report, the TVT-S report, and the
19   other reports that you've given -- the other general
20   reports and specific reports you've -- case-specific
21   reports you've given in this litigation?
22 A Well --
23         MR. KOOPMANN: Objection to form.
24         THE WITNESS: I have not kept track of
25   how many hours I've -- I've submitted or I -- or I used.

**Page 99**

1   It's a lot of hours, but not all the hours do I charge
2   for.
3 Q (By Mr. DeGreeff) So you don't bill for all of your time
4   spent writing your reports?
5 A That's right.
6 Q So whatever number is on your -- is on your bills, you
7   expect you've actually spent more time than that?
8 A Most likely, yes.
9 Q How much more time?
10 A Oh, if I were to estimate, maybe 25 percent more.
11 Q Why would you not bill for your time when you're using
12   your free time to write reports for a company?
13 A Well, if I get a break between patients, I will read an
14   article or I will start writing and then stop, and so
15   that may happen a couple times in a day, ten times in a
16   week, and I just -- then at the end of the -- you know,
17   on a Sunday I'll try to say -- come up with the number of
18   hours. If I have a block time, then I know how many
19   hours, but I estimate it, and I underestimate it.
20 Q Okay. Do we have any way that we can track those hours
21   that you believe you've spent that aren't billed for?
22 A We could call my wife.
23 Q All right. We'll do that on a break.
24 A Okay. She would say it's far more than 100 hours.
25 Q Okay. Doctor, did you take patients this morning?

**Page 100**

1 A I did four surgeries this morning.
2 Q Okay. What did you do to prepare for your deposition
3   today?
4 A Today? I tried to read my reports, and I spent most of
5   the time just trying to gather the information, and
6   unfortunately, I spent a lot of time -- because I was
7   instructed to download invoices and -- onto thumb
8   drives -- trying to collect what was on that request
9   list.
10 Q So how much time did you spend preparing for your
11   deposition?
12 A For this today?
13 Q Yeah.
14 A Oh, my. Four hours, if that.
15 Q Did you meet with defense counsel?
16 A Briefly last night. We had dinner.
17 Q Where did you go?
18 A A place called --
19         MR. KOOPMANN: Objection. Form.
20         THE WITNESS: A restaurant called
21   Scott's.
22 Q (By Mr. DeGreeff) What kind of food?
23 A Well, seafood mainly.
24 Q How long was that dinner?
25 A I think it was from -- about an hour and a half to two

**Page 101**

1   hours.
2 Q Who went with you?
3 A These two attorneys.
4 Q That would be Mr. Koopmann, defense counsel?
5 A Yes.
6 Q And -- sorry --
7         MS. GIVEN: Given, Ms. Given.
8 Q (By Mr. DeGreeff) Ms. Given.
9   Did you have any telephone meetings to prepare for
10   your deposition prior to that meeting?
11 A I don't think any telephone. Just usually just kind of
12   a -- I may get an email saying, we need to work on the
13   specific reports for next week. All I've been
14   concentrating on is all these case-specific reports
15   because that was a very short timeline.
16   So I've dropped all of this since that kind of
17   notification, which was within the last month. So I've
18   done very little in terms of the general. I've done most
19   of my work all on the case specifics.
20 Q So you did all of your case-specific reviews and opinions
21   within a month?
22 A Yes.
23 Q While doing a full-time medical practice?
24 A Yes.
25 Q How many case-specific reports did you do?

26 (Pages 98 to 101)

Douglas Grier, M.D.

| Page 102 | Page 104 |
|---|---|

**Page 102**

1    A  Four or five. Five, I think.
2    Q  Are you seeing patients tomorrow morning?
3    A  I'm doing surgery tomorrow morning, yes.
4    Q  Are you intending to meet with defense counsel tomorrow
5        morning --
6    A  No.
7    Q  -- do you have anything scheduled?
8    A  No. Nor tonight.
9    Q  Did you review any documents in preparation for your
10       deposition? You said you reviewed your reports.
11       Anything else?
12   A  Just what you have in front of you.
13   Q  You reviewed all of these binders we've got in front of
14       us?
15   A  No. I reviewed several articles, kind of -- especially
16       the ones that aren't in the binders.
17   Q  The Exhibit 4?
18   A  Yes.
19   Q  Okay. We discussed those earlier. Probably no reason to
20       discuss them again. You reviewed those in preparation
21       for your deposition.
22   A  Yes.
23   Q  Anything caught your eye in them?
24   A  No. I'm not sure what you mean by catch my eye.
25   Q  How did you decide on these articles as the ones to

**Page 103**

1        review?
2    A  Well, I think the most relevant are the more long-term
3        articles or ones that compared, say, Secur to other
4        slings or to Burches, the other types of procedures that
5        are out there.
6           Trying to get articles that kind of compared all the
7        different techniques, so it kind of gives you a
8        generalized view of how these particular devices fit with
9        other ones that are employed to treat stress
10       incontinence, pelvic floor prolapse.
11   Q  The only study that had a follow-up greater than five
12       years only compared Ethicon products to each other;
13       correct?
14   A  Well, there was the one study that had some longer-term
15       data in this that compared everything, including Burches,
16       and it just looked at adverse events versus efficacy.
17          But I will have to tell you, when we meet as a
18       group --
19   Q  I'm going to stop you right there. There's no question
20       pending, Doctor.
21   A  Okay.
22   Q  And I don't know whether that would -- whether I would
23       have liked that answer or not, but there's no question
24       pending, so --
25   A  Well, it had to do with just short-, long-term,

**Page 104**

1        intermediate term, the studies, you know, the chronology
2        of studies.
3    Q  Gotcha.
4           Doctor, you've been an expert witness before for
5        Ethicon in the Perry matter; correct?
6    A  Yes, yes.
7    Q  And you actually gave a deposition in that case and
8        appeared in trial; correct?
9    A  Yes.
10   Q  How many -- how much did you get paid in total for your
11       work on the Perry trial?
12          MR. KOOPMANN: Objection. Form.
13   Q  (By Mr. DeGreeff) Excuse me. The Perry matter.
14   A  I don't know. And the reason I don't know is because I
15       never got my 1099 for last year. So I submit them, and
16       I -- quite frankly, it's -- you could call it a character
17       flaw, but I don't collect and look at what the cumulative
18       number is. So that's why I was going to rely on the --
19       to find out, and I just -- I have not been able to
20       receive the --
21   Q  Well, do you have a standard appearance fee for showing
22       up at trial?
23   A  It's the same. It's $500 an hour for both.
24   Q  Where did the Perry trial occur?
25   A  Bakersfield, California.

**Page 105**

1    Q  How many days did you spend in Bakersfield, California?
2    A  Three -- two and a half days on the -- in trial and I got
3        there the day before.
4    Q  And how many hours do you bill for in a day when you're
5        there for a full day for trial?
6    A  How many hours I was actually working, whatever that
7        would be. It would be -- if we started at 9:00 a.m. -- I
8        think trials were pretty much around 9:00, maybe it was
9        even -- well, 9:00. And then if we ended at 4:30,
10       whatever the difference is, four plus three is seven.
11   Q  Fair to say that, in the Perry trial, you got paid over
12       $50,000 -- I mean, for the Perry matter, you got paid
13       over $50,000?
14   A  That's probably a fair assumption, yes.
15   Q  Do you think you got paid over 75,000?
16   A  I wish I could tell you. I apologize that I don't have
17       that number.
18   Q  Have you ever been an expert in any other matters, any
19       other litigation, I guess?
20   A  I was just retained for a case in Oregon that's unrelated
21       to pelvic mesh.
22   Q  What is it related to?
23   A  Related to a surgical misadventure performing
24       ureteroscopy.
25   Q  So it's a medical malpractice case?

27 (Pages 102 to 105)

## Douglas Grier, M.D.

Page 106

```
 1   A  Yes.
 2   Q  Are you an expert on behalf of the plaintiff or the
 3      defense?
 4   A  The defense.  The hospital.
 5   Q  Were you an expert in a case in Nevada?
 6   A  Not that I'm aware of.
 7   Q  You don't remember being an expert in a case in Nevada?
 8   A  In New Mexico, maybe.
 9   Q  Okay.  So you remember a New Mexico case?
10   A  Well, it's a -- it's the Jasso case, and it was deferred,
11      so I did -- I did opinions on that and some preparation.
12   Q  What kind of case was that?
13   A  That was a pelvic mesh case.  I'm trying to remember --
14      there have been so many recently.  It was a -- I can't
15      remember.  It was an anterior colporrhaphy with mesh and
16      perhaps a sling.
17   Q  Was that a Prosima case?
18   A  Ah, I think it might have been Prosima, yes.
19   Q  And were you paid by Ethicon in that case also?
20   A  Yes.
21   Q  And you were paid by Ethicon in the Perry case?
22   A  Perry, yes.
23   Q  How much did you get paid in the Jasso Prosima case?
24   A  I don't know.
25   Q  More or less than 50,000?
```

Page 107

```
 1   A  I'm sure less.
 2   Q  More or less than 25,000?
 3   A  I would think less than 25,000, but I don't know.
 4         MR. KOOPMANN:  Counsel, just for the
 5      record, that's an ongoing case.  It's not a concluded
 6      one.
 7         MR. DEGREEFF:  Well, it's not part of
 8      the Wave 1 litigation, is it?
 9         MR. KOOPMANN:  Right.
10         THE WITNESS:  It was kind of intensive
11      for a short period of time, and then I haven't touched
12      anything with that for six months at least.
13   Q  (By Mr. DeGreeff)  So does 25,000 sound -- I'm just
14      trying to figure out if you think it's more or less than
15      that for what you've been paid so far in that ongoing
16      case?
17   A  It would be speculation on my part.  I don't know.
18   Q  As you sit here in an ongoing case, that you worked on as
19      recently as six months ago --
20   A  Uh-huh.
21   Q  -- you don't know how much you've been paid?
22   A  No.  And the reason being is that there's different cases
23      that I'm -- that I'm representing, and so I would have to
24      have memory to kind of quantify what was each different
25      allocation.  I don't look at it in terms of which -- what
```

Page 108

```
 1      I'm working on at that moment in time.
 2   Q  When did you start acting as an expert for Ethicon in the
 3      transvaginal mesh litigation?
 4   A  Probably November of 2014.
 5   Q  November of 2014?
 6   A  Yeah, I think so.
 7   Q  And then you gave opinions in trial in January of 2015 at
 8      the Perry trial?
 9   A  February is my memory.
10   Q  February of 2015?
11   A  Uh-huh.
12   Q  Okay.  Since November of 2014, how much have you been
13      paid by Ethicon as a litigation expert for the defense?
14   A  I don't have the number.
15   Q  Well, between Perry and what we've already talked about
16      in this one, we know it's over 100,000; right?
17   A  I would say it's probably close to, but I don't know if
18      it's over.
19   Q  Well, you've done 100 hours at $500 an hour in this
20      case -- I mean, in this litigation that we're talking
21      about right now.
22   A  And then probably, some, I don't know, 50 or 60 hours in
23      the Perry.
24   Q  Well, you told me earlier that you thought it was fair to
25      assume that you'd been paid $50,000 in the Perry matter.
```

Page 109

```
 1   A  Well, I -- I don't -- I can research it.  Once I get my
 2      1099, I can tell you, but I can't split it out in terms
 3      of each case because there's other cases that I have
 4      worked on.  So -- so I just know what the -- I don't even
 5      know what the hours are, but we downloaded the invoices,
 6      so you could probably count that up.
 7   Q  Okay.  Yeah, I will.  I guess my bigger question is the
 8      Perry matter, and we've talked about that.
 9         When were you first contacted by Ethicon to act as
10      an expert for them?
11   A  Well, I wasn't contacted by Ethicon at all.  I was
12      contacted by Butler Snow.
13   Q  When were you first contacted by their attorneys?
14   A  I want to say November of 2014.
15   Q  And how did they -- I mean no disrespect, but why you?
16      Why are you the person who's here giving these opinions?
17   A  Well, that was the question that I asked the attorney who
18      called me, and the answer was that I had legacy with
19      teaching these products, and they had gotten the name --
20      my name from other physicians around the country.
21   Q  So part of the reason is that, you know, you've been
22      working for and paid by the company for 15 to 16 years;
23      is that right?
24         MR. KOOPMANN:  Objection.  Form.
25         THE WITNESS:  I have no idea if -- I
```

28 (Pages 106 to 109)

Douglas Grier, M.D.

| Page 110 | Page 112 |
|---|---|

**Page 110**

1　don't think that's the reason because it wasn't the
2　company that contacted me.
3　Q (By Mr. DeGreeff) Well, you were -- you understand that
4　you are giving your opinions on behalf of Ethicon;
5　correct?
6　A Yes.
7　Q Okay.
8　A But I'm giving my opinions. In other words, if there was
9　not litigation, I would have the same opinions.
10　Q Okay. So I guess what I'm saying is, you just told me
11　that you were contacted partially because of your legacy
12　with the company?
13　A I'm presuming that's the reason. I was never told
14　exactly why, other than they -- I was contacted because I
15　was recommended by other physicians who were doing work
16　for this law firm.
17　Q Doctor, when I asked you a minute ago, your exact
18　response was, that's the question I asked --
19　A Well --
20　Q -- and I was told by them that it was because I had a
21　legacy working with the company, and --
22　A I said I presumed that was why.
23　Q No, you didn't say you presumed, Doctor. We can read the
24　answer back.
25　A Well, I presumed the reason why. I was never told that.

**Page 111**

1　I was simply told that I was referred by other
2　physicians.
3　Q So you want to change that answer?
4　A Yes.
5　Q You've never been an expert for a plaintiff; correct?
6　A I don't think so. No, definitely not.
7　Q Were you ever asked by Ethicon to work on a clinical
8　study that you said no to?
9　A Well, I was only asked to -- well, the answer is no. I
10　was only asked to work on a couple clinical studies, the
11　ones that you have here.
12　Q You've worked on three clinical studies for Ethicon;
13　correct?
14　A The abdominal guides and the TVT World Registry. Those
15　are the only two.
16　Q We'll talk about it later, but if the agreements you
17　signed say differently, then --
18　A Oh --
19　Q -- would you agree that might be incorrect?
20　A Oh, well, when you say clinical study, there might be
21　something that was observational in terms of -- but in
22　terms of a study that -- that the initial intention was
23　for publication, I only recall two.
24　Q Doctor, were you ever asked by Ethicon to give an opinion
25　on behalf of them in the mesh litigation where you told

**Page 112**

1　them no?
2　A I've never been asked by Ethicon to do anything other
3　than give what my opinions are. They --
4　Q Doctor, you understand that the attorneys are acting on
5　behalf of Ethicon --
6　A Okay.
7　Q -- correct?
8　　So when you agree -- you're not agreeing to work for
9　an attorney. You're agreeing to work for Ethicon when
10　you accept your responsibility as an expert witness.
11　　You understand that?
12　A Okay. So --
13　　　MR. KOOPMANN: Objection to form.
14　Q (By Mr. DeGreeff) So have you ever been approached by
15　the attorneys who represent Ethicon, and who you are
16　giving opinions on behalf of, to give an opinion on
17　behalf of Ethicon, where you said no?
18　　　MR. KOOPMANN: Objection. Form.
19　　　THE WITNESS: I don't recall ever
20　being asked to give an opinion. In the first place, I
21　give opinions. There's never been something that they've
22　said, "We would like you to say this," and I've refused
23　to, but there was nothing that they ever said what I'm
24　supposed to say. I'm not a puppet.
25　Q (By Mr. DeGreeff) You seem pretty concerned about being

**Page 113**

1　a puppet, Doctor, and nobody's accusing you of that.
2　A I'm not concerned about being a puppet because I'm not.
3　Q I know, and you keep telling me that, and that's why --
4　A That's the first time we even brought it up. When did we
5　discuss anything about me being --
6　Q The -- my question is, I'm not accusing you of saying
7　that -- of saying exactly what they want you to. What
8　I'm asking is, have you ever been approached by them with
9　a case where they said, "Hey, can you give us opinions in
10　this case," and you've said no?
11　A Oh, I see what you're saying. Yes. Yes. I've told them
12　that I've got more on my plate than I'm comfortable with.
13　Q Have you ever told them -- have you ever reviewed a case
14　and said, no, I think the mesh might have had something
15　to do with that. I'm not going to -- I won't -- I can't
16　give you opinions in that case?
17　A I've not seen a case like that where I've had that
18　opinion.
19　Q Have you ever seen a woman who had complications -- who
20　had complications related to mesh where you thought that
21　the mesh was somehow responsible for it?
22　　　MR. KOOPMANN: Objection. Form.
23　　　THE WITNESS: Well, the answer to that
24　is, the mesh inherently is what -- is not causing the
25　complication. There are other issues that cause the

Douglas Grier, M.D.

| Page 114 | Page 116 |
|---|---|

Page 114

1  complication. That is wound healing, maybe more patient
2  selection, having to do with surgical technique. But the
3  mesh inherently is safe.
4  Q  (By Mr. DeGreeff) So have you ever done an explant on a
5  woman due to mesh complications where you thought that
6  the mesh was causing those complications?
7  A  Well, if you're talking about exposure that -- with the
8  mesh being exposure by definition and their having
9  complications and they feel that exposure, then
10  indirectly the mesh is what needs to be addressed. But
11  it isn't like you put mesh in someone and it's -- and it
12  creates a problem. It's how you put it in and how well
13  they heal.
14  Q  So you believe that every time you've ever removed mesh
15  from a woman due to complications, that was either the
16  result of the body not handling mesh correctly or a -- or
17  whoever put it in doing it wrong?
18  A  Well, not necessarily wrong. Every surgery has adverse
19  outcomes, and I can't attribute a specific adverse event
20  to -- you don't always know the exact cause of it,
21  especially if it's somewhat nebulous like pain.
22  Q  Have you ever removed mesh due to mesh complications and
23  reported it as an adverse event to Ethicon?
24  A  Not to -- to the -- to the MAUDE databank.
25  Q  You've reported it as an adverse event to the MAUDE

Page 116

1  we would do courses, with all the other physicians in the
2  room, that this can happen and this is how I manage it,
3  in a generalized sense, not in a specific sense.
4  Q  And when you were teaching that to other physicians, did
5  you tell them, this is a problem that the mesh causes?
6  A  No.
7  Q  What did you tell them?
8  A  This is how you avoid these complications, but if you get
9  certain -- certain -- certain things can cause higher
10  incidence of mesh exposure, having to do with the
11  dissection and hydrodissection, the depth of your
12  incision, whether or not you develop a hematoma or an
13  seroma afterwards.
14     There are other different reasons. And then there's
15  the patient's body habitus and what their medical
16  condition is, whether they're taking steroids, whether
17  they've had radiation to the pelvis. There are all kinds
18  of reasons that can predispose you to having an adverse
19  event, outcome.
20  Q  This is all potential complications of surgery; correct?
21  A  Correct.
22  Q  Did you ever teach any of those physicians that mesh was
23  in some way unsafe?
24  A  No. Because I don't believe it is unsafe.
25  Q  Do you believe that all forms of mesh are safe?

| Page 115 | Page 117 |
|---|---|

Page 115

1  databank?
2  A  I have memory several years ago.
3  Q  Okay. And how many times have you reported adverse
4  events due to Ethicon mesh to the MAUDE database?
5  A  I can't recall. I mean, it's been a long time.
6  Q  More than one?
7  A  Probably more than one, yes.
8  Q  Under what circumstances did you report that as an
9  adverse event to the MAUDE database?
10  A  Well, I think it was early on, if you have a mesh
11  exposure.
12  Q  What about a mesh exposure makes it reportable?
13  A  Well, if you look at what's considered an adverse --
14  what's on the list of what could be an adverse event,
15  that's one of the possibilities of an adverse event.
16  It's a very kind of -- it's a difficult process, and the
17  reason I stopped doing it is because it just wasn't -- I
18  mean, it was a -- it took too much time to do.
19  Q  Okay. Have you ever -- have you ever reported any of
20  the -- let's go back.
21     Have you ever removed mesh from a woman due to mesh
22  complications and reported to Ethicon directly that you
23  believed it was an adverse event associated with the
24  mesh?
25  A  I'm -- not to Ethicon directly, but we'd discuss it when

Page 117

1  A  Boy, that's a --
2  Q  Transvaginal mesh?
3  A  Oh, I was going to say, I did two mesh repairs this
4  morning.
5  Q  Not hernia mesh. Do you believe that transvaginal -- all
6  the forms of transvaginal mesh are safe?
7  A  All forms. No. There -- I've seen products that I
8  thought were not safe.
9  Q  How about Ethicon products? Do you believe that all
10  Ethicon transvaginal mesh products are safe?
11  A  Yes, I do.
12  Q  Even those removed from the market?
13  A  Yes, I do.
14  Q  What kind of surgeries did you do this morning?
15  A  I did two herniorrhaphies, bladder tumor, and a urethral
16  dilation.
17  Q  Doctor, have you ever reported to Ethicon, in all the
18  years you were consulting for them, that you believed
19  there was anything about any of their transvaginal mesh
20  products that was unsafe?
21  A  No.
22  Q  Doctor, you were a -- Doctor, what medical journals do
23  you subscribe to regularly?
24  A  Journal of Urology, Urology Practice Journal. The rest I
25  get either online -- I mean, there's the AUANews.

30 (Pages 114 to 117)

## Douglas Grier, M.D.

|  | Page 118 |
|---|---|
| 1 | There's Urology Today. All of them have articles in |
| 2 | them. |
| 3 | Q  Are some of those online also? |
| 4 | A  Yeah. |
| 5 | Q  What's the last article on transvaginal mesh that you |
| 6 | read? |
| 7 | A  There were -- well, there were multiple articles that I |
| 8 | read at AUGS in October. |
| 9 | Q  And this is -- you're going to get us the AUGS pamphlet, |
| 10 | you said? |
| 11 | A  Sure. Sure, sure. I'll have to write that down to |
| 12 | remember. |
| 13 | Q  If I mark -- actually, will you just provide that to your |
| 14 | defense counsel, and he can provide it to us? |
| 15 | A  Sure. |
| 16 | Q  Thank you. |
| 17 |      Anything -- any other articles you've reviewed |
| 18 | recently, other than what you saw at AUGS? |
| 19 | A  Well, there have been multiple articles that have been |
| 20 | written that discuss mesh, mesh complications, where |
| 21 | we're at in terms of its utilization now that the |
| 22 | litigation has created all this public concern, and how |
| 23 | to -- so there were articles out there, how to manage |
| 24 | that, how to inform your patient in terms of consent. |
| 25 | Q  So you're talking about articles dealing with the fallout |

|  | Page 119 |
|---|---|
| 1 | from the fact that people are now becoming educated on |
| 2 | all the problems with transvaginal mesh? |
| 3 |      MR. KOOPMANN: Objection to form. |
| 4 |      THE WITNESS: Now, the word |
| 5 | "education," I would put an asterisk by, how there are |
| 6 | commercials on television that warn about the danger of |
| 7 | pelvic mesh and whether there's money there for you if |
| 8 | you just call 1-800 number. |
| 9 | Q  (By Mr. DeGreeff) Doctor, have you ever seen any ads on |
| 10 | TV by pharmaceutical or medical device companies? |
| 11 | A  You mean promoting their products? |
| 12 | Q  Yeah. |
| 13 | A  Yes. |
| 14 | Q  Who do you think makes more money off of commercials? |
| 15 |      MR. KOOPMANN: Objection. Form. |
| 16 | Calls for speculation. |
| 17 |      THE WITNESS: Who makes more money off |
| 18 | commercials? I think the attorneys do who have those, by |
| 19 | far, by a -- maybe a factor of 10 to the 5th. |
| 20 | Q  (By Mr. DeGreeff) Have you ever looked at what the |
| 21 | wealthiest companies in the world are? |
| 22 |      MR. KOOPMANN: Objection. Form. |
| 23 |      THE WITNESS: And does that imply that |
| 24 | they're nefarious? |
| 25 | Q  (By Mr. DeGreeff) My question was, do you know what the |

|  | Page 120 |
|---|---|
| 1 | wealthiest companies in the world are? |
| 2 | A  No, I don't. I don't. I don't follow Fortune 500. But |
| 3 | I don't know if medical device is up there. |
| 4 | Q  Doctor, haven't you gone on TV to promote Ethicon? |
| 5 | A  Once. |
| 6 | Q  Do you find it a little ironic that you're now |
| 7 | complaining about commercials? |
| 8 |      MR. KOOPMANN: Objection to form. |
| 9 |      THE WITNESS: No, not at all. It was |
| 10 | public health awareness. I was invited by the television |
| 11 | station to do it. |
| 12 | Q  (By Mr. DeGreeff) To promote Ethicon? |
| 13 | A  No, there was nothing said about Ethicon. It was all |
| 14 | about stress incontinence and what can be done about it. |
| 15 | Q  Doctor, let's look at your reports that we've marked as |
| 16 | Deposition Exhibit 14 and 15, I think. |
| 17 | A  Uh-huh. |
| 18 | Q  Let's start with 14. And I believe -- Exhibit 14, and |
| 19 | that's your TVT-O and TVT-R report; is that correct? |
| 20 | A  Yes. |
| 21 | Q  And, Doctor, does that contain all of your opinions about |
| 22 | those products that you plan to give in this litigation? |
| 23 | A  I think it does, yes. |
| 24 | Q  And your TVT-S report, which is marked as Exhibit 15, |
| 25 | does that contain all your opinions that you plan to give |

|  | Page 121 |
|---|---|
| 1 | in this litigation with regard to TVT-S? |
| 2 | A  Yes, it does. |
| 3 | Q  And in fairness to you, there may be case-specific stuff, |
| 4 | and if that's different -- correct? |
| 5 | A  Yes. |
| 6 | Q  Doctor, I have one question, if you'll look at Deposition |
| 7 | Exhibit 14, Page 2. Under your teaching and training |
| 8 | experience related to stress urinary incontinence, under |
| 9 | that section, Subsection C -- see where I'm at? |
| 10 | A  I think so. |
| 11 | Q  -- it says -- and correct me if I read this incorrectly, |
| 12 | but it says, "I served as a faculty member at the Ethicon |
| 13 | Endosurgical Institute and as a national preceptor for |
| 14 | Gynecare products conducting over 300 courses for |
| 15 | advanced surgical training of physicians." |
| 16 |      Did I read that correctly? I mean, I understand |
| 17 | that I stopped a little early. |
| 18 | A  Yes. |
| 19 | Q  My question is, what is -- and I -- this may be because |
| 20 | I'm new to med, but what do the courses for advanced |
| 21 | surgical training of physicians constitute? What is |
| 22 | that? |
| 23 | A  So everyone who takes the course is already an M.D. They |
| 24 | have already -- they're either, in this case, |
| 25 | gynecologists or urologists who do pelvic surgery, and |

31 (Pages 118 to 121)

Douglas Grier, M.D.

Page 122

1 the course would be a didactic lecture of several hours,
2 followed by a cadaver course where where we would go and do the
3 procedures on the cadavers.
4 Q So were all of those full-day courses?
5 A No. Of the 300, some of these are lectures, either
6 during the day or at night. We had what is called an
7 advanced users forum, where I would give a lecture on the
8 different devices and optimal surgical technique,
9 avoidance of complications.
10 But the ones that were cadaver courses usually
11 started about 7:00 a.m., and usually concluded by about
12 3:00 p.m. in the afternoon.
13 Q Do you have any idea how many of the 300 would have been
14 cadaver courses?
15 A I would put it about 100.
16 Q And would the -- and cadaver courses are a full day?
17 A Pretty much, yes. You could stay as long as you wanted.
18 Q And of the remaining 200, how many of those would be full
19 day versus half day versus --
20 A Oh, well, those would be either half day or it would be a
21 one- or two-hour lecture.
22 Q How many do you think would be half day?
23 A Oh, boy. The majority.
24 Q Of the 200?
25 A Uh-huh. Or less. You know, in other words, a two- or

Page 123

1 three-hour -- well, I don't know if you'd consider that a
2 half day. A lecture, discussion.
3 Q No, that's what I'm saying. So you said that -- so would
4 any of those 200 also be full days?
5 A No. Because I'm saying that the full days would be the
6 cadaver days.
7 Q The 100 full days.
8 A Yeah.
9 Q So the 200 would be half days?
10 A Or -- sure.
11 Q Okay. And would those 300 courses, were those done
12 pursuant to a consulting agreement or some other
13 agreement with the company?
14 A Just the consulting agreement.
15 Q Each of your reports that you've -- each of your general
16 reports that you've given in this litigation includes a
17 reliance list; correct?
18 A Yes.
19 (Exhibit No. 16 marked for
20 identification.)
21 Q (By Mr. DeGreeff) And, Doctor, I'm handing you what I've
22 marked as Deposition Exhibit 16, and that's a copy of
23 your reliance list; is that correct?
24 A Yes.
25 Q And, Doctor, I just want to make sure I'm not confused.

Page 124

1 Do all of your reports in the Wave 1 litigation have the
2 same reliance list? In other words, they're not
3 different for each report?
4 A No, I don't -- they're not different.
5 Q Okay.
6 A Because it's generalized because each of the case
7 specifics, they may have a combination, they may only
8 have a sling, they may have a Prolift, they may have a
9 Prosima, they may have a Secur, so --
10 Q That's fine. I'm just trying to make sure there's not
11 multiple reliance lists I should be looking at.
12 A No, this is the one.
13 Q And, Doctor, does that contain all of the -- all of the
14 articles and literature and documents you are relying on
15 in support of your opinions rendered on all of the
16 products involved in the Wave 1 litigation?
17 MR. KOOPMANN: Objection. Form.
18 THE WITNESS: Yes.
19 Q (By Mr. DeGreeff) And, Doctor, who prepared that
20 reliance list?
21 A The law firm prepared it.
22 Q Defense counsel?
23 A Yes.
24 Q And, Doctor, would that reliance list -- strike that.
25 Doctor, you're not doing any current research on

Page 125

1 polypropylene meshes, are you?
2 A No.
3 Q And you've never written in a peer-reviewed journal on
4 polypropylene mesh, have you?
5 A No.
6 Q Have you ever written anything on the Burch procedure?
7 A No.
8 Q Have you ever written on biologic tissues slings?
9 A No.
10 Q Can we agree you're not what's known as an academic
11 physician?
12 A That's correct.
13 Q You're not an expert in chemical engineering; correct?
14 A Correct.
15 Q You're not an expert in pathology?
16 A Correct.
17 Q You're not an expert in polymer chemistry?
18 A Correct.
19 Q You have no background in polymer chemistry?
20 A Correct. Although I have a degree in chemistry. Now, we
21 certainly use polymers.
22 Q Are you planning to give any opinions based on -- strike
23 that.
24 Do you consider yourself to be an expert for the
25 basis of giving opinions on polymer chemistry?

32 (Pages 122 to 125)

Douglas Grier, M.D.

| Page 126 | Page 128 |
|---|---|
| 1 A No. | 1 MR. KOOPMANN: Objection. Form. |
| 2 Q You've never done any bench research on polypropylene | 2 Q (By Mr. DeGreeff) Medical device warnings? |
| 3 mesh, have you? | 3 MR. KOOPMANN: Same objection. |
| 4 A No. | 4 THE WITNESS: No. |
| 5 Q You've never done lab research on polypropylene? | 5 Q (By Mr. DeGreeff) You're not a biomedical engineer, are |
| 6 A No. | 6 you? |
| 7 Q Have you ever done any kind of pathological analysis on | 7 A No, I'm not. |
| 8 explanted polypropylene mesh? | 8 Q And we've already talked about this, but you're not |
| 9 A Read multiple articles on it, but I have not done | 9 holding yourself out as an expert on the design of |
| 10 research on it. | 10 medical devices, are you? |
| 11 Q Have you ever actually done the -- done any analysis, | 11 MR. KOOPMANN: Objection to form. |
| 12 other than just reading the articles? | 12 Asked and answered many times. |
| 13 A Correct. | 13 THE WITNESS: I'm not an expert on it, |
| 14 Q You're not a biomaterials specialist, are you? | 14 although I have been using medical devices for my entire |
| 15 MR. KOOPMANN: Objection. Form. | 15 career. So I certainly can give opinions on their safety |
| 16 THE WITNESS: I'm not a biomaterials | 16 and efficacy. |
| 17 specialist. But I have a long legacy of using synthetic | 17 Q (By Mr. DeGreeff) Well, now, giving an opinion on |
| 18 materials in the body. | 18 whether you believe a device is safe and effective is |
| 19 Q (By Mr. DeGreeff) You're not holding yourself out as a | 19 different than being able to give an opinion on design; |
| 20 biomaterial expert in this case, are you? | 20 correct? |
| 21 A No. | 21 A Yes. |
| 22 Q You've never published opinions that polypropylene mesh | 22 Q Are you qualified to give -- you're not holding yourself |
| 23 doesn't degrade in the human body, have you? | 23 out as an expert on the area of design, are you? |
| 24 A I have not. | 24 MR. KOOPMANN: Objection to form. |
| 25 Q You've never published opinions that polypropylene does | 25 THE WITNESS: No. |

| Page 127 | Page 129 |
|---|---|
| 1 not create a foreign body reaction, have you? | 1 Q (By Mr. DeGreeff) I mean, you've never designed a |
| 2 A No. | 2 medical device; correct? |
| 3 Q Have you ever authored an article on SUI or incontinence | 3 A Correct. |
| 4 in general? | 4 Q Never been involved in the design of a medical device? |
| 5 MR. KOOPMANN: Object to the form. | 5 A I've been in -- I've been asked to give opinions on |
| 6 THE WITNESS: Well, yes. | 6 devices and -- during their development. |
| 7 Q (By Mr. DeGreeff) Which one would that be? | 7 Q You don't have any patents on medical devices? |
| 8 A That's the Tincello article that's in here, the TVT World | 8 A No. |
| 9 Registry. | 9 Q Doctor, do you know what employees from Ethicon were |
| 10 Q You believe that deals with SUI or incontinence | 10 involved in the design of the TVT? |
| 11 generally? | 11 A No. I thought Ulf Ulmsten was the one who designed the |
| 12 A Oh, well, it's for the treatment of stress incontinence. | 12 TVT. |
| 13 Q And that was the one that got cut off early? | 13 Q Do you know what Ethicon paid Ulf for the product? |
| 14 A That was the one that was completed at the one-year mark | 14 A No. |
| 15 and published. | 15 Q What is MedScan? |
| 16 Q Published in 2014? | 16 A I'm not sure. Is that a search engine for medical -- or |
| 17 A That's my memory. | 17 articles, scientific articles? |
| 18 Q After the TVT-S was taken off the market? | 18 Q I'm asking you, Doctor. Did Dr. Ulmsten design the mesh |
| 19 A I don't remember the chronology of which was which, but | 19 used in the TVT? |
| 20 yeah, that probably true. | 20 MR. KOOPMANN: Objection. Form. |
| 21 Q Doctor, what was the point of publishing the article | 21 THE WITNESS: My memory is that in the |
| 22 after the product was removed from the market? | 22 1990s -- and this is coming from his mouth -- he was |
| 23 A That's the point of science. It's to -- it's an ongoing | 23 experimenting with -- he came up, along with a |
| 24 investigation that -- that's a philosophical question. | 24 gynecologist from Australia by the name of Petros, of a |
| 25 Q Doctor, you're not an expert on warnings, are you? | 25 new and novel integral theory of continence, which was |

33 (Pages 126 to 129)

Douglas Grier, M.D.

---

Page 130

1 placed at the midurethra as a fulcrum point for
2 continence, and he came up with the idea of placing a
3 synthetic midurethral sling in that location.
4      And he used several different products that were
5 available at the time, including Gore-tex and Mersilene
6 and other polypropylenes, and fell upon the -- the
7 Ethicon polypropylene, which he then fashioned into the
8 slings and applied the trocars and was doing those
9 procedures.
10     And I think Ethicon then contacted him about it
11 since he ended up using their mesh, and they came to an
12 agreement that he would sell his concept to the company.
13 Q  (By Mr. DeGreeff) Okay. So this may be -- Dr. Ulmsten
14 did not design the mesh used in the TVT; correct?
15 A  No, he did not.
16 Q  He came up with the idea of cutting mesh into strips?
17 A  Yes.
18 Q  And that idea was ultimately purchased from him by
19 Ethicon; correct?
20 A  That's my memory of it, yes.
21 Q  Do you know how much they paid him?
22 A  No.
23 Q  Does that matter to you?
24 A  No.
25 Q  Why not?

---

Page 131

1 A  Because I consider it irrelevant.
2 Q  Do you consider it relevant that he was -- that him and
3 another guy paid by Ethicon were the authors of all of
4 the primary efficacy and safety studies on the product?
5      MR. KOOPMANN: Objection. Form.
6      THE WITNESS: Well, I think that
7 whenever you're coming up with a new device, a new
8 product, that's -- you team with industry to fund that
9 pursuit.
10 Q  (By Mr. DeGreeff) Is there a conflict of interest for
11 the company to pay a person they just paid millions of
12 dollars to purchase a product from to be the same person
13 who does the safety and efficacy studies on the product?
14     MR. KOOPMANN: Objection. Form.
15     THE WITNESS: Well, he's a physician
16 and I'm a physician, and all of us want to do no harm to
17 patients. We want to improve lives and minimize bad
18 outcomes.
19     And so, in my mind, who feels more responsible than
20 the person who's developing the product? So I feel that
21 if he is a responsible physician and researcher, that I
22 don't have a problem with that.
23     I think that is the industry standard, and there's
24 many, many, many medical devices that are -- that are FDA
25 approved, being used to this day, who there is someone

---

Page 132

1 who championed it, along with industry.
2 Q  (By Mr. DeGreeff) You believe it is the industry
3 standard to use the person who -- for a medical device
4 company to use the person they paid for the product as
5 the one to do the study on efficacy and safety?
6 A  Initially, I don't have a problem with it. Over time it
7 gets expanded where there are other users who also will
8 collect data. And in Scandinavia, they had a
9 Scandinavian group, both Finland and Sweden. I think
10 Norway also contributed to it. So there were multiple
11 different hospitals and practitioners who did the initial
12 studies for that product. It wasn't just Ulf Ulmsten.
13 Q  Would you want someone -- strike that.
14     All things equal, would you have wanted Ulmsten or
15 somebody objective who didn't invent the product and
16 wasn't paid millions of dollars for it to be the one
17 doing the initial safety and efficacy studies?
18     MR. KOOPMANN: Objection. Form.
19     THE WITNESS: I don't really have an
20 opinion on that.
21 Q  (By Mr. DeGreeff) It doesn't matter to you?
22 A  It depends on what stringent controls are used to do the
23 study. I'm not inherently suspicious of people, and I
24 think, when you're talking about medical devices, that
25 the vast majority of us want to be honest and

---

Page 133

1 responsible. And the last thing in the world we want to
2 do is create a product that's harmful.
3 Q  So it doesn't matter to you?
4      MR. KOOPMANN: Objection. Form.
5      THE WITNESS: It matters greatly. But
6 I'm saying, I trust that whoever is championing this will
7 be responsible. And look at the other side. Look at the
8 industry side. If they come up with a product that is
9 unsafe, they're going to have litigation against them.
10 So if you're talking about capitalism, there are checks
11 and balances in it.
12 Q  (By Mr. DeGreeff) You mean like the litigation that's
13 now being brought against Ethicon with regard to their
14 transvaginal mesh product?
15     MR. KOOPMANN: Objection. Form.
16     THE WITNESS: I could give you a dozen
17 cases. How about the silicone breast implants of a
18 generation ago, where the science that was claimed at the
19 time was refuted five years later after all the payouts.
20 Q  (By Mr. DeGreeff) Doctor, these are your words, not
21 mine. You're the one who said if they -- that there's
22 checks and balances, and that there would be litigation
23 against them if they made a device that was unsafe.
24 A  There's always the sort of Damocles over physicians and
25 product companies that develop devices in the medical

---

34 (Pages 130 to 133)

Douglas Grier, M.D.

| Page 134 | Page 136 |
|---|---|
| 1    field.<br>2  Q  Doctor, does Ethicon prohibit inventors from<br>3    participating in studies on the inventor's device as of<br>4    now?<br>5          MR. KOOPMANN: Objection. Form.<br>6          THE WITNESS: I have no idea.<br>7  Q  (By Mr. DeGreeff) Would that be something you'd want to<br>8    know?<br>9          MR. KOOPMANN: Objection. Form.<br>10         THE WITNESS: That -- can you restate<br>11    the question?<br>12  Q  (By Mr. DeGreeff) Does Ethicon currently prohibit<br>13    inventors from participating in studies on the device<br>14    they invented?<br>15  A  I don't -- I'm certainly not aware that they do that. I<br>16    wouldn't be in support of them doing that.<br>17  Q  You would not be in support of them doing that?<br>18  A  Correct.<br>19  Q  You think that they should allow the inventors to be the<br>20    ones who do it?<br>21  A  Oh, the inventors. Are you saying that you feel that<br>22    Ethicon should prevent the inventors from studying their<br>23    own invention? Is that what you're saying?<br>24  Q  No. I'm saying -- I'm asking you a question. Does<br>25    Ethicon currently prohibit inventors from participating | 1          THE WITNESS: Well, can you give me a<br>2    product or material that you want to apply it to?<br>3  Q  (By Mr. DeGreeff) Mesh. What should be in a failure<br>4    mode designs effect analysis for mesh?<br>5          MR. KOOPMANN: Objection. Form.<br>6          THE WITNESS: Well, one would be what<br>7    its tensile strength is, elongation overload. Those<br>8    would be the main ones.<br>9  Q  (By Mr. DeGreeff) Have you ever -- did you review the --<br>10    any of the FMEAs in this case?<br>11  A  I've seen some, yes.<br>12  Q  For transvaginal mesh?<br>13  A  Uh-huh.<br>14  Q  Which ones?<br>15  A  Oh, I think Guenther is one. Moalli has some. But<br>16    there's Dietz study from Australia that described the<br>17    bench loading and elongation.<br>18  Q  You're talking about articles and studies; correct?<br>19  A  Yes. But I -- as far as the -- you mean as far as<br>20    corporate documents in terms of what they did prior to<br>21    the product being released?<br>22  Q  Yes.<br>23  A  I would glance over them and not -- and not read them.<br>24  Q  All potential hazards should be in the failure modes<br>25    effects analysis for TVT; correct? |

| Page 135 | Page 137 |
|---|---|
| 1    in studies on the inventor's device?<br>2  A  Oh, again, I have no idea. How would I know that<br>3    information? I've not heard it.<br>4  Q  Do you think they should?<br>5  A  Should prevent? No.<br>6  Q  Do you know whether Ethicon has any policies in place<br>7    that prohibit inventors from participating in studies on<br>8    the inventor's device?<br>9  A  I'm not aware.<br>10  Q  Do you think they should?<br>11  A  It's -- I don't have an opinion.<br>12  Q  It doesn't matter to you?<br>13  A  No.<br>14  Q  Doctor, are you aware of how long it took the -- it took<br>15    Ethicon to get the TVT-O product to market?<br>16  A  I don't recall the timeline.<br>17  Q  Doctor, what is Provencia?<br>18  A  I don't know.<br>19  Q  Do you know what a failure modes and effect analysis is?<br>20  A  That sounds like an engineering design study to look at<br>21    physical properties of different products/materials.<br>22  Q  Have you ever been involved in one of those analyses?<br>23  A  No.<br>24  Q  What should be in a failure modes and effects analysis?<br>25          MR. KOOPMANN: Objection. Form. | 1          MR. KOOPMANN: Objection. Form.<br>2          THE WITNESS: Again, I don't know what<br>3    that means.<br>4  Q  (By Mr. DeGreeff) You don't know what a design failure<br>5    modes effect analysis is?<br>6  A  Well, I know -- I know what the term is, but when you're<br>7    saying -- there's a difference between in vivo and ex<br>8    vivo. If you're talking about bench testing products<br>9    that the stresses that are put on them are greater than<br>10    the physiologic stress in the body, I don't think those<br>11    are relevant.<br>12       I mean, it's fine to do the studies to get a sense<br>13    of what the burst strength is of mesh, but it's never<br>14    going to be seen after it's deployed.<br>15  Q  And you don't find those studies relevant, or those<br>16    relevant?<br>17  A  Well, it has a relevance, but it doesn't have a high<br>18    significance.<br>19  Q  You don't find them significant?<br>20  A  It has a significance. I can't -- I'm not going to give<br>21    you a degree of significance.<br>22  Q  You didn't rely on them in giving your opinions in this<br>23    case; fair?<br>24  A  Well, when I looked at them, I want to make sure that the<br>25    stressors of these meshes, after they're deployed in the |

35 (Pages 134 to 137)

## Douglas Grier, M.D.

| Page 138 | Page 140 |
|---|---|

**Page 138**

1  body, that they're not going to degrade at those -- at
2  those loads. In that regard they're relevant. When
3  you're talking about you're pushing out the load a long
4  way, which is not physiologic, that's not relevant.
5  Q  Okay. So I guess my -- I'm not sure that you ever
6  answered my question. As you sit here, do you remember
7  reviewing any of the design failure mode effects analysis
8  for the transvaginal -- the Ethicon transvaginal mesh
9  products in rendering your opinions?
10 A  I don't recall specific ones. If you put one in front of
11 me, I can tell you whether I've reviewed it.
12 Q  You told me a lot of the documents were in another
13 language. Did you ask for those to be translated?
14 A  No.
15 Q  As you sit here, you don't remember -- you can't remember
16 reviewing any specific design failure mode effects
17 analysis on -- regarding transvaginal mesh made by
18 Ethicon?
19 A  I can't recall a specific one, no.
20 Q  Did you review any internal documents discussing how long
21 it took Ethicon to get the TVT-O product to market?
22        MR. KOOPMANN: Objection. Form.
23 Asked and answered.
24        MR. DEGREEFF: It was?
25        MR. KOOPMANN: I think so.

**Page 139**

1        MR. DEGREEFF: No. I think I asked
2  how long it took to get them to market.
3        THE WITNESS: And I answered that I
4  don't know how long it took. I remember reading internal
5  documents about getting it to market, but again, I don't
6  consider it relevant.
7  Q  (By Mr. DeGreeff) It doesn't matter to you if the -- how
8  long or how fast they got it to market?
9  A  Well, I know, before it got to market, there was at least
10 a one-year study, looking at the results, safety and
11 efficacy.
12 Q  So you think there was a one-year study, looking at the
13 results, safety and -- looking at the safety and efficacy
14 of TVT-O before it made it to market?
15 A  Oh, I know there was one. I recall one. And then within
16 a few months of it being introduced in the U.S., they had
17 three-year -- three-year data.
18 Q  Doctor, have you ever published any of the opinions
19 you're giving in this litigation in a peer-reviewed
20 journal?
21 A  No.
22 Q  Have you ever been involved in any clinical trials
23 comparing midurethral slings to any other pelvic surgery?
24 A  No, no. I'm not an academic urologist, so I don't have
25 the resources. And where I'm at, there's really no one

**Page 140**

1  in this region of the country that is active that I would
2  participate with.
3  Q  Have you ever been involved in a randomized controlled
4  trial involving transvaginal mesh treatment of stress
5  urinary incontinence or POP?
6  A  I'm trying to -- the one study I was in was not
7  randomized. I think that was prospective.
8  Q  So the answer's no?
9  A  No.
10 Q  And I know you've explanted a mesh product; correct?
11 A  Yes.
12 Q  Have you explanted TVT-Rs?
13 A  Not the entire TVT. Sections of it, yes.
14 Q  Why have you not explanted the entire TVT?
15 A  Didn't have a need to.
16 Q  So you would explant a portion of a TVT-R and then leave
17 the remainder in a woman's body?
18 A  Yes.
19 Q  So if a woman was coming to you for explant due to
20 complications, you would remove a portion of the mesh and
21 leave the remainder in the vagina.
22        MR. KOOPMANN: Objection. Form.
23        THE WITNESS: I would have a clinical
24 judgment as to what needs to be done. If there's
25 exposure, you just remove the part that's exposed. If

**Page 141**

1  there was a surgical misadventure and, say, the mesh was
2  placed through the wall of the bladder, then I would have
3  to go after all that area that was injured.
4        But there's no reason to chase all of it out of the
5  body because it's -- it's biologically inert where it is
6  and doesn't need to be removed.
7  Q  (By Mr. DeGreeff) Do you believe that the mesh used in
8  TVT-R is biologically inert?
9  A  I think the -- there's a local inflammatory effect
10 initially, which induces fibrosis, some scarring, some
11 collagen deposition, angiogenesis into the -- into the
12 monofilament, and then it settles down over time.
13 Q  So you believe that long-term the -- the transvaginal
14 mesh used in the TVT products is biologically inert?
15        MR. KOOPMANN: Objection. Form.
16        THE WITNESS: I don't know your
17 definition of inert, but I would use the word quiet. I
18 have patients who are out 15 years from slings that I
19 have done and I've examined them and they're asymptomatic
20 and they have great results, and they're not concerned
21 with the sling in their body. It's not bothering them.
22 Q  (By Mr. DeGreeff) Doctor, what's the definition of
23 inert?
24 A  Well, inert is nonactive.
25 Q  So your definition of inert is nonactive?

## Douglas Grier, M.D.

<table>
<tr><td>

**Page 142**

1  A  Yeah. That there's nothing going on.
2  Q  So you believe that long-term transvaginal mesh is
3     nonactive within a woman's body?
4  A  In the vast majority of cases, I would say yes.
5  Q  So when you remove mesh, you sometimes make the decision
6     to leave portions of the mesh in because you believe
7     long-term it's nonactive within a woman's body?
8  A  Well, the only reason to remove a portion of mesh is if
9     they are symptomatic in that area. So if one area
10    there's a trigger point and they have pain and they
11    haven't responded to conservative measures, you can
12    remove the sling in that location, but you could leave
13    the contralateral side alone if it's not bothering them.
14    In fact, if you leave the majority of the sling in place,
15    there's a good chance they'll remain continent.
16 Q  So, Doctor, you have done TVT-R removal surgeries,
17    correct, whether it was removing all of it or part of it?
18 A  Along with multiple other companies, yes.
19 Q  And you've done TVT-O removal surgeries, I'm assuming?
20 A  Just portions. Just, again, the exposed area.
21 Q  But you've done explant surgeries based on complications
22    caused by TVT-O; is that fair? Not caused -- strike
23    that. I know you probably aren't going to like that
24    word.
25       You've done remove- -- you've done explant surgeries

</td><td>

**Page 144**

1  Q  So in your entire time working with transvaginal mesh,
2     between TVT, TVT-O, and TVT-S, you believe you've only
3     done 15 to 16 removal surgeries?
4  A  I'm sure I've removed 35, 40 other products that are
5     either transobturator or retropubic slings.
6  Q  So you've only done 50 total removal surgeries in your
7     time working with transvaginal mesh?
8  A  Do you -- are you including POP repair, like Prolift or
9     elevate, Apogee, Perigee, the other products?
10 Q  Well, I was asking specifically about TVT, but sure, we
11    can talk about those too.
12 A  I mean, I don't keep numbers of it, but I've removed each
13    of those products in the past.
14 Q  That was going to be my question. Where's the tracking
15    data on TVT-Rs that were removed, on the number of
16    explants you've done?
17 A  What do you mean by "tracking data"?
18 Q  Is that something you keep track of in your office?
19 A  No, I don't keep track of the numbers.
20 Q  How long have you been doing removal surgeries? When did
21    you first start doing them?
22 A  Well, again, when you use the word "removal," I'll take
23    out a specific area that may be exposed, or if there's a
24    specific trigger point area of pain, I'll remove that
25    part.

</td></tr>
<tr><td>

**Page 143**

1     of TVT-Os due to complications; correct?
2        MR. KOOPMANN: Objection. Form.
3        THE WITNESS: I have removed sections
4     of TVT-Os for exposure. I can't remember any for any
5     other reason.
6  Q  (By Mr. DeGreeff) And is that something you track?
7  A  Oh, I -- well, I track all my patients. I see them -- I
8     try to see them on an annual basis, and if they don't
9     agree, I try to make it every other year.
10 Q  So do you have something in your office where you track
11    the reason for each removal and what product it is you're
12    removing?
13 A  Their medical records.
14 Q  Is that a list you would keep in your office somewhere?
15 A  It's one I could retrieve.
16 Q  So you have a list currently kept in your office of the
17    product you removed and with -- with the reason for
18    removal?
19 A  No, I don't have a list.
20 Q  And how many TVT-O removal surgeries have you done?
21 A  Well, partial TVT-O, I would say a half dozen maybe.
22 Q  What about TVT-R?
23 A  Same. About a half dozen.
24 Q  What about TVT-S?
25 A  Maybe three or four.

</td><td>

**Page 145**

1  Q  Are those included in the six, six, and three?
2  A  Yes. But I mean, the -- it's -- these numbers are not --
3     are not exact, by any means. I don't keep a log of them.
4  Q  Okay. How many days a week do you operate, Doctor?
5  A  Well, I don't know what you mean by operations. I do
6     operations on Wednesdays in the hospital. I do
7     operations on Tuesdays in my surgery center. And I do
8     procedures on Mondays, but they could be any day of the
9     week. I could do them night, weekend. So it varies on a
10    week-to-week basis.
11 Q  So you don't have certain designated surgery days or
12    times?
13 A  I do. Wednesdays for surgeries at the hospital, and
14    Tuesdays in my surgery center.
15 Q  Okay. And do you do them all day, or what's the --
16 A  Depends on how many. As little as two or as many as all
17    day.
18 Q  Okay.
19 A  Into the night.
20 Q  And we already talked about the fact that 50 percent of
21    your practice is with men; right?
22 A  Yes.
23 Q  What percentage of your practice is related to treatment
24    of stress urinary incontinence and POP?
25 A  Before the mesh litigation, it was at least 50 percent of

</td></tr>
</table>

Douglas Grier, M.D.

| Page 146 | Page 148 |
|---|---|
| 1     my entire practice was.  At that point I was probably | 1  Q  Doctor, Seattle's not a small town, is it? |
| 2     seeing one-third males and two-thirds females.  But | 2  A  Where I practice is relatively small. |
| 3     because of the shrinking volume of women who seek care | 3  Q  How -- |
| 4     for these problems, I do less and less each year. | 4  A  I'm in the suburb. |
| 5  Q  And what percentage of your practice is related to | 5  Q  How far is that from Seattle? |
| 6     treating TVM complications? | 6  A  About 15 miles north. |
| 7  A  Oh, less than 1 percent. | 7  Q  Do you think somebody could easily drive 15 miles -- |
| 8  Q  What percentage of your practice is related to the | 8  A  Oh, sure. |
| 9     surgical treatment of TVM complications? | 9  Q  -- to get the surgery done in Seattle? |
| 10  A  Oh, I'd say less than 1 percent at this point.  I don't | 10  A  Sure. |
| 11     see them that often. | 11  Q  What percentage of your practice is related to using |
| 12  Q  Doctor, do you do anything within your office to track | 12     transvaginal mesh to treat SUI and POP? |
| 13     what percentage of the women that you do implants in are | 13  A  At this point probably 10 percent. |
| 14     lost to follow-up? | 14  Q  What about in 2010? |
| 15  A  No. | 15  A  At that point probably 20 percent, 20 to 25 percent. |
| 16  Q  Do you know what the national average is? | 16  Q  So how does that line up with the -- with what you told |
| 17  A  No. | 17     me earlier with the percentage of your practice related |
| 18  Q  Do you know what the national average is on complications | 18     to treatment of SUI and POP?  You said it used to be |
| 19     related to following implant surgeries with TVM? | 19     50 percent. |
| 20  A  Oh, there's several papers that provide those numbers. | 20  A  50 percent of my -- not all patients who have |
| 21  Q  Certainly greater than 1 percent, isn't it? | 21     incontinence or who have pelvic prolapse need surgery. |
| 22  A  I think it's about 3 and a half percent. | 22     So the percentage that actually need surgery is going to |
| 23  Q  So you believe 3 and a half is the rate? | 23     be much lower than the actual number of patients that |
| 24  A  One recent paper I reviewed, that was the rate of | 24     you're seeing and treating. |
| 25     complications that required something to be done. | 25  Q  Okay. |

| Page 147 | Page 149 |
|---|---|
| 1  Q  Ever seen any others that's different? | 1  A  And ongoing follow-up of them. |
| 2  A  Oh, it's all -- it depends on what study and what cohort. | 2  Q  Fair enough.  So those -- so in 2010, 20 to 25 percent of |
| 3     If you happen to be a referral center, you're going to | 3     your practice was related to treatment of SUI and POP |
| 4     see a lot more because a lot of gynecologists aren't | 4     with transvaginal mesh? |
| 5     comfortable with doing repairs or revisions. | 5  A  Well, that's not the only thing I do.  I don't only use |
| 6  Q  And a lot of patients aren't comfortable going back to | 6     mesh. |
| 7     the person who put in an implant that gave them | 7  Q  Okay.  So of the 20 to 25 percent of your practice |
| 8     complications; fair? | 8     related to treatment of SUI and POP in 2010, what -- |
| 9  A  That's -- complications in general, for all of medicine, | 9     strike that. |
| 10     a lot of times patients have unrealistic expectations and | 10     What percentage of your practice in 2010 dealt with |
| 11     will go elsewhere when they don't have exactly the | 11     treatment of SUI and POP via transvaginal mesh? |
| 12     outcome that they want.  That's very common, not just in | 12  A  Well, for stress incontinence, if they needed surgery |
| 13     this. | 13     100 percent of them would get -- if they failed |
| 14  Q  Okay. | 14     biofeedback, Kegel exercises, and conservative measures, |
| 15  A  It's common with all complications. | 15     they would get a sling, which is synthetic. |
| 16  Q  So it's typical for anybody -- any surgeon to have a | 16     For pelvic organ prolapse, it's a little more |
| 17     significant loss to follow-up; is that fair? | 17     complicated because a lot of the surgery I would do would |
| 18  A  It really -- it depends on what community you're in.  If | 18     be with gynecologists, and they can do whatever they |
| 19     there are -- if you're in a smaller community and there's | 19     want.  They may do a native plication, they may use an |
| 20     less choices of where to go, a lot of times, if a patient | 20     augmented repair, and I would do the sling at the same |
| 21     has a complication and doesn't see you, they'll see one | 21     time -- at the same time of the surgery. |
| 22     of your colleagues, and they'll -- we can discuss it, | 22     So I couldn't give you a percent- -- probably |
| 23     they'll -- you'll find out about it.  There's many a time | 23     half -- half of the patients who had pelvic organ |
| 24     where I've called a physician to tell them that a patient | 24     prolapse, I would do a synthetic repair. |
| 25     of theirs came in and this was their concerns. | 25  Q  Okay.  So I guess -- |

## Douglas Grier, M.D.

Page 150

```
 1   A  Some would be native plication; some wouldn't need
 2      surgery at all.
 3   Q  So of the patients you treated for SUI and POP in 2010,
 4      what percentage of them did you treat with -- I mean,
 5      what percentage did you treat with transvaginal mesh?
 6   A  Well, the one -- those that went to surgery, I would say
 7      two-thirds.
 8   Q  So -- okay.  So two-thirds of the 20 to 25 percent?
 9   A  Uh-huh.
10   Q  So we're talking about what, 12 to 20 percent, somewhere
11      in there, that you -- that people -- of your total
12      practice, dealt with treating women with transvaginal
13      mesh for SUI or POP; is that fair?
14   A  I mean, it's such speculation.  I really don't feel
15      comfortable giving you numbers because it's not something
16      that I've ever focused on or tracked.
17   Q  Certainly it wasn't the majority of your practice; is
18      that fair?
19   A  Was not the majority?  Is that what you're saying?
20   Q  Okay.
21   A  Well, yeah.  Not the majority.
22   Q  And now it's only 10 percent; correct?
23   A  Correct.
24             MR. KOOPMANN:  Can we take another
25      break when you get to a good stopping point?
```

Page 151

```
 1             (Recess from 4:12 p.m. to
 2                4:35 p.m.)
 3             EXAMINATION (Continuing)
 4      BY MR. DEGREEFF:
 5   Q  All right, Doctor.  I just want to wrap up what we were
 6      talking about before we left, make sure I understand what
 7      you're saying.
 8         Is it fair to say that, at certain times during your
 9      practice, a quarter of your practice was related to
10      putting in or removing transvaginal mesh?
11   A  Well, I would say, if it's a quarter, 24 percent of it
12      was putting in, and less than 1 percent taking out.
13   Q  Okay.  Yeah, I'm not trying to imply the 25 percent was
14      an explant.  What I'm just trying to figure out, you
15      know, during your time as a physician, was there -- at
16      some point a quarter of your practice was related to
17      transvaginal mesh?
18   A  Well, you know, I -- the reason that's difficult for me
19      is that we have a kind of category of female urology,
20      which is female pelvic health.  And so that's voiding
21      dysfunction, that can be dyspareunia, that can be urge
22      incontinence, as well as stress incontinence.  It could
23      be recurrent urinary tract infections.
24         So for the female side that is involved in pelvic
25      organ prolapse and stress incontinence, I would say it
```

Page 152

```
 1      was 25 percent of my practice.
 2   Q  Okay.
 3   A  And -- so -- and the products I would use to -- for
 4      surgery would be -- would include mesh, and the majority
 5      of the cases that I did, I would use pelvic mesh.
 6   Q  So of that 25 percent, fair to say that 20 percent or so
 7      was related to transvaginal mesh or pelvic mesh?
 8   A  Yes.
 9   Q  In the transvaginal mesh removals you've done, the
10      numbers we talked about before, were those just the
11      Ethicon products?  And the numbers you talked about were
12      the six TVT-Rs, six TVT-Os, and three to four TVT-Ses.
13   A  Those are explants you're talking about, or revisions --
14   Q  Yes.
15   A  -- the ones you just . . .
16         No -- state the question again because you just
17      mixed --
18   Q  Well, I screwed that up because all TVT products are
19      Ethicon, so we don't even have to -- I don't even have to
20      ask that question.
21   A  But you were talking about revisions or explants.  That
22      really was the minority of those explants I did because I
23      was a -- kind of a regional referral for complications,
24      so it didn't matter what company's product was -- was the
25      complication.
```

Page 153

```
 1   Q  Okay.  With the TVT-R, TVT-O and TVT-S removals that
 2      you've done, whether it be part or the full, what were
 3      the indications for removals in those typically?
 4   A  Well, one would be urinary retention, and that would be
 5      an incision, not really a removal.  Two would be mesh
 6      exposure, where conservative measures were not enough for
 7      there to be wound healing and closure over the exposed
 8      area of mesh.
 9         And then the other would be -- usually would be
10      pain.  So if they had an area that was painful, that
11      would be the area that I would address after conservative
12      measures.
13   Q  Did you ever do removals as a result of erosions?
14   A  Well, I define erosions as into the urethra or bladder.
15      And I remember a couple that were sent to me, none of my
16      own, but I remember, I think, two cases where there was
17      urethral erosion, one where there was -- it wasn't -- it
18      really wasn't erosion as much as it was placed -- one of
19      the arms of an anterior approach was placed through the
20      wall of the bladder at the time of surgery and it wasn't
21      recognized for what it was.
22   Q  So have you done -- I think you -- that was a long way of
23      you saying yes, you've done removals related to erosions.
24   A  In two occasions I recall that, yes.
25   Q  And you've done some -- strike that.
```

Douglas Grier, M.D.

Page 154

1   A  What I was trying to do was define the difference between
2      exposure and erosion.
3   Q  Yeah, I know -- yeah, I'm familiar.  But you've also done
4      removals related to mesh exposure; correct?
5   A  Yes, yes.  The majority would be that.
6   Q  Have you ever had any of your patients with a TVT product
7      report chronic pain?
8   A  Yes.
9   Q  How often?
10   A  Not often at all.  I'm trying to even recall the last
11      one.
12   Q  What about -- have you ever had one of your patients with
13      a TVT report pain with sex?
14   A  Yes.
15   Q  How often?
16   A  Not often.  The last one I remember was two years ago for
17      TVT, and it was a patient from Oregon that was sent up.
18   Q  Have you ever seen one of your patients with transvaginal
19      mesh that's -- that has roped?
20   A  Yeah.  One of my patients?  Perhaps -- yeah, maybe one or
21      two.
22   Q  Have you ever seen one of your patients with transvaginal
23      mesh that's curled?
24   A  Well, you can't -- you kind of discover that if you're
25      going to do an explant and excise it, so there have been

Page 155

1      a couple that I've had who were sent to me who had -- had
2      curling and roping.
3   Q  Have you ever seen one of your patients with transvaginal
4      mesh that's frayed?
5   A  Frayed.  Frayed, no.  I'm not sure I understand what
6      frayed is.  That would be like torn.
7   Q  Like a sweater frays?
8   A  Yeah, no.  I've had -- I've examined patients who have
9      had mesh exposure and then -- where there was incomplete
10      excision of it, and so there would be edges that were
11      still exposed because of a previous partial revision.
12   Q  But you've never seen mesh that's frayed?
13   A  No.
14   Q  Have you ever seen one of your patients with transvaginal
15      mesh that has been deformed, become deformed?
16           MR. KOOPMANN:  Objection.  Form.
17           THE WITNESS:  I don't know how you
18      define deformed.  If it was placed improperly and wasn't
19      laid down flat at the time of the implant, if it was
20      doubled up or bunched, then you could call that deformed.
21   Q  (By Mr. DeGreeff)  Okay.  Well, Doctor, when a physician
22      properly follows the instructions for use of Ethicon --
23      for use by Ethicon, have you ever seen one of your
24      patients where mesh has deformed?
25   A  Not if it's properly placed.

Page 156

1   Q  Doctor, have you ever seen one of your patients with
2      transvaginal mesh that has folded?
3   A  Well, again, if it -- if it was initially folded, yes,
4      but if it -- but not -- it doesn't spontaneously fold.
5   Q  Okay.  It's your testimony that transvaginal mesh does
6      not spontaneously fold?
7   A  Yes.
8   Q  Is it your testimony that transvaginal mesh does not
9      spontaneously become deformed?
10   A  Yes.
11   Q  Doctor, have you ever had one of your patients in which
12      you put a TVT that's reported chronic pain?
13   A  I'm sure I must have.
14   Q  Is chronic pain something that can happen with
15      transvaginal mesh implants?
16   A  Yes.
17   Q  Ethicon implants?
18   A  Yes.
19   Q  TVT products?
20   A  Yes.  As well as other biologic and synthetic products.
21           MR. DEGREEFF:  I'll move to strike
22      that as nonresponsive, the portion on biologics and other
23      products.
24   Q  (By Mr. DeGreeff)  Have you ever seen one of your
25      patients with transvaginal mesh -- actually, let me go

Page 157

1      back.
2         Doctor, let's see if we can actually -- is chronic
3      pain something that can happen with the TVT products?
4      Yes or no?
5           MR. KOOPMANN:  Objection.  Form.
6           THE WITNESS:  It could happen with any
7      products, including TVT.  Chronic pain can happen with
8      any surgery, whether it's a biologic, a synthetic, or
9      native plication.
10   Q  (By Mr. DeGreeff)  Doctor, yes or no:  Is chronic pain
11      something that can happen with the TVT products?  And I
12      understand you want to get on your soapbox and get your
13      talking points in, but I just want an answer to my
14      question.
15           MR. KOOPMANN:  Objection.  Form.  He
16      provided an answer.
17           THE WITNESS:  I did answer it.
18   Q  (By Mr. DeGreeff)  Well, you're going to answer it again.
19      You're going to answer the question I'm asking.  Is
20      chronic pain something that can happen with TVT products?
21   A  Yes.
22           MR. KOOPMANN:  Objection.  Form.
23   Q  (By Mr. DeGreeff)  Doctor, have you ever seen
24      transvaginal mesh that has degraded?
25   A  I answered that earlier and said no.

40 (Pages 154 to 157)

Case 2:12-md-02327-... Document 2521-4 ... Filed 05/26/20 ... Page 49 of 161 ...

Case 2:12-md-02327-... Document 8914-1 Filed 10/17/19 Page 42 of 130 PageID #: 107970

Douglas Grier, M.D.

| Page 158 | Page 160 |
|---|---|

**Page 158**

1  Q  You've never seen transvaginal mesh that's degraded?
2  A  No.  I -- but I would like you to define degraded.
3  Q  What does degraded mean to you, Doctor?
4  A  It means disintegrating, falling apart.
5  Q  Okay.  And you've never seen transvaginal mesh that's
6     begun to degrade?
7  A  No.
8  Q  Can transvaginal mesh degrade within the body?
9  A  Polypropylene is very persistent.  I have not experienced
10    that.  I've not seen that in my experience.
11 Q  Do you believe it's possible that transvaginal mesh can
12    degrade within a woman's vagina?
13 A  No, I don't think it's possible.
14 Q  Have you ever seen transvaginal mesh that has contracted?
15 A  Yes.
16 Q  How many times?
17 A  Well, again, all mesh, when it's -- when it's laid in,
18    there will be about a 10 or 15 percent contracture, which
19    is the scar formation around it.  It's not the mesh
20    that's contracting.  It's the tissues that incorporate it
21    will retract and contract.  So it's not the mesh that's
22    contracting.  It's just the fibroblasts and the cells
23    that incorporate the mesh.
24 Q  So is it your testimony that transvaginal mesh, in and of
25    itself, cannot contract?

**Page 159**

1  A  Right.  It doesn't have a mechanism of contraction.
2     There's no muscles in it.  It doesn't -- there's nothing
3     about it that would cause it to change its conformation
4     on its own.
5  Q  Do you agree that transvaginal mesh roping increases the
6     risk of pain?
7  A  It can.
8           MR. KOOPMANN:  Object to form.
9  Q  (By Mr. DeGreeff)  Do you agree that transvaginal mesh
10    roping increases scar plate formation?
11 A  It can also.  Although I will say that I've examined
12    patients who have what I would presume to be a form of
13    roping who are nontender.
14 Q  Doctor, there's a 10 to 15 percent contraction rate with
15    TVT during the healing process; correct?
16 A  Well, not rate.  The -- it's been estimated that the mesh
17    will contract by the fibrosis and scarring by the body,
18    as it's incorporated.  That may -- it's not the mesh
19    that's contracting.  It's the tissues around it are
20    pulling it in.
21 Q  Doctor, do you know what I'm talking about when I use the
22    phrase "mesh contraction"?
23 A  No.
24 Q  Okay.
25 A  Not as you explain it.

**Page 160**

1  Q  So you believe that the 10 to 15 percent contraction rate
2     with TVT during the healing process is related to scar
3     tissue formation and not contraction of the mesh itself?
4  A  Yes.
5  Q  Doctor, if transvaginal mesh curls, do you agree that
6     that can increase the risk of pain?
7  A  It's potential.
8  Q  Do you agree that it can increase scar plate formation?
9  A  The potential's there also.
10 Q  What about -- you said you've never seen transvaginal
11    mesh fray, so what about transvaginal mesh that has
12    folded?  Do you agree that increases the risk of pain?
13 A  Not necessarily.  It just depends on whether there's
14    nerves in the vicinity that got folded in.
15 Q  Can it increase the risk of pain?
16 A  Potentially.  I don't -- I don't know how to quantify it.
17 Q  It's just a simple question.  Can it increase the risk of
18    pain?
19 A  Well, it's a hypothetical question.  I don't have any
20    studies or statistics that I can rely on that can give
21    you an opinion.
22 Q  Doctor, you understand that, as an expert witness, you
23    are subject to hypothetical questions; correct?
24 A  Hypothetical.  But what I rely on is level one evidence
25    that I read in the literature and my own personal

**Page 161**

1     experience, and I have not personally experienced what
2     you're saying, this hypothetical situation.
3  Q  What is level one evidence?
4  A  Level one evidence is where you have -- it's the highest
5     level of evidence, usually randomized control trials,
6     meta-analysis, multiple studies.
7  Q  You're relying on a lot of literature in your reliance
8     list and in all these binders in front of us that's not
9     level one evidence, aren't you?
10 A  It just adds to what your knowledge is of the subject.
11 Q  I thought you said you relied only on level one evidence?
12 A  Not only.  Certainly -- no one relies only on level one
13    evidence.  That's just the highest degree of reliability.
14    If you look at scientific literature over the last 20
15    years, we didn't use meta-analysis in systemic --
16    systematic reviews up until maybe the last decade.  They
17    weren't available.
18 Q  Doctor, are you a -- you treat women for stress urinary
19    incontinence and POP on a daily basis; correct?
20 A  Yes.
21 Q  And is it your testimony that you're not able to tell me
22    whether you believe that mesh that is folded can increase
23    the risk of pain in a woman?
24 A  What I'm telling you is, I have examined many women who
25    have what I presume to be some folding or roping who are

41 (Pages 158 to 161)

Douglas Grier, M.D.

| Page 162 | Page 164 |
|---|---|

**Page 162**

1  not symptomatic. They're not -- they don't have pain.
2  Q  Have you examined any that do have pain?
3  A  Yes.
4  Q  So it can obviously cause pain; correct?
5  MR. KOOPMANN: Objection to form.
6  Asked and answered.
7  THE WITNESS: The way I would answer
8  that is, I examined a patient last week who six months
9  ago I did a native plication. No synthetic whatsoever,
10  and she has pain. So you can get pain from any surgery.
11  MR. DEGREEFF: Move to strike as
12  nonresponsive.
13  THE WITNESS: It is very responsive.
14  Scientifically, that's very responsive.
15  Q  (By Mr. DeGreeff) Doctor, yes, no, or you can't
16  answer --
17  A  Okay. Then I can't answer your question.
18  Q  I've got to ask my question first, Doctor.
19  Yes, no, or you can't answer: Have you ever seen
20  one of your patients with transvaginal mesh that is
21  folded -- strike that.
22  Yes, no, or you can't answer: Folding of
23  transvaginal mesh can increase the risk of pain?
24  A  I can't answer.
25  Q  Yes, no, or you can't answer: Transvaginal mesh that is

**Page 163**

1  folded increases the risk of scar plate formation?
2  MR. KOOPMANN: Objection. Form.
3  THE WITNESS: I can't answer.
4  Q  (By Mr. DeGreeff) Doctor, does -- have you ever seen one
5  of your patients with transvaginal mesh that's wrinkled?
6  A  Well, I don't -- you have to define what wrinkled is.
7  Because, when you're examining the patient, you have
8  vaginal epithelium. So what is wrinkled?
9  Q  Doctor, do you iron your shirts sometimes?
10  A  Not for quite a few years.
11  Q  Well, does --
12  A  Do you realize the vagina is rugated? The vagina is
13  wrinkled normally. Do you know what rugation is?
14  Q  I don't spend as much time in the vagina as you do,
15  Doctor --
16  A  But you're asking me specific questions, and I'm trying
17  to answer, and you don't accept my answers, so what can I
18  do?
19  MR. DEGREEFF: Move to strike all of
20  that. There's no question pending.
21  Q  (By Mr. DeGreeff) Doctor, do you understand what
22  wrinkling of mesh means?
23  A  I think I do.
24  Q  What do you think it means?
25  A  Where it's not laid flat and it's maybe embrocated.

**Page 164**

1  Q  Okay. Using that definition, have you ever seen that
2  with one of your patients with transvaginal mesh?
3  A  No, I have not seen it. Because you're -- when you look
4  at the vagina, you're seeing vaginal epithelium. You're
5  not seeing the mesh. I can't tell what's on the other
6  side of the wall and how it's laying in.
7  Q  In your experience, can mesh contract and cause women
8  pain?
9  A  Scars contract and can cause pain. The mesh doesn't
10  contract. The scar that surrounds it can contract.
11  Q  And the scar exists because of the mesh; correct?
12  A  Well, the scar exists because of the incision that you
13  make to put the mesh in.
14  Q  So you're saying that a scar plate doesn't form around
15  the mesh?
16  A  Oh, that's -- that's different. There's incorporation,
17  which you can call a scar plate. But that doesn't
18  necessarily cause pain. You're asking me the potential
19  of it, and I don't -- I don't have an answer I can give
20  you that is scientifically based. I don't know any
21  papers that relate to the specifics of scar and pain and
22  the mesh.
23  Q  As you sit here, you're not aware of any papers that
24  relate to pain associated with mesh and scar formation?
25  A  No. That relate to specific physical findings that

**Page 165**

1  determine -- that you can predict that there is pain.
2  Because, when you examine a patient, you can -- you can
3  feel induration, thickness of the vaginal epithelium, and
4  in some patients they have no symptoms and some may have
5  some symptoms. So I can't -- I can't infer to you that
6  every time there's scar formation or scar plate
7  formation, that it will be painful.
8  Q  Well, then, you're not listening to my question. My
9  question isn't does it happen every time. My question
10  is, in your experience, can mesh contract and cause pain
11  for women?
12  MR. KOOPMANN: Objection. Form.
13  THE WITNESS: Again, I don't dis-- I
14  disagree that mesh contracts, so I have to answer no.
15  Q  (By Mr. DeGreeff) Scar plate formation is a -- is a
16  known risk associated with TVT; correct?
17  MR. KOOPMANN: Objection. Form.
18  THE WITNESS: I wouldn't say --
19  Q  (By Mr. DeGreeff) Hold on, hold on.
20  MR. DEGREEFF: What's wrong with the
21  form?
22  MR. KOOPMANN: I'm not sure what you
23  mean by scar plate formation.
24  MR. DEGREEFF: Okay. Well, that's not
25  a problem with the question. That's a problem with you.

42 (Pages 162 to 165)

Douglas Grier, M.D.

| Page 166 | Page 168 |
|---|---|
| 1  MR. KOOPMANN: Well, I think it's | 1  and move on. |
| 2  vague. | 2  Q  (By Mr. DeGreeff)  Doctor, are you ready? |
| 3  MR. DEGREEFF: Okay.  Well -- | 3  A  Yes. |
| 4  THE WITNESS:  Would you define scar | 4  Q  Scar plate formation is a known risk -- scar plate, as |
| 5  plate formation. | 5  you've defined it, is a known risk associated with TVT; |
| 6  Q  (By Mr. DeGreeff)  Doctor, do you know what a scar plate | 6  correct? |
| 7  is? | 7  A  I have difficulty answering the question because I don't |
| 8  A  Yes. | 8  know of it as a known complication.  It's not that |
| 9  Q  What is it? | 9  specific.  I can't answer your question specifically. |
| 10  A  Well, it's where you have deposition of cells on both | 10  Q  Okay.  Doctor, you're -- let's get it in the right form |
| 11  sides of an implanted foreign body, mesh, and there's an | 11  for the Court. |
| 12  incorporation, and it forms a layer around the synthetic. | 12  Yes, no, or you can't answer -- |
| 13  Q  Okay.  Using your -- | 13  A  I can't answer. |
| 14  MR. KOOPMANN: Counsel, I don't | 14  Q  I have to ask first, Doctor.  Stop -- we can't talk over |
| 15  appreciate that last comment on the record.  "That's a | 15  each other.  Okay?  The court reporter's going to come |
| 16  problem with you"? | 16  unhinged. |
| 17  MR. DEGREEFF: Yeah.  Well, it is. | 17  So, Doctor, yes, no, or you can't answer:  Scar |
| 18  MR. KOOPMANN: I think your question | 18  plate formation is a known risk associated with TVT |
| 19  was vague, and I think you're being rude. | 19  formation [sic]? |
| 20  MR. DEGREEFF: Well -- | 20  A  I can't answer. |
| 21  MR. KOOPMANN: And if you're going to | 21  Q  Doctor, can we agree that -- do you know whether scar |
| 22  continue to be rude -- | 22  plate formation is a possible risk of TVT? |
| 23  MR. DEGREEFF: Barry, I'm sorry.  I'm | 23  A  It's possible, yes.  Is it probable?  I don't know. |
| 24  sorry. | 24  MR. DEGREEFF: Okay.  Move to strike |
| 25  MR. KOOPMANN: -- make comments about | 25  as nonresponsive.  Let's try that again. |

| Page 167 | Page 169 |
|---|---|
| 1  me because I objected to the form of your question, then | 1  Q  (By Mr. DeGreeff)  Doctor, do you know whether scar plate |
| 2  maybe we'll terminate the deposition because -- | 2  formation is a possible risk of TVT? |
| 3  MR. DEGREEFF: I don't -- why don't | 3  MR. KOOPMANN: Objection.  Form. |
| 4  you try to terminate the deposition based on what's just | 4  THE WITNESS:  I don't know. |
| 5  happened and we'll get the judge on the phone.  Is that | 5  Q  (By Mr. DeGreeff)  Okay.  So that's a change to the |
| 6  what you want to do, Barry? | 6  answer you just gave; is that correct? |
| 7  MR. KOOPMANN: I think you should just | 7  A  My previous answer was apparently nonresponsive, so I |
| 8  not be rude. | 8  gave a different answer. |
| 9  MR. DEGREEFF: Do you want to get the | 9  Q  Well, Doctor, you don't change your answer because you |
| 10  judge on the phone? | 10  think it's nonresponsive.  You understand that; right? |
| 11  MR. KOOPMANN: I think I'd like to | 11  A  Well, I can't answer your question with scientific |
| 12  have the judge take a look at that last response you | 12  validity. |
| 13  made. | 13  Q  Okay. |
| 14  MR. DEGREEFF: Well, I'd like to have | 14  A  I don't know the answer. |
| 15  him take a look at your objection that has no basis.  So | 15  Q  Okay.  Doctor, what percentage of your patients |
| 16  if you want to get him on the phone, we can have him look | 16  experience full relief of their symptoms following |
| 17  at both of them.  Because that was a perfectly good | 17  removal of transvaginal mesh? |
| 18  question to which you objected. | 18  A  Well, I have a small cohort of patients.  I don't have a |
| 19  MR. KOOPMANN: As I'm entitled to do. | 19  percentage for you.  The majority do. |
| 20  MR. DEGREEFF: You're not entitled to | 20  Q  What constitutes the majority? |
| 21  object when there's no basis for an objection, Barry. | 21  A  At least two-thirds. |
| 22  MR. KOOPMANN: I stated my basis.  And | 22  Q  Doctor, you said, in your experience removing mesh, that |
| 23  you made a rude comment.  I'm just stating it for the | 23  you often don't remove all of the mesh; is that correct? |
| 24  record. | 24  A  Correct. |
| 25  MR. DEGREEFF: Well, let's be adults | 25  Q  Do you agree that surgeons are often unable to remove the |

43 (Pages 166 to 169)

Douglas Grier, M.D.

| Page 170 | Page 172 |
|---|---|
| 1   entirety of the mesh?<br>2  A Well, when you say "unable," or choose not to. I would<br>3   say they choose not to. But it would be very difficult<br>4   to remove 100 percent of it, depending on which mesh<br>5   you're talking about.<br>6  Q It's difficult to remove 100 percent of TVT mesh during a<br>7   removal surgery; is that fair?<br>8  A That is fair.<br>9  Q And oftentimes all of the mesh is not removed?<br>10  A Yes.<br>11  Q And in many of those cases, the mesh will remain forever;<br>12   is that fair?<br>13  A Yes.<br>14  Q And, Doctor, you're aware that, with the TVT-O product,<br>15   you can never safely remove all of the mesh from a woman<br>16   once it's implanted inside of her; correct?<br>17       MR. KOOPMANN: Object to the form.<br>18       THE WITNESS: Well, you used the word<br>19   "safely." It can be removed, and if you're careful in<br>20   removing it, it can be safely removed.<br>21  Q (By Mr. DeGreeff) So you believe that the TVT-O product<br>22   can be safely removed from women once it's implanted<br>23   inside of them?<br>24  A Yes.<br>25  Q Now, Doctor, TVT mesh will produce a chronic inflammatory | 1   have seen patients that had chronic pain, that have<br>2   TVT --<br>3  A Yes, a few patients --<br>4  Q -- TVT implants; correct?<br>5  A But if you're stating that this product would cause that,<br>6   then why wouldn't all my patients or the vast majority<br>7   have those symptoms? And I've not seen it.<br>8  Q Doctor, I'm not arguing with you. I was asking you an<br>9   answer to the question, whether you believe TVT will<br>10   produce chronic inflammatory response that will continue<br>11   as long as the mesh is in the body, and I believe your<br>12   answer was no?<br>13  A Correct.<br>14  Q Doctor, do you believe your -- do you perform your TVT-R<br>15   under local or general anesthesia?<br>16  A The majority under general anesthesia. I've performed<br>17   them under local.<br>18  Q Which is more common?<br>19  A Oh, general. But I give local anesthetic at the same<br>20   time I do the surgery.<br>21  Q Doctor, what antioxidants are added to the mesh?<br>22  A I'm not aware of any antioxidants that are added to the<br>23   mesh.<br>24  Q What is the pore size of the Prolene mesh in the TVT<br>25   product? |
| **Page 171** | **Page 173** |
| 1   response that will continue for as long as the mesh is in<br>2   the patient's body; correct?<br>3       MR. KOOPMANN: Objection. Form.<br>4       THE WITNESS: No.<br>5  Q (By Mr. DeGreeff) No. Okay. And is this -- is your<br>6   basis for the answer no what we talked about earlier,<br>7   that you believe it becomes clinically inert after some<br>8   period of time in the body?<br>9  A It becomes quiescent, yes.<br>10  Q You're going to have to define that word for me.<br>11  A Well, there's not an acute inflammatory or chronic<br>12   inflammatory reaction that is ongoing that's clinically<br>13   significant. There may be a macrophage or two that<br>14   happens to visit the area, but it doesn't cause an<br>15   ongoing inflammatory response that's clinically evident.<br>16  Q And you believe that response only occurs on the initial<br>17   implant?<br>18  A Well, the -- there is an acute inflammatory response, and<br>19   that's where the mesh gets incorporated by the body.<br>20   That's part of the healing process of inflammation. If I<br>21   agreed to what you said, then I would be seeing patients<br>22   that I did sling implants 15 years ago who would be<br>23   chronically inflamed and acutely tender, who would be<br>24   having complications now, which I'm not seeing.<br>25  Q Have you seen -- I believe you testified earlier that you | 1  A I think it's something like 1379 microns per meter.<br>2  Q Have you ever -- have you heard that pores in mesh<br>3   collapse?<br>4  A No. I don't know how -- what you mean by that.<br>5  Q You've never heard that term?<br>6  A No.<br>7  Q Have you ever heard that pores in transvaginal mesh<br>8   increase the risk for erosion?<br>9  A No.<br>10  Q Have you ever heard that pores in mesh increase the risk<br>11   of bridging fibrosis?<br>12  A You realize a pore is a negative space. It's air.<br>13   Correct?<br>14  Q I do.<br>15  A So the answer is no. I don't think air causes what<br>16   you're saying.<br>17  Q Doctor, do you know if the pores in -- well, never mind.<br>18   Doctor, do you agree that, if pores are not large<br>19   enough, there can be an increased risk of infection?<br>20  A Yes.<br>21  Q Do you agree, if pores are not large enough, it can<br>22   increase the risk of erosion?<br>23  A Well, if they're not large enough, it increases the risk<br>24   of what's called encapsulation, which can either cause<br>25   exposure or erosion. |

44 (Pages 170 to 173)

Douglas Grier, M.D.

Page 174

```
 1   Q  So if pores are not large enough, it increases the risk
 2      of exposure and erosion?
 3   A  Yes.
 4   Q  Do you agree that, if pores are not large enough, poor
 5      tissue integration can cause a tape rejection?
 6              MR. KOOPMANN:  Objection.  Form.
 7              THE WITNESS:  There is evidence of
 8      that in the form of a product called ObTape, which had
 9      very -- very small porosity, and it was multifilament,
10      and that's exactly what happened with it.
11   Q  (By Mr. DeGreeff)  Do you agree that you can get an
12      infection in small pore mesh that causes extrusion?
13   A  It's certainly possible.  I'd like to have to define what is
14      small pore, though, because none of the products that
15      we're discussing today are small pore.
16   Q  How do you define small pore?
17   A  Well, if your porosity is smaller than 50 microns, the
18      size of a macrophage, you're certainly small pore.
19   Q  What is the weight of the mesh used in the TVT products?
20   A  I think it's about 100 grams per meter square, something
21      to that effect.
22   Q  Why does Ethicon call Prolene mesh old construction mesh?
23   A  I've never heard them call it that.
24   Q  You've never heard that term?
25   A  No.
```

Page 175

```
 1   Q  What purpose was Prolene mesh developed for originally?
 2   A  Well, originally, it was used as hernia repair.
 3   Q  And --
 4   A  Abdominal wall repair.
 5   Q  And did you have that knowledge before you started using
 6      polypropylene mesh for trans- -- or for vaginal repair,
 7      SUI, POP?
 8   A  I used it -- I used hernia mesh ten years before I used
 9      any of the pelvic organ prolapse or stress urinary
10      incontinence mesh.
11   Q  And was your knowledge regarding Prolene use in hernia
12      repairs relevant to your original decision to use it for
13      pelvic floor repair?
14   A  Well, it's relevant, but it's not 100 percent
15      translatable.  I don't use the same mesh -- the two
16      hernias I did today, I don't use the same mesh I would
17      put in the vagina.
18   Q  Okay.
19   A  It has lower porosity and heavier weight.
20   Q  So hernia mesh has lower porosity and heavier weight than
21      the mesh used in TVT products?
22   A  Yes.
23   Q  When was the mesh used in TVT products originally
24      developed?
25   A  I don't know the exact date, but it would be around
```

Page 176

```
 1      mid-'90s.
 2   Q  Do you know whether --
 3   A  It might have been early to mid-'90s.
 4   Q  Why do you use lighter-weight mesh in the vagina versus
 5      hernia repair?
 6   A  Well, I think the forces in abdominal wall hernia repair,
 7      one, are males who may be more strenuous in their
 8      activities.  It's a more forgiving area of the body.
 9      It's a clean area of the body, not clean contaminated
10      like the vagina is.
11         So I'm not as worried about the porosity because I
12      have been doing hernia mesh repairs for close to 30 years
13      and never have had an infection.  So I'm not concerned
14      about small pores that prevent macrophages from getting
15      to bacteria.
16   Q  Why is it significant that the vagina is what's known as
17      a clean contaminated area of the body with regard -- I
18      mean, in relation to transvaginal mesh?
19   A  Well, because there's going to be more bacteria involved
20      in the placement of the mesh, and as a result, you have
21      more concern about infection.
22   Q  Why do you use larger pore size mesh in hernia -- I mean
23      in the vagina versus hernia repair?  Why is that
24      important?
25   A  Well, again, the abdominal wall is not a supple organ
```

Page 177

```
 1      that on occasion accepts penises, and so you really don't
 2      need to worry about -- you want something that's kind of
 3      strong and resilient in the abdominal wall, but you want
 4      something that's more supple and more biologically
 5      compatible with the vagina because its -- its use is
 6      childbearing prior to mesh, and then after that, it's for
 7      intimacy.  So you want something that's as natural as
 8      possible.  The pore size also is how you prevent getting
 9      infections of the implant.
10   Q  Any other reasons why you'd rather use the -- any other
11      reasons?
12   A  For large pore or --
13   Q  Yeah, for the pores.
14   A  The other is, you want a little more elasticity in the
15      vagina than you would in the abdominal wall.  So the
16      abdominal wall hernia tends to be less -- less
17      elastic, stretchable.
18   Q  So in the vagina, you want -- less stiff mesh is better;
19      correct?
20              MR. KOOPMANN:  Objection.  Form.
21              THE WITNESS:  Well, that is true.  But
22      there's a point of diminishing return.
23   Q  (By Mr. DeGreeff)  And you want the -- you want it to be
24      less stiff because you want it to actually mimic the
25      movement of the vaginal tissue; correct?
```

45 (Pages 174 to 177)

Douglas Grier, M.D.

| Page 178 | Page 180 |
|---|---|

**Page 178**

1  A  Yes. And the industry has been working for the last 15,
2     20 years on developing lighter and lighter weight meshes
3     so that that would be the case.
4  Q  Why is it important for mesh to be -- is it important for
5     mesh to be less stiff in relation to preventing
6     complications?
7  A  Well, I guess it's a matter of extreme. If something is
8     very stiff and heavy weight, it's not as ideal as it
9     would be if it's less stiff and lighter weight. But
10    again, it's a matter of developing a product and seeing
11    how well it's incorporated and what the physical findings
12    are after. It's a moving target, like any technology.
13 Q  Doctor, have you ever been employed by a medical device
14    company?
15 A  No.
16 Q  Have you acted as a medical device consultant for
17    pharmaceutical companies other than Ethicon and the other
18    one we've already talked about today?
19 A  That doesn't make any sense, your question. You said
20    medical device pharmaceutical companies. What do you
21    mean by that? It's one or the other, isn't it?
22 Q  Fair question.
23       Have you acted as a -- well, I said pharmaceutical
24    device, which is not correct.
25 A  Yeah, that's what I don't understand.

**Page 179**

1  Q  Have you acted as a consultant for medical device
2     companies other than Ethicon and the other one you talked
3     about earlier?
4  A  Well, I guess for one research track, it was called the
5     bion, I did an FDA trial with them. I don't know if
6     they -- I was considered a -- I don't know if I was
7     considered a consultant, just a researcher.
8  Q  Were you paid by them?
9  A  I was paid to do the study, yes.
10 Q  And what was the name of that company?
11 A  It was called Advanced Bionics.
12 Q  And what was the study related to, what kind of product?
13 A  It was a neuromodulating device that was implanted by the
14    pudendal nerve for urge incontinence.
15 Q  What about Auxilium? Have you ever been paid by them for
16    anything?
17 A  That's a pharmaceutical company.
18 Q  Okay.
19 A  And yes. To lecture on a -- a medicinal for Peyronie's
20    disease, a collagenase.
21 Q  How much did they pay?
22 A  Oh, I don't know. Whatever was kind of the standard
23    market rate. I did that probably for less than six
24    months.
25 Q  What was the standard market rate?

**Page 180**

1  A  Oh, boy. Something like $1,500 if it was an out-of-town
2     lecture, and I probably gave two.
3  Q  Okay. What about Watson Laboratories?
4  A  Not that I'm aware of. I think Watson might have bought
5     Auxilium or Auxilium -- I don't know the relationship
6     between the two.
7  Q  Okay.
8  A  But I don't recall anything for Watson.
9  Q  Any others?
10 A  Yes.
11 Q  Pharmaceutical or medical device?
12 A  Yes. Pfizer long ago, Lilly, Astellas.
13 Q  What was that third one?
14 A  Astellas.
15 Q  How do you spell that?
16 A  A-s-t-e-l-l-a-s.
17 Q  Any others?
18 A  I don't recall any others.
19 Q  How long did you -- and then how long did you work for
20    Auxilium? Is that the one we talked about is six months?
21 A  I want to say less than a year, about two and a half,
22    three years ago.
23 Q  What about Pfizer? How long did you work for them, do
24    consulting for them?
25 A  Oh, maybe 15 years ago, and a short period of time. I

**Page 181**

1     can't remember. Maybe a year or two or three. Back in
2     the late '90s, something like that.
3  Q  What product was that on?
4  A  That was Viagra.
5  Q  Okay.
6  A  Lectures on Viagra.
7  Q  And what about Lilly? When did you do work for them?
8  A  Lilly was two products. One was Cialis, and then the
9     other is Axiron, a testosterone supplement.
10 Q  Uh-huh. And Axiron you must have done fairly recently?
11 A  The last one was -- got to be two years ago.
12 Q  Okay. And did you start working for them when Axiron was
13    first released?
14 A  Yes.
15 Q  So it would have been 2011 until a couple years ago? Is
16    that what you said?
17 A  That sounds right.
18 Q  Okay. So probably two or three years?
19 A  That would be about right.
20 Q  And what were they paying you?
21 A  Oh, the same ballpark. I can't -- I would say, if I were
22    going out of town, $1,500. If it were a short lecture
23    in -- locally, maybe $500.
24 Q  Do you know how much total they paid you over the two to
25    three years?

46 (Pages 178 to 181)

Douglas Grier, M.D.

| Page 182 | Page 184 |
|---|---|
| 1   A  No. But you could look it up. | 1   medical records on the patients for at least five years. |
| 2   Q  Okay. Online -- are you talking about on the public | 2   So it's probably seven years ago, maybe eight years ago. |
| 3     domain? | 3   Q  How long did you work for them? |
| 4   A  Exactly. | 4   A  For the length of the study, which was two years. |
| 5   Q  Yeah. What about Pfizer? Do you know how much they paid | 5   Q  Do you know what you got paid for that study? |
| 6     you? | 6   A  That was an investigational study, went into the |
| 7   A  Oh, God no. Not much. | 7     practice. I have no idea. Not much. |
| 8   Q  What did you do for Astellas? | 8   Q  Have you also done work for GlaxoSmithKline? |
| 9   A  Astellas is two different medications. Lectured to | 9   A  I have, yes. Yes. |
| 10   physicians about the indications and the use and the side | 10   Q  What did you do for them? |
| 11   effects of the medications. | 11   A  Lectured on Levitra. |
| 12   Q  What are the medications for? | 12   Q  And -- so that was relatively recently, I'm assuming? |
| 13   A  One is -- they're both overactive bladder medications. | 13   A  Not for -- well, it could have been 2013, '14. |
| 14   Q  And when were you working for them? | 14   Q  In 2009, did they pay you roughly $20,000 for speaking |
| 15   A  Oh, up until recently. Astellas, I gave lectures for | 15   engagements? |
| 16   last week. | 16   A  Well, probably. |
| 17   Q  And where was that lecture? | 17   Q  And 2011, did they pay you roughly 8500 bucks for |
| 18   A  In Portland. | 18   speaking engagements? |
| 19   Q  And where at in Portland? | 19   A  Okay. |
| 20   A  Well, it was -- one was Hood River Family Practice, and | 20   Q  Did Eli Lilly in 2011 pay you roughly $53,000? |
| 21   the other was a dinner lecture downtown Portland. | 21   A  That -- most likely. That was a big year because they |
| 22   Q  Where did you go for dinner? | 22   had release of both Axiron and Cialis 5 milligram daily, |
| 23   A  It's called Yama. Yama Sushi. | 23   so they had two -- two different products. |
| 24   Q  Sushi? | 24   Q  And that was just what they paid you for speaking. Did |
| 25   A  Uh-huh. | 25   they also pay about $10,000 for your travel? |

| Page 183 | Page 185 |
|---|---|
| 1   Q  And Astellas pay for that? | 1   A  Well, they reimbursed travel. I don't know what the |
| 2   A  Yes. | 2   amount is, but -- |
| 3   Q  Did they pay you for your time? | 3   Q  Well, if they're reimbursing you, they're paying for your |
| 4   A  Yes. Well, they didn't yet. I haven't put in my | 4   travel; right? |
| 5   invoice, but -- | 5   A  Right. |
| 6   Q  How much will they be paying you? | 6   Q  And did GlaxoSmithKline in 2010 pay you roughly $23,000 |
| 7   A  I think 2,000 for both of them combined. | 7   for speaking? |
| 8   Q  And how long have you been working for Astellas? | 8   A  Well, if it says it there, yes. |
| 9   A  Well, if you could go back to when Myrbetriq was | 9   Q  Did Eli Lilly in 2012 pay you roughly $52,000 for |
| 10   introduced, which I would say would be three to four | 10   speaking engagements? |
| 11   years ago. | 11   A  Again, yes. |
| 12   Q  Somewhere around three to four years? | 12   Q  And is this -- this is all above and beyond what you were |
| 13   A  That's my memory. | 13   being paid by Ethicon, obviously? |
| 14   Q  Do you know what they've paid you over those three to | 14   A  Yes. |
| 15   four years? | 15   Q  And you said you were no longer working for Ethicon in |
| 16   A  No. But you could look it up. | 16   2014? |
| 17   Q  Do you have a ballpark? | 17   A  I don't recall -- I keep trying to think of the last |
| 18   A  No. | 18   cadaver lab I did was somewhere around '13 or '14. |
| 19   Q  What about Advanced Bionics? How long have you been | 19   Q  In 2014, did Ethicon, for consulting fees, pay you -- |
| 20   working for them? | 20   this says at least $5,000. Is that correct? |
| 21   A  They don't exist. They were acquired by Boston | 21   A  I just remember one -- one -- that would probably be |
| 22   Scientific. | 22   right because that would include airfare. It was a |
| 23   Q  Okay. | 23   cadaver lab in San Diego. |
| 24   A  And -- so that was back in -- darn. Well, I know the -- | 24   Q  They also paid some -- your travel and lodging? |
| 25   it's over five years ago because I have to keep the | 25   A  Yes. |

47 (Pages 182 to 185)

Douglas Grier, M.D.

| Page 186 | Page 188 |
|---|---|
| 1   Q   And you said it was in San Diego? | 1   per day. And then they paid for room and travel. |
| 2   A   That's my memory. | 2   Q   In 1998, would your per day have been 3,000 like it was |
| 3   Q   How long were you there? | 3    in 2002? |
| 4   A   For -- came in on a Friday, left on a Saturday night. | 4   A   No, no. It was more like, I don't know, 1,500 or less. |
| 5   Q   Where did you stay? | 5   Q   Okay. In 1998, would you -- well, between 1998 and 2002, |
| 6   A   I know the -- it was at the University of California San | 6    when you were working for Ethicon on the urology product, |
| 7    Diego, and it was a hotel about a mile away. It might | 7    do you know how much they paid you in total? |
| 8    have been a Marriott. I don't know. | 8   A   No. |
| 9   Q   Did you go out and have a nice dinner? | 9   Q   Any idea? |
| 10   A   No. I -- my memory is that I didn't because I got in | 10   A   I really don't have an idea. |
| 11    late. | 11   Q   I think -- so are you still a paid consultant for Ethicon |
| 12   Q   Were there Ethicon employees with you at the cadaver lab? | 12    today? |
| 13   A   There were several there, yes. | 13   A   I haven't signed a contract in the last two years, so I |
| 14   Q   And Ethicon paid for your travel? | 14    would say no. |
| 15   A   Yes. | 15   Q   But you've been receiving payment as an expert for the |
| 16   Q   And they paid you to do the cadaver lab? | 16    last two years from Ethicon? |
| 17   A   Yes. | 17   A   No, not from Ethicon. |
| 18   Q   And was that at your $3,500 a day | 18   Q   You haven't been an expert -- a litigation expert for |
| 19   A   Yes. | 19    Ethicon since 2014? |
| 20   Q   -- rate? | 20   A   Well, I look at it as Johnson & Johnson, the parent |
| 21    Any other pharmaceutical or medical device companies | 21    company. That's who -- that's who the checks come from. |
| 22    you've worked for that we haven't talked about? | 22   Q   Okay. Who's -- |
| 23   A   I don't recall. | 23   A   I mean, I don't have any contact with Ethicon whatsoever. |
| 24   Q   And prior to 2010, 2011, which was the cutoff for what we | 24    I couldn't tell you one name of anyone who's employed by |
| 25    just looked at, do you have any idea how much you were | 25    Ethicon. |

| Page 187 | Page 189 |
|---|---|
| 1   paid by the pharmaceutical and medical device companies, | 1   Q   Doctor, are you -- |
| 2   other than Ethicon, that we just talked about? | 2   A   I haven't made any contacts with anyone from Ethicon. |
| 3   A   Well, no. I mean, it's -- it varied by the year and it | 3   Q   Do you know who the defendants are in this litigation, |
| 4   varied by the company because what would -- usually you | 4    Doctor? |
| 5   have a new medication that becomes available, and the | 5   A   Well, Ethicon is the defendant. |
| 6   companies want to get the information out to different | 6   Q   And you're offering your opinions on behalf of Ethicon; |
| 7   physicians. | 7    correct? |
| 8    And so they employ all around the country | 8   A   Yes. |
| 9   consultants and lecturers who do a lecture on the | 9   Q   And Ethicon is a part of Johnson & Johnson; correct? |
| 10   indications, the risks, the adverse reactions that the | 10   A   Yes, yes. But when you say -- I used to have a |
| 11   medications can cause, so then what they're after is to | 11    relationship with Ethicon, but it was -- it was Gynecare, |
| 12   try to get physicians to be comfortable with the | 12    which was a -- is a -- one of the companies within |
| 13   medication and know where -- who are the proper patients | 13    Ethicon. |
| 14   for it and how to safely use it. So I have been | 14   Q   Okay. So you're being paid by Johnson & Johnson on |
| 15   available to these companies for that. | 15    behalf of Ethicon as a litigation expert; correct? |
| 16    MR. KOOPMANN: I just want to note an | 16   A   Yes. |
| 17   objection on the form of the last question. | 17   Q   And -- what is a preceptor? What do they do? |
| 18   Q   (By Mr. DeGreeff) When you first became a paid | 18   A   A preceptor is -- you asked -- I think you asked me that |
| 19   consultant for Ethicon in 1998, what was your -- how was | 19    about three hours ago. A preceptor is a clinician who |
| 20   your pay structure set up? | 20    instructs other physicians on -- it could be anything. |
| 21   A   Well, I would sign a contract -- my memory is, I would | 21    It could be -- we preceptor in the OR for someone who |
| 22   sign a contract. It would have a rate on it per day or | 22    wants to learn a new technique, or someone who's |
| 23   per half day perhaps. Sometimes it was -- you know, for | 23    identified by the surgical committee and then credentials |
| 24   evening lectures would be a rate. If it was somewhere | 24    committee who may need some retraining or some quality |
| 25   out of town that involved a lab, then it would be a rate | 25    improvement. So you have someone who precepts you. |

Douglas Grier, M.D.

| Page 190 | Page 192 |
|---|---|
| 1 Q And there are different levels of preceptors within<br>2  Ethicon; is that correct?<br>3 A I think there are, yes. Well, there used to be.<br>4 Q So you started off as a local preceptor?<br>5 A Right.<br>6 Q And then you became a regional preceptor; is that<br>7  correct?<br>8 A Right.<br>9 Q And at some point were you what's known as a national<br>10  preceptor?<br>11 A Correct.<br>12 Q When did you become a national preceptor?<br>13 A I couldn't tell you what year it was.<br>14 Q It's my understanding you were a national preceptor<br>15  beginning in 2005. Does that sound correct?<br>16 A If you say so. I mean, it's not -- it's not something<br>17  that I track.<br>18 Q Yeah, I'm only basing it on your prior testimony.<br>19 A Uh-huh.<br>20 Q So does that sound fairly accurate?<br>21 A It probably is, yes.<br>22 Q When did you cease to be a national preceptor for<br>23  Ethicon?<br>24 A Well, I ceased to be with the last lab, which was in San<br>25  Diego. Was that 2014? | 1 Q And they paid for you to travel internationally; right?<br>2 A Yes.<br>3 Q They paid for you to travel to Asia; is that right?<br>4 A Yes.<br>5 Q How many times?<br>6 A Twice.<br>7 Q Where in Asia?<br>8 A Beijing, Fuzhou, and Bangkok.<br>9 Q So is that three, or were there two stops?<br>10 A There was two different -- two different trips. One was<br>11  just Beijing, and then the other one was Fuzhou, China,<br>12  and Bangkok.<br>13 Q When did you go to Beijing?<br>14 A Ooh. Something like 2010, 2011, would have been the<br>15  second one. There was two years in a row. That's<br>16  approximate.<br>17 Q Do you know how long your trip to Beijing was?<br>18 A Seventy-two hours.<br>19 Q And they also paid for you to go to Canada; is that<br>20  right?<br>21 A Yes.<br>22 Q How many times?<br>23 A That's a good question. Maybe four times.<br>24 Q Where in Canada?<br>25 A Toronto, at AUGS. Once to Calgary to teach a cadaver lab |

| Page 191 | Page 193 |
|---|---|
| 1 Q Correct.<br>2 A But I hadn't done a lab in the previous year that I'm<br>3  aware of, that I can recall.<br>4 Q And during those years, as you became a national<br>5  preceptor, your responsibilities to Ethicon increased;<br>6  correct?<br>7 A Not really. All that increased was, I would be invited<br>8  to more venues that were out of my area.<br>9 Q Okay. So you would have more --<br>10 A There's no increase in responsibility whatsoever.<br>11 Q You'd have more -- you'd have a -- you had an increased<br>12  in prolonged travel; is that fair?<br>13 A Yes.<br>14 Q And you would travel around the nation and<br>15  internationally?<br>16 A Yes.<br>17 Q Ethicon has paid for you to give lectures and do cadaver<br>18  labs in a number of states throughout the U.S.?<br>19 A Yes.<br>20 Q Do you think they've paid for you to go to every state?<br>21 A No.<br>22 Q More than 30?<br>23 A No.<br>24 Q How many, do you think?<br>25 A Maybe a dozen states. | 1  at the medical school in Calgary. And at the medical<br>2  school in Vancouver a couple times.<br>3 Q And they also sent you to Europe; is that correct?<br>4 A Only to train.<br>5 Q And which -- which --<br>6 A I learned the Prosima technique in England.<br>7 Q How many times did they send you to England?<br>8 A Once.<br>9 Q How long?<br>10 A Forty-eight hours.<br>11 Q Any other international trips that Ethicon paid for you<br>12  to go on?<br>13 A No.<br>14 Q And Ethicon paid for your travel to all of these places;<br>15  correct?<br>16 A Yes.<br>17 Q And they also paid you your time for being there?<br>18 A Yes.<br>19 Q And would this have been at your $3,500 a day rate?<br>20 A It varied on what year it was.<br>21 Q Well, as of 2010, your rate was $3,500 an hour [sic] for<br>22  a full day; correct?<br>23 A Yes. I don't recall what they paid me, though.<br>24      (Exhibit No. 17 marked for<br>25      identification.) |

49 (Pages 190 to 193)

Douglas Grier, M.D.

Page 194

1  Q (By Mr. DeGreeff) Doctor, I'm going to hand you what
2     I've marked as Deposition Exhibit 17.
3        Do you recognize that as your consulting agreement
4     with Ethicon for the year 2003?
5  A It says '02 on it. Oh, would that be for the upcoming
6     year?
7  Q Yes. I think if you look on the next -- I think if you
8     look on Page 3, it says January 1, 2003, to December 31,
9     2003. Paragraph 9.
10 A Okay.
11 Q In bold?
12 A Okay.
13 Q I'm asking you, is this your contract for -- is this your
14    consulting agreement for the year 2003?
15 A Yes.
16 Q And it's for a one-year term?
17 A Yes.
18 Q If you look at Paragraph 6 on Page 2, this is what
19    essentially boils down to a noncompete that you agreed to
20    with Ethicon with regard to not consulting for other
21    medical device companies or teaching the use of the
22    product that's employed in a retropubic sling for stress
23    urinary incontinence; is that correct?
24 A That's what it says, yes.
25 Q You weren't allowed to be a consultant for anybody else

Page 195

1     with regard to retropubic slings?
2  A Well, that is true. I was also not interested.
3  Q And why weren't you interested?
4  A Because each product is different and has some advantages
5     and some disadvantages, and I never felt as if I could be
6     genuine and present different products because it
7     would -- I would -- I'd feel conflicted.
8  Q Well, now, when you say "products," you're talking about
9     you didn't want to work for multiple transvaginal mesh
10    manufacturers; correct?
11 A Yes.
12 Q Because we know you were working for pharmaceutical
13    companies at that time?
14 A Pharmaceutical, yes. And there was no conflict there.
15    But -- and I've attended multiple lectures and cadaver
16    labs for the other companies: AMS, Bard, Coloplast. And
17    one of the things that I've found kind of annoying is,
18    some of the preceptors would denigrate the other
19    products, which -- I mean, I didn't agree with what
20    their -- their opinions were.
21 Q You were a fan of the Ethicon product, though; fair?
22 A Yes. I was comfortable with it, and didn't feel as if --
23    I just don't feel -- it's kind of an odd thing. It's
24    somewhat triable, but you don't -- I don't feel -- I
25    can't be in one room and say this is a great product and

Page 196

1     that's a bad product, and then go into the other room and
2     say the reverse. It just doesn't make any -- it doesn't
3     feel right.
4  Q But you've worked for the manufacturers of both Viagra
5     and Cialis?
6  A That's true.
7  Q Competing drugs; correct?
8  A That's true. Not simultaneously, though.
9  Q Okay. When you gave your presentations, you had to use
10    slides prepared by Ethicon?
11 A Yes. They went -- went through copyright review.
12 Q And they had to approve the materials that you were
13    presenting?
14 A That's right. So that it would be fair and balanced.
15 Q I guess my question was pretty simple. Yes or no or you
16    can't answer: Ethicon approved the materials you used
17    when giving your presentations?
18        MR. KOOPMANN: Objection. Form.
19        THE WITNESS: Yes.
20 Q (By Mr. DeGreeff) And pursuant to the contract, when you
21    were traveling, you had to book your travel reservations
22    through Johnson & Johnson's travel department; is that
23    right?
24 A Yes.
25 Q So like -- kind of like having your own free travel

Page 197

1     agent?
2  A Only for their -- their training sessions. Not for
3     anything personal.
4  Q Well, as much as they were flying you around, how did you
5     have time to travel independently?
6  A I'm not sure I understand what your question is. Is that
7     an editorial or is that a question?
8  Q That was a question.
9  A When I'm not working, I can travel. I don't think
10    anything restricts me from going on vacations with my
11    family. Is that what you're implying? That I'm so busy
12    I don't have time to take vacations and fly outside of
13    J&J travel?
14 Q No, not at all.
15 A Okay.
16 Q What I'm saying is that they flew you so many places, why
17    did you even need to travel outside of your J&J travel?
18 A Well, I guess the answer to that would be how enjoyable
19    was it for you to fly from where you flew to here and
20    work? Was that enjoyable travel to you? It gets old.
21 Q Well, Doctor, let's be honest. Showing up at a resort
22    and giving a 15-minute presentation at a box that was set
23    up by Ethicon is not exactly grueling, is it?
24 A I have never given a 15-minute presentation, and yes, it
25    is actually grueling.

50 (Pages 194 to 197)

Douglas Grier, M.D.

| Page 198 | Page 200 |
|---|---|
| 1 Q All right. Well, we'll get to the 15-minute presentation | 1 Q What is the difference between consulting activities and |
| 2 here in a little while. | 2 preceptorships? |
| 3 Doctor, on Page 3, it appears that you were being | 3 A Consulting activities don't involve surgery. |
| 4 paid -- when you were doing your preceptorships -- this | 4 Preceptorships normally involve surgery. |
| 5 is Paragraph 9. When you were doing your preceptorships, | 5 Q So consulting activities are essentially marketing |
| 6 you were being paid $1,500 for the first surgeon you | 6 activities? |
| 7 trained, plus $500 for each additional surgeon; is that | 7 A You could look at them as marketing activity, but what it |
| 8 correct? | 8 is, it's basically a lecture on the indications and |
| 9 A Yes. | 9 patient selection for the disease states of stress |
| 10 Q How many usually showed up? | 10 incontinence and pelvic organ prolapse, and then the use |
| 11 A One, two, maybe three at the most. | 11 of Ethicon's products for those indications. |
| 12 Q And what was your -- what was the average number of | 12 Q And -- |
| 13 people that showed up? | 13 A So marketing, I don't know -- what do you mean by |
| 14 A Two. | 14 marketing? |
| 15 Q And what is the purpose of paying you $500 additional for | 15 Q Well, you were talking about the use of Ethicon's |
| 16 each surgeon that shows up? | 16 products, and you're giving that presentation to other |
| 17 A So the way this would work is, they would fly surgeons in | 17 doctors who presumably may or may not use the product; |
| 18 either to my hospital venue or my surgery center, and I | 18 correct? |
| 19 would do the operation. So we would start out with an | 19 A Well, this is how they decide whether to use the product, |
| 20 hour didactic lecture before the surgery started, and | 20 or if they're already using it, how to perfect their |
| 21 then I would -- I would do the surgery, with them in | 21 outcomes. |
| 22 direct observation. | 22 Q And that's what marketing is, isn't it, Doctor, trying to |
| 23 And then afterwards, we would go over the techniques | 23 convince people to use a product they're not currently |
| 24 of the procedure and discuss the proper technique and | 24 using? |
| 25 avoidance of adverse outcomes. So it would usually take | 25 A I wouldn't use that term. |

| Page 199 | Page 201 |
|---|---|
| 1 four, five hours. It could take longer, depending on how | 1 Q Okay. Well -- |
| 2 many cases that I had scheduled at that one point in | 2 A I wouldn't use that term at all. |
| 3 time. It was a very common practice for how surgeons | 3 Q What term would you use? |
| 4 these days learn, outside of residency, new surgical | 4 A I would use this is education. |
| 5 techniques. | 5 Q Did they get any CME credit for it? |
| 6 Q So the majority of that was them watching you perform | 6 A No. They don't get CME credit because they're not paying |
| 7 surgeries that you were already going to perform? | 7 for the CME. The way the rules are structured, you have |
| 8 A Yes. | 8 to pay for your CME in order to get accreditation for it. |
| 9 Q And you were being paid for performing those surgeries? | 9 Q Well, they're not paying for it because Ethicon's paying |
| 10 A Yes. | 10 for their dinner; right? |
| 11 Q So in addition to that, you were also being paid by | 11 A That's right. |
| 12 Ethicon to let people watch? | 12 Q And Ethicon's paying for their travel? |
| 13 A Exactly. It's more than just watch. | 13 A That's right. |
| 14 Q And looking at the next paragraph, for consulting | 14 Q And Ethicon's paying for them to be there? |
| 15 activities, you were paid $3,000 for a full day or $1,500 | 15 A Yes. |
| 16 per half day; correct? | 16 Q And Ethicon's paying for you to give this presentation to |
| 17 A If I was out of town. | 17 them? |
| 18 Q Okay. So $3,000 for -- if you were out of town, per day, | 18 A And that's the industry standard. |
| 19 for a full day; right? | 19 Q And Ethicon's approving your materials? |
| 20 A Yes. | 20 A Ethicon is approving the materials because they don't |
| 21 Q And for events -- and for if you were away from the | 21 want people to go off-label and give bad advice or their |
| 22 hospital, $1,500 for a half day; right? | 22 own personal advice that hasn't been necessarily vetted. |
| 23 A Yes. | 23 Q And the materials you're putting up on the screen when |
| 24 Q Or $500 per hour for less than three hours? | 24 you're using a PowerPoint say "Ethicon" on them; right? |
| 25 A Yes. | 25 A I'm sure some of the slides do. |

51 (Pages 198 to 201)

Page 202

Q And that presentation is about how to use Ethicon transvaginal mesh products?
A Yes.
Q And you wouldn't call that marketing?
A No. I'd call it education.
Q Couldn't you educate them without using the name Ethicon?
MR. KOOPMANN: Objection. Form.
THE WITNESS: Well, I'm -- I'm not using the name Ethicon. I'm describing the disease states and the surgical techniques to treat.
Q (By Mr. DeGreeff) Do you tell the people that show up for those presentations that you didn't prepare the PowerPoint?
A Yes.
Q How do you do that? Is that the first thing you say? Do you walk up and say --
A Pretty much, yes.
Q -- ladies and gentlemen, this isn't my PowerPoint?
A Exactly. Because I say, because of FDA guidelines, I can't change these slides. I can't change the order of them. I can't add or delete any of the content because that's the AvMed guidelines.
Q You're telling me that you couldn't put together a PowerPoint on any one of those topics and give it to a group of people as a doctor who's licensed?

Page 203

A Not if I was doing consulting for Ethicon, no, I couldn't.
Q Yeah, the reason you couldn't do it is because you've signed an agreement saying that you won't do it?
A The reason that agreement is in here is so that the company does not violate the FDA guidelines.
Q Doctor, yes or no: Could you put together a presentation on your own and use those materials?
MR. KOOPMANN: Objection. Form.
THE WITNESS: I potentially could do that, but that would put me in an uncomfortable position.
Q (By Mr. DeGreeff) Doctor, looking at -- well, it would be a breach of contract; right?
A Well, not -- if -- you mean if I were still doing it for Ethicon?
Q Yes.
A Well, yes, it would be a breach of contract. But it would also be what's considered illegal.
Q Okay.
A As a -- according to the FDA.
Q It would be illegal for you to put together a -- you, as a practicing physician, to put together a presentation and give it to your peers?
A Yes. If I'm consulting for either a pharmaceutical or medical device company.

Page 204

Q Can you --
A And there's precedent for it in Philadelphia, where a neurologist was lecturing about off-label use of gabapentin, and he -- he was sanctioned and fined.
Q He was sanctioned for putting together a presentation about off-label use; correct?
A Yes.
Q Were you giving presentations on off-label use?
A No, I wasn't.
Q Well, then, that wouldn't apply, would it?
A Well, the company wants to be responsible to make sure there aren't any cowboys out there who may want to do that.
Q But this come --
A Because they're liable.
Q But this comes back to you agreeing to let them do the materials. You could do them on your own as long as you didn't discuss off-label use; right?
A No, I cannot -- are you saying -- I did not have editorial control of any of the slides. I could say anything I want, but the slide set, I can't touch.
Q But that's because of your contract with Ethicon; right?
A Yes. And that's because the lawyers at Ethicon wanted to stay aboveboard and do everything by the book. I looked at it as protecting me as well as protecting them.

Page 205

Q Doctor, next page. It looks like in 2003 you had a $75,000 cap on the amount of money they could -- they would pay you for that year; is that correct?
A That's on Page 3?
Q Page 4.
A 4. Yes.
Q And that never went lower during the years, did it?
A Well, I never focused on what that number was. I don't know. I mean, I did what I did, and whatever the number was, was the number.
Q Doctor, who's Marianne Kaminski?
A That was the -- I forget her title, but she was, I think, director of professional education for Gynecare.
Q Wasn't she in the marketing department?
A Oh, I don't -- I really don't know how their corporate structure worked.
Q Did you know Marianne?
A I met her a couple times. I haven't seen her in, I don't know, eight years, ten years.
(Exhibit No. 18 marked for identification.)
Q (By Mr. DeGreeff) Doctor, I'm going to hand you what I've marked as Deposition Exhibit No. 18. I believe that's your consulting agreement with Ethicon for the year 2004.

Douglas Grier, M.D.

| Page 206 | Page 208 |
|---|---|
| 1 Could you confirm whether that's correct or not for | 1 Up towards the top. |
| 2 me? | 2 A Oh, yeah. Oh, W- -- yes, WW Marketing. |
| 3 (Discussion off the record.) | 3 Q So your contract was with the marketing department? |
| 4 Q (By Mr. DeGreeff) All right. Doctor, let me give you | 4 A I guess so. |
| 5 one that I haven't highlighted. | 5 Q And who is Ethicon employee Lesley Fronio? I believe |
| 6 Is that your consulting agreement for 2004 with | 6 she's the VP of marketing. |
| 7 Ethicon? | 7 A Okay. |
| 8 A I presume it is. I didn't sign it. | 8 Q Do you know her as that? |
| 9 Q I'll represent to you that we asked for your consulting | 9 A I remember meeting her once. |
| 10 agreements. This is what was produced. | 10 Q And she was the one who signed the contract, your |
| 11 A Okay. | 11 agreement; correct? |
| 12 Q My question about this one is, I think it's essentially | 12 A Well, I don't see any signature by her on this. |
| 13 the same as the one we just discussed, other than, if you | 13 Q It's on there. |
| 14 look at Page 3, it looks like your cap went up to -- the | 14 A Okay. |
| 15 cap on what they're willing to pay for 2004 went up | 15 Q Look at -- let's see. If you look in the lower |
| 16 to 100,000 from 75,000. | 16 right-hand corner -- |
| 17 A Okay. | 17 A Yes, found it. |
| 18 Q Is that correct? | 18 Q And she signed that on behalf of the company? |
| 19 A Yes. | 19 A I guess so, yes. |
| 20 Q Why did it need to go up? | 20 Q As the VP of marketing? |
| 21 A I have no idea. Again, it's a number I never focused on. | 21 A Yes. |
| 22 Q Do you remember how much you were paid in 2003? | 22 Q And, Doctor, why did this contract date start on 10/11 of |
| 23 A No. But this is for 2004, isn't it? | 23 2010 instead of January of one of the years? |
| 24 Q Yeah. My question was about 2003. | 24 A I do not know. |
| 25 A Oh, no. I -- if you produced year by year, I could tell | 25 Q Were there times when, if you maxed out the cap under one |

| Page 207 | Page 209 |
|---|---|
| 1 you. I mean, if you -- you produced it once before, or | 1 of the contracts, then they gave you another contract? |
| 2 you -- in the Perry trial, it was produced. I just | 2 A That may have happened. |
| 3 remember seeing it. | 3 Q Were there times when that happened to you? |
| 4 (Exhibit Nos. 19-20 marked for | 4 A I'm -- I don't recall, but it could be true. |
| 5 identification.) | 5 Q Do you recall occasions when you maxed out the cap under |
| 6 Q (By Mr. DeGreeff) Okay. Doctor, I'm going to take this | 6 the contract? |
| 7 one out of order again. Handing you what I've marked as | 7 A I think one time. And that was the time that I was doing |
| 8 Deposition Exhibit 20, and that is a copy of a consulting | 8 the international travel because it involved more days so |
| 9 agreement that covers the time period from 10/11 of 2010 | 9 it cost them more. |
| 10 to 10/11 of 2011; is that correct? | 10 Q Have you ever testified to more than one time that that |
| 11 A Yes. | 11 happened? |
| 12 Q And who is Tom Affeld? | 12 A Oh, I don't recall. |
| 13 A I don't know what his title was. | 13 Q Do you remember what year it was when you maxed out the |
| 14 Q Is he someone that you know? | 14 cap? |
| 15 A I met him, yes. | 15 A Well, if you're saying it was this year, it would have |
| 16 Q How many times have you met him? | 16 been 2010. |
| 17 A He was the guy I traveled to China with. | 17 Q Yeah, I mean, I'm not saying it was that year because I |
| 18 Q And is he an Ethicon employee? | 18 think there's more than one staggered consulting |
| 19 A Yes, he is. I can't remember -- | 19 agreement. That's why I'm trying to figure out -- |
| 20 Q Any other Ethicon employees travel to China with you? | 20 A Oh, I have no idea. It's not something I would |
| 21 A There was one woman. I can't remember her name. | 21 concentrate on. The thing -- these would come by fax and |
| 22 Q And if you look down a little bit, the department name | 22 I'd read them over and sign them and send them back. |
| 23 there says, "Worldwide Marketing"; is that correct? | 23 Q You keep saying it's not something you would concentrate |
| 24 A Why am I missing that? | 24 on. Did it not matter to you what you were being paid? |
| 25 Q It's on the first page, where it says "Department Name." | 25 A I was gratified that they increased what I was being |

53 (Pages 206 to 209)

## Douglas Grier, M.D.

| Page 210 | Page 212 |
|---|---|
| 1    paid. I never asked to be paid more. I never set any of | 1  A  Yes. |
| 2    these rates. | 2  Q  And so one of the things is company sponsored speaker |
| 3  Q  Did you look at the contract to see what you were being | 3    programs, and you're paid $3,500 a day for that plus |
| 4    paid before you signed it? | 4    out-of-pocket expenses; right? |
| 5  A  Oh, I'm sure I did. | 5  A  Yes. |
| 6  Q  Look at -- will you look at Paragraph 13 of the contract | 6  Q  And what constitutes a company sponsored speaker program? |
| 7    for me. | 7  A  Well, again, that could be a dinner lecture. It could be |
| 8  A  Yes. | 8    a cadaver lab with didactic. Those are the two. |
| 9  Q  You weren't allowed to make any representation relating | 9        MR. JONES: What time do we have on |
| 10    to the company's products or clinical outcomes unless | 10    the record so far? |
| 11    those representations were reviewed by Ethicon first; | 11        THE COURT REPORTER: Four hours, |
| 12    correct? | 12    thirty-six minutes and six seconds. |
| 13  A  Yes. | 13  Q  (By Mr. DeGreeff) And then company sales and training |
| 14  Q  And Ethicon reserved the right to audit your results; | 14    presentations, that was something else you did for |
| 15    correct? | 15    Ethicon; correct? |
| 16  A  I don't know what you mean by "results." Every -- every | 16  A  Yes. |
| 17    lecture cadaver lab that I did, there would be an | 17  Q  And what does that mean, company sales training |
| 18    evaluation filled out by the participants, the physicians | 18    presentations? |
| 19    in the audience. And so they would -- the physicians in | 19  A  There were occasions when they would assemble their sales |
| 20    the audience would grade us, and one of the questions | 20    representatives, and they would -- even we would do |
| 21    was, do you feel that there was any undue bias in the | 21    cadaver labs to teach them how the device is implanted, |
| 22    presentation. So that was one of the questions. | 22    teach them anatomy, go over the indications and risks, |
| 23        Then what -- I really think you're barking up | 23    and how to perform the surgery so that they were fully |
| 24    the wrong tree because the company did not want anyone to | 24    engaged and understood the anatomy. |
| 25    oversell the product or to increase what the indications | 25  Q  And that was essentially you teaching and demonstrating |

| Page 211 | Page 213 |
|---|---|
| 1    are for it or overuse it. | 1    for sales reps; is that correct? |
| 2        They wanted it to be -- perform safe and reliably, | 2  A  Correct. |
| 3    and they wanted us to be honest, and never was I asked to | 3  Q  And those were all Ethicon sales reps? |
| 4    not say anything about the products that I didn't | 4  A  Correct. |
| 5    believe, nor not be honest about what my results were or | 5  Q  And, Doctor, who was your sales rep? |
| 6    what the literature was. | 6  A  Oh, it varied. I had a different one every two years. |
| 7        MR. DEGREEFF: Okay. I'll move to | 7  Q  Do you remember any of their names? |
| 8    strike as nonresponsive, since the question had nothing | 8  A  Oh, Chris Morales was one name. Oh, my. |
| 9    to do with that answer. | 9  Q  That's okay. |
| 10  Q  (By Mr. DeGreeff) My question is, Doctor, under the | 10        And, Doctor, you were paid $3,500 per day to go and |
| 11    contract, they reserved the right to audit all of your | 11    teach the sales representatives from Ethicon; correct? |
| 12    records relating to all of your consulting services? | 12  A  Yes. That would be a rare event, but yes, a couple times |
| 13  A  Yes, it's in the contract. | 13    I think I did that. |
| 14  Q  And again, you've -- you've got the same noncompete | 14  Q  And you also did product -- or participated in product |
| 15    essentially with regard to consulting services for | 15    review meetings on behalf of Ethicon; is that correct? |
| 16    others, similar device companies? | 16  A  Yes. |
| 17  A  Yes. And I consider that a blessing. | 17  Q  And you were paid $3,500 a day for that? |
| 18  Q  And, Doctor, if you'll look at the second to last page, | 18  A  I don't know if that actually ever happened. Usually it |
| 19    this is Exhibit A that sets out the services and fees for | 19    would happen along with, say, what's called the TVT |
| 20    your work; is that correct? | 20    Summit, where all the proctors and preceptors would meet |
| 21  A  Well, it -- does it go from 5 to 8, and then a B? | 21    in a location and for usually 48 hours we would go over |
| 22  Q  No. | 22    the -- what our experience was, whether we had any issues |
| 23        MR. KOOPMANN: You said second to the | 23    with the training or the products themselves, and then |
| 24    last page. | 24    occasionally they would ask if we would evaluate maybe a |
| 25  Q  (By Mr. DeGreeff) Oh, third to last page. Sorry. | 25    new product or a different idea. |

Douglas Grier, M.D.

Page 214

1  Q  Okay.
2  A  So they would pay us that separately.
3  Q  So I'm confused.  You were being paid $3,500 a day for
4     doing that?
5  A  Well, yes.  Well, what I'm saying is, I was already there
6     at the meeting, and so it would be a side-off.  I don't
7     ever remember an entire day -- well, maybe one day where
8     I did that, I remember going to Charlotte, North
9     Carolina.
10        And -- and it was a group -- a focus group on one of
11    the products -- I think it was Prosima -- and they were
12    just trying to get a sense from around the country, our
13    experience, whether we thought it was a good product or
14    not.
15 Q  And, Doctor, did you attend the TVT Summit every year,
16    the Ethicon TVT Summit?
17 A  Not every year, but most years.
18 Q  And that was -- did all the -- did all the consultants
19    for Ethicon attend the Ethicon TVT summit?
20 A  Well, I don't know what the percentage is.  A lot of them
21    did.
22 Q  And did a lot of the sales and marketing people for
23    Ethicon also attend?
24 A  Yes.
25 Q  Did you have any -- strike that.

Page 215

1        And then you also had the --
2               (Interruption in proceedings.)
3  Q  (By Mr. DeGreeff)  And then also under this contract, the
4     preceptorships and surgical training are still $3,500 a
5     day; is that correct?
6  A  Yes.
7  Q  And then also you -- it says that you're going to be
8     doing some advisory boards at $3,500 a day; is that
9     right?
10 A  That's what I was referring to, yes.  Although I don't
11    ever remember one being an entire day.
12 Q  So --
13 A  Actually, I remember one.
14 Q  So is that different than a product review meeting?
15 A  I don't even know what a product review meeting is.  I
16    think they had all kinds of categories for contingencies,
17    not that these actually happened.
18 Q  Okay.  And then product evaluations and written materials
19    and marketing reviews was also something you were going
20    to do for them?
21 A  Well, if asked, I guess, yes.
22 Q  And what does that mean?
23 A  Can you show me where it says that so I could read it
24    and --
25 Q  Sure.  It's just No. 6 on the Exhibit A that we were

Page 216

1     going through.  It's the second to last page.  This one
2     actually is the second to last page.
3  A  Well, I read it.  I've never done that.
4  Q  Okay.  Do you know what it is?
5  A  It sounds really marketing.
6  Q  Okay.
7  A  Which I don't have an expertise in.  So I'm not -- I just
8     don't have a . . .
9  Q  And then the next one, No. 7, says that you were going to
10    do some product/market research for them.
11        Is that -- did I read that correctly?
12 A  That's what it says, yes.  And again, I don't recall ever
13    having done anything like that.
14 Q  And that was $3,500 a day?
15 A  That's per eight hours, yes.
16 Q  And that was on the -- that was on Ethicon products?
17 A  Yes.
18 Q  And this contract, which was the continuation of another
19    contract, was for a $25,000 cap; correct?
20 A  Correct.
21            MR. KOOPMANN:  Did you mark a 19 yet?
22            MR. DEGREEFF:  I did mark a 19.  I
23    think this might be it.  It is.  I marked it out of
24    order.  Good thinking, Barry.
25 Q  (By Mr. DeGreeff)  Doctor, this is what I've marked

Page 217

1     Deposition Exhibit 19.
2        And is that another consulting agreement?
3  A  It appears to be.
4  Q  And the time period for that is 2/1 of 2011 through 1/31
5     of '12; is that correct?
6  A  Yes.
7  Q  And that overlaps the contract that we just discussed by
8     about eight months; is that right?
9  A  Okay.
10 Q  And like we talked about, that's because you exceeded the
11    cap on a prior contract; is that correct?
12            MR. KOOPMANN:  Objection to form.
13            THE WITNESS:  I'll accept your
14    interpretation.  I don't know.
15 Q  (By Mr. DeGreeff)  Can you think of another reason why
16    you'd have two contracts running simultaneously?
17 A  No.  I'll take your word for that.
18 Q  And your bills were to be sent to Suzie Chilcote at
19    Ethicon, Inc.
20        Do you know who that is?
21 A  I know the name.
22 Q  Is she in their marketing department?
23 A  I presume that she would be.  I never -- I kind of never
24    saw their organizational chart.
25 Q  Doctor, it's got the same -- I don't want to spend a lot

55 (Pages 214 to 217)

Douglas Grier, M.D.

| Page 218 | Page 220 |
|---|---|

**Page 218**

1  of time on it.  It's got the same general terms as the
2  one we just discussed; is that correct?
3         MR. KOOPMANN: Objection.  Form.
4         THE WITNESS:  Well, it says 59,500 is
5  the cap on this one.
6  Q (By Mr. DeGreeff)  And that's what I was -- that's what I
7  was getting to.  It's got the same general terms, with
8  the exception of Exhibit A; correct?
9         MR. KOOPMANN: Objection.  Form.
10         THE WITNESS:  Yes, I guess so.
11  Q (By Mr. DeGreeff)  I mean, you're welcome to -- if you
12  want to take the time to look at it, I think they're
13  pretty much the same contracts with --
14  A  Well, there's an addendum on the end in terms of
15  international travel.
16  Q  Yeah, and I'm -- okay.  To be fair, yeah, I --
17  A  And then this last one about wound management.  The last
18  page has specific --
19  Q  Okay.  Yeah.  Okay.  I see what I'm doing wrong here.
20  A  Yeah.
21  Q  The general body of the contract, of the consulting
22  agreement, prior to the exhibits and addendums, is
23  generally the same as what we just talked about; correct?
24  A  I think you're right.
25  Q  And then when we get to Exhibit A, that's the portion of

**Page 219**

1  this exhibit that relates to how and what you were being
2  paid and what services you were providing; fair?
3  A  Yes.
4  Q  And it looks like you were still being paid $3,500 an
5  hour for a full day for company sponsored speaking
6  events?
7  A  3500 a day, not per hour.
8  Q  What did I say?  I'm sorry?
9  A  That would be kind of lawyer's fees.
10  Q  I meant per day.
11  A  Maybe your experts.
12         MR. DEGREEFF: I'll move to strike as
13  nonresponsive.
14  Q (By Mr. DeGreeff)  So to my reading of this, it's $3,500
15  a day --
16  A  Yes.
17  Q  -- for company sponsored programs; correct?
18  A  Yes.
19  Q  And for preceptor surgical training, you were still being
20  paid $3,500 a day?
21  A  I don't think so.
22  Q  It's No. 4.
23  A  Yes.  I never recall that ever happening, though.
24  Q  You never did surgical training and got paid $3,500 for
25  it?

**Page 220**

1  A  Never did an entire day.  At the most it would have been
2  four hours.
3  Q  So as you sit here, you're saying that you never did a
4  preceptorship or surgical training where you were paid
5  $3,500 a day?
6         MR. KOOPMANN: Objection.  Form.
7         THE WITNESS:  Well, per day, but
8  I'm -- what I'm saying is, I don't recall any -- anytime
9  where it was an entire day.  Does that make sense to you?
10  Maybe four hours?  Because I don't remember ever having
11  an entire block of surgery for eight hours, where I was
12  paid $3,500.
13  Q (By Mr. DeGreeff)  Okay.
14  A  So it's -- it's prorated based on hours.
15  Q  Okay.  And if you'll look at the next page, it looks like
16  this one was capped at 59,500; is that correct?  This --
17  under this contract?
18  A  Yes.
19  Q  And this overlaps with the one we just talked about that
20  was 25,000?
21  A  Yes.
22  Q  Let's look at the --
23         (Exhibit No. 21 marked for
24             identification.)
25  Q (By Mr. DeGreeff)  I'm handing you another document,

**Page 221**

1  hopefully not marking the one I've written on.  I've
2  marked that as Deposition Exhibit 21; is that correct?  I
3  marked it as 21; right?
4  A  Yes.
5  Q  And, Doctor, is this a consulting agreement that you
6  entered into with Ethicon for the time period of
7  February 1st of 2012 through January 31st of 2013?
8  A  Yes.
9  Q  And this was on behalf of Jennifer Paradise.
10     Do you know who that is, with Ethicon?
11  A  The name is familiar.
12  Q  Do you know her personally?
13  A  I have met her before, yes.  I remember that was an
14  unusual last name.
15  Q  Where would you have met her?
16  A  At one of the events, one of the cadaver labs, I would
17  imagine.  Sometimes they would send people out from
18  corporate to observe the meetings.
19  Q  And, Doctor, who's John Parisi?  Do you know him?
20  A  No.  It's Paul Parisi.
21  Q  Paul Parisi.  I'm sorry.  You don't know him?
22  A  I do know him.
23  Q  And who is that?
24  A  Well, his role here at this time was -- I guess he was
25  the head of professional education, is my memory.  Before

Douglas Grier, M.D.

Page 222

1    that, he was -- oh, years before, I can't remember his --
2    his role, but I remember him from the early 2000s also.
3    Q  And, Doctor, I just want to look at Exhibit A with you.
4    A  Exhibit A.  Exhibit A, yes.
5    Q  It looks like this one is essentially the same in terms
6    of your payments, with the exception of the cap is
7    $35,000; is that correct?
8    A  Yes.
9    Q  The same $3,500 a day for full days?
10   A  Yes.
11   Q  And again, it shows that you're going to do some company
12   sales training presentations to the pharmaceutical reps?
13   A  If they asked, yes.
14   Q  And you did some of those in the past; correct?
15   A  I did.
16   Q  And we have not been produced some of the consulting
17   agreements that you entered into with Ethicon, obviously,
18   but fair to say that you had one or more consulting
19   agreements with Ethicon for every year from 1998 until
20   2014?
21   A  The early years, I don't recall.  I just don't recall.
22   But after about 2003, yes.
23   Q  And, Doctor, in two thousand -- this is a -- I've got in
24   my hand, and I've highlighted it, and I don't think I've
25   got copies of it, but I'll let you review it if you'd

Page 223

1    like to.  It's a consulting agreement that begins on
2    April 22nd of 2013 and goes through April 22nd of 2014.
3       Do you remember having a contract during that time
4    period?
5    A  That probably is the last contract.
6    Q  Okay.  And it looks like that the cap on that one is
7    45,000, and I'll be happy to show it to you.
8    A  Okay.
9    Q  Is that correct?
10   A  Yes.  Looking for my signature.  There is none.
11   Q  And, Doctor, all of these consulting agreements that you
12   entered into, those are something that you would have
13   received and reviewed before you signed them; is that
14   fair?
15   A  Yes.
16   Q  And those are -- are those something that you're familiar
17   with?
18   A  Yes.
19   Q  Do you have copies of any of your consulting agreements
20   with Ethicon anywhere?
21   A  After I stopped working with them, I threw them out.
22       MR. DEGREEFF:  And, Barry, a question
23   for you.  I think we requested those a couple of times.
24   I think somebody was trying to find them for us.
25       Do you have any idea of what the status of getting

Page 224

1    those other consulting agreements is?
2       MR. KOOPMANN:  I do not know the
3    status.
4    Q  (By Mr. DeGreeff)  Do you happen to know what your cap
5    dollar figure was for the consulting agreements that you
6    would have had in 2005 through 2009?
7    A  No.  I would imagine it would be commensurate with what
8    you saw there, maybe 75,000.
9    Q  And what about for the time period from 2013 to 2015?
10   A  You mean what the caps were?
11   Q  Yeah.
12   A  Well, you just showed me one that said 59,000; right?
13   Q  You make a good point.  I don't know why I have that on
14   there.
15      Do you have any idea how much you were paid in 2005
16   by Ethicon?
17   A  Not at all.
18   Q  2006?
19   A  None of the years.
20   Q  Okay.  You just don't remember at all how much you were
21   paid any year by Ethicon?
22   A  Correct.
23   Q  Sometimes you performed -- and we talked about this
24   earlier.  Sometimes you performed clinical studies for
25   Ethicon; correct?

Page 225

1    A  The ones we've discussed.
2    Q  And you entered into separate clinical study agreements
3    for those; right?
4    A  Yes.
5    Q  And you were -- those were payments that you received in
6    addition to the consulting agreements you had with
7    Ethicon and other pharmaceutical companies; correct?
8    A  Yes.
9                (Exhibit No. 22 marked for
10                 identification.)
11   Q  (By Mr. DeGreeff)  Doctor, I'm handing you what I've
12   marked as Deposition Exhibit 22.
13      Have I so marked that?  Doctor, I'm sorry.  Have I
14   marked that?
15   A  Oh, yes, you did.  22.
16   Q  And, Doctor, what is this?
17   A  This is a clinical study agreement back in 2001, I think.
18   Let me see for a fact.  December 24th of 2001.  And it
19   was to do an investigation on the retropubic TVT, using
20   the abdominal guides.
21   Q  And that's the one referenced on your CV?
22   A  Right.
23   Q  And that wasn't published?
24   A  No, not to my awareness, it wasn't published.
25   Q  It wasn't peer reviewed?

Page 226

1  A  No.
2  Q  And it's not about the safety of transvaginal mesh?
3  A  No.
4  Q  And, Doctor, if you'll look at Exhibit -- it references
5     in the first paragraph there that the protocol should be
6     attached as Exhibit A.
7        I don't see an Exhibit A. Do you?
8  A  No. Just a Schedule B.
9  Q  And this appears to be a fax sent from your office on
10    December 26th of 2001, bearing your signature; is that
11    correct?
12 A  Yes.
13 Q  And I don't see any missing pages from the fax, do you,
14    other than 1, which was the cover page?
15 A  I imagine that is true. Page 1, 2, 3, 4, and then
16    Page 5. Yes, it's all complete.
17 Q  And it goes to Page 6 with the -- I'm talking about the
18    fax lines at the top.
19 A  Oh.
20 Q  It goes from Page 2, Page 3, Page 4, Page 5, Page 6;
21    right?
22 A  Oh, I see what you're saying. Yes. Exactly.
23 Q  And Exhibit B that's attached was the schedule of your
24    fees for doing the study; correct?
25 A  Yes.

Page 227

1  Q  And they were going to pay you $3,000 for time and
2     attendance at a device training session?
3  A  Which I did attend in Allentown, Pennsylvania.
4  Q  And what was that $3,000 for? To initially learn the TVT
5     product?
6  A  The use of the abdominal guides on a cadaver.
7  Q  Okay. And then they were also going to pay you for case
8     forms and administration associated with the study;
9     correct?
10 A  It looks like, yes, $125 for each completed patient case
11    form.
12 Q  And then they were also going to pay you $35 for each
13    patient contact and case report form for long-term
14    follow-up at six months, one year, and two years
15    postoperative; right?
16 A  Yes.
17 Q  And why did they stop the follow-up at two years?
18 A  I don't know.
19 Q  Is two years long-term, in your mind?
20 A  No, it's not long-term. But this study was just --
21    to use the same product with a different approach.
22    Actually, the approach is the same. It's just a -- kind
23    of a device to gain confidence of urologists to use the
24    product and to see if this was something that could be
25    performed safely, and they asked for our feedback after

Page 228

1     completing several cases.
2  Q  Two years is not long-term; correct?
3  A  No.
4  Q  Okay. I think we're agreeing, but two years is not
5     long-term; correct? So I need you to say again --
6  A  Well --
7  Q  You said "no" before, which is --
8  A  So -- but two years at this time, in the year 2002, would
9     be relatively long-term since it was only introduced into
10    the country about three years prior. So there wasn't a
11    long track record of midurethral pubovaginal slings, so
12    people weren't thinking of short-, intermediate, or
13    long-term data because there was no long-term data.
14    There was no intermediate.
15 Q  Well, this is a study that's pulling together data. You
16    could have continued it five years, right, or they could
17    have?
18 A  Oh, they certainly could have, yes.
19 Q  And five years would have been long-term; right?
20 A  But this -- this is more -- this is not a study that
21    really, I think, was ever intended for peer-reviewed
22    publication. It was more of a feasibility study to see
23    whether or not this would be something comfortable in our
24    hands.
25 Q  Not a safety study?

Page 229

1  A  Well --
2  Q  Safety of the procedure perhaps?
3  A  Yes.
4  Q  Not safety of transvaginal mesh?
5  A  Right.
6  Q  Do you know how many patients were enrolled in the study?
7  A  No, I don't. I just know I reported on mine.
8  Q  Did you -- you know, it says the enrollment of a minimum
9     of five and maximum of fifteen patients by each
10    investigator, so does that refresh your memory at all as
11    to how many you would have had?
12 A  My memory was, I did the minimum of five.
13 Q  Is a month enough time to complete that study?
14 A  Well, at the time I was probably doing two to three
15    slings per week, so a month would be -- I'm -- I had a
16    potential of maybe ten slings in a month, so it certainly
17    would be feasible.
18 Q  Doctor, why did you fax back Schedule B, but not
19    schedule A that contained the protocol?
20 A  Oh, I have no idea. Oh, well, maybe because it didn't
21    have a signature page, and why would they need the
22    protocol back again? They already have a copy of it.
23    That would be my inference. I don't remember.
24 Q  Who wrote the protocol?
25 A  I don't know.

58 (Pages 226 to 229)

Douglas Grier, M.D.

| Page 230 | Page 232 |
|---|---|
| 1  Q  Would the protocol have been written by Ethicon? | 1  looked like roughly 3500 to 4,000? |
| 2  A  It could have been written by Ethicon, with a lot of | 2  A  Well, the study -- well, I guess if you include the |
| 3     input from Vince Lucente. | 3     cadaver lab, that was $3,000 to fly to the other side of |
| 4  Q  Who's Vince Lucente? | 4     the country, to take two days to do it.  And then if I |
| 5  A  He's a urogynecologist in Allentown, Pennsylvania. He | 5     did five cases, that's $650. |
| 6     was kind of the lead on this. | 6  Q  3600 bucks? |
| 7  Q  Doctor, I've got one more question on that exhibit.  If | 7  A  Yes. |
| 8     you look at Page 2, Paragraph C, in order to -- in order | 8        (Exhibit No. 23 marked for |
| 9     to publish the results of this study, you had to have | 9        identification.) |
| 10    Ethicon's approval; correct? | 10 Q  (By Mr. DeGreeff)  I'm marking Deposition Exhibit 23. |
| 11 A  Yes. | 11    Doctor, this is another clinical study agreement |
| 12 Q  And in fact, you had to agree to delete any information | 12    that you entered into with Ethicon; correct? |
| 13    that they directed you not be published; correct? | 13 A  Yes. |
| 14 A  Apparently, yes. | 14 Q  And what was this study about? |
| 15 Q  So Ethicon maintained control over what ultimately got | 15 A  This is a urodynamics device called the Monitorr that -- |
| 16    published from your clinical study? | 16    what's the year? |
| 17 A  Well, it says, "The parties agree to meet for the purpose | 17 Q  It says October 22nd of 2004 was when you entered into |
| 18    of making good faith efforts to discuss and resolve any | 18    the agreement. |
| 19    issues or disagreements." | 19 A  Okay. |
| 20 Q  Doctor, it also says, "The principal investigator agrees | 20 Q  It's on the front page. |
| 21    to delete any such information that the sponsor directs | 21 A  Yes. |
| 22    should not be published pursuant to this paragraph," | 22 Q  Is that correct? |
| 23    doesn't it? | 23 A  Yes. |
| 24        MR. KOOPMANN:  Objection.  Form. | 24 Q  And is this study referenced on your CV? |
| 25        THE WITNESS:  It does.  But I was not | 25 A  No. |

| Page 231 | Page 233 |
|---|---|
| 1     the principal investigator for this.  That was someone | 1  Q  Does this study have anything to do with transvaginal |
| 2     else.  Oh, actually, I am for this -- | 2     mesh? |
| 3  Q  (By Mr. DeGreeff)  You are -- | 3  A  No. |
| 4  A  -- for my site -- for my site, yes. | 4  Q  And this study was not published or peer reviewed, was |
| 5  Q  So Ethicon controlled whether things got published or | 5     it? |
| 6     not; right? | 6  A  No. |
| 7        MR. KOOPMANN:  Objection.  Form. | 7  Q  If you look at the protocol that's Exhibit A to this, why |
| 8        THE WITNESS:  It appears that that was | 8     do you think that's blank? |
| 9     the case.  I just remember presenting at a conference my | 9  A  I have no idea. |
| 10    results, my impressions. | 10 Q  Did you agree to do the study without seeing the protocol |
| 11 Q  (By Mr. DeGreeff)  Who prepared that presentation for | 11    first? |
| 12    you? | 12 A  I don't recall. |
| 13 A  Oh, I did.  It wasn't a slide set.  It was simply a | 13 Q  Would you want to see the protocol before you agreed to |
| 14    podium in front of a group of physicians. | 14    do a study? |
| 15 Q  Was that at an Ethicon event? | 15 A  Well, I remember what the study was trying to accomplish. |
| 16 A  Yes. | 16 Q  Okay.  I guess my question's a little different.  Would |
| 17 Q  Ethicon pay you to do it? | 17    you want to see the protocol before you decided to do a |
| 18 A  Not to present.  Just -- they paid my way there. | 18    study? |
| 19 Q  So Ethicon approved you doing that presentation? | 19 A  Well, surely.  I'm sure I did.  It's just not included in |
| 20 A  They did.  But I was completely unscripted, and no one | 20    this contract here. |
| 21    asked what I was going to say. | 21 Q  Well, it's -- |
| 22 Q  Doctor, that's different than publication of a study, | 22 A  Because otherwise, how would I -- |
| 23    isn't it?  You understand -- | 23 Q  It's included.  There's just nothing on it. |
| 24 A  It is completely different, right. | 24 A  How would I know what to do if I didn't have the |
| 25 Q  How much money were you paid in total for that study?  It | 25    protocol? |

Douglas Grier, M.D.

Page 234

1  Q  Well, I guess that's my question. I assume there was a
2     protocol at some point --
3  A  Yes.
4  Q  -- but did you know about it before you signed the
5     document?
6  A  I would assume that I did.
7  Q  And what is that assumption based on?
8  A  Well, because we discussed what we were trying to
9     accomplish, and if I'm not mistaken, it was my idea in
10    the first place to do the study.
11  Q  And this is something you went to Ethicon with and said,
12    hey, I want you to pay me to do this study?
13  A  I think that's true.
14  Q  Who would you have gone to about that?
15  A  Oh, boy. Whoever -- probably whoever was in charge of
16    this -- this device.
17  Q  Do you remember who that was?
18  A  No. Uh-uh.
19  Q  If you look at the --
20  A  Oh, I can see who signed it.
21  Q  Yeah, I was going to ask you. Who is that? The person's
22    name is Christina Farup, F-a-r-u-p, M.D., at Ethicon.
23    Do you know who that is?
24  A  No.
25  Q  Look at the last page, if you would. It appears you got

Page 235

1    $9,750 in time and expenses for doing the study; is that
2    right?
3  A  Yes. And I liked the -- this product. This is a
4    urodynamics device that determines -- the hope was, it
5    would determine tensioning on slings to see what would be
6    the appropriate tensioning based on the strength of the
7    urethra, and I liked it enough that I then bought the
8    equipment that I used in the study, which they did not
9    discount to me.
10  Q  Okay.
11  A  So I was paid $9,700, and I wrote a check for, I think,
12    $6,000 for the -- the Monitorr.
13  Q  That was your choice; right, Doctor?
14  A  Oh, of course. But my point, the time and effort in the
15    study, I lose money, don't gain money.
16  Q  And again, Doctor, was this a study that was paid for on
17    a separate agreement from your consulting agreement for
18    that year?
19  A  Yes.
20  Q  And it was paid for in addition to what you were paid by
21    other pharmaceutical companies that year?
22  A  Yes.
23         (Exhibit No. 24 marked for
24            identification.)
25  Q  (By Mr. DeGreeff) Doctor, I'm handing you what's marked

Page 236

1    as Deposition Exhibit 24.
2      This is another clinical study agreement between you
3    and Ethicon; is that correct?
4  A  Yes.
5  Q  And this was signed on July 6th of 2005, or entered into
6    July 6, 2005?
7  A  Yes.
8  Q  That's entered into with Ethicon?
9  A  Yes.
10  Q  Is this particular study titled "A Clinical Evaluation of
11    Gynecare TVT Obturator System for Treatment of Stress
12    Urinary Incontinence" included on your CV?
13  A  No, I don't think so.
14  Q  Was this ever done?
15  A  I don't recall having done this study.
16  Q  Well, there's no protocol attached, again, is there?
17  A  No. I don't recall doing this study.
18  Q  Well, the contract is fully executed, isn't it?
19  A  It is. Yeah, I don't think the study ever happened.
20  Q  Why not?
21  A  Oh, I don't remember.
22  Q  You were going to be paid $1,410 per completed patient;
23    correct?
24  A  Yes, that's what it says.
25  Q  And if you look at Exhibit B, the enrollment expectations

Page 237

1    was to enroll approximately 20 patients; is that right?
2  A  Yes.
3  Q  And did you enroll 20 patients?
4  A  I don't recall enrolling any patients.
5  Q  If you had enrolled the required 20 patients, or the
6    expected 20 patients, you would have been paid roughly
7    $28,000 for the study; correct?
8  A  That would -- that would be true by math.
9  Q  And again, it's signed, but there's no protocol attached;
10    right?
11  A  Right.
12  Q  That's similar to the other clinical study agreement you
13    signed without a protocol attached; right?
14  A  Right.
15  Q  Actually, both of the other clinical study agreements
16    that you signed without attached protocols?
17  A  Well, probably the reason being is that I -- I've got
18    a -- kind of a simple fax machine, and it doesn't take
19    large numbers of pages --
20  Q  Only one of the other --
21  A  -- successfully.
22  Q  Only one of the other clinical studies was a fax; right?
23  A  Well, usually what I would do is fax it and then I would
24    send a hard copy to the company.
25  Q  So the hard copy you sent --

Douglas Grier, M.D.

| Page 238 | Page 240 |
|---|---|
| 1  A  But I probably didn't include it because it's not part of<br>2     the -- kind of the contract part.<br>3  Q  Well, it's expressly incorporated into the contract,<br>4     isn't it?<br>5  A  Well, sure.  But I'm not an attorney.  That's not<br>6     something that I would focus on.<br>7  Q  You wouldn't focus on the --<br>8  A  I would focus on the protocol to do the protocol.<br>9  Q  All right, Doctor.  I'm going to -- have we -- did you<br>10    also have a clinical study agreement for the World Health<br>11    study that you did?<br>12  A  I would imagine I did on that one, yes.<br>13  Q  And --<br>14  A  The observational study.<br>15  Q  Do you happen to have a copy of that anywhere?<br>16  A  No.<br>17  Q  Do you remember what your pay structure was for that one?<br>18  A  Not at all.<br>19  Q  Do you remember what you got paid in total for that one?<br>20  A  Not at all.<br>21  Q  Doctor, as we sit here, are you incapable of remembering<br>22    what you were paid for anything without us showing you a<br>23    number?<br>24  A  It's not something that I keep a record of specifically<br>25    what I'm paid on a yearly basis or any of these specific | 1  Q  And it looks like in this case it was -- you were doing<br>2     this at the -- what is this, this 2006 Incontinence and<br>3     Pelvic Floor Summit --<br>4  A  Yes.<br>5  Q  And it was February 10th through 12th of 2006?<br>6  A  Yes.<br>7  Q  And it was in Salt Lake City, Utah?<br>8  A  That's what it says.<br>9  Q  And that was an Ethicon event; correct?<br>10  A  Yes.<br>11  Q  And they do that every year?<br>12  A  There was usually one every year.<br>13  Q  Did you go to those every year?<br>14  A  As many as I could attend.<br>15  Q  And they paid -- and Ethicon paid for you and other<br>16    doctors to go to Salt Lake City for a couple days?<br>17  A  Right.  What we would do is, we would meet -- it would be<br>18    all the preceptors from around the country.  We would<br>19    meet and discuss the techniques, the product, and how we<br>20    were doing with it.<br>21  Q  And Ethicon paid for your lodging?<br>22  A  Yes.<br>23  Q  Paid for your travel?<br>24  A  Yes.<br>25  Q  Paid for all of your food while you were there? |

| Page 239 | Page 241 |
|---|---|
| 1     studies because I'm busy in a practice.  A check will<br>2     come in, my office manager will deposit it, and I go on.<br>3     I don't focus on it.<br>4  Q  So you pay no attention to what -- is it your position<br>5     that you pay no attention to what you're being paid for<br>6     your work for pharmaceutical companies and medical device<br>7     companies?<br>8         MR. KOOPMANN:  Objection.  Form.<br>9         THE WITNESS:  I certainly don't pay<br>10    close attention to it.<br>11             (Exhibit No. 25 marked for<br>12               identification.)<br>13  Q  (By Mr. DeGreeff) Doctor, I'm handing you what's been<br>14    marked as Exhibit 25.<br>15    Doctor, my only question about this one essentially<br>16    is, this appears to be an agreement for you to provide<br>17    professional education to, I guess, members of Ethicon;<br>18    is that correct?<br>19  A  Yes.<br>20  Q  And is this an example of the kind of thing you would<br>21    have done when you were contracted to provide<br>22    professional education?<br>23  A  Yes.<br>24  Q  And --<br>25  A  And this is at a specific time and date. | 1  A  Yes.<br>2  Q  And paid you $500 to show up and give this talk?<br>3  A  Yes.<br>4  Q  And some of the other places where they had these pelvic<br>5     floor summits were places like Napa Valley?<br>6  A  There was one there, yes.<br>7  Q  And did you attend that one?<br>8  A  Yes.<br>9  Q  And Kissimmee, Florida?<br>10  A  No, I didn't attend that one.<br>11  Q  And this was -- again, this was above and beyond what you<br>12    were paid under your consulting agreements and your<br>13    clinical study agreements and the money you were paid by<br>14    other pharmaceutical companies?<br>15         MR. KOOPMANN:  Objection.  Form.<br>16         THE WITNESS:  Well, beyond the<br>17    pharmaceutical companies, I don't know whether this is<br>18    tracked as part of my cap per year.<br>19  Q  (By Mr. DeGreeff) Well, why would you have a separate<br>20    agreement if you -- if it was under the same consulting<br>21    agreement that you already had?<br>22  A  I don't know.  Because it's sort of a different event<br>23    than the others.  In other words, I'm not going<br>24    specifically to teach a group of physicians in this one.<br>25    This one, we're all -- they're trying to assemble |

61 (Pages 238 to 241)

Douglas Grier, M.D.

Page 242

1　everyone kind of to -- to look at the product line and
2　see how it's doing. We would discuss the perils of the
3　surgery, and anyone who had any ideas in terms of better
4　techniques.
5　　　　　(Exhibit No. 26 marked for
6　　　　　identification.)
7　Q　(By Mr. DeGreeff) All right. Doctor, I'm handing you
8　　what I've marked as Deposition Exhibit 26.
9　　　　And, Doctor, this appears to be a -- a handout for
10　　a -- for a -- I guess it's a -- it's kind of a
11　　presentation thing that Ethicon's sponsoring; is that
12　　correct?
13　A　Yes.
14　Q　And it's occurring in Las Vegas; right?
15　A　Yes.
16　Q　And that's July 27th of 2002?
17　A　Yes.
18　Q　How many times did -- during your time consulting for
19　　them, did Ethicon pay for you to go to Las Vegas?
20　A　My memory is twice, and then they stopped doing that
21　　venue after the second one, which was probably shortly --
22　　a year or two within this one. They never went to Las
23　　Vegas again.
24　Q　And where did you stay in Las Vegas?
25　A　At this Embassy Suites.

Page 243

1　Q　And was that paid for by Ethicon?
2　A　Yes.
3　Q　And they paid for your expenses while you were there?
4　A　Food.
5　Q　Paid for your travel?
6　A　Yes.
7　Q　Paid for your hotel?
8　A　Yes.
9　Q　And did you take your -- anybody in your family with you?
10　A　No.
11　Q　And you were a speaker at this; correct?
12　A　Yes. I was the only speaker, from the looks of it.
13　Q　Oh, yeah. You were very important at this one?
14　A　Well, important -- I was very put upon. I did the entire
15　　day, the entire presentation.
16　Q　And that would have been put upon at the rate of $3,500 a
17　　day -- $3,000 a day, I guess, at this point?
18　A　Well, I generate more income than that if I stay in my
19　　office.
20　Q　I have no doubt that you make a lot of money, Doctor. My
21　　question is --
22　A　Not a lot.
23　Q　My question is, you made -- you were paid $3,000 for
24　　this?
25　A　Apparently, yes.

Page 244

1　Q　On top of everything else that they paid for, for you to
2　　get there?
3　A　The food and lodging and travel, yes.
4　Q　Okay.
5　　　　　(Exhibit No. 27 marked for
6　　　　　identification.)
7　Q　(By Mr. DeGreeff) Doctor, I'm handing you what I've
8　　marked as Deposition Exhibit 27. And, Doctor, this is an
9　　email from someone named Shannon Campbell at Ethicon.
10　　　　Do you know Shannon Campbell?
11　A　No.
12　Q　And it's dated September 16th of 2002; is that correct?
13　A　Yes.
14　Q　It references a Fort Worth advanced TV dinner event.
15　　　　Do you remember that?
16　A　I vaguely do.
17　Q　You were the speaker there?
18　A　Yes.
19　Q　And that was a marketing event; right?
20　A　Well, you could call it that.
21　Q　And it appears there was 25 physicians and one
22　　physician's assistant that showed up; correct?
23　A　I'm sorry; what were the numbers?
24　Q　It looks like it was 25 physicians and one physician's
25　　assistant that actually showed up?

Page 245

1　A　Okay.
2　Q　Is that correct?
3　A　That -- yes. That's what it says.
4　Q　And ten of those doctors, it says, had never used TVT,
5　　right, and in parentheses, it says, "four of which are
6　　not signed up for training, but are big targets."
7　　　　Did I read that correctly?
8　A　Yes.
9　Q　What do you think Ethicon means by a big target?
10　　　　MR. KOOPMANN: Objection. Form.
11　　　　THE WITNESS: I would presume these
12　　are surgeons who do a lot of pelvic floor or incontinence
13　　surgery, and they would like to get their business.
14　Q　(By Mr. DeGreeff) And your role was to help Ethicon get
15　　them to use Ethicon products; right?
16　A　Yes.
17　Q　And if you look further down, it looks like that was at
18　　Del Frisco's. Is that a steakhouse?
19　A　That is.
20　Q　And was that the place where the event was held?
21　A　Yes, it was.
22　Q　And did Ethicon pay for everybody's dinner?
23　A　They did, as far as I know.
24　Q　And it says -- if you look on the second page, in the
25　　first paragraph, it says, "The idea is to get the

Douglas Grier, M.D.

| Page 246 | Page 248 |
|---|---|

**Page 246**

1  audience involved early. Then it looks more like their
2  presentation" -- meaning yours -- "and not a slide
3  presentation we put together."
4     Did I read that correctly?
5        MR. KOOPMANN: Objection to form.
6        THE WITNESS: Okay. Yeah, I see where
7  you're -- the sentence.
8  Q  (By Mr. DeGreeff) That was -- Ethicon put together the
9  materials you used at that presentation; right?
10 A  Say that again? This -- I mean, this is a document I've
11 never seen, and I've never had any conversation with any
12 of the people involved.
13 Q  Well, Ethicon always put together your presentations and
14 PowerPoints; right?
15 A  Yes.
16 Q  Is this considered a preceptorship or a consulting
17 activity?
18 A  This would be a consulting activity.
19 Q  So in 2003, given that this was in Dallas, I'm assuming
20 they had to fly you in for that?
21 A  Correct.
22 Q  And they paid for your hotel and your flight and your
23 meals and everything else?
24 A  Yes.
25 Q  And is that considered a full day out of the office at

**Page 247**

1  $3,000 a day?
2  A  It's -- right, the one day, yes. I imagine it is, yes.
3  Q  So you would have been paid --
4  A  Because it takes -- I mean, if you leave here in the
5  morning, you don't get to Dallas until late afternoon.
6  Q  So you would have been paid $3,000 a day plus your travel
7  and expenses?
8  A  Yes. But I wasn't paid for the day coming back.
9  Q  Okay.
10 A  So I'm paid one day, but it's two days of my time.
11        (Exhibit No. 28 marked for
12              identification.)
13 Q  (By Mr. DeGreeff) Doctor, I'm going to hand you what is
14 marked Exhibit 28.
15 A  I ate the salmon. It was terrible.
16 Q  Doctor, let me ask you something. You just told us --
17 and it was funny, that you remember having the salmon at
18 Del Frisco's in 2002; is that correct?
19 A  Yes. Because I don't eat meat.
20 Q  But you can't remember who prepared the presentation?
21 A  Oh.
22        MR. KOOPMANN: Objection to form.
23        THE WITNESS: Well, these
24 presentations usually -- they're prepared by corporate,
25 and then -- and then all the preceptors lecture out of

**Page 248**

1  the same slide deck.
2  Q  (By Mr. DeGreeff) And you can't remember how much you
3  were paid in any year without us showing you a number;
4  correct?
5  A  I don't keep track of it. That's correct.
6  Q  But sitting here today, you remember what you ate at Del
7  Frisco's 14 years ago?
8  A  I actually do. And I actually remember a conversation I
9  had with a urogynecologist that changed his entire
10 practice, and he was very appreciative and called me
11 later on.
12 Q  Doctor, handing you --
13 A  Now I remember.
14        (Exhibit No. 28 marked for
15              identification.)
16 Q  (By Mr. DeGreeff) Handing you what's been marked as
17 Deposition Exhibit 28, this is something called the
18 Arrowhead campaign that Ethicon did in May of 2003.
19    Have you ever heard of the Arrowhead Campaign?
20 A  No.
21 Q  I guess my -- one of my questions is that one of the
22 goals was to launch Gynecare TV with blue mesh.
23    Do you remember that?
24 A  Yes.
25 Q  Why did they change Gynecare TVT to use blue mesh?

**Page 249**

1  A  Because the -- we -- you talked about these TVT summits.
2  The suggestion was made by, I'm not sure who, but some of
3  the physicians, that if we ever have to go back in to try
4  to -- for over-tensioning and you want to do a revision,
5  it would be easier to locate the mesh because it would
6  have some color.
7  Q  So the reason for the -- the reason for the blue mesh was
8  so you could find it when you went back in to remove it?
9  A  Correct.
10 Q  And, Doctor, at the beginning -- at the top of that, it
11 says -- well, strike that.
12    Look at Page 2, if you would.
13 A  Yes.
14 Q  Under Paragraph 5. Doctor, this is a list of -- or
15 approximately -- the A-list -- you see where it says "A
16 List"?
17 A  Yes.
18 Q  You see your name on the A-list?
19 A  Yes, I do.
20 Q  There's six -- there's fifteen other -- other doctors on
21 that list; correct?
22 A  Yes. But my name's not bolded.
23 Q  Okay. Do you feel slighted by that?
24 A  I actually do.
25 Q  Did you know that you were considered an A-lister by

63 (Pages 246 to 249)

Douglas Grier, M.D.

| Page 250 | Page 252 |
|---|---|
| 1    the -- by Ethicon? | 1    A   Oh, I don't. I just -- you asked me who I know that's a |
| 2    A   No. I can give you a -- perhaps a reason why. | 2      defense expert. |
| 3    Q   Well, they give a reason why. They say -- if you look in | 3    Q   Do you know Brian Feigans? |
| 4      the paragraph above that, they say that an A-list is a | 4    A   I do. |
| 5      doctor who is critical to their business from a strategic | 5    Q   Do you know he's a defense expert in this mesh |
| 6      perspective. | 6      litigation? |
| 7      Do you see that? | 7    A   I did not know that. He -- I do know that he hasn't used |
| 8    A   Yeah. | 8      the Ethicon products for years and years. |
| 9    Q   What do you think that means? | 9    Q   If you look down at the B-listers, which is right below |
| 10        MR. KOOPMANN: Objection. Form. | 10      that, do you know who David Robinson is? |
| 11        THE WITNESS: Well, it means that -- | 11    A   I do. |
| 12      if you look at that list, I'm really the only one from | 12    Q   He eventually became the medical director at Ethicon; |
| 13      the Northwest part of the country. | 13      correct? |
| 14    Q   (By Mr. DeGreeff) Well, Doctor, if you look at -- | 14    A   Correct. |
| 15    A   And that's strategic. | 15    Q   And on that same list is -- |
| 16    Q   If you look at that list, there's some other common | 16    A   Also from your area of the country and the salt of the |
| 17      threads, isn't there? Do you know who Mickey Karram is? | 17      earth. |
| 18    A   I do. | 18    Q   Agreed. And then if you'll look on that same list, |
| 19    Q   Do you know he's an expert for -- that he's an expert for | 19      there's Aaron Kirkemo; right? |
| 20      Ethicon in this litigation? | 20    A   Yes. |
| 21    A   No, I don't. | 21    Q   And did he also become the medical director at Ethicon? |
| 22    Q   Do you know who Vince Lucente is? | 22    A   Of the -- I think the assistant director, yes. Now |
| 23    A   Yes, I do. | 23      working for Boston Scientific. |
| 24    Q   And you know he's an expert for the defense in this | 24    Q   As their medical director? |
| 25      litigation? | 25    A   I don't know. I just know he moved. |

| Page 251 | Page 253 |
|---|---|
| 1    A   I don't think he is. Because I had a conversation with | 1        MR. KOOPMANN: Minneapolis, also salt |
| 2      him in October at AUGS, and it didn't sound like he was | 2      of the earth. |
| 3      involved. | 3        THE WITNESS: He is more salt of the |
| 4    Q   Doctor, I'll represent to you that he's been a defense | 4      earth than the other guys. |
| 5      expert in the transvaginal mesh litigation on behalf of | 5        MR. JONES: Stipulated. |
| 6      Ethicon. | 6        MR. DEGREEFF: That's stipulated. |
| 7    A   Okay. | 7    Q   (By Mr. DeGreeff) What do you think about David |
| 8    Q   Doctor, if you'll -- do you know who Joe Carbone is? | 8      Robinson? |
| 9    A   Yes, I know Joe. | 9    A   Personally, I think he's a wonderful person. He's very |
| 10    Q   Are you friends with Joe? | 10      sincere, he's very honest, and I think very highly of |
| 11    A   Friendly. I taught him how to do TVT. | 11      him. |
| 12    Q   Do you see him on a regular occasion when you go to the | 12    Q   What do you think of him as a -- as a professional, |
| 13      Ethicon events? | 13      Doctor? |
| 14    A   I also see John Miklos here, who is the exact opposite. | 14    A   I think he's -- he's excellent. |
| 15      He's a defense expert. | 15    Q   And what about Aaron Kirkemo professionally? |
| 16    Q   Okay. And Joe Carbone is also an expert for the defense, | 16    A   The same. There is none better. |
| 17      isn't he, in this mesh litigation? | 17    Q   And would you say you respect those two guys as surgeons? |
| 18    A   I don't know that. I don't know actually really who is | 18    A   Yes, I do. |
| 19      or isn't, other than that one person that I know. | 19    Q   Do you know them both -- |
| 20    Q   And who is that? | 20    A   David Robinson taught me how to do Prolift. |
| 21    A   Michael -- Brian Flynn. | 21    Q   Who did? |
| 22    Q   And how do you know Brian Flynn? | 22    A   David Robinson. |
| 23    A   He also was in the Perry trial. | 23    Q   And do you know them both personally? |
| 24    Q   And maybe I'm missing it. Where do you see Brian Flynn's | 24    A   Yes -- well, yes. From spending time with them, yes. |
| 25      name? | 25    Q   Consider them friends? |

64 (Pages 250 to 253)

Douglas Grier, M.D.

| Page 254 | Page 256 |
|---|---|
| 1  A Well, when you say "friends," I've never picked up the | 1  enjoyed teaching, and I enjoyed the networking I had with |
| 2  phone and talked to him on a friendly basis, but I'm | 2  the different surgeons around the country. |
| 3  friendly with him if I'm in the same room with him. | 3  Q Doctor, this was just you showing up at a dinner; right? |
| 4  Q Gotcha. | 4  A Yes. But you'd end up having connections like the one |
| 5  A Neither one is really a good dresser, though. | 5  you -- you said at Del Frisco's, there was a |
| 6  (Exhibit No. 29 marked for | 6  urogynecologist there who was not doing hydrodissection |
| 7  identification.) | 7  when he was doing his slings, and he had a high amount of |
| 8  Q (By Mr. DeGreeff) All right. Doctor, I'm handing you | 8  blood loss. |
| 9  what's been marked as Deposition Exhibit 29. | 9  And I explained the advantage of using |
| 10  Doctor, this looks like a Gynecare TVT advanced | 10  hydrodissection will increase your efficacy and decrease |
| 11  training dinner. Is that right? | 11  morbidity, and he was very grateful for that. And |
| 12  A Yes. | 12  anytime I happened to see him in the future at different |
| 13  Q So it's a flyer for it, I guess. It's not actually the | 13  meetings, he would always thank me for that. |
| 14  dinner; right? No? Okay. Could have been -- | 14  In this particular one, I remember there were |
| 15  A Oh, well -- | 15  several -- several gynecologists in the audience who were |
| 16  Q Could have been funny. | 16  reluctant to do the slings because they didn't quite know |
| 17  All right. So this looks like it was in August -- | 17  what the anatomy was, and it gave them an opportunity to |
| 18  on August 20th of 2003? | 18  see what this pubovaginal sling was all about, and it |
| 19  A Yes. | 19  can -- it can affect their lives. |
| 20  Q Beginning at 6:30? | 20  Q And the lives of their patients; right? |
| 21  A Yes. | 21  A And improve them, yes. Because it's far better than what |
| 22  A And it was at Giuseppe's Cucina Italiana in Pismo Beach, | 22  was being done at the time as far as alternative |
| 23  California? | 23  treatments. |
| 24  A Yes. | 24  Q So you were able to -- you were able to help persuade |
| 25  Q And you were the speaker on that? | 25  those doctors to begin using Ethicon mesh products? |

| Page 255 | Page 257 |
|---|---|
| 1  A I was. | 1  A Yes. Because I believe in it myself. |
| 2  Q So you went all the way to California to present at a | 2  Q So you advocated for it? |
| 3  dinner? | 3  A Yes. |
| 4  A Yes. A two-hour flight, yes. | 4  (Exhibit No. 30 marked for |
| 5  Q And did you have your lodging and travel paid for by | 5  identification.) |
| 6  Ethicon? | 6  Q (By Mr. DeGreeff) Doctor, I'm going to hand you what's |
| 7  A I did. | 7  been marked as -- |
| 8  Q And they paid for this dinner for everybody that was | 8  MR. DEGREEFF: Do you need to go to |
| 9  there? | 9  the bathroom? |
| 10  A I assume that they did. | 10  THE WITNESS: Oh, that would be great. |
| 11  Q And how long did you stay for this? | 11  (Recess from 6:56 p.m. to |
| 12  A Well, I don't know what day of the week -- oh, Wednesday. | 12  7:03 p.m.) |
| 13  I'm sure I flew in on Wednesday and left whatever the | 13  EXAMINATION (Continuing) |
| 14  earliest possible flight is on Thursday morning. | 14  BY MR. DEGREEFF: |
| 15  Q Would that count as a full day or a half day? | 15  Q Doctor, handing you what's been marked as Deposition |
| 16  A Back then, that was probably just a half day. | 16  Exhibit 30 -- |
| 17  Q So you would have been paid $1,500 for that? | 17  MR. DEGREEFF: And I've got one for |
| 18  A Yes. | 18  you too, Barry. |
| 19  Q Plus your travel and everything? | 19  Q (By Mr. DeGreeff) Doctor, this is a -- I think it's a |
| 20  A Yes. And I would lose over a day's worth of patients in | 20  flyer for Gynecare University sponsored by Ethicon; is |
| 21  the office. | 21  that correct? |
| 22  Q So, Doctor, you were willing to sacrifice treating | 22  A Yes. |
| 23  patients in order to satisfy obligations with a medical | 23  Q This is in -- this was on September 11th of 2004; right? |
| 24  device company? | 24  A Yes. |
| 25  A Well, I never look at it as satisfying obligations. I | 25  Q And again we're -- you were in Vegas for this one? |

65 (Pages 254 to 257)

Douglas Grier, M.D.

| Page 258 | Page 260 |
|---|---|
| 1   A  Yes. Or outside -- I think it was -- it was a town | 1   A  Yes. |
| 2      outside of Las Vegas. | 2   Q  And this was held September 24th and 25th of 2004; right? |
| 3   Q  Okay. I was just going by the flyer. It says Las Vegas? | 3   A  Yes. |
| 4   A  Well, it does. What does -- there was a -- I can't | 4   Q  And Ethicon sponsored this; is that right? |
| 5      remember which meeting, whether it was the AUA or AUGS or | 5   A  Yes. |
| 6      SUFU was held in Las Vegas, and I think this was a day or | 6   Q  And Ethicon sponsored the last one we talked about too in |
| 7      two before. | 7      Vegas, right, the Gynecare University? |
| 8   Q  And does this fall under the consulting agreement or was | 8   A  Yes. |
| 9      this additional work you would have been doing? | 9   Q  And this, I believe, was at the JW Marriott resort? |
| 10   A  No, this would have fallen under the consulting | 10   A  Yes. |
| 11      agreement. | 11   Q  That's a nice resort? |
| 12   Q  So would this constitute a full day or a half day? | 12   A  It is. |
| 13   A  My memory was that that Friday, there was a cadaver lab, | 13   Q  Ethicon paid for your lodging; correct? |
| 14      and this is the Saturday following. It was a two-day | 14   A  Yes. |
| 15      event. This is only showing one of the days. | 15   Q  And they paid for your flight there? |
| 16   Q  So would you have been paid $3,000 a day for these two? | 16   A  Yes. |
| 17   A  Oh, I don't know. | 17   Q  And do you remember whether the 24th and 25th was a |
| 18   Q  Well, a full day cadaver lab, under your agreement in | 18      weekend? |
| 19      2004, would have been $3,000 a day; correct? | 19   A  It was a Friday and a Saturday, according to this. |
| 20   A  Right. So the -- this would be a second day, but I -- | 20   Q  Okay. And you were one of the -- well, you actually did |
| 21      this wasn't a cadaver lab, so I'm not sure what I was | 21      the dinner presentation, it appears. |
| 22      paid for this. | 22   A  Right. |
| 23   Q  So you would have been paid $3,000 for the first day and | 23   Q  All right. And that was from 6:30 to 9:00? |
| 24      something for the second day; right? | 24   A  Yes. |
| 25   A  Right. | 25   Q  And do you remember where the -- |

| Page 259 | Page 261 |
|---|---|
| 1   Q  And that was in addition to Ethicon covering your travel | 1   A  Where it was held? |
| 2      and lodging? | 2   Q  Yeah. |
| 3   A  Yes. | 3   A  Just in one of the rooms in the -- I don't know what you |
| 4   Q  Covered your food? | 4      call it, just, you know, a function room. |
| 5   A  Yes. | 5   Q  And did you stay for the full event? |
| 6   Q  Did you bring any family with you? | 6   A  I don't recall. I don't recall. I don't recall if I |
| 7   A  No. I've never taken my family to any of these events. | 7      came in the night on Saturday. |
| 8   Q  Doctor, I've got to know. Your write-up says that | 8   Q  I mean, it was sponsored -- |
| 9      after -- this is -- I just want to ask you about this | 9   A  No, I'm sorry, Friday, and then left the following |
| 10      because this is one of my favorite sentences ever. It | 10      morning because I didn't -- everything else is gynecology |
| 11      says, "After bulking up with the Marines Dr. Grier | 11      and not urology, so I wasn't involved in any of that, so |
| 12      decided to throw his weight around as faculty at the | 12      I probably left and went home. |
| 13      Seattle" -- I just want to say that I love that. I don't | 13      But I can tell you this: On that last page, I |
| 14      know who wrote that, but I think that that's fantastic. | 14      didn't do any of these activities. |
| 15      I don't -- there's really not a question attached to it, | 15   Q  And none of the -- no one who attended this had to pay |
| 16      other than I think that's fantastic. | 16      for it; correct? |
| 17   A  Interesting. I don't ever remember reading that. | 17   A  I'm not aware that they did. I do know that, whenever |
| 18   Q  You probably didn't. | 18      anyone attended, if they wanted to stay an extra day, |
| 19   A  Uh-uh. | 19      they would have to pay for that. |
| 20        (Exhibit No. 31 marked for | 20   Q  Above and beyond the two days that was already -- |
| 21        identification.) | 21   A  Right. |
| 22   Q  (By Mr. DeGreeff) Doctor, I'm handing you what's been | 22   Q  -- going to be paid for? |
| 23      marked as Deposition Exhibit 31. Doctor, this is a flyer | 23   A  Right. If somebody wanted to stay the -- you know, an |
| 24      for the Gynecare Mega Course in Phoenix, Arizona; is that | 24      extra day, they -- that would not be covered. |
| 25      correct? | 25   Q  Well, that would be fair because the conference would be |

66 (Pages 258 to 261)

Douglas Grier, M.D.

| Page 262 | Page 264 |
|---|---|
| 1   over; right? | 1   Q  From 3:00 to 3:30, the presentation was about |
| 2   A  Right. Exactly. | 2     demonstration of the TVT-O; correct? |
| 3   Q  And was this a -- there was Ethicon employees at this | 3   A  Correct. |
| 4     with you? | 4   Q  Again an Ethicon product? |
| 5   A  Yes. | 5   A  Yes. |
| 6   Q  Was this made up essentially of Ethicon employees and | 6   Q  So fair to say that every single thing -- every single |
| 7     doctors, physicians? | 7     presentation on Friday, September 24th of 2004, related |
| 8   A  Yes. | 8     to Ethicon products? |
| 9   Q  And this was a -- this was essentially a marketing event; | 9   A  Yes. |
| 10   right? | 10   Q  Fair to say that that is a -- that constitutes a |
| 11   A  Well, you say marketing, but these are didactic lectures | 11   marketing? |
| 12     on surgical techniques to manage all of these issues, | 12          MR. KOOPMANN: Object to form. |
| 13     whether it be contraception or dysfunctional uterine | 13   Q  (By Mr. DeGreeff) That constitutes marketing for |
| 14     bleeding, hysteroscopy, morcellation of the uterus, and | 14     Ethicon? |
| 15     hysterectomy. I was doing urodynamics. | 15   A  I look at this as didactic lectures on these products. |
| 16   Q  Well, Doctor, for the day, you said Friday, | 16     You call it marketing. That's just not in my lexicon. |
| 17     September 24th was the day that was relevant to you? | 17     But if you want to presume what Ethicon's perspective on |
| 18   A  No. I was on the Friday too because it was a cadaver | 18     it is, I can accept that. |
| 19     lab. I just wasn't giving a lecture at the cadaver lab, | 19   Q  You understand that you're there to help them convince |
| 20     but I attended it, so I would have been what I call a | 20     people to use their products; correct? |
| 21     cadaver boy. | 21          MR. KOOPMANN: Object to form. |
| 22   Q  So would you have been paid $3,500 for a full day to be | 22          THE WITNESS: Yes. |
| 23     there? | 23          (Exhibit No. 32 marked for |
| 24   A  Whatever the rate was at that year. I don't think back | 24          identification.) |
| 25     at this time I was paid 3500. It might have been 2500 | 25   Q  (By Mr. DeGreeff) Doctor, I'm going to hand you what's |

| Page 263 | Page 265 |
|---|---|
| 1     back in 2004. Whatever the contract was for 2004. | 1     been marked as Deposition Exhibit 32. And, Doctor, this |
| 2   Q  Yeah, it was 3,000 or three -- 3500, I believe. But | 2     is an exchange, and we're probably going to start on the |
| 3     whatever the rate was, you would have been paid that? | 3     last page, or the second -- excuse me, the second page, |
| 4   A  Yes. | 4     which is the start. |
| 5   Q  On top of all the expenses and lodging and etc.? | 5       And this looks like it's an email from Lori |
| 6   A  Yes. | 6     Campbell. Do you know who that is? |
| 7   Q  And if you look at the first day, on Friday, even though | 7   A  I remember the name, yes. |
| 8     you say it's not a marketing event, but the presentation | 8   Q  And -- |
| 9     at 12:30 is for pelvic floor reconstruction with Gynecare | 9   A  She was the professional education person for the western |
| 10     and Gynecare mesh -- Gynecare PS; right? | 10     area. |
| 11   A  Yes. | 11   Q  That's from -- and this exchange occurs on November 8th |
| 12   Q  And those are Ethicon products? | 12     of 2004 initially, right, the first email, which is at |
| 13   A  Yes. | 13     the bottom of the list? |
| 14   Q  And then from 1:00 to 1:30, they were talking about | 14   A  Well -- |
| 15     Gynemesh PS; right? | 15   Q  Are you on the second page, Doctor? |
| 16   A  Yes. | 16   A  Oh, this -- okay. |
| 17   Q  That's an Ethicon product? | 17   Q  The second page is the -- at bottom, it's an email, |
| 18   A  Yes. | 18     so it works in reverse. |
| 19   Q  From 1:30 to 3:30, the presentation was about Gynecare | 19   A  Okay. From -- |
| 20     TVT; right? | 20   Q  It's from Lori Campbell; right? |
| 21   A  Yes. | 21   A  What is it particularly about this page that you want me |
| 22   Q  And TVT Obturator? | 22     to talk about? |
| 23   A  Yes. | 23   Q  Are you looking at the second page, Doctor? |
| 24   Q  Both Ethicon products? | 24   A  Is this the second page? |
| 25   A  Yes. | 25   Q  It is. Right here. This is the first email. |

67 (Pages 262 to 265)

Douglas Grier, M.D.

| Page 266 | Page 268 |
|---|---|

**Page 266**

1  A  Okay.
2  Q  And that's from Lori Campbell; correct?
3  A  From Lori Campbell, yes.
4  Q  And it's November 8th of 2004?
5  A  Yes.
6  Q  And you're copied on that email; correct?
7  A  I guess so.
8  Q  Well, you're not actually copied on it.  It's sent to
9     you; right?  You're one of the recipients?
10 A  Okay.  Yes.
11 Q  And then if you look above that first email, you respond
12    on November 12th of 2004 to Lori Campbell; right?
13 A  Yes.
14 Q  And then -- and you asked some questions about needing a
15    BTA for a cadaver lab in New Brunswick on December 10th
16    and 11th --
17 A  Yes.
18 Q  -- and should you get it from Erika; right?
19 A  Yes.
20 Q  And then if you look at the first page, at the bottom,
21    Lori responds to you; right?
22 A  Okay.
23 Q  And going back to the second page, because that's where
24    that one ends, that email ends, she says, "Are you
25    available to proctor her?  We've got a budget if you've

**Page 267**

1     got the time."
2        Do you see that?
3           MR. KOOPMANN:  Wrong page.
4           THE WITNESS:  Oh.  "Are you available
5     to proctor" -- oh, okay.  Got it.
6  Q  (By Mr. DeGreeff)  And that's an email sent on
7     November 15th by Lori Campbell to you.  You're a
8     recipient on that email?
9  A  I guess so.
10 Q  And this is them wanting to pay you to, I guess, do
11    something for Dr. Avendanno?
12 A  Okay.  Probably proctor, I would assume.
13 Q  Okay.  So --
14 A  Oh, yeah.  It says it.  Am I available to proctor her.
15 Q  So back on the first page, if you look just above that
16    email, there's an email from you back to Lori on
17    November 15th; correct?
18 A  Yes.
19 Q  And you tell her, "I was signing checks this morning and
20    noticed that I've purchased $104,000 in Gynecare products
21    this year to date," with an exclamation mark.
22       You see that?
23 A  Yes.
24 Q  "I must be considered a good account," exclamation mark.
25       You see that?

**Page 268**

1  A  Yes.
2  Q  And again, that's an email that you sent to Lori
3     Campbell?
4  A  Yes.
5  Q  And why the exclamation mark, Doctor?  Were you proud
6     that you'd spent $104,000 on Ethicon products?
7  A  No.  Kind of the opposite.  I was shocked that I had
8     spent so much money for a product, you know, as far as
9     checks are.  It just kind of shocked me that it had been
10    that much.
11 Q  Well, was it important to you to be considered a good
12    account?
13 A  No.  No.  It was a realization that the products are
14    expensive.
15 Q  When does your -- when you say "this year to date," when
16    does your fiscal year start?
17 A  Oh, I don't -- I guess January 1st to December 31st.
18 Q  And what was the point of this email?  What was -- what
19    were you trying to tell her with that?
20 A  I was -- I saw a rolling -- a rolling average of what I
21    had spent for slings, and so I was kind of shocked by
22    that number.  I can't remember what they cost, but that's
23    the equivalent of 100 -- probably 100 slings --
24    surgeries.
25       So I -- just like I don't count what -- what I've

**Page 269**

1     been paid, I normally don't count how many slings that
2     I've done in a given year.  And so this was toward the
3     end of the year, and it looks like I did 100 slings.
4  Q  Okay.  So if you had -- 100 slings in a year, is that a
5     lot?
6  A  Yes.
7  Q  What percentage of your -- of your practice would that
8     have made up for the year 2004?
9  A  Oh, probably 20, 25 percent of -- of the female side that
10    I was doing either a prolapse -- a prolapse repair or
11    slings for incontinence.
12 Q  And then if you'll look at the email right above that,
13    it's Lori Campbell responding to you directly on
14    November 15th of 2004; correct?
15 A  Yes.
16 Q  And if you look at that second paragraph, it says, "Yes,
17    you're one of our best customers," triple exclamation
18    mark.  "Funny you should be looking at that today,"
19    period.  "Erika and I were just reviewing preceptor
20    payout," period.  "You've just about maxed out your
21    contract for the year," period.
22       Did I read that correctly?
23 A  Yes.
24 Q  And we talked earlier about the fact that your max amount
25    on your consulting agreement in 2004 was $100,000; right?

Douglas Grier, M.D.

Page 270

1  A  For that year, I don't -- I don't know if it was that
2     high for -- this is back in 2004; right?
3  Q  Yeah.  And when we talked about it earlier, the max cap
4     in your 2004 contract was $100,000; correct?
5  A  I thought that was 2010.
6  Q  Okay.  Well, I can show it to you.  Doctor, I will hand
7     you what's been marked as Deposition Exhibit 18, which is
8     your 2004 consulting agreement, and I'll point you to the
9     bottom of Page 3, where it says that your max is
10    $100,000.
11 A  Okay.  Yes, it is.
12 Q  And so the maxed out your contract for the year she would
13    have been talking about would have been your consulting
14    agreement; correct?
15 A  Yes.
16 Q  And that would have been $100,000?
17 A  It looks like that, yes.
18 Q  And that was in November.  You still had another month to
19    go?
20 A  If I was -- there were years where I was maxed out that I
21    wouldn't -- I wouldn't do anything else for the rest of
22    the year.
23 Q  How many years were there where you maxed out?
24 A  I don't know.
25 Q  More than -- obviously more than one because we've talked

Page 271

1     about two of them; right?
2  A  I guess so, yeah.  It was more than one, I guess.
3  Q  Well, we've talked about another one where you needed a
4     new contract; right?
5  A  Right.
6  Q  How many of those were there?
7  A  I don't know.
8  Q  Did you max out contracts with the other pharmaceutical
9     companies you were working for also?
10 A  No.
11 Q  So when we were talking earlier and there were some
12    payments and years of $50,000, that wasn't a max-out on
13    your contract?
14 A  I don't recall whether pharmaceutical companies have a
15    maximum.
16 Q  Okay.  So it may just be the pharmaceutical companies are
17    willing to pay whatever?
18 A  I don't know what you mean by "whatever."  They have a
19    certain rate for their -- for the consulting agreement,
20    the lectures.  I have no idea whether they have maxes or
21    how many people they utilize.
22 Q  Doctor, looking at the -- your response to Lori Campbell
23    from November 15th of 2004 -- which is directly above
24    that email; correct?
25 A  Okay.

Page 272

1  Q  That's from you to Lori Campbell; right?
2  A  Oh, to me from Lori --
3  Q  No.  From you to Lori Campbell.
4  A  From, to.
5  Q  At 12:56 on November 15th of 2004.
6        You see that?  It says, "I hope it wasn't another
7     one of these under the table arrangements without Tony
8     being involved."
9        What does that mean?
10 A  I don't remember who Tony is.  Sometimes what would
11    happen is, they -- someone would book me to precept and I
12    was already -- I already had something else going on.
13 Q  Next sentence says -- and tell me if I'm reading this
14    correct -- quote, I didn't know there was a ceiling for
15    yearly honoraria, period, close quotes.
16 A  Okay.
17 Q  And what did you mean by that?
18 A  I didn't -- exactly that.  I'd never noticed that -- on
19    these contracts that there was a maximum because I never
20    considered there -- the issue of there being a maximum.
21 Q  Because pharmaceutical companies didn't have maximums?
22 A  It just wasn't something -- you know, as the years built
23    and they used me more, that's when I guess I hit some
24    maximums.  I just didn't -- this is probably the first
25    year that that happened, so I wasn't aware of it.  I

Page 273

1     don't give these contracts to attorneys to review.
2  Q  Okay.  Next sentence says, "I always thought working with
3     vaginas and [sic] had unlimited opportunities,
4     exclamation mark.  "So I've maxed out the Gyne,"
5     exclamation mark.
6        Did I read that correctly?
7  A  Well, the Gynecare, yes.
8  Q  What does maxing out the Gyne mean?
9  A  It means I maxed out Gynecare, the contract.
10 Q  And what are the unlimited opportunities you thought
11    working with vaginas had?
12 A  Well, I was -- it was a pun on words, the fact that
13    there's a ceiling on the honoraria, that I -- that I --
14    it was a surprise to me that there was a -- a limit.
15 Q  Do you -- reading this on paper, how do you feel about
16    the statement, "So I've maxed out the Gyne"?
17 A  That's what I remember -- how do I read the statement?
18 Q  No.  How do you feel about the fact that that statement
19    is --
20 A  Well, it's a -- it's a joke.
21 Q  Okay.  Well, it's not a joke because it's true; right?
22       MR. KOOPMANN:  Object to the form.
23       THE WITNESS:  I'm not sure how you say
24    it's true.  I did max -- apparently I -- that's when I
25    found out I maxed out my honoraria.

69 (Pages 270 to 273)

Douglas Grier, M.D.

Page 274

1    Q   (By Mr. DeGreeff)  Which you referred to as maxing out
2        the Gyne.
3    A   Yeah, Gynecare.  That was what they called their company.
4    Q   And you've maxed out the Gyne in other years too; right?
5                MR. KOOPMANN:  Object to the form.
6                THE WITNESS:  If you could show me
7        where I have, then I have.
8    Q   (By Mr. DeGreeff)  Well, we talked about it earlier when
9        you --
10   A   A couple times, I guess.
11   Q   When you maxed -- okay.  A couple times.
12           This was a very friendly conversation between --
13       between you and Lori.  Was she a friend of yours?
14   A   No.  She was the professional education coordinator, so
15       her job was to get all the -- the proctors, to ask them
16       to do cadaver labs or give lectures, that was her job,
17       was to manage those of us who were proctors.
18   Q   Do you typically make jokes about vaginas and maxing out
19       the Gyne to people that you don't know very well?
20               MR. KOOPMANN:  Object to the form.
21               THE WITNESS:  No.
22               (Exhibit No. 33 marked for
23                identification.)
24   Q   (By Mr. DeGreeff)  Doctor, I'm handing you what's been
25       marked as Deposition Exhibit 33.

Page 275

1        Doctor, this is a -- this is yet another Ethicon
2        meeting that you were a presenter at; correct?
3    A   Yes.
4    Q   This was at the Cheyenne Mountain Resort in Colorado
5        Springs?
6    A   Yes.
7    Q   For three days in January of 2006?
8    A   I was only there for the one day.  I gave one lecture and
9        I was out early the next morning.
10   Q   Okay.  I looked this up.  This is a very nice resort,
11       huh?
12   A   I couldn't tell you because I literally only remember the
13       big lecture hall and my room, and I came in at night and
14       I left in the morning.  This was -- this was not for
15       physicians, as I recall.  This was purely their sales
16       training.  So I just gave one little snippet that night
17       or afternoon, had dinner, and then left.
18   Q   So this is the Ethicon regional meeting for sales
19       representatives?
20   A   Yes.
21   Q   And you were a speaker -- you couldn't have come in too
22       late because you were a speaker at 3:15 on January 17th;
23       right?
24   A   Yes.
25   Q   And that was a discussion about Prolift, an Ethicon

Page 276

1        product?
2    A   Yes.
3    Q   And then from 4:30 to 5:00, you were actually on a panel
4        with sales reps?
5    A   That's right.
6    Q   And then did you go to the off-site event that night?
7    A   There was a dinner that night, yes.
8    Q   Do you remember where it was?
9    A   I do, actually.  It was in the Rodeo Hall of Fame.
10   Q   Would this have been a full-day trip where you got paid
11       $3,500 for your time?
12   A   I -- it would have been an all-day trip because, by the
13       time I got to the airport and got to Denver, then I think
14       you have to drive -- is this Colorado Springs -- oh, no,
15       I must have flown into Colorado Springs.  I don't know
16       how I got there, whether -- it definitely wasn't a direct
17       flight, so I would have spent half a day in Denver
18       airport, both directions.
19   Q   So it would have been a full day?
20   A   A full day on Tuesday.  But I didn't -- was never paid
21       for the following day to get back.  So I would lose two
22       days for the one day.
23   Q   Doctor, how is it that you always remember when you
24       didn't get paid, but you don't remember how much you did
25       get paid?

Page 277

1                MR. KOOPMANN:  Object to form.
2                THE WITNESS:  No, what I remember, the
3        policy was that you got paid for the day.  The question
4        was when you got -- the next day you got back, I didn't
5        mind if it was during the weekend because it wasn't a
6        loss of revenue in the office, but one of these -- where
7        it's a Tuesday, that means I would lose Wednesday in the
8        office getting back.
9    Q   (By Mr. DeGreeff)  Okay.  So that would have been -- that
10       would have been one where you got paid 3500 plus your
11       travel and room and everything else?
12   A   If that was the rate at the time.
13   Q   Okay.  And this was one where you were there with a bunch
14       of Ethicon sales reps and marketing people?
15   A   Yes.
16               (Exhibit No. 34 marked for
17                identification.)
18   Q   (By Mr. DeGreeff)  Doctor, I'm going to hand you what
19       I've marked as Deposition Exhibit 34.
20           Doctor, this appears to be another -- this is
21       Urology University, sponsored by Ethicon; is that
22       correct?
23   A   Yes.
24   Q   And this was at the Silverado Resort in Napa, California?
25   A   Yes.

Douglas Grier, M.D.

| | Page 278 |
|---|---|
| 1 | Q This is a two-day seminar, or event, I guess. |
| 2 | A It was all of one day, Saturday. |
| 3 | Q Well, it says March 10th and 11th; right? |
| 4 | A Well, people arrived in the -- in the night of Friday, |
| 5 | and then the seminar was all Saturday. |
| 6 | Q Is that what you did? Did you arrive on Friday? |
| 7 | A Yes. Friday night. |
| 8 | Q And the Silverado Resort in Napa's a really nice place; |
| 9 | right? |
| 10 | A It's really long in the tooth. |
| 11 | Q Well, fortunately, you didn't have to pay for it; right? |
| 12 | A Correct. |
| 13 | Q That was paid for by Ethicon? |
| 14 | A It was. And I worked that entire day. I was the only |
| 15 | lecturer for the entire day. |
| 16 | Q I see that. And you got paid for a full day? |
| 17 | A Yes. |
| 18 | Q $3,500? |
| 19 | A Whatever the rate was at the time. I don't think it was |
| 20 | 3500 in 2006. |
| 21 | Q Okay. Well, whatever the rate was; right? |
| 22 | A Yes. |
| 23 | Q And you got -- did you go to the -- the welcome reception |
| 24 | on Friday? |
| 25 | A I don't recall. I know I got in late that day, so I |

| | Page 279 |
|---|---|
| 1 | don't know if I made the reception or not. |
| 2 | Q Did you play golf while you were there? |
| 3 | A No. |
| 4 | Q Go to the spa? |
| 5 | A No. I've never played golf in any of these events, and |
| 6 | I've never gone to a spa at any of these events. |
| 7 | Q A bunch of -- there was a lot of Ethicon employees at |
| 8 | this? |
| 9 | A No. |
| 10 | Q There wasn't Ethicon employees at the -- |
| 11 | MR. KOOPMANN: Object -- |
| 12 | THE WITNESS: There were -- oh, you're |
| 13 | talking about this, the urology -- |
| 14 | Q (By Mr. DeGreeff) The one we're talking about, yes, the |
| 15 | Ethicon women's health and urology, Urology University. |
| 16 | A There might have been two or three. |
| 17 | Q Was it essentially another one of these events where |
| 18 | you're trying to advocate for doctors using the TVT |
| 19 | products? |
| 20 | A Well, you could look at it that way. What it was is |
| 21 | going over different -- different disease states, BPH, |
| 22 | stress incontinence, vaginal prolapse, and urodynamics, |
| 23 | and lecturing on each of those, and introducing the |
| 24 | Ethicon products. |
| 25 | //// |

| | Page 280 |
|---|---|
| 1 | (Exhibit No. 35 marked for |
| 2 | identification.) |
| 3 | Q (By Mr. DeGreeff) Doctor, I'm going to hand you what's |
| 4 | Deposition Exhibit 35. |
| 5 | Doctor, this is another -- this is the world premier |
| 6 | event by Ethicon's -- Ethicon women's health and urology; |
| 7 | correct? |
| 8 | A Yes. |
| 9 | Q And it's for -- it's May 22nd of 2006? |
| 10 | A Yes. |
| 11 | Q And that's in Atlanta? |
| 12 | A Yes. |
| 13 | Q And the special guest was Bonnie Blair. |
| 14 | A I see that. |
| 15 | Q Multiple time gold medal winner; correct? |
| 16 | A Yes. |
| 17 | Q And that was at the -- that was a cocktail reception |
| 18 | under the stars at the Atlanta Botanical Garden? |
| 19 | A Apparently. I did not attend, but apparently that's |
| 20 | where it was. |
| 21 | Q You did not attend this event? |
| 22 | A No, not that day, uh-uh. |
| 23 | Q Okay. If you look at the next page, it says, "In-booth |
| 24 | activities and presentations"; right? |
| 25 | A Yes. |

| | Page 281 |
|---|---|
| 1 | Q This was a deal where Ethicon went and set up a marketing |
| 2 | booth? |
| 3 | A This is the AUA national meeting, and there were 150 |
| 4 | exhibiters there, yes. And so one of them was Ethicon. |
| 5 | Q Okay. And they set up a booth for marketing purposes? |
| 6 | A Well, yes. |
| 7 | Q Okay. And at 1:30 on May 20th, you gave a lecture in one |
| 8 | of those booths, in the Ethicon booth; right? |
| 9 | A Yes. |
| 10 | Q Did you wear an Ethicon T-shirt? |
| 11 | A No. |
| 12 | Q On Sunday, May 21st, you gave another presentation in the |
| 13 | Ethicon booth; right? |
| 14 | A Yes. |
| 15 | Q And on March -- let's see. And you were doing that -- |
| 16 | strike that. |
| 17 | You knew that this was a marketing presentation; |
| 18 | correct? |
| 19 | A Yes. |
| 20 | Q One of the other people giving an in-booth presentation |
| 21 | for Ethicon was Aaron Kirkemo; right? |
| 22 | A Yes. |
| 23 | Q He ultimately became the assistant medical director at |
| 24 | Ethicon? |
| 25 | A That's correct. |

71 (Pages 278 to 281)

## Douglas Grier, M.D.

| Page 282 | Page 284 |
|---|---|
| 1  Q  And one of the -- and Ethicon paid for you to go to | 1  Q  And your presentation was on Monday, May 21st, is that |
| 2     Atlanta? | 2     correct -- |
| 3  A  No. | 3  A  Yes. |
| 4  Q  They didn't pay for you to go to Atlanta? | 4  Q  -- at 1:30? |
| 5  A  No.  I was attending the AUA. | 5  A  Yes. |
| 6  Q  Did they pay for your time giving these presentations? | 6  Q  And it was on the Gynecare Prolift, an Ethicon product? |
| 7  A  Yes. | 7  A  Yes. |
| 8          (Exhibit No. 36 marked for | 8  Q  And the other people you were on a panel with were again |
| 9           identification.) | 9     Aaron Kirkemo; right? |
| 10 Q  (By Mr. DeGreeff)  Doctor, I'm handing you what I've | 10 A  Uh-huh. |
| 11    marked as Deposition Exhibit 36.  Handing Barry one. | 11 Q  Christina -- Christina Pramudji.  You know that she's |
| 12    And, Doctor, Deposition Exhibit 36 is a -- is an | 12    a -- she's a defense expert in this litigation; right? |
| 13    email from Price St. Hilaire, who is the product director | 13 A  Okay. |
| 14    at Ethicon; correct? | 14 Q  And Brian Flynn was on that one, who's also a defense |
| 15 A  Yes, I guess so. | 15    expert for Ethicon in the mesh litigation; correct? |
| 16 Q  And he's the -- he's the marketing director who helped | 16 A  Yes. |
| 17    launch some of the TVT product; right? | 17 Q  And then some of the other notable speakers who are |
| 18 A  Yes. | 18    giving these in-booth presentations for -- for Ethicon |
| 19 Q  And you are copied on that email; right? | 19    are Elizabeth Kavaler; correct? |
| 20 A  Yes. | 20 A  Kavaler, yes. |
| 21 Q  Well, it's to you.  Sorry.  You're not copied on it. | 21 Q  Kavaler.  And she's also a defense expert for Ethicon in |
| 22 A  Okay. | 22    this mesh litigation? |
| 23 Q  Do you see yourself in the "to" line? | 23         MR. KOOPMANN:  Objection to form. |
| 24 A  I see myself in the "to" line, yes. | 24 Q  (By Mr. DeGreeff)  Did you know that? |
| 25 Q  And that's on May 11th of 2007? | 25 A  No. |

| Page 283 | Page 285 |
|---|---|
| 1  A  Yes. | 1  Q  And where was this?  Do you happen to know? |
| 2  Q  And the subject line says "AUA In Booth Activities"? | 2  A  No, I don't recall.  I don't recall. |
| 3  A  Yes. | 3  Q  Did you get paid to give -- to be on this panel? |
| 4  Q  What is the AUA? | 4  A  I would assume I -- I did. |
| 5  A  American Urologic Association. | 5          (Exhibit Nos. 37-38 marked for |
| 6  Q  And what he's doing here is telling you what booth number | 6           identification.) |
| 7     Ethicon is at the AUA? | 7  Q  (By Mr. DeGreeff)  Doctor, I'm handing you Deposition |
| 8  A  Yes. | 8     Exhibit 37.  I'm also handing you Deposition Exhibit 38, |
| 9  Q  And this was the same kind of deal where Ethicon set up a | 9     and handing one to Barry. |
| 10    marketing booth with other vendors? | 10 A  Okay. |
| 11 A  Correct. | 11 Q  Doctor, these are both invoices that you submitted to |
| 12 Q  And it's instructing you to arrive at the booth at least | 12    Ethicon related to your TVT World Registry clinical study |
| 13    15 minutes prior to your scheduled presentation so they | 13    work; correct? |
| 14    can get you set up? | 14 A  It looks like, yes. |
| 15 A  Correct. | 15 Q  And one of those was for -- totaled 2100 and one totaled |
| 16 Q  Is this another circumstance where you gave an in-booth | 16    3200; right? |
| 17    marketing presentation for Ethicon at the AUA? | 17 A  Yes. |
| 18 A  Yes.  That's the purpose of the AUA, is to look at new | 18 Q  So this was approximately $5,300 worth of billings |
| 19    products, devices, and learn about the field.  This is | 19    related to your work on the TVT World Registry? |
| 20    going on throughout the AUA. | 20 A  Yes. |
| 21 Q  It's a marketing event? | 21 Q  Do you know if this was -- excuse me. |
| 22 A  Well, it's a marketing event.  It's also a scientific | 22    And the date of these invoices were 5/10/2007 and |
| 23    event. | 23    12/5/2007; correct? |
| 24 Q  Okay.  And looking at -- | 24 A  Okay.  Yes. |
| 25 A  We're presenting data on these -- these devices. | 25 Q  And were these -- do you know if there was additional |

Douglas Grier, M.D.

| Page 286 | Page 288 |
|---|---|
| 1    invoices for your work on the TVT World Registry or if<br>2    this would be all of them?<br>3   A  I just don't recall.<br>4   Q  So these -- again, the clinical study payments would be<br>5    in addition to what you were being paid under your<br>6    consulting agreements; correct?<br>7   A  Yes.<br>8   Q  And it would be in addition to what you were being paid<br>9    by other pharmaceutical companies?<br>10   A  Yes.<br>11         (Exhibit No. 39 marked for<br>12        identification.)<br>13   Q  (By Mr. DeGreeff) Doctor, I'm handing you what I've<br>14    marked as Deposition Exhibit 39.<br>15      And, Doctor, this is another Ethicon -- this is --<br>16    well, it looks like a schedule for the Ethicon 2009<br>17    Urology Advisory Board meeting; is that correct?<br>18   A  Yes.<br>19   Q  And that occurred from December 11th to 12th of 2008; is<br>20    that right?<br>21   A  Yes.<br>22   Q  And it was in Somerville, New Jersey?<br>23   A  Yes.<br>24   Q  And that is Ethicon's headquarters?<br>25   A  Correct. | 1    to the hotel, then back to the airport, and then back<br>2    home.<br>3   Q  The conference was the next day; right?<br>4   A  Oh, yes. So this would be flying in. So I don't know --<br>5    I don't know if I made that or not. Probably did because<br>6    it's so late, but getting to the east coast is difficult.<br>7   Q  What products -- Ethicon products have you been on an<br>8    advisory board for?<br>9   A  I --<br>10   Q  Do you want me to list some and you can say yes or no?<br>11   A  Well, an advisory board, this is like a one-off. Each of<br>12    these is kind of a one-off advisory board. There was no<br>13    regularity to it. It wasn't like it met ten times a<br>14    year. It would be maybe one in one year, and not another<br>15    for a couple years, and then maybe two in one year.<br>16   Q  Well, what product was this for?<br>17   A  This is -- well, this is -- if you look at the beginning,<br>18    these are disease states where they wanted our input as<br>19    to what -- basically pick our brain to say what could<br>20    be -- do you have any ideas about these different disease<br>21    states, and what we can develop.<br>22   Q  How many other consultants like yourself would have been<br>23    there?<br>24   A  Maybe 20. I don't know. So this one wasn't on any<br>25    current products. These were all research and |

| Page 287 | Page 289 |
|---|---|
| 1   Q  How many times have you been to Ethicon's headquarters?<br>2   A  Two, maybe three times.<br>3   Q  And were they always for advisory boards -- board<br>4    meetings?<br>5   A  Ooh. No, I've done, I think, two -- two of the three<br>6    were cadaver labs.<br>7   Q  And they -- Ethicon paid for you to come to their<br>8    headquarters?<br>9   A  Yes.<br>10   Q  And were you paid for your time to go?<br>11   A  Yes.<br>12   Q  They paid for your air travel, your hotel, your expenses?<br>13   A  Yes.<br>14   Q  And would this have been -- would you have received your<br>15    $3,500 a day for full days?<br>16   A  I -- if that were the rate at the time, I imagine so,<br>17    yes.<br>18   Q  And did you attend the 7:00 to 10:00 welcome reception<br>19    and dinner?<br>20   A  I don't recall it. I'm sure I did because I was captive.<br>21   Q  And is -- what do you mean by "captive"?<br>22   A  I had nowhere else to go, no transportation, and probably<br>23    hungry.<br>24   Q  Were you being essentially ushered around by Ethicon?<br>25   A  Well, we had this conference and then dinner after, back | 1    development, pipeline ideas to give to their people to<br>2    pursue.<br>3   Q  Have you ever been part of an advisory board on the TVT<br>4    Abbrevo?<br>5   A  Oh, I don't recall.<br>6   Q  Have you testified previously that you were?<br>7   A  Well, there may have been one.<br>8   Q  Have you ever been on an advisory board for the TVT<br>9    Exact?<br>10   A  Well, they came out at the same time. So there may have<br>11    been one. I just don't recall any specific meeting.<br>12   Q  What about the TVT-R?<br>13   A  No.<br>14   Q  TVT-O?<br>15   A  Probably yes for TVT-O.<br>16   Q  TVT-S?<br>17   A  Probably yes for that.<br>18   Q  Prosima --<br>19   A  If they had one --<br>20   Q  Prosima?<br>21   A  Yes, if they had one.<br>22   Q  Prolift?<br>23   A  Probably not.<br>24   Q  Prolift+M?<br>25   A  Definitely not. |

73 (Pages 286 to 289)

Douglas Grier, M.D.

Page 290

1   Q  Gynemesh?
2   A  Definitely not.
3              (Exhibit No. 40 marked for
4              identification.)
5   Q  (By Mr. DeGreeff)  Doctor, I'm handing you what I've
6      marked as Deposition Exhibit 40, and I'm really curious
7      about this one because it's titled a "Secrecy Agreement."
8   A  Oh, okay.
9   Q  And this appears to be an agreement for you to evaluate
10     information related to pelvic floor repair surgical
11     stimulation while at -- while at the Ethicon meeting in
12     Toronto, California, in August of 2010; is that right?
13  A  Well, it's right, except it's not stimulation.  It's
14     simulation.
15  Q  Yeah, that makes more sense.  So that's what it is,
16     though; correct?
17  A  Yes.
18  Q  And you -- pursuant to this agreement, for three years
19     from its date, you weren't allowed to disclose any of the
20     information you obtained to third parties or any other --
21     or anybody else; right?
22  A  Yes.
23  Q  So you weren't allowed to discuss any safety concerns
24     that you might have had based on those meetings?
25  A  There was no safety concerns because this is -- this is a

Page 291

1      simulator that has nothing to do with patient surgery.
2      It's simply a three-dimensional -- basically almost like
3      a hologram box that you look into, and you can move your
4      way around in the female pelvis and see all the anatomy.
5      This is a training device, has nothing to do with
6      surgery.  It's purely for education.
7   Q  So this was a situation where you, as one of Ethicon's
8      go-to consultants, was allowed to see the internal
9      products; fair?
10  A  This particular internal product, yes.
11  Q  Because you were someone they'd worked with a lot and
12     trusted?
13  A  Yes.  And the -- I think the lead employee on this
14     happened to be one of the professional education
15     coordinators in the past, so he knew me from working with
16     him in the past, and so I think that's why he invited me
17     into this -- this product that they were developing.
18  Q  And he was an Ethicon employee?
19  A  Yes.
20  Q  How many other non-Ethicon employees would have been at
21     this meeting?
22  A  You mean at this particular -- I have no idea.  And the
23     reason I have no idea is, they would invite you in --
24     individually into a room.  There was no other physicians
25     in the room.  And then you would leave.  So you'd -- I

Page 292

1      didn't know who was invited, who wasn't.
2              (Exhibit No. 41 marked for
3              identification.)
4   Q  (By Mr. DeGreeff)  Okay.  Doctor, I'm handing you what
5      I've marked as Deposition Exhibit 41.
6              And in particular, I want to call your attention
7      to -- if you look at the first page, down at the bottom,
8      there's an email from Feng Han, I can only assume?
9   A  Okay.
10  Q  And she's -- and she, he, or whatever, says, "Kindly
11     please find the breakdown of the total budget of
12     international speakers, including Dr. Douglas Grier and
13     Dr. Marcus Carey for the AP Summit."
14             Did I read that correctly?
15  A  Yes.
16  Q  What is the AP summit?
17  A  Asia-Pacific.
18  Q  And that was in Bangkok?
19  A  Yes.
20  Q  And if you look down below, it breaks down what they paid
21     you and paid on your behalf, and it looks like it cost
22     about $16,100 for you to go to that summit; correct?
23  A  Of which the majority -- the -- half of that was -- or
24     40 percent of it was the -- the airfare and lodging.
25  Q  Well, let's talk about that.  They paid you $10,500 as

Page 293

1      your per day honorarium; correct?
2   A  No.  The total honorarium.  $3,500 a day, the standard
3      rate for three days.
4   Q  That's what I'm saying.  $10,500, of which you got paid
5      for your -- your three days?
6   A  Yes.
7   Q  And on top of that, they paid for a $5,000 flight?
8   A  Yes.
9   Q  And they paid for $600 worth of accommodations at $200 a
10     day?
11  A  Okay.
12  Q  And did they also pay for your food and expenses while
13     you were there?
14  A  Most of them, yes.
15  Q  And what agreement would this have fallen under?  Your
16     consulting agreement?
17  A  Yes.
18  Q  And this was a three-day trip; correct?
19  A  Yes.  Seventy-two hours.
20  Q  And was your other trip to China longer than this one or
21     shorter than this one?
22  A  Shorter.
23  Q  So again, you made roughly -- you made $10,500 in three
24     days?
25  A  Yes.

74 (Pages 290 to 293)

Douglas Grier, M.D.

| Page 294 | Page 296 |
|---|---|

**Page 294**

1  Q  At that $3,500 daily rate, that essentially assumes a
2  million dollar a year income; right?
3  A  I have not done the math on it.  That obviously didn't
4  happen.
5        (Exhibit No. 42 marked for
6        identification.)
7  Q  (By Mr. DeGreeff)  Doctor, I'm going to hand you what
8  I've marked as Deposition Exhibit 42.  I'm going to hand
9  one to Barry.
10      Doctor, if you look on the first page, this is a --
11  the very first email that was November 19th, 2010, at
12  11:12 a.m., do you see that?
13  A  Yes.
14  Q  And that's from Ronald Horton.  Do you know who he is,
15  with Ethicon?
16  A  No.
17  Q  And it's to a number of people.  Paul Parisi, I know you
18  know him; right?
19  A  Yes.
20  Q  And Marti Heckman, you know him?
21  A  No.
22  Q  Allison West?
23  A  No.
24  Q  Lissette Caro-Rosado?
25  A  Yes.

**Page 295**

1  Q  How do you know her?
2  A  I just -- I don't remember what her job was, but I met
3  her in rooms before.
4  Q  And this particular email says "All, please see the below
5  list of highly used KOLs" -- do you know what that means?
6  A  Key opinion leaders.
7  Q  Okay.  -- "and the total pay they have received this
8  year."
9      And -- did I read that correctly?
10  A  Yes.
11  Q  And you're on that list; correct?
12  A  Yes.
13  Q  And that says that you've received $162,475; is that
14  right?
15  A  Yes.
16  Q  And that was for the year 2010?
17  A  Yes.  That was a busy year.
18  Q  And this was the -- this was another year where you maxed
19  out the Gyne; is that right?
20      MR. KOOPMANN:  Object to the form.
21      THE WITNESS:  I'm not going to answer
22  that.
23  Q  (By Mr. DeGreeff)  Why not?  It's a fair question; right?
24  That's how you referred to being paid all of your -- all
25  of your money under the consulting agreement?

**Page 296**

1      MR. KOOPMANN:  Object to the form.
2  Q  (By Mr. DeGreeff)  Your words, not mine; right, Doctor?
3      MR. KOOPMANN:  Object to the form.
4  Q  (By Mr. DeGreeff)  Answer.
5  A  This is -- that -- you see the total that I have.  I'm
6  not sure what you're asking me to say.
7  Q  And that was for the year 2010?
8  A  Yes.
9  Q  Some other -- and what is a key opinion leader, Doctor?
10  A  Well, it's people whose opinion they value.
11  Q  Ethicon values?
12  A  Well, yes.
13  Q  And what is the job of a key opinion leader?
14  A  Well, my job was to teach and train physicians on these
15  products.
16  Q  And to help convert people who weren't using the products
17  to using Ethicon products?
18  A  Well, I believe in these products.  It was very useful
19  for my practice, and I felt it was a practice enhancer,
20  and I wasn't saying anything that wasn't true for me
21  personally.
22  Q  And some other people on that list with you are -- do you
23  know who Dr. Anhalt is?
24  A  Yes, I think so.
25  Q  And you know that's a defense expert in this mesh

**Page 297**

1  litigation?
2  A  I know now.
3  Q  Again we see Dr. Carbone, a defense expert in this
4  litigation; right?
5  A  Yes.
6  Q  And do you know who Dr. Leval is?
7  A  Perhaps that's Jean Leval, the inventor of the TVT-O.
8  Q  Yeah, he invented the TVT-O and the TVT Abbrevo; correct?
9  A  Yes.
10  Q  And he has offered opinions in one mesh case and
11  testified at trial on another; right?  Are you aware of
12  that?
13      MR. KOOPMANN:  Object to form.
14      THE WITNESS:  I'm not aware of that.
15  Q  (By Mr. DeGreeff)  Would that have been -- given that
16  you're giving TVT-O opinions in this case, would those
17  have been things you wanted to see.
18  A  Well, there's a certain amount of information overload in
19  all these documents that I've been sent that I'm doing my
20  best to go over them.  So I don't look at more
21  information necessarily as offering me anything, but when
22  it comes to trial testimony . . .
23  Q  Would you --
24  A  It's not how I decided to use these products.  It's not
25  peer-reviewed, published data.  It doesn't have level one

75 (Pages 294 to 297)

Douglas Grier, M.D.

| Page 298 | Page 300 |
|---|---|
| 1  relevance. It -- you're talking about individual | 1  Otherwise, I would be. |
| 2  testimony. | 2  (Exhibit Nos. 43-46 marked for |
| 3  Q  In rendering your opinions in this case regarding TVT-O, | 3  identification.) |
| 4  would you have wanted to see the trial testimony of the | 4  MR. DEGREEFF: Barry, here's 43, 44. |
| 5  man who invented it? | 5  There you go, Barry. I've got yours coming, Doctor. |
| 6  MR. KOOPMANN: Object to the form. | 6  Q  (By Mr. DeGreeff) Doctor, I'm going to hand you what |
| 7  THE WITNESS: I would like to see if | 7  I've marked as Deposition Exhibits 43 through 46, and |
| 8  there was anything unique or different than what I know | 8  we'll talk about them one at a time. |
| 9  about the product already. | 9  Doctor, Deposition Exhibit 43 is a reimbursement |
| 10  Q  (By Mr. DeGreeff) Doctor, did you know that there's 12 | 10  form for -- dated June 27th of 2012; right? |
| 11  doctors on this list that you're on, not including you, | 11  A  Yes. |
| 12  who are acting as experts for Ethicon in the mesh | 12  Q  And this is your submission for -- assuming giving a |
| 13  litigation? | 13  presentation at Spencer's for Steaks and Chops in |
| 14  MR. KOOPMANN: Object to form. | 14  Spokane, Washington? |
| 15  THE WITNESS: When I look at this | 15  A  Yes. |
| 16  list, I see people who have done a lot of teaching and | 16  Q  And your honorarium for that was $2,187.50; is that |
| 17  who know these products intimately, so why would you not | 17  right? |
| 18  engage them in -- in the defense of the products? | 18  A  Yes. |
| 19  Q  (By Mr. DeGreeff) You're also seeing some people who | 19  Q  And is Spencer's a -- it's a nice steakhouse? |
| 20  have been paid a whole lot of money, aren't you, by | 20  A  I did not find it to be. |
| 21  Ethicon? | 21  Q  Okay. |
| 22  MR. KOOPMANN: Object to form. | 22  A  It's in a Doubletree hotel. |
| 23  THE WITNESS: I see large numbers | 23  Q  Okay. Did Ethicon pay for your dinner? |
| 24  here, yes. | 24  A  They did. |
| 25  Q  (By Mr. DeGreeff) Dr. Lucente was paid 410,000 in one | 25  Q  Did they pay for the attendees' dinner? |

| Page 299 | Page 301 |
|---|---|
| 1  year? | 1  A  Yes. |
| 2  A  I see that. But he works extremely hard and put a lot of | 2  Q  And that was -- now, if you'll look at Exhibit 44, that |
| 3  hours into -- into these -- into teaching -- | 3  was June 28th of 2012, and that's, again, a reimbursement |
| 4  Q  That's -- | 4  form; right? |
| 5  A  -- and research. | 5  A  Yes. |
| 6  Q  That's $400,000 in one year paid by Ethicon; right? | 6  Q  And that looks like it was -- it was for a roundtable |
| 7  A  Yes. | 7  that you did at the Marc restaurant in Walla Walla, |
| 8  MR. KOOPMANN: Object to the form. | 8  Washington? |
| 9  Q  (By Mr. DeGreeff) To one of their experts in this case? | 9  A  Yes. |
| 10  MR. KOOPMANN: Object to form. | 10  Q  And that was at the Marcus Whitman Hotel? |
| 11  THE WITNESS: I see that, yes. | 11  A  Yes. |
| 12  Q  (By Mr. DeGreeff) You think that that's a conflict of | 12  Q  And your honorarium for that one was $3,937.50? |
| 13  interest for him to serve as an expert, given that he's | 13  A  Yes. The reason for that was, there were two cases that |
| 14  been paid $400,000 in one year by the people he's writing | 14  were scheduled to be proctored at a local hospital, and |
| 15  the opinions for? | 15  they fell through at the last minute. So I was kicked |
| 16  MR. KOOPMANN: Object to form. | 16  out for the whole day. |
| 17  THE WITNESS: I don't have an opinion | 17  Q  My question was just the honorarium was $3,937.50; right? |
| 18  on that. | 18  A  Yes. |
| 19  Q  (By Mr. DeGreeff) Do you think you have a conflict of | 19  Q  And so Exhibit 43 and 44 are back-to-back days, June 27th |
| 20  interest, given what you've been paid by this company | 20  and June 28th of 2012; correct? |
| 21  over the years? | 21  A  Yes. |
| 22  A  No, I don't. I'm still using the products. I still | 22  Q  Between those two dinner presentations, you made roughly |
| 23  believe that they're safe and efficacious. | 23  $6,100? |
| 24  Q  You're not using the TVT-S, are you? | 24  A  Okay. |
| 25  A  Only because it was withdrawn from the market. | 25  Q  Is that correct? |

76 (Pages 298 to 301)

Douglas Grier, M.D.

| Page 302 | Page 304 |
|---|---|
| 1 A Yes. | 1 Q And the final payment, it appears, is 12/9 of '10; is |
| 2 Q All right. Looking at Exhibit 45, I think, is the next | 2 that right? |
| 3 one. That's a -- another faculty reimbursement form from | 3 A No. 12/17 of '10. |
| 4 July 11th of 2012; is that right? | 4 Q Okay. I don't have -- oh, okay. Yeah. I see what |
| 5 A Yes. | 5 you're saying. Okay. Good. |
| 6 Q And that's from a presentation you did at the Andina | 6 And, Doctor, remember you told me earlier that you |
| 7 restaurant in Portland, Oregon? | 7 didn't remember doing any cadaver labs that were full |
| 8 A Yes. | 8 days? |
| 9 Q And again, Ethicon paid for the meal? | 9 MR. KOOPMANN: Object to form. |
| 10 A They did. | 10 THE WITNESS: Well, when you're |
| 11 Q And your honorarium on that one was $2,187.50? | 11 saying -- what do you mean by full days? What -- if it's |
| 12 A Yes. | 12 a day out of the office, that's a full day. You mean -- |
| 13 Q And looking at Exhibit 46, that's another reimbursement | 13 cadaver lab will take a full day out of the office. |
| 14 form for a presentation you gave on July 12th of 2012, at | 14 Q (By Mr. DeGreeff) Okay. Well, you -- I thought you told |
| 15 Beverly's in Coeur d'Alene, Ohio; right? | 15 me it was only -- they would only constitute a half day. |
| 16 A Idaho. | 16 A Well, if you -- if you start at 7:00 a.m. and you're done |
| 17 Q Idaho. Sorry. Right? | 17 around 2:00 to 3:00, what do you consider that -- that's |
| 18 A Yes. | 18 five -- that's -- eight hours. Isn't that a full day? |
| 19 Q And Coeur d'Alene is a resort town? | 19 Q I agree with you. That's why I was -- I was trying to |
| 20 A It is. | 20 figure out why you were telling me that it was a half |
| 21 Q And is Beverly's a nice restaurant? | 21 day. |
| 22 A Yes. | 22 And, Doctor, based on this spreadsheet, you were |
| 23 Q And Ethicon paid for that? | 23 paid for trips to Denver, Colorado; right? |
| 24 A Yes. | 24 A Yes. |
| 25 Q And your honorarium was $3,937.50? | 25 Q Burbank, California? |

| Page 303 | Page 305 |
|---|---|
| 1 A Yes. | 1 A Yes. |
| 2 Q So again, looking at the last two exhibits, again you | 2 Q St. Croix Falls, Wisconsin? |
| 3 made roughly $6,100 in two nights? | 3 A Yes. |
| 4 A Okay. Two different days, yes. | 4 Q Tracy, California? |
| 5 Q And those were back-to-back days? | 5 A Yes. |
| 6 A Yes. Exactly. | 6 Q Phoenix, Arizona? |
| 7 Q So between the four -- the four exhibits we just talked | 7 A Uh-huh. |
| 8 about, 43, 44, 45, and 46, you made a little over $12,000 | 8 Q Burbank, California? |
| 9 in two weeks? | 9 A Yes. |
| 10 A I guess so, yes. | 10 Q Phoenix, Arizona? |
| 11 (Exhibit No. 47 marked for | 11 A Wait -- take that one back. Burbank, California -- yes. |
| 12 identification.) | 12 Sorry. Yes. |
| 13 Q (By Mr. DeGreeff) Doctor, handing you what I've marked | 13 Q And then Phoenix several more occasions? |
| 14 as Deposition Exhibit 47, this is a spreadsheet of | 14 A Yes. That's -- there are certain places in the country |
| 15 payments. | 15 that have cadaver labs, and -- |
| 16 You see that? | 16 Q Anchorage, Alaska? |
| 17 A Yes. | 17 A Yes. |
| 18 Q And this is -- I'll represent to you that this is a | 18 Q Chicago, Illinois? |
| 19 document that was produced by Ethicon, and all I did was | 19 A Yes. |
| 20 make it so that you were the only person who showed up. | 20 Q La Jolla, California? |
| 21 Okay? | 21 A Yes. That was a dinner lecture, I think. |
| 22 A Okay. | 22 Q And -- nice place; right? |
| 23 Q And the beginning date on these -- and this is a payment | 23 Dallas, Texas? |
| 24 list. And the beginning payment is 4/2 of '08; right? | 24 A Yes. |
| 25 A Yes. | 25 Q Detroit, Michigan. I'll give you one there. I -- nobody |

77 (Pages 302 to 305)

Douglas Grier, M.D.

| Page 306 | Page 308 |
|---|---|

**Page 306**

1 wants to go to Detroit.
2      San Francisco, California?
3 A Oh, I remember that. Yes.
4 Q San Diego, California?
5 A Yes.
6 Q Denver, Colorado, three more times.
7 A Right.
8 Q And, Doctor, you see those -- those payment amounts over
9      on the side?
10 A Yes.
11 Q You can add them up if you want to, but I'll represent
12      that those add up to $166,843.
13 A Okay.
14 Q And that's just what you were paid for your honorarium;
15      correct?
16 A That's correct.
17 Q That doesn't include what they paid for your expenses and
18      hotels and airplane flights or anything else?
19 A Over this three-year period?
20 Q Well, it's two and a half years; right?
21 A Well, starting in April -- the beginning of April, that's
22      what, eight months and one year, and then two more years.
23      So that's pretty close to three years.
24 Q So it's $166,000 in roughly -- a little over two and a
25      half years?

**Page 307**

1 A Okay.
2 Q And you were operating under -- and that's just
3      consulting agreements; correct?
4 A Yes.
5 Q That's not the clinical studies?
6 A The -- yes.
7 Q And that's not the other pharmaceutical companies that
8      were paying you?
9 A That's right.
10 Q And that's not the other 12 years of consulting
11      agreements that you had with the company?
12 A Yes.
13 Q Doctor, is it fair to say that you've been paid over a
14      million dollars by Ethicon between consulting, clinical
15      study reports, and all the other things you've done and
16      been paid for?
17      MR. KOOPMANN: Object to form.
18      THE WITNESS: My memory was the Perry
19 trial, the plaintiffs' attorney came up with a figure of
20 560,000 over that entire length of time.
21 Q (By Mr. DeGreeff) Doctor, I actually think that was your
22      number from the Perry trial transcript.
23 A I can't imagine it's that much because the early years
24      were maybe 20- or 30,000 a year.
25 Q Let's try this: Based on some of the other numbers we've

**Page 308**

1 looked at, the $50,000 chunks from Eli Lilly and some of
2 the others, fair to say you've been paid over a million
3 dollars by the pharmaceutical industry as a whole?
4      MR. KOOPMANN: Object to form.
5      THE WITNESS: Are you lumping medical
6 device with pharmaceuticals?
7 Q (By Mr. DeGreeff) Yes.
8 A I mean, I -- I have not done the math.
9 Q Does that seem like a reasonable number?
10 A I would have to confirm it to see whether it was a
11      reasonable number.
12 Q Well, let's talk about what we do know. We know you were
13      paid 166,000, right, from -- from two thousand --
14      April of 2008 until December of 2010?
15      MR. KOOPMANN: Objection. Form.
16      Asked and answered.
17 Q (By Mr. DeGreeff) Is that correct?
18 A Yes. You can't extrapolate it. These were the busiest
19      years that I had.
20 Q Well, we know that in 2011 you were paid 162,000;
21      correct?
22 A That's in these years, yes.
23 Q We know that in 2004 you were paid 100,000; right?
24      MR. KOOPMANN: Object to form.
25 Q (By Mr. DeGreeff) That was the year you maxed out the

**Page 309**

1 Gyne.
2 A Okay.
3      MR. KOOPMANN: Object to form.
4 Q (By Mr. DeGreeff) So between those three, you're talking
5      about $435,000, right, just between those -- just between
6      those three things?
7 A Okay.
8 Q Is that correct?
9 A Yes.
10      MR. KOOPMANN: Object to form.
11 Q (By Mr. DeGreeff) On top of that, we know that you've
12      been -- you've been paid somewhere between 50- and
13      $100,000 for representing Ethicon in the mesh litigation;
14      right?
15      MR. KOOPMANN: Object to form.
16      THE WITNESS: Okay.
17 Q (By Mr. DeGreeff) So that puts us up to -- that puts us
18      over $500,000; right?
19 A Sure.
20 Q And then we've got consulting agreements for the
21      remaining 12 years that we -- that we haven't even
22      factored in; right?
23      MR. KOOPMANN: Object to form.
24 Q (By Mr. DeGreeff) And that's -- those were consulting
25      agreements with Ethicon.

78 (Pages 306 to 309)

Douglas Grier, M.D.

| Page 310 | Page 312 |
|---|---|

**Page 310**

1  A  In the -- in the less peak years, yes.
2  Q  Okay. Well, we know that more than once you maxed them
3     out because you needed additional contracts; right?
4  A  Apparently.
5  Q  And on top of that, we know that you've been paid
6     hundreds of thousands of dollars by pharmaceutical
7     companies that we just went through?
8              MR. KOOPMANN: Object to form.
9  Q  (By Mr. DeGreeff) Is that --
10 A  Okay.
11 Q  Is that correct?
12 A  Yes. All of that represents work on my time.
13 Q  And that's not my question, Doctor. I'm not --
14 A  I know that's not your question. You just want to frame
15    it in terms of just the economics of it.
16 Q  Well, the way it works is, I ask the questions, and
17    that's my question. Given the things we've just
18    discussed, Doctor, don't you think you've been paid a
19    million dollars by the pharmaceutical industry?
20             MR. KOOPMANN: Object to form.
21             THE WITNESS: Well, I don't -- I may
22    have. I don't know. Over the -- over the last 15 years,
23    you're talking about?
24 Q  (By Mr. DeGreeff) Yes.
25 A  It's certainly possible, yes.

**Page 311**

1  Q  Let's talk about -- actually, let's go off the record for
2     one second just so I can get my thought together so I
3     don't make this . . .
4              (Pause in proceedings.)
5  Q  (By Mr. DeGreeff) Doctor, have you ever used any TVM
6     product other than Ethicon for treatment of SUI?
7  A  Yes.
8  Q  Which one?
9  A  The Elevate and Apogee/Perigee from -- that's AMS.
10 Q  When did you use that one?
11 A  Oh, 2005, 2006, about in there. There have been other
12    times when I have -- multiple times when I've proctored
13    in an OR, and I would proctor on the TVT sling and then
14    the surgeon would use one of the other products for their
15    pelvic floor repair.
16 Q  Oh, SUI. I'm sorry.
17 A  Oh, SUI.
18 Q  Yes. What Ethicon -- have you ever used any TVM product
19    other than Ethicon products for the treatment of SUI
20    only?
21 A  Yes.
22 Q  And which one would that be?
23 A  Bard Uretex.
24 Q  When did you use that?
25 A  When it was first introduced, which would be the early

**Page 312**

1     2000s. I've used the MiniArc. I've used the Ajust.
2     I've used the Boston Scientific. I've used Monarc. I've
3     used SPARC. I've used one that was -- I forget the name
4     of it. It was manufactured as GMD.
5  Q  Okay. What Ethicon transvaginal mesh products have you
6     placed?
7  A  All of them.
8  Q  All of them?
9              MR. KOOPMANN: I'd like to lodge an
10    objection to the form of that last question.
11 Q  (By Mr. DeGreeff) Doctor, do you agree that the only
12    papers available in 1999 on TVT were authored by Ulmsten
13    and Nilsson?
14 A  That's -- of the Scandinavian group, that's probably
15    true. They're the first ones to publish it. But I know
16    it was used in Europe several years before it came to the
17    U.S.
18 Q  Doctor, your reliance list, if you can find it under
19    there, Doctor, that's a -- and that's exhibit what? I'm
20    sorry. 16?
21 A  Yes.
22 Q  Doctor, that reliance list is 82 pages long; right?
23 A  Yes, it is.
24 Q  And have you counted up the articles on that?
25 A  No.

**Page 313**

1  Q  Do you know how many pages the list of articles is, how
2     many pages long the list of articles alone is?
3  A  I haven't counted that either. It's not -- it's not
4     listed.
5  Q  Well, I'll represent to you that the -- the list of
6     articles alone is 43 pages long and includes 875
7     articles. Does that look reasonable?
8  A  Well, a lot of them were kind of maybe Ethicon inside
9     documents, letters, IFUs.
10 Q  Well, that's later on.
11 A  Oh.
12 Q  I'm talking about 43 pages of only scientific articles
13    and literature and 875 separate articles.
14             Did you review 875 articles in giving your opinion?
15 A  No. I've scanned the vast majority of these, though.
16 Q  And when you say "scanned" them, do you mean you looked
17    at the title?
18 A  No, not the title. The abstracts.
19 Q  You didn't read them in detail?
20 A  Not if I didn't find that it had something specific to
21    offer.
22 Q  Are you saying that you've -- you've partially read 875
23    articles?
24             MR. KOOPMANN: Objection. Form.
25             THE WITNESS: I don't know the exact

Golkow Technologies, Inc. - 1.877.370.DEPS

Douglas Grier, M.D.

| Page 314 | Page 316 |
|---|---|
| 1     number. | 1   A  No. |
| 2   Q  (By Mr. DeGreeff)  Have you -- | 2   Q  Fair to say you haven't reviewed everything on your |
| 3   A  But a lot of these articles, I have read in the past, not | 3     reliance list? |
| 4     just for this trial.  A lot of them are just the landmark | 4   A  Yes. |
| 5     articles. | 5   Q  What percentage of the documents on your reliance list |
| 6   Q  Who compiled that list? | 6     would you say you've reviewed? |
| 7         MR. KOOPMANN:  Objection.  Form. | 7   A  I can't give a percentage because a lot of these are |
| 8         THE WITNESS:  The legal team compiled | 8     just -- are internal documents that I did not read, and |
| 9     it. | 9     there's a lot of them. |
| 10  Q  (By Mr. DeGreeff)  And did you tell the legal team which | 10  Q  Did you just -- did you not read the internal |
| 11    articles should be on it? | 11    documents -- the Ethicon internal documents? |
| 12  A  No.  There were a couple that I added because I found | 12  A  Very few of them.  I just didn't find them relevant or |
| 13    them later on.  They were more recent. | 13    find anything in there that I could use. |
| 14  Q  So a couple of the 875 you added versus the defense legal | 14  Q  And which of the depositions that -- looking at your list |
| 15    team? | 15    of depositions, were there any in particular that you |
| 16  A  Yes.  Because they basically did a -- a -- what I would | 16    remember reading that stood out to you? |
| 17    call a Medline search on the topic. | 17  A  Well, I remember reading Ostergard, Margolis, Blaivis. |
| 18  Q  And, Doctor, if you look in there, there's 130 | 18  Q  Any others? |
| 19    depositions on your reliance list; correct? | 19   A  Moore. |
| 20  A  Okay.  That, I'm not aware of. | 20  Q  Any others? |
| 21  Q  It's towards the back.  Did you read 130 depositions in | 21   A  In the past, Rosenzweig. |
| 22    preparing your -- | 22  Q  Any others? |
| 23  A  No. | 23   A  I don't recall any other. |
| 24  Q  Did you read any of the depositions? | 24  Q  Did you read any depositions of Ethicon employees? |
| 25  A  Yes. | 25   A  I did for the Perry trial.  Not since. |

| Page 315 | Page 317 |
|---|---|
| 1   Q  How many of them? | 1   Q  And that was an Abbrevo case? |
| 2   A  At least a dozen.  Maybe 20. | 2   A  Yes. |
| 3   Q  So maybe 20 out of 130? | 3   Q  You're not giving an Abbrevo opinion in the Wave 1 |
| 4   A  Yes. | 4     litigation; correct? |
| 5   Q  And on top of that, there's another 36 pages of your -- | 5   A  No. |
| 6    of your list there that contain hundreds of documents. | 6   Q  Why do you have so many documents on your reliance list |
| 7     Did you review all of those documents? | 7    if you're not relying on them? |
| 8   A  No. | 8        MR. KOOPMANN:  Objection.  Form. |
| 9   Q  Did you have any part in selecting the documents outside | 9        THE WITNESS:  Well, in case during -- |
| 10    of the articles that went into that reliance list? | 10    during testimony one of them is brought up, that I've |
| 11  A  No. | 11    reviewed it so that I can go over it. |
| 12  Q  Was that all selected by defense counsel? | 12  Q  (By Mr. DeGreeff)  Well, but as you sit here, you haven't |
| 13  A  Yes. | 13    reviewed a number of documents on your reliance list and |
| 14  Q  And there's some expert reports on the last page of that | 14    they're -- you're not relying on them for your opinions; |
| 15    reliance list. | 15    correct? |
| 16     Did you review those? | 16        MR. KOOPMANN:  Objection.  Form. |
| 17  A  Some of them, I did. | 17        THE WITNESS:  I'm -- well, I'm relying |
| 18  Q  There's not -- there are not that many of them, is there? | 18    on the ones that I found significant, ones that had, say, |
| 19    How many of them is there? | 19    level one data, that either they were long-term or they |
| 20  A  Oh, okay.  I think I've read all but the one that's | 20    were randomized controlled trials or the Cochrane |
| 21    Vladimir. | 21    reviews.  Those are meta-analysis that include a lot of |
| 22  Q  Do you know how many expert reports have been given in | 22    these papers, so I went with the higher level ones |
| 23    this case -- | 23    because I find that they have more objectivity. |
| 24  A  No. | 24  Q  (By Mr. DeGreeff)  Doctor, there are a number of |
| 25  Q  -- in this litigation? | 25    documents on that reliance list that you're not relying |

Douglas Grier, M.D.

| Page 318 | Page 320 |
|---|---|
| 1     on for your opinions; correct? | 1     the type, you can have chronic pelvic pain. So is it a |
| 2   A Yes. | 2     direct result of mesh surgery? I can't answer that. |
| 3   Q Doctor, is there a single long-term randomized control | 3   Q Well, I'm not asking about mesh surgery, Doctor. I'm |
| 4     trial for TVT that has safety as the primary end point? | 4     talking about the mesh itself. Mesh can cause pain for |
| 5   A My memory is, there is one, but with that as the specific | 5     women who have it; fair? |
| 6     end point? | 6          MR. KOOPMANN: Object to form. |
| 7   Q Yes. | 7          THE WITNESS: It's a possibility. I |
| 8   A Where am I -- I think they're in here. Do you know, | 8   don't -- I can't answer that with certainty. |
| 9     these are the -- | 9   Q (By Mr. DeGreeff) And mesh can result in chronic pain |
| 10          MR. KOOPMANN: There's your general | 10     for women who have it; correct? |
| 11   report. | 11          MR. KOOPMANN: Object to form. |
| 12          THE WITNESS: Secur? | 12          THE WITNESS: Again, all pelvic |
| 13          MR. KOOPMANN: Oh, no. | 13   surgery can lead to chronic pain, and women who have no |
| 14          THE WITNESS: I know there's a | 14   surgery can have chronic pelvic pain. So I can't |
| 15   Cochrane review. So this Tommaselli is questions | 15   a priori say that mesh causes chronic pelvic pain. I |
| 16   regarding long-term efficacy and safety of midurethral | 16   can't answer that as a yes. |
| 17   slings still unresolved notwithstanding the widespread | 17   Q (By Mr. DeGreeff) Well, mesh can -- let's rephrase it |
| 18   use of these procedures. And so this is long-term | 18     then. |
| 19   outcomes. | 19     Mesh can be a cause of chronic pain for women; |
| 20   Q (By Mr. DeGreeff) Is that a randomized controlled study? | 20   correct? |
| 21   A It is -- well, it's a systematic review of meta-analysis. | 21          MR. KOOPMANN: Object to form. |
| 22   So it would include randomized control trials in it. | 22          THE WITNESS: I don't know a specific |
| 23   Q The study itself is not a randomized, controlled study; | 23   mechanism that mesh would cause chronic pelvic pain. |
| 24   correct? | 24   Q (By Mr. DeGreeff) Okay. Well, let me ask it this way: |
| 25   A No. Because it's a meta-analysis. It's a compendium of | 25   Yes, no, or you can't answer: Mesh can be a cause of |

| Page 319 | Page 321 |
|---|---|
| 1   multiple studies. | 1   chronic pain for women who have it? |
| 2   Q I understand. I'm looking for a study that was actually | 2          MR. KOOPMANN: Object to form. |
| 3   a randomized controlled study with the primary end point | 3          THE WITNESS: I can't answer. |
| 4   of safety. | 4   Q (By Mr. DeGreeff) And yes, no, or you can't answer: |
| 5   A Well, I -- I could work on that. | 5   Mesh can cause pain for women during intercourse? |
| 6   Q That's okay. As you sit here, do you know one? | 6   A Oh, I can't answer that either. |
| 7   A Not a specific one. | 7   Q Mesh causes scar plate formation within the vagina; |
| 8   Q Okay. Well, let's move on because -- mesh can cause pain | 8   correct? |
| 9   for women who -- transvaginal mesh can cause pain for | 9          MR. KOOPMANN: Object to form. |
| 10   women; correct, Doctor? | 10          THE WITNESS: Scar plate formation can |
| 11          MR. KOOPMANN: Object to form. | 11   occur with implanted mesh. |
| 12          THE WITNESS: It's a possible | 12   Q (By Mr. DeGreeff) And mesh causes erosion of the tissue |
| 13   complication of all pelvic surgery, and it is -- can be | 13   within the vagina; correct? |
| 14   with mesh surgery also. | 14          MR. KOOPMANN: Object to form. |
| 15   Q (By Mr. DeGreeff) Doctor, I'm not talking about | 15          THE WITNESS: No. |
| 16   short-term surgical pain. I'm talking about it can be a | 16   Q (By Mr. DeGreeff) So is it your testimony, Doctor, that |
| 17   cause of long-term chronic pain for women; correct? | 17   mesh does not cause erosion within a woman's vagina? |
| 18          MR. KOOPMANN: Object to form. | 18          MR. KOOPMANN: Object to form. |
| 19          THE WITNESS: That -- that's an | 19          THE WITNESS: No. |
| 20   important question, and I don't have a good answer for | 20   Q (By Mr. DeGreeff) Have you seen erosion associated with |
| 21   you because there's a lot of chronic pelvic pain. About | 21   transvaginal mesh? |
| 22   a third of menopausal women have chronic pelvic pain -- | 22   A Yes. |
| 23   Q (By Mr. DeGreeff) Okay. | 23   Q And what is the cause of that erosion? |
| 24   A -- who have not had surgery. | 24   A The cause of that erosion most likely is the misplacement |
| 25   So if you add surgery on top of it, regardless of | 25   of it or a wound healing abnormality, or it was |

## Douglas Grier, M.D.

|  | Page 322 |
|---|---|

1  improperly placed too deeply.
2  Q  So you don't believe that the mesh itself can cause
3     erosion.  You think it was either the result of a
4     misplacement by -- by the implanter or something --
5     something unique to that person's body?
6  A  Yes.  Their immune system, that's correct.  I don't think
7     it's the mesh causing it.
8  Q  So we're clear, mesh does not cause erosion; correct?
9  A  Yes, that's correct.
10  Q  Doctor, are you aware that erosion does occur with
11     vaginal mesh implants?
12  A  Erosion does occur?
13  Q  Yes.
14  A  It has occurred, yes.
15  Q  And mesh erosion can cause chronic pain; correct?
16         MR. KOOPMANN:  Object to form.
17         THE WITNESS:  It can -- well, I would
18     say it would cause temporary pain because you can
19     surgically remove it at the point of where the pain is.
20  Q  (By Mr. DeGreeff)  You can remove the mesh, Doctor.  You
21     can't -- there are certain tissues within the vagina and
22     certain areas that, once eroded, are not going to come
23     back; correct?
24  A  Not necessarily.  That's -- you get wound healing and
25     scar formation and it does heal.

|  | Page 323 |
|---|---|

1  Q  So it's your belief that, once you remove the mesh, the
2     pain from mesh erosion subsides?
3  A  If -- and I don't know for a fact.  If the erosion is
4     causing the pain, a lot of times it's not the actual
5     erosion that's causing the pain, or exposure that's
6     causing the pain.
7         But if you -- if you're talking about where you've
8     placed mesh within the lumen of the bladder or into the
9     urethra, which is a surgical misadventure, that will
10     cause -- that can cause pain.
11  Q  Doctor, I'm talking about where it's prop--- where mesh
12     is properly placed.
13  A  Uh-huh.
14  Q  Are you saying that, once the mesh is removed, the pain
15     caused by erosion will disappear in 100 percent of cases?
16  A  Well, you said it was properly placed, so if it's a wound
17     healing issue that the patient did not heal over, the
18     suture line opened for whatever reason, then that's
19     someone who has bad tissue, and they may have chronic
20     pain as a result of what their -- their tissue's -- the
21     poor quality of their tissues.
22         MR. KOOPMANN:  How much time on the
23     record?
24         THE COURT REPORTER:  Three and a half
25     minutes.

|  | Page 324 |
|---|---|

1  Q  (By Mr. DeGreeff)  So, Doctor, I just want to make sure
2     I'm clear here.  You're saying that, in the absence of
3     medical negligence or a person having a -- something
4     unique about their body, mesh does not cause erosions?
5  A  Yes, that's correct.
6  Q  Doctor, do you agree that frayed edges of the mesh can
7     injure a woman's vagina?
8         MR. KOOPMANN:  Object to form.
9         THE WITNESS:  How do you mean, frayed
10     edges?  Frayed exposed edges of mesh, or are you talking
11     about --
12  Q  (By Mr. DeGreeff)  Yes.
13  A  Well, it won't injure the vagina.  It can be irritating.
14  Q  Doctor, have you ever seen particle loss -- or particle
15     within a woman's body as a result of mechanically cut
16     mesh?
17  A  No.
18  Q  Do you agree that chronic pain is a risk associated with
19     the TVT devices?
20         MR. KOOPMANN:  Object to form.
21         THE WITNESS:  That what is associated?
22  Q  (By Mr. DeGreeff)  Chronic pain is a risk associated with
23     the TVT devices?
24  A  No.
25  Q  Do you agree that pain with intercourse, that may not

|  | Page 325 |
|---|---|

1  resolve in some patients, is a risk associated with TVT
2     devices?
3  A  It's associated with all pelvic surgery, whether a device
4     is used or not.
5  Q  Do you agree that it's associated with TVT devices?
6  A  Directly, I can't prove that it's directly associated.
7  Q  You agree that chronic pain in the groin, thigh, leg,
8     pelvis and/or -- pelvic and/or abdominal area is a risk
9     associated with TVT devices?
10  A  Slings that go through muscle can cause some -- chronic
11     pain.  Rarely, but can cause chronic pain, and through --
12     you're talking about transobturator.  There's some thigh
13     pain associated regardless of what product is used.  It's
14     a very small number.
15  Q  Do you agree with the statement that chronic --
16  A  What I can't -- what I can't agree on is if it caused
17     chronic pain, why wouldn't every case you do result in
18     chronic pain?  The few cases that patients have chronic
19     pain after a pelvic surgery, I can't identify a specific
20     cause of it.
21  Q  Doctor, do you agree one or more revision surgeries is a
22     risk associated with TVT devices?
23  A  It's a risk, yes.  A low risk, but it is a risk.
24  Q  Agree that TVT removal may be needed, and that removal
25     may require significant dissection?

82 (Pages 322 to 325)

Douglas Grier, M.D.

| Page 326 | Page 328 |
|---|---|
| 1 A Depending on the cause, it's a possibility. | 1 the adequacy of the warnings in -- |
| 2 (Discussion off the record.) | 2 MR. DEGREEFF: Objection. Form. |
| 3 EXAMINATION | 3 Q (By Mr. Koopmann) -- in the IFUs for the TVT, TVT-O, and |
| 4 BY MR. KOOPMANN: | 4 TVT-Secur? |
| 5 Q Dr. Grier, you reviewed case-specific medical records in | 5 A That's correct. |
| 6 connection with forming your opinions on the cases in | 6 MR. DEGREEFF: Object to the form. |
| 7 which you were asked to form case-specific opinions; | 7 Q (By Mr. Koopmann) And did your analysis and your reading |
| 8 correct? | 8 of the literature that you cited in your reports for the |
| 9 A Yes, yes. | 9 TVT, TVT-O, and TVT-Secur, and the efficacy and |
| 10 Q And you reviewed those records before you drafted those | 10 complications discussed in that literature, also go into |
| 11 reports; correct? | 11 your analysis of the adequacy of the warnings in the IFUs |
| 12 A Yes, we did. | 12 for the devices we're here to talk about today? |
| 13 Q The reliance list that Counsel was asking some questions | 13 MR. DEGREEFF: I'm going to object to |
| 14 about, did you come up with the title of that document? | 14 form. Do you just want to give me a running objection on |
| 15 A No. | 15 leading? |
| 16 Q Okay. Do you use the term "reliance list" in your | 16 MR. KOOPMANN: Sure. |
| 17 practice? | 17 MR. DEGREEFF: Okay. Running |
| 18 A Not at all. | 18 objection on the fact that all of these questions are |
| 19 Q Is it your understanding that that's a list of materials | 19 leading. |
| 20 that one of the law firms involved in this litigation has | 20 THE WITNESS: Yes. I considered |
| 21 sent you over the years? | 21 all -- all that information in -- in determining what I |
| 22 A Yes. | 22 think is appropriate for the IFU. |
| 23 Q And in your reports regarding the TVT and TVT-O | 23 Q (By Mr. Koopmann) And the opinions that you set forth in |
| 24 midurethral slings that we've marked as Exhibit 14, and | 24 the reports we've marked as Exhibit 14 and 15 regarding |
| 25 you report regarding the TVT-Secur slings, did you cite a | 25 the TVT, TVT-O, and TVT-Secur slings, you hold those |

| Page 327 | Page 329 |
|---|---|
| 1 number of articles and position statements and | 1 opinions to a reasonable degree of medical certainty? |
| 2 peer-reviewed literature and things like that? | 2 A Yes. |
| 3 A Yes, I did. | 3 Q You don't hold yourself out to the community as a design |
| 4 Q Okay. And are those the materials that you're primarily | 4 expert; is that fair? |
| 5 relying on in support of your opinions regarding -- | 5 A That is fair. |
| 6 A Yes. | 6 Q But are you an expert in urologic surgery? |
| 7 Q -- these devices? | 7 A Yes. |
| 8 A Yes. | 8 Q And are you an expert in the materials used in urologic |
| 9 Q The FDA guidance document that some questions were asked | 9 surgery? |
| 10 about very early in the deposition, that's something that | 10 A Yes, I am. |
| 11 you considered in forming your opinions, but it isn't all | 11 Q And you don't hold yourself out to the community as a |
| 12 you considered in judging the adequacy of the | 12 warnings expert; correct? |
| 13 instructions for use for the TVT, TVT-O, and TVT-Securs; | 13 A No, I don't. |
| 14 correct? | 14 Q But you've used a lot of medical devices throughout your |
| 15 A That's correct. | 15 career? |
| 16 Q You also considered your use of those products throughout | 16 A Yes. |
| 17 the past? | 17 Q Dozens, certainly? |
| 18 A Yes. | 18 A Yes. |
| 19 Q And you considered the sort of results that you achieved | 19 Q Hundreds? |
| 20 in treating patients with those products; correct? | 20 A Yes. |
| 21 A Yes. | 21 Q And before you use a medical device, you read the |
| 22 Q Did you also consider the complications that you saw | 22 instructions for use accompanying the device? |
| 23 develop in your practice from your use of those products? | 23 A I do. |
| 24 A Yes. | 24 Q And after treating patients with devices, you get a sense |
| 25 Q And all of that went into forming your opinions regarding | 25 of what sort of complications you see? |

Douglas Grier, M.D.

| Page 330 | Page 332 |
|---|---|

**Page 330**

1  A  Yes.

2  Q  Okay.  And you factored in all of that experience with

3     the TVT, TVT-O, and TVT-Secur slings in forming your

4     opinions about the warnings accompanying those devices?

5  A  I have.

6  Q  You've been provided -- you were asked some questions

7     earlier about being provided articles, including some of

8     the articles we've got in front of us here today.  But

9     did Ethicon provide -- or Ethicon's counsel provide all

10    of these articles the first time that you saw them, or

11    did you read them in the course of your reading as a

12    surgeon?

13 A  Oh, many of them I read in the course of my reading.

14 Q  You were asked some questions about Professor Ulmsten and

15    payments that he's received.  Has Professor Ulmsten's

16    data regarding the TVT sling been reproduced by many

17    other studies?

18 A  Yes, it has, all around the world.  It's the most studied

19    of all the pubovaginal slings, the urethral synthetic

20    slings.

21 Q  Do you practice evidence-based medicine?

22 A  I do.

23 Q  And what does that mean?

24 A  That means what I choose to provide for my patients has

25    scientific scrutiny and is as safe and efficacious as

**Page 331**

1     what is the standard of care.

2  Q  And are there different levels of evidence?

3  A  There is different levels of evidence.  From the bottom,

4     which is anecdotal reporting, to the top, which is, say,

5     Cochrane review, meta-analysis, systematic reviews.

6  Q  Where do internal company emails fall on the hierarchy of

7     levels of evidence?

8  A  They don't fall at all, in any of it.

9  Q  Where do failure modes and effects analyses fall in the

10    hierarchy of levels of evidence?

11 A  They don't fall at all in the levels of evidence.

12 Q  The opinions that you've expressed in your reports

13    regarding the safety and efficacy of the TVT, TVT-O, and

14    TVT slings, are those opinions based in part on your

15    education, including your medical school and residency?

16 A  Yes.

17 Q  Is it also based on continuing ed courses?

18 A  Yes.

19 Q  Are those opinions about the safety and efficacy of the

20    devices based on your clinical training and experience?

21 A  Yes.

22 Q  Are those opinions about the safety and efficacy of the

23    devices based on your review of the peer-reviewed

24    literature, book chapters, podium, and poster

25    presentations and abstracts?

**Page 332**

1  A  Yes.

2  Q  Are they also, your opinions, based on professional

3     society position statements?

4  A  Yes.

5  Q  Are they also based to some extent on ongoing discourse

6     between yourself and your colleagues regarding these

7     devices?

8  A  That is true.

9  Q  And your opinions are based in part on your review of

10    complications discussed in the literature and those that

11    you've seen in your practice?

12 A  Yes.

13 Q  Are the complications that you've seen in your practice

14    consistent with the warnings that you see listed in the

15    adverse reactions section of the IFUs for the TVT and

16    TVT-O and TVT-Secur prior to 2015?

17 A  Yes, they're consistent.

18 Q  Is chronic pain a risk of any pelvic floor surgery?

19 A  Yes, it is.

20 Q  It is a risk of the Burch procedure?

21 A  Yes, it is.

22 Q  It is a risk of pubovaginal sling procedures?

23 A  Yes, it is.

24 Q  Is dyspareunia a risk of any pelvic floor surgery?

25 A  Yes.

**Page 333**

1  Q  And are any complications that occur after any surgery --

2     do they have the potential to be temporary or chronic?

3  A  Yes.

4  Q  And do any complications that occur following any pelvic

5     floor surgery have the potential to be mild, moderate, or

6     severe?

7  A  Yes.

8  Q  Do you have an opinion as to whether chronic pain and

9     dyspareunia are common complications with any pelvic

10    floor procedures, that all pelvic floor surgeons are

11    expected to know?

12 A  Yes.

13 Q  And what is that opinion?

14 A  That opinion is very common, and every pelvic floor

15    surgeon knows that it is a possible complication.

16 Q  When you were teaching professional education courses for

17    Ethicon, did any of your colleagues ever express any

18    concern about the complications listed in the IFU?

19 A  Well, yes, we discussed it.  We would discuss it about --

20    just about every meeting.

21 Q  Did they express any concerns about the complications

22    they saw listed?

23 A  No.  They're known and expected.

24 Q  How many TVT slings would you say you've implanted, if

25    you could estimate?

84 (Pages 330 to 333)

Douglas Grier, M.D.

<table>
<tr><td colspan="2">

**Page 334**

1   A   Probably 1,500.

2   Q   How many TVT retropubics? Let me be more specific.

3   A   At least 500.

4   Q   And how many TVT-O slings have you implanted, if you

5       could estimate?

6   A   Another 500.

7   Q   And how many TVT-Secur slings would you say you've

8       implanted?

9   A   Oh, probably between 50 and 75.

10   Q   How do the complications that you've seen in your

11       practice from the TVT, TVT-O, or TVT-Secur slings compare

12       with the complications reported in the literature?

13   A   They're very similar.

14   Q   And how do the complications that you've seen -- strike

15       that.

16       Is it basic medical and surgical knowledge that

17       postsurgical pain can be chronic or temporary?

18   A   Yes.

19   Q   Is it basic surgical knowledge that, when an adverse

20       reaction occurs, further surgery may be required to

21       correct it?

22   A   Yes.

23   Q   And did you know, prior to ever putting in a TVT, TVT-O,

24       or TVT-Secur sling in a patient, that tissue in-growth

25       would occur in the pores of the sling?

</td></tr>
</table>

**Page 335**

1   A   Yes.

2   Q   And based on that understanding, did you also have an

3       understanding that if, for some reason, part of that

4       sling needed to be removed, that dissection would be

5       required?

6   A   Yes.

7   Q   Did you have many patients who experienced no

8       complications in connection with a TVT surgery?

9   A   Yes.

10   Q   And is the same true for TVT-O surgeries?

11   A   Yes.

12   Q   And is the same true for TVT-Secur surgeries?

13   A   Yes.

14   Q   When you did have a patient that received one of those

15       slings who had a complication, did you treat those

16       complications?

17   A   Yes.

18       MR. DEGREEFF: I hope so.

19   Q   (By Mr. Koopmann) And you were asked some questions

20       earlier about follow-up of your patients in your

21       practice; is that right?

22   A   Yes.

23   Q   From time to time, patients don't return to you; that's

24       true?

25   A   That is true.

**Page 336**

1   Q   Okay. And that's true of any doctor, presumably?

2   A   It is true of all of us, yes.

3   Q   When patients go to other doctors after they have a

4       complication following one of your surgeries, do you

5       often learn about the fact that they went to another

6       doctor?

7   A   Yes.

8   Q   And how do you do that?

9   A   They usually out of courtesy will call me, or if the

10       reverse is true, I will call them.

11   Q   Can you think of a single randomized control trial that

12       says the TVT mesh degraded or was cytotoxic?

13   A   No.

14   Q   And does that apply to the TVT-O sling mesh and the

15       TVT-Secur mesh?

16   A   I know of no randomized control trials that show any

17       degradation in any of the mesh products.

18   Q   They all have the same mesh; right?

19   A   For this line of -- for Ethicon, yes, they're all the

20       same weave, same monofilament.

21   Q   For those company documents that you were provided and

22       read, did any of them change your opinions that you

23       formed based upon the peer-reviewed literature that

24       you've reviewed and your experience using the slings?

25       MR. DEGREEFF: I'm going to object to

**Page 337**

1   the form. He said he didn't read any review.

2       THE WITNESS: No, I didn't -- none of

3       them changed my opinions.

4   Q   (By Mr. Koopmann) And while Ethicon's counsel may have

5       sent you some articles in the course of your work in this

6       litigation, did you also do your own searches for

7       articles and literature?

8   A   Yes.

9   Q   You don't think chronic pain occurs with any of the TVT

10       family of products due to any defect in the mesh;

11       correct?

12   A   That's correct.

13   Q   You said that, with respect to -- I think it was

14       stiffness, you said there was a point at which you would

15       see diminishing returns if you had a very elastic sling.

16       What did you mean by that?

17   A   Well, if --

18       MR. DEGREEFF: I'm going to object to

19       form. I think that misstates.

20       THE WITNESS: Do I answer?

21   Q   (By Mr. Koopmann) Yes.

22   A   So if a mesh is too soft and has very, very little

23       stiffness or integrity, it no longer supports the tissues

24       that it's -- that it's designed to support.

25   Q   Okay. Is it more lucrative for you to do surgery or to

85 (Pages 334 to 337)

Douglas Grier, M.D.

| Page 338 | Page 340 |
|---|---|
| 1     give lectures for device companies? | 1   A   Yes. |
| 2   A   To do surgery and be in the office. | 2   Q   And so 13 patients -- |
| 3   Q   So why is it that you've devoted a significant amount of | 3   A   Over 3974. |
| 4     time to giving lectures for device manufacturers or | 4   Q   -- divided by 3974 is a rate of chronic or persistent |
| 5     pharmaceutical manufacturers? | 5     pain of .3 percent; correct? |
| 6   A   Because I enjoy teaching, and I like the collaboration | 6   A   That's correct. |
| 7     with other physicians around the country, and I find it | 7   Q   And for 30 patients with the transobturator midurethral |
| 8     to be professionally enhancing. | 8     slings, divided by 2,432 patients with transobturator |
| 9   Q   In what way? | 9     midurethral slings, that would yield a persistent or |
| 10   A   Well, because I've developed a network of friends around | 10     chronic pain rate of 1.2 percent; correct? |
| 11     the country, of colleagues that I can call if I have a | 11   A   Yes. |
| 12     problem with a particular patient. Some of the brighter | 12   Q   One of the articles you have in your binder is an article |
| 13     minds that are in our profession. And it also -- it | 13     by Jonsson-Funk, et al.? |
| 14     requires me to stay vigilant in terms of training and | 14   A   Yes. |
| 15     study. | 15   Q   That study looked at 188,454 women who underwent a |
| 16   Q   Counsel asked a question about RCTs that have the primary | 16     midurethral sling procedure? |
| 17     end point of safety regarding the TVT. | 17   A   Yes. |
| 18     My question for you is, do all or almost all of the | 18   Q   And that study showed the nine-year cumulative risk of |
| 19     RCTs that you have reviewed on the TVT and TVT-O and | 19     sling revision or removal was 3.7 percent? |
| 20     TVT-Secur products discuss complications? | 20   A   Yes. Over nine years. |
| 21   A   Yes. It may not be the primary outcome, but every one of | 21   Q   And they found that the nine-year risk of sling revision |
| 22     them comments on percentages of complications, adverse | 22     removal for mesh erosion was 2.5 percent; right? |
| 23     outcomes, and issues about pain. | 23   A   Yes. |
| 24   Q   You were asked some questions about chronic pain | 24   Q   You've got a study here by Cecile Unger. Is that a study |
| 25     associated with the TVT sling, and one of the articles | 25     that you reviewed and relied on in forming your opinions |

| Page 339 | Page 341 |
|---|---|
| 1     that you had out a few minutes ago was this Tommaselli | 1     in this case? |
| 2     systematic review and meta-analysis. | 2   A   Yes. |
| 3   A   Yes. | 3   Q   And did you also review and rely on the Jonsson-Funk |
| 4   Q   That's an article that you reviewed and relied on in | 4     study in forming your opinions in these cases? |
| 5     forming your opinions? | 5   A   The previous study, yes. |
| 6   A   Yes. | 6   Q   In that Unger study, they looked at 3,307 women who |
| 7   Q   And in that study, there were 3,974 retropubic TVT -- I'm | 7     underwent sling placement; is that right? |
| 8     sorry -- retropubic sling patients? | 8   A   Yes. |
| 9   A   Yes. And -- well, it was retropubic and transobturator, | 9   Q   And they found that 89 women underwent sling revision? |
| 10     total. | 10   A   Yes. 2.7 percent. |
| 11   Q   Right. But if you look at Table 3 of that study -- | 11   Q   And if you do the math there, the rate of sling revision |
| 12     Table 3. | 12     for erosion was 0.57 percent? |
| 13   A   Got it. | 13   A   That's right. |
| 14   Q   There were 3,974 total retropubic patients in that study? | 14   Q   And the rate of -- |
| 15   A   Yes. | 15   A   Pain is 0.21 percent. |
| 16   Q   And then there were a total of 2,432 transobturator | 16   Q   The rate of vaginal pain or dyspareunia causing sling -- |
| 17     patients? | 17     or necessitating sling revision? |
| 18   A   That's correct. | 18   A   Yes. |
| 19   Q   And then on the next page, from the right-hand column, it | 19          MR. DEGREEFF: Can I see those, |
| 20     talks about tape-related long-term complications? | 20     Doctor, the ones you just spoke about? |
| 21   A   Yes. It was -- | 21          THE WITNESS: Oh, it was this one |
| 22   Q   And they say there, "Persistent or chronic pain was | 22     here. |
| 23     reported by 13 patients for the retropubic midurethral | 23          MR. DEGREEFF: Is this the only one |
| 24     sling group and 30 patients for transobturator | 24     you were just talking about, or was there another one? |
| 25     midurethral sling patients"; correct? | 25          THE WITNESS: No, that was Funk I |

86 (Pages 338 to 341)

## Douglas Grier, M.D.

| Page 342 | Page 344 |
|---|---|

**Page 342**

1  think you had there.
2  MR. DEGREEFF: Tommaselli, what was
3  the other one?
4  THE WITNESS: Jonsson-Funk.
5  MR. DEGREEFF: Thank you.
6  THE WITNESS: This is Welk.
7  Q  (By Mr. Koopmann) You also reviewed a study by Welk and
8  relied on that in forming your opinions in these cases?
9  A  Yes.
10  Q  And this study was a population-based retrospective
11  cohort study that included all adult women undergoing an
12  incident procedure for SUI with synthetic mesh in
13  Ontario, Canada, from April 1st, 2002, through
14  December 31, 2012; is that right?
15  A  Yes.
16  Q  And the number of those women was 59,887?
17  A  Yes.
18  Q  And the author's conclusion was that ten years after SUI
19  mesh surgery, 1 of every 30 women may require a second
20  procedure for mesh removal or revision?
21  A  That's their conclusion, yes.
22  Q  So turn to Page E-3, the primary analysis section. It
23  said, overall 1,307 women, or 2.2 percent underwent mesh
24  removal or revision a median of 0.49 years after
25  receiving a mesh implant for SUI. The sling complication

**Page 343**

1  was treated by the same surgeon responsible for the
2  original procedure in 812 of the 1,307 cases, which was
3  62.1 percent; is that right?
4  A  Correct. Yes.
5  Q  You also had a study by Nguyen; is that right?
6  A  John Nguyen, yes.
7  Q  Nguyen. And that's a study that you relied on in forming
8  your opinions in these cases?
9  A  Yes.
10  Q  And in this Nguyen study, they looked at all female
11  members of Kaiser Permanente, Southern and Northern
12  California and Hawaii, who underwent sling procedures or
13  pelvic organ prolapse surgeries using implanted grafts of
14  mesh between September 1, 2008, and May 31, 2010; is that
15  right?
16  A  Correct.
17  Q  And they looked at 3,747 sling patients; is that right?
18  A  Yes.
19  Q  And 30 of the 3,747 experienced a vaginal mesh erosion?
20  A  Yes.
21  Q  And that was a 0.8 percent rate for erosions?
22  A  That's correct.
23  Q  One of the articles you had earlier was an article by
24  Schimpf, et al.; is that right? It's right here.
25  A  Okay.

**Page 344**

1  Q  And that Schimpf study was a systematic review and
2  meta-analysis of randomized control trials from 1990
3  through April 2013, with a minimum of 12 months of
4  follow-up?
5  A  Yes.
6  Q  And the RCTs were comparing the sling procedure for SUI
7  to another sling or Burch urethropexy?
8  A  Correct.
9  Q  And they looked at full-length midurethral slings like
10  the TVT and TVT-O?
11  A  Yes.
12  Q  And they looked at single-incision slings like the
13  TVT-Secur?
14  A  Correct.
15  Q  And if you look at Table 1 on Page 71.E5, they list in
16  Table E1 the randomized control trials looking at
17  mini-slings versus any other sling; right?
18  A  Yes.
19  Q  And all of those mini-sling studies that they looked at
20  studied the TVT-Secur except one; is that right?
21  A  Yes.
22  Q  And then in Table 3 of that study, they look at the rates
23  of adverse events by sling type analyzed from randomized
24  control trials, and included adverse event studies; is
25  that right?

**Page 345**

1  A  Correct.
2  Q  And they compare, when possible, transobturator slings
3  like the TVT-O, mini-slings like the TVT-Secur,
4  retropubic slings like the TVT retropubic --
5  A  Yes.
6  Q  -- and the Burch procedure and pubovaginal sling
7  procedures; right?
8  A  Yes.
9  Q  And is this table something that you reviewed and relied
10  on in forming your opinions in this litigation?
11  A  I have.
12  Q  And the author's conclusion with respect to the
13  midurethral slings versus the Burch procedure, was that
14  they suggested either intervention based on the cure
15  rates -- the objective cure rates and said the decision
16  should balance on -- balance potential adverse events and
17  concomitant surgeries; right?
18  A  Yes.
19  MR. DEGREEFF: I don't have anything
20  from Exhibit 4 right here, do I?
21  MR. KOOPMANN: I don't think so.
22  Q  (By Mr. Koopmann) Another study you have in your binder
23  for the TVT and TVT-O general report is a study by
24  Mohamed Abdel-Fattah; is that right?
25  A  Yes.

87 (Pages 342 to 345)

Douglas Grier, M.D.

| Page 346 |
|---|

1  Q  And that study looked at -- their objective was to
2     determine the lifetime risk of undergoing pelvic floor
3     surgery in a cohort of U.K. parous women, and the
4     reoperation rates for pelvic floor surgery?
5  A  Yes.
6  Q  And they ended up looking at 34,631 women?
7  A  Yes.
8  Q  If you'll turn to Page 5, they talk about some risk
9     factors for reoperation?
10 Q  And they found that the -- that 8.8 percent of the women
11    studied had at least one repeat urinary incontinence
12    surgery?
13 A  Yes.
14 Q  And then they also indicate on the right-hand column that
15    the reoperation rate for urinary incontinence was
16    3.2 percent in the --
17 A  In the midurethral group.
18 Q  In the midurethral sling group; right?
19 A  Yes.
20 Q  And it was 10.7 percent in the abdominal retropubic
21    surgery group?
22 A  Yes.
23 Q  Is that a Burch procedure?
24 A  That's exactly what that is.

| Page 347 |
|---|

1  Q  In your TVT-Secur general report binder, you have a
2     systematic review and meta-analysis by Colin Walsh; is
3     that right?
4  A  Yes. Yes. 2011?
5  Q  And that study looked at -- well, it was published in
6     2011; correct?
7  A  Yes.
8  Q  And it looked at 1,178 women who received the TVT-Secur?
9  A  Yes.
10 Q  And that was in ten studies?
11 A  Ten studies.
12 Q  And they found both the objective and subjective cure
13    rate at 12 months was 76 percent?
14 A  Yes.
15 Q  And they found a 2.4 percent incidence of mesh exposure
16    in the first year?
17 A  Yes.
18 Q  And a 1 percent rate of dyspareunia?
19 A  Yes.
20 Q  And a return to theater for complications rate of
21    0.8 percent?
22 A  Yes.
23 Q  Is this a study that you reviewed and relied upon in
24    forming your opinions about the TVT-Secur sling?
25 A  Yes.

| Page 348 |
|---|

1  Q  Did you also review a study by Mohamed Abdel-Fattah,
2     which was a meta-analysis regarding single-incision
3     mini-slings?
4  A  Yes. But let's find it. Oh, here it is. No. 1. Yes.
5  Q  In that study, they looked at a total of 758 women in
6     nine randomized control trials with a mean follow-up of
7     nine and a half months?
8  A  Yes.
9         MR. DEGREEFF: Hey, Barry, I'm going
10    to have to object. I mean, all you're doing is sitting
11    here reading documents to him. I mean, if you want to
12    ask him questions about the documents, that's fine, but I
13    feel like you're just reading them to him. I think
14    that's leading.
15 Q  (By Mr. Koopmann) Single-incision midurethral slings
16    were associated with significantly lower patient reported
17    and objective cure rates at 6 to 12 months compared with
18    standard midurethral slings.
19       Is that what it reports?
20 A  And that was my experience in a study that I contributed,
21    that there was an early -- less pain initially postop,
22    but at the one-year mark was the same as the longer
23    slings.
24       MR. DEGREEFF: Objection. Form.
25 Q  (By Mr. Koopmann) Then on Page 471, they note that the

| Page 349 |
|---|

1     single-incision midurethral sling meta-analysis was
2     possible for studies comparing TVT-Secur versus standard
3     midurethral slings; right?
4  A  Yes.
5         MR. DEGREEFF: Objection to form.
6  Q  (By Mr. Koopmann) And they noted that a trend towards
7     lower rates of patient reported success and objective
8     cure with the TVT-Secur was seen; however, it did not
9     reach statistical significance. Is that right?
10 A  Yes.
11        MR. DEGREEFF: Objection. Form.
12 Q  (By Mr. Koopmann) And what does that mean, that it did
13    not reach statistic significance?
14        MR. DEGREEFF: You've got to let me
15    get my objections on the record before you answer,
16    Doctor.
17        THE WITNESS: Well, what it means is
18    that --
19        MR. DEGREEFF: Objection. Form.
20        THE WITNESS: -- there wasn't a
21    statistical difference that was enough to be means tested
22    that it was significant. The P testing was not high
23    enough to -- to say that there's a delta here where Secur
24    was different than the standard midurethral sling.
25 Q  (By Mr. Koopmann) Okay. And then in the right-hand

88 (Pages 346 to 349)

Douglas Grier, M.D.

Page 350

1    column under Quality of Life, it indicates that there was
2    a trend towards better quality of life score in the
3    standard midurethral sling group, but it was not
4    statistically significant; is that right?
5  A  Yes.
6            MR. DEGREEFF:  Objection for form.
7    And just to be clear, is my running objection on form
8    still going for leading?
9            MR. KOOPMANN:  I thought it ended
10   because you started objecting again to leading.
11           MR. DEGREEFF:  Well, I actually -- I
12   think what happened is that I forgot that we had a -- we
13   had an agreement that I could -- that it was -- I had a
14   running objection.  So if my running objection is still
15   in place, then I'll stop saying objection to form on
16   everything.
17           MR. KOOPMANN:  I'll put it back in
18   place now.
19           MR. DEGREEFF:  Okay.  Thanks.
20  Q  (By Mr. Koopmann)  So does that basically mean that the
21   quality of life scores between the standard midurethral
22   slings and single-incision midurethral slings was no
23   different?
24  A  They're -- they're close enough that they are the same.
25  Q  And you've reviewed TVT-Secur-related literature,

Page 351

1    including randomized control trials, that were both
2    favorable regarding the sling, and unfavorable?
3  A  That's correct.
4  Q  Okay.  And you factored all of that in, in forming your
5    opinions about the device?
6  A  Yes.
7            MR. JONES:  Could we see that one,
8    that Abdel-Fattah?
9            MR. KOOPMANN:  Here, I think I've got
10   copies.
11           MR. DEGREEFF:  Do you have copies of
12   all of those that you just did that we could have?
13           MR. KOOPMANN:  Several.
14           MR. DEGREEFF:  Okay.
15           MR. KOOPMANN:  Do you want one to take
16   with you?
17           MR. DEGREEFF:  Yeah.
18           MR. KOOPMANN:  Do you want it now or
19   can I do it after we're done?
20           MR. DEGREEFF:  We can do it after
21   we're done.  That's fine.
22           MR. KOOPMANN:  I think those are all
23   the questions I have for you, Dr. Grier.  I may have some
24   more if Counsel has some more.
25  ////

Page 352

1            (Recess from 9:12 p.m. to
2            9:18 p.m.)
3            FURTHER EXAMINATION
4  BY MR. DEGREEFF:
5  Q  Doctor, you mentioned earlier, I believe when Counsel was
6    questioning you, that there was some discord among your
7    colleagues about -- regarding transvaginal mesh.
8      Do you remember giving that testimony?
9  A  I don't recall.  Discord?
10  Q  That's the word you used.  Because that's not even a word
11   I would ever come up with.
12  A  There's differing opinions in terms of techniques and how
13   to place it and some people will come up with the idea of
14   putting in drains.  It's different iterations of the same
15   surgery that may not follow the IFU.  So occasionally
16   someone would come up with a concept like that.
17  Q  Doctor, you're aware that a number of your colleagues
18   believe that transvaginal mesh is not safe?
19           MR. KOOPMANN:  Object to form.
20           THE WITNESS:  I think very few of my
21   colleagues agree to that.  If you look at the position
22   papers by the different societies, they're -- they feel
23   that it has efficacy and safety, and it should still be
24   used.
25  Q  (By Mr. DeGreeff)  I guess my question was a little

Page 353

1    different than that.  It's really kind of a yes-or-no
2    question.
3      Are you aware that some of your colleagues believe
4    mesh is not safe?
5  A  When you say "colleagues," you mean everyone who could be
6    a urologist, urogynecologist, or gynecologist in the
7    country?  Are those my colleagues?
8  Q  Do you consider those your colleagues?
9  A  In a very, very broad and loose term, yes.
10  Q  Are you aware --
11  A  In which case I would agree with you.
12  Q  Are you aware of some very good doctors who believe that
13   mesh is not safe?
14  A  Not the term "good."  There are doctors who have been
15   anti-mesh from the beginning because they had interest in
16   doing different types of procedures that did not involve
17   mesh.
18  Q  So, Doctor, do you believe that all of the doctors who
19   believe mesh is not safe are not good doctors?
20           MR. KOOPMANN:  Object to form.
21           THE WITNESS:  No, I don't believe
22   that.  I believe -- what I rely on for an opinion is the
23   research studies that have been done.
24  Q  (By Mr. DeGreeff)  Doctor, what studies did you review
25   that were not favorable to your opinions?

89 (Pages 350 to 353)

Douglas Grier, M.D.

| Page 354 | Page 356 |
|---|---|
| 1  A  I can't recall specific studies.  They have diff- -- in | 1  reliance list? |
| 2  the results they may have a higher complication rate or a | 2  A  If it's alphabetically -- oh, yes.  Yes. |
| 3  higher exposure rate in one study versus another.  And | 3  Q  And what date were those depositions taken? |
| 4  some of them, for those studies, you put it all together, | 4  A  May 30th and 31st of 2013. |
| 5  a meta-analysis.  You get averages. | 5  Q  Have you -- is Dr. Weisberg's deposition from |
| 6  One of the things about these particular products | 6  November 12th and 13th of 2015 on your reliance list? |
| 7  is, there's a learning curve to it, and the studies that | 7  A  No. |
| 8  I usually don't really put a lot of credence on are the | 8  Q  Are you aware that Dr. Weisberg was chosen by Ethicon to |
| 9  ones that are early on in their experience, that they | 9  testify as their corporate representative on the revised |
| 10  haven't -- they haven't mastered their learning curve for | 10  TVT and Gynemesh IFUs? |
| 11  them. | 11  A  No, I was not aware. |
| 12  Q  I guess, Doctor, my question was, what studies -- as | 12  Q  Do you know he's Ethicon's medical director?  Correct? |
| 13  you're sitting here, what specific studies do you | 13  A  Is he currently? |
| 14  remember reviewing that were not favorable to your | 14  Q  I believe so. |
| 15  opinion? | 15  A  I thought he was ten years ago. |
| 16  MR. KOOPMANN:  Objection.  Form. | 16  Q  Okay.  Have you -- I'm assuming, given that it's not on |
| 17  Asked and answered. | 17  your reliance list, that you haven't reviewed that |
| 18  THE WITNESS:  I don't recall specific | 18  deposition? |
| 19  studies. | 19  A  No.  Don't recall it. |
| 20  Q  (By Mr. DeGreeff)  Doctor, do you know what warnings were | 20  Q  And do you see Dr. Laura Angeleni's June 2015 deposition |
| 21  added to the TVT label in 2015? | 21  on your reliance list? |
| 22  A  My memory is, it might be dyspareunia. | 22  A  Yes.  Did -- what was the date? |
| 23  Q  And so you were asked earlier if the -- if the 2005 label | 23  Q  June of 2015. |
| 24  was -- strike that. | 24  A  No. |
| 25  As you sit here, you believe what was added to the | 25  Q  Do you know that she's the -- she was the woman who |

| Page 355 | Page 357 |
|---|---|
| 1  2015 label -- and I'm not asking you to -- to review it | 1  essentially created the branding for the TVT? |
| 2  at this point.  As you sit here, having formed your | 2  A  No. |
| 3  opinions in this case, what you believe was added to the | 3  Q  Do you know she was the head of marketing for TVT from |
| 4  2015 label as warnings was dyspareunia? | 4  the time of launch? |
| 5  MR. KOOPMANN:  Object to form. | 5  MR. KOOPMANN:  Object to form. |
| 6  THE WITNESS:  That's my memory. | 6  THE WITNESS:  I don't recall her name |
| 7  Q  (By Mr. DeGreeff)  Anything else? | 7  at all. |
| 8  A  Oh, I can't recall specifically. | 8  Q  (By Mr. DeGreeff)  Will you be offering opinions in this |
| 9  Q  Doctor, why don't you get out your reliance list, please. | 9  case related to whether TVT mesh frays, ropes, curls, |
| 10  I think Counsel spent a lot of time with you on it. | 10  unravels, loses particles, or deforms? |
| 11  A  For which?  TVT-O or Secur? | 11  MR. KOOPMANN:  Object to form. |
| 12  Q  Well, they're the same -- | 12  Foundation.  Asked and answered. |
| 13  A  Oh, actually, we have it here. | 13  THE WITNESS:  I guess I will -- I will |
| 14  Q  And, Doctor, why don't you open up to the depositions | 14  comment on it, if that's what you're asking.  I don't |
| 15  list. | 15  feel that that's something that happens if it's applied |
| 16  A  That was the last page, wasn't it? | 16  properly. |
| 17  Q  Well, I think that was the expert reports. | 17  Q  (By Mr. DeGreeff)  So you're essentially offering -- |
| 18  A  Oh, you're right.  Oh, my.  Do you know -- | 18  you're essentially offering the opinion that that doesn't |
| 19  Q  It's towards the end.  I say that, I think it was.  Here, | 19  happen? |
| 20  let me tell you.  I think I know.  It's towards the back. | 20  A  It can happen with a misapplication, if you're putting |
| 21  Here we go.  I think it's on -- it's towards the back. | 21  too much pressure on the sling when you're inserting it. |
| 22  It's like ten pages in.  It's this list right here, which | 22  Q  As someone who's going to be offering opinions on whether |
| 23  is a list of names and -- there you go. | 23  TVT mesh does those things -- doesn't do those things |
| 24  A  Okay. | 24  when properly implanted, would you want to have access to |
| 25  Q  Doctor, is the deposition of Dr. Martin Weisberg on your | 25  a deposition of the TVT product director, discussing |

## Douglas Grier, M.D.

| Page 358 | Page 360 |
|---|---|

**Page 358**

1   documents related to TVT mesh with those very issues?
2         MR. KOOPMANN: Object to form.
3         THE WITNESS: Well, that's perhaps
4   anecdotal and individual information that I don't know
5   where -- how I would put that in the perspective of sling
6   surgery and midurethral slings.
7   Q (By Mr. DeGreeff) Doctor, do you give any weight to the
8   depositions taken in this case in rendering your
9   opinions?
10   A When you say "weight," I read them, and I agree with some
11   things that I read and certainly not with others.
12   Q Well, we talked earlier, you've only read 20 of 130;
13   correct?
14   A That's about accurate, yes. So I can't comment on what I
15   haven't read.
16   Q Okay. You haven't reviewed Laura Angeleni's June 2015
17   deposition; fair?
18   A No, no.
19   Q What about Dr. Tom Divilio, his October 2014 deposition?
20   A No, I haven't.
21   Q You know that he was --
22         MR. KOOPMANN: Counsel, just -- sorry
23   to interrupt, but I think I just asked about whether he
24   came up with that title for the reliance list. I mean --
25         MR. DEGREEFF: No, you asked about

**Page 359**

1   articles included on the reliance list, whether he did a
2   search for the stuff on the reliance list. You asked a
3   number of questions about it.
4         MR. KOOPMANN: I don't think those
5   were in the context of the reliance list.
6         MR. DEGREEFF: They were in the
7   context of the reliance list.
8         MR. KOOPMANN: They were in the
9   context of his reports, I think, but --
10         THE WITNESS: I don't see that -- that
11   person listed on the deposition list.
12   Q (By Mr. DeGreeff) Since I think Counsel did talk
13   primarily about literature with you and your reliance
14   list, let's skip to -- let's skip to that.
15   Do you see anywhere on your list, on your literature
16   list, your literature reliance list, the -- and I think
17   those are alphabetical by last name of the author, so I
18   think that will probably make it easier. Do you see on
19   there an article by B. L. Hansen?
20   A No, I don't.
21   Q Doctor, I'm going to move on from this because I actually
22   do think maybe this is outside of what I -- what maybe
23   was opened. I think I'm just about done, if you give me
24   two seconds. I've got about two more questions.
25   Doctor, what is a -- what is an SIMS? Any idea?

**Page 360**

1   A A single-incision midurethral sling.
2   Q And that would include the TVT products?
3   A That would be the TVT-Secur.
4   Q And do you agree that current evidence regarding their
5   short- and medium-term efficacy compared with SMUS --
6   which is?
7         MR. KOOPMANN: Object to form.
8         THE WITNESS: That's standard
9   midurethral sling.
10   Q (By Mr. DeGreeff) Okay. -- is controversial?
11   A I wouldn't say controversial. How do you mean
12   controversial?
13   Q Just asking you a question.
14   A I know of no controversy.
15   Q And what is -- what is -- do you agree that midurethral
16   slings represent a significant cost to health services
17   worldwide?
18   A The cost of stress incontinence management is a large
19   cost worldwide, whether it's pre- or postoperative. The
20   cost of incontinence pads is a significant expenditure
21   every year, in the billions of dollars.
22   Q Okay. I guess my question is yes, no, or you can't
23   answer: Do you agree that midurethral slings represent a
24   significant cost to health services worldwide?
25   A Not in the total picture, no.

**Page 361**

1   Q Do you agree that SIMS, which we agreed was --
2   A Single-incision --
3   Q -- midurethral slings.
4   Do you agree that single-incision midurethral slings
5   have gained popularity in the surgical management of SUI
6   in women, based mainly on small uncontrolled case series
7   from enthusiastic surgeons and undoubtedly the influence
8   of marketing?
9   A No.
10   Q Do you agree that -- do you agree that SMUSes -- standard
11   midurethral slings; correct? Do you agree that standard
12   midurethral slings depend on their post-insertion
13   fixation process mainly on friction with nearby tissues
14   in their relatively longer trajectory of insertion,
15   including the rectus muscles sheath, or the thigh
16   abductor muscles?
17   A Yes.
18   Q And you agree that that would be -- strike that.
19         MR. DEGREEFF: Let's just go home.
20   I'm ready. I'm done.
21         MR. KOOPMANN: No further questions.
22         (Signature reserved.)
23         (Deposition concluded at
24         9:37 p.m.)
25

Douglas Grier, M.D.

|  |  |
|---|---|
| Page 362 | Page 364 |

**Page 362**

1  STATE OF WASHINGTON )  I, Cindy M. Koch, CCR, RPR, CRR
              ) ss CLR, a certified court reporter
2  County of Pierce    )  in the State of Washington, do
              hereby certify:
3
4
           That the foregoing deposition of DOUGLAS GRIER, M.D.
5  was taken before me and completed on March 22, 2016, and
   thereafter was transcribed under my direction; that the
6  deposition is a full, true and complete transcript of the
   testimony of said witness, including all questions, answers,
7  objections, motions and exceptions;
8          That the witness, before examination, was by me
   duly sworn to testify the truth, the whole truth, and
9  nothing but the truth, and that the witness reserved the
   right of signature;
10
           That I am not a relative, employee, attorney or
11 counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
12 financially interested in the said action or the outcome
   thereof;
13
           That I am herewith securely sealing the said
14 deposition and promptly delivering the same to
   Attorney David DeGreeff.
15
           IN WITNESS WHEREOF, I have hereunto set my
16 signature on the 25th day of March, 2016.
17
18
19
20
21
22         _____
23
           Cindy M. Koch, CCR, RPR, CRR, CLR
24         Certified Court Reporter No. 2357

**Page 364**

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
5  hereby certify that I have read the
6  foregoing pages, and that the same is
7  a correct transcription of the answers
8  given by me to the questions therein
9  propounded, except for the corrections or
10 changes in form or substance, if any,
11 noted in the attached Errata Sheet.
12
13
14 _____
15 DOUGLAS GRIER, M.D.          DATE
16
17
18 Subscribed and sworn
   to before me this
19 _____ day of _____, 20____.
20 My commission expires:_____
21
   _____
22 Notary Public
23
24

**Page 363**

1          - - - - - -
            E R R A T A
2          - - - - - -
3
4  PAGE LINE CHANGE
5  ____ ____ _____
6     REASON: _____
7  ____ ____ _____
8     REASON: _____
9  ____ ____ _____
10    REASON: _____
11 ____ ____ _____
12    REASON: _____
13 ____ ____ _____
14    REASON: _____
15 ____ ____ _____
16    REASON: _____
17 ____ ____ _____
18    REASON: _____
19 ____ ____ _____
20    REASON: _____
21 ____ ____ _____
22    REASON: _____
23 ____ ____ _____
24    REASON: _____

**A**

aaron 252:19
253:15 281:21
284:9
abbrevo 29:15
29:18 30:8,15
31:9,21 45:5,8
289:4 297:8
317:1,3
abdelfattah
345:24 348:1
351:8
abdominal 49:5
57:24 58:14
94:11,24 95:14
95:19 96:10,13
96:17 111:14
175:4 176:6,25
177:3,15,16
225:20 227:6
325:8 346:21
abdominally
96:5
abductor 361:16
able 18:6 80:13
104:19 128:19
161:21 256:24
256:24
abnormality
321:25
aboveboard
204:24
abreast 50:18
absence 324:2
abstract 57:8
90:13
abstracts 49:12
57:4,5 313:18
331:25
academic
125:10 139:24
academics 83:14
accept 112:10
163:17 217:13
264:18
accepted 23:5

accepts 177:1
access 357:24
accommodati...
293:9
accompanying
329:22 330:4
accomplish
233:15 234:9
accomplished
20:14 22:8
account 267:24
268:12
accreditation
201:8
accurate 190:20
358:14
accusing 113:1,6
achieved 327:19
acknowledgm...
364:2
acquired 183:21
act 109:9
acted 178:16,23
179:1
acting 108:2
112:4 298:12
action 362:11,12
active 26:21
87:3 140:1
actively 31:17
activities 176:8
199:15 200:1,3
200:5,6 261:14
280:24 283:2
activity 26:21
200:7 246:17
246:18
actual 67:5
148:23 323:4
acute 171:11,18
acutely 171:23
add 28:17
202:21 306:11
306:12 319:25
added 10:24
90:10 172:21

172:22 314:12
314:14 354:21
354:25 355:3
addendum
218:14
addendums
218:22
addition 199:11
225:6 235:20
259:1 286:5,8
additional 77:6
198:7,15 258:9
285:25 310:3
address 79:2
153:11
addressed
114:10
adds 161:10
adequacy
327:12 328:1
328:11
administration
227:8
ads 119:9
adult 342:11
adults 167:25
advanced 5:10
121:15,20
122:7 179:11
183:19 244:14
254:10
advantage 58:5
256:9
advantages
195:4
adverse 16:16
17:20 52:5
56:20 103:16
114:18,19,23
114:25 115:3,9
115:13,14,15
115:23 116:18
187:10 198:25
332:15 334:19
338:22 344:23
344:24 345:16

advice 201:21
201:22
advisory 215:8
286:17 287:3
288:8,11,12
289:3,8
advocate 85:23
279:18
advocated 257:2
affect 256:19
affeld 207:12
affiliated 84:7
affiliation 85:2
affiliations
71:19
africa 91:8
afternoon
122:14 247:5
275:17
agent 197:1
ago 8:2 23:18
63:20 70:6
71:11 77:25
80:19,20 87:19
87:24 88:9,21
107:19 110:17
115:2 133:18
154:16 162:9
171:22 180:12
180:22,25
181:11,15
183:11,25
184:2,2 189:19
248:7 339:1
356:15
agree 15:17
16:20 17:12,15
17:18 18:7,8
18:11,13,22,23
18:25 19:24
22:23 26:22
28:16 33:21,24
34:1,6 39:24
68:6 70:21
73:5 96:16
111:19 112:8

125:10 143:9
159:5,9 160:5
160:8,12
168:21 169:25
173:18,21
174:4,11
195:19 230:12
230:17 233:10
304:19 312:11
324:6,18,25
325:5,7,15,16
325:21,24
352:21 353:11
358:10 360:4
360:15,23
361:1,4,10,10
361:11,18
agreed 171:21
194:19 233:13
252:18 361:1
agreeing 17:19
112:8,9 204:16
228:4
agreement 4:10
4:12,13,15,17
4:19,20,22,23
6:7 11:12 12:1
39:15 55:18
58:18,21 83:9
85:14 123:12
123:13,14
130:12 194:3
194:14 203:4,5
205:24 206:6
207:9 208:11
209:19 217:2
218:22 221:5
223:1 225:17
232:11,18
235:17,17
236:2 237:12
238:10 239:16
241:20,21
258:8,11,18
269:25 270:8
270:14 271:19

Douglas Grier, M.D.

290:7,9,18
293:15,16
295:25 350:13
**agreements**
86:12,16,19
111:16 206:10
222:17,19
223:11,19
224:1,5 225:2
225:6 237:15
241:12,13
286:6 307:3,11
309:20,25
**agrees** 230:20
**ah** 106:18
**ahead** 62:19
68:14
**air** 173:12,15
287:12
**airfare** 185:22
292:24
**airplane** 306:18
**airport** 276:13
276:18 288:1
**ajust** 312:1
**al** 340:13 343:24
**alaska** 305:16
**alist** 249:15,18
250:4
**alister** 249:25
**allday** 276:12
**allentown** 227:3
230:5
**allergic** 18:1
**allison** 294:22
**allocation**
107:25
**allow** 134:19
**allowed** 83:20
194:25 210:9
290:19,23
291:8
**alphabetical**
359:17
**alphabetically**
356:2

**alternative**
256:22
**amended** 3:9
8:19
**american** 82:2
283:5
**amount** 11:17
12:1 23:11
25:25 27:2,4
27:23 33:3
62:1,6 185:2
205:2 256:7
269:24 297:18
338:3
**amounts** 17:24
306:8
**ams** 195:16
311:9
**analyses** 135:22
331:9
**analysis** 63:2
126:7,11
135:19,24
136:4,25 137:5
138:7,17 328:7
328:11 342:22
**analyzed** 344:23
**anatomy** 212:22
212:24 256:17
291:4
**anchorage**
305:16
**andina** 302:6
**anecdotal** 331:4
358:4
**anesthesia**
172:15,16
**anesthetic**
172:19
**angelenis** 356:20
358:16
**angiogenesis**
141:11
**anhalt** 296:23
**annoying**
195:17

**annual** 83:5
143:8
**answer** 43:13
50:21 68:8,13
68:22 69:11
77:8 92:23
103:23 109:18
110:24 111:3,9
113:23 157:13
157:16,17,18
157:19 162:7
162:16,17,19
162:22,24,25
163:3,17
164:19 165:14
168:9,12,13,17
168:20 169:6,7
169:8,9,11,14
171:6 172:9,12
173:15 196:16
197:18 211:9
295:21 296:4
319:20 320:2,8
320:16,25
321:3,4,6
337:20 349:15
360:23
**answered** 28:25
32:1 68:12
128:12 138:6
138:23 139:3
157:25 162:6
308:16 354:17
357:12
**answering** 168:7
**answers** 27:3
48:20 76:10
140:8 163:17
362:6 364:7
**anterior** 95:5
106:15 153:19
**anticipate** 96:20
**antimesh** 353:15
**antioxidants**
172:21,22
**anybody** 147:16

194:25 243:9
290:21
**anytime** 73:6
220:8 256:12
**anyways** 54:1
**ap** 292:13,16
**apart** 158:4
**apogee** 144:9
311:9
**apologize**
105:16
**apparently**
169:7 230:14
243:25 273:24
280:19,19
310:4
**appearance**
104:21
**appearances** 2:1
**appeared** 7:5
104:8
**appears** 34:15
198:3 217:3
226:9 231:8
234:25 239:16
242:9 244:21
260:21 277:20
290:9 304:1
**applied** 130:8
357:15
**apply** 28:5 136:2
204:10 336:14
**appreciate**
24:19 70:7
166:15
**appreciative**
248:10
**approach** 64:12
95:6,14,19
96:3,10,14,17
153:19 227:21
227:22
**approached**
112:14 113:8
**appropriate**
27:2,4 235:6

328:22
**approval** 14:13
47:13 65:16
66:16 230:10
**approve** 196:12
**approved**
131:25 196:16
231:19
**approves** 14:5
**approving**
201:19,20
**approximate**
86:4 192:16
**approximately**
237:1 249:15
285:18
**april** 223:2,2
306:21,21
308:14 342:13
344:3
**area** 58:24
128:23 141:3
142:9,9,20
144:23,24
153:8,10,11
171:14 176:8,9
176:17 191:8
252:16 265:10
325:8
**areas** 322:22
**arent** 14:19 67:2
71:9 84:23
99:21 102:16
142:23 147:4,6
161:9 204:12
298:20
**arguing** 172:8
**arizona** 259:24
305:6,10
**arms** 153:19
**arrangements**
272:7
**arrive** 278:6
283:12
**arrived** 278:4
**arrowhead** 5:8

248:18,19
art 27:6
article 37:5
    42:11 49:5,12
    50:19 52:21
    55:2,3 57:21
    64:6 71:15,17
    71:20 90:13,14
    95:25 96:10
    99:14 118:5
    127:3,8,21
    339:4 340:12
    343:23 359:19
articles 3:13
    21:7,18,19
    39:14 40:2,5
    40:10,13 42:9
    49:2,12,20
    50:2,4,6,15
    51:3,11,20,22
    52:5,14 54:8,8
    54:8,10,25
    55:4,8,13,15
    55:16,20 56:3
    56:4,9,12,15
    56:21,22 57:15
    57:19,24 69:23
    70:5 71:7,9
    73:15,24 74:15
    75:16 76:16
    77:9,11,18
    78:8,13,18
    98:8,9,16
    102:15,25
    103:3,6 118:1
    118:7,17,19,23
    118:25 124:14
    126:9,12
    129:17,17
    136:18 312:24
    313:1,2,6,7,12
    313:13,14,23
    314:3,5,11
    315:10 327:1
    330:7,8,10
    337:5,7 338:25

340:12 343:23
    359:1
asia 192:3,7
asiapacific
    292:17
asked 10:3
    28:24 31:25
    48:17 65:7
    68:12,19 69:25
    96:18 109:17
    110:17,18
    111:7,9,10,24
    112:2,20
    128:12 129:5
    138:23 139:1
    162:6 189:18
    189:18 206:9
    210:1 211:3
    215:21 222:13
    227:25 231:21
    252:1 266:14
    308:16 326:7
    327:9 330:6,14
    335:19 338:16
    338:24 354:17
    354:23 357:12
    358:23,25
    359:2
asking 29:5 34:6
    36:17 53:5
    75:10 93:21,22
    113:8 129:18
    134:24 144:10
    157:19 163:16
    164:18 172:8
    194:13 296:6
    320:3 326:13
    355:1 357:14
    360:13
aspects 47:15
assemble 212:19
    241:25
assessments
    94:10
assistant 244:22
    244:25 252:22

281:23
associated 19:9
    19:12,25 28:8
    115:23 164:24
    165:16 168:5
    168:18 227:8
    321:20 324:18
    324:21,22
    325:1,3,5,6,9
    325:13,22
    338:25 348:16
association
    283:5
assume 8:5 9:19
    31:9 38:1
    77:18 91:4
    108:25 234:1,6
    255:10 267:12
    285:4 292:8
assumes 294:1
assuming
    142:19 184:12
    246:19 300:12
    356:16
assumption
    105:14 234:7
astellas 180:12
    180:14,16
    182:8,9,15
    183:1,8
asterisk 119:5
asymptomatic
    141:19
ate 247:15 248:6
atlanta 280:11
    280:18 282:2,4
attached 226:6
    226:23 236:16
    237:9,13,16
    259:15 364:11
attend 84:20
    85:9 214:15,19
    214:23 227:3
    240:14 241:7
    241:10 280:19
    280:21 287:18

attendance
    227:2
attended 84:18
    195:15 261:15
    261:18 262:20
attendees
    300:25
attending 282:5
attention 239:4
    239:5,10 292:6
attorney 109:17
    112:9 238:5
    307:19 362:10
    362:11,14
attorneys 42:17
    50:2,4 56:2
    101:3 109:13
    112:4,15
    119:18 273:1
attribute 114:19
aua 81:23 258:5
    281:3 282:5
    283:2,4,7,17
    283:18,20
auanews 117:25
audience 210:19
    210:20 246:1
    256:15
audit 210:14
    211:11
augmented
    149:20
augs 49:11 57:3
    57:14 81:17,23
    81:24 82:1
    118:8,9,18
    192:25 251:2
    258:5
august 254:17
    254:18 290:12
australia 129:24
    136:16
author 57:18
    90:25 93:8,9
    359:17
authored 127:3

312:12
authors 52:20
    91:7,10 131:3
    342:18 345:12
auxilium 179:15
    180:5,5,20
available 23:21
    26:15 93:15
    98:8 130:5
    161:17 187:5
    187:15 266:25
    267:4,14
    312:12
avendanno
    267:11
avenue 2:4 7:2
average 74:11
    146:16,18
    198:12 268:20
averages 354:5
avmed 202:22
avoid 116:8
avoidance 122:9
    198:25
aware 8:25 12:2
    12:15 19:19
    32:14 60:23
    85:4 95:12
    106:6 134:15
    135:9,14
    164:23 170:14
    172:22 180:4
    191:3 261:17
    272:25 297:11
    297:14 314:20
    322:10 352:17
    353:3,10,12
    356:8,11
awareness 87:9
    120:10 225:24
axiron 181:9,10
    181:12 184:22

_____
        B
_____
b 211:21 226:8
    226:23 229:18

236:25 359:19
**back** 23:12
32:20 36:8
38:18 39:13
43:2,4 46:2,6
55:1,10 59:7
63:20 75:7,13
86:21 98:13
110:24 115:20
147:6 157:1
181:1 183:9,24
204:16 209:22
225:17 229:18
229:22 247:8
249:3,8 255:16
262:24 263:1
266:23 267:15
267:16 270:2
276:21 277:4,8
287:25 288:1,1
305:11 314:21
322:23 350:17
355:20,21
**background**
41:23 63:11
125:19
**backtoback**
301:19 303:5
**bacteria** 176:15
176:19
**bad** 26:22 28:4
68:18 131:17
196:1 201:21
323:19
**bag** 4:4
**baggie** 76:14
**bakersfield**
104:25 105:1
**balance** 345:16
345:16
**balanced** 196:14
**balances** 133:11
133:22
**ballpark** 181:21
183:17
**bangkok** 192:8

192:12 292:18
**bankers** 13:7
**barbara** 1:8
**bard** 195:16
311:23
**barking** 210:23
**barry** 2:10,14
53:11,18,19
54:23 166:23
167:6,21
216:24 223:22
257:18 282:11
285:9 294:9
300:4,5 348:9
**bartlett** 1:15
8:24 9:2
**based** 11:18,21
39:18 125:22
142:21 164:20
167:4 220:14
234:7 235:6
290:24 304:22
307:25 331:14
331:17,20,23
332:2,5,9
335:2 336:23
345:14 361:6
**basic** 334:16,19
**basically** 17:1
37:11 200:8
288:19 291:2
314:16 350:20
**basing** 190:18
**basis** 125:25
143:8 145:10
161:19 167:15
167:21,22
171:6 238:25
254:2
**bathroom** 257:9
**beach** 254:22
**bear** 33:3
**bearing** 226:10
**becoming** 119:1
**began** 79:23
**beginning** 77:24

190:15 249:10
254:20 288:17
303:23,24
306:21 353:15
**begins** 223:1
**begun** 158:6
**behalf** 11:15
24:2 106:2
110:4 111:25
112:5,16,17
189:6,15
208:18 213:15
221:9 251:5
292:21
**beijing** 192:8,11
192:13,17
**belgian** 64:10
**belgium** 64:10
67:2
**belief** 323:1
**believe** 19:9,25
21:11 25:2
62:16 73:1
78:17,20 86:3
86:6 91:15,16
91:22 93:10,17
97:6 99:21
114:14 116:24
116:25 117:5,9
120:18 127:10
128:18 132:2
141:7,13 142:2
142:6 144:2
146:23 158:11
160:1 161:22
170:21 171:7
171:16,25
172:9,11,14
205:23 208:5
211:5 257:1
260:9 263:2
296:18 299:23
322:2 352:5,18
353:3,12,18,19
353:21,22
354:25 355:3

356:14
**believed** 115:23
117:18
**bench** 33:14,21
126:2 136:17
137:8
**best** 10:7 269:17
297:20
**better** 48:14
68:4 177:18
242:3 253:16
256:21 350:2
**beverlys** 302:15
302:21
**beyond** 23:14
185:12 241:11
241:16 261:20
**bias** 25:3 71:24
72:2 73:3,4,6
210:21
**biased** 56:16
**big** 184:21 245:6
245:9 275:13
**bigger** 109:7
**bill** 99:3,11
105:4
**billed** 62:1,4
99:21
**billings** 285:18
**billions** 360:21
**bills** 59:23,25,25
99:6 217:18
**binder** 3:18,19
3:20,22,23
20:23 41:13,22
42:4,14 48:22
48:25 49:1,23
50:1,25 51:4
51:20,23 52:10
54:4,5,7,7,14
55:10,23 61:16
62:25 63:4
64:19,22 65:2
65:4,6,11 69:3
70:2,13 340:12
345:22 347:1

**binders** 69:7
77:7,20,21
102:13,16
161:8
**biofeedback**
149:14
**biologic** 125:8
156:20 157:8
**biologically** 58:7
141:5,8,14
177:4
**biologics** 156:22
**biomaterial**
126:20
**biomaterials**
126:14,16
**biomechanics**
47:16
**biomedical**
128:5
**bion** 179:5
**bionics** 179:11
183:19
**bit** 14:13 207:22
**bladder** 28:6,11
117:15 141:2
153:14,20
182:13 323:8
**blair** 280:13
**blaivis** 316:17
**blank** 233:8
**bleeding** 262:14
**blessing** 211:17
**blisters** 252:9
**block** 99:18
220:11
**blood** 256:8
**blue** 248:22,25
249:7
**board** 80:11,14
286:17 287:3
288:8,11,12
289:3,8
**boards** 80:2,8,9
215:8 287:3
**bodies** 49:11

Case 2:12-md-02327-MDL-..... Document 292... Filed 05/26/20 ... Page 105 of 161
Case 3:19-cv-00851-MO Document 189-10/11/19 Page 98 of 154 PageID #:108026

Douglas Grier, M.D.

Page 369

**body** 49:3 57:23 58:6 83:21 114:16 116:15 126:18,23 127:1 137:10 138:1 140:17 141:5,21 142:3 142:7 158:8 159:17 166:11 171:2,8,19 172:11 176:8,9 176:17 218:21 322:5 324:4,15
**boils** 194:19
**bold** 194:11
**bolded** 249:22
**bonnie** 280:13
**book** 47:25 196:21 204:24 272:11 331:24
**booth** 281:2,5,8 281:13 283:2,6 283:10,12
**booths** 281:8
**born** 79:3
**boston** 183:21 252:23 312:2
**botanical** 280:18
**bothering** 141:21 142:13
**bottom** 94:16,20 95:17 265:13 265:17 266:20 270:9 292:7 331:3
**bought** 180:4 235:7
**bowman** 2:11
**bowmanandb...** 2:14,14
**box** 13:7,7 53:6 53:8 67:10 197:22 291:3
**boy** 35:20 117:1 122:23 180:1 234:15 262:21

**bph** 279:21
**brachytherapy** 87:3
**brain** 288:19
**branding** 357:1
**breach** 203:13 203:17
**break** 21:6 75:22 76:5 99:13,23 150:25
**breakdown** 292:11
**breaks** 292:20
**breast** 133:17
**brian** 251:21,22 251:24 252:3 284:14
**bridging** 173:11
**briefly** 38:17 76:8 100:16
**brighter** 338:12
**bring** 10:4,7,11 13:5 57:2 59:23 60:18 61:6,11,23 62:14 259:6
**bringing** 13:24 95:3
**broad** 57:5 353:9
**brochures** 63:15
**brooke** 2:11
**brought** 13:8 37:21 41:12 113:4 133:13 317:10
**brunswick** 266:15
**bta** 266:15
**bucks** 184:17 232:6
**budget** 266:25 292:11
**built** 272:22
**bulking** 259:11

**bunch** 35:13 64:20 65:20 277:13 279:7
**bunched** 155:20
**burbank** 304:25 305:8,11
**burch** 34:20 125:6 332:20 344:7 345:6,13 346:24
**burches** 49:5 103:4,15
**burst** 137:13
**busiest** 308:18
**business** 59:5 245:13 250:5
**busy** 197:11 239:1 295:17
**butler** 109:12

**C**
**c** 121:9 230:8
**cadaver** 64:1 122:2,10,14,16 123:6 185:18 185:23 186:12 186:16 191:17 192:25 195:15 210:17 212:8 212:21 221:16 227:6 232:3 258:13,18,21 262:18,19,21 266:15 274:16 287:6 304:7,13 305:15
**cadavers** 122:3
**calgary** 192:25 193:1
**california** 104:25 105:1 186:6 254:23 255:2 277:24 290:12 304:25 305:4,8,11,20 306:2,4 343:12

**call** 63:15 88:21 99:22 104:16 119:8 155:20 164:17 174:22 174:23 202:4,5 244:20 261:4 262:20 264:16 292:6 314:17 336:9,10 338:11
**called** 34:10 48:22 69:21 83:9 100:18,20 109:18 122:6 147:24 173:24 174:8 179:4,11 182:23 213:19 232:15 248:10 248:17 274:3
**calls** 119:16
**campaign** 5:8 248:18,19
**campbell** 5:6 244:9,10 265:6 265:20 266:2,3 266:12 267:7 268:3 269:13 271:22 272:1,3
**canada** 192:19 192:24 342:13
**cancer** 87:4
**cant** 14:11 15:16 17:14 32:10 33:8 43:12 47:19 58:22,23 68:8 72:8 77:8 87:24 106:14 109:2 113:15 114:19 115:5 137:20 138:15 138:19 143:4 154:24 162:15 162:17,19,22 162:24,25 163:3 164:5 165:5,5 168:9

168:12,13,14 168:17,20 169:11 181:1 181:21 195:25 196:16 202:20 202:20,21 204:21 207:19 207:21 222:1 247:20 248:2 258:4 268:22 307:23 308:18 316:7 320:2,8 320:14,16,25 321:3,4,6 322:21 325:6 325:16,16,19 354:1 355:8 358:14 360:22
**cap** 11:25 205:2 206:14,15 208:25 209:5 209:14 216:19 217:11 218:5 222:6 223:6 224:4 241:18 270:3
**capitalism** 133:10
**capped** 220:16
**caps** 224:10
**captive** 287:20 287:21
**carbone** 251:8 251:16 297:3
**care** 27:17 65:9 146:3 331:1
**career** 128:15 329:15
**careful** 170:19
**carey** 292:13
**carl** 23:24
**carolina** 214:9
**carorosado** 294:24
**carried** 23:12
**cartmell** 2:4

Douglas Grier, M.D.

**case** 1:8,10,11
1:13,14,16,17
1:19 9:21 12:8
12:12 14:2,10
40:3 42:5
55:21 59:9,18
82:12 97:9,14
101:19 104:7
105:20,25
106:5,7,9,10
106:12,13,17
106:19,21,23
107:5,16,18
108:20 109:3
113:9,10,13,16
113:17 121:24
124:6 126:20
136:10 137:23
178:3 227:7,10
227:13 231:9
240:1 297:10
297:16 298:3
299:9 315:23
317:1,9 325:17
341:1 353:11
355:3 357:9
358:8 361:6
**cases** 1:7 8:16,22
9:10,14,15
12:4,12 14:10
80:8 81:12
84:1 107:22
109:3 133:17
142:4 152:5
153:16 170:11
199:2 228:1
232:5 301:13
323:15 325:18
326:6 341:4
342:8 343:2,8
**casespecific** 9:1
9:10,17,21
12:4,10,23
13:2 76:18,20
98:20 101:14
101:20,25

121:3 326:5,7
**catch** 102:24
**categories** 49:9
215:16
**category** 151:19
**caught** 102:23
**cause** 28:14 29:2
32:5 113:25
114:20 116:9
159:3 162:4
164:7,9,18
165:10 171:14
172:5 173:24
174:5 187:11
319:8,9,17
320:4,19,23,25
321:5,17,23,24
322:2,8,15,18
323:10,10
324:4 325:10
325:11,20
326:1
**caused** 142:22
142:22 323:15
325:16
**causes** 116:5
173:15 174:12
320:15 321:7
321:12
**causing** 113:24
114:6 322:7
323:4,5,6
341:16
**ccr** 362:1,23
**cease** 87:12
190:22
**ceased** 190:24
**cecile** 340:24
**ceiling** 272:14
273:13
**cells** 57:23
158:22 166:10
**center** 145:7,14
147:3 198:18
**certain** 20:13
21:19 27:23

116:9,9,9
145:11 151:8
271:19 297:18
305:14 322:21
322:22
**certainly** 12:25
55:22 67:3
88:17 92:7
98:13 125:21
128:15 134:15
146:21 150:17
161:12 174:13
174:18 228:18
229:16 239:9
310:25 329:17
358:11
**certainty** 320:8
329:1
**certified** 7:4,12
79:18 80:11
362:1,24
**certify** 362:2
364:5
**chain** 5:15,24
6:8,10
**chairman** 72:12
**challenge** 18:19
**championed**
132:1
**championing**
133:6
**chance** 10:18
16:8 76:7
142:15
**change** 30:20
76:11 111:3
159:3 169:5,9
202:20,20
248:25 336:22
363:4
**changed** 248:9
337:3
**changes** 364:10
**chapters** 331:24
**character**
104:16

**characteristics**
49:13
**charge** 83:17
99:1 234:15
**charleston** 1:3
**charlotte** 214:8
**chart** 217:24
**chase** 141:4
**check** 235:11
239:1
**checks** 133:10
133:22 188:21
267:19 268:9
**chemical** 125:13
**chemistry**
125:17,19,20
125:25
**cheyenne** 275:4
**chicago** 305:18
**chief** 63:19
**chilcote** 217:18
**childbearing**
177:6
**china** 192:11
207:17,20
293:20
**choice** 235:13
**choices** 147:20
**choose** 48:9 52:3
170:2,3 330:24
**chops** 300:13
**chosen** 356:8
**chris** 213:8
**christina** 234:22
284:11,11
**chronic** 154:7
156:12,14
157:2,7,10,20
170:25 171:11
172:1,10
319:17,21,22
320:1,9,13,14
320:15,19,23
321:1 322:15
323:19 324:18
324:22 325:7

325:10,11,15
325:17,18,18
332:18 333:2,8
334:17 337:9
338:24 339:22
340:4,10
**chronically**
171:23
**chronology**
93:13 104:1
127:19
**chunks** 308:1
**cialis** 181:8
184:22 196:5
**cindy** 7:4 362:1
362:23
**circumstance**
283:16
**circumstances**
115:8
**cite** 326:25
**cited** 328:8
**city** 2:5 240:7,16
**civil** 48:14
**claimed** 133:18
**claiming** 15:13
**clarify** 9:9
**clean** 176:9,9,17
**clear** 52:13
77:16 322:8
324:2 350:7
**clearance** 63:14
**clinical** 3:16
4:19,20,22
20:7 21:5,22
32:18 38:13
40:20 49:20
63:16 94:10
111:7,10,12,20
139:22 140:23
210:10 224:24
225:2,17
230:16 232:11
236:2,10
237:12,15,22
238:10 241:13

285:12 286:4
307:5,14
331:20
**clinically** 27:18
30:25 31:13
33:20 66:7
171:7,12,15
**clinician** 189:19
**close** 33:9 90:19
108:17 176:12
239:10 272:15
306:23 350:24
**closure** 153:7
**clr** 7:4 362:1,23
**cme** 83:20,21
84:5,22,24,25
201:5,6,7,8
**cmes** 84:6
**coast** 288:6
**cochrane** 49:18
75:9 317:20
318:15 331:5
**cocktail** 280:17
**coeur** 302:15,19
**cohort** 147:2
169:18 342:11
346:3
**cohorts** 89:20
**colin** 347:2
**collaboration**
338:6
**collagen** 141:11
**collagenase**
179:20
**collapse** 173:3
**colleagues** 25:4
32:16 95:1
147:22 332:6
333:17 338:11
352:7,17,21
353:3,5,7,8
**collect** 100:8
104:17 132:8
**collected** 34:24
**college** 83:11
84:8,14

**colleges** 85:1,3,3
**coloplast** 195:16
**color** 249:6
**colorado** 275:4
276:14,15
304:23 306:6
**colporrhaphy**
106:15
**column** 339:19
346:15 350:1
**com** 2:7,7,14,14
**combination**
124:7
**combined** 183:7
**come** 33:3 44:23
46:2,6 56:9
75:13 78:5
86:21 99:17
133:8 168:15
188:21 204:14
209:21 239:2
275:21 287:7
322:22 326:14
352:11,13,16
**comes** 23:3
72:20 84:15
204:16 297:22
**comfortable**
95:5 113:12
147:5,6 150:15
187:12 195:22
228:23
**coming** 129:22
131:7 140:19
247:8 300:5
**commensurate**
224:7
**comment** 49:17
166:15 167:23
357:14 358:14
**comments**
166:25 338:22
**commercials**
119:6,14,18
120:7
**commission**

364:20
**committee** 72:12
189:23,24
**common** 79:12
147:12,15
172:18 199:3
250:16 333:9
333:14
**commonly** 19:14
**community**
147:18,19
329:3,11
**companies** 68:4
68:19 72:24
119:10,21
120:1 133:25
142:18 178:17
178:20 179:2
186:21 187:1,6
187:15 189:12
194:21 195:13
195:16 211:16
225:7 235:21
239:6,7 241:14
241:17 271:9
271:14,16
272:21 286:9
307:7 310:7
338:1
**company** 3:18
20:14,19,20
26:3 41:14
42:10 43:18
46:7 59:4
65:21 86:1,13
87:8,8 94:23
94:24 99:12
109:22 110:2
110:12,21
123:13 130:12
131:11 132:4
178:14 179:10
179:17 187:4
188:21 203:6
203:25 204:11
208:18 210:24

212:2,6,13,17
219:5,17
222:11 237:24
255:24 274:3
299:20 307:11
331:6 336:21
**companys**
152:24 210:10
**comparative**
32:13
**compare** 36:24
37:2 79:6
334:11 345:2
**compared** 39:18
103:3,6,12,15
348:17 360:5
**comparing**
34:18 49:5
139:23 344:6
349:2
**comparison**
36:21
**comparisons**
37:7
**compatible**
177:5
**compendium**
54:6 55:4
77:19 318:25
**competing** 196:7
**compilation**
3:13
**compile** 80:21
**compiled** 35:13
314:6,8
**complaining**
120:7
**complete** 95:24
226:16 229:13
362:6
**completed** 10:9
89:5 90:2
93:24 127:14
227:10 236:22
362:5
**completely**

231:20,24
**completing**
228:1
**complicated**
149:17
**complication**
21:21 113:25
114:1 147:21
152:25 168:8
319:13 333:15
335:15 336:4
342:25 354:2
**complications**
32:11 113:19
113:20 114:5,6
114:9,15,22
115:22 116:8
116:20 118:20
122:9 140:20
142:21 143:1
146:6,9,18,25
147:8,9,15
152:23 171:24
178:6 327:22
328:10 329:25
332:10,13
333:1,4,9,18
333:21 334:10
334:12,14
335:8,16
338:20,22
339:20 347:20
**comprehension**
18:17,20
**comprehensive**
42:19
**computer** 3:11
**concentrate**
209:21,23
**concentrating**
101:14
**concept** 130:12
352:16
**concern** 31:18
118:22 176:21
333:18

Case 2:12-md-02327-00851-MC Document 2921-1 Filed 05/26/21 Page 108 of 161
Douglas Grier, M.D.

Page 372

concerned 10:22
112:25 113:2
141:20 176:13
concerning
95:14 97:14
concerns 147:25
290:23,25
333:21
concluded 17:4
107:5 122:11
361:23
conclusion 37:5
91:10 342:18
342:21 345:12
conclusions
45:24
concomitant
345:17
condition
116:16
conducted 24:11
conducting
121:14
conference
231:9 261:25
287:25 288:3
confidence
227:23
confirm 56:13
206:1 308:10
conflict 71:16,25
73:1 131:10
195:14 299:12
299:19
conflicted 195:7
conflicts 73:14
conformation
159:3
confused 123:25
214:3
connection
326:3 335:8
connections
256:4
consent 118:24
conservative

142:11 149:14
153:6,11
consider 21:22
23:4 24:17
31:19 40:6
123:1 125:24
131:1,2 139:6
211:17 253:25
304:17 327:22
353:8
consideration
32:7
considered
16:22 22:3
28:17 71:18
115:13 179:6,7
203:18 246:16
246:25 249:25
267:24 268:11
272:20 327:11
327:12,16,19
328:20
consistent
332:14,17
constance 1:9
constitute 22:23
121:21 258:12
304:15
constitutes
88:15 169:20
212:6 264:10
264:13
construction
174:22
consultant 58:15
178:16 179:1,7
187:19 188:11
194:25
consultants
187:9 214:18
288:22 291:8
consulted 92:5
92:20
consulting 4:10
4:12,13,15,17
11:10,11,12,14

12:1 58:18,21
83:9 85:14
86:12,15,19
117:18 123:12
123:14 180:24
185:19 194:3
194:14,20
199:14 200:1,3
200:5 203:1,24
205:24 206:6,9
207:8 209:18
211:12,15
217:2 218:21
221:5 222:16
222:18 223:1
223:11,19
224:1,5 225:6
235:17 241:12
241:20 242:18
246:16,18
258:8,10
269:25 270:8
270:13 271:19
286:6 293:16
295:25 307:3
307:10,14
309:20,24
contact 53:24
188:23 227:13
contacted 36:15
92:9 109:9,11
109:12,13
110:2,11,14
130:10
contacts 189:2
contain 69:9
70:22 120:21
120:25 124:13
315:6
contained 41:9
41:22 69:7
229:19
containing 4:4
contains 49:1
64:20
contaminated

176:9,17
content 46:16
202:21
context 34:17
359:5,7,9
continence
129:25 130:2
continent
142:15
contingencies
215:16
continuation
216:18
continue 22:4
26:15 166:22
171:1 172:10
continued
228:16
continuing 4:1
5:1 6:1 76:3
83:15,25 151:3
257:13 331:17
contraception
262:13
contract 83:2,6
158:21,25
159:17 164:7,9
164:10,10
165:10 187:21
187:22 188:13
194:13 196:20
203:13,17
204:22 208:3
208:10,22
209:1,6 210:3
210:6 211:11
211:13 215:3
216:18,19
217:7,11
218:21 220:17
223:3,5 233:20
236:18 238:2,3
263:1 269:21
270:4,12 271:4
271:13 273:9
contracted

158:14 239:21
contracting
158:20,22
159:19
contraction
159:1,14,22
160:1,3
contracts 83:5
165:14 209:1
217:16 218:13
271:8 272:19
273:1 310:3
contracture
158:18
contraindicati...
16:17
contralateral
142:13
contributed
132:10 348:20
control 21:3
35:9 161:5
204:20 230:15
318:3,22
336:11,16
344:2,16,24
348:6 351:1
controlled 35:11
74:4 75:6
140:3 231:5
317:20 318:20
318:23 319:3
controls 132:22
controversial
360:10,11,12
controversy
360:14
conversation
246:11 248:8
251:1 274:12
convert 296:16
convince 200:23
264:19
coordinator
274:14
coordinators

291:15
copeland 5:5
copied 61:12
266:6,8 282:19
282:21
copies 222:25
223:19 351:10
351:11
copy 10:9 13:12
79:5 86:15
123:22 207:8
229:22 237:24
237:25 238:15
copyright
196:11
corner 208:16
corporate
136:20 205:15
221:18 247:24
356:9
corporation
43:16
correct 7:21
8:20 9:4 12:5
13:22 21:7,13
22:21 23:16,17
25:15 27:16
28:23 29:8,14
29:16,23 30:3
30:16,17 32:12
35:3,4,8,14
36:22 37:1,4
39:16 41:14
45:5,6 50:24
51:2,13,14
52:11 53:2
55:7 58:10,16
59:3,12,14
63:22 66:4
67:12 70:11,14
70:16,20 72:19
76:5,6,22 79:5
79:14,15,17
80:1,2,10,12
81:13,14 82:9
82:12,13 84:1

84:6 85:14
86:3,8,9 88:7,8
88:10 89:3,4
90:21 91:11,14
91:20 92:12,17
93:1,5 94:2,3,7
94:8 95:12
96:2,17 97:10
97:15,24,25
103:13 104:5,8
110:5 111:5,13
112:7 116:20
116:21 120:19
121:4,11
123:17,23
125:12,13,14
125:16,18,20
126:13 128:20
129:2,3 130:14
130:19 134:18
136:18,25
140:10 142:17
143:1 150:22
150:23 154:4
159:15 160:23
161:19 162:4
164:11 165:16
168:6 169:6,23
169:24 170:16
171:2 172:4,13
173:13 177:19
177:25 178:24
185:20 189:7,9
189:15 190:2,7
190:11,15
191:1,6 193:3
193:15,22
194:23 195:10
196:7 198:8
199:16 200:18
204:6 205:3
206:1,18
207:10,23
208:11 210:12
210:15 211:20
212:15 213:1,2

213:4,11,15
215:5 216:19
216:20 217:5
217:11 218:2,8
218:23 219:17
220:16 221:2
222:7,14 223:9
224:22,25
225:7 226:11
226:24 227:9
228:2,5 230:10
230:13 232:12
232:22 236:3
236:23 237:7
239:18 240:9
242:12 243:11
244:12,22
245:2 246:21
247:18 248:4,5
249:9,21
252:13,14
257:21 258:19
259:25 260:13
261:16 264:2,3
264:20 266:2,6
267:17 269:14
270:4,14
271:24 272:14
275:2 277:22
278:12 280:7
280:15 281:18
281:25 282:14
283:11,15
284:2,15,19
285:13,23
286:6,17,25
290:16 292:22
293:1,18
295:11 297:8
301:20,25
306:15,16
307:3 308:17
308:21 309:8
310:11 314:19
317:4,15 318:1
318:24 319:10

319:17 320:10
320:20 321:8
321:13 322:6,8
322:9,15,23
324:5 326:8,11
327:14,15,20
328:5 329:12
334:21 337:11
337:12 339:18
339:25 340:5,6
340:10 343:4
343:16,22
344:8,14 345:1
347:6 351:3
356:12 358:13
361:11 364:7
corrections
364:9
correctly 34:13
94:12 114:16
121:16 216:11
245:7 246:4
269:22 273:6
292:14 295:9
cost 24:8 209:9
268:22 292:21
360:16,18,19
360:20,24
couldnt 11:16
11:16 12:25
84:12 149:22
188:24 190:13
202:6,23 203:2
203:3 275:12
275:21
counsel 10:13
50:25 51:3,18
53:4,14,17
54:10 56:5,14
57:12 60:11
61:5,7,9 64:24
65:1 70:9 76:7
78:6,11,15
100:15 101:4
102:4 107:4
118:14 124:22

166:14 315:12
326:13 330:9
337:4 338:16
351:24 352:5
355:10 358:22
359:12 362:11
362:11
count 21:9,10
109:6 255:15
268:25 269:1
counted 312:24
313:3
country 32:16
64:2 85:12
109:20 140:1
187:8 214:12
228:10 232:4
240:18 250:13
252:16 256:2
305:14 338:7
338:11 353:7
county 362:2
couple 8:16 9:22
12:5,11,16
22:6 38:17
43:7 53:14
57:24 63:24
72:14 80:17
99:15 111:10
153:15 155:1
181:15 193:2
205:18 213:12
223:23 240:16
274:10,11
288:15 314:12
314:14
course 5:14
67:23 82:17
83:11,16 84:22
121:23 122:1,2
235:14 259:24
330:11,13
337:5
courses 80:3
82:20,21,22,23
83:12,18 84:18

Case 2:12-cv-00851-MO Document 2021 Filed 05/26/23 Page 110 of 161
Douglas Grier, M.D.

Page 374

116:1 121:14
121:20 122:4
122:10,14,16
123:11 331:17
333:16
**court** 1:1 7:4,12
15:16 168:11
168:15 212:11
323:24 362:1
362:24
**courtesy** 336:9
**cover** 226:14
**covered** 259:4
261:24
**covering** 259:1
**covers** 207:9
**cowboys** 204:12
**create** 127:1
133:2
**created** 118:22
357:1
**creates** 114:12
**creating** 58:8
**credence** 354:8
**credentials**
83:22 189:23
**credit** 84:16,17
201:5,6
**critical** 250:5
**croix** 305:2
**crr** 7:4 362:1,23
**cucina** 254:22
**cumulative**
104:17 340:18
**cure** 345:14,15
347:12 348:17
349:8
**curious** 290:6
**curled** 154:23
**curling** 155:2
**curls** 160:5
357:9
**current** 13:12
88:6 124:25
288:25 360:4
**currently** 20:8

95:21 134:12
134:25 143:16
200:23 356:13
**curriculum** 3:10
4:3
**curve** 354:7,10
**customers**
269:17
**cut** 27:9,9,10,14
27:15 29:14,16
30:2,15,19
31:3,7,8,10,16
31:18,21,23,24
32:4,5,9,17,25
33:1,7,11,12
42:9,11,13
49:14 92:12,13
92:24 93:2,5
93:11,17
127:13 324:15
**cutoff** 186:24
**cuts** 32:14
**cutting** 92:25
130:16
**cv** 10:10,16,21
13:10,12 78:25
79:5 82:6
89:23,24 93:24
225:21 232:24
236:12
**cystoscopy**
11:24
**cytotoxic** 336:12

**D**
**d** 1:20 3:9 7:5,11
121:23 234:22
362:4 364:15
**daily** 161:19
184:22 294:1
**daino** 1:9
**dalene** 302:15
302:19
**dallas** 246:19
247:5 305:23
**damocles** 133:24

**danger** 119:6
**darn** 183:24
**data** 22:11,13
25:24 34:24
35:13 55:19
80:21 103:15
132:8 139:17
144:15,17
228:13,13,15
283:25 297:25
317:19 330:16
**databank**
114:24 115:1
**database** 115:4
115:9
**date** 10:21,23
13:3 38:2,8
63:2 77:18
89:24,25
175:25 208:22
239:25 267:21
268:15 285:22
290:19 303:23
356:3,22
364:15
**dated** 4:6,8 5:6
38:12 244:12
300:10
**dates** 20:16
**david** 2:3 252:10
253:7,20,22
362:14
**dawna** 1:17
**day** 12:25 99:15
105:3,4,5
122:6,16,19,19
122:20,22
123:2 131:25
145:8,15,17
186:18 187:22
187:23 188:1,2
193:19,22
199:15,16,18
199:19,22
212:3 213:10
213:17 214:3,7

214:7 215:5,8
215:11 216:14
219:5,7,10,15
219:20 220:1,5
220:7,9 222:9
243:15,17,17
246:25 247:1,2
247:6,8,10
255:12,15,15
255:16 258:6
258:12,12,16
258:18,19,20
258:23,24
261:18,24
262:16,17,22
263:7 275:8
276:17,19,20
276:21,22
277:3,4 278:2
278:14,15,16
278:25 280:22
287:15 288:3
293:1,2,10
301:16 304:12
304:12,13,15
304:18,21
362:16 364:19
**days** 13:1 20:17
105:1,2 123:4
123:5,6,7,9
145:4,11 199:4
209:8 222:9
232:4 240:16
247:10 255:20
258:15 261:20
275:7 276:22
287:15 293:3,5
293:24 301:19
303:4,5 304:8
304:11
**ddgreeff** 2:7
**de** 28:11
**deal** 281:1 283:9
**dealing** 118:25
**deals** 81:15
127:10

**dealt** 149:10
150:12
**dear** 70:5
**dearly** 73:8
**decade** 88:23
161:16
**december** 38:12
194:8 225:18
226:10 266:15
268:17 286:19
308:14 342:14
**decide** 50:14
72:16 102:25
200:19
**decided** 233:17
259:12 297:24
**decision** 92:3,4
92:14 93:2,4,9
93:13 142:5
175:12 345:15
**decisionmaking**
92:21
**deck** 248:1
**decrease** 256:10
**decreased** 80:5
**deeply** 322:1
**defect** 337:10
**defendant** 2:9
82:12 189:5
**defendants**
189:3
**defense** 50:25
51:3,18 53:14
53:16 54:10
56:5,13 57:12
61:9 62:1
64:24 65:1
70:2,9 76:7
78:5,11,14
100:15 101:4
102:4 106:3,4
108:13 118:14
124:22 250:24
251:4,15,16
252:2,5 284:12
284:14,21

Douglas Grier, M.D.

296:25 297:3
298:18 314:14
315:12
**deferred** 106:10
**define** 22:25
23:2 153:14
154:1 155:18
158:2 163:6
166:4 171:10
174:13,16
**defined** 168:5
**definitely** 111:6
276:16 289:25
290:2
**definition** 114:8
141:17,22,25
164:1
**deformed**
155:15,15,18
155:20,24
156:9
**deforms** 357:10
**degradation**
336:17
**degrade** 126:23
138:1 158:6,8
158:12
**degraded**
157:24 158:1,2
158:3 336:12
**degrading** 33:18
**degree** 28:2
125:20 137:21
161:13 329:1
**degreeff** 2:3 3:3
3:5 7:16 8:11
9:5,12,14
12:22 13:11,15
15:3,7,12,19
15:23 16:3,8
17:11,17 19:1
19:6 20:6
21:12,17 24:5
27:8 28:3,20
28:22 29:4,11
29:23 30:15

32:3,20,25
34:1 38:4,6
39:4,8 41:2,6
41:16,20 43:17
44:8,20 46:14
48:3,4,21
50:12 51:7,10
52:10,22 53:7
53:18,25 54:2
54:14,19 55:6
56:8,25 59:23
60:13,18 61:24
61:25 62:14
63:5,18 65:19
66:20 67:18
68:6,21 69:3
69:12,16 72:18
73:19 76:4
84:5 92:5
93:10,22 96:25
97:4 99:3
100:22 101:8
104:13 107:7
107:13 110:3
112:14,25
114:4 119:9,20
119:25 120:12
123:21 124:19
126:19 127:7
128:2,5,17
129:1 130:13
131:10 132:2
132:21 133:12
133:20 134:7
134:12 136:3,9
137:4 138:24
139:1,7 141:7
141:22 143:6
151:4 155:21
156:21,24
157:10,18,23
159:9 162:11
162:15 163:4
163:19,21
165:15,19,20
165:24 166:3,6

166:17,20,23
167:3,9,14,20
167:25 168:2
168:24 169:1,5
170:21 171:5
174:11 177:23
187:18 194:1
196:20 202:11
203:12 205:22
206:4 207:6
211:7,10,25
212:13 215:3
216:22,25
217:15 218:6
218:11 219:12
219:14 220:13
220:25 223:22
224:4 225:11
231:3,11
232:10 235:25
239:13 241:19
242:7 244:7
245:14 246:8
247:13 248:2
248:16 250:14
253:6,7 254:8
257:6,8,14,17
257:19 259:22
264:13,25
267:6 274:1,8
274:24 277:9
277:18 279:14
280:3 282:10
284:24 285:7
286:13 290:5
292:4 294:7
295:23 296:2,4
297:15 298:10
298:19,25
299:9,12,19
300:4,6 303:13
304:14 307:21
308:7,17,25
309:4,11,17,24
310:9,24 311:5
312:11 314:2

314:10 317:12
317:24 318:20
319:15,23
320:9,17,24
321:4,12,16,20
322:20 324:1
324:12,22
328:2,6,13,17
335:18 336:25
337:18 341:19
341:23 342:2,5
345:19 348:9
348:24 349:5
349:11,14,19
350:6,11,19
351:11,14,17
351:20 352:4
352:25 353:24
354:20 355:7
357:8,17 358:7
358:25 359:6
359:12 360:10
361:19 362:14
**del** 245:18
247:18 248:6
256:5
**delete** 202:21
230:12,21
**delivered** 43:8
**delivering**
362:14
**delta** 349:23
**demonstrating**
212:25
**demonstration**
35:1 264:2
**denigrate**
195:18
**denominators**
35:21
**denver** 276:13
276:17 304:23
306:6
**department**
84:19 196:22
205:14 207:22

207:25 208:3
217:22
**depend** 361:12
**depending** 27:2
170:4 199:1
326:1
**depends** 132:22
145:16 147:2
147:18 160:13
**deployed** 137:14
137:25
**deponent** 364:2
**deposit** 239:2
**deposition** 1:20
3:9 8:6,12,20
19:3 21:13
39:9 41:3,17
54:2,19 60:12
60:14 63:6
69:13 72:13
76:10,13,14
78:25 79:1
97:5,7,12
100:2,11
101:10 102:10
102:21 104:7
120:16 121:6
123:22 141:11
166:10 167:2,4
194:2 205:23
207:8 217:1
221:2 225:12
232:10 236:1
242:8 244:8
248:17 254:9
257:15 259:23
265:1 270:7
274:25 277:19
280:4 282:11
282:12 285:7,8
286:14 290:6
292:5 294:8
300:7,9 303:14
327:10 355:25
356:5,18,20
357:25 358:17

358:19 359:11
361:23 362:4,6
362:14
**depositions** 7:21
53:15 314:19
314:21,24
316:14,15,24
355:14 356:3
358:8
**depth** 46:1
116:11
**described**
136:16
**describing** 202:9
**description** 3:8
4:2 5:2 6:2
**design** 34:15
44:2,5,6,8,9,13
44:17,22 45:10
45:12 65:13,15
66:15 67:25
68:9,23 69:1
128:9,19,23
129:4,10,18
130:14 135:20
137:4 138:7,16
329:3
**designated**
145:11
**designed** 66:3
68:16 129:1,11
337:24
**designs** 136:4
**despite** 98:5
**detail** 46:8,12
54:3 62:17
313:19
**detailed** 63:2
**determine** 165:1
235:5 346:2
**determined**
20:13
**determines**
235:4
**determining**
328:21

**detroit** 305:25
306:1
**develop** 116:12
133:25 288:21
327:23
**developed** 43:5
55:9 66:7 67:5
175:1,24
338:10
**developer** 64:11
**developing**
131:20 178:2
178:10 291:17
**development**
43:24,24 49:16
58:8 129:6
289:1
**device** 11:2,4
13:18,20 19:10
19:10,12,20
20:1,1,4,8,20
28:19,19 37:23
44:17 64:4
66:8 86:8,10
87:8 95:4
119:10 120:3
128:2,18 129:2
129:4 131:7
132:3 133:23
134:3,13 135:1
135:8 178:13
178:16,20,24
179:1,13
180:11 186:21
187:1 194:21
203:25 211:16
212:21 227:2
227:23 232:15
234:16 235:4
239:6 255:24
291:5 308:6
325:3 329:21
329:22 338:1,4
351:5
**devices** 14:5
103:8 122:8

128:10,14
129:6,7 131:24
132:24 133:25
283:19,25
324:19,23
325:2,5,9,22
327:7 328:12
329:14,24
330:4 331:20
331:23 332:7
**devoted** 338:3
**didactic** 122:1
198:20 212:8
262:11 264:15
**didnt** 10:18
20:24 26:6,6
36:24 37:2
42:24 43:14
46:15,18,18,23
46:25 50:22,25
51:12 54:6
56:8 58:22
60:18,25 65:13
66:10,10 67:3
76:17 80:7
90:10,11 95:16
110:23 132:15
137:22 140:15
152:24 161:15
183:4 186:10
195:9,19,22
202:12 204:18
206:8 211:4
229:20 233:24
238:1 241:10
251:2 256:16
259:18 261:10
261:14 272:14
272:18,21,24
276:20,24
277:4 278:11
282:4 292:1
294:3 304:7
313:19,20
316:12 337:1,2
**diego** 185:23

186:1,7 190:25
306:4
**dietz** 136:16
**diff** 354:1
**difference** 30:25
31:1 32:14
105:10 137:7
154:1 200:1
349:21
**different** 11:20
27:3 35:1,21
35:22 38:2
49:3,4,11
53:13 65:8
72:14 76:16
83:23 85:8
96:3,7 98:9
103:7 107:22
107:24 116:14
121:4 122:8
124:3,4 128:19
130:4 132:11
135:21 147:1
164:16 169:8
182:9 184:23
187:6 190:1
192:10,10
195:4,6 213:6
213:25 215:14
227:21 231:22
231:24 233:16
241:22 256:2
256:12 279:21
279:21 288:20
298:8 303:4
331:2,3 349:24
350:23 352:14
352:22 353:1
353:16
**differently**
111:17
**differing** 352:12
**difficult** 115:16
151:18 170:3,6
288:6
**difficulty** 168:7

**dilation** 117:16
**dilators** 27:25
**diminishing**
177:22 337:15
**dinner** 5:10
100:16,24
182:21,22
186:9 201:10
212:7 244:14
245:22 254:11
254:14 255:3,8
256:3 260:21
275:17 276:7
287:19,25
300:23,25
301:22 305:21
**direct** 198:22
276:16 320:2
**directed** 230:13
**direction** 94:22
362:5
**directions**
276:18
**directly** 115:22
115:25 269:13
271:23 325:6,6
**director** 63:20
205:13 252:12
252:21,22,24
281:23 282:13
282:16 356:12
357:25
**directs** 230:21
**dis** 165:13
**disadvantages**
195:5
**disagree** 34:5
165:14
**disagreements**
230:19
**disappear**
323:15
**disclose** 71:19
73:13 290:19
**disclosure** 71:16
72:1 73:1,2

Douglas Grier, M.D.

| | | | |
|---|---|---|---|
| discord 352:6,9 | divided 340:4,8 | 135:17 139:18 | 257:6,15,19 | 8:13 13:20 |
| discount 235:9 | divilio 358:19 | 141:22 142:16 | 259:8,22,23 | 14:1,9,12,23 |
| discourse 332:5 | division 1:3 | 145:4 146:12 | 262:16 264:25 | 15:3,8 16:9,12 |
| discover 154:24 | docs 3:18 41:14 | 148:1 151:5 | 265:1,15,23 | 16:22 17:11 |
| discuss 15:3 | 46:8 | 155:21 156:1 | 268:5 270:6 | 18:5,7,9,24 |
| 16:12 55:20 | doctor 7:17,20 | 156:11 157:2 | 271:22 274:24 | 19:2 38:10,12 |
| 56:19 102:20 | 7:20 8:11 9:24 | 157:10,23 | 275:1 276:23 | 46:4,21 47:19 |
| 113:5 115:25 | 13:5,11 14:21 | 158:3 159:14 | 277:18,20 | 48:24 66:15 |
| 118:20 147:22 | 16:8 18:5 19:1 | 159:21 160:5 | 280:3,5 282:10 | 67:8 220:25 |
| 198:24 204:18 | 19:8,9 20:6,22 | 160:22 161:18 | 282:12 285:7 | 234:5 246:10 |
| 230:18 240:19 | 20:25 21:12,22 | 162:15,18 | 285:11 286:13 | 303:19 326:14 |
| 242:2 290:23 | 22:4 23:2,15 | 163:4,9,15,21 | 286:15 290:5 | 327:9 |
| 333:19 338:20 | 26:8 29:5,11 | 166:6 168:2,10 | 292:4 294:7,10 | documents 3:12 |
| discussed | 29:13 30:18 | 168:14,17,21 | 296:2,9 298:10 | 10:3 15:10,13 |
| 102:19 206:13 | 31:4 32:8 34:8 | 169:1,9,15,22 | 300:5,6,9 | 37:20 42:18,20 |
| 217:7 218:2 | 34:9 35:7 36:8 | 170:14,25 | 303:13 304:6 | 43:1,5,10,14 |
| 225:1 234:8 | 37:19,24 38:3 | 172:8,14,21 | 304:22 306:8 | 43:18 44:2,6,8 |
| 310:18 328:10 | 39:5,8,13 40:1 | 173:17,18 | 307:13,21 | 44:9,13,21 |
| 332:10 333:19 | 40:19 41:3,12 | 178:13 189:1,4 | 310:13,18 | 45:1,10,12,23 |
| discussing 19:3 | 41:20 42:14 | 194:1 197:21 | 311:5 312:11 | 46:9,19,24 |
| 47:14 138:20 | 43:9 45:18 | 198:3 200:22 | 312:18,19,22 | 47:2,3,8,13,17 |
| 174:15 357:25 | 47:2,6 48:4,9 | 202:25 203:7 | 314:18 317:24 | 49:9 65:1,4,11 |
| discussion 38:5 | 48:13,15,22,24 | 203:12 205:1 | 318:3 319:10 | 65:13,15 66:13 |
| 123:2 206:3 | 49:7 52:10,22 | 205:11,22 | 319:15 320:3 | 67:1 70:13,25 |
| 275:25 326:2 | 54:20 55:10 | 206:4 207:6 | 321:16 322:10 | 76:16 77:12 |
| discussions | 59:7,14 61:25 | 208:22 211:10 | 322:20 323:11 | 78:8 102:9 |
| 42:10 43:15 | 62:15 63:1,4 | 211:18 213:5 | 324:1,6,14 | 124:14 136:20 |
| 57:25 58:1 | 67:22 68:21 | 213:10 214:15 | 325:21 336:1,6 | 138:12,20 |
| 65:20 | 69:3 76:5,13 | 216:25 217:25 | 341:20 349:16 | 139:5 297:19 |
| disease 179:20 | 78:24 79:8,13 | 221:5,19 222:3 | 352:5,17 | 313:9 315:6,7 |
| 200:9 202:9 | 85:23 86:2,22 | 222:23 223:11 | 353:18,24 | 315:9 316:5,8 |
| 279:21 288:18 | 88:15 89:9 | 225:11,13,16 | 354:12,20 | 316:11,11 |
| 288:20 | 97:1,4 99:25 | 226:4 229:18 | 355:9,14,25 | 317:6,13,25 |
| disintegrating | 103:20 104:4 | 230:7,20 | 358:7 359:21 | 336:21 348:11 |
| 158:4 | 110:17,23 | 231:22 232:11 | 359:25 | 348:12 358:1 |
| disparity 36:6 | 111:24 112:4 | 235:13,16,25 | doctors 73:13 | doesnt 24:25 |
| disrespect | 113:1 117:17 | 238:9,21 | 91:13 200:17 | 67:18 70:17 |
| 109:15 | 117:22,22 | 239:13,15 | 240:16 245:4 | 89:23 94:1 |
| dissatisfaction | 119:9 120:4,15 | 242:7,9 243:20 | 249:20 256:25 | 126:23 132:21 |
| 74:24 | 120:21 121:6 | 244:7,8 247:13 | 262:7 279:18 | 133:3 135:12 |
| dissection | 123:21,25 | 247:16 248:12 | 298:11 336:3 | 137:17 139:7 |
| 116:11 325:25 | 124:13,19,24 | 249:10,14 | 353:12,14,18 | 141:6 147:21 |
| 335:4 | 124:25 127:21 | 250:5,14 251:4 | 353:19 | 156:4 159:1,2 |
| distributed | 127:25 129:9 | 251:8 253:13 | document 1:6 | 164:9,14,17 |
| 63:16 | 129:18 133:20 | 254:8,10 | 5:3,8,9,11,13 | 171:14 178:19 |
| district 1:1,2,11 | 134:2 135:14 | 255:22 256:3 | 5:17,19,21 6:5 | 196:2,2 230:23 |

| | | | | |
|---|---|---|---|---|
| 237:18 297:25 | 32:2,8 33:13 | 145:3,5,11 | 241:17,22 | **downloaded** |
| 306:17 357:18 | 33:24 38:22 | 146:10 147:11 | 247:5,19 248:5 | 61:18 109:5 |
| 357:23 | 43:14,21,25 | 149:5 150:14 | 250:21 251:1 | **downtown** |
| **doing** 11:11,17 | 44:5,19 45:2 | 152:19,19 | 251:18,18 | 182:21 |
| 14:6 19:15 | 46:11 47:23 | 155:17 158:13 | 252:1,25 | **dozen** 133:16 |
| 24:13 26:5 | 48:8,9,12 49:7 | 160:16,16,19 | 255:12 258:17 | 143:21,23 |
| 53:14,19 58:11 | 51:7,8 53:25 | 162:1 163:6,14 | 259:13,15,17 | 191:25 315:2 |
| 72:15 81:12 | 57:1 58:11,17 | 163:17 164:19 | 261:3,6,6,6 | **dozens** 329:17 |
| 82:18 84:14,24 | 58:19,24,25 | 164:19,20 | 262:24 268:17 | **dr** 3:10,16,19,20 |
| 86:12 94:18 | 59:22 60:1,24 | 165:13 166:14 | 268:25 269:1 | 4:3,6,8 25:6 |
| 95:2 101:23 | 62:6 63:2 65:9 | 167:3,3 168:7 | 270:1,1,24 | 38:16 40:23 |
| 102:3 110:15 | 66:1 69:3 | 168:23 169:4,9 | 271:7,14,18 | 48:22 64:13,16 |
| 114:17 115:17 | 71:14 72:17 | 169:14,18,23 | 272:10 273:1 | 64:16 69:22 |
| 124:25 130:8 | 75:7 77:9 78:1 | 173:4,15 | 274:19 276:15 | 71:13 129:18 |
| 132:17 134:16 | 79:8 80:18 | 175:15,16,25 | 276:24 278:19 | 130:13 259:11 |
| 134:17 144:20 | 81:5 82:17 | 177:1 178:25 | 278:25 279:1 | 267:11 292:12 |
| 144:21 147:5 | 83:17,20 84:3 | 179:5,6,22 | 285:2,2 286:3 | 292:13 296:23 |
| 176:12 198:4,5 | 84:17,23,24 | 180:5,8,18 | 287:20 288:4,5 | 297:3,6 298:25 |
| 203:1,14 209:7 | 85:4,4 87:18 | 183:21 185:1 | 288:24 289:5 | 326:5 351:23 |
| 214:4 215:8 | 87:25 88:6 | 185:17 186:8 | 289:11 295:2 | 355:25 356:5,8 |
| 218:19 226:24 | 89:17 91:7 | 186:23 188:4 | 297:20 299:17 | 356:20 358:19 |
| 229:14 231:19 | 92:13,20,22 | 188:10,23 | 299:22 304:4 | **drafted** 326:10 |
| 235:1 236:17 | 93:3,8,8,12,20 | 193:23 195:23 | 310:18,21,22 | **drafting** 96:23 |
| 240:1,20 242:2 | 93:23 95:16 | 195:24,24 | 311:3 313:25 | 97:17,24 98:2 |
| 242:20 256:6,7 | 96:22 99:3 | 197:9,12 200:3 | 316:23 319:20 | 98:4 |
| 258:9 262:15 | 101:11 103:22 | 200:13 201:6 | 320:8,22 322:2 | **drains** 352:14 |
| 269:10 281:15 | 104:14,14,17 | 201:20 205:8 | 322:6 323:3 | **dresser** 254:5 |
| 283:6 297:19 | 105:16 106:7 | 205:15,15,18 | 329:3,11,13 | **drive** 61:17 77:3 |
| 304:7 348:10 | 106:24 107:3 | 207:13 208:12 | 331:8,11 | 148:7 276:14 |
| 353:16 | 107:17,21,25 | 209:4,12 | 335:23 337:9 | **drives** 4:4 13:1,3 |
| **dollar** 224:5 | 108:14,17,22 | 210:16 213:18 | 345:19,21 | 14:18 61:19 |
| 294:2 | 109:1,4 110:1 | 214:6,20 | 352:9 353:21 | 76:15,20,24 |
| **dollars** 26:5 | 111:6 112:19 | 215:10,15 | 354:8,18 355:9 | 77:5,14,15,17 |
| 131:12 132:16 | 114:20 116:24 | 216:7,8,12 | 355:14 356:19 | 77:22,24 78:5 |
| 307:14 308:3 | 120:2,2,2,3 | 217:14,25 | 357:6,14 358:4 | 78:9,13,14,19 |
| 310:6,19 | 123:1 124:4 | 219:21 220:8 | 359:4,10,20 | 100:8 |
| 360:21 | 127:19 129:7 | 220:10 221:21 | **doubled** 155:20 | **dropped** 101:16 |
| **domain** 182:3 | 131:22 132:6 | 222:21,21,24 | **doubletree** | **drugs** 196:7 |
| **dont** 8:5,24 9:22 | 132:19 134:15 | 224:13,20 | 300:22 | **due** 58:3 114:5 |
| 13:5,7 15:12 | 135:11,16,18 | 226:7,13 | **doubt** 243:20 | 114:15,22 |
| 15:25 17:14,24 | 137:2,4,10,15 | 227:18 229:7 | **douglas** 1:20 3:9 | 115:4,21 |
| 18:13,25 19:12 | 137:19 138:10 | 229:23,25 | 3:19,20 7:5,11 | 140:19 143:1 |
| 24:4,14,17 | 138:15 139:4,5 | 233:12 235:15 | 7:19 48:22 | 337:10 |
| 27:17 28:12 | 139:24 141:16 | 236:13,15,17 | 292:12 362:4 | **duly** 7:11 362:8 |
| 30:4,4,6,7 | 143:8,19 | 236:19,21 | 364:15 | **duplicative** 71:2 |
| 31:13,13,17 | 144:12,19 | 237:4 239:3,9 | **download** 100:7 | 98:6 |

Case 2:12-md-02327-Document 2921-11-Filed 05/26/20-Page 115 of 161
Case 2:12-md-02327-Document 2921-11-Filed 05/26/20-Page 115 of 161 PageID #: 108036

Douglas Grier, M.D.

Page 379

**dysfunction**
28:11 151:21
**dysfunctional**
262:13
**dyspareunia**
151:21 332:24
333:9 341:16
347:18 354:22
355:4

**E**

**e** 363:1
**e1** 344:16
**e3** 342:22
**e5** 344:15
**earlier** 20:7 59:7
62:8 69:10
70:25 71:3
91:22 102:19
108:24 148:17
157:25 171:6
171:25 179:3
224:24 269:24
270:3 271:11
274:8 304:6
330:7 335:20
343:23 352:5
354:23 358:12
**earliest** 255:14
**early** 26:20
43:24 115:10
121:17 127:13
176:3 222:2,21
246:1 275:9
307:23 311:25
327:10 348:21
354:9
**earth** 252:17
253:2,4
**easier** 24:20
58:6 79:9 96:8
249:5 359:18
**easily** 148:7
**east** 288:6
**eat** 247:19
**economics**

310:15
**ed** 331:17
**edges** 30:22 32:6
155:10 324:6
324:10,10
**editorial** 197:7
204:20
**educate** 202:6
**educated** 191:1
**education** 83:15
83:25 119:5
201:4 202:5
205:13 221:25
239:17,22
265:9 274:14
291:6,14
331:15 333:16
**effect** 25:2 39:19
135:19 136:4
137:5 141:9
174:21
**effective** 128:18
**effectiveness**
37:10
**effects** 135:24
136:25 138:7
138:16 182:11
331:9
**efficacious**
299:23 330:25
**efficacy** 21:21
49:19 52:6
56:20 89:15
90:3 103:16
128:16 131:4
131:13 132:5
132:17 139:11
139:13 256:10
318:16 328:9
331:13,19,22
352:23 360:5
**effort** 235:14
**efforts** 230:18
**eight** 42:6 87:15
184:2 205:19
216:15 217:8

220:11 304:18
306:22
**eighth** 74:20
**either** 9:15,17
27:11 61:22
94:6 114:15
117:25 121:24
122:5,20 144:5
173:24 198:18
203:24 269:10
313:3 317:19
321:6 322:3
345:14
**elastic** 177:17
337:15
**elasticity** 33:5
177:14
**electronically**
61:16
**elevate** 144:9
311:9
**eli** 184:20 185:9
308:1
**eliminate** 90:10
90:11
**elizabeth** 284:19
**elongation** 33:15
49:13 136:7,17
**email** 5:5,15,24
6:8,10 101:12
244:9 265:5,12
265:17,25
266:6,11,24
267:6,8,16,16
268:2,18
269:12 271:24
282:13,19
292:8 294:11
295:4
**emails** 331:6
**embarrassingly**
62:6
**embassy** 242:25
**embrocated**
163:25
**employ** 187:8

**employed** 103:9
178:13 188:24
194:22
**employee** 47:14
207:18 208:5
291:13,18
362:10,11
**employees** 129:9
186:12 207:20
262:3,6 279:7
279:10 291:20
316:24
**encapsulation**
173:24
**ended** 105:9
130:11 346:6
350:9
**endosurgical**
82:9,14 83:16
84:1,7,15 85:2
87:21 88:2
121:13
**ends** 266:24,24
**engage** 298:18
**engaged** 212:24
**engagements**
184:15,18
185:10
**engine** 129:16
**engineer** 67:9,20
68:16,20 128:5
**engineering**
67:8,12,14,22
125:13 135:20
**engineers** 65:21
66:2
**england** 91:9
193:6,7
**english** 64:14
67:1
**enhancer** 296:19
**enhancing** 338:8
**enjoy** 338:6
**enjoyable**
197:18,20
**enjoyed** 256:1,1

**enroll** 237:1,3
**enrolled** 20:15
229:6 237:5
**enrolling** 237:4
**enrollment**
229:8 236:25
**entered** 221:6
222:17 223:12
225:2 232:12
232:17 236:5,8
**enthusiastic**
361:7
**entire** 42:4
52:18,20 85:12
128:14 140:13
140:14 144:1
146:1 214:7
215:11 220:1,9
220:11 243:14
243:15 278:14
278:15 307:20
**entirety** 17:15
170:1
**entitled** 5:8
25:11 167:19
167:20
**epithelium**
163:8 164:4
165:3
**equal** 132:14
**equipment**
235:8
**equivalent** 27:18
31:19,20 32:11
33:17 37:14
268:23
**erika** 266:18
269:19
**eroded** 322:22
**erosion** 28:14,16
28:23 29:2,8
153:17,18
154:2 173:8,22
173:25 174:2
321:12,17,20
321:23,24

Case 2:12-md-02327-0851-MO Document 2921-1 Filed 05/26/20 Page 116 of 161
Case 2:12-md-02327 Document 2021 Filed 04/11/16 Page 109 of 154 PageID #: 108037

Douglas Grier, M.D.

Page 380

322:3,8,10,12
322:15 323:2,3
323:5,15
340:22 341:12
343:19
**erosions** 153:13
153:14,23
324:4 343:21
**errata** 364:11
**erroneous** 34:4
**especially**
102:15 114:21
**esquire** 2:3,3,10
2:10
**essentially** 10:15
49:21 194:19
200:5 206:12
211:15 212:25
222:5 239:15
262:6,9 279:17
287:24 294:1
357:1,17,18
**estimate** 99:10
99:19 333:25
334:5
**estimated**
159:16
**et** 340:13 343:24
**eth** 3:15,16 4:11
4:12,14,16,18
4:19,21,22,24
5:4,7,8,10,12
5:14,16,20,23
5:24 6:3,4,6,7
6:10,12,13,15
6:16
**ethicon** 1:5 5:17
5:22 11:6 24:2
29:17 33:10,22
36:21 42:10
43:16 44:21
47:8,14 58:15
58:23 59:1,2,5
60:4,21 63:21
64:17 65:16
82:8,11,14,25

83:2,16,25
84:7,11,15
85:1,2,14,18
85:23 86:2
87:20 88:2,13
90:23 91:3,6
91:11,22 92:2
92:5 93:4
103:12 104:5
106:19,21
108:2,13 109:9
109:11 110:4
111:7,12,24
112:2,5,9,15
112:17 114:23
115:4,22,25
117:9,10,17
120:4,12,13
121:12 129:9
129:13 130:7
130:10,19
131:3 133:13
134:2,12,22,25
135:6,15 138:8
138:18,21
152:11,19
155:22,23
156:17 174:22
178:17 179:2
185:13,15,19
186:12,14
187:2,19 188:6
188:11,16,17
188:19,23,25
189:2,5,6,9,11
189:13,15
190:2,23 191:5
191:17 193:11
193:14 194:4
194:20 195:21
196:10,16
197:23 199:12
201:20,24
202:1,6,9
203:1,15
204:22,23

205:24 206:7
207:18,20
208:5 210:11
210:14 212:15
213:3,11,15
214:16,19,19
214:23 216:16
217:19 221:6
221:10 222:17
222:19 223:20
224:16,21,25
225:7 230:1,2
230:15 231:5
231:15,17,19
232:12 234:11
234:22 236:3,8
239:17 240:9
240:15,21
242:19 243:1
244:9 245:9,14
245:15,22
246:8,13
248:18 250:1
250:20 251:6
251:13 252:8
252:12,21
255:6 256:25
257:20 259:1
260:4,6,13
262:3,6 263:12
263:17,24
264:4,8,14
268:6 275:1,18
275:25 277:14
277:21 278:13
279:7,10,15,24
280:6 281:1,4
281:8,10,13,21
281:24 282:1
282:14 283:7,9
283:17 284:6
284:15,18,21
285:12 286:15
286:16 287:7
287:24 288:7
290:11 291:18

294:15 296:11
296:17 298:12
298:21 299:6
300:23 302:9
302:23 303:19
307:14 309:13
309:25 311:6
311:18,19
312:5 313:8
316:11,24
330:9 333:17
336:19 356:8
**ethicons** 58:10
58:11 200:11
200:15 201:9
201:12,14,16
201:19 230:10
242:11 264:17
280:6 286:24
287:1 291:7
330:9 337:4
356:12
**europe** 193:3
312:16
**evaluate** 73:2
213:24 290:9
**evaluation**
210:18 236:10
**evaluations**
215:18
**evening** 187:24
**event** 16:16
114:19,23,25
115:9,14,15,23
116:19 213:12
231:15 240:9
241:22 244:14
244:19 245:20
258:15 261:5
262:9 263:8
276:6 278:1
280:6,21
283:21,22,23
344:24
**events** 6:18
17:20,23 52:6

56:20 64:17
103:16 115:4
199:21 219:6
221:16 251:13
259:7 279:5,6
279:17 344:23
345:16
**eventually**
252:12
**everybody** 255:8
**everybodys**
245:22
**evidence** 160:24
161:3,4,5,9,11
161:13 174:7
331:2,3,7,10
331:11 360:4
**evidencebased**
330:21
**evident** 171:15
**ex** 137:7
**exact** 13:1 29:22
29:25 30:2
31:21 43:13
96:6 110:17
114:20 145:3
175:25 251:14
289:9 313:25
**exactly** 41:22
96:4 110:14
113:7 147:11
174:10 182:4
197:23 199:13
202:19 226:22
262:2 272:18
303:6 346:25
**examination** 3:1
3:2 7:15 76:3
151:3 257:13
326:3 352:3
362:8
**examine** 165:2
**examined**
141:19 155:8
159:11 161:24
162:2,8

| | | | | |
|---|---|---|---|---|
| **examining** 163:7 | 63:6,8 69:13 | 97:5 218:22 | 112:10 125:13 | **express** 333:17 |
| **example** 239:20 | 69:14 73:19,22 | 300:7 303:2,7 | 125:15,17,24 | 333:21 |
| **exceed** 18:16 | 73:24 76:1,14 | **exist** 87:12 | 126:20 127:25 | **expressed** 68:19 |
| **exceeded** 217:10 | 76:14 78:25 | 183:21 | 128:9,13,23 | 331:12 |
| **excellent** 253:14 | 79:1,6,9 82:6 | **exists** 164:11,12 | 160:22 188:15 | **expressly** 238:3 |
| **exception** 218:8 | 89:24,25 93:25 | **expanded** 132:7 | 188:18,18 | **extensive** 50:17 |
| 222:6 | 97:2,7,12 | **expect** 99:7 | 189:15 250:19 | **extent** 46:4 |
| **exceptions** 362:7 | 102:17 120:16 | **expectations** | 250:19,24 | 332:5 |
| **excessive** 29:1 | 120:18,24 | 147:10 236:25 | 251:5,15,16 | **extra** 261:18,24 |
| **exchange** 265:2 | 121:7 123:19 | **expected** 237:6 | 252:2,5 284:12 | **extrapolate** |
| 265:11 | 123:22 193:24 | 333:11,23 | 284:15,21 | 308:18 |
| **excise** 154:25 | 194:2 205:20 | **expenditure** | 296:25 297:3 | **extreme** 178:7 |
| **excision** 155:10 | 205:23 207:4,8 | 360:20 | 299:13 315:14 | **extremely** 299:2 |
| **exclamation** | 211:19 215:25 | **expenses** 212:4 | 315:22 329:4,6 | **extrusion** |
| 267:21,24 | 217:1 218:8,25 | 235:1 243:3 | 329:8,12 | 174:12 |
| 268:5 269:17 | 219:1 220:23 | 247:7 263:5 | 355:17 | **eye** 40:6 53:24 |
| 273:4,5 | 221:2 222:3,4 | 287:12 293:12 | **expertise** 216:7 | 102:23,24 |
| **excuse** 9:16 26:8 | 222:4 225:9,12 | 306:17 | **experts** 3:24 | |
| 48:24 62:19 | 226:4,6,7,23 | **expensive** | 69:20,21 70:15 | **F** |
| 104:13 265:3 | 230:7 232:8,10 | 268:14 | 70:17,18,19 | **fact** 7:23 60:17 |
| 285:21 | 233:7 235:23 | **experience** | 91:6 219:11 | 70:15 79:8 |
| **executed** 236:18 | 236:1,25 | 31:19 64:3 | 298:12 299:9 | 98:5 119:1 |
| **executive** 49:18 | 239:11,14 | 121:8 158:10 | **expires** 364:20 | 142:14 145:20 |
| **exercises** 149:14 | 242:5,8 244:5 | 161:1 164:7 | **explain** 34:16 | 225:18 230:12 |
| **exhibit** 3:7,8,9 | 244:8 247:11 | 165:10 169:16 | 159:25 | 269:24 273:12 |
| 3:10,11,13,14 | 247:14 248:14 | 169:22 213:22 | **explained** 256:9 | 273:18 323:3 |
| 3:16,18,19,20 | 248:17 254:6,9 | 214:13 330:2 | **explant** 114:4 | 328:18 336:5 |
| 3:22,23 4:1,2,3 | 257:4,16 | 331:20 336:24 | 140:16,19 | **factor** 119:19 |
| 4:4,5,7,9,10,12 | 259:20,23 | 348:20 354:9 | 142:21,25 | **factored** 309:22 |
| 4:13,15,17,19 | 264:23 265:1 | **experienced** | 151:14 154:25 | 330:2 351:4 |
| 4:20,22,23 5:1 | 270:7 274:22 | 158:9 161:1 | **explanted** 126:8 | **factors** 346:9 |
| 5:2,3,5,8,9,11 | 274:25 277:16 | 335:7 343:19 | 140:10,12,14 | **facts** 42:9 |
| 5:13,15,17,19 | 277:19 280:1,4 | **experimenting** | **explants** 144:16 | **factual** 34:3 |
| 5:21,24 6:1,2,3 | 282:8,11,12 | 129:23 | 152:13,21,22 | **faculty** 6:11,13 |
| 6:4,5,7,8,10,11 | 285:5,8,8 | **expert** 3:16 9:9 | **exposed** 140:25 | 6:14,16 85:8 |
| 6:13,14,16,17 | 286:11,14 | 9:10 10:14 | 142:20 144:23 | 86:23 121:12 |
| 8:9,12 9:16,25 | 290:3,6 292:2 | 21:5 38:13 | 153:7 155:11 | 259:12 302:3 |
| 13:12,13 19:3 | 292:5 294:5,8 | 40:20 49:14 | 324:10 | **failed** 149:13 |
| 19:4 21:1,13 | 300:2,9 301:2 | 59:3 63:16 | **exposure** 114:7 | **failure** 135:19 |
| 21:15 22:19 | 301:19 302:2 | 67:12,15,15,21 | 114:8,9 115:11 | 135:24 136:3 |
| 39:5,6,9,13 | 302:13 303:11 | 67:25 68:9,23 | 115:12 116:10 | 136:24 137:4 |
| 40:1,13 41:3,4 | 303:14 312:19 | 69:2 91:5 | 140:25 143:4 | 138:7,16 331:9 |
| 41:17,18 46:7 | 326:24 328:24 | 104:4 105:18 | 153:6 154:2,4 | **fair** 8:5 10:20 |
| 52:8,11 54:2 | 345:20 | 106:2,5,7 | 155:9 173:25 | 29:18,25 30:9 |
| 54:17,20 55:10 | **exhibiters** 281:4 | 108:2,13 | 174:2 323:5 | 35:7,13,16 |
| 55:23 62:16 | **exhibits** 13:9 | 109:10 111:5 | 347:15 354:3 | 36:5 46:7 |

56:15 64:19
65:15 67:24
72:4 73:3,6,7
73:15 78:3
87:5 90:7 95:9
95:25 97:1
105:11,14
108:24 137:23
142:22 147:8
147:17 149:2
150:13,18
151:8 152:6
170:7,8,12
178:22 191:12
195:21 196:14
218:16 219:2
222:18 223:14
261:25 264:6
264:10 291:9
295:23 307:13
308:2 316:2
320:5 329:4,5
358:17
**fairly** 16:11
181:10 190:20
**fairness** 121:3
**faith** 230:18
**fall** 36:5 258:8
331:6,8,9,11
**fallen** 258:10
293:15
**falling** 158:4
**fallout** 118:25
**falls** 305:2
**fame** 276:9
**familiar** 78:12
154:3 221:11
223:16
**family** 182:20
197:11 243:9
259:6,7 337:10
**fan** 195:21
**fantastic** 259:14
259:16
**far** 10:21 23:21
29:16 42:5

59:17 61:8
62:5 99:24
107:15 119:19
136:19,19
148:5 212:10
245:23 256:21
256:22 268:8
**farup** 234:22,22
**fashioned** 130:7
**fast** 139:8
**fault** 29:24
**favorable** 351:2
353:25 354:14
**favorite** 259:10
**fax** 2:6,13
209:21 226:9
226:13,18
229:18 237:18
237:22,23
**fda** 11:17 13:19
14:5,13 17:1
18:3 25:24
44:16 47:12
49:17,18 63:14
65:16 66:15
131:24 179:5
202:19 203:6
203:20 327:9
**feasibility**
228:22
**feasible** 229:17
**february** 108:9
108:10 221:7
240:5
**federal** 17:7
**fee** 104:21
**feedback** 68:3
227:25
**feel** 114:9
131:20 134:21
150:14 165:3
195:7,22,23,24
196:3 210:21
249:23 273:15
273:18 348:13
352:22 357:15

**feels** 131:19
**fees** 185:19
211:19 219:9
226:24
**feigans** 252:3
**fell** 66:24 130:6
301:15
**fellowship** 79:21
79:25
**fellowships**
79:23
**felt** 37:12 46:17
195:5 296:19
**female** 55:3
79:18 80:4
81:11,21,22
151:19,20,24
269:9 291:4
343:10
**females** 26:19
26:19,19 146:2
**feng** 292:8
**fibroblasts**
158:22
**fibrosis** 141:10
159:17 173:11
**field** 21:25 67:21
67:25 134:1
283:19
**fifteen** 50:18
63:20 229:9
249:20
**fifth** 2:11 74:18
89:21
**figure** 38:6 49:8
72:1 90:19
107:14 151:14
209:19 224:5
304:20 307:19
**file** 44:17 60:14
60:17
**filed** 60:5
**filing** 60:11
**filled** 210:18
**final** 304:1
**finance** 72:12

**financial** 71:19
72:9,11,15
**financially**
362:12
**find** 27:18 31:13
38:1 43:21,25
48:8 65:14
66:1,5 95:16
104:19 120:6
137:15,19
147:23 223:24
249:8 292:11
300:20 312:18
313:20 316:12
316:13 317:23
338:7 348:4
**finding** 24:15
**findings** 164:25
178:11
**fine** 61:24
124:10 137:12
348:12 351:21
**fined** 204:4
**finish** 20:24
**finished** 79:24
**finland** 132:9
**firm** 110:16
124:21
**firms** 326:20
**first** 7:11 33:5
42:6 43:5 64:3
74:2,17 82:8
93:25 109:9,13
112:20 113:4
144:21 162:18
168:14 181:13
187:18 198:6
202:15 207:25
210:11 226:5
233:11 234:10
245:25 258:23
263:7 265:12
265:25 266:11
266:20 267:15
272:24 292:7
294:10,11

311:25 312:15
330:10 347:16
**fiscal** 268:16
**fit** 103:8
**fits** 34:17
**five** 12:2 22:1,2
22:5,14,25
35:3,4,6 36:6
36:15 37:7
58:12 74:1
75:4 88:17
89:9 102:1,1
103:11 133:19
183:25 184:1
199:1 228:16
228:19 229:9
229:12 232:5
304:18
**fiveyear** 22:20
25:11 34:9
35:16,19,25
36:11 39:16,17
74:16 75:1,2,2
75:3
**fixation** 361:13
**flash** 4:4 12:25
13:3 14:18
**flat** 155:19
163:25
**flaw** 104:17
**flew** 197:16,19
255:13
**flight** 246:22
255:4,14
260:15 276:17
293:7
**flights** 306:18
**floor** 79:21,23
103:10 175:13
240:3 241:5
245:12 263:9
290:10 311:15
332:18,24
333:5,10,10,14
346:2,4
**florida** 241:9

Case 2:12-md-02327-00851-MO Document 2921-1 Filed 05/26/20 Page 119 of 161
Case 2:12-md-02327 Document 2921-1 Filed 05/16/18 Page 112 of 154 PageID #: 108040

Douglas Grier, M.D.

Page 383

| | | | | |
|---|---|---|---|---|
| **flow** 67:6 | 39:21 64:7 | 119:3,15,22 | 322:16 324:8 | 208:17 273:25 |
| **flown** 276:15 | 71:12 74:1,5 | 120:8 124:17 | 324:20 326:7 | 314:12 317:18 |
| **fly** 197:12,19 | 74:16,20,21,23 | 126:15 127:5 | 328:2,6,14 | 340:21 341:9 |
| 198:17 232:3 | 74:25 75:1,3,4 | 128:1,11,24 | 337:1,19 | 346:11 347:12 |
| 246:20 | 103:11 146:14 | 129:20 131:5 | 348:24 349:5 | 347:15 |
| **flyer** 254:13 | 147:17 149:1 | 131:14 132:18 | 349:11,19 | **foundation** |
| 257:20 258:3 | 227:14,17 | 133:4,15 134:5 | 350:6,7,15 | 357:12 |
| 259:23 | 335:20 344:4 | 134:9 135:25 | 352:19 353:20 | **four** 71:10 87:19 |
| **flying** 197:4 | 348:6 | 136:5 137:1 | 354:16 355:5 | 88:9 89:11 |
| 288:4 | **food** 100:22 | 138:22 140:22 | 357:5,11 358:2 | 90:11 100:1,14 |
| **flynn** 251:21,22 | 240:25 243:4 | 141:15 143:2 | 360:7 364:10 | 102:1 105:10 |
| 284:14 | 244:3 259:4 | 155:16 157:5 | **formation** | 143:25 152:12 |
| **flynns** 251:24 | 293:12 | 157:15,22 | 158:19 159:10 | 183:10,12,15 |
| **fmeas** 136:14 | **forces** 33:3,15 | 159:8,12 162:5 | 160:3,8 163:1 | 192:23 199:1 |
| **focus** 81:20 | 176:6 | 163:2 164:14 | 164:24 165:6,7 | 212:11 220:2 |
| 214:10 238:6,7 | **foregoing** 362:4 | 165:12,17,21 | 165:15,23 | 220:10 245:5 |
| 238:8 239:3 | 364:6 | 167:1 168:10 | 166:5 168:4,18 | 303:7,7 |
| **focused** 150:16 | **foreign** 127:1 | 169:3 170:17 | 168:19,22 | **fourth** 74:18 |
| 205:8 206:21 | 166:11 | 171:3 174:6,8 | 169:2 321:7,10 | 89:11 |
| **fold** 156:4,6 | **forever** 170:11 | 177:20 187:17 | 322:25 | **fouryear** 74:25 |
| **folded** 156:2,3 | **forget** 205:12 | 196:18 202:7 | **formed** 336:23 | **fprms** 81:3,4 |
| 160:12,14 | 312:3 | 203:9 217:12 | 355:2 | **frame** 310:14 |
| 161:22 162:21 | **forgiving** 176:8 | 218:3,9 220:6 | **forming** 326:6 | **francisco** 306:2 |
| 163:1 | **forgot** 350:12 | 227:11,13 | 327:11,25 | **frankly** 33:8 |
| **folding** 161:25 | **form** 4:15,17 | 230:24 231:7 | 330:3 339:5 | 43:25 104:16 |
| 162:22 | 6:11,13,14,16 | 239:8 241:15 | 340:25 341:4 | **fray** 160:11 |
| **follow** 34:16 | 14:25 17:5,13 | 245:10 246:5 | 342:8 343:7 | **frayed** 155:4,5,5 |
| 74:11 92:15 | 20:2 24:3 | 247:22 250:10 | 345:10 347:24 | 155:6,12 324:6 |
| 120:2 352:15 | 26:23 27:21 | 264:12,21 | 351:4 | 324:9,10 |
| **followed** 23:13 | 28:11,24 29:9 | 273:22 274:5 | **forms** 116:25 | **frays** 155:7 |
| 122:2 | 29:20 31:25 | 274:20 277:1 | 117:6,7 166:12 | 357:9 |
| **following** 1:7 | 33:23 43:11 | 284:23 295:20 | 227:8 | **free** 99:12 |
| 7:6 23:10 | 44:4,18 46:10 | 296:1,3 297:13 | **formulating** | 196:25 |
| 74:25 75:3 | 47:22 50:8 | 298:6,14,22 | 14:24 | **freitas** 1:11 |
| 146:19 169:16 | 51:5 52:7 | 299:8,10,16 | **fort** 244:14 | **frequency** 28:12 |
| 258:14 261:9 | 54:12 56:6,17 | 300:10 301:4 | **forth** 328:23 | **friction** 361:13 |
| 276:21 333:4 | 57:8 59:20 | 302:3,14 304:9 | **fortunately** | **friday** 186:4 |
| 336:4 | 62:13 65:17 | 307:17 308:4 | 278:11 | 258:13 260:19 |
| **follows** 7:13 | 66:17 67:13 | 308:15,24 | **fortune** 120:2 | 261:9 262:16 |
| 155:22 | 68:1,11 71:23 | 309:3,10,15,23 | **fortyeight** 35:3 | 262:18 263:7 |
| **followup** 20:16 | 72:7 73:16 | 310:8,20 | 193:10 | 264:7 278:4,6 |
| 22:4,10,20 | 84:2 91:25 | 312:10 313:24 | **forum** 122:7 | 278:7,24 |
| 25:14 34:9,18 | 93:6,19 98:23 | 314:7 317:8,16 | **found** 37:14 | **friend** 274:13 |
| 34:21,22 35:16 | 100:19 104:12 | 319:11,18 | 46:21 47:20 | **friendly** 251:11 |
| 35:19 36:1,5 | 109:24 112:13 | 320:6,11,21 | 50:7 54:8 | 254:2,3 274:12 |
| 36:12 39:16,17 | 112:18 113:22 | 321:2,9,14,18 | 55:17 195:17 | **friends** 251:10 |

Douglas Grier, M.D.

253:25 254:1
338:10
friscos 245:18
247:18 248:7
256:5
fronio 208:5
front 38:10
40:18 43:2,4
45:16 62:16
102:12,13
138:10 161:8
231:14 232:20
330:8
fulcrum 130:1
full 14:1,3 42:22
42:23 43:10
76:14 105:5
122:16,18
123:4,5,7
153:2 169:16
193:22 199:15
199:19 219:5
222:9 246:25
255:15 258:12
258:18 261:5
262:22 276:19
276:20 278:16
287:15 304:7
304:11,12,13
304:18 362:6
fullday 122:4
276:10
fulllength 344:9
fulltime 101:23
fully 212:23
236:18
function 261:4
fund 72:23
131:8
funded 72:24
funding 72:19
72:21 84:9
93:12
funk 341:25
funny 247:17
254:16 269:18

further 10:19
23:10 26:5
34:23 92:15,15
92:17 245:17
334:20 352:3
361:21
future 18:3
73:12 256:12
fuzhou 192:8,11

G
g911 13:21
gabapentin
204:4
gain 227:23
235:15
gained 361:5
garden 280:18
gather 100:5
general 3:19,21
9:9,17,23
41:10 42:7
45:22 48:23
49:2,8,9 52:24
54:16 55:7
56:22 57:5,25
62:4,22 71:21
72:4 76:21
78:22 80:6
81:11 98:19
101:18 123:15
127:4 147:9
172:15,16,19
218:1,7,21
318:10 345:23
347:1
generalized
14:12 16:13
19:17 103:8
116:3 124:6
generally 45:8
127:11 218:23
generate 243:18
generation
133:18
gentlemen

202:18
genuine 48:16
195:6
getting 33:18
66:15 139:5
176:14 177:8
218:7 223:25
277:8 288:6
giuseppes
254:22
give 12:25 43:12
61:25 68:3
72:16 77:10
80:15 82:2,22
84:12 111:24
112:3,16,20,21
113:9,16
120:22,25
122:7 125:22
128:15,19,22
129:5 133:16
136:1 137:20
149:22 160:20
164:19 172:19
191:17 201:16
201:21 202:24
203:23 206:4
241:2 250:2,3
273:1 274:16
285:3 289:1
305:25 316:7
328:14 338:1
358:7 359:23
given 2:10,14
7:20,23 9:19
32:6,8 36:6
71:18 81:5
83:15,25 84:19
98:19,21 101:7
101:7,7,8
123:16 197:24
246:19 269:2
297:15 299:13
299:20 310:17
315:22 356:16
364:8

gives 14:4 84:11
103:7
giving 9:1,15,17
12:10 16:22
27:5 70:1 85:1
96:13,16,20
109:16 110:4,8
112:16 125:25
128:17 137:22
139:19 150:15
196:17 197:22
200:16 204:8
262:19 281:20
282:6 284:18
297:16 300:12
313:14 317:3
338:4 352:8
glance 136:23
glaxosmithkline
184:8 185:6
gmd 312:4
go 8:6 9:24 10:3
10:9 15:7,14
15:16,17,19,25
22:6 25:21
35:1 45:25
46:6 47:6 49:7
53:20 56:18
59:7 62:19
68:14 75:7,13
83:18,21 85:11
92:15,17 94:20
96:19 98:8
100:17 115:20
122:2 141:3
147:11,20
156:25 182:22
183:9 186:9
191:20 192:13
192:19 193:12
196:1 198:23
201:21 206:20
211:21 212:22
213:10,21
239:2 240:13
240:16 242:19

249:3 251:12
257:8 270:19
276:6 278:23
279:4 282:1,4
287:10,22
292:22 297:20
300:5 306:1
311:1 317:11
325:10 328:10
336:3 355:21
355:23 361:19
goal 36:18,19
58:8
goals 248:22
god 97:22 182:7
goes 22:17 24:9
223:2 226:17
226:20
going 13:12 16:3
19:2 28:20
29:4 38:18
39:4,13 41:2
48:20 53:6,7,8
53:11 55:1,10
69:8 72:14
75:10 78:24
94:21 96:4
103:19 104:18
113:15 117:3
118:9 133:9
137:14,20
138:1 142:1,23
144:14 147:3,6
148:22 154:25
157:18,19
166:21 168:15
171:10 176:19
181:22 194:1
197:10 199:7
205:22 207:6
214:8 215:7,19
216:1,9 222:11
227:1,7,12
231:21 234:21
236:22 238:9
241:23 247:13

Douglas Grier, M.D.

257:6 258:3
261:22 264:25
265:2 266:23
272:12 277:18
279:21 280:3
283:20 294:7,8
295:21 300:6
322:22 328:13
336:25 337:18
348:9 350:8
357:22 359:21
**gold** 280:15
**golf** 279:2,5
**good** 7:17 21:24
22:2 23:11
68:18 75:22
78:1 87:13
88:16 96:25
142:15 150:25
167:17 192:23
214:13 216:24
224:13 230:18
254:5 267:24
268:11 304:5
319:20 353:12
353:14,19
**goodwin** 1:10
**goretex** 130:5
**gotcha** 39:2
104:3 254:4
**goto** 291:8
**gotten** 109:19
**grade** 18:16,21
210:20
**grafts** 343:13
**grams** 174:20
**grand** 2:4
**grant** 83:20,21
**granted** 84:6,23
**grants** 84:9
**grateful** 256:11
**gratified** 209:25
**gray** 1:14
**great** 141:20
195:25 257:10
**greater** 18:20

22:25 26:22
28:4 34:8
35:16,19 36:1
39:17 74:1,16
103:11 137:9
146:21
**greatly** 133:5
**grier** 1:20 3:9,10
3:19,21 4:3,6,8
7:5,11,19
48:23 69:22
259:11 292:12
326:5 351:23
362:4 364:15
**groin** 325:7
**group** 21:18,19
23:25 87:1
103:18 132:9
202:25 214:10
214:10 231:14
241:24 312:14
339:24 346:18
346:19,22
350:3
**grueling** 197:23
197:25
**guenther** 136:15
**guess** 14:22
19:24 24:19
31:22 39:19
40:8,12 47:18
65:21 98:17
105:19 109:7
110:10 138:5
149:25 178:7
179:4 196:15
197:18 208:4
208:19 215:21
218:10 221:24
232:2 233:16
234:1 239:17
242:10 243:17
248:21 254:13
266:7 267:9,10
268:17 271:2,2
272:23 274:10

278:1 282:15
303:10 352:25
354:12 357:13
360:22
**guest** 280:13
**guidance** 3:11
13:18,20 14:4
18:23 327:9
**guidelines** 17:2
17:8 202:19,22
203:6
**guides** 94:11,24
111:14 225:20
227:6
**guy** 131:3
207:17
**guys** 253:4,17
**gyne** 81:22
273:4,8,16
274:2,4,19
295:19 309:1
**gynecare** 3:14
5:11,13 37:20
37:20 38:13
39:10 59:5
63:20,21 85:6
87:17 94:10
121:14 189:11
205:13 236:11
248:22,25
254:10 257:20
259:24 260:7
263:9,10,10,19
267:20 273:7,9
274:3 284:6
**gynecologist**
129:24 353:6
**gynecologists**
69:25 82:21
121:25 147:4
149:18 256:15
**gynecology**
261:10
**gynemesh**
263:15 290:1
356:10

**H**

**habitus** 116:15
**hadnt** 191:2
**half** 80:19 88:23
100:25 105:2
122:19,20,22
123:2,9 143:21
143:23 146:22
146:23 149:23
149:23 180:21
187:23 199:16
199:22 255:15
255:16 258:12
276:17 292:23
304:15,20
306:20,25
323:24 348:7
**hall** 275:13
276:9
**han** 292:8
**hand** 69:11
78:24 194:1
205:22 222:24
247:13 257:6
264:25 270:6
277:18 280:3
294:7,8 300:6
**handed** 54:14
**handing** 36:8
76:13 97:4
123:21 207:7
220:25 225:11
235:25 239:13
242:7 244:7
248:12,16
254:8 257:15
259:22 274:24
282:10,11
285:7,8,9
286:13 290:5
292:4 303:13
**handling** 114:16
**handout** 242:9
**hands** 228:24
**hankins** 1:17
**hansen** 359:19

**happen** 15:24
17:21 56:20
74:15 86:15
88:23 99:15
116:2 147:3
156:14 157:3,6
157:7,11,20
165:9 213:19
224:4 238:15
272:11 285:1
294:4 357:19
357:20
**happened** 167:5
174:10 209:2,3
209:11 213:18
215:17 236:19
256:12 272:25
291:14 350:12
**happening**
219:23
**happens** 18:2
171:14 357:15
**happy** 223:7
**hard** 53:23
55:17 88:16
237:24,25
299:2
**harm** 131:16
**harmful** 133:2
**hasnt** 201:22
252:7
**havent** 8:25
58:22 59:2
65:12 85:24
96:18 107:11
120:4 142:11
183:4 186:22
188:13,18
189:2 205:18
206:5 309:21
313:3 316:2
317:12 354:10
354:10 356:17
358:15,16,20
**hawaii** 343:12
**hazards** 16:19

136:24
**head** 47:9
221:25 357:3
**headquarters**
286:24 287:1,8
**heads** 84:19
**heal** 114:13
322:25 323:17
**healing** 114:1
153:7 159:15
160:2 171:20
321:25 322:24
323:17
**health** 5:17,22
6:5 120:10
151:20 238:10
279:15 280:6
360:16,24
**heard** 135:3
173:2,5,7,10
174:23,24
248:19
**hearing** 49:17
**heavier** 175:19
175:20
**heavy** 178:8
**heckman** 294:20
**held** 88:12
245:20 258:6
260:2 261:1
**help** 245:14
256:24 264:19
296:16
**helped** 90:25
282:16
**helps** 67:6 71:23
**hematoma**
116:12
**heres** 35:2,4
71:12 300:4
**hereunto** 362:15
**herewith** 362:13
**hernia** 49:6
117:5 175:2,8
175:11,20
176:5,6,12,22

176:23 177:16
**hernias** 175:16
**herniorrhaphi...**
117:15
**hes** 9:8,9 15:10
15:13,13,13
16:4 131:15
230:5 250:19
250:19,24
251:4,15 252:5
253:9,9,10,14
253:14 282:16
282:16 283:6
299:13,14
330:15 356:12
**hey** 7:17 113:9
234:12 348:9
**hierarchy** 331:6
331:10
**high** 137:17
256:7 270:2
349:22
**higher** 116:9
317:22 354:2,3
**highest** 161:4,13
**highlighted**
206:5 222:24
**highly** 253:10
295:5
**hilaire** 282:13
**hill** 1:8
**historic** 55:5
**historical** 41:23
43:4,14
**history** 63:11
82:3
**hit** 272:23
**hmesh** 5:23
**hold** 70:5 73:8
165:19,19
328:25 329:3
329:11
**holding** 20:23
67:21,24 68:7
68:8,23 126:19
128:9,22

**hologram** 291:3
**home** 66:22
261:12 288:2
361:19
**honest** 132:25
197:21 211:3,5
253:10
**honoraria**
272:15 273:13
273:25
**honorarium**
293:1,2 300:16
301:12,17
302:11,25
306:14
**hood** 182:20
**hope** 235:4
272:6 335:18
**hopefully** 221:1
**horton** 294:14
**hospital** 72:12
72:16,19 80:6
106:4 145:6,13
198:18 199:22
301:14
**hospitals** 72:23
132:11
**hotel** 186:7
243:7 246:22
287:12 288:1
300:22 301:10
**hotels** 306:18
**hour** 53:2 59:11
100:25 104:23
108:19 193:21
198:20 199:24
219:5,7
**hours** 53:1 59:8
62:7 97:20,23
98:3,4,11,16
98:17,25 99:1
99:1,18,19,20
99:24 100:14
101:1 105:4,6
108:19,22
109:5 122:1

189:19 192:18
193:10 199:1
199:24 212:11
213:21 216:15
220:2,10,11,14
293:19 299:3
304:18
**huge** 36:6
**huh** 275:11
**human** 126:23
**hundreds** 47:3
310:6 315:6
329:19
**hungry** 287:23
**hydrodissection**
116:11 256:6
256:10
**hypothetical**
160:19,23,24
161:2
**hysterectomy**
262:15
**hysteroscopy**
262:14

**I**

**id** 35:20 46:22
56:11 75:7
146:10 167:11
167:14 174:13
195:7 202:5
209:22 272:18
312:9
**idaho** 302:16,17
**idea** 61:25 81:8
87:10 94:23
109:25 122:13
130:2,16,18
134:6 135:2
184:7 186:25
188:9,10
206:21 209:20
213:25 223:25
224:15 229:20
233:9 234:9
245:25 271:20

291:22,23
352:13 359:25
**ideal** 178:8
**ideas** 242:3
288:20 289:1
**identification**
8:10 13:14
19:5 21:16
39:7 41:5,19
52:9 54:18
63:9 69:15
76:2 97:3
123:20 193:25
205:21 207:5
220:24 225:10
232:9 235:24
239:12 242:6
244:6 247:12
248:15 254:7
257:5 259:21
264:24 274:23
277:17 280:2
282:9 285:6
286:12 290:4
292:3 294:6
300:3 303:12
**identified** 32:19
189:23
**identify** 325:19
**ifu** 15:4 17:1,2,4
17:4,7,10,25
18:4 19:10,13
19:18 20:1
21:4 37:22,24
38:7,18,19,22
38:25 39:11
41:24 43:3
49:15 63:13
328:22 333:18
352:15
**ifus** 16:12 18:19
47:13 313:9
328:3,11
332:15 356:10
**ill** 19:24 21:9
34:23 47:4,5

54:22 69:13
75:13 87:3
99:17 118:11
144:22,24
156:21 206:9
211:7 217:13
217:17 219:12
222:25 223:7
251:4 270:8
303:18 305:25
306:11 313:5
350:15,17
**illegal** 203:18,21
**illinois** 305:18
**im** 8:11,24,25
11:17 12:2,15
13:11,19 16:25
17:1 19:1
20:22 21:12
24:13,13,14,14
24:15 27:11
28:20 29:4,5
29:15 31:9,20
32:14 33:16
34:6,25 36:8
36:17 39:4
40:15 41:2,17
42:23 44:12,23
48:7,18 49:8
50:9 52:13
53:1,8,9,10,10
53:16,19 55:19
57:3,7,9 58:22
59:14,21 60:15
62:20 63:14
67:9,14 69:1
75:10 76:13,17
77:16 78:12,24
81:20,22,23
85:4,25 86:3
93:22 95:12,15
95:15 97:4,20
98:15 102:3,24
103:19 106:6
106:13 107:1
107:13,23,23

108:1 110:8,10
110:13 112:23
112:24 113:2,2
113:6,8,12,15
115:25 121:9
121:20 123:3,5
123:21,25
124:10 126:16
128:7,13
129:16,18
131:16 132:23
133:6 134:15
134:24,24
135:9 137:20
138:5 139:24
139:25 140:6
142:19 144:4
148:4 151:13
151:14 154:3
154:10 155:5
156:13 157:19
159:21 161:24
163:16 165:22
166:23,23
167:19,23
171:24 172:8
172:22 176:11
176:13 180:4
184:12 190:18
191:2 194:1,13
197:6,9,11,16
201:25 202:8,8
202:9 203:24
205:22 207:6
209:4,17 210:5
214:3,5 216:7
218:16,19
219:8 220:8,8
220:25 221:21
225:11,13
226:17 229:15
232:10 233:19
234:9 235:25
238:5,9,25
239:1,13
241:23 242:7

244:7,23
246:19 247:10
247:13 249:2
250:12 251:24
254:2,3,8
255:13 257:6
258:21 259:22
261:9,17
264:25 272:13
273:23 274:24
277:18 280:3
282:10 285:7,8
286:13 287:20
290:5,6 292:4
293:4 294:7,8
295:21 296:5
297:14,19
299:22 300:6
310:13 311:16
312:19 313:12
314:20 317:17
317:17 319:2
319:15,16
320:3,3 323:11
324:2 328:13
336:25 337:18
339:7 348:9
355:1 356:16
359:21,23
361:20,20
**imagine** 45:3
221:17 224:7
226:15 238:12
247:2 287:16
307:23
**immune** 322:6
**implant** 26:8
146:19 147:7
155:19 171:17
177:9 342:25
**implantation**
94:4
**implanted**
166:11 170:16
170:22 179:13
212:21 321:11

333:24 334:4,8
343:13 357:24
**implanter** 322:4
**implants** 133:17
146:13 156:15
156:17 171:22
172:4 322:11
**imply** 119:23
151:13
**implying** 197:11
**important** 24:6
47:9,20 56:14
71:22 176:24
178:4,4 243:13
243:14 268:11
319:20
**impression** 86:1
**impressions**
231:10
**improperly**
155:18 322:1
**improve** 131:17
256:21
**improved** 37:13
37:13,13
**improvement**
189:25
**inappropriate**
29:1
**inbooth** 280:23
281:20 283:16
284:18
**incapable**
238:21
**incidence**
116:10 347:15
**incident** 342:12
**incision** 116:12
153:5 164:12
**include** 14:15
17:2 18:3 62:8
77:6 98:11,17
152:4 185:22
232:2 238:1
306:17 317:21
318:22 360:2

**included** 17:10
17:22,22,25
20:5 22:19
35:5,15 54:4
54:22 56:4
145:1 233:19
233:23 236:12
342:11 344:24
359:1
**includes** 123:16
313:6
**including** 21:9
98:15 103:15
130:5 144:8
157:7 292:12
298:11 330:7
331:15 351:1
361:15 362:6
**inclusion** 42:6
**income** 24:17
243:18 294:2
**incomplete**
155:9
**incontinence** 5:3
25:14 26:19,20
34:11,19 36:11
55:4 94:6,12
103:10 120:14
121:8 127:3,10
127:12 140:5
145:24 148:21
149:12 151:22
151:22,25
161:19 175:10
179:14 194:23
200:10 236:12
240:2 245:12
269:11 279:22
346:12,16
360:18,20
**incorporate**
158:20,23
**incorporated**
57:23 159:18
171:19 178:11
238:3

incorporating
58:6
incorporation
164:16 166:12
incorrect 111:19
incorrectly 9:5
121:11
increase 160:6,8
160:15,17
161:22 162:23
173:8,10,22
191:10 210:25
256:10
increased 29:6
173:19 191:5,7
191:11 209:25
increases 159:5
159:10 160:12
163:1 173:23
174:1
independent
50:14,22 56:8
independently
197:5
index 3:1,7 4:1
5:1 6:1 52:18
52:20 71:5,6
indicate 346:15
indicates 350:1
indications
153:3 182:10
187:10 200:8
200:11 210:25
212:22
indigo 86:11
87:25
indirectly
114:10
individual 19:20
298:1 358:4
individually
291:24
induces 141:10
induction 94:1
induration
165:3

industry 24:10
71:18 73:13,18
131:8,23 132:1
132:2 133:8
178:1 201:18
308:3 310:19
inert 141:5,8,14
141:17,23,24
141:25 171:7
infection 173:19
174:12 176:13
176:21
infections
151:23 177:9
infer 165:5
inference 229:23
inferior 37:6
inflamed 171:23
inflammation
171:20
inflammatory
30:23 57:22
141:9 170:25
171:11,12,15
171:18 172:10
influence 361:7
inform 118:24
information
14:14 18:15
76:21 100:5
135:3 187:6
230:12,21
290:10,20
297:18,21
328:21 358:4
ingrowth 334:24
inherent 19:14
28:19
inherently
113:24 114:3
132:23
initial 94:17
111:22 132:11
132:17 171:16
initially 92:17
92:18 132:6

141:10 156:3
227:4 265:12
348:21
injure 324:7,13
input 230:3
288:18
insert 37:23
inserted 96:9
inserting 357:21
insertion 361:14
inside 170:16,23
313:8
insideout 64:11
institute 82:9,15
83:16 84:1,16
85:3 86:23
87:10,21 88:3
121:13
institutes 84:7
institution 84:8
institutions
84:10,11,12
instructed 100:7
instructing
283:12
instructions
155:22 327:13
329:22
instructor 86:24
instructs 189:20
integral 55:3
129:25
integration
174:5
integrity 337:23
intended 18:19
228:21
intending 47:1
102:4
intensive 107:10
intention 111:22
intercourse
321:5 324:25
interest 66:9
71:16,25 73:2
73:14 131:10

299:13,20
353:15
interested 24:14
24:15 87:11
195:2,3 362:12
interesting
45:25 259:17
intermediate
21:20 104:1
228:12,14
internal 43:18
44:9,21 46:19
46:21,24 47:2
47:8,13,19
138:20 139:4
291:8,10 316:8
316:10,11
331:6
international
91:8 193:11
209:8 218:15
292:12
internationally
191:15 192:1
internet 43:15
interpret 33:13
interpretation
17:16 33:25
34:3,5 217:14
interpreter
64:15
interrupt 358:23
interruption
215:2
intervention
345:14
intimacy 177:7
intimately
298:17
intimidate 53:22
introduced
58:13 139:16
183:10 228:9
311:25
introducing
279:23

introduction
94:15,17
invent 132:15
invented 134:14
297:8 298:5
invention
134:23
inventor 297:7
inventors 134:2
134:3,13,19,21
134:22,25
135:1,7,8
invest 26:5
investigation
26:7 127:24
225:19
investigational
184:6
investigator
229:10 230:20
231:1
invite 291:23
invited 120:10
191:7 291:16
292:1
invoice 6:3,4
183:5
invoices 61:8
77:2,3 100:7
109:5 285:11
285:22 286:1
involve 200:3,4
353:16
involved 21:25
70:1 91:5,6
92:4 124:16
129:4,10
135:22 139:22
140:3 141:3
151:24 176:19
187:25 209:8
246:1,12 251:3
261:11 272:8
326:20
involving 140:4
iron 163:9

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| **ironic** 120:6 | 141:19 144:4 | **job** 47:6 274:15 | **karram** 250:17 | 284:9 |
| **irrelevant** 46:24 | 144:12 147:24 | 274:16 295:2 | **kavaler** 284:19 | **kissimmee** 241:9 |
| 46:25 131:1 | 150:16 155:1,8 | 296:13,14 | 284:20,21 | **knew** 281:17 |
| **irritating** 30:22 | 155:8 158:10 | **joe** 251:8,9,10 | **keep** 48:20 | 291:15 |
| 324:13 | 159:11 162:18 | 251:16 | 50:18 85:4 | **know** 10:16 |
| **irritation** 32:6 | 172:7,16 | **john** 221:19 | 113:3 143:14 | 14:17 17:20,24 |
| **isnt** 23:2 30:19 | 174:23 194:2 | 251:14 343:6 | 144:12,18,19 | 22:18 24:1,6 |
| 59:5 114:11 | 195:15,17 | **johnson** 11:6,7 | 145:3 183:25 | 24:14,23 25:6 |
| 146:21 165:9 | 205:23 207:7 | 188:20,20 | 185:17 209:23 | 25:8 27:8 |
| 178:21 200:22 | 216:3,25 221:1 | 189:9,9,14,14 | 238:24 248:5 | 28:12 30:4,4,6 |
| 202:18 206:23 | 221:1 222:23 | 196:22 | **kegel** 149:14 | 30:7 31:20 |
| 231:23 236:18 | 222:24,24 | **johnsons** 196:22 | **kept** 98:24 | 32:13,16 38:16 |
| 238:4 250:17 | 225:11 230:7 | **joke** 273:20,21 | 143:16 | 44:12 46:11 |
| 251:17,19 | 237:17 242:8 | **jokes** 274:18 | **key** 295:6 296:9 | 48:4 51:8 |
| 304:18 327:11 | 244:7 246:10 | **jolla** 305:20 | 296:13 | 53:21,25 58:11 |
| **issue** 272:20 | 246:11 254:1 | **jones** 2:3 53:13 | **kicked** 301:15 | 59:6,22 61:13 |
| 323:17 | 257:17 259:7,8 | 61:23 212:9 | **kind** 10:9 13:8 | 62:6 63:3,18 |
| **issued** 59:25 | 267:20 268:25 | 253:5 351:7 | 14:12 17:3 | 63:23 64:13 |
| **issues** 113:25 | 269:2 273:4,16 | **jonssonfunk** | 23:5 35:1 49:8 | 67:6 69:4 |
| 213:22 230:19 | 277:19 279:5,6 | 340:13 341:3 | 53:8,10 66:8 | 71:14 72:17 |
| 262:12 338:23 | 282:10 286:13 | 342:4 | 66:13 67:4,10 | 73:9 74:15 |
| 358:1 | 287:5 290:5 | **joseph** 1:10 | 75:9 82:3,8 | 75:7 77:10 |
| **italiana** 254:22 | 292:5 294:8 | **journal** 90:16 | 85:9 89:19 | 79:9 82:17 |
| **italy** 91:9 | 297:19 300:5,7 | 117:24,24 | 100:22 101:11 | 84:3,13 85:4 |
| **items** 78:9 | 303:13 311:12 | 125:3 139:20 | 101:16 102:15 | 86:18 92:13,20 |
| **iterations** | 312:1,1,2,2,2,3 | **journals** 50:19 | 103:6,7 106:12 | 93:3,8,20,23 |
| 352:14 | 313:15 315:20 | 117:22 | 107:10,24 | 99:16,18 |
| **ive** 8:11 9:22 | 317:10 338:10 | **judge** 1:11 167:5 | 115:16 117:14 | 103:22 104:1 |
| 11:10 16:7 | 351:9 359:24 | 167:10,12 | 126:7 151:19 | 104:14,14 |
| 31:1 42:23 | | **judging** 327:12 | 152:23 154:24 | 106:24 107:3 |
| 44:11,23 45:22 | **J** | **judgment** | 177:2 179:12 | 107:17,21 |
| 46:12 48:16 | **j** 2:10 197:13,13 | 140:24 | 179:22 195:17 | 108:16,17,22 |
| 50:17 52:10,20 | 197:17,17 | **july** 236:5,6 | 195:23 196:25 | 109:4,5,21 |
| 54:7,14 55:16 | **january** 5:18 | 242:16 302:4 | 217:23 219:9 | 113:3 114:20 |
| 61:3 63:24 | 108:7 194:8 | 302:14 | 227:22 230:6 | 119:25 120:3 |
| 65:5,5 67:16 | 208:23 221:7 | **june** 300:10 | 237:18 238:2 | 122:25 123:1 |
| 70:6 73:20 | 268:17 275:7 | 301:3,19,20 | 239:20 242:1 | 129:9,13 |
| 77:19 83:8 | 275:22 | 356:20,23 | 242:10 268:7,9 | 130:21 134:8 |
| 98:15,25,25 | **jasso** 106:10,23 | 358:16 | 268:21 283:9 | 135:2,6,18,19 |
| 101:13,16,17 | **jaundiced** 40:6 | **jw** 260:9 | 288:12 313:8 | 137:2,4,6,6 |
| 101:18 112:2 | **jean** 2:10 63:12 | | 353:1 | 139:4,9,15 |
| 112:22 113:11 | 64:10 297:7 | **K** | **kindly** 292:10 | 140:10 141:16 |
| 113:12,17,17 | **jennifer** 221:9 | **k** 346:3 | **kinds** 116:17 | 142:23 145:5 |
| 117:7 123:21 | **jerk** 53:9 | **kaiser** 343:11 | 215:16 | 146:16,18 |
| 129:5,5 135:3 | **jersey** 286:22 | **kaminski** 205:11 | **kirkemo** 252:19 | 151:15,18 |
| 136:11 138:11 | **jjm** 6:9 | **kansas** 2:5 | 253:15 281:21 | 154:3 155:17 |

Douglas Grier, M.D.

159:21 160:16
163:13 164:20
166:6 168:8,21
168:23 169:1,4
169:14 173:4
173:17 175:25
176:2 179:5,6
179:22 180:5
181:24 182:5
183:14,24
184:5 185:1
186:6,8 187:13
187:23 188:4,7
189:3 192:17
195:12 200:13
205:9,15,17,19
207:13,14
208:8,24
210:16 213:18
214:20 215:15
216:4 217:14
217:20,21
221:10,12,19
221:21,22
224:2,4,13
227:18 229:6,7
229:8,25
233:24 234:4
234:23 241:17
241:22 244:10
245:23 249:25
250:17,19,22
250:24 251:8,9
251:18,18,19
251:22 252:1,3
252:5,7,7,10
252:25,25
253:19,23
255:12 256:16
258:17 259:8
259:14 261:3,4
261:17,23
265:6 268:8
270:1,24 271:7
271:18 272:14
272:22 274:19

276:15 278:25
279:1 284:11
284:24 285:1
285:21,25
288:4,5,24
292:1 294:14
294:17,18,20
295:1,5 296:23
296:25 297:2,6
298:8,10,17
308:12,12,20
308:23 309:11
310:2,5,14,22
312:15 313:1
313:25 315:22
318:8,14 319:6
320:22 323:3
333:11 334:23
336:16 354:20
355:18,20
356:12,25
357:3 358:4,21
360:14
**knowledge**
161:10 175:5
175:11 334:16
334:19
**known** 125:10
165:16 168:4,5
168:8,18
176:16 190:9
333:23
**knows** 333:15
**koch** 7:4 362:1
362:23
**kols** 295:5
**koopmann** 2:10
2:14 3:4 9:4,8
12:16,20 14:25
15:9,21,25
16:5 17:5,13
20:2 24:3
26:23 27:21
28:24 29:9,20
30:11 31:25
33:23 43:11

44:4,18 46:10
47:22 48:19
50:8 51:5
52:17 53:4,12
53:16,21 54:12
54:24 56:6,17
59:20 60:10,15
61:15,20 62:13
65:17 66:17
67:13 68:1,11
68:14,25 72:7
73:16 75:21
84:2 91:25
93:6,19 98:23
100:19 101:4
104:12 107:4,9
109:24 112:13
112:18 113:22
119:3,15,22
120:8 124:17
126:15 127:5
128:1,3,11,24
129:20 131:5
131:14 132:18
133:4,15 134:5
134:9 135:25
136:5 137:1
138:22,25
140:22 141:15
143:2 150:24
155:16 157:5
157:15,22
159:8 162:5
163:2 165:12
165:17,22
166:1,14,18,21
166:25 167:7
167:11,19,22
169:3 170:17
171:3 174:6
177:20 187:16
196:18 202:7
203:9 211:23
216:21 217:12
218:3,9 220:6
224:2 230:24

231:7 239:8
241:15 245:10
246:5 247:22
250:10 253:1
264:12,21
267:3 273:22
274:5,20 277:1
279:11 284:23
295:20 296:1,3
297:13 298:6
298:14,22
299:8,10,16
304:9 307:17
308:4,15,24
309:3,10,15,23
310:8,20 312:9
313:24 314:7
317:8,16
318:10,13
319:11,18
320:6,11,21
321:2,9,14,18
322:16 323:22
324:8,20 326:4
328:3,7,16,23
335:19 337:4
337:21 342:7
345:21,22
348:15,25
349:6,12,25
350:9,17,20
351:9,13,15,18
351:22 352:19
353:20 354:16
355:5 357:5,11
358:2,22 359:4
359:8 360:7
361:21

_____
**L**
**l** 359:19
**la** 305:20
**lab** 64:2 126:5
185:18,23
186:12,16
187:25 190:24

191:2 192:25
210:17 212:8
232:3 258:13
258:18,21
262:19,19
266:15 304:13
**label** 354:21,23
355:1,4
**labeled** 18:2
**labeling** 13:18
13:20 18:15
**laboratories**
180:3
**labs** 191:18
195:16 212:21
221:16 274:16
287:6 304:7
305:15
**lack** 48:16
**ladies** 202:18
**laid** 155:19
158:17 163:25
**lake** 240:7,16
**landmark** 22:2
314:4
**language** 138:13
**large** 173:18,21
173:23 174:1,4
177:12 237:19
298:23 360:18
**largely** 98:5
**larger** 176:22
**las** 242:14,19,22
242:24 258:2,3
258:6
**laser** 27:9,10,11
27:14 29:16
30:2,5,15,21
31:3,7,10,16
31:21,23 32:4
32:9,17,25
33:7,11 42:9
42:11,13 49:14
86:4,11 87:25
**late** 80:8 181:2
186:11 247:5

275:22 278:25
288:6
**launch** 65:22
248:22 282:17
357:4
**laura** 356:20
358:16
**law** 47:24
110:16 124:21
326:20
**lawyers** 204:23
219:9
**layer** 166:12
**laying** 164:6
**lead** 28:16 93:8
93:9 230:6
291:13 320:13
**leader** 296:9,13
**leaders** 295:6
**leadership** 80:6
**leading** 328:15
328:19 348:14
350:8,10
**learn** 189:22
199:4 227:4
283:19 336:5
**learned** 193:6
**learning** 354:7
354:10
**leave** 140:16,21
142:6,12,14
247:4 291:25
**lecture** 71:17
122:1,7,21
123:2 179:19
180:2 181:22
182:17,21
187:9 198:20
200:8 210:17
212:7 247:25
262:19 275:8
275:13 281:7
305:21
**lectured** 182:9
184:11
**lecturer** 278:15

**lecturers** 187:9
**lectures** 122:5
181:6 182:15
187:24 191:17
195:15 262:11
264:15 271:20
274:16 338:1,4
**lecturing** 204:3
279:23
**left** 17:15 151:6
186:4 255:13
261:9,12
275:14,17
**leg** 325:7
**legacy** 109:18
110:11,21
126:17
**legal** 314:8,10
314:14
**length** 184:4
307:20
**lesley** 208:5
**letters** 313:9
**leval** 64:6,9,10
64:13,16 297:6
297:7
**levals** 63:12 64:7
**level** 18:17,21
160:24 161:3,4
161:5,9,11,12
297:25 317:19
317:22
**levels** 85:8 190:1
331:2,3,7,10
331:11
**levitra** 184:11
**lexicon** 264:16
**liability** 1:5
**liable** 204:15
**licensed** 202:25
**liege** 64:10
**life** 37:11,17
39:19 350:1,2
350:21
**lifetime** 346:2
**lighter** 58:5

178:2,2,9
**lighterweight**
58:4,9,10
176:4
**lightweight**
57:24
**liked** 103:23
235:3,7
**lilly** 180:12
181:7,8 184:20
185:9 308:1
**limit** 273:14
**line** 30:12 32:22
54:1 148:16
242:1 282:23
282:24 283:2
323:18 336:19
363:4
**lines** 226:18
**lissette** 294:24
**list** 4:9 9:19 10:3
14:15,17,19,20
45:19,21 46:4
47:6 50:23
56:25 62:20
66:22 84:12
91:7 93:24
100:9 115:14
123:17,23
124:2,20,24
143:14,16,19
161:8 249:14
249:16,21
250:12,16
252:15,18
265:13 288:10
295:5,11
296:22 298:11
298:16 303:24
312:18,22
313:1,2,5
314:6,19 315:6
315:10,15
316:3,5,14
317:6,13,25
326:13,16,19

344:15 355:9
355:15,22,23
356:1,6,17,21
358:24 359:1,2
359:5,7,11,14
359:15,16,16
**listed** 9:9 82:5
89:9 313:4
332:14 333:18
333:22 359:11
**listening** 165:8
**lists** 90:14
124:11
**lit** 65:10
**literally** 275:12
**literature** 24:11
32:13 50:17,23
54:4 62:17,21
124:14 160:25
161:7,14 211:6
313:13 327:2
328:8,10
331:24 332:10
334:12 336:23
337:7 350:25
359:13,15,16
**litigation** 1:5
7:23 9:18
14:24 40:3
52:25 58:3
59:3,19 61:9
62:2,3,5,23
70:1 76:19
78:22 91:6
95:13 96:1
98:21 105:19
107:8 108:3,13
108:20 110:9
111:25 118:22
120:22 121:1
123:16 124:1
124:16 133:9
133:12,22
139:19 145:25
188:18 189:3
189:15 250:20

250:25 251:5
251:17 252:6
284:12,15,22
297:1,4 298:13
309:13 315:25
317:4 326:20
337:6 345:10
**little** 24:13,20
30:22 34:23
53:22 65:8
76:5 83:23,23
101:18 120:6
121:17 145:16
149:16 177:14
198:2 207:22
233:16 275:16
303:8 306:24
337:22 352:25
**lives** 131:17
256:19,20
**llp** 2:4,11
**load** 33:5 138:3
**loading** 136:17
**loads** 33:18
138:2
**local** 85:9 141:9
172:15,17,19
190:4 301:14
**locally** 181:23
**locate** 249:5
**location** 130:3
142:12 213:21
**lodge** 312:9
**lodging** 185:24
240:21 244:3
255:5 259:2
260:13 263:5
292:24
**log** 145:3
**logs** 80:16
**long** 16:4 35:5
53:5 82:14
87:24 100:24
115:5 122:17
126:17 135:14
138:3,20 139:2

| | | | | |
|---|---|---|---|---|
| 139:4,8 144:20 | 188:20 194:7,8 | 93:24 94:9 | 67:10,17 70:5 | 176:14 |
| 153:22 171:1 | 194:18 200:7 | 124:11 139:10 | 76:24 88:23 | **main** 136:8 |
| 172:11 180:12 | 206:14 207:22 | 139:12,13 | 94:21 99:1 | **maintained** |
| 180:19,19,23 | 208:15,15 | 199:14 203:12 | 100:6 138:12 | 230:15 |
| 183:8,19 184:3 | 210:3,6,6 | 223:10 265:23 | 147:4,4,6,10 | **majority** 18:8 |
| 186:3 192:17 | 211:18 218:12 | 269:18 271:22 | 147:20 149:17 | 51:21 122:23 |
| 193:9 204:17 | 220:15,22 | 283:24 302:2 | 161:7 214:20 | 132:25 142:4 |
| 228:11 255:11 | 222:3 226:4 | 302:13 303:2 | 214:22 217:25 | 142:14 150:17 |
| 278:10 312:22 | 230:8 233:7 | 316:14 319:2 | 230:2 243:20 | 150:19,21 |
| 313:2,6 | 234:19,25 | 344:16 346:6 | 243:22 245:12 | 152:4 154:5 |
| **longer** 39:21 | 236:25 242:1 | **looks** 13:6 21:4 | 269:5 279:7 | 169:19,20 |
| 87:2,2 93:15 | 245:17,24 | 22:10,11,15,16 | 291:11 298:16 | 172:6,16 199:6 |
| 185:15 199:1 | 249:12 250:3 | 22:17 36:2 | 298:20 299:2 | 292:23 313:15 |
| 293:20 337:23 | 250:12,14,16 | 41:13 42:12 | 313:8 314:3,4 | **making** 59:11 |
| 348:22 361:14 | 252:9,18 | 205:1 206:14 | 316:7,9 317:21 | 230:18 |
| **longerterm** | 255:25 263:7 | 219:4 220:15 | 319:21 323:4 | **males** 81:13 |
| 103:14 | 264:15 266:11 | 222:5 223:6 | 329:14 354:8 | 146:2 176:7 |
| **longest** 23:20 | 266:20 267:15 | 227:10 240:1 | 355:10 | **malpractice** |
| **longterm** 3:24 | 269:12,16 | 243:12 244:24 | **love** 259:13 | 105:25 |
| 21:20,22 22:3 | 279:20 280:23 | 245:17 246:1 | **low** 325:23 | **man** 298:5 |
| 22:23,25 49:19 | 283:18 288:17 | 254:10,17 | **lower** 148:23 | **manage** 116:2 |
| 69:5,8,20,21 | 291:3 292:7,20 | 265:5 269:3 | 175:19,20 | 118:23 262:12 |
| 69:22,24 71:7 | 294:10 297:20 | 270:17 285:14 | 205:7 208:15 | 274:17 |
| 71:9 103:2,25 | 298:15 301:2 | 286:16 292:21 | 348:16 349:7 | **management** |
| 141:13 142:2,7 | 313:7 314:18 | 301:6 | **lucente** 230:3,4 | 5:3 67:16 |
| 227:13,19,20 | 339:11 344:15 | **loose** 353:9 | 250:22 298:25 | 218:17 360:18 |
| 228:2,5,9,13 | 344:22 352:21 | **lori** 265:5,20 | **lucrative** 337:25 | 361:5 |
| 228:13,19 | **looked** 39:14 | 266:2,3,12,21 | **lumen** 323:8 | **manager** 80:24 |
| 317:19 318:3 | 42:24 44:23,25 | 267:7,16 268:2 | **lumping** 308:5 | 239:2 |
| 318:16,18 | 45:2,24 46:14 | 269:13 271:22 | ————————— | **manhours** 56:11 |
| 319:17 339:20 | 67:7 97:19 | 272:1,2,3 | **M** | **manner** 56:16 |
| **look** 14:3 15:15 | 103:16 119:20 | 274:13 | **m** 1:20 3:9 7:3,4 | **manufactured** |
| 23:8 35:18 | 137:24 186:25 | **lose** 73:10 | 7:5,11 75:23 | 312:4 |
| 40:6 43:13 | 204:24 232:1 | 235:15 255:20 | 75:24 105:7 | **manufacturer** |
| 45:1 46:18 | 275:10 308:1 | 276:21 277:7 | 121:23 122:11 | 11:4 20:9 |
| 47:4 52:17 | 313:16 340:15 | **loses** 357:10 | 122:12 151:1,2 | **manufacturers** |
| 58:20 71:15,16 | 341:6 343:10 | **loss** 147:17 | 234:22 257:11 | 195:10 196:4 |
| 71:17 75:7,9 | 343:17 344:9 | 256:8 277:6 | 257:12 289:24 | 338:4,5 |
| 76:18 77:9 | 344:12,19 | 324:14 | 294:12 304:16 | **marc** 301:7 |
| 90:18 104:17 | 346:1 347:5,8 | **lost** 73:20 | 352:1,2 361:24 | **march** 1:21 7:2 |
| 107:25 115:13 | 348:5 | 146:14 | 362:1,4,23 | 12:21 13:21 |
| 120:15 121:6 | **looking** 23:5 | **lot** 17:15 23:7 | 364:15 | 278:3 281:15 |
| 133:7,7 135:20 | 25:10 35:23 | 24:8 27:1 | **machine** 237:18 | 362:5,16 |
| 161:14 164:3 | 36:18,19 50:9 | 43:23 45:23 | **macrophage** | **marcus** 292:13 |
| 167:12,15,16 | 53:10 54:5 | 56:10,22 57:9 | 171:13 174:18 | 301:10 |
| 182:1 183:16 | 62:20 64:19 | 65:5 66:25 | **macrophages** | **margolis** 316:17 |

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| **marianne** | 300:2,7 303:11 | 64:20 77:6 | **mdl** 1:8 | 145:3 158:4 |
| 205:11,17 | 303:13 326:24 | 97:24 98:12,14 | **meal** 302:9 | 163:22,24 |
| **marines** 259:11 | 328:24 | 98:15 126:18 | **meals** 246:23 | 245:9 250:9,11 |
| **mark** 13:8,12 | **market** 23:15,16 | 135:21 196:12 | **mean** 9:16 12:20 | 273:9 277:7 |
| 19:2 22:20 | 25:19,21,23 | 196:16 201:19 | 14:22 20:11 | 295:5 330:24 |
| 39:4 41:3 | 26:14 37:15 | 201:20,23 | 33:11 36:5 | 349:17,21 |
| 54:19 63:5 | 38:23 71:10 | 203:8 204:17 | 41:9 44:6 | **meant** 219:10 |
| 69:13,13 92:14 | 91:19,23 92:2 | 215:18 246:9 | 45:22 46:12 | **measures** |
| 96:25 118:13 | 92:10 93:18 | 326:19 327:4 | 53:8 84:4 | 142:11 149:14 |
| 127:14 216:21 | 117:12 127:18 | 329:8 | 92:22 93:7 | 153:6,12 |
| 216:22 267:21 | 127:22 135:15 | **math** 59:16 | 96:9 97:19 | **meat** 247:19 |
| 267:24 268:5 | 138:21 139:2,5 | 237:8 294:3 | 102:24 105:12 | **mechanical** |
| 269:18 273:4,5 | 139:8,9,14 | 308:8 341:11 | 108:20 109:15 | 27:11,15 30:5 |
| 348:22 | 179:23,25 | **matter** 9:2 16:25 | 115:5,18 | 30:21 31:2,8 |
| **marked** 8:9,11 | 216:10 299:25 | 17:19 24:25 | 117:25 119:11 | 31:24 32:4,5,9 |
| 13:13,15 19:4 | **marketing** 200:5 | 104:5,13 | 121:16 129:1 | 32:17 33:11 |
| 21:15 39:6,9 | 200:7,13,14,22 | 105:12 108:25 | 133:12 136:19 | 42:9,11 49:14 |
| 41:4,18 52:8 | 202:4 205:14 | 109:8 130:23 | 137:12 144:12 | **mechanically** |
| 52:10 54:17,20 | 207:23 208:2,3 | 132:21 133:3 | 144:17 145:2,5 | 27:9 29:14 |
| 63:8 69:14 | 208:6,20 | 135:12 139:7 | 150:4,14 158:3 | 30:18 31:16 |
| 76:1,13 78:24 | 214:22 215:19 | 152:24 178:7 | 165:23 173:4 | 33:1,12 324:15 |
| 97:2,5,12 | 216:5 217:22 | 178:10 209:24 | 176:18,22 | **mechanism** |
| 120:15,24 | 244:19 262:9 | **matters** 105:18 | 178:21 187:3 | 159:1 320:23 |
| 123:19,22 | 262:11 263:8 | 133:5 | 188:23 190:16 | **med** 121:20 |
| 193:24 194:2 | 264:11,13,16 | **maude** 114:24 | 195:19 200:13 | **medal** 280:15 |
| 205:20,23 | 277:14 281:1,5 | 114:25 115:4,9 | 203:14 205:9 | **median** 342:24 |
| 207:4,7 216:23 | 281:17 282:16 | **max** 269:24 | 207:1 209:17 | **medical** 11:2,4 |
| 216:25 220:23 | 283:10,17,21 | 270:3,9 271:8 | 210:16 212:17 | 12:7 18:20 |
| 221:2,3 225:9 | 283:22 357:3 | 273:24 | 215:22 218:11 | 20:20 24:11 |
| 225:12,13,14 | 361:8 | **maxed** 208:25 | 224:10 246:10 | 28:18 63:19,20 |
| 232:8 235:23 | **marking** 21:13 | 209:5,13 | 247:4 261:8 | 72:20,21 76:19 |
| 235:25 239:11 | 41:17 221:1 | 269:20 270:12 | 271:18 272:9 | 83:13,13 84:9 |
| 239:14 242:5,8 | 232:10 | 270:20,23 | 272:17 273:8 | 84:15 85:3 |
| 244:5,8 247:11 | **marriott** 186:8 | 273:4,9,16,25 | 287:21 291:22 | 87:8 88:12,15 |
| 247:14 248:14 | 260:9 | 274:4,11 | 304:11,12 | 101:23 105:25 |
| 248:16 254:6,9 | **marti** 294:20 | 295:18 308:25 | 308:8 313:16 | 116:15 117:22 |
| 257:4,7,15 | **martin** 38:15 | 310:2 | 324:9 330:23 | 119:10 120:3 |
| 259:20,23 | 355:25 | **maxes** 271:20 | 337:16 348:6 | 128:2,10,14 |
| 264:23 265:1 | **marty** 63:17,18 | **maximum** 229:9 | 348:10,11 | 129:2,4,7,16 |
| 270:7 274:22 | 63:23 | 271:15 272:19 | 349:12 350:20 | 131:24 132:3 |
| 274:25 277:16 | **master** 4:13 | 272:20 | 353:5 358:24 | 132:24 133:25 |
| 277:19 280:1 | **mastered** 354:10 | **maximums** | 360:11 | 143:13 178:13 |
| 282:8,11 285:5 | **material** 136:2 | 272:21,24 | **meaning** 12:17 | 178:16,20 |
| 286:11,14 | **materials** 12:4 | **maxing** 273:8 | 84:11 246:2 | 179:1 180:11 |
| 290:3,6 292:2 | 12:10,23 13:2 | 274:1,18 | **meaningful** 33:9 | 184:1 186:21 |
| 292:5 294:5,8 | 52:23 59:8 | **maxout** 271:12 | **means** 137:3 | 187:1 193:1,1 |

Case 2:12-md-02327-00851-MO Document 29211 Filed 05/26/23 Page 130 of 161
Douglas Grier, M.D.

Page 394

194:21 203:25
239:6 252:12
252:21,24
255:23 281:23
308:5 324:3
326:5 329:1,14
329:21 331:15
334:16 356:12
**medication**
187:5,13
**medications**
182:9,11,12,13
187:11
**medicinal**
179:19
**medicine** 79:18
88:23 147:9
330:21
**mediumterm**
360:5
**medline** 314:17
**medscan** 129:15
**meet** 64:16 80:7
100:15 102:4
103:17 213:20
230:17 240:17
240:19
**meeting** 5:3,9,11
5:13,17,18,19
5:21 6:5 57:3
101:10 208:9
214:6 215:14
215:15 258:5
275:2,18 281:3
286:17 289:11
290:11 291:21
333:20
**meetings** 56:19
81:24 101:9
213:15 221:18
256:13 287:4
290:24
**mega** 5:14
259:24
**member** 81:17
81:23,23

121:12
**members** 59:4
239:17 343:11
**memorandum**
14:6 49:16
**memory** 27:10
46:5 64:1 77:4
95:8 107:24
108:9 115:2
127:17 129:21
130:20 183:13
186:2,10
187:21 221:25
229:10,12
242:20 258:13
307:18 318:5
354:22 355:6
**memos** 66:2
**men** 81:15
145:21
**menopausal**
319:22
**mention** 27:12
**mentioned** 20:6
32:3 352:5
**mersilene** 130:5
**mesh** 3:15,16
4:11,12,14,16
4:18,19,21,22
4:24 5:4,7,8,10
5:12,14,16,20
5:24 6:3,4,6,7
6:9,10,12,13
6:15,16 7:23
9:18 27:9,14
27:19 29:14
30:2,16,19
31:8,16,18,24
32:5,9 33:1,7
33:11,12,19
36:25 44:7,9
49:4,6,14,17
57:23,24 58:2
58:4,6,10,13
67:16,25 68:4
68:9,16,24

87:5 88:3 89:3
94:2 96:2,8,9
105:21 106:13
106:15 108:3
111:25 113:14
113:20,21,24
114:3,5,6,8,10
114:11,14,16
114:22,22
115:4,10,12,21
115:21,24
116:5,10,22,25
117:2,3,5,6,10
117:19 118:5
118:20,20
119:2,7 125:4
126:3,8,22
129:18 130:11
130:14,16
133:14 136:3,4
136:12 137:13
138:8,17 140:4
140:10,20
141:1,7,14
142:2,5,6,8
144:1,7 145:25
148:12 149:4,6
149:11 150:5
150:13 151:10
151:17 152:4,5
152:7,7,9
153:5,8 154:4
154:19,23
155:4,9,12,15
155:24 156:2,5
156:8,15,25
157:24 158:1,5
158:8,11,14,17
158:19,21,23
158:24 159:5,9
159:16,18,22
160:3,5,11,11
161:22 162:20
162:23,25
163:5,22 164:2
164:5,7,9,11

164:13,15,22
164:24 165:10
165:14 166:11
169:17,22,23
170:1,4,6,9,11
170:15,25
171:1,19
172:11,21,23
172:24 173:2,7
173:10 174:12
174:19,22,22
175:1,6,8,10
175:15,16,20
175:21,23
176:4,12,18,20
176:22 177:6
177:16,18
178:4,5 195:9
202:2 226:2
229:4 233:2
248:22,25
249:5,7 251:5
251:17 252:5
256:25 263:10
284:15,22
296:25 297:10
298:12 309:13
312:5 319:8,9
319:14 320:2,3
320:4,4,9,15
320:17,19,23
320:25 321:5,7
321:11,12,17
321:21 322:2,7
322:8,11,15,20
323:1,2,8,11
323:14 324:4,6
324:10,16
336:12,14,15
336:17,18
337:10,22
340:22 342:12
342:19,20,23
342:25 343:14
343:19 347:15
352:7,18 353:4

353:13,17,19
357:9,23 358:1
**meshes** 58:9,13
125:1 137:25
178:2
**met** 20:13 25:7
25:11 38:17
64:14,16
205:18 207:15
207:16 221:13
221:15 288:13
295:2
**metaanalysis**
34:12 35:7,11
35:12 39:22
74:3 161:6,15
317:21 318:21
318:25 331:5
339:2 344:2
347:2 348:2
349:1 354:5
**meter** 173:1
174:20
**methodical**
27:25
**mexico** 106:8,9
**michael** 251:21
**michigan** 305:25
**mickey** 250:17
**microns** 173:1
174:17
**mid90s** 176:1,3
**midurethra** 27:5
130:1
**midurethral** 4:6
4:7 21:20 22:1
23:21 49:19
97:8,13 130:3
139:23 228:11
318:16 326:24
339:23,25
340:7,9,16
344:9 345:13
346:18,19
348:15,18
349:1,3,24

350:3,21,22
358:6 360:1,9
360:15,23
361:3,4,11,12
**miklos** 251:14
**mild** 333:5
**mile** 186:7
**miles** 148:6,7
**milestone** 20:6
20:11
**milestones** 11:21
20:13,18 47:12
**milligram**
184:22
**million** 26:5
294:2 307:14
308:2 310:19
**millions** 131:11
132:16
**mimic** 177:24
**mind** 15:5 44:23
53:4 63:6
131:19 173:17
227:19 277:5
**minds** 338:13
**mine** 133:21
229:7 296:2
**miniarc** 312:1
**minimal** 23:5
28:3
**minimally** 24:7
**minimize** 131:17
**minimum** 27:24
34:18,25 229:8
229:12 344:3
**minisling** 344:19
**minislings** 25:24
344:17 345:3
348:3
**minneapolis**
2:12 253:1
**minority** 152:22
**minute** 110:17
301:15
**minutes** 65:20
212:12 283:13

323:25 339:1
**misadventure**
28:18 29:3
105:23 141:1
323:9
**misapplication**
28:18 357:20
**misplacement**
321:24 322:4
**missing** 207:24
226:13 251:24
**misstates** 51:6
337:19
**mistaken** 13:19
34:25 234:9
**mixed** 152:17
**mn** 2:12
**mo** 2:5
**moalli** 57:20
136:15
**mode** 136:4
138:7,16
**moderate** 333:5
**modes** 135:19
135:24 136:24
137:5 331:9
**modifying** 95:4
**mohamed**
345:24 348:1
**molly** 2:10,14
**moment** 47:11
47:24 108:1
**monarc** 312:2
**monday** 284:1
**mondays** 145:8
**money** 24:8 26:7
84:11 85:1
91:24 119:7,14
119:17 205:2
231:25 235:15
235:15 241:13
243:20 268:8
295:25 298:20
**monica** 1:11
**monitorr** 232:15
235:12

**monofilament**
141:12 336:20
**month** 10:21
101:17,21
229:13,15,16
270:18
**months** 10:23,24
12:18 20:17
22:16 34:18,25
35:2,2,3,5
42:23 77:23,25
78:3 107:12,19
139:16 162:8
179:24 180:20
217:8 227:14
306:22 344:3
347:13 348:7
348:17
**moore** 316:19
**morales** 213:8
**morbidity**
256:11
**morcellation**
262:14
**morning** 7:17
99:25 100:1
102:2,3,5
117:4,14 247:5
255:14 261:10
267:19 275:9
275:14
**motions** 362:7
**motivation** 25:5
**mountain** 275:4
**mouth** 129:22
**move** 28:20 48:3
75:20 156:21
162:11 163:19
168:1,24 211:7
219:12 291:3
319:8 359:21
**moved** 59:5
252:25
**movement**
177:25
**moving** 37:19

178:12
**multicenter** 94:1
**multifilament**
174:9
**multiple** 4:4
47:17 49:1,12
50:11 68:19
74:5 84:9,18
91:8 118:7,19
124:11 126:9
132:10 142:18
161:6 195:9,15
280:15 311:12
319:1
**murasko** 5:6
**muscle** 325:10
**muscles** 159:2
361:15,16
**myrbetriq** 183:9

**N**

**name** 7:18 57:15
109:19,20
129:24 179:10
188:24 202:6,9
207:21,22,25
213:8 217:21
221:11,14
234:22 249:18
251:25 265:7
312:3 357:6
359:17
**named** 244:9
**names** 52:20
71:6 213:7
249:22 355:23
**napa** 241:5
277:24
**napas** 278:8
**nate** 2:3
**nation** 191:14
**national** 83:21
85:7 87:17
121:13 146:16
146:18 190:9
190:12,14,22

191:4 281:3
**native** 149:19
150:1 157:9
162:9
**natural** 177:7
**nearby** 361:13
**nebulous** 114:21
**necessarily** 9:21
42:24 43:21
47:14 93:16
114:18 160:13
164:18 201:22
297:21 322:24
**necessary** 56:15
72:1
**necessitating**
341:17
**need** 8:5 10:24
15:4 16:17
19:12,18 84:24
101:12 140:15
141:6 148:21
148:22 150:1
177:2 189:24
197:17 206:20
228:5 229:21
257:8
**needed** 149:12
271:3 310:3
325:24 335:4
**needing** 266:14
**needle** 94:19
**needles** 95:3
**needs** 114:10
140:24
**nefarious**
119:24
**negative** 52:1,4
173:12
**negligence** 324:3
**neither** 89:1
254:5
**neotract** 11:5,6
11:9,14
**nerve** 179:14
**nerves** 160:14

network 338:10
networking
  256:1
neurologist
  204:3
neuromodulat...
  179:13
neuromodulat...
  94:5
nevada 106:5,7
never 18:1 31:1
  58:18 79:25
  80:2,9 87:11
  92:5,9,20 95:9
  95:11,18 97:19
  104:15 110:13
  110:25 111:5
  112:2,21 125:3
  126:2,5,22,25
  129:1,4 137:13
  155:12 158:1,5
  160:10 170:15
  173:5,17
  174:23,24
  176:13 195:5
  197:24 205:7,8
  206:21 210:1,1
  211:3 216:3
  217:23,23
  219:23,24
  220:1,3 242:22
  245:4 246:11
  246:11 254:1
  255:25 259:7
  272:18,19
  276:20 279:5,6
new 14:5 29:18
  29:25 30:8
  106:8,9 121:20
  129:25 131:7,7
  187:5 189:22
  199:4 213:25
  266:15 271:4
  283:18 286:22
nguyen 343:5,6
  343:7,10

nice 186:9
  260:11 275:10
  278:8 300:19
  302:21 305:22
night 72:13
  100:16 122:6
  145:9,19 186:4
  261:7 275:13
  275:16 276:6,7
  278:4,7
nights 303:3
nilsson 23:24
  24:1 25:6
  71:13 312:13
nilssons 71:12
nine 21:6 340:20
  348:6,7
nineyear 340:18
  340:21
ninth 42:6
njones 2:7
nobodys 113:1
nonactive
  141:24,25
  142:3,7
noncompete
  194:19 211:14
nonethicon
  291:20
noninferior
  36:20
nonnonmesh
  37:2
nonresponsive
  28:21 156:22
  162:12 168:25
  169:7,10 211:8
  219:13
nontender
  159:13
normal 26:20
normally 163:13
  200:4 269:1
north 148:6
  214:8
northern 343:11

northwest
  250:13
norway 132:10
nos 76:1 97:2
  207:4 285:5
  300:2
notable 284:17
notary 364:22
note 75:11
  187:16 348:25
noted 16:16
  349:6 364:11
notice 3:9 8:19
  60:6,12,25
  61:2 63:13
noticed 31:1
  267:20 272:18
notification
  101:17
noting 75:12
notwithstandi...
  318:17
novel 129:25
november 108:4
  108:5,12
  109:14 265:11
  266:4,12 267:7
  267:17 269:14
  270:18 271:23
  272:5 294:11
  356:6
novo 28:11
number 13:6
  17:23 32:11
  59:22 74:9
  75:12 80:8,13
  80:15,17 81:6
  81:7,8 85:24
  90:11 99:6,17
  104:18 105:17
  108:14 119:8
  144:15 148:23
  191:18 198:12
  205:8,9,10
  206:21 238:23
  248:3 268:22

283:6 294:17
307:22 308:9
308:11 314:1
317:13,24
325:14 327:1
342:16 352:17
359:3
numbers 36:6
  80:7,18 144:12
  144:19 145:2
  146:20 150:15
  152:10,11
  237:19 244:23
  298:23 307:25

O
object 14:25
  17:5 20:2 24:3
  26:23 27:21
  28:24 30:11
  31:25 33:23
  43:11 127:5
  159:8 167:21
  170:17 264:12
  264:21 273:22
  274:5,20 277:1
  279:11 295:20
  296:1,3 297:13
  298:6,14,22
  299:8,10,16
  304:9 307:17
  308:4,24 309:3
  309:10,15,23
  310:8,20
  319:11,18
  320:6,11,21
  321:2,9,14,18
  322:16 324:8
  324:20 328:6
  328:13 336:25
  337:18 348:10
  352:19 353:20
  355:5 357:5,11
  358:2 360:7
objected 167:1
  167:18

objecting 350:10
objection 17:13
  29:9,20 44:4
  44:18 46:10
  47:22 48:19
  50:8 51:5
  54:12 56:6,17
  59:20 62:13
  65:17 66:17
  67:13 68:1,11
  68:25 72:7
  73:16 84:2
  91:25 93:6,19
  98:23 100:19
  104:12 109:24
  112:13,18
  113:22 119:3
  119:15,22
  120:8 124:17
  126:15 128:1,3
  128:11,24
  129:20 131:5
  131:14 132:18
  133:4,15 134:5
  134:9 135:25
  136:5 137:1
  138:22 140:22
  141:15 143:2
  155:16 157:5
  157:15,22
  162:5 163:2
  165:12,17
  167:15,21
  169:3 171:3
  174:6 177:20
  187:17 196:18
  202:7 203:9
  217:12 218:3,9
  220:6 230:24
  231:7 239:8
  241:15 245:10
  246:5 247:22
  250:10 284:23
  308:15 312:10
  313:24 314:7
  317:8,16 328:2

328:14,18
348:24 349:5
349:11,19
350:6,7,14,14
350:15 354:16
**objections** 60:11
349:15 362:7
**objective** 72:3,6
132:15 345:15
346:1 347:12
348:17 349:7
**objectivity**
317:23
**obligations**
255:23,25
**observation**
23:9 198:22
**observational**
89:14 111:21
238:14
**observe** 221:18
**obstruction** 28:7
**obtained** 290:20
**obtape** 174:8
**obturator** 36:10
236:11 263:22
**obviously** 82:11
162:4 185:13
222:17 270:25
294:3
**occasion** 177:1
251:12
**occasionally**
72:3,5 213:24
352:15
**occasions** 63:25
153:24 209:5
212:19 305:13
**occur** 104:24
321:11 322:10
322:12 333:1,4
334:25
**occurred** 286:19
322:14
**occurring**
242:14

**occurs** 171:16
265:11 334:20
337:9
**october** 57:4
81:25 118:8
232:17 251:2
358:19
**odd** 195:23
**offer** 30:5
313:21
**offered** 297:10
**offering** 95:13
95:15 189:6
297:21 357:8
357:17,18,22
**office** 31:5,6,15
79:2 80:24
143:10,14,16
144:18 146:12
226:9 239:2
243:19 246:25
255:21 277:6,8
304:12,13
338:2
**officer** 63:19
**offlabel** 201:21
204:3,6,8,18
**offsite** 276:6
**oftentimes** 170:9
**oh** 10:25 16:21
20:25 29:15
35:4 39:23
42:5 45:2
50:13 55:12
57:7 60:1 75:4
75:7 77:23
81:7 89:17
91:1 97:22
99:10 100:14
111:18,20
113:11 117:3
122:20,23
127:12 134:21
135:2 136:15
139:15 143:7
146:7,10,20

147:2 148:8
164:16 172:19
179:22 180:1
180:25 181:21
182:7,15 194:5
205:15 206:25
208:2,2 209:12
209:20 210:5
211:25 213:6,8
213:8 222:1
225:15 226:19
226:22 228:18
229:20,20
231:2,13
234:15,20
235:14 236:21
243:13 247:21
252:1 254:15
255:12 257:10
258:17 265:16
267:4,5,14
268:17 269:9
272:2 276:14
279:12 288:4
289:5 290:8
304:4 306:3
311:11,16,17
313:11 315:20
318:13 321:6
330:13 334:9
341:21 348:4
355:8,13,18,18
356:2
**ohio** 302:15
**okay** 7:20 8:3,5
9:13,24 11:23
13:11,17,20
14:1 15:23
16:5,7 17:3,11
18:5,10,18,22
19:1,16,22
20:6,21,25
21:6,11 22:10
22:12 25:10
29:23 30:6,15
31:11,15,22

35:22 38:14,24
39:2,23 41:2
42:2 44:15,25
45:4 46:2,6
47:18 48:21
49:23 50:6,21
51:22 52:3
53:12 54:22
55:23 56:13
58:4,20 59:10
59:17 65:8
70:19 74:7,11
74:14 75:8,20
77:3,5,13
78:13 79:4,7
82:4 86:6
87:15 89:22
90:2,9,19
91:16 96:19
99:20,24,25
100:2 102:19
103:21 106:9
108:12 109:7
110:7,10 112:6
112:12 115:3
115:19 123:11
124:5 130:13
138:5 145:4,15
145:18 147:14
148:25 149:7
149:25 150:8
150:20 151:13
152:2 153:1
155:21 156:5
158:5 159:24
162:17 164:1
165:24 166:3
166:13 168:10
168:15,24
169:5,13,15
171:5 175:18
179:18 180:3,7
181:5,12,18
182:2 183:23
184:19 188:5
188:22 189:14

191:9 194:10
194:12 196:9
197:15 199:18
201:1 203:19
206:11,17
207:6 208:7,14
211:7 213:9
214:1 215:18
216:4,6 217:9
218:16,19,19
220:13,15
223:6,8 224:20
227:7 228:4
232:19 233:16
235:10 244:4
245:1 246:6
247:9 249:23
251:7,16
254:14 258:3
260:20 265:16
265:19 266:1
266:10,22
267:5,12,13
269:4 270:6,11
271:16,25
272:16 273:2
273:21 274:11
275:10 277:9
277:13 278:21
280:23 281:5,7
282:22 283:24
284:13 285:10
285:24 290:8
292:4,9 293:11
295:7 300:21
300:23 301:24
303:4,21,22
304:4,4,5,14
306:13 307:1
309:2,7,16
310:2,10 312:5
314:20 315:20
319:6,8,23
320:24 326:16
327:4 328:17
330:2 336:1

Case 2:12-md-02327-00851-MG Document 2921 Filed 05/26/27 Page 134 of 161
Douglas Grier, M.D.

Page 398

337:25 343:25
349:25 350:19
351:4,14
355:24 356:16
358:16 360:10
360:22
**old** 174:22
197:20
**once** 7:25 20:14
64:14 109:1
120:5 170:16
170:22 192:25
193:8 207:1
208:9 310:2
322:22 323:1
323:14
**oncologists** 87:1
**oneoff** 288:11,12
**ones** 8:23 9:22
22:9 43:6
47:11,12 51:25
54:16 65:12
66:20,25
102:16,25
103:3,9 111:11
122:10 134:20
136:8,14
138:10 152:15
225:1 312:15
317:18,18,22
341:20 354:9
**onethird** 146:2
**oneyear** 64:7
83:6 92:14
127:14 139:10
139:12 194:16
348:22
**ongoing** 23:9
90:4 93:14
107:5,15,18
127:23 149:1
171:12,15
332:5
**online** 117:25
118:3 182:2
**ontario** 342:13

**ooh** 71:4 192:14
287:5
**open** 355:14
**opened** 323:18
359:23
**operate** 145:4
**operating** 307:2
**operation**
198:19
**operations**
145:5,6,7
**opinion** 9:2,18
17:6 40:4,9
44:1 49:3 52:7
59:9 71:23
77:10 93:22
111:24 112:16
112:20 113:18
128:17,19
132:20 135:11
160:21 295:6
296:9,10,13
299:17 313:14
317:3 333:8,13
333:14 353:22
354:15 357:18
**opinions** 12:11
12:24 14:2,9
14:24 16:25
38:19 40:2,14
41:9 43:17
45:7 46:24
47:10 50:16
52:1,4,15,23
55:14 56:15,21
57:10,11 59:18
62:5,22,23
66:11 68:17
70:1 73:11
75:16 78:21,22
95:13,15 96:1
96:13,16,18,20
101:20 106:11
108:7 109:16
110:4,8,9
112:3,16,21

113:9,16
120:21,25
124:15 125:22
125:25 126:22
126:25 128:15
129:5 137:22
138:9 139:18
189:6 195:20
297:10,16
298:3 299:15
317:14 318:1
326:6,7 327:5
327:11,25
328:23 329:1
330:4 331:12
331:14,19,22
332:2,9 336:22
337:3 339:5
340:25 341:4
342:8 343:8
345:10 347:24
351:5 352:12
353:25 355:3
357:8,22 358:9
**opportunities**
273:3,10
**opportunity**
24:16 256:17
**opposite** 251:14
268:7
**optimal** 122:8
**options** 37:3
**orange** 77:2,3
**order** 201:8
202:20 207:7
216:24 230:8,8
255:23
**orders** 60:16
**oregon** 105:20
154:17 302:7
**organ** 149:16,23
151:25 175:9
176:25 200:10
343:13
**organizational**
217:24

**original** 42:3
44:6 63:12
175:12 343:2
**originally** 175:1
175:2,23
**ostergard**
316:17
**outcome** 23:20
116:19 147:12
338:21 362:12
**outcomes** 23:6
27:7 114:19
131:18 198:25
200:21 210:10
318:19 338:23
**outlet** 28:6
**outofpocket**
212:4
**outoftown** 180:1
**outside** 197:12
197:17 199:4
258:1,2 315:9
359:22
**overactive**
182:13
**overall** 97:23
342:23
**overlaps** 217:7
220:19
**overload** 136:7
297:18
**oversell** 210:25
**overtension**
28:13,15
**overtensioning**
249:4
**overuse** 211:1

**P**
**p** 7:3 75:23,24
122:12 151:1,2
257:11,12
349:2 352:1,2
361:24
**package** 67:10
**pads** 360:20

**page** 3:2,8 4:2
5:2 6:2 9:24
32:22 42:24,25
46:12 48:1
82:6 121:7
194:8,18 198:3
205:1,4,5
206:14 207:25
211:18,24,25
216:1,2 218:18
220:15 226:14
226:15,16,17
226:20,20,20
226:20,20
229:21 230:8
232:20 234:25
245:24 249:12
261:13 265:3,3
265:15,17,21
265:23,24
266:20,23
267:3,15 270:9
280:23 292:7
294:10 315:14
339:19 342:22
344:15 346:8
348:25 355:16
363:4
**pages** 226:13
237:19 312:22
313:1,2,6,12
315:5 355:22
364:6
**paid** 12:1 24:1
24:13,14,25
25:2 59:11,17
71:13 72:5
82:22,25 85:16
85:18 86:18
87:9 88:12,12
90:20,23 91:3
91:10 104:10
105:11,12,15
106:19,21,23
107:15,21
108:13,25

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| 109:22 129:13 | 282:1 285:3 | 165:7 | 313:22 | 335:14 338:12 |
| 130:21 131:3 | 286:5,8 287:7 | **pamela** 1:14 | **participants** | 348:16 349:7 |
| 131:11 132:4 | 287:10,12 | 57:20 | 83:18 210:18 | **patients** 12:3 |
| 132:16 179:8,9 | 292:20,21,25 | **pamphlet** 118:9 | **participate** | 20:15,15 23:14 |
| 179:15 181:24 | 293:4,7,9 | **panel** 276:3 | 84:17 140:2 | 26:17,18 31:6 |
| 182:5 183:14 | 295:24 298:20 | 284:8 285:3 | **participated** | 37:12 66:22 |
| 184:5,24 | 298:25 299:6 | **paper** 23:19,23 | 50:10 213:14 | 76:19 92:15 |
| 185:13,24 | 299:14,20 | 23:24 63:12 | **participating** | 94:10 95:20 |
| 186:14,16 | 302:9,23 | 64:7 146:24 | 134:3,13,25 | 99:13,25 102:2 |
| 187:1,18 188:1 | 304:23 306:14 | 273:15 | 135:7 | 116:15 131:17 |
| 188:7,11 | 306:17 307:13 | **papers** 21:3 49:4 | **particle** 324:14 | 141:18 143:7 |
| 189:14 191:17 | 307:16 308:2 | 49:4,10,10 | 324:14 | 147:6,10 |
| 191:20 192:1,3 | 308:13,20,23 | 57:5 146:20 | **particles** 357:10 | 148:20,23 |
| 192:19 193:11 | 309:12 310:5 | 164:21,23 | **particular** 19:15 | 149:23 150:3 |
| 193:14,17,23 | 310:18 | 312:12 317:22 | 26:1 40:13 | 154:6,12,18,20 |
| 198:4,6 199:9 | **pain** 114:21 | 352:22 | 43:6 48:24 | 154:22 155:3,8 |
| 199:11,15 | 142:10 144:24 | **paradise** 221:9 | 68:18 71:20 | 155:14,24 |
| 206:22 209:24 | 153:10 154:7 | **paragraph** | 103:8 236:10 | 156:1,11,25 |
| 210:1,1,4 | 154:13 156:12 | 194:9,18 198:5 | 256:14 291:10 | 159:12 162:20 |
| 212:3 213:10 | 156:14 157:3,7 | 199:14 210:6 | 291:22 292:6 | 163:5 164:2 |
| 213:17 214:3 | 157:10,20 | 226:5 230:8,22 | 295:4 316:15 | 165:4 169:15 |
| 219:2,4,20,24 | 159:6 160:6,12 | 245:25 249:14 | 338:12 354:6 | 169:18 171:2 |
| 220:4,12 | 160:15,18 | 250:4 269:16 | **particularly** | 171:21 172:1,3 |
| 224:15,21 | 161:23 162:1,2 | **paragraphs** | 47:20 95:25 | 172:6 184:1 |
| 231:18,25 | 162:4,10,10,23 | 18:12 | 265:21 | 187:13 229:6,9 |
| 235:11,16,20 | 164:8,9,18,21 | **parent** 188:20 | **parties** 15:17 | 237:1,3,4,5,6 |
| 235:20 236:22 | 164:24 165:1 | **parentheses** | 230:17 290:20 | 255:20,23 |
| 237:6 238:19 | 165:10 172:1 | 245:5 | **parts** 17:17 | 256:20 325:1 |
| 238:22,25 | 319:8,9,16,17 | **parisi** 221:19,20 | **party** 362:11 | 325:18 327:20 |
| 239:5 240:15 | 319:21,22 | 221:21 294:17 | **passing** 8:11 | 329:24 330:24 |
| 240:15,21,23 | 320:1,4,9,13 | **parous** 346:3 | 95:2 | 335:7,20,23 |
| 240:25 241:2 | 320:14,15,19 | **part** 4:15,17 | **patents** 129:7 | 336:3 339:8,14 |
| 241:12,13 | 320:23 321:1,5 | 27:6 40:4,9 | **pathological** | 339:17,23,24 |
| 243:1,3,5,7,23 | 322:15,18,19 | 71:18 81:13 | 126:7 | 339:25 340:2,7 |
| 244:1 246:22 | 323:2,4,5,6,10 | 90:20 107:7,17 | **pathology** | 340:8 343:17 |
| 247:3,6,8,10 | 323:14,20 | 109:21 140:25 | 125:15 | **patricia** 1:12,18 |
| 248:3 255:5,8 | 324:18,22,25 | 142:17 144:25 | **patient** 18:15 | **paul** 5:6 221:20 |
| 255:17 258:16 | 325:7,11,11,13 | 153:2 171:20 | 33:2 74:22 | 221:21 294:17 |
| 258:22,23 | 325:17,18,19 | 189:9 238:1,2 | 89:20 114:1 | **pause** 16:6 |
| 260:13,15 | 332:18 333:8 | 241:18 250:13 | 118:24 147:20 | 311:4 |
| 261:22 262:22 | 334:17 337:9 | 289:3 315:9 | 147:24 154:17 | **pay** 131:11 |
| 262:25 263:3 | 338:23,24 | 331:14 332:9 | 162:8 163:7 | 179:21 183:1,3 |
| 269:1 276:10 | 339:22 340:5 | 335:3 | 165:2 200:9 | 184:14,17,20 |
| 276:20,24,25 | 340:10 341:15 | **partial** 143:21 | 227:10,13 | 184:25 185:6,9 |
| 277:3,10 | 341:16 348:21 | 155:11 | 236:22 291:1 | 185:19 187:20 |
| 278:13,16 | **painful** 153:10 | **partially** 110:11 | 323:17 334:24 | 201:8 205:3 |

206:15 214:2
227:1,7,12
231:17 234:12
238:17 239:4,5
239:9 242:19
245:22 261:15
261:19 267:10
271:17 278:11
282:4,6 293:12
295:7 300:23
300:25
**paying** 11:14
181:20 183:6
185:3 198:15
201:6,9,9,12
201:14,16
307:8
**payment** 20:11
24:15 73:6
188:15 303:23
303:24 304:1
306:8
**payments** 11:21
20:7,16 222:6
225:5 271:12
286:4 303:15
330:15
**payout** 269:20
**payouts** 133:19
**peak** 310:1
**peer** 95:11
225:25 233:4
**peerreviewed**
90:15 125:3
139:19 228:21
297:25 327:2
331:23 336:23
**peers** 203:23
**pelvic** 1:5 79:18
79:21,23 80:4
94:4 103:10
105:21 106:13
119:7 121:25
139:23 148:21
149:16,23
151:20,24

152:5,7 175:9
175:13 200:10
240:3 241:4
245:12 263:9
290:10 311:15
319:13,21,22
320:1,12,14,15
320:23 325:3,8
325:19 332:18
332:24 333:4,9
333:10,14
343:13 346:2,4
**pelvis** 116:17
291:4 325:8
**pending** 103:20
103:24 163:20
**penises** 177:1
**pennsylvania**
227:3 230:5
**people** 23:13
35:15,18 43:16
71:10 72:1,5
73:2 119:1
132:23 150:11
198:13 199:12
200:23 201:21
202:11,25
214:22 221:17
228:12 246:12
264:20 271:21
274:19 277:14
278:4 281:20
284:8 289:1
294:17 296:10
296:16,22
298:16,19
299:14 352:13
**percent** 33:4,7
81:16 99:10
145:20,25
146:7,10,21,22
148:13,15,15
148:19,20
149:2,7,13,22
150:8,10,22
151:11,12,13

152:1,6,6
158:18 159:14
160:1 170:4,6
175:14 269:9
292:24 323:15
340:5,10,19,22
341:10,12,15
342:23 343:3
343:21 346:11
346:17,21
347:13,15,18
347:21
**percentage**
35:18 81:15
145:23 146:5,8
146:13 148:11
148:17,22
149:10 150:4,5
169:15,19
214:20 269:7
316:5,7
**percentages**
338:22
**perfect** 200:20
**perfectly** 167:17
**perform** 172:14
199:6,7 211:2
212:23
**performed**
33:10 40:23
172:16 224:23
224:24 227:25
**performing** 20:8
105:23 199:9
**perigee** 144:9
311:9
**perils** 242:2
**period** 81:10
107:11 171:8
180:25 207:9
217:4 221:6
223:4 224:9
269:19,20,21
272:15 306:19
**permanente**
343:11

**permissible**
60:16
**perry** 8:2 45:2,4
61:4 104:5,11
104:13,24
105:11,12
106:21,22
108:8,15,23,25
109:8 207:2
251:23 307:18
307:22 316:25
**persistent** 158:9
339:22 340:4,9
**person** 109:16
131:11,12,20
132:3,4 147:7
251:19 253:9
265:9 303:20
324:3 359:11
**personal** 160:25
197:3 201:22
**personally** 73:10
93:10 161:1
221:12 253:9
253:23 296:21
**persons** 234:21
322:5
**perspective**
250:6 264:17
358:5
**persuade** 256:24
**pertains** 96:8
**petros** 55:3
129:24
**peyronies**
179:19
**pfizer** 180:12,23
182:5
**pharmaceutical**
20:18 72:24
87:8 119:10
178:17,20,23
179:17 180:11
186:21 187:1
195:12,14
203:24 222:12

225:7 235:21
239:6 241:14
241:17 271:8
271:14,16
272:21 286:9
307:7 308:3
310:6,19 338:5
**pharmaceutic...**
308:6
**philadelphia**
204:2
**philosophical**
17:20 18:4
27:6 127:24
**phoenix** 259:24
305:6,10,13
**phone** 167:5,10
167:16 254:2
**phrase** 159:22
**phrased** 68:22
**physical** 135:21
164:25 178:11
**physician** 72:20
85:21 125:11
131:15,16,21
147:24 151:15
155:21 203:22
**physicians**
63:16 72:14
73:9 85:22
94:25 109:20
110:15 111:2
116:1,4,22
121:15,21
133:24 182:10
187:7,12
189:20 210:18
210:19 231:14
241:24 244:21
244:22,24,24
249:3 262:7
275:15 291:24
296:14 338:7
**physiologic**
33:17 137:10
138:4

Douglas Grier, M.D.

pick 288:19
picked 254:1
picture 360:25
pierce 362:2
pipeline 289:1
pismo 254:22
pittsburgh
57:20
place 27:19,23
67:6 100:18
112:20 135:6
142:14 234:10
245:20 278:8
305:22 350:15
350:18 352:13
placed 26:8,11
27:23 33:2
78:14 94:16,20
130:1 141:2
153:18,19
155:18,25
312:6 322:1
323:8,12,16
placement 31:1
67:15 176:20
341:7
places 193:14
197:16 241:4,5
305:14
placing 26:13
130:2
plaintiff 106:2
111:5
plaintiffs 2:2
307:19
plan 120:22,25
planning 125:22
plastic 4:4
plate 113:12
159:10 160:8
163:1 164:14
164:17 165:6
165:15,23
166:5,6 168:4
168:4,18,22
169:1 321:7,10

play 279:2
played 279:5
please 7:17
62:14 292:11
295:4 355:9
pliant 58:7
plication 149:19
150:1 157:9
162:9
plural 70:19
plus 105:10
198:7 212:3
247:6 255:19
277:10
podium 231:14
331:24
point 26:2 36:13
36:15,17 45:8
58:2 62:2
75:22,22 93:16
96:25 127:21
127:23 130:1
142:10 144:24
146:1,10
148:13,15
150:25 151:16
177:22 190:9
199:2 224:13
234:2 235:14
243:17 268:18
270:8 318:4,6
319:3 322:19
337:14 338:17
355:2
points 157:13
policies 135:6
policy 277:3
polymer 125:17
125:19,25
polymers 125:21
polypropylene
125:1,4 126:2
126:5,8,22,25
130:7 158:9
175:6
polypropylenes

130:6
poor 174:4
323:21
pop 140:5 144:8
145:24 148:12
148:18 149:3,8
149:11 150:3
150:13 161:19
175:7
popping 63:6
popularity
361:5
population
74:22
populationbas...
342:10
pore 172:24
173:12 174:12
174:14,15,16
174:18 176:22
177:8,12
pores 173:2,7,10
173:17,18,21
174:1,4 176:14
177:13 334:25
porosity 174:9
174:17 175:19
175:20 176:11
portion 66:14
140:16,20
142:8 156:22
218:25
portions 18:10
18:13 142:6,20
portland 182:18
182:19,21
302:7
poses 18:19
position 49:4
86:23 203:11
239:4 327:1
332:3 352:21
positions 82:5
85:6 88:7,11
positive 27:7
51:11 86:1

possibilities
115:15
possibility 320:7
326:1
possible 16:16
17:23 18:16
158:11,13
168:22,23
169:2 174:13
177:8 255:14
310:25 319:12
333:15 345:2
349:2
possibly 76:17
poster 331:24
posterior 28:1
postinsertion
361:12
postop 348:21
postoperative
227:15 360:19
postsurgical
334:17
potential 73:4,5
73:7,14 116:20
136:24 160:7
164:18 229:16
333:2,5 345:16
potentially
28:17 160:16
203:10
potentials 160:9
pounds 33:5
powerpoint 3:14
42:12 43:7
201:24 202:13
202:18,24
powerpoints
246:14
practice 81:13
81:15 101:23
117:24 145:21
145:23 146:1,5
146:8 148:2,11
148:17 149:3,7
149:10 150:12

150:17 151:9,9
151:16 152:1
182:20 184:7
199:3 239:1
248:10 269:7
296:19,19
326:17 327:23
330:21 332:11
332:13 334:11
335:21
practices 64:5
practicing
203:22
practitioners
132:11
pramudji
284:11
pratt 1:15 8:24
9:2
pre 360:19
precautions
16:17
precedent 204:2
precept 272:11
preceptor 4:23
85:7,20,21
86:7 87:17
121:13 189:17
189:18,19,21
190:4,6,10,12
190:14,22
191:5 219:19
269:19
preceptors 85:9
190:1 195:18
213:20 240:18
247:25
preceptorship
220:4 246:16
preceptorships
6:18 198:4,5
200:2,4 215:4
precepts 189:25
precisely 44:14
precursor 89:19
predicate 92:22

**predict** 165:1
**predispose** 116:18
**prefda** 65:12
**prematurely** 92:19
**premier** 5:22 280:5
**preparation** 102:9,20 106:11
**prepare** 100:2 101:9 202:12
**prepared** 49:23 50:1 55:20,24 56:1 124:19,21 196:10 231:11 247:20,24
**preparing** 14:2 38:19 100:10 314:22
**present** 43:6 195:6 231:18 255:2
**presentation** 42:12 197:22 197:24 198:1 200:16 201:16 202:1 203:7,22 204:5 210:22 231:11,19 242:11 243:15 246:2,3,9 247:20 260:21 263:8,19 264:1 264:7 281:12 281:17,20 283:13,17 284:1 300:13 302:6,14
**presentations** 43:7 73:14 196:9,17 202:12 204:8 212:14,18 222:12 246:13

247:24 280:24 282:6 284:18 301:22 331:25
**presented** 8:18 8:22,23
**presenter** 275:2
**presenting** 196:13 231:9 283:25
**pressure** 28:4,5 357:21
**presumably** 200:17 336:1
**presume** 159:12 161:25 206:8 217:23 245:11 264:17
**presumed** 110:22,23,25
**presuming** 110:13
**pretrial** 60:16
**pretty** 14:22 31:22 42:19 54:3 68:7 105:8 112:25 122:17 196:15 202:17 218:13 306:23
**prevent** 134:22 135:5 176:14 177:8
**preventing** 178:5
**previous** 155:11 169:7 191:2 341:5
**previously** 7:24 98:16 289:6
**price** 282:13
**primarily** 327:4 359:13
**primary** 28:10 36:13,15,17 131:4 318:4 319:3 338:16

338:21 342:22
**principal** 230:20 231:1
**printed** 61:21
**printout** 3:11,14
**prior** 12:11,13 13:2 26:1 45:2 64:4 76:10 101:10 136:20 177:6 186:24 190:18 217:11 218:22 228:10 283:13 332:16 334:23
**priori** 320:15
**probable** 168:23
**probably** 14:18 26:12 36:4 43:7 57:14 58:23 69:24 77:11,23 82:16 87:13,22 94:25 102:19 105:14 108:4,17,22 109:6 115:7 127:20 142:23 146:1 148:13 148:15 149:22 179:23 180:2 181:18 184:2 184:16 185:21 190:21 223:5 229:14 234:15 237:17 238:1 242:21 255:16 259:18 261:12 265:2 267:12 268:23 269:9 272:24 287:22 288:5 289:15 289:17,23 312:14 334:1,9 359:18
**problem** 9:13 32:15,19 48:15 48:15 114:12

116:5 131:22 132:6 165:25 165:25 166:16 338:12
**problems** 119:2 146:4
**procedure** 17:21 34:19 36:16 37:8,10 63:2 95:16 96:2,4 125:6 198:24 229:2 332:20 340:16 342:12 342:20 343:2 344:6 345:6,13 346:24
**procedures** 11:19,20,22 27:20 83:14 103:4 122:3 130:9 145:8 318:18 332:22 333:10 343:12 345:7 353:16
**proceedings** 7:6 16:6 215:2 311:4
**process** 14:12 48:5 67:7 115:16 159:15 160:2 171:20 361:13
**proctor** 85:10 266:25 267:5 267:12,14 311:13
**proctored** 301:14 311:12
**proctors** 213:20 274:15,17
**produce** 24:8 170:25 172:10
**produced** 13:18 49:10 54:5 78:25 206:10 206:25 207:1,2

222:16 303:19
**producing** 14:19 28:6
**product** 26:4 30:21 40:21 44:3,9 55:8 63:15 65:22,22 66:3,8 67:8 68:15,18 93:14 93:15 96:7 127:22 129:13 131:4,8,12,13 131:20 132:4 132:12,15 133:2,8,14,25 135:15 136:2 136:21 138:21 140:10 143:11 143:17 152:24 154:6 170:14 170:21 172:5 172:25 174:8 178:10 179:12 181:3 188:6 194:22 195:4 195:21,25 196:1 200:17 200:19,23 210:25 213:14 213:14,25 214:13 215:14 215:15,18 216:10 227:5 227:21,24 235:3 240:19 242:1 263:17 264:4 268:8 276:1 282:13 282:17 284:6 288:16 291:10 291:17 298:9 311:6,18 325:13 357:25
**production** 47:15 67:8
**products** 1:5

30:12,19 31:12
35:2 36:22,24
36:25 37:2
43:24 44:22
45:11 52:25
56:19 59:6
68:10,16,24
85:23,25
103:12 109:19
117:7,9,10,20
119:11 120:22
121:14 124:16
130:4 135:21
137:8 138:9
141:14 144:4,9
144:13 152:3
152:11,18
156:19,20,23
157:3,7,11,20
174:14,19
175:21,23
181:8 184:23
195:6,8,19
200:11,16
202:2 210:10
211:4 213:23
214:11 216:16
245:15 252:8
256:25 263:12
263:24 264:8
264:15,20
267:20 268:6
268:13 279:19
279:24 283:19
288:7,7,25
291:9 296:15
296:16,17,18
297:24 298:17
298:18 299:22
311:14,19
312:5 327:16
327:20,23
336:17 337:10
338:20 354:6
360:2
**profession**

338:13
**professional**
205:13 221:25
239:17,22
253:12 265:9
274:14 291:14
332:2 333:16
**professionally**
253:15 338:8
**professionals**
18:20
**professor**
330:14,15
**program** 5:12
212:6
**programs** 212:3
219:17
**prohibit** 134:2
134:12,25
135:7
**project** 10:25
11:1 20:12
**prolapse** 103:10
148:21 149:16
149:24 151:25
175:9 200:10
269:10,10
279:22 343:13
**prolene** 49:13
172:24 174:22
175:1,11
**prolift** 61:16,21
124:8 144:8
253:20 275:25
284:6 289:22
289:24
**prolonged**
191:12
**promote** 120:4
120:12
**promoting**
119:11
**promptly**
362:14
**prop** 323:11
**proper** 27:25

187:13 198:24
**properly** 155:22
155:25 323:12
323:16 357:16
357:24
**properties**
135:21
**propounded**
364:9
**prorated** 220:14
**prosima** 106:17
106:18,23
124:9 193:6
214:11 289:18
289:20
**prospective** 74:5
75:3 140:7
**prostate** 11:3
86:4,23 87:3,4
87:10
**protecting**
204:25,25
**protocol** 11:19
93:25 94:9
226:5 229:19
229:22,24
230:1 233:7,10
233:13,17,25
234:2 236:16
237:9,13 238:8
238:8
**protocols** 237:16
**proud** 268:5
**prove** 325:6
**provencia**
135:17
**provide** 57:12
57:12 118:13
118:14 146:20
239:16,21
330:9,9,24
**provided** 10:20
14:20 70:4,11
77:7,22 157:16
330:6,7 336:21
**providing** 219:2

**ps** 263:10,15
**public** 118:22
120:10 182:2
364:22
**publication**
88:15 91:2
111:23 228:22
231:22
**publications**
89:1,2
**publish** 230:9
312:15
**published** 24:8
57:6,9 58:1
89:10,12 90:13
90:17 92:14
95:9,12 126:22
126:25 127:15
127:16 139:18
225:23,24
230:13,16,22
231:5 233:4
297:25 347:5
**publishing**
127:21
**pubovaginal**
89:16 90:4
228:11 256:18
330:19 332:22
345:6
**pudendal**
179:14
**pull** 33:15
**pulled** 91:19,23
**pulling** 92:2
159:20 228:15
**pun** 273:12
**puppet** 112:24
113:1,2
**purchase** 131:12
**purchased**
130:18 267:20
**purely** 275:15
291:6
**purpose** 13:24
18:23 39:2

175:1 198:15
230:17 283:18
**purposes** 281:5
**pursuant** 83:8
123:12 196:20
230:22 290:18
**pursue** 289:2
**pursuit** 131:9
**pushing** 138:3
**put** 16:15 33:6
42:14,16,17
45:16 50:25
61:17 64:22,24
65:6 70:2,9
96:6,7 114:11
114:12,17
119:5 122:15
137:9 138:10
147:7 156:12
164:13 175:17
183:4 202:23
203:7,11,21,22
243:14,16
246:3,8,13
299:2 350:17
354:4,8 358:5
**puts** 309:17,17
**putting** 31:7,9
31:11,16,20,23
32:9 151:10,12
201:23 204:5
334:23 352:14
357:20

---

**Q**

**qualifications**
67:7
**qualified** 128:22
**quality** 37:11,17
39:19 189:24
323:21 350:1,2
350:21
**quantify** 107:24
160:16
**quarter** 151:9
151:11,16

question 14:22
16:11 18:2,10
21:24 24:19,20
24:21 26:25,25
28:21,22 29:4
29:7 32:21,22
40:8,12 45:10
47:18 48:8
50:12,21 54:3
65:8 68:6,22
70:7 72:18
83:23 87:13
88:16 91:16
95:18 97:1
98:11,17
103:19,23
109:7,17
110:18 113:6
119:25 121:6
121:19 127:24
134:11,24
138:6 144:14
152:16,20
157:14,19
160:17,19
162:17,18
163:20 165:8,9
165:9,25
166:18 167:1
167:18 168:7,9
169:11 172:9
178:19,22
187:17 192:23
196:15 197:6,7
197:8 206:12
206:24 211:8
211:10 223:22
230:7 234:1
239:15 243:21
243:23 259:15
277:3 295:23
301:17 310:13
310:14,17
312:10 319:20
338:16,18
352:25 353:2

354:12 360:13
360:22
questioning
30:12 352:6
questionnaires
37:11
questions 31:22
48:5,10,16,20
53:5 79:13
160:23 163:16
210:20,22
233:16 248:21
266:14 310:16
318:15 326:13
327:9 328:18
330:6,14
335:19 338:24
348:12 351:23
359:3,24
361:21 362:6
364:8
quick 72:19
quiescent 171:9
quiet 141:17
quite 43:25
104:16 163:10
256:16
quote 272:14
quotes 272:15

_____
R
r 1:10 363:1,1
radiation 87:1
116:17
randomized
21:3 25:14
35:9,11 74:4
75:6 140:3,7
161:5 317:20
318:3,20,22,23
319:3 336:11
336:16 344:2
344:16,23
348:6 351:1
range 33:17
87:14

rare 213:12
rarely 325:11
rate 36:5 37:6
146:23,24
159:14,16
160:1 179:23
179:25 186:20
187:22,24,25
193:19,21
243:16 262:24
263:3 271:19
277:12 278:19
278:21 287:16
293:3 294:1
340:4,10
341:11,14,16
343:21 346:16
347:13,18,20
354:2,3
rates 21:21 52:6
210:2 344:22
345:15,15
346:4 348:17
349:7
rct 22:15,17
rcts 338:16,19
344:6
reach 349:9,13
reached 22:20
reaching 52:23
reaction 18:1
127:1 171:12
334:20
reactions 187:10
332:15
read 18:12,13
32:20,23 34:13
34:23 40:5,5
42:25 43:3,4
46:15 47:25
48:1 50:17
52:20 54:6,6,7
54:10 56:23
67:3 73:25
77:17 94:12
98:7,15,16

99:13 100:4
110:23 118:6,8
121:11,16
126:9 136:23
160:25 209:22
215:23 216:3
216:11 245:7
246:4 269:22
273:6,17
292:14 295:9
313:19,22
314:3,21,24
315:20 316:8
316:10,24
329:21 330:11
330:13 336:22
337:1 358:10
358:11,12,15
364:5
reading 15:10
18:16 43:2
46:22 56:11
71:15 126:12
139:4 219:14
259:17 272:13
273:15 316:16
316:17 328:7
330:11,13
348:11,13
ready 168:2
361:20
real 72:18
realization
268:13
realize 163:12
173:12
really 23:5
27:12 58:11
89:18 96:9,10
132:19 139:25
147:18 150:14
152:22 153:5
153:18 177:1
188:10 191:7
205:15 210:23
216:5 228:21

250:12 251:18
254:5 259:15
278:8,10 290:6
353:1 354:8
realm 11:2 33:2
reason 24:7 29:6
30:20 32:4
79:2 83:17
93:11 94:16
102:19 104:14
107:22 109:21
110:1,13,25
115:17 141:4
142:8 143:5,11
143:17 151:18
203:3,5 217:15
237:17 249:7,7
250:2,3 291:23
301:13 323:18
335:3 363:6,8
363:10,12,14
363:16,18,20
363:22,24
reasonable
308:9,11 313:7
329:1
reasonably
16:16 19:25
reasons 92:2
116:14,18
177:10,11
rebekah 1:15
8:24
recall 9:23 44:5
44:19 45:2
47:11,23 58:19
60:24 64:11
80:18 111:23
112:19 115:5
135:16 138:10
138:19 139:15
153:24 154:10
180:8,18
185:17 186:23
191:3 193:23
209:4,5,12

216:12 219:23
220:8 222:21
222:21 233:12
236:15,17
237:4 261:6,6
261:6 271:14
275:15 278:25
285:2,2 286:3
287:20 289:5
289:11 316:23
352:9 354:1,18
355:8 356:19
357:6
**recalling** 44:21
**receive** 12:22
13:2 84:17
104:20
**received** 12:4,7
60:2 63:14
77:24 223:13
225:5 287:14
295:7,13
330:15 335:14
347:8
**receives** 84:16
**receiving** 20:7
73:6 188:15
342:25
**reception**
278:23 279:1
280:17 287:18
**recess** 75:23
151:1 257:11
352:1
**recipient** 267:8
**recipients** 266:9
**reciprocal** 15:24
**recognize** 9:21
52:19 194:3
**recognized**
153:21
**recommendati...**
17:9
**recommended**
110:15
**reconstruction**

79:19 263:9
**record** 8:19 15:7
15:10,14,17,17
30:13 38:4,5
51:6 60:10
73:9 77:16
107:5 166:15
167:24 206:3
212:10 228:11
238:24 311:1
323:23 326:2
349:15
**records** 12:7
76:19 143:13
184:1 211:12
326:5,10
**rectus** 361:15
**recurrent**
151:23
**recurring** 16:1
**redacted** 79:3
**reference** 98:8
**referenced** 62:7
90:12 225:21
232:24
**references** 34:15
226:4 244:14
**referral** 147:3
152:23
**referred** 66:14
111:1 274:1
295:24
**referring** 71:8
215:10
**reflected** 13:3
**refractory** 94:5
**refresh** 229:10
**refused** 112:22
**refuted** 133:19
**regard** 121:1
133:13 138:2
176:17 194:20
195:1 211:15
**regarding** 40:21
97:10 138:17
175:11 298:3

318:16 326:23
326:25 327:5
327:25 328:24
330:16 331:13
332:6 338:17
348:2 351:2
352:7 360:4
**regardless**
319:25 325:13
**region** 140:1
**regional** 5:18
152:23 190:6
275:18
**regionally** 85:11
**registry** 89:14
89:19 90:7,12
90:21 92:12
111:14 127:9
285:12,19
286:1
**regular** 251:12
**regularity**
288:13
**regularly** 117:23
**reimbursed**
185:1
**reimbursement**
6:11,13,14,16
300:9 301:3
302:3,13
**reimbursing**
185:3
**rejection** 174:5
**relate** 164:21,24
164:25
**related** 11:6
66:13 79:21
88:3 89:2
105:22,23
113:20 121:8
145:23 146:5,8
146:19 148:11
148:17 149:3,8
151:9,16 152:7
153:23 154:4
160:2 179:12

264:7 285:12
285:19 290:10
357:9 358:1
**relates** 1:6 30:12
219:1
**relating** 33:14
44:22 55:6
210:9 211:12
**relation** 176:18
178:5
**relationship**
180:5 189:11
**relative** 362:10
362:11
**relatively** 23:4
148:2 184:12
228:9 361:14
**release** 184:22
**released** 136:21
181:13
**relevance**
137:17 298:1
**relevant** 24:17
27:13,14 31:14
43:21,22,25
45:11 46:17,22
55:17 56:14
60:8 61:3
65:14 66:1,5,7
67:9 88:18,20
93:16 95:25
103:2 131:2
137:11,15,16
138:2,4 139:6
175:12,14
262:17 316:12
**reliability** 58:3
161:13
**reliably** 211:2
**reliance** 4:9
14:15,17,19,20
45:19,21 46:4
47:6 50:23
56:25 90:14
123:17,23
124:2,11,20,24

161:7 312:18
312:22 314:19
315:10,15
316:3,5 317:6
317:13,25
326:13,16
355:9 356:1,6
356:17,21
358:24 359:1,2
359:5,7,13,16
**relied** 14:6,11,23
40:10 41:8
51:24 65:16
161:11 339:4
340:25 342:8
343:7 345:9
347:23
**relief** 169:16
**relies** 161:12
**reluctant** 256:16
**rely** 14:9 15:2
17:3 40:2,14
43:18 48:1
51:22 52:3,14
57:11 77:11
85:12 104:18
137:22 160:20
160:24 341:3
353:22
**relying** 55:13,16
55:19 57:10
62:21 75:18
78:21 124:14
161:7 317:7,14
317:17,25
327:5
**remain** 142:15
170:11
**remainder**
140:17,21
**remaining**
122:18 309:21
**remember** 8:24
33:8 43:1,6
44:20 45:12,14
58:13,23,25

66:21 81:6
86:20 87:18,24
87:25 93:12
106:7,9,13,15
118:12 127:19
138:6,15,15
139:4 143:4
153:15,16
154:16 181:1
185:21 206:22
207:3,19,21
208:9 209:13
213:7 214:7,8
215:11,13
220:10 221:13
222:1,2 223:3
224:20 229:23
231:9 233:15
234:17 236:21
238:17,19
244:15 247:17
247:20 248:2,6
248:8,13,23
256:14 258:5
259:17 260:17
260:25 265:7
268:22 272:10
273:17 275:12
276:8,23,24
277:2 295:2
304:6,7 306:3
316:16,17
352:8 354:14
**remembered** 7:1
**remembering**
238:21
**removal** 142:16
142:19 143:11
143:18,20
144:3,6,20,22
153:5 169:17
170:7 325:24
325:24 340:19
340:22 342:20
342:24
**removals** 152:9

153:1,3,13,23
154:4
**remove** 140:20
140:25 142:5,8
142:12,25
144:24 169:23
169:25 170:4,6
170:15 249:8
322:19,20
323:1
**removed** 114:14
114:22 115:21
117:12 127:22
143:3,17 144:4
144:12,15
170:9,19,20,22
323:14 335:4
**removing**
142:17 143:12
151:10 169:22
170:20
**render** 56:15,21
59:8,18
**rendered** 124:15
**rendering** 12:23
14:9 40:2,14
41:8 43:17
44:1 45:7
50:15 52:14
55:14 62:4,21
66:10 75:16
138:9 298:3
358:8
**reoperation**
346:4,9,16
**rep** 58:24,25
213:5
**repair** 1:5 49:6
144:8 149:20
149:24 175:2,4
175:6,13 176:5
176:6,23
269:10 290:10
311:15
**repairs** 117:3
147:5 175:12

176:12
**repeat** 346:12
**repeated** 47:17
**rephrase** 12:12
19:24 320:17
**report** 3:16,19
3:21 4:5,7 21:5
38:13 40:20
41:9,10 48:23
49:2,14 62:9
62:11 63:17
96:23,24 97:8
97:9,13,14,18
97:24 98:1,2,5
98:6,7,18,18
115:8 120:19
120:24 124:3
154:7,13
227:13 318:11
326:25 345:23
347:1
**reportable**
115:12
**reported** 114:23
114:25 115:3
115:19,22
117:17 156:12
229:7 334:12
339:23 348:16
349:7
**reporter** 7:4,12
15:16 32:23
212:11 323:24
362:1,24
**reporters**
168:15
**reporting** 331:4
**reports** 10:14
12:20 16:23
52:24,24 54:16
98:4,19,20,20
98:21 99:4,12
100:4 101:13
101:14,25
102:10 120:15
123:15,16

124:1 307:15
315:14,22
326:11,23
328:8,24
331:12 348:19
355:17 359:9
**represent**
112:15 206:9
251:4 303:18
306:11 313:5
360:16,23
**representation**
210:9
**representations**
210:11
**representative**
356:9
**representatives**
212:20 213:11
275:19
**representing**
107:23 309:13
**represents** 59:6
310:12
**reproduced**
330:16
**reps** 213:1,3
222:12 276:4
277:14
**reputation** 73:8
**request** 100:8
**requested** 10:7
60:7,23 223:23
**require** 72:9
325:25 342:19
**required** 146:25
237:5 334:20
335:5
**requires** 73:13
338:14
**requisition** 4:15
4:17
**research** 10:25
11:1,19 20:12
25:25 43:23
49:16 58:8

72:15 89:6
90:3 93:24
109:1 124:25
126:2,5,10
179:4 216:10
288:25 299:5
353:23
**researcher**
131:21 179:7
**reservations**
196:21
**reserved** 210:14
211:11 361:22
362:9
**residency** 199:4
331:15
**resident** 84:21
**residents** 84:18
84:23
**resilient** 177:3
**resolve** 230:18
325:1
**resort** 197:21
260:9,11 275:4
275:10 277:24
278:8 302:19
**resources**
139:25
**respect** 253:17
337:13 345:12
**respond** 48:6,10
266:11
**responded**
142:11
**responding**
269:13
**responds** 266:21
**response** 30:23
48:16 110:18
167:12 171:1
171:15,16,18
172:10 271:22
**responses** 57:22
**responsibilities**
80:5 191:5
**responsibility**

retropubics
334:2
retrospective
342:10
return 15:24
26:20 177:22
335:23 347:20
returns 337:15
revenue 277:6
reverse 196:2
265:18 336:10
review 8:18
12:10 14:1
15:5,8 16:4,9
34:11 35:10
40:1,14 42:13
42:20,22 44:2
45:21 46:8
47:2 49:18
50:3,7,14,15
50:22 51:20,22
51:25 52:14
56:9 61:4 65:7
65:15,23 66:10
66:13 75:15
80:3,15,25
97:23 98:12,13
102:9 103:1
136:9 138:20
196:11 213:15
215:14,15
222:25 273:1
313:14 315:7
315:16 318:15
318:21 331:5
331:23 332:9
337:1 339:2
341:3 344:1
347:2 348:1
353:24 355:1
reviewed 8:25
9:22 12:23
13:25 15:14
16:7 38:18
41:8 43:10
44:11,17 46:3

112:10 191:10
responsible
113:21 131:19
131:21 133:1,7
204:11 343:1
responsive 48:7
48:8 162:13,14
rest 117:24
270:21
restate 134:10
restaurant
100:20 301:7
302:7,21
restricts 197:10
result 28:23
29:7 114:16
153:13 176:20
320:2,9 322:3
323:20 324:15
325:17
results 21:20
24:16 31:2
32:17 139:10
139:13 141:20
210:14,16
211:5 230:9
231:10 327:19
354:2
retained 61:3
105:20
retention 28:6
28:10 153:4
retract 158:21
retraining
189:24
retrieve 143:15
retroactive
35:13
retropubic 42:1
42:4,7 74:23
94:15,18 95:4
144:5 194:22
195:1 225:19
339:7,8,9,14
339:23 345:4,4
346:21

46:12 47:4,5,7
49:2 51:24
54:3 56:23
61:1 62:17
65:4,5,5,9,10
65:10,12 66:19
66:25 76:24
77:1 78:18
95:11 102:10
102:13,15,20
113:13 118:17
138:11 146:24
210:11 223:13
225:25 233:4
316:2,6 317:11
317:13 326:5
326:10 336:24
338:19 339:4
340:25 342:7
345:9 347:23
350:25 356:17
358:16
reviewing 9:23
15:13 17:1,3
44:21 45:12,14
52:23 59:8
60:6 78:2
138:7,16
269:19 354:14
reviews 14:12
75:9 101:20
161:16 215:19
317:21 331:5
revised 356:9
revision 155:11
249:4 325:21
340:19,21
341:9,11,17
342:20,24
revisions 147:5
152:13,21
right 14:19 19:8
20:25 23:19
27:10 28:4
34:22 37:19
39:11 40:18

41:12 48:7,11
54:19 55:23
59:4,9 62:25
63:21 70:22
75:20 77:15
87:16 88:24
89:10 90:5
92:16 96:5,11
97:4 99:5,23
103:19 107:9
108:16,21
109:23 145:21
151:5 159:1
168:10 169:10
181:17,19
185:4,5,22
190:5,8 192:1
192:3,20 196:3
196:14,23
198:1 199:19
199:22 201:10
201:11,13,24
203:13 204:18
204:22 206:4
210:14 211:11
212:4 215:9
217:8 218:24
221:3 224:12
225:3,22
226:21 227:15
228:16,19
229:5 231:6,24
235:2,13 237:1
237:10,11,13
237:14,22
238:9 240:17
242:7,14
244:19 245:5
245:15 246:9
246:14 247:2
252:9,19 254:8
254:11,14,17
256:3,20
257:23 258:20
258:24,25
260:2,4,7,22

260:23 261:21
261:23 262:1,2
262:10 263:10
263:15,20
265:12,20,25
266:9,12,18,21
269:12,25
270:2 271:1,4
271:5 272:1
273:21 274:4
275:23 276:5
278:3,9,11,21
280:24 281:8
281:13,21
282:17,19
284:9,12
285:16 286:20
288:3 290:12
290:13,21
294:2,18
295:14,19,23
296:2 297:4,11
299:6 300:10
300:17 301:4
301:17 302:2,4
302:15,17
303:24 304:2
304:23 305:22
306:7,20 307:9
308:13,23
309:5,14,18,22
310:3 312:22
335:21 336:18
339:11 340:22
341:7,13
342:14 343:3,5
343:15,17,24
343:24 344:17
344:20,25
345:7,17,20,24
346:19 347:3
349:3,9 350:4
355:18,22
362:9
righthand
208:16 339:19

risk 28:5,10
  159:6 160:6,12
  160:15,17
  161:23 162:23
  163:1 165:16
  168:4,5,18,22
  169:2 173:8,10
  173:19,22,23
  174:1 324:18
  324:22 325:1,8
  325:22,23,23
  325:23 332:18
  332:20,22,24
  340:18,21
  346:2,8
risks 19:9,12,14
  19:17,19,20,25
  20:3 28:8
  187:10 212:22
river 182:20
robinson 252:10
  253:8,20,22
rodeo 276:9
role 81:5 221:24
  222:2 245:14
rolled 89:20
  90:6
rolling 83:6
  268:20,20
ronald 294:14
room 63:24
  116:2 188:1
  195:25 196:1
  254:3 261:4
  275:13 277:11
  291:24,25
rooms 261:3
  295:3
roped 154:19
ropes 357:9
roping 155:2
  159:5,10,13
  161:25
rosenzweig
  316:21
rotations 84:14

rough 78:1
roughly 59:14
  77:24 81:16
  82:18 184:14
  184:17,20
  185:6,9 232:1
  237:6 293:23
  301:22 303:3
  306:24
roundtable
  301:6
row 192:15
rpr 7:4 362:1,23
rude 166:19,22
  167:8,23
rugated 163:12
rugation 163:13
ruiz 1:12
rules 8:6 201:7
running 217:16
  328:14,17
  350:7,14,14

**S**

s 1:11 94:18
  139:16 191:18
  312:17
sacrifice 255:22
sacrocolpopexy
  57:25 58:14
safe 56:19 91:11
  91:14,15,17,24
  92:6 114:3
  116:25 117:6,8
  117:10 128:18
  211:2 299:23
  330:25 352:18
  353:4,13,19
safely 170:15,19
  170:20,22
  187:14 227:25
safety 16:18
  52:6 89:15
  90:3 128:15
  131:4,13 132:5
  132:17 139:10

139:13,13
  226:2 228:25
  229:2,4 290:23
  290:25 318:4
  318:16 319:4
  331:13,19,22
  338:17 352:23
sales 212:13,17
  212:19 213:1,3
  213:5,11
  214:22 222:12
  275:15,18
  276:4 277:14
salmon 247:15
  247:17
salt 240:7,16
  252:16 253:1,3
san 185:23
  186:1,6 190:24
  306:2,4
sanctioned
  204:4,5
satisfy 255:23
satisfying
  255:25
saturday 186:4
  258:14 260:19
  261:7 278:2,5
saw 60:8 61:2
  64:1 118:18
  217:24 224:8
  268:20 327:22
  330:10 333:22
saying 18:6
  55:18 93:17
  101:12 110:10
  113:6,7,11
  123:3,5 133:6
  134:21,23,24
  137:7 150:19
  151:7 153:23
  161:2 164:14
  173:16 197:16
  203:4 204:19
  209:15,17,23
  214:5 220:3,8

226:22 293:4
  296:20 304:5
  304:11 313:22
  323:14 324:2
  350:15
says 16:15 17:20
  20:23 37:25
  69:4,8 70:17
  121:11,12
  185:8,20 194:5
  194:8,24
  207:23,25
  215:7,23 216:9
  216:12 218:4
  229:8 230:17
  230:20 232:17
  236:24 240:8
  245:3,4,5,24
  245:25 249:11
  249:15 258:3
  259:8,11
  266:24 267:14
  269:16 270:9
  272:6,13 273:2
  278:3 280:23
  283:2 292:10
  295:4,13
  336:12
scale 26:4
scandinavia
  74:6 132:8
scandinavian
  23:25 132:9
  312:14
scanned 14:3
  46:16 313:15
  313:16
scar 158:19
  159:10 160:2,8
  163:1 164:10
  164:11,12,14
  164:17,21,24
  165:6,6,15,23
  166:4,6 168:4
  168:4,17,21
  169:1 321:7,10

322:25
scarring 141:10
  159:17
scars 164:9
schedule 9:25
  11:16,18 226:8
  226:23 229:18
  229:19 286:16
scheduled 102:7
  199:2 283:13
  301:14
schimpf 343:24
  344:1
school 47:24
  193:1,2 331:15
schools 83:13,13
  84:9
science 24:11
  127:23 133:18
scientific 40:4
  49:10 52:5
  55:19 129:17
  161:14 169:11
  183:22 252:23
  283:22 312:2
  313:12 330:25
scientifically
  162:14 164:20
scientists 72:3
score 350:2
scores 350:21
scotts 100:21
screen 201:23
screwed 152:18
scrutiny 330:25
seafood 100:23
sealing 362:13
search 129:16
  314:17 359:2
searches 337:6
searching 56:12
seattle 1:23 7:2
  7:3 86:23
  87:10 148:5,9
  259:13
seattles 148:1

Douglas Grier, M.D.

**second** 74:17
82:6 192:15
211:18,23
216:1,2 242:21
245:24 258:20
258:24 265:3,3
265:15,17,23
265:24 266:23
269:16 311:2
342:19
**secondary** 28:10
**seconds** 212:12
359:24
**secrecy** 6:7
290:7
**section** 89:5
121:9 332:15
342:22
**sections** 140:13
143:3
**secur** 3:14 98:8
103:3 124:9
318:12 349:23
355:11
**secure** 36:10
**securely** 362:13
**see** 8:15 10:1
16:1 19:24
22:12 29:11
38:9 42:5
46:16,16 48:22
60:6,25 66:25
69:4 75:20
89:7 91:24
92:9 93:25
113:11 121:9
143:7,8 146:11
147:4,21,21
157:2 208:12
208:15 210:3
218:19 225:18
226:7,13,22
227:24 228:22
233:13,17
234:20 235:5
242:2 246:6

249:15,18
250:7 251:12
251:14,24
256:12,18
267:2,22,25
272:6 278:16
280:14 281:15
282:23,24
291:4,8 294:12
295:4 296:5
297:3,17 298:4
298:7,16,23
299:2,11
303:16 304:4
306:8 308:10
329:25 332:14
337:15 341:19
351:7 356:20
359:10,15,18
**seeing** 102:2
146:2 148:24
164:4,5 171:21
171:24 178:10
207:3 233:10
298:19
**seek** 146:3
**seen** 8:13 18:1
33:10 58:18
70:6 83:8
113:17,19
117:7 119:9
136:11 137:14
147:1 154:18
154:22 155:3
155:12,14,23
156:1,24
157:23 158:1,5
158:10,14
160:10 162:19
163:4 164:1,3
171:25 172:1,7
205:18 246:11
321:20 324:14
332:11,13
334:10,14
349:8

**select** 42:18
51:12 65:1
70:13 78:8
**selected** 26:17
51:3,9,15
78:11,14
315:12
**selecting** 315:9
**selection** 114:2
200:9
**selfcontained**
94:4
**sell** 130:12
**seminar** 278:1,5
**send** 193:7
209:22 221:17
237:24
**sending** 50:2
**sense** 16:13
45:22 78:2
116:3,3 137:12
178:19 214:12
220:9 290:15
329:24
**sent** 50:4 51:18
54:8,10 56:4
56:14 77:19
84:19 153:15
154:17 155:1
193:3 217:18
226:9 237:25
266:8 267:6
268:2 297:19
326:21 337:5
**sentence** 246:7
272:13 273:2
**sentences**
259:10
**separate** 225:2
235:17 241:19
313:13
**separately** 214:2
**september**
244:12 257:23
260:2 262:17
264:7 343:14

**series** 69:6,23
361:6
**seroma** 116:13
**serve** 299:13
**served** 10:13
12:21 121:12
**serves** 27:10
**services** 211:12
211:15,19
219:2 360:16
360:24
**session** 227:2
**sessions** 197:2
**set** 20:18 187:20
197:22 204:21
210:1 231:13
281:1,5 283:9
283:14 328:23
362:15
**sets** 211:19
**settles** 141:12
**seven** 75:5 87:15
105:10 184:2
**seventh** 18:16
18:21 74:19
**seventytwo**
192:18 293:19
**severe** 333:6
**sex** 154:13
**shannon** 5:6
244:9,10
**sheath** 67:4,5
361:15
**sheet** 89:11
364:11
**shelley** 5:5
**shes** 208:6
284:11,12,21
292:10 356:25
**shirts** 163:9
**shocked** 268:7,9
268:21
**short** 35:5 92:12
92:13,24,25
93:2,5,11,17
101:15 103:25

107:11 180:25
181:22 228:12
360:5
**shorter** 74:14
293:21,22
**shortly** 242:21
**shortterm**
319:16
**show** 33:10 37:6
44:10 47:3,5
202:11 215:23
223:7 241:2
270:6 274:6
336:16
**showed** 198:10
198:13 224:12
244:22,25
303:20 340:18
**showing** 104:21
197:21 238:22
248:3 256:3
258:15
**shows** 32:13
198:16 222:11
**shrinking** 146:3
**sic** 63:12 168:10
193:21 273:3
**side** 133:7,8
142:13 151:24
164:6 182:10
232:3 269:9
306:9
**sideoff** 214:6
**sides** 166:11
**sign** 187:21,22
206:8 209:22
**signature**
208:12 223:10
226:10 229:21
361:22 362:9
362:16
**signed** 111:17
188:13 203:4
208:10,18
210:4 223:13
234:4,20 236:5

237:9,13,16
245:6
**significance**
21:17 32:18
137:18,20,21
349:9,13
**significant**
28:13,15,15
33:20 137:19
147:17 171:13
176:16 317:18
325:25 338:3
349:22 350:4
360:16,20,24
**significantly**
348:16
**signing** 267:19
**silicone** 133:17
**silverado** 277:24
278:8
**similar** 98:3
211:16 237:12
334:13
**simple** 14:23
16:11 18:10
31:22 54:3
68:7 83:24
160:17 196:15
237:18
**simply** 71:6
111:1 231:13
291:2
**sims** 359:25
361:1
**simulation**
290:14
**simulator** 291:1
**simultaneously**
196:8 217:16
**sincere** 253:10
**single** 48:1 77:9
264:6,6 318:3
336:11
**singleincision**
344:12 348:2
348:15 349:1

350:22 360:1
361:2,4
**sit** 9:1 30:6 32:9
44:20 47:18
54:22 57:16
66:20 78:17
80:7,9,14
107:18 138:6
138:15 164:23
220:3 238:21
317:12 319:6
354:25 355:2
**site** 231:4,4
**sites** 74:6
**sitting** 53:5
248:6 348:10
354:13
**situation** 161:2
291:7
**six** 20:17 107:12
107:19 145:1,1
152:12,12
162:8 179:23
180:20 212:12
227:14 249:20
**sixmonth** 81:10
81:10
**sixth** 74:19
**size** 172:24
174:18 176:22
177:8
**sketches** 37:23
**skip** 359:14,14
**slide** 204:21
231:13 246:2
248:1
**slides** 196:10
201:25 202:20
204:20
**slighted** 249:23
**sling** 26:1 27:22
28:1 31:2 33:3
34:10,19,19
67:5 89:16
90:4 94:20
95:6 96:6

106:16 124:8
130:3 141:21
142:12,14
149:15,20
171:22 194:22
256:18 311:13
330:16 332:22
334:24,25
335:4 336:14
337:15 338:25
339:8,24,25
340:16,19,21
341:7,9,11,16
341:17 342:25
343:12,17
344:6,7,17,23
345:6 346:19
347:24 349:1
349:24 350:3
351:2 357:21
358:5 360:1,9
**slings** 4:6,8 21:3
21:20 22:1
23:3,15,21
27:24 29:13
49:19 64:12
97:8,13 103:4
125:8 130:8
139:23 141:18
144:5 195:1
228:11 229:15
229:16 235:5
256:7,16
268:21,23
269:1,3,4,11
318:17 325:10
326:24,25
328:25 330:3
330:19,20
331:14 333:24
334:4,7,11
335:15 336:24
340:8,9 344:9
344:12 345:2,4
345:13 348:15
348:18,23

349:3 350:22
350:22 358:6
360:16,23
361:3,4,11,12
**slip** 61:14
**small** 12:2 14:13
17:24 24:18
148:1,2 169:18
174:9,12,14,15
174:16,18
176:14 325:14
361:6
**smaller** 147:19
174:17
**smooth** 30:21
32:6
**smus** 360:5
**smuses** 361:10
**snippet** 275:16
**snow** 109:12
**soapbox** 57:12
**societies** 352:22
**society** 73:18
81:21 82:2
332:3
**soft** 337:22
**somebody** 72:10
132:15 148:7
223:24 261:23
**somerville**
286:22
**somewhat** 18:4
114:21 195:24
**sorry** 16:25
20:25 25:21
29:15 50:13
101:6 166:23
166:24 211:25
219:8 221:21
225:13 244:23
261:9 282:21
302:17 305:12
311:16 312:20
339:8 358:22
**sort** 133:24
241:22 327:19

329:25
**sound** 107:13
190:15,20
251:2
**sounds** 135:20
181:17 216:5
**source** 55:15,15
**sources** 54:16
**south** 2:11 91:8
**southern** 1:2
343:11
**spa** 279:4,6
**space** 173:12
**spacing** 27:25
**sparc** 96:7 312:3
**speak** 64:14
**speaker** 212:2,6
243:11,12
244:17 254:25
275:21,22
**speakers** 284:17
292:12
**speaking** 76:9
184:14,18,24
185:7,10 219:5
**special** 280:13
**specialist** 126:14
126:17
**specialty** 49:3
49:11 56:18
**specific** 9:21
12:12 16:18
19:20 20:1,3
47:19 62:5,22
98:20 101:13
114:19 116:3
138:10,16,19
144:23,24
163:16 164:25
168:9 218:18
238:25 239:25
289:11 313:20
318:5 319:7
320:22 325:19
334:2 354:1,13
354:18

specifically
14:11 18:24
40:16 43:1
44:22,24 45:13
45:14,22 47:9
47:11 144:10
168:9 238:24
241:24 355:8
**specifications**
65:22
**specifics** 12:8
101:19 124:7
164:21
**speculate** 93:21
**speculation**
107:17 119:16
150:14
**spell** 180:15
**spencers** 300:13
300:19
**spend** 26:7 27:1
43:14 52:23
56:11 96:23
97:17 100:10
105:1 163:14
217:25
**spending** 91:23
253:24
**spent** 97:23 98:2
98:4 99:4,7,21
100:4,6 268:6
268:8,21
276:17 355:10
**split** 109:2
**spokane** 300:14
**spoke** 341:20
**sponsor** 230:21
**sponsored** 87:7
212:2,6 219:5
219:17 257:20
260:4,6 261:8
277:21
**sponsoring**
242:11
**sponsors** 87:11
**spontaneously**

156:4,6,9
**spreadsheet**
6:17 303:14
304:22
**springs** 275:5
276:14,15
**square** 174:20
**ss** 362:1
**st** 282:13 305:2
**stack** 21:13
39:13
**staff** 72:20,21
**staggered**
209:18
**stand** 53:10,24
82:1
**standard** 71:19
73:13,18,18
104:21 131:23
132:3 179:22
179:25 201:18
293:2 331:1
348:18 349:2
349:24 350:3
350:21 360:8
361:10,11
**standing** 53:20
73:11
**stanford** 84:13
**stars** 280:18
**start** 46:20
98:10 99:14
108:2 120:18
144:21 181:12
198:19 208:22
265:2,4 268:16
304:16
**started** 10:25
69:18 78:2
82:16 105:7
122:11 175:5
190:4 198:20
350:10
**starting** 306:21
**starts** 42:6,8
**state** 152:16

191:20 362:1,2
**stated** 167:22
**statement** 18:15
55:17 73:7
273:16,17,18
325:15
**statements**
327:1 332:3
**states** 1:1 13:20
191:18,25
200:9 202:10
279:21 288:18
288:21
**stating** 167:23
172:5
**station** 120:11
**statistic** 349:13
**statistical** 349:9
349:21
**statistically**
350:4
**statistician**
35:20
**statistics** 160:20
**status** 223:25
224:3
**stay** 15:10,21
122:17 186:5
204:24 242:24
243:18 255:11
261:5,18,23
338:14
**steakhouse**
245:18 300:19
**steaks** 300:13
**steroids** 116:16
**stick** 47:9
**stiff** 33:7,8,12
177:18,24
178:5,8,9
**stiffer** 32:25
**stiffness** 337:14
337:23
**stimulation**
290:11,13
**stipulated** 253:5

253:6
**stood** 316:16
**stop** 26:13 46:22
95:23 99:14
103:19 168:14
227:17 350:15
**stopped** 71:10
88:1 92:19
115:17 121:17
223:21 242:20
**stopping** 75:22
150:25
**stops** 192:9
**strategic** 250:5
250:15
**street** 2:11
**strength** 136:7
137:13 235:6
**strenuous** 176:7
**stress** 5:3 25:13
26:19,20 34:11
34:19 36:11
94:11 103:9
120:14 121:8
127:12 137:10
140:4 145:24
149:12 151:22
151:25 161:18
175:9 194:22
200:9 236:11
279:22 360:18
**stresses** 137:9
**stressors** 137:25
**stretchable**
177:17
**strike** 20:21
28:21 39:2
48:3 124:24
125:22 132:13
142:22 149:9
153:25 156:21
162:11,21
163:19 168:24
211:8 214:25
219:12 249:11
281:16 334:14

354:24 361:18
**stringent** 132:22
**strips** 130:16
**strong** 177:3
**structure** 187:20
205:16 238:17
**structured**
201:7
**struggling** 72:11
**student** 84:15
**students** 84:14
84:14
**studied** 330:18
344:20 346:12
**studies** 3:24
22:4,19,24
23:3,7,12 24:8
25:10 26:5
33:10 35:5,22
35:25 49:1,21
50:11 69:6,6,8
69:9,20,21,22
72:9 74:4 75:6
104:1,2 111:10
111:12 131:4
131:13 132:12
132:17 134:3
134:13 135:1,7
136:18 137:12
137:15 160:20
161:6 224:24
237:22 239:1
307:5 319:1
330:17 344:19
344:24 347:10
347:11 349:2
353:23,24
354:1,4,7,12
354:13,19
**study** 4:19,20,22
20:8 21:23
23:8 24:12,13
24:16 25:14
27:8,12 33:13
33:14,21 34:1
34:3,6,8,15,16

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| 34:21,22 35:9 | 348:5,20 354:3 | 344:6 361:5 | 210:5 215:25 | 220:11 242:3 |
| 35:15 36:9,12 | **studying** 71:10 | **suite** 2:5,12 | 233:19 238:5 | 245:13 291:1,6 |
| 36:14,18,19,21 | 134:22 | **suites** 242:25 | 249:2 255:13 | 319:13,14,24 |
| 37:14 38:14 | **stuff** 53:10 | **summary** 49:18 | 258:21 273:23 | 319:25 320:2,3 |
| 39:20 71:13 | 61:21 121:3 | **summit** 213:20 | 287:20 296:6 | 320:13,14 |
| 75:1,2 90:3 | 359:2 | 214:15,16,19 | 309:19 324:1 | 325:3,19 329:6 |
| 92:24 93:5,12 | **subject** 98:9 | 240:3 292:13 | 328:16 | 329:9 332:18 |
| 93:15 94:14,15 | 160:23 161:10 | 292:16,22 | **surely** 233:19 | 332:24 333:1,5 |
| 95:24 103:11 | 283:2 | **summits** 241:5 | **surgeon** 147:16 | 334:20 335:8 |
| 103:14 111:8 | **subjective** 37:6 | 249:1 | 198:6,7,16 | 337:25 338:2 |
| 111:20,22 | 347:12 | **sunday** 99:17 | 311:14 330:12 | 342:19 346:3,4 |
| 132:5,23 | **submission** | 281:12 | 333:15 343:1 | 346:13,22 |
| 135:20 136:16 | 300:12 | **superior** 95:17 | **surgeons** 19:18 | 352:15 358:6 |
| 139:10,12 | **submit** 81:2 | **supple** 176:25 | 64:2 169:25 | **surgical** 28:18 |
| 140:6 147:2 | 104:15 | 177:4 | 198:17 199:3 | 29:2 80:16 |
| 179:9,12 184:4 | **submitted** 44:16 | **supplement** | 245:12 253:17 | 81:12 85:22 |
| 184:5,6 225:2 | 61:8 80:19,20 | 181:9 | 256:2 333:10 | 105:23 114:2 |
| 225:17 226:24 | 97:9 98:25 | **support** 24:9,10 | 361:7 | 121:15,21 |
| 227:8,20 | 285:11 | 27:5 72:10,11 | **surgeries** 80:13 | 122:8 141:1 |
| 228:15,20,22 | **subscribe** | 72:15,17 73:11 | 81:7,9 100:1 | 146:9 189:23 |
| 228:25 229:6 | 117:23 | 124:15 134:16 | 117:14 142:16 | 199:4 202:10 |
| 229:13 230:9 | **subscribed** | 134:17 327:5 | 142:19,21,25 | 215:4 219:19 |
| 230:16 231:22 | 364:18 | 337:24 | 143:20 144:3,6 | 219:24 220:4 |
| 231:25 232:2 | **subsection** 121:9 | **supported** 24:12 | 144:20 145:13 | 262:12 290:10 |
| 232:11,14,24 | **subsides** 323:2 | **supports** 337:23 | 146:19 199:7,9 | 319:16 323:9 |
| 233:1,4,10,14 | **substance** | **supposed** 30:13 | 268:24 325:21 | 334:16,19 |
| 233:15,18 | 364:10 | 47:25 92:17 | 335:10,12 | 361:5 |
| 234:10,12 | **substantive** | 112:24 | 336:4 343:13 | **surgically** |
| 235:1,8,15,16 | 25:25 | **sure** 18:13 27:11 | 345:17 | 322:19 |
| 236:2,10,15,17 | **suburb** 148:4 | 42:24 44:23 | **surgery** 19:15 | **surprise** 273:14 |
| 236:19 237:7 | **success** 21:21 | 53:1 57:7,9 | 19:17 20:15 | **surrounds** |
| 237:12,15 | 37:7,9 52:6 | 58:22 59:21 | 27:6 34:10 | 164:10 |
| 238:10,11,14 | 349:7 | 60:5 63:14 | 79:19,22,23 | **sushi** 182:23,24 |
| 241:13 285:12 | **successfully** | 69:12 76:17 | 80:4 85:10 | **suspensions** |
| 286:4 307:15 | 237:21 | 79:11,11,11 | 86:5 102:3 | 94:19 |
| 318:20,23,23 | **sufu** 49:11 81:21 | 88:25 97:20 | 114:18 116:20 | **suspicious** |
| 319:2,3 338:15 | 258:6 | 102:24 107:1 | 121:25 139:23 | 132:23 |
| 339:7,11,14 | **suggested** | 118:11,11,11 | 145:7,11,14 | **suture** 323:18 |
| 340:15,18,24 | 345:14 | 118:15 123:10 | 148:9,21,22 | **suzie** 217:18 |
| 340:24 341:4,5 | **suggestion** 249:2 | 123:25 124:10 | 149:12,17,21 | **sweater** 155:7 |
| 341:6 342:7,10 | **sui** 127:3,10 | 129:16 137:24 | 150:2,6 152:4 | **sweden** 132:9 |
| 342:11 343:5,7 | 148:12,18 | 138:5 144:4,10 | 153:20 157:8 | **switch** 32:4 |
| 343:10 344:1 | 149:3,8,11 | 148:8,10 151:6 | 162:10 170:7 | **sworn** 7:11 |
| 344:22 345:22 | 150:3,13 175:7 | 155:5 156:13 | 172:20 198:18 | 362:8 364:18 |
| 345:23 346:1 | 311:6,16,17,19 | 165:22 197:6 | 198:20,21 | **syllabus** 57:14 |
| 347:5,23 348:1 | 342:12,18,25 | 201:25 204:11 | 200:3,4 212:23 | **symptomatic** |

142:9 162:1
**symptoms** 165:4
165:5 169:16
172:7
**synthetic** 23:21
126:17 130:3
149:15,24
156:20 157:8
162:9 166:12
330:19 342:12
**system** 1:5 3:14
38:13 39:10
72:13 80:6
236:11 322:6
**systematic** 34:11
35:10 50:6,14
50:22 56:9
161:16 318:21
331:5 339:2
344:1 347:2
**systemic** 161:15

**T**
**t** 363:1
**tab** 74:9
**table** 272:7
339:11,12
344:15,16,22
345:9
**take** 3:9 8:19
15:15 52:17
58:20 75:21
82:21 84:23
99:25 144:22
150:24 167:12
167:15 197:12
198:25 199:1
207:6 217:17
218:12 232:4
237:18 243:9
304:13 305:11
351:15
**taken** 16:17
25:23 37:15
80:2,9 127:18
259:7 356:3

358:8 362:5
**takes** 56:10
82:20 121:23
247:4
**talk** 27:3 74:3
76:7 82:8
111:16 144:11
168:14 241:2
265:22 292:25
300:8 308:12
311:1 328:12
346:8 359:12
**talked** 36:9
55:11 58:22
59:2 62:7
64:14 69:9
70:25 71:2
108:15 109:8
128:8 145:20
152:10,11
171:6 178:18
179:2 180:20
186:22 187:2
217:10 218:23
220:19 224:23
249:1 254:2
260:6 269:24
270:3,25 271:3
274:8 303:7
358:12
**talking** 21:25
27:4 33:16
37:10 40:15
44:12,16 57:3
57:22 74:4
77:13,20
108:20 114:7
118:25 132:24
133:10 136:18
137:8 138:3
150:10 151:6
152:13,21
157:13 159:21
170:5 182:2
195:8 200:15
226:17 263:14

270:13 271:11
279:13,14
298:1 309:4
310:23 313:12
319:15,16
320:4 323:7,11
324:10 325:12
341:24
**talks** 339:20
**tape** 5:4 36:9,10
174:5
**tapeobturator**
25:12
**taperelated**
339:20
**tapesecur** 25:13
**target** 178:12
245:9
**targets** 245:6
**tasked** 75:12
**taught** 83:11,12
83:13 87:3
91:13 251:11
253:20
**taxes** 60:5
**teach** 26:25
85:21 116:22
192:25 212:21
212:22 213:11
241:24 296:14
**teaching** 82:5,14
85:6 86:4,22
88:1,6,11 92:8
109:19 116:4
121:7 194:21
212:25 256:1
298:16 299:3
333:16 338:6
**team** 131:8
314:8,10,15
**tearing** 33:18
**technical** 47:15
66:8 67:8
**technique** 114:2
122:8 189:22
193:6 198:24

**techniques** 27:1
85:22 103:7
198:23 199:5
202:10 240:19
242:4 262:12
352:12
**technology**
178:12
**tedious** 65:13
66:6,14
**telephone** 101:9
101:11
**television** 119:6
120:10
**tell** 7:17 11:16
11:17 13:5,7
18:6 22:7,9
44:10 45:1,16
46:18,23 47:4
47:19 57:15,18
69:18,19 74:9
92:21 97:7
103:17 105:16
109:2 116:5,7
138:11 147:24
161:21 164:5
188:24 190:13
202:11 206:25
261:13 267:19
268:19 272:13
275:12 314:10
355:20
**telling** 46:3
113:3 161:24
202:23 283:6
304:20
**temporary**
322:18 333:2
334:17
**ten** 21:10 22:1
22:19 23:22
39:14 50:18
63:20 64:2
69:9 70:25
74:22,24 88:18
99:15 175:8

205:19 229:16
245:4 288:13
342:18 347:10
347:11 355:22
356:15
**tender** 171:23
**tends** 177:16
**tensile** 136:7
**tension** 26:22
27:2,4,19,23
27:24 28:2,3,9
28:15,22 29:2
29:6,7
**tensionfree** 5:4
25:12,12 36:9
36:10
**tensioning** 235:5
235:6
**tenyear** 74:19
74:20,23,25
**term** 85:25
104:1 137:6
173:5 174:24
194:16 200:25
201:2,3 326:16
353:9,14
**terminate** 167:2
167:4
**terms** 14:4 16:18
17:21,22 33:5
37:17 52:5
58:2,12,12
97:19 101:18
107:25 109:2
111:21,22
118:21,24
136:20 218:1,7
218:14 222:5
242:3 310:15
338:14 352:12
**terrible** 87:18
247:15
**tested** 349:21
**testified** 7:13
171:25 209:10
289:6 297:11

| | | | | |
|---|---|---|---|---|
| 356:9 362:8 | 74:24 76:24 | 209:19 213:9 | 341:13 342:21 | 164:16 165:6 |
| **testifying** 9:20 | 77:4 78:1,25 | 215:10 216:12 | 343:7,22 | 166:11 167:21 |
| **testimony** 8:3 | 79:9,10 81:10 | 216:15 217:10 | 346:25 348:12 | 171:11 176:19 |
| 91:22 156:5,8 | 81:11 82:4 | 218:6,6,25 | 348:14 351:3 | 177:22 191:10 |
| 158:24 161:21 | 83:11,11 86:4 | 225:21 226:23 | 351:21 352:10 | 204:2 209:18 |
| 190:18 297:22 | 87:13 88:16,16 | 228:15 231:22 | 352:10 355:6 | 218:14 233:23 |
| 298:2,4 317:10 | 89:23 90:6,8 | 232:5 233:7,8 | 357:14,15 | 236:16 237:9 |
| 321:16 352:8 | 90:19 95:8 | 234:1,13 236:8 | 358:3,14 360:8 | 249:20,20 |
| 362:6 | 97:1,14 99:5 | 236:24 237:12 | **theater** 347:20 | 250:16 252:19 |
| **testing** 137:8 | 104:18 105:14 | 238:5 240:8 | **theirs** 147:25 | 259:15 267:16 |
| 349:22 | 105:20 107:5 | 242:16 245:3 | **theoretical** 32:7 | 273:13 292:8 |
| **testosterone** | 110:1,13,18 | 248:5 250:15 | 58:5 | 297:18 298:10 |
| 181:9 | 113:3,4 115:15 | 252:1 253:6 | **theoretically** | 314:18 315:5 |
| **tests** 48:2 | 117:1 120:19 | 259:14,16 | 25:4 | 315:14,18 |
| **texas** 305:23 | 121:4 123:3,22 | 260:11 263:17 | **theory** 55:3 | 316:9 318:10 |
| **text** 98:16 | 124:10 125:12 | 264:16 265:11 | 129:25 | 318:14 319:21 |
| **textbooks** 98:9 | 127:8,8,17,23 | 266:2,23 267:6 | **thereof** 362:12 | 325:12 349:23 |
| **thank** 19:8 | 127:24 130:20 | 268:2,22 272:1 | **theres** 11:21 | 352:12 354:7 |
| 29:11 118:16 | 131:8 133:2,12 | 272:23 273:17 | 13:16 17:15 | **theyll** 23:8 |
| 256:13 342:5 | 138:4 140:25 | 273:24 276:5 | 18:13,24 20:16 | 142:15 147:21 |
| **thanks** 54:24 | 147:1,9,12 | 280:11,19 | 22:6 23:19 | 147:22,23 |
| 350:19 | 149:5 151:18 | 281:25 282:25 | 24:8,9,10 27:3 | **theyre** 23:4 33:9 |
| **thats** 18:1 19:20 | 151:20 154:19 | 283:18 290:15 | 30:25 32:10,18 | 33:17 43:13 |
| 21:24 23:8,18 | 154:23 155:4 | 291:16 293:4 | 33:4 37:25 | 47:16 51:11 |
| 23:19,24,24 | 155:12 156:12 | 294:14 295:24 | 45:23 47:3,12 | 57:5 58:12 |
| 24:10 25:5 | 158:1,5,20,21 | 296:25 297:7 | 49:12,13,15 | 61:15,21 72:15 |
| 26:24,25 27:22 | 159:19 161:8 | 299:4,6,12 | 52:4 55:2,2 | 83:19,19,20 |
| 28:18,19 29:2 | 161:13 162:14 | 301:3 302:3,6 | 56:22 58:5,7 | 84:21,24 93:12 |
| 29:16,16,21 | 163:5 164:16 | 302:13 304:12 | 65:20 67:9 | 116:16 119:24 |
| 30:17 32:7 | 164:16 165:24 | 304:17,18,19 | 71:6,24 72:2 | 121:24 124:2,4 |
| 33:6,13,16,19 | 165:25 166:15 | 305:14 306:14 | 73:5,17 75:5 | 133:9 137:25 |
| 34:8,21,21 | 169:5 171:12 | 306:16,21,23 | 83:15,25 85:8 | 138:1,2 141:19 |
| 35:4,7,8,9 37:1 | 171:15,19,20 | 307:2,5,7,9,10 | 85:9 103:19,23 | 141:20 162:1 |
| 37:4 38:1,7,8 | 174:10 177:2,4 | 308:22 309:24 | 107:22 109:3 | 173:23 182:13 |
| 38:24 39:11 | 177:7 178:25 | 310:13,14,17 | 112:21 116:14 | 185:3,3 187:11 |
| 40:12 46:5 | 179:17 183:13 | 311:9 312:14 | 117:25 118:1 | 200:20,23 |
| 47:1 48:4 | 186:2 188:21 | 312:14,19,19 | 119:7 124:10 | 201:6,9 204:15 |
| 50:23,24 51:12 | 188:21 192:15 | 313:10 315:20 | 131:23 133:21 | 206:15 218:12 |
| 52:6 53:2 | 192:23 194:22 | 319:6,19 322:6 | 133:24 136:16 | 241:25 247:24 |
| 55:17 57:6 | 194:24 196:1,6 | 322:9,24 323:5 | 137:7 139:25 | 299:23 312:15 |
| 59:14 60:13 | 196:8,14 | 323:5,18 324:5 | 140:24 141:4,9 | 317:14 318:8 |
| 61:24 63:3 | 200:22 201:11 | 326:19 327:10 | 142:1,10,15 | 332:17 333:23 |
| 65:18 66:2 | 201:13,18 | 327:15 328:5 | 144:23 146:20 | 334:13 336:19 |
| 67:16 69:5 | 202:22 204:22 | 335:23 336:1 | 147:19,23 | 350:24,24 |
| 70:2,7 73:5,7 | 204:23 205:4 | 337:12 339:4 | 159:2,2,14 | 352:22 355:12 |
| 73:21 74:1,10 | 205:24 206:1 | 339:18 340:6 | 160:13 163:20 | **theyve** 112:21 |

| | | | |
|---|---|---|---|
| 116:17 183:14 | 121:10 122:22 | 322:3,6 328:22 | 290:18 293:3,5 |
| 191:20 | 130:10 131:6 | 336:11 337:9 | 293:23 306:6 |
| **thickness** 165:3 | 131:23 132:9 | 337:13,19 | 306:23 309:4,6 |
| **thigh** 325:7,12 | 132:24 134:19 | 342:1 345:21 | 323:24 |
| 361:15 | 135:4,10 | 348:13 350:12 | **threeday** 293:18 |
| **thing** 16:2 26:22 | 136:15 137:10 | 351:9,22 | **threedimensio...** |
| 28:4 88:16 | 138:25 139:1 | 352:20 355:10 | 291:2 |
| 133:1 149:5 | 139:12 140:7 | 355:17,19,20 | **threehour** 123:1 |
| 195:23 202:15 | 141:9 146:22 | 355:21 358:23 | **threeyear** 22:13 |
| 209:21 239:20 | 148:7 153:16 | 359:4,9,12,16 | 139:17,17 |
| 242:11 264:6 | 153:22 158:13 | 359:18,22,23 | 306:19 |
| **things** 13:7 | 163:23,24 | **thinking** 216:24 | **threshold** 25:11 |
| 67:11 116:9 | 166:1,18,19 | 228:12 | 80:7,13 |
| 132:14 195:17 | 167:7,11 | **third** 7:2 74:17 | **threw** 223:21 |
| 212:2 231:5 | 169:10 173:1 | 86:22 180:13 | **throw** 259:12 |
| 297:17 307:15 | 173:15 174:20 | 211:25 290:20 | **thumb** 61:17,19 |
| 309:6 310:17 | 176:6 180:4 | 319:22 | 76:15,20,24 |
| 327:2 354:6 | 183:7 185:17 | **thirtysix** 212:12 | 77:3,5,14,15 |
| 357:23,23 | 188:11 189:18 | **thought** 46:23 | 77:17,22,24 |
| 358:11 | 190:3 191:20 | 61:2 92:6,9 | 78:5,9,13,14 |
| **think** 14:16 15:9 | 191:24 194:7,7 | 108:24 113:20 | 78:18 100:7 |
| 15:12,14,19,21 | 197:9 205:12 | 114:5 117:8 | **thursday** 255:14 |
| 16:11 24:19 | 206:12 209:7 | 129:11 161:11 | **time** 10:16 15:15 |
| 25:22 29:6,15 | 209:18 210:23 | 214:13 270:5 | 27:1 43:15 |
| 29:16 30:17,20 | 213:13 214:11 | 273:2,10 | 52:17,22 56:11 |
| 32:3 33:4 | 215:16 216:23 | 304:14 311:2 | 56:22 58:25 |
| 34:25 38:6,22 | 217:15 218:12 | 350:9 356:15 | 62:8 64:1 |
| 39:14 43:10 | 218:24 219:21 | **thousand** | 74:11 96:23 |
| 44:25 50:21 | 222:24 223:23 | 222:23 308:13 | 97:17 98:1 |
| 51:7 55:1 57:1 | 223:24 225:17 | **thousands** 310:6 | 99:3,7,9,11,12 |
| 58:17 61:12,20 | 228:4,21 233:8 | **threads** 250:17 | 99:18 100:5,6 |
| 61:21 62:18 | 234:13 235:11 | **three** 22:15,16 | 100:10 107:11 |
| 63:3 68:6 69:5 | 236:13,19 | 23:11 33:11 | 108:1 113:4 |
| 71:8 73:5 | 245:9 250:9 | 58:23 59:1 | 114:14 115:5 |
| 76:23 77:1 | 251:1 252:22 | 77:23,25 87:19 | 115:18 130:5 |
| 79:1 89:19 | 253:7,9,10,12 | 88:9,11 105:2 | 132:6 133:19 |
| 91:7 92:18 | 253:14 257:19 | 105:10 111:12 | 141:12 144:1,7 |
| 96:16 100:25 | 258:1,6 259:14 | 143:25 145:1 | 147:23 149:21 |
| 101:11 102:1 | 259:16 262:24 | 152:12 180:22 | 149:21 151:15 |
| 103:2 105:8,15 | 276:13 278:19 | 181:1,18,25 | 153:20 155:19 |
| 106:18 107:3 | 287:5 291:13 | 183:10,12,14 | 163:14 165:6,9 |
| 107:14 108:6 | 291:16 296:24 | 189:19 192:9 | 171:8 172:20 |
| 110:1 111:6 | 299:12,19 | 198:11 199:24 | 180:25 183:3 |
| 113:14 115:10 | 302:2 305:21 | 228:10 229:14 | 193:17 195:13 |
| 119:14,18 | 307:21 310:18 | 263:2 275:7 | 197:5,12 199:3 |
| 120:16,23 | 315:20 318:8 | 279:16 287:2,5 | 207:9 209:7,7 |

| | | | |
|---|---|---|---|
| | | | 209:10 212:9 |
| | | | 217:4 218:1,12 |
| | | | 221:6,24 223:3 |
| | | | 224:9 227:1 |
| | | | 228:8 229:13 |
| | | | 229:14 235:1 |
| | | | 235:14 239:25 |
| | | | 242:18 247:10 |
| | | | 253:24 256:22 |
| | | | 262:25 267:1 |
| | | | 276:11,13 |
| | | | 277:12 278:19 |
| | | | 280:15 282:6 |
| | | | 287:10,16 |
| | | | 289:10 300:8 |
| | | | 307:20 310:12 |
| | | | 323:22 330:10 |
| | | | 335:23,23 |
| | | | 338:4 355:10 |
| | | | 357:4 |
| | | | **timeline** 101:15 |
| | | | 135:16 |
| | | | **times** 33:11 |
| | | | 38:17 47:17 |
| | | | 60:19 63:24 |
| | | | 99:15,15 115:3 |
| | | | 128:12 145:12 |
| | | | 147:10,20 |
| | | | 151:8 158:16 |
| | | | 192:5,22,23 |
| | | | 193:2,7 205:18 |
| | | | 207:16 208:25 |
| | | | 209:3 213:12 |
| | | | 223:23 242:18 |
| | | | 274:10,11 |
| | | | 287:1,2 288:13 |
| | | | 306:6 311:12 |
| | | | 311:12 323:4 |
| | | | **tincello** 127:8 |
| | | | **tissue** 160:3 |
| | | | 174:5 177:25 |
| | | | 321:12 323:19 |
| | | | 334:24 |
| | | | **tissues** 30:24 |
| | | | 125:8 158:20 |
| | | | 159:19 322:21 |

Case 2:12-md-02327-00851-MO Document 2021 Filed 05/26/20 Page 152 of 161
Case 2:12-md-02327 Document 2021 Filed 05/26/20 Page 152 of 161 PageID #: 108073

Douglas Grier, M.D.

Page 416

323:20,21
337:23 361:13
**title** 45:24 63:19
69:19 90:8
205:12 207:13
313:17,18
326:14 358:24
**titled** 41:13
54:15 70:15
90:3 236:10
290:7
**today** 13:6 26:15
100:3,4,12
118:1 174:15
175:16 178:18
188:12 248:6
269:18 328:12
330:8
**told** 60:15 73:1
92:24 108:24
110:10,13,20
110:25 111:1
111:25 113:11
113:13 138:12
148:16 247:16
304:6,14
**tom** 207:12
358:19
**tommaselli**
318:15 339:1
342:2
**tomorrow** 61:22
61:23 62:14
72:13 102:2,3
102:4
**tone** 48:12,14,15
**tonight** 102:8
**tony** 272:7,10
**tooth** 278:10
**top** 94:16,19
95:3 208:1
226:18 244:1
249:10 263:5
293:7 309:11
310:5 315:5
319:25 331:4

**topic** 314:17
**topics** 202:24
**torn** 155:6
**toronto** 192:25
290:12
**tort** 47:25
**total** 52:22 62:1
96:23 97:17
104:10 144:6
150:11 181:24
188:7 231:25
238:19 292:11
293:2 295:7
296:5 339:10
339:14,16
348:5 360:25
**totaled** 285:15
285:15
**touch** 204:21
**touched** 107:11
**town** 148:1
181:22 187:25
199:17,18
258:1 302:19
**track** 31:4,6,7
31:13,15,17,23
32:2,8,15
73:20 98:24
99:20 143:6,7
143:10 144:18
144:19 146:12
179:4 190:17
228:11 248:5
**tracked** 150:16
241:18
**tracking** 32:17
60:9 144:14,17
**tract** 151:23
**tracy** 305:4
**trademark**
37:25
**train** 193:4
296:14
**trained** 198:7
**training** 5:10
79:24,25 121:7

121:15,21
197:2 212:13
212:17 213:23
215:4 219:19
219:24 220:4
222:12 227:2
245:6 254:11
275:16 291:5
331:20 338:14
**trajectory**
361:14
**trans** 175:6
**transcribed**
362:5
**transcript**
307:22 362:6
**transcription**
364:7
**translatable**
175:15
**translated** 67:3
138:13
**transobturator**
64:12 144:5
325:12 339:9
339:16,24
340:7,8 345:2
**transportation**
287:22
**transvaginal**
67:25 68:9,24
87:5 88:3 89:3
94:2 108:3
117:2,5,6,10
117:19 118:5
119:2 133:14
136:12 138:8,8
138:17 140:4
141:13 142:2
144:1,7 148:12
149:4,11 150:5
150:12 151:10
151:17 152:7,9
154:18,22
155:3,14 156:2
156:5,8,15,25

157:24 158:1,5
158:8,11,14,24
159:5,9 160:5
160:10,11
162:20,23,25
163:5 164:2
169:17 173:7
176:18 195:9
202:2 226:2
229:4 233:1
251:5 312:5
319:9 321:21
352:7,18
**travel** 184:25
185:1,4,24
186:14 188:1
191:12,14
192:1,3 193:14
196:21,22,25
197:5,9,13,17
197:17,20
201:12 207:20
209:8 218:15
240:23 243:5
244:3 247:6
255:5,19 259:1
277:11 287:12
**traveled** 207:17
**traveling** 196:21
**treat** 81:13
103:9 148:12
150:4,5 161:18
202:10 335:15
**treated** 150:3
343:1
**treating** 81:15
146:6 148:24
150:12 255:22
327:20 329:24
**treatment** 25:13
36:11 87:4
94:5,11 127:12
140:4 145:23
146:9 148:18
149:3,8,11
236:11 311:6

311:19
**treatments**
256:23
**tree** 210:24
**tremendously**
66:6
**trend** 349:6
350:2
**triable** 195:24
**trial** 8:2,3 11:17
12:2 35:11
45:3,4 55:21
94:1 95:2
96:21 104:8,11
104:22,24
105:2,5,11
108:7,8 140:4
179:5 207:2
251:23 297:11
297:22 298:4
307:19,22
314:4 316:25
318:4 336:11
**trials** 21:4 105:8
139:22 161:5
317:20 318:22
336:16 344:2
344:16,24
348:6 351:1
**tried** 100:4
**trigger** 142:10
144:24
**trip** 192:17
276:10,12
293:18,20
**triple** 269:17
**trips** 192:10
193:11 304:23
**trocars** 94:20
95:2 130:8
**true** 30:4 51:12
65:18 127:20
177:21 195:2
196:6,8 209:4
226:15 234:13
237:8 273:21

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| 273:24 296:20 | 36:24 37:2 | 333:24 334:2 | 98:18 120:19 | 31:1 32:14 |
| 312:15 332:8 | 41:13,23,23,25 | 334:11,23 | 140:16 141:8 | 33:5 36:2,21 |
| 335:10,12,24 | 42:7 43:5 | 335:8 336:12 | 142:16 143:22 | 37:20 80:4,20 |
| 335:25 336:1,2 | 44:22 45:4,8 | 337:9 338:17 | 153:1 172:14 | 88:11 89:1 |
| 336:10 362:6 | 46:7 49:1,13 | 338:19,25 | 289:12 | 92:18 98:4 |
| **trust** 25:4 133:6 | 49:19 52:24 | 339:7 344:10 | **tvtrs** 140:12 | 100:25 101:3 |
| **trusted** 291:12 | 55:7 67:6 69:5 | 345:4,23 | 144:15 152:12 | 105:2 111:15 |
| **truth** 362:8,8,9 | 69:20 89:14,19 | 354:21 356:10 | **tvts** 25:21,21 | 111:23 117:3 |
| **try** 68:21 99:17 | 90:6,12,20 | 357:1,3,9,23 | 37:14 39:18 | 117:15 122:25 |
| 143:8,9 167:4 | 92:12 94:10,15 | 357:25 358:1 | 41:10 91:13 | 145:16 153:5 |
| 168:25 187:12 | 94:18 95:4,14 | 360:2 | 97:14 98:1,2,5 | 153:16,24 |
| 249:3 307:25 | 97:8 98:18 | **tvto** 3:21,23 4:5 | 98:18 120:24 | 154:16,21 |
| **trying** 48:7 49:8 | 111:14 127:8 | 27:11 29:13 | 121:1 127:18 | 171:13 175:15 |
| 53:9,22 77:16 | 129:10,12,19 | 30:8,13 36:20 | 143:24 144:2 | 180:2,6,21 |
| 100:5,8 103:6 | 130:14 136:25 | 37:7,14 39:18 | 153:1 289:16 | 181:1,8,11,18 |
| 106:13 107:14 | 140:13,14 | 42:6,13 49:17 | 299:24 | 181:24 182:9 |
| 124:10 140:6 | 141:14 144:2 | 54:16 55:6,7 | **tvtsecur** 3:19 | 184:4,23,23 |
| 151:13,14 | 144:10 152:18 | 64:3,3,7,8,20 | 4:7 21:4,5 | 188:13,16 |
| 154:1,10 | 154:6,13,17 | 69:5,20 89:15 | 22:14 26:6,9 | 192:9,10,10,15 |
| 163:16 185:17 | 156:12,19 | 90:4 97:8,10 | 27:10 30:14 | 198:11,14 |
| 200:22 209:19 | 157:3,7,11,20 | 97:18 98:6,18 | 36:20 37:6,22 | 212:8 213:6 |
| 214:12 223:24 | 159:15 160:2 | 120:19 135:15 | 38:13,22,25 | 217:16 222:23 |
| 233:15 234:8 | 165:16 168:5 | 138:21 139:14 | 39:10 40:22 | 227:14,17,19 |
| 241:25 268:19 | 168:18,22 | 142:19,22 | 42:8 48:23 | 228:2,4,8 |
| 279:18 304:19 | 169:2 170:6,25 | 143:20,21 | 49:15 71:8 | 229:14 232:4 |
| **tshirt** 281:10 | 172:2,4,9,24 | 144:2 153:1 | 91:11,17,19,23 | 242:22 247:10 |
| **tuesday** 7:1 | 174:19 175:21 | 170:14,21 | 92:6 97:13 | 253:17 258:7 |
| 276:20 277:7 | 175:23 213:19 | 264:2 289:14 | 326:25 328:4,9 | 258:16 261:20 |
| **tuesdays** 145:7 | 214:15,16,19 | 289:15 297:7,8 | 328:25 330:3 | 271:1 276:21 |
| 145:14 | 225:19 227:4 | 297:16 298:3 | 332:16 334:7 | 279:16 287:2,5 |
| **tuition** 83:19 | 236:11 245:4 | 326:23 327:13 | 334:11,24 | 287:5 288:15 |
| **tumor** 117:15 | 248:25 249:1 | 328:3,9,25 | 335:12 336:15 | 301:13,22 |
| **turn** 342:22 | 251:11 254:10 | 330:3 331:13 | 338:20 344:13 | 303:2,3,4,9 |
| 346:8 | 263:20,22 | 332:16 334:4 | 344:20 345:3 | 306:20,22,24 |
| **tv** 119:10 120:4 | 279:18 282:17 | 334:11,23 | 347:1,8,24 | 308:13 359:24 |
| 244:14 248:22 | 285:12,19 | 335:10 336:14 | 349:2,8 360:3 | 359:24 |
| **tvm** 94:6 146:6,9 | 286:1 289:3,8 | 338:19 344:10 | **tvtsecurrelated** | **twoday** 258:14 |
| 146:19 311:5 | 297:8 311:13 | 345:3,23 | 350:25 | 278:1 |
| 311:18 | 312:12 318:4 | 355:11 | **tvtsecurs** 327:13 | **twohour** 122:21 |
| **tvs** 25:19,23 | 324:19,23 | **tvtobturator** | **tvtses** 152:12 | 255:4 |
| **tvt** 3:14,18,21,23 | 325:1,5,9,22 | 3:22 63:10,12 | **twice** 192:6 | **twominute** |
| 4:5 5:4,9 23:15 | 325:24 326:23 | 63:13 | 242:20 | 75:21 |
| 27:19 29:13,15 | 327:13 328:3,9 | **tvtos** 143:1,4 | **two** 10:23,24 | **twothirds** 146:2 |
| 29:18,21,25 | 328:25 330:3 | 152:12 | 12:18 20:17 | 150:7,8 169:21 |
| 30:2,8,13,15 | 330:16 331:13 | **tvtr** 29:18,25 | 22:13,19,23 | **twoyear** 23:4 |
| 31:9,20 36:21 | 331:14 332:15 | 97:10,17 98:6 | 23:8,13 25:10 | **tyler** 1:18 |

**type** 320:1
344:23
**types** 103:4
353:16
**typical** 147:16
**typically** 20:12
153:3 274:18

---
**U**

**u** 1:11 94:18
139:16 191:18
312:17 346:3
**uhhuh** 22:13
83:7 107:20
108:11 120:17
122:25 136:13
150:9 181:10
182:25 190:19
284:10 305:7
323:13
**uhuh** 234:18
259:19 280:22
**ulf** 129:11,13
132:12
**ulmsten** 129:11
129:18 130:13
132:12,14
312:12 330:14
**ulmstens** 330:15
**ultimate** 37:5
91:10
**ultimately** 91:13
93:4 130:18
230:15 281:23
**ultrasounds**
11:24
**unable** 169:25
170:2
**unbiased** 56:16
**unclear** 38:24
**uncomfortable**
94:21 203:11
**uncontrolled**
361:6
**underestimate**
99:19

**undergoing**
94:10 342:11
346:2
**understand** 8:7
10:5 34:5
40:15 47:16
48:11 84:4
110:3 112:4,11
121:16 151:6
155:5 157:12
160:22 163:21
169:10 178:25
197:6 231:23
264:19 319:2
**understanding**
26:3 30:18
190:14 326:19
335:2,3
**understood**
19:14 212:24
**underwent**
340:15 341:7,9
342:23 343:12
**undoubtedly**
361:7
**undue** 210:21
**unfavorable**
351:2
**unfortunately**
100:6
**unger** 340:24
341:6
**unhinged**
168:16
**unique** 20:4
298:8 322:5
324:4
**united** 1:1
**universities**
24:10
**university** 5:12
5:20 186:6
257:20 260:7
277:21 279:15
**unlimited** 273:3
273:10

**unravels** 357:10
**unrealistic**
147:10
**unrelated**
105:20
**unresolved**
318:17
**unsafe** 116:23
116:24 117:20
133:9,23
**unscripted**
231:20
**unusual** 53:22
221:14
**upcoming** 194:5
**update** 10:19
**updated** 10:16
17:8
**ureteroscopy**
105:24
**uretex** 311:23
**urethra** 28:1
153:14 235:7
323:9
**urethral** 28:14
29:2 117:15
153:17 330:19
**urethropexy**
34:20 344:7
**urge** 94:5
151:21 179:14
**urgency** 28:12
**urinary** 25:13
28:6,10,12
34:11 36:11
55:4 94:11
121:8 140:5
145:24 151:23
153:4 161:18
175:9 194:23
236:12 346:12
346:16
**urodynamics**
232:15 235:4
262:15 279:22
**urogyn** 80:9

**urogynecologist**
79:16 230:5
248:9 256:6
353:6
**urogynecology**
80:2,11 82:2,3
**urogynecon**
81:21
**urologic** 81:20
86:7 283:5
329:6,8
**urologist** 64:10
79:13 81:20
139:24 353:6
**urologists** 69:25
82:21 83:14
87:2 94:18,21
121:25 227:23
**urology** 5:17,19
5:22 6:5 80:6
81:11,11,21,22
81:22 90:16
117:24,24
118:1 151:19
188:6 261:11
277:21 279:13
279:15,15
280:6 286:17
**usability** 58:2
**use** 26:16 49:4
56:19 58:4
67:15 68:4
85:25,25 95:6
95:6,18,21
125:21 132:3,4
141:17 144:22
149:5,19 152:3
152:5 155:22
155:23 159:21
161:15 175:11
175:12,15,16
176:4,22 177:5
177:10 182:10
187:14 194:21
196:9 200:10
200:15,17,19

200:23,25
201:2,3,4
202:1 203:8
204:3,6,8,18
227:6,21,23
245:15 248:25
264:20 297:24
311:10,14,24
316:13 318:18
326:16 327:13
327:16,23
329:21,22
**useful** 23:9
296:18
**users** 122:7
132:7
**uses** 29:15 30:2
30:15
**ushered** 287:24
**usually** 101:11
122:10,11
153:9 161:5
187:4 198:10
198:25 213:18
213:21 237:23
240:12 247:24
336:9 354:8
**utah** 240:7
**uterine** 262:13
**uterus** 262:14
**utilization**
118:21
**utilize** 271:21

---
**V**

**vacations**
197:10,12
**vagina** 140:21
158:12 163:12
163:12,14
164:4 175:17
176:4,10,16,23
177:5,15,18
321:7,13,17
322:21 324:7
324:13

Douglas Grier, M.D.

vaginal 5:4
 25:12,13 29:7
 36:9,10,25
 67:16 163:8
 164:4 165:3
 175:6 177:25
 279:22 322:11
 341:16 343:19
vaginally 94:20
 96:5
vaginas 273:3
 273:11 274:18
vague 166:2,19
vaguely 244:16
validity 169:12
valley 241:5
value 296:10
values 296:11
vancouver 193:2
variance 33:4,19
variation 55:2
varied 187:3,4
 193:20 213:6
varies 145:9
vast 132:25
 142:4 172:6
 313:15
vegas 242:14,19
 242:23,24
 257:25 258:2,3
 258:6 260:7
vendors 283:10
venue 198:18
 242:21
venues 191:8
version 29:18,25
 30:8
versus 17:22
 32:11 42:9,11
 49:14 103:16
 122:19,19
 176:4,23
 314:14 344:17
 345:13 349:2
 354:3
vetted 201:22

viagra 181:4,6
 196:4
vicinity 160:14
view 103:8
vigilant 338:14
vince 230:3,4
 250:22
violate 73:10
 203:6
virginia 1:2
visit 171:14
vitae 3:10 4:3
vivo 33:4 137:7
 137:8
vladimir 315:21
voiding 151:20
volume 80:4,8
 146:3
vp 208:6,20

**W**

w 208:2
wagstaff 2:4
wait 63:1 305:11
walk 202:16
wall 49:5 141:2
 153:20 164:6
 175:4 176:6,25
 177:3,15,16
walla 301:7,7
walsh 347:2
waltigney 64:6
want 15:11
 18:12 22:6
 24:23 26:6,6
 26:20 28:3
 34:9 47:4 53:9
 53:9 58:4 59:1
 76:10 79:6
 82:2 90:18,18
 109:14 111:3
 113:7 123:25
 131:16,17
 132:13,25
 133:1 134:7
 136:2 137:24

147:12 149:19
 151:5 157:12
 157:13 167:6,9
 167:16 177:2,3
 177:7,14,18,23
 177:23,24
 180:21 187:6
 187:16 195:9
 201:21 204:12
 204:21 210:24
 217:25 218:12
 222:3 233:13
 233:17 234:12
 249:4 259:9,13
 264:17 265:21
 288:10 292:6
 306:11 310:14
 324:1 328:14
 348:11 351:15
 351:18 357:24
wanted 25:24
 50:15 122:17
 132:14 204:23
 211:2,3 261:18
 261:23 288:18
 297:17 298:4
wanting 267:10
wants 18:3
 189:22 204:11
 306:1
ward 55:2
warn 119:6
warnings 15:4
 16:12,15,18
 127:25 128:2
 328:1,11
 329:12 330:4
 332:14 354:20
 355:4
washington 1:23
 7:3,3 300:14
 301:8 362:1,2
wasnt 36:24
 39:20 40:8
 46:21 50:12
 75:12 92:3,3

109:11 110:1
 115:17 132:12
 132:16 150:17
 153:17,18,20
 155:18 204:9
 205:14 225:23
 225:24,25
 228:10 231:13
 247:8 258:21
 261:11 262:19
 271:12 272:6
 272:22,25
 276:16 277:5
 279:10 288:13
 288:24 292:1
 296:20,20
 349:20 355:16
watch 199:12,13
watching 199:6
watson 180:3,4
 180:8
wave 1:7 107:8
 124:1,16 317:3
way 11:6,19,19
 24:11 27:17,25
 38:3 87:7 88:4
 95:4 96:7
 99:20 116:23
 138:4 153:22
 162:7 198:17
 201:7 231:18
 255:2 279:20
 291:4 310:16
 320:24 338:9
wcllp 2:7,7
wealthiest
 119:21 120:1
wear 281:10
weave 336:20
wed 115:25
wednesday
 255:12,13
 277:7
wednesdays
 145:6,13
week 99:16

101:13 145:4,9
 162:8 182:16
 229:15 255:12
weekend 145:9
 260:18 277:5
weeks 8:16 12:5
 12:11,16 53:15
 303:9
weektoweek
 145:10
weight 174:19
 175:19,20
 178:2,8,9
 259:12 358:7
 358:10
weisberg 3:16
 38:15,16 40:23
 63:17,18,23
 64:16 355:25
 356:8
weisbergs 356:5
welcome 218:11
 278:23 287:18
welk 342:6,7
went 35:12
 42:18 65:1
 101:2 150:6
 184:6 196:11
 196:11 205:7
 206:14,15
 234:11 242:22
 249:8 255:2
 261:12 281:1
 310:7 315:10
 317:22 327:25
 336:5
west 1:2 294:22
western 5:18
 265:9
weve 14:20 19:2
 41:13 54:2
 61:20 62:25
 102:13 108:15
 109:8 120:15
 128:8 178:18
 225:1 266:25

Douglas Grier, M.D.

270:25 271:3
307:25 309:20
310:17 326:24
328:24 330:8
**whats** 10:20
16:15 18:7,8
27:2 38:10
41:16 48:24
49:21 54:15
63:1,4 78:24
85:7 86:25
97:5 115:13,14
118:5 125:10
141:22 145:15
164:5 165:20
167:4 173:24
176:16 190:9
203:18 213:19
232:16 235:25
239:13 248:16
254:9 257:6,15
259:22 264:25
270:7 274:24
280:3
**whatsoever**
162:9 188:23
191:10
**wheeler** 1:14
**whereof** 362:15
**wheres** 144:14
**white** 55:11 64:7
**whitman** 301:10
**whos** 32:16
109:16 131:20
188:22,24
189:22 202:25
205:11 221:19
230:4 284:14
357:22
**widespread**
318:17
**wife** 99:22
**willing** 72:23
206:15 255:22
271:17
**winner** 280:15

**wisconsin** 305:2
**wish** 105:16
**wit** 7:7
**withdraw** 93:14
**withdrawn**
26:14 38:23
71:11 93:18
299:25
**withdrew** 26:3
**witness** 7:5
12:18 15:1
16:7 17:6,14
20:3 21:14
24:4 26:24
27:22 29:1,10
29:21 32:2,24
33:24 43:12
44:5,19 46:11
47:23 50:9
51:8 52:19
53:23 54:13,25
56:7,18 59:21
61:18 63:10
65:18 66:18
67:14 68:2,13
68:15 69:1
72:8 73:17
84:3 92:1 93:7
93:20 98:24
100:20 104:4
107:10 109:25
112:10,19
113:23 119:4
119:17,23
120:9 124:18
126:16 127:6
128:4,13,25
129:21 131:6
131:15 132:19
133:5,16 134:6
134:10 136:1,6
137:2 139:3
140:23 141:16
143:3 155:17
157:6,17
160:22 162:7

162:13 163:3
165:13,18
166:4 169:4
170:18 171:4
174:7 177:21
196:19 202:8
203:10 217:13
218:4,10 220:7
230:25 231:8
239:9 241:16
245:11 246:6
247:23 250:11
253:3 257:10
264:22 267:4
273:23 274:6
274:21 277:2
279:12 295:21
297:14 298:7
298:15,23
299:11,17
304:10 307:18
308:5 309:16
310:21 313:25
314:8 317:9,17
318:12,14
319:12,19
320:7,12,22
321:3,10,15,19
322:17 324:9
324:21 328:20
337:2,20
341:21,25
342:4,6 349:17
349:20 352:20
353:21 354:18
355:6 357:6,13
358:3 359:10
360:8 362:6,8
362:9,15
**woman** 113:19
114:5,15
115:21 140:19
161:23 170:15
207:21 356:25
**womans** 140:17
142:3,7 158:12

321:17 324:7
324:15
**women** 34:11
39:19 146:3,13
150:12 161:18
161:24 164:7
165:11 170:22
319:9,10,17,22
320:5,10,13,19
321:1,5 340:15
341:6,9 342:11
342:16,19,23
346:3,6,11
347:8 348:5
361:6
**womens** 5:17,22
6:5 37:17
279:15 280:6
**wonder** 61:15
**wonderful** 26:24
253:9
**wondering**
66:23
**wont** 12:3 72:24
113:15 203:4
324:13
**word** 28:13
119:4 141:17
142:24 144:22
170:18 171:10
217:17 352:10
352:10
**words** 17:25
110:8 122:25
124:2 133:20
241:23 273:12
296:2
**work** 24:2 61:8
62:2 79:9
90:20 101:12
101:19 104:11
110:15 111:7
111:10 112:8,9
180:19,23
181:7 184:3,8
195:9 197:20

198:17 211:20
239:6 258:9
285:13,19
286:1 310:12
319:5 337:5
**worked** 11:9
94:25 107:18
109:4 111:12
186:22 196:4
205:16 278:14
291:11
**working** 58:10
60:4,19 86:2,7
87:20 92:25
105:6 108:1
109:22 110:21
144:1,7 178:1
181:12 182:14
183:8,20
185:15 188:6
195:12 197:9
223:21 252:23
271:9 273:2,11
291:15
**works** 48:5
265:18 299:2
310:16
**workups** 11:24
**world** 5:21
89:19 90:6,12
90:21 92:12
111:14 119:21
120:1 127:8
133:1 238:10
280:5 285:12
285:19 286:1
330:18
**worldwide**
89:14 207:23
360:17,19,24
**worried** 176:11
**worry** 79:8
177:2
**worth** 244:14
255:20 285:18
293:9

Douglas Grier, M.D.

**wouldnt** 14:3
88:21 92:22
93:16 134:16
150:1 165:18
172:6 200:25
201:2 202:4
204:10 238:7
270:21,21
325:17 360:11
**wound** 114:1
153:7 218:17
321:25 322:24
323:16
**wrap** 151:5
**wrinkled** 163:5
163:6,8,13
**wrinkling**
163:22
**write** 62:11 98:7
99:12 118:11
**writeup** 259:8
**writing** 62:8
97:21 98:10,14
99:4,14 299:14
**written** 11:11
18:5,7,8 34:2,6
118:20 125:3,6
125:8 215:18
221:1 230:1,2
**wrong** 53:19
59:14 86:3
114:17,18
165:20 210:24
218:19 267:3
**wrote** 50:10
229:24 235:11
259:14
**ww** 208:2

**X**

**Y**

**yama** 182:23,23
**yeah** 29:23 40:8
44:8 62:14
66:24 68:14

70:7 77:4 86:6
87:24 97:22
100:13 108:6
109:7 118:4
119:12 123:8
127:20 142:1
150:21 151:13
154:3,3,20,20
155:8 166:17
177:13 178:25
182:5 190:18
203:3 206:24
208:2 209:17
218:16,16,19
218:20 224:11
234:21 236:19
243:13 246:6
250:8 261:2
263:2 267:14
270:3 271:2
274:3 290:15
297:8 304:4
351:17
**year** 8:2 10:18
11:10 20:17
22:10,16,17,18
25:17 37:24
40:25 61:3
80:18,19 82:17
104:15 143:9
146:4 180:21
181:1 184:21
187:3 190:13
191:2 193:20
194:4,6,14
205:3,25
206:25,25
209:13,15,17
214:15,17
222:19 224:21
227:14 228:8
232:16 235:18
235:21 240:11
240:12,13
241:18 242:22
248:3 262:24

267:21 268:15
268:16 269:2,3
269:4,8,21
270:1,12,22
272:25 288:14
288:14,15
294:2 295:8,16
295:17,18
296:7 299:1,6
299:14 306:22
307:24 308:25
347:16 360:21
**yearly** 238:25
272:15
**years** 20:17 22:1
22:1,2,5,14,14
22:15,16,25
23:8,11,13,18
23:20,22 35:3
35:4,6 36:6,16
37:7 50:18
58:9,12,23
59:1 60:3
63:20 70:6
71:11 74:1,2
74:13,22,24
75:4,5,13 80:4
80:17,20 82:18
83:12 85:24
87:15,19 88:9
88:17,18,19,21
92:18 103:12
109:22 115:2
117:18 133:19
141:18 154:16
161:15 163:10
171:22 175:8
176:12 178:2
180:22,25
181:11,15,18
181:25 183:11
183:12,15,25
184:1,2,2,4
188:13,16
191:4 192:15
205:7,19,19

208:23 213:6
214:17 222:1
222:21 224:19
227:14,17,19
228:2,4,8,10
228:16,19
248:7 252:8,8
270:20,23
271:12 272:22
274:4 288:15
290:18 299:21
306:20,22,23
306:25 307:10
307:23 308:19
308:22 309:21
310:1,22
312:16 326:21
340:20 342:18
342:24 356:15
**yesorno** 353:1
**yield** 340:9
**ymesh** 58:14
**youd** 69:11
75:13 108:25
123:1 134:7
177:10 191:11
191:11 217:16
222:25 256:4
268:6 291:25
**youll** 9:24 13:1
22:9 121:6
147:23 211:18
220:15 226:4
251:8 252:18
269:12 301:2
346:8
**youre** 9:15,17
19:15 20:8,25
21:25 27:4,5
29:23 31:7,11
31:16,23 32:8
32:10 33:17,18
35:22 45:7
46:3 53:5,6,18
53:19,21 55:13
55:18 57:10

59:11,11 64:19
67:12,21,24
71:15 77:13,20
80:11 84:21,22
93:17,20 95:13
96:4,13,16
99:11 105:4
112:8,9 113:11
114:7 118:9,25
120:6 124:25
125:10,13,15
125:17 126:14
126:19 127:25
128:5,8,22
131:7 132:24
133:10,21
134:23 136:18
137:6,8 138:3
138:3 139:19
143:11 147:3
147:18,19
148:24 150:19
151:7 152:13
154:24 157:18
157:19 161:2,7
161:21 163:7
163:16 164:3,4
164:4,14,18,23
165:8 166:19
166:21 167:20
168:10 170:5
170:14,19
171:10 172:5
173:16 174:18
189:6,14 195:8
197:11 200:16
201:23,24
202:23 209:15
210:23 212:3
215:7 218:11
218:24 220:3
222:11 223:16
226:22 239:5
246:7 264:19
266:6,8,9
267:7 269:17

279:12,18
282:21 295:11
296:6 297:16
298:1,11,19
299:24 304:5
304:10,16
309:4 310:23
317:3,7,14,25
323:7 324:2
325:12 327:4
348:10,13
352:17 354:13
355:18 357:14
357:17,18,20
357:21
**youve** 7:20 12:4
13:6 16:8
20:14,15 21:1
21:6 26:11
38:10 45:18
47:7 58:18
59:2 62:1,4
77:7 78:17
79:25 80:2
81:7,9 82:5
85:23 88:11
89:5,9 97:9
98:19,20,21
99:7,21 104:4
107:15,21
108:19 109:21
111:5,12
113:10 114:14
114:25 118:17
123:15,16
125:3 126:2,5
126:22,25
129:1 140:10
142:19,21,25
142:25 144:2,6
144:16 152:9
153:2,23,25
154:3 155:12
158:1,5 160:10
168:5 173:5
174:24 186:22

188:15 196:4
203:3 211:14
211:14 266:25
269:20 274:4
295:13 299:20
307:13,15
308:2 309:11
309:12 310:5
310:18 313:22
313:22 316:6
323:7 329:14
330:6 331:12
332:11,13
333:24 334:7
334:10,14
336:24 338:3
340:24 349:14
350:25 358:12

___

**Z**

___

**0**

**0** 341:12,15
342:24 343:21
347:21
**00** 105:7,8,9
122:11,12
260:23 263:14
264:1 276:3
287:18,18
304:16,17,17
**000** 59:15,17
105:12,13,15
106:25 107:2,3
107:13 108:16
108:25 183:7
184:14,20,25
185:6,9,20
188:2 199:15
199:18 205:2
206:16,16
216:19 220:20
222:7 223:7
224:8,12 227:1
227:4 232:1,3
235:12 237:7

243:17,23
247:1,6 258:16
258:19,23
263:2 267:20
268:6 269:25
270:4,10,16
271:12 293:7
298:25 299:6
299:14 303:8
306:24 307:20
307:24 308:1
308:13,20,23
309:5,13,18
**0002855956O**
6:10
**00136359** 5:24
**00165159163**
6:9
**00367222228**
4:24
**00401213217**
4:19
**00411707717**
4:21
**00412260269**
4:22
**00534746** 6:3
**00534748** 6:4
**00756100102**
5:8
**00997751** 3:16
**01840151152**
5:23
**02** 5:6 194:5
**02309289290**
6:6
**02340568590**
3:15
**03** 257:12
**04** 5:15
**05276184194**
4:14
**05795309** 5:14
**05973195200**
4:11
**07** 5:24 87:13

**08** 303:24
**08004242244**
6:7
**08007502512**
4:16
**08107153155**
5:12
**08107319** 5:10
**09155883895**
4:18

___

**1**

**1** 1:7 3:9 8:9,12
9:16,25 10:9
74:9,10 107:8
124:1,16 146:7
146:10,21
151:12 180:1
181:22 188:4
194:8 198:6
199:15,22
217:4,4 226:14
226:15 236:22
255:17 263:14
263:14,19
281:7 284:4
317:3 334:1
340:10 342:19
342:23 343:2,3
343:14 344:15
347:8,18 348:4
**10** 3:13,22 6:10
26:4 63:6,8
119:19 148:13
150:22 158:18
159:14 160:1
184:25 207:9
207:10 208:22
285:22 287:18
292:25 293:4
293:23 304:1,3
346:21
**100** 53:1 59:8
62:7 97:23
98:17 99:24
108:16,19

122:15 123:7
149:13 170:4,6
174:20 175:14
206:16 268:23
268:23 269:3,4
269:25 270:4
270:10,16
292:22 301:23
303:3 308:23
309:13 323:15
**104** 267:20
268:6
**1099** 60:1,8
104:15 109:2
**1099s** 60:3,19
61:2,6
**10th** 240:5
266:15 278:3
**11** 3:23 5:15,24
6:8,8,10 69:13
69:14 73:22,24
74:2,13 207:9
207:10 208:22
294:12
**110** 5:20
**1100** 2:6
**11462118** 5:4
**11473364368**
5:16
**11773498499**
5:7
**11920108** 5:20
**11page** 14:1
**11th** 257:23
266:16 278:3
282:25 286:19
302:4
**11year** 74:5
**12** 4:3 7:3 34:18
34:25 35:5
42:8 78:25
89:25 150:10
151:1 217:5
263:9 272:5
285:23 294:12
298:10 303:8

Case 2:12-md-02323-MCt Document 2020 Filed 05/26/10 Page 159 of 161
Case 2:12-md-02323-MCt Document 2020-11/10 05/26/10 Page 192 of 194 PageID # 108080

Douglas Grier, M.D.

Page 423

304:1,3 307:10
309:21 344:3
347:13 348:17
352:1
**1201** 7:2
**1213** 76:1
**123** 4:9
**125** 227:10
**12cv00369** 1:17
**12cv00455** 1:14
**12cv00469** 1:19
**12cv00806** 1:8
**12cv01021** 1:13
**12cv01145** 1:10
**12cv01146** 1:11
**12cv01273** 1:16
**12md02327** 1:7
**12month** 34:16
34:21
**12th** 240:5
266:12 286:19
302:14 356:6
**13** 3:10 4:4
76:14,14
185:18 210:6
339:23 340:2
**130** 314:18,21
315:3 358:12
**1379** 173:1
**13th** 356:6
**13year** 22:11
34:22
**14** 4:5 97:5,7
120:16,18,18
121:7 184:13
185:18 248:7
326:24 328:24
**1415** 97:2
**15** 4:7 5:15 26:4
58:9 82:18
88:19,21 97:5
97:12 109:22
120:16,24
141:18 144:3
148:6,7 158:18
159:14 160:1

171:22 178:1
180:25 275:22
283:13 310:22
328:24
**150** 2:11 281:3
**155** 35:4
**15minute**
197:22,24
198:1
**15th** 267:7,17
269:14 271:23
272:5
**16** 4:6,8,9 5:6
82:18 109:22
123:19,22
144:3 292:22
312:20
**1619** 5:18
**162** 295:13
308:20
**16260624629**
4:12
**166** 306:12,24
308:13
**16th** 244:12
**17** 4:10 23:19
75:23 193:24
194:2 304:3
**178** 347:8
**17th** 275:22
**17year** 71:12
74:20
**18** 4:12 23:18
205:20,23
270:7 352:2
**1800** 119:8
**187** 300:16
302:11
**188** 340:15
**19** 3:11 4:13
6:10 216:21,22
217:1
**1920** 207:4
**193** 4:10
**1990** 34:24 55:3
344:2

**1990s** 129:22
**1991** 13:21 14:6
**1997** 42:5
**1998** 23:16 86:3
86:6 187:19
188:2,5,5
222:19
**1999** 312:12
**19th** 294:11
**1st** 221:7 268:17
342:13

_____
**2**
_____

**2** 1:7,8,10,11,13
1:14,16,17,19
3:10 4:6,8
13:12,13 75:23
75:24 79:1,6,9
82:6 89:24,24
93:25 94:9
121:7 183:7
194:18 217:4
226:15,20
230:8 249:12
300:16 302:11
303:24 304:17
339:16 340:8
340:10,22
341:10 342:23
342:23 346:17
347:15
**20** 4:15 97:20
98:3,4,11
148:15,15
149:2,7 150:8
150:10 152:6
161:14 178:2
184:14 207:8
237:1,3,5,6
269:9 288:24
307:24 315:2,3
358:12 364:19
**200** 1:7 122:18
122:24 123:4,9
293:9
**2000s** 222:2

312:1
**2001** 89:2 95:7
225:17,18
226:10
**200112** 94:9
**2002** 55:1 86:6
87:22,23 188:3
188:5 228:8
242:16 244:12
247:18 342:13
**2003** 63:14
194:4,8,9,14
205:1 206:22
206:24 222:22
246:19 248:18
254:18
**2004** 205:25
206:6,15,23
232:17 257:23
258:19 260:2
263:1,1 264:7
265:12 266:4
266:12 269:8
269:14,25
270:2,4,8
271:23 272:5
308:23
**2005** 37:25 38:7
38:12,18,25
39:11 41:1
42:11 55:1
190:15 224:6
224:15 236:5,6
311:11 354:23
**2006** 5:18
224:18 240:2,5
275:7 278:20
280:9 311:11
**2007** 55:1 89:2
282:25 285:22
285:23
**2008** 87:13
286:19 308:14
343:14
**2009** 17:8
184:14 224:6

286:16
**2010** 148:14
149:2,8,10
150:3 185:6
186:24 192:14
193:21 207:9
208:23 209:16
270:5 290:12
294:11 295:16
296:7 308:14
343:14
**2011** 25:22
49:18 181:15
184:17,20
186:24 192:14
207:10 217:4
308:20 347:4,6
**2012** 185:9
221:7 300:10
301:3,20 302:4
302:14 342:14
**2013** 34:24
82:17 184:13
221:7 223:2
224:9 344:3
356:4
**2014** 25:18
58:15,18 90:18
108:4,5,12
109:14 127:16
185:16,19
188:19 190:25
222:20 223:2
358:19
**2014s** 90:19
**2015** 38:18,20
38:22 58:21
108:7,10 224:9
332:16 354:21
355:1,4 356:6
356:20,23
358:16
**2016** 1:21 7:2
362:5,16
**205** 4:12
**207** 4:13,15

Douglas Grier, M.D.

| | | | | |
|---|---|---|---|---|
| **20th** 254:18 | **257** 5:11 | 258:19,23 | 274:25 | **43** 6:11 300:4,7 |
| 281:7 | **259** 5:13 | 262:22 263:2 | **339** 2:13 | 300:9 301:19 |
| **21** 3:13 4:17 | **25th** 260:2,17 | 263:19 264:1,1 | **34** 5:19 43:9 | 303:8 313:6,12 |
| 220:23 221:2,3 | 362:16 | 270:9 275:22 | 277:16,19 | **432** 339:16 |
| 341:15 | **26** 5:3 242:5,8 | 276:11 278:18 | 346:6 | 340:8 |
| **2100** 285:15 | **264** 5:15 | 287:15 293:2 | **35** 5:21 144:4 | **4346** 300:2 |
| **21st** 281:12 | **26th** 226:10 | 294:1 301:12 | 151:2 222:7 | **435** 309:5 |
| 284:1 | **27** 5:5 244:5,8 | 301:17 302:25 | 227:12 280:1,4 | **44** 6:13 300:4 |
| **22** 1:21 4:19 6:8 | **274** 5:17 | 304:17 339:7 | **3500** 219:7 | 301:2,19 303:8 |
| 7:2 225:9,12 | **277** 5:19 | 339:11,12,14 | 232:1 262:25 | **45** 6:14 223:7 |
| 225:15 362:5 | **27th** 242:16 | 340:5,19 341:6 | 263:2 277:10 | 302:2 303:8 |
| **220** 4:17 | 300:10 301:19 | 343:17,19 | 278:20 | **454** 340:15 |
| **225** 4:19 | **28** 5:8 237:7 | 344:22 346:17 | **352** 3:5 | **46** 6:16 300:7 |
| **22nd** 223:2,2 | 247:11,14 | **30** 5:11 20:17 | **36** 5:24 22:15 | 302:13 303:8 |
| 232:17 280:9 | 248:14,17 | 36:4 105:9 | 282:8,11,12 | **47** 6:17 303:11 |
| **23** 4:20 185:6 | **280** 5:21 | 176:12 191:22 | 315:5 | 303:14 |
| 232:8,10 | **282** 5:24 | 254:20 257:4 | **3600** 232:6 | **471** 348:25 |
| **232** 4:20 | **285** 6:3,4 | 257:16 260:23 | **37** 6:3 285:8 | **4740** 2:4 |
| **2327** 1:8 | **286** 6:5 | 263:9,14,19,19 | 361:24 | **475** 295:13 |
| **235** 4:22 | **28th** 301:3,20 | 264:1 276:3 | **3738** 285:5 | **48** 35:2 213:21 |
| **2357** 362:24 | **29** 4:6,8 5:9 | 281:7 284:4 | **38** 6:4 285:8 | **49** 342:24 |
| **2372** 2:6 | 254:6,9 | 307:24 339:24 | **39** 3:14 6:5 | |
| **239** 4:23 | **290** 6:7 | 340:7 342:19 | 286:11,14 | **5** |
| **24** 4:22 151:11 | **292** 6:8 | 343:19 | **3974** 340:3,4 | **5** 3:14 5:24 39:5 |
| 235:23 236:1 | **294** 6:10 | **300** 2:5 6:11,13 | **3page** 6:7 | 39:6,9 74:13 |
| **24099001** 6:12 | **2nd** 12:21 | 6:14,16 121:14 | **3ring** 3:18,19,20 | 184:22 185:20 |
| **24099002** 6:13 | | 122:5,13 | 3:22,23 | 211:21 226:16 |
| **24099003** 6:15 | **3** | 123:11 285:18 | | 226:20 249:14 |
| **24099004** 6:16 | **3** 3:11 19:3,4 | **3000** 2:12 | **4** | 276:3 285:18 |
| **242** 5:3 | 33:4,5,7 94:4 | **303** 6:17 | **4** 3:13 21:13,15 | 285:22,23 |
| **244** 5:5 | 122:12 146:22 | **307** 341:6 | 22:19 39:13 | 293:7 340:22 |
| **247** 5:8 | 146:23 186:18 | 342:23 343:2 | 40:1,13 102:17 | 346:8 |
| **24th** 225:18 | 188:2 193:19 | **30th** 356:4 | 105:9 151:1,2 | **50** 26:12 59:15 |
| 260:2,17 | 193:21 194:8 | **31** 5:13 75:24 | 205:5,6 219:22 | 59:17 81:16 |
| 262:17 264:7 | 198:3 199:15 | 194:8 217:4 | 226:15,20 | 105:12,13 |
| **25** 4:23 36:4 | 199:18 205:4 | 259:20,23 | 232:1 276:3 | 106:25 108:22 |
| 99:10 107:2,3 | 206:14 212:3 | 342:14 343:14 | 303:24 345:20 | 108:25 144:6 |
| 107:13 148:15 | 213:10,17 | **315** 5:14 | 347:15 | 145:20,25 |
| 149:2,7 150:8 | 214:3 215:4,8 | **31st** 221:7 | **40** 6:7 144:4 | 148:19,20 |
| 151:13 152:1,6 | 216:14 219:4 | 268:17 356:4 | 290:3,6 292:24 | 174:17 271:12 |
| 216:19 220:20 | 219:14,20,24 | **32** 5:15 32:22 | **400** 299:6,14 | 300:16 301:12 |
| 239:11,14 | 220:5,12 222:9 | 264:23 265:1 | **41** 3:16,18 6:8 | 301:17 302:11 |
| 244:21,24 | 226:15,20 | **3200** 2:13 | 7:3 292:2,5 | 302:25 308:1 |
| 269:9 | 227:1,4 232:3 | 285:16 | **410** 236:22 | 309:12 334:9 |
| **2500** 262:25 | 243:16,17,23 | **326** 3:4 | 298:25 | **500** 53:2 59:11 |
| **254** 5:9 | 247:1,6 258:16 | **33** 5:17 274:22 | **42** 6:10 294:5,8 | 104:23 108:19 |

Douglas Grier, M.D.

120:2 180:1
181:22,23
186:18 188:4
193:19,21
198:6,7,15
199:15,22,24
212:3 213:10
213:17 214:3
215:4,8 216:14
218:4 219:4,14
219:20,24
220:5,12,16
222:9 241:2
243:16 255:17
262:22 276:11
278:18 287:15
292:25 293:2,4
293:23 294:1
309:18 334:1,3
334:6
**52** 3:19 185:9
**53** 184:20
**531** 2:6
**54** 3:20
**55402** 2:12
**56** 257:11 272:5
**560** 307:20
**57** 341:12
**59** 218:4 220:16
224:12 342:16
**5th** 119:19
**5year** 25:14

---

**6**

**6** 3:16 9:24 41:3
41:4 194:18
215:25 226:17
226:20 235:12
236:6 254:20
257:11 260:23
301:23 303:3
348:17
**60** 108:22
**600** 293:9
**612** 2:13,13
**62** 343:3

**63** 3:22
**631** 346:6
**64112** 2:5
**650** 232:5
**672** 2:13
**69** 3:23
**6th** 236:5

---

**7**

**7** 3:3,18 41:17
41:18 46:7
122:11 216:9
257:12 287:18
304:16 340:19
341:10 346:21
**700** 235:11
**701** 2:6
**71** 344:15
**73** 35:2
**747** 343:17,19
**75** 26:12 105:15
205:2 206:16
224:8 334:9
**750** 235:1
**758** 348:5
**76** 4:3,4 347:13
**767** 3:17

---

**8**

**8** 3:9,19 32:22
52:8,11 54:2
55:10 93:25
211:21 343:21
346:11,11
347:21
**812** 343:2
**816** 2:6,6
**82** 312:22
**843** 306:12
**8500** 184:17
**8682** 2:13
**875** 313:6,13,14
313:22 314:14
**887** 342:16
**89** 341:9
**8th** 13:21 265:11

266:4

---

**9**

**9** 3:20 5:6 54:17
54:20 55:23
62:16 105:7,8
105:9 194:9
198:5 235:1,11
260:23 304:1
352:1,2 361:24
**90s** 23:12 82:16
181:2
**937** 301:12,17
302:25
**97** 4:5,7
**974** 339:7,14