# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: ALL PLAINTIFFS LISTED IN EXHIBIT A TO PLAINTIFFS' MOTION | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## ETHICON'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF CHRISTINA PRAMUDJI, M.D.

### INTRODUCTION

Plaintiffs do not challenge Dr. Pramudji's expertise as a pelvic surgeon.  *See*, *generally*, Plaintiffs' Motion to Exclude [Doc. No. 2035] and Memorandum in Support [Doc. No. 2037].  In fact, they do not discuss her qualifications at all or mention that she is a board-certified urologist with a sub-specialty in Pelvic Floor Medicine and Reconstructive Surgery.  Prolapse Report at 7.[1]  She has performed "well over 1000" prolapse surgeries and "over 900 sling procedures" to treat SUI.  Prolapse Report at 7; TVT Report at 6.  She has performed 10 to 20 complete explants and 50-60 revisions or partial removals.  Ex. A, Pramudji (4/11/14) Dep. at 54.[2]  She has also

---

[1] Dr. Pramudji submitted two reports in this case, one related to devices to treat pelvic organ prolapse (Gynemesh PS, Prosima and Prolift) (the "Prolapse Report," Exhibit B to Plaintiffs' Motion), and one related to devices to treat stress urinary incontinence (TVT and TVT-O) (the "TVT Report," Exhibit C to Plaintiffs' Motion), (collectively "Reports").  The general opinions set forth in these Reports and challenged here by Plaintiffs related to risks and warnings, design and efficacy and degradation are included in both Reports.

[2] While Plaintiffs relied upon this deposition from the *Huskey* matter, as well as Dr. Pramudji's March 23, 2016 and March 24, 2016 general depositions in this case, they attached cursory

taught surgeons across the country and at national conferences regarding the use of mesh devices and has consulted with medical device companies in the development of slings to treat SUI. Pramudji Prolapse Report at 7; TVT Report at 6. Plaintiffs do not discuss her reliance materials which include a large base of medical literature, including Level 1 evidence such as Cochrane Review meta-analyses assessing thousands of patients, and numerous randomized controlled trials (RCTs), not to mention public statements by medical societies in the fields of urology. Prolapse Report at 20-35; TVT Report at 24-27; 39-41; 44-51; 59-62; Reliance List, attached as Ex. B.[3]

Despite Dr. Pramudji's years of surgical experience and her review of considerable Level 1 peer-reviewed medical literature and RCTs, the Prolapse device IFUs, the TVT device IFUs and professional education materials, *see, e.g.*, Prolapse Report at 8-9; TVT Report at 7-8, Plaintiffs seek to preclude Dr. Pramudji from testifying about the adequacy of the device IFUs, arguing that she is not an expert on regulations governing device manufacturers and is instead relying solely on her experience as a surgeon. Plaintiffs' further seek to preclude her opinions, based upon her years of experience, that the devices are efficacious in design to treat pelvic organ prolapse or stress urinary incontinence and that the product benefits outweigh the product risks. Finally, Plaintiffs attempt again to preclude Dr. Pramudji from offering testimony that the polypropylene mesh products do not degrade in the human body. None of Plaintiffs' arguments has merit, and their Motion should be denied.

---

excerpts of her testimony as exhibits to their Motion. Given the nature of this Motion challenging her opinions, Ethicon attaches the full transcripts from each of these depositions in order for the Court to have a full record of Dr. Pramudji's education, training, experience and reliance materials, as well as a full understanding of her testimony in these matters.

[3] While Plaintiffs attached Dr. Pramudji's Reports to their Motion, they did not include her reliance list, Ex. B to those Reports.

- **Product Warnings:** Dr. Pramudji's opinions related to the knowledge of pelvic floor surgeons who use these devices is based on her own education, her experience, her extensive review of the literature summarized in her Reports, and her reading of professional association statements. The legal standard is that Ethicon only has a duty to warn of risks unique to its devices and has no duty to warn of risks commonly known by pelvic floor surgeons. She is qualified to identify those risks.

- **Design.** Dr. Pramudji's design and risk-benefit opinions are based on her extensive experience in the use of these products, her clinical results and her examination of the medical literature, including studies assessing thousands of patients and randomized controlled trials. She is plainly qualified to testify on that subject and on the absence of literature to support Plaintiffs' alternatives.

- **Clinical Experience:** This Court has already previously rejected attempts to exclude practitioners, like Dr. Pramudji, from offering testimony regarding their own experiences with Ethicon's products related to the lack of degradation of the products.

## ARGUMENT

### I. Standard for admissibility of expert opinion testimony.

Ethicon incorporates by reference the standard of review for Daubert motions as articulated by the Court in *Edwards v. Ethicon, Inc.*, 2014 U.S. Dist. LEXIS 92316, at *3-8 (S.D. W. Va. July 8, 2014).

### II. Dr. Pramudji is qualified to address the adequacy of the IFUs and Ethicon's warnings based on her experience and supporting literature and studies.

Dr. Pramudji's opinions related to the IFUs and warning issues are housed not only in her personal education and clinical experience, but also in Level 1 evidence such as Cochrane Review meta-analyses assessing thousands of patients, and numerous randomized controlled trials (RCTs), not to mention public statements by medical societies in the fields of urology. Prolapse Report at 20-35; TVT Report at 24-27; 39-41; 44-51; 59-62; Reliance List, attached as Ex. B.

Plaintiffs' argument on this issue is that Dr. Pramudji did not rely upon FDA regulations or internal protocols at Ethicon concerning her opinion that the devices are not defective in

3

design.  Plaintiffs' Memorandum at 4-5.  This argument rests entirely on the supposition that expertise in FDA regulations related to requirements for IFUs is mandatory for these opinions.

Yet, the job of an expert witness is to provide the facts to which the court can apply the law.  It is not the expert's job to provide the court with the law. This Court, in fact, has excluded testimony which not only stated facts but also expressed a legal conclusion. *In re Ethicon, Inc. Pelvic Repair Systems Product Liability Litigation (Lewis)*, 2014 WL 186872 (S.D. W. Va. 2014) at *20, *citing United States v. McIver,* 470 F.3d 550, 562 (4th Cir. 2006). The important question here is whether Dr. Pramudji's testimony was consistent with the law to be applied to the case, and not whether she herself could articulate the governing legal standard. If she had attempted to do that, her testimony would have been excluded.

This Court's prior decision with regard to Dr. Pramudji's testimony on product warnings was concerned with testimony from an expert that, because she had not experienced certain risks in her clinical practice, then her opinion that such risks need not be contained in the IFU was improper.  *Bellew v. Ethicon, Inc.*, No. 2:13-cv-22473, Memorandum Opinion and Order (*Daubert* Motions), Doc. 265 at 35 (S.D. W. Va. Nov. 20, 2014).  That is not what Dr. Pramudji does here. Nor does she testify that, based upon the risks and complications she has seen in her clinical practice, "there are no other possible risks or complications that should have been included." *Mathison v. Boston Scientific Corp.*, 2015 WL 2124991, *27 (S.D. W. Va. May 6, 2015).  Instead, her warning opinion and opinion that the IFUs are adequate is tied to the knowledge of pelvic floor surgeons based on their education and experience from performing pelvic surgery.  Thus, the circumstances here are different from those in *Bellew*, and her opinions here are proper.  *See Trevino v. Boston Scientific Corp.*, 2016 WL 1718836, *4 (S.D. W. Va.

4

April 28, 2016) (different circumstances may justify a different ruling when *Daubert* challenges are made).

The legal principle that controls here is that a device manufacturer's duty to warn of adverse events is limited to events unique to the device. It does not include a duty to warn of risks commonly known to the surgeons who use the device. As stated generally in the RESTATEMENT (THIRD) OF TORTS: PRODUCT LIABILITY §2, cmt. j, a product seller "is not subject to liability for failing to warn or instruct regarding risks and risk-avoidance measures that should be obvious to, or generally known by, foreseeable product users." *See also* RESTATEMENT (SECOND) OF THE LAW OF TORTS §§388(b), 402A, cmt. j; *Roney v. Gencorp*, 654 F. Supp. 2d 501 (S.D. W. Va. 2009) (adopting "sophisticated user" defense in §388).

This limitation on the duty to warn is recognized in medical cases as well. There is no duty to warn of risks that implanting surgeons commonly know. *See Brooks v. Medtronic, Inc.*, 750 F.2d 1227, 1230 (4th Cir. 1984) (duty to warn only of dangers "not well known to the medical community"). In fact, the FDA regulations recognize that information may be omitted from labeling "if, but only if, the article is a device for which directions, hazards, warnings and other information are *commonly known* to practitioners licensed by law to use the device." 21 C.F.R. §801.109(c) (emphasis added).

The device IFUs restrict the class of surgeons who are to use the devices. They contemplate that users will be familiar with traditional surgical techniques used to treat stress urinary incontinence. *See*, *e.g.*, Ex. C, TVT IFU at 28 ("Users should be familiar with surgical techniques for bladder neck suspensions and should be adequately trained in implanting the TVT system before employing the TVT device."); Ex. D, TVT-O IFU at 5 ("Users should be familiar with surgical technique for urethral suspensions and should be adequately trained in the

5

Gynecare TVT Obturator procedure before employing the Gynecare TVT Obturator device."); Ex. E, Prosima IFU at 12 (used only by physicians "familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes"). Pelvic surgeons know that these IFUs are not intended "to be comprehensive" because surgeons have a general base of knowledge about risks of surgery, and thus surgeons would not expect the IFU to be comprehensive. Ex. F, Pramudji (3/23/16) Prolapse Dep. at 110; 112.

So the important question with respect to Plaintiffs' failure to warn claim is what "hazards" are "commonly known" to surgeons familiar with pelvic surgery, including surgery to address pelvic organ prolapse and SUI. Ethicon had no duty to warn of adverse events "commonly known" to those surgeons. Its duty was to warn of adverse events that were unique to the mesh devices. If Plaintiffs intend to argue at trial that Ethicon's IFU failed to disclose certain risks, Ethicon is fully entitled to defend such claims by demonstrating that those risks were obvious to the users of the product (pelvic surgeons), and therefore, did not need to be included.

### A. Dr. Pramudji's experience as a urologist and pelvic surgeon renders her qualified to offer her opinions here regarding Ethicon's warnings and IFUs.

Dr. Pramudji is well-qualified to testify to what pelvic surgeons know. She relies on her experience as a urologist with a sub-specialty in pelvic floor medicine and as a pelvic surgeon to discuss what risks of pelvic surgery would be known to such surgeons generally. She has taught other surgeons how to use such devices. She addressed that risks need not be included in the IFU or warnings unless they are clinically significant and that many risks of the use of mesh are also ordinary risks of performing any pelvic floor surgery. Ex. F, Pramudji (3/23/16) Prolapse Dep. at 120-22; Ex. G, Pramudji (3/24/16) Prolapse Dep. at 159-162; Ex. H, Pramudji (3/24/16) TVT Dep. at 38-44. Because of that, telling a surgeon of the risk is not necessary. Ex. F,

Pramudji (3/23/16) Prolapse Dep at 122; Ex. H, Pramudji (3/24/16) TVT Dep. at 47. This relates to adequacy of the IFU because the failure to warn analysis involves a determination of what the user of the product knew. Thus, a surgeon's perspective on what pelvic surgeons know directly correlates with risks that do not need to be in the IFU. *See In re Yasmin & Yaz (Drospirenone) Prods. Liab. Litig.*, 2011 WL 6301625, at *11 (S.D. Ill. Dec. 16, 2011) ("[D]octors are fully qualified to opine on the medical facts and science regarding the risks and benefits of drugs and to compare that knowledge with what was provided in the text of labeling and warnings . . . ." (internal quotations and brackets omitted)).

This Court has permitted experts to opine about risks they perceive from surgery using mesh and whether those risks are covered by the applicable IFU. *See Huskey,* 29 F. Supp. 3d 691, 703, 719 (S.D. W. Va. 2014) (Drs. Rosenzweig and Blaivas adequately experienced physicians to testify to risks of surgery and whether the risks were addressed in the IFU despite lack of expertise in FDA regulations or standards governing device warnings); *Trevino v. Boston Scientific Corp.*, 2:13-cv-01617, 2016 WL 1718836, at *13-14 (S.D. W. Va. April 28, 2016) (Dr. Shull permitted to testify on adequacy of DFUs "from a clinician's perspective"). Here, Dr. Pramudji relies on her experience as a pelvic surgeon to state that pelvic surgeons know certain risks are associated with pelvic surgery, with or without mesh augmentation, and thus their inclusion in the IFU would not be informing the user of the product.

Plaintiffs specifically asked Dr. Pramudji about lists of risks, including erosion, chronic pain syndrome, dyspareunia, the need for additional surgical intervention to address complications, the potential for life-changing complications, pelvic pain (Ex. F, Pramudji (3/23/16) Prolapse Dep. at 120-22); bleeding, hematoma, incontinence, urinary frequency, retention or obstruction, acute/chronic pain, wound dehiscence, nerve damage, recurrent

prolapse, foreign body response, pelvic pain, dyspareunia, contraction of tissue, damage to nearby organs, neuromuscular problems (Ex. G, Pramudji (3/24/16) Prolapse Dep. at 160); dyspareunia that may not resolve, difficulty in removing mesh if required, seroma, urge incontinence, adhesion formation, atypical vaginal discharge and death (Ex. H Pramudji (3/24/16) TVT Dep. at 38-43). As to each of these risks (except for erosion), Dr. Pramudji noted it was also a risk of any pelvic floor surgery, with mesh augmentation or without. *Id*. Dr. Pramudji testified that exposure or integration into tissues making removal difficult are also risks that can occur in surgeries without mesh because sutures can cause the same complications. Ex. H, Pramudji (3/24/16) TVT Dep. at 40-43.

Because of this, Dr. Pramudji could state objectively that any failure to include these particular risks in the IFU did not make the IFU inadequate since pelvic floor surgeons know these risks. *See* Ex. H, Pramudji (3/24/16) TVT Dep. at 47 ("pelvic surgeons are already familiar with all of these adverse reactions."); Ex. G, Pramudji (3/24/16) Prolapse Dep. at 162 ("they are part of the body of knowledge of pelvic surgeons"); Ex. F, Pramudji (3/23/16) Prolapse Dep. at 122 ("I think those are risks that pelvic surgeons would anticipate, because as I stated, most of those risks, with the exception of the erosion, are risks of pelvic surgery."). She further can testify that the lack of inclusion of such risks as adverse events would not "deprive a reader [surgeon] or mislead a reader [surgeon] of what the risks and benefits" of the devices were when the IFUs were published. *See, e.g., Huskey v. Ethicon, Inc.*, 29 F. Supp. 2d 691, 719 (S.D. W. Va. 2014) (addressing permissible scope of testimony from plaintiff's expert urologist) (quoting *In re Diet Drugs Prods. Liab. Litig.*, 2000 WL 876900, at *11 (E.D. Pa. June 20, 2000)).

Plaintiffs' assert that expert opinion based on experience without an explanation of how that experience leads to the conclusion reached is improper. Plaintiffs' Response at 7. That did

not happen here. Dr. Pramudji was clear that literature and studies support her opinion, including Level 1 literature analyzing thousands of patients and RCTs, along with years of education and medical school training and her years of practice. Prolapse Report at 5, 19, 38, 47; TVT Report at 4-5, 15, 68-69. She therefore establishes a reliable basis for her opinions. This Court has recognized that experience in clinical practice is a proper basis for expert opinion. *Trevino*, at *14.

Contrary to Plaintiffs' assertion, Dr. Pramudji's opinions are not "based solely on her subjective belief and her status as an 'expert'." Plaintiffs' Memorandum at 4. It is instead based on years of education, training, and clinical experience as well as a thorough review of medical studies and literature. She asserts that certain information is not necessary in the IFU because trained surgeons know the risk. And given that Ethicon's IFUs direct that only pelvic floor surgeons trained in implantable materials should use the mesh products, the general knowledge of pelvic floor surgeons is wholly relevant to the inquiry of what should be in the IFU.

**B. Dr. Pramudji's opinions were never intended to rely on FDA regulations; nor do they need to in order to be admissible.**

Dr. Pramudji is not offered to testify concerning the regulations applicable to product warnings or whether Ethicon complied with those regulations. Nor will she address internal Ethicon protocols related to product warnings or what risks Ethicon knew when the IFUs were drafted. Rather, Dr. Pramudji's testimony is based on her perceptions as a pelvic surgeon, her knowledge of what risks a pelvic surgeon would know and medical literature and studies concerning risks.

Plaintiffs attempt to make much of the fact that Dr. Pramudji does not know if Ethicon warned of "all known risks," yet this is not the standard under a failure to warn analysis. Plaintiffs' Memorandum at 5. Nor is it the standard under the governing regulations related to

9

prescription medical devices. *See* 21 CFR § 801.109(c) (applicable to "Prescription devices") (warning need not include "directions, hazards, warnings, and other information [ ] commonly known to practitioners licensed by law to use the device."). This comports with the learned intermediary doctrine as well. Given that a manufacturer has no duty to warn of risks known or obvious to those using its product, the general knowledge of pelvic floor surgeons is the pinnacle inquiry. *See, e.g.,* Restatement (Third) of Tors: Product Liability §2 cmt. j (1998); Restatement (Second) of the Law of Torts §402A cmt. j; American Law of Product Liability 3d §32:69 (2016); *Willis v. Raymark Indus., Inc.*, 905 F.2d 793, 797 (4th Cir. 1990).

Plaintiffs selectively cite testimony out of context in support of the false notion that Ethicon's employees supposedly admitted that all risks (regardless of whether obvious) must be disclosed in the IFU. Plaintiffs' Memorandum at 6. Yet Dr. David Robinson testified that "that's not true" and that physicians "shouldn't depend on [the IFU] as the sole source of their information" regarding product risks. David Robinson, M.D., Dep. at 488:7- 9, 489:12-17 (Ex. G to Plaintiffs' Motion [Doc. 2035]). As further noted by Dr. Charlotte Owens: "I would say that we listed the adverse reactions that we knew were adequate and sufficient for this document [the IFU]. . . . Physicians will not rely solely on the IFU for making their decisions . . . and ultimately will use their training, education, and experience, plus this document, to decide if they want to use it. . . . I don't think you're giving surgeons enough credit. Surgeons don't have to figure out the complications of an area that they operate. Surgeons are trained to know the complications of the area in which they operate." Charlotte Owens, M.D. Dep. at 310:10-13, 261:12-14, 262:2-5, 262:20-25 (Ex. F to Plaintiffs' Motion [Doc. 2035]).

This supports Dr. Pramudji's testimony that, while she did not review every email discussion or document ever created by Ethicon's medical/regulatory affairs department, the

10

purpose of those departments is to consider everything that could possibly happen. Ex. F, Pramudji (3/23/16) Prolapse Dep. at 115 (Medical affairs is "going to have multiple discussions and opinions and bouncing things back and forth."). Yet adequate warnings need not cover every potential or remote risk, particularly when the surgeon knows that such risks exist.

Nor does the fact that Dr. Pramudji does not know every step of the protocol within Ethicon to determine substantial risks defeat her testimony here. Dr. Pramudji is not offering the opinion that because she has not seen a risk, then it need not be in the warning. Rather, she is testifying that the litany of risks raised by Plaintiffs includes risks that are known to surgeons who perform pelvic surgeries. And most are the same risks whether mesh augmentation is used or not (except for erosion, which is listed in the IFUs).

Plaintiffs argue that Dr. Pramudji should be precluded from testifying about product warnings because she "has no knowledge of FDA requirements and no knowledge of industry standards." Plaintiffs' Memorandum at 4. As indicated above, while it is true that Dr. Pramudji does not have specialized knowledge about FDA regulations, Dr. Pramudji is competent to testify about how Ethicon's IFUs would be perceived by pelvic surgeons. This Court has recognized that where an expert is not relying on the regulatory standards for warning opinions, addressing risks perceived in clinical practice and whether the warning conveys such risks are within an expert's realm to make the comparison. *Trevino*, at *30. That is what Dr. Pramudji does here as it relates to the knowledge that pelvic surgeons have. She evaluated a host of risks that Plaintiffs urge should have been contained in the IFUs and, applying her clinical experience and education, determined whether those risks are ones that pelvic floor surgeons would have known, thus dispensing with the need for a specific warning in the IFU.

11

Since Dr. Pramudji is not offering testimony that the IFU was adequate for regulatory or FDA purposes, but instead opines that pelvic surgeons would have known that these risks exist just in performing pelvic surgery, then her opinion that the IFU was adequate when evaluating it from a surgeons' point of view is relevant and reliable.

### III. Dr. Pramudji is Qualified to Opine on the Safety and Efficacy of the Devices and their Design as it Relates to Such.

Plaintiffs recognize early in their Memorandum that Dr. Pramudji's design opinions are related to safety and efficacy, i.e., the products as designed "have a positive benefit to risk profile." Plaintiffs' Memorandum at 3. For a surgeon using a medical device, the propriety of a product design is assessed in terms of the risks and benefits of the device, including the utility and the usefulness of the device as employed in the field. Her determination of lack of product defect is tied to the product's usefulness and safety not only in her hands, but as set forth in Level 1 evidence, randomized controlled trials and her review of systematic reviews and meta-analysis as well as Cochrane reviews. Pramudji Prolapse Report at 20-35; Pramudji TVT Report at 24-27; 39-41; 44-51; 59-62.

Nowhere does Dr. Pramudji suggest that she will discuss the design of the product in terms of Ethicon's protocols, FDA requirements or regulations, chemical content or polymer structures. Nor does her Report or testimony indicate that she intends to opine on failure modes effects analyses as related to product design. Plaintiffs' Memorandum at 9. And there is no requirement under *Daubert* that Dr. Pramudji review internal company design documents for her methodology to be reliable, as Plaintiffs argue, and this Court has never required as much. Although Plaintiffs rely on *Winebarger* to support their argument, that reliance is misplaced. Plaintiffs' Memorandum at 10. In that case, Dr. Shull sought to opine that the company had failed to follow its own internal protocols and that those protocols were lacking, even though he

12

had never seen any standard operating procedures for the company's medical device development or any of the internal design protocols. *Winebarger v. Boston Scientific Corp.*, 2015 WL 1887222, at *14 (S.D. W. Va. Apr. 24, 2015). Dr. Shull's methodology was thus lacking "a necessary piece of data" and unreliable "regardless of the literature he has reviewed or the experience he has gained" because his methodology failed to include a review of the documents that would support his internal-protocols opinion. *Id.* By contrast, Dr. Pramudji here is not attempting to testify that Ethicon followed its own internal design protocols or that they were otherwise adequate. Accordingly, her opinion does not require a review of internal design protocols.

Nor does a defective design claim necessarily flow from such documents. Instead, whether a device is defective is assessed upon it safety, efficacy, usefulness, function, utility and desirability in the field in the hands of intended users, like Dr. Pramudji. Thus, Dr. Pramudji's opinions rely on her years of education and experience related to the pelvic floor anatomy and the use of mesh devices to treat prolapse and SUI, as well as on her clinical observations in performing hundreds of surgeries with such implantable devices, both implanting them and explanting them. Prolapse Report at 7; TVT Report at 6. In addition, Dr. Pramudji's opinions regarding the safety, efficacy, function, utility and desirability of the device in the field are based on her extensive review of the medical literature as set forth throughout her Reports. For example, in her TVT Report, she discusses the design of the TVT which is catalogued in the peer reviewed medical literature available to pelvic floor surgeons like herself. *See generally*, TVT Report at 22-27, citing Petros PE, Ulmsten UI., *An integral theory and its method for the diagnosis and management of female urinary incontinence*, Scand J Urol Nephrol Suppl. 1993; 153:1-93; Ulmsten U, et al., *An ambulatory surgical procedure under local anesthesia for*

13

*treatment of female urinary incontinence*, Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7:81-5; Falconer C, et al., *Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women*, Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2:S19-23. Similarly, in her Prolapse Report, she discusses the design of the Prolift device and in particular the medical literature supporting her opinions regarding design defect. *See generally*, Pramudji Prolapse Report at 17-21, citing Berrocal 2004.

Plaintiffs create a straw man regarding Dr. Pramudji's intended testimony on this topic by discussing certain Ethicon documents like design failure modes analysis, process failure modes analysis, and failure modes effects analysis. Plaintiffs' Memorandum at 9-12. Dr. Pramudji is not offering opinions on Ethicon's risk assessments or Ethicon's design protocols. Her design opinion is tied to her considerable clinical experience with the products and the risks and benefits of those products in that vast experience and as set forth in the extensive medical literature that she has reviewed as part of her assessment of the devices. She testified to such: "My opinions would go to how I feel the design is based on use in my hands and based on patient results. So I feel very confident and familiar with evaluating the design based on those parameters." Ex. G, Pramudji (3/24/16) Prolapse Dep at 186.

Dr. Pramudji has demonstrated that, as an experienced pelvic surgeon, she has expertise to testify as to whether the design of the devices was adequate to address the conditions for which they were being used, i.e., she can address the design in terms of the safety and efficacy of these devices. Ex. F, Pramudji (3/23/16) Prolapse Dep. at 63; Ex. G, Pramudji (3/24/16) Prolapse Dep. at 257-58; Ex. H, Pramudji (3/24/16) TVT Dep. at 67; Prolapse Report at 4-5; 34; 43; TVT Report at 7-8;15; 33. She is able to identify and explain that the design of products was effective in meeting the needs of her patients. Her opinions relate to the design *issue* as part of a

risk-utility analysis, but are not design opinions in the artificial sense set forth by Plaintiffs of a product design under certain Ethicon protocols or FDA requirements or regulations. Instead, she draws from her clinical experience and the relevant medical literature to determine that the product benefits outweigh the product risks and that it has utility and usefulness among other features. This Court has determined that such experience is sufficient for opinions of this nature. *See Trevino*, at *6.

Given her experience, and the opposing opinions of Plaintiffs' experts that are also based on their experience, it is reliable and relevant for her to testify that in her hundreds of uses of these products, the design was efficacious in treating difficult pelvic floor disorders. Pramudji TVT Report at 69; Pramudji Prolapse Report at 6.

Plaintiffs argue that Dr. Pramudji's opinions on risks and benefits should be excluded because she cannot cite to specific complication rates. Plaintiffs' Memorandum at 13-14. However, any claimed lack of support (which Ethicon disputes), is not required. *Winebarger*, 2015 WL 1887222, at *34 (expert's inability to provide "exact statistics" about the outcome of his patients did not render his personal experience opinions unreliable as "such detail is not required under *Daubert* to opine as to '*large-scale* safety and efficacy of the [ ] device.'"). Any asserted failure in her analysis is better addressed on cross examination than by excluding the testimony. *Trevino*, at *23. This is especially true where Dr. Pramudji relies extensively on high level and scientifically reliable medical studies and literature to support her conclusions as set forth in her Reports, and not simply on rough calculations discussed during her deposition. *See* Ex. G, Pramudji (3/24/16) Dep. at 239.

### IV.     Dr. Pramudji's Degradation Opinions are Well-Supported and Proper.

15

Dr. Pramudji has performed 10 to 20 complete explants and 50-60 revisions or partial removals. Ex. A, Pramudji (4/11/14) Dep. at 54. She looked at the material she explanted and found no degradation. Ex. A, Pramudji (4/11/14) Dep. at 140. She has looked at pictures of polypropylene under a microscope and has reviewed images of explanted material provided to her by pathologists. Ex. A, Pramudji (4/11/14) Dep. at 139-140. In her review of 10-20 slides of explanted mesh, she found no evidence of degradation. Ex. A, Pramudji (4/11/14) Dep. at 140.

This Court has previously permitted Dr. Pramudji to testify regarding her personal clinical experience related to the lack of degradation of pelvic mesh products. *Huskey,* 29 F. Supp. 3d 691, 727 (S.D. W. Va. 2014); *Bellew*, Memorandum Opinion and Order (*Daubert* Motions), at 33. This Court recently reiterated its conclusion that an expert's reliance on scientific articles combined with clinical experience constitutes reliable, scientific methodology to offer an opinion concerning degradation of polypropylene mesh. *Trevino*, at *14-15; *106. Dr. Pramudji seeks to do the same here.

Recognizing that this Court has permitted such opinions in *Huskey*, Plaintiffs claim that Dr. Pramudji's opinions here go beyond what this Court allowed there. Plaintiffs' Memorandum at 15. Yet, Plaintiffs rely solely on Dr. Pramudji's testimony from the *Huskey* case in support of their motion to exclude her allegedly broader-than-*Huskey* degradation opinions. Plaintiffs' Memorandum at 15-17. The opinions on degradation that they attack here are the *very same ones* challenged in *Huskey* that this Court allowed.

Dr. Pramudji is qualified by education, training and experience to offer the opinion that polypropylene mesh does not degrade. Plaintiffs again build a straw man to try to preclude this testimony by arguing that Dr. Pramudji does not know the "scientific, chemical or structural make-up" of polypropylene. Plaintiffs' Memorandum at 15-16. Such specific information is not

16

needed in order to discuss the fact that she has seen no degradation in her clinical practice and that the literature and studies do not support Plaintiffs' theory.

Dr. Pramudji's opinion is further supported by the literature and studies she cited that support her position. Pramudji Prolapse Report at 35-36; Pramudji TVT Report at 62-65. She testified that she relied upon dozens of articles and studies in formulating this opinion, along with her personal experience as a urologist and surgeon. Ex. A, Pramudji (4/11/14) Dep. at 39-40. She is "always reviewing the literature, looking for all the information that I can regarding the sling and mesh cases." Ex. A, Pramudji (4/11/14) Dep. at 39. She testified that the literature does not support degradation and that studies show that in millions of women, polypropylene mesh has not been shown to degrade. Ex. A, Pramudji (4/11/14) Dep. at 146, 148.

According to Dr. Pramudji, the "literature definitely supports it [no degradation] when we don't see problems that can be related back to degradation in the literature." Ex. F, Pramudji (3/23/16) Prolapse Dep. at 71. In the studies she cites, "where they remove the mesh, the mesh is there. You know, it's not -- it doesn't disappear. It doesn't degrade over time. I mean, if Prolene degraded, they would not use it in cardiac surgery to rely on sewing together arteries." *Id*. at 76. And this is supported in her personal experience removing mesh, "it's not like you see it disintegrating. It's not falling apart in front of your eyes." *Id*.

Plaintiffs challenge Dr. Pramudji's literature and studies, arguing that because remote studies exist that are purportedly contrary to her opinions, then her opinions must be excluded. Plaintiffs' Motion at 16-17. Dr. Pramudji admits such remote studies exist. She just finds them unpersuasive in light of the vast high-level information and literature to the contrary. Ex. F, Pramudji (3/23/16) Prolapse Dep. at 76-77. Further, the existence of claimed contrary studies is fodder for cross examination, not a basis to exclude Dr. Pramudji's opinions as unreliable when

17

they are based both on her considerable personal experience as well as medical literature and studies. *Westberry v. Gislaved Gummi AB*, 178 F.3d 257, 261 (4th Cir. 1999) ("the court need not determine that the expert testimony a litigant seeks to offer into evidence is irrefutable or certainly correct.").

As to Plaintiffs' argument that Dr. Pramudji did not personally conduct tests or look at polypropylene under a microscope, such personal testing is not a prerequisite to admissibility, as this Court found in *Huskey*. *See* Plaintiffs' Memorandum at 16. Here, Dr. Pramudji's opinions are the result of her extensive education, training, experience and appropriate reliance upon applicable medical literature. These opinions need not be accompanied by her personal testing.

Plaintiffs' argument for exclusion also relies upon Dr. Pramudji's alleged lack of practical experience applying her chemical engineering degree; lack of work in the general field of chemical engineering; lack of specialized education or training related to polypropylene; and lack of education or training on the structural make-up of Ethicon medical devices or components. Plaintiffs' Memorandum at 15-16. All of this overlooks the fact that Dr. Pramudji is a board-certified urologist who specializes in pelvic floor disorders and who has performed hundreds of surgeries utilizing these mesh devices and has reviewed the medical literature, including the unreliable literature that Plaintiffs' experts rely upon. She has been permitted in the past to testify to the lack of evidence of degradation in her clinical practice. She testifies to the vast body of medical literature that supports her. To the extent that Plaintiffs disagree with her conclusion, then cross examination, and not exclusion, is the appropriate vehicle to address that.

## CONCLUSION

For the reasons set forth above, the Court should deny Plaintiffs' Motion to Exclude Certain Opinions of Christina Pramudji, M.D.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

## CERTIFICATE OF SERVICE

I certify that on May 9, 2016, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones

Christina Pramudji, M.D.

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                 CHARLESTON DIVISION
 3   IN RE: ETHICON, INC.,
          PELVIC REPAIR SYSTEMS
 4   PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

 5
     Jo Huskey and Allen
 6   Huskey,
 7          Plaintiffs,
     v.            Case No. 2:12-cv-05201
 8
     Ethicon, Inc., et al.,
 9
            Defendants.
10
11
12
13
14              ORAL DEPOSITION OF
15           CHRISTINA PRAMUDJI, M.D.
16             Friday, April 11, 2014
17
18
19
20
21
22        GOLKOW TECHNOLOGIES, INC.
23     877.370.3377 ph|917.591.5672 fax
24          deps@golkow.com
```

Page 2

```
 1          ORAL DEPOSITION OF CHRISTINA
 2   PRAMUDJI, M.D., produced as a witness at the
 3   instance of the Plaintiffs, and duly sworn,
 4   was taken in the above styled and numbered
 5   cause on Friday, April 11, 2014, from
 6   10:06 a.m. to 4:18 p.m., before Susan Perry
 7   Miller, CSR-TX, CCR-LA, CSR-CA, CLR, CRR,
 8   RDR, Notary Public in and for the State of
 9   Texas, reported via Machine Shorthand with
10   Realtime Computer Translation and Interactive
11   Realtime Technology, at the Westin Memorial
12   City, 945 Gessner Road, Houston, Texas
13   pursuant to the Federal Rules of Civil
14   Procedure.
15              --oOo--
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1              APPEARANCES
 2
 3   FOR PLAINTIFFS:
 4      MOTLEY RICE LLC
 5      321 South Main Street, 2nd Floor
 6      Providence, Rhode Island  02903
 7      (T) 401.457.7700 | (F) 401.457.7708
 8      By:  Fidelma Fitzpatrick, Esq.
 9         ffitzpatrick@motleyrice.com
10
11      WEXLER WALLACE LLP
12      55 West Monroe Street, Suite 3300
13      Chicago, Illinois  60603
14      (T) 312.346.2222 | (F) 312.346.0022
15      By:  Edward A. Wallace, Esq.
16         eaw@wexlerwallace.com
17
18      LAW OFFICE OF MARGARET M. THOMPSON
19      101 Colorado Street, No. 3304
20      Austin, Texas  78701
21      (T) 512.695.1708
22      By:  Margaret M. Thompson, M.D., J.D.
23         mthompsonmd@gmail.com
24
```

Page 4

```
 1      APPEARANCES, Continued:
 2
 3   FOR DEFENDANTS:
 4      BUTLER SNOW LLP
 5      500 Office Center Drive, Suite 400
 6      Fort Washington, Pennsylvania  19034
 7      (T) 267.513.1885 | (F) 267.513.1701
 8      By:  Nils B. (Burt) Snell, Esq.
 9         burt.snell@butlersnow.com
10
11
12              --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
```

1 (Pages 1 to 4)

EXHIBIT A

Christina Pramudji, M.D.

| Page 5 | Page 6 |
|---|---|

**Page 5**

1          INDEX
2     ORAL DEPOSITION OF
3   CHRISTINA PRAMUDJI, M.D., APRIL 11, 2014
4                     Page
5   APPEARANCES                    3
6   PRELIMINARY PROCEEDINGS            7
7
8   EXAMINATION OF CHRISTINA PRAMUDJI, M.D.:
9   BY MS. KIRKPATRICK.................... 7
10  BY MR. SNELL..........................253
11  BY MS. KIRKPATRICK....................264
12  BY MR. SNELL..........................267
13
14  CERTIFICATE                     268
15  LAWYER'S NOTES                  269
16
17
18
19  Deposition Support Index:
20                          Page / Line
21  Instruction Not to Answer    45    12
22
23
24
25

**Page 6**

1              EXHIBIT INDEX
2         Description              Page
3   Pramudji-1   Notice of Deposition      9
              and Document Requests
4
   Pramudji-2   Expert Report of          9
5              Christina Pramudji, M.D.
6   Pramudji-3   Report of IME on         10
              Jo Huskey
7
8   Pramudji-4   "Sling surgery for       29
              stress urinary
9              incontinence in women:
              a systematic review and
10             metaanalysis"

   Pramudji-5   "Randomized Trial of     29
11             Tension-Free Vaginal
              Tape and Tension-Free
12             Vaginal Tape-Obturator
              for Urodynamic Stress
13             Incontinence in Women"
14  Pramudji-6   "Polypropylene mesh:     30
              evidence for lack of
15             carcinogenicity"
16  Pramudji-7   "Long-Term Results of    32
              Burch Colposuspension"
17
   Pramudji-8   "Five-year Results of a  32
18             Randomized Trial
              Comparing Retropubic
19             and Transobturator
              Midurethral Slings for
20             Stress Incontinence"
   Pramudji-9   Gynecare TVT Obturator  149
21             System Instructions for
              Use
22
23  Pramudji-10  Pelvic Illustration     166
              with Handwritten Labels
24
25              --oOo--

| Page 7 | Page 8 |
|---|---|

**Page 7**

1        PRELIMINARY PROCEEDINGS
2      (Friday, April 11, 2014, 10:06 a.m.)
3      (Witness sworn by the reporter.)
4           PROCEEDINGS
5       CHRISTINA PRAMUDJI, M.D.,
6   having taken an oath to tell the truth, the
7   whole truth, and nothing but the truth, was
8   examined and testified as follows:
9           EXAMINATION
10  BY MS. KIRKPATRICK:
11      Q.    Good morning, Dr. Pramudji.  Can
12  you state your name and your address for the
13  record, please?
14      A.    Christina Pramudji, M.D.,
15  2 Lorrielake Lane, Houston, Texas 77024.
16      Q.    And where are you currently
17  employed?
18      A.    Texas Oncology, Texas Urology
19  Specialists.
20      Q.    Okay.  And is that here in
21  Houston?
22      A.    Yes.
23      Q.    Okay.  Now, Dr. Pramudji, you've
24  been deposed before, correct?

**Page 8**

1      A.    Yes.
2      Q.    And how many times have you been
3   deposed?
4      A.    In this particular litigation or
5   mesh litigation, twice.
6      Q.    Okay.
7      A.    With Schubert --
8      Q.    Do you remember what case?
9      A.    The Schubert case and the Lewis
10  case.
11      Q.    And do you know where the
12  Schubert case was based or out of, what
13  state?
14      A.    Missouri.
15      Q.    And the Lewis case?
16      A.    It was an MDL case.
17      Q.    And you understand that you're
18  here today in connection with a case that is
19  in the MDL, correct?
20      A.    Yes.
21      Q.    And it's against Ethicon.
22      A.    Yes.
23      Q.    Okay.  During the course of the
24  day, I'm going to be asking you a series of

Golkow Technologies, Inc. - 1.877.370.DEPS

Christina Pramudji, M.D.

Page 9

1 questions. If you can't hear me or you don't
2 understand what I'm asking, please just let
3 me know and I'm happy to rephrase it. If you
4 do go ahead and answer, I'll just assume that
5 you understood what it was that I was looking
6 for.
7        If you need to take a break,
8 stretch your legs, use the ladies' room,
9 please, just let me know. This is not an
10 endurance test so if you need a little bit of
11 a break, that's not an issue at all.
12       Before we get started today, I'm
13 going to mark a couple of exhibits.
14       (Whereupon, Exhibit Pramudji-1,
15       Notice of Deposition and Document
16       Requests, was marked for identification.)
17 BY MS. KIRKPATRICK:
18     Q.    Marked as Exhibit 1 is the notice
19 of deposition, and let me show that to you.
20 Have you seen that document before?
21     A.    Yes.
22     Q.    Okay.
23       (Whereupon, Exhibit Pramudji-2,
24       Expert Report of Christina Pramudji,

Page 10

1       M.D., was marked for identification.)
2 BY MS. KIRKPATRICK:
3     Q.    And I'm going to show now what's
4 been marked as Deposition Exhibit 2. Can you
5 identify that for me?
6     A.    That's my expert report in
7 relation to this case.
8     Q.    Okay. You want to take a quick
9 look through and make sure that, at least at
10 a quick glance, that that's a complete copy?
11       (Witness reviews document(s).)
12     A.    Yes, it is.
13       (Whereupon, Exhibit Pramudji-3,
14       Report of IME on Jo Huskey, was marked
15       for identification.)
16 BY MS. KIRKPATRICK:
17     Q.    Okay. And then I'm going to show
18 you what's been marked as Deposition
19 Exhibit 3 and ask you what that is.
20     A.    That is the report of my IME for
21 Mrs. Huskey.
22     Q.    Okay. We'll be marking some more
23 exhibits throughout the day, but these are
24 ones that we will refer to often.

Page 11

1       MR. SNELL: For the record, there
2 were urodynamics that were also sent
3 over.
4       MS. KIRKPATRICK: Yes, we're
5 going to be marking those later. Thank
6 you.
7 BY MS. KIRKPATRICK:
8     Q.    Okay. You just testified that
9 you gave testimony previously in the Lewis
10 case in the MDL. Is that right?
11     A.    That's correct.
12     Q.    And what kind of device did
13 Ms. Lewis have?
14     A.    She had a retropubic TDT.
15     Q.    And you also testified that you
16 had been deposed in the Schubert case in
17 Missouri. What kind of device did
18 Ms. Schubert have?
19     A.    She had a Prolift.
20     Q.    And in the Lewis case you gave
21 deposition testimony. Is that correct?
22     A.    Yes.
23     Q.    But you did not testify at trial
24 in that matter?

Page 12

1     A.    That's correct.
2     Q.    Have you ever testified at trial
3 in any mesh-related cases?
4     A.    Not as of yet.
5     Q.    Okay. And it's my understanding
6 from having reviewed your deposition in the
7 Lewis case that you set forth a number of
8 general opinions concerning Ethicon and
9 concerning the TVT line of products. Is that
10 right?
11     A.    Yes.
12     Q.    Do you recall those opinions in
13 this case as well?
14     A.    Yes.
15     Q.    What I'd like to do is, I don't
16 want to have to go through and redepose you
17 on the same things that you've been deposed
18 before, so let me ask you this way: Is there
19 anything that you testified to in the Lewis
20 deposition concerning Ethicon or concerning
21 TVT, the substance of these issues, that you
22 wish to change or amend or alter at any
23 point?
24     A.    No.

3 (Pages 9 to 12)

Christina Pramudji, M.D.

<table>
<tr><td>

Page 13

1    Q.    Okay. So the opinions that you
2 espoused in that particular deposition remain
3 current today?
4    A.    Yes.
5    Q.    And you've incorporated them into
6 your opinions in Ms. Huskey's case as well?
7    A.    Correct.
8    Q.    Okay. In addition to your
9 mesh-related depositions, have you given
10 depositions in any other kind of case?
11    A.    Yes, I have.
12    Q.    Okay. And what are those?
13    A.    When I was in residency, I was
14 deposed as a resident who placed an
15 endotracheal tube on a patient as a fact
16 witness.
17    Q.    Uh-huh. And that was not expert
18 testimony?
19    A.    No.
20    Q.    And were you a defendant in that
21 lawsuit?
22    A.    No.
23    Q.    Was it a medical malpractice
24 lawsuit?

</td><td>

Page 14

1    A.    Yes.
2    Q.    Okay. Any other testimony that
3 you've given?
4    A.    Yes.
5    Q.    Okay. And what's that?
6    A.    I was a defendant in a lawsuit
7 in -- approximately 10 years ago, a patient
8 of my partner's who expired unexpectedly, and
9 I was the physician on call; and that case
10 was dropped against -- against me and against
11 my partner.
12    Q.    Okay.
13    A.    And they only sued the hospital.
14    Q.    And what was -- was the
15 patient an inpatient at the time?
16    A.    Yes.
17    Q.    And what was the condition that
18 he or she --
19    A.    He was in the hospital for a
20 kidney stone and subsequently was found to
21 have a renal mass as well.
22    Q.    Okay. And did you give your
23 testimony in that case?
24    A.    I was deposed.

</td></tr>
<tr><td>

Page 15

1    Q.    You were deposed.
2    A.    Yes.
3    Q.    Okay. And that was as a
4 defendant?
5    A.    As a defendant.
6    Q.    Okay. Any other cases?
7    A.    And there was one other case
8 where my group was the defendant, and I was
9 the representative of the group in a patient
10 that was in the hospital with gross hematuria
11 and had a bladder rupture.
12    Q.    Okay.
13    A.    And that case was dropped against
14 the group.
15    Q.    And you gave deposition testimony
16 there?
17    A.    Yes, I did.
18    Q.    Okay. Any other cases where you
19 or your practice was a defendant to a
20 lawsuit?
21    A.    No.
22    Q.    Okay. Any other cases in which
23 you gave a deposition?
24    A.    No.

</td><td>

Page 16

1    Q.    Are these mesh cases that you're
2 testifying on behalf of Ethicon, are those
3 the first cases where you've served as an
4 expert witness?
5    A.    Yes.
6       Oh, I'm sorry, no. There is
7 another case where I served as an expert
8 witness for a drugstore company. It was a
9 patient -- yeah, I guess a person, a customer
10 of theirs, who fell in their store and
11 claimed that the fall caused urinary
12 incontinence; and I was not deposed. I just
13 wrote an expert report or expert opinion.
14    Q.    On behalf of the drugstore?
15    A.    Correct.
16    Q.    And your opinion in that case --
17    A.    Was that the fall did not cause
18 the incontinence. She had that before the
19 fall.
20    Q.    Okay. Is there anything else?
21    A.    That's all.
22    Q.    Okay. So you understand that in
23 Ms. Huskey's case, you're serving as an
24 expert witness for Ethicon. Is that right?

</td></tr>
</table>

4 (Pages 13 to 16)

Christina Pramudji, M.D.

Page 17

1    A.    Yes.
2    Q.    But in addition to serving as an
3 expert in the litigation and the -- let me
4 make sure I get this right -- Schubert, Lewis
5 and Huskey cases, you've also done other work
6 for Ethicon. Isn't that right?
7    A.    That's correct.
8    Q.    Okay. So can you tell me what it
9 is, what type of work you have done for
10 Ethicon outside of the expert witness arena?
11    A.    Sure. I have done primarily
12 preceptorship work, teaching other physicians
13 the techniques with Prolift, TVT-O, Solyx --
14 not Solyx -- TVT-Secur and Prolift+M. I have
15 done some advisory panels, for which I was
16 reimbursed. And I have helped moderate at
17 meetings and at their booth at the AUA.
18    Q.    And in each of these positions,
19 you were compensated for the work that you
20 did for Ethicon?
21    A.    Yes, I was.
22    Q.    And how much -- were you
23 compensated on an hourly basis?
24    A.    They typically do it as a

Page 18

1 half-day basis.
2    Q.    Okay. And how much were you
3 reimbursed for a half day?
4    A.    $1,500.
5    Q.    Okay. And how much are you
6 compensated in this litigation for the work
7 that you do for Ethicon?
8    A.    $600 per hour or $700 per hour
9 for deposition and trial.
10    Q.    Okay. When did you begin doing
11 work for Ethicon?
12    A.    Around 2005.
13    Q.    And how did you come to work with
14 Ethicon regarding their mesh products?
15    A.    My senior partner, Dr. Anhalt,
16 had been a preceptor for Ethicon for the TVT
17 retropubic. He was the first person in
18 Houston to do that procedure, and so he had a
19 relationship with Ethicon. And we operate
20 together quite a bit so he recommended to
21 them that they start to involve me as well,
22 and we would do the preceptorships together.
23    Q.    Okay.
24    A.    Most of the advisory boards and

Page 19

1 the preceptorships, we would do together.
2    Q.    And does that continue to this
3 day, that you do most of that work with your
4 partner?
5        MR. SNELL: Form.
6    A.    No. We don't have -- we don't do
7 preceptorships anymore.
8 BY MS. KIRKPATRICK:
9    Q.    You don't do them at all?
10    A.    No. They haven't had any new
11 products that they need preceptors for.
12    Q.    Okay. So I want to just go
13 through a list of work you may have done with
14 Ethicon and just establish some basic facts
15 about it. You testified that you've been
16 parts of advisory boards or advisory panels?
17 Is that right?
18    A.    Yes.
19    Q.    And was that compensated at that
20 rate of $1500 a half day?
21    A.    Yes.
22    Q.    What advisory boards or panels
23 did you work on for Ethicon?
24    A.    I can only remember a couple off

Page 20

1 the top of my head. There was one where they
2 wanted to hear from urologists, it was
3 specifically urologists that went to their
4 headquarters in New Jersey, and they were
5 getting our feedback on the mesh procedures
6 and future directions that they might want to
7 take.
8    Q.    Uh-huh.
9    A.    And I remember one that was
10 specifically just Dr. Anhalt and I and they
11 had some sort of secret new procedures that
12 they were kind of just throwing -- you know,
13 getting our feedback on, getting our opinion
14 on.
15    Q.    Okay. Do you remember any
16 others?
17    A.    I can't remember any others off
18 the top of my head.
19    Q.    Okay. Do you remember just
20 generally how many advisory boards you'd have
21 served on for Ethicon, the ballpark figure?
22    A.    I feel like there may have been
23 one or two more than what I can remember.
24    Q.    Okay. So it's safe to say

5 (Pages 17 to 20)

Page 21

1 somewhere between maybe two and five?
2     A.    Yes.
3     Q.    Okay.  You also testified that
4 you were a sponsored speaker or somebody
5 who's addressed or spoken on behalf of
6 Ethicon at meetings?  Is that right?
7     A.    Yes.
8     Q.    Okay.  And can you tell me which
9 meetings you spoke about -- or, excuse me,
10 strike that.
11         Can you tell me which meetings
12 you represented Ethicon at?
13         MR. SNELL:  Form.  Go ahead.
14     A.    AUA in Anaheim; that would have
15 been around -- let's see -- 2007, I believe.
16 I helped give some talks about cases at the
17 AUA booth.
18 BY MS. KIRKPATRICK:
19     Q.    Uh-huh.
20     A.    And then at one of the last -- I
21 think the last TVT summit, which was in
22 Sonoma, I moderated a -- what did they call
23 it -- it was sort of a case discussion where
24 one physician would present cases and I would

Page 22

1 moderate the questions and, you know, if
2 people wanted to ask questions and bring up
3 certain issues that we would talk about.
4     Q.    Did these involve SUI products,
5 POP products or both?
6     A.    Both.
7     Q.    Okay.  So you gave me two that
8 you remember.  Are there any others?  Can you
9 give me a ballpark of how many times you
10 served as a compensated speaker for --
11     A.    That's all I can remember for
12 that.
13     Q.    Okay.  You also said that you did
14 preceptorship work on Prolift, Prolift Plus
15 and TVT-O, TVT Secur.  Is that right?
16     A.    Yes.
17     Q.    Have you ever done it for the
18 TVT Classic?
19     A.    No.
20     Q.    How many times have you done
21 preceptorships for the TVT-O?
22     A.    It would have been in conjunction
23 with the Prolift cases.  They would not have
24 been separate preceptorships only for that.

Page 23

1     Q.    Okay.  And do you know about how
2 many times?
3     A.    Maybe somewhere between five and
4 10, I would say.
5     Q.    Okay.  Have you ever presented to
6 the sales force or any sales representatives
7 at Ethicon?
8     A.    No.
9     Q.    Have you ever performed any
10 product research for Ethicon?
11     A.    No.
12     Q.    Have you ever received any grant
13 money from Ethicon to perform research or do
14 any kind of medical reviews for them?
15     A.    No.
16     Q.    Have you ever been asked to
17 provide any information or input into
18 publications that Ethicon is doing?
19     A.    No.
20     Q.    Have you ever participated in any
21 design validation projects?
22     A.    No.
23     Q.    So in other -- in addition to the
24 things that we've spoken about, is there

Page 24

1 anything else that you have done for Ethicon
2 outside of the expert arena between 2005,
3 when you started working with them, through
4 the present?
5     A.    Not that I can recall.
6     Q.    Can you tell me how much money to
7 date you have been paid by Ethicon for your
8 non-expert work?
9     A.    I don't remember that number.
10 That was presented in the prior case, so that
11 data is available.
12     Q.    Okay.  Since that time, have you
13 been compensated by Ethicon for any
14 non-expert work?
15     A.    No.
16     Q.    So the numbers that you gave in
17 the Lewis case would be current through
18 today?
19     A.    That's correct.
20     Q.    Okay.  When did you become
21 retained or when did Ethicon retain you to
22 work as an expert in pelvic mesh litigation?
23     A.    They started talking to me about
24 a year and a half ago, is the initial

Christina Pramudji, M.D.

Page 25

1 meeting, and then I officially was retained
2 last summer, 2013.
3     Q.     So retained in the summer of
4 2013.
5           And who approached you about
6 working with Ethicon as an expert?
7     A.     The first person was Michael
8 Brown.
9     Q.     And who else have you spoken to
10 concerning your work with -- as an expert
11 witness for Ethicon?
12           MR. SNELL:  In any -- just so I
13 understand, in any kind of shape, form?
14 Depositions, trial?
15           MS. KIRKPATRICK:  Yeah, just who
16 have you spoken to.
17           MR. SNELL:  Okay.
18     A.     Well, of course, Burt Snell,
19 Christy Brown -- I mean Christy Jones.  Where
20 did that come from?  Christy Jones.
21 BY MS. KIRKPATRICK:
22     Q.     Don't tell her that, okay?
23     A.     I'm sorry.
24           And when I was in Charleston,

Page 26

1 West Virginia, I met several attorneys but I
2 don't remember all their names.
3     Q.     Okay.  But you've primarily
4 worked with Mr. Snell and Ms. Jones on these
5 cases.  Is that right?
6     A.     Yes.  Oh, I did do one deposition
7 prep with Anita Modak-Truran.
8           MR. SNELL:  Good enough.
9 BY MS. KIRKPATRICK:
10     Q.     Okay.  Anyone else?
11     A.     No, that's all.
12     Q.     Okay.  And can you tell me, were
13 the figures that you relayed before in your
14 Lewis testimony current as of that time on
15 the amount of money that you've been paid for
16 expert services by Ethicon?
17     A.     Yes.
18     Q.     Okay.  Since the time of your
19 Lewis deposition, how much money have you
20 been paid by Ethicon for your expert
21 services?
22     A.     I would have to look at the exact
23 number.  I can give you a ballpark.  It was
24 around $50,000.

Page 27

1     Q.     Okay.  So your best estimate,
2 sitting here, is that you've been paid
3 another $50,000?
4     A.     Correct.
5     Q.     Is there any amount that you've
6 billed that's still owing to date?
7     A.     No.
8     Q.     You've billed for all of your
9 services, except, I'm assuming, for the
10 deposition here today, and you've been
11 compensated for everything that you have
12 done?
13     A.     No.  I haven't billed for my
14 Huskey -- anything related to Huskey as of
15 yet.
16     Q.     Okay.  How much time have you
17 spent on Ms. Huskey's case, approximately?
18     A.     Specifically on Ms. Huskey's
19 case, about 50 hours.
20     Q.     Can you tell me what you did in
21 that 50 hours, just a general breakdown of
22 the type of work that you did?
23     A.     Yeah.  I reviewed the medical
24 records, the depositions, write the report;

Page 28

1 the IME, writing the report for that.
2 Reviewing the literature, preparing for
3 today.
4     Q.     Okay.  Let me just ask you
5 briefly about the literature.  In your
6 previous testimony in Lewis and in the expert
7 report that you gave there, you had opinions
8 about what the literature reflected
9 concerning TVT devices.
10     A.     Uh-huh.
11     Q.     Is there any other literature
12 that you are relying on in this case in
13 addition to what you discussed or what you
14 identified in the Lewis case?
15     A.     Yes.  There are a couple of
16 papers that have -- that I've added.
17     Q.     Okay.  Can you tell me which
18 those are?
19     A.     I'd have to go through it and
20 look.
21     Q.     Yeah, whatever you need to look
22 at is fine.
23     A.     And I may -- there may be some
24 that I give you in error because there's so

7 (Pages 25 to 28)

Page 29

1  many papers, and it's hard to remember which
2  ones are new and which ones...
3          (Witness reviews document(s).)
4      A.    This one's new.
5          (Witness tenders document.)
6          (Whereupon, Exhibit Pramudji-4,
7      "Sling surgery for stress urinary
8      incontinence in women: a systematic
9      review and metaanalysis", was marked for
10     identification.)
11     A.    You know, I think without going
12 through my report, it's hard to really
13 remember which ones are which.
14         (Witness tenders document.)
15         (Whereupon, Exhibit Pramudji-5,
16     "Randomized Trial of Tension-Free Vaginal
17     Tape and Tension-Free Vaginal
18     Tape-Obturator for Urodynamic Stress
19     Incontinence in Women", was marked for
20     identification.)
21 BY MS. KIRKPATRICK:
22     Q.    Thanks.
23     A.    Those I know.
24         MR. SNELL:  Just so I'm clear,

Page 30

1  Counsel, are you asking in addition to
2  the ones that she has in her report,
3  anything beyond that?
4          MS. KIRKPATRICK:  What I'm trying
5  to understand is -- you know, we kind of
6  agreed that we're not going to rehash old
7  ground with Lewis, so I don't want to ask
8  about all of the literature out there.
9          I'm asking Dr. Pramudji if she
10 can identify for me what specifically
11 she's relying on that's wasn't covered
12 in Lewis so we can narrow the focus of
13 what we're talking about today.
14         (Whereupon, Exhibit Pramudji-6,
15     "Polypropylene mesh: evidence for lack of
16     carcinogenicity", was marked for
17     identification.)
18         MR. SNELL:  Her report has
19 additions, I know that for a fact.  What
20 I'm trying to understand is you mean
21 beyond those obvious additions in her
22 report, or --
23         MS. KIRKPATRICK:  Right.  What I
24 don't want to do --

Page 31

1          We can go off the record here.
2          (Recess, 10:28 a.m. to 10:34 a.m.)
3  BY MS. KIRKPATRICK:
4      Q.    Okay, Dr. Pramudji.  I'm not
5  trying to give you a memory test here.  What
6  I'm really just looking for are the primary
7  documents that you can recall that you've
8  relied on, the primarily medical literature
9  that you relied on for your opinions in this
10 TVT-O case versus the TVT case that you
11 identified or that you used in Ms. Lewis's
12 case.
13     A.    Okay.
14     Q.    And I understand that you have
15 things on your reliance list and cited in
16 your report and that you intend to rely on
17 those.
18     A.    Yes.  These are a couple others
19 that I don't believe are on the report list
20 that I looked at since that deposition.
21     Q.    Okay.  Let me take a look at
22 those.
23     A.    This one's not specifically about
24 TVT-O, but it's got some useful information

Page 32

1  in it.
2          (Whereupon, Exhibit Pramudji-7,
3      "Long-Term Results of Burch
4      Colposuspension", was marked for
5      identification.)
6  BY MS. KIRKPATRICK:
7      Q.    Okay.  Anything else?
8          (Witness tenders document.)
9          (Whereupon, Exhibit Pramudji-8,
10     "Five-year Results of a Randomized Trial
11     Comparing Retropubic and Transobturator
12     Midurethral Slings for Stress
13     Incontinence", was marked for
14     identification.)
15 BY MS. KIRKPATRICK:
16     Q.    And if you come across anything
17 later, you can certainly let me know.
18         Okay.  Let me just identify these
19 for the record.  Exhibit 4 is a medical
20 article entitled, "Sling surgery for stress
21 urinary incontinence in women: a systematic
22 review and metaanalysis."
23         Exhibit 5 is a medical article
24 from the Journal of Urology entitled

8 (Pages 29 to 32)

Christina Pramudji, M.D.

| Page 33 | Page 34 |
|---|---|
| 1 "Randomized Trial of Tension-Free Vaginal | 1 Ms. Huskey's case. Is that right? |
| 2 Tape and Tension-Free Vaginal Tape-Obturator | 2 A. That's correct. |
| 3 for Urodynamic Stress Incontinence in Women." | 3 Q. Okay. Going back to your work |
| 4     MR. SNELL: Who is the author on | 4 specifically for Ethicon, by the time you |
| 5 that? | 5 were retained as an expert for Ethicon in the |
| 6     MS. KIRKPATRICK: Roderick Teo. | 6 summer of 2013, you had worked for them for |
| 7     Exhibit 6 is from the | 7 about eight years prior to that in the |
| 8 International Journal of Urogynecology | 8 various roles that we have discussed, |
| 9 and Pamela Moalli, "Polypropylene mesh: | 9 correct? |
| 10 evidence for lack of carcinogenicity," | 10 A. That's correct. |
| 11 there we go, got it out. | 11 Q. And you had been compensated a |
| 12     Exhibit 7 is from Gynecologic and | 12 significant sum of money for your work with |
| 13 Obstetric Investigation. It's entitled, | 13 Ethicon prior to your retention as an expert |
| 14 "Long-Term Results of Burch | 14 witness in the summer of 2013. |
| 15 Colposuspension." | 15     MR. SNELL: Form. Okay. Go |
| 16     And Exhibit 8 is from the | 16 ahead. |
| 17 European Association of Urology, | 17 A. Well, define "significant." I |
| 18 "Five-year Results of a Randomized Trial | 18 mean, do you have a specific number in mind |
| 19 Comparing Retropubic and Transobturator | 19 that you're referring to? |
| 20 Midurethral Slings for Stress | 20 BY MS. KIRKPATRICK: |
| 21 Incontinence." | 21 Q. I don't. We can take significant |
| 22 BY MS. KIRKPATRICK: | 22 out if you'd like. You've been compensated |
| 23 Q. And those are articles that | 23 the amount that you identified -- |
| 24 you're relying on for your opinions in | 24 A. Yes. |

| Page 35 | Page 36 |
|---|---|
| 1 Q. -- in your Lewis testimony? | 1 Q. Okay. And what did Ethicon |
| 2 A. Okay. | 2 provide you with as of mid February 2014 to |
| 3 Q. And you haven't been compensated | 3 allow you to make a decision about whether |
| 4 beyond that for any other work? | 4 you supported the position of Ethicon in this |
| 5 A. Correct, yes. | 5 particular case? |
| 6 Q. Okay, thank you. What | 6 A. I can't remember exactly. I know |
| 7 specifically were you asked to do in | 7 it included the operative reports. It |
| 8 Ms. Huskey's case? | 8 included Dr. Byrkit's initial evaluation and |
| 9 A. Well, first I was asked to review | 9 surgery discussion, Ms. Huskey's deposition |
| 10 the basic medical records, the most pertinent | 10 and Dr. Byrkit's deposition. I can't |
| 11 medical records and decide if I felt that I | 11 remember. There was more, but I can't |
| 12 would support the position of Ethicon in this | 12 remember everything. |
| 13 case. | 13 Q. Okay. Did you look at any |
| 14     And then I was asked to provide | 14 medical records from Dr. Siddique? |
| 15 my opinion based on all the medical records | 15 A. Yes. Well, the operative |
| 16 and depositions that had been taken up to | 16 reports, and I believe some of the office |
| 17 that point to formulate my opinions in regard | 17 visits from that. |
| 18 to that case. | 18 Q. What other medical records do you |
| 19 Q. And do you know when you were | 19 recall reviewing at the outset to make the |
| 20 first contacted by Ethicon or their lawyers | 20 initial decision about whether you could |
| 21 about Ms. Huskey's case? | 21 support Ethicon's opinions in this case? |
| 22 A. Yes. It was mid February. | 22     MR. SNELL: Form. |
| 23 Q. Mid February of 2014? | 23     Go ahead. |
| 24 A. Correct. | 24 A. I can't recall. |

9 (Pages 33 to 36)

Christina Pramudji, M.D.

Page 37

BY MS. KIRKPATRICK:
1  BY MS. KIRKPATRICK:
2      Q.    Okay.  And when did you make the
3  decision that you were willing to serve as an
4  expert witness for Ethicon in this matter?
5      A.    After I reviewed those records.
6      Q.    Okay.  And how long did that take
7  you?
8      A.    About a day.
9      Q.    Do you remember who at Ethicon
10  you contacted to say that, yes, you were
11  willing to serve as an expert witness?
12      A.    Mr. Snell.
13      Q.    And was Mr. Snell the person who
14  contacted you in the first instance to ask --
15      A.    Yes.
16      Q.    -- if you would consider being an
17  expert?
18              Have you discussed Ms. Huskey's
19  case with anybody else at Ethicon besides
20  Mr. Snell?
21      A.    No.
22      Q.    Did you tell Mr. Snell what
23  information you would want to review before
24  making a decision whether to serve as an

Page 38

1  expert witness in this case?
2      A.    Yes.
3      Q.    And did he provide all of that
4  information to you?
5      A.    Yes, he did.
6      Q.    Did he provide any other
7  information to you that he believed would be
8  helpful in formulating your opinion in this
9  case?
10      A.    I'm not sure, but I would think
11  so, because there's a very -- I mean, just
12  numerous medical records and depositions.
13  There's several things.
14      Q.    Did he provide you with any
15  literature?
16      A.    Yes, he did.
17      Q.    Okay.  And what literature did he
18  provide you with?
19      A.    Well, he actually helped me with
20  almost all the literature.  It's very
21  comprehensive.
22      Q.    Did you do an independent
23  literature review in connection with
24  Ms. Huskey's case to determine what

Page 39

1  literature you believed was relevant to your
2  opinions in this case?
3      A.    No, I did not.
4      Q.    And that was -- the literature
5  that you relied on was the literature that
6  was provided to you by Mr. Snell?
7      A.    Yes.
8      Q.    Okay.  Did Mr. Snell provide
9  you -- after Mr. Snell had provided medical
10  literature to you, did you go out and
11  research or look for any other types of
12  medical literature to answer any other
13  questions that you may have concerning the
14  issues in this case?
15      A.    Well, I'm always reviewing the
16  literature.  I can't say I did a specific
17  search, but I'm always scanning for new
18  information regarding sling and mesh cases.
19  I haven't really found anything else that
20  hasn't been included that I feel like is
21  relevant to my opinions, but I'm always
22  reviewing the literature, looking for all the
23  information that I can regarding the sling
24  and mesh cases.

Page 40

1      Q.    Okay.  About how many -- let's
2  take a look at your expert report, which was
3  marked, I think, as Exhibit 2 in this case.
4      A.    Uh-huh.
5      Q.    And marked as Exhibit B to this
6  is a -- one, two, three, four, five, six,
7  seven, eight -- somewhere around 20 pages,
8  give or take a few pages, that are listings
9  of medical literature.  Is that correct?
10      A.    Yes.
11      Q.    And this is the medical
12  literature that you've identified about your
13  reliance material in addition to the specific
14  medical articles that you've cited in your
15  report itself, correct?
16      A.    Yes.  Yes.
17      Q.    And Mr. Snell provided you with
18  each of these articles?
19      A.    Yes.
20      Q.    And did you read each of these
21  articles?
22      A.    At least I read the abstract on
23  each of them and skimmed through all of them.
24      Q.    And this is -- there's nothing on

10 (Pages 37 to 40)

Christina Pramudji, M.D.

Page 41

1  this list, apart from the medical articles --
2  well, I'm sorry, that's a bad question.
3       In addition to that, there are
4  some Ethicon documents that you have
5  identified on here, patient brochures and
6  some other information at the end of the
7  list. Do you see that?
8       A.    Yes. The IFU.
9       Q.    It includes the IFU, there's
10 slide decks.
11      A.    Yes.
12      Q.    There's a whole bunch of videos.
13      A.    Correct.
14      Q.    Is that all information that
15 Mr. Snell provided to you specifically in
16 connection with this case?
17      A.    Yes.
18      Q.    Did you do any kind of
19 independent research into any other source of
20 information concerning Ethicon or the company
21 at all, or did you rely solely on what
22 Mr. Snell had provided to you?
23           MR. SNELL: Object to form.
24      A.    You know, just looking back at

Page 42

1  some of my own materials that I had, but they
2  were already on the list, yeah.
3  BY MS. KIRKPATRICK:
4       Q.    Okay. So it's fair to say that
5  everything that is identified in the last
6  three pages here, which are the Ethicon
7  documents, they're all documents that were
8  provided to you by Mr. Snell in connection
9  with this litigation?
10      A.    Yes.
11      Q.    Okay. Now, do you believe that
12 it's important, as a physician, to gather as
13 much information as you can about a patient
14 before making a determination of the cause of
15 a medical condition?
16      A.    Yes.
17      Q.    Okay. And you would consider all
18 of the possible causes of a medical condition
19 when reviewing someone's medical records,
20 correct?
21      A.    Yes.
22      Q.    That's no substitute, though, for
23 actually test- -- for actually talking to a
24 patient and getting a firsthand account of

Page 43

1  what their medical condition is, correct?
2       A.    Well, yes. I mean, the best
3  thing is to take it all in toto; their
4  history, the records that you have, listening
5  to the patient, and of course, examining the
6  patient.
7       Q.    Okay. When did you ask to
8  perform an IME of Ms. Huskey in this case?
9       A.    I can't remember when.
10      Q.    Did you feel confident generating
11 an expert report in this matter without
12 having had the opportunity to speak with
13 Ms. Huskey and examine her?
14      A.    Yes.
15      Q.    Okay.
16      A.    And I did note in my expert
17 report that I would supplement this, once I
18 did the IME.
19      Q.    And you did do that and you
20 provided us with that this week. Is that
21 right?
22      A.    Yes.
23      Q.    Did the IME change your opinions
24 at all?

Page 44

1       A.    No.
2       Q.    How many times have you met with
3  Mr. Snell to prepare for your expert reports
4  and testimony in Ms. Huskey's case?
5       A.    Well, we met in person yesterday
6  and we spoke on the phone a handful of times.
7       Q.    How long did you meet for
8  yesterday?
9       A.    Four hours.
10      Q.    Four hours, okay. You performed
11 the IME of Ms. Huskey on what date?
12      A.    Last Friday, April 4th.
13      Q.    April 4th.
14      A.    Yes.
15      Q.    Okay. And then you issued the
16 report that we've identified as Exhibit 3 on
17 what day?
18      A.    I issued this I believe on
19 April 9th.
20      Q.    And that was Wednesday of this
21 week. Is that right?
22      A.    Correct.
23      Q.    Between Ms. Huskey's IME with you
24 on Friday, April 4th, and the time that you

11 (Pages 41 to 44)

Christina Pramudji, M.D.

Page 45

1  issued your written report identified as
2  Exhibit 3, how many times did you talk to
3  Mr. Snell?
4      A.    Once.
5      Q.    And how long was that for?
6      A.    15 minutes.
7      Q.    Who wrote your IME?
8      A.    I did.
9      Q.    Did you have any input from
10  anyone else?
11          MR. SNELL: Hold on. You're not
12  answering that. We had an agreement and
13  I didn't ask your experts about the
14  drafting process.
15          MS. KIRKPATRICK: No, I think I
16  can ask her if anyone besides -- you're
17  correct, I shouldn't be asking her if it
18  included you, but I think I can ask her
19  if there's anybody else out there who had
20  input into the report and I think you did
21  that in Dr. Steege's deposition regarding
22  Dr. Carey. So you're right, it's a bad
23  question.
24          MR. SNELL: Okay. So she's

Page 46

1  asking you besides any discussions with
2  me, she's talking about any other doctors
3  or any other folks.
4          THE WITNESS: Okay.
5  BY MS. KIRKPATRICK:
6      Q.    So yes, let me pull that back.
7      A.    I understand. Okay.
8      Q.    Is there anyone besides Mr. Snell
9  that you talked to or got input on for the
10  IME itself?
11      A.    No.
12      Q.    Okay. Did you draft your expert
13  report that is identified as Exhibit 2 in
14  this case?
15      A.    Yes, I did.
16      Q.    And is that all your original
17  work product?
18      A.    Yes.
19      Q.    How long did it take you to draft
20  that?
21      A.    A long time. A lot of it was
22  also carryover from the Lewis case, the
23  general opinions.
24      Q.    And did you draft your opinions

Page 47

1  and expert report in the Lewis case yourself?
2      A.    Yes.
3      Q.    Did you work with any other
4  experts to prepare or discuss Ms. Huskey's
5  case?
6      A.    No.
7      Q.    Do you know who is serving as an
8  expert witness for Ethicon besides yourself?
9      A.    I know Burt's told me, but I
10  can't remember right now.
11      Q.    So besides the communications
12  that you've had with the lawyers for Ethicon,
13  you haven't discussed this case with any
14  other experts or any other physicians or
15  anyone else?
16      A.    No.
17      Q.    Okay. Now, sitting here today,
18  what we've marked as Exhibit 2 and Exhibit 3
19  contains all of the opinions that you intend
20  to offer in Ms. Huskey's case, correct?
21      A.    Those are my primary opinions.
22  There may be some new -- if there's some new
23  information that comes out, there may be new
24  opinions that I would offer at the time of

Page 48

1  trial.
2      Q.    Sitting here today, do you recall
3  any opinions as of whatever date --
4  April 11th, I think it is -- in addition to
5  what has been set forth in your expert report
6  marked as Exhibit 2 and in your IME marked as
7  Exhibit 3?
8      A.    No.
9      Q.    You haven't discussed any new
10  opinions or reached any new opinions to date.
11  Is that right?
12      A.    That's correct.
13      Q.    Okay. If you can take a look at
14  Exhibit 1, which is your notice of
15  deposition.
16      A.    Sure.
17      Q.    And I think you testified that
18  you saw this before today?
19      A.    Yes.
20      Q.    Okay. When did you see it?
21      A.    I don't recall.
22      Q.    And attached to the notice of
23  deposition is a Schedule A that identifies a
24  list of things that we asked you to bring

12 (Pages 45 to 48)

Christina Pramudji, M.D.

Page 49

1 with you today to the deposition. Is that
2 right?
3    A.    Uh-huh.
4    Q.    And -- oh, I think they're gone.
5 Looks like you brought about five boxes worth
6 materials?
7    A.    Correct.
8    Q.    Okay. I just want to make sure
9 that I have this correct for the record.
10 That material that you brought today includes
11 all of the materials that you relied on and
12 that were identified in your Lewis case,
13 correct?
14    A.    Hmm...
15       MR. SNELL: I'm going to object
16 to that. Object to the form.
17    A.    I believe so.
18 BY MS. KIRKPATRICK:
19    Q.    Okay. And in addition to that,
20 you've brought information with you that's
21 relevant to Ms. Huskey's case specifically.
22 Is that right?
23    A.    Yes.
24    Q.    Can you identify for the record

Page 50

1 what it is that you brought with you today in
2 response to Schedule A that relates to
3 Ms. Huskey's case?
4    A.    The medical records and the
5 depositions, the reports, the IME report. I
6 believe that's it, that's all.
7    Q.    Okay. Let's talk about the
8 depositions. I know from looking through the
9 box earlier, which I appreciate your letting
10 me do that, that you have a number of
11 reports -- excuse me, a number of depositions
12 that were taken of both fact and expert
13 witnesses in Ms. Huskey's case with you.
14    A.    Yes.
15    Q.    Can you just go through those and
16 identify them for the record, which ones they
17 are that you have reviewed in connection with
18 your testimony and opinions?
19    A.    Uh-huh. Yes.
20       MR. SNELL: Do you want her to
21 actually pull the --
22    A.    Do you want me to just look at
23 the list?
24 BY MS. KIRKPATRICK:

Page 51

1    Q.    Yeah, I mean, you can pull them.
2 I know there are some depositions that you've
3 looked at that were not identified.
4       (Discussion off the record.)
5       MR. SNELL: I thought there was
6 another bidder.
7    A.    Dr. Byrkit; Sohail Siddique,
8 S-I-D-D-I-Q-U-E, first name Sohail.
9 Dr. Elizabeth Mueller, M-U-E-L-L-E-R. Nancy
10 Davidson. John Steege, S-T-E-E-G-E. I
11 skimmed Dr. Colleen Fitzgerald.
12 Dr. Vladimir --
13    Q.    Iakovlev?
14    A.    -- Iakovlev, I-A-K-O-V-L-E-V. Jo
15 Huskey. Did I say Gretchen Dean already?
16       Dr. Dele Ogunleye, D-E-L-E, last
17 name O-G-U-N-L-E-Y-E. Dr. Blaivas,
18 B-L-A-I-V-A-S. Dr. Bruce Rosenzweig,
19 R-O-S-E-N-Z-W-E-I-G.
20    Q.    Is there one right under that
21 too?
22    A.    No, that's Blaivas. I got extra
23 back.
24    Q.    Okay. And did you review all of

Page 52

1 these depositions in connection with your
2 testimony here today?
3    A.    Yes, the ones that I said. There
4 were some that I didn't review in detail.
5    Q.    Okay. I believe you said you
6 didn't review Dr. Fitzgerald in detail?
7    A.    Right.
8    Q.    Which other ones did you not
9 review in detail?
10    A.    Dr. Rominger, Dr. Schoenig, Ruth
11 Teel, Terry Ward and Brian Yocks and Allen
12 Huskey, James Harms, Michelle Irvin.
13    Q.    Okay. So those are depositions
14 that you had available to you but you just
15 skimmed because you didn't think that they
16 were central to your opinions in the case?
17    A.    Correct.
18    Q.    Do you -- outside of your
19 connection in this case, do you know any of
20 the physicians that have treated Ms. Huskey?
21    A.    No.
22    Q.    Do you know any of the physicians
23 who have offered expert opinions on behalf of
24 Ms. Huskey?

13 (Pages 49 to 52)

Page 53

| | |
|---|---|
| 1 | A. No. |
| 2 | Q. Do you know any of them by |
| 3 | reputation? |
| 4 | A. Yes. |
| 5 | Q. Who do you know by reputation? |
| 6 | A. Jerry Blaivas. |
| 7 | Q. And how do you know Dr. Blaivas |
| 8 | by reputation? |
| 9 | A. From AUA courses and from the |
| 10 | literature. |
| 11 | Q. And do you consider him an expert |
| 12 | on the mesh complications and urology issues? |
| 13 | A. No. |
| 14 | Q. You do not. Why not? |
| 15 | A. I consider him an expert in |
| 16 | urology, female urology, but he doesn't have |
| 17 | a lot of experience with implanting mesh. |
| 18 | Q. But you agree he's got a lot of |
| 19 | experience in explanting mesh, don't you? |
| 20 | A. In incontinence treatment. |
| 21 | Q. In explanting mesh specifically? |
| 22 | A. I don't know how much experience |
| 23 | he has with that. |
| 24 | Q. Did you read his deposition? |

Page 54

| | |
|---|---|
| 1 | A. I did. |
| 2 | Q. Okay. Do you remember how many |
| 3 | he said? |
| 4 | A. I don't remember what he said. |
| 5 | Q. How many meshes have you removed? |
| 6 | A. I would say I've probably done 10 |
| 7 | to 20 explants, like complete explants. And |
| 8 | then I've done multiple revisions or partial |
| 9 | removals. |
| 10 | Q. And how -- are those SUI related |
| 11 | specifically? |
| 12 | A. No. They could be pelvic organ |
| 13 | prolapse or SUI. |
| 14 | Q. Okay. And I think you started to |
| 15 | say innumerable and then you went to multiple |
| 16 | partial revisions. |
| 17 | A. Yeah. |
| 18 | Q. Can you give me a ballpark on |
| 19 | those? |
| 20 | A. Sure. I'm going to say probably |
| 21 | around 50 to 60, somewhere in that range. |
| 22 | Q. And do you think that work in |
| 23 | removing SUI devices qualifies you to testify |
| 24 | as an expert here on issues related to the |

Page 55

| | |
|---|---|
| 1 | removal of Ms. Huskey's mesh? |
| 2 | MR. SNELL: Form. |
| 3 | Go ahead. |
| 4 | A. I think, yes, that and my |
| 5 | experience with mesh in general. |
| 6 | BY MS. KIRKPATRICK: |
| 7 | Q. Okay. |
| 8 | A. Over a thousand slings and |
| 9 | Prolift patients. |
| 10 | Q. So you've put mesh in about a |
| 11 | thousand times. Is that right? |
| 12 | A. 15 to -- 1500 to 2000, somewhere |
| 13 | in there. |
| 14 | Q. Okay. And you've removed mesh |
| 15 | from not quite a hundred patients. Is that |
| 16 | right? |
| 17 | A. Uh-huh. |
| 18 | Q. And you also know that you've had |
| 19 | patients who have had their mesh removed by |
| 20 | other physicians, correct? |
| 21 | A. Yes. |
| 22 | Q. And how many patients of yours |
| 23 | have had their mesh removed by other |
| 24 | physicians? |

Page 56

| | |
|---|---|
| 1 | A. I know of two. |
| 2 | Q. Okay. You know of two |
| 3 | specifically? |
| 4 | A. Yes. |
| 5 | Q. But you'd agree with me there's |
| 6 | probably more than that? |
| 7 | MR. SNELL: Form. |
| 8 | A. I don't know. |
| 9 | BY MS. KIRKPATRICK: |
| 10 | Q. Okay. In addition to |
| 11 | Dr. Blaivas, are there any of the other |
| 12 | experts that you know by reputation? |
| 13 | A. Elizabeth Mueller. Well, she's |
| 14 | not an expert, she was a fact witness. |
| 15 | Q. Okay. And what do you know about |
| 16 | Dr. Mueller? |
| 17 | A. She's involved in a lot of |
| 18 | studies related to incontinence and prolapse. |
| 19 | Q. Okay. Anyone else? |
| 20 | A. No. |
| 21 | Q. Okay. Let's try to move pretty |
| 22 | quickly through Schedule A, if we can. |
| 23 | A. Yes. |
| 24 | Q. We asked you to bring records |

14 (Pages 53 to 56)

Christina Pramudji, M.D.

Page 57

1 related to your fees, billing or time spent.
2 I think you told me already you haven't
3 generated a bill related to Ms. Huskey's
4 case. Is that right?
5      A.    That's correct.
6           MS. KIRKPATRICK:  Burt, when
7      that's generated for Ms. Huskey's case --
8           MR. SNELL:  I'll give it to you,
9      of course.
10 BY MS. KIRKPATRICK:
11      Q.    All right.  We asked you to bring
12 an updated copy of your CV.  Is the copy that
13 was provided with your expert deposition the
14 most up-to-date copy of that CV?
15      A.    Yes, it is.
16      Q.    I'll go through that in a minute
17 with you.
18           We asked you to bring with you
19 all documents, including but not limited to
20 videotapes, recordings, databases, whether
21 preliminary or final, prepared by or at your
22 direction in connection with your expected
23 testimony or in connection with the
24 development of an opinion or belief, or an

Page 58

1 assessment or determination of facts,
2 relating to this or any other pelvic mesh
3 cases.
4           Did you bring anything else
5 responsive to that?
6      A.    Just -- the boxes that I brought
7 include everything.
8      Q.    Is there any specific information
9 that you have that is responsive to the
10 requests in Schedule A that you did not bring
11 with you today?
12      A.    On this whole list?
13      Q.    Yeah.  I just want to see if
14 there's anything that wasn't provided.
15      A.    Okay.  I'm trying to think.  So I
16 believe we are going to -- you know, I know
17 at the last deposition he asked for the
18 records of compensation from Ethicon and you
19 were going to be able to get that from him,
20 so everything else is comprehensive.
21      Q.    And what you're talking about
22 there is that after your Lewis deposition,
23 you provided records to Mr. Kountze
24 concerning the amount of money that you've

Page 59

1 been compensated by Ethicon, correct?
2      A.    Yes.  He wanted the consulting
3 agreements and the record of compensation so
4 I provided everything that I had related to
5 that.
6      Q.    So everything that Mr. Kountze
7 has brings us up to date and current on that
8 request?
9      A.    That's correct.
10           MR. SNELL:  And I'll just make a
11      note for the record it was provided to
12      MDL liaison counsel as well.  It was
13      provided to multiple people.
14           MS. KIRKPATRICK:  I just want to
15      know where to get it.  So I can get it
16      from --
17           MR. SNELL:  MDL liaison counsel
18      has the payments, all of that stuff.
19           MS. KIRKPATRICK:  MDL liaison
20      counsel or --
21           MR. SNELL:  Jeff Kuntz, Bryan
22      Aylstock, they were all sent that.
23           MS. KIRKPATRICK:  Okay.  So the
24      leads for Ethicon specifically had them,

Page 60

1 that's great.
2           MR. SNELL:  Yeah.  Also
3      Dr. Pramudji produced documents,
4      communications between her and Ethicon
5      that were --
6           THE WITNESS:  Oh, that's right,
7      all those emails.  There weren't that
8      many, but I had to go through them.
9           MR. SNELL:  That production was
10      made on the MDL plaintiffs' counsel as
11      well.
12 BY MS. KIRKPATRICK:
13      Q.    Okay.  And that was a production
14 that you made in connection with the Lewis
15 case, correct?
16      A.    Correct.
17      Q.    Is there anything else that you
18 have generated, any other communications you
19 have had with Ethicon outside of your work as
20 an expert witness?
21      A.    No.
22      Q.    There's no other communications?
23      A.    No.
24      Q.    There's no other emails?

15 (Pages 57 to 60)

Page 61

1    A.    No.
2    Q.    There's no other billings or
3  anything like that?
4    A.    That's correct.
5    Q.    So what I can get from them will
6  be the complete copy?
7    A.    Yes.
8    Q.    Okay, great.  Is there anything
9  else that you did not bring with you today --
10   A.    No.
11   Q.    -- that would be responsive to
12  this subpoena?
13        Okay.  Is there anything here --
14  well, we can talk about that off the record.
15        Okay, Dr. Pramudji.  You are a
16  urologist, correct?
17   A.    Correct.
18   Q.    And there's a difference between
19  being a urologist and a urogynecologist,
20  isn't there?
21   A.    Yes, there is.
22   Q.    Can you describe the difference
23  for me, please?
24   A.    Yes.  A urologist has six years

Page 62

1  of surgical training centered around the
2  urinary tract, and there is also pelvic floor
3  training in that as well.  We do major
4  surgery such as bladder removal,
5  reconstruction, kidney removal, very detailed
6  reconstruction of the urinary tract.
7        Now, there is -- I'm sure you're
8  aware, the Female Pelvic Medicine and
9  Reconstructive Surgery board, which I did sit
10  for, based on my experience, and passed,
11  which is basically the same thing as
12  urogynecology, minus the hysterectomy.  I do
13  not do hysterectomies but I do everything
14  else that a urogynecologist would do.
15   Q.    Okay.
16   A.    A urogynecologist does a
17  four-year obstetrics and gynecology residency
18  so they only have approximately two years of
19  surgical training and then they have a
20  fellowship of three years, and it's centered
21  around the pelvic floor.
22        But in my training, I worked with
23  Drs. Rodney Appell and Timothy Boone, who are
24  very renowned female urologists, and I did

Page 63

1  not feel the need to do a fellowship because
2  I had excellent training with them.
3    Q.    And you're talking about
4  specifically a fellowship in urogynecology?
5    A.    Or we call it a female urology
6  fellowship from coming out of urology.
7    Q.    Female urology, okay.
8        And you felt that the training
9  that you had received during your residency
10  qualified you to do -- to focus your
11  attention on female urology issues without
12  going through that fellowship?
13   A.    Yes.
14   Q.    How long have you treated women
15  with stress urinary incontinence?
16   A.    Including residency, 16 years.
17   Q.    When did you start using
18  polypropylene slings to treat women with
19  stress urinary incontinence?
20   A.    I was trained on it in residency,
21  2001, and then I used it in private practice
22  starting in 2002 when I first began as a
23  practitioner.
24   Q.    Okay.  And in 2002, the only

Page 64

1  polypropylene sling kits that were on the
2  market were implanted using the retropubic
3  method.  Is that right?
4    A.    That's correct.
5    Q.    So you were trained in your
6  residency to implant a retropubic sling?
7    A.    Yes.
8    Q.    And when you started in private
9  practice, you continued to implant the
10  retropubic sling.  Is that right?
11   A.    That's right.
12   Q.    What brand did you use?
13   A.    I'm sorry, what?
14   Q.    What brand?
15   A.    The Ethicon.
16   Q.    Have you ever implanted anything
17  besides Ethicon?
18   A.    Yes.
19   Q.    Which ones have you used?
20   A.    AMS, Caldera, C-A-L-D-E-R-A,
21  Boston Scientific.  I think that's all.
22   Q.    And at the time you started using
23  these in your practice in 2002, did you
24  believe that the retropubic was an effective

16 (Pages 61 to 64)

Christina Pramudji, M.D.

Page 65

1 way to treat women with stress urinary
2 incontinence?
3     A.    Yes, very effective and very safe
4 and much less invasive than what we had been
5 doing for incontinence.
6     Q.    Okay.  Let's talk about that a
7 little bit, going back to 2002.  When you say
8 that it was safe, did you rely on medical
9 literature at the time to convince yourself
10 that it was safe?
11     A.    Absolutely.  It was a big debate,
12 you know, at residency, because -- and we
13 were, you know, carefully looking at the
14 literature at that time because it was a new
15 procedure.  Members of my faculty were
16 skeptical, so we were, you know, looking at
17 it carefully.
18     Q.    Now, at the time that you started
19 implanting these, the kits to treat stress
20 urinary incontinence had been on the market
21 for about four years.  Is that right?
22     A.    That sounds about right.
23     Q.    Okay.  And you know that there
24 were no clinical trials done prior to the

Page 66

1 launch of the TVT Classic.  Isn't that right?
2         MR. SNELL:  Form, misstates the
3 evidence.
4     A.    There were trials.
5         MR. SNELL:  Foundation, too, for
6 that one.
7 BY MS. KIRKPATRICK:
8     Q.    Which ones did you rely on?
9     A.    The ones in Europe that were done
10 with Ulmsten and...
11     Q.    Okay.  So the Ulmsten, so that
12 was what you relied on for the safety?
13     A.    Uh-huh.
14     Q.    Anything else besides the Ulmsten
15 studies?
16     A.    Are you talking about what I
17 relied on in 2000?
18     Q.    I just want to know what it was
19 that you had looked at to convince yourself
20 that this was safe.
21     A.    I can't remember.  There was
22 multiple studies that -- there was always
23 something coming out in the Journal of
24 Urology that we would look at, at journal

Page 67

1 club.
2     Q.    But the one that stands out to
3 you was the Ulmsten study.  Is that right?
4     A.    Well, that was in response to
5 your question that there were no studies
6 prior to the launch.
7     Q.    Okay.  So in addition to the
8 Ulmsten study, which obviously you do recall,
9 what other studies do you remember looking
10 at, if any?
11     A.    I don't remember.
12     Q.    Were any of the studies that you
13 looked at at the time designed to look at the
14 long-term safety of the product when
15 implanted permanently in women?
16     A.    Well, at that point I think they
17 didn't have more than maybe four- or
18 five-year data, so I can't recall.
19     Q.    Okay.  So we agree that the
20 maximum amount of time that could have been
21 looked at at that time is probably about four
22 to five years?
23     A.    Correct.
24     Q.    Do you recall whether any of the

Page 68

1 studies that you looked at, however, were
2 designed to look at the issue of safety as
3 opposed to efficacy?
4     A.    I don't recall.  But I would
5 think that there were, because that was our
6 big question, is this going to be safe to put
7 in, polypropylene mesh in women, into their
8 vaginal area; so that was definitely on the
9 forefront of our minds.  Baylor residency,
10 top residency program, we were all really
11 looking at that carefully, and the conclusion
12 was that it was safe.
13     Q.    But you don't recall any studies
14 that were specifically designed to look at
15 the issue of safety?
16         MR. SNELL:  Form.
17     A.    That was too long ago.  I can't
18 specifically say any specific studies.
19 BY MS. KIRKPATRICK:
20     Q.    And you'll agree with me, even if
21 those -- if those studies did exist, the
22 maximum amount of time they would have been
23 looking at was about four to five years?
24     A.    Yes.

17 (Pages 65 to 68)

Case 2:12-md-02327 Document 2153 Filed 05/09/16 Page 38 of 48 PageID #: 57246
Case 3:20-cv-00851-MO Document 213-3 Filed 05/26/20 Page 37 of 478
Christina Pramudji, M.D.

Page 69

1    Q.    Do you have any concerns with
2  using the retropubic approach to implant a
3  polypropylene sling?
4    A.    I'm sorry, could you repeat that
5  question?
6    Q.    Did you have any concerns about
7  the safety of using a retropubic device to
8  treat stress urinary incontinence?
9    A.    Well, it has to be done properly.
10 I think it's been well established that if it
11 is done properly and in an appropriate
12 patient, that it is safe.  The risk to
13 benefit ratio is quite favorable for women.
14   Q.    Okay.  What do you mean by "done
15 properly"?
16   A.    Following surgical principles,
17 following the recommended guidelines for use.
18   Q.    And when you're talking about
19 that, are you talking about the instructions
20 for use that, for example, Ethicon will
21 publish with the kits themselves?
22   A.    That's part of it, but also just
23 applying general surgical principles that
24 we're taught in residency.

Page 70

1    Q.    Okay.  Anything else that you
2  mean by "if done properly"?
3    A.    Well, I mean, for me, I think
4  there needs to be that just basic surgical
5  attention to detail, meticulous handling of
6  the tissues, and I think it's important to
7  just be aware of each step that you're doing
8  in a surgical procedure.
9    Q.    Okay.  Thank you.
10       And you also had said that in
11 appropriate candidates.
12   A.    Uh-huh.
13   Q.    Who would not be an appropriate
14 candidate for the implantation of a
15 retropubic polypropylene midurethral sling?
16   A.    Well, a patient that does not
17 have healthy enough tissue, if their tissue
18 is very thinned out, so there might be
19 concerns about how they might heal.
20   Q.    Uh-huh.
21   A.    Or they do not have, of course,
22 documented stress urinary incontinence,
23 either by their history or by urodynamics; if
24 they have only urge incontinence, of course

Page 71

1  that wouldn't be appropriate.
2    Q.    And of course it wouldn't be
3  appropriate if they had neither stress
4  urinary incontinence nor urge urinary
5  incontinence, correct?
6    A.    Yeah.  Yeah, of course.
7    Q.    So you need to have a diagnosis
8  of the condition before it would be
9  appropriate.
10   A.    Yes.
11   Q.    Okay.  So apart from women who
12 don't have SUI and women who may not have
13 healthy tissue, is there any other
14 contraindication that you believe exists for
15 who would be an inappropriate candidate for a
16 retropubic synthetic sling?
17       MR. SNELL:  Form.
18   A.    Not as a general category.
19 BY MS. KIRKPATRICK:
20   Q.    Okay.  How many retropubic
21 devices have you implanted, approximately?
22   A.    I think the number is around 300.
23   Q.    About 300 total?
24   A.    Yes.

Page 72

1    Q.    And of the 300 patients that
2  you've implanted a retropubic device, can you
3  give me a ballpark of how many you've had to
4  remove or excise the device from?  Do you
5  remember?
6    A.    It's going to be a very low
7  number.  I don't -- I mean, honestly, one or
8  two that I would remove it.
9        Now, if there's a mesh exposure,
10 if you're referring to that category as well,
11 that's probably about a half a percent rate
12 for my patients.
13   Q.    So half a --
14   A.    So 1 out of 200.
15   Q.    So 1 out of 2- -- so you think
16 that you've got probably one to two patients
17 that you've actually had to go in and remove
18 the sling and you've probably got one or two
19 other patients that you've had to go and
20 excise the mesh if there's an erosion.  Is
21 that correct?
22   A.    Partially, yes.
23   Q.    Okay.  Why did you have to remove
24 the mesh in the one or two patients?  Do you

18 (Pages 69 to 72)

Christina Pramudji, M.D.

**Page 73**

1  remember what the complications were?
2      A.    I can't remember the details.
3      Q.    Do you have a general memory?
4      A.    No.
5      Q.    What are the circumstances in
6  which you, as a physician and as a surgeon,
7  would choose to remove a retropubic
8  polypropylene sling from a patient?
9      A.    If they're having significant
10  voiding dysfunction and obstruction and the
11  sling really isn't effective, then I might go
12  in and remove the part of the sling that's
13  around the urethra, so a urethrolysis.
14          Or if they have a mesh exposure
15  that can't be managed just with a small
16  revision, then I might need to go ahead and
17  take out the sling that's around the urethra
18  and in the vagina.
19      Q.    Okay.  Anything else?
20      A.    No.
21      Q.    Okay.  Now, at some point you
22  began to use a transobturator sling as
23  opposed to a retropubic, correct?
24      A.    Yes.

**Page 74**

1      Q.    And if I remember correctly, is
2  that about 2006?
3      A.    Yes.  Maybe -- I think it was
4  before that.
5      Q.    Before that?
6      A.    Yeah.
7      Q.    When did you start to do that?
8      A.    I think it was 2004.
9      Q.    2004, okay.  And what was the
10  first transobturator midurethral
11  polypropylene sling that you used?
12      A.    The TVT-O.
13      Q.    And you agree with me that the
14  TVT Classic and the TVT-O are made with the
15  same material, correct?
16      A.    That's correct.
17      Q.    But they're inserted into women
18  differently, correct?
19      A.    Correct.
20      Q.    And they go through different
21  parts of their anatomy in the insertion
22  process?
23          MR. SNELL:  Form.
24      A.    The trocar does go through a

**Page 75**

1  different area.
2  BY MS. KIRKPATRICK:
3      Q.    And the mesh actually sits in a
4  different part of the pelvic cavity.  Isn't
5  that right?
6      A.    That's correct.
7      Q.    Okay.  Before you started
8  implanting TVT-O slings, had you performed
9  any surgery in the transobturator space in a
10  woman?
11      A.    No.
12      Q.    Is there any other surgery that
13  you perform as a urologist that occurs in the
14  transobturator space of a woman?
15      A.    No.
16      Q.    Why did you change from using a
17  retropubic to using a transobturator
18  approach?
19          MR. SNELL:  Form.
20      A.    The TVT Classic had more of a
21  risk of bladder perforation compared to TVT-O
22  and it took longer to do.
23  BY MS. KIRKPATRICK:
24      Q.    How long did it take to do the

**Page 76**

1  TVT Classic?
2      A.    About 20 minutes.
3      Q.    And how long does it take to do
4  the TVT-O?
5      A.    About 10 minutes.
6      Q.    So about a 10-minute -- okay.
7          What information did you rely on
8  in making a decision to use the new surgical
9  technique of implanting a polypropylene
10  midurethral sling through the transobturator
11  space?
12      A.    I looked at the literature that
13  was available at that time, and I can't
14  remember specifically what it was.  I
15  apologize.  But to show that it was as
16  effective, because that was my concern, that
17  it was going to be as effective as the TVT.
18  It's faster, less risk of bladder
19  perforation, but is it going to work as well.
20      Q.    Okay.  And you looked at the
21  medical literature at the time and satisfied
22  yourself that it was going to be equally
23  effective?
24      A.    Yes.

Christina Pramudji, M.D.

Page 77

1  Q. What, if anything, did you do to
2  examine or consider what complications may
3  arise from the use of a midurethral sling
4  through the transobturator approach as
5  opposed to the retropubic approach?
6  A. Well, the initial literature that
7  was available that would report the
8  complications that they experienced. Also
9  talking to other pelvic floor surgeons that
10  had used it.
11  Q. Okay. And you'll agree with me
12  as well that as far as long-term
13  complications associated with use of a
14  transobturator midurethral polypropylene
15  sling that there was relatively limited data
16  available at the time in 2004, correct?
17  A. That's correct.
18  Q. So you would have looked at both
19  the efficacy and you would have looked at
20  what you considered to be the short-term
21  complications that may arise that would have
22  been reflected in medical literature.
23  A. That's correct.
24  Q. Did you talk to anyone at Ethicon

Page 78

1  about it?
2  A. Yes.
3  Q. Okay. Who did you talk to?
4  A. The sales rep.
5  Q. Uh-huh. Anyone else?
6  A. No.
7  Q. Did Ethicon provide you with any
8  information that informed or helped you make
9  a decision to start using the transobturator
10  approach?
11  A. No.
12  Q. How did you get trained to do it?
13  A. My partner, Dr. Anhalt, he went
14  to a course and then he came back and trained
15  me.
16  Q. Talking about the literature
17  that's out there, you agree with me that
18  there's different types of studies that can
19  be done to look at both issues of safety and
20  efficacy in medical devices, correct?
21  A. Correct. You can do a
22  prospective study, a randomized study, a
23  retrospective study; so there's several
24  different ways that you can look at it.

Page 79

1  Q. So you can do a prospective
2  study, a retrospective study, randomized --
3  A. Randomized controlled trial, you
4  can just look at a cohort of patients.
5  Q. You could look at also, I guess,
6  individual case reports.
7  MR. SNELL: Form.
8  A. Correct.
9  BY MS. KIRKPATRICK:
10  Q. What do you think are the best
11  type of studies that can be done to establish
12  the safety of a medical device?
13  A. Well, a randomized controlled
14  trial is considered the top tier of medical
15  evidence, but it's the hardest study to do.
16  Q. And when you say it's the hardest
17  study to do, what do you mean?
18  A. It's hard, especially for
19  surgical studies, to have patients trust in
20  the roll of the dice as far as what procedure
21  they're going to have ahead of time, because
22  they don't know exactly what they're getting
23  into ahead of time.
24  So there have been studies that

Page 80

1  have not worked out, not specifically related
2  to slings, but in surgery in general, where
3  they couldn't accrue patients.
4  Q. Okay. And you would agree with
5  me that's because in randomized controlled
6  studies, most patients want to have a say in
7  what kind of medical/surgical intervention
8  they're going to have, correct?
9  A. They want to know what they're
10  getting into, yes.
11  Q. And they want to know what the
12  potential complications or potential side
13  effects are from a certain procedure. Is
14  that right?
15  A. Correct.
16  Q. And they want to know what the
17  potential efficacy of the procedure is,
18  correct?
19  A. Correct. But part of that's why
20  you're doing the study, so yeah.
21  Q. Yeah. And those patients also,
22  I'll put it in my everyday speak and the
23  non-medical speak, but they kind of want to
24  have some assurance that they're not going to

Christina Pramudji, M.D.

Page 81

1 end up worse off than they were when they
2 went into this trial.  Isn't that right?
3          MR. SNELL:  Form.
4      A.    I think everybody wants that when
5 they go into surgery, yes.
6 BY MS. KIRKPATRICK:
7      Q.    And they want to have some kind
8 of feeling that they're not a human guinea
9 pig in some kind of big surgical experiment.
10 Isn't that right?
11         MR. SNELL:  Objection.
12     A.    Yes.
13 BY MS. KIRKPATRICK:
14     Q.    And so that information is all
15 particularly important to people in making a
16 decision about whether to have a surgical
17 procedure, which is, as you say, one of the
18 limitations of an RCT, correct?
19     A.    Correct.
20     Q.    What would be the next tier down
21 from an RCT?
22     A.    The next tier down would be a
23 prospective study where you're evaluating the
24 results as they come in.

Page 82

1      Q.    And so those are studies in which
2 the device has already been implanted.  Is
3 that right?
4      A.    Typically, yes.
5      Q.    And now you're monitoring a
6 series of patients to see what happens after
7 you put the device in.
8      A.    Correct.
9      Q.    Okay.  And then what is next
10 after that?
11     A.    And then a retrospective study.
12     Q.    Okay.  And can you describe what
13 that is?
14     A.    That's looking back at your data
15 that you have collected.
16     Q.    Okay.  So it's like a data
17 analysis, correct?
18     A.    Correct.
19     Q.    And you'd run like a statistical
20 modeling to see what trends you can discern
21 from the pool of data that you already have
22 in your possession.
23     A.    It can include that, it can
24 include questionnaires of patients, calling

Page 83

1 patients, even examining patients, having
2 them come back in a few years later and
3 looking at where they are right now.
4      Q.    Okay.  And you will agree with me
5 that when you're talking about a permanent
6 medical implant, it's important to look at
7 long-term clinical effects, correct?
8      A.    I think, you know, when you can,
9 obviously, yes.  However, you know, you can't
10 necessarily hold a device for 10 years while
11 you're waiting for long-term studies.
12     Q.    Okay.
13     A.    If you see initial results that
14 demonstrate safety and efficacy, then if
15 the -- you know, if the benefit outweighs the
16 risk, then you proceed forward and then you
17 continue to follow and collect data, which is
18 what I think we've seen with the TVT and the
19 TVT-O, that over, you know, all these years
20 that we've seen thousands of studies that
21 show that or that bear out the safety that
22 was initially seen when it was first
23 beginning to be implanted.
24     Q.    Okay.  So I want to talk a little

Page 84

1 bit about risk-benefit because you just
2 brought this up.
3      A.    Uh-huh.
4      Q.    There's risk-benefit as it
5 applies in the medical literature, which
6 would be what you're discussing, correct?
7 Does the benefit of this product outweigh the
8 risk.  That's a different analysis than what
9 an individual patient goes through to make a
10 decision in her particular case whether the
11 benefit outweighs the risk, correct?
12         MR. SNELL:  Form.
13     A.    Well, to some degree, yes,
14 because each patient is individual.  Each
15 patient has different goals and different --
16 their health is at a different point,
17 different ages, so as far as the literature,
18 we have to look at the whole picture, the
19 whole body of evidence to make a decision
20 about different devices or drugs or what have
21 you.
22          But, yeah, for each patient, it
23 is.  It's a discussion with her doctor and a
24 decision about the risks versus the benefits.

21 (Pages 81 to 84)

Christina Pramudji, M.D.

Page 85

BY MS. KIRKPATRICK:
2   Q.    Right.  And so every patient is
3 entitled to make her own decision about
4 whether the potential risks are acceptable in
5 her particular situation, correct?
6   A.    Correct.
7   Q.    And in order to make that
8 determination, you'll agree with me that a
9 patient has to be informed of all of the
10 risks of a procedure, correct?
11        MR. SNELL:  Form.
12   A.    Well, it's impossible, really, to
13 inform a patient of all the risks of each
14 procedure.
15 BY MS. KIRKPATRICK:
16   Q.    Okay.  So how do you decide which
17 risks you're going to tell your patients
18 about and which ones you're not?
19   A.    Well, for me, and I think for
20 most physicians, you evaluate that patient
21 and, you know, where they are and how they're
22 going to respond to the therapy, tell them
23 about any specific risks that they're at
24 higher risk for or that would be more

Page 86

1 pertinent to their life, and also the main
2 risks that are seen in this procedure or any
3 procedure.
4   Q.    Okay.  And when you talk about
5 main risks, there's two parts to that
6 equation.  The first is you look at just the
7 statistical incidence of that risk over the
8 population.  Is that right?
9   A.    Correct.
10   Q.    But you also look at the severity
11 of the potential complication, correct?
12   A.    Correct.  There's -- it's graded
13 as far as a serious event or a minor event.
14   Q.    Okay.  So you could have a
15 serious adverse event that happens in a very
16 small, small percentage of the population,
17 but it would be important to tell a woman
18 that so she can make the decision whether the
19 risk of that particular serious injury is
20 relevant to her case and her decision,
21 correct?
22   A.    If there's a specific reason with
23 that patient why you would tell her that,
24 then yes.  But for every patient, you don't

Page 87

1 need to tell them about every serious
2 potential adverse event.
3   Q.    Well, let me use an example for
4 you.  When you go in to do surgery, do you
5 always warn your patients that there's a risk
6 of death with surgery?
7   A.    Personally, I do not.
8   Q.    You do not?
9   A.    But I know a lot of surgeons that
10 do, yeah.
11   Q.    Okay.  How do you decide who gets
12 the warning about the risk of death from
13 surgery and who doesn't?
14   A.    Well, I typically don't operate
15 on patients with much of a risk of death.  I
16 mean, I can warn them of that when they're
17 leaving my office, there's a risk of death
18 when you drive home, because there's actually
19 more risk of that than with the surgery that
20 I do.
21        However, if there's a patient
22 that's high-risk for kidney removal or if
23 they just have a lot of major issues, then I
24 would warn them of the risk of death.

Page 88

1        But from the surgeries that I do,
2 the risk of death is so small that -- I mean,
3 and also it's kind of obvious if you're going
4 to surgery, you know, that some strange event
5 could happen and you could die.
6   Q.    Nobody likes to think of that,
7 but you're right.
8        So what I'm trying to understand
9 here is -- and maybe let me ask it like this.
10   A.    Okay.
11   Q.    When you have a patient who comes
12 in to get a TVT-O implanted, are there
13 certain patients that you warn that there's a
14 risk of chronic pain?
15   A.    Yes.
16   Q.    Okay.  Who would those patients
17 be?
18   A.    Well, most all patients, but, you
19 know, particularly if it's a younger patient,
20 they tend to have, in my experience, and I
21 don't know that this has been borne out in
22 the literature, but older patients don't seem
23 to have as much pain issues in their pelvic
24 area.  I don't think their nerves are as

22 (Pages 85 to 88)

Christina Pramudji, M.D.

| Page 89 |
| --- |

1   sensitive.
2         So definitely with younger
3   patients and sexually active patients, I will
4   warn them that that is a very small risk, but
5   it is a risk.
6     Q.   Okay. What do you consider to be
7   a small risk?
8     A.   Oh, like 1 in 500.
9     Q.   Okay. And do you reach that
10   statistic from -- or rely on any medical
11   literature in reaching the statistic that
12   approximately 1 in 500 women who are
13   implanted with a TVT-O may experience chronic
14   pain?
15     A.   I think that the studies that
16   look at chronic pain show that it is very --
17   I mean, it's hardly reported at all because
18   it's so rare.
19     Q.   Okay.
20     A.   And in my experience, I don't
21   think I've seen any patient that had that
22   from a TVT-O.
23     Q.   Okay. So you haven't personally
24   treated physicians [sic]. Can you identify

| Page 90 |
| --- |

1   any particular studies that you have in mind
2   that you're relying on to support your
3   opinion that it's extremely rare to have
4   chronic pain following the implantation of a
5   TVT-O device?
6     A.   I could look through the studies.
7   I don't have them at my fingertips, but I
8   could look through them.
9     Q.   Would glancing through what you
10   have in your report help, or -- I don't want
11   to send you on an exercise of reading 500
12   articles, but if there's anything that jumps
13   out at you, I just would like to know what
14   those are.
15     A.   Uh-huh.
16     (Witness reviews document(s).)
17     A.   Well, specifically for
18   dyspareunia, dyspareunia, even in the
19   short-term, was rare in the Schimpf study.
20   BY MS. KIRKPATRICK:
21     Q.   Can you spell that for the court
22   reporter?
23     A.   Yes, S-C-H-I-M-P-F.
24     Q.   Would that be what we've

| Page 91 |
| --- |

1   identified as Exhibit 4? Is that what you're
2   referring to?
3     A.   Yes.
4     Q.   Okay, great.
5     (Witness reviews document(s).)
6     A.   I can't remember the others right
7   now. I'd have to go through -- go through my
8   binders.
9     Okay, here's one. Athanasiou,
10   A-T-H-A-N-A-S-I-O-U, he said no -- they said
11   no patient reported persistent groin pain at
12   the long-term follow-up.
13     And really, looking at the
14   literature, there's really no mention of
15   dyspareunia, groin pain. As far as, you
16   know, persistent vaginal or pelvic pain,
17   there's really not a lot of that. I mean,
18   it's hardly mentioned at all in the
19   literature.
20   BY MS. KIRKPATRICK:
21     Q.   Okay.
22     A.   And not -- you know, not really
23   seen in practice.
24     Q.   In your practice?

| Page 92 |
| --- |

1     A.   Uh-huh.
2     Q.   Okay. Let's go back to the
3   discussion of just some general principles
4   about the literature.
5     What does primary endpoint mean
6   in the literature and designing a trial?
7     A.   So the primary endpoint is when
8   the study is designed, they're looking at the
9   first thing that they want to evaluate. So,
10   for instance, the subjective cure rate of
11   stress urinary incontinence at one year would
12   be the primary endpoint.
13     And then secondary would be the
14   other side effects, the other complications
15   that were observed in the study.
16     Q.   So am I correct -- oh, do you
17   need to grab that?
18     A.   No, it's okay.
19     Q.   So what happens when one is
20   conducting one of these trials, there's a
21   primary purpose, for example, to establish
22   the efficacy of a particular device, correct?
23     A.   Correct.
24     Q.   And while doing that study,

23 (Pages 89 to 92)

Christina Pramudji, M.D.

Page 93

1 there's other information that you may gather
2 along the way that are relevant to other
3 considerations, correct?
4     A.    Correct.
5     Q.    But the trial is designed with
6 that primary endpoint in mind, correct?
7     A.    Correct.
8     Q.    Do you -- are you aware of any of
9 the trials that you have -- or, excuse me,
10 any of the literature that you relied on that
11 have a primary endpoint of safety as opposed
12 to efficacy?
13     A.    Yes.  Where is that...
14          (Witness reviews document(s).)
15     A.    Okay, here's one of them.  The
16 Collinet, C-O-L-L-I-N-E-T.
17          Did you say specifically for the
18 TVT-O or TVT?
19     Q.    Well, let's establish that.
20 We've agreed with me that the TVT-O approach
21 differs from the retropubic approach,
22 correct?
23     A.    Yes.
24     Q.    And so because they're different

Page 94

1 surgeries, they have different types of
2 complications associated with them, correct?
3          MR. SNELL:  Form.
4     A.    A couple of the complications
5 are -- one of the complications is different.
6 BY MS. KIRKPATRICK:
7     Q.    Okay.  So in order to determine
8 what the complications associated with the
9 transobturator approach, we'd need to be
10 looking at either TVT-O or transobturator
11 studies, correct?
12          MR. SNELL:  Form again.
13     A.    Correct.
14 BY MS. KIRKPATRICK:
15     Q.    Okay.  So do you see anything in
16 there related specifically to transobturator
17 that was designed with the end purpose of
18 measuring the safety of a transobturator
19 midurethral sling?
20     A.    Okay.
21          (Witness reviews document(s).)
22     A.    Here's one that compares TOT to
23 TVT, Ross.  They were mainly looking at
24 safety.

Page 95

1 BY MS. KIRKPATRICK:
2     Q.    And that was a primary endpoint
3 of safety?
4     A.    Yes, comparing the two
5 procedures.  That was one of the primary
6 endpoints.  Oh, and Seratti, that's the one
7 I've been looking for.  "Efficacy, adverse
8 effects and prognostic factors at 5-year
9 follow-up," Seratti, S-E-R-A-T-T-I.
10          (Witness reviews document(s).)
11     A.    Those are the ones that I can
12 find at this moment that kind of focus on
13 safety, but I think there's more.
14 BY MS. KIRKPATRICK:
15     Q.    Okay.  Well, you know, it's not
16 meant to be a memory test.
17     A.    Okay, thank you.
18     Q.    Let me just ask you just a couple
19 of questions.  Now, that Collinet that you
20 cited, that's not an RCT, is it?  It's
21 actually a registry.
22     A.    That's correct.  It's a French
23 registry, uh-huh.
24     Q.    Okay.  And so that's one of the

Page 96

1 retrospective studies that we had talked
2 about, kind of the third tier down on the --
3     A.    I'd have to look at it to -- but
4 just looking at the title, I think so.
5     Q.    Okay.  And do you recall that
6 what they found in that article was that 2.7%
7 of the women in that registry had residual
8 pain following implantation?
9          MR. SNELL:  Form.
10     A.    I'd have to see the article.  I
11 can't recall.
12 BY MS. KIRKPATRICK:
13     Q.    Well, you'd agree with me that
14 2.7 is significantly higher than the 1-in-500
15 number that you've cited from your
16 experience?
17     A.    Pain where, pain for how long?
18 What are they talking about?
19     Q.    Okay.  Well, why don't we -- we
20 can pull that out and look through that at
21 lunch.
22          And the Ross article that you
23 looked at, that was an RCT, correct?
24     A.    Yes.

24 (Pages 93 to 96)

Christina Pramudji, M.D.

Page 97

1    Q.    Okay.  And do you recall that
2  that article reported that there was 15%
3  groin pain at 12 months in the population
4  studied there?
5    A.    I don't recall.  I'd have to see
6  it.
7    Q.    Okay.  And then you also have
8  given me, from before, the Exhibit 5, which
9  is the Dr. Teo article about the "Randomized
10  trial of tension-free vaginal tape and
11  tension-free vaginal tape-obturator," do you
12  remember that?
13    A.    Yes.
14    Q.    And that was a randomized
15  controlled trial, correct?
16    A.    Yes.
17    Q.    And do you recall that 26.4% of
18  the women in that study complained of leg
19  pain after receiving the TVT-O?
20      MR. SNELL:  Form.
21    A.    Yes.
22  BY MS. KIRKPATRICK:
23    Q.    And in fact, that the study was
24  stopped because that was such a high

Page 98

1  incidence rate of pain following the TVT-O
2  procedure?
3      MR. SNELL:  Form.
4    A.    I think it was short --
5  BY MS. KIRKPATRICK:
6    Q.    Shortened?
7    A.    Short duration of pain.  I don't
8  think it was long-term pain at all.  I'm not
9  sure -- really sure why they stopped that
10  study because it wasn't a severe effect.
11    Q.    Okay.  But of the studies that
12  you could identify for me, none of them are
13  long-term randomized control studies designed
14  specifically to look at the incidence of
15  chronic pain, are they?
16    A.    I'd have to review them to be
17  able to make a comment on that.
18    Q.    Okay.  And do you know whether
19  any of them are long-term RCTs designed to
20  look at the rate of dyspareunia following
21  implantation of a transobturator midurethral
22  sling?
23    A.    I'd have to review them.
24    Q.    Okay.  And do you know whether

Page 99

1  any of them are long-term RCT's designed to
2  look at the rate of groin pain after the
3  implantation of a transobturator midurethral
4  sling?
5    A.    I'd have to review the studies.
6    Q.    And I don't want to go through
7  all of them.  Sitting here today, you just
8  don't recall one way or the other whether
9  they're long-term studies, whether they're
10  RCTs versus registries and what the primary
11  endpoint of those studies are; is that fair
12  and accurate?
13    A.    I've looked at so many studies,
14  I'd have to really have them in front of me
15  to be able to make an educated comment on it.
16    Q.    Okay.  I don't want to give you a
17  memory test so I'm not going to ask you 10
18  questions to have you say, "I'm not sure."
19    A.    Thank you.
20    Q.    Let's talk about what you are
21  opining about in this case.  You're not --
22  you don't offer an opinion here that a woman
23  cannot have chronic long-term pain as a
24  result of an Ethicon TVT-O mesh implant, are

Page 100

1  you?
2    A.    No, I'm not.
3    Q.    And you're not here to opine that
4  a woman cannot suffer from de novo
5  dyspareunia as a result of an Ethicon TVT-O
6  device, are you?
7      MR. SNELL:  Form.  Go ahead.
8    A.    That's correct, but it's very
9  rare.
10  BY MS. KIRKPATRICK:
11    Q.    Okay.  But you will agree with me
12  that a TVT-O -- an Ethicon TVT-O device to
13  treat SUI can cause complications in some
14  women, correct?
15    A.    Correct.
16    Q.    And you'll agree with me that the
17  TVT-O device can cause groin pain?
18    A.    Correct.
19    Q.    And can cause chronic pain?
20    A.    It can, yes.
21    Q.    And it can cause acute pain?
22    A.    Yes, as every surgery does.
23    Q.    And can cause dyspareunia?
24    A.    Yes, it can.

25 (Pages 97 to 100)

Christina Pramudji, M.D.

Page 101

1    Q.    And it can cause vaginal pain?
2    A.    I don't really see vaginal pain
3  from it.
4    Q.    You don't see --
5    A.    No.
6    Q.    And you don't think that it can
7  cause vaginal pain?
8    A.    I suppose it could.
9    Q.    Okay.  And you're not -- in
10 looking at Ms. Huskey's medical records and
11 in Ms. Huskey's IME and the pelvic exam you
12 did of her, you're not testifying that she is
13 not experiencing pelvic pain, correct?
14   A.    That's correct.
15   Q.    And in fact, the clinical
16 observations that you have made are similar
17 to the clinical observations noted by
18 Dr. Blaivas in his IME, correct?
19   A.    Correct.
20   Q.    And they're similar to the
21 clinical observations made by Dr. Steege in
22 his IME, correct?
23        MR. SNELL:  Form.
24   A.    I believe that we all found that

Page 102

1  she had tenderness specifically on the left
2  levator muscle and some tenderness throughout
3  the vagina.
4  BY MS. KIRKPATRICK:
5    Q.    And so I guess what I'm getting
6  at is, your clinical observations aren't that
7  different from the clinical observations that
8  you read in the reports that were issued by
9  the plaintiff's experts in this case,
10 correct?
11   A.    Correct.
12   Q.    So where you differ is what the
13 cause of those injuries are.
14   A.    That's right.
15        MS. KIRKPATRICK:  All right.  If
16   we could take a brief break, because I'd
17   like to use the ladies' room, and then
18   I'd like to look at your report and your
19   IME related to Ms. Huskey.
20        THE WITNESS:  Sounds good.
21        (Recess, 11:52 a.m. to 12:10 p.m.)
22 BY MS. KIRKPATRICK:
23   Q.    Instead of starting with
24 Ms. Huskey and then breaking and getting back

Page 103

1  into it, I'm going to actually ask you just a
2  couple of other general questions, hopefully
3  wrap those up again before lunch.
4    A.    Okay.
5    Q.    You will agree with me that a
6  medical device manufacturer has a
7  responsibility to make a safe product, don't
8  you?
9        MR. SNELL:  Form.
10   A.    Well, they have the
11 responsibility to make a product where the
12 benefit outweighs the risks for patients.
13 BY MS. KIRKPATRICK:
14   Q.    Would that be a 51 to 49 percent,
15 or what do you mean by "outweigh"?
16   A.    I mean, they can't put a number
17 on it, but you have to have good results and
18 you have to have -- there's always going to
19 be a risk with any surgery, and you could say
20 that it's not safe for any surgery because
21 that patient had a complication.
22        So you have to look at the
23 general -- the overall picture of the risks
24 and the number of risks that you see based

Page 104

1  on -- compared to the efficacy of the
2  product.
3    Q.    Okay.  Well, let's talk a little
4  bit about the surgical risks.  Now, there is
5  a risk, I agree, associated with any surgery.
6  Correct?
7    A.    Yes.
8    Q.    But there's a different set of
9  risks that exists when a medical device is
10 permanently implanted in a human body,
11 correct?
12        MR. SNELL:  Form.
13   A.    Each surgery has its own
14 individualized risk, whether it's a medical
15 device or any kind of surgery.  They have
16 their own individual risks.
17 BY MS. KIRKPATRICK:
18   Q.    Well, let me see if I can make
19 this a little clearer to see if we're on the
20 same page here.  For a woman who's undergoing
21 TVT surgery, TVT-O surgery, there is the
22 risks, for example, of being under general
23 anesthesia that come with any surgery,
24 correct?

26 (Pages 101 to 104)

Christina Pramudji, M.D.

Page 105

1    A.    Correct.
2    Q.    And there's the risks of making
3 an incision on the vaginal wall that come
4 with any type of pelvic surgeries that are
5 done, correct?
6    A.    That's done, yeah, with an
7 abdominal wall incision.
8    Q.    And anywhere that you make an
9 incision in the body, you can get a localized
10 infection at the area of the incision,
11 correct?
12    A.    Yes.
13    Q.    And that's the same for TVT-O
14 surgery as it is for hernia surgery as it is
15 for open heart surgery, correct?
16    A.    Correct.
17    Q.    So what I'm getting at is,
18 there's certain risks that are attendant to
19 any surgery that you perform, correct?
20    A.    Correct.
21    Q.    And then separate and apart from
22 that, there are risks that go along with
23 specific individual surgeries, correct?
24    A.    That's right.

Page 106

1    Q.    And in the case of looking at a
2 permanently implantable medical device,
3 there's the risks of undergoing the actual
4 surgery at the time of surgery, correct?
5    A.    Yes.
6    Q.    And then there's the risks that
7 you may experience because you have a
8 permanently implantable medical device in
9 your body, correct?
10    MR. SNELL:  Form.
11    A.    Well, there may be unique risks
12 to that procedure.  For instance, with TVT
13 and TVT-O, the risks are the same as any
14 pelvic surgery with the exception of mesh
15 exposure.
16 BY MS. KIRKPATRICK:
17    Q.    Okay.  So mesh exposure is a risk
18 that is unique to the TVT-O or, in fact, any
19 polypropylene sling, correct?
20    A.    Correct.
21    Q.    And it's actually any kind of
22 permanently implantable mesh into the pelvic
23 cavity, whether it's for SUI or pelvic organ
24 prolapse, correct?

Page 107

1    A.    Right.
2    Q.    So that is a unique risk.  And in
3 addition to that, when you implant a foreign
4 body like the mesh into the pelvic cavity,
5 you incite a foreign body reaction, correct?
6    A.    Well, even with just surgery,
7 with sutures that are used to close the
8 vaginal wall from any pelvic surgery, you get
9 a foreign body reaction.
10    Q.    How often do you use
11 polypropylene permanent sutures in the pelvic
12 cavity?
13    A.    Well, if I do a pubovaginal
14 sling, I would use it for that, on the ends
15 of the sling.
16    Q.    Okay.  Anything else that you use
17 a permanently implantable polypropylene
18 suture in the pelvic cavity?
19    A.    Well, me personally, no.  I use
20 the polypropylene mesh for the sacrocolpopexy
21 with permanent Ethibond sutures to attach
22 that to the vaginal wall.  I know that some
23 pelvic surgeons will do a sacrospinous
24 ligament fixation with polypropylene sutures,

Page 108

1 and those can erode.
2    Q.    And do you know of any surgery
3 that leaves polypropylene sutures in the
4 vagina?
5    A.    Any surgery at all?
6    Q.    Uh-huh.
7    A.    Well, sacrospinous ligament
8 fixation, pubovaginal sling.
9    Q.    I mean in the vaginal wall
10 itself.
11    A.    Oh, in the --
12    Q.    In the vagina, yeah, as opposed
13 to the -- I'd asked you before about the
14 pelvic cavity.  Now I want to move on to are
15 you aware of any surgery that is performed
16 that would leave permanently implantable
17 polypropylene sutures in a vagina?
18    MR. SNELL:  Form.
19    A.    I don't know.
20    MR. SNELL:  Do you mean inside
21 the vagina or in the wall of the vagina,
22 in the rectovaginal space behind it,
23 What do you mean by --
24    A.    No, not in the wall of the

27 (Pages 105 to 108)

Christina Pramudji, M.D.

Page 109

1 vagina.
2 BY MS. KIRKPATRICK:
3     Q.    And in fact, absorbable sutures
4 are generally used, if necessary, to close up
5 the vaginal wall, correct?
6     A.    Correct.
7     Q.    And in fact, absorbable sutures
8 are used in the majority of surgeries or
9 repairs that require surgery throughout the
10 human body, correct?
11     MR. SNELL:  Form.
12     A.    No.
13 BY MS. KIRKPATRICK:
14     Q.    No, you don't agree with that?
15     A.    No.
16     Q.    Okay.
17     A.    Depends on the surgery that
18 you're talking about. I mean, heart surgery
19 they use polypropylene, cardiac surgery and
20 vessels, they don't use absorbable sutures.
21     Q.    Okay. But you would agree with
22 me that surgeons and physicians would default
23 and use an absorbable suture in the first
24 instance, and if that was not strong enough

Page 110

1 or was not for the particular application or
2 not appropriate for that particular patient,
3 they would then go to a polypropylene
4 permanently implantable suture, correct?
5     MR. SNELL:  Form, foundation.
6     A.    I mean, that's a broad question.
7 I can't -- I mean, that's a very broad
8 question. I need more specific insight into
9 what you're asking.
10 BY MS. KIRKPATRICK:
11     Q.    Okay. Well, you know, I don't
12 want to get too far afield on this. But with
13 a pubovaginal sling, that's when you use a
14 patient's own tissue to perform a repair for
15 SUI, correct?
16     A.    That's correct.
17     Q.    And in that case, you do use
18 permanent implantable polypropylene sutures,
19 correct?
20     A.    That's correct.
21     Q.    And the actual sling itself
22 cannot and does not erode in that surgery,
23 correct?
24     A.    It can.

Page 111

1     Q.    You've seen a woman's native
2 tissue erode in a pubovaginal sling into an
3 adjacent organ?
4     A.    It's been reported, yes.
5     Q.    Okay. Where has that been
6 reported?
7     A.    I'd have to go through the
8 papers, but there's --
9     Q.    Would it be in the materials that
10 you've provided to me?
11     A.    Yes.
12     Q.    If that has been reported in the
13 medical literature, you would have noted that
14 here?
15     A.    Yes.
16     Q.    And it's the actual sling
17 material itself as opposed to the
18 polypropylene sutures that you believe can
19 erode into an adjacent organ?
20     A.    It can, yes.
21     Q.    Have you ever seen it?
22     A.    I've never seen it, no.
23     Q.    Okay. Have you ever used
24 polypropylene slings in the bladder --

Page 112

1     MR. SNELL:  Form.
2 BY MS. KIRKPATRICK:
3     Q.    -- for any kind of bladder
4 surgery? I'm sorry, suture, polypropylene
5 suture in the bladder.
6     A.    Okay.
7     MR. SNELL:  Form.
8 BY MS. KIRKPATRICK:
9     Q.    No wonder you were looking at me
10 like I was crazy.
11     A.    Yeah.
12     Q.    I was curious, where is she
13 getting that?
14     A.    No.
15     Q.    Okay. Why not?
16     A.    We use absorbable suture in that.
17 Absorbable suture is adequate for that
18 application.
19     Q.    Okay. And actually, using the
20 absorbable suture in the bladder application,
21 it eliminates the risk of potential erosion,
22 correct?
23     A.    Decreases the risk.
24     Q.    Have you ever seen an absorbable

28 (Pages 109 to 112)

Christina Pramudji, M.D.

Page 113

1    suture erode?
2        A.    No, I have not.
3        Q.    Have you ever seen that reported
4    in the medical literature?
5        A.    I don't think so.
6        Q.    Okay. What I'm getting at is in
7    these applications, it's the polypropylene
8    suture that erodes as opposed to the
9    absorbable suture or the native tissue.
10           MR. SNELL: Form.
11       A.    Yeah. I mean, a permanent
12   structure is going to have potentially more
13   likelihood than an absorbable suture because
14   it's there longer.
15   BY MS. KIRKPATRICK:
16       Q.    And you'll agree with me that the
17   amount of polypropylene used in a midurethral
18   sling greatly exceeds the amount of
19   polypropylene that's used in the sutures used
20   to secure a pubovaginal sling, correct?
21       A.    It is more polypropylene, yes.
22       Q.    And it's a lot more
23   polypropylene?
24           MR. SNELL: Form.

Page 114

1        A.    Well, it's a 1-centimeter mesh
2    tape that's used.
3    BY MS. KIRKPATRICK:
4        Q.    Okay. And it's a 1-centimeter
5    mesh tape that's made out of single-filament
6    polypropylene, correct?
7        A.    Correct.
8        Q.    And the suture itself is just a
9    single filament of polypropylene, right?
10       A.    Correct.
11       Q.    That's used to close up a small
12   hole, correct?
13       A.    Right.
14       Q.    About how much polypropylene --
15   single filament of polypropylene do you use
16   in a suture?
17           MR. SNELL: Form.
18       A.    Can you restate that?
19   BY MS. KIRKPATRICK:
20       Q.    How long is it? Is it
21   a centimeter, 2 centimeters, 3 centimeters,
22   4?
23           MR. SNELL: Form.
24       A.    What application are you talking

Page 115

1    about?
2    BY MS. KIRKPATRICK:
3        Q.    In a pubovaginal sling.
4        A.    Pubovaginal sling, it would be
5    about 10 centimeters.
6        Q.    So you use 10 centimeters total
7    of a single-filament --
8        A.    10 centimeters on each side.
9        Q.    Okay. So 20 centimeters, thank
10   you, so that's total.
11           Okay. So we had talked a little
12   bit before about your experience in removing
13   retropubic slings. Do you remember that?
14       A.    Yes.
15       Q.    And you told me that you had
16   removed about 300 -- I'm sorry. You had
17   implanted about 300 total and you had removed
18   1 to 2 and you had, just on a repair, of
19   about 1 to 2. Is that right?
20       A.    Correct.
21       Q.    I forgot to ask you how many
22   transobturator slings you've implanted.
23       A.    About 700.
24       Q.    And do you still use the Ethicon

Page 116

1    TVT-O?
2        A.    Yes.
3        Q.    And how many TVT-O's have you
4    removed?
5        A.    One.
6        Q.    And how many have you --
7        A.    It's very unusual.
8        Q.    -- gone in to do a revision on?
9        A.    For mesh exposure, for
10   obstruction? What are you referring to?
11       Q.    You were the one who made the
12   distinction that there was a difference
13   between doing a removal surgery and then
14   doing what you consider to be a less invasive
15   revision surgery. So you've done one of the
16   more invasive removal surgeries and I'm
17   trying to figure out how many of the less
18   invasive revision surgeries you have done.
19       A.    I don't have a number at the top
20   of my head, but it's, you know, maybe out of
21   700, there may be 20 that I had to go in and
22   cut the sling or go back for a mesh exposure
23   somewhere, ballpark that number, and that
24   would include my patients and patients that

29 (Pages 113 to 116)

Christina Pramudji, M.D.

Page 117

1  were referred to me.
2  Q.  Okay.  And you would agree with
3  me, though, with the transobturator slings,
4  you can't completely remove it if something
5  goes wrong.  Is that right?
6  A.  It can be completely removed.
7  Q.  You think you can remove it
8  without damaging a woman's pelvic anatomy?
9  A.  Well, you have to dissect through
10  the muscles and it's very difficult and it's
11  very rarely done, but it can be completely
12  removed.  And damaging -- I mean, it depends
13  on how you define that.  You -- you know, you
14  do have to go through muscle, so we don't do
15  it very often.  It's kind of painful to
16  recover from.
17  Q.  What muscles do you have to go
18  through in a removal surgery?
19  A.  It's the muscles of the obturator
20  foramen.
21  Q.  Anything else?
22  A.  No.
23  Q.  Okay.  And you know that
24  Ms. Huskey had to have her sling partially

Page 118

1  removed.  Is that right?
2  A.  It was partially removed, yes.
3  Q.  Okay.  And when it was partially
4  removed, you are aware that her physician
5  reported that some of the sling retracted
6  back behind the pubic bone.  Is that right?
7  MR. SNELL:  Form.
8  Go ahead.
9  A.  Well, he was pulling on it to try
10  to dissect it as far as he could, so he was
11  putting tension on it whenever he cut it, so
12  I would expect it to retract, just like any
13  tissue would.
14  BY MS. KIRKPATRICK:
15  Q.  Okay.  But at least you'll agree
16  with me it's certainly not easy to fully
17  remove a transobturator sling if a
18  complication arises, correct?
19  A.  That's correct.
20  Q.  We had also started to talk about
21  some of the warnings that you gave to your
22  own patients who receive the TVT-O, and I had
23  asked you about what warnings you
24  particularly tell your patients of potential

Page 119

1  complications.
2  Can you give me the kind of
3  laundry list of complications that you would
4  routinely tell all of your patients are
5  potential complications from a TVT-O?
6  A.  Well, in --
7  Q.  And when I say TVT-O, I mean any
8  transobturator midurethral polypropylene
9  sling.
10  A.  So in general, I will tell them
11  about the risk of bleeding, infection, injury
12  to the bladder or the urethra, groin pain,
13  which is typically transitory, failure of the
14  wound to heal with mesh exposure and need for
15  further surgery to repair that, pain, chronic
16  pain, dyspareunia, de novo urge incontinence,
17  persistent urge incontinence, urinary
18  retention, temporary or permanent, requiring
19  sling release, potential sling removal.
20  Q.  And for each of those, you think
21  that is important information to provide to a
22  woman so she can make an informed decision as
23  to whether she's willing to accept the risks
24  of the implantation of a TVT-O sling,

Page 120

1  correct?
2  A.  Most women, yes.  And some are
3  more important to some women than to others.
4  Q.  Okay.  Are there any of these
5  that you think are particularly important to
6  thin, active women?
7  MR. SNELL:  Form.
8  A.  I think they're all important to
9  thin, active women.
10  BY MS. KIRKPATRICK:
11  Q.  Okay.  Are there any other --
12  correct me if I'm wrong on this, but I think
13  you also said that there are sometimes
14  warnings that you give patients that might be
15  unique to their particular circumstances or
16  medical conditions.
17  Are there any particular medical
18  conditions or circumstances that you can
19  think of that would warrant different
20  additional warnings regarding the
21  implantation of a TVT-O or a transobturator
22  midurethral sling?
23  MR. SNELL:  Form.
24  A.  Well, if a patient is sexually

30 (Pages 117 to 120)

Christina Pramudji, M.D.

Page 121

1    active, then I would warn her about the risk
2    of dyspareunia with any pelvic surgery. But
3    if it's an older patient that's not sexually
4    active, then it's not -- you know, it's not
5    as important.
6          For a patient with mixed
7    incontinence, with urge incontinence, I would
8    focus on the risk of persistent urge
9    incontinence.
10         For a patient with poor bladder
11   emptying or a difficulty emptying her
12   bladder, I would warn her of the risk of
13   retention, which might be increased for that
14   patient.
15         And if a patient has thin
16   tissues, atrophy or radiation, we would have
17   a discussion about that, about the risk of
18   not being able to heal as well, or if she's a
19   smoker, chronic smoker, we would have a
20   discussion about that so that she could make
21   an informed decision.
22   BY MS. KIRKPATRICK:
23      Q.    Okay.
24      A.    And I might start a patient with

Page 122

1    atrophy on estrogen ahead of time, if it's
2    medically warranted.
3       Q.    Okay. And atrophy is something
4    that happens in a significant population of
5    menopausal women, correct?
6       A.    Yes.
7       Q.    And you would expect to see some
8    change in or thinning of their vaginal tissue
9    with menopause, correct?
10      A.    Yes.
11      Q.    Do you tell all of -- and, you
12   know, barring some godforsaken circumstance,
13   most women hope that they make it until
14   they're old enough to be in menopause,
15   correct?
16      A.    Yes.
17      Q.    And you would just assume that
18   most of your patients who are coming in are
19   likely to get to the point of menopause if
20   they're not already there, right?
21      A.    Correct.
22      Q.    Do you tell any of your patients
23   about the risks that may be attendant to
24   menopausal changes in their vaginal structure

Page 123

1    and the implantation of a TVT-O device?
2       A.    I don't think that's really been
3    borne out in the long-term literature, the
4    17-year data going out on TVT with, you know,
5    exposure suddenly occurring or erosions
6    occurring.
7          So that's part of the discussion
8    with the mesh exposure, a need for further
9    surgery down the line, but I don't
10   specifically talk about that because I don't
11   think that's really been borne out in the
12   vast experience that we have with TVT and
13   TVT-O.
14      Q.    Okay. Now, just talking about
15   pain just for a couple of minutes, there's
16   different kinds of pain that anyone can
17   experience, correct?
18      A.    Correct.
19      Q.    And I'd like to use the example,
20   you can have the regular headache that you've
21   got to take a couple of Advil for, right, and
22   that's different from the pain you experience
23   with a migraine, correct?
24      A.    Correct.

Page 124

1       Q.    Or the pain that you might
2    experience with a concussion, correct?
3       A.    Yes.
4       Q.    Even though they all fall under
5    the kind of umbrella of being a headache.
6       A.    Correct.
7       Q.    And that also is borne out with
8    pelvic pain, correct?
9       A.    Yes.
10      Q.    And there's different kinds of
11   pelvic pain that women can experience?
12      A.    Yes, there's all kinds of
13   different types of pelvic pain.
14      Q.    And there's pelvic pain, for
15   example, that women can experience with
16   menstrual cramps?
17      A.    Yes.
18      Q.    And there's pelvic pain that you
19   can experience if you have a vaginal
20   infection or a yeast infection or something
21   like that?
22      A.    Right.
23      Q.    And there's pelvic pain that you
24   can have from having a bladder infection or

31 (Pages 121 to 124)

Christina Pramudji, M.D.

Page 125

1 something like that, correct?
2    A.    (Witness nods head.)
3    Q.    And do you find in your practice
4 that many women are able to, for example,
5 distinguish between the pain of a bladder
6 infection and menstrual cramps, for example?
7    A.    Yes.
8    Q.    And women generally can
9 differentiate between the degree of pain that
10 they're experiencing pelvically?
11       MR. SNELL:  Form.
12       Go ahead.
13    A.    Most of the time, but there is a
14 lot of overlap in the pelvic area so
15 sometimes it's very difficult to pinpoint
16 where the pain is coming from.
17 BY MS. KIRKPATRICK:
18    Q.    Okay.  And the same is also true
19 that there's different types of dyspareunia
20 and pain with sex, correct?
21    A.    Yes.
22    Q.    And so there's dyspareunia that
23 can be caused by vaginal dryness that's
24 brought on by menopause, correct?

Page 126

1    A.    Yes.
2    Q.    And that's different than the
3 dyspareunia or painful sex that someone can
4 have following, for example, a hysterectomy,
5 when there's some kind of scarring at the
6 vaginal apex, correct?
7    A.    Yes.
8    Q.    And all of that's different from
9 the type of dyspareunia that you would
10 experience if you have a point of tenderness
11 on your vaginal wall in some way, correct?
12       MR. SNELL:  Form.
13    A.    Probably, yes.
14 BY MS. KIRKPATRICK:
15    Q.    Okay.  So dyspareunia isn't
16 dyspareunia isn't dyspareunia, correct?
17    A.    Right.
18    Q.    And you feel that it's important
19 to look at each patient individually to look
20 at their specific symptoms and their specific
21 circumstances to distinguish what type of
22 pelvic pain they're having, correct?
23    A.    Ideally, yes.
24    Q.    Or what type of dyspareunia

Page 127

1 they're experiencing, correct?
2    A.    Yes.
3    Q.    Okay.  And infection is the same;
4 there can be an acute infection at a surgical
5 site, correct?
6    A.    Yes.
7    Q.    And that's resolved in one
8 particular way, correct?
9    A.    Yes.
10    Q.    And then there can also be
11 chronic infections, correct, and those differ
12 from the acute infection?
13    A.    Yes, sometimes.
14    Q.    Okay.  And they're treated
15 differently --
16       MR. SNELL:  Form.
17 BY MS. KIRKPATRICK:
18    Q.    -- than an acute infection?
19    A.    Usually still treated with
20 antibiotics, if it's a bacterial infection,
21 yes.
22    Q.    But it may be the difference
23 between applying, for example, an antibiotic
24 ointment to the site of a surgical incision

Page 128

1 on your skin versus oral antibiotics versus
2 IV antibiotics, correct?
3       MR. SNELL:  Form.
4    A.    It's hard to just categorize it
5 that acute you do this and chronic you do
6 this, because it's --
7 BY MS. KIRKPATRICK:
8    Q.    Okay.  Fair enough.  Fair enough.
9       But you'll agree with me that
10 those are different types of infections and
11 they can't all be lumped together, because
12 they have to be examined and treated
13 differently as to what their particular
14 source is and what the particular duration
15 is, correct?
16       MR. SNELL:  Form.
17       Go ahead.
18    A.    Yeah, you have to take the
19 patient's current situation into
20 consideration, what kind of organism you
21 have, the patient's symptoms, how sick they
22 are; that all has to be taken into
23 consideration.
24 BY MS. KIRKPATRICK:

32 (Pages 125 to 128)

Christina Pramudji, M.D.

Page 129

1    Q.    Okay.  And there's also
2  subclinical infections that can exist in the
3  body as well, correct?
4    A.    Yes.
5    Q.    Okay.  Now, you've testified
6  earlier that it takes about 10 minutes to do
7  a TVT-O surgery.  Is that right?
8    A.    Correct.
9    Q.    And how long is it for a woman
10  from the time she is, you know, wheeled into
11  the operating room till when she comes out of
12  anesthesia?
13         MR. SNELL:  Form.
14    A.    Till she comes out of the
15  operating room or wakes up in recovery room?
16  BY MS. KIRKPATRICK:
17    Q.    Wakes up in the recovery room.
18    A.    So --
19         MR. SNELL:  Hold on.  Same
20  objection.
21         Go ahead.
22    A.    Probably about an hour and a
23  half, hour and 45 minutes.
24  BY MS. KIRKPATRICK:

Page 130

1    Q.    Okay.  So she's under general
2  anesthesia for about one hour and 45 minutes
3  with a TVT-O procedure?
4    A.    No, she's under a general
5  anesthetic about 20 or 30 minutes.
6    Q.    Okay, 20 to 30 minutes, okay,
7  you're right.  So it's about an hour and 45
8  minutes from start until when she wakes up
9  and about 30 -- 20 to 30 minutes of that
10  she's under general anesthesia?
11    A.    Correct, and the rest she would
12  be in the recovery room just kind of coming
13  out, you know, breathing on her own, not
14  being administered more anesthesia.
15    Q.    Okay.  How long does it take you
16  to perform a pubovaginal sling surgery?
17    A.    45 minutes.
18    Q.    So it's a difference of about 35
19  minutes of actual surgery time?
20    A.    Uh-huh.
21    Q.    How long is it from the start
22  when she's wheeled into the operating room
23  till a woman comes out of anesthesia with a
24  pubovaginal sling?

Page 131

1    A.    The prep takes a little longer,
2  so it's probably about two and a half hours.
3    Q.    Okay.  So we're tacking an extra
4  maybe 45 minutes on to the total time?
5    A.    Yes.
6    Q.    Okay.  Now, removal surgeries.
7  The surgery that you did to remove the TVT-O,
8  how long did that take?
9    A.    About 20, 30 minutes.
10    Q.    Okay.  And is that about the same
11  amount of time under -- from the beginning to
12  coming out of general anesthesia as the TVT-O
13  procedure itself?
14    A.    Yes.
15    Q.    About an hour?  You know from
16  talking to your colleagues that some of their
17  removal surgeries can be significantly longer
18  than that, correct?
19    A.    Yeah.  I've read even in some of
20  the records that they take longer to do it.
21    Q.    Do you remember how long
22  Ms. Huskey's took?
23    A.    I don't remember.
24    Q.    And you will agree with me that

Page 132

1  the removal surgeries can be significantly
2  more complicated than the original
3  implantation surgery for the TVT-O, right?
4         MR. SNELL:  Form.
5    A.    It can be harder to find the
6  sling if it's not a dyed sling.
7  BY MS. KIRKPATRICK:
8    Q.    And the removal surgery requires
9  dissection of some of the pelvic tissue,
10  correct?
11    A.    Well, it requires dissecting
12  around the urethra, primarily.
13    Q.    And that can cause additional
14  scar tissue, correct, simply because you're
15  having more surgery in the same location?
16    A.    It could, yes.
17    Q.    Are there any other complications
18  that you think are risks that come from the
19  removal surgery itself?
20    A.    No.
21    Q.    So just the possibility of
22  additional scarring?
23    A.    Yes.
24    Q.    Okay.  We've been talking a lot

33 (Pages 129 to 132)

Christina Pramudji, M.D.

Page 133

1  about kind of the procedure that's used here.
2  You're not a biomaterials expert, correct?
3      A.    Well, I know about the materials
4  that I use for surgery, so I would say that
5  I -- you know, I'm knowledgeable about what I
6  implant in patients.
7      Q.    Okay.  What's the Ethicon TVT-O
8  sling made of?
9      A.    Polypropylene.
10     Q.    Okay.  What's added to that
11  polypropylene?
12     A.    What's added to it?
13     Q.    Uh-huh.
14     A.    I don't know if anything's added
15  to it.
16     Q.    Do you know if there's any
17  antioxidants used in it?
18     A.    No, I don't know.
19     Q.    Do you know what its molecular
20  weight is?
21     A.    I've seen it before, but I don't
22  know off the top of my head.
23     Q.    Do you know whether it's been
24  oxidized before it's been placed into a

Page 134

1  woman's body?
2      A.    No.
3      Q.    Do you know anything about the
4  process of oxidation of polypropylene?
5      A.    No.
6      Q.    And that's not the type of
7  information -- you know that it's made of
8  polypropylene, but you're not intending to
9  offer opinions here concerning the chemical
10  processes that are involved with
11  polypropylene, correct?
12     A.    I don't know about the chemical
13  processes.
14     Q.    Okay.  So you would defer -- you
15  would defer to other experts who would be
16  biomaterials experts or who would be
17  specialists in polypropylene for that
18  particular type of information?
19         MR. SNELL:  Form.
20     A.    I know how it -- I focus on it
21  from the perspective of my patients.
22  BY MS. KIRKPATRICK:
23     Q.    Okay.  So you focus, though, on
24  how you believe the polypropylene sling

Page 135

1  performs in your patients, both from an
2  efficacy standpoint, correct, and from
3  complications that you see?
4      A.    From my experience and from the
5  vast body of literature that's available on
6  polypropylene slings.
7      Q.    Okay.  But I guess I'm just
8  trying to figure out what the parameters of
9  your testimony are.  You're not going to come
10  in and you're not planning on holding
11  yourself out as an expert on polymers and
12  polypropylene and degradation or any of those
13  particular issues related to polypropylene,
14  are you?
15         MR. SNELL:  Form.  And I will say
16  she is.  I am putting her up on that, and
17  it is in her report.
18  BY MS. KIRKPATRICK:
19     Q.    Okay.  How does polypropylene
20  degrade?
21     A.    It doesn't degrade.
22     Q.    So your opinion, sitting here
23  today, that there is no way that any
24  polypropylene that exists in this world can

Page 136

1  degrade?
2         MR. SNELL:  That's overbroad,
3  form.
4         Go ahead.
5      A.    That's a very broad question.
6  You know, from how it's used in the body in
7  sutures and in slings, it doesn't degrade;
8  that's why it's a permanent suture.  That's
9  why heart surgeons rely on it and cardiac
10  surgeons rely on it to sew up your aorta when
11  you have aortic surgery.
12         So if it degraded, it would not
13  be used in that application.  There's no
14  clinical degradation that occurs.
15  BY MS. KIRKPATRICK:
16     Q.    So you believe that there's no
17  evidence that exists, either in Ethicon's own
18  documents or in the literature, that supports
19  the theory that polypropylene sutures can
20  degrade --
21         MR. SNELL:  Form.
22         Go ahead.
23  BY MS. KIRKPATRICK:
24     Q.    -- in vivo?

34 (Pages 133 to 136)

Christina Pramudji, M.D.

Page 137

1        MR. SNELL:  Form.
2       A.    I mean, I can't say that there's
3  nothing out there that they didn't do any
4  kind of manipulation to polypropylene or look
5  at it a certain way and found some
6  degradation there, but does it matter to
7  patients and to this case, no.
8  BY MS. KIRKPATRICK:
9       Q.    Has Mr. Snell or any of the
10  attorneys for Ethicon provided you with any
11  Ethicon documents reflecting degradation of
12  polypropylene sutures?
13       A.    I mean, I think I saw some
14  internal communication, I can't remember if
15  it was from Mr. Kountze or from Mr. Snell, I
16  don't remember, but I know that that is out
17  there, that that was something that the
18  engineers were talking about and Ethicon was
19  talking about.
20       But clinically, I'm telling you
21  it does not make a difference, and I don't
22  believe that there's degradation that occurs
23  that it makes any hill of beans' difference
24  for patients.

Page 138

1       Q.    Okay.  So let me just figure out
2  what you are testifying about and what you're
3  not testifying about.  You don't have a basis
4  for saying whether polypropylene does or
5  doesn't degrade.
6       What you are here to offer your
7  opinion on is that regardless of whether
8  polypropylene degrades or doesn't degrade,
9  there's no clinical significance to a
10  particular patient?
11       A.    I don't think it degrades.
12       MR. SNELL:  Hold on, hold on,
13  hold on.  Form.  That misstates, too.
14       Go ahead.
15       A.    I don't think it degrades and I
16  think there's other evidence that shows that
17  it doesn't degrade.
18  BY MS. KIRKPATRICK:
19       Q.    Have you asked Ethicon, in
20  reaching that opinion, to provide you with
21  all of the information that they have
22  concerning the potential degradation of
23  polypropylene sutures?
24       A.    No.

Page 139

1       Q.    And don't you think that the
2  information that Ethicon has and the
3  knowledge that Ethicon has concerning the
4  degradation of polypropylene sutures would be
5  something that you would want to see in
6  reaching your opinions concerning the
7  degradation of polypropylene sutures?
8       MR. SNELL:  Form.
9       A.    No.
10  BY MS. KIRKPATRICK:
11       Q.    You don't think it's important
12  what your -- what Ethicon has said about its
13  own sutures for you to reach your conclusion.
14  Is that right?
15       A.    Right.
16       Q.    Okay.  Have you ever tested it to
17  see whether it degrades?
18       A.    No.
19       Q.    Have you ever looked at
20  polypropylene under a microscope?
21       A.    I've seen pictures of it under a
22  microscope.
23       Q.    Have you looked at it yourself?
24       A.    No.

Page 140

1       Q.    Have you ever looked at explanted
2  polypropylene sutures and analyzed them to
3  see whether there's any degradation in them?
4       A.    No, I have not.
5       Q.    Have you ever looked at explanted
6  polypropylene mesh to see if there's any
7  degradation in that mesh?
8       A.    I've looked at -- when I've taken
9  it out of patients, I've looked at it and
10  it's intact.
11       Q.    Okay.  Let me just clarify.  Have
12  you ever looked at it microscopically to see
13  whether it has degraded microscopically?
14       A.    I've looked at the images that
15  the pathologists have provided to me because
16  I get images back from them.
17       Q.    Okay.  How many of those images
18  have you looked at?
19       A.    I don't know, 10, 20.
20       Q.    Have you ever asked a pathologist
21  to see whether the polypropylene had
22  deteriorated?
23       A.    No.
24       Q.    That's not something that you

35 (Pages 137 to 140)

Christina Pramudji, M.D.

Page 141

1 standardly do when you remove polypropylene
2 from a woman?
3     A.    No, because it doesn't
4 deteriorate.
5     Q.    How do you know that?
6         MR. SNELL:  Form, asked and
7 answered.
8     A.    Because it doesn't.  It's a
9 permanent suture.  You can go back in 20
10 years and you'll still find it in there.
11 BY MS. KIRKPATRICK:
12     Q.    And so your -- is it your opinion
13 here that because 20 years from now, you can
14 find a polypropylene suture where you
15 implanted it and it has not completely
16 disappeared, therefore it cannot degrade?
17         MR. SNELL:  Form.
18     A.    20, 30, 40 years, it's going to
19 be there.  It's not degrading.
20 BY MS. KIRKPATRICK:
21     Q.    Do you think it can crack?
22     A.    No.
23     Q.    Do you think that it can release
24 particles from the surface?

Page 142

1     A.    No.
2     Q.    Do you think that it changes its
3 chemical composition in any way at all?
4     A.    No.
5     Q.    Do you think that polypropylene
6 used in the body can change its molecular
7 weight?
8     A.    No.
9     Q.    Do you think that polypropylene
10 that is used in the body can undergo any
11 mechanical changes to it?
12         MR. SNELL:  Form.
13     A.    Depending on where it's placed
14 and what happens with that patient, it could
15 move slightly, because it's -- you know, just
16 the position of it, like a hernia repair, if
17 a patient gained a lot of weight, it could
18 change its position slightly, if that's what
19 you're referring to.  But it doesn't just
20 change on its own.
21 BY MS. KIRKPATRICK:
22     Q.    Okay.  And once again, the basis
23 for your opinion on that is when you have
24 looked at the polypropylene that you've

Page 143

1 removed, you don't visibly see deterioration?
2         MR. SNELL:  Form.
3     A.    That's part of it, but also
4 because polypropylene is relied upon by
5 surgeons throughout the world for the last 40
6 years as a permanent suture.  If we were
7 having aortas busting open after 30 years, we
8 wouldn't be relying on it.
9 BY MS. KIRKPATRICK:
10     Q.    So that's the basis for your
11 opinion here, it's not any independent study
12 that you've done, correct?
13         MR. SNELL:  Form.
14     A.    In looking at the literature as
15 well.  It's not reported as degrading.
16 BY MS. KIRKPATRICK:
17     Q.    You've never seen any literature
18 that reports polypropylene degrading?
19     A.    Not any significant good
20 literature.  Some remote studies.
21     Q.    Okay.  What literature have you
22 been provided with by Ethicon regarding
23 degradation?  What articles have you looked
24 at?

Page 144

1     A.    I can't recall right now.
2     Q.    Okay.  And when you say not any
3 good literature, what literature are you
4 referring to that would be -- I don't want to
5 say bad literature just because it's the
6 opposite of good -- that documents or deals
7 with degradation of polypropylene in the
8 body?
9     A.    I mean, I think there was maybe a
10 polymer article or something like that that
11 was talking about it in some journal, but I
12 can't recall.  But nothing in the major body
13 of literature that has brought that up as an
14 issue.  It's just not an issue.
15     Q.    You don't believe that that's an
16 issue at all?
17     A.    No.
18     Q.    And you don't believe that that's
19 an issue that's been addressed in the medical
20 and scientific literature?
21     A.    No.
22     Q.    And it's not an issue that was
23 addressed in the materials that were provided
24 to you by Ethicon, either from their internal

36 (Pages 141 to 144)

Christina Pramudji, M.D.

| Page 145 | Page 146 |
|---|---|
| 1 documents or from the literature that they<br>2 provided you with, correct?<br>3      MR. SNELL: Form.<br>4     A.   Correct.<br>5 BY MS. KIRKPATRICK:<br>6     Q.   Okay. And you haven't done<br>7 any -- you don't have any specialized<br>8 training in polymer chemistry, do you?<br>9      MR. SNELL: Form.<br>10     A.   Well, I'm a chemical engineer, so<br>11 I had some training in polymers and<br>12 chemistry.<br>13 BY MS. KIRKPATRICK<br>14     Q.   Okay.<br>15     A.   But, you know -- and that was a<br>16 long time ago. But, I mean, my main concern<br>17 is with patients, you know, the materials<br>18 that I put in patients and how they -- what<br>19 the literature bears out and how they respond<br>20 to it.<br>21 BY MS. KIRKPATRICK:<br>22     Q.   So when you take a TVT-O or any<br>23 kind of midurethral sling out of a patient,<br>24 does it look exactly the same as it did when | 1 it went in?<br>2     A.   Sometimes it does, yeah.<br>3     Q.   Okay. And when -- how often is<br>4 that?<br>5     A.   Most of the time.<br>6     Q.   Most of the time --<br>7     A.   Yeah.<br>8     Q.   -- you take out a soft, pliable,<br>9 pristine --<br>10     A.   It's this -- yeah, and it's the<br>11 same strip but it has the ingrowth of tissue<br>12 in it. But other than that, typically it's<br>13 just laying, you know -- laying nice and<br>14 flat. It does not look degraded or deformed<br>15 or rolled or curled or twisted or anything.<br>16     Q.   Would you feel differently if you<br>17 learned or saw evidence that the resin used<br>18 in Ethicon meshes have additives that weren't<br>19 supposed to be used in the human body?<br>20      MR. SNELL: Form, foundation.<br>21     A.   No, because it's been proven in<br>22 millions of women that it's not a problem.<br>23 BY MS. KIRKPATRICK:<br>24     Q.   So you wouldn't be interested in |

| Page 147 | Page 148 |
|---|---|
| 1 that information?<br>2     A.   No.<br>3     Q.   Okay. And if you learned that<br>4 Ethicon meshes had additives that weren't<br>5 supposed to be used in the human body, you<br>6 don't think that's something that a<br>7 woman, in making a TVT -- a decision to have<br>8 a TVT-O, would have the right to know?<br>9      MR. SNELL: Form, foundation.<br>10     A.   No, I don't think it's -- I don't<br>11 think it's pertinent.<br>12 BY MS. KIRKPATRICK:<br>13     Q.   And you don't think it's<br>14 pertinent and you don't think that a woman<br>15 has the right to know that?<br>16      MR. SNELL: Same objection, form<br>17 and foundation. Asked and answered.<br>18     A.   Do you want me to answer that<br>19 again?<br>20 BY MS. KIRKPATRICK:<br>21     Q.   Please.<br>22     A.   Okay. No, I don't think so.<br>23     Q.   Okay. And there's nothing that<br>24 you could learn or you would want to know | 1 about the specific material used in a TVT --<br>2 an Ethicon TVT or TVT-O product that would<br>3 change your opinion, is there?<br>4     A.   Can you repeat that question?<br>5     Q.   Probably not. I'm going to<br>6 reread it. I don't think I can do that.<br>7     There's nothing that you could<br>8 learn or you would want to know about the<br>9 specific material used in an Ethicon TVT or<br>10 TVT-O product that would change your opinion<br>11 on this topic, is there?<br>12      MR. SNELL: Form.<br>13     A.   No.<br>14 BY MS. KIRKPATRICK:<br>15     Q.   Okay. And there's nothing that<br>16 you could see in the medical literature about<br>17 degradation of polypropylene that would<br>18 change your opinion on this matter?<br>19     A.   No, because it's not going to<br>20 outweigh all the other literature and all my<br>21 experience.<br>22     Q.   Okay. Why don't we take a break<br>23 for lunch.<br>24      MR. SNELL: That sounds good. |

37 (Pages 145 to 148)

Christina Pramudji, M.D.

Page 149

1          (Recess, 12:50 p.m. to 1:49 p.m.)
2    BY MS. KIRKPATRICK:
3       Q.    Okay.  I want to turn to the
4    instructions for use.
5       A.    Okay.
6       Q.    And I believe we'll mark this as
7    Exhibit 9.
8          (Whereupon, Exhibit Pramudji-9,
9          Gynecare TVT Obturator System
10         Instructions for Use, was marked for
11         identification.)
12   BY MS. KIRKPATRICK:
13      Q.    And you've seen that before,
14   Dr. Pramudji, haven't you?
15      A.    Yes.
16      Q.    And this was actually something
17   that the lawyers for Ethicon had given you in
18   connection with your testimony.  Is that
19   right?
20      A.    Yes.
21         MR. SNELL:  Objection, form.
22   BY MS. KIRKPATRICK:
23      Q.    I'd like you to look at the last
24   two pages here.

Page 150

1       A.    Okay.
2       Q.    And you'll see under the warnings
3    and precautions, it says not to use the TVT-O
4    for patients who are in anticoagulation
5    therapy.  That doesn't apply to Ms. Huskey,
6    does it?
7       A.    Correct.
8       Q.    And she didn't have a urinary
9    tract infection at the time that you could
10   see in the records, correct?
11      A.    Correct.
12      Q.    Was there anything else about
13   Ms. Huskey that in your opinion made her not
14   an appropriate candidate for the implantation
15   of the TVT-O --
16      A.    No.
17      Q.    -- sling?
18      A.    No.
19      Q.    Okay.  It also says here that
20   "The Gynecare TVT Obturator procedure should
21   be performed with care to avoid large
22   vessels, nerves, bladder and bowel.
23   Attention to patient anatomy and correct
24   passage of the device will minimize risks."

Page 151

1          And you will agree with me that
2    not every woman's pelvis is identical to the
3    next woman, correct?
4       A.    Correct.
5       Q.    And that the placement of nerves,
6    particularly the peripheral branches of
7    nerves, can differ from patient to patient,
8    correct?
9       A.    Correct.
10      Q.    And even the placement of the
11   vessels can be, you know, a little bit
12   different from patient to patient, correct?
13      A.    Correct.
14      Q.    And there's a difference in how
15   you do surgery on women who are obese,
16   correct?
17         MR. SNELL:  Form.
18      A.    There may be slight adjustments
19   that you would make, but it's generally the
20   same.
21   BY MS. KIRKPATRICK:
22      Q.    Okay.  So you would take into
23   account if a woman was obese --
24      A.    Yes.

Page 152

1       Q.    -- and that's different than
2    things you may take into account if a woman
3    is thin --
4       A.    Correct.
5       Q.    -- or of a normal weight?
6       A.    Yes.
7       Q.    Okay.  Now, you'll see here it
8    says, "Do not perform this procedure if you
9    think the surgical site may be infected or
10   contaminated."  Do you see that here?
11      A.    Yes.
12      Q.    Okay.  Now, the surgical site is
13   in the vaginal wall, correct?
14      A.    Yes.
15      Q.    And the vagina, you'll agree with
16   me, is a contaminated space?
17      A.    It is.  Clean -- we consider it
18   clean-contaminated after the prep.
19      Q.    Clean-contaminated, but it's
20   still contaminated, correct?
21      A.    Correct.
22      Q.    And there's still bacteria,
23   naturally occurring flora in the vagina, even
24   after it's clean-contaminated and prepped for

38 (Pages 149 to 152)

Christina Pramudji, M.D.

<table>
<tr><td valign="top">

Page 153

1  surgery, correct?
2     A.    Yes.
3     Q.    So can you explain this to me,
4  how -- it sounds to me like Ethicon is
5  recommending that you don't perform this
6  procedure in any event because the surgical
7  site is always contaminated.
8        Can you explain that to me?
9        MR. SNELL: Form and foundation
10   on your understanding of Ethicon.
11    A.    Well, I think that they mean
12  grossly contaminated.  If there is a gross
13  infection or if there is some stool, you
14  know, fistula, something where it's grossly
15  contaminated, it would be contraindicated.
16        But it's, you know, obviously you
17  would have a hard time doing any kind of
18  vaginal surgery if you couldn't do it -- if
19  you're broadly defining contaminated as
20  including clean-contaminated.
21  BY MS. KIRKPATRICK:
22     Q.    So you will agree with me maybe
23  that's not precisely worded --
24        MR. SNELL:  Form.

</td><td valign="top">

Page 154

1  BY MS. KIRKPATRICK:
2     Q.    -- to reflect what you're
3  describing, correct?
4        MR. SNELL:  Form.
5  BY MS. KIRKPATRICK:
6     Q.    It doesn't say "grossly
7  contaminated," does it?
8     A.    Right.
9     Q.    It doesn't say "fistula
10  formation"?
11    A.    I mean, I think you have to take
12  into account just surgical principles.  I
13  think that most surgeons would know what
14  they're talking about.
15     Q.    You think that most surgeons
16  would?
17    A.    Yeah.
18     Q.    Okay.  Now, it says that
19  postoperatively, the patient should be
20  advised to refrain from heavy lifting and/or
21  exercise -- examples, cycling and jogging --
22  for at least three to four weeks after the
23  surgery, and intercourse after one month.
24  Patients can usually return to normal

</td></tr>
<tr><td valign="top">

Page 155

1  activities after one to two weeks.
2        What is heavy lifting?
3    A.    Well, I recommend to my patients
4  conservatively more than 10 pounds lifting or
5  any kind of straining that would put pressure
6  on your pelvic floor that you can avoid.
7     Q.    And heavy lifting and exercise,
8  now, you don't consider vacuuming either
9  heavy lifting or exercise, do you?
10    A.    Well, it depends on the vacuum,
11  yeah, it could be very heavy lifting.
12     Q.    Okay.  Do you ask your patients
13  or when you release them from TVT-O surgery,
14  do you ask them what kind of vacuum they
15  have?
16    A.    No, but I advise them to just
17  avoid it altogether.
18     Q.    So this non -- minimally invasive
19  surgery that allows women to return to normal
20  activities quickly means that you they can't
21  vacuum for a month?
22    A.    Yeah.
23     Q.    And you tell your patients that?
24    A.    Yeah.  Avoid housework.

</td><td valign="top">

Page 156

1     Q.    What else do you tell -- avoid
2  housework, okay.  Can they do the dishes?
3    A.    Yeah.  That's not straining their
4  pelvis.
5     Q.    Can they make their bed?
6    A.    That depends.  If they have a
7  high bed, it's difficult to make, it may be
8  too much strain.
9     Q.    And you tell them to restrain
10  from that for a period of --
11    A.    I tell them six weeks.
12     Q.    Six weeks?
13    A.    Uh-huh, just to be super
14  conservative.
15     Q.    Okay.  What else do you tell them
16  that they can't do?
17    A.    I tell them not to have
18  intercourse for six weeks.  I tell them to
19  avoid any straining, cycling, that will put
20  pressure on the pelvic area, squats.
21     Q.    Can they walk?
22    A.    They can walk, they can go
23  upstairs slowly, if they, you know, just are
24  cautious.  They can ride in the car.  I tell

</td></tr>
</table>

39 (Pages 153 to 156)

Christina Pramudji, M.D.

Page 157

1  them not to drive a car for the first three
2  days.  They can ride in a car and they can go
3  back to work at three days if it's a desk job
4  or not too strenuous, if they feel up to it.
5       Q.     Okay.  So what about a physical
6  therapist?  When would you advise a physical
7  therapist to go back to work?
8       A.     Depends on what she's doing, but
9  I'd probably advise for her to -- you know,
10  if she's an aquatic physical therapist, to
11  wait about a week or two before she gets back
12  in the pool.  It depends on what she's doing
13  with her patients, too.  If she's actively
14  exercising, I would want her to avoid
15  anything strenuous with that.
16       Q.     Okay.
17       A.     But if she's just, you know, kind
18  of assisting them, watching them, that would
19  be fine.
20       Q.     Okay.  And you consider all of
21  those things to be either heavy lifting or
22  exercise or something that would place too
23  much strain on the pelvic floor and could
24  affect the sling itself?

Page 158

1       A.     Yes.
2       Q.     Okay.  You also see here that
3  Ethicon talks about transient leg pain
4  lasting 24 to 48 hours may occur and can
5  usually be managed with mild analgesics.  Do
6  you see that?
7       A.     Yes.
8       Q.     Now, does that basically mean you
9  should take some Motrin or some Advil if you
10  have some of this transitory pain?
11       A.     That's typically what mild
12  analgesic would mean, Tylenol, ibuprofen.
13       Q.     And it specifies 24 to 48 hours,
14  correct?
15       A.     Yes.
16       Q.     And you will agree with me that
17  Ethicon obviously believed this was important
18  information to put in the IFU to give to
19  physicians, and therefore --
20            (Knock on door, brief
21  interruption.)
22            (Discussion off the record.)
23  BY MS. KIRKPATRICK:
24       Q.     So you'll agree with me,

Page 159

1  Dr. Pramudji, that this was information that
2  Ethicon deemed to be important to put in the
3  instructions for use, correct?
4       A.     I would think so, yes.
5       Q.     Okay.  Do you see anywhere in
6  here that they warn -- well, let me ask you
7  this:  What was the source of the 24- to
8  48-hour transitory leg pain?
9       A.     I'm not exactly what source they
10  used for that but there's a few studies that
11  show that, you know, for the most part, it is
12  transitory leg pain.
13       Q.     And you don't know what causes
14  it?
15       A.     Oh, you mean what causes it.
16       Q.     Oh, yes.
17       A.     Oh, I'm sorry, I thought you
18  meant what they were citing.
19       Q.     Oh, no, no, what causes it.
20       A.     I apologize.  Where the helical
21  trocar passes through the obturator foramen,
22  through those muscles that we talked about
23  earlier, they get irritated or maybe a nerve
24  root gets irritated, and we believe that's

Page 160

1  what causes the leg pain.
2       Q.     What nerve -- can you tell me,
3  what muscles were those?
4       A.     The -- just the obturator foramen
5  muscles, there's four or five.
6       Q.     Okay.  In what percentage of
7  cases do you see the transient leg pain
8  lasting for 24 to 48 hours?  How many women
9  experience that as a complication of the
10  surgery?
11       A.     In my practice, you mean, or --
12       Q.     Well, why don't you give me your
13  practice and also tell me what your
14  understanding is from the medical literature.
15       A.     I think the studies show, you
16  know, a range of values.  It went up to --
17  like the Tang study, it was like a quarter of
18  patients and some of them are less, around 6
19  to 10%.  I would say, you know, probably
20  somewhere in there would be a good number.
21       Q.     Okay.  So somewhere from 6% to
22  24% --
23       A.     Uh-huh.
24       Q.     -- I think is what we had.

40 (Pages 157 to 160)

Christina Pramudji, M.D.

Page 161

```
1          Now, do you see anywhere in this
2   IFU that Ethicon informs physicians that
3   patients can experience chronic pain after
4   insertion of the transobturator device?
5          MR. SNELL:  Form.
6          Go ahead.
7       A.   I don't think it's specifically
8   laid out, but they talk about the irritation
9   and inflammation and it's sort of a known
10  fact of surgical training that that can occur
11  after any surgery, to have chronic pain.  So
12  it's kind of a commonsense knowledge of
13  surgeons.
14  BY MS. KIRKPATRICK:
15      Q.   Does it say anywhere in this IFU
16  that one of the complications of this can be
17  dyspareunia?
18      A.   I don't think it specifically
19  says that.
20      Q.   Okay.  Does it say anywhere in
21  here that there can be chronic pain in the
22  wall of the vagina for women who get this?
23      A.   I don't believe it does.
24      Q.   So the only pain that Ethicon
```

Page 162

```
1   identified is this transient leg pain, and
2   surgeons would know about that too, correct?
3          MR. SNELL:  Form.
4       A.   Well, I think because, as you
5   mentioned before, we don't typically go into
6   the obturator canal before this procedure
7   actually came out so that would be something
8   that they would want to highlight for
9   physicians so they didn't think, oh, did I do
10  something wrong.
11         No, it's just sort of the anatomy
12  there.  It's a sensitive area and patients
13  will have leg pain, but it is typically
14  almost all the time transitory.
15  BY MS. KIRKPATRICK:
16      Q.   Does it tell -- it tells
17  physicians in here how to manage this
18  transient leg pain, correct?
19      A.   It does say to manage it with
20  mild analgesics.
21      Q.   Does it tell physicians anywhere
22  in here how to manage chronic pain that may
23  result from the use of a TVT-O device?
24      A.   No, it doesn't.
```

Page 163

```
1       Q.   Does it tell physicians in any
2   way that women may be required to take
3   narcotics to manage pain following -- chronic
4   pain following a TVT-O implant?
5       A.   No.
6       Q.   Does it tell physicians that they
7   may have to be on prescription medication for
8   a significant period of time to control
9   chronic pain?
10         MR. SNELL:  Form.
11         Go ahead.
12      A.   No.
13  BY MS. KIRKPATRICK:
14      Q.   Does it tell physicians anywhere
15  in here how to manage or treat women who have
16  dyspareunia as a result of the TVT-O implant?
17      A.   No, because again, common sense
18  with pelvic floor surgeons, they're going to
19  know about all these things ahead of time.
20      Q.   Okay.  So you think that
21  everything is known about, except for this
22  transient leg pain, this is the only thing
23  that physicians need to be instructed about
24  concerning the TVT-O device?
```

Page 164

```
1       A.   Well, what -- I think that that's
2   one thing that's unique to the procedure,
3   that surgeons may not have been able to
4   anticipate because they don't work in that
5   area commonly.
6          And so, like I said, the first
7   time it happens to you, you may think, oh, my
8   gosh, you know, what did I do.  And then --
9   if they didn't tell you about this, but then
10  you realize, okay, that can occur, it's been
11  seen, it's not just me, and it can be managed
12  this way.
13      Q.   Okay.  How many women who have a
14  pubovaginal sling have you seen who have
15  chronic pain?
16      A.   Well, I haven't seen that many
17  patients with pubovaginal slings.  I have one
18  right now, actually, though, that has chronic
19  pain.
20      Q.   What kind of pain does she have?
21      A.   She has lower abdominal pain.
22      Q.   And what's the source of her
23  pain?
24      A.   She had an MRSA infection after
```

41 (Pages 161 to 164)

Christina Pramudji, M.D.

Page 165

1  the surgery.
2      Q.    Okay.  So is it the MRSA the
3  source of the infection or is it the
4  pubovaginal sling itself?
5      A.    I don't know exactly.  It could
6  be the inflammatory response to the
7  infection, it could be the surgery itself.
8  It's hard to know.
9      Q.    Do you think that that will be
10  chronic pain?
11      A.    I don't know yet.  It's hard to
12  say.
13      Q.    How long has she experienced it
14  for?
15      A.    It's been about three or four
16  months.
17      Q.    And you haven't been able to cure
18  that?
19      A.    Huh-uh, not yet.
20      Q.    Have you sought out any advice
21  from fellow physicians on how to deal with
22  it?
23      A.    No.
24      Q.    Have you talked to anyone who

Page 166

1  does a lot of pubovaginal slings and ask them
2  if they have had this experience before?
3      A.    No.
4      Q.    You've been using a lot of
5  anatomical terms, and I think you've been
6  trying -- doing a very good job of trying to
7  teach me anatomy, but I just want to make
8  sure that we are all on the same page.
9      So I'm going to mark this as
10  Exhibit 10 and ask you to help me out here a
11  little.
12          (Whereupon, Exhibit Pramudji-10,
13      Pelvic Illustration with Handwritten
14      Labels, was marked for identification.)
15  BY MS. KIRKPATRICK:
16      Q.    Okay.  Can you, to orient us,
17  this -- is this the view of a woman who
18  you're looking up towards her pelvic area,
19  correct?
20      A.    Uh-huh.
21      Q.    So this is the view that you
22  would have during --
23      A.    This is looking down from above.
24  It is looking into the pelvis from above.

Page 167

1      Q.    Into the -- okay.  Can you
2  explain that to me?  Can you just label the
3  urethra, the vagina and the rectum for me?
4          MR. SNELL:  No.  She's not here
5      to label things on documents.  She's here
6      to give testimony.  She's not labeling
7      this thing for you.
8          MS. KIRKPATRICK:  Well, yes, she
9      is.  This is a deposition.
10          MR. SNELL:  No, she's not.
11          MS. KIRKPATRICK:  Let's call the
12      Court.
13          MR. SNELL:  Call the Court.  This
14      is not a labeling session.  She's here to
15      answer your questions.
16  BY MS. KIRKPATRICK:
17      Q.    Well, I'll tell you what.  Why
18  don't you point it out to me and I'll label
19  it and you tell me if I'm incorrect where
20  I've labeled the information.
21          MS. KIRKPATRICK:  Can we do it
22      that way?
23          MR. SNELL:  I have no problem
24      with that.  I have no problem with that,

Page 168

1  but she's not here to write any labels.
2          MR. WALLACE:  Can you -- I'm
3      sorry, I'll sit down.
4          MR. SNELL:  It's a deposition.
5      It is a deposition.  It is a
6      question-and-answer session.
7          MS. KIRKPATRICK:  It's absurdity,
8      but, you know, we can deal with people
9      like that.
10      A.    So this is from the bottom.  This
11  is if you take out all the organs and look
12  from above.
13  BY MS. KIRKPATRICK:
14      Q.    Okay.  So, hang on.  Let me just
15  make sure that you and I are oriented to the
16  same place in the anatomy, and then I want to
17  ask you about your report.
18      A.    Uh-huh.
19      Q.    So can you point out to me where
20  the urethra is?
21      A.    Uh-huh.
22          THE WITNESS:  Can I see your pen
23      for a second?
24  BY MS. KIRKPATRICK:

42 (Pages 165 to 168)

Christina Pramudji, M.D.

Page 169

1     Q.     And by the way, you are able to
2 write, correct? And the only reason you're
3 not writing here is that Mr. Snell has told
4 you not to?
5     MR. SNELL: Yes.
6 BY MS. KIRKPATRICK:
7     Q.     And I'm going to act as your
8 scribe for you today, so I hope my
9 handwriting is as good as yours.
10     A.     It's this one right there.
11     Q.     This line here, okay. So I have
12 labeled the urethra here where you told me to
13 label it, right?
14     A.     Uh-huh.
15     Q.     And then where is the vagina?
16     A.     Right here.
17     Q.     Have I correctly labeled the
18 vagina where you pointed it out to me?
19     A.     Uh-huh.
20     Q.     Okay. And then can you point at
21 the rectum for me?
22     A.     Right here.
23     Why do you want to do this?
24     Q.     Because I want to ask you about

Page 170

1 some of Ms. Huskey's anatomy so I just want
2 to make sure that we're all talking about the
3 same thing here.
4     A.     Okay.
5     Q.     Okay. So those are basically
6 stacked on top of each other. Is that right?
7     A.     Uh-huh, correct.
8     Q.     Okay. And what I'm pointing at
9 here, there's a number of muscles that are
10 identified here. Can you tell me what
11 muscles those are?
12     A.     Sure. This is the puborectalis.
13     Q.     This muscle down here, so if I
14 label this here -- can you spell that for me?
15     A.     P-U-B-O-R-E-C-T-A-L-I-S.
16     Q.     Okay. And then what is this
17 muscle? Is this a separate muscle?
18     A.     Uh-huh.
19     Q.     Okay. And what muscle is that?
20     A.     That's going to be the
21 ischiococcygeus.
22     Q.     Okay. You're going to have to
23 help me out there.
24     A.     I-S-C-H-I-O-C-O-C-C-Y-G-E-U-S.

Page 171

1     Q.     Did I get that right?
2     A.     Uh-huh.
3     Q.     And did I label those two muscles
4 correctly?
5     A.     Yes.
6     Q.     Okay. And is this here -- this
7 almost looks like a triangle to me, is this a
8 separate muscle?
9     A.     Yes.
10     Q.     Okay. And what is this one?
11     A.     That is going to be the -- I
12 believe that's the iliococcygeus.
13     Q.     I-L-L?
14     A.     I-L-I-O.
15     Q.     Oh, I-L-I-O?
16     A.     Uh-huh, C-O-C-C-Y-G-E-U-S.
17     Q.     Okay. And what is this muscle
18 right at the bottom here?
19     A.     That would be the -- I can't
20 remember at the moment.
21     Q.     Okay. I'll just put a question
22 mark there. And then --
23     A.     This would be the ischial spine.
24     Q.     I-S-C-H-I --

Page 172

1     A.     A-L.
2     Q.     -- A-L?
3     A.     S-P-I-N-E.
4     This would be the ATFP.
5     Q.     And can you tell me what that is?
6     A.     Arcus, A-R-C-U-S, tendineus,
7 T-E-N-D-I-N-E-U-S -- E-U-S.
8     Q.     Okay.
9     A.     -- fascial pelvis.
10     Q.     Okay. I will take credit for any
11 spelling errors on this.
12     A.     This is the obturator fascia that
13 they're showing.
14     Q.     Okay.
15     A.     Obturator foramen.
16     Q.     And that's where --
17     A.     Where you want to avoid with the
18 helical trocar.
19     Q.     You want to avoid the obturator
20 foramen?
21     A.     Oh, yeah. That's where the main
22 branches of the -- that's where the nerves
23 are.
24     Q.     Okay. And what is this up here?

43 (Pages 169 to 172)

Christina Pramudji, M.D.

Page 173

1    A.    The pubic symphysis.
2    Q.    And that's a bone, correct?
3    A.    It's a connective tissue.
4    Q.    Okay.  And then I don't know if
5 it's labeled here.  What is this here?
6    A.    That's the pelvic bone.
7    Q.    The pelvic bone.
8    A.    Uh-huh.
9    Q.    Okay.  And I think we labeled
10 this up here, but what is this structure down
11 here?
12    A.    That's the perineal body.
13    Q.    Now, these muscles that you've
14 identified for me, which of them are
15 considered part of the levator muscles?
16    A.    All of them.
17    Q.    Okay.  So all of these muscles,
18 which would include the puborectalis, the
19 ischio- -- help me out here?
20    A.    -- -coccygeus.
21    Q.    Okay.  The ischial spine.  Is
22 that right?
23    A.    That's the point on the bone.
24    Q.    Okay.  The iliococcygeus and then

Page 174

1 these muscles down here, this all forms the
2 levator muscles that support the pelvis,
3 correct?
4    A.    Correct.
5    Q.    Okay.  So which of the muscles --
6 which of Mrs. Huskey's muscles on exam, I
7 think you indicated that she had levator
8 muscles that were spasming.  Can you show me
9 which ones those are?
10    A.    Right back here.  Spasm right
11 there and it's kind of tilted I think because
12 of her SI joint problem, so you can see the
13 sling would have been like this, and this
14 muscle here is what's in spasm.
15    Q.    Okay.  So what you drew up here,
16 this top line here, this is the sling
17 placement?
18    A.    Uh-huh.  Yes.
19    Q.    And this is the point of the
20 muscle spasm.  Is that right?
21    A.    Yeah, right here.  It's a band.
22 You can feel it going across the left side of
23 her vagina.  This is left and this is right.
24    Q.    Okay.  So this is also the

Page 175

1 location that you have indicated that you
2 feel the -- I don't know exact -- I've got to
3 go back and take a look at it, but you felt
4 the band of --
5    A.    Muscle spasm.
6    Q.    Something.
7    A.    Yes.
8    Q.    Okay.  So in that band that you
9 feel on the left vaginal wall you believe is
10 a muscle spasm?
11    A.    Yeah, it's a muscle in spasm,
12 yes.
13    Q.    Okay.  It's a muscle in spasm.
14    A.    Yes.
15    Q.    Okay.  And is this also the point
16 in the vaginal wall that you found
17 tenderness?
18    A.    She was tender, yes, on that
19 spot.
20    Q.    Is there anywhere else in the
21 vagina that she was tender?
22    A.    She was a little tender right up
23 under here on the left side, and you can feel
24 a little scar tissue.

Page 176

1    Q.    Like here?
2    A.    Uh-huh.
3    Q.    Okay.
4    A.    And then she was just mildly
5 tender just everywhere.
6    Q.    She was mildly tender throughout?
7    A.    Throughout her whole vagina, but
8 the main spot was here.  That's what's really
9 bothering her.
10    Q.    Okay.  So we have an area of
11 tenderness in the vaginal wall here, and this
12 is a muscle spasm.
13    A.    Uh-huh.
14    Q.    Okay.  Can you -- I just don't
15 want to misrepresent in any way what you've
16 testified about.  Can you just double-check
17 that I have labeled all of that accurately?
18    A.    Yes.
19    Q.    Okay.  I just want to make sure
20 we're all on the same page when we start
21 talking about lefts and rights and anteriores
22 and posteriors.
23         Okay.  So looking at -- you
24 reviewed, I think we talked about, the

44 (Pages 173 to 176)

Christina Pramudji, M.D.

Page 177

1 depositions, you reviewed certain medical
2 records and you also did an IME on
3 Mrs. Huskey, correct?
4     A.    That's correct.
5     Q.    And you'll agree with me that
6 prior to the implantation of her TVT-O, she
7 was a very active woman, correct?
8     A.    Yes.
9     Q.    She exercised frequently?
10    A.    She -- I don't know how often she
11 exercised, but she said she would do the
12 elliptical for eight miles is what she told
13 me.
14    Q.    Okay.  And do you remember seeing
15 in the medical records or the depositions
16 that she would do that three to four times a
17 week?
18    A.    Yeah, I think I do remember that,
19 now that you mention it.
20    Q.    And she had also a fairly
21 physically demanding job as a physical
22 therapist, correct?
23    A.    Yes.
24    Q.    And she, prior to the surgery,

Page 178

1 was able to have intercourse with her
2 husband?
3     A.    Yes.
4     Q.    Correct?
5         And did you see in anything in
6 her medical records prior to the implantation
7 of the TVT-O device that Mrs. Huskey was in
8 any way chronically physically limited in her
9 ability to engage in daily activities?
10    A.    No, I don't believe I did.  She
11 had some chronic complaints, but I don't --
12 there wasn't a limitation there.
13    Q.    Okay.
14    A.    She had chronic back pain, I
15 believe she had some dyspareunia and some
16 pelvic pain, especially on the left.  But
17 there wasn't a limitation.
18    Q.    So she had -- so let's go through
19 the prior conditions that you've noted.  You
20 said she had chronic back pain, she had
21 dyspareunia.  Do you believe that that was --
22 did you see reports of chronic dyspareunia?
23    A.    I can't remember how long that it
24 went on ahead of time, but it was something

Page 179

1 that she had been dealing with.
2     Q.    Okay.  And then, I'm sorry, I
3 missed the last one that you had said.
4         MR. SNELL:  Pelvic pain, it says.
5         MS. KIRKPATRICK:  Pelvic pain,
6 thank you.
7 BY MS. KIRKPATRICK:
8     Q.    And she had reports of pelvic
9 pain.  Did you see any reports of chronic
10 pelvic pain?
11    A.    I don't -- I can't remember.  I
12 don't believe so.
13    Q.    Okay.  What type of pelvic pain
14 was reported in Mrs. Huskey's medical records
15 prior to the implantation of the TVT-O sling?
16    A.    It was left-sided pelvic pain and
17 some rectal discomfort and dyspareunia.  And
18 she also told me at the IME that she had some
19 deep central pain.
20    Q.    And you will agree that those
21 were reported at an OR visit maybe three to
22 four months prior to the implantation of her
23 sling?  Is that right?
24        MR. SNELL:  Form.

Page 180

1     A.    An OR visit?
2 BY MS. KIRKPATRICK:
3     Q.    Yes.  I'm sorry, ER, yes.
4     A.    I believe so.
5     Q.    And Dr. Byrkit, her treating
6 physician, actually saw her at that time,
7 correct?
8     A.    I believe so, yes.
9     Q.    And those symptoms resolved
10 themselves after that ER visit, didn't they?
11        MR. SNELL:  Form.
12    A.    I don't know if they did or not.
13 BY MS. KIRKPATRICK:
14    Q.    Okay.  And do you remember
15 Dr. Byrkit determining that those were not
16 GYN in origin?
17    A.    I think she thought that the left
18 pelvic pain might have been related to the
19 ovarian cyst at that time.
20    Q.    Okay.  Do you remember that she
21 ruled that out after the workup in the ER and
22 dismissed -- or discharged Mrs. Huskey and
23 made a notation that there was no GYN origin
24 to that particular visit, correct?

45 (Pages 177 to 180)

Christina Pramudji, M.D.

Page 181

1    A.    Correct.
2    Q.    And that was an acute incident,
3  correct?
4    A.    I believe so, yeah.  But I think
5  she had been having some complaints prior to
6  that when she had sought care, I can't
7  remember, it was a while back when she was
8  concerned about her hormonal status and being
9  evaluated for some pelvic pain and
10  dyspareunia a couple of years before that.
11    Q.    And you think that there was a
12  connection between that office visit and her
13  ER visit a few months before she had the
14  TVT-O?
15    A.    There could have been.
16    Q.    Could have been, or was?
17    A.    Pelvic pain is very -- as we
18  talked about before, it's so complicated with
19  the overlap of the organs in that area, I
20  think they chalked it up, the ER visit, to
21  diverticulosis at that time.
22    Q.    Do you have any reason to
23  disagree with that diagnosis?
24    A.    No.  The only thing that -- well,

Page 182

1  I guess I do, because when I examined her and
2  talked to her, she has, as I mentioned in my
3  report, she does have bladder pain and pain
4  with filling, which indicates a possible
5  chronic bladder disorder and chronic
6  upregulation of the pelvic pain receptors.
7        So there could be some
8  relationship there with how the nerves are
9  cross-reacting and it could be something
10  that's kind of been developing over time.
11    Q.    And you agree with me that the
12  nerves in the pelvis do cross-react, correct?
13    A.    Yes.
14    Q.    What is your definition of
15  chronic pelvic pain?
16    A.    Chronic pelvic pain would last --
17  typically we consider it, in general in
18  medicine, more than six months, is considered
19  chronic, and it could be any pain in the
20  pelvic area.  It may not be continuous, it
21  could be intermittent, but it's anywhere in
22  the pelvis that could be coming and going for
23  at least six months.
24    Q.    Okay.  And in your practice as a

Page 183

1  urologist, what do you treat that can be the
2  causes of chronic pelvic pain?
3    A.    I treat interstitial cystitis,
4  pelvic floor muscle dysfunction or levator
5  spasm, postsurgical pain from various
6  sources.  I have a few patients with
7  dyspareunia, urogenital atrophy, urethritis,
8  kidney stones or ureteral stones, to be
9  precise.
10    Q.    Anything else?
11    A.    Those would be the main
12  categories of patients that I can think of.
13    Q.    Okay.  So I want to go back for a
14  second to dyspareunia.  Dyspareunia is
15  generally a symptom of some type of pelvic
16  pain, correct?
17    A.    Correct.
18    Q.    And what are the causes of
19  dyspareunia that you treat in your practice?
20    A.    Uh-huh.  Urogenital atrophy,
21  interstitial cystitis, urethritis, pelvic
22  floor muscle spasm.
23    Q.    Anything else?
24    A.    Postsurgical scarring.  That's

Page 184

1  all I can think of at the moment.
2    Q.    Okay.  Did Mrs. Huskey have
3  urogenital atrophy?
4    A.    Yes.
5    Q.    Do you think that's the cause of
6  her dyspareunia?
7    A.    I don't think it's the main
8  cause, but I think it's probably
9  contributing.
10    Q.    How do you treat dyspareunia
11  caused by urogenital atrophy?
12    A.    Typically use either vaginal
13  estrogen cream or tablets, or there's a new
14  medication called Osphena that I've used,
15  O-S-P-H-E-N-A, that I've used a couple of
16  times.  It's new.
17    Q.    Do you believe that Mrs. Huskey's
18  dyspareunia is caused by postsurgical
19  scarring?
20    A.    I think some of it is, but no.
21  Most of it's the levator spasm that she has.
22    Q.    Okay.  So when you say some of
23  it, is the postsurgical scarring would be
24  secondary to either the TVT-O implant,

46 (Pages 181 to 184)

Christina Pramudji, M.D.

Page 185

1  explant or both, correct?
2      A.    Correct.
3      Q.    And you'll agree with me that
4  that surgery has caused some scarring in her
5  pelvis?
6      A.    It has minimal scarring right
7  under the urethra.
8      Q.    And that that postsurgical
9  scarring can be a cause of her dyspareunia,
10  even if it's not the main cause, correct?
11      MR. SNELL:  Form.
12      A.    It's such minimal scarring, it's
13  possible, but it's very unlikely.  I think if
14  someone didn't know she had surgery and
15  examined her, they wouldn't be able to really
16  tell any difference.
17  BY MS. KIRKPATRICK:
18      Q.    Okay.  Do you -- so let's talk
19  about the pelvic floor muscle spasm.  That is
20  the levator muscles, correct, throughout the
21  entire pelvic region.  And you've identified
22  Mrs. Huskey's muscle spasm as occurring on
23  the left -- basically the left wall of the
24  vagina, correct?

Page 186

1      A.    Yes.  Left posterior wall.  And
2  it's abnormally angled.
3      Q.    The muscle is abnormally angled?
4      A.    Yes.
5      Q.    Okay.  And this muscle spasm that
6  you say you believe that that is a cause of
7  her dyspareunia, correct?
8      A.    That's where her pain is coming
9  from.
10      Q.    Okay.  What's the cause of that
11  muscle spasm?
12      A.    That muscle spasm, I suspect it's
13  related to the SI joint issue that she has
14  causing pelvic tilt.  She wears a belt all
15  the time.  She has a slightly abnormal gait.
16  I don't know if that goes back to the motor
17  vehicle accident she was in.  And I think
18  just the overall upregulation in her pelvic
19  area, I think the stress, that's where she's
20  carrying her stress that she's under.  You
21  know, it's like some people carry it in their
22  neck muscles where they'll get a tight neck
23  or a headache, some people carry it in their
24  pelvic floor muscles, that's where their

Page 187

1  stress will manifest, and she's a very
2  stressed person.  Seemed somewhat depressed,
3  in my opinion.  And so I think that's
4  exacerbating it, not causing it but
5  exacerbating it.
6      I do not think it's from the
7  sling, because it's just not anywhere near
8  where the sling traverses and, really, that
9  was not really described in her medical
10  records or by her until after the sling was
11  actually explanted.
12      Q.    Okay.  So let's talk about this
13  in a little more detail.  Now, these muscles
14  that we've identified here, where do they
15  insert?
16      MR. SNELL:  Form.
17      A.    What do you mean?
18  BY MS. KIRKPATRICK:
19      Q.    Do they insert into the bones, do
20  they insert -- where do they go?
21      A.    Well, you can see on the picture
22  right there where they go.
23      Q.    Is this the end of the muscle?
24      A.    Yes.

Page 188

1      Q.    Okay.  So the muscle ends here
2  and it's connected to what?
3      A.    The bones and the ligaments right
4  there.
5      Q.    These bones and ligaments, the
6  pubic bone here, and which ligaments are
7  these?
8      A.    That's the ATFP and the obturator
9  fascia.
10      Q.    And the sling itself goes through
11  the obturator fascia, right?
12      A.    Yes.
13      Q.    Okay.  And that's actually how
14  it's implanted, correct?
15      A.    That's how it's -- what do you
16  mean, that's how it's implanted?
17      Q.    Through the fascia?
18      A.    That's the design of it, to go
19  through that --
20      Q.    Yes, thank you.
21      A.    -- fascia and through those
22  muscles.
23      Q.    Okay.  And what we know from
24  Dr. Siddique's report is when he went in to

47 (Pages 185 to 188)

Christina Pramudji, M.D.

Page 189

1 remove her sling, he pulled down on it, as
2 you said, right, and then when he let go, he
3 described it as retracting behind the pubic
4 bone, correct?
5     A.    Yes.
6     Q.    So we know that there's some
7 portion of the mesh that still exists in this
8 location through the obturator foramen and
9 back behind this pubic bone, correct?
10     A.    Correct.
11     Q.    And that's the same obturator
12 foramen that the muscles, the levator
13 muscles, insert through, correct?  Or attach
14 to?
15     A.    Not really.  I mean, you can see
16 where they sort of --
17     Q.    Show me where that is.
18     A.    They sort of come over here to
19 this point, but then they end and they're not
20 really near this fascia here, these muscles.
21     Q.    How much distance is there
22 between that -- this muscle here and that
23 fascia there?  How many centimeters is that?
24     A.    Well, the fascia goes right up to

Page 190

1 that point and then the muscles start.
2     Q.    And they're all connected,
3 correct?
4     A.    Yeah.  They're opposing to each
5 other, they're not necessarily connected but
6 they're in the vicinity of each other.
7     Q.    Okay.  And they work in
8 conjunction with each other, don't they, to
9 perform --
10     A.    This is kind of a separate
11 compartment but this works as a floor.  This
12 all works together.  But the obturator is a
13 separate --
14     Q.    Okay.  And I'm sorry that you're
15 giving me an anatomy lesson.
16     A.    That's okay.
17     Q.    But I'm trying to understand
18 here.  Does this muscle connect to this
19 fascia or not?
20     A.    The fascia --
21         MR. SNELL:  Form.
22     A.    -- condenses right there and
23 makes a line and it attaches to that line.
24 BY MS. KIRKPATRICK:

Page 191

1     Q.    Okay.  So this is the fascia --
2     A.    But that line is like a wall
3 that -- kind of a partition between the two
4 compartments.  These are considered different
5 compartments.
6     Q.    But they're attached, correct?
7     A.    They're attached.
8     Q.    So this muscle attaches to this
9 fascia here, and the sling, when it's
10 implanted, goes in through the levator muscle
11 here and it goes into the fascia as well,
12 correct?
13         MR. SNELL:  Form.
14         Go ahead.
15     A.    Yes.
16 BY MS. KIRKPATRICK:
17     Q.    Now, putting aside this muscle
18 spasm here, you said there's a point of
19 tenderness that we've identified on this
20 right here.  What do you think is causing
21 that tenderness?
22     A.    She's got some scar tissue right
23 under there.
24     Q.    And is that scar tissue from the

Page 192

1 implant or explant surgery?
2         MR. SNELL:  Form.
3     A.    Yes.
4 BY MS. KIRKPATRICK:
5     Q.    Okay.  And you believe that that
6 is the cause of the tenderness that she's
7 feeling in this --
8     A.    That one spot.
9     Q.    -- one spot?
10     A.    Yes.
11     Q.    And it's the spot that sits
12 between the urethra and the vagina, correct?
13     A.    Correct.
14     Q.    Okay.
15     A.    It's kind of right on the vaginal
16 wall.  There's a little bump, and that's
17 where she's tender.
18     Q.    Okay.  She's tender on that.  And
19 that is also contributing to the dyspareunia
20 that she experiences, correct?
21     A.    It's hard to say.  It could be.
22     Q.    Okay.  At least --
23     A.    I mean, if that's all she had --
24     Q.    I'm not asking you if it's the

48 (Pages 189 to 192)

Christina Pramudji, M.D.

Page 193

1 cause, the only cause, the only thing that's
2 giving her discomfort, but that's something
3 that's contributing to the dyspareunia and
4 the discomfort that she's having vaginally,
5 correct?
6 MR. SNELL: Form.
7 A. It could be, yes.
8 BY MS. KIRKPATRICK:
9 Q. Okay. So let me go through with
10 you, then, this area of muscle spasm. I want
11 to just do a timeline so I can understand, in
12 my mind, how this would work.
13 Now, you'll agree with me that
14 she didn't have any reports of any muscle --
15 do you need to take that?
16 A. Yes. It's one of my partners.
17 MS. KIRKPATRICK: Sure. No
18 problem. We'll take a five-minute break.
19 (Recess, 2:31 p.m. to 2:50 p.m.)
20 BY MS. KIRKPATRICK:
21 Q. So I want to go through some of
22 the other -- the history and get a timeline
23 from you of when Ms. Huskey had certain
24 issues.

Page 194

1 A. Okay.
2 Q. So I think some of the issues
3 that you had talked about that you thought
4 were important or relevant to the diagnosis
5 of pelvic pain here were the back surgery
6 that she had?
7 A. Uh-huh.
8 Q. When did she have that back
9 surgery, do you remember?
10 A. She had two. She had one I
11 believe in '97 and one in 2000.
12 Q. '97 and 2000.
13 A. Uh-huh.
14 Q. And was that her upper, her
15 middle or her lower back?
16 A. Lower back.
17 Q. Okay. Do you believe that the
18 back surgery that she had in 1997 and 2000
19 has any correlation or any connection to the
20 pelvic pain that she's currently
21 experiencing?
22 A. I'm not -- I'm not sure about
23 that. It's a possible etiology. I think her
24 pain is multifactorial. It's hard to really

Page 195

1 dissect it out completely.
2 Q. Okay, so hard to dissect out.
3 But would you agree with me that
4 you can't say to a reasonable degree of
5 medical certainty that the back surgery in
6 1997 is causally related to her current
7 pelvic pain issues?
8 MR. SNELL: Form.
9 A. I can't say that it's not either.
10 BY MS. KIRKPATRICK:
11 Q. Okay. But I'm asking if you can
12 say that it is.
13 A. I can't say one way or another.
14 Q. Can't say one way or the other,
15 okay.
16 A. No.
17 Q. You also had referenced a
18 shoulder injury. Is that right?
19 (Brief interruption.)
20 MS. KIRKPATRICK: I'm sorry,
21 that's me. I'm sorry.
22 BY MS. KIRKPATRICK:
23 Q. I thought you had referenced
24 another surgery that she had. Am I incorrect

Page 196

1 in that?
2 A. No, I didn't.
3 Q. Okay, no other surgery.
4 And when you say that her pelvic
5 pain is multifactorial, I just want to make
6 sure that I have a complete, full listing of
7 each of the things that you believe are
8 contributing to her current pelvic pain.
9 A. The diverticulosis -- well,
10 number one at the top would be the levator
11 spasm.
12 Q. And you believe that the cause of
13 the levator spasm was the S1 joint issue?
14 A. I think that might be
15 contributing, because, like I said, it's
16 abnormally angled. I think she might have
17 some pelvic tilt issues.
18 Q. Okay. Anything else -- let's
19 take the levator spasm first. Anything else
20 that you believe can be causing the levator
21 spasm?
22 A. Well, like I said before, it can
23 be exacerbated by stress, can cause a muscle
24 spasm. The pain, you know, just the chronic

49 (Pages 193 to 196)

Page 197

1 pain, the pelvic surgery can -- any pelvic
2 surgery can contribute but the pelvic surgery
3 she had could contribute.
4     Q.    Okay.  Anything else?  We've got
5 the pelvic surgery, that's the TVT-O surgery.
6 We have the potential S1 joint issue.
7     A.    Uh-huh.
8     Q.    Okay.  We have that it may be
9 then exacerbated by stress but not caused by
10 stress.  Is that right?
11     A.    We don't really know for sure how
12 it all interplays, nobody has been able to
13 quite figure that out.  I mean, I've seen
14 patients before that it just occurred at the
15 time of stress, there was no inciting factor.
16 They just had a lot of stress and then they
17 developed this pelvic floor spasm.
18     Q.    Okay.  Anything else that you
19 think is a cause of the levator muscle spasms
20 that she is experiencing?
21     A.    I know she's had also some
22 problems with rectal pain with the
23 diverticulosis and there might be some
24 interplay there as well.  But it's one of

Page 198

1 those areas where usually you can't figure
2 out exactly what causes it.
3     Q.    So am I correct in saying that
4 your opinion is that there's not a single
5 cause to the muscle spasm that she was
6 experiencing, but there are multiple causes
7 that working in connection with each other
8 are causing this muscle spasm that she's
9 having?  Is that right?
10     A.    Correct, uh-huh.
11     Q.    And then that muscle spasm that
12 she's having is the source of most of her
13 both dyspareunia and chronic pelvic pain that
14 she's currently having?
15     A.    Correct.
16     Q.    Okay.  And you gave me then a
17 list of the issues or a list of the
18 conditions that you believe were all working
19 in conjunction with each other to cause this
20 levator muscle spasm?
21     A.    Correct.
22     Q.    Is that right?
23     A.    Yes.
24     Q.    Okay.  So what's not on that list

Page 199

1 is the back surgery from '97 to 2000.  Is
2 that right?
3     A.    Uh-huh.
4     Q.    Is there anything else -- okay.
5 So that's the levator spasm.
6     A.    Uh-huh.
7     Q.    Then separate and apart from
8 that, you talked about the diverticulosis,
9 right?
10     A.    Uh-huh.
11     Q.    And that was the diagnosis that
12 she had when coming from the emergency or
13 from her emergency room visit, I believe it
14 was the December time frame?
15     A.    2010, yes.
16     Q.    December 2010, okay.  And you
17 will agree with me that at that time, her
18 treating gynecologist ruled out a GYN origin
19 to that particular lower quadrant pain?
20     A.    I'd have to look at the records
21 again.  I can't remember exactly what her
22 conclusion was about that, but I do recall
23 that the overall thought was that it was the
24 diverticulosis because it was more on the

Page 200

1 left.
2     Q.    Okay.  And you also recall that
3 there were reports in her medical records
4 after that, that she controls the
5 diverticulosis by a diet and she's also, I
6 believe, on MiraLAX.  Is that correct?
7     A.    Yes.
8     Q.    Okay.  And is there any report
9 after December of 2010 that leads you to
10 believe that the diverticulosis is not being
11 controlled by the measures that she's
12 currently taking?
13     A.    There was -- there was a time
14 when she was concerned about the
15 diverticulosis flaring up.
16     Q.    Okay.  And when was that?
17     A.    I don't remember, 2012 or '13.  I
18 can't recall.  She was going to see her GI
19 doctor.
20     Q.    And will you agree with me that
21 when you have diverticulosis, it is, as you
22 termed it, you generally have a flare-up?  Is
23 that right?
24     A.    Typically.

Christina Pramudji, M.D.

Page 201

1     Q.   And then it's typically
2  controlled by your diet, by exercise, and by
3  medication after that. Is that right?
4     A.   Well, yeah. Keeping the bowel
5  movements moving. She has chronic
6  constipation, so, you know, it's hard to know
7  how often it's contributing to her pain and
8  discomfort because she doesn't keep it
9  managed very well at all times. She doesn't
10  have bowel movements regularly every day.
11     Q.   Okay. And that's even more
12  difficult for her now since she's not
13  exercising like she used to, because that
14  helps keep your bowel movements regular,
15  correct?
16     MR. SNELL: Form.
17     A.   It does in most people.
18  BY MS. KIRKPATRICK:
19     Q.   And actually, she has reported
20  that that was helpful to her at a particular
21  period in time in keeping her bowel habits
22  regular, do you remember?
23     A.   I don't recall reading that.
24     Q.   You don't recall reading that?

Page 202

1     A.   No.
2     Q.   Did you ask her anything about it
3  at your --
4     A.   No, we didn't talk about that.
5     Q.   But based on your review -- I
6  should say this: At the examination, you
7  didn't think that the diverticulosis or the
8  chronic constipation were important enough to
9  address with Mrs. Huskey at the IME, correct?
10     A.   We did address it. We didn't go
11  into detail with it.
12     Q.   Okay. You didn't think it was
13  important enough to go into detail with her
14  about it at that time, did you?
15     A.   Yes. And she didn't mention
16  anything more about it either.
17     Q.   And there were other issues that
18  you considered to be more significant to the
19  diagnosis of the pelvic pain than those
20  particular issues, right?
21     A.   Correct, uh-huh.
22     Q.   So we talked about the levator
23  spasms. Let me ask you this: This S1 joint
24  issue, because I think I've asked you -- let

Page 203

1  me get back to this.
2     When did Mrs. Huskey first treat
3  for S1 joint issues?
4     A.   I'd have to refresh my memory by
5  looking at the medical records. I don't
6  recall.
7     Q.   Do you remember generally that it
8  was significantly before she had the TVT-O
9  sling implanted?
10     A.   I don't. I really don't recall.
11  I'd have to look.
12     Q.   And do you recall that she had
13  been treated for several years on and off for
14  that condition?
15     A.   That's my impression, yes.
16     Q.   Okay. And the SI issues that she
17  had been treating for had never, during the
18  entire period of time that she was treating
19  for them, caused a levator muscle spasm,
20  correct?
21     MR. SNELL: Object to form.
22     A.   I don't -- I don't know.
23  BY MS. KIRKPATRICK:
24     Q.   Okay. You didn't see anything in

Page 204

1  her medical record that indicated the type of
2  muscle spasm that we're seeing today and the
3  tenderness in the vagina, she had ever
4  experienced anything like that before,
5  correct?
6     A.   There was nothing like that
7  documented until after the explant.
8     Q.   Okay. So if it is the SI joint
9  issue, she treated for many years with that
10  without having this type of issue, and it
11  didn't come to pass until I think it was
12  about six weeks after she had the explant
13  surgery? Is that right?
14     A.   Correct.
15     Q.   Okay.
16     A.   But oftentimes joint issues like
17  that are progressive and things can shift. I
18  don't -- like I said, I don't know if that's
19  the exact cause, but that could be
20  contributing.
21     Q.   Okay.
22     A.   It certainly -- as I said, that
23  muscle is abnormally angled, it is not in the
24  normal position that I've seen in other

51 (Pages 201 to 204)

Page 205

1  patients, and that would make the most sense,
2  that things are -- her pelvis is tilted.
3  Q.    How many women in the general
4  population have a tilted pelvis?
5  A.    I don't know.
6  Q.    Is it a fairly common condition?
7  A.    No.
8  Q.    It's not?
9  A.    No.
10  Q.    Okay. Apart from -- I want to
11  get back to this multifactorial pelvic pain.
12  We dealt with the pelvic pain caused by the
13  levator spasm and I think that was, again,
14  multifactorial. There's several conditions
15  that were kind of coming together that caused
16  that spasm, correct?
17  A.    (Witness nods head.)
18  Q.    And then she's also having pain
19  because of the diverticulosis, we talked
20  about that. And then we also had previously
21  talked about this point tenderness between
22  the urethra and the vagina.
23      Apart from those three issues, is
24  there anything else, in your mind, that is

Page 206

1  the cause of any of the pelvic pain that
2  she's experiencing?
3  A.    The urogenital atrophy.
4  Q.    And what kind of pelvic pain do
5  you think the urogenital atrophy is causing?
6  A.    I think it's causing just general
7  tenderness in the area, from the tissues
8  being a little thinned out.
9  Q.    Okay. Anything else?
10  A.    I don't think she's ever had a
11  laparoscope to rule out endometriosis.
12  That's on the differential. It doesn't sound
13  like endometriosis but it's something that
14  would be on a long differential diagnosis
15  list.
16  Q.    Okay. So let's talk a little bit
17  about endometriosis. Can you tell me what
18  that is? You're better qualified than I am.
19  A.    Yes. It's abnormal endometrial
20  tissue in the pelvic cavity.
21  Q.    Okay. And endometrial tissue is
22  basically the uterine lining, correct?
23  A.    Correct.
24  Q.    And it's when the uterine lining

Page 207

1  is not contained to the uterus itself but
2  also grows outside in tissues in the pelvis.
3  A.    Yes.
4  Q.    What is the treatment for
5  endometriosis?
6  A.    Well, either ablation of the
7  lesions in the pelvis laparoscopically by
8  burning them, cauterizing them, or hormonal
9  therapy.
10  Q.    Okay. And isn't one way that you
11  deal with endometriosis is through a
12  hysterectomy?
13  A.    Sometimes that can be done.
14  Q.    Okay. And at the time that you
15  have a hysterectomy performed, a physician
16  would be able to see if the endometrial
17  lining was growing outside of the uterus,
18  correct?
19  A.    Depends on how the hysterectomy
20  is performed. If it's a vaginal
21  hysterectomy, they probably wouldn't be able
22  to see anything.
23  Q.    Okay. But you'll agree with me
24  that the removal of the uterus or the

Page 208

1  hysterectomy is one way of dealing with
2  problems related to endometriosis, correct?
3  A.    It is, but patients can still
4  have endometrial tissue outside that was not
5  recognized and can still be problematic.
6  Q.    That's basically hypothetical.
7  You haven't seen any evidence in
8  Mrs. Huskey's medical records at all that she
9  had any problems with endometriosis, correct?
10      MR. SNELL: Form.
11  A.    I don't -- I can't recall if that
12  was addressed by one of her gynecologists
13  right off the top of my head. I just kind of
14  have that in the back of my mind on the
15  differential diagnosis.
16  BY MS. KIRKPATRICK:
17  Q.    Okay. And you know that she's
18  had a hysterectomy?
19  A.    Yes.
20  Q.    Okay. And you didn't note
21  anything in the medical records, the
22  hysterectomy or at the time of the
23  hysterectomy that there was any concern with
24  endometriosis?

52 (Pages 205 to 208)

Christina Pramudji, M.D.

Page 209

1    A.    Correct.
2    Q.    And that wasn't the reason for
3 the hysterectomy?
4    A.    Right.
5    Q.    Okay.  So you can't point me to
6 anything in her medical records that would
7 support the hypothesis that she has -- she
8 may have endometriosis, correct?
9         MR. SNELL:  Form.
10    A.    Only the pelvic pain would be the
11 only thing that would be a possible symptom
12 of it.
13 BY MS. KIRKPATRICK:
14    Q.    Okay.  You will also agree with
15 me that at the time Mrs. Huskey had her
16 hysterectomy, she had -- it was observed that
17 she had normal ovaries at that time, correct?
18    A.    I'd have to refresh my memory on
19 that.
20    Q.    Okay.  And generally, you would
21 also agree with me that if you can visualize
22 the ovaries at the time of a hysterectomy and
23 that's reflected in her medical records, it's
24 a good indication that you can visualize the

Page 210

1 pelvic cavity and see whether there's any
2 problem with endometrial tissue, correct?
3         MR. SNELL:  Form.
4    A.    Sure.
5 BY MS. KIRKPATRICK:
6    Q.    Okay.  And are you aware of any
7 reports in the medical literature or any
8 reports elsewhere of endometriosis developing
9 for the first time after a hysterectomy was
10 performed?
11    A.    No, I'm not aware of that.
12    Q.    Okay.  So anything else that you
13 believe is contributing or causing pelvic
14 pain for Mrs. Huskey?
15    A.    No.
16    Q.    Okay.  Now, I think you testified
17 that -- and it's actually in your IME as
18 well -- that Mrs. Huskey had some relief of
19 the pain following the -- immediately
20 following the removal of the sling, correct?
21    A.    Correct.
22    Q.    And that was for a period of
23 about six weeks after the surgery?
24    A.    Correct.

Page 211

1    Q.    And it was when she went back to
2 have a pelvic exam done when the speculum was
3 put into her vagina, it caused -- or I
4 shouldn't say -- it triggered pain in the
5 vagina.  Is that right?
6    A.    Leading up to the surgery that
7 Dr. Siddique did, she had kind of deep
8 central pain and pain around the area of mesh
9 exposure, where it was rubbing, causing an
10 irritation there.  That's what she described.
11 That's what was kind of described in the
12 medical records and with the IME.
13         The pain after it was removed,
14 upon the speculum examination, was a
15 different pain.  It was a vaginal pain, a
16 spasm pain, and that's what she's dealing
17 with now and that's what we're observing on
18 examination.  So it changed.  It was a
19 different -- a different kind of pain, a
20 different area of pain.  You.
21         Know, with Dr. Byrkit's records,
22 you know, the pain was with intercourse,
23 there wasn't this complaint of this chronic
24 pain other than some -- you know, sometimes

Page 212

1 that deep central pain.
2         The other thing that I just
3 thought about was on that list of the
4 possible sources of pelvic pain, did you
5 write down again the interstitial cystitis?
6    Q.    No, I didn't.
7    A.    The possibility that we talked
8 about earlier?
9    Q.    Okay.  Great, I want to talk
10 about that too, thank you.
11    A.    Because when I did the
12 urodynamics, she had pain with bladder
13 filling, when her bladder got full, and
14 there's not too many things that cause that.
15 But interstitial cystitis is the main thing
16 that causes that.
17    Q.    Okay.
18    A.    And it's a diagnosis of symptoms,
19 basically.  Pain with bladder filling,
20 urgency, frequency.  She doesn't really have
21 as much urgency/frequency now, so it's a
22 diagnosis that I would kind of watch a
23 patient and see, maybe try some local
24 treatments with some bladder instillations to

53 (Pages 209 to 212)

Christina Pramudji, M.D.

Page 213

1  calm down the bladder with local anesthetic;
2  something, you know, not too invasive to try
3  to see if that gives her relief.
4       But that said, you know, if she
5  does have interstitial cystitis, that would
6  definitely cause this chronic pelvic pain,
7  that deep central pain that she's described
8  to me and to others, and oftentimes, that
9  goes hand-in-hand with levator spasm, where
10  they both kind of interplay with each other.
11      Q.   Okay.  So let me -- so there's
12  pain when her bladder fills, but that's
13  different than the tenderness between her
14  urethra and her vagina and that's different
15  than the muscle spasm, correct?
16      A.   Correct.
17      Q.   And that's kind of what we talked
18  about before when women can tell the
19  difference, for example, between a urinary
20  tract infection and menstrual cramps.
21      A.   Right.
22      Q.   So that's a separate identifiable
23  source of pain for her, correct?
24      A.   Yes.

Page 214

1       Q.   And I think, if I'm remembering
2  correctly, that that interstitial cystitis
3  can be exacerbated by pelvic surgery.  Is
4  that right, the symptoms of it?
5       A.   Yes, it can be.  Uh-huh.
6       Q.   Okay.  So then the pelvic surgery
7  that would be relevant to Mrs. Huskey's case
8  would be two different kinds of surgeries,
9  both the implant of the TVT-O device and the
10  explant of the TVT-O device, correct, those
11  two separate surgeries?
12      A.   Yes.
13      Q.   So those two separate surgeries
14  could be a contributing cause of the symptoms
15  that she experiences from the underlying
16  interstitial cystitis?
17      A.   It could be.
18      Q.   If that's what, indeed, she has?
19      A.   Right.
20      Q.   Okay.  And you're making that
21  diagnosis based on you believe that that's a
22  possibility, but you can't definitively say
23  that she has it at this point.  Is that
24  right?

Page 215

1       A.   Correct.
2       Q.   Okay.  Is there anything -- I
3  want to make sure that I have the whole list.
4  Is there anything else?
5       A.   Well, scar tissue from
6  hysterectomy is always a possibility,
7  adhesions, but it doesn't sound like that to
8  me.  That's all I can think of.
9       Q.   So in this case, even though it's
10  a possibility, it does seem unlikely?
11      A.   It's kind of further down the
12  differential diagnosis.
13      Q.   Okay.  So then let's go back to
14  talking about the new type of pain that she
15  experienced.  And you're not suggesting that
16  the use of the speculum during the pelvic
17  exam caused some kind of damage or caused
18  some kind of muscle spasm or tenderness in
19  the vagina, correct?
20      A.   I don't think it caused it.
21  Somehow it triggered that muscle to go into
22  spasm.  I don't know if it was her -- I don't
23  know.  I don't know how that happened.
24      Q.   Okay.  And so you agree with me,

Page 216

1  from reading her medical records, that
2  between the explant surgery and that
3  follow-up visit, nothing else had been in
4  Mrs. Huskey's vagina, correct?
5       A.   Correct.
6       Q.   She had not had intercourse with
7  her husband during that time, so it was
8  really the first time that anything was
9  introduced into her vagina following the
10  explant surgery, that triggered both the
11  muscle spasm and the other point tenderness
12  that we discussed, correct?
13      A.   As far as we know.
14      Q.   Okay.  And will you agree with me
15  that that all -- one of the causes of that
16  could be the pelvic surgery to remove the
17  TVT-O device itself?
18          MR. SNELL:  Form.
19      A.   I don't think so, because it's in
20  a different compartment.  I mean, I suppose,
21  just speculating, just with any surgery in
22  that area, you know, maybe there could be a
23  reaction there with the muscle.  But it's so
24  far away from it, I just feel like that's

54 (Pages 213 to 216)

Christina Pramudji, M.D.

Page 217

1  very unlikely, in my opinion.
2  BY MS. KIRKPATRICK:
3     Q.    I think that we had -- so you
4  have no explanation for why all of these
5  other conditions which are -- you'll agree
6  with me, are more distal in time to the
7  explant surgery, correct?  They all predated
8  the explant surgery?
9        MR. SNELL: Form.  Form.
10    A.    What all?
11  BY MS. KIRKPATRICK:
12    Q.    All of the other issues that we
13  talked about.  For example, she had SI joint
14  issues before she had the removal surgery,
15  correct?
16    A.    Uh-huh.
17    Q.    And she had --
18        MR. SNELL: Hold on.  You have to
19  say yes or no.  It comes out uh-huh,
20  huh-uh.
21        THE WITNESS: Yes.  Sorry.  Yes.
22  BY MS. KIRKPATRICK:
23    Q.    I'll go back so we have a clean
24  record on that.

Page 218

1        You'll agree with me that the SI
2  joint issues predated the surgery to remove
3  the TVT-O stress, correct?
4     A.    Yes.
5     Q.    And you'll agree with me that she
6  had stress that existed before she had the
7  removal surgery to take out the TVT-O mesh,
8  correct?
9     A.    Yes.
10    Q.    And you'll agree with me that
11  these bladder issues, to the extent they
12  existed, predated the removal of the TVT-O
13  mesh, correct?
14    A.    Yes.
15    Q.    Yet the pain itself didn't
16  express itself until after the surgery.
17    A.    Yes.
18    Q.    Okay.  But you don't think that
19  the surgery, even though it was the closest
20  thing in time, was the cause of the problems
21  that she's having?
22    A.    No.
23    Q.    And you don't think it's a cause
24  of -- in conjunction with the rest of the

Page 219

1  issues that she had to the problem?
2     A.    No.  I think it's way down the
3  list as a possible cause.
4     Q.    So it's just a coincidence?
5     A.    I think so.  I think it's a
6  confluence of factors, and, you know, she had
7  been -- Dr. Siddique had planted in her head
8  that she was going to have dyspareunia and
9  chronic pelvic pain and chronic problems, and
10  I think that, you know, all that contributed
11  to, and all the other factors that she had
12  could have all contributed to make it happen.
13        But I don't know why making an
14  anterior incision in the vaginal wall,
15  removing the piece of mesh, and then she felt
16  great afterwards, I don't know why that would
17  cause a spasm six weeks later.  That's kind
18  of farfetched.
19    Q.    Okay.  What do you mean, "planted
20  in her head"?
21    A.    Well, when she first saw him, he
22  said that, "Well, I need to remove all the
23  mesh but you may still have dyspareunia, you
24  will -- you may have chronic pain and

Page 220

1  recurrent incontinence," and, you know,
2  she -- up till that point, she had some pain,
3  she had dyspareunia, but that was just the
4  mesh exposure.  And I think he kind of
5  sensitized her to that.
6     Q.    You're not suggesting, are you,
7  that Mrs. Huskey's current medical conditions
8  are all in her head, are you?
9     A.    No.  Absolutely not.
10    Q.    And they are clinically
11  documented through your exam and through her
12  medical records, correct?
13    A.    Absolutely.
14    Q.    And you're not suggesting that
15  Mrs. Huskey is willing herself to have such
16  bad chronic pelvic pain that she can't have
17  sex with her husband, are you?
18        MR. SNELL: Form.
19    A.    No.  But you know that we're not
20  just a body and a mind, it's all
21  interconnected.  And so if there's a -- if
22  you're told that you're not going to get
23  better, then you may not get better.  If
24  you're told that you're optimistic and that

55 (Pages 217 to 220)

Christina Pramudji, M.D.

Page 221

1  you're going to get better, then you have a
2  better chance of getting better. It depends
3  on your outlook, and doctors see this all the
4  time, how patients' outlook on things will
5  improve they're outcome.
6        And so I'm not saying that I'm
7  not -- I don't know if that's what's going on
8  here, but it could be part of it. And I
9  think that she's got a lot of stress and
10 depression that I don't know is adequately
11 treated, and that is known to exacerbate
12 chronic pain and muscle spasm, not just in
13 the pelvic floor but in other parts of the
14 body. Chronic back pain, we talked about
15 migraines.
16        So all that is interconnected.
17 And as a source of the spasm, I don't know if
18 it was, but I think it can definitely
19 exacerbate it and I see that clinically in
20 practice. Anyone that deals with pelvic pain
21 will see patients come in with pelvic floor
22 spasm that's made worse by stress.
23        And all the stress that she's
24 been under with this lawsuit and with her

Page 222

1  breast cancer, I know that's all contributing
2  and making it harder for her. I'm not saying
3  that that caused it and I'm certainly not
4  saying that that's in her head.
5  BY MS. KIRKPATRICK:
6        Q.    Okay. Well, let me go back to
7  that.
8        This muscle spasm occurred before
9  she was involved in any lawsuit, correct?
10       A.    I don't know when she filed the
11 lawsuit, but I know it's after she saw the
12 commercials and asked Dr. Byrkit about the
13 mesh lawsuits. So she had been -- it was on
14 her radar.
15       Q.    Okay. You'll agree with me,
16 though, that if the reports of the muscle
17 spasm and the problems predated that, that
18 there's no correlation; you're not
19 suggesting, are you, that Mrs. Huskey is
20 making up any of this for the purposes of a
21 lawsuit?
22       MR. SNELL: Hold on. Hold on,
23 hold on. Form and foundation.
24       Go ahead.

Page 223

1        A.    I'm not suggesting she's making
2  it up, no. She definitely has a muscle spasm
3  there.
4  BY MS. KIRKPATRICK:
5        Q.    Okay. And you can't fake a
6  muscle spasm, correct?
7        A.    No.
8        Q.    And Mrs. Huskey is not faking a
9  muscle spasm?
10       A.    No.
11       Q.    Okay. So something is causing
12 the muscle spasm that she is having, correct?
13       A.    Yes.
14       Q.    And she's also not faking the
15 point tenderness between the urethra and the
16 vagina, correct?
17       A.    I have to take her word for that.
18 I mean, pain on examination, tenderness, you
19 just have to take the patient's word for it.
20       Q.    Okay. Do you have any reason to
21 doubt her word for it?
22       A.    No. I think she was -- I think
23 she was legitimate on that. She was being
24       Q.    You believe that she was being

Page 224

1  honest with you in what she was telling you
2  during the exam, correct?
3        A.    As far as I could tell, yeah.
4        Q.    Okay. You have no reason to
5  suspect that.
6        And in addition to that, you're
7  not suggesting in any way that Mrs. Huskey
8  had her sling removed for the purposes of any
9  kind of lawsuit, are you?
10       MR. SNELL: Form.
11       A.    No.
12 BY MS. KIRKPATRICK:
13       Q.    And she had it removed because
14 that was, in her doctor's estimation, what
15 was necessary to relieve the physical
16 symptoms that she was having, correct?
17       A.    Correct.
18       Q.    And you don't second-guess that
19 opinion at all, do you?
20       A.    No. I don't know if I would have
21 done as extensive of an excision. I don't
22 think she needed to have the whole thing
23 removed. He could have left the part on the
24 other side and she might have maintained

56 (Pages 221 to 224)

Case 2:12-md-02327 Document 2153 Filed 05/09/16 Page 87 of 88 PageID #: 57285
Case 3:20-cv-00851-MO Document 214-3 Filed 05/26/23 Page 76 of 478
Christina Pramudji, M.D.

Page 225

1  continence if he had left that in place.
2      She was only complaining of the
3  area where there was an exposure.
4      Q.   But you're not second-guessing
5  his medical judgment in performing the
6  surgery on Mrs. Huskey, correct?
7      A.   Right.  I mean, medicine is a
8  practice, so we have different opinions at
9  different times.  He saw the patient at that
10 time.  That's what he thought.  But from what
11 I read, it sounded like he could have just
12 removed that area, that one area.
13     Q.   But you haven't spoken to him
14 about the case, correct?
15     A.   I've read his deposition, but
16 that's all.
17     Q.   Right.  But you haven't spoken to
18 him?
19     A.   And the medical record.  No.
20     Q.   And you weren't there at the time
21 to see what she was like on examination when
22 he saw her?
23         MR. SNELL:  Form.
24     A.   Right.

Page 226

1  BY MS. KIRKPATRICK:
2      Q.   And you don't have a reason to
3  second-guess that medical judgment?
4          MR. SNELL:  Form.
5          Go ahead.
6      A.   Well, he didn't -- there was no
7  point, there was no record of tenderness on
8  the contralateral side, so --
9  BY MS. KIRKPATRICK:
10     Q.   What's the contralateral side?
11 Can you show me on that drawing?
12     A.   Just the other side from where
13 the mesh exposure was.  She had the mesh
14 exposure here on the right within the vaginal
15 wall, so -- was it the right or the left, I
16 get confused -- but on the other side, at
17 that time she didn't have tenderness.
18         MR. SNELL:  If you need to look
19 at the records, feel free to look at the
20 records.
21 BY MS. KIRKPATRICK:
22     Q.   Yeah, you can absolutely feel
23 free to look at the records if you want to.
24         (Witness reviews document(s).)

Page 227

1      A.   On the right.  So he noted a
2  2-centimeter mesh exposure on the right
3  sulcus, and rather than just removing that
4  whole area, he removed the whole thing.
5  BY MS. KIRKPATRICK:
6      Q.   Okay.  But that wasn't for
7  purposes of litigation, correct?
8      A.   Correct.
9      Q.   And can -- I think we talked
10 about this before, but just let me make sure.
11 The mesh is a foreign body that's implanted
12 in Ms. Huskey's pelvis, correct?
13     A.   Correct.
14     Q.   And anytime you implant a foreign
15 body into someone, it can cause a chronic
16 inflammatory reaction, correct?
17     A.   It's a nerve, so it causes a mild
18 chronic inflammatory reaction.  It's not
19 significant.
20     Q.   You believe that's not
21 significant?
22     A.   No.
23     Q.   What's that based on?
24     A.   Based on experience and on the

Page 228

1  literature.
2      Q.   What literature?
3      A.   The whole body of literature.
4  There's not -- hasn't been problems with
5  chronic inflammation in slings.
6      Q.   Okay.  So your opinion is that a
7  sling cannot cause a chronic inflammatory
8  response in a person?
9      A.   No.
10     Q.   Is that right?
11     A.   That's not my opinion.
12     Q.   Oh, okay.  Can you tell me what
13 your opinion is?
14     A.   I said it can cause a mild
15 chronic inflammatory response but nothing
16 that's clinically significant.
17     Q.   Do you believe that an
18 inflammatory response in connection with scar
19 tissue in the pelvis can cause pain upon
20 bladder filling?
21     A.   Repeat that question, please?
22     Q.   Okay.  Do you believe if the
23 pelvis is both inflamed and has scar tissue
24 in it, that that can cause pain upon bladder

57 (Pages 225 to 228)

Christina Pramudji, M.D.

<table>
<tr><td colspan="2">

Page 229

1  filling?
2     A.   Just anywhere in the pelvis?
3     Q.   Anywhere in the pelvis. Well, I
4  mean, let's -- you know, where the TVT-O is
5  placed.
6         MR. SNELL: Form.
7         Go ahead.
8     A.   I would think it unlikely.
9  BY MS. KIRKPATRICK:
10     Q.   Around the urethra and bladder?
11     A.   It's unlikely.
12     Q.   You think that's unlikely too.
13     A.   Yeah.
14     Q.   Okay. Now, you'll agree with me,
15  though, that Mrs. Huskey has had a number of
16  cystoscopies, correct?
17     A.   Yes.
18     Q.   And she's never been diagnosed
19  with interstitial cystitis?
20     A.   Well, it's not a diagnosis that
21  you would make on a regular cystoscopy.
22     Q.   She's never been diagnosed, has
23  she?
24     A.   No.

</td><td colspan="2">

Page 230

1     Q.   Okay.
2     A.   You would have to do a
3  hydrodistention, and even that's not
4  100 percent specific. Like I said, it's
5  diagnosed based on symptoms and ruling out
6  other disease processes.
7     Q.   I want to talk about the speculum
8  exam. Do you perform speculum exams?
9     A.   Yes.
10     Q.   About how many have you performed
11  over the course of your medical career?
12     A.   Thousands upon thousands.
13     Q.   And in those thousands upon
14  thousands of speculum exams that you've done,
15  have you ever seen a situation in which a
16  speculum exam triggered the type of levator
17  muscle spasm that Mrs. Huskey is having?
18     A.   Yes.
19     Q.   Okay. When did you see that?
20     A.   I've seen patients that would
21  have severe pain afterwards and they had a
22  muscle spasm.
23     Q.   Okay. Severe chronic pain
24  afterwards?

</td></tr>
<tr><td colspan="2">

Page 231

1     A.   Uh-huh.
2     Q.   And it never went away?
3     A.   Yes.
4     Q.   Okay. How many patients like
5  that have you seen?
6     A.   Just a couple.
7     Q.   Okay. And what do you believe
8  caused their spasms?
9     A.   Anxiety about the exam. I don't
10  know, chronic tenderness in the area. These
11  are chronic pelvic pain patients.
12     Q.   Okay. So you've seen that in
13  about two of thousands of women, right?
14     A.   Correct, uh-huh.
15     Q.   Okay. Have you ever seen any
16  reports in the medical literature or anything
17  discussing why a speculum exam would trigger
18  a levator muscle spasm?
19     A.   I've never seen anything like
20  that.
21     Q.   So it's just a couple of patients
22  that you've seen have -- when did you see
23  those patients?
24     A.   I don't know. Years ago. I

</td><td colspan="2">

Page 232

1  don't remember.
2     Q.   Have you seen anyone have that
3  reaction in the last five years?
4     A.   I don't recall.
5     Q.   In the last 10 years?
6     A.   I don't know when it was, but
7  I've seen it happen before.
8     Q.   Can you give me a ballpark of
9  when you saw that?
10     A.   Maybe three or four years ago.
11     Q.   Did either of those patients have
12  mesh?
13     A.   No.
14     Q.   Do you agree with me that the
15  TVT-O sling was the cause of the mesh erosion
16  that was seen by both Dr. Byrkit and
17  Dr. Siddique?
18         MR. SNELL: Form.
19     A.   The sling was the cause of the
20  mesh erosion?
21  BY MS. KIRKPATRICK:
22     Q.   There's no other cause of it, the
23  sling is the cause of the erosion?
24         MR. SNELL: Form.

</td></tr>
</table>

58 (Pages 229 to 232)

Christina Pramudji, M.D.

Page 233

1    Go ahead.
2    A.    And the sling was what was
3    exposed.  Whether it was the cause of it, I
4    mean, it could have been the bleeding that
5    she had right after the surgery, after she
6    exerted herself and then she immediately had
7    some significant bleeding, and it could have
8    opened up the wound and then allowed the mesh
9    to be exposed at that point.
10   BY MS. KIRKPATRICK:
11   Q.    Okay.  How many patients have you
12   seen of the thousands that you have treated
13   who had complications from their slings
14   because they vacuumed?
15   A.    Have I seen that... probably two.
16   Q.    Two?
17   A.    Uh-huh.
18   Q.    Okay.  And what kind of sling did
19   they have?
20   A.    I don't remember.
21   Q.    Do you remember whether it was a
22   transobturator or retropubic?
23   A.    No.
24   Q.    And what did you have to do after

Page 234

1    they vacuumed?
2    A.    I can't remember the specifics of
3    the case, but I can remember patients
4    having -- coming in with problems after
5    vacuuming.  I can't remember if it was
6    recurrence of incontinence or a mesh
7    exposure.  But I can think of specific cases
8    where they were vacuuming and then they had
9    problems.
10   Q.    Now, I want to go back to this
11   drawing again.  Now, we've -- I want to make
12   sure I'm pointing at the right place.  These
13   are the muscles and these muscles, like every
14   muscle in the body, operate by contracting,
15   correct?
16   A.    Relaxing and contracting.
17   Q.    Relaxing and contracting.
18   A.    Yes.
19   Q.    And they're attached here to the
20   obturator fascia, correct?
21   A.    No, to the arcus tendineus.
22   Q.    Which is at the edge of that,
23   correct?
24   A.    Correct.

Page 235

1    Q.    And so as this muscle or any of
2    these levator muscles contract, they
3    necessarily will have an effect on what you
4    just called it that I can't quite remember.
5    A.    The arcus tendineus.
6    Q.    Arcus tendineus.
7    A.    Well, the arcus tendineus is
8    pretty well fixed, so it's designed to be
9    there almost like a wall so that it
10   doesn't -- it doesn't move when the muscles
11   contract.
12   Q.    So how do the muscles contract if
13   they're fixed in place?
14   A.    Well, it's just like a muscle
15   that's fixed to the bones.  The bones don't
16   move but the muscle contracts, so it's the
17   same thing with that arcus tendineus.  It's
18   designed to be the fixed point and then the
19   muscles squeeze and the other organs move and
20   the pelvic floor lifts.
21   Q.    So the other muscles there would
22   be --
23   A.    The pelvic floor lifts or
24   descends.

Page 236

1    Q.    The others would be the urethra,
2    the vagina, the rectum, would all move in
3    relation to the contraction of these
4    particular muscles.  Is that correct?
5    A.    Yes.
6    Q.    Okay.
7    A.    When you do your Kegels, you
8    know, you'll feel the vagina squeezing around
9    the -- on exam.  And this is a 3D rendering.
10   Of course -- well, it's 2D, but in 3D you've
11   got the pelvic floor here, it's like a bowl,
12   and then the arcus tendineus on the side and
13   then the obturator fascia is like this.
14         So these may extend, but this
15   doesn't move.  It's not -- even though
16   they're right next to each other, they're not
17   interconnected.  The obturator is a
18   completely different compartment, even though
19   they're right there.  This is moving but this
20   is not moving in relationship to it
21   (demonstrating).
22   Q.    So I think that you drew a
23   picture of -- or I drew -- no, you drew the
24   picture of the sling.  I labeled it.

59 (Pages 233 to 236)

Christina Pramudji, M.D.

Page 237

```
 1          Can you tell me what muscles a
 2   transobturator sling goes through, if any,
 3   when it's placed?
 4          MR. SNELL:  Form.
 5      A.   I'd have to look at the anatomy
 6   book because I don't have them memorized.
 7   There's four or five muscles there.
 8   BY MS. KIRKPATRICK:
 9      Q.   And the sling is placed through
10   those muscles, correct?
11      A.   Uh-huh.
12      Q.   And is it also placed through the
13   obturator fascia?
14      A.   Yes.
15      Q.   Okay.  And then where does it
16   insert into the obturator space?
17      A.   It's on the medial superior
18   aspect of the obturator foramen.
19      Q.   Okay.  And we've noted the
20   obturator foramen on this picture, correct?
21      A.   I'm sorry, the obturator -- this
22   is the obturator canal.  The obturator
23   foramen is the opening in the bone, so the
24   sling comes through right here and then the
```

Page 238

```
 1   obturator canal is over here.
 2      Q.   Okay.  So this would be the
 3   obturator canal --
 4      A.   The obturator canal, yes.
 5      Q.   -- not the obturator foramen?
 6      A.   Yes.
 7      Q.   Okay.  So it goes through the
 8   obturator foramen into the obturator space,
 9   correct?
10      A.   Well, there's really no obturator
11   space.
12      Q.   Okay.  I thought you just told me
13   that the obturator space was different than
14   the muscles.
15      A.   Well, it's a different muscle
16   compartment.
17      Q.   Okay.  What's the difference --
18   okay.  Compartment, it's the obturator
19   compartment.
20      A.   When I was referring to the
21   pelvic floor, is that what you're talking
22   about?
23      Q.   Yeah, I'm just trying to make
24   sure we have the same terms.
```

Page 239

```
 1      A.   It's a compartment.
 2      Q.   Okay.  The obturator compartment
 3   is different than the pelvic floor
 4   compartment?
 5      A.   Correct.
 6      Q.   But the transobturator sling goes
 7   through the pelvic floor muscles and the
 8   pelvic floor compartment, correct?
 9          MR. SNELL:  Form.
10      A.   I mean, it might go through a
11   little bit of the muscles here, there's not
12   much there, before it gets to the obturator.
13   These are kind of below where the sling would
14   be, and then it would go through the
15   obturator.
16   BY MS. KIRKPATRICK:
17      Q.   Into the obturator compartment,
18   is that right?
19      A.   Canal, compartment, yeah.
20      Q.   Okay.  And you don't believe --
21   it's your opinion that a transobturator sling
22   cannot cause a levator muscle spasm?
23      A.   Not in that area.  If anything,
24   it would be up in here, right next to the
```

Page 240

```
 1   urethra.
 2      Q.   So it has to be direct -- in your
 3   opinion, it has to be directly adjacent to or
 4   intertwined with the sling itself; otherwise
 5   it cannot be a cause?
 6      A.   Yeah.  I don't think so.  It's
 7   really far apart.  You can't tell in this
 8   picture, but they're very far apart from each
 9   other.
10      Q.   What do you mean by very -- how
11   much is very far?
12      A.   I mean, this far apart.  That's
13   very far apart (demonstrating).
14      Q.   Well, can you give me an estimate
15   of what that is?
16      A.   3 centimeters.
17      Q.   Maybe 3 centimeters apart?
18      A.   Yeah, uh-huh.
19      Q.   So you think there's
20   3 centimeters difference between where the
21   sling would have been implanted and where
22   she's having a muscle spasm?
23      A.   Correct.
24      Q.   Okay.
```

60 (Pages 237 to 240)

Christina Pramudji, M.D.

Page 241

1    MR. SNELL:  When we get to a good
2 stopping point, can you just let me know?
3 Because I've just got to go grab my bags.
4    MS. KIRKPATRICK:  Oh, go grab
5 your stuff, yeah.
6    (Recess, 3:36 p.m. to 3:52 p.m.)
7 BY MS. KIRKPATRICK:
8    Q.    Okay, Dr. Pramudji.  In your
9 first report, you had noted that -- or
10 observed that you believe that Ms. Huskey
11 would need further therapy and medication for
12 her pelvic pain and dyspareunia.
13    Do you still hold that opinion?
14    A.    Yes.
15    Q.    And you said that overall, her
16 prognosis was good.
17    A.    Yes.
18    Q.    Do you still hold that opinion
19 after seeing her at the independent medical
20 exam?
21    A.    Yes, I do.
22    Q.    Would it surprise you to know
23 that after you performed a pelvic exam on
24 Mrs. Huskey, she had to be in a wheelchair?

Page 242

1    A.    Yeah, I would be surprised.
2    Q.    And she had to be in a wheelchair
3 at the airport because of the severe pain
4 that she was in?
5    MR. SNELL:  Object to form.
6    A.    I mean, she has a spasm there.
7 She said it was tender on exam.  I did a very
8 gentle exam.  I'm surprised that it was that
9 bad.  She didn't -- she walked out of the
10 office and didn't seem like she was in that
11 much pain.  She was in some pain, but it
12 doesn't seem like it warranted a wheelchair.
13 BY MS. KIRKPATRICK:
14    Q.    But you did know that she was in
15 pain when she walked out of the office after
16 the pelvic exam?
17    A.    She said she was in tender, that
18 it had flared it up.
19    Q.    And most women don't have pain
20 when they walk out of an office with a pelvic
21 exam, correct?
22    A.    Correct.
23    Q.    Now, in your second report, in
24 your IME, you phrased your prognosis a little

Page 243

1 bit differently.
2    (Brief interruption.)
3    MR. SNELL:  I'm sorry.  Hold on.
4 BY MS. KIRKPATRICK:
5    Q.    You noted that there are several
6 treatment options that can be explored but
7 there's hope for her to return to a
8 satisfying and productive life.
9    You would agree with me that
10 right now, her life is not particularly
11 satisfying, correct?
12    A.    Well, she does have some leisure
13 activities that she participates in, but she
14 can't have intercourse with her husband right
15 now, which is important to her, and she says
16 that she can't work right now.
17    Q.    Which is also something that's
18 very important to her, correct?
19    A.    Uh-huh.
20    Q.    And she can't exercise anymore,
21 correct?
22    A.    That's what she says, yes.
23    Q.    So her level of activity has
24 changed dramatically from what it was before

Page 244

1 the TVT-O implant, correct?
2    MR. SNELL:  Form.
3    A.    As far as I can tell, yes.
4 BY MS. KIRKPATRICK:
5    Q.    Okay.  As far as what she
6 reports.
7    A.    Yes.
8    Q.    And there's nothing at all that
9 would make you question that, is there?
10    A.    No.
11    Q.    Okay.  And she is in a loving
12 relationship, correct?
13    A.    That's what she says, yes.
14    Q.    Okay.  And she also told you that
15 she does want to be able to have intercourse
16 with her husband, correct?
17    A.    Yes.
18    Q.    And she also told you that she
19 misses the ability to have physical intimacy
20 with her husband, correct?
21    A.    I don't remember if she told me
22 that directly, but I know that's what the
23 records show.
24    Q.    Okay.  So you would agree with me

61 (Pages 241 to 244)

Christina Pramudji, M.D.

Page 245

1  that it's not Mrs. Huskey's choice that she's
2  not able to have sex with her husband,
3  correct?
4        MR. SNELL:  Form.  Form.
5     A.   I don't know for sure.
6  BY MS. KIRKPATRICK:
7     Q.   You think she might be choosing
8  just not to have sex?
9     A.   Some women will come up with
10 excuses.  I don't know.
11    Q.   Do you have any reason to
12 believe, based on what Mrs. Huskey has said
13 to you and what's in her medical records,
14 that she's making up excuses not to have sex
15 with her husband?
16    A.   I don't know.  I mean, I know
17 she's had some difficult relationships in the
18 past.  I don't know her whole past.  But from
19 what I can tell, no, she seems like she's
20 being straight about that.
21    Q.   Okay.  And you also talk about a
22 productive life.  We talked about Mrs. Huskey
23 isn't able to work, correct?
24    A.   Uh-huh.  Yes.  That's what she

Page 246

1  says.
2     Q.   And she's not able to engage in
3  many of the activities that she engaged in
4  both through work and through her personal
5  life, correct?
6        MR. SNELL:  Form.
7     A.   I know that she enjoys her boat
8  and she does a lot of gardening and work
9  around the house, so she's able to be fairly
10 active at times.  I don't think it's as much
11 as she did before.  It may be different.  But
12 our lives change as we get older as well, so,
13 you know, I think that there's a lot that she
14 can still do.
15 BY MS. KIRKPATRICK:
16    Q.   Okay.  Do you think that any of
17 the changes in Mrs. Huskey's life have
18 occurred because she's gotten older between
19 the time of the TVT-O implant and six weeks
20 after the TVT-O explant?
21    A.   Can you repeat that question?
22    Q.   Sure.  You said that things
23 change when we get older, our lives change as
24 we get older.  That's not what's going on

Page 247

1  with Mrs. Huskey right now, is it?
2     A.   I think that's obviously part of
3  it, that she's getting older as well.  But
4  that's not the main part of it, no.  I think
5  the main thing that's holding her back is the
6  levator muscle spasm.
7     Q.   And the pain that that's causing
8  her, correct?
9     A.   Correct.
10    Q.   What do you mean, there's hope?
11    A.   That if she has therapy and she
12 sticks with it, that she could have a good
13 prognosis, that that can be resolved.
14    Q.   Okay.  It could be resolved --
15    A.   Yes.
16    Q.   -- but it won't definitely be
17 resolved, correct?
18       MR. SNELL:  Form.
19    A.   There's no definite in medicine.
20 BY MS. KIRKPATRICK:
21    Q.   Now, I want to ask you just a
22 couple of questions about your pelvic exam of
23 Mrs. Huskey.
24    A.   Sure.

Page 248

1     Q.   First of all, let me ask you
2  this:  You indicated that to Mrs. Huskey her
3  ability to have sexual relations with her
4  husband was important to her, correct?
5     A.   Yes, and I believe she's sexually
6  intimate with him, but just not with
7  intercourse.
8     Q.   Okay.  But that intercourse is
9  important to her, correct?
10    A.   We didn't talk about it
11 specifically.
12    Q.   So you didn't ask her at the exam
13 about her ability to have intercourse?
14    A.   I think we talked about, you
15 know, the intercourse that she had had over
16 time and that right now, it's uncomfortable,
17 but we didn't talk about how important it is
18 to her, which was your question.
19    Q.   Did she say it was uncomfortable
20 or did she say it was painful?
21    A.   She said it was painful at this
22 point.
23    Q.   Okay.  And did she tell you that
24 it caused her so much pain that at times it

62 (Pages 245 to 248)

Christina Pramudji, M.D.

Page 249

1 has caused her to cry?
2     A.   No.
3     Q.   Those are not normal reactions to
4 intercourse, correct?
5     A.   Correct.
6     Q.   And that's not just something
7 that you could attribute to a vaginal
8 atrophy, correct?
9     MR. SNELL: Form.
10     A.   There are a lot of women that
11 have severe vaginal atrophy that will cause
12 them to cry when they try to have
13 intercourse.
14 BY MS. KIRKPATRICK:
15     Q.   And that's solved when you give
16 them generally a Premarin cream?
17     A.   Yes, over time. It takes time
18 for it to be effective, and sometimes they
19 need pelvic floor therapy and stretching of
20 the tissues and more than just the cream.
21     Q.   Okay. But they would require
22 treatment for that, correct?
23     A.   Yes.
24     Q.   You don't talk in your report

Page 250

1 about sexual function for Mrs. Huskey. Why
2 not?
3     MR. SNELL: Form. Misstates.
4     A.   I do. Yeah, I talk about the
5 discomfort that she has and the pain with
6 stimulation.
7 BY MS. KIRKPATRICK:
8     Q.   When you're talking about the
9 limitations on her life and what it is --
10 well, you know what, if --
11     (Counsel reviewing realtime
12     transcript on an iPad.)
13 BY MS. KIRKPATRICK:
14     Q.   Show me where in your report you
15 talk about her sexual functioning in your
16 IME.
17     A.   You're talking about the IME?
18     Q.   Uh-huh.
19     A.   The second-to-last paragraph on
20 page 1, when she had intercourse after the
21 TVT, when she had the mesh exposure.
22     Q.   Okay. That's where you're
23 reciting her medical history, correct?
24     A.   Correct. Is that what you were

Page 251

1 referring to?
2     Q.   Yeah.
3     A.   And then on page 2, the second
4 paragraph, when she had the -- after the
5 explant, she had painful intercourse. The
6 third paragraph, she was able to have sex
7 successfully two times that it wasn't
8 horrible, so it was tolerable, it's getting
9 better, and that was when she was actively
10 having physical therapy, which was why I feel
11 like there's hope for her, because when she
12 was having therapy and doing well on the
13 Cymbalta, she was actually doing well or
14 getting better. She got down to a pain level
15 of 2 to 3, I believe.
16     Q.   Do you consider sex that's not
17 horrible to be doing well?
18     A.   Getting better. She was getting
19 better.
20     Q.   But it's not doing well, and
21 that's certainly not the standard.
22     A.   No.
23     Q.   We wouldn't want to be aiming
24 just to get her to a point that it's not

Page 252

1 horrible, right?
2     A.   And I think -- that's what she
3 told me. But I think in the medical records
4 when it was closer to the event, that I read
5 that it was not bad. I believe that was in
6 Dr. Siddique's records.
7     Q.   Not a rousing endorsement either.
8     A.   But the point is, getting better
9 with therapy. Not there, but improving.
10     Q.   Okay. And in your impressions,
11 do you comment on her sexual function as
12 sexual dysfunction?
13     A.   Not specifically, no, I don't.
14     Q.   So in the two -- well, page and a
15 half that you devote to that, that wasn't
16 something that you believed was important
17 enough to note. Is that right?
18     A.   Well, I'm kind of -- in my mind,
19 I was putting that in with the pelvic pain
20 and the treatments for the pelvic pain and
21 kind of putting that all together, even
22 though I didn't specifically call it out.
23     Q.   Okay. And -- hang on one second.
24     (Sotto voce discussion.)

63 (Pages 249 to 252)

Christina Pramudji, M.D.

| Page 253 | Page 254 |
|---|---|
| 1  MS. KIRKPATRICK: I think that's<br>2 all that I have.<br>3  EXAMINATION<br>4 BY MR. SNELL:<br>5  Q. Dr. Pramudji, Burt Snell. I have<br>6 some follow-up questions, and why don't we<br>7 kind of start where we left off, where<br>8 Mrs. Huskey is right now. You saw<br>9 Mrs. Huskey at the IME, correct?<br>10  A. Correct.<br>11  Q. You're aware that she has cancer,<br>12 correct?<br>13  A. Correct.<br>14  Q. Can that cancer obviously have an<br>15 effect on her well-being?<br>16  A. Yes.<br>17  Q. Can it have an effect on her<br>18 stress levels?<br>19  A. Absolutely.<br>20  Q. Can the treatment modalities for<br>21 cancer have an effect on her stress levels<br>22 and her well-being?<br>23  A. Yes, she was in acute pain from<br>24 the breast expanders on the day of the exam. | 1 She was very sensitized and almost tearful to<br>2 begin with.<br>3  Q. Plaintiff's counsel asked you<br>4 questions about Mrs. Huskey's claim that she<br>5 cannot work. Did you see any of the doctors,<br>6 her treating doctors, say that she could not<br>7 work because of her sling surgeries?<br>8  A. No.<br>9  Q. Do you believe she can't work<br>10 because of her sling surgeries?<br>11  A. No.<br>12  Q. Plaintiff's counsel asked you<br>13 about her ability to engage in leisure<br>14 activities. Do you think the sling had any<br>15 effect on her leisure abilities?<br>16  A. I don't think so. I mean, she's<br>17 been able to enjoy boating and gardening and<br>18 house projects.<br>19  Q. Mrs. Huskey claims that she can't<br>20 exercise or can't exercise as much. Do you<br>21 believe that the sling had any effect or<br>22 cause on that claim?<br>23  A. No. I think the muscle spasm is<br>24 what's affecting her. |

| Page 255 | Page 256 |
|---|---|
| 1  Q. In your report on page 4, we were<br>2 just looking at the impression section of<br>3 your IME. It says "The levator pain that has<br>4 occurred since the mesh was explanted was<br>5 precipitated on speculum exam," and I believe<br>6 you discussed that part with plaintiff's<br>7 counsel, correct?<br>8  A. Correct.<br>9  Q. "And is a spasmodic pain at the<br>10 posterior wall of the introitus, well away<br>11 from the area of sling insertion."<br>12  Did I read that correctly?<br>13  A. That's correct.<br>14  Q. And I think you've testified to<br>15 that, you can correct me if I'm wrong or not.<br>16 But where her spasm and pain is not in an<br>17 area where the sling was. Is that correct or<br>18 not?<br>19  A. Correct. It's too posterior to<br>20 be caused by the sling.<br>21  Q. And you state "This was not<br>22 caused by the sling and was precipitated on<br>23 speculum examination. The primary area of<br>24 muscle spasm and pain is too posterior to be | 1 caused by the sling."<br>2  Did I read that correctly?<br>3  A. Yes.<br>4  Q. Is that an opinion you continue<br>5 to hold?<br>6  A. Yes.<br>7  Q. You hold that opinion to a<br>8 reasonable degree of medical certainty?<br>9  A. Yes.<br>10  Q. Plaintiff's counsel asked you<br>11 some questions about vacuuming and whether<br>12 vacuuming can lead to mesh exposure. And<br>13 there seemed to be some cynicism about how<br>14 strenuous vacuuming was.<br>15  My question is this: Did<br>16 Mrs. Huskey call in to her doctor 10 days<br>17 after her surgery and report that she was<br>18 having heavy bleeding?<br>19  A. Yes, she did.<br>20  Q. Did they ask her to come in and<br>21 be seen?<br>22  A. Yes.<br>23  Q. And was a mesh exposure seen at<br>24 that time? |

64 (Pages 253 to 256)

Christina Pramudji, M.D.

Page 257

1    A.    Yes.
2    Q.    Is a mesh exposure a wound
3 complication?
4    A.    Yes.
5    Q.    Can wound complications occur
6 with any surgery, any pelvic floor surgery?
7    A.    Yes.  Any wound can break down.
8    Q.    And in your initial report, you
9 state that you believe that she had general
10 wound healing issues which led to her
11 exposure.  Is that correct or not?
12    A.    Yes, because of the mesh
13 exposure, that would indicate that there was
14 a problem with the wound healing, and I don't
15 know how the buttonholing contributed to that
16 or not, and then the heavy bleeding
17 definitely, because that had to come out
18 somewhere.  It would come out of the wound,
19 more than likely.
20    Q.    Okay.  Plaintiff's counsel --
21 strike that.
22          There was some testimony about
23 endometriosis.  Do you recall that?
24    A.    Yes.

Page 258

1    Q.    Is endometriosis common?
2    A.    Yes.
3    Q.    Has anybody ruled out
4 endometriosis as a cause of Mrs. Huskey's
5 pain, in your opinion?
6    A.    No.
7    Q.    Do you have Dr. Steege's
8 deposition or deposition exhibits handy?
9    A.    Yes.
10    Q.    I believe plaintiff's counsel
11 asked you about literature regarding how
12 common endometriosis can be?
13          MS. KIRKPATRICK:  Objection.
14          MR. SNELL:  I know you did.
15          MS. KIRKPATRICK:  I know I
16 didn't.
17 BY MR. SNELL:
18    Q.    Do you remember a doctor
19 testifying that endometriosis is commonly
20 seen in women with pelvic pain?
21    A.    Yes.
22    Q.    All right.  Is that opinion based
23 on the literature, your clinical experience,
24 one or both?

Page 259

1    A.    Both.
2    Q.    Looking at Exhibit 7 to
3 Dr. Steege's dep, it's actually an ACOG
4 Technical Bulletin on chronic pelvic pain,
5 and on the subject of endometriosis, it
6 states, "It has been found in up to 48% of
7 women having laparoscope for evaluation of
8 chronic pelvic pain."
9          Do you see that?
10    A.    Yes.
11    Q.    What does that mean, in those
12 women who presented with chronic pelvic pain
13 who actually have a laparoscopic surgery,
14 endometriosis was found in 48 percent?
15 What's the significance of that opinion?
16    A.    That that's very common in anyone
17 with pelvic pain, that you need to do
18 laparoscopy to diagnose it.
19          MS. KIRKPATRICK:  Can I just see
20 that before you put it away?
21          THE WITNESS:  Yeah.
22          MS. KIRKPATRICK:  Thanks.
23 BY MR. SNELL:
24    Q.    Do you believe her back pain --

Page 260

1 strike that.
2          Has her back pain been ruled out
3 as a cause of her pain?
4    A.    I don't think it's been
5 completely ruled out, no.
6    Q.    There was some earlier questions
7 about TVT-O and its placement and questions
8 about placement in the vaginal wall.  Let me
9 just make sure I understand this and ask you,
10 is TVT-O placed in the vaginal wall or behind
11 the vaginal wall?
12    A.    Behind the vaginal wall.  You
13 create a space between the urethra and the
14 vaginal wall and place it in that space.
15    Q.    Okay.  One of the exhibits
16 plaintiff's counsel marked was Exhibit 9, the
17 TVT-O IFU from 2005, and you were asked some
18 questions about that, correct?
19    A.    Yes.
20    Q.    On the first page, I'll read it
21 to you, it states, "It is not a comprehensive
22 reference to surgical technique for
23 correcting SUI (Stress Urinary Incontinence).
24 The device should be used only by physicians

65 (Pages 257 to 260)

Christina Pramudji, M.D.

Page 261

1    in the surgical management of stress urinary
2    incontinence and specifically in implanting
3    the Gynecare TVT Obturator device."
4            Have you seen that before in the
5    TVT-O IFU?
6        A.    Yes.
7        Q.    And when you earlier testified
8    that other than mesh exposure there were
9    overlapping complications, would these be
10   complications that surgeons would be aware of
11   via their medical training and schooling?
12       A.    Yes, absolutely.  Yes, we're
13   taught about complications of pelvic surgery
14   and other various procedures that are
15   specific to those procedures.
16       Q.    Where it talks -- and plaintiff's
17   counsel pointed this out -- about how it
18   should be placed with care to avoid vessels,
19   nerves, discussed those nerves and other
20   parts, is it common surgical knowledge in the
21   types of surgeons who would be doing stress
22   urinary incontinence that damage to nerves
23   can lead to pain?
24       A.    Yes.

Page 262

1        Q.    And is it common knowledge that
2    pain can be short-term or sometimes
3    permanent?
4        A.    Yes.  It's very common knowledge.
5        Q.    Did you see whether or not
6    Dr. Byrkit relied on the IFU?
7        A.    She did not.
8        Q.    In response to one of your
9    questions, I think you were cut off when you
10   were talking about the --
11           MS. KIRKPATRICK:  Objection.
12   BY MR. SNELL:
13       Q.    -- the little piece of scar
14   tissue under the urethra, and I wrote you
15   stated, "If that was all she had."
16           You didn't finish the answer.  My
17   question to you is, were you trying to
18   complete your answer or not?
19       A.    What I was trying to say was that
20   if that was all -- the only problem that she
21   had, I don't think we would be here today.  I
22   don't think it would be a big issue for her
23   at all.
24       Q.    Do you think that would cause

Page 263

1    dyspareunia?
2        A.    Some, but not as much at all.  It
3    would be very manageable.
4        Q.    You were asked questions about
5    the primary endpoint in a study.  Is the
6    primary endpoint the point by which the study
7    is powered?
8        A.    Yes.
9        Q.    You've looked at a lot of
10   literature, metaanalyses, document reviews,
11   correct?
12       A.    Correct.
13       Q.    And did they assess complications
14   and report on them?
15       A.    Yes, absolutely.  They don't just
16   report the success rate; they go into the
17   complications.
18       Q.    And did you consider the data on
19   efficacy and complications for the TVT
20   retropubic device to be important as well in
21   your assessment of the TVT-O data?
22       A.    Yes, absolutely.  The TVT-O is
23   just a minor modification.
24           MR. SNELL:  That's all I have.

Page 264

1    Thanks.
2           FURTHER EXAMINATION
3    BY MS. KIRKPATRICK:
4        Q.    That's -- I just have a couple of
5    questions for you.
6           Does endometriosis cause levator
7    muscle spasm?
8        A.    If it's severe enough, it can put
9    their pelvic floor into spasm.
10       Q.    If it's severe enough?
11       A.    Uh-huh.
12       Q.    Don't you think that it would
13   have been diagnosed before it got severe
14   enough to get to a levator muscle spasm in
15   Mrs. Huskey?
16       A.    Possibly.
17       Q.    Endometriosis is not the cause of
18   her levator muscle spasm, is it?
19       A.    I don't know.
20       Q.    Okay.  You know there's
21   absolutely no evidence in her medical record
22   whatsoever that she has endometriosis, don't
23   you?
24       A.    Well, there's no -- no one has

66 (Pages 261 to 264)

Christina Pramudji, M.D.

Page 265

1  ruled it out, either, completely.
2      Q.    And you don't think that the
3  visual examination of normal ovaries and the
4  removal of her uterus are sufficient to rule
5  out pretty conclusively that she doesn't have
6  endometriosis?
7          MR. SNELL:  Form.
8      A.    Did she have a vaginal or an
9  abdominal hysterectomy?  I can't recall.
10 BY MS. KIRKPATRICK:
11     Q.    Well, you tell me.  You're the
12 doctor.
13     A.    Let me get that, because just
14 looking at the ovaries alone doesn't rule it
15 out.  You can have implants throughout the
16 pelvis.
17         MR. SNELL:  Do you need Byrkit?
18         THE WITNESS:  Yeah, I need
19 Byrkit.  That's what I was looking for.
20         MS. KIRKPATRICK:  Here, I'm going
21 to give you this one too, if you're
22 looking for that.
23         (Witness reviews document(s).)
24         THE WITNESS:  So far everything

Page 266

1      just says hysterectomy.
2  BY MS. KIRKPATRICK:
3      Q.    Okay.
4      A.    I don't recall a lower abdominal
5  incision, so I think it was vaginal, so it
6  would be hard to see anything with a vaginal
7  hysterectomy.
8      Q.    One other question.  I think that
9  you were asked on redirect about the
10 proximity again, and I think we had talked a
11 little bit about that.  You had talked about
12 3 centimeters, and I just want the record to
13 reflect that when you talked about
14 3 centimeters, you held up two fingers,
15 correct?
16     A.    Uh-huh.
17     Q.    And the space from the top to the
18 bottom of those two fingers, that's what
19 you're talking about as the amount of
20 distance between them, correct?
21     A.    Yeah, roughly.
22         MS. KIRKPATRICK:  Roughly, okay.
23 Nothing else, thank you.
24         THE WITNESS:  Okay.

Page 267

1          FURTHER EXAMINATION
2  BY MR. SNELL:
3      Q.    And my follow-up is, do you
4  hold -- continue to hold all your opinions in
5  your reports and IMEs to a reasonable degree
6  of medical and scientific certainty?
7      A.    Yes, I do.
8          MR. SNELL:  Thanks.
9          THE WITNESS:  All right.
10         (Deposition recessed at 4:18 p.m.)
11             --oOo--
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 268

                        CERTIFICATE

      I, SUSAN PERRY MILLER, Registered
Diplomate Reporter, Certified Realtime
Reporter, Certified Court Reporter and Notary
Public, do hereby certify that prior to the
commencement of the examination, CHRISTINA
PRAMUDJI, M.D. was duly sworn by me to
testify to the truth, the whole truth and
nothing but the truth;

      That pursuant to Rule 30 of the
Federal Rules of Civil Procedure, signature
of the witness was not reserved by the
witness or other party before the conclusion
of the deposition;

      That the foregoing is a verbatim
transcript of the testimony as taken
stenographically by and before me at the
time, place and on the date hereinbefore set
forth, to the best of my ability.

      I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
nor counsel of any of the parties to this
action, and that I am neither a relative nor
employee of such attorney or counsel, and
that I am not financially interested in the
action.


      _____
      Susan Perry Miller
      CSR-TX, CCR-LA, CSR-CA
      Registered Diplomate Reporter
      Certified Realtime Reporter
      Certified Broadcast Captioner
      NCRA Realtime Systems Administrator
      Certified LiveNote™ Reporter
      Notary Public, State of Texas
      My Commission Expires 03/30/2016

      Dated: 24th of April, 2014

67 (Pages 265 to 268)

Christina Pramudji, M.D.

Page 269

1
2          LAWYER'S NOTES

3
4    PAGE   LINE
5    ____   ____    _____
6    ____   ____    _____
7    ____   ____    _____
8    ____   ____    _____
9    ____   ____    _____
10   ____   ____    _____
11   ____   ____    _____
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20   ____   ____    _____
21   ____   ____    _____
22   ____   ____    _____
23   ____   ____    _____
24   ____   ____    _____

# Christina Pramudji

## Reliance List
### *in Addition to Materials Referenced in Report*

## MDL Wave 1

EXHIBIT B

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
| --- |
| 2005 (Sovrin M.) Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? |
| 2011 ICS Abstract 560 - A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry |
| 2011 ICS Abstract 571 - Clinical Outcomes Of An Observational Registry Utilizing A Trocar-Guided Mesh Repair Of Vaginal Prolapse Using Partially Absorbable Mesh |
| Abbott JA, Jarvis SK, Lyons SD, Thomson A, Vancaillie TG. Botulinum toxin type A for chronic pain and pelvic floor spasm in women: a randomized controlled trial. Obstet Gynecol. 2006 Oct;108(4):915-23. |
| Abdel-Fattah M, Barrington JW, Arunkalaivanan AS. Pelvicol pubovaginal sling versus tension free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Uro/ 2004;46:629-35. |
| Abdel-Fattah M, Familusi A, Ramsay I, N'Dow J. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. Neurourol Urodyn 2011;30:825-826. |
| Abdel-Fattah, M, et al (2008). Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse. BJOG 115: 22-30.Urogynecol j 22: 789-798. |
| Abdel-fattah, M. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. European Journal of Obstetrics & Gynecology and Reproductive Biology 149 (2010) 106-111 |
| Abdel-fattah, M. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International 98 , 594 – 598 |
| Abdel-fattah, M. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. BJOG 2006;113:1377–1381. |
| Abdel-Fattah, M. Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK: a register linkage study. BMJ Open 2011; 14; 1(2):e000206.doi: 10.1136/bmjopen-2011-000206 |
| Abdel-fattah, M. Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. EUROPEAN UROLOGY 62 (2012) 843–851 |
| Abdel-fattah, M. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870–878. |
| Abdel-Fattah, M. Randomized trial-3 year followup-ICS Meeting. Neurourol Urodyn (2011) |
| Abdel-Fattah, M. Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontincen: A Meta-Analysis of Effectiveness and Complications. EUROPEAN UROLOGY 60 (2011) 468 – 480 |
| Abdelmonem, A. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology, 151 (2010) 190-192 |
| Abdelwahab, O. Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. Curr Urol 2010;4:93–98 |
| Abduljabbar, H. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012 |
| Abed, H et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int (2011) |
| Abramov, Y. Site-specific rectocele repair compared with standard posterior colporrhaphy. (2005) |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Achtari, C. et al."Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh." Int Urogynecol J (2005) 16:389-394. |
| ACOG Committee Opinion No. 513 (2011). Vaginal placement of synthetic mesh for pelvic organ prolapse. ACOG 118: 1459-64 |
| ACOG Practice Bulletin, Number 63, June 2005 |
| Adams, K. Does fibromyalgia influence symptom bother from pelvic organ prolapse? Int Urogynecol J (2014) 25:677-682 |
| Adams, S. (2015) Pelvic Floor Physical Therapy as Primary Treatment of Pelvic Floor Disorders with Urinary Urgency and Frequency-Predominant Symptoms. Female Pelvic Med Reconstr Surg 21:252-256 |
| Adhoute, F., et al. Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women. Prospective study in 52 patients. Prog Urol 2004;14(2):196-196. |
| Adile B, Granese R, Lo Bue A, GuglioOtta G, Cardella AM, Adile C. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. JCS 2003:Abstract 550. |
| Afonso, J. Mechanical properties of polypropylene mesh used in pelvic floor repair. Int Urogynecol J (2008) 19:381 |
| Agarwal a N. A randomized comparison of two synthetic mid-urethral tension-free slings. Ura Today IntJ 2008 Oct;1(4) doi:l0.3834/uij. 1939-4810.2008.10.5. |
| Agostini, A. Immediate Complications of Tension-Free Vaginal Tape (TVT): Results of a French Survey. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 237–239 |
| Aigmueller, T. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011;205:1.e1-1.e5 |
| Akyol, A. Additional surgical risk factors and patient characteristics for mesh erosion after abdominal sacrocolpopexy. (2014) |
| Albo, M. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55. |
| Albrecht, K. (2015) "How-To" Guide to Pelvic Floor Muscle Dysfunction. Clinical Obstetrics & Gynecology 58(3)546-550 |
| Alcalay, M. Burch colposuspension: a 10—20 year follow up. British Journal of Obstetrics and Gynaecology, September 1995, Vol. 102, pp. 740-745 |
| Aleqijnse, D. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003;22(4):284-95 |
| Alfieri, S., et al. "International guidelines for prevention and management of post-operative chronic pain following inguinal hernia surgery," Hernia (2011) 15:239-249. |
| Allegri, M., et al. "Acute and chronic pain: where we are and where we have to go," Minerva Anestesiol (2012) 77:222-235. |
| Al-Salihi, S. - IUGA Abs 136. Video demonstration of vaginal surgery for prolapse using mesh and a vaginal support device. (2009) |
| Altman, D, et al. Anterior Colporrhaphy Versus Transvaginal Mesh for Pelvic Organ Prolapse. N Engl J Med 2011; 364:1826-36. |
| Altman, D. et al. (2007). Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. Obstet Gynecol 109: 303-08 |
| Altman, D. et al. (2009). Sexual Dysfunction after Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: 127-33 |
| Altman, D. Female Pelvic Medicine & Reconstructive Surgery — Volume 17, Number 3, May/June 2011 —Transvaginal Mesh for Pelvic Organ Prolapse. N Engl J Med 2011;364:1826-36 |

Case 2:12-md-02327 Document 9135-1 Filed 05/26/20 Page 91 of 478 PageID #: 257300
Case 3:20-cv-00851-MO Document 91-35 Filed 05/08/16 Page 4 of 89 PageID #: 457300
Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Altman, Daniel. Short-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J (2007) |
| Amaro JL, Yamamoto H, Kawano PR, Barros G, Gameiro MOO, Agostinho AD. Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a prospective randomized trial. Int Braz J Uro/ 2009;35:60-66; discussion 66-67. |
| Amat I Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:827-833. |
| Amid, P.K. Classification of biomaterials and their related complications in abdominal wall hernia surgery, Hernia (1997) 1:15-21 |
| Anderson, Flynn - PD50-05 Surgical management of ICS, IUGA class 1-4 Transvaginal Mesh (TVM) Prolapse Kit Complications: 8-year Review of 82 Patients from a Single Center May 19, 2015 |
| Anderson, R. Chronic pelvic pain syndrome: Reduction of Medication Use After Pelvic Floor Physical Therapy with an Internal Myofascial Trigger Point Wand. Appl Psychophysiol Biofeedback (2015) |
| Andonian S, Chen T, St-Denis B, Coreas J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Uro/ 2005;47:537- 541. |
| Andonian S, St-Denis B, Lemieux MC, Coreas J. Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. Eur Uro/ 2007;52:245-251. |
| Andrews J, Yunker A, Reynolds WS, Likis FE, Sathe NA, Jerome RN, "Noncyclic Chronic Pelvic Pain Therapies for Women: Comparative Effectiveness", AHRQ Publicaton No. 11(12)-EHC088-EF. 2012 |
| Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Ural 2010;58 :671-677. |
| Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina Kaunas 2009;45:639 643. |
| Araco, F. The influence of BMI, smoking and age on vaginal erosions after synthetic mesh repair of pelvic organ prolapses. A multicenter study. Acta Obstet & Gynecol (2009) 88:772-780 |
| Araco, F. Risk evaluation of smoking and age on the occurrence of postoperative erosions after transvaginal mesh repair for pelvic organ prolapse. Int Urogynecol J (2008) 19:473-479 |
| Araco, F. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J (2008) 19:917–926 |
| Arikan, D. "Letters to the Editor," European Journal of Obstetrics & Gynecology and Reproductive Biology 157 (2011) 120-121 |
| Arunkalaivanan AS, Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:17-23; discussion 21-22. |
| Aslan, Erdogan, et al. "Female sexual dysfunction," Int Urogynecol J (2008);19:293-305 |
| Athanasiou, S. Mixed Urodynamic Incontinence: TVT or TVT-O. Int Urogynecol J (2009) 20 (Suppl 2): S218 [Pop 75] Abs 173 |
| Athanasiou, S. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J. |
| AUA - Choosing Wisely List. Five things physcians and patients should question (2015) |
| AUA Foundation (2011) Stress Urinary Incontinence Monograph |
| AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) |
| AUA Position Statement on the use of vaginal mesh for the repair of pelvic organ prolapse (Nov. 2011) |
| AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence |
| AUA Update Guideline for the Surgical Management of Stress Urinary Incontinence (2010) |

Medical Literature

| |
|---|
| Aube, M. Pop 225 Median 37 mo fu ICD Abs 456 Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction using Trans-vaginal mesh. |
| AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| Aungst, M. De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. Am J Obstet Gynecol 2009;201:73.e1-7 |
| Bachmann GA & Leiblum SR. The impact of hormones on menopausal sexuality: A literature review. The Journal of the North American Menopause Society. 2004;11:120–30. |
| Baessler, K. Do we need meshes in pelvic floor reconstruction? World J Urol. 2012;30:479-486 |
| Baginska, J.E. - Abs C38. Prosima - A new device for pelvic organ prolapse repair. An initial experience. (2012) |
| Bai SW, Sohn WH, Chung DJ, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91:246-251. |
| Bajzak, K. Response to Ostergard's Commentary: Polypropylene Vaginal Mesh Grafts in Gynecology. 2010 |
| Balchandra, P. [Pop 59, median 28 mo fu - product not named] Perioperative outcomes and prospective patient reported outcome measures for transvaginal mesh surgery. Arch Gynecol Obstet DOI 10:1007/s00404-015 (Apr. 24, 2015) |
| Barber MD, Kleeman S, Karram MM, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008;111:611-621. |
| Barber MD, Weidner AC, Sokol Al, et al. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2012;119:328-337. |
| Barber, M. Bilateral uterosacral ligament vaginal vault suspension with site-specific endopelvic fascia defect repair for treatment of pelvic organ prolapse. Am J Obstet Gynecol 2000; 183: 1402-11 |
| Barber, M. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse. The Optimal Randomized Trial. JAMA. 2014; 311(10):1023-1034 |
| Barber, M. Supplementary Online Content. JAMA (2014) |
| Barber, M. Surgery for Apical prolapse. Int Urogynecol J (2013) 24:1815-1833 |
| Barber, Matthew D. et al. Defining Success After Surgery for Pelvic Organ Prolapse. Obstetrics & Gynecolog (Sept 2009), Vol 114, No. 3, pgs 600 – 609 |
| Barry C, Lim YN, Muller R, et al. A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-178. |
| Barski, D.  Systematic review and classification of complications after anterior, posterior, apical and total vaginal mesh implantation for prolapse repair.  Surg. Technol Int. (March 2014) 24:217-24. |
| Bartuzi, A. Transvaginal Prolift mesh surgery due to advanced pelvic organ prolapse does not impair female sexual function: a prospective study. (2012) |
| Basu M, Duckett J. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-735. |
| Benbouzid, S. Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. International Journal of Urology (2012) 19, 1010–1016 |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Benson, J. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996;175:1418-22 |
| Berek, J., et al. Berek & Novak's Gynecology (Fourteenth Ed) (2007) |
| Bernasconi, F. TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93–98 |
| Berrocal, J., et al. (the TVM group) Conceptual advances in the surgical management of genital prolapse. J. Gynecol Obstet Biol Reprod. 2004;33:577-587 |
| Bezhenar, V. - ICS Abs 765. The pelvic floor repair with the use of the Prosima Implant - The assessment of complications and life quality. (2013) |
| Bianchi, A. H. Randomised Trial of TVT-O and TVT-S for the Treatment of SUI [Pop 122, mean 18 mo fu] IUGA Abs 061. Int Urogynecol J (2011) 22 (Suppl 1): S62 |
| Bianchi-Ferraro 2012 - Single-incision sling compared with transobturator sling for treating stress urinary incontinence - a randomized controlled trial (TVT-O, TVT-S). Int Urogynecol J (2012) |
| Bianchi-Ferraro 2014 - Randomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence. 2-year results. Int Urogynecol J (2014) 25: 1343-1348. |
| Bianchi-Ferraro, A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence: a randomized controlled trial. Int Urogynecol J (2012) |
| Black, N.A. The effectiveness of surgery for stress incontinence in women: a systematic review. British Journal of Urology (1996) 78, 497-510 |
| Bo K, Kvarstein B, Nygaard I: Lower urinary tract symptoms and pelvic floor muscle exercise adherence after 15 years. Obstet Gynecol 2005, 105(5 Pt 1):999-1005 |
| Bo, K. (2007) Evidence-Based Physical Therapy for the Pelvic Floor: Bridging Science and Clinical Practice. |
| Boukerrou, M. Study of the biomechanical properties of synthetic mesh implanted in vivo. Eur J Obstet Gynecol Reprod Biol (2007) 134:262-267 |
| Boukerrou, M. Tissue resistance of the tension-free procedure: What about healing? Int Urogynecol J 2008; 19:397-400. |
| Brandner, S. Sexual function after rectocele repair. J Sex Med. 2011;8:583-588 |
| Brown (2002) Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol, Volume 186, Number 4 , pg. 712-716 |
| Brubaker, L. 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330 |
| Brubaker, L. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6. |
| Burger, J. Long-term Follow-up of a Randomized Controlled Trial of Suture Versus Mesh Repair of Incisional Hernia. Ann Surg 2004;240: 578–585 |
| Burke, S., Shorten, G.D. "When pain after surgery doesn't go away..." Biochemical Society Transactions (2009) 37:318-322. |
| But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:857-861. |
| Butrick, C. Pathophysiology of Pelvic Hypertonic Disorders. (2009) |
| Caliskan, C., et al. "Experimental comparison of meshes for rectal prolapse surgery." Eur Surg Res, 2009, 43(3): 310-4 |

Case 2:12-md-02327-Document 191 35 Filed 05/09/16 Page 7 of 89 PageID #: 57303
Case 3:20-cv-00851-MO Document 91-3 Filed 05/26/20 Page 94 of 478
Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Cammu H, Van Nylen M, Blockeel C, Kaufman L, Amy JJ: Who will benefit from pelvic floor muscle training for stress urinary incontinence? Am J Obstet Gynecol 2004, 191(4):1152-1157 |
| Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-994. |
| Caquant, F. Safety of Trans Vaginal Mesh procedure: Retrospective study of 684 patients. J. Obstet Gynaecol Res. Vol. 34, No. 4: 449-456 August 2008 |
| Carey, M. Vaginal repair with mesh versus colporrhaphy for prolapse: a randomised controlled trial. BJOG 2009; 116: 1380-1386 |
| Carey, M. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008;115:391–397 |
| Carlson, K. Outcomes of Hysterectomy. Clinical Obstetrics and Gynecology. 1997, 40:4; 939-946 |
| Carlson, Karen J., et al. "The Maine Women's Health Study: I., Outcomes of Hysterectomy," Obstetrics & Gynecology 1994;83(4):556-565 |
| Carlson, Karen J., et al. "The Maine Women's Health Study: II., Outcomes of Nonsurgical Management of Leiomyomas, Abnormal Bleeding, and Chronic Pelvic Pain," Obstetrics & Gynecology 1994;83(4):566-572 |
| Caruso S, Rugolo S, Bandiera S, Mirabella D, Cavallaro A, Cianci A. Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. Urology 2007;70:554- 557. |
| Cavkaytar, S. Effects of horizontal vs  vertical vaginal cuff closure techniques on vagina lenth after vaginal hysterectomy: A prospective randomized study. Journal of Minimally Invasive Gynecology (2014) |
| Cervigni, M. ICS Abs 36 Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: trans-obturator appraoch (Monarc versus retropubic appraoch TVT). 2006 |
| Chaliha. Complications of surgery for genuine stress incontinence. British Journal of Obstetrics and Gynaecology December 1999, Vol106, pp. 1238-1245 |
| Chen, J.  Prospective study on total pelvic reconstruction surgery with Prosima in the treatment of pelvic organ prolapste stage III.  The Chinese Journal of Obstetrics and Gynecology; 2012; 47; 664. |
| Cheng, D. Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 161 (2012) 228–231 |
| Choe, JH. Abs 159 Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female SUI (2005) |
| Cholhan, H. Dyspareunia association with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5. |
| Chu, Li-Ching. Comparison of short-term outcomes following pelvic reconstruction with Perigee and Apogee systems: hysterrectomy or not? Int Urogynecol J (2012) 23:79-84 |
| Chughtai BI, Midurethral Sling Is the Dominant Procedure for Female Stress Urinary Incontinence: Analysis of Case Logs From Certifying American Urologists. Urology. 2013 Oct 15. doi:pii: S0090-4295(13)00963-1. 10.1016/j.urology.2013.07.040. (Epub ahead of print) |
| Chung, C.  Recognition and management of nerve entrapment pain after uterosacral ligament suspension. Obstet & Gynecol (2012) 120:292-295 |
| Clark, A. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol 2003;189:1261-7 |
| Clauw, D. The relationship between fibromyalgia and interstitial cystitis. J. psychiat. Res., Vol. 31. 125-131 (1997) |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Clave (2010) Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants.  Int Urogynecol J (2010) 21:261-270 |
| Clemons (2013) Impact of the 2011 FDA Transvaginal Mesh Safety Update on AUGS Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery |
| Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28. |
| Collinet, P. Mesh Treatment of Pelvic Organ Prolapse: Risk Factors and Management of Vaginal Erosion. Abstract 336. |
| Collinet, P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711–715 |
| Collinet, P. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17: 315–320 |
| Colombo, M. Randomized Study to compare pereyra and TVT procedures for women with SUI and advanced urogenital prolapse. Urogynaecologia International Journal Vol. 19 n. 1 Jan-Apr 2005: 177-181 AIUG Proceedings (15th) (2005) |
| Cornu, J. Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. EUROPEAN UROLOGY 58 (2010) 157 – 161 |
| Cosson, et al. Prolift (Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment: Using the TVM Group Technique: A Retrospective Study of 687 Patients. ICS Abstract (2005), pgs. 590 – 591 |
| Cosson, M. Abst. 56 Trans-vaginal mesh technique for treatment of pelvic organ prolapse: 5 years of prospective follow up. (2010) |
| Cosson, M. Clinical assessment of feasibility, complications and effectiveness at twelve months, three years and five years of the TVM technique for genital prolapse(French 1 year CSR) [ETH.MESH.00012009-74] |
| Cosson, M. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J (2003) 14: 169 178 |
| Cox A, Herschorn S, Lee L. Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89. |
| Cronje, H.S., "Colposacrosuspension for severe genital prolapse." Int. Journal of Gynecology and Obstetrics 85 (2004) 30-35. |
| Crosby, E. Symptom resolution after operative management of complications from transvaginal mesh. (2014) |
| Cundiff, G.W. Risk factors for mesh/suture erosion following sacral colpopexy.  Am J Obstet Gynecol. (December 2008) 199:(6):688. |
| da Silva Lara, Lucia, et al. "The Effects of Hypoestrogenism on the Vaginal Wall: Interference with the Normal Sexual Response," J Sex Med 2009;6:30-39 |
| D'Afiero, A. - Abs 0156. Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and QOL: A comparison between trocar guided and single incision devices. (2012) |
| D'Afiero, A. - IUGA Presentation 150. Short term efficacy and safety of a single-incision mesh (Prosima) for the treatment of pelvic floor prolapse. (2011) |
| Damoiseaux, A. IUGA Abs PP 01 Long-term Follow-up (7 years) of a Randomized Controlled Trial: Trocar-Gudied Mesh Compared with Conventional Vaginal Repair in Recurrent Pelvic Organ Prolapse. Int Urogynecol J (2015) 26 (Suppl 1): S23-24 |
| Dandolu, V. IUGA Abs PP 37 Mesh complications in U.S. after transvaginal mesh repai versus abdominal or laprascopic sacrocolopexy. Int Urogynecol J (2015) 26 (Suppl 1): S63-S64. |

Medical Literature

| |
|---|
| Danford, J. Postoperative pain outcomes after transvaginal mesh revision. Int Urogynecol J (2015) 26:65-69 |
| Darai, E. Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. EUROPEAN UROLOGY 51 (2007) 795-802 |
| David-Montefiore, E. Functional results and quality-of-life after bilateral sacrspinous ligament fixation for genital prolapse. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 209–213 |
| Davila, G.W. Pelvic Floor Dysfunction Management Practice Patterns: A Survey of Members of the International Urogynecological Association. Int Urogynecol J (2002) 13:319 325 |
| De Landsheere, L. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7 |
| De Leval, J. Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. Eur Urol. 2003 Dec;44(6):724-30 |
| de Leval, J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156 |
| de Oliveira L, Girao MJ, Sartori MG, Castro RA, Fonseca E. Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007;18(Suppl I):S180-S181. |
| De Souza A. Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency: a multicentre prospective study. Int Urogynecol J. 2012 Feb;23(2):153-8 |
| de Tayrac R, Droupy S, Calvanese L, and Fernandez H. A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. /CS 2003:Abstract 344. |
| de Tayrac, R. Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):597-9. |
| de Tayrac, R. Long-term anatomical and functional assessment of trans-vaginal cystocele repair using a tension-free polypropylene mesh. Int Urogynecol J (2006) 17: 483--488 |
| de Tayrac, R. Tension-Free Polypropylene Mesh for Vaginal Repair of Anterior Vaginal Wall Prolapse. J of Reproductive Medicine 50:2 (Feb 2005) |
| Debodinance (2004) (English abstract – Article French) Changing attitudes on the surgical treatment of urogenital prolapse: Birth of tension free vaginal mesh. |
| Debodinance, P. Ltr to Editor: From design to marketing (example of Prolift). Journal de Gynecologie Obstetrique et Biologie de la Reproduction (2010) 39, 507-508 |
| Debodinance, P. Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? European Journal of Obstetrics & Gynecology and Reproductive Biology 133 (2007) 232-238 |
| DeBord, J. Historical Development of Prosthetics in Hernia Surgery. Groin Hernia Surgery, 78:6 (Dec 1998) |
| Deffieux, X. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J (2010) 21:1337-1345 |
| Demirci (2001) Long-term results of Burch colposuspension. Gynecol Obstet Invest 2001;51:243-247 |
| Demirci, F.  Perioperative complications in abdominal sacrocolpopexy and vaginal sacrospinous ligament fixation procedures.  Int Urogynecol J (2007) 18:257-261. |
| Deng, T. (2015) Risk factors for mesh erosion after female pelvic floor reconstructive surgery: a systematic review and meta-analysis.  BJU Int. (April 24 2015) 10.1111 |

Case 2:12-md-02327-00851-MO Document 1259 Filed 05/09/16 Page 90 of 88 PageID #: 57306

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Dennerstein L, et al. The menopause and sexual functioning: A review of the population-based studies. Annu Rev Sex Res. 2003; 14:64–82. |
| Dennerstein, L . The Menopause and Sexual Functioning: A review of the population-based studies. Menopause and sexual functioning. 2003; 64-82 |
| deTayrac, R. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8 |
| Dietz, H. TVT vs Monarc: a comparative study. Int Urogynecol J (2006) 17: 566-569 |
| Dietz, H.P. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239–243. |
| Dietz, V. Pelvic organ prolapse and sexual function. Int Urogynecol J (2013) 24:1853-1857 |
| Diwadkar, G. Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair. Obstet Gynecol 2009;113:367–73 |
| Dmochowski, R. Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Uro, Vol. 183, 1906-1914, May 2010 |
| Dooley (2008) Urinary Incontinence Prevalence: Results from the National Health and Nutrition Examination Survey |
| Drahoradova P, Ma5ata J, Martan A, Svabfk K. Comparative development of quality of life between TVT and Burch colposuspension. /CS 2004:Abstract 278. |
| Dua, A. The effect of prolapse repair on sexual function in women. J Sex Med. 2012;9:1459-1465 |
| Einarsson, Jon I., et al. "Bidirectional Barbed Suture: An Evaluation of Safety and Clinical Outcomes," JSLS 2010;14:381-385 |
| El Haddad, et al. "Long-term review on posterior colporrhaphy with levator ani muscles plication and incorporating a Vypro II mesh." Ces. Gynek. 2009, 74: 282-285. |
| El-Barky E, El-Shazly A, El-Wahab OA, Kehinde EO, Al-Hunayan A, Al-Awadi KA. Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. Int Ural Nephrol 2005;37:277-281. |
| El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-953. |
| Elmer, C. Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic Reconstructive Surgery. J Urology, 191, 1189-1195 (March 2009) |
| Elmer, C., et al. (2009). Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ Prolapse. Obstet Gynecol 113: 117-26. |
| Elmer, C., et al. (2012) Risk Factors for Mesh Complications after Trocar Guided Transvaginal Mesh Kit Repair of Anterior Vaginal Wall Prolapse. Neurourol Urodyn. 2012 Sep;31(7):1165-9 |
| El-Toukhy, T.A., et al. "The effect of different types of hysterectomy on urinary and sexual functions: a prospective study," Journal of Obstetrics and Gynaecology (June 2004);24(4):420-425 |
| Elzevier, H. Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. J Sex Med 2008;5:400-406 |
| Epstein, L. (2008) Correlation between vaginal stiffness index and pelvic floor disorder quality of life scales. IUJ 19:1013-1018. |
| Erickson, D. Nonbladder related symptoms in patients with interstital cystitis. (2001) |
| Erickson. Nonbladder related symptoms in patients with interstital cystitis. The Journal of Urology, Vo. 166, 557-562 (2001) |
| Falconer C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S19-S23. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Falconer, C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinent Women. Int Urogynecol J (1996) 7:133-137 |
| Falconer, C. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2):S19 S23 |
| Falconer, C., et al. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S19-S23. |
| Fatton, B. Transvaginal repair of genital prolapsed: preliminary results of a new tension –free vaginal mesh (Prolift technique) – a case series multicentric study. Int. Urogynecol J (2007) 743-752 |
| FDA March 27, 2013 Statement, Considerations about Surgical Mesh for SUI |
| Feiner, B. A prospective comparison of two commercial mesh kits in the management of anterior vaginal prolapsed. Int Urogynecol J (2012) 23:279–283 |
| Feiner, et al (2008). Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 116: 15-24. |
| Fialkow, M. Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study. Int Urogynecol J (2008) 19:1483 1487 |
| Finnegan, S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only) |
| Fischerlehner, G. TVT-Secur System: One Year experience (Abstract Only) |
| Flood, C.G., et al. Anterior Colporrhaphy Reinforced with Marlex Mesh for the Treatment of Cystoceles. Int Urogynecol J 1998;9:200-204. |
| Francis, WJA, Jeffcoate, TNA. Dyspareunia following vaginal operations. J Obstet Gynaecol Br Commonwealth. 1961;LXVIII(1):1-10. |
| Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multicentre randomised controlled trial. Int Urogynecol J 2011;22:279-286. |
| Friedman, M. TVT-O vs TVT-S_ First randomized, Prospective, Comparative Study of Intraoperative Complications, Perioperative Morbidity and One Year Postoperative Results- [Pop 84, 2 yr ful] Abs 12. Journal of Pelvic Medicine & Surgery, Volume 15, Number 2, March/April 2009 |
| Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-0) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2011;22(Suppl l):S60-S61. |
| Fultz (2003) Burden of Stress Urinary Incontinence for Community-Dwelling Women |
| Gagnon 2010 – Better short-term outcomes with the U-method compared with the Hammack technique for the implantation of the TVT-Secur under local anesthesia |
| Gandhi, S. TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125- 130 |
| Ghezzi, F. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J (2005) 17: 54–59 |
| Ghezzi, F. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. European Journal of Obstetrics & Gynecology and Reproductive Biology 118 (2005) 96–100 |
| Gilpin, S.A. The pathogenesis of genitourinary prolapse and stress incontinence of urine. A histological and histochemical study. British JOllmal of Obstetrics and Gynaecology January 1989, Vol. 96, pp. 15-23 |
| Glatt AE, Zinner SH, McCormick WM. The prevalence of dyspareunia. Obstet Gynecol 1990;75:433-6. |
| Glavind, K. Incidence and treatment of postoperative voiding dysfunction after the tension-free vaginal tape procedure. Int Urogynecol J 2015 26(11): 1657-60 |

Case 2:12-md-02327-00851-MQ Document P13-5 Filed 05/26/20 Page 99 of 478
Case 2:12-md-02327-00851-MQ Document P139 Filed 05/09/16 Page 92 of 62 PageID #: 57308
Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Goldman, H. Gynemesh PS A New Mesh for Pelvic Floor Repair Early Clinical Experience. |
| Gomelsky, A. Pelvic organ prolapse (POP) surgery: the evidence for the repairs. BJU International, 107, 1704-1719 (2011) |
| Goode PS, Burgio KL, Locher JL, Roth DL, Umlauf MG, Richter HE, Varner RE, Lloyd LK: Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA 2003, 90(3):345-352 |
| Gorlero 2008 - A new technique for surgical treatment of stress urinary incontinence: the TVT –Secur. Minerva Ginecol 2008; 60:459-68 |
| Greer WJ, Obesity and pelvic floor disorders: a systematic review. Obstet Gynecol. 2008 Aug;112(2 Pt 1):341-9 |
| Gronnier, C., et al. "Risk Factors for Chronic Pain after Open Ventral Hernia Repair by Underlay Mesh Placement," World J Surg (2012) 36:1548-1554. |
| Groutz (2010) "Inside Out" Transobturator Tension-free Vaginal Tape for Management of Occult Stress Urinary Incontinence in Women Undergoing Pelvic Organ Prolapse Repair |
| Groutz, A. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Volume 20, Number 10, 2011 1525-1528 |
| Groutz, A. Ten year subjective outcome results of the retropubic tension free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol 2010; 18:726–729 |
| Guerrero, K. L. A randomised controlled trial comparing TVT Pelvicol and autologous fascial slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493–1503 |
| Gupta, P. AUA PD20-08. The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia after pelvic organ prolapse repair. (2015) |
| Gupta,P., Sirls, L. AUA Abs PD20-08 The impact of comorbid chronic pain syndrome on sexual activity and dyspareunia after organ prolapse repair May 16, 2015 |
| Gurlick, R. "Laparoscopic rectopexis." Rozhl Chir. 2006 (May; 85(5):233-5. |
| Halaska (2012) A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse |
| Hamer MA, Larsson PG, Teleman P, Eten-Bergqvist C, Persson J. Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. Int Uragynecol J Pelvic Floor Dysfunct 2011;22:781-787. |
| Hamer, M. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J (2013) 24:223–229 |
| Han JY, Effectiveness of retropubic tension-free vaginal tape and transobturator inside-out tape procedures in women with overactive bladder and stress urinary incontinence. Int Neurourol J. 2013 Sep;17(3):145-51 |
| Han, Ji-Yeon. Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721–1726 |
| Handa VL, Zyczynski HM, Brubaker L, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-6. |
| Handa, V. Sexual function among women with urinary incontinence and pelvic organ prolapse. Am J Obstet Gynecol (2004) 191, 751-6 |
| Handa, V. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-629.e6 |
| Hardiman, P. Sacrospinous vault suspension and abdominal colposacropexy: Success rates and complication. Am J Obstet Gynecol 1996;175:612-6 |
| Hardiman, P., et al. Cystocele repair using polypropylene mesh. Br j Obstet Gynaecol 2000;107:825-826. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Heinonen, P. [Pop 161, Median 7 yr fu] IUGA Abs OP 093 Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J (2015) 26 (Suppl 1): S121-122 |
| Heinonen, P. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003–1009 |
| Hellberg, D. The very obese woman and the very old woman: tensionfree vaginal tape for the treatment of stress urinary incontinence. Int Urogynecol J (2007) 18:423–429 |
| Helstrom, L. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand 2005: 84: 79-84 |
| Hendrix, S. Pelvic organ prolapse in the Women's Health Initiative: Gravity and gravidity. Am J Obstet Gynecol, (2002) Volume 186, Number 6 |
| Higgs P, Goh J, Krause H, Sloane K, Carey M. Abdominal sacral colpopexy: an independent prospective long-term follow-up study. Aus New Zeal J Obstet Gynecol 2005;45: 430-4. |
| Hilton Ward (2007) Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up |
| Hiltunen, R. Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse. Vol. 110, No. 2, Part 2, August 2007 ACOG pgs 455 – 462 ETH-60188 – 60195 |
| Hinoul P. TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:S213. |
| Hinoul, P. A Prospective Study to Evaluate the Anatomic and Functional Outcome of a Transobturator Mesh Kit (Prolift Anterior) for Symptomatic Cystocele Repair. Journal of Minimally Invasive Gynecology (2008) 15, 615-620 |
| Hinoul, P. A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence. J Urology (April 2011) Vol. 185, 1356-1362, |
| Hinoul, P. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997–1004 |
| Hinoul, P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201–1206 |
| Hinoul, P. Surgical management of urinary stress incontinence in women: A historical and clinical overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225 |
| Holley RL, Varner RE, Gleason BP, Apffel LA, Scott S. Sexual function after sacrospinous ligament fixation for vaginal vault prolapse. J Reprod Med 1996;41:355-8. |
| Holmgren, C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence – A long-term follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 121-125 |
| Holmgren, C. G. Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gnecology, VOL. 106, NO. 1, JULY 2005, 38-43 |
| Hota, L. TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling Operative Procedures. Female Pelvic Medicin and Reconstructive Surgery (Jan/ Fed 2012) 18:1, p. 41-45 |
| Houwert, R. TVT-O versus Monarc after a 2—4-year follow-up: a prospective comparativestudy. Int Urogynecol J (2009) 20:1327–1333 |
| Howard, F. "Pelvic Pain: Diagnosis & Management" Philadelphia, Lippincott Williams & Wilkins (2000) |
| Huebner, M. The use of graft materials in vaginal pelvic floor surgery. Int J Gynecol & Obstet (2006) 92:279-288 |
| Hung, M. - IUGA Oral Presentation 149. Suboptimal suspension effect of the Prosima procedure for severe anterior vaginal wall prolapse. (2012) |

| |
|---|
| Huseyin S, et al. "A Comparison of Gabapentin and Ketamine in Acute and Chronic Pain after Hysterectomy", Anesth Analg 2009;109:1645-50. |
| Hwang, E. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907–912 |
| Iglesia, C. Vaginal Mesh for Prolapse: A Randomized Controlled Trial. OBSTETRICS & GYNECOLOGY, 116:2:1, August 2010 |
| Iglesia, C.B. The Use of Mesh in Gynecologic Surgery. Int Urogynecol J (1997) 8:105-115 |
| International Continence Society in their 2013 Stress Urinary Incontinence Fact Sheet |
| Jacquetin, B et al. (2010). Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J 21: 1455-1462 |
| Jacquetin, B. Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: A Prospective Study of 264 Patients. Abstract 767 |
| Jacquetin, et al (2006). (Abstract) Prospective Clinical Assessment of the Trans Vaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - One Year Results of 175 Patients |
| Jacquetin. Transvaginal Mesh: A 5 year prospective follow-up study. Int Urogynecol J (2013) |
| Jain P, Jirschele K, Botros SM, Latthe PM. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J. 2011;22:923–932 |
| Jamieson, D. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain and Irritable Bowel Syndrome in Primary Care Practices. Obstet Gynecol, 1996; 87:1, 55-58 |
| Jarmy-Di Bella, Z. I.  Randomised trial of TVT-O and TVT-S for the Treatment of SUI [Pop 31] Abs 117. Int Utrogynecol J (2009) 20 (Suppl 2): S176-177 |
| Jelovsek J. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008;115:219–225. |
| Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-0) plus modified Ingelman-Sundberg procedure versus TVT-0 alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678; |
| Julian, T. The efficacy of Marlex mesh in the repair recurrent vaginal prolapse of the anterior of severe, midvaginal wall. Am J Obstet Gynecol 1996;175:1472-5. |
| Jung, H.C. Three-year outcomes of the IRIS procedure for treatment of female SUI: comparison with TVT procedure. Eur Urol Suppl 2007; 6(2): 231. [Pop 66, 3 yr fu] Abs 834 |
| Kaelin-Gambirasio, I. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health 2009, 9:28, |
| Kahn, M. Posterior colporrhaphy: its effects on bowel and sexual function. British Journal of Obstetrics & Gynaecology, January 1997, Vol 104, 82-86 |
| Kahn, M.A. and Stanton, S.L. (1997) Posterior colporrhaphy: its effects on bowel and sexual function. Br. J. Obstet. Gynecol. 104, 82-86. |
| Kao, a. Dyspareunia in postmenopausal women: A critical review. Pain Res Manage 2008; 13(3): 243-254 |
| Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison ofTVT and TVT-0 in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. Australian NZ J Obstet Gynaecol 2009;49:99-105. |
| Karram, M. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1 |
| Karram, M. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24: 1835-1841 |
| Kasturi, S. Pelvic magnetic resonance imaging for assessment of the efficacy of the Prolift system for pelvic organ prolapse. Am J Obstet Gynecol 2010;203:504.e1-5 |

Case 2:12-md-02327-JRG Document 91-3 Filed 05/26/15 Page 102 of 478
Case 2:12-cv-00851-MG Document 1-3 Filed 05/09/16 Page 15 of 63 PageID #: 57311
Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Khandwala 2012 - TVT-Secur in Office Sling Procedure Under Local Anesthesia: A Prospective 2-Year Analysis. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 4, July/August 2012. |
| Khandwala, S.  A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry.  Female Pelvic Medicine & Reconstructive Surgery; 2011; 17; 164 |
| Khandwala, S. Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767–772 |
| Khandwala, S., et al. Transvaginal mesh Surgery for Pelvic Organ Prolapse: One-Year Outcome Analysis. Female Pelvic Medicine & Reconstructive Surgery. March/April 2013; 19(2): 84-89. |
| Kilkku, Pentii, et al. "Supravaginal Uterine Amputation vs. Hysterectomy, Effects on libodo and orgasm," Acta Obstet Gynecol Scand 1983;62:147-152 |
| Kilkku, Pentii. "Supravaginal Uterine Amputation vs. Hysterectomy, Effects on Coital Frequency and Dyspareunia" Acta Obstet Gynecol Scand 1983;62:141-145 |
| Kim, J.Y.  Comparisons of IRIS, TVT and SPARC procedure for SUI. Eurpoean Urology Supplements 3 (2004) No. 2, pp.80. [Pop 62, 1 yr fu] Abs 312 |
| Kim, Jung Jun. Abs 1559 Comparison of the efficacy of TVT and TVT-O on the overactive bladder symptoms in women with SUI.  The Journal of Urology, Vol. 181, No. 4, Supplement, April 28, 2009 |
| Kim, Jung Jun. Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. Korean J Urol 2010;51:250-256 |
| King, A. Is there an association between polypropylene midurethral slings and malignancy? Urology 84: 789-792, 2014 |
| Kjohede, P. Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. Acta Obstet Gynecol Scand 2005; 84: 767–772. |
| Klinge, U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444 |
| Klinge, U. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007) |
| Kobashi, K. Erosion of woven Polyester Pubovaginal Sling. J Urology, Vol. 162, 2070–2072, December 1999 |
| Kocjancic, E. [Pop 116] Abs. 209 Tension free vaginal tape vs trans obturator tape: Is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial.  Eur Urol Suppl 2008; 7(3): 123 |
| Koelbl, H. Burch colposuspension and TVT - perioperative results of a prospective randomized trial in patients with genuine stress incontinence (2002) [Pop 166] ICS Abs 33 |
| Kokanali, M.K.  Rish factors for mesh erosion after vaginal sling procedures for urinary incontinence. Eur J. Obstet Gynecol Reprod Biol. (June 2014) 177:146-50. |
| Kolle, D. Bleeding Complications With The Tension-Free Vaginal Tape Operation. American Journal of Obstetrics and Gynecology (2005) 193. 2045-9 |
| Komesu, Y. Posterior Repair and Sexual Function. Am J Obstet Gynecol 2007; 197:101.e1-101.e6 |
| Komisaruk, Barry R., at al. "Hysterectomy improves sexual response? Addressing a crucial omission in the literature," J Minim Invasive Gynecol 2011;18(3):288-295 |
| Kondo A, I so be Y, Kimura K, et al. Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. J Obstet Gynaecol Res 2006;32:539- 544. |
| Krofta L, Feyereisl J, Otcenasek M, Velebil P, Kasikova E, Krcmar M. TVT and TVT-0 for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Uragynecol J 2010;21:141-148. |

| |
|---|
| Krofta, L. - IUGA Presentation 116. Pelvic organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse: prospective study. (2011) |
| Krofta, L. TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779–785 |
| Kulseng-Hanssen, S. Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. Int Urogynecol J (2008) 19:391–396 |
| Labrie, J, et al. Protocol for Physiotherapy Or TVT Randomised Efficacy Trial (PORTRET): a multicentre randomized controlled trial to assess the cost-effectiveness of the tension free vaginal tape versus pelvic floor muscle training in women with symptomatic moderate to severe stress urinary incontinence. BMC Womens Health. 2009;9:24 |
| Labrie, Julien. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med (2013) 369:12, 1124-33. |
| Lamers BH, Vaart CH van der: Medium-term efficacy of pelvic floor muscle training for female urinary incontinence in daily practice. Int Urogynecol J Pelvic Floor Dysfunct 2007, 18(3):301- 307 |
| Lammerink, E. Short-term outcome of TVT-Secur (Abstract Only) |
| Lamvu, G. Vaginal Apex Resection: A Treatment Option for Vaginal Apex Pain. American College of Obstetrians and Gynecologists, Vol 104, 2004; 6: 1340-1346 |
| Langford, C. Levator Ani Trigger Point Injections: An Underutilized Treatment for Chronic Pelvic. Neurourology & Urodynamics 26:59-62 (2007) |
| Lara LA, et al. The effects of hypoestrogenism on the vaginal wall: Interference with the normal sexual response. J Sex Med 2009; 6:30-9. |
| Latthe, P. Factors predisposing women to chronic pelvic pain: systematic review. (2006) |
| Latthe, P. M. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG 2007;114:522–531. |
| Latthe, P. Two routes of transobturator tape procedure in stress urinary incontinence: a metaanalysis with direct and indirect comparison of randomized trials. BJUI (2009) 106 , 68 – 76 |
| Laurikainen E, Takala T, Aukee P, et al. Retropubic TVT compared with transobturator TVT (TVT-0) in treatment of stress urinary incontinence: five-year results of a randomized trial. Neuraural Uradyn 2011;30:803-805. |
| Laurikainen, E. Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stree Incontinence. European Urology 65 (2014) 1109-1114 |
| Laurikainen, E. Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. J Obstet Gynecol 2007;109:4-11 |
| Learman, Lee A., et al. "A Randomized Comparison of Total or Supracervical Hysterectomy: Surgical Complications and Clinical Outcomes," ACOG 2003;102(3):453-462 |
| Lee 2015 - Tension-Free Vaginal Tape-SECUR Procedure for the Treatment of Female Stress Urinary Incontinence: 3-Year Follow-Up Results. LUTS (2015) 7, 9-16 |
| Lee, D. The Pelvic Girdle: An Integration of Clinical Expertise and Research. 4th Edition Churchill Livingstone Elsevier (2011) |
| Lee, J. Does conventional or single port laparoscopically assisted vaginal hysterectomy affect female sexual function. Nordic Federation of Societies of Obstetrics and Gynecology 90 (2011) 1410-1415 |
| Lee, K. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tapec procedures for the treatment of female stress urinary incontinence. Int Urogynecol J (2008) 19:577–582 |
| Lee, Kyu-Sung. A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. EUROPEAN UROLOGY 57 (2010) 973-979 |

Case 2:12-md-02327-JFC Document 2181-5 Filed 05/05/16 Page 17 of 93 PageID #: 57313

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Lee, Kyu-Sung. A Prospective Trial Comparing Tension-Free Vaginal Tape and Transobturator Vaginal Tape Inside-Out for the Surgical Treatment of Female Stress Urinary Incontinence: 1-Year Followup. J Uro, Vol. 177, 214-218, January 2007 |
| Lethaby, A. [Cochrane Review] Total versus subtotal hysterectomy for benign gynaecological conditions. (2012) |
| Leval, J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145–156 |
| Liapis A, Bakas P, Christopoulos P, Giner M, Creatsas G. Tension-free vaginal tape for elderly women with stress urinary incontinence. Int J Gynaecol Obstet 2006;92:48-51. |
| Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Ural 2002;41:469-473. |
| Liapis, A. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. European Journal of Obstetrics & Gynecology and Reproductive Biology 148 (2010) 199-201 |
| Liapis, A. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7- year follow-up. lilt Urogynccol J (2008) 19:1509- 1512 |
| Liapis, A. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J (2008) 19:185–190 |
| Liapis, A. Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. Gynecol Obstet Invest 2006;62:160-164 |
| Lieng, M. Long-Term Outcomes Following Laparoscopic and Abdominal Supracervical Hysterectomies. Obstetrics and Gynecology International. (2010) (Article ID 989127, 6 pages) |
| Lieng, M. Long-term outcomes following laparoscopic supracervical hysterectomy. BJOG 2008; 115:1605-1610 |
| Lim YN, Muller R, Corstiaans A, Dietz HP, Barry C, Rane A. Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. Australian NZ J Obstet Gynaecol 2005;45:52-59. |
| Lim, J. Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. Australian and New Zealand Journal of Obstetrics and Gynaecology 2010; 50: 168– 172 |
| Lim, J.L. Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG 2006;113:1315–1320. |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016) |
| Littman, P. The Rapid Evolution of Vaginal Mesh Delivery Systems for the Correction of Pelvic Organ Prolapse: Part 1. The Female Patient, Vol 34, April 2009 |
| Lleberia, J. Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. Int Urogynecol J (2011) 22:1025–1030 |
| Lone, F. A 5-year prospective study of vaginal pessary use for pelvic prolapse. International Journal of Gynecology and Obstetrics 114 (2011) 56–59 |
| Long Lin, A. In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. J urology (March 2005) Vol. 173, 894–897 |
| Long, C. Comparison of clinical outcome and urodynamic findings using "Perigee and/or Apogee" versus "Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse. Int Urogynecol J 2011; 22:223-239 |
| Lopes, E. Transvaginal polypropylene mesh versus sacrospinous ligament fixation for the treatment of uterine prolapse: 1-year follow-up of a randomized controlled trial. Int Urogynecol J (2010) 21:389–394 |
| Lord HE, Taylor JD, Finn JC, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. BJU Int 2006;98:367-376. |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

Lowder, J.  The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. Obstet & Gynecol (2008) 111:150-157

Lowenstein, L.  Neural pain after uterosacral ligament vaginal suspension.  Int Urogynecol J (2007) 18:109-110

Lowman, J. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol 2008; 199:707.e1-707.e6

Lowman, J.K.  Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy.  Am J Obstet Gynecol. (May 2008) 198(5):561.

Lucas MG, EAU Guidelines on Surgical Treatment of Urinary Incontinence. Eur Urol. 2012; 62:1118-29

Lucente, V. Oral Poster 55 – A Clinical Assessment of Gynemesh PS for the repair of POP. Journal of Pelvic Medicine and Surgery (2004) Vol 10, S35

Lucente, V. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Tranvaginal Mesh Surgery For Pelvic Organ Prolapse. Female Pelvice Medicine and Reconstructive Surgery, 18:8, Supp. 1 Sept/ Oct 2012.

Lucente, V., et al. Medium-Term Clinical Outcomes Following Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. AUGS Abstract.  Submitted 4/5/2012)

Luck, A. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. Am J Obstet Gynecol 2005; 192, 1626-9

Luijendijk, R. A Comparison of Suture Repair with Mesh Repair for Incisional Hernia. NEJM 343(6): 392-8, 2000.

Lukban, J. ICBR-51 Abs The Effect of Manual Physical Therapy in Patients Diagnosed with Interstitial Cystitis, High-Tone Pelvic Floor Dysfunction, and Sacroiliac Dysfunction. (2001)

Luo 2013 - Different sling procedures for stress urinary incontinence: A lesson from 453 patients. Kaohsiung Journal of Medical Sciences (2014) 30, 139-145.

Lykke, R. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair.  Int Urogynecol J DOI 10:1007/s00192-015-2757-y June 7, 2015

Maaita, M. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU International (2002), 90, 540–543

Mage, P.  Interposition of a synthetic mesh by vaginal approach in the cure of genital prolapse. J Gynecol Obstet Biol Reprod (Paris) 1999;28(8);825-9.

Magno-Azevedo, V. Single Incision Slings: Is There a Role?. Curr Bladder Dysfunct Rep (2013) 8:19–24

Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016)

Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016)

Maher C, Qatawneh A, Baessler K, Croppe M, Schluter P. Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomized controlled trial. Neurourol Urodyn 2004;23:433-434.

Maher CF, Qatawneh AM, Dwyer PL, Carey MP, Cornish A, Schluter PJ. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: a prospective randomized study. Am J Obstet Gynecol 2004; 190:20-6.

Maher, C et al. (2008). Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 27: 3-12

Maher, C. Laparoscopic sacral colpopexy versus total Vaginal mesh for Vaginal vault Prolapse: A Randomized Trial. Am J Obstet Gynecol 2011;204 1.e1-1.d7

Maher,C. Surgical management of pelvic organ prolapse in women. Cochrane Database Syst Rev. 2013

Malinowski, A. - IUGA Presentation 472. Initial experience with Gynecare Prosima pelvic floor repair system. (2011)

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Margulies, R. Complications Requiring Reoperation Following Vaginal Mesh Kit Procedures for Prolapse. (2008) |
| Markland (2011) Prevalence and trends of urinary incontinence in adults in the United States, 2001 to 2008 |
| Martan, A. TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. Ces. Gynek. 72, 2007, C. 1 s.42-49 |
| Mary, C. Comparison of the in vivo behavior of polyvinylidene fluoride and polypropylene sutures used in vascular surgery. ASAIO Journal (1998) 44: 199-206 |
| Masata J, Svabik K, Drahoradova P, et al. Randomized prospective trial of a comparison of the efficacy of TVT-0 and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. Neurourol Urodyn 2011;30:805-806. |
| Masata, J. Pudendal neuralgia following transobturator inside-out tape procedure (TVT-O)-- case report and anatomical study. Int Urogynecol J 2012 23:505-507 |
| Masata, J. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. Int Urogynecol J (2012) 23:1403–1412 |
| Mathias, S. Chronic Pelvic Pain: Prevalence, Health-related Quality of Life, and Economic Correlate. Obstetrics & Gynecology, 87:3, 321-327 (1996) |
| Mattimore, J. AUA Abs FRII-07 The History of Pelvic Organ Prolapse from Antiquity to Present Day. History of Urology II (Poster). May 17, 2015 |
| McLennan, G. Perioperative of POP repair with Prolift and Elevate vaginal mesh procedures. Int Urogynecol J (2013) 24:287–294 |
| McLennan, M. Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 1, January/February 2012 |
| Melzack, R. Pain Mechanisms_ A New Theory (1965) |
| Menefee, S. Colporrhaphy Compared With Mesh or Graft-Reinforced Vaginal Paravaginal Repair for anterior Vaginal Wall Prolapse. Obstet Gynecol 2011;118:1337–44 |
| Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gyneco/ 2004;190:609-6713. |
| Meschia, M. A Multicenter Randomized Comparison of Tension-Free Vaginal Tape (TVT) and Trans-obturator In-Out Technique (TVT-O) for the Treatment of SUI: One Year Results. Int Urogynecol J ((2007) 18 (Suppl 1): S2 (IUGA Abs 003) |
| Meschia, M. Tension-free tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: A multicenter randomized trial. American Journal of Obstetrics and Gynecology (2006) 195, 1338-42 |
| Meschia, M. Tension-free vaginal tape: analysis of risk factors for failures. Int Urogynecol J (2007) 18:419–422 |
| Meschia, M. TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J (2009) 20:313–317 |
| Messelink, B. The Standardization of terminology of pelvic floor muscle function and dysfunction: Report from the pelvic floor clincal assessment group of the international continence society. Neurourology & Urodynamics 24: 374-380 (2005) |
| Migliari, R., et al. Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000;38:151-155. |
| Milani (2011) 2011 ICS Abstract 571 - Clinical outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh |

Case 3:20-cv-00851-MO   Document 91-3   Filed 05/26/20   Page 107 of 478
Case 2:12-md-02325-MO   Document 1159   Filed 05/09/16   Page 20 of 63   PageID #: 57316
Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Milani, A. Mediuim-term clinical outcomes following trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Int Urogynecol J (2012) |
| Milani, A. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcomes. Am J Obstet Gynecol 2011;204:74.e1-8 |
| Milani, Alfredo, et al. "Trocar-guided total tension-free vaginal mesh repair of post-hysterectomy vaginal vault prolapse," Int Urogynecol J (2009) 20:1203-1211 |
| Miller, D.,et al (2011) Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse - 5 years results Pelvic Med Resconstr Surg, 17:139-143 |
| Mirosh, M.  TVT vs. Laparoscopic Burch Colposuspension for the Treatment of SUI. [Pop 30, 1 yr fu] ICS Abs 640 (2006) |
| Moalli, P. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Moalli, P. Tensile properties of file commonly use mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655 663 |
| Molden, Lucente 2008 - New Minimally Invasive Slings: TVT Secur. Current Urology Reports 2008, 9:358-361. |
| Moller, A.  Effect of preoperative smoking intervention on postoperative complications: a randomised clinical trial. Lancet (2002) 359:114-117 |
| Montoya, T. Anatomic relationships of the pudendal nerve branches.Am J Obstet Gynecol 2011; 205: 504.e1-5 |
| Moore, R. Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive review. The Scientific World Journal 2009 9 163-189 |
| Murphy, M, et al (2011). Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J D01 10.1007/s00192 001 1581 2 |
| Murphy, M.  Clinical Practice Guidelines on Vaginal Graft Use from the Society of Gynecologic Surgeons.  Obstet & Gynecol (2008) 112:1123-1130 |
| Murphy, M., et al. Outcome Incidence: A Retrospective Series of Over 1000 Patients Following Transvaginal Mesh Surgery for Pelvic Organ Prolapse. American Urogynecologic Society. 2012 (DEFT 197.1-8) |
| Nagata, I.  Histological features of the rectovaginal septum in elderly women and a proposal for posterior vaginal defect repair.  Int Urogynecol J (2007) 18:863-868 |
| Nager, Chares. Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med 366;21 1987-1997; Supplementary Index |
| Nager, Charles. Design of the Value of Urodynamic Evaluation (ValUE) Trial: A Non-Inferiority Randomized Trial of Preoperative Urodynamic Investigations. Contemp Clin Trials. 2009 November ; 30(6): 531–539 |
| Naumann, G.. Tension free vaginal tape (TVT) vs less invasive free tape (Lift) - A randomized multicentric study of suburethral sling surgery. Int Urogynecol J (2006) 17 (Suppl 2): S94-95. IUGA Abs 062(2006) |
| Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Uro/ 2009;25:321- 325. |
| Neuman 2007 - TVT-SECUR: 100 teaching operations with a novel anti-incontinence procedure. Pelviperineology 2007; 26:121-123. |
| Neuman 2011 - Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence. Early postoperative pain and 3-year follow-up. Journal of Minimally Invasive Gynecology, Vol. 18, No. 6, November/December 2011. |

Medical Literature

| |
|---|
| Neuman, M. Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480--484 |
| Neuman, M. Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery • Volume 10, Number 1, January/February 2004 |
| Neuman, M. Training TVT Secur: The first 100 Teaching Operations. Int Urogynecol J (2007) 18 (Suppl 1):S25–S105 |
| Neuman, M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. Journal of Minimally Invasive Gynecology (2011) 18, 769–773 |
| Neuman, M. TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152 |
| Nguyen, J. Outcome after anterior vaginal prolapsed repair, A randomized controlled trial. Vol 111, No. 4, April 2008 Obstetrics & Gynecology pgs 891-898 |
| NICE Clinical Guideline 171- Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. (guidance.nice.org.uk/cg171) |
| Nicita, Giulio.  A New Operation For Genitourinary Prolapse. The Journal of Urology 1998;160:741-745. |
| Nieminen, K. Anatomic and functional assessment and risk factors of recurrent prolapse after vaginal sacrospinous fixation. Acta Obstet Gynecol Scand 2003; 82: 471-478 |
| Nieminen, K. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. Sept 2010 Amer J of Obstet & Gynecol |
| Nieminen, K. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J (2008) 19:1611 – 1616 |
| Nikkolo, C. "Randomized clinical study evaluating the impact of mesh pore size on chronic pain after Lichtenstein herniophasty." Journal of Surgical Research 191 (2) 311-317 (2014). |
| Nilsson C. Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-014-2616-2 |
| Nilsson CG, et al. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S5-S8. |
| Nilsson, C. Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-014-2616-2 (2015) |
| Nilsson, C. G. Long-Term Results of the Tension Free Vaginal Tape. Int Urogynecol J (2001) (Suppl 2):S5 S8 |
| Nilsson, C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262 |
| Nilsson, C.G. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nilsson, C.G. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013;24(8):1265-9 |
| Nilsson, C.G., et al. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S5-S8. |
| North, C., et al. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. BJOG 2010; 117:356-360. |
| Norton, P. Collagen synthesis in women with Genital Prolapse or Stress Urinary Incontinence. (Abstract  only) 1992 |
| Novara G, Artibani W, Barber MD, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol. 2010;58:218–38 |

Medical Literature

| |
|---|
| Novara G, et al. Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol. 2008 Feb;53(2):288-308. |
| Novara G, et al. Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials of effectiveness. Eur Urol. 2007 Sep;52(3):663-78. |
| Novara, G. et al. Ch. 14: Surgical Mesh Reconstruction for Post-Hysterectomy Vaginal Vault Prolapse. New Techniques in Genital Prolapse Surgery. (2011) |
| Nygaard (2008) Prevalence of symptomatic pelvic floor disorders in US women. JAMA. 2008 Sep 17;300(11):1311-6. doi: 10.1001/jama.300.11.1311. |
| Nygaard, I. Abdominal Sacrocolpopexy: A Comprehensive Review. Obstet Gynecol 2004;104:805–23 |
| Nygaard, I. Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA (2013); Vol 309, No. 19 |
| O'Dwyer, P.J., et al., "Randomized clinical trial assessing impact of a lightweight or heavyweight mesh on chronic pain after inguinal hernia repair", Br J Surg. 2005 Feb;92(2):166-70. |
| Ogah J. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev. (2009) Oct 7;(4):CD006375 |
| Ogah, J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence inWomen: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284–291 (2011) |
| Oliveira, R. Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT_Secur, and Mini-Arc: Results at 12-month Follow-up. EurUrol (2011),doi:10.1016/j.eururo.2011.01.018 |
| Oliveira, R. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU International 104, 225–228 (2009) |
| Oliveira. IUGA Abs. 354 Comparison of Retropubic TVT, Prepubic TVT and TVT Transobturator in Surgical Treatment in Women. (2206) |
| Olsen, AL. Epidemiology of surgically managed pelvic organ Prolapse and Urinary Incontinence. Obstet Gynecol. 1997 Apr;89(4):501-6. |
| Olsson, I. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: A retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679–683 |
| Osborn DJ, Obesity and female stress urinary incontinence. Urology. 2013 Oct;82(4):759-63 |
| Ostergard, D. Evidence-based Medicine for Polypropylene Mesh Use Compared With Native Tissue Vaginal Prolapse Repair. Urology. 2012;79:12-14 |
| Ostergard, D. Polypropylene Vaginal Mesh Grafts in Gynecology. 2010;116:962-966 |
| Padilla-Fernández B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013;85:149-53. |
| Palobma, S. A randomized controlled trial comparing three vaginal kits of single-incision minislings for stress urinary incontinence: surgical data. European Journal of Obstetrics & Gynecology and Reproductive Biology 163 (2012) 108–112 |
| Palva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055. |
| Pandit L & Ouslander JG. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci. 1997; 314(4):228-31. |
| Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. Obstet Gyneco/ 2004;104:1249-1258. |

Pardo 2010 - Effectiveness of TVT-Secur compared with Miniarc for stress urinary incontinence. A randomized controlled trial with mini-sling. Int Urogynecol J (2010) 21 (Suppl 1): S1-S428.

Persson, P. Pelvic organ prolapse after subtotal and total hysterectomy. a long-term follow-up of an open randomisedcontrolled multicentre study. BJOG 2013;120:1556-1565

Peters, K. Prevalence of pelvic floor dysfunction in patients with interstitial cystitis. Urology 70: 16-18, 2007

Petros P. Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-015-2639-3

Petros P., Ulmsten,U. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephral Suppl. No. 153, 1993.

Petros, P. Comment on Maher C, Schussler B; "The need for randomised controlled trials in urogynaecology". Int Urogynecol J (2007) 18:231-232

Petros, P. Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-015-2639-3 (2015)

Petros, P., Ulmsten,U. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephral Suppl. No. 153, 1993.

Pogatzki-Zahn, E.M., et al. "Acute pain management in patients with fibromyalgia and other diffuse chronic pain syndromes," Current Opinion in Anaesthesiology (2009) 22:627-633.

Porena, M. Tension-Free Vaginal Tape versus Transobturator Tape as Surgery for Stress Urinary Incontinence: Results of a multicenter Randomised Trial. European Urology 52 (2007) 1481-1491

Pulliam, S. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J (2007) 18:1405 1408

Rechberger, T. A randomized comparison between monofilament and multifilament tapes for stress incontinencesurgery. Int Urogynecol J (2003) 14: 432–436

Rechberger, T. Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol (1998) 1511-1514

Rehman (2011) Traditional suburethral sling operations for urinary incontinence in women (Cochrane Review)

Reisenauer, C. - IUGA Abs 150. Anatomical cadaver study of pelvic floor reconstruction using a new polypropylene implant vaginal repair system and a vaginal support device. (2009)

Reisenauer, C. Anatomic study of prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203:1.e1-1.e7.

Reisenauer, C. Transobturator vaginal tape inside-out A minimally invasive treatment of stress urinary incontinence: Surgical procedure and anatomical conditions. European Journal of Obstetrics & Gynecology and Reproductive Biology 2006; 127: 123-129

Resende, A. - [Pop 90, 24 mo fu] Abs 770 Mid-term follow-up of a randomized trial comparing TVT-O, TVT-Secur and Mini-Arc. Eur Urol Suppl 2011; 10(2): 244

Rezapour M., et al. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S12-S14.

Rezapour M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Mixes Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S15-S18.

Rezapour M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. Int Urogynecol J (2001) (Suppl 2):S9-S11.

Rezapour, M., et al. Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S12-S14.

Rezapour, M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S15-S18.

Case 3:20-cv-00851-MO   Document 91-3   Filed 05/26/24   Page 111 of 478
Case 2:12-md-02327-MDL   Document 3119-3   Filed 05/09/16   Page 24 of 63   PageID #: 57320
Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Rezapour, M., Ulmsten, U. Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. Int Urogynecol J (2001) (Suppl 2):S9-S11. |
| Rhodes, Julia C., et al. "Hysterectomy and Sexual Functioning," JAMA 1999;282(20):1934-1941 |
| Richter HE, A Trial of Continence Pessary vs. Behavioral Therapy vs. Combined Therapy for Stress Incontinence (ATLAS); Obstet Gynecol. 2010 March; 115(3): 609–617 |
| Richter, H. Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012 |
| Richter, H. Retropubic versus Transobturator Midurethral Slings for Stress incontinence. n engl j med (2010) 362;22. 2066-2076 |
| Rinne, K. A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J (2008) 19:1049 1054 |
| Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93. |
| Robinson, D. Clinical assessment of the TVM technique for treatment of genital prolapse. Final Report of 12-month evaluation. (US 1 year CSR) [ETH.MESH.00012090-163] |
| Rock, J.A., et al. "Vaginal Apex Pain," Te Linde's Operative Gynecology: 10th Edition 2011:651 |
| Rodriguez, M. A review of the Evidence for Overlap Between Urological and Nonurological Unexplained Clinical Conditions. J Urol (2009) 182(5): 2123-2131 |
| Rodríguez, M.C. Assessment of sexuality after hysterectomy using the Female Sexual Function Index. Journal of Obstetrics and Gynaecolgy, 2012; 32:180-184 |
| Roovers, Jan-Paul W.R., et al. "Hysterectomy and sexual wellbeing: prospective observational study of vaginal hysterectomy, subtotal abdominal hysterectomy, and total abdominal hysterectomy,"  BMJ 2003;327:1-5 |
| Rosenfeld, J.A. Dyspareunia. Handbook of Women's Health (2001) |
| Rosenthal, R. Dyspareunia after Hysterectomy. Hysterectomy (Thomas Stoval) (1993) |
| Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. BMC Women's Health 2011;11:34. |
| Ross, Sue. Transobturator tape compared with tension-free vaginal tape for stress incontinence. Obstet Gynecol, vol. 114, No. 6 December 2009 |
| Rubod, C.  (2007)  Biomedhanical proprerties of vaginal tissue: preliminary results.  IUJ 19:811-816. |
| Salama-Hanna, J., et al. "Patients with Chronic Pain," Med Clin N Am (2013) 97:1201-1215. |
| Salamon, C. Sexual Function Before and 1 Year After Laparoscopic Sacrocolpopexy. (2014) |
| Sand PK. Chronic pain syndromes of gynecologic origin. J Reprod Med. 2004 Mar;49 (3 Suppl):230-4. |
| Sato, K. AUA Abs PD50-03 Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. May 19, 2015 |
| Sayer, Hinoul, Gauld (Prosima) - [IUJ] Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23:487-493 |
| Sayer, Hinoul, Gauld, Slack IUGA Presentation 090 Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Int Urogynecol J (2011) 22 (Suppl 1):S1-S195 |
| Sayer, T. - IUGA Presentation 090. Medium-term clinical otcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. (2011) |
| Sayer, T.  Medium-term clincial outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device.  Int Urogynecol J; 2012; 23;487-493. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Sayer, T. Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2011) |
| Scheiner, D. - [Pop 149] Retropubic TVT vs Transobturator outside-in TOT and inside-out TVT-O - One-Year Results from Our Prospective Randomized Study. |
| Schierlitz L, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2010;21(Suppl I):S2-S3. |
| Schierlitz, Fitzgerald. ICS_IUGA  Abstract #1 - A Randomized Controlled Study to Compare TVT and Monarc Trans-Obturator Tape (2010) |
| Schierlitz, Fitzgerald. ICS_IUGA Abstract #2 - A Prospective Randomised Controlled Trial Comparing Vaginal Prolapse Repair With and Without Tensionfree Vaginal Tape (TVT) in Women with Severe Genital Prolapse and Occult Stress Incontinence Long Term Follow Up (2010). |
| Schimpf (2014) Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis |
| Schiotz, H. Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911–915 |
| Schofield, M.J. Self-reported long-term outcomes of hysterectomy. British Journal of Obstetrics and Gynaecology. 1991, 98; 1129-1136 |
| Seo 2011 - Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. |
| Serati, M. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. E Uro 61 (2012) 939 – 946 |
| Serati, M. TVT for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 13-year follow-up. Neurourol Urodyn 2015 Oct 19. doi: 10.1002/nau.22914. [Epub ahead of print] |
| Serati, M. TVT-O for the treatment of Pure Urodynamics Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. EUROPEAN UROLOGY 63 (2013) 872 – 878 |
| SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| Shah, D., et al.  Short-Term Outcome Analysis of Total Pelvic Reconstruction with Mesh:  The Vaginal Approach. The Journal of Urology 2004;171:261-263. |
| Shah, S. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270–274, 2005 |
| Sharifiaghdas F, Martazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Prine Pract 2008;17:209-214. |
| Sharp, H. The role of vaginal apex excision in the management of persistent posthysterectomy dyspareunia. Am J Obstet Gynecol 2000; 183(6):1385-8; discussion 1388-9 |
| Shek, K. Perigee versus anterior prolift in the treatment of cystocele. Int Urogynecol J 2008; 19(Suppl 1): S88-89 |
| Shepherd, J.P.  Ex Vivo tensile properties of seven vaginal prolapse meshes.  Female Pelvic Medicine & Reconstructive Surgery; 2010; 16;108. |
| Sheth, S. Vaginal Hysterectomy. (2012) |
| Shin, Y. Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339 |
| Shippey, S. Contemporary Approaches to Cystocele Repair: A Survey of AUGS Members. The Journal of Reproductive Medicine, 53:11 (Nov 2008). |

Case 3:20-cv-20851-MO   Document 91-3   Filed 05/26/20   Page 113 of 478
Case 2:12-md-02327-MO   Document 3149   Filed 05/09/16   Page 26 of 63   PageID #: 57322
Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Siddiqui, N.  Neural entrapment during uterosacral ligament suspension.  Obstet & Gynecol (2010) 116:708-713 |
| Siedhoff, M. Post-hysterectomy Dyspareunia. Journal of Minimally Invasive Gynecology (2014) 21, 567-575 |
| Sikirica, V. - IUGA Abs 159. Responsiveness of the PFDI-20 and PFIQ-7, 12 months following vaginal prolapse repair augmented by mesh and a vaginal support device. (2009) |
| Silva, W.  Uterosacral ligament vault suspension. Five-Year Outcomes. Obstet Gynecol 2006; 108:255-63 |
| Silva, W. Scientific basis for use of grafts during vaginal reconstructive procedures. Current Opinion in Obstetrics and Gynecology 2005, 17:51 9-529 |
| Simon JA. Identifying and treating sexual dysfunction in postmenopausal women: The role of estrogen. J Womens Health 2011; 20:1453-65. |
| Singh, R. - ICS Abs 575. Anatomic functional and ultrasound outcomes after vaginal prolapse surgery using non-anchored mesh. (2011) |
| Singh, R. - RANZCOG Abs. Anatomic and functional outcomes of vaginal prolapse surgery using non-anchored mesh and vaginal support device at 1 year following surgery. (2011) |
| Singh, R. Native tissue repair versus mesh for trans-vaginal prolapse surgery: 5 year follow-up RCT. (2014) |
| Sivaslioglu, A.A. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J (2008) 19:467–471 |
| Slack, M. - IUGA Abs 094. A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicentre study. (2009) |
| Slack, M. - IUGA Abs 574. Clinical experience of a novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. (2009) |
| Sobhgol SS, Charndabee SMA. Rate and related factors of dyspareunia in reproductive age women: a cross-sectional study. Int j Impot 2007;19:88-94. |
| Sokol, A. 1-Year Objective and Functional Outcomes of a Randomized Clinical Trial of Vaginal Mesh for Prolapse. Am J Obstet Gynecol 2012;206:86.e1-9 |
| Sola, V. Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. Arch. Esp. Urol. 2009; 62 (5): 376-388 |
| Spahlinger, D. Relationship between intra-abdominal pressure and vaginal wall movements during Valsalva in women with and without pelvic organ prolapse: technique development and early observations.  Int Urogynecol J (2014) 25:873:881 |
| Srinivasan, A. Myofascial dysfunction associated wtih chronic pelvic floor pain: Management strategies. (2007) |
| Srinivasan. Myofascial dysfunction associated wtih chronic pelvic floor pain_ Management strategies. (2007) |
| Stanford, E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132- 145 © 2008 |
| Steege J, et al., "Chronic Pelvic Pain: An Integrated Approach", N Engl J Med 1998 |
| Stone, K. Wound Healing Principles of Management.  (1997)  ACOG |
| Styer, A. Ch.4 Gynecologic Etiologies of Chronic Pelvic Pain - Pain In Women (Allison Bailey) 2013 |
| Subak, L. Cost of Pelvic Organ Prolapse Surgery in the United States. The American College of Obstetricians and Gynecologists, 98:4, Oct 2001. |
| Sung, V, et al. (2008). Graft Use in Transvaginal Pelvic Organ Prolapse Repair - A Systematic Review. Amer Col Obstet Gynecol 112(5) 1131-1135. |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

| |
|---|
| Svabik, K. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol 2014: 1-7. DOI: 10.1002/uog.13305 |
| Svenningsen - (Norwegian registry) Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-8 |
| Svenningsen, R. Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourol. Urodynam, 2013 Wiley Periodicals. |
| Swift, S. Correlation of symptoms with degree of pelvic organ support in a general population of women: What is pelvic organ prolapse? Am J Obstet Gynecol 2003;189:372-9 |
| Sze, E. A Retrospective Comparison of Abdominal Sacrocolpopexy with Burch Colposuspension versus Sacrospinious Fixation with Transvaginal Needle Suspension for the Management of Vaginal Vault Prolapse and Coexisting Stress Incontinence. Int Urogynecol J (1999) 10:390–393 |
| Tamussino, K. - [Pop 564, 3 mo fu] IUGA Abs 112 TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial. Int Urogynecol J (2008) 19 (Suppl 1): S20-S21 |
| Tamussino, K. [Pop 564, 3 mo fu] IUGA Abs 112 TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial. Int Urogynecol J (2008) 19 (Suppl 1): S20-S21 |
| Tamussino, K. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5. |
| Tang 2014 - Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, Vol. 21, No. 6 (2014). |
| Tang, X. Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455–459 |
| Tartaglia 2009 - Third-Generation Tension-Free Tape for Female Stress Urinary Incontinence. The Journal of Urology, Vol. 182, 612-615, August 2009. |
| Tate, A. The use of infection prevention practices in female pelvic medicine and reconstructive surgery. Curr Opin Obstet Gynecol. 2010 Oct;22(5):408-13 |
| Tellez Martinez-Fornes M, Fernandez Perez C, Fouz Lopez C, Fernandez Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tensionfree vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Ural Esp 2009;33: 1088-1096. |
| Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-1355. |
| Thompson, J. "Hysterectomy" Te Linde's Operative Gynecology. 7th edition (1992) 663-738 |
| Tijdink, M. Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh. Int Urogynecol J (2011) |
| Tincello DG, Kenyon S, Slack M, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). BJOG 2009;116:1809-1814. |
| Tincello. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. Jurology (2011) Vol. 186, 2310-2315 |
| Toglia, M. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol 2008; 198:600.e1-600.e4 |
| Tommaselli 2015 - Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence. A 5-year follow-up randomized study. European Journal of Obstetrics &Gynecology and Reproductive Biology 185 (2015) 151-155. |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

Tommaselli, G. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261–S530

Tommaselli, G. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2010) 21:1211–1217

Tommaselli, G. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol (2012)

Tommaselli, G. Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. Journal of Minimally Invasive Gynecology (2013) 20, 198–204

Tommaselli, G. TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415–421

Trabuco, E. A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch versus mid-urethral sling trial. Int Urogynecol J (2014) 25 (Suppl 1):S1-S240.

Trabuco, E. Medium-term Comparison of continence rates after rectus fascia or midurethral sling placement. Am J Obstet Gynecol 2009; 200:300.e1-300.e6

Trabuco, E. Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long-Term Follow-up. (2014)

Trabuco, E. Midurethral slings for the treatment of stress urinary incontinence: Long-term follow-up. American College of Obstetricians and Gynecologists, Vol.123, No.5 (Supplement), May 2014

Trehan, A. Laparoscopic posthysterectomy vaginal vault excision for chronic pelvic pain and deep dyspareunia. Journal of Minimally Invasive Gynecology (2009) 16, 326-32

Tsai, Ching-Pei. Factos that affect early recurrence after prolapse repair by a nonanchored vaginal mesh procedure. Taiwanese Journal of Obstetrics & Gynecology; 2014; 53; 337-342

Tseng LH, Wang AC, Lin Y-H, Li S-J, Ko Y-J. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-235.

TVM Prospective 6 month Data

Ubertazzi, E. P. [Pop 62, median 68 mos fu] IUGA Abs OP 122 Trans vaginal mesh (TVM) five years follow up. A retrospective study from latem. Int Urogynecol J (2015) 26 (Suppl 1): S150-151

Ulmsten (1987) Different biochemical composition of connective tissue incontinent and stress incontinent women

Ulmsten U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe [A] 2001 - 40:269-273.

Ulmsten U., et al. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213.

Ulmsten U., et al. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J (1996) 7:81-86.

Ulmsten U., et al. Different biochemical composition of connective tissue in continent and stress incontinent women. Acta Obstet Gynecol Scand 66:455-457, 1987.

Ulmsten U., et al. Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. Scand J Urol Nephrol 29: 75-82, 1995.

Ulmsten, U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J, (1998) 9:210-213

Ulmsten, U. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. British Journal of Obstetrics and Gynecology April 1999, Vol 106, pp. 345-350

Case 3:20-cv-20853-MCR Document 91-3 Filed 05/09/16 Page 29 of 63 PageID #: 57325
Pramudji Christina - Materials List updated 3.1.16.XLSX

## Medical Literature

Ulmsten, U. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogyneool J (1996) 7:81-86

Ulmsten, U. An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S3-S4

Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe [A] 2001 - 40:269-273.

Ulmsten, U., et al. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213.

Ulmsten, U., et al. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J (1996) 7:81-86.

Ulmsten, U., et al. Different biochemical composition of connective tissue in continent and stress incontinent women. Acta Obstet Gynecol Scand 66:455-457, 1987.

Ulmsten, U., et al. Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. Scand J Urol Nephrol 29: 75-82, 1995.

Urinary Incontinence in Women. ACOG Practice Bulletin, Nmumber 63, June 2005. Obstet Gynecol 2005; 105:1533-45

Urinary Incontinence Treatment Network (UITN). The Trial Of Mid-Urethral Slings (TOMUS): Design and Methodology. The Journal of Applied Research • Vol. 8, No. 1, 2008

Usher (1958) Use of Marlex Mesh in the repair of incisional hernias

Ustun Y, Engin-Ustun Y, Gungor M, Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc 2003;10:386-389.

Vaiyapuri, G. Retrospective study of transobturator polypropylene mesh kit for the management of pelvic organ prolapsed. Singapore Med J 2012; 53(10) : 664

Valentim-Lourenco, K. [Pop 149, 3 mo fu] IUGA Abs 63 TORP - Comparing the efficacy of TVT and TVT-O - 3 months follow up analysis. Int Urogynecol J (2008) 19 (Suppl 1): S18.

Valpas A, Kivela A, Penttinen J, Kujansuu E, Haarala M, Nilsson C-G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol 2004;104:42-49.

Van Drie, D.  Medium-term clincial outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device.  Female Pelvic Medicine & Reconstructive Surgery; 2011; 17; 63-64.

van Raalte, H. One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of post hysterectomy prolapse. Am J Obstet Gynecol 2008;199:694.e1-694.e6

van Veen (2007) Long-term follow-up of a randomized clinical trial of non-mesh versus mesh repair of primary inguinal hernia

VanDenKerkhof, E.G., et al. "Chronic pain, healthcare utilization, and quality of life following gastrointestinal surgery," Can J Anesth/J Can Anesth (2012) 59:670-680.

VanDenKerkhof, E.G., et al. "Impact of Perioperative Pain Intensity, Pain Qualities, and Opoid Use on Chronic Pain After Surgery," Reg Anesth Pain Med (2012) 37:19-27.

Vercellini, P., et al. "Chronic pain in women: etiology, pathogenesis and diagnostic approach," Gynecological Endocrinology (2009) 25:149-158.

Vollebregt, A. Primary surgical repair of anterior vaginal prolapse: a randomised trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. Br J Obstet Gynaecol. 2011;118:1518-1527

Von Korff, M., Dunn, K.M. "Chronic Pain Reconsidered," Pain (2008) 138:267-276.

Wadie BS, Edwan A, Nabeeh AM. Autologous fascial sling vs polypropylene tape at short-term followup: a prospective randomized study. J Urol 2005;174:990-993.

Pramudji Christina - Materials List updated 3.1.16.XLSX
Medical Literature

Wadie BS, Mansour A, El-Hefnawy AS, Nabeeh A, Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. Int Urogynecol J 2010;21:1485- 1490.

Wai CY Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013;121:1009–16

Walsh, C. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. BJU International, 108 , 652 – 657 (2011)

Walter, J. Transvaginal Mesh Procedures for Pelvic Organ Prolapse. J Obstet Gynaecol Can 2011;33(2):168-174

Waltregny, D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urology Vol. 175, 2191-2195, June 2006

Waltregny, D. New Surgical Technical for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience. Surg Technol Int (2012)

Wang 2011 - Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369-1374.

Wang AC, Chen M-C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-190.

Wang F, Song Y, Huang H. Prospective randomized trial ofTVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286.

Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-116.

Wang, Feng-Mei, et al. "Prospective study of transobturator mesh kit (Prolift TM) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up," Arch Gynecol Obstet (2013) 288:355-359

Wang, W. Transvaginal Prosima mesh and high uterosacral ligament suspension in the treatment of severe pelvic organ prolapsey. (2012)

Wang, Yi-jun. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT- Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (20 I I) 22: \369-IJ 74

Ward, K. Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002)325:67

Ward, K.L. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226–233

Warren, J. Antecedent nonbladder syndromes in case control study of interstitial cystitis/painful bladder syndrome. (2009)

Watson, Trevor. "Vaginal Cuff Closure with Abdominal Hysteretomy: A new Approach," The Journal of Reproductive Medicine 1994;39(11):903-907

Weber (2012) Which Sling for which SUI Patient? OBG Management (2012) 24:5, 28-40

Weber, A. Anterior colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol 2001;185:1299-306

Weber, A. Pelvic Organ Prolapse. Obstet Gynecol 2005;106:615–634

Weber, A.M., et al. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am. J. Obstet. Gynecol. 2000; 182, 1610-1615.

Case 3:20-cv-20851-MO Document 91-3 Filed 05/09/16 Page 31 of 66 PageID #: 57327
Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Weinberger, M. Long-Term Clinical and Urodynamic Evaluation of the Polytetrafluoroethylene Suburethral Sling for Treatment of Genuine Stress Incontinence. Obstetrics & Gynecology, 86:1, July 1995 |
| Weiss, J. Pelvic floor myofascial trigger points manual therapy for interstitial cystitis and the urgency-frequency syndrome. (2001) |
| Weiss. Pelvic floor myofascial trigger points manual therapy for interstitial cystitis and the urgency-frequency syndrome. The Journal of Urology, Vo. 166, 2262-2231 (2001) |
| White, S. Comparison of abdominal and vaginal hysterectomies. A Review of 600 Operations. Obstetrics and Gynecology (1971) 37:4;530-537 |
| Whitehead, W. Gastrointestinal Complications Following Abdominal Sacrocolpopexy for Advanced Pelvic Organ Prolapse. Am J Obstet Gynecol. 2007 July ; 197(1): 78.e1–78.e7 |
| Whiteside, M. Risk Factors for prolapsed recurrence after vaginal repair. Amer J Obstet and Gynecol 2004 191, 1533 – 8 |
| Wilder-Smith, O.H., et al. "Patients with chronic pain after abdominal surgery show less preoperative endogenous pain inhibition and more postoperative hyperalgesia: a pilot study", J Pain Palliat Care Pharmacother (2010) 24L119-128 |
| Withagen, M, et al. (2010). Does trocar-guided tension-free vaginal mesh (Prolift'") repair provoke prolapse of the unaffected compartments? Int Urogynecol J 21: 271-278 |
| Withagen, M, et al. (2011). Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure. Obstet Gynecol 118: 629-36. |
| Withagen, M. Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Vol. 117, No. 2, Part 1, Feb. 2011 Obstetrics and Gynecol |
| Withagen, M. Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse. (2011) |
| Woods 2008 - Vaginal Sling for Stress Urinary Incontinence Under Local Anesthetic in the Office Setting. Journal of Pelvic Medicine & Surgery, Volume 14, Number 4, July/August 2008. |
| Wu (2010) Prevalence and incidence of urinary incontinence in a diverse population of women with noncancerous gynecologic conditions |
| Wu, J. Forecasting the Prevalence of Pelvic Floor Disorders in U.S. women 2010 to 2050. Obstetrics and Gynecology, 114:6, Dec 2009. |
| Wu, J. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstetrics & Gynecology, Vol. 123, 1201-1206, No.6, June 2014. |
| Yazdany, T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J (2010) 21:813-818 |
| Ye, S. Quality of life and sexual function of patients following radical hysterectomy and vaginal extension. J Sex Med 2014; 11:1334-1342 |
| Zaslau, S. Placement of prophylactic midurethral sling at time of hysterectomy...are the potential associated problems worth the additional cost and risk? Can J Urol 2012;19(5):6431 |
| Zhang Y, Jiang M, Tong X-W, Fan B-Z, Li H-F, Chen X-L. The comparison of an inexpensivemodified transobturator vaginal tape versus TVT-0 procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011;50:318-321. |
| Zhang, L., et al. Tension-free Polypropylene Mesh-related Surgical Repair for Pelvic Organ Prolapse has a Good Anatomic Success Rate but a High Risk of Complications, Abstract, Chinese Medical Journal, February 5, 2015, Vol. 128, Issue 3 |
| Zhong, Chen. [Pop 187] Comparison of three kinds of mid-urethral slings for surgical treatment of female SUI. Urologia 2010; 77(1): 37-42 |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Medical Literature

| |
|---|
| Zhu L, Lang J, Hai N, Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007;99:14-17. |
| Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-0) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Uro/ 2007;51:1376-1382; discussion 1383-1384. |
| Zyczynski, H. - AUA Abs 1354 A New operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicenter study. The Journal of Urology 2009; 181:483. |
| Zyczynski, H. (Prosima Study investigators) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203:587.e1-8 |
| Zyczynski, H. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6. |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Production Materials

## Document Description [Bates Range]

| Document Description [Bates Range] |
|---|
| [ETH.MESH.04548931-35] |
| [ETH.MESH.04926191-92] |
| [ETH.MESH.05009194] |
| [ETH.MESH.08565137-08565141] |
| [ETH.MESH.08791917] |
| [ETH.MESH.08961175-08961176] |
| [ETH.MESH.10378001-8002] |
| [ETH.MESH.13698840-59] |
| [ETH.MESH.PM.000042] |
| [ETH.MESH.PM.000045] |
| [ETH.MESH.PM.000048] |
| [ETH.MESH.PM.000059] |
| [ETH.MESH.PM.000143] |
| [ETH.MESH.PM.000148] |
| [ETH.MESH.PM.000156] |
| [ETH.MESH.PM.000157] |
| [ETH.MESH.PM.000170] |
| [ETH.MESH.PM.000171] |
| [ETH.MESH.PM.000246] |
| [ETH.MESH.PM.000257] |
| 01/28/98 Letter from FDA re: K974098 TVT System [ETH.MESH.371496-594] |
| 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT PhysicianTraining Policy [ETH.MESH.7393700] |
| 09/07/2009 Safety review: TVT and TVT-O procedures [ETH.MESH.1751069-94] |
| 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMCP15506/E) Update (Part II, RA0001-2010, Rev. 1) [ETH.MESH.341006-11] |
| 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System [ETH.MESH.222852-63] |
| 1998 TVT Slide Deck [ETH.MESH.05795537-99] |
| 2000 June TVT Surgeons Resource Monograph |
| 2001 slides from Parisi binder [ETH.MESH.05795421-508] |
| 2002 Dr. Miklos Minimizing and Managing TVT Complications [ETH.MESH.00397674].pdf |
| 2002 TVT Advanced Users Forum Presentation [ETH.MESH.08156958] |
| 2003 - TVT Support for Incontinence General Prof Ed Deck [ETH.MESH.00373310-88] |
| 2005 – 2006 Gynecare Prolift Pelvic Floor Repair Systems – slides (16 pages) |
| 2005 – 2006 Gynecare Prolift Pelvic Floor Repair Systems [ETH.MESH.00484929] |
| 2005 Prolift Prof Ed Slide deck (P's Exhibit 127) |
| 2006 - TVT-O Summit Presentation by Raders and Lucente [ETH.MESH.00993273] |
| 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh [ETH.MESH.00167104 -10] |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| 2007 & 2008 – Gynecare Prolift Pelvic Floor Repair Systems – slides (46 pgs) |
| 2007 & 2008 – Gynecare Prolift Pelvic Floor Repair Systems [ETH.MESH. 00484929] |
| 2007 Prolift Prof Ed Slide deck (P's Exhibit 128) |
| 2007 Prolift Surgeons Monograph [DEFT 730.1-730.72] |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Production Materials

| |
|---|
| 2008 - TVT Family of Products [ETH.MESH.00369995] |
| 2008 Prolift Slide deck [ETH-10505 to ETH-10596] |
| 2009 - The Science of What's Left Behind [ETH.MESH.03751819] |
| 2010 - TVT Exact Prof Ed [ETH.MESH.00295355] |
| 2011 B&W POP & SUI Patient Counseling Guide production copy (ETH.MESH.13635675) |
| 2012 - ETH.MESH.08117473 - TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| 2013 - Clinical Expertise TVT Prof Ed Slide Deck [ETH.MESH.10281860] |
| 2013 Clinical Evaluation Report; Gynecare Prosima Pelvic Floor Repair |
| 2013 Clinical Evaluation Report; Gynecare Prosima Pelvic Floor Repair System [ETH.MESH-12897617-78] |
| 9.22.2011 Letter to surgeons |
| A Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse by V. Lucente, et al.  1 pg |
| ACOG Surgery for Pelvic Organ Prolapse - FAQ (Frequently Asked Questions). |
| Anatomy Videos [ETH.MESH.PM.000006] |
| Anatomy Videos [ETH.MESH.PM.000009] |
| Anatomy Videos [ETH.MESH.PM.000057] |
| Anatomy Videos [ETH.MESH.PM.000068] |
| Anatomy Videos [ETH.MESH.PM.000088] |
| Anatomy Videos [ETH.MESH.PM.000089] |
| Anatomy Videos [ETH.MESH.PM.000090] |
| Anatomy Videos [ETH.MESH.PM.000134] |
| Anatomy Videos [ETH.MESH.PM.000151] |
| Anatomy Videos [ETH.MESH.PM.000154] |
| Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> [ETH.MESH.07351297] |
| April 24 2012 email to FDA  [ETH.MESH.04476265-72] |
| AUA Position Statement on the use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence/ |
| AUGS Transvaginal Mesh Informed Consent Toolkit |
| Australian Pelvic Floor Discussion |
| Barber, M.D., et al. "Defining Success After Surgery for Pelvic Organ Prolapse." Obstet Gynecol (2009) 114:600-609. |
| Bart Pattyson editorial re prof ed bulletin [ETH.MESH.13698840-59] |
| Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse signed by Piet Hinoul |
| Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse signed by Piet Hinoul dated 6/21/2012 |
| Boukerrou, M., et al. "Tissue resistance of the tension-free procedure: What about healing?" Int Urogynecol J (2008) 19:397-400. |
| Brigette Fatton Powerpoint Presentation entitled "Complications in Pelvic Floor Dysfunction Surgery: evaluation and management. |
| Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2005 (8 pgs) |
| Brochure Treatment Options for Pelvic Organ Prolapse Stop coping. Start living. Dated in 2008 Gynecare Prolift (15 pgs) |
| Carey email re keeping VSD on market  [ETH.MESH.04550996-97] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Classification Website Intro "An International Urogynecological Association (IUGA/Internation Continence Society (ICS) Joint Terminology and Classification of the Complications Related Directly to the Insertionm of Prostheses (Meshes, Implants, Tapes) & Grafts in Female Pelvic Floor Surgery." |
| Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |
| Clinical Expert Report [ETH.MESH.1784823-28] |
| Clinical Expert Report [ETH.MESH.222899-909] |
| Clinical Expert Report Gynecare Prolift +M™ Pelvic Floor Repair System signed by Piet Hinoul dated 9/25/2012 [ETH.MESH.08315779-810] |
| Clinical Expert Report Gynecare Prolift Pelvic Floor Repair System dated 7.2.10  [ETH.MESH.01075187 – 75215] |
| Clinical Expert Report Gynecare Prosima ™ Pelvic Floor Repair System signed by Piet Hinoul dated 9/25/2012 [ETH.MESH.07229312-42] |
| Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number 2003-016  [ETH.MESH.00372564 – 372568] |
| Clinical Study Report Evaluation of the TVM technique for treatment of genital prolapse Protocol Number CT-TVM-001-03  [ETH.MESH.00991195 – 991257] |
| Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006 [ETH.MESH.01320351-67] |
| Cover Letter  [ETH.MESH.02658316] |
| D00001256-2005 Prolift Ed.pdf (Gynecare Prolift: Pelvic Floor Repair Systems) [Native Format] |
| D00001260-2007 and 2008 Prolift and M Prof Ed.pdf (Gynecare Prolift: Pelvic Floor Repair Systems)[Native Format] |
| Dati, S. Prolift vs. Avaulta for transvaginal repair of severe pelvic prolapse ETH-03227-03228 |
| Dave Robinson delay letter  [ETH.MESH.00409158] |
| De Leval (2003) Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out |
| Dear Surgeon Letter from Piet Hinoul and Aaron Kirkemo. |
| Dear Surgeon Letter re Discontinuation  [ETH.MESH.05820723] |
| Declaration of Reynaldo Librojo in Support of Motion for Summary |
| Declaration of Thomas A. Barbolt, Ph.D., DABT, 1981-2011 in Support of Motion for Summary Judgement |
| Document entitled "Delay in Prosima Activities" |
| Document entitled "Pelvic Floor Repair. Extended Review of Medical Literature." |
| Email dated 1/17/2010 from Dr. Piet Hinoul to Dr. David Robinson, et al. Re: +M relaxation [ETH.MESH.01785259-60] |
| Email dated 1/22/2010 from Scott Jones to Kevin Frost and Tom Affeld re: Summit Agenda/Moderator; cc: Matt Henderson, et al. [ETH.MESH.00817181] |
| Email dated 6/8/2012 from Matt Henderson to Tim Schmid re: 522 Communication Recap [ETH.MESH.04568519] |
| Email dated 9/3/2009 from Piet Hinoul to David Robinson, et al. re: Prosima Take Away Messages; cc: Peter Meier [ETH.MESH.01237077-79] |
| Email from Arnaud re: Transient Leg Pain with Mulberry [ETH.MESH.3911390-1] |
| Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr [ETH.MESH.865069-72] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Email from Dan Smith re: NG TVT-O NDP – Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny [ETH.MESH.2293715-6] |
| Email from Frost  to Globerman, et al. re: prosima usage northeast [ETH.MESH.11538048-49] |
| Email from Frost to Affeld, et al. re: Sales Rep Training on Prosima 5/18 [ETH.MESH.03895925-26] |
| Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal [ETH.MESH.1210987-95] |
| Email From Lewis to Mahar, et al. re: How did Dr. Grier's Prosima cases go? [ETH.MESH.00127125-26] |
| Email from O'Bryan re: GYNECARE TVT Obturator System – FDA [ETH.MESH.6882641-2] |
| Email from O'Bryan re: ifu [ETH.MESH.3364663-66] |
| Email from Scott Jones to DL-Ethusso dated 12/15/2009 re: PAGS Leads [ETH.MESH.00662233] |
| Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) |
| Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 |
| Email from Tim Schmid to Chuck Austin dated 6/8/12 re: Prolift +M withdrawal notice [ETH.MESH.04568717-18] |
| Email from Weisberg re: IFU update [ETH.MESH.3365250-1] |
| Email from Weisberg re: Mulberry [ETH.MESH.6886410-11] |
| Email re: 60% Success  [ETH.MESH.01776504-10] |
| Email re: 69% Success  [ETH.MESH.00547500-501] |
| Email re: Faculty & Customer Call Post-FDA Panel Mtg on 9/12  [ETH.MESH.04543334] |
| Email re: IFU errors  [ETH.MESH.02229013] |
| Email re: Important Laser cut mesh update [ETH.MESH.1809056-58] |
| Email re: Laser Cut TVT [ETH.MESH.6859834-35] |
| Email re: Meeting Minutes from April 18 2012 meeting w FDA  [ETH.MESH.04476274-75] |
| Email re: Mesh Fraying Dr. EBERHARD letter [ETH.MESH.7692905-7] |
| Email re: No RCT for Prosima  [ETH.MESH.00592585-87] |
| Email re: OR Agenda Tunn [ETH.MESH.3922926-28] |
| Email re: Overstating Success - Less Misleading  [ETH.MESH.00594266] |
| Email re: Performance Evaluation of TVT Prolene Blue Mesh [ETH.MESH.6696411-19] |
| Email re: Piet explaining why no Ultrapro in Prosima  [ETH.MESH.01237077-79] |
| Email re: Piet explaining why Prosima uses a VSD  [ETH.MESH.00580588-89] |
| Email re: Piet explains PS in Prosima  [ETH.MESH.00580711-13] |
| Email re: Piet following 2011 Ad Com  [ETH.MESH.04568448] |
| Email re: Piet re Problem with posterior inserter  [ETH.MESH.02579701-06] |
| Email re: Piet's response to 522 FDA refusal  [ETH.MESH.05987605-06] |
| Email re: Piet's response to 522 FDA refusal clean  [ETH.MESH.04548975] |
| Email re: Piet's takeaways from 2011 FDA meeting  [ETH.MESH.04556236] |
| Email re: Prosima Jan 2007 Updated  [ETH.MESH.00455676-77] |
| Email re: Smelly VSDs  [ETH.MESH.00591563-65] |
| Email re: Stop communicating over email  [ETH.MESH.00594455] |
| Email re: TVT Laser Cut Mesh [ETH.MESH.525573] |
| Email re: TVT Laser Mesh info [ETH.MESH.442825-26] |
| Email re: TVT Meeting with Agency [ETH.MESH.524746-48] |
| E-mail string dated 1/21/2010, top one from Piet Hinoul to Clifford Volpe and David Robinson re: dimensions of the PROSIMA implant [ETH.MESH.00851319-21] |

Case 3:20-cv-00851-MO Document 91-3 Filed 05/09/16 Page 37 of 63 PageID #: 57333

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| E-mail string dated 11/3/2010 re: neo clinical trial. Piet Hinoul: "Each individual study does not contribute to the success of those products [ETH.MESH.00856579-82] |
| Email string dated 3/25/2010, top one from Piet Hinoul to Paan Hermansson re: key message for Prosima launch [ETH.MESH.00580588-89] |
| Email string dated 5/12/2011, top one from Kevin Frost to Benjamin Bouterie re: Dr. Bedestani; cc: Stacy Hoffman [ETH.MESH.03466382-83] |
| Email string re: Ultrapro vs Prolene Soft Mesh |
| Email string, top one from Gary Pruden to David Robinson, et al. re: article entitled :Vaginal repair with mesh no better than colporrhapy for pelvic organ prolapse. |
| ETH MESH 00082651- 654 |
| ETH MESH 07903682-3683 |
| ETH MESH 09268043-045 |
| ETH.MESH.00000172 8/25/11 Email from Marie Hobson to Kevin Frost attaching registration list for call |
| ETH.MESH.00000173 8/25/11 Registration list for 8/25/11 call |
| ETH.MESH.00003895 to ETH.MESH.00003895 Continence Health and Pelvic Floor Advisory Board Opening Comments for Renee |
| ETH.MESH.00019117 to ETH.MESH.00019121 Letter from Scott H. Jones to Price St. Hilaire re: Prosima US Launch Plan; cc: Renee Selman, et al. |
| ETH.MESH.00064002 to ETH.MESH.00064004 Email string, top one from Judith Gauld to Scott Jones re: US preceptors for Prosima. |
| ETH.MESH.00064054 to ETH.MESH.00064054 Gynecare Prosima ™ Pelvic Floor Repair System - Global Launch Strategy |
| ETH.MESH.00064138 to ETH.MESH.00064139 Document entitled "PROSIMA Critical Success Factors." |
| ETH.MESH.00071755 to ETH.MESH.00071755 Prosima - Apical Support Learning Guide |
| ETH.MESH.00076167 to ETH.MESH.00076167 Letter from Bryan Lisa to Dan Smith re: Prosima Product Release Authorization; cc: Stephanie Kute, Jennifer Paine. |
| ETH.MESH.00076710 to ETH.MESH.00076790 Clinical Study Report. Evaluation of Prosima for Pelvic Organ Prolapse. Protocol Number: 300-06-005. "A Prospective, Multi-centre Study to Evaluate the Clinical Performance of Gynecare Prosima Pelvic Floor Repair System as a Procedure for Pelvic Organ Prolapse." |
| ETH.MESH.00076710 to ETH.MESH.00076790<br><br> Clinical Study Report, Evaluation of Prosima for Pelvic Organ Prolapse, Protocol Number: 300-06-005 |
| ETH.MESH.00077073-093 |
| ETH.MESH.00077094-111 |
| ETH.MESH.00077395 |
| ETH.MESH.00078114 to ETH.MESH.00078115 Memo to Prosima Regulatory File. Minutes from Teleconference with FDA for Prosima 510(k). |
| ETH.MESH.00082651 to ETH.MESH.00082654 Email string, top one from Marcus Carey to J. Meek, D. Robinson, P. Hinoul, et al. re: Technical feedback on Prosima. |
| ETH.MESH.00083812-3814 |
| ETH.MESH.00086463 to ETH.MESH.00086465 E-mail from Piet Hinoul to Zeb Viana, et al. regarding TR: PROSIMA TAKE AWAY MESSAGES; cc: Bart Pattyson, et al. |
| ETH.MESH.00108120 to ETH.MESH.00108121 Email string, top one from Douglas Grier to Lissette Caro-Rosado, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.00125373 to ETH.MESH.00125373 Email string, top one from Tom Eagan to Erin Haggerty re: Dr. Sepulveda. |
| ETH.MESH.00127103 to ETH.MESH.00127103 Email from Greg prine to Scott Jones, Jonathan Meek re: Prosima Road Show; cc: Lesley Fronio and Kevin Mahar. |
| ETH.MESH.00129102 Suggested Remarks - Incontinence and Pelvic Floor Summit What a Difference a Decade Makes |
| ETH.MESH.00131149 to ETH.MESH.00131151 Email string, top one from Stephanie Grupe to Kevin Mahar re: Prosima Global Launch Team. |
| ETH.MESH.00144449 to ETH.MESH.00144449 Letter from David Robinson re: decision to delay preceptor training activities for Prosima (not signed). |
| ETH.MESH.00281482-484 |
| ETH.MESH.00303310 to ETH.MESH.00303313 Memo from Dan Lamont to Gynecare Prosima Risk Management Report (RMR-0000029) re: Pelvic Floor Product(s) Complaint Review for Gyneacre Prosima Risk Management. |
| ETH.MESH.00310205 to ETH.MESH.00310205 Product Quality Issue re: Prosima signed by Mark Yale. |
| ETH.MESH.00310206 to ETH.MESH.00310206 Letter from David Robinson re: decision to delay preceptor training activities for Prosima (not signed). |
| ETH.MESH.00316849-ETH.MESH.00316850 |
| ETH.MESH.00318930 to ETH.MESH.00318930 (Draft) Letter from David Robinson re: delay in preceptor training activities for Prosima. |
| ETH.MESH.00318934 to ETH.MESH.00318934 Document entitled " Delay in Prosima Activities." |
| ETH.MESH.00329474 to ETH.MESH.00329509 Project Mint Design Review |
| ETH.MESH.00335084 to ETH.MESH.00335085 Email from Daniel Lamont to Sungyoon Rha, et al. re: Mint Functional Strategies. |
| ETH.MESH.00405513-514 |
| ETH.MESH.00409158 to ETH.MESH.00335158 Letter from David Robinson re: decision to delay preceptor training activities for Prosima (signed). |
| ETH.MESH.00409158 to ETH.MESH.00409158 (Official) Letter from David Robinson re: delay in preceptor training activities for Prosima. |
| ETH.MESH.00418855 to ETH.MESH.00418856 Email string, top one from Andrew Meek to Jonathan Fernandez, et al. re: Prosima Preceptor Recommendation Form; cc: Kevin Frost, et al. |
| ETH.MESH.00424374 to ETH.MESH.00424375 Email string, top one from Jonathan Fernandez ro Rhonda Peebles re: remaining 2010 labs; cc: Robert Zipfel. |
| ETH.MESH.00426441 to ETH.MESH.00426441 Email from Kevin Frost to Robert Zipfel, et al. re: Prosima 2-year slide deck; cc: Paul Parisi. |
| ETH.MESH.00455676 to ETH.MESH.00455677 Email from Allison London Brown to Ophelie Berthier, et al. re: Prosima Jan 2007 update; cc: Bob Roda, et al. |
| ETH.MESH.00467320 to ETH.MESH.00467320 Email string, top one from Andrew Meek to Bart Pattyson, Paul Parisi re: November Lab. |
| ETH.MESH.00495796 to ETH.MESH.00495798 Email string, top one from Jennifer Paradise to Melissa Doyle, et al. re: Prof Ed through Tele-Mentoring; cc: Paul Parisi, et al. |
| ETH.MESH.00510562 to ETH.MESH.00510563 Email string, top one from Kevin Frost to DL-ETHUSSO EWHU DMs, et al. re: 1st Prosima Virtual Round Table Tomorrow; cc: Matt Henderson, et al. |
| ETH.MESH.00516424- 427 |
| ETH.MESH.00541708 to ETH.MESH.00541709 Document entitled "Notes from Competitive Ad Board." |
| ETH.MESH.00541873 to ETH.MESH.00541873 Chart listing Proposed Lab Scheduling for August 4th. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.00541876 to ETH.MESH.00541878 Email string, top one from Bart Pattyson to David Robinson, et al. re: ICS/IUGA Cadaver Lab - Monday Aug 23. |
| ETH.MESH.00542347 to ETH.MESH.00542348 Calendar appointment re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones and Schlafstein.; created by Robert Zipfel. |
| ETH.MESH.00542463 to ETH.MESH.00542463 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System: 2-Year Clinical Data |
| ETH.MESH.00547021 to ETH.MESH.00547021 Ethicon Women's Health & Urology "Welcome Letter" to the EWH&U Pelvic Floor Repair Advisory Board Meeting. |
| ETH.MESH.00547036 to ETH.MESH.00547037 Email string, top one from Bart Pattyson to Jaime Sepulveda, et al re: Prosima (&Elevate) Advisory Board - Jan 8th - Baltimore; cc: Piet Hinoul, et al. |
| ETH.MESH.00573815 to ETH.MESH.00573815 Powerpoint: Two Year Clinical Outcomes after Prolapse Surgery with Non-Anchored Mesh & Vaginal Support Device (Gynecare Prosima* Pelvic Floor Repair System) June 2010. |
| ETH.MESH.00573860 to ETH.MESH.00573878 (Draft) Sayer, T., et al. "Medium-term Clinical Outcomes Following Surgical Repair for Vaginal Prolpase with Tension-free Mesh and Vaginal Support Device." |
| ETH.MESH.00575580 to ETH.MESH.00575581 Email string, top one from Jonathan Meek to Piet Hinoul, Colin Urquhart and Judi Gauld re: Prosima anterior compartment result. |
| ETH.MESH.00575634 to ETH.MESH.00575635 ICS 2009 Abstract Form. "Surgery for Pelvic Organ Prolapse Using Mesh Implants and a Vaginal Support Device: Analysis of Anatomic, Functional and Performance Outcomes from an International, Multicentre Study." |
| ETH.MESH.00578081 to ETH.MESH.00578083 Email string, top one from Piet Hinoul to Paan Hermansson re: Prosima Post launch communication. |
| ETH.MESH.00578550 to ETH.MESH.00578550 (Draft) Sayer, T., et al. "Two Year Clinical Outcomes after Prolapse Surgery with Non-Anchored Mesh and Vaginal Support Device." |
| ETH.MESH.00579296 to ETH.MESH.00579296 Powerpoint: Anatomic and Functional Outcomes of 2 Pelvic Floor Repair Systems Studied in Moderate and Severe Prolpase Patients. |
| ETH.MESH.00580588 to ETH.MESH.00580589 Email string, top one from Piet Hinoul to Paan Hermansson re: key message for Prosima launch |
| ETH.MESH.00592224 to ETH.MESH.00592229 E-mail chain from Jonathan Meek to otehrs in regards to Technical Feedback on Prosima |
| ETH.MESH.00594528 Email from Aaron Kirkemo to Piet Hinoul, David Robinson and Judi Gauld re: Prosima commerical claims of 92.3% above the hymen. |
| ETH.MESH.00595468 to ETH.MESH.00595470 Goldman, H., FitzGerald, M. "Opposing Views: Transvaginal Mesh for Cystocele Repair," J Urol (2010) 183:430-432. |
| ETH.MESH.00595889 to ETH.MESH.00595890 Email string, top one from Kevin Frost to Aaron Kirkemo re: Prosima presentation; cc: Tom Affeld. |
| ETH.MESH.00604183 to ETH.MESH.00604186 Email string, top one from Piet Hinoul to Judi Gauld and Colin Urquhart re: PISQ, and score when unable to have sex. |
| ETH.MESH.00631782 to ETH.MESH.00631784 FDA Letter re: K063562 Gynecare Prosima |
| ETH.MESH.00679637 to ETH.MESH.00679640 Email string, top one from Zenobia Walji to Ron Naughton, et al. re: Prolene Soft Mesh '05 proposed pricing; cc: Kevin Maher, et al. |
| ETH.MESH.00759327 to ETH.MESH.00759335 Document entitled "Experience what's new in incontinence and pelvic floor repair." 2010 ICS IUGA Executive Agenda |
| ETH.MESH.00800521 to ETH.MESH.00800522 Email string, top one from Kenneth Pagel to Melissa Doyle re: presentation access. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.00806974 to ETH.MESH.00806975 Email from Lissette Caro-Rosado to Jaime Sepulveda, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson, et al. |
| ETH.MESH.00807570 to ETH.MESH.00807570 Revised Chart listing Proposed Lab Schedule |
| ETH.MESH.00807772 to ETH.MESH.00807774 Email String, top one from Bart Pattyson to Hugo Ye re: ICS-IUGA - Cadaver Lab & Ask the Expert Update; cc: Ping Li, et al. |
| ETH.MESH.00807972 to ETH.MESH.00807973 Email string, top one from Bart Pattyson to Tommaso Santini, et al. re: US Surgeon; cc: Tom Affeld. |
| ETH.MESH.00808121 to ETH.MESH.00808122 Email from bart Pattyson to Jaime Sepulveda et al. re: Prosima (&Elevate) Advisory Board - Jan 8th - Baltimore; cc: Piet Hinoul. |
| ETH.MESH.00817181 to ETH.MESH.00817181 Email from Scott Jones to Kevin Frost and Tom Affeld re: Summit Agenda/Moderator; cc: Matt Henderson, et al. |
| ETH.MESH.00820634 to ETH.MESH.00820634 Invitation to participate in Gynecare Prosima Virtual Round Table |
| ETH.MESH.00832749 to ETH.MESH.00832754 Risk Management Report: Prosima Pelvic Floor Repair Kit |
| ETH.MESH.00833948 to ETH.MESH.00833949 Email from David Robinson to Jessica Shen re: Prosima Study. |
| ETH.MESH.00834910 to ETH.MESH.00834911 Email string , top one from David Robinson to Price St. Hilaire, et al. re: Prosima Strategic Council; cc: Kevin Mahar. |
| ETH.MESH.00840886 to ETH.MESH.00840887 Calendar appointment re: Updated: TVT Secur Preceptor Roundtable Forum; created by Dharini Amin. |
| ETH.MESH.00843043 Email from David Robinson to Jacqutin Bernard, Judith Gauld and Jonathan Meek re: cancellation of scheduled Prosima training. |
| ETH.MESH.00849014-ETH.MESH.00849017 |
| ETH.MESH.00850335 to ETH.MESH.00850336 Email string, top one from David Robinson to Stephanie Kute, Patrice Napoda re: Prosima FDA Review and IFU; cc: Price St. Hilaire, Dan Smith. |
| ETH.MESH.00851319 to ETH.MESH.00851321 E-mail string, top one from Piet Hinoul to Clifford Volpe and David Robinson re dimensions of the PROSIMA implant |
| ETH.MESH.00851319-ETH.MESH.00851321 |
| ETH.MESH.00895089 to ETH.MESH.00895091 Email string, top one from Kevin Frost to Vincenza Zaddem re: Prosima in R&D Study. |
| ETH.MESH.00921692 to ETH.MESH.00921694 Email string, top one from Tom Affeld to Scott Jones, et al. re: NEO #2, 3, 4 Lab Nominations; cc: Vincenza Zaddem. |
| ETH.MESH.00925065 to ETH.MESH.00925067 Email string, top one from Joshua Samon to Vincenza Zaddem re: Mint Value Proposition; cc: Duan Broughton. |
| ETH.MESH.01136239 to ETH.MESH.01136240 Email string, top one from Lissette Caro-Rosado to Ad Board Members re: EWH&U Pelvic Floor Repair Ad Board 1-8-11; cc: Tom Affeld, et al. |
| ETH.MESH.01198058 to ETH.MESH.01198058 (Draft) Zyczynski, H., et al. "One year clinical outcomes after prolapse surgery with non-anchored mesh and vaginal support device." |
| ETH.MESH.01200286 to ETH.MESH.01200286 Powerpoint: Gynecare Prosima : Overview. |
| ETH.MESH.01201973 to ETH.MESH.01201973 Propsed Lab Schedule (2nd Revision) |
| ETH.MESH.01237077 to ETH.MESH.1237079 Email from Piet Hinoul to David Robinson, et al. re: Prosima Take Away Messages; cc: Peter Meier. |
| ETH.MESH.01244824 to ETH.MESH.01244826 Email string, top one from Aaron Kirkemo to Cyrus Guidry re: response letter to editor, Lewis Wall. |
| ETH.MESH.01411037 to ETH.MESH.01411039 Summary re: Project Mint |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Production Materials

| |
|---|
| ETH.MESH.0141137 to ETH.MESH.0141039 Document re: summary of changes in mesh implant from Project Mint to final production. |
| ETH.MESH.01593930 to ETH.MESH.01593942 Prosima Clinical Expert Report (not signed or dated). |
| ETH.MESH.01638150 to ETH.MESH.01638150 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System Backrgound; Halina Zyczynski, M.D. |
| ETH.MESH.01678340 to ETH.MESH.01678340 Email from Andrew Meek to Melissa Doyle et al. re: Approved Prosima Receptors. |
| ETH.MESH.01707963 to ETH.MESH.01707963 Ethicon Women's Health & Urology "Welcome Letter" to the EWH&U Pelvic Floor Repair Advisory Board Meeting. |
| ETH.MESH.01708116 to ETH.MESH.01708117 Email string, top one from Bart Pattyson to Georgia Long re: TVT Abbrevo and Prosima training; cc: Elizabeth Kolb, Andrew Meek. |
| ETH.MESH.01708180 to ETH.MESH.01708180 Chart listing financial information re: preceptors. |
| ETH.MESH.01708190 to ETH.MESH.01708190 Chart listing financial information re: preceptors. |
| ETH.MESH.01730626 to ETH.MESH.01730629 Email string, top one from Dr. Antar to Bart Pattyson re: Prosima presentation. |
| ETH.MESH.01803816 to ETH.MESH.01803818 Summary re: Project Mint |
| ETH.MESH.01821586 to ETH.MESH.01821587  Email from Allison London Brown to Ophelie Berthier, et al. re: Prosima November update; cc: Bob Roda, et al. |
| ETH.MESH.01821586 to ETH.MESH.01821587 Email from Allison London Brown to Ophelie Berthier, et al. re: Prosima November update; cc: Dan Smith, et al. |
| ETH.MESH.01821586-587 |
| ETH.MESH.02010349 to ETH.MESH.02010362 Prosima Clinical Expert Report signed by David Robinson |
| ETH.MESH.02066770-771 |
| ETH.MESH.02114615 to ETH.MESH.02114616 Email string, top one from Libby Lewis to Donna Abely, et al. re: Remaining 2010 labs. |
| ETH.MESH.02156379-380 |
| ETH.MESH.02217343-44 |
| ETH.MESH.02229051 - cover sheet Biomechanics |
| ETH.MESH.02229051 Biomechanics video |
| ETH.MESH.02229051 to ETH.MESH.02229051 Video: "Biomechanics" |
| ETH.MESH.02229054 - cover sheet What to expect |
| ETH.MESH.02229054 to ETH.MESH.02229054 Video: "What to Expect" |
| ETH.MESH.02229054 What to expect video |
| ETH.MESH.02229055 - cover sheet VSD case series |
| ETH.MESH.02229055 to ETH.MESH.02229055 Video: "VSD Case Series 1" |
| ETH.MESH.02229055 VSD Case series 1 - PROS-276-11_PROSIMA_CASE_SERIES_V12_CA |
| ETH.MESH.02232685 Marketing 1 |
| ETH.MESH.02232685 to ETH.MESH.02232685 Marketing: "Your Proof: Her dance class." |
| ETH.MESH.02233410 2009 US Sales Meeting Brief |
| ETH.MESH.02233410 to ETH.MESH.02233406 US Launch - Premarket Preparation (PMP) |
| ETH.MESH.02233417 Prosima New Product Request Form |
| ETH.MESH.02233417 to ETH.MESH.02233417 Prosima New Product Request Form |
| ETH.MESH.02233418 Surgical Technique |
| ETH.MESH.02233418 to ETH.MESH.02233438 Prosima - Surgical Technique |

Production Materials

| |
|---|
| ETH.MESH.02233439 to ETH.MESH.02233451 A New Operation for Vaginal Prolapse Reapir Using Mesh and a Vaginal support Device: 1 Year Anatomic and Functional Results of an International, Multicenter Study. |
| ETH.MESH.02233439 US Training 1-year clinical data |
| ETH.MESH.02233452 to ETH.MESH.02233467 Prosima - Background and Development History |
| ETH.MESH.02233452 US Training - Background & history |
| ETH.MESH.02233539 New Product Request Form 2 |
| ETH.MESH.02233539 to ETH.MESH.02233539 Prosima - New Product Request Form |
| ETH.MESH.02233540 2009 Sales training |
| ETH.MESH.02233540 to ETH.MESH.02233625 Prosima - 2009 Sales Training Program |
| ETH.MESH.02233605 B&W Webinar invite |
| ETH.MESH.02233605 to ETH.MESH.02233605 (B&W) Webinar Invite "The treatment of Symptomstiv Moderate Pelvic Organ Prolapse." |
| ETH.MESH.02233640 B&W 2-year clinical data |
| ETH.MESH.02233640 to ETH.MESH.02233640  (B&W) Prosima - Module 4: 2-Year Clinical Data |
| ETH.MESH.02233651 to ETH.MESH.02233673 One year Clinical Outcomes Following Prolapse Surgery with Non-Anchored Mesh and a Vaginal Support Device. Results from the International Multicenter Gynecare Prosima ™ Study. |
| ETH.MESH.02233674 KF Marketing 1 |
| ETH.MESH.02233674 to ETH.MESH.02233692 (Marketing) "What is Gynecare Prosima Pelvic Floor Repair System?" |
| ETH.MESH.02233699 Dr. Carey white paper |
| ETH.MESH.02233699 to ETH.MESH.02233710 Prosima - An Interview with Dr. Marcus P. Carey. |
| ETH.MESH.02233713 Objective success learning guide |
| ETH.MESH.02233713 to ETH.MESH.02233714 Objective Success Rate Learning Guide |
| ETH.MESH.02233726 Ethicon360 12.09 |
| ETH.MESH.02233726 to ETH.MESH.02233727 Prosima Product Page on Ethicon-360 |
| ETH.MESH.02233728 to ETH.MESH.02233728 (native) Gynecare Prosima ™ Key Procedural Steps |
| ETH.MESH.02233834 B&W 2009 Sales Aid Guide |
| ETH.MESH.02233834 to ETH.MESH.02233834 (B&W) 2009 Sales Aid Guide |
| ETH.MESH.02233840 MRI Flashcard |
| ETH.MESH.02233840 to ETH.MESH.02233841 MRI Flashcard "Prosima - The first fixationless mesh system that maintains anatomical position." |
| ETH.MESH.02233842 to ETH.MESH.02233842 Virtual Round Table Registration Form |
| ETH.MESH.02233842 VRT rsvp 9.2010 |
| ETH.MESH.02233843 to ETH.MESH.02233849 Clinical Study Findings Discussion for Gynecare Prosima ™ by Piet Hinoul (Audio Transcript). |
| ETH.MESH.02233851 to ETH.MESH.02233851 Document entitled "PROS-438-10-9/12 Prosima Short Procedural Video." |
| ETH.MESH.02233857 AJOG Press Release |
| ETH.MESH.02233857 to ETH.MESH.02233859 AJOG Press Release (Draft) |
| ETH.MESH.02233862 AALG in booth presentation |
| ETH.MESH.02233862 to ETH.MESH.02233880 AALG in booth presentation. "Proof in the Treatment of Pelvic Organ Prolapse"  Douglas Van Drie, M.D. |
| ETH.MESH.02233881 to ETH.MESH.02233888 Zyczynski, H.M. "One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device." Am J Obstet Gynecol (2010) 203. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.02233961 to ETH.MESH.02233961 Virtual Round Table Follow-up Letter. |
| ETH.MESH.02233961 VRT follow-up |
| ETH.MESH.02233962 to ETH.MESH.02233962 Virtual Round Table Follow-up Letter. |
| ETH.MESH.02233962 VRT2 follow-up |
| ETH.MESH.02233963 to ETH.MESH.02233963 Virtual Round Table Invitation |
| ETH.MESH.02233963 VRT invite 9.2010 |
| ETH.MESH.02233964 B&W Prosima DVD |
| ETH.MESH.02233964 to ETH.MESH.02233964 (B&W) Prosima DVD |
| ETH.MESH.02234001 KF Marketing 1a |
| ETH.MESH.02234001 to ETH.MESH.02234002 (Marketing) The Gynecare Prosima ™ Pelvic Floor Repair System Story |
| ETH.MESH.02234005 Sales Training 20 |
| ETH.MESH.02234005 to ETH.MESH.02234171 Prosima Sales Training Program |
| ETH.MESH.02234173 to ETH.MESH.02234177 Prosima Messgaging practice Coaching Check List |
| ETH.MESH.02234173 Training checklist |
| ETH.MESH.02237107 Pt Ethicon epiphany |
| ETH.MESH.02237107 to ETH.MESH.02237115 Introducing Gynecare Prosima for Ethicon Epiphany 247. |
| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for both |
| Eth.Mesh.02293981  Email from Adrian Roji dated 7/19/11 re Approved FDA Notification Response |
| ETH.MESH.02318553 to ETH.MESH.02318554 Gynecare Prosima ™ Combined Pelvic Floor Repair System Clinical Strategy. |
| ETH.MESH.02322037 to ETH.MESH.02322039 Email string, top one from Piet Hinoul to Aaron Kirkemo, et al. re: Neo clinical trial. |
| ETH.MESH.02322037-039 |
| ETH.MESH.02341398 to ETH.MESH.02341453 Prosima IFU |
| ETH.MESH.02597949 to ETH.MESH.02597950 Hinoul, P., et al. "A "mesh" made in heaven: synergy between the urogynaecological device industry and evidence based medicine." |
| ETH.MESH.02599918 to ETH.MESH.02599920 Email string, top one from Piet Hinoul to Kevin Frost re: 1-year Prosima Data Conference Call. |
| ETH.MESH.02967410 to ETH.MESH.02967412 Study: Prosima (300-06-005); Plots/charts for 12-month vs. baseline safety analysis set. |
| ETH.MESH.03048942 to ETH.MESH.03048942 Document entitled "New" Mint January 05, 2006. |
| ETH.MESH.03049774 to ETH.MESH.03049775 Gynecare Prosima* Combined Pelvic Floor Repair System: Clinical Strategy. |
| ETH.MESH.03056578 to ETH.MESH.03056580 Email string from Colin Urquhart to David Robinson and Judith Gauld re: Prosima* investigator bulletin. |
| ETH.MESH.03109341 to ETH.MESH.03109341 Email string, top one from Judi Gauld to Halina Zyczynski re: Prosima well received at AUA. |
| ETH.MESH.03160821 to ETH.MESH.03160821 Email from Judith Gauld to Allison London Brown re: US Prosima Sites; cc: David Robinson, et al. |
| ETH.MESH.03160822 to ETH.MESH.03160823 Email string, top one from Judith Gauld to Stephanie Kute re: MINT Design Validation Dates; cc: Dan Smith, et al. |
| ETH.MESH.03160827 to ETH.MESH.03160828 Email string, top one from Colin Urquhart to Stephanie Kute re: Doctors contacted for DVal as of today; cc: Judith Gauld, et al. |
| ETH.MESH.03162936 to ETH.MESH.03162938 Email string from Judith Gauld to David Robinson and Jonathan Meek re: Marcus Carey US visit. |

Case 3:20-cv-00851-MO Document 91-3 Filed 05/09/16 Page 44 of 63 Page ID #: 57340

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.03393725 to ETH.MESH.03339731 Sikirica, V, et al. "Sexual Function 12 Months Following Vaginal Prolapse Repair Augmented by Mesh and a Vaginal Support Device" ICS/IUGA (2010) Abstract |
| ETH.MESH.03396246 to ETH.MESH.03396246 VSD Patient Information (Slim Jim) - "Stop Coping Start Living." |
| ETH.MESH.03427757 to ETH.MESH.03427759 EWHU eClinical Compendium - Article Summary. Barber, M.D., et al. "Transobturator Tape Compared with Tension-free Vaginal Tape for the Treatment of Stress Urinary Incontinence: A Randomized Controlled Trial. |
| ETH.MESH.03439842 to ETH.MESH.03439846 Prosima Sales Aid Training Deck - "What could a truly tension-free repair mean for you and your patients?" |
| ETH.MESH.03440816 to ETH.MESH.03440836 Prosima Revised Webinar Deck - Overview |
| ETH.MESH.03471308 to ETH.MESH.03471308 Chart entitled "Pedm Monthly Status." |
| ETH.MESH.03612364 to ETH.MESH.03612364 Gynecare Prosima Pelvic Floor Repair Preceptorship, Course Overview. |
| ETH.MESH.03626267 to ETH.MESH.03626269 Email string, top one from Jennifer Paradise to Susie Chilcoat re: Prosima Professional Education Slide Deck Conference Call. |
| ETH.MESH.03643392 to ETH.MESH.03643395 Email string, top one from Jennifer Paradise to Adrian Roji, et al. re: Approved for distribution: FDA Notification FAQS and Customer Letter. |
| ETH.MESH.03959337 - Prolift+M vs. Prosima - 2 year results |
| Eth.Mesh.03962244  Dear Surgeon letter 7/18/11 |
| ETH.MESH.03984409 to ETH.MESH.03984410 Email string, top one from Scott Finley to Greg Prine re: Pelvic Floor Repair Customer Meeting. |
| ETH.MESH.03989722 to ETH.MESH.03989723 Email string, top one from Jim Gatewood to Rebecca Ryder re: Prosima 2 Year data Dinner. |
| ETH.MESH.03989781 to ETH.MESH.03989782 Email from Jim Gatewood to Marilyn Valdes re: Norfolk, VA, Dec 2, 2010 Prosima Awareness Dinner Information. |
| ETH.MESH.03991591 to ETH.MESH.03991592 Memo re: Gynecare Studies; created by Randall Gore. |
| ETH.MESH.04042511 to ETH.MESH.04042512 Slack, M., et al. Presentation Title: "Clinical Experience of a Novel Vaginal Support Device and Balloon used to Simplify Mesh Augmented Vaginal surgery for Prolapse." |
| ETH.MESH.04077172 to ETH.MESH.04077172 Powerpoint: Gynecare LatAm Moments at IUGA Congress 2010 |
| ETH.MESH.04206959 |
| ETH.MESH.04381806 to ETH.MESH.04381819 Literature Review on Biocompatibility of Prolene Sutures and Impants |
| ETH.MESH.04427456 to ETH.MESH.14427457 FDA Letter re: K063562 Gynecare Prosima Pelvic Floor Repair Systems |
| Eth.Mesh.04543335  Pelvic Organ Prolapse Surgical Mesh Discussion call in information 9/12/11 |
| Eth.Mesh.04543336  Pelvic Organ Prolapse Surgical Mesh Discussion call in information 9/12/11 |
| ETH.MESH.04543336- POP Surgical Mesh Discussion 09.12 |
| ETH.MESH.04550996 to ETH.MESH.04550997  Email string, top one from Piet Hinoul to Marcus Carey and Richard Gooding re: Prosima VSD. |
| ETH.MESH.04550996 to ETH.MESH.04550997 Email string, top one from Piet Hinoul to Marcus Carey re: Prosima VSD. |
| ETH.MESH.04551757 to ETH.MESH.04551795 E-mail with attachment from Piet Hinoul to Jeffrey Hammond, Dr. James Hart, et al. regarding Benefit risk profile TVM |
| Eth.Mesh.04551946  Ethicon Gynecare WW Commercialization Decision – US Surgeon Letter 6/1/12 |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Eth.Mesh.04554662  Ethicon Gynecare WW Commercialization Decision – US Frequently Asked Questions 6/1/12 |
| Eth.Mesh.04567174  Ethicon Gynecare US Commercialization Decision – US Discussion Guide for Use with Customers 5/15/12 |
| Eth.Mesh.04567674  Ethicon Gynecare US Commercialization Decision – Core Messages 5/15/12 |
| Eth.Mesh.04567677-04567679   Frequently asked questions 5/15/12 |
| Eth.Mesh.04567680-04567681   Message from Laura Angelini to Internal WW Associates 5/15/12 |
| Eth.Mesh.04567686-04567679 US Sales Call Script for Matt Henderson 5/15/12 |
| Eth.Mesh.04567695  Ethicon Gynecare WW Commercialization Decision – Core Messages 6/1/12 |
| Eth.Mesh.04567698  Ethicon Gynecare WW Commercialization Decision – Standby Statement 6/1/12 |
| Eth.Mesh.04567707  Ethicon Gynecare WW Commercialization Decision – Chuck Austin Message to WW General Surgery Employees 6/1/12 |
| Eth.Mesh.04567726  Ethicon Gynecare WW Commercialization Decision – Tim Schmid message to US General Surgery Employees 6/1/12 |
| ETH.MESH.04568519 to ETH.MESH.04568519 Email from Matt Henderson to Tim Schmid re: 522 Communication Recap. |
| ETH.MESH.05092843 to ETH.MESH.05092843 Chart listing lab schedule for August 11th. |
| ETH.MESH.05106233 to ETH.MESH.05106234 Email string, top one from Kevin Frost to danhalt@gmail.com, et al. re: Reminder: Prosima Professional Education Slide Deck Conference Call Tonight 7pm EST. |
| ETH.MESH.05164225 to ETH.MESH.05164226 EWHU eClinical Compendium - Article Summary. Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesg and a vaginal support device." |
| ETH.MESH.05165675 to ETH.MESH.05165677 EWHU eClinical Compendium - Article Summary. Barber, M.D., et al. "Defining success after surgery for pelvic organ prolapse." Obstet Gynecol (2009) 114:600-609. |
| ETH.MESH.05217098 to ETH.MESH.05217100 FDA Clearance Letter, Modified PROLENE |
| ETH.MESH.05217103 to ETH.MESH.05217144 Letter to FDA re: Notification of Intent |
| ETH.MESH.05343480 to ETH.MESH.05343482 Email string, top one from Joseph Lanza to Bart Pattyson re: Review EWHU IUGA events. |
| ETH.MESH.05343757 to ETH.MESH.05343758 Email string, top one from Kevin Frost to Bart Pattyson re: July 31 Heads Up; cc: Lissette Caro-Rosado. |
| ETH.MESH.05469908 to ETH.MESH.05469912 Email string, top one from Thomas Barbolt to Dr. Joerg Holste, et al. re: Ultrapro; cc: Laura Angelini, et al. |
| ETH.MESH.05469908-912 |
| ETH.MESH.05571741 to ETH.MESH.05571741 Email string, top one from Jim Gatewood to Robert Zipfel re: Gynecare Prof Ed - Approved: Request for Speaker Event. |
| ETH.MESH.05573916 to ETH.MESH.05573917 Email string, top one from Kevin Frost to Jennifer Paradise re: Prosima VRT Reminder - Honoraria Payments; cc: Paul Parisi. |
| ETH.MESH.05741094 to ETH.MESH.05741094 Email from Rhonda Peebles to Samuel Sheelu, et al. re: Additional room for Ask the Expert sessions; cc: Alyson Wess, et al. |
| ETH.MESH.05741890 to ETH.MESH.05741891 Email string, top one from Christopher Teasdale to Tom Affeld, et al. re: Additional room for Ask the Experts sessions. |
| ETH.MESH.05835298 to ETH.MESH.05835308 Pelvic Organ Prolapse - Patient Counseling Guide. |
| ETH.MESH.05837063 to ETH.MESH.05837110 Pelvic Organ Prolapse Value Dossier. Gynecare Prolift, Gynecare Prolift +M, Gynecare Prosima. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.05840629 to ETH.MESH.05840629 Powerpoint Presentation entitled "Continuum of Education." |
| ETH.MESH.05922038 to ETH.MESH.05922038 Letter from Patricia Nevar to Jaime Sepulveda, M.D. re: Secrecy Agreement for Prosima. |
| ETH.MESH.05947160 to ETH.MESH.05947163 Email from Patricia Holland to Andre Fontes re: Partnership Plus Follow up_Gynecare_Reminder; cc: Fernando Nassif, et al. |
| ETH.MESH.05967586 to ETH.MESH.05967587 Email string, top one from Robert Zipfel to Susie Chilcoat re: Prosima Preceptor-Led Virtual Round Tables (VRTs) faculty payment. |
| ETH.MESH.06113091 to ETH.MESH.06113092 Email from Debra Mayfield to DL-ETHUSSO EWHU WESTERN REGION re: Prosima VRT Invitation Plan - due Jan 28. |
| ETH.MESH.06124656 to ETH.MESH.06124657 Email string, top one from Andrew Meek to Bart Pattyson re: Prosima training. |
| ETH.MESH.06124954 to ETH.MESH.06124955 Email string, top one from Bart Pattyson to Marcos Fujihara re: Prosima training in Miami with Dr. Jaime Sepulveda. |
| ETH.MESH.06125000 to ETH.MESH.06125001 Email string, top one from Bart Pattyson to Robert Zipfel re: Prosima in LATAM. |
| ETH.MESH.06125058 to ETH.MESH.06125058 Email from Bart Pattyson to Eugene Brohee re: June 21 - Latin America doctors in town; cc: Selena Lessa. |
| ETH.MESH.06125098 to ETH.MESH.06125098 Email string, top one from Bart Pattyson to Georgia Long re: updated agenda - May 8th. |
| ETH.MESH.06125277 to ETH.MESH.06125277 Email string, top one from Marcos Fujihara to Bart Pattyson, et al. re: Prosima presentation in Miami. |
| ETH.MESH.06125309 to ETH.MESH.06125309 Email string, top one from Robert Zipfel to Bart Pattyson re: Prosima in LATAM. |
| ETH.MESH.06125502 to ETH.MESH.06125502 Email string, top one from Georgia Long to Bart Pattyson re: may 8th. |
| ETH.MESH.06151466 to ETH.MESH.06151467 Email string, top one from David Robinson to Judith Gauld re: Jaime Sepulveda. |
| ETH.MESH.06238611 to ETH.MESH.06238611 Email from Mark Kenyon to Aaron Kirkemo re: NEO Surgical Guide - Role & Responsibilities; cc: Vincenza Zaddem. |
| ETH.MESH.06255523 to ETH.MESH.06255534 Gynecare Prosima ™ Pelvic Floor Repair System. "An Expert Interview with Dr. Marcus P. Carey, MBBS, FRANZCOG, CU, the Inventor of the Gynecare Prosima System." |
| ETH.MESH.06388151 to ETH.MESH.06388151 Powerpoint: Prolift Pelvic Floor Repair - MDV Reported Complaints |
| ETH.MESH.06480608 to ETH.MESH.06480609 Email string, top one from Judith Gauld to Stephanie Kute re: MINT Design Validation Dates; cc: Dan Smith, et al. |
| ETH.MESH.06482821 to ETH.MESH.06482822 Email from Judith Gauld to Tony Smith re: Prosima Investigator Meeting; cc: David Robinson. |
| ETH.MESH.06585815 to ETH.MESH.06585815 Powerpoint: Agenda |
| ETH.MESH.06591558 to ETH.MESH.06591559 Email string, top one from Tom Affeld to Shwetal Narvekar re: Pre-launch Awareness for Prosima with Dr. Marcus Carey; cc: Bart Pattyson, et al. |
| ETH.MESH.06769156 to ETH.MESH.06769156 Powerpoint: A New Operation for Vaginal Prolapse Repair Using Mesh and a Vaginal Support Device: 1 Year Anatomic and Functional Results of an International, Multicenter Study. Mark Slack, Cambridge, UK for the Prosima Study Group. |
| ETH.MESH.07105727 to ETH.MESH.07105727 Email string, top one from Laura Vellucci to Colin Urquhart re: Prosima publication. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.07189091 to ETH.MESH.07189091 Powerpoint: From presentation to publication: ensuring quality in the reporting of urogynaecology research. IUGA "This house believes that industry sponsorship has a corrosive influence on standards of scientific reporting." Conflict of interests: Piet Hinoul, M.D. |
| ETH.MESH.07190144 to ETH.MESH.07090145 Email string, top one from Judi Gauld to Piet Hinoul, Colin Urquhart re: +M Abstract. |
| ETH.MESH.07219196 to ETH.MESH.07219209 Clinical Expert Report - Prosima ™ signed by David Robinson. |
| ETH.MESH.07229215 to ETH.MESH.07229245 Clinical Expert Report - Prosima ™ signed by Piet Hinoul. |
| ETH.MESH.07296496 to ETH.MESH.07296496 Chart listing Week Schedule and Lab Flow. |
| ETH.MESH.07308636 to ETH.MESH.07308637 Email from Tom Affeld to Clifford Volpe, et al. re: Surgeon's view on Prosima; cc: Lissette Caro-Rosado, et al. |
| ETH.MESH.07324554-555 |
| ETH.MESH.07374762 to ETH.MESH.07374763 Email from Lissette Caro-Rosado to Jaime Sepulveda, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson, et al. |
| ETH.MESH.07379573 to ETH.MESH.07379574 Email string, top one from Kevin Frost to Ahmet Bedestani, et al. re: Purpose; cc: Matt Henderson, et al. |
| ETH.MESH.07384790 to ETH.MESH.07384791 Email string, top one from Robert Zipfel to Lissette Caro-Rosado re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones, and Schlafstein on Monday Jan 4, 2010. |
| Eth.Mesh.07462313  Email from Adrian Roji dated 8/19/11 re update message to the field re FDA notification response |
| ETH.MESH.07587090 to ETH.MESH.07587091 Email string, top one from Judith Gauld to Patricia Nevar re: Dr. Sepulveda; cc: Colin Urquhart. |
| ETH.MESH.07628243 to ETH.MESH.07628243 EWH&U Gynecare Prosima ™ Pelvic Floor Repair System Faculty Checklist. |
| ETH.MESH.07630654 to ETH.MESH.07630654 Email string, top one from Greg Prine to Stevan Barendse, Robert Zipfel re: Prosima targets. |
| ETH.MESH.07631488 to ETH.MESH.07631488 Email string, top one from Selena Lessa to Robert Zipfel re: Prosima course with Sepulveda. |
| ETH.MESH.07631752 to ETH.MESH.07631753 Email string, top one from Eric Globerman to Nicole Huffman re: Prosima course; cc: Robert Zipfel. |
| ETH.MESH.07631967 to ETH.MESH.07631968 Email string, top one from Stacy Hoffman to Robert Zipfel, Kimberly Heath re: Prosima Lab. |
| ETH.MESH.07632042 to ETH.MESH.07632042 Event request form for Sepulveda Preceptorship. |
| ETH.MESH.07632042 to ETH.MESH.07632043 Email from Kevin Frost to danhalt@gmail.com, et al. re: Save the Date: Prosima Faculty Conference Call 7/20 at 7pm EST; cc: Jennifer Paradise. |
| ETH.MESH.07636090 to ETH.MESH.07636090 Prosima Cadaver Lab Invitation |
| ETH.MESH.07653362 to ETH.MESH.07653363 Email string, top one from Tommaso Santini to Kevin Frost, et al. re: US Surgeon; cc: Tom Affeld. |
| ETH.MESH.07931680 to ETH.MESH.07931681 Email string, top one from Bart Pattyson to Jeff Hsieh re: Prosima Professional Education Slide Deck Conference Call. |
| ETH.MESH.07951163 to ETH.MESH.07951163 Document re: Prosima's apical/anatomical success rates and functional outcomes. |
| ETH.MESH.07953429 to ETH.MESH.07953433 EWH&U 2011 Field Visit Letter |
| ETH.MESH.07977911 to ETH.MESH.07977911 |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.08021804 to ETH.MESH.08021807 Email string, top one from Libby Lewis to Kenneth Pagel, et al. re: Journal Club - trocar-less vaginal mesh kits. |
| ETH.MESH.08023741 to ETH.MESH.08023744 Email string, top one from Scott Miller to Jonathan Fernandez re: Prosima Take Away Messages. |
| ETH.MESH.08033153 to ETH.MESH.08033153 Document entitled "Prevalence and risk factors for mesh erosion after laparoscopic-assisted sacrocolpopexy." Author(s) Jasmine Tan-Kim, Shawn A, Menefree, Karl M, Luber, Charles W. Nager, Emily S. Lukacz. |
| ETH.MESH.08048738 to ETH.MESH.08048740 Email from David Jackson to Selena Lessa re: Prosima course with Sepulveda. |
| ETH.MESH.08066452 to ETH.MESH.08066452 |
| ETH.MESH.08135444 to ETH.MESH.08135444 Gynecare Prosima - Pelvic Floor Repair System Proctorship |
| ETH.MESH.08139049 to ETH.MESH.08139118 Pelvic Organ Prolapse - The Role of Prosima. Author: Mark Slack. |
| ETH.MESH.08161765 to ETH.MESH.08161765 Email from Suzy Taylor to Jared Aldridge, et al. re: Follow up to FDA Mesh Advisory. |
| ETH.MESH.08169582 to ETH.MESH.08169620 Surgical Practice of POP survey on Survey Monkey. |
| ETH.MESH.08290691 to ETH.MESH.08290691 |
| ETH.MESH.08309057 to ETH.MESH.08309092 Document entitled "Benefit-Risk Profile of Ethicon, Inc.'s Pelvic Organ Prolapse Mesh Repair Products." |
| ETH.MESH.08375158 to ETH.MESH.08375159 Email string, top one from Larry Gillihan to Kenneth Pagel, Jason Hernandez re: New Product Tabs - TVT Abbrevo, Prosima, TVT Exact. |
| ETH.MESH.08384247 to ETH.MESH.08384247 |
| ETH.MESH.08384270 to ETH.MESH.08384270 Email string, top one from Lisa Pitts to Paul Saliba re: Prosima pearls from Dr. Garris. |
| Eth.Mesh.08421628 Ethicon Gynecare WW Commercialization Decision - US Customer Discussion Guide 6/1/12 |
| ETH.MESH.08492824 |
| ETH.MESH.08492824 to ETH.MESH.08492824 Strategic Business Team Meeting - Meeting Notes |
| Eth.Mesh.08640676 Jones email 4/04/08 re Prosima update for RBDs |
| ETH.MESH.08945734 to ETH.MESH.08945735 ICS-IUGA 2010 Abstract Form. "Ultrasound assessment 6 months following vaginal prolapse surgery using polypropylene implants and a vaginal support device." |
| ETH.MESH.08945742 to ETH.MESH.08945744 Presentation Title: A New Operation for Vaginal Prolapse Repair using Mesh and a Vaginal Support Device: 1 Year Anatomic and Functional Results of an International, Multicentre Study." Presenter: Slack, M., et al. |
| ETH.MESH.08945836 to ETH.MESH.08945840 Document entitled "Gynecare Prosima Claims List." |
| ETH.MESH.08948364 to ETH.MESH.08948365 Email string, top one from Kevin Frost to William Rush re: Save the Date: Prosima 2 Year Clinical Data Review; cc: Tom Affeld. |
| ETH.MESH.08951725 to ETH.MESH.08951726 Email string, top one from Tom Affeld to Kevin Frosr re: Prosima 2 year summary for eClinical Compendium. |
| ETH.MESH.08962682 to ETH.MESH.08962683 Email from Helen Wong to Kevin Frost re: Sepulveda's comment on the VRT; cc: Jenny Krieger, et al. |
| ETH.MESH.08962684 to ETH.MESH.08962685 Email string, top one from Jenny Krieger to Kevin Frost re: Reminder: Prosima Teleconference today. |
| ETH.MESH.08971152 to ETH.MESH.08971153 Email string, top one from Kevin Frost to Libby Lewis re: Prosima VRT Invitation plan - due Jan 28. |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.08971269 to ETH.MESH.08971270 Email string, top one from Kevin Frost to Aaron Kirkemo, Piet Hinoul re: Prosima VRT: fill-in. |
| ETH.MESH.08971271 to ETH.MESH.08971272 Email string, top one from Kevin Frost to Marilyn Valdes re: Dr. Sepulveda availability on 1/31. |
| ETH.MESH.08971309 to ETH.MESH.08971314 Email string, top one from Kevin Frost to Helen Wong re: Dr. Sepulveda's 1/31 VRT; cc: Jenny Krieger. |
| ETH.MESH.08988155 to ETH.MESH.08988155 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System: Background. Halina Zyczynski, M.D. |
| ETH.MESH.08988298 to ETH.MESH.08988417 EBM - Pelvic Organ Prolapse Clinical References: 2002-2011, including Prolift, Prolift+M, Prosima, Gynemesh. Searcher: Kerry Kushinka. |
| ETH.MESH.09050450 to ETH.MESH.09050450 Memoradum from David Robinson re: the compatibility if estrogen creams with Prosima balloon and vaginal support device. (Not signed). |
| ETH.MESH.09128451 to ETH.MESH.09128451 Chart entitled "Faculty Training." |
| Eth.Mesh.09128545  Pelvic Organ Prolapse Surgical Mesh Discussion call in information   8/25/11 |
| ETH.MESH.09128545- POP Surgical Mesh Discussion 08.25 |
| ETH.MESH.09138054 to ETH.MESH.09138055 Information re: Jaime Sepulveda, M.D. and Arthur Mourtzinos, M.D. |
| ETH.MESH.09142383 to ETH.MESH.09142384 Email from Kevin Frost to danhalt@gmail.com, et al. re: Save the Date: Prosima Faculty Conference Call 7/20 at 7pm EST; cc: Jennifer Paradise. |
| ETH.MESH.09142511 to ETH.MESH.09142511 (Draft) EWHU Memo from Bart Pattyson (US Marketing and Professional Education) to US Faculty Members re: Gynecare Prosima - Pelvic Floor Repair System, Updated Professional Education Deck. |
| ETH.MESH.09144349 to ETH.MESH.09144349 Powerpoint: Ethicon Women's Health and Urology: Clinical Expertise Road Map. |
| ETH.MESH.09191424 to ETH.MESH.09191426 Email string, top one from Hemangini Patel to Carolina Guzman re: Final Draft report for Prosima - Urgent; cc: Irene Leslie, Rosangela Ribeiro. |
| ETH.MESH.09207059 to ETH.MESH.09207059 Chart entitled "Grier." |
| ETH.MESH.09218452 to ETH.MESH.09218453 Email string, top one from Rhonda Peebles to Andrew Meek re: Remaining 2010 labs; cc: Kevin Frost, et al. |
| ETH.MESH.09283030 to ETH.MESH.09283030 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09283031 to ETH.MESH.09283031 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09283032 to ETH.MESH.09283032 Spreadsheet re: Pelvic Floor Repair |
| ETH.MESH.09283033 to ETH.MESH.09283033 Spreadsheet re: Budget Summary |
| ETH.MESH.09283034 to ETH.MESH.09283034 Spreadsheet re: Integrated Marketing |
| ETH.MESH.09283035 to ETH.MESH.09283035 Spreadsheet re: Summary |
| ETH.MESH.09283036 to ETH.MESH.09283036 Spreadsheet re: Pelvic Floor Repair |
| ETH.MESH.09283037 to ETH.MESH.09283037 Spreadsheet re: Budget Summary |
| ETH.MESH.09283038 to ETH.MESH.09283038 Spreadsheet re: Integrated Marketing |
| ETH.MESH.09290755 to ETH.MESH.09290755 Spreadsheet re: Q1 2012 Open PO Summary |
| ETH.MESH.09290760 to ETH.MESH.09290760 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09290767 to ETH.MESH.09290767 Spreadsheet re: Uterine Health |
| ETH.MESH.09290769 to ETH.MESH.09290769 Spreadsheet re: Ethicon Gynecare May 2012 Open PO Summary |
| ETH.MESH.09290772 to ETH.MESH.09290772 Spreadsheet re: Budget Summary |
| ETH.MESH.09300480 to ETH.MESH.09300480 Spreadsheet re: Prosima All Day |
| ETH.MESH.09625725 to ETH.MESH.09625729 Government Submissions Log Sheet |

Production Materials

| |
|---|
| ETH.MESH.09625731 to ETH.MESH.09625737 FDA Letter. re: approved drug application for polypropylene suture. |
| ETH.MESH.09625816 to ETH.MESH.09625816 FDA letter re: receipt of drug application for polypropylene suture. |
| ETH.MESH.09625817 to ETH.MESH.09625817 Letter to FDA re: new drug application for Polypropylene Suture. |
| ETH.MESH.09629447 to ETH.MESH.09629448 FDA Labeling Approval for Prolene |
| ETH.MESH.09630649 to ETH.MESH.09630649 FDA Letter re: package insert for Prolene. |
| ETH.MESH.09634081 to ETH.MESH.09634081 Sections 6 re: adverse effects. |
| ETH.MESH.09634299 to ETH.MESH.09634303 FDA Letter re: approval of PMA supplement. |
| ETH.MESH.09634318 to ETH.MESH.09634318 Prolene Package Insert. |
| ETH.MESH.09634662 to ETH.MESH.09634663 FDA Letter re: reclassification of Nonabsorbable Polypropylene Surgical Suture. |
| ETH.MESH.09634664 to ETH.MESH.09634688 FDA Letter re: reclassification of Nonabsorbable Polypropylene Surgical Suture. |
| ETH.MESH.10048035 to ETH.MESH.10048036 Email from Mark Pare to Walter Boldish, et al. re: Clinical #2 - Prosima; cc: Elizabeth David, et al. |
| ETH.MESH.10179518 to ETH.MESH.10179636 Clinical Evaluation Report - Gynecare Gynemesh ™ PS Nonabsorbable Prolene ™ Soft Mesh signed by Piet Hinoul. |
| ETH.MESH.10224077 to ETH.MESH.10224077 Email string, top one from Molly Dugan to Greg Prine re: Prosima Lab Feedback; cc: Joseph Drabik. |
| ETH.MESH.10232708 to ETH.MESH.10232708 Email from Stevan Barendse to Greg Prine re: Prosima targets. |
| ETH.MESH.10376963 |
| ETH.MESH.10384309-310 |
| ETH.MESH.10399553 to ETH.MESH.10399554 Email from Judi Gauld to Marcus Carey, et al. re: Prosima presentation at AUA; cc: David Robinson, et al. |
| ETH.MESH.10608341 to ETH.MESH.10608357 Post Market Surveillance Report. Pelvic Floor Repair Systems. Gynecare Prolift, Gynecare Prolift+M and Gynecare Prosima. |
| Eth.Mesh.10817931  Pelvic Mesh Post-Market Surveillance Orders April 2012 |
| ETH.MESH.10960414 to ETH.MESH.10960414 Email from Christopher O'Hara to Francois Barbe, et al. re: VRT for Prosima. |
| ETH.MESH.11048537 to ETH.MESH.11048538 Prosima E-blast No. 1 "The Proof of Success." |
| ETH.MESH.11448841 Conference Participant Report 8/25/11 |
| ETH.MESH.11518663 to ETH.MESH.11518665 Email string, top one from Melissa Doyle to Arthur Mourtzinos re: Agenda for tomorrow's lab. |
| ETH.MESH.11522550 to ETH.MESH.11522551 Email string, top one from Melissa Doyle to Seth Moskos re: VSD "take home" instructions. |
| ETH.MESH.11523079 to ETH.MESH.11523079 Email from Melissa Doyle to Walter Boldish, et al. re: Lahey Labs September 18, 2010; cc: Carole Carter-Cleaver. |
| ETH.MESH.11524125 to ETH.MESH.11524128 Email string, top one from Melissa Doyle to Andrew Meek re: Upcoming Labs - planning. |
| ETH.MESH.11536046 to ETH.MESH.11536046 Email string, top one from Jonathan Fernandez to Rhonda Peebles re: Remaining 2010 labs; cc: Robert Zipfel, et al. |
| ETH.MESH.11905619 to ETH.MESH.11905619 Spreadsheet: Prosima Virtual Roundtable Calls &Targets |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| ETH.MESH.12897617 to ETH.MESH.12897678 Clinical Evaluation Report - Prosima ™ signed by Piet Hinoul. |
| ETH.MESH.13314554 to ETH.MESH.13314554 Email from Laura Hance to Dr. Lowden re: Prosima answer to JP drain and hydrodissection. |
| Eth.Mesh.13532200  Ethicon Gynecare WW Commercialization Decision - US Sales Call Script 6/1/12 |
| ETH.MESH.13592561 to ETH.MESH.13592561 Prosima Trainee Invitation "Advanced Pelvic Floor Course with Gynecare Prosima" |
| ETH.MESH.13618003 to ETH.MESH.13618004 EWHU eClinical Compendium - Article Summary. Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device." |
| ETH.MESH.13618029 to ETH.MESH.13618031 EWHU eClinical Compendium - Article Summary. Zyczynski, H.M., et al. "One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device." |
| ETH.MESH.13622000 to ETH.MESH.13622070 Prosima Trainee Deck Distribution |
| ETH.MESH.1363575.NATIVE |
| ETH.MESH.13645631 to ETH.MESH.13645631 DVD - Thoughts on Prolift+M and Prosima from Drs. Michel Cosson and Marcus Carey. |
| ETH.MESH.13698543 to ETH.MESH.13698543 Prosima Marketing Material Roll-Out Letter. |
| ETH.MESH.13699674 to ETH.MESH.13699754 Clinical Study Report: A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the Gynecare Prosima ™ Pelvic Floor Repair System as a Procedure for Pelvic Organ Prolapse. |
| ETH.MESH.13756212 to ETH.MESH.13756218 Clinical study Finding Discussion for Gynecare Prosima ™ Pelvic Floor Repair System by Piet Hinoul (Audio Transcript). |
| ETH.MESH.13756219 to ETH.MESH.13756219 Gynecare Prosima ™ Pelvic Floor Repair System MRI Address |
| ETH.MESH.13756384 to ETH.MESH.13756384 Prosima Virtual Round Table Trainee Confirmation |
| ETH.MESH.13756409 to ETH.MESH.13756409 Prosima Virtual Round Table Preceptor Follow-up and Invitation. |
| ETH.MESH.13756416 to ETH.MESH.13756417 Prosima Virtual Round Table Preceptor Confirmation. |
| ETH.MESH.13869166 to ETH.MESH.13869166 Powerpoint: Mint Project - Pelvic Floor Repair. |
| ETH.MESH.14427453 to ETH.MESH.14427455 FDA Clearance Letter re: K063562 Gynecare Prosima ™ |
| ETH.MESH.14427459 to ETH.MESH.14427543 Letter to FDA re: 510(k) K063562 S1, response to deficiencies email. |
| ETH.MESH.14427562 to ETH.MESH.14427563 Memo to Prosima Regulatory File. Minutes from Teleconference with FDA for Prosima 510(k). |
| ETH.MESH.14427564 to ETH.MESH.14427565 FDA Letter re: K063562 Gynecare Prosima Premarket Notification 510(k) |
| ETH.MESH.14427567 to ETH.MESH.14427569 Email from Nada Hanafi to Patrice Napoda re: K063562 Gynecare Prosima. |
| ETH.MESH.14427578 to ETH.MESH.14427761 Traditionsl 510(k) Premarket Notification Gynecare Prosima ™ Pelvic Floor Repair System. |
| ETH.MESH.15958178 to ETH.MESH.15958182 Email string, top one from Brian Luscombe to Tom Affeld re: Approved for distribution: FDA Notification FAQS and Customer Letter. |
| Eth.Mesh.16259973  Email from Lisa Jannone dated 1/5/12 re message from Lesley Fronio re update on recent media reports |
| ETH.MESH.16350627 to ETH.MESH.16350628 Email string, top one from Piet Hinoul to Paan Hermansson re: key message for upcoming Prosima launch. |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Production Materials

| |
|---|
| ETH.MESH.16352932 to ETH.MESH.16352934 Email from Paan Hermansson to Sonja Willems, et al. re: Great EWH&U success at ICS/IUGA congress in Toronto; cc: Bernhard Fischer, et al. |
| ETH.MESH.16352932-934 |
| ETH.MESH.17669942 to ETH.MESH.17669942 Email from Robert Zipfel tp Elizabeth David, et al. re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones and Schlafstein on Monday Jan 4, 2010. |
| ETH.MESH.17748760 to ETH.MESH.17748761 E-mail from Kevin Frost regarding 2011 Incontinence & Pelvic Floor Recap |
| ETH.MESH.17748760-761- Email 4.25.11 FW: 2011 Incontinence & Pelvic Floor Recap |
| ETH.MESH.18844812 to ETH.MESH.18844812 Email from Patrick Kaminski to Robert Zipfel re: Dr. Thomas Antonini; cc: Stevan Barendse. |
| ETH.MESH.19308264 to ETH.MESH.19308265 Email from Walter Boldish to Stefanie Garbarino re: Prosima cadaver labs. |
| ETH.MESH.19310234 to ETH.MESH.19310238 Email string, top one from Stefanie Garbarino to Dr. Maxwell re: TVT-O |
| ETH-00797 to ETH-00829 510(k) Notification Gynemesh Prolene ™ Soft Nonabsorbable Synthetic Surgical Mesh. |
| ETH-00807 to ETH-00808 FDA Clearance letter for Gynemesh soft mesh for pelvic floor repair |
| ETH-00830 to ETH-00861 Labeling/Package Insert |
| ETH-00862 to ETH-00893 Test Method for the Determinartion of Mesh Burst Strength for Prolene Soft Mesh. |
| ETH-00894 to ETH-00927 Medical Literature |
| ETH-01816 to ETH-01817 FDA Clearance Letter, Prolene Soft Mesh (K001122) |
| Ethicon Biocompatibility Risk Assessment for Gynecare Prolift Total Pelvice Floor Repair System dated 1.19.05 [ETH.MESH.01310817 – 10829] |
| Ethicon Final Report, PSE Accession No. 00-0035 An Exploratory 91-day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE Acc. No. 00-0035) |
| Ethicon informs FDA of discontinuation  [ETH.MESH.04005090] |
| Ethicon informs FDA of discontinuation  [ETH.MESH.04005090-91] |
| Ethicon Technical Report: Assessment of Competitor Pelvic Floor Repair Meshes, Version 1; Study Number: CPC-2006-0552; JJ-HMREV-00016715 |
| Ethicon Women's Health & Urology — Clinical Compendium — Sales Rep Positioning [ETH.MESH.0011879; ETH.MESH.00093830] |
| Ethicon's Cover Letter Response to TVT Secur 522 Order  [ETH.MESH.04474731] |
| Ethicon's Notification to FDA regarding Decommercialization  [ETH.MESH.04005095-96] |
| Ethicon's Notification to FDA to Decommercialize  [ETH.MESH.04005092-93] |
| Ethicon's TVT Secur Postmarket Surveillance Study Plan: {S120095; Gynecare TVT Securm System [ETH.MESH.04474733] |
| EWHU Faculty and PF User Conference Calls Outline |
| Exh. 10 Gynecare Prolift IFU dated 2004 [ETH-00295 – 00300] |
| Exh. 15 Letter to Bryan Lisa from Mark M. Melkerson with FDA stamped 5.15.08 re: K071512 Gynecare Prolift with attached 510(k) K071512  [ETH-01363 – 01365] |
| Exh. 59 – Gynecare Prolift Pelvic Floor Repair System Physcian Learner Profile (2 pages) |
| FDA letter to Ethicon re 522 Orders (Kanerviko 2013-08-22 29)  [ETH.MESH.04554687] |
| FDA posting FDA Safety Communication:  Update on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse issued 7.13.11 [ETH.MESH.06049894-96] |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Production Materials

| |
|---|
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence issued 10.20.08;   Information on Surgical Mesh for Pelvic Organ Prolapse and Stress Urinary Incontinence posted by FDA dated 10.23.08 at bottom; Information on Surgical Mesh for Hernia Repairs posted by FDA dated 10.23.08  [ETH.MESH.02105765-02105771] |
| FDA's Response to proposed study plan-04.02.2012  [ETH.MESH.04567040-44] |
| FDA's Resposne to Discontinuation and Agreement to Hold 522 Responses  [ETH.MESH.04567080] |
| FDA's Resposne to Discontinuation Notification-07.09.2012  [ETH.MESH.04927339-40] |
| Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.5315252-65] |
| Guidance for Industry and FDA Staff. "Class II Special Controls Guidnace Document: Surgical sutures; Guidnace for Industry and FDA." |
| Guidance for Industry and/or for FDA Reviewers/Staff and/or Compliance. "Guidance for the Preparation of a Premarket Notification Application for a Surgical Mesh." |
| Gynecare Gynemesh PS a New Mesh for Pelvic Floor Repair Early Clinical Experience [ETH.MESH.03736120-27] |
| Gynecare Gynemesh PS a New Mesh for Pelvic Floor Repair Early Clinical Experience dated in 2003 (8 pgs) |
| Gynecare Prolift IFU dated 2009 [ETH-10977 – 10983] |
| Gynecare Prolift Pelvic Floor Repair System Physician Learner Profile [ETH.MESH.04181761-2] |
| Gynecare Prolift Pelvic Floor Repair System Total, Anterior and Posterior Pelvic Floor Repair Surgical Technique (30 pgs) |
| Gynecare Prolift Pelvic Floor Repair System Total, Anterior and Posterior Pelvic Floor Repair Surgical Technique [ETH-07252 – ETH-7281] |
| Gynecare Prosima - Content for Ethicon360.com |
| Gynecare Prosima (K063562) Summary of Safety and Effectiveness |
| Gynecare Prosima Pelvic Floor Repair System: An expert interview with Dr. Marcus P. Carey, MBBS, FRANZCOG, CU, the inventor of the Gynecare Prosima system  [ETH.MESH.06255523-34] |
| Gynecare Prosima updates to ethicon360.com |
| Gynecare TVT Obturator System Sales Materials [ETH.MESH.161953-54] |
| Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician [ETH.MESH.10220659] |
| Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides [ETH.MESH.08107354] |
| Gynemesh PS Approval File from FDA website (K013718) |
| History of TVT  [ETH.MESH.03932912-14] |
| History of TVT-O [ETH.MESH.3932909-11] |
| Jan 2007 email re delaying launch  [ETH.MESH.18844812] |
| JJM.Mesh.00043703  Response Statement and FAQS – FDA Notification about use of surgical mesh to treat pelvic organ prolapse and stress urinary incontinence |
| Kanerviko email re 40000 page response to 522  [ETH.MESH.04931596] |
| KOL Interview [ETH.MESH.4048515-20] |
| Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT [ETH.MESH.04939001] |
| Letter from FDA re: Postmarket Surveillance (PS) Study: PS120044 (Prosima 522 Order) |
| Letter to EWHU Field Sales Force from Price St. Hilaire dated 10.23.06 re: criteria for surgeons being trained for Gynecare Prolift (1 pg) |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Letter to Gregory Jones from Celia M. Witten with FDA dated 1.8.02 regarding K013718 Trade name Gynemesh Prolene Soft Nonabsorbable Synthetic Surgical Mesh for Pelvic Floor Repair [ETH.MESH.00031324 – 31325] |
| Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer [ETH.MESH.1222075-79] |
| Letters to and from the FDA re: Prolene, Polypropylene Nonabsorbable Surgical Suture, USP. |
| Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out [ETH.MESH.262089-123] |
| Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) [ETH.MESH.1809080-81] |
| Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) RiskAnalysis [ETH.MESH.1784779-82] |
| Memo re: VOC on new Laser Cut TVT Mesh [ETH.MESH.6878438-39] |
| Memo to Customer from Sean M. O'Bryan dated 2.8.05 regarding Gynecare Prolift  [ETH.MESH.00031323] |
| Memo to Hospital Materials Managers & or Directors from Gynecare Worldwide Ethicon dated 10.10.02 regarding Gynecare Gynemesh*PS  [ETH-18415] |
| Memo to Jennifer Paine, et al from Renee Selman dated 1.16.08 regarding Project Lightning Status [ETH.MESH.00081288 – 81289 ] |
| Mesh Information for Patients with Pelvic Floor Disorders |
| Notice of Claimed Investigational Exemption for a New Drug (1-125) |
| Notice of Claimed Investigational Exemption for a New Drug (126-253) |
| Patient Brochure [ETH.MESH.03458123-38] |
| Patient Brochure [ETH.MESH.03459088-104] |
| Patient Brochure [ETH.MESH.03905968-ETH.MESH.03905975] |
| Patient Brochure [ETH.MESH.03905976-ETH.MESH.03905991] |
| Patient Brochure [ETH.MESH.03905992-ETH.MESH.03906000] |
| Patient Brochure [ETH.MESH.03906037-ETH.MESH.03906052] |
| Patient Brochure [ETH.MESH.06087471-2] |
| Patient Brochure [ETH.MESH.06087513-4] |
| Patient Brochure [ETH.MESH.08003231-46] |
| Patient Brochure [ETH.MESH.08003247-62] |
| Patient Brochure [ETH.MESH.08003263-78] |
| Patient Brochure [ETH.MESH.08003279-94] |
| Patient Brochure [ETH.MESH.09744840- 45] |
| Patient Brochure [ETH.MESH.09744848- 855] |
| Patient Brochure [ETH.MESH.09744858- 63] |
| Patient Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2006  [ETH-00254 – 00261] |
| Patient Brochure Prosima - [ETH.MESH.03906001-ETH.MESH.03906020] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003295-301] |
| Patient Brochure: "Stop coping, start living." [ETH.MESH.8003303-17] |
| Patient Brochure: Pelvic Organ Prolapse "Get the Facts, Be Informed, Make Your Best Decision." [ETH.MESH.01612323-33] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Patient Brochure: What You Should Know About Pelvic Organ Prolapse. Stop Coping. Start Living. Dated 11/9/2009 [ETH.MESH.03906001-20] |
| Pelvic Organ Prolapse Patient Counseling Guide |
| Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) [ETH.MESH.01320328-33] |
| Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 [ETH.MESH.02614610-624] |
| Piet Hinoul_s email and Excel attachment with 104 RCTs attached to email [ETH MESH 08307644-45] |
| Post market surveillance report - litigation spike  [ETH.MESH.10608341-57] |
| Post Market Surveillance Report. Pelvic Floor Repair Systems. Gynecare Prolift, Gynecare Prolift+M and Gynecare Prosima  [ETH.MESH.10608341-57] |
| Postmarket Surveillance Study No. PS120043; Gynecare Prolift +M Pelvic Floor Repair Systems; Gynecare Prolift Pelvic Floor Repair Systems  [ETH.MESH.02658317-352] |
| Postmarket Surveillance Study PS120044, Gynecare Prosima ™ Pelvic Floor Systems - K063562 dated 2/1/2012 [ETH.MESH.04925553-91] |
| Powerpoint "Pelvic Organ Prolapse Surgical Mesh Discussion"  [ETH.MESH.04543335] |
| PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammerer [ETH.MESH.00442129] |
| Powerpoint Presentation entitled "Trocars & Pelvic Anatomy: Do They Mix Well?" |
| Powerpoint: Gynecare Gynemesh PS Nonabsorbable Prolene Soft Mesh in the Treatment of Pelvic Organ Prolapse [ETH.MESH.00018382] |
| Presentation: Non Absorbable Sutures |
| Project Mulberry, Preliminary Clinical Diligence Report [ETH.MESH.1815660-64] |
| Prolift +M IFU [ETH.MESH.01595614-753] |
| Prolift +M IFU [ETH.MESH.02615519-658] |
| Prolift +M Patient Brochure [ETH.MESH.03906001-6020] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.00020763] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.00020764] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.00093526-44] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.00093991] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.02232773-801] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.02232854-74] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.02233126-187] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.02233290] |
| Prolift +M Profession Education Slide Deck [ETH.MESH.08117625-26] |
| Prolift +M Professional Education Videos [ETH.MESH.PM.000034] |
| Prolift +M Professional Education Videos [ETH.MESH.PM.000048] |
| Prolift +M Professional Education Videos [ETH.MESH.PM.000092] |
| Prolift +M Professional Education Videos [ETH.MESH.PM.000145] |
| Prolift IFU [ETH.MESH.02001398-473] |
| Prolift IFU [ETH.MESH.02341454-1521] |
| Prolift IFU [ETH.MESH.02341522-89] |
| Prolift IFU [ETH.MESH.02341658-1733] |
| Prolift IFU [ETH.MESH.02341734-02341809] |
| Prolift IFU dated 2004 [ETH-00295 – 00300] |
| Prolift IFU dated 2009 [ETH-10977 – 10983] |
| Prolift M IFU [DEFT 19.1-19.6] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| Prolift Professional Education Videos [ETH.MESH.PM.000001] |
| Prolift Professional Education Videos [ETH.MESH.PM.000007] |
| Prolift Professional Education Videos [ETH.MESH.PM.000014] |
| Prolift Professional Education Videos [ETH.MESH.PM.000015] |
| Prolift Professional Education Videos [ETH.MESH.PM.000019] |
| Prolift Professional Education Videos [ETH.MESH.PM.000027] |
| Prolift Professional Education Videos [ETH.MESH.PM.000032] |
| Prolift Professional Education Videos [ETH.MESH.PM.000033] |
| Prolift Professional Education Videos [ETH.MESH.PM.000037] |
| Prolift Professional Education Videos [ETH.MESH.PM.000038] |
| Prolift Professional Education Videos [ETH.MESH.PM.000039] |
| Prolift Professional Education Videos [ETH.MESH.PM.000058] |
| Prolift Professional Education Videos [ETH.MESH.PM.000065] |
| Prolift Professional Education Videos [ETH.MESH.PM.000075] |
| Prolift Professional Education Videos [ETH.MESH.PM.000076] |
| Prolift Professional Education Videos [ETH.MESH.PM.000078] |
| Prolift Professional Education Videos [ETH.MESH.PM.000190] |
| Prolift Professional Education Videos [ETH.MESH.PM.000192] |
| Prosima 510(k)  [ETH.MESH.00371595-903] |
| Prosima 510K and Clearance letter  [ETH.MESH.00371595-903] |
| Prosima Brochure  [ETH.MESH.03906001-20] |
| Prosima Complaints PPM_REV_0103350 |
| Prosima IFU (6.18.10 to discontinuance) - English only 13 pages  [ETH.MESH-02341398-410] |
| Prosima IFU [ETH.MESH.02341398-1453] |
| Prosima IFU Book |
| Prosima Training Deck 1 - ETH.MESH.00370315 |
| Prosima Training Deck 2 - ETH.MESH.04201880 |
| Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device," Am J Obstet Gynecol (2010) 1.e1-e7. |
| Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 [ETH.MESH.223779-84] |
| Slide Presentatopm "Gynecare Prosima ™ Pelvic Floor Repair System |
| Study Report dated May 8, 2012: A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. [ETH.MESH.07246690-719] |
| Summary of Saftey and Effectiveness submitted by Bryan Lisa for Gynecare Prolift and Prolift +M stamped 5.15.08 (2 pgs) |
| Supplement Numbers and Application Dates |
| Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| Surgeon's Rescourse Monograph for TVT |
| Tape Accessory Abdominal Guide [ETH.MESH.4384126-65] |
| Tension-Free Vaginal Obturator Tape (TVOT) – April 30, 2003 – Meeting Report [ETH.MESH.3934952-67] |
| The History of TVT |
| The History of TVT [ETH.MESH.03932912-14] |
| Transobturator Vaginal Tape Inside-Out (TVT-O): From Development to Clinical Experience [ETH.MESH.823793-806] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Production Materials

| |
|---|
| TVT Brochure [ETH.MESH.06087471-72] [ETH.MESH.06087513-14] [ETH.MESH.08003295-302] [ETH.MESH.08003303-18] |
| TVT IFU [ETH.MESH.02340306-69] |
| TVT IFU [ETH.MESH.02340471-503] |
| TVT IFU [ETH.MESH.02340504-67] |
| TVT IFU [ETH.MESH.03427878-946] |
| TVT IFU [ETH.MESH.05222673-705] |
| TVT IFU [ETH.MESH.05225354-85] |
| TVT IFU [ETH.MESH.2340504-33] |
| TVT IFU [ETH.MESH.3427878-83] |
| TVT O IFU [ETH.MESH.2340902-8] |
| TVT Obturator Brochure; "Results, Precision & Proven Mesh" [ETH.MESH.2236604-09] |
| TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting [ETH.MESH.658177-658198] |
| TVT Surgeons Resource Monograph - June 2000 [ETH.MESH.10027307-28] |
| TVT-E IFU [ETH.MESH.05799233-316] |
| TVT-O (Reproducible Vaginal Approach) (TVTO-384-10-8-12)Production 36_000124_4580875_d [ETH.MESH.02330766] |
| TVT-O IFU [ETH.MESH.00860239-310] |
| TVT-O IFU [ETH.MESH.02340756-828] |
| TVT-O IFU [ETH.MESH.02340829-901] |
| TVT-O IFU [ETH.MESH.02340902-73] |
| TVT-O IFU [ETH.MESH.02340974-1046] |
| TVTO PA (TOPA) RD Memo on PA Mesh Assessments for TVTO-PA Katrin Elbert Dec. ETH.MESH.09922570 |
| TVT-O Procedural Video [ETH.MESH.PM.000002] |
| TVT-R Prof Education Slide Deck |
| Video titled Prosima Shortened Procedure. Hydrodissection and Dissection. |
| Video: 2010 Prosima Testimonial for NTM |
| Wound Closure Manual |
| Zyczynski, H.M. "One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device." Am J Obstet Gynecol (2010) 203. |
| |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Company Witness Depositions

| Deponent [Date of Deposition] |
|---|
| Angelini, Laura [09.16.2013] |
| Angelini, Laura [09.17.2013] |
| Angelini, Laura [11.14.2013] |
| Arnaud, Axel [11.15.12] |
| Arnaud, Axel [11.16.12] |
| Arnaud, Axel [7.19.2013] |
| Arnaud, Axel [7.20.2013] |
| Arnaud, Axel [9.25.2013] |
| Austin, Charles E. - 08.13.2015 |
| Barbolt, Thomas [1.7.2014] |
| Barbolt, Thomas [1.8.2014] |
| Barbolt, Thomas [8.14.2013] |
| Barbolt, Thomas [8.15.2013] |
| Barbolt, Thomas Ph.D. [10.10.12] |
| Barbolt, Thomas Ph.D. [10.9.12] |
| Batke, Boris [8.1.2013] |
| Batke, Boris [8.2.2013] |
| Beach, Patricia [6.17.13] |
| Beath, Catherine [11.8.12] |
| Beath, Catherine [11.9.12] |
| Beath, Catherine [3.26.12] |
| Beath, Catherine [3.27.12] |
| Beath, Catherine [7.11.2013] |
| Beath, Catherine [7.12.2013] |
| Brown, Allison [9.11.13] |
| Burkley, Dan F [5.22.2013] |
| Burkley, Dan F [5.23.2013] |
| Burkley, Daniel [10.2.12] |
| Butts, Lebron [8.21.14] |
| Cecchini, Peter [10.22.2013] |
| Cecchini, Peter [10.23.2013] |
| Chahal, Ricky [12.10.2014] |
| Chen, Meng [10.29.2013] |
| Chen, Meng [10.3.12] |
| Chen, Meng [10.30.2013] |
| Chen, Meng [10.4.2012] |
| Courts, Paul [6.11.15] |
| Elbert, Katrin [12.23.14] |
| Elbert, Katrin, Ph.D. [12.23.2014] |
| Gauld, Judith [11.8.13] [4.27.12] |
| Grier, Douglas [12.30.2014] |
| Hart, James [12.20.13] |
| Hart, James [9.17.13] |
| Hart, James [9.18.13] |
| Hellhammer, Brigitte [9.11.2013] |
| Hellhammer, Brigitte [9.12.2013] |
| Henderson, Matthew [8.27.2015] |
| Hinoul, Piet [01.13.2014] |

Pramudji Christina - Materials List updated 3.1.16.XLSX
Company Witness Depositions

| |
|---|
| Hinoul, Piet [01.14.2014] |
| Hinoul, Piet [01.15.2014] |
| Hinoul, Piet [6.26.2013] |
| Hinoul, Piet [6.27.2013] |
| Hinoul, Piet M.D., Ph.D. [4.5.12] |
| Hinoul, Piet M.D., Ph.D. [4.6.12] |
| Hinoul, Piet M.D., Ph.D. [9.18.12] |
| Hinoul, Piet M.D., Ph.D. [9.19.12] |
| Holste, Joerg [12.14.12] |
| Holste, Joerg [12.15.12] |
| Holste, Joerg [7.29.2013] |
| Holste, Joerg [7.30.2013] |
| Horton, Ronald, M. - 07.01.2015 |
| Isenberg, Richard [11.05.2013] |
| Isenberg, Richard [11.06.2013] |
| Jones, Gregory R [8.20.2013] |
| Kammerer, Gene [01.17.2014] |
| Kammerer, Gene [01.28.2014] |
| Kammerer, Gene [01.30.2014] |
| Kammerer, Gene [10.17.12] |
| Kammerer, Gene [12.03.2013] |
| Kammerer, Gene [12.05.2013] |
| Kammerer, Gene [6.12.2013] |
| Kanerviko, Brian [8.23.13] [8.22.13] |
| Kirkemo, Aaron [01.06.2014] |
| Kirkemo, Aaron [01.07.2014] |
| Kirkemo, Aaron [4.18.12] |
| Lamont, Dan [4.3.2013] |
| Lamont, Dan [4.4.2013] |
| Lamont, Dan [9.10.2013] |
| Lamont, Dan [9.11.2013] |
| Lamont, Daniel [4.4.12] |
| Lamont, Daniel [5.24.12] |
| Lin, Susan [3.12.2013] |
| Lin, Susan [3.13.2013] |
| Lin, Susan [5.2.2013] |
| Lin, Susan [5.3.2013] |
| Lin, Susan [8.1.2013] |
| Lisa, Bryan [12.19.11] |
| Lisa, Bryan [12.20.11] |
| Lisa, Bryan A [4.25.2013] |
| Lisa, Bryan A [4.26.2013] |
| Luscombe, Brian [7.29.13] |
| Mahmoud, Ramy [7.15.2013] |
| Mahmoud, Ramy [7.16.2013] |
| Meek, Jonathan [2.24.12] [9.11.12] |
| Owens, Charlotte [6.19.2013] |
| Owens, Charlotte [6.20.2013] |
| Owens, Charlotte M.D. [9.12.12] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Company Witness Depositions

| |
|---|
| Owens, Charlotte M.D. [9.13.12] |
| Parisi, Paul [6.6.13] |
| Peebles, Rhonda [07.16.2014] |
| Peebles, Rhonda [08.20.2014] |
| Robinson, David [7.24.2013] |
| Robinson, David [7.25.2013] |
| Robinson, David [9.11.2013] |
| Robinson, David M.D. [3.13.12] |
| Robinson, David M.D. [3.14.12] |
| Robinson, David M.D. [8.23.12] |
| Schmid, Tim - 07.31.2015 |
| Selman, Renee Elayne [6.20.2013] |
| Selman, Renee Elayne [6.21.2013] |
| Smith, Dan J [2.3.2014] |
| Smith, Dan J [2.4.2014] |
| Smith, Dan J [5.15.2013] |
| Smith, Dan J [5.16.2013] |
| Smith, Dan J [6.4.2013] |
| Smith, Dan J [6.5.2013] |
| Smith, Dan J [8.20.2013] |
| Smith, Dan J [8.21.2013] |
| St Hilaire, Price [7.11.13] |
| Vailhe, Christophe [6.20.13] |
| Vailhe, Christophe [6.20.2013] |
| Vailhe, Christophe [6.21.2013] |
| Volpe, Clifford [2.28.12] [2.29.12] |
| Walji, Zenobia [3.7.12] |
| Weisberg, Martin [5.30.2013] |
| Weisberg, Martin [5.31.2013] |
| Weisberg, Martin [8.9.2013] |
| Weisberg, Martin M.D. [5.24.12] |
| Yale, Mark [4.17.12] |
| Yale, Mark [5.16.12] |
| Yale, Mark [8.7.2013] |
| Yale, Mark [8.8.2013] |
| Zaddern, Vincenzo [3.27.12] [3.28.12] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Other Materials

| Publically Available |
|---|
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |
| 2015 ACOG Practice Bulletin Summary of 155- Urinary Incontinence in Women (replaces 63 from June 2005) |
| 2015 ACOG, AUGS Practice Bulletin 155 (replaces 63 from 2005) Urinary Incontinence in Women |
| ACOG (2004) Practice Bulletin 5 - Chronic Pelvic Pain - March 2004 |
| ACOG (2007)- Committee Opinion: Vaginal "Rejuvenation" and Cosmetic Vaginal Procedures (Number 378) |
| ACOG (2009) - Committee Opinion: Informed Consent (Number 439) |
| ACOG (2009) - Committee Opinion: Patient Safety in Obstetrics and Gynecology (Number 447) |
| ACOG (2011) - Committee Opinion - Tobacco Use and Women's Health (Number 503) |
| ACOG (2011) - Committee Opinion - Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse (Number |
| ACOG (2011) Frequently Asked Questions: Chronic Pelvic Pain |
| ACOG (2012) - Committee Opinion - Disclosure and Discussion of Adverse Events (Number 520) |
| ACOG Practice Bulliten, Number 63, June 2005 |
| AUA Foundation (2011) Stress Urinary Incontinence Monograph |
| AUA Foundation 2013 A Patient's Guide, 1 in 3 Women experience Stress Urinary Incontinence. |
| AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) |
| AUA Guidelines 2012 Update – Appendices A11 and A16 |
| AUA Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse |
| AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence, Nov. 2011 |
| AUA Update Guideline for the Surgical Management of Stress Urinary Incontinence (2010) |
| AUGS (2013) Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders |
| AUGS SUFU Patient FAQs MUS for SUI - 2014 Mar 12 |
| AUGS SUFU Provider FAQs MUS for SUI - 2014 Mar 12 |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| AUGS-SUFU (2014) - Position Statement |
| AUGS-SUFU MUS Position Statement - published 1/3/2014 |
| Communications within the pelvic floor surgical community in 2008, 2011 and 2012 relating to the FDA notices, committee meetings, orders and other developments concerning the use of synthetic mesh and other surgical approaches to pelvic organ prolapse repair |
| FDA March 27, 2013 Statement, Considerations about Surgical Mesh for SUI |
| IUGA/ICS Joint Terminology and Classification of the Complications related directly to the insertion of prostheses (Meshes, implants tapes) & Grafts in female pelvic floor surgery. [38 pages] |
| NICE Guideline - The management of urinary incontinence in women (Sept 2013) |
| Press coverage and editorials, publications, guidelines, and statements in medical journals relating to the FDA's activities with respect to pelvic mesh products |
| SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| www.augs website 2014 Mar 12 - AUGS SUFU FAQs for Patients and Providers re MUS for SUI |

| Other |
|---|
| 02.01.2012 Prosima 522 cover letter |
| 02.01.2012 Prosima Postmarket Surveillance Study PS120044; Gynecare Prosima Pelvic Floor Repair System |
| 02.01.2012 Prosima Postmarket Surveillance Study PS120044; Gynecare Prosima Pelvic Floor Repair Systems |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Other Materials

| |
|---|
| 2009 AUA Prosima Slide - A  new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicenter study. (Zyczynski, H.) |
| 2009 IUGA Prosima Slide - A  new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicenter study. (Slack, M.) |
| 2011 Khandwala ICS Poster -  Prosima |
| Anterior Prolift Animation Videos  [05_ Ant_mesh; 05_ Ant_pro, and 05_Ant_anat] |
| Barber Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [3 pages] |
| Boukerou Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [3 pages] |
| Clinical Study Findings Discussion for GyneCare Prosima™ Pelvic Floor Repair System by Piet Hinoul PROS-436-10-9/12- Prosima Audio File of 2 year Data [7 pages] |
| Documents proposed by Plaintiff's counsel to be stipulated to as business records |
| FDA Public Health Notification - 2008 Oct. 20 |
| FDA Public Health Notification - 2011 July 11 |
| FDA response to 522 Plan Apr 2 2012 |
| FDA response to Discontinuation Plan |
| FDA Public Health Notification: Senous Complications Associated with Transvaginal Placement of Surgical Mesh 1n Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence (2008) |
| FDA Information on Surgical Mesh for Pelvic Organ Prolapse and Stress Urinary Incontinence (2008) |
| FDA Information on Surgical Mesh for Hernia Repairs (2008) |
| Gynecare Prosima Clinical Study Investigator Meeting- Qualitative Feedback Analysis [15 pages] |
| Gynecare Prosima content for ethicon360.com [5 pages] |
| Gynecare Prosima Procedural Steps DVD |
| Gynecare Prosima updates to ethicon360.com PROS-314-11-8/12 [113 pages] |
| Gynecare Prosima VSD Patient Brochure 2009: Stop Coping, Start Living. [2 pages] |
| Gynecare Prosima VSD Patient Information Slim-Jim: What you should know about the Gynecare Prosima Vaginal Support Device; Stop Coping. Start living™ [2 pages] |
| Gynecare Prosima™ AIDiNC Selling Guide- Your Guide to Selling Gynecare Prosima™ with the AIDiNC process [16 pages] |
| Gynecare Prosima™ Pelvic Floor Repair System MRI Address PROS-437-10-9/12- Prosima Audio File of MRI Flashcard [1 page] |
| Gynecare Prosima™ Pelvic Floor Repair System- Objective Success Learning Guide & Key Steps for Success [37 |
| Gynecare Prosima™ Pelvic Floor Repair System Preceptorship Invitation [1 page] |
| Gynecare prosoma™ pelvic floor repair system Proctorship Invitation [1 page] |
| International Continence Society Stress Urinary Incontinence Fact Sheet (2013) |
| IUGA Poster - Clinical experience of a  novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. (Slack, M.) |
| PowerPoint- Gynecare Prosima™ Pelvic Floor Repair System PLT 12 Month Post-Launch Close-Out March 3, 2011. "Hernia Soluations US Template" [29 slides] |
| Prosima 2011 Sales Aid- What Could a Truly Tension-Free Repair Mean for you and your Patients? [20 pages] |
| Prosima 522 Order |
| Prosima Brand Story & Key Message- Gynecare Prosima™ Pelvic Floor Repair System Background and Development History [16 pages] |
| Prosima cadaver lab invitation- Gynecare Prosima™ Pelvic Floor Repair System Cadaver Lab [1 page] |
| Prosima Combined Exemplar (PROC2) |
| Prosima E-Blast No. 1- The Proof of  Success [2 pages] |

Pramudji Christina - Materials List updated 3.1.16.XLSX

Other Materials

| |
|---|
| Prosima Launch Sales Aid- Your Proof: Her dance class [3 pages] |
| Prosima Marketing Material Roll-out Letter from Kevin Forst PROS-040-10-2/12 February 16, 2010 [1 page] |
| Prosima MRI Flashcard 2- Gynecare Prosima™ Pelvic Floor Repair System. The first fixationless mesh system that maintains anatomical position. [2 pages] |
| Prosima MRI Flashcard- MRI Flashcard Learning Guide [2 pages] |
| Prosima NTM Opening Presentation 2011- "This Year Prosima is Personal" [8 pages] |
| Prosima Pelvic Model |
| Prosima Preceptor Confirmation- Virtual Round Table October 2010 [2 pages] |
| Prosima Preceptor Follow Up and Invite- Virtual Round Table October 2010 [1 page] |
| Prosima Prof Ed Deck 2011 [71 pages] |
| Prosima Prof Ed Deck October 2009 [21 pages] |
| Prosima Revised Webinar Deck- [21 pages] |
| Prosima Sales Aid Training Deck- "What could a truly tension-free repair mean for you and your patients?" [5 |
| Prosima Testimonal for NTM 2010 Video |
| Prosima Touch Workshop Key Takeaway [2 pages] |
| Prosima Trainee Confirmation- Virtual Round Table October 2010 [1 page] |
| Prosima Trainee Invite- Advanced Pelvic Floor Course with Gynecare Prosima Saturday, October 24, 2009 [1 |
| Reisenauer Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [2 pages] |
| Testimonial Videos |
| TVT & TVT-O Long Term Studies (94 pages) |
| TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months (Plaintiff's Exhibit 2272) |
| Zycynski Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article |
| |
| Materials produced at prior depositions |

Materials lists produced with Lewis, Huskey, Bellew, and Ramirez reports



GYNECARE

# TVT
**Tension-free Vaginal Tape**

(D) TVT Implantat – Einweg
TVT Einführungsinstrument – wiederverwendbar
TVT Digital Isandeinführung – wiederverwendbar

(DK) Steril TVT-bånd til engangsbrug
TVT indfører til flergangsbrug
Stiv TVT guidekath. til flergangsbrug

(E) Dispositivo de un solo uso TVT
Introductor reutilizable TVT
Guía rígida reutilizable para el catéter TVT

(F) Dispositif TVT à usage unique
Introducteur TVT réutilisable
Guide de sonde TVT réutilisable

(FIN) TVT nauha, kertakäyttöinen
TVT sisäänviejä on uudelleen käytettävä
TVT ohiosoottykanen jäykkä ohjainsangoin

(GB) TVT Single Use Device
TVT Reusable Introducer
TVT Reusable Rigid Catheter Guide

(USA) TVT Reusable Rigid Catheter Guide

(GR) Συσκευή μιας χρήσης TVT
Εισαγωγέας TVT πολλαπλής χρήσης
Οδηγός Διαγωγικα Καθετήρα πολλαπλής χρήσης TVT

(I) Dispositivo TVT monouso
Introduttore per dispositivo TVT
Guida rigida per dispositivo per catetere TVT

(NL) TVT instrument voor éénmalig gebruik
TVT resuable inbrengmanager
TVT resuable stijve katheter

(P) Dispositivo TVT – Uso único
Introdutor TVT – Reutilizável
Guia rígida do cateter TVT – Reutilizável

(S) TVT nätar med inkontinensband för engångsbruk
TVT införing för flergångsbruk
TVT kateterguide för flergårsbruk

Authorised Representative • Authorized representant
Envol de Verkoopmachtiger • Voraufsichtlicher Vertreter
Representant autorizado • Autorisierter Vertreter
Rappresentante autorizzato • Rappresentante autorizzato
Representative autorizzato • Auktoriserad representant
Εξουσιοδ. μέσων Αντιπρόσωπος

ETHICON® GmbH
Robert-Koch-Strasse 1
D-22851 Norderstedt
Germany

[EC symbol]
Legal Manufacturer
ETHICON® SàrL
Rue de Puits Godet, CH-2000
Neuchâtel, Switzerland

 CE 0123

STATUS 8/01
HVC P15508/B

EXHIBIT C

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00875456



**Spannungsfreies Vaginal Implantat**
**(TVT) System – Gebrauchsanweisung**

**TVT Implantat – Einweg –**
**TVT Einführungsinstrument – wiederverwendbar**
**TVT Metall Katheter-Führung – wiederverwendbar**

Bitte alle Angaben sorgfältig lesen.

**Wichtig:**

**BESCHREIBUNG (System)**

**TVT IMPLANTAT**

**TVT EINFÜHRUNGSINSTRUMENT**

**TVT METALL KATHETER-FÜHRUNG**

**ANWENDUNGSGEBIETE**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875457

## HANDHABUNG

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875458

ebene huften um für optimale Belassen. Sie werden nicht zemäb
Die Handhabuch sind zu verhindern. Die Platte ist zu belassen.
Nach dieser Phase wird es pro operativen Katheterisierung ist
von einem erreichbar. Die Prozedur ist die 2-3 Stunden mit Opera
festzulegen unmittelbar in der Blasenableitung erreicht.

## GEGENANZEIGEN

Wie bei jeder Suspensionsoperation sollte diese Prozedur nicht bei
Patientinnen mit bestehender Schwangerschaft durchgeführt werden.
Sofern die Verwendung des PROLENE Netzes im wachsenden Orga
nismus sollte bedacht werden, dass das Netz sich trotz seiner Extra
fähiger nicht dehnt. Weiterhin angewendet sich das Netz. Dieses ist
auch bei Patientinnen mit geplanter oder zukünftig gewünschter
Schwangerschaft zu beachten.

## WARNHINWEISE UND VORSICHTSMASSNAHMEN

- Der Implantat darf bei Patientinnen nicht zur die porentragen-
  heit und Modifikation dar als ist es.
- Das implantat dient bei Patienten nur mit Hinweisgenehleken-
  nes bereitwen.
- Nach Abschluss des TVT Einsatz ist, sollte der Patientin bei der
  chirurgischen Teile R zum Hämatol bei operation erfolgt bei
  sollte er schlägtig nach Einsatz ist der Sollprodukt des TVT Sys-
  tems schätzen beim Teil begilf an einem TVT Implantat mit ein
  schätzen sich gekelt kwan einer Positionierung Potential erfolger.
  Schwere Arbeit, dessen Streffen nie e Spannung erfolgt des
  und nicht bei der Übtell Brig zu es erfolgt.
- Erwarb bei der TVT Einfuhrwin des nach bei der Vorspannung von
  Läsionen verursachten zujzester Objekte solang nie es von der Bla-
  sen einen Blasen Ebene kann umvermeiden.
- Die TVT Kombination ist und bei der Neigfall treten das bla-
  sen zusammen der Höhe Leng erforsten Bla getragt weichen wer-
  den Blase und Harn verursacht wird. Eine Beeachtung des bla-
  sen Auslosen sowie Interdikte Ausleltungen Kanülen Risiken.
- Erfahrung postoperativen hämorrhoisch e Blutungen Kanülen
  Ausleltung der sich bemerkbare Symptome oder Anzeichen ko-
  suo die Harnblase oder Kanülen ausläut verursacht.
- Die Zystoskopie sollte den Kanülen werden um die Harnve-
  stetend den Blasen verletzten mit eine Hilfsorgan zu diesen
  ertennen.
- Die Neral Kathefer Einfuhrung sollte vorsichtig in den PROLENE-
  ihren geschoben werden, so dass, sie nicht in diesen Licheg ge-
  langt.
- Beim Entfernen der blauen Kathefer Einfuhrung soll der Hand-
  griff vorsichtig gedreht, werden, so dass der Kanüle in der Griff
  und Stütze bleibt.
- Physik wird, perfa auf einem freien die Stoffen bewirkt plötzen
  em.
- Stehen kann es nach der Stellen im Zusammenstur Spannung werk-
  dem mit ihrem Teil zu Urethra phasen ist.
- Bei der Verwendung des PROLENE Netzes im Kommunikation
  Komplikationen zu an bemerken, dass ein Blick einer Friktion an
  einer Ein-Einrag des Muskuläre absschädlich werden kann.
- Die Patyx mit ein Ausbau eines wikrt so dass, dass Netzen ist
  zwischen bei der Wuks es das Einleg sibes Engriff kwahren.
- Immer zuei zugs Netz werden erfordent eine errang wird.
- Die Leinet bis sollte beim ins angeführten bei Kanal anzu wetten
  nas TVT bing therrlichen ausführen, weich die es sollte eine Schuren
  vorschim anfilt schlangen biost kanzel des.
- Bei in das Benelluer in die Bekand solid einen Timmadensation anv.
  xxx verinkelten es eri Wruhten bei land werin es Höhen bewir Liding
  roid vorsoden Neon mit s. Rocketchun Lig einer bei leben solltet
  und zivca Leklebla blaue Meh ren eineen bliwit überstrom mehr werd-
  den setz bei die Urethra in Le ring bein durchein werden bergen ei
  dreien zwischen, Ablebenen erfolgt verletzten.
- Die Patientin ist einen Morbiditäten es des e berrialliesen und.
  Dass also Blas uns eine neuen Problem versagt der den Chirorgen
  bei zu idel ist.
- Abe. Kurgelächen Instrumente werden bei manuell Vorzes-
  eltung abgetessut und klemm beschädigt werden. Vor Gebrauch
  sollte die Instrumentschel Stahl prüf an interessenlevorder Re-
  termente, um Detekte entstehen zum korrekten und sollten
  wild verwendet und entstehen brekennt.
- Wie bei allem Inst verinticihlt späten taus es nach hitzt zur
  Beservacht in düngsergebnoten nicht. TVT Implantation bestens-
  
4

**NEBENWIRKUNGEN:**

**WARNUNG**

**ANWEISUNGEN ZUR REINIGUNG DER WIEDERVERWENDBAREN INSTRUMENTE**
**(TVT-Einführungsinstrument usw.)**
**TVT-Metall-Kanteter-(Führung)**

**Manuelle Methode:**

1. 
2. 
3. 
4. 

**Automatische Methode:**

1. 
2. 
3. 
4. 
5. 
6. 

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875460

**EMPFEHLUNGEN ZUR STERILISATION DER WIEDERVERWENDBAREN INSTRUMENTE**

(TVT-Einführungsinstrument) und
TVT-Metall-Kunststoff-Führung)

Das TVT-Einführungsinstrument und/oder die Metall-Kunststoff-Führung werden sterilisiert geliefert. Sie sollten in Autoklaven bei Dampf-Temperaturen von 121–140°C entsprechend Minuten bis zu 5 Behandelt werden (Trockenform). Der Hersteller ist für eine nicht-sterilisierbare bei Verwendung des angeordneten Sterilisationsverfahrens verantwortlich, die bei einem und mit die Sterilisationsausrüstung sterilisiert/autoklaviert werden kann.

**WARTUNG DER INSTRUMENTE**

· TVT-Metall-Kunststoff-Führung

Vor jeder Verwendung sollten die mit einem Schutzhandschuhe vorbehalten. Jedes der Instrumente sollte visuell untersucht werden.

· TVT-Metall-Kunststoff-Führung

Das Instrument sollte vor jeder Verwendung untersucht werden. Sterilisieren, falls die lange Ende, das den Kabelschutzhandschuh keine sichtbaren Knicke oder Gratz aufweisen.

**LIEFERPROGRAMM**

Das TVT-Instrument wird bis zu 5 mal Behandlungskreisläufen verschiedentlich in wiederum festen Anwendungen bestimmt. Nicht mit Bohrer-Spitz wenn verwenden, wenn die Packung geöffnet oder beschädigt ist. Geöffnete, nicht verwendete Packungen verwerfen. Zubehörteile: Wird die wiederverwendbare TVT-Einführinstrument und die Metall-Kunststoff-Führung werden separat verpackt und sind nicht steril. Diese Zubehörteile müssen vor jeder Verwendung wie einen Reinigung gründlich mit sterilisiert werden.

**LAGERBEDINGUNGEN**

Es sind umschlaffene TVT-Instrumente zu anständiger Anwendung bei 25°C zu lagern und vor übermäßiger oder unnötiger Hitze bei zu schützen.

Achtung: Laut Gesetzten dürfen Instrumente in den USA nur an einen Arzt oder eine im Auftrag eines Arztes handelnde Person verkauft werden.

Vertrieb durch:
**ETHICON GmbH**
Robert-Koch-Straße L. D-22851 Norderstedt

**ETHICON**
Abteilung von JOHNSON & JOHNSON Medical
Gonzagasstraße Nr. 1190 Wien

**JOHNSON & JOHNSON AG**
Rotzenbühlstraße 55, 8957 Spreitenbach

6

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875461

 **(DK)** (Tension-free Vaginal Tape) TVT – brugsanvisning

**Steril TVT bånd til engangsbrug**
**TVT indføres til flergangsbrug**
**Steril TVT guidewire til flergangsbrug**

**Læs alle anvisninger omhyggeligt**

[remainder of body text illegible due to image quality]

**Vigtigt:**

**BESKRIVELSE**

**TVT-BÅND**

**TVT-INDFØRER**

**STIV TVT GUIDEWIRE**

**INDIKATIONER**

**BRUGSANVISNING**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875462

Ved hjælp af en præcis indgreb [...] tilbageført [...]

[illegible Danish paragraphs]

**KONTRAINDIKATIONER**

[illegible]

**ADVARSLER OG FORSIGTIGHEDSREGLER**

- TVT proceduren må ikke anvendes på patienter som er antikoagulant behandling.
- TVT proceduren må ikke anvendes på patienter som har en koagulationsforstyrrelse.
- [illegible]

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

vigtig. Lidt ved TVT-proceduren er underordnet vigtig, at værnet og skæder er placeret rent af PROLENE™ bånd skal i vævet uden dannelse af unødvendige mellemrum.

- Korrekt indgreb, procedure, retvisende ved værnet, og TVT-operationen for behandling af inkontinens hos kvinder.
- TVT-systemet skal anvendes med en instrumentel af nogen slags. Der mindelige anvendelse, hos den ugiftspligtet eller intellektuelt indikationer ved sterilitet før risikoen.
- Infektioner kan skabelse af til opståelse. Observer alle sterilometoder for beskyttelse, ændres fra en til to gange.
- Cytoskopi skal udføres ved bekræftelse af blæreintegritet eller korrekt anvendelse af blærepigmentation.
- Operation ambulatories i henhold til standarder ved kirurgisk ingreb, af sterilisation skal på så i klinisk sterilisation.
- Nodder salve guideline for Pertro, skal hændigere at en bedre, sterilisation ved en prisfald.
- Placaton skal en nr kan fjernes, før bændet er placeret i vævet.
- Sørg for at TVT-båndet er anbragt med planlagt udstrækning under den tryksnare indførelse.
- Hvis PROLENE™ båndet anvendes i kunstsammen med en udover inkontinens region operationen på, at afterfølgende ink, tilsat kun gav det tidsnær dag at fjerne uns inden.
- Pas på at skal indsvømme ens at fremlagt procedure kan gives, sterile glatte indgrebet skal ingred, og er personen ass i måneder at lokatinter sten.
- Det tidligger ingen klinisk retningen i klinisk del ved vanligel ændret fra en TVT-indgreb, og i klinisk anvendelser til beklinisk sterile.
- Frempunkt af er skabtlen proteknet sin udtryk proteklin på gen proteklin sin mure sten (Lokal svilling, proteknes i proteknet klinisk indtkl gel anvendesk af, skal indiklinisk og er prisklin tre er en svulsten af flere area i 2 uger.
- Patenter skal fortsætter, det ringskædet en anden ben, tryksten før der en kliniske proda dusmed, at falster og, etter ende med tiden i.
- Arter til uregler, inivat en tilse klinist, etter ungbeskint, alt, kontekste skal i til, og sin for en for indsetta anmen etter. Plan gs skal til en all svar, Det kliniske skal en arter med løs konstruktiv, skal tilsekter med i kliniske ing plan til nivele, alt til tilsetta er skal i personer.
- I, gatet, en med sterile med arbeids til tilsett skal til sterilsen gemen tært, Lula og Elise stat til tilsett skal en TVT-indgreb. For en aktuelle sterile, ikkl i sten tilset, sprør for, at TVT-bånder in sterile, uddkan insti.
- Peek tryksned med det, det-tilset ned i til alt med en kunsten, at i tilsetta en sterile af former før kliniklene, at skal i er på sin med med inklinisk på fundet.
- TVT-bånder nin skole en friksten, Kat sten at sten, tryksten på gen proceduren.

## BIVIRKNINGER

- Der i kan være etter at komplikationer til sterilsten, åmens at sten, gammelkan som i ved indtredelse, svartens et gen bedre et sten fsten.
- Forbigående lokalirritation på et sterilsten og en ingen, gate, eller fremmedlegemeresonistion, som forekommer? Denne reaktion kan ske sterilister i en gtekene, reaktion, undervisonk og inforskonstens.
- Sten ved den fremmedlegemet, kan PROLENE™ båndet forvartre, at skala etende inkdudtnin, Plan ogby, avren, der, det skal PROLENE™ bændet under indtkredsen, at konstens til til mårin-anske en sin kn, konstans konst.
- Overbryggen er at den, for en TVT-indkl aktions etc, en svisen, kan ken være, at opstat eller, sin der en der udklinisk sin fra en der til, udenkelt.

## VIRKNINGSMÅDE

Det virkningsreklamte i så plin, en mare, at PROLENE™ bændet i medikaler, len kirurgisk i kunsten, og klinisk etter, at klinisk er klinisk seksuelter, og at vævet og svulsten til er i til alt, leg i kunsten svaren, der klinisk svurdens gen, i kliniskpunkt er fin til klinisk utklinisk skal en klinisk kliniks svar, et virkning, skal et, det svare, det fint, når kliniklen på i kunsten, let, det væven etter.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875464

**RENGØRINGSVEJLEDNING FOR INSTRUMENTER TIL FLERGANGSBRUG**
(TVT-instrumenter og søm TVT-guideværktøj)

TVT-instrumenter og TVT-guideværktøj skal rengøres før forsendelse og sterilisering.

**Manuel rensning**
1. Læg instrumenterne i et rengøringsmiddel til neutral skyllevand.
2. Med den 1 ... til rensning ...
3. Anbring instrumenterne i et ...
4. Skyl delene grundigt ...

**Automatisk rensning**
- Automatisk vaskecyklus skal tilpasses til nedenstående parametre:
- Skylle- og vaskecyklus, koldt vand — 1 minut
- Vask ved 80° C — 12 minutter
- Skyllecyklus —1 minut
- Skyllecyklus — 12 sekunder
- Sdusecyklus — 7 minutter
- Skyl ved demineraliseret vand ved 80° C — 2 minutter
- Tørring 80° C — 10 minutter

**ANBEFALET FREMGANGSMÅDE VED STERILISERING AF INSTRUMENTER TIL FLERGANGSBRUG**
(TVT-instrumenter og søm TVT-guideværktøj)

**VEDLIGEHOLDELSE AF INSTRUMENTER**
- TVT-hal.cann.
- Sidse TVT-guideværktøj

**LEVERING**
TVT bliver leveret steril (ethylenoxid) til engangsbrug. Må ikke anvendes, hvis emballagen er åben eller beskadiget.

**OPBEVARING**
TVT bliver ...
25° C i tørt ...
levetiden er overskredet.
Forsigtig: Gælder kun for (USA) ...
dudis til læger eller på ordination af en læge.

**Distribueres af:**
Johnson & Johnson
Hudson 49 ... 31, Add Porceral

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875465



## Sistema de banda vaginal (TVT) sin tensión – Instrucciones de uso

**Dispositivo de un sólo uso TVT**
**Introductor reutilizable TVT**
**Guía rígida reutilizable para el catéter TVT**

Por favor, lea atentamente toda la información.
No utilizar los dispositivos si el envase está comprometido.

### Importante:

Esta información contiene las pautas para el uso de los dispositivos del sistema de banda vaginal sin tensión (TVT). No es una guía completa para la técnica quirúrgica para la corrección de la incontinencia urinaria de esfuerzo...

### DESCRIPCIÓN (Sistema)

TVT consta de lo siguiente:
- Dispositivo de un sólo uso TVT
- Introductor reutilizable TVT
- Guía rígida TVT para el catéter

### DISPOSITIVO TVT

TVT es un dispositivo estéril de un sólo uso que consta de una pieza de malla (banda) de polipropileno PROLENE...

### INTRODUCTOR TVT

El introductor TVT es un instrumento que puede utilizarse varias veces...

### GUÍA RÍGIDA DEL CATÉTER TVT

La guía rígida del catéter TVT es un instrumento o una guía reutilizable...

### INDICACIONES

La banda del dispositivo TVT es el soporte como tratamiento quirúrgico para el tratamiento de la incontinencia urinaria por esfuerzo, para la incontinencia urinaria femenina causada por la...

11

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875466

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875467

Después de este procedimiento, normalmente no es necesaria la cistoscopia posoperatoria, sin embargo, si está justificado, puede llevarse a cabo según la figura 2. Luego después de la avulsión.

## CONTRAINDICACIONES

Como con toda sugerencia de suspensión, este procedimiento no debe realizarse en pacientes con trastornos de la coagulación o pacientes PROLENE en su sitio o algún otro paciente o este procedimiento no debe realizarse en pacientes con potencial de crecimiento a futuro, incluyendo mujeres con planes de embarazos futuros.

## ADVERTENCIAS Y PRECAUCIONES

- No usar la técnica TVT en pacientes con terapia anticoagulante.
- No usar la técnica TVT en pacientes con infección en el tracto urinario.
- Los usuarios deben familiarizarse con la técnica quirúrgica para suspensión del vuelo de la vejiga y deben tener entrenamiento adecuado en la implantación del Sistema de suspensión TVT. Sin embargo, la inserción inadecuada de la TVT se anticipa que en prodecimientos indebidos, de colocación porque la banda debe ser colocada sin tensión bajo la parte media de la uretra.
- No debe colocarse ninguna tensión excesiva sobre el procedimiento TVT así como para el tratamiento o de forma contaminada o infectada.
- El procedimiento TVT debe realizarse con cuidado para evitar una lesión vesical o intestinal. Fíjelo de adelante a la croma del bajo y pasable las agujas adecuadamente se aisla en la trocaroideal urinario.
- Iría gestión que se produzca transporte de estímulos se descarta de la operación. Enérese un láser durante o calcio antes de cirugía en el paciente.
- Se debe realizar la cistoscopia para confirmar la integridad de la vejiga antes del procedimiento vesical.
- El cistoscopía de pacientes debe ser manejado a una vez levantada uno el catéter Foley de modo que la parte superior de los trocares de cuidado.
- Para evitar la gestión de los catéteres urinarios a menos que para que el catéter puede asear los obturadores urinarios.
- No usar la técnica de plástico después que la banda se coloca correctamente.
- Considerar la gestión total más próxima para una una del paciente bajo, a pero medio de la uretra.
- Cuando se emplea la malla PROLENE, es usar con técnica aséptica correcta minimizando que una infección puerperal.
- La paciente debe ser informado de que los embarazos futuros pueden anular los efectos del procedimiento y la paciente puede volverse incontinente.
- De acuerdo con la experiencia clínica es posible de posicionar al procedimiento o TVT, en caso de encuentro se muestra del parto o durante.
- Debe mencionarse a la paciente que, después de la cirugía, no levantar objetos pesados. No se debe arrastrar algún elemento de hierro, objetos (por ejemplo, sin bicicleta o correr) durante al menos hasta cuatro semanas y actividad sexual con penetración durante un mes. La paciente puede retornar a la ligera sus cuidados normales, después de una o dos semanas.
- Se restaurar a la alta, una paciente que tienen al o experimenta alterno en caso de ocurrir durante, hemorragia o otros problemas.
- Todos los instrumentos quirúrgicos están asolados o conexión y deben limpiarse en uso normal. Antes de su empleo. Los instrumentos deben inspeccionarse e implicaciones visual. Los instrumentos deteriorados o aquel que una presenta señales correspondientes a roturas no deben usarse.
- Como con otras pruebas de escape de incontinencia a pérdida persistente, una incapacidad de alivio del dolor con el procedimiento de la incidencia TVT para mujeres con riesgo resultante. Se redujo y para limpiar la orina usar finidad.

13

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875468

- No tape la banda de PROLENE con ninguna grapa utilizada antes. Esto ya que la posición puede algún caño causar su irritación.
- No reesterilizar el dispositivo TVT. Deseche los dispositivos contaminados o usados.

**REACCIONES ADVERSAS**

- Las reacciones especificaciones ya sabe, seguras o inactivas durante la introducción de la grapa podría necesitar reparación quirúrgica.
- Podrá presentarse una irritación local transitoria en la banda y una respuesta a un cuerpo extraño. Esta respuesta, podría causar su existencia, formación de fístulas o inflamación.
- Igual que con otro plan comparativo, o como de PROLENE, podría presentarse una reacción mínima ya sea de la banda que existen más tolerante la malla de PROLENE tiene el fin de reducir la intensidad de respuesta continuación.
- En casos de suspensión, se llega la aplicación de la red de transmisión la banda, puede causar una obstrucción temporal o permanente de las vías urinarias inferiores.

**ACCIONES**

Los estudios en animales indican que la implantación de PROLENE provoca una reacción inflamatoria antigua ya sea de la edad, su reforzamiento seguido por la limpieza por el uso después del tejido fibroso que se puede encontrar en todos los intestinos de la malla incorporada de este modo la malla en los tejidos adyacentes. El material no es absorbido, ni sometido a degradación o debilitamiento la acción de la sustancia de los tejidos.

**INSTRUCCIONES PARA LIMPIAR INSTRUMENTOS QUE SE PUEDEN USAR VARIAS VECES**
(Introductor TVT y guía rígida del catéter TVT)

Para garantizar la limpieza y funcionabilidad del Introductor TVT (incluida la guía del catéter TVT), límpiela el instrumento antes de ser empleado por primera vez para su desinfectarla. Comienza su esterilización a los instrumentos contaminados y los musculosos está usado los puntos límpios los proceso.

Antes de la limpieza, se deben separar los dos componentes del introductor TVT: (el asa y el tapón introductor). (de un extractor) se garantiza que después de la limpieza y la desinfección.

**Método manual**

1. Remueve los componentes del instrumento en un limpiar en condición apropiado para instrumentos de acero inoxidable;
2. Lavar con detergente quirúrgico y con solución desinfectante a una temperatura de 30° C a 35° C. Elimínese cualquier contaminación o dividir a los dos componentes con un cepillo suave.
3. Coloca los componentes del instrumento en un sulfato indáquio con solución limpia de detergente durante 10 minutos aproximadamente, o según las instrucciones siguientes si se utiliza modo de ajuste automático.
4. Enjuaga bien con un chorro de agua corriente fresca a sacar una una crud. Los componentes del instrumento se pueden usar para ser lubricados de asco.

**Método automático**

1. Los sistemas de limpieza automáticos son adecuados para la limpieza mecánica disponibles no solo a desinfectar como las recomendables.
   - Enjuagar de la limpia — 1 minuto.
   - Lavar a 90° C — 12 minutos.
   - Ciclo de enjuague — 1 minuto.
   - Ciclo de enjuague — 1 minuto.
   - Enjuague final — 2 minutos.
   - Enjuague con agua desmineralizada a 90° C — 1 minuto.
   - Seca a 90° C — 10 minutos.

**RECOMENDACIONES PARA ESTERILIZACIÓN DE INSTRUMENTOS QUE SE PUEDEN USAR VARIAS VECES**
(Introductor TVT y guía rígida del catéter TVT)

El introductor TVT y guía rígida para el catéter TVT son esterilizados en autoclave a el Proceso el Proceso de los instrumentos que se descubre

14

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875469

antes de su uso. El instrumento debe estar a una temperatura de 22° a 110° C. a través de un proceso comercial de reesterilización. El usuario final no es responsable de garantizar la esterilidad del producto si fuera el caso de un proceso de esterilización no recomendado por el fabricante. Verifique y el empaque de esterilización y su estado.

### MANTENIMIENTO DE LOS INSTRUMENTOS
> Instrumentos TVT
Examinar el instrumento físico del cuidado y desgaste antes de cada uso.
> Guía rígida del catéter TVT.
Antes de su uso, examinar el instrumento, reagruparlo de ser el necesario luego un extravío, es esencial que estén no tenga bordes afilados ni cortantes.

### PRESENTACIÓN
El dispositivo TVT se suministra estéril (procedimiento estéril) para un solo uso. No reutilizar. No volver a esterilizar, puesto que afectaría el resultado. Deseche los empaques abiertos, no utilizados.
Los accesorios para varios más distribuidores TVT y guía rígida del catéter TVT se suministran por separado y no son estériles. Estos accesorios deben ser limpiados y esterilizados antes de cada uso, según se indica en la sección correspondiente.

### ALMACENAJE
Los accesorios de almacenaje recomendables para el dispositivo TVT deben mantenerse a temperatura de menos de 25° C. alejado de la humedad y del calor directo. No cambia desde 5° C. la fuente de humedad.
Precaución: Las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.

Distribuido por:
Johnson & Johnson P.P., S.A.
Paseo de las Doce Estrellas, 5 – 7
Campo de las Naciones
28042 Madrid.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875470



Tension-free Vaginal Tape (TVT) –
Notice d'utilisation

**Dispositif TVT à usage unique**
**Introducteur TVT réutilisable**
**Guide de sonde rigide TVT réutilisable**

**Lire attentivement la notice d'utilisation:**
[illegible small print]

**Important**
[illegible paragraph]

**DESCRIPTION**
Le TVT est composé:
- d'un dispositif TVT à usage unique, non-
- d'un ressort (réutilisable)
- d'un introducteur TVT (réutilisable, non en acier inoxydable)
- (composants réutilisables)
- d'un guide de sonde rigide TVT (réutilisable, non en acier inoxydable)
- (composants réutilisables)

**DISPOSITIF TVT**
[illegible paragraphs]

**INTRODUCTEUR TVT**
[illegible paragraph]

**GUIDE DE SONDE RIGIDE TVT**
[illegible paragraph]

**INDICATIONS**
Le dispositif TVT est destiné à être utilisé comme bandelette de soutien de l'urètre pour le traitement de l'incontinence urinaire d'effort

15

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.0875471

**HIGHLY CONFIDENTIAL**
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875472

levée la rondelelle, cinch bloquer, ajut tensil couper el bloquer suturés. Ne pas trop tirer. Sul une t'incision de ra peau, à ouvrir retire. Appliquer la Prothèse, au moud que peut opthalmaqui se. Se réferer au n'écessaire. Ouvrir d'ici ent à patient le traité ou des Air 2 and 1 indiquées pour l'Arisite

**CONTRE-INDICATIONS**
Comme tout type d'intervention ce souvienement, une prothèse ne doit pas être utilisée chez le femme enceinte. De plus, à tant dans PROLENE n'est présent dacrément disparaitre avec pelicd, chez le patient susceptible d'être enceinte ou dans la croissance n'est pas achevée.

**MISES EN GARDE ET PRÉCAUTIONS D'EMPLOI**
- Ne pas ré-litiser ovec lit fourni sans traitement stérilisation au.
- Ne pas utiliser chez la femme présentant a ou infection de la part infarcti.
- Les utilisateurs doivent d'un effet la technique de suspension chirurgicale de voisien et des con tins suffisamment à utiliser pour la mise en place au Système. Il faut admettre un dépot de l'VE. Cette technique utilisant le TVT utilise des techniques bloi ables dans un la la tracture chirurgie à tension sans à aller qui si à tente.
- En rigeant des hommes porte le paralyse à le ini-cessau de mise en tu Cresource ne dit TV l'asse que sous le traitent des plaies conforme au la fardou.
- En procédure TVT doit être effectuée avec précautions en d'il lus las cen olevissant. Les vecla l'ausselle en l'incontin. Une fenne sant trop vieille l'essas alter retiré et un sans vouvesser des a plaie, und ul avec les plaies.
- Une décharge de l'échantillon peut avoir lorsqu que CingEn tur les chexdecrin, sympathes moyens, con d'moien l'service de la patreme de l'établissement de suite.
- Une décharge de l'contrôle doit être pratiqué pour confirmer la position dit de la vessie au ministeur évidence une perforation éventuelle.
- Le problème suivre si de TVT doit à intendu à accéptée niveau la etux à une de d'chère des pronsocuer le pèle ter essa peu pre la mar de potée considir tabey.
- Les admeniat du gaide de soux régne, enriche compt a initial las poterie de l'intentré a couper le sorce toste bloquer plixo.
- Ne pas retiré la gaine de plastique avant que la bandelette en soit en ce qui pouvant position.
- S'assurer en la bandelette suis les drivent tout sous la main et les doux à l'environement aussi.
- La bandelette de PROLENE pouvre être mince au niveau de l'oxex,cas éin rès, est à tur qu'une infection et dl'izés ust est la classement en son doit n'est pas.
- Une plaie acceptibile, il faut aussat et ou l'oct retrole au rou procéser risque à attendre la fossesse de l'intervention et de la mire, ruisement récen menu.
- L'un de moi en ménon feuvant chirical su d'accomplement p av rejé actuelle con ecrton les patient unité à tras L'évalution TVT n'est d'apor lais l'e cui à intervi exame à effei.
- Après l'opération, il est conseillé aux de la patients d'éviter de son un intervecx en litiée sou des indesreb l'ai succese un non cycle fivain il me resa ay vot sux al gérés en mylau au partitions d'quiver sous imecenfs d'prom décis comes mod à evirer pr à tuch ali aub. Les patient à peut remarèbe des al é ld'fit en a li-fares, un un des apres un con dans ses alton.
- Ei une vérit du dés deverse ye a sou li l'a unibu all li té d'à-to a diffusive a pateoci des trace me vorva 2 way te abin quoi un moyen div cet.
- Les vitres ou de la chorupèe lotissont en soit crossier à l con ni en las cosas d'un indirer tovan. Il en deve me remplacé d'incrème l'a admisson in dequie de la verrite cause l'incdispodila détacher ou tibici l'apperèbre un ove ou en l'évefome povir nrelides et coment aller ence.
- Il est conveni les sutres pacienducie leiterne les terris firmne, une tissaltit à de ménu da de recu gens arg anclena l'Isom ut la procédés TVT. Pour ministerir es Buge, l'essayer de planter la bandelette sans y eviter et position infargeme.
- Ne pas tirer de la bande de de PROLENE™ ou oi su ui tre d'en gerifes, en celqui sur des chmps un sembles con s'dites de l'tissu.

15

- Ne pas restériliser et disposer selon les dispositifs non réutilisation par une technique aseptique courant.

## EFFETS ADVERSES

- Des phénomènes ou réactions des adhérences, perforations ou dcommandes peuvent se produire dans certaines et passager de l'aiguille en passant suturant ciment les matériaux d'urgent... l'aiguille
- Une déchirure dans un tissu et un assemblage de tissu la greffe matérielle suture aux corps étrangers peut apparaître. Ces réponses peut se développer à une conflit de conflict une formation de fistule...
- Comme tous les corps étrangers le tissu se de PROLENE les susceptibles... d'infection une infection existante. La perte de place agir par connection à ...la minute ou la PLUS PUR ...suivant une formation de rejet ou...
- Une correction excessive, c'est-à-dire une trop grande tension appliquée sur la bandelette, peut causer une contamination temporaire ou permanente du contrôle urinaire mictions.

## PERFORMANCES

Les études sur l'animal ont démontré que la mise en place de bandelettes PROLENE provoque une réaction inflammatoire minimale en raison des... ou tissu ou et en suivi de la dépose d'une réaction inflammatoire d'être... développer... précédent... les matériaux sont synthétique. L'incorporation dans le tissu adjacent. Il ou s'agit d'une de décompte ... dégradée ou fragilisé par l'oxygénation oxydatives.

## RECOMMANDATIONS DE NETTOYAGE DES INSTRUMENTS RÉUTILISABLES

(Introducteur TVT et guide de sonde rigide TVT)

Faire les guides ou détails à la fonctionnalité de l'introducteur TVT et de guide sonde rigide TVT et l'ensemble doivent être nettoyées ... très avant leur première ultérieure et ... et après chaque utilisation ou avec les méthodes manuelles qui suivant les ... maturés électrons...

Avant l'utilisation, vérifier les cotes dimensionnel d'introducteur TVT quelques et l'outil... et la sécurité des fissures ou plats... ou y suivit réutilisation d'outil(s) ...

### Méthode manuelle

1. Faire tremper les éléments du dispositif TVT dans un bain de détergent enzymatique en présence d'instrument en tissu renouvelable.
2. Laver, vidanger au fluide de chaque la désintoxication avant une ... pendant 15-30 à 35° C. Éliminer toute les saletés résiduelles des liquides ou des tissus biologiques à l'aide d'une brosse aux pb...
3. Placer les instruments dans un bain à ultrasons contenant une ... solution de détergent enzymatique pendant 10 minutes, les contaminés... afin de ... après les conseils... saletés ou se fixent avec un cycle de lavage ultrasonique.
4. Rincer soigneusement soigneux sous ... l'eau courante les disposition... de suite... à l'aide d'une serviette. Les dispositifs peuvent être... qui se sec en utilisant pour le nettoyage en utilisant...

### Méthode automatique

La nettoyage automatique peut être utilisé pour les instruments suivre dispositif. Les paramètres recommandés du cycle de lavage:
- Cycle de lavage à cycle chaud 10 h ... l'eau froide 1 ...
- Cycle 65° C 1 min ...
- Cycle de séchage 1 min
- Cycle de lavage 12 min
- 10 à à 5 fluide 2 min
- Rinçage à l'eau de rinçage froide 65°C 2 min
- Séchage à 65° C 10 min

## RECOMMANDATIONS DE STÉRILISATION POUR LES INSTRUMENTS RÉUTILISABLES

(Introducteur TVT et guide de sonde rigide TVT)

L'introducteur de TVT et le guide de sonde rigide TVT sont fournis non stérile. La stérilisation à effectuer avant chaque utilisation par autoclavage à la vapeur à une température de 132 à 134° C pendant un minimum 4 min. Il ne ... à l'utilisateur ou final des lignes ... l'ensemble fin des instructions... à suivre ... il ne doit d'un principe... être obtenue

18

demi après la stérilisation initiale et le développement de stérilités ou pourront sel'ire.

**ENTRETIEN DU DISPOSITIF**
• Jeter le dispositif TVT
Avant chaque usage, inspecter les canules fixées et le ripe'imenti.
• Utiliser de soin le dispositif TVT.
inspecter l'instrument avant emploi utilisations, vérifier qu'il ne présente aucune aspérités vives ou burées.

**PRÉSENTATION**
Le dispositif TVT à usage unique est fourni stérile emballé sous le double d'ebelage. Ne pas regoi bag. Ne pas utiliser si l'embellage est ouvert ou endommagé Un l'inutilisation l'onde il peut s'effectuer.
Les accessoires réutilisables de l'introducteur de TVT sont placés dans TVT sont présentés séparement et sont non stériles. Ils doivent être nettoyés et stérilisés avant chaque usage selon ci-dessus.

**CONSERVATION**
Il est recommandé de conserver le dispositif TVT à usage unique à une température inférieure à 25° C, à l'abri de l'humidité et de la chaleur directe. Ne pas utiliser au-delà de la date de péremption. Aux termes de la Loi fédérale [Etats-Unis d'Amérique] réserve la vente de ce dispositif par ou sur ordonnance d'un médecin.

Distribué par:

ETHICON S.A.S.
TSA 81002
1, rue Camille Desmoulins
92787 Issy-les-Moulineaux Cedex 9 (France)

Johnson & Johnson Medical NV
Eikenlenbergstraat 20
1700 Dilbeek (Belgique)

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875475

 Tension-free Vaginal Tape (TVT) System—
Käyttöohjeet

**TVT neula, kertakäyttöinen**
**TVT totsiokäyttöinen sisäänvieja**
**TVT totsiokäyttöinen jäykkä kanebrinoijan**

Pinnolaly muuut iheet rahta apparaveru.
Läälälien muutvu useitä pisteu tiesi ammui yhtuu si ilaessu ärsee ti-
teet, sää lous ir pi palinetää toistua

**Ti Laiä**

Tämi ohurlalateseo seu TVT losuul ammunerevasi si, neserkuuvuli-
voi uuruseujan ross-uosi yhloisasu vokrul liaklisualtan ourol yheli-
tosoleraa chpella, tuula mje uuseis tuylulusistu stressii uksesdenos-
esa naporalistyleen koskou teitänäelo uuuos. Yaui tereta si osolusian
vie vai usbi tosto tosdunut si vebyuusul. TVT leoti uuluu augnvuseni
puestuun daoi tä ilusaisea atal läynui tiui voti osiu. Nä ui ubipeus
in turtu onur culisosukui yohö teedas iitas seoksui ut pulosi Rahreu-
piroen ylebyä keskitas ai t, tui ve fekalu savrs pleus sarei tujin
käehtosiiesi osnueseosta. Ionikseusui ja posteusu siutuonuu ikes-
preu.

**KEVAUS** (luilmisolasi)
TVT usissut ausen un usooaroa
  TVT ousulo basti by kitemi, uui uhmun seriilu
  ga uksemi pseksosu
  TVT kotasokiytkisan siistiuresi, koosiesaa sitonkonuuron-
  ku lannsrieu suksesu
  TVT teisiok ujusoos jaykka kussiminonijars, uiniuseen
  sksnkonouriuruna isauausosu uiksessu

**TVT NEULA**
TVT useulo ush osaige toteiuu Kusesoptelotagoisu uti lessuusoisvse-
salusvlu saebi ä lui paisoeoli 15hliisepoaooaso bi ou Yisolvolsi koui sia-
suuro 16-100) PROLENE-pohprosseryroutesvrikuoo mumhuusai josisa-
nui o nysä se ; ; sua a 47 cni (12.6 IV reeuu , Neulau posit ai ruk-
skanpesi, sosa un nullisturs ooseal ai ja jutlia uaanu nossou li lusii-
loin. Yalusee uuus noilusa peussi oo vokluun jo susolos jo uutoseu uuuo-i-
kuleluallu vitusiueya sossunnauuosu, toesoseentuli.
FROLENE -pulo puisoooy-Aklee, uuotesoau uksu dolpusuli, poss-
puseoo si klovo lueleuusu Inseruisy, oi uunli osvuss, yue klovsulis-
osevhbtus uullo oreni PROLENE-osiyutlui uusiosi. Yalt eo
ou pulos.ueo riun vi. 0.0 sinu Aluuseo untiusoenu si osto rouru a
nivou yuusun käjusostosvui uul osi kuid ueiniuota s tu opsusy
uli oomui Eletioni ki ostestusti puuevbd i muruminuunu usnu.
PROLEN IC-soolk) velakitelu sui iciuustus, ja uiluluul ghesa tun-
kesou uuusuu luaeui, dudui uusosus se, eusuo keuluui seunsius
Ta oli lulosquunloreu iones risdualosio yuslesu o uhsoni ku Ioutu
ihvuus yu jhtohlolsuin.

**TVT-SISAANVIEJA**
fu oosusliio oou TVT osii ä) io uli ulaurueio su seer iruratubottauosu.
Sioliestiosi ou vuuluunin uasonu uitos cusis budulikeoli. Su louun ia
Iukseleli oposu, olorsud s,(Ilui tioresi:tiloleseuyduluhlihoel.
surrei relotuuleu, nu utututs uusoru teipo so TV .u kl meneeias-
rulat potottori o fyutuu illosla loerenoesiuu lusqunoo siodiusteirnu-
ti. uossu lulunhie di uikisuvia ohu varren kletiel io osssel uoru
piuusu.

**TVT JAYKKA KATETRINOHJAIS**
TVT jok ku ura uleel jalose dueli nloman täuhiilyni ahvel lumu-
tuuoli. sraly sloveli lisu kuulielgasti ultoppa ilary uuubuluksutu
turmiunulug uleserploem. Buu. tke vioti ly situ lpitiooi kusia
rilksuun vilesny luotty klusiun sausosli-yuse kudu 18 1V sla. Jui-
Sisolliestosos teprolunmiusio vi vesiaevrouit ulu u ksaahnuusu.

**KAYTTOKOHTEET**
TVT noslou kotualinu kalu pulosossus ktteus tikosilotei, sru osu
lgvriosluuesllossim gloui siesesessi a valildjalisi keen heillsusiau
ul et ahaseu u seseves usuhsunuuosu laotlaveu. TVT kusolusosajli
si dusesdi kuetimoehlanu, vu uou o essi seesiseesi. Seik, kayteulus-
ujuntu TVT ystlisosli uosehosseitisoan.

2-

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.0875476

The page content is too faded and low-resolution to read reliably.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875477

**VAROITUKSIA JA VAROTOIMIA**

- [text illegible]
- [text illegible]
- [text illegible]

**KOMPLIKAATIOT**

- [text illegible]
- [text illegible]
- [text illegible]

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875478

- Viltos no ja ordina neliroyni ikhim lilur Höchlli, rai nihvehan thupnand bi pasy-lir tkampisor rituntocha tuktan ariyhti.

## VARKUTUKSET

Fri hiteristan ni otistenturit PROLENO-Suotiliyi ji en taaraassaGoory ainediluu ettibi en ttsallova il haujourtukion motdi ariaposwyrni cuuaa tavit mollanter tiyl komu metkhistokdomaskanti meikudontulaiaen rato tirtini dil i riion yanphibilodu ioslolaako. Huleemali oi riocobil,bi ter ni ngiockilan liyliai ini han niten kiroosen nyyrsniroinsalliocrsikonts.

## TOISTOKÄYTTOISTEN INSTRUMENTTIEN PUHDISTAMINEN

(TVT sovitimvija ja TVT-jäykkä karveitetujaltti) (TVI-säätoyväjiä ja TVT-jäykkä kareitodenaciyn keräiman nastoljentaden yarniakaalir oi niuo punda loli nuerron iolaniai Isiytokotiai ja jout un nannipirum jokorr, Siesi iteranon ogykaravald ooireavia itaichioli kannaruivinoinessri ji kanneilkoen pandaannaseon

Emicon puhidetconalii TVY ssaktovija en punnitave oiatam Ruhut ja kunekula caedehi Aitsan Suhatyvn kloorani oval ilisu puldonilay piloorarn neooesiikimia.

### Kroivpulatioosa

1. Loou matunonien ohti mosaconidavoa a ienslaaato vbiricilolijio indinimimja ja vanri t akkaroooa adky uunroli lio malroeooa.

2. Pone tamaaronila ninia nootriporanooelo ja desinformatisoksioca 20 – 25 °C o liampo leon. Piloti läsäkki koaka oa pindonamanidar procai toinneallo liny(llu.

3. Aacli thaivutaya nii wrej matsan poaisrevorain at ooni thi trisoryworsin of Bi iin mataalallia it i sisdan ili ridas oa ausiaoni the saab atta.

4. Iluaboda cmaconilai piri puhdoasa ja koa oo oo oosjomanisloi ja kylcomppolos off i nammaalil ooroor i lilitatoy slytaa nimi lito caledaloooly

### Autonna listlique

- Achuuo nili sakar keratetna ngokotoka maati nelkanta t ariniai niliatanunoonodluo ayil i niuo in caculontootiyou na aanelanya uon
- Liarbodadyun tiyuay Loot kylmavazi veloao / Tninaouri
- Puuo 30 C ooo, - 9 faii a ono
- Dunholoti 1 niinonit
- Dunholoti 12 nimit in i.
- Loposiltinn taatui aa - 2 ntomaoia
- Huidoioa thotilu vodillal 50 °C oo, - 2 nzaroaata
- Kuiviaa 05 °Coaa - 0 niksomila

## TOISTOKÄYTTOISTEN INSTRUMENTTIEN STERILOINTI OHJEET

(IVT sovitimvija ja TVT jäykkä karveitodulaiotti) TVI tiatorivija ja TVT jäykkä kaitininohjukin lehto lo iliu sterilooniininotoa. Ni sonlocdaan navyymookli asi a ciimon jo oosta loyhokon ai eliaripyiretoi oyi 132 – 1'0 °C n luroyidaasa, oaidoytio laaon kuyainen ilimosin tarnurm alri Tronicon nooniliyor kioslijin vindulla, allinascideniluniti akoo oorlooslanbidi yo leloyona nanainitar ookikocorvsoju.

## INSTRUMENTTIEN HUOLTO

- TVT sovitimvija.
  Ention jokaisla loyhokonia siorunon cniren kicnilada a nacunnoasioto nooasariyha.
- TVT jäykkä kanarotoolvini
  Tadotutu pia aolaitil ocaan piklesalljijlol lopoa. Todoria vyoyicipuroa sfhoa ooroi kaltton inaarior oulaoootteel pooro aloloylotilaiioro cli slyotoriyo

## TOIMITUSTAPA

TVT s Ptline oo lin oocaa sycelililad ova oolo iviola Ja oo loo odot io oro Ni oo a es Gaoo tarmadol roo. Huderri gi aan ilay Ro oo putiki ioa oo naoi p i sa nlatti oaai in Liairtulilaiyit lohirem ponkkaolivta.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.0875479

Tässä kässy oik TVT -laitteisteja ja TVT-Työläi, näteltöndjalalla
to sistalunvelkam, deoli maatimi ann NVoT Viläntekkata ov mn-
fiidaataam pörkulektyeh tomu ka nonntä ana kibelli yhti olki ihnin
ttälliti.

**SÄILYTYS**

Säytök-yt die li-TVT:memba jis säilyetdiyd ndie-M-Vin linqinhilixe-
syytoi aiiros kormi-nabtia ... thembden sirokiia limmereti-et saaloyyttä
säiten vinky tilpahikin yiksem.

Heiäromittiae Yhdgisaylbuin luki zajoittam tilosiin tioettieen mytya-
pim vina blikkärin toistaato tai mtätädy karstä to padutyyakoi.

Jakolin
**JOHNSON & JOHNSON**
Metsämenentamkuja 10, 021 00 Espoo

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875480



## Tension-free Vaginal Tape (TVT) System – Instructions for Use

**TVT Single Use Device**
**TVT Reusable Introducer**
**TVT Reusable Rigid Catheter Guide**

Please read all information carefully.
Failure to properly follow instructions may result in injury to the patient or the device, and lead to injury.

**Important:**

This package insert is designed to provide instructions for use of the Tension-free Vaginal Tape Single Use Device, reusable introducer, and reusable catheter guide. It is not a comprehensive reference to surgical technique for correction of stress incontinence.

This device should be used only by physicians trained in the surgical treatment of stress urinary incontinence and specifically in the TVT device. These instructions are recommended but are not a substitute for actual training. Variations in procedure are always possible and may in certain specific procedures be appropriate, due to individual knowledge and patient anatomy.

**DESCRIPTION** (contents)

TVT consists of the following:

- TVT Single Use Device, provided sterile (for single patient use);
- TVT Reusable Introducer, provided non-sterile (available separately);
- TVT Reusable Rigid Catheter Guide, provided non-sterile (available separately).

**TVT DEVICE**

The TVT device is a sterile device that has the construction of one piece of undyed polypropylene sleeve, which covers the PROLENE (polypropylene) mesh tape (approximately 1.1 x 40 cm), positioned at the center and connected at each end, with two stainless steel needles bonded to the mesh and sleeve with plastic collars.

PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE polypropylene non-absorbable suture. This type of mesh allows for elasticity in both directions. This bi-directional elasticity allows adaptation to various stresses encountered in the body. PROLENE mesh has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is enclosed by a protective plastic sheath that provides for elasticity in both directions. This bi-directional elasticity allows adaptation to various stresses encountered in the body.

**TVT INTRODUCER**

The TVT introducer, provided non-sterile, is reusable. The introducer consists of stainless steel. It connects directly to the TVT device, and the introducer is intended to facilitate the passage of the TVT device through the vaginal, suprapubic and retropubic area. It is constructed and fitted to the needle, with the handle and the introducer, prior to inserting the needle with its tape.

**TVT RIGID CATHETER GUIDE**

The TVT rigid catheter guide is a non-sterile, reusable stainless steel instrument designed to facilitate catheterization of the bladder. Its use and the placement procedure is a surgical procedure. It is recommended to be placed prior to insertion of the needle, with the bladder emptied. The TVT rigid catheter guide is positioned within the urethra.

**INDICATIONS**

The TVT device is intended to be used as a pubourethral sling for treatment of stress urinary incontinence (SUI) for female urinary incontinence resulting from urethral hypermobility and/or intrinsic sphincter deficiency. The TVT is non-absorbable and total correction of the SUI should be permanently intended to facilitate placement of the TVT device.

26

## INSTRUCTIONS FOR USE

This section describes the general instructions for use...

## CONTRAINDICATIONS

As with any surgical procedure...

## WARNINGS AND PRECAUTIONS

- Do not use TVT in patients who are on anticoagulant therapy.
- Do not use TVT in patients with urinary tract infection.

## ADVERSE REACTIONS

- Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.
- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE mesh is designed to minimize the risk of contamination.
- Over-correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875483

## ACTIONS

Administration of medication may cause mild allergic response in small, infrequent "allergen is foreign, which may induce mild response to the deposition of this fibrin in type of tissue which can cause inhibition is production of the isoproterol is the ends to occlude a tissue. The material is not absorbed, non-biodegradable and design elimination is slowly by the cellular biodegradation.

## INSTRUCTIONS FOR CLEANSING REUSABLE INSTRUMENTS

(TVT Introducer/TVT Rigid Catheter Guide) To process the relating and functionality of TVT Introducers and TVT Rigid Catheter Guides, clean the instruments below: mild pre-soil after each process in order to instructions are supposed to recover cannot recover the instruments. Before using the TVT introducer should be separated into its component parts (handle and threader) should (handle) is introducer is reassembled after cleaning and sterilization sanitation.

### Manual method:

1. Soak the maximum components in lukewarm water suitable for stainless steel components.
2. Wash each surface underneath the level exposed mix of a lukewarm temperature for 2-5 minutes. Clean all corners using a soft brush.
3. Place both maximum components in a ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below using an automatic washing cycle.
4. Rinse thoroughly and deionized cleaning water followed by deionized drying. The instrument components may be washed sterilized in a biohazard.

### Automated Method:

Automatic washer/dryer is suitable for a stainless steel instrument. One recommended cycle is described below use:

- Rinse/Wet Cycle Cold Water – 1 minute
- Wash 155° F (65° C) – 12 minutes
- Rinse Cycle – 1 minute
- Rinse Cycle – 12 minutes
- Final Rinse – 2 minutes
- Rinse dry Deionized final rinse 155° F (67° C) – 2 minutes
- Dry 195.2° F (91° C) – 10 minutes

## STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS

(TVT Introducer/TVT Rigid Catheter Guide)

The TVT Introducer, TVT Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave process each may be steam autoclaved at a temperature of 270° F at 250° F (132° C) for 4-10 minutes at amount of time as appropriate. Follow the standard physician end user to assure sterility of the product. If a terminal process has been recommended, sterilization and sterilization air equipment will vary.

## INSTRUMENT MAINTENANCE

- TVT Introducer
  Softer each use, inspect the threaded state of the inner shaft.
- TVT Rigid Catheter Guide:
  Before each use, inspect the instrument. Check to ensure that the locking end which receives the introducer and locks drops flexor have.

## HOW SUPPLIED

The TVT device is provided sterile for clean safely for single use. Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused devices. The reusable TVT Introducer, TVT Rigid devices only are supplied separately, non-sterilized. These instruments are to be cleaned and sterilized prior to use as described herein.

29

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875484

STORAGE
Store unopened device at room conditions (to the USP, e.g., at temperature below 25°C). Empty from moisture & until the desired. Do not use after expiry date.
Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

EC
Legal Manufacturer:
ETHICON® SARL
Rue du Puits Godet 20
CH-2000 Neuchâtel
Switzerland

Distributor (Europe):
ETHICON® Ltd.
Bankhead Avenue
Edinburgh, EH11 4HE,
United Kingdom

Distributor (USA):
Gynecare
a division of ETHICON, Inc.
a Johnson & Johnson Company
Somerville, NJ
08876-0151

50

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875485



## Σύστημα Κολπικής Ταινίας χωρίς Τάση (TVT) — Οδηγίες Χρήσης

**Ένδειξη μίας χρήσης TVT**
**Επαναχρήση: TVT πολλαπλής χρήσης**
**Οδηγός Συσκευή του Καθετήρα πολλαπλής χρήσης TVT**

Παρακαλείσθε διαβάσετε προσεκτικά όλες τις οδηγίες. Η παράλειψη της σωστής εφαρμογής των οδηγιών αυτών μπορεί να δυσκολέψει σε σωστό λειτουργία της συσκευής και να προκαλέσει τραυματισμό.

**Σημαντικό:**
Το σύστημα αυτό παρέχει οδηγίες χρήσης της συσκευής της Κολπικής Ταινίας χωρίς Τάση (TVT) μίας χρήσης, του εισαγωγέα πολλαπλής χρήσης και του οδηγού δυσκίμπτου καθετήρα πολλαπλής χρήσης. Δεν απαιτείται πλήρης αγωγή ανωμαλίας σε αυτολογικήσ χρήσης για τη θεραπεία της ακράτειας κ). απαραιτήσιμα (δ.δι. Μόνο εκπαίδευση χειροδικαρών... ιατροί στη χειρουργική θεραπεία της ακρατείας εξ απροσδιόκου θλίψεωσ ένα στην κοινωνιση που σύστημα του τρόπου να χρησιμέται η συσκευή αυτή. Οι ιατροί αυτοί ουσιαστικά με τέτοιον χρήση της ακράτειας. Μπορεί να απορέψει παραλλαγές στη χρήση της που απαιτείται σε ειδικι μεθανίσμα λόγω μπορεί να κινεί αλ εριστάτου χειμικής της παθήσεως.

**ΠΕΡΙΓΡΑΦΗ (σύστημα)**
Η TVT απο τελείται από τα εξής:
- Σωσυμι μιας χρήσης TVT που παρέχεται αποστειρωμένη (για ... θεικη εξ μικμανό)
- Εισαγωγέας TVT πολλαπλής χρήσης που παρέχεται αποστειρωμένος (δυνατα εξαγώγεται)
- Οδηγός δυσκίμπ που Κάθε μίας πολλαπλής χρήσης
- VT που προς έρχεται μη ουτο καρμένοι (δυνάξεται εξαγώγεται)

**ΣΥΣΚΕΥΗ TVT**
Η Σύστημα TVT ένα μια αποστειρωμένη συσκευή μίας χρήσης που αποτελείται από ένα σωμά εφαρμώνη μία λανλε φθαλο κινητήν-οδηγον ερμέσσωστ Νι. 74 (ΕΟΙ δεν ωστα πλέγματος PROLENE από πολυπροπυλένιο (ταινία), διαστάσεων περίπου 1.1 x 45 τε. (1.8 x 18 ίντσες). καλύμμενο με ένα πλαστικό περίβλημα. κομμένο και επικαλυπτομένο στη μέση το οποίο συνχρετεί σε μεταξυ δύο στοιλλών πλεγμάτ του σωμά δεν να απο πλέγμα ιμος το περιβλημα μη πλαστικόν δαπλλομέρις το τω τωζ πλέγμα PRO. ENE? από πολνπρρπυλέιδα είναι κατα νιστομς δίδνω με πλέγ. ένα ύψιστα στα δαμορφομένς με πολημσταλκο ικος. πιαιρματικιιυ του στη απορεφημιικό χειρορφικος μπρμετ πεΡνι ΕΝε απο τααιπατοστα νΝν. Το ύψω αυτο, ότεν γαι αφαιρεσται στη σκιαλ, άφαινεινι με τω συναφορει που θγαν γινα, επιδαθφερε και κανταά στ απ στον τη δυνε, π τρανε από το πλέγμα PROLENE? ένα πλαγμενο μι λαδικα τρόπο που συνδεί μεταξύ τουσ τις ληλιστ| του υφμύνη ένα ιτροσιεξτέν κδιιατανότηλα και σγι. ότιν συνερδαύτηισ. Η κλκριπτκαριτο αυτ προς τα δλλα καττιλινωπος επιτυιχει την πρόσδεσιοστ του στησ εκφραλς προσ βοτου παροκώσεχο το σύμα.

**ΕΙΣΑΓΩΓΕΑΣ TVT**
Ο εισαγωγέας TVT νρφέρεται απ ατο μια μακροσκεια κάνουλα λα ιι παλ μια χειρ)φρλετ. Ο εισαγωγεια ει να ρυθμικόλαμβανόμενος στο αικόδεδομα του σωλού. Απτοτελείτα από δύο μέρη τάι αελ-ιν, ένα άγκιο το χτρισιμτό για μελετε ά κτ. Στονε του εκκινωντο σκύη δευκόλατηι της δικτιουργι της συνληε πΤν της τον αολτω προσ το σωλούκοι του νου. 2.άτι τς του κα περιστά δέ τα στη βαλννα μιρσα του επερεότινου μσω ισι δράνω, μέν λτν διενφσμη ι α βελόνασ με τιν κουνε ...

**ΟΔΗΓΟΣ ΔΥΣΚΑΜΠΤΟΥ ΚΑΘΕΤΗΡΑ TVT**
Ο οδηγός δύσκαμπτου καθετήρα TVT είναι ένα μη απορροφήσιμο εργαλείο πολλαπλής χρήσης που σχεδιάστηκαν στην ανατομική της ουρήθρας και του τραχήλου της ουροδόχου κύστης κατά τη χειρουργική επέμβαση. Είναι ένθετος σε ένα καθετήρα Foley (συνιστάται η διάμετρος 18 French, που πωλείται στην χωριστά) κατά μήκος της ουρήθρας, για να διευκολύνετε την εκτροπή του μπροστινού να την στηλιχθεί με ένα.

**ΕΝΔΕΙΞΕΙΣ**
Η ουσκευή TVT προσφέρεται για χρήση, σαν μεσο-ουρηθρικό κλικωμα για τη θεραπεία της γυναικείας ακράτειας ουρούτος, δύο τ.τ, τη γυναικεία ακράτεια ούρων που οφείλεται στην υπερδραστηριότητα...

**ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**
Η ασθενής τοποθετείται σε θέση λιθοτομίας, με τους γοφούς η λεκάνη του γονάτων να μην είναι μεγαλύτερη από 60 μοίρες...

[Remaining body text illegible due to image quality]

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

βελόνη διέλθει από το σημείο εισόδου. Βεβαιωθείτε ότι η ανάρτηση έχει μαωθεί σωστά. Αφαιρείτε με την κορυφή της βελόνας σημειώστε την κουμπωτή μέση γραμμή και κατεβάστε τη χειρολαβή του εισαγωγέα πιέζοντας την κορυφή της βελόνας στο σημείο τμήμα του πλαϊνού οστού. Τώρα, μπορείτε την κορυφή της βελόνης προς τη μεσαία κατακόρυφη γραμμή του διαφράγματος του κόλπου του ασθενούς και πιέστε την προ ικανοποιητικά, έτσι ώστε την εισάγετε. Όταν το άκρο της βελόνας φτάσει στην κουμπωτή μέση, εκτελέστε με κυκλοφοριακή για να επικράτεστε την αποκλειστικά της ουροδόχου κύστης. Η ουροδόχος κύστη πρέπει να ενεργείε μεταβατική γωνία και κάποι της μη Ελεγχθείτε ενσταλάξεις σε την πτυχωτική κοιλιακή Οι βελόνες τοποθετούνται προς τη μέση της κύστης με το κανάλι την τη δεξιά αλληλοεπι ενδικής γωνίας, που κατω από την μέση ρευτότητα, είναι την τους οι δ.μπ.φ ανεστραμμένη και το τελειώνεται. Τοποθετήστε την τότε ώστε η δ.αφανή γραφή να περιοριστεί εσ λήγος δ.αβήκετε κάτω από Ηκοη, Πε. Να ανελφέξετε το τον παρό της τροπής, τη σε να τελειώνει ήδα.αΧΧυγ ε μμημηρ τεγυπτέκ φιλετής η σαβιοτι με εδ τι του σωμβ.λ.τ. του γι επιλογή κοθίου ε. ν-αγκισειτε. Χρημοποιείτε την εισαγωγή του εαθετμ ήτε χρίε με κρύματι εμρεσνσ κ.κρηστη λτ το ψύχρο με την κόλπικη τομή πρόσκειτο κλειστη τμήμα με στη πιετετε πεκά εγανο χρημοποιετε α την μιας λεθ.δες Αφαιρέστε το πλεσατ.ωτικό κσαλμαστοτ σι η πλεαδγΧΧων υστε κ.Χια Η τελειοντ,μεβικετη στα καλ.βωτου ασντεχ υα να.μη εδοστ.ος αττετχτ.ος δ.αθεσεκ σ τοιχθτ.γρη.ς κου σκαλωνεθν Λεβ.ε Τπτελ,Χ τσεεχ πεσε αωστο τη αασχ. κλεστε την τροπή σ τα κοιλιοχ.αρδ ατε την παννεκ κου τελειοντ.νι α τιιι.ηεββηκ Μ'ν τα ρσ.ετα Ηατρρ. σ τεμεσ του δέρματσ, Αθίωατε την εμρσδσχ κύστη, Μ ταά την παροδ.δά δ.αδικασμ κατα το μ.αο.γσγ.κΧ το σωθα δεν αττεττατα καθετπρωσμος. Ο ασθενης θα πρέπει να υπο,βληθά σ τι δ.αδικασσ ελευνωετης της κ.ατπε 2-3 ώρες μετά την εγχείρηση.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

Σττσε να καθε χεχοιμομη αν ασπτριγ εν ασθενσ.ου, αυτή η επεμβ.ασπ δσν πρεπει να πραγματοτι.ιτια σε εγγυ.αε ασθευε.εε. Ειατρχ. δεδ,μγ.νο ότι το πλησ.μ.α πολ,μεσσπ,λ,σσμ ΡΡΟ,ΕΝΕ δε θα επικαφασ σημαντικα δε πρεπει να τοποθετ.ετα σε ασθευετε με ε.δανεργχτι μαλλαντικης σισιπατπ,λης σικ επιβαφσναι τσν ασθεν.ε,ιε σ,αα σ.ας η πλ.ανντοη σημσιστσι.

## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

- Μη χρησιμοποιείτε την επιλεγοαι ΤVΤ σε ασθενείς που σκοπεύουν να αντιμετπά θεραπτα,τ.
- Μη χρησιμοποιείτε την επιλεγοαι ΤVΤ σε ασθενείς που πγσχεσπνστα διάομπ ασπσδάτε, ε.ται
- Οι χρηστες πρεπει να ε.ναι εξοικε.ιμ.υω με π ιε.ρσυωγικ.η τεχνικ.ή αναρτηστ τεχαλσιω της αμεδόχου κιστης παν χρησιμοτ.οσειν τη σωσκε.α "VΤ,Ε,χ,τ.αιωτ σημαιντ.ικι πιακινι,σατ στη αδεδσχ "Υ" δι.κερσει απτι την παρσδσρομη δ.αετ.ατητε ιολήματ.ος σπι σιατι λαγεντ.υστ.α κοιτετ, β.δτ.υργ.ν τρι τ.κα.τατι τα υπι μσ.τ,οι σ.με ε.τε
- Εαν τηε επσ δ.κπτπ.έ μι σ.σωνε.η ΤVΤ δεν πρεπετ, να απιλωσθεθ.πε πε απιδαετατε χερισ.αντ.ε.ε αροστπ.ετε στατε. και για το κεραττττ.α μιαρ.μτατ.ντ η μελλωσικ.ι γσηγ.ιμ
- Η.μ.λσδσς ΤVΤ πρεπι.ι να χρησι,ματ.α.ετι με π.σετωπι ιμητασ.μ.υτατιει τομλ.γΧ κσττ.γιγ.ε σ.σιε ώγ.τε αγ.κεπ τα τιμιρσι την κ.δσ.ιη και τε τ.ια ώρα. Οι κ.γχσμεσ σσυμμ.ι.πε.ρ μενονν σε ότσν λσμβάνσται πεε φ.ιλατ.τ.ε σε σιτ.σισσχ.α την τσπιικ.η αττατ.σφαι και δκιστ.αλ.γετ.αι η σωστη δισλσσ.γγ.ατ των βελσ.νω.
- Αμσρ.γιε στσν στσσθσγ.ε.ι χ.αρα σημα.ωντε.τα ιστε το μειτ,χε.ιργ.ητ.κσ στσθσ. Εε.γ.ατ.ι δ.ο μ.υφ.ηγα.υ ε.ιδ.ατ.ε π.ιαυ.ε σ αιθε.ινγ.ι πιρ.ωχε.μ.ε τε σχι.τιικ.α σημπτσ.ατ.α. πρω τη.ν ε.ξσδ.α του αιτ.ε τσ νσσσ.κσμε.α
- Πιεστε νε. κεταλ.αιε τα με.ια α.αστ.αιστ τπρ.η.κ.ι τα. ε.ιπι.ελσδιαετε την σικρσθσ.ιτ.ε της σιρσσσχσα κ.πστι.σ

183

**ΠΑΡΕΝΕΡΓΕΙΕΣ**

**ΕΝΕΡΓΕΙΕΣ**

**HIGHLY CONFIDENTIAL**
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875489

μπορεί να χρησιμοποιηθεί μέσω του Λαπαροσκοπίου του
πλέγματος και εκ τούτου να συγκρατήσει τη μέση με το
γαστρικό ιστολίο. Το Ολικό δεν απορροφάται στις
διασπειραμενές ζώνες από τη δράση ενζύμων του ιστού.

## ΟΔΗΓΙΕΣ ΚΑΘΑΡΙΣΜΟΥ ΕΡΓΑΛΕΙΩΝ
### ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ
(Εισαγωγέας TVT και Οδηγού Δόσκομπτου καθετήρα TVT)
Για να εξασφαλιστεί η σταθερότητα και την καλή
λειτουργικότητα του Εισαγωγέα TVT και του Οδηγού
Δόσκομπτού καθετήρα TVT, καθαρίζετε το εργαλείο πριν
την αρχική του χρήση και μετά από κάθε επόμενη. Τα
εξαρτήματα αυτά όταν υποδείξεις μεθόδων καθαρισμού (και
κρυολουσμο) στην το χέρι τη αυτόματα.
Πριν τον καθαρισμό, λυγίζατε του κλειδιού στη δια
τμήματα, του που την υποβολη (λάβη) και ανταλλάξες
εξέτασης). Επιστυναρμονόζονται τα εξαρτήματα μετά τον
καθαρισμό και πριν την αποστείρωση.

### Μέθοδος με το χέρι:
1. Αφήστε το εργαλείο να μουλιάσει σε ένα αποτρεπόμενο το
   με πλήμα καταθλικτό για εργαλεία από ανοξείδωτο
   χρεία.
2. Πλύνετε αδίευ απορρυπαντικό και ενδελυστικό δάλκμα
   σε χαμηλό μικροχαν 30°C μέχρι 35°C (86° F μέχρι 55° F).
   Αφαιρέστε το με μαλακή βούρτσα κάθε μόλυνση στην
   υγρό σύνδεσμο η ιστούς.
3. Ξεπλυνετε τα εξαρτήματα του εργαλείου και σε ένα
   λουτρό υπέρηχων με αρετα διάλυμα απορρυπαντικό
   για περίπου 10 λεπτά. Η ακολούθητε τις παρακάτω
   οδηγίες, αν ακολουθείτε ανα αυτόματο κύκλο
   πλυσίματος.
4. Ξεπλύνετε καλά σε άφθονο καθαρό νερό βρύσης και
   σκουπίστε τη μια μαλακή. Μπορείτε να χρησιμοποιήστε
   τη ξήρανση για πλήρη ξήρανση αν ξηρο χρόνο ανιμένεται.

### Αυτόματη Μέθοδος:
1. Ενδείκνυται αυτόματα ο κύκλος πλύσης για το
   ανοξείδωτο εργαλεία. Ένας συν συμφωνος κύκλος
   παρουσιάζεται παρακάτω:
   * κύκλος ξέπλυμπτος υπάρμπτος ; μικρό νέρο – 1 λεπτή
   * Πλύσιμο σε απορρυπαντικό 80° C (176° F) – 2 λεπτή
   * Κύκλος ξέπλυπτος – 1 λεπτο
   * Κύκλος ξέπλυπτος – 12 λεπτ
   * Τομίο ξέπλυμα – 3 λεπτα
   * Ξέπλυμα με μη μεταλλικό νερό 80° C (176° F) – 2 λεπτο
   * Στέγνωμα με 92° C (198.4° F) – 10 λε. ά

## ΣΥΝΙΣΤΩΜΕΝΗ ΑΠΟΣΤΕΙΡΩΣΗ
### ΓΙΑ ΕΡΓΑΛΕΙΑ ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ
(Εισαγωγέας TVT και Οδηγού Δόσκομπτου Καθετήρα TVT)
Ο Εισαγωγέας TVT και ο Οδηγός Δόσκομπτου καθετήρα
TVT παρέχονται μη αποστειρωμένοι. Για να τα
αποστειρώστε, βάλτε το σε κλίβανο ατμού πριν η το κάθε
χρήση. Βάλτε τα με αλένουντμ σε θερμοκρασία 132° C
(μαζί 140° C (270° F μέχρι 284° F) για τουλάχιστον 4 λεπτα
(προ-κενωση). Αποτελεί καθόλη του κλειδιού χρήστη και
εξασφαλίσει την αποστείρωση του προϊόντος όταν
χρησιμοποιεί τις συνιστώμενες διαδικασίες αποστείρωσης,
καθέτι ο αλλομένος βιοκαταστροφής και αποστειρώσικ;
παράλλου.

### ΣΥΝΤΗΡΗΣΗ ΕΡΓΑΛΕΙΩΝ
* Επισκευάσε, V1 πριν από κάθε χρήση, ελέγχετε τα
  στομία η μέση των εισιταργικό αέρινου.
* Οδηγός Δόσκομπτου κεσετήρα TVT πριν από κάθε
  χρήση ελέγχετε το εργαλείο. Βεβαιωθείτε ότι το μικρό
  άκρο της διατομής του αιχμή του καθετήρα δεν έχουν
  σα μερικ άκρες η ζημίασμα.

### ΣΥΣΚΕΥΑΣΙΑ
Η συσκευή TVT περιέχεται αποστειρωμένη και
αναπλεγκόεεξεί, για μια μόνο χρήση. Μην

315

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875490

επενσιγκατοφρίσετκ. Μη χρησιμοποιείτε τα περιεχόμενα
του πακέτου αν αυτό έχει ανοιχτεί ή καταστραφεί.
Απορρίψτε τις ανοιχτές και χρησιμοποιημένες συσκευές.
Τα εξαρτήματα του ενσωματωθέντα TVT και του οδηγού
διοίσαμπτοι. καθε προ TVT πολλαπλής χρήσης παρέχονται.
Ξεχωριστά και δεν είναι αποστειρωμένα. Τα εξαρτήματα αυτά.
πρέπει να καθαρίζονται και να αποστειρώνται ή πριν από κάθε
χρήση σύμφωνα με τις οδηγίες η ο πίνακα

**ΑΠΟΘΗΚΕΥΣΗ**
Σι να το υλικο μενος συσκευές αποθήκευσης για τη συσκευή TVT
μιας χρήσης είναι κάτω από 25 °C μακριά από υγρασία και
άμεση θερμότητα. Μη. την χρησιμοποιείτε μετά  τ
ημερομηνία λήξης.
Προσοχή. Επιπλεον με τον Ομοσπονδιακό (+TX) νόμο η
συσκευή αυτή μπορεί να πωληθεί μόνο από γιατρό ή κατόπιν
συνταγής του.

**Διανομεας: JOHNSON & JOHNSON HELLAS**
**ΙΑΤΡΙΚΑ ΠΡΟΪΟΝΤΑ**
Αιγιάλειας & Επιδαύρου 4, Μαρούσι
Τ.Κ. 191 25, ΑΘΗΝΑ.

36

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875491

 Sistema con Nastro vaginale senza tensione (TVT) – Istruzioni per l'uso

**Dispositivo TVT monouso**
**Introduttore poliuso per dispositivo TVT**
**Guida rigida poliuso per catetere TVT**

Si prega di leggere attentamente tutte le istruzioni per garantire e comprendere tutte le funzioni ed evitare qualsiasi lesione alla paziente.

**Importante:**

Questo foglio illustrativo ed il suo scopo è fornire le istruzioni per l'uso del sistema con nastro vaginale senza tensione, dell'introduttore poliuso e della guida rigida poliuso per catetere. Non rappresenta una guida riguardante alla tecnica chirurgica da usare, per correggere l'incontinenza urinaria da sforzo. Il dispositivo deve essere usato solamente da medici qualificati nel trattamento chirurgico dell'incontinenza urinaria da stress previo un adeguato addestramento sulle modalità di impiego del TVT. Queste istruzioni sono raccomandate per l'uso generale del dispositivo, in particolare con linee guida per le modalità di adozione e dell'uso pratico dello stesso.

**DESCRIZIONE** (Sistema)

Il sistema TVT è composto da:
- Dispositivo monouso TVT; contiene uno
- colposuspensione o spirale
- introduttore poliuso TVT; fornito in una
- confezione singola
- Guida rigida per catetere poliuso TVT; fornita non sterile, confezione singola

**DISPOSITIVI TVT**

Il dispositivo TVT è un dispositivo monouso formato da un nastro in rete in polipropilene (PROLENE) con cuscino e apertura connesso alle due estremità di dimensioni di circa 11 x 45 cm, coperto da una guaina di plastica fogliata a compressione al centro o formata da due aghi in acciaio inossidabile di quasi uguale grandezza collegati al nastro.

Il nastro in polipropilene (PROLENE) è costituito da filamenti di rete in polipropilene intreccio; resiste e mantiene le comparabili identiche qualità e struttura di un impianto non assorbibile in polipropilene PROLENE. Il nastro ha una dimensione di circa 0,7 mm. Uno studio sulla applicazione clinica, ha dimostrato la ridotta reazione tissutale, in applicazioni cliniche. Al momento, la provata integrità indispensabile. Il nastro in PROLENE è lavorato con un processo che collega i nodi. Le biocompatibilità del nastro in rete e cuscino confermano e minimizzano i diffondenti nei filamenti fluidi corporei. Questo prodotto inoltre in forma intatta conferma che non è stato in quantità ridotte ed è sicuro.

**INTRODUTTORE TVT**

L'introduttore TVT, è riutilizzabile ed è manico del manico non estraibile e compatto. Il due pezzi un manico ed asta, anch'esse utilizzabile. L'introduttore si inserisce nell'ansa del nastro di passaggio dei dispositivo TVT. Alla copertura di plastica oretta, copre e guida e fissarsi al posizionamento dell'angolo retto dell'agitatore e forza retta (tipo e) la fessura.

**GUIDA RIGIDA PER CATETERE**

La guida rigida per catetere TVT è stata realizzata sullo poliuso. Se appropriato inserimento liberale nell'uretra o tra le vescica durante la scelta di inserimento nell'uretra tra le vescica. La scelta può essere obbligatoria per evitarla. La pulizia è raccomandata. Inoltre il suo inserimento contro la testa le sollecitazioni attraverso rende la fissazione appropriato nel suo percorso. Si deve inoltre dei cateteri previsti.

**INDICAZIONI**

Il dispositivo TVT è stato indicato a fornire un sostegno l'uretra con l'intenzione al corretto trattamento dell'incontinenza.

187

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875492

ISTRUZIONI PER L'USO

[text illegible due to image degradation]

188

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875493

**CONTROINDICAZIONI**

**AVVERTENZE E PRECAUZIONI**

189

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

**EFFETTI INDESIDERATI**

- [text illegible]
- [text illegible]
- [text illegible]
- [text illegible]

**PROPRIETA**

[text illegible]

**ISTRUZIONI PER LA PULIZIA DEGLI STRUMENTI (VT) POLIUSO**

[text illegible]

1. [text illegible]
2. [text illegible]
3. [text illegible]
4. [text illegible]

Metodo automatico

1. [text illegible]
   - Ciclo lavaggio e risciacquo in acqua fredda – 1 minuto
   - Lavaggio, 93° C – 13 minuti
   - Ciclo di risciacquo – 1 minuto
   - Ciclo di risciacquo – 12 minuti
   - Risciacquo finale – 2 minuti
   - Risciacquo con acqua demineralizzata 93° C – 2 minuti
   - Asciugatura 90° C – 3 minuti

**RACCOMANDAZIONI PER LA STERILIZZAZIONE DEGLI STRUMENTI POLIUSO**

[text illegible]

40

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875495

MANUTENZIONE DEGLI STRUMENTI

CONFEZIONE

CONSERVAZIONE

Prodotto da:

ETHICON SARL
Rue au Pont Goeter 20, CH-2000
Neuchâtel, Switzerland

Distribuito in Italia da:

ETHICON S.p.a.
Via del mare 58
00040 Pomezia - Roma

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875496

 **Spanning-vrij vaginaal tapesysteem (TVT) – Gebruiksaanwijzing**

**TVT bandje voor éénmalig gebruik**
**TVT raadbaar inbrenghandvat**
**TVT raadbaar cotheterveaierder**

...als referentie catalogusnummer naar het artikel.

Het indicatie van deze handneticse patiese, behoren tot zeerling van het tumoren en belevulgh.Inblemen in kleed result zijn.

**Indicaties:**
Deze bijfunctie is bedoeld als indicatie functie per te met het gebruik van het TVT Tardior type Vaginaal Tapesysteem in badge als of het combinet voor éénmatig gebruik, ten genoelde behenghandvat en de raadbaar abtretyssader. Het is aan te bevelen als referentie voor de chirurgische techniek voor het corrigeren van stress urine-incontinente (SUI).

Het toepareem dient alechts gebruikt te worden door een arts die geertond is in de chirurgische behandeling van stress urine-incontinente en in het bijzonder in het toplaarsten van het TVT systeem. Deze instructies worden aanbevolen aan het steygeentrjek als voor het corrigeren.

In faucen aa Inbres in be opbindi vuskiaan slij quelifiche woorden envraga persoonlijke schriskten en de anatomie van individuele patienten.

**BESCHRIJVING (systeem)**
TVT bestaat uit de volgende onderdelen:
  TVT bandje voor éénmalig gebruik, steriel galivnol
  (spiel terksriggbruik)
  TVT raadbaar inbrenghandvat, met steriel gelevud
  (spiel cakitijzbn te)
  TVT raadbaar cotheterveaieker, niet steriel gelevud
  (spiel terksriggbuirr)

**TVT BANDJE**
Het TVT bandje is een steriel materiaal voor éénmalig gebruik, bestaande uit voorverde de blauwe PROLENE polyprylene Knet, Geloo raadre, Nando's PROGLENE polyprylene de onalhra continets. Cl a " Son.de blokd (spiel ten planke of het met elastische inomning non-absorptie of het minimum tout cacbol rensistence acaming et belyzeldende date pl ith blog raon het des ter ter cuhobel repoens hl.

PROLENE polyprypelen stich kompress pol tot intiore to fit itais niet een geloo edcoole polysong het saachese vente vie de sarnavolstog elastitch seelise a gebroid zomeh in PROLENE polyprylene'e vervolschebbe seehb so in psychatch bor er vitos Gevean aceman 15 sayolsb. Inis ga vonst hi5tt tat ehp arbischl begystmet sterbs le water sal niet ranarel et ser dat het bl jstlictah gebinecorje toe le smat te begen ett b) bulebl, PROLENE'reph seeml tre toold net sp solt, a to co i pa ses set 15-30e kompuse het sanh de verels polselia niet sterbd te sondig Ameia sweelsoar telul table fitinlizten of zolge a sarnelobh acotth. Deze apraus gesen buesrechlisteps adelgibt wrat atighattte speshjle am al- creb Himde scoomz drub die in het Blablyn worder opbevamden.

**TVT INBRENGHANDVAT**
Het TVT bunde to toedil wordi's le biaerfed gakecs ther schid vaigem pals dl wons. Het Inbreng henclet Inigaa peel ata nacivily stan. Het begain pl rites un de behit zaufgakelel en atoi ques tacebecbv schach oce semmelf tool. Het inbrenghandvat is bedoeld om ado doorma lat van het TVT nandre semild de vacint nas de abdominale wand te toegaanlaloe het. Aveermea di requd met het TVT bereg wordt ngeroeld a vesip oms welkam aan het inbreng-handwis, bevestigd ein de abzuchtsmad te seveharb.

**TVT CATHETERVOERDER**
De TVT catheterveorder is aan minlegad tasbn con con com prograe hoor het kan worder en dal bedoeld is en onderstends de Minglische ligatoter el dat theesm von de anchus et dle Bala van de vanchan se se vergensial helbben. De outleocoerder wordt in een Foerswa bor-

ter (jaarbeurs) en zoals 18 Interne mobiliteit die onverkregen, zl. de andere in de huisvesterij gepoort de. Dit feit in straggen de volgen ne belgkens, bij geef, zijn lijge chbel, werkst, ach /ubl.

**INDICATIES**

Het TVT Tom; e. k barbeel met zebruikt te monster a weer platsucphogen volgie, spen de belanchelijte sen olielo, vrist-inctij handels (SUI), oren echte-feroer thereulie hij vermoesn, alsgrootje v. et hypochmobiliteit eraux cone indrmatie afgeslecht-ireste, ben. TVT cothangangmbrin en ce TVT, vot oplessordez den spans venig, getie ap ach bodteell van de plaatsing het bn, TVT berufje te vorgesteklgdijken.

**GEBRUIKSAANWIJZING**

De patiet is plest in een liho teny-positie te simplen geble, bij ta en mi em haspi het a prober dan 6 jt/aven alerni te worden tenvoamene. De broecctan alorl onder plaatsi jike ceronving engestoned te iroden, maart ken onk onder aljechte verductrug geduat worden. De blanconta Heul jung be snichtheid d.v.a. een kleine te Fraschi a la bui slernprde tetaklitij v. er d; vterm osend am ce mede bij het intnenven n het TVT band je a plaanen en avez kleine huicmeales erpuap shactij.

Isdna kam froepp em de vegaun uad t mu leia; te bren van de urulner voorge pokket, Ve ce mot pcheuk ven aan klonaudgtul ene systémal munonatrom in v. gava in com blkys-ig begi van op co gan op de bsvn ne muleual; mon n-

Doze toseth leon over ut culrloks s gotreut vate de un kurde kunst em mak het moargijk en vervelgma hel borrgir, a lengjer, klmd, out j. Shaek van condlexeocco van solans o an kliet gaat, colaid disecfur p ut v.ogocen IVS zaty gabet de l p con ditjaell-sperci ptore v a base Sireshas t (rachtele has weden flesmin und mno licraim y mrls = t reujr dy udasancrous shol gesnt yt, afo a maza. Uan y el boysvaldetbij, cat ben in de nyadyse en on sen rchod ud mor en nidmal t Steral, sr a to v a nem ein. De patiste cam aut a lad tet de donorcen aam ce mand stablij en aidelbt a er visit achneetriat s rums a exnjat tettaig) th coer an-en injta-caté n a neua tezma a nu-ni bajte limon el t a hmudz riffrons van n hel bent.

De TVT nalustervscoda w suhl t ce Palypcpur tete fcft j te uslis al 1 1 ht boniten aan ti a vfiletovecs der fetevch stch uniarste de antorne, pliscate a ra m ca egvpsg, De rut u tenema do a tabln diel err ze mylie er ce blds d a de natkma wet ti sfon van de prek serra p en p uate a muflt u de ubume suisch tei n hbler ween, ab ht nwd a to ver Uit o t len peltodi, so u de l o yuse thenn et de ru lan tet ar stovis, atte nen filorer p et har loun at t mennitmn abstij-flarsten var i de a abl orrorj g sutaste De Klaas Lum Inge, te alje gedurende drze aursentiez, Het uisnide tral schectritnaud v m den bronungmuntad word, im sul urtend; van cen ven ne auldden geschaal t.

Getruchiren hegtnegh; acs; u ca don, ald giannorubrud m te brengen niteinlen ueg g-dnjie dbdlujaun; ase sj gernaneza the Jrand ss en iie danggong evet en onm e cpin uit rerol s uestien sl u- de wijze al rukkle vinegerle verfasik, tet et anem onder de insihh in de sujenate word su deecklije knm, tm deze vingeren voatmice op de bekkanment. Het pabogen gedrukt vas ub maaid moen th do polen van do "vagmata", hmd meam nle italusitanahg bom breekm nh noound du de Zotechem gebralk ard wenders ookfen, neden van der naled, Falt be handwia van hat jebongbandvon zra; de melero hond vonp-zelmjt box, Bernd de madokt mi m achrar de s-thamamot, Lai tr angolade opaldt di, met de gasven de vvuscols Jand tocn woedan reddan yet af de aocrutg huderal d n, Lac uan vings-il pum nc Na pa vereia- tnat let atepy pi dhill itupat a tethu df de st-ambul tansverd, k tandor ti, Ecm de tip van de mult omral tthljk m do richana ver de vodemin denuddelljn ut tivw hot feranai van hat intouppomyim ordegwodat dely a mo le nud koerder conrihtru om het achaanbeen truht. Berttge de natblp zu tunbose maz de abdotcunue fonise velstbyabedh pontud velst gabrudar unt ach nchuesden, Wanteen ce cutlehp-da shleanustu cretw hadt teyzll j wolah cyervehgye al sturuben genedthecs j de blant inset a ug, ht m ocen ut te contrcyulasen tu spen gsj galagp yruha; Pacipendn de uste veltir zal ch unlinje tij d tela t l. De unideteendser daraut cu nontpomd les, aat nd bo tulje scrfb Seenaldeo by en a see voden stpatmocp urple het ssbbersusudalde van de, mellen miegetera a Kris las te trup slentrljuta du blen af, Darriguut nja noedoman hat tuque fwahl het uymennifes fpshod.

43

[illegible paragraph]

## CONTRA-INDICATIES

Zoals bij elke suspensie behandeling dient deze ingreep niet te worden uitgevoerd bij zwangere patiënten. Daar de PROLENE® polypropyleen mesh niet wordt geresorbeerd [illegible] bij patiënten die nog in de groei zijn, moet [illegible]

## WAARSCHUWINGEN EN VOORZORGSMAATREGELEN

Fas de TVT procedure niet bij patiënten die behandeld worden met [illegible].

Fas de TVT procedure niet bij patiënten met een transvaginale ingreep.

- [illegible bulleted items]

44

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875499

- In het geval dat er zich tijdens, blootstelling aan deze procedures verandert, wordt dit product gecombineerd en onmiddellijk ste- ril opnieuw voor de reiniging.
- Alle chirurgische instrumenten dienen vóór het eerste gebruik en gebruik steeds gasgesteriliseerd worden. Het instrument dient gebruikt te worden door competente bekwaamheid dienen niet geschikte worden en dienen aangewijzen te worden.
- Verwijdering van chirurgische gesteriliseerde procedures. Laat de gesteriliseerde producten op maat van de TV Verpoorten. Om dit mogelijk te verwijderen, volgen is er van het handige verpakkingsvrij onder het moeilijkheden van beschermen aan te zorgen.
- Het TVT heeft niet alle opnieuw gesteriliseerd worden. Goorpersen met behulp van de houten stoten aangeven aan worden.

TOEPASSINGEN

- Parstil van altoroticus in bloedruist, aterieren, de blase of de ingewanden kunnen alsook voorkomen tijdens het inbrengen van de naald. Dit moet overland opnieuw verholpen worden.
- Er kan zich een voorbijgaande plaat bij het instrument op de plek waar er door het voorkomen en te laat een voorbijgaande maatte oprotrolende markeringsmethoden. Door zijde namen maatroavijdend, soms te moeilijkheden van erfatuur mocht gelijk kunnen hebben.
- Gaat het geval is van alle stomale vooroorgen kan PROLENE mesh een betroude minste verwijderen. Het plakt en het stel waarmate de PROLENE mesh aanvankelijk is bekleed, te onsweepen om het nakte op handgang te veen lastimaten te bespoken.
- Teit erosie week gevolg is van, de rise, ook de projectie van het opnieuw gelaarbd wordt. Kunt de geluk af geusteren te gebruik en te kunnen gaan en een misschien verwikkelen.

WERKING

Over het opnieuw het wege van het gebruik met hypotonie van PROLENE mesh en een talk kunt maatregingen ande bedreveloste voor reinigen, welke van nog bijgaande niet en gangbijwijk van con afscheiden en een slacht inmede bij was het glasloste de naad van bij met goede uitsteken en te uitsteken bij ongebruid sensibel opbouw. Het in het tal van het erin getreed hebben met niet onder beroepen, of niet met het voorschikt bij voor de werking van maatkan te staten.

INSTRUCTIES VOOR REINIGING VAN DE REUSABLE INSTRUMENTEN

(TVT inbrenghulpmiddelen en TVT katheterdoorleider)
Om de handmatige werking van het TVT inbrenghuisdule en de TVT katheter gereder te gaundteren, moet het instrument voor het eerste gebruik en na elke procedure schoon gemaakt worden. De onderstaande handvatten kan gebruikt alsoms methoden schoon is te besuwen van het nog gang van het instrumenten.

Voor verduidelijken dat patrouwelen, moeten te twee materialen van het TVT inbrenghuisdule handmatige schoon met schoonthuisd waterbehandeling geschieden. Het is benghdelijke wordt dat er het reiniger en voor het steriliseren voor in olikue geen.

Handmatige methode

1. De onderdelen van het instrument laten worden in een stortvloeikunde vloeibaarmiddel dat geschikt is voor weereuig afdoeninringmethen.
2. Wanneer al reiniging van daterentie reinging van schoonemligmiddeld met een temperatuur van 35° C tot 35° C. Doorande voorzieningen door het reinigingset of waster te waarten met behulp van een eerste wordel verwijderd worden.
3. De onderdelen van het instrument organgeset 10 minuten in een afzonderlijk reinigings-daling uitgebreting plaatsen en bij gebruik van een afzonderlijk reinigings-meten de reinigingservice-ste.
4. Gevolg, de gelex en reinigsserotandt in maatseen en een afzonderlijk door, Om vlöelstorf met het afhandt verkregen als met het instrumende naar het instrument betrokken werden.

-46-

**Automatische methode:**
- Volgen dient overeenkomstig de van toepassing zijnde voorschriften en richtlijnen en de handleiding van de desinfector te worden uitgevoerd.
- Spoelen: gedeïoniseerd water: 1 minuut
- Wassen: 93° C 12 minuten
- Sterilisatie: 12 minuten
- Spoel programma: 12 minuten
- Laatste spoeling: 3 minuten
- Spoelen met gedemineraliseerd water op 93° C 3 minuten
- Drogen op 93° C 10 minuten

## AANBEVELINGEN VOOR STERILISATIE VAN DE HERBRUIKBARE INSTRUMENTEN

(TVT Inbrenghulpen) en de TVT catheter connector.
Het (TVT inbrenghulp) instrument en de TVT catheterconnector worden automatisch gereinigd. Zij moeten nadien voorzichtig gedroogd en in een autoclaaf gesteriliseerd worden. De meest gebruikte voorwaarden om een autoclaaf sterilisatie op te bouwen bij een temperatuur van 132° C tot 137° C. De voorkeursmethode voor sterilisatie van het herbruikbare product is gevalideerd voor een sterilisatieproces gebaseerd op vacuüm en verzadigde stoom als basis. In de autoclaaf.

## ONDERHOUD VAN HET INSTRUMENT
- TVT inbrenghulpen:
  Het schoonhouden van de instrumenten voor elk gebruik.
- TVT catheterconnector:
  Het onderhoud respecteren voor elk gebruik. Controleer of het instrument na elk gebruik schoon is. Geef gebruiks- en reinigingsprocedures door volgens de in de handleiding.

## LEVERING
Het TVT band systeem is verkrijgbaar (als) steriel. De verpakking is gesloten. Niet opnieuw steriliseren. Niet gebruiken als de verpakking beschadigd is. Geproduceerd om steriel en niet toxisch te zijn.

Controleer voor het gebruik de TVT verpakking of deze niet beschadigd is. Steriel verpakt, niet gebruiken indien de verpakking beschadigd is.

## OPSLAG
Deze besproken voorbereidingen van (opberging) het TVT mechanism (verpakking) koel en droog bewaren. Bij opslagtemperatuur onder de 25° C. geen blootstelling aan vocht of directe zon. Niet gebruiken na de vervaldatum. Afhankelijk van de bewaring, ter voorkoming van de UV, mag dit instrument afgeschermd droog en op voorschrift van een arts worden verkocht.

Distributeur:
Johnson & Johnson Medical BV
Computerweg 14
3821 AB Amersfoort
Nederland

Johnson & Johnson Medical N.V.
Eikelenbergstraat 20
1700 Dilbeek
België

46

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875501

 **Sistema de Faixa Vaginal sem Tensão (TVT) – Instruções de Uso**

**Dispositivo TVT — Uso único**
**Introdutor TVT — Reutilizável**
**Guia rígido de cateter TVT — Reutilizável**

Ler atentamente todas as informações.
O não cumprimento das instruções poderá causar a fragmentação da faixa, deixando pedaços na paciente.

**IMPORTANTE**

[illegible body text]

**DESCRIÇÃO (Warning)**

O TVT é composto pelo seguinte:
Dispositivo TVT de uso único, fornecido esterilizado (disponível em separado)
Introdutor TVT (reutilizável, fornecido não esterilizado (disponível em separado)
Guia rígido de cateter TVT (reutilizável, fornecido não esterilizado (disponível em separado)

**DISPOSITIVO TVT**

[illegible body text with reference to PROLENE]

**INTRODUTOR TVT**

[illegible body text]

**GUIA RÍGIDO DE CATETER TVT**

[illegible body text]

**INDICAÇÕES**

[illegible body text]

47

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875502

**CONTRA-INDICAÇÕES**

[text illegible]

**ADVERTÊNCIAS E PRECAUÇÕES**

- Não usar o procedimento TVT em pacientes submetidos a terapia anti-coagulante.
- Não usar o procedimento TVT em pacientes que sofrem de alguma infecção das vias urinárias.
- [remaining bullet points illegible]

49

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875504

**REACÇÕES ADVERSAS**

- Podem ocorrer reacções sobre as suturas de que se tem conhecimento...
- Pode ocorrer uma infecção transitória local de qualquer material...
- Ocorreu uma extrusão da malha de corpo estranho...
  PROLENE poderá agir de uma...
  de plástico que deve estabelecer-se sob PROLENE tem a...
  nulidade de reduzir a mínimo o efeito de esfacelo tec...
- Uma sutura já colocada não é a agitação de formação...
  local de tal fim, pode ocorrer uma observação transitória em...
  parte no de suturas de tecido final novo.

**ACTUAÇÃO**

Os dados em animais revelam que a implantação de PROLENE... provoca reacção que inflamação, embora resolvendo-se qual internalizar-se seguida, da deposição da mais fina, camada de tecido fibroso... apoi ocorrer os anexos das interações...

**INSTRUÇÕES PARA A LIMPEZA DOS
INSTRUMENTOS REUTILIZÁVEIS**

(Introdutor TVT e guia rígido de catéter TVT)

Faça-se com a fiabilidade e a funcionalidade de superfícies TVT... a de rigidez de catéter TVT... como ser lançados antes de sua utilização é hábito de tecidos peca á evento. Segue-se o método...

**Método manual**

1. Vergar-la em enxaguar em água morna após cada uso... da limpeza, um endurecer-se apropriado, para o esvaziamento do... ripo utilizável.
2. Lavar com detergente cirúrgico e após enxaguar em água...
3. Colocar-se com pressão de limpeza morna e ao mínimo qual...
4. Enxaguar em água doce e secar com panos...
   Os componentes do instrumento poderá ser mudado após uma lubrificar-se adequada para instrumentos deste tipo.

**Método automático**

1. Os ciclos de lavagem automática são recomendados para o... menos de aço inoxidável. Um ciclo de lavagem se recomenda é o seguinte:
   - Ciclo de enxaguadura água fria — 1 minuto
   - Lavagem 80° C — 12 minutos
   - Ciclo de enxaguadura — 1 minuto
   - Ciclo de enxaguadura — 12 minutos
   - Enxaguar em água — 2 minutos
   - Enxaguar em água doce quente 80° (?) — 2 minutos
   - Secagem a 82° — 10 minutos

**RECOMENDAÇÕES PARA A ESTERILIZAÇÃO
DE INSTRUMENTOS REUTILIZÁVEIS**

(Introdutor TVT e guia rígido de catéter TVT)

O método de o guia rígido de catéter TVT são fornecidos não-esterilizados...

50

**HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875505

**MANUTENÇÃO DOS INSTRUMENTOS**

- Instrumento TVT

Após de cada utilização, esterilizar o instrumento de acordo do padrão da instituição.

- Guia auxiliar do cateter TVT

Antes de cada utilização, inspecionar o instrumento. Assegurar-se de que não existe danos e que o ajuste funciona e qual é correto e das instruções operatórias, rever legenda.

**APRESENTAÇÃO**

O dispositivo TVT é fornecido esterilizado (óxido de etileno), para uma única utilização. Não reesterilize. Não utilizar se a embalagem estiver aberta ou danificada. Descartar os dispositivos óxidos, que tenha sido utilizados uma vez.

Os cateteres reutilizáveis (inclusive TVT e guia auxiliar do cateter TVT) são fornecidos em separado e não estão esterilizadas. Estes aparelhos devem ser com limpo e esterilizado antes de cada utilização do modo descrito anteriormente.

**ARMAZENAMENTO**

As condições de armazenamento recomendada para o dispositivo TVT deverão ser: Temperatura inferior a 25°C em local seco e limpo. O produto não afeta da prazo de validade.

Atenção: A lei federal dos Estados Unidos só permite a venda deste dispositivo a médico ou sob receita destes.

**Distribuído por:**
**JOHNSON & JOHNSON Produtos Profissionais**

Divisão
Estr. Consiglieri Pedroso, No. 69-A
Queluz de Baixo
2745-555 BARCARENA

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875506



**Tension-free Vaginal Tape (TVT) System –**
**Spänningsfritt TVT Inkontinensband**
**Bruksanvisning**

TVT-nålar med inkontinensband för engångsbruk
TVT handtag för flergångsbruk
TVT kateterguide för flergångsbruk

**Läs all information noggrant**

**Viktigt:**

**BESKRIVNING** (system)

**TVT NÅLAR MED INKONTINENSBAND**

**TVT HANDTAG**

**TVT KATETERGUIDE**

**INDIKATIONER**

52

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00875507

## BRUKSANVISNING

Patienten ska placeras i litotomiposition med höftflexion ej överstigande 60 grader. Ingreppet kan utföras i lokal bedövning, men kan också utföras i regional- eller allmän anestesi. Generellt sett [illegible] med en liten [illegible] dissektion för att underlätta passage och två suprapubiska incisioner.

Lägg in en vagina[illegible]. Tömning av blåsan [illegible]. Använd en liten skalpell och gör en sagittal incision på cirka 1,5 cm med början cirka 1,0 cm ovan meatus externus.

Denna incision täcker det mellersta uretraområdet och möjliggör senare passage av inkontinensbandet. Använd en liten, trubbig sax och gör två små parauretrala dissektioner (ca 0,5 cm), så att nålspetsen kan föras in i de parauretrala dissektionerna. Gör därefter två suprapubiska hudincisioner på 0,5–1 cm på vardera sidan om mittlinjen, strax ovan symfysen, högst 4–5 cm från varandra. Incisionernas placering är viktig, liksom att nålen passerar nära mittlinjen och tätt bakom os pubis så att anatomiska strukturer i ljumskområdet och i laterala bäckenväggar undviks.

Kateterguiden sätts in i kanalen på Foleykatetern (18 French). Guidens handtag skall fästas runt katetern proximalt om dess utvidgning. Guidens syfte är att både under blåsan och uretra föras åt sidan där nålspetsen skall passera in i det retropubiska utrymmet. Med hjälp av Foleykatetern och kateterguiden flyttas uretra och blåsan till motsatt sida om den där nålen passerar. Under den manövern skall **blåsan vara tom.** Handtaget gängas sedan och skruvas på änden på en av nålarna.

Med hjälp av handtaget förs nålen parauretralt och genom diafragma urogenitale. Införandet och passagen kontrolleras med lång- eller pekfingret i vagina under vaginalväggen på samma sida och med fingertoppskontroll mot bäckenkanten. Nålens bågade del skall vila i **handflatan på** "högra" handen. Om du är högerhänt, betyder det att [illegible].

Tänk **något** [illegible] med under handen. När nålspetsen [illegible] genom [illegible] bukväggen [illegible] skall göras med kontroll på den "andra" handen och med nålspetsen [illegible]. Sedan [illegible] genom [illegible] presenteras [illegible]. Rikta handtaget med nålspetsen mot [illegible] och [illegible] så att nålen [illegible] passerar [illegible] och hudincisionen [illegible] på [illegible] sida.

När nålspetsen har förts genom bukväggen görs en cystoskopi för att kontrollera att blåsan är intakt. Blåsan måste tömmas efter den första cystoskopin. Därefter upprepas proceduren på motsatta sidan. Nålarna dras sedan uppåt, så att bandet ligger löst, dvs. utan spänning, under uretras mellersta del. Klipp av bandet nära nålarna. Justera bandet så att läckaget är reducerat till endast en eller några droppar vid påverkan av stress. Feedback från patienten fås genom att hon uppmanas hosta med full blåsa (ca 300 ml); under hostprovet skall vaginalincisionen hållas temporärt genom ett försiktigt grepp med en liten pincett. Därefter avlägsnas plasthöljet från bandet. **För att undvika att inkontinensbandet översträcks bör ett trubbigt instrument (sax eller pincett) placeras mellan uretra och bandet under denna manöver.** Om plasthöljet avlägsnas för tidigt kan senare justering försvåras. När bandet är korrekt justerat sluts vaginalincisionen. Bandändarna klipps sedan av strax under huden och lämnas i subcutis. De skall ej suturreras. Suturera hudincisionerna. Töm blåsan. Efter detta ingrepp är postoperativ kateterisering normalt inte nödvändig. Patienten skall uppmanas att försöka tömma blåsan 2–3 timmar efter operationen.

## KONTRAINDIKATIONER

Liksom för andra inkontinensoperationer gäller att ingreppet ej skall utföras på gravida patienter. Dessutom måste kirurgen tänka på att eftersom PROLENE® bandet inte töjs ut i någon nämnvärd grad skall TVT-tekniken ej användas till patienter som har framtida växt, vilket inkluderar kvinnor med framtida planer på graviditet.

## VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER

- **Använd ej TVT proceduren på patienter som medicineras med antikoagulantia.**
- **Använd ej TVT proceduren på patienter som har pågående urinvägsinfektion.**

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY ETH.MESH.00875508

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875509

**REKOMMENDATIONER FÖR RENGÖRING AV FLERGÅNGS INSTRUMENT**

(TVT införing och TVT återinföring)

*[text illegible]*

**Manuell metod**

1. *[illegible]*
2. *[illegible]*
3. *[illegible]*
4. *[illegible]*

**Automatisk metod**

1. *[illegible]*
- *[illegible]*
- *[illegible]*
- *[illegible]*
- *[illegible]*
- *[illegible]*
- *[illegible]*

**STERILISERINGSREKOMMENDATIONER FÖR FLERGÅNGSINSTRUMENT**

(TVT införing och TVT återinföring)

*[text illegible]*

**INSPEKTION UNDERHÅLL**

- TVT handtagen
- *[illegible]*
- TVT kateterguide
- *[illegible]*

**STERILITET**

*[text illegible]*

**FÖRVARING**

*[text illegible]*

Distribueras av:
**JOHNSON & JOHNSON AB**
*[illegible] Sollentuna*



HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875511



HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY





HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875514

This page has been left blank intentionally.

60

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875515

This page has been left blank intentionally.

6·

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875516

This page has been left blank intentionally.

62

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875517

This page has been left blank intentionally.

63

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875518



54

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00875519

# GYNECARE TVT™
## Obturator System
**Tension-free Support for Incontinence**

GYNECARE TVT™ obturatorsystem
**Spændingsfri støtte til inkontinens**

GYNECARE TVT™ obturatorsysteem
**Spanningsvrij steunbandje tegen incontinentie**

GYNECARE TVT™ -obturaattorijärjestelmä
**Jännityksetön tuki inkontinenssin hoitoon**

Système obturateur GYNECARE TVT™
**Dispositif sans tension contre les incontinences**

GYNECARE TVT™ Obturatorsystem
**Spannungsfreie Unterstützung bei Inkontinenz**

Sistema otturatorio GYNECARE TVT™
**Dispositivo tension-free per l'incontinenza**

Sistema obturador GYNECARE TVT™
**Apoio sem tensão para incontinência**

Sistema obturador GYNECARE TVT™
**Protector sin tensión para la incontinencia**

GYNECARE TVT™ obturatoriabandsystem
**Tensionsfritt stöd för behandling av inkontinens**

Σύστημα επιπωματικού GYNECARE TVT™
**Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση**



EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

*Manufactured for:*

**GYNECARE**
WORLDWIDE
A division of ETHICON, INC.
a Johnson & Johnson company
Somerville, New Jersey 08876-0151

CE 0086
Made in Switzerland

© Ethicon, Inc. 2005

P18070/E
STATUS: 02/2010
LAB0010875.2

EXHIBIT D

**ETH.MESH.02340902**

ENGLISH

**GYNECARE TVT™** Obturator System
**Tension-free Support for Incontinence**

**GYNECARE TVT Obturator Device,**
**Sterile Single Use**

**GYNECARE TVT Obturator Helical Passers,**
**Sterile Single Use**

**GYNECARE TVT Obturator Atraumatic Winged Guide,**
**Sterile Single Use**

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the device and may lead to injury.

**Important:**
This package insert is designed to provide instructions for use of the GYNECARE TVT™ Obturator System, including the GYNECARE TVT Obturator device, Helical Passers and Atraumatic Winged Guide. It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence). The device should be used only by physicians trained in the surgical treatment of stress urinary incontinence and specifically in implanting the GYNECARE TVT Obturator device. These instructions are intended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION**
The GYNECARE TVT Obturator System is a sterile, single patient use procedure kit consisting of:

**GYNECARE TVT Obturator device**
The GYNECARE TVT Obturator device is a sterile, single patient use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Color index Number 74160) PROLENE™ polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm) covered by a plastic sheath overlapping in the middle. Plastic tube receptacles are attached at each end. PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE polypropylene non-absorbable surgical suture. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is knitted by a process that interlinks each fiber junction and that provides elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

**GYNECARE TVT Helical Passers**
The GYNECARE TVT Helical Passers are two stainless steel, curved wire passers with plastic handles that are designed to deliver the GYNECARE TVT Obturator device. Helical Passers are provided as left and right units, pre-assembled to the GYNECARE TVT Obturator device. The Helical Passer MUST not be bent or deformed in any way.

**GYNECARE TVT Atraumatic Winged Guide**
The GYNECARE TVT Atraumatic Winged Guide is a stainless steel accessory instrument, which facilitates the passage of the GYNECARE TVT Helical Passers through the dissection tract.

**INDICATIONS**
The GYNECARE TVT Obturator device is intended to be used in women as a sub-urethral sling for the treatment of stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency.

**INSTRUCTIONS FOR USE**
**(Note: hand positions shown in illustrations may vary)**
1.  Place the patient in the dorsal lithotomy position with the hips hyperflexed over the abdomen. The buttocks should be positioned flush with the edge of the table.

2.  The procedure can be carried out under local, regional or general anesthesia.

3.  If desired, retract the labia to provide additional exposure.

4.  Insert a urethral catheter into the bladder and empty the bladder.

5.  Mark the exit points of the plastic tubes by tracing a horizontal line at the level of the urethral meatus, and a second line parallel and 2 cm above the first line. Locate the exit points on this line, 2 cm lateral to the folds of the thigh (the skin may be flattened by stretching). Mark the exit points, alternatively a 5–10 mm incision may be made at each exit point or at a later stage of the procedure. *(See Figure 1)*

ETH.MESH.02340903



**FIG. 1**

6.  Using Allis clamps for traction, make a 1 cm midline incision in the vaginal mucosa starting 1 cm proximal to the urethral meatus.

    *(Note: It is suggested that the device insertion be completed on one side before beginning dissection of the second side.)*

    After initiating sharp dissection, continue by using a "push-spread technique", to perform blunt dissection preferably using pointed, curved scissors. The path of the lateral dissection should be oriented at a 45° angle from the midline, with the scissors oriented on the horizontal plane *(See Figure 2)*. Continue dissection towards the junction between the body of the pubic bones and the inferior pubic ramus. *(See Figure 2)*



**FIG. 2**

    When the junction between the body of the pubic bones and the inferior pubic ramus is reached, perforate the obturator membrane. A loss of resistance can be felt when the membrane is perforated. The channel should be approximately 5–7 mm in diameter and no deeper than 5 cm. Dissection beyond 5 cm may allow unintended entry into the Space of Retzius. If the bone is not reached after dissecting 5 cm, re-evaluate that the angle of dissection is correct.

7.  Remove the internal package workstation from the external package. Then remove the GYNECARE TVT Winged Guide from the package workstation. *(See Figure 3)*



**FIG. 3**

8.  Insert the GYNECARE TVT Winged Guide into the dissected tract until it passes the inferior pubic ramus and enters the opening previously made in the obturator membrane. Loss of resistance can be felt as the Winged Guide passes through the obturator membrane.

    If difficulty is encountered during insertion of the guide, reconfirm the direction of the tract with the scissors.

    *(Note: The open side of the guide must be facing the surgeon. The bendable tab can be bent to increase the length of the guide if needed. See Figure 5.)*

3

ETH.MESH.02340904

9. Remove the GYNECARE TVT Helical Passers/Device Assembly and the GYNECARE TVT Obturator device assembly from the sterile pack *(See Figure 3 for components)*.

   *(Note: To ensure correct orientation of the Helical Passers and tape, verify that the GYNECARE logo and thumb indent on the plastic handle are facing the surgeon, and that the points are on the outside facing the surgeon. The Helical Passer in the surgeon's left hand must be used on the patient's right side; See Figure 4.)*



**FIG. 4**

10. Place one of the Helical Passers on the sterile drape or other suitable sterile location until needed. Assure that the tape is not twisted.

11. Insert the correct GYNECARE TVT Helical Passer into the dissected tract following the channel of the GYNECARE TVT Winged Guide. Push the device inward, traversing, and slightly passing the obturator membrane. Make sure the device handle is oriented so the straight tip of the Helical Passer is aligned with the channel in the GYNECARE TVT Winged Guide and remains in that orientation until the tip traverses the obturator membrane. *(See Figure 5)*



**FIG. 5**

12. Once in this position, remove the GYNECARE TVT Winged Guide and keep sterile for later use on the same patient.



**FIG. 6**

13. Once the GYNECARE TVT Winged Guide has been removed, rotate the handle of the Helical Passer as you simultaneously move towards the midline until the handle is vertical to the floor. *(See Figure 6)* *(Note: Never allow the handle to be oriented horizontal to the floor.)*

4

ETH.MESH.02340905



**FIG. 7**

14.  The point of the Helical Passer should exit near the previously determined exit points *(See Figure 7)*. However, slight skin manipulation may be required. If the skin incision has not been previously made, make it at the point where the tip of the Helical Passer tents the skin. When the tip of the plastic tube appears at the skin opening, grasp the pointed tip of the plastic tube with a clamp and, while stabilizing the tube near the urethra with the thumb, remove the Helical Passer by a reverse rotation of the handle. *(See Figure 8)*



**FIG. 8**

15.  Pull the plastic tube completely through the skin until the tape appears. *(See Figure 9)*



**FIG. 9**

16.  Repeat the technique on the patient's other side ensuring that the tape lies flat under the urethra. *(See Figure 10)*

     ***(Note: If a twist in the tape is discovered, ensure that the twist is not positioned under the urethra after the excess tape is pulled through.)***

5

ETH.MESH.02340906



**FIG. 10**

17. When both plastic tubes have been extracted through the skin incisions, cut the plastic tubes from the tape and plastic sheaths. Position the tape loosely e.g. without tension, and flat under the midurethra. At this stage a cough test can be performed. This allows adjustment of the tape so that only a few drops of urine are lost during the cough. *(See Figure 11)*



**FIG. 11**

When the tape is in position, remove the plastic sheath that covers the tapes. Place a blunt instrument (e.g., scissors or forceps) between the urethra and the tape during removal of the plastic sheaths, or use other suitable means during sheath removal, to avoid positioning the tape with tension.

***(Note: Premature removal of the sheath may make subsequent adjustments difficult.)***

18. Following tape adjustment close the vaginal incision. Cut the tape ends at the exit points just below the skin of the inner thigh. Close the skin incisions with suture or surgical skin adhesive.

19. Cystoscopy can be performed at the discretion of the surgeon. If cystoscopy was performed following the first passage, make sure the bladder is emptied prior to initiating passage of the second side. Post-operative indwelling catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

**CONTRAINDICATIONS**

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

**WARNINGS AND PRECAUTIONS**

• Do not use GYNECARE TVT Obturator procedure for patients who are on anti-coagulation therapy.

• Do not use GYNECARE TVT Obturator procedure for patients who have a urinary tract infection.

• Users should be familiar with surgical technique for urethral suspensions and should be adequately trained in the GYNECARE TVT Obturator procedure before employing the GYNECARE TVT Obturator device.

• Acceptable surgical practice should be followed for the GYNECARE TVT Obturator procedure as well as for the management of contaminated or infected wounds.

• The GYNECARE TVT Obturator procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to patient anatomy and correct passage of the device will minimize risks.

• Bleeding may occur post-operatively. Observe for any symptoms or signs before releasing the patient from hospital.

• Although bladder injury is unlikely to occur with this technique, cystoscopy may be performed at the discretion of the surgeon.

• Do not remove the plastic sheaths until the tape has been properly positioned.

• Ensure that the tape is placed with no tension under the mid-urethra.

• Do not perform this procedure if you think the surgical site may be infected or contaminated.

• Since no clinical information is available about pregnancy following sub-urethral sling procedure with the GYNECARE TVT Obturator System, the patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.

• Since no clinical information is available about vaginal delivery following a sub-urethral sling procedure with the GYNECARE TVT Obturator System, in case of pregnancy delivery via cesarean section should be considered.

6

ETH.MESH.02340907

- Post-operatively, the patient should be advised to refrain from heavy lifting and/or exercise (e.g., cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can usually return to other normal activity after one or two weeks.
- The patient should be instructed to contact the surgeon immediately if dysuria, bleeding or other problems occur.
- Transient leg pain lasting 24–48 hours may occur and can usually be managed with mild analgesics.
- As with other incontinence procedures, de novo detrusor instability may occur following a sub-urethral sling procedure utilizing the GYNECARE TVT Obturator System. To minimize this risk, make sure to place the tape as described above.
- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.
- Do not resterilize GYNECARE TVT Obturator device or its components. Discard opened, unused devices.
- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

**ADVERSE REACTIONS**
- Punctures or lacerations of vessels, nerves, bladder, urethra or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.
- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheaths initially covering the PROLENE mesh are designed to minimize the risk of contamination.
- Over correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

**ACTIONS**
Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue, that can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**HOW SUPPLIED**
The GYNECARE TVT Obturator System is provided sterile (ethylene oxide) for single use. Do not resterilize. Reuse of this device (or portions of this device) may create a risk of product degradation and cross-contamination, which may lead to infection or transmission of bloodborne pathogens to patients and users. Do not use if package is opened or damaged. Discard opened, unused devices.

**STORAGE**
Recommended storage conditions for the GYNECARE TVT Obturator System single use device are below 25°C, away from moisture and direct heat. Do not use after expiry date.

*CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.*

**SYMBOLS USED ON LABELING**



ETH.MESH.02340908

**DANSK**

GYNECARE TVT™ obturatorsystem
**Spændingsfri støtte til inkontinens**

### GYNECARE TVT obturatoranordning, steril, til engangsbrug

### GYNECARE TVT obturator spiralformede førere, sterile, til engangsbrug

### GYNECARE TVT obturator atraumatisk ledeskinne med vinger, steril, til engangsbrug

**Læs venligst al information omhyggeligt.**

Hvis disse anvisninger ikke følges nøje, kan det resultere i, at anordningen ikke fungerer korrekt, og medføre personskade.

**Vigtigt:**

Denne indlægsseddel er en vejledning i anvendelsen af GYNECARE TVT™ obturatorsystemet, herunder GYNECARE TVT obturatoranordningen, de spiralformede førere samt den atraumatiske ledeskinne med vinger. Det er ikke en omfattende beskrivelse af kirurgisk teknik til korrigering af SUI, "Stress Urinary Incontinence" (stressinkontinens). Anordningen bør kun anvendes af læger, der er uddannet i kirurgisk behandling af stressinkontinens og specifikt i implantering af GYNECARE TVT obturatoranordningen. Dette er beregnet som en generel anvisning. Anvendelsen kan variere ved særlige procedurer pga. individuelle teknikker og patientens anatomi.

**BESKRIVELSE**

GYNECARE TVT obturatorsystemet er et sterilt proceduresæt til engangsbrug. Sættet består af:

**GYNECARE TVT obturatoranordning**

GYNECARE TVT obturatoranordningen er en steril anordning til anvendelse på en enkelt patient. Den består af et stykke ufarvet eller blåt (Phtalocyanin-blå, farveindeksnr. 74160) PROLENE™ polypropylen-net (bånd) på ca. 1,1 cm x 45 cm, dækket af et plasthylster, der overlapper på midten. Der er fastgjort en plastslange i hver ende. PROLENE polypropylen-nettet er fremstillet af knyttede filamenter, som består af ekstruderede polypropylentråde, der har samme sammensætning som dem, der anvendes til PROLENE ikke-resorberbar kirurgisk polypropylensutur. Materialet er blevet rapporteret som værende ikke-reaktivt og i stand til at bevare styrken uendeligt i klinisk anvendelse, når det anvendes som sutur. PROLENE-nettet er knyttet vha. en proces, der sammenkæder hver enkelt fibersamling og giver elasticitet i begge retninger. Elasticiteten i to retninger gør det muligt at tilpasse det til forskellige former for belastninger i kroppen.

**GYNECARE TVT spiralformede førere**

GYNECARE TVT spiralformede førere er to buede trådførere af rustfrit stål med plasthåndtag, der er fremstillet til at indsætte GYNECARE TVT obturatoranordningen. De spiralformede førere er udstyret som venstre- og højreenheder, klargjort fra fabrikken til GYNECARE TVT obturatoranordningen. Den spiralformede fører MÅ ikke bøjes eller deformeres på nogen måde.

**GYNECARE TVT atraumatisk ledeskinne med vinger**

GYNECARE TVT atraumatisk ledeskinne med vinger er et ekstra instrument af rustfrit stål, som letter indføringen af GYNECARE TVT spiralformede førere gennem dissektionsvejen.

**INDIKATIONER**

GYNECARE TVT obturatoranordningen er beregnet som en sub-urethral slynge i behandlingen af kvindelig stressinkontinens (SUI), som følge af urethral hypermobilitet og/eller intern insufficient sphincter.

**BRUGSANVISNING**

**(Bemærk: Håndstillingerne vist på illustrationerne kan variere)**

1. Anbring patienten i lithotomi-leje med hoftefleksion over abdomen. Balderne bør anbringes plant med bordets kant.

2. Proceduren kan udføres ved lokal-, regional- eller helbedøvelse.

3. Træk om ønsket labia tilbage for at skabe bedre oversigtsforhold.

4. Indfør et urethralkateter i blæren og tøm den.

5. Afmærk plastslangenes udgangspunkter ved at tegne en vandret linje på niveau med den urethrale meatus, og en anden linje parallelt med og 2 cm over den første linje. Find udgangspunkterne på denne linje 2 cm lateralt for lårenes folder (huden kan strækkes ud). Afmærk udgangspunkterne. Alternativt kan en 5 mm – 10 mm incision foretages ved hvert udgangspunkt eller på et senere stade af proceduren (se figur 1).

8

ETH.MESH.02340909



**FIGUR 1**

6.    Ved hjælp af Allis-klemmer til at skabe traktion foretages en 1 cm midtlinje incision i den vaginale slimhinde, der starter 1 cm proksimalt for den urethrale meatus.

*(Bemærk: Det anbefales, at anordningens indsættelse færdiggøres på den ene side, før dissektion påbegyndes på den anden side.)*

Efter indledende skarp dissektion, fortsættes vha. af en "skub-spred-teknik" med at udføre en stump dissektion, fortrinsvis med en spids, buet saks. Den laterale dissektionsvej bør vendes i en 45° vinkel fra midtlinjen med saksen vendt på horisontalplanet *(se figur 2)*. Fortsæt dissektion mod overgangen mellem skambenet og ramus inferior ossis pubis *(se figur 2)*.



**FIGUR 2**

Når overgangen mellem skambenet og ramus inferior ossis pubis er nået, perforeres obturatormembranen. Tab af modstand kan fornemmes, når membranen perforeres. Kanalen skal være ca. 5 mm–7 mm i diameter og ikke dybere end 5 cm. Dissektion over 5 cm kan medføre utilsigtet indtræden i spatium retropubicum. Hvis knoglen ikke er nået efter 5 cm's dissektion, revurderes om vinklen på dissektionen er korrekt.

7.    Fjern den indvendige emballerede arbejdsstation fra den eksterne pakke. Tag GYNECARE TVT lede-skinnen med vinger ud af den indpakkede arbejdsstation *(se figur 3)*.



**Ledeskinne med vinger**          **Spiralformede førere/ samlet anordning**

**FIGUR 3**

8.    Indfør GYNECARE TVT ledeskinnen med vinger i den dissekerede bane, indtil den passerer ramus inferior ossis pubis og føres ind i åbningen, der tidligere blev lavet i obturatormembranen. Tab af modstand kan fornemmes, idet ledeskinnen med vinger føres igennem obturatormembranen.

Hvis der opstår vanskeligheder under indføringen af ledeskinnen, bekræftes banens retning igen med saksen.

*(Bemærk: Ledeskinnens åbne side skal være vendt mod kirurgen. Den bøjelige flap kan bøjes for at øge ledeskinnens længde, om nødvendigt. Se figur 5.)*

9.    Udtag GYNECARE TVT spiralformede førere/samlet anordning og GYNECARE TVT obturatoranordningen fra den sterile pakke *(se komponenter i figur 3)*.

9

ETH.MESH.02340910

*(Bemærk: For at sikre korrekt retning af de spiralformede førere og båndet, verificeres det, at GYNECARE-logoet og tommelfingerfordybningen på plastik håndtaget peger imod kirurgen, og at spidserne vender udad med retning mod kirurgen. Den spiralformede fører i kirurgens venstre hånd skal anvendes på patientens højre side. Se figur 4.)*



**FIGUR 4**

10. Anbring en af de spiralformede førere på det sterile afdækningsstykke eller et andet passende sterilt sted, indtil der er brug for den. Sørg for, at båndet ikke er snoet.

11. Indsæt den korrekte GYNECARE TVT spiralformede fører i den dissekerede bane, hvor den følger kanalen med GYNECARE TVT ledeskinnen med vinger. Skub anordningen indad, og lad den krydse og næsten passere obturatormembranen. Sørg for, at anordningens håndtag er vendt, således at den lige spids på den spiralformede fører er i plan med kanalen på GYNECARE TVT ledeskinnen, og at den forbliver vendt på denne måde, indtil spidsen krydser obturatormembranen *(se figur 5)*.



**FIGUR 5**

12. Når GYNECARE TVT-ledeskinnen med vinger er i denne stilling, fjernes den og holdes steril til senere brug på samme patient.



**FIGUR 6**

13. Når GYNECARE TVT ledeskinnen med vinger er blevet fjernet, roteres håndtaget på den spiralformede fører samtidig med, at du bevæger håndtaget mod midtlinjen indtil det er vertikalt med gulvet *(se figur 6)*. *(Bemærk: Lad aldrig håndtaget vende horisontalt.)*

ETH.MESH.02340911



**FIGUR 7**

14. Den spiralformede førers spids bør komme ud nær de tidligere bestemte udgangspunkter *(se figur 7)*. Det kan dog være nødvendigt med en let manipulering af huden. Hvis hudincisionen ikke allerede er foretaget, udføres den på det sted, hvor den spiralformede førers spids laver en bule i huden. Når spidsen af plastslangen stikker frem gennem hudåbningen, gribes plastslangens spids med en tang og, mens slangen stabiliseres nær urethra med tommelfingeren, fjernes den spiralformede fører med en omvendt rotation af håndtaget *(se figur 8)*.



**FIGUR 8**

15. Træk plastslangen helt igennem huden, indtil båndet kommer til syne *(se figur 9)*.



**FIGUR 9**

16. Gentag teknikken på patientens anden side og sørg for, at båndet ligger fladt under urethra *(se figur 10)*.

*(Bemærk: Hvis der opdages en snoning på båndet, skal man sørge for, at snoningen ikke placeres under urethra efter, at det overskydende bånd er trukket igennem.)*

ETH.MESH.02340912



**FIGUR 10**

17. Når begge plastslanger er blevet trukket ud igennem hudincisionerne, skæres de af båndet og plasthylstrene. Anbring båndet løst, dvs. uden at stramme, og fladt under urethras midte. På dette stade kan der udføres en hostetest. Dette muliggør justering af båndet, således at kun få dråber urin udskilles, når patienten hoster *(se figur 11)*.



**FIGUR 11**

Når båndet er på plads, fjernes plasthylstret, der dækker båndene. Placer et stumpt instrument (f.eks. en saks eller pincet) mellem urethra og båndet, mens plasthylstrene fjernes, eller brug en anden passende teknik ved udtagning af hylstrene, så det undgås at båndet strammes.

*(Bemærk: For tidlig fjernelse af hylstret kan føre til, at efterfølgende justeringer bliver vanskelige.)*

18. Efter justering af båndet lukkes den vaginale incision. Klip båndenderne af ved udgangspunkterne lige under huden på inderlåret. Luk hudincisionerne med sutur eller kirurgisk hudlim.

19. Cystoskopi kan udføres efter kirurgens skøn. Hvis cystoskopi blev udført efter den første indsætning, skal man sørge for, at blæren er tømt, før indsættelsen påbegyndes på den anden side. Post-operativ oplægning af kateter à demeure er normalt ikke påkrævet. Patienten skal opfordres til at prøve at tømme blæren 2–3 timer efter operationen.

**KONTRAINDIKATIONER**

Som ved enhver suspensionsoperation bør dette indgreb ikke udføres på gravide patienter. Derudover bør det ikke anvendes på patienter med fremtidig vækstpotentiale inklusiv kvinder, som har planer om at blive gravide, da PROLENE propylen-nettet ikke vil strække sig tilstrækkeligt.

**ADVARSLER OG FORSIGTIGHEDSREGLER**

- GYNECARE TVT obturatorproceduren må ikke anvendes på patienter, der er i anti-koagulationsbehandling.
- GYNECARE TVT obturatorproceduren må ikke anvendes på patienter, som har urinvejsinfektion.
- Brugere bør være bekendte med den kirurgiske teknik for urethrale suspensioner og være tilstrækkeligt uddannede i GYNECARE TVT obturatorproceduren, før GYNECARE TVT obturatoranordningen tages i brug.
- Korrekt kirurgisk praksis skal følges ved GYNECARE TVT obturatorproceduren og såvel som ved håndtering af kontaminerede eller inficerede sår.
- GYNECARE TVT obturatorproceduren skal udføres med omhu for at undgå at ramme store kar, nerver, blære og tarm. Opmærksomhed rettet mod patientanatomi og korrekt indsættelse af anordningen vil minimere risici.
- Blødning kan forekomme post-operativt. Hold øje med eventuelle symptomer eller tegn, før patienten sendes hjem fra hospitalet.
- Selvom det er usandsynligt, at beskadigelse af blæren vil forekomme med denne teknik, kan cystoskopi udføres efter kirurgens skøn.
- Plasthylstrene må ikke fjernes, før båndet er placeret korrekt.
- Sørg for, at båndet er anbragt uden stramning under urethras midterdel.
- Proceduren må ikke udføres, hvis du mistænker, at incisionsstedet er inficeret eller kontamineret.
- Eftersom der ikke findes kliniske oplysninger om graviditet efter sub-urethral slyngeprocedure vha. GYNECARE TVT obturatorsystemet, skal patienten informeres om, at fremtidig graviditet kan gøre det kirurgiske indgreb virkningsløst, og at patienten kan risikere at blive inkontinent igen.

12

ETH.MESH.02340913

- Eftersom der ikke findes kliniske oplysninger om vaginal fødsel efter sub-urethral slyngeprocedure vha. GYNECARE TVT obturatorsystemet, bør kejsersnit overvejes i tilfælde af graviditet.
- Patienten skal informeres om at undgå at løfte tunge ting og/eller motionere (f.eks. cykling, jogging) i mindst tre til fire uger efter operationen og undgå samleje i en måned. Patienten kan sædvanligvis genoptage andre normale aktiviteter efter 1–2 uger.
- Patienten skal instrueres i at kontakte kirurgen straks, hvis der opstår dysuri, blødning eller andre problemer.
- Forbigående bensmerter, der varer 24–48 timer, kan forekomme og sædvanligvis behandles med et mildt analgetikum.
- Som ved andre inkontinensprocedurer, kan der opstå ny instabilitas af detrusor efter en sub-urethral slyngeprocedure vha. GYNECARE TVT obturatorsystemet. For at minimere risikoen skal man sørge for, at båndet placeres, som beskrevet ovenfor.
- PROLENE-nettet må ikke komme i kontakt med staplere, clips eller andre former for klemmer, da der kan opstå mekanisk skade på nettet.
- Hverken GYNECARE TVT obturatoranordningen eller dens komponenter må resteriliseres. Bortskaf åbnede, ubrugte anordninger.
- Profylaktisk antibiotika kan administreres i henhold til kirurgens sædvanlige praksis.

**BIVIRKNINGER**

- Punkteringer eller lacerationer af kar, nerver, blære, urethra eller tarm kan opstå under nålepassagen og kræve operation.
- Forbigående lokalirritation på sårstedet og en forbigående fremmedlegemereaktion kan forekomme. Denne reaktion kan resultere i udstødelse, erosion, fisteldannelse eller inflammation.
- Som ved alle fremmedlegemer kan PROLENE-nettet forværre en eksisterende infektion. Plasthylstrene, der i starten dækker PROLENE-nettet, er konstrueret til at minimere risikoen for kontaminering.
- Overkorrigering, dvs. hvis båndet strammes for meget, kan forårsage temporær eller vedvarende obstruktion af de nedre urinveje.

**VIRKNINGER**

Dyreforsøg har vist, at implantation af PROLENE-nettet fremkalder en minimal forbigående inflammatorisk reaktion i væv, som efterfølges af aflejring af et tyndt lag fibrøst væv, der kan vokse gennem maskerne i nettet og således inkorporere nettet i tilstødende væv. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

**LEVERING**

GYNECARE TVT obturatorsystemet leveres sterilt (ethylenoxid) til engangsbrug. Det må ikke resteriliseres. Genbrug af denne anordning (eller dele af denne anordning) kan skabe risiko for nedbrydning af produktet og krydskontaminering, hvilket kan lede til infektion eller overførsel af blodoverførte patogener til patienter og brugere. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Kassér åbnede, ubrugte anordninger.

**OPBEVARING**

Det anbefales, at GYNECARE TVT obturatorsystemet til engangsbrug opbevares ved en temperatur under 25 °C, beskyttet mod fugt og direkte varme. Må ikke anvendes efter, at udløbsdatoen er overskredet.

*FORSIGTIG: Gældende lov (i USA) begrænser salget af dette produkt til læger eller på ordination af en læge.*

**SYMBOLER ANVENDT VED MÆRKNING**



ETH.MESH.02340914

![NEDERLANDS]

**GYNECARE TVT™** obturatorsysteem
**Spanningsvrij steunbandje tegen incontinentie**

**GYNECARE TVT obturator steunbandje,**
    **voor eenmalig steriel gebruik**

**GYNECARE TVT obturator gebogen**
    **inbrenginstrumenten, voor eenmalig**
    **steriel gebruik**

**GYNECARE TVT obturator atraumatische vleugel-**
    **applicatiegeleider, voor eenmalig**
    **steriel gebruik**

**Lees alle informatie zorgvuldig.**

Indien men aanwijzingen niet nauwkeurig opvolgt, kan dit ondoelmatig functioneren van het hulpmiddel tot gevolg hebben en letsel veroorzaken.

**Belangrijk:**

Met deze bijsluiter wordt beoogd, aanwijzingen te verschaffen voor het gebruik van het GYNECARE TVT™ obturator systeem, met inbegrip van het GYNECARE TVT obturator steunbandje, de gebogen inbrenginstrumenten en de atraumatische vleugel-applicatiegeleider. Dit document behelst geen volledig overzicht van chirurgische technieken voor de behandeling van urinaire stressincontinentie. Het hulpmiddel mag uitsluitend worden gebruikt door artsen die een opleiding hebben genoten in de chirurgische behandeling van urinaire stressincontinentie (SUI) en, meer specifiek, in het implanteren van het GYNECARE TVT obturator steunbandje. Deze aanwijzingen hebben betrekking op het algemeen gebruik van het hulpmiddel. Het gebruik kan per procedure verschillen, naargelang de individuele operatietechniek en de anatomie van de patiënt.

**BESCHRIJVING**

Het GYNECARE TVT obturator systeem is een steriele procedurekit voor gebruik bij één patiënt. De kit bestaat uit:

**GYNECARE TVT obturator steunbandje**

Het GYNECARE TVT obturator steunbandje is een steriel hulpmiddel voor gebruik bij één patiënt, dat bestaat uit een stuk ongeverfd of blauw (ftalocyanineblauw, kleurindex 74160) PROLENE™ polypropyleen mesh-tape van ca. 1,1 cm x 45 cm, dat bekleed is met een plastic omhulsel met een overlapping in het midden. Aan beide uiteinden van de tape bevinden zich plastic slangaansluitingen. PROLENE polypropyleen mesh is opgebouwd uit gebreide filamenten van geëxtrudeerde polypropyleen strengen waarvan de samenstelling identiek is aan die van de strengen in PROLENE polypropyleen niet-resorbeerbare chirurgische hechtmaterialen. Vastgesteld is dat dit materiaal bij gebruik als hechtmateriaal niet reactief is en dat het bij klinisch gebruik zijn kracht voor onbeperkte tijd behoudt. PROLENE mesh wordt gebreid met gebruikmaking van een proces waarbij alle knooppunten van de vezels onderling met elkaar verbonden zijn en waardoor in beide richtingen elasticiteit wordt verschaft. Deze eigenschap van tweerichtingselasticiteit maakt adaptatie mogelijk aan diverse spanningen die in het lichaam worden ondervonden.

**GYNECARE TVT gebogen inbrenginstrumenten**

De GYNECARE TVT inbrenginstrumenten zijn twee roestvrijstalen, gebogen draaddoorhaal-instrumenten met plastic handvatten. De instrumenten zijn speciaal ontworpen voor het aanbrengen van het GYNECARE TVT obturator steunbandje. De inbrenginstrumenten worden geleverd in tweetallen voor bediening met de linker- en rechterhand, en zijn tevoren geassembleerd met het GYNECARE TVT obturator steunbandje. De inbrenginstrumenten MOGEN op generlei wijze worden verbogen of anderszins vervormd.

**GYNECARE TVT atraumatische vleugel-applicatiegeleider**

De GYNECARE TVT atraumatische vleugel-applicatiegeleider is een roestvrijstalen hulpinstrument, waarmee de doorgang van de GYNECARE TVT gebogen inbrenginstrumenten door het weefselpreparatietraject wordt vergemakkelijkt.

**INDICATIES**

Het GYNECARE TVT obturator steunbandje is bedoeld voor toepassing bij vrouwen als sub-uretrale suspensieband voor de behandeling van urinaire stressincontinentie, voortkomend uit hypermobiliteit van de urethra en/of door intrinsieke sfincterinsufficiëntie.

ETH.MESH.02340915

**GEBRUIKSAANWIJZING**

**(Opmerking: De in de illustraties getoonde handposities zijn niet eenduidig dwingend.)**

1. Leg de patiënt dorsaal in lithotomiepositie, met de heupen in hyperflexie ten opzichte van het abdomen. De billen moeten op hetzelfde niveau als de rand van de operatietafel zijn gepositioneerd.

2. De procedure kan onder lokale, regionale of algehele anesthesie worden uitgevoerd.

3. Trek zo nodig de schaamlippen terug om het behandelgebied beter te prepareren.

4. Breng een urethra-katheter in de blaas in en ledig de blaas.

5. Markeer de uitgangslocaties van de plastic buisjes door een horizontale lijn te trekken op het niveau van de urethramond en een tweede lijn evenwijdig aan de eerste en 2 cm daarboven. Lokaliseer de uitgangslocaties op deze lijn, 2 cm lateraal van de dijbeenplooien (de huid kan worden afgevlakt door deze strak te trekken). Markeer de uitgangslocaties. Ook kan op beide uitgangspunten een incisie van 5 mm–10 mm worden gemaakt, op dit tijdstip of in een latere procedurefase *(zie figuur 1)*.



**FIGUUR 1**

6. Maak, met gebruikmaking van Allis klemmen voor de tractie, een mediale incisie van 1 cm in het vaginaslijmvlies, beginnende op 1 cm proximaal van de urethramond.

   **(Opmerking: Aanbevolen wordt, het inbrengen van het steunbandje aan één kant te voltooien voordat begonnen wordt met het prepareren van de andere kant.)**

   Voer stompe dissectie uit door na aanvankelijke scherpe dissectie een "duw-en-spreidtechniek" toe te passen, bij voorkeur met een puntige, gebogen schaar. Het laterale preparatietraject moet een oriëntatie hebben van 45° ten opzichte van mediaal, en de schaar moet daarbij horizontaal zijn georiënteerd *(zie figuur 2)*. Ga verder met losprepareren in de richting van de voeg tussen de romp en het schaambeen en het os pubis ramus inferior *(zie figuur 2)*.



**FIGUUR 2**

Bij het bereiken van de voeg tussen de romp van het schaambeen en het os pubis ramus inferior moet het membraan van de obturator worden doorboord. Daarbij kan weerstandsvermindering voelbaar zijn. Het kanaal moet een diameter van ca. 5 mm–7 mm hebben en mag niet meer dan 5 cm diep zijn. Indien dieper dan 5 cm wordt losgeprepareerd, bestaat het gevaar van onbedoelde toegang tot de Retzius-ruimte. Controleer of onder de juiste hoek is geprepareerd indien het bot na 5 cm dissectie nog niet is bereikt.

7. Neem de inwendige verpakkingsmodule uit de buitenverpakking. Neem vervolgens de GYNECARE TVT vleugel-applicatiegeleider uit de verpakkingsmodule *(zie figuur 3)*.

ETH.MESH.02340916



**FIGUUR 3**

8. Breng de GYNECARE TVT vleugel-applicatiegeleider in het losgeprepareerde weefselkanaal in totdat de geleider het os pubis "ramus inferior" passeert en in de vooraf gemaakte opening in het obturatormembraan doordringt. Bij het doorsteken van het obturatormembraan door de applicatiegeleider kan weerstandsvermindering voelbaar zijn.

Indien het inbrengen van de applicatiegeleider problemen oplevert, moet de oriëntatie van het traject van de prepareerschaar opnieuw worden gecontroleerd.

*(Opmerking: De applicatiegeleider moet met de open zijde naar de chirurg zijn gericht. Indien nodig kan de flexibele lip van worden gebogen om de lengte van de geleider te vergroten; zie figuur 5.)*

9. Neem de GYNECARE TVT gebogen inbrenginstrumenten met het GYNECARE TVT obturator steunbandje uit de steriele verpakking *(zie figuur 3 voor samenstelling)*.

*(Opmerking: Om zeker te zijn van een juiste oriëntatie van de gebogen inbrenginstrumenten en het steunbandje dient men zich ervan te overtuigen dat het GYNECARE logo de duimafdruk op de plastic handgreep naar de chirurg zijn gericht en dat de punten aan de buitenkant liggen, eveneens naar de chirurg gericht. Rechts van de mediaanlijn van het lichaam van de patiënt wordt gewerkt met het inbrenginstrument in de linkerhand van de chirurg; zie figuur 4.)*



**FIGUUR 4**

10. Leg een van de gebogen inbrenginstrumenten op de steriele afdekdoek of op een andere geschikte steriele plek, totdat u dit instrument nodig hebt. Verzeker u ervan dat het steunbandje niet is gespiraliseerd.

11. Breng het juiste GYNECARE TVT inbrenginstrument in het losgeprepareerde kanaal in, volgens hetzelfde traject als de GYNECARE TVT applicatiegeleider. Duw het steunbandje heen en weer draaiend naar binnen tot iets voorbij het obturatormembraan. Zorg dat de handgreep van het inbrenginstrument zodanig is georiënteerd dat de rechte tip van het gebogen inbrenginstrument lijnt met het kanaal in de GYNECARE TVT vleugel-applicatiegeleider, en in de oriëntatie gehandhaafd blijft totdat de tip het obturatormembraan doorboort *(zie figuur 5)*.



**FIGUUR 5**

16

ETH.MESH.02340917

12. Verwijder na het bereiken van deze positie de GYNECARE TVT applicatiegeleider en houd deze steriel zodat de geleider later weer op dezelfde patiënt kan worden gebruikt.



**FIGUUR 6**

13. Draai, na verwijdering van de GYNECARE TVT applicatiegeleider, de handgreep van het inbrenginstrument en beweeg de handgreep tegelijkertijd in de richting van de mediaanlijn totdat de handgreep verticaal is gepositioneerd *(zie figuur 6)*. **(N.B.: Laat de handgreep nooit een horizontalepositie aannemen.)**



**FIGUUR 7**

14. De punt van het inbrenginstrument moet de buikwand verlaten dicht bij de vooraf bepaalde uitgangslocatie *(zie figuur 7)*. Hierbij kan echter enige huidmanipulatie nodig zijn. Indien tevoren geen huidincisie is gemaakt, moet deze nu worden gemaakt op de plek waar de tip van het inbrenginstrument de huid omhoog duwt. Pak het puntige uiteinde van het plastic buisje met een klem vast wanneer het uiteinde in de huidopening te voorschijn komt en neem het inbrenginstrument uit door de handgreep in omgekeerde richting te roteren, terwijl u het buisje naast de urethra met de duim stabiliseert *(zie figuur 8)*.



**FIGUUR 8**

17

ETH.MESH.02340918

15. Trek het plastic buisje geheel door de huid totdat het steunbandje verschijnt *(zie figuur 9)*.



**FIGUUR 9**

16. Herhaal de beschreven procedure aan de andere lichaamszijde van de patiënt en zorg er daarbij voor dat het bandje plat onder de urethra blijft liggen *(zie figuur 10)*.

*(Opmerking: Indien u in het bandje een draaiing ontdekt, moet het bandje zodanig worden gepositioneerd dat de draaiing zich niet onder de urethra bevindt nadat de extra lengte van het bandje door de tweede opening is getrokken.)*



**FIGUUR 10**

17. Wanneer de beide plastic buisjes door de huidincisies zijn getrokken, worden de buisjes van het bandje en van de plastic omhulsels losgeknipt. Zorg dat het bandje losjes, d.w.z. zonder spanning, en plat onder het middengedeelte van de urethra komt te liggen. In deze procedurefase kan een hoesttest worden uitgevoerd. Hierbij kan de trekspanning van het bandje worden bijgesteld, zodat bij het hoesten slechts enkele druppels urine worden verloren *(zie figuur 11)*.



**FIGUUR 11**

Wanneer het bandje de juiste positie heeft, wordt de plastic hoes die het bandje omhult verwijderd. Om te voorkomen dat het bandje spanning ondervindt, moet tijdens het verwijderen van het omhulsel een stomp instrument (b.v. een schaar of pincet) of een ander geschikt voorwerp tussen de urethra en het bandje worden geplaatst.

*(Opmerking: Door voortijdige verwijdering van het omhulsel zouden later uit te voeren bijstellingen worden bemoeilijkt.)*

18. Sluit de vagina-incisie nadat het bandje goed is gesteld. Knip de uiteinden van het bandje bij de uitgangslocaties af, net onder de huid van het binnendijbeen. Sluit de huidincisies met hechtdraad of chirurgische hechtpasta.

19. Naar beoordeling van de chirurg kan cystoscopie worden uitgevoerd. Indien na de eerste insertie cystoscopie is uitgevoerd, moet de blaas worden geledigd voordat met de insertie aan de tweede lichaamszijde wordt begonnen. Postoperatieve verblijfskatheterisatie is doorgaans niet nodig. De patiënt moet worden aangemoedigd, 2–3 uur na de operatie een poging tot blaaslediging te doen.

18

ETH.MESH.02340919

**CONTRA-INDICATIES**

Zoals voor alle suspensieprocedures geldt, dient deze ingreep niet te worden uitgevoerd bij zwangere patiënten. Daar de PROLENE polypropyleen mesh niet significant uitrekbaar is, dient deze ingreep bovendien niet te worden uitgevoerd bij onvolgroeide patiënten en bij patiënten met zwangerschapsplannen.

**WAARSCHUWINGEN EN VOORZORGSMAATREGELEN**

- Pas de GYNECARE TVT obturator procedure niet toe bij patiënten die behandeld worden met anticoagulantia.

- Pas de GYNECARE TVT obturator procedure niet toe bij patiënten met een urineweginfectie.

- De gebruiker moet vertrouwd zijn met chirurgische urethrasuspensietechnieken en moet zich afdoende hebben bekwaamd in de uitvoering van de GYNECARE TVT obturator procedure voordat hij/zij het GYNECARE TVT obturator steunbandje daadwerkelijk aanbrengt.

- Bij het uitvoeren van de GYNECARE TVT obturator procedure en bij de behandeling van besmette of geïnfecteerde wonden moet gebruik worden gemaakt van algemeen aanvaarde chirurgische praktijkmethoden.

- Bij het uitvoeren van de GYNECARE TVT obturator procedure moet contact met grote bloedvaten, zenuwen, blaas en darmen zorgvuldig worden vermeden. Door aandacht te besteden aan de anatomie van de patiënt en aan het correct inbrengen van het steunbandje houdt men de risico's minimaal.

- Er kan postoperatieve bloeding optreden. Controleer of er hiervan symptomen of indicaties zijn voordat de patiënt uit het ziekenhuis wordt ontslagen.

- Hoewel blaasletsel bij deze methode onwaarschijnlijk is, kan naar beoordeling van de chirurg cystoscopie worden uitgevoerd.

- Verwijder het plastic omhulsel pas nadat het steunbandje goed is gepositioneerd.

- Zorg ervoor dat het steunbandje spanningsloos onder het middengedeelte van de urethra geplaatst wordt.

- Voer deze procedure niet uit indien er verdenking bestaat van infectie of besmetting van het te behandelen gebied.

- Er is geen klinische informatie beschikbaar over zwangerschappen na procedures met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT obturator systeem. Daarom moet de patiënt van de mogelijkheid op de hoogte worden gesteld dat toekomstige zwangerschappen de effecten van de chirurgische procedure teniet kunnen doen en dat de incontinentie in zo'n geval kan recidiveren.

- Aangezien er geen klinische gegevens bekend zijn over vaginale partus na procedures met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT obturator systeem, moet in geval van zwangerschap een geboorte middels sectio caesarea worden overwogen.

- De patiënt moet worden geïnstrueerd om na de operatie ten minste drie tot vier weken geen zware objecten te tillen en/of andere lichamelijke inspanningen te leveren (b.v. fietsen of joggen), en om gedurende een maand geen seksuele omgang te hebben. Doorgaans kan de patiënt na een of twee weken haar overige normale activiteiten hervatten.

- De patiënt moet worden geïnstrueerd, onmiddellijk met de chirurg contact op te nemen indien dysurie, bloeding of andere problemen optreden.

- Gedurende 24-48 uur postoperatief kan voorbijgaande pijn in de benen optreden. Deze kan doorgaans worden behandeld met lichte pijnstillers.

- Evenals bij andere incontinentieprocedures het geval is, kan na een procedure met sub-uretrale suspensiebandjes met gebruikmaking van het GYNECARE TVT obturator systeem de novo detrusor-instabiliteit optreden. Dit risico kan worden verkleind door het nauwgezet volgen van de hierboven beschreven plaatsingsmethode.

- Laat het PROLENE mesh niet in aanraking komen met nietjes, clips of klemmetjes, aangezien het daardoor mechanische schade kan oplopen.

- Steriliseer het GYNECARE TVT obturator steunbandje of andere systeemcomponenten niet opnieuw. Werp geopende en niet gebruikte hulpmiddelen weg.

- Overeenkomstig de gebruikelijke praktijkmethoden van de chirurg kunnen profylactische antibiotica worden toegediend.

**BIJWERKINGEN**

- Tijdens het inbrengen van de naald kan zich punctuur of laceratie van bloedvaten, zenuwen, blaas of darmen voordoen. Dit vergt mogelijk operatieve reparatie.

- Er kan sprake zijn van lokale irritatie bij het wondgebied en van overgevoeligheidsreacties op lichaamsvreemde materialen, beide van voorbijgaande aard. Dergelijke reacties kunnen extrusie, erosie, fistelvorming en inflammatie tot gevolg hebben.

- Zoals met alle lichaamsvreemde voorwerpen het geval is, kan PROLENE mesh een bestaande infectie verergeren. Het plastic omhulsel waarmee de PROLENE mesh aanvankelijk is bekleed dient ter beperking van het risico van besmetting.

- Indien er te krachtig wordt gecorrigeerd, d.w.z. als er te veel spanning op het bandje wordt uitgeoefend, kan dit een tijdelijke of permanente obstructie van het onderste gedeelte van de urinewegen veroorzaken.

19

ETH.MESH.02340920

### WERKINGEN

Onderzoek op dieren heeft aangetoond dat implantatie van PROLENE mesh een minimale ontstekingsreactie in de weefsels teweegbrengt. Deze is van voorbijgaande aard en wordt gevolgd door afzetting van een dunne fibreuze weefsellaag die door de mazen van de mesh groeit en de mesh zo in het omliggende weefsel opneemt. Het materiaal wordt niet geabsorbeerd en is evenmin onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

### LEVERING

Het GYNECARE TVT obturator systeem wordt steriel geleverd (ethyleenoxide), voor eenmalig gebruik. Steriliseer het product niet opnieuw. Opnieuw gebruiken van dit instrument (of onderdelen hiervan) kan een risico van productafbraak en kruisbesmetting veroorzaken, hetgeen kan leiden tot overdracht van bloed-overdraagbare pathogenen aan patiënten en gebruikers. Gebruik het product niet wanneer de verpakking geopend of beschadigd is. Werp geopende en niet gebruikte hulpmiddelen weg.

### OPSLAG

De aanbevolen opslagvoorwaarden voor het GYNECARE TVT obturator systeem voor eenmalig gebruik zijn: temperatuur maximaal 25 °C, op veilige afstand van vocht of directe hitte. Gebruik het product niet na het verstrijken van de uiterste gebruiksdatum.

*LET OP: Krachtens de federale wetgeving (in de Verenigde Staten van Amerika) mag dit hulpmiddel uitsluitend door of in opdracht van een arts worden verkocht.*

### SYMBOLEN OP DE ETIKETTEN



20

ETH.MESH.02340921

SUOMI

**GYNECARE TVT™** -obturaattorijärjestelmä
**Jännityksetön tuki inkontinenssin hoitoon**

**GYNECARE TVT -obturaattori,**
**steriili ja kertakäyttöinen**

**GYNECARE TVT -obturaattorin kääntyvät asettimet,**
**steriilit ja kertakäyttöiset**

**GYNECARE TVT -obturaattorin atraumaattinen,**
**siivekkeellinen ohjain, steriili**
**ja kertakäyttöinen**

**Lue kaikki ohjeet huolellisesti.**

Ohjeiden laiminlyönti voi johtaa laitteen toimintahäiriöön ja aiheuttaa vamman.

**Tärkeää:**

Tässä tuoteselosteessa annetaan GYNECARE TVT™ -obturaattorijärjestelmän käyttöä koskevia ohjeita. Järjestelmään kuuluvat mm. GYNECARE TVT -obturaattori, kääntyvät asettimet ja atraumaattinen, siivekkeellinen ohjain. Siinä ei anneta yksityiskohtaisia ponnistusinkontinenssin kirurgista korjausmenetelmää koskevia ohjeita. Laitetta saavat käyttää ainoastaan lääkärit, joilla on kokemusta ponnistusinkontinenssin kirurgisista hoitomenetelmistä ja erityisesti GYNECARE TVT -obturaattorin implantoinnista. Nämä ohjeet ovat yleisiä laitteen käyttöä koskevia ohjeita. Käyttö voi vaihdella tietyissä toimenpiteissä kirurgin menetelmän ja potilaan anatomian mukaisesti.

**KUVAUS**

GYNECARE TVT -obturaattorijärjestelmä on steriili, potilaskohtainen toimenpidepakkaus, joka sisältää seuraavat osat:

**GYNECARE TVT -obturaattori**

GYNECARE TVT -obturaattori on steriili, potilaskohtainen laite, johon kuuluu yksiosainen värjäämätön tai siniseksi värjätty (Elatosyaniinisininen, värinumero 74160), noin 1,1 cm x 45 cm:n kokoinen PROLENE™- polypropyleeniverkkonauha, jota suojaa nauhan keskellä päällekkäin menevä muovisuojus. Nauhan molemmissa päissä on muoviputkikiinnittimet. PROLENE-polypropyleeniverkko muodostuu polypropyleenisäikeistä kudotusta langasta, jonka tyyppistä käytetään resorboitumattomassa PROLENE-ommellangassa. Tämän materiaalin ei ole todettu ommellankana käytettäessä aiheuttavan kudosreaktioita ja se pysyy kliinisessä käytössä pysyvästi muuttumattomana. PROLENE-verkko on kudottu menetelmällä, joka liittää yhteen jokaisen säikeen haaran, minkä ansiosta se joustaa molempiin suuntiin. Tämän kaksisuuntaisen joustavuuden ansiosta verkko mukautuu erilaisiin kehon rasituksiin.

**Kääntyvät GYNECARE TVT -asettimet**

Kääntyvät GYNECARE TVT -asettimet ovat ruostumattomasta teräslangasta valmistetut kaarevat asettimet. Niissä on muovikahvat, joiden avulla GYNECARE TVT -obturaattori viedään sisään. Asettimia on yksi vasemman- ja yksi oikeanpuoleinen yksikkö ja ne toimitetaan valmiiksi GYNECARE TVT -obturaattoriin kiinnitettyinä. Kääntyvää asetinta EI SAA taivuttaa tai vääntää millään tavalla.

**Atraumaattinen, siivekkeellinen GYNECARE TVT -ohjain**

Atraumaattinen, siivekkeellinen GYNECARE TVT -ohjain on ruostumattomasta teräksestä valmistettu instrumentti, jota käytetään apuna kääntyvien GYNECARE TVT -asettimien sisäänviennin dissektiokanavan läpi.

**INDIKAATIOT**

GYNECARE TVT -obturaattoria käytetään naisilla virtsaputken alapuolisena tukinauhana virtsaputken hypermobiliteetin ja/tai sisemmän sulkijalihaksen heikkouden aiheuttaman ponnistusinkontinenssin hoidossa.

**KÄYTTÖOHJEET**

**(Huomautus: Kuvissa esitetyt käsien asennot voivat vaihdella.)**

1. Sijoita potilas selinmakuulle (dorsaalinen litotomia-asento) jalat kohotettuina ja lonkat vatsan päällä. Istumalihasten on oltava pöydän reunan tasalla.

2. Toimenpide voidaan suorittaa paikallis- tai johtopuudutuksessa tai yleisanestesiassa.

3. Labia voidaan haluttaessa levittää paremman näkyvyyden aikaansaamiseksi.

4. Vie virtsaputkikatetri virtsarakkoon ja tyhjennä virtsarakko.

5. Merkitse muoviputken ulostulokohdat vetämällä vaakasuora viiva virtsaputken aukon tasolle ja toinen samansuuntainen viiva 2 cm ensimmäisen viivan yläpuolelle. Paikanna ulostulokohdat tällä viivalla, 2 cm lateraalisesti reisien taitoskohtaan nähden (ihoa voidaan tasoittaa venyttämällä). Merkitse ulostulokohdat ihoon tai tee vaihtoehtoisesti molempiin ulostulokohtiin 5 mm –10 mm:n avausviilto tässä vaiheessa tai toimenpiteen myöhemmässä vaiheessa (*katso kuvaa 1*).

21

ETH.MESH.02340922



**KUVA 1**

6. Käytä Allis-puristimia vetoapuna ja tee 1 cm keskilinjan viilto emättimen limakalvoon alkaen noin 1 cm:n etäisyydeltä virtsaputken ulkoaukon proksimaalipuolella.

*(Huomautus: Suosittelemme, että laite viedään sisään ensin toiselta puolelta ennen vastakkaisen puolen dissektion tekemistä.)*

Kun avausviilto on tehty, tylppää dissektiotoimenpidettä jatketaan "työntö-levytysmenetelmää" käyttäen teräviä, kaarevia saksia käyttäen. Lateraalinen dissektioreitti on suunnattava 45°:n kulmaan keskilinjalta niin, että sakset ovat vaakatasossa *(kuva 2)*. Jatka dissektiota häpyluun rungon ja alemman haarakohdan yhtymäkohtaa kohti *(kuva 2)*.



**KUVA 2**

Kun häpyluun rungon ja alemman haarakohdan yhtymäkohta saavutetaan, puhkaise obturaattorin kalvo. Vastus vähenee, kun kalvo on perforoitu. Kanavan on oltava läpimitaltaan noin 5 mm–7 mm ja korkeintaan 5 cm pitkä. Yli 5 cm pitkä dissektio voi aiheuttaa tahattoman sisäänmenon häpyluun ja virtsarakon väliseen tilaan. Jos luuta ei saavuteta vaikka aluetta on dissektoitu 5 cm:n pituudelta, tarkista onko dissektiokulma oikea.

7. Poista sisäpakkauksessa oleva työasema ulkopakkauksesta. Ota sen jälkeen siivekkeellinen GYNECARE TVT -ohjain pakkauksesta *(kuva 3)*.



**KUVA 3**

8. Työnnä siivekkeellistä GYNECARE TVT -ohjainta dissektiokanavaan, kunnes se ohittaa häpyluun alemman haarakohdan ja menee sisään aiemmin obturaattorin kalvoon perforoidusta aukosta. Vastus vähenee, kun siivekkeellinen ohjain työntyy obturaattorin kalvon läpi.

Jos ohjainta työnnettäessä tuntuu vastusta, varmista kanavan suunta saksien avulla.

*(Huomautus: Ohjaimen avoimen puolen on osoitettava kirurgia kohti. Taitettavaa siivekettä voidaan taittaa ohjaimen työskentelypituuden lisäämiseksi tarvittaessa kuvan 5 mukaisesti.)*

22

ETH.MESH.02340923

9. Ota kääntyvät GYNECARE TVT -asettimet ja GYNECARE TVT -obturaattori steriilistä pakkauksesta *(osat esitetty kuvassa 3)*.

   *(Huomautus: Kääntyvät asettimet ja nauha on suunnattu oikein, kun muovikahvojen GYNECARE-logo ja peukalosyvennys osoittavat kirurgia kohti ja asettimien kärjet ovat muoviputkien ulkopuolella ja osoittavat kirurgia kohti. Kirurgin vasemmassa kädessä olevaa asetinta käytetään potilaan oikealla puolella kuvan 4 esittämällä tavalla.)*



**KUVA 4**

10. Aseta toinen kääntyvistä asettimista steriilille liinalle tai muulle asianmukaiselle steriilille alueelle odottamaan käyttöä. Varmista, ettei nauha ole kiertynyt.

11. Vie oikea kääntyvä GYNECARE TVT -asetin dissektiokanavaan siivekkeellisen GYNECARE TVT -ohjaimen muodostamaa kanavaa pitkin. Työnnä laitetta sisäänpäin verran obturaattorin kalvon läpi. Varmista, että laitteen kahva on suunnattu suoraan niin, että kääntyvän asettimen suora kärki on kohdakkain siivekkeellisen GYNECARE TVT -ohjaimen kanavan kanssa ja pysyy paikallaan kunnes kärki on mennyt obturaattorin kalvon läpi *(kuva 5)*.



**KUVA 5**

12. Kun asetin on tässä asennossa, poista siivekkeellinen GYNECARE TVT -ohjain ja pidä sitä steriilillä alueella myöhempää vastakkaisen puolen toimenpidettä varten samalla potilaalla.



**KUVA 6**

13. Kun siivekkeellinen GYNECARE TVT -ohjain on poistettu, käännä asettimen kahvaa samalla, kun siirryt keskilinjaa kohti, kunnes kahva on kohtisuorassa lattiaan nähden *(kuva 6)*. *(Huomautus: Kahvaa ei saa asettaa vaaka-asentoon.)*

23

ETH.MESH.02340924



**KUVA 7**

14. Kääntyvän asettimen kärjen on tultava ulos lähellä aiemmin merkittyä ulostulokohtaa *(kuva 7)*. Ihoa voidaan kuitenkin joutua siirtämään jonkin verran. Jos avausviiltoa ei ole vielä tehty, tee avausviilto siihen kohtaan, jossa asettimen kärki työntyy ulospäin ihon alla. Kun muoviputken kärki tulee ulos avausviillosta, tartu sen kärkeen puristimella ja poista asetin kääntämällä kahvaa vastakkaiseen suuntaan ja pitämällä putkea samalla paikallaan peukalon avulla virtsaputken lähellä *(kuva 8)*.



**KUVA 8**

15. Vedä muoviputki kokonaan ihon läpi, kunnes nauha tulee esiin ihoviillosta *(kuva 9)*.



**KUVA 9**

16. Toista toimenpide vastakkaisella puolella ja varmista, että nauha pysyy suorassa virtsaputken alapuolella *(kuva 10)*.

***(Huomautus: Jos huomaat, että nauha on kääntynyt, varmista ettei kääntynyttä nauhaa jää virtsaputken alapuolelle sen jälkeen, kun ylimääräinen nauhaosa vedetään pois potilaasta.)***

24

ETH.MESH.02340925



**KUVA 10**

17. Kun molemmat muoviputket on vedetty pois ihoviiltojen kautta, katkaise muoviputket nauhasta ja sitä suojaavasta muovisuojuksesta. Sijoita nauha löysälle, niin ettei se kiristä yhtään ja on suorassa, virtsaputken keskiosan alapuolelle. Tässä vaiheessa voidaan suorittaa yskäisytesti. Testin avulla nauhaa voidaan säätää niin, että ainoastaan muutama tippa virtsaa karkaa yskäisyn aikana *(kuva 11)*.



**KUVA 11**

Kun nauha on paikallaan, poista sitä suojaava muovisuojus. Aseta tylppä instrumentti (esim. sakset tai pihdit) virtsaputken ja nauhan väliin muovisuojusten poistamisen aikana tai käytä muuta asianmukaista suojusten poistomenetelmää välttäen kiristämästä nauhaa.

*(Huomautus: Muovisuojuksen ennenaikainen poisto voi vaikuttaa poistonjälkeistä nauhan kireyden säätöä.)*

18. Kun nauhan säädöt on tehty, sulje emättimeen tehty avausviilto. Katkaise nauhan päät ulostulokohdissa aivan sisäreiden ihon alapuolelta. Sulje avausviiltol ompelein tai kirurgisella kudosliimalla.

19. Kystoskopia voidaan suorittaa kirurgin harkinnan mukaisesti. Jos kystokopia suoritettiin nauhan ensimmäisen puolen sisäänviennin jälkeen, varmista että virtsarakko tyhjennetään ennen nauhan toisen puolen sisäänvientiä. Leikkauksenjälkeistä katetrointia ei yleensä tarvita. Potilasta on kehotettava yrittämään virtsarakon tyhjentämistä 2–3 tuntia leikkauksen jälkeen.

**KONTRAINDIKAATIOT**

Kuten minkä tahansa suspensiokirurgian ollessa kyseessä, tätä toimenpidettä ei saa suorittaa raskaana olevalle potilaalle. Tämän lisäksi, koska PROLENE-polypropyleeniverkko ei veny huomattavassa määrin, toimenpidettä ei saa suorittaa vielä kasvavalle potilaalle, mukaan lukien raskautta suunnitteleville naisille.

**VAROITUKSET JA VAROTOIMET**

- GYNECARE TVT -obturaattoritoimenpidettä ei saa suorittaa potilaille, joille annetaan antikoagulanttihoitoa.
- GYNECARE TVT -obturaattoritoimenpidettä ei saa suorittaa potilaille, joilla on virtsatietulehdus.
- Toimenpiteen suorittajien on tunnettava virtsaputken suspensiotoimenpiteet ja heillä on oltava niittävä GYNECARE TVT -obturaattoritoimenpidettä koskeva koulutus ennen GYNECARE TVT -obturaattorin käyttöä.
- GYNECARE TVT -obturaattoritoimenpiteen yhteydessä on noudatettava hyväksyttyjä kirurgisia toimenpiteitä sekä kontaminoituneita ja tulehtuneita haavoja koskevaa käytäntöä.
- GYNECARE TVT -obturaattoritoimenpide on suoritettava huolellisesti ja suuria verisuonia, hermoja, virtsarakkoa ja suolistoa välttäen. Riskit minimoidaan kiinnittämällä huomio potilaan anatomiaan ja laitteen asianmukaiseen sisäänvientiin.
- Leikkauksen jälkeen voi esiintyä verenvuotoa. Kaikkia oireita tai merkkejä on seurattava ennen kuin potilas päästetään pois sairaalasta.
- Vaikka virtsarakon vaurio on epätodennäköistä tämän menetelmän yhteydessä, kirurgi voi harkintansa mukaan suorittaa kystoskopisen tutkimuksen.
- Muovisuojusta ei saa poistaa ennen kuin nauha on asetettu kunnolla paikolleen.
- Varmista, että nauha kulkee virtsaputken keskiosan alapuolelta eikä ole kireällä.
- Tätä toimenpidettä ei saa suorittaa, jos kirurgisen toimenpidealueen epäillään olevan tulehtunut tai kontaminoitunut.

25

ETH.MESH.02340926

- Koska saatavilla ei ole tietoa virtsaputkenalaisen nauhatoimenpiteen vaikutuksista myöhempään raskauteen GYNECARE TVT -obturaattorijärjestelmää käytettäessä, potilasta on muistutettava siitä, että mahdolliset tulevat raskaudet voivat mitätöidä toimenpiteen vaikutukset ja aiheuttaa inkontinenssin palautumisen.

- Koska saatavilla ei ole kliinistä tietoa virtsaputkenalaisen nauhatoimenpiteen jälkeisestä alatiesynnytyksestä GYNECARE TVT -obturaattorijärjestelmää käytettäessä, mahdollisen raskauden yhteydessä on harkittava sektiota.

- Leikkauksen jälkeen potilasta on kehotettava välttämään raskaiden esineiden nostamista ja/tai rasittavia kuntoharjoituksia (esim. pyöräily ja hölkkä) vähintään kolmen-neljän viikon ajan sekä yhdyntää kuukauden ajan. Potilas voi tavallisesti suorittaa muita normaaleja toimia taas yhden-kahden viikon kuluttua.

- Potilasta on kehotettava ottamaan välittömästi yhteyttä kirurgiin, jos hänellä esiintyy kipua virtsatessa, verenvuotoa tai muita ongelmia.

- Ohimenevää kipua voi esiintyä alaraajoissa noin 24–48 tunnin ajan ja se voidaan normaalisti hallita kipulääkityksellä.

- Kuten kaikkien inkontinenssitoimenpiteiden yhteydessä, de novo -tyhjentäjälihaksen instabiliteettia voi esiintyä virtsaputkenalaisen nauhatoimenpiteen jälkeen GYNECARE TVT -obturaattorijärjestelmää käytettäessä. Tämän riskin minimoimiseksi nauha on implantoitava potilaaseen yllä kuvattujen ohjeiden mukaisesti.

- PROLENE-verkko ei saa koskettaa hakasia, klipsejä tai puristimia, sillä ne voivat aiheuttaa verkon mekaanisia vaurioita.

- GYNECARE TVT -obturaattoria tai sen osia ei saa steriloida uudelleen. Hävitä avatut, mutta käyttämättömät laitteet.

- Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti.

**KOMPLIKAATIOT**

- Neulan sisäänviennin yhteydessä saattaa tapahtua kirurgista korjausta vaativia verisuonien, hermojen, virtsarakon tai suolen lävistyksiä tai repeämiä.

- Haava-alueella voi esiintyä tilapäistä paikallista ärsytystä sekä tilapäistä vierasainereaktiota. Tämä voi johtaa laitteen poistumiseen kehosta, erosioon, fistelin muodostumiseen tai tulehdukseen.

- Kuten kaikki vierasaineet, PROLENE-verkko voi pahentaa olemassa olevaa infektiota. PROLENE-verkkoa sisäänvientivaiheessa suojaava muovisuojus vähentää kontaminoitumisen vaaraa.

- Ylikorjaus, toisin sanoen nauhan kiristäminen liian kireälle, voi aiheuttaa tilapäistä tai pysyvää alempien virtsateiden tukkeutumista.

**VAIKUTUKSET**

Eläinkokeissa on osoitettu, että PROLENE-verkko aiheuttaa kudoksessa vain erittäin vähäisen, tilapäisen tulehdusreaktion, jota seuraa ohuen verkonsilmien läpikasvavan sidekudoskerroksen muodostuminen, mikä kiinnittää verkon ympäröivään kudokseen. Materiaali ei resorboidu, eikä se myöskään hajoa tai heikkene kudosentsyymien vaikutuksesta.

**TOIMITUSTAPA**

GYNECARE TVT -obturaattorijärjestelmä toimitetaan steriilinä (etyleenioksidi) kertakäyttöön. Ei saa steriloida uudelleen. Tämän laitteen (tai laitteen osien) uudelleenkäyttäminen voi aiheuttaa tuotteen haurastumisen ja likaantumisen, mikä voi johtaa infektioon tai veren mukana kulkeutuvien patogeenien siirtymisen potilaaseen ja käyttäjään. Ei saa käyttää, jos pakkaus on avattu tai vaurioitunut. Hävitä avatut, käyttämättömät laitteet.

**SÄILYTYS**

Kertakäyttöistä GYNECARE TVT -obturaattorijärjestelmää on säilytettävä alle 25 °Cn lämpötilassa suojattuna kosteudelta ja lämmöltä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.

*HUOMIO: Yhdysvaltain liittovaltion lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.*

**MERKITSEMISESSÄ KÄYTETTÄVÄT SYMBOLIT**



ETH.MESH.02340927

FRANÇAIS

Système obturateur **GYNECARE TVT™**
**Dispositif sans tension contre les incontinences**

**Obturateur GYNECARE TVT, usage unique stérile**

**Spirales de mise en place pour obturateur GYNECARE TVT, usage unique stérile**

**Guide atraumatique à ailettes pour obturateur GYNECARE TVT, usage unique stérile**

**Lire attentivement toutes les informations.**

Toute inobservation de ces instructions pourrait entraîner un fonctionnement incorrect du dispositif et provoquer des blessures.

**Important :**

Cette notice constitue le mode d'emploi du système obturateur GYNECARE TVT™, y compris le dispositif obturateur, les spirales de mise en place et le guide atraumatique à ailettes GYNECARE TVT. Il ne s'agit pas d'un document de référence complet en matière de technique chirurgicale pour remédier aux problèmes d'incontinences urinaires à l'effort. Ce dispositif doit être utilisé uniquement par des médecins formés au traitement chirurgical des incontinences urinaires à l'effort et tout spécialement à l'implantation du dispositif obturateur GYNECARE TVT. Ces instructions sont conçues pour un usage général du dispositif. L'utilisation du dispositif peut être modifiée pour répondre à des variantes personnelles de la technique opératoire et à des variations anatomiques de la patiente.

**DESCRIPTION**

Le système obturateur GYNECARE TVT est une trousse d'intervention stérile à usage unique destinée à une seule patiente, et comporte les éléments suivants :

**Obturateur GYNECARE TVT**

L'obturateur GYNECARE TVT est un dispositif stérile, destiné à une seule patiente, et composé d'un morceau de bande en polypropylène PROLENE™ non teintée ou bleue (bleu de phtalocyanine, numéro d'indice de coloration 74160) d'environ 1,1 cm x 45 cm, recouverte d'une gaine en plastique en son centre. Des logements de tube en plastique sont fixés à chaque extrémité. La maille en polypropylène PROLENE est constituée de filaments entrelacés de brins de polypropylène extrudé dont la composition est identique à celle des sutures chirurgicales non résorbables PROLENE en polypropylène. Lorsqu'il est utilisé pour des sutures, ce matériau s'est avéré inerte et indéformable en usage clinique. La maille PROLENE est obtenue au moyen d'un procédé qui entrelace chaque jonction de fibres et qui permet d'obtenir une élasticité dans les deux directions. Cette propriété offre une adaptation aux contraintes de l'organisme.

**Spirales GYNECARE TVT**

Les spirales GYNECARE TVT sont deux dispositifs en acier inoxydable munis d'une poignée en plastique et conçus pour mettre en place l'obturateur GYNECARE TVT. Le coffret comprend une spirale droite et une spirale gauche qui sont déjà montées sur l'obturateur GYNECARE TVT. Elles ne DOIVENT en aucun cas être courbées ni déformées.

**Guide atraumatique à ailettes GYNECARE TVT**

Le guide atraumatique à ailettes GYNECARE TVT est un accessoire en acier inoxydable qui facilite le passage des spirales GYNECARE TVT dans le passage disséqué.

**INDICATIONS**

L'obturateur GYNECARE TVT est conçu pour être utilisé sur des patientes comme bandelette sous-urétrale pour le traitement de l'incontinence urinaire à l'effort provenant d'une hypermobilité urétrale et/ou d'une déficience sphinctérienne intrinsèque.

**MODE D'EMPLOI**

**(Remarque : la position des mains sur les illustrations peut varier.)**

1. Placer la patiente en position gynécologique dorsale avec les hanches hyperfléchies au-dessus de l'abdomen. Les fesses doivent arriver au niveau du bord de la table.

2. L'intervention peut être effectuée sous anesthésie locale, régionale ou générale.

3. Le cas échéant, écarter les lèvres pour une meilleure exposition.

4. Insérer un cathéter urétral dans la vessie pour la vider.

5. Pour marquer les points de sortie des tubes en plastique, tracer une ligne horizontale au niveau du méat urétral, et une deuxième ligne parallèle à la première, deux centimètres au-dessus. Placer ensuite les deux points de sortie sur cette ligne, deux centimètres à côté du pli de la cuisse (aplanir éventuellement la peau en l'étirant). Marquer les points de sortie ; il est également possible de pratiquer une incision de 5 mm à 10 mm au niveau de chaque point de sortie ou plus tard lors de l'intervention *(cf. figure 1)*.

27

ETH.MESH.02340928



**FIGURE 1**

6.  Au moyen d'une pince d'Allis pour la traction, pratiquer une incision médiane d'un centimètre dans la muqueuse vaginale en commençant à un centimètre du méat urétral.

    *(Remarque : il est conseillé de terminer l'insertion du dispositif d'un côté avant de commencer la dissection de l'autre côté.)*

    Après une première dissection à l'aide d'un instrument tranchant, poursuivre en utilisant la technique consistant à « pousser-écarter » afin de pratiquer une dissection par clivage, de préférence à l'aide de ciseaux courbes pointus. L'orientation de la dissection latérale doit former un angle de 45° par rapport à la ligne médiane, avec les ciseaux dirigés selon le plan horizontal *(cf. figure 2)*. Continuer la dissection en direction de la « jonction » entre l'os du pubis et la branche pubienne inférieure *(cf. figure 2)*.



**FIGURE 2**

Lorsque la jonction entre l'os du pubis et la branche pubienne inférieure est atteinte, perforer la membrane de l'obturateur. Une perte de la résistance se fait sentir une fois la perforation effectuée. Le canal doit avoir un diamètre d'environ 5 mm à 7 mm et ne pas dépasser les 5 cm de profondeur. Toute dissection au-delà de 5 cm pourrait entraîner une pénétration involontaire dans l'espace de Retzius. Si l'on n'atteint pas l'os après une dissection de 5 cm, il convient alors de revérifier si l'angle de dissection est correct.

7.  Retirer la station de travail interne de l'emballage externe. Puis, retirer le guide à ailettes GYNECARE TVT de la station de travail *(cf. figure 3)*.



**FIGURE 3**

8.  Insérer le guide à ailettes GYNECARE TVT dans le passage disséqué jusqu'à ce qu'il dépasse la branche pubienne inférieure et entre dans l'ouverture pratiquée précédemment dans la membrane de l'obturateur. Une disparition de la résistance est sensible lorsque le guide à ailettes passe à travers la membrane de l'obturateur.

    Si une difficulté survient lors de l'insertion du guide, revérifier la direction du passage avec les ciseaux.

    *(Remarque : le côté ouvert du guide doit être dirigé vers le chirurgien. Le cas échéant, la languette flexible peut être repliée pour augmenter la longueur du guide, cf. figure 5.)*

9.  Retirer l'ensemble dispositif/spirales GYNECARE TVT et l'obturateur GYNECARE TVT de l'emballage stérile *(cf. figure 3 pour les composants)*.

28

ETH.MESH.02340929

*(Remarque : pour garantir une orientation correcte de la bande et des spirales, vérifier si le logo GYNECARE et la place du pouce sur les poignées sont bien dirigés vers le chirurgien, et si les pointes sont tournées vers l'extérieur, en direction du chirurgien. La spirale se trouvant dans la main gauche du chirurgien correspond au côté droit de la patiente, cf. figure 4.)*



**FIGURE 4**

10. Placer l'une des spirales sur le champ stérile ou tout autre emplacement stérile approprié jusqu'au moment de s'en servir. S'assurer que la bandelette n'est pas tordue.

11. Insérer la spirale GYNECARE TVT correcte dans le passage disséqué en suivant le canal du guide à ailettes GYNECARE TVT. Pousser le dispositif vers l'intérieur pour traverser et dépasser légèrement la membrane de l'obturateur. Vérifier si la poignée du dispositif est orientée de manière à ce que l'extrémité droite de la spirale soit alignée sur le canal du guide à ailettes GYNECARE TVT et reste dirigée ainsi jusqu'à ce qu'elle traverse la membrane de l'obturateur *(cf. figure 5)*.



**FIGURE 5**

12. Une fois dans cette position, retirer le guide à ailettes GYNECARE TVT et le conserver stérile pour un usage ultérieur sur la même patiente.



**FIGURE 6**

13. Une fois le guide à ailettes GYNECARE TVT retiré, faire pivoter la poignée de la spirale tout en la faisant progresser vers la ligne médiane jusqu'à ce qu'elle soit à la verticale par rapport au sol *(cf. figure 6)*. *(Remarque : la poignée ne doit jamais être dirigée en position horizontale.)*

ETH.MESH.02340930



**FIGURE 7**

14. La pointe de la spirale doit sortir près du point de sortie déterminé auparavant *(cf. figure 7)*. Cependant, une petite manipulation cutanée peut s'avérer nécessaire. Si l'incision cutanée n'a pas déjà été effectuée, elle doit être pratiquée au point où l'extrémité de la spirale apparaît sous la peau. Lorsque l'extrémité du tube en plastique apparaît au niveau de l'incision, saisir l'extrémité pointue du tube en plastique au moyen d'une pince et, tout en maintenant avec le pouce et le tube immobile au niveau de l'urètre, retirer la spirale avec une rotation en sens inverse de la poignée *(cf. figure 8)*.



**FIGURE 8**

15. Tirer entièrement le tube en plastique à travers la peau jusqu'à l'apparition de la bandelette *(cf. figure 9)*.



Points de sortie

**FIGURE 9**

16. Procéder de même pour l'autre côté de la patiente et s'assurer que la bandelette repose à plat sous l'urètre *(cf. figure 10)*.

    *(Remarque : si une torsion est présente dans la bandelette, s'assurer qu'elle ne se retrouve pas placée sous l'urètre après avoir tiré l'excédent de bandelette.)*

ETH.MESH.02340931



**FIGURE 10**

17. Lorsque les deux tubes en plastique sont sortis par les incisions cutanées, couper ces tubes de la bandelette et des gaines en plastique. Placer la bandelette à plat, sans la tendre, sous le milieu de l'urètre. Procéder à un test de toux afin de pouvoir tendre la bandelette de manière à obtenir seulement une perte de quelques gouttes d'urine lors de la toux *(cf. figure 11)*.



**FIGURE 11**

Une fois la bandelette en place, retirer la gaine en plastique qui la recouvre. Pour éviter de mettre la bandelette sous tension, placer un instrument mousse (par exemple des ciseaux ou des forceps) entre l'urètre et la bandelette lors du retrait des gaines en plastique, ou utiliser tout autre moyen approprié lors du retrait des gaines.

***(Remarque : un retrait prématuré de la gaine peut entraîner des problèmes d'ajustement ultérieurs.)***

18. Après avoir ajusté la bandelette, refermer l'incision vaginale. Couper les extrémités de la bandelette aux points de sortie, juste sous la peau de la partie interne des cuisses. Fermer les incisions cutanées au moyen de points de suture ou d'adhésif cutané chirurgical.

19. Le chirurgien peut choisir de procéder à une cystoscopie. Si une cystoscopie a déjà été effectuée après le premier passage, s'assurer que la vessie est vide avant de commencer le passage du second côté. Suite à l'opération, il n'est en général pas nécessaire de laisser de sonde à demeure. Prévoir d'inviter la patiente à vider sa vessie 2 ou 3 heures après l'opération.

**CONTRE-INDICATIONS**

Comme tout type d'intervention de soutènement, cette procédure ne doit pas être utilisée chez la femme enceinte. De plus, la bandelette PROLENE n'est pas suffisamment élastique pour être utilisée chez la patiente susceptible d'être enceinte ou dont la croissance n'est pas terminée.

**MISES EN GARDE ET PRÉCAUTIONS D'EMPLOI**

- La mise en place d'un obturateur GYNECARE TVT ne doit pas être effectuée sur des patientes sous anticoagulants.
- Ne pas utiliser d'obturateur GYNECARE TVT chez une femme présentant une infection du tractus urinaire.
- Avant d'employer l'obturateur GYNECARE TVT, les utilisateurs doivent connaître les techniques chirurgicales de soutènement urétral et avoir reçu une formation appropriée pour l'usage de ce dispositif.
- Il est impératif de respecter les bonnes pratiques chirurgicales pour la mise en place de l'obturateur GYNECARE TVT ainsi que pour le traitement des plaies contaminées ou infectées.
- La procédure relative à l'obturateur GYNECARE TVT doit être observée avec précaution afin d'éviter les gros vaisseaux, les nerfs, la vessie et l'intestin. Les risques seront minimisés si le chirurgien tient compte de l'anatomie de la patiente et procède avec précaution pour le passage du dispositif.
- Une hémorragie post-opératoire est possible. Il convient d'en rechercher les symptômes et les signes avant d'autoriser la sortie de la patiente de l'hôpital.
- Même si une lésion de la vessie est peu probable avec l'emploi de cette technique, le chirurgien peut choisir de procéder à des cystoscopies.
- Ne pas retirer les gaines en plastique tant que la bandelette n'a pas été correctement positionnée.
- S'assurer que la bandelette est placée sans tension sous la zone mi-urétrale.
- Ne pas procéder à cette intervention s'il est possible que le site chirurgical soit infecté ou contaminé.

31

ETH.MESH.02340932

- Comme aucune information clinique n'est disponible sur les femmes enceintes suite à la pose d'une bandelette sous-urétrale au moyen du système obturateur GYNECARE TVT, il convient d'informer la patiente que toute grossesse ultérieure risque d'annuler les effets de l'intervention chirurgicale, auquel cas le problème d'incontinence pourrait réapparaître.

- Comme aucune information clinique n'est disponible sur l'accouchement par voie basse suite à la pose d'une bandelette sous-urétrale au moyen du système GYNECARE TVT, il convient de prévoir une césarienne en cas de grossesse.

- Après l'opération, il doit être recommandé à la patiente d'éviter de soulever des objets lourds ou de s'adonner à des exercices trop contraignants (par ex., cyclisme, jogging) pendant au moins trois à quatre semaines. Les rapports sexuels sont aussi à éviter pendant un mois. La patiente peut normalement reprendre ses activités quotidiennes habituelles après une ou deux semaines.

- La patiente doit immédiatement prendre contact avec le chirurgien en cas de dysurie, de saignements ou de tout autre problème.

- Des douleurs passagères dans les jambes pendant 24 à 48 heures sont possibles et peuvent normalement être traitées avec de faibles doses d'analgésiques.

- Comme avec d'autres interventions visant à remédier aux incontinences, une instabilité de novo du detrusor peut se produire suite à la pose d'une bandelette sous-urétrale au moyen du système obturateur GYNECARE TVT. Pour minimiser ce risque, s'assurer de placer la bandelette comme indiqué ci-dessus.

- Ne pas placer la bandelette de PROLENE au contact d'agrafes, de clips ou de clamps qui seraient susceptibles de la détériorer.

- Ne pas restériliser l'obturateur GYNECARE TVT ni ses composants. Jeter les dispositifs non utilisés dont l'emballage a été ouvert.

- Des antibiotiques prophylactiques peuvent être prescrits selon les habitudes du chirurgien.

**RÉACTIONS INDÉSIRABLES**

- Des perforations ou des lacérations de vaisseaux, de nerfs, de la vessie ou de l'intestin peuvent se produire lors du passage de l'aiguille et entraîner la nécessité d'une réparation chirurgicale.

- Une irritation transitoire au niveau du site de la plaie et une réaction provisoire aux corps étrangers peuvent apparaître. Cette réponse peut se traduire par une extrusion, une érosion, la formation de fistules ou une inflammation.

- Comme tous les corps étrangers, la bandelette de PROLENE est susceptible d'activer une infection existante. Les gaines en plastique qui couvrent initialement la bandelette de PROLENE sont conçues pour minimiser les risques de contamination.

- Une correction excessive, c'est-à-dire une trop grande tension de la bandelette, peut causer une obstruction temporaire ou permanente du tractus urinaire inférieur.

**PERFORMANCES**

Les études sur animaux ont démontré que la mise en place d'une bandelette de PROLENE provoque une réaction inflammatoire tissulaire minime transitoire suivie du dépôt d'une couche fibreuse tissulaire mince qui peut pénétrer à travers les interstices de la bandelette et l'incorporer ainsi au tissu adjacent. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires.

**PRÉSENTATION**

Le système obturateur GYNECARE TVT à usage unique est fourni stérile (stérilisation à l'oxyde d'éthylène). Ne pas restériliser. La réutilisation de ce dispositif (ou de parties de ce dispositif) peut créer un risque de dégradation du produit et une contamination croisée, ce qui peut provoquer une infection ou la transmission d'agents pathogènes transmissibles par le sang aux patients et utilisateurs. Ne pas utiliser si l'emballage est ouvert ou détérioré. Jeter les dispositifs non utilisés dont l'emballage a été ouvert.

**STOCKAGE**

Il est recommandé de stocker le système obturateur GYNECARE TVT à usage unique à une température inférieure à 25 °C, à l'abri de l'humidité et de la chaleur directe. Ne pas utiliser au-delà de la date de péremption.

*ATTENTION : en vertu de la loi fédérale des États-Unis, ce dispositif ne peut être vendu que par un médecin ou sur ordonnance médicale.*

**SYMBOLES UTILISÉS SUR L'ÉTIQUETTE**



ETH.MESH.02340933

**GYNECARE TVT™** Obturatorsystem
**Spannungsfreie Unterstützung bei Inkontinenz**

**GYNECARE TVT Obturator-Implantat,
        steril, zum Einmalgebrauch**

**GYNECARE TVT Obturator-Applikatoren,
        steril, zum Einmalgebrauch**

**Atraumatische Flügelsonde für GYNECARE TVT Obturator,
        steril, zum Einmalgebrauch**

**Bitte alle Informationen sorgfältig durchlesen.**
Wenn die Anweisungen nicht korrekt befolgt werden, kann dies zu Fehlfunktionen des Systems und zu Verletzungen führen.

**Wichtig:**
Diese Packungsbeilage enthält die Gebrauchsanweisung für das GYNECARE TVT™ Obturatorsystem, einschließlich GYNECARE TVT Obturator-Implantat, Applikatoren und atraumatischer Flügelsonde. Sie darf nicht als umfassendes Handbuch der chirurgischen Technik zur Behandlung der SHI (Stress-Harninkontinenz) angesehen werden. Das Produkt sollte nur von Ärzten verwendet werden, die Erfahrung in der chirurgischen Behandlung einer Stress-Harninkontinenz und insbesondere der Implantation des GYNECARE TVT Obturator-Implantats haben. Diese Anweisungen beziehen sich auf die allgemeine Verwendung des Produkts. Abweichungen in der Anwendung können sich infolge individueller Operationsmethoden oder der Anatomie der Patientin ergeben.

**BESCHREIBUNG**
Das GYNECARE TVT Obturatorsystem ist ein steriles Kit zum Einmalgebrauch und besteht aus:

**GYNECARE TVT Obturator-Implantat**
Das GYNECARE TVT Obturator-Implantat ist ein steriles Produkt zur einmaligen Anwendung, das aus einem ungefärbten oder blauen (Phtalocyaninblau, Farbindexnummer 74160) PROLENE™ Polypropylen-Netz (Streifens) besteht, das ca. 1,1 cm x 45 cm misst und von einem Plastikschutz umgeben ist, der sich in der Mitte des Streifens überlappt. An jedem Ende ist eine röhrenförmige Kunststoffhülse befestigt. Das PROLENE Polypropylen-Netz besteht aus verknüpften Fasern von extrudierten Polypropylensträngen, die denen des PROLENE nicht resorbierbaren, chirurgischen Polypropylen-Nahtmaterials entsprechen. Es wurde berichtet, dass dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervorruft und seine Festigkeit bei klinischer Anwendung unbeschränkt erhalten bleibt. Das PROLENE-Netz ist so verknüpft, dass die Faserverbindungen miteinander verkettet sind, wodurch es bidirektional dehnbar ist. Diese bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

**GYNECARE TVT Obturator-Applikatoren**
Die GYNECARE TVT Applikatoren sind zwei gebogene Edelstahl-Nadeln mit Kunststoffgriffen zur Einführung des GYNECARE TVT Obturator-Implantats. Die Applikatoren werden paarweise als rechtes und linkes Instrument und am GYNECARE TVT Obturator-Implantat vormontiert geliefert. Die Einführungsspirale DARF KEINESFALLS in irgendeiner Weise gebogen oder verformt werden.

**Atraumatische Flügelsonde für GYNECARE TVT Obturator**
Die GYNECARE TVT atraumatische Flügelsonde ist ein Hilfsinstrument aus Edelstahl, das die Passage der GYNECARE TVT Applikatoren durch den Schnitt erleichtert.

**INDIKATIONEN**
Das GYNECARE TVT Obturator-Implantat wird als suburethrale Schlinge bei Frauen zur Behandlung von Stress-Harninkontinenz (SHI) verwendet, die durch eine Hypermobilität der Urethra und/oder eine intrinsische Sphinkterinsuffizienz bedingt ist.

**GEBRAUCHSANWEISUNG**
**(Hinweis: Die in den Abbildungen gezeigten Handpositionen können variieren.)**
1.    Die Patientin in der dorsalen Steinschnittlage mit über den Bauch hyperflexierten Hüften positionieren. Die Gesäßbacken sollten bündig mit der Tischkante positioniert werden.

2.    Der Eingriff kann in Lokal-, Regional- oder Allgemeinanästhesie durchgeführt werden.

3.    Falls gewünscht, die Labia zurückziehen, um zusätzliche Fläche freizulegen.

4.    Einen Harnröhrenkatheter in die Blase schieben und die Blase entleeren.

ETH.MESH.02340934

5. Die Austrittspunkte der Kunststoffröhrchen durch eine horizontale Linie auf Höhe der Harnröhrenöffnung und eine zweite Linie, die parallel im Abstand von 2 cm oberhalb der ersten Linie verläuft, markieren. Die Austrittspunkte auf dieser Linie 2 cm lateral der Hüftbeugefalte lokalisieren (die Haut lässt sich durch Ziehen glätten). Die Austrittspunkte markieren; alternativ kann eine 5 mm–10 mm lange Inzision an beiden Punkten sofort oder erst in einer späteren Phase des Eingriffs gemacht werden *(siehe Abbildung 1)*.



**ABBILDUNG 1**

6. Unter Zuganwendung mit Allis-Klemmen eine 1 cm lange Mittellinien-Inzision in der Vaginalmukosa machen, ab 1 cm proximal der Harnröhrenöffnung.

   ***(Hinweis: Es wird empfohlen, die Insertion des Implantats auf einer Seite abzuschließen, bevor auf der anderen Seite inzidiert wird.)***

   Nachdem mit einer scharfen Dissektion begonnen wurde, mittels Schub-Spreiz-Technik fortfahren, um eine stumpfe Dissektion vorzunehmen, vorzugsweise mit einer spitzen, gebogenen Schere. Der Pfad für die laterale Dissektion sollte im Winkel von 45° zur Mittellinie verlaufen, wobei die Schere horizontal ausgerichtet ist *(siehe Abbildung 2)*. Mit der Dissektion in Richtung Kreuzungspunkt zwischen dem Schambeinkörper und dem unteren Ast des Schambeins fortfahren *(siehe Abbildung 2)*.



**ABBILDUNG 2**

Wenn der Kreuzungspunkt zwischen Schambein und inferiorem Ramus pubis erreicht wurde, die Obturatormembran perforieren. Wenn die Membran perforiert ist, lässt sich ein verringerter Widerstand fühlen. Der Kanal sollte einen Durchmesser von 5 mm bis 7 mm haben und nicht tiefer als 5 cm sein. Eine Präparation über 5 cm hinaus kann zur unbeabsichtigten Eröffnung des Retzius-Raums führen. Wenn nach 5 cm Präparation der Knochen nicht erreicht wird, nochmals überprüfen, ob der Präparationswinkel korrekt ist.

7. Den gesamten Paketinhalt aus der äußeren Verpackung nehmen. Anschließend die GYNECARE TVT Führungshilfe aus dem Paket entnehmen *(siehe Abbildung 3)*.



**ABBILDUNG 3**

34

**ETH.MESH.02340935**

8. Die GYNECARE TVT Flügelsonde in den präparierten Gang schieben, bis sie den unteren Ramus des Schambeins passiert und in die zuvor angelegte Öffnung der Obturatormembran gelangt. Der fehlende Widerstand, wenn die Flügelsonde durch die Obturatormembran geht, ist spürbar.

Wenn beim Einschieben der Sonde Schwierigkeiten auftreten, nochmals die Richtung des Gangs mit der Schere bestätigen.

*(Hinweis: Die offene Seite der Sonde muss zum Operateur zeigen. Die biegsame Platte kann umgebogen werden, um die Sonde bei Bedarf zu verlängern, siehe Abbildung 5.)*

9. Die GYNECARE TVT Applikatoren und das GYNECARE TVT Obturator-Implantat aus der sterilen Verpackung nehmen *(Komponenten siehe Abbildung 3).*

*(Hinweis: Um die korrekte Orientierung der Applikatoren und des Implantats zu gewährleisten, müssen das GYNECARE Logo und die Daumenvertiefung am Kunststoffgriff zum Operateur und die Spitzen nach außen zeigen. Der Applikator in der linken Hand des Operateurs muss auf der rechten Seite der Patientin verwendet werden; siehe Abbildung 4.)*



**ABBILDUNG 4**

10. Einen der Applikatoren auf das sterile Tuch oder an einen anderen sterilen Ort legen, bis er gebraucht wird. Das Implantat darf dabei nicht verdreht sein.

11. Den richtigen GYNECARE TVT Applikator in den präparierten Gang schieben und dabei dem Kanal der GYNECARE TVT Flügelsonde folgen. Das Instrument nach innen drücken, wobei die Obturatormembran durchquert und passiert wird. Dabei muss der Griff so orientiert sein, dass die gerade Spitze der Einführungsspirale entsprechend dem Kanal in der GYNECARE TVT Flügelsonde ausgerichtet ist und in dieser Stellung bleibt, bis die Spitze die Obturatormembran durchquert *(siehe Abbildung 5).*



**ABBILDUNG 5**

12. Wenn diese Position erreicht ist, die GYNECARE TVT Flügelsonde entfernen und für die spätere nochmalige Verwendung bei der gleichen Patientin steril halten.



**ABBILDUNG 6**

35

ETH.MESH.02340936

13. Nachdem die GYNECARE TVT Führungshilfe entnommen wurde, den Griff des Applikators drehen, dabei gleichzeitig in Richtung Mittellinie bewegen, bis sich der Griff in vertikaler Position zum Boden befindet *(siehe Abbildung 6)*. **(Hinweis: Den Griff niemals in die Horizontale ausrichten.)**



**ABBILDUNG 7**

14. Die Spitze des Applikators sollte in der Nähe des zuvor bestimmten Austrittspunkts austreten *(siehe Abbildung 7)*. Es kann jedoch eine geringfügige Hautmanipulation erforderlich sein. Falls die Hautinzision nicht bereits vorgenommen wurde, die Inzision an der Stelle vornehmen, an der die Spitze des Applikators unter der Haut zum Vorschein kommt. Wenn die Spitze des Plastikschlauchs an der Hautöffnung erscheint, das spitz zulaufende Ende des Plastikschlauchs mit einer Klammer greifen und, während der Schlauch in der Nähe der Harnröhre mit dem Daumen stabilisiert wird, den Applikator durch eine Gegendrehung des Griffs entfernen *(siehe Abbildung 8)*.



**ABBILDUNG 8**

15. Das Kunststoffröhrchen vollständig durch die Haut ziehen, bis der Streifen erscheint *(siehe Abbildung 9)*.



**ABBILDUNG 9**

16. Das Verfahren auf der anderen Seite der Patientin wiederholen, dabei muss das Implantat flach unter der Harnröhre liegen *(siehe Abbildung 10)*.

**(Hinweis: Wenn eine Verdrehung des Implantats entdeckt wird, darf sich die Verdrehung nicht unter der Harnröhre befinden, wenn der restliche Streifen durchgezogen ist.)**

36

ETH.MESH.02340937



**ABBILDUNG 10**

17. Wenn beide Kunststoffröhrchen durch die Hautinzisionen gezogen sind, die Kunststoffröhrchen vom Streifen und dem Plastikschutz abschneiden. Den Streifen lose, d.h. ohne Zugspannung, und flach unter der Harnröhrenmitte positionieren. An diesem Punkt kann ein Hustentest durchgeführt werden. Dieser ermöglicht die Anpassung des Streifens, so dass beim Husten nur wenige Tropfen Urin abgehen *(siehe Abbildung 11)*.



**ABBILDUNG 11**

Wenn das Implantat korrekt positioniert ist, die Plastikhülle entfernen, die den Streifen abdeckt. Beim Entfernen der Plastikumhüllungen ein stumpfes Instrument (z.B. Schere, Pinzette oder ähnliches) zwischen Harnröhre und Streifen positionieren, damit der Streifen nicht unter Zugspannung steht.

***(Hinweis: Ein vorzeitiges Entfernen der Schutzhülle kann nachfolgende Anpassungen erschweren.)***

18. Nach Anpassung des Implantats die vaginale Inzision verschließen. Die Streifenenden an den Austrittspunkten direkt unter der Haut abschneiden. Die Hautinzisionen mit einer Naht oder chirurgischem Hautkleber verschließen.

19. Nach Ermessen des Arztes kann eine Zystoskopie durchgeführt werden. Wenn im Anschluss an die erste Passage eine Zystoskopie durchgeführt wurde, muss die Blase entleert werden, bevor mit der Passage der zweiten Seite begonnen wird. Nach diesem Eingriff ist eine postoperative Katheterisierung im Allgemeinen nicht nötig. Die Patientin sollte 2–3 Stunden nach Operationsende zur Entleerung der Blase aufgefordert werden.

**KONTRAINDIKATIONEN**

Wie bei jeder Suspensionsoperation sollte dieses Verfahren nicht bei Patientinnen mit bestehender Schwangerschaft durchgeführt werden. Bei der Verwendung des PROLENE Polypropylen-Netzes im wachsenden Organismus sollte bedacht werden, dass das Netz sich trotz seiner Flexibilität nicht dem Wachstum entsprechend dehnen kann. Dieses ist auch bei Patientinnen mit geplanter oder zukünftig gewünschter Schwangerschaft zu beachten.

**WARNHINWEISE UND VORSICHTSMASSNAHMEN**

- Das GYNECARE TVT Obturatorsystem nicht bei Patientinnen verwenden, die gerinnungshemmende Medikamente einnehmen.
- Das GYNECARE TVT Obturatorsystem nicht bei Patientinnen mit Harnwegsinfektionen verwenden.
- Die Anwender sollten mit der chirurgischen Technik für urethrale Suspensionen vertraut und entsprechend für das GYNECARE TVT Obturatorsystem ausgebildet sein, bevor sie ein GYNECARE TVT Obturator-Implantat einsetzen.
- Sowohl beim GYNECARE TVT Obturatorsystem als auch bei der Versorgung von kontaminierten oder infizierten Operationswunden sind die anerkannten chirurgischen Techniken anzuwenden.
- Das GYNECARE TVT Obturator-Verfahren sollte mit Sorgfalt durchgeführt werden, um eine Beschädigung größerer Blutgefäße sowie von Nerven, Blase und Darm zu vermeiden. Durch Beachtung der Anatomie der Patientin und die korrekte Passage des Geräts werden Risiken minimiert.
- Es können postoperative Blutungen auftreten. Auf diesbezügliche Symptome oder Anzeichen achten, bevor die Patientin aus dem Krankenhaus entlassen wird.
- Obwohl eine Verletzung der Blase bei dieser Technik unwahrscheinlich ist, kann nach ärztlichem Ermessen eine Zystoskopie durchgeführt werden.
- Plastikhülle nicht entfernen, bevor das Implantat korrekt platziert ist.
- Das Implantat muss unter minimaler Spannung unter dem mittleren Teil der Urethra platziert sein.

ETH.MESH.02340938

- Dieses Verfahren nicht durchführen, wenn Verdacht auf eine Infektion oder Kontamination des Operationsgebiets besteht.

- Da keine klinischen Informationen über eine Schwangerschaft nach suburethraler Umschlingung mit dem GYNECARE TVT Obturatorsystem vorliegen, sollte die Patientin dahingehend beraten werden, dass eine künftige Schwangerschaft die Wirkung des Eingriffs aufheben und die Inkontinenz erneut auftreten kann.

- Da keine klinischen Informationen über eine normale Entbindung nach suburethraler Umschlingung mit dem GYNECARE TVT Obturatorsystem vorliegen, sollte im Falle einer Schwangerschaft eine Entbindung durch Kaiserschnitt erwogen werden.

- Nach der Operation ist die Patientin darüber zu informieren, dass sie mindestens 3–4 Wochen kein schweres Heben bzw. keinen anstrengenden Sport (z.B. Radfahren, Jogging) betreiben sollte und dass Geschlechtsverkehr einen Monat lang vermieden werden sollte. Die Patientin kann für gewöhnlich nach einer Woche bis zwei Wochen alle anderen normalen Aktivitäten wieder ausführen.

- Bei Auftreten einer Dysurie, Blutung oder anderer Probleme sollte die Patientin sofort den Chirurgen benachrichtigen.

- Es können vorübergehende Schmerzen in den Beinen für 24–48 Stunden auftreten, die normalerweise mit leichten Analgetika zu behandeln sind.

- Wie bei anderen Inkontinenzbehandlungen kann eine erneute Instabilität des Entleerungsmuskels nach suburethraler Umschlingung mit dem GYNECARE TVT Obturatorsystem auftreten. Um dieses Risiko zu minimieren, muss der Streifen wie oben beschrieben platziert werden.

- Das PROLENE Netz darf nicht mit Klammern, Clips oder Klemmen in Kontakt kommen, da es dabei zu einer mechanischen Schädigung kommen kann.

- Das GYNECARE TVT Obturatorsystem oder seine Komponenten dürfen nicht erneut sterilisiert werden. Geöffnete, nicht verwendete Packungen entsorgen.

- Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich.

**NEBENWIRKUNGEN**

- Bei der Nadelpassage kann es zu Beschädigungen von Blutgefäßen, Nerven, Blase oder Darm in Form von Einstichen oder Rissen kommen, die chirurgische Reparatur bedürfen.

- Es kann vorübergehend zu einer lokalen Irritation der Wunde und einer Fremdkörperreaktion kommen. Dies kann zu einer Extrusion, Erosion, Fistelbildung oder Entzündung führen.

- Wie alle Fremdkörper kann das PROLENE Netz eine vorhandene Infektion negativ beeinflussen. Der Plastikschutz des PROLENE Netzes dient dazu, das Risiko einer Kontamination auf ein Minimum zu beschränken.

- Bei einer Überkorrektur, d.h. bei einer zu starken Spannung des Streifens, kann es zu einer vorübergehenden oder permanenten Stenose der unteren Harnwege kommen.

**WIRKUNG**

Tierstudien zeigen, dass die Implantation eines PROLENE Netzes eine vorübergehende minimale entzündliche Reaktion im Gewebe auslöst. Eine dünne Lage fibrösen Gewebes wächst dann durch die Zwischenräume des Netzes, wodurch das Netz in das umgebende Gewebe inkorporiert wird. Das Material wird weder resorbiert noch durch Gewebeenzyme degradiert oder geschwächt.

**LIEFERFORM**

Das GYNECARE TVT Obturatorsystem wird steril (Ethylenoxid) zum Einmalgebrauch geliefert. Nicht erneut sterilisieren. Durch Wiederverwendung dieses Produkts (oder von Teilen dieses Produkts) besteht das Risiko einer Produktschädigung oder einer Kreuzkontamination, was zu einer Infektion oder Ansteckung mit durch Blut übertragenen Erregern bei Patienten und Anwendern führen kann. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Geöffnete, nicht verwendete Packungen entsorgen.

**AUFBEWAHRUNG**

Es wird empfohlen, das GYNECARE TVT Obturatorsystem bei Temperaturen unter 25 °C und geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung aufzubewahren. Nach Ablauf des Verfalldatums nicht mehr verwenden.

*ACHTUNG: Laut Gesetz in den USA darf dieses Produkt nur an Ärzte oder auf ärztliche Anordnung verkauft werden.*

**ERKLÄRUNG DER SYMBOLE AUF DER VERPACKUNG**



ETH.MESH.02340939

**ITALIANO**

Sistema otturatorio **GYNECARE TVT™**
**Dispositivo tension-free per l'incontinenza**

**Dispositivo otturatorio GYNECARE TVT
sterile, monouso**

**Tunnelizzatori otturatori elicoidali GYNECARE TVT
sterili, monouso**

**Guida otturatoria atraumatica con alette GYNECARE TVT
sterile, monouso**

**Leggere attentamente le istruzioni.**

Il mancato rispetto delle istruzioni può comportare un funzionamento errato del dispositivo con conseguente pericolo di lesioni.

**Importante:**

Questo inserto fornisce le istruzioni per l'uso del sistema otturatorio GYNECARE TVT™, compreso il dispositivo otturatorio, i tunnelizzatori otturatori elicoidali e la guida otturatoria atraumatica con alette GYNECARE TVT. Questo inserto non deve essere considerato una guida esauriente per la tecnica chirurgica di correzione dell'incontinenza urinaria da sforzo. Il dispositivo dovrebbe essere utilizzato solo da medici addestrati nel trattamento chirurgico dell'incontinenza urinaria da sforzo e, in particolare, nell'impianto del sistema otturatorio GYNECARE TVT. Queste istruzioni sono intese per l'uso generico del dispositivo. In procedure specifiche, l'uso del dispositivo può variare a seconda delle tecniche individuali e dell'anatomia della paziente.

**DESCRIZIONE**

Il sistema otturatorio GYNECARE TVT è un kit da procedura sterile, da usarsi su di una sola paziente, composto da:

**Dispositivo otturatorio GYNECARE TVT**

Il dispositivo otturatorio GYNECARE TVT è un prodotto sterile, da usarsi su di una sola paziente, composto da un nastro di maglia in polipropilene PROLENE™ non colorata o blu (blu di ftalocianina, codice colore 74160) di circa 1,1 cm x 45 cm, ricoperto da una guaina in plastica, sovrapposta al centro. I tubi in plastica sono collegati a ciascuna estremità. Il nastro in polipropilene PROLENE è costituito da filamenti di polipropilene estruso intrecciati in una maglia, di composizione identica a quelli usati nelle suture chirurgiche non assorbibili in polipropilene PROLENE. Questo materiale, usato come sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. Il nastro in PROLENE è lavorato con un processo che collega fra di loro ogni giunzione di fibra e che conferisce elasticità in entrambe le direzioni. Questa proprietà elastica bi-direzionale consente l'adattamento alle varie tensioni presenti nel corpo umano.

**Tunnelizzatori otturatori elicoidali GYNECARE TVT**

I tunnelizzatori otturatori elicoidali GYNECARE TVT consistono in due tunnelizzatori in acciaio inossidabile, a filo curvo con impugnature in plastica, progettati per utilizzare il dispositivo otturatorio GYNECARE TVT. I tunnelizzatori otturatori elicoidali sono forniti sia per sinistri che per destri e sono preassemblati al dispositivo otturatorio GYNECARE TVT. Il tunnelizzatore otturatorio elicoidale non DEVE mai essere piegato o deformato in alcun modo.

**Guida otturatoria atraumatica con alette GYNECARE TVT**

La guida otturatoria atraumatica con alette GYNECARE TVT è uno strumento accessorio in acciaio inossidabile che facilita il passaggio dei tunnelizzatori otturatori elicoidali GYNECARE TVT attraverso il tratto della dissezione.

**INDICAZIONI**

Il dispositivo otturatorio GYNECARE TVT è destinato ad essere usato nelle donne come sling sub-uretrale per il trattamento dell'incontinenza urinaria da sforzo (IUS) causata da una ipermobilità uretrale e/o da una insufficienza intrinseca dello sfintere.

**ISTRUZIONI PER L'USO**

**(Nota: le posizioni delle mani mostrate nelle illustrazioni possono variare.)**

1.  Posizionare la paziente in posizione litotomica dorsale con le anche iperflesse sull'addome. Le natiche dovrebbero essere allineate al bordo del tavolo.

2.  La procedura chirurgica è eseguita in anestesia locale, regionale o generale.

3.  Se lo si desidera, ritrarre le labbra per fornire una esposizione addizionale.

4.  Inserire un catetere uretrale nella vescica e svuotarla.

39

ETH.MESH.02340940

5. Contrassegnare i punti di uscita dei tubi in plastica, tracciando una linea orizzontale al livello del meato uretrale, nonché una seconda linea parallela e posta 2 cm al di sopra della prima linea. Individuare i punti di uscita su questa linea, 2 cm lateralmente rispetto alle pieghe della coscia (è possibile appiattire la cute tirandola). Contrassegnare i punti di uscita, in alternativa è possibile eseguire un'incisione di 5 mm –10 mm in ciascun punto di uscita o in una fase successiva della procedura *(osservare la figura 1)*.



**FIGURA 1**

6. Con i morsetti Allis per la trazione, eseguire un'incisione a linea mediana di 1 cm nella mucosa vaginale, partendo da 1 cm prossimale al meato uretrale.

*(**Nota: si suggerisce di completare l'inserimento del dispositivo da un lato prima di iniziare la dissezione del secondo.**)*

Dopo aver dato inizio a una dissezione aguzza, continuare usando una tecnica di "pressione e spargimento", per eseguire la dissezione smussa preferibilmente facendo uso di forbici curve appuntite. È necessario orientare il percorso della dissezione laterale ad un angolo di 45° dalla linea mediana, con forbici orientate sul piano orizzontale *(osservare la figura 2)*. Continuare la dissezione verso la congiunzione fra il corpo dell'osso pubico e il ramo pubico inferiore *(osservare la figura 2)*.



**FIGURA 2**

Quando si raggiunge la giunzione fra il corpo dell'osso pubico e il ramo pubico inferiore, perforare la membrana dell'otturatore. Quando la membrana viene perforata, è possibile avvertire una perdita di resistenza. Il canale deve avere un diametro di circa di 5–7 mm e non deve essere più profondo di 5 cm. Una dissezione oltre i 5 cm può causare un ingresso involontario nello spazio di Retzius. Dopo la dissezione di 5 cm, se non si raggiunge l'osso, valutare di nuovo che l'angolo di dissezione sia corretto.

7. Rimuovere la workstation con pacchetto interno dalla confezione esterna. Quindi rimuovere dalla confezione la guida otturatoria atraumatica con alette GYNECARE TVT *(osservare la figura 3)*.



**FIGURA 3**

8. Inserire la guida otturatoria atraumatica con alette GYNECARE TVT nel tratto in cui è stata eseguita la dissezione, finché questa non oltrepassa il ramo pubico inferiore ed entra nell'apertura praticata precedentemente nella membrana dell'otturatore. Quando la guida con alette viene fatta passare attraverso la membrana dell'otturatore, è possibile avvertire una perdita di resistenza.

Se si avverte una certa difficoltà durante l'inserimento della guida, riconfermare la direzione del tratto con le forbici.

40

ETH.MESH.02340941

*(Nota: il lato aperto della guida deve essere rivolto verso il chirurgo. Se necessario, è possibile piegare la linguetta pieghevole per aumentare la lunghezza della guida, osservare la figura 5.)*

9. Rimuovere i tunnelizzatori otturatori elicoidali GYNECARE TVT ed il dispositivo otturatorio GYNECARE TVT dalla confezione sterile *(per i componenti, osservare la figura 3).*

*(Nota: per garantire la giusta direzione dei tunnelizzatori otturatori elicoidali e del nastro, verificare che il logo GYNECARE ed il solco per pollice dell'impugnatura in plastica siano rivolti verso il chirurgo e i punti sulla parte esterna si trovino di fronte al chirurgo. È necessario che il chirurgo usi il tunnelizzatore otturatorio elicoidale con la mano sinistra, mentre opera sulla parte destra della paziente; osservare la figura 4.)*



**FIGURA 4**

10. Posizionare uno dei tunnelizzatori otturatori elicoidali sul telo sterile o in altri luoghi sterili adatti, finché sarà necessario. Assicurarsi che il nastro non sia attorcigliato.

11. Inserire il tunnellizzatore otturatorio elicoidale GYNECARE TVT proprio nel tratto in cui è stata eseguita la dissezione, seguendo il canale della guida otturatoria atraumatica con alette GYNECARE TVT. Spingere il dispositivo all'interno, facendolo attraversare e passare leggermente oltre la membrana dell'otturatore. Accertarsi che l'impugnatura del dispositivo sia orientata in modo che la punta retta del tunnellizzatore otturatorio elicoidale sia allineata con il canale della guida otturatoria atraumatica con alette GYNECARE TVT e rimanga in quella direzione finché la punta non attraversa la membrana dell'otturatore *(osservare la figura 5).*



Guida con alette
Pieghevole

**FIGURA 5**

12. Una volta raggiunta questa posizione, rimuovere la guida otturatoria atraumatica con alette GYNECARE TVT e mantenerla sterile per un uso successivo sulla stessa paziente.



Posizione iniziale          Posizione finale

**FIGURA 6**

13. Una volta rimossa la guida otturatoria atraumatica con alette GYNECARE TVT, ruotare l'impugnatura del tunnellizzatore otturatorio elicoidale e contemporaneamente spostarla verso la linea mediana finché tale impugnatura non si trova perpendicolare al pavimento *(osservare la figura 6).* **(Nota: non orientare mai l'impugnatura in posizione orizzontale.)**

41

ETH.MESH.02340942



**FIGURA 7**

14. È necessario far uscire la punta del tunnellizzatore *otturatorio elicoidale* dai punti di uscita determinati precedentemente *(osservare la figura 7)*. Può tuttavia essere necessaria una leggera manipolazione della cute. Se precedentemente non è stata eseguita alcuna incisione della cute, eseguirla nel punto in cui la punta del tunnellizzatore otturatorio elicoidale preme contro di essa, tendendola. Quando la punta del tubo in plastica fuoriesce dall'apertura della cute, afferrarla con un morsetto e mentre si rende stabile il tubo accanto all'uretra con il pollice, rimuovere il tunnellizzatore otturatorio elicoidale con una rotazione inversa dell'impugnatura *(osservare la figura 8)*.



**FIGURA 8**

15. Tirare completamente il tubo in plastica attraverso la cute, finché non fuoriesce il nastro *(osservare la figura 9)*.



**FIGURA 9**

16. Ripetere la stessa tecnica nell'altro lato della paziente, verificando che il nastro giaccia piatto sotto l'uretra *(osservare la figura 10)*.

*(Nota: se si scopre una torsione del nastro, tirare il medesimo e verificare che la torsione non si trovi proprio sotto l'uretra.)*

42

ETH.MESH.02340943



**FIGURA 10**

17. Una volta estratti entrambi i tubi in plastica attraverso le incisioni della cute, tagliarli dal nastro e dalle guaine in plastica. Posizionare il nastro in modo che sia lento, cioè senza tensione, e si trovi piatto sotto la porzione media dell'uretra. In questa fase è possibile eseguire un test facendo tossire la paziente. Ciò consente una regolazione del nastro, in modo che durante un colpo di tosse vadano perse solo poche gocce di urina *(osservare la figura 11)*.



**FIGURA 11**

Quando il nastro è in posizione, rimuovere la guaina in plastica che copre il nastro. Porre uno strumento smusso (forbici o bisturi) fra l'uretra e il nastro durante la rimozione delle guaine in plastica, diversamente usare altri mezzi adeguati durante la rimozione della guaina allo scopo di evitare di posizionare il nastro con tensione.

*(Nota: la rimozione prematura della guaina può rendere difficili le successive regolazioni.)*

18. Chiudere l'incisione vaginale dopo aver regolato il nastro. Tagliare le estremità del nastro nei punti di uscita, proprio sotto la cute della coscia interna. Chiudere le incisioni sulla cute con una sutura o con adesivo chirurgico cutaneo.

19. A discrezione del chirurgo, è possibile eseguire una cistoscopia. Se dopo il primo passaggio è stata eseguita una cistoscopia, assicurarsi che la vescica sia vuota prima di iniziare il passaggio del secondo lato. Normalmente non è necessaria alcuna cateterizzazione post-operatoria a permanenza. Incoraggiare la paziente a svuotare la vescica dopo 2 - 3 ore dall'intervento.

**CONTROINDICAZIONI**

Come per ogni tipo di chirurgia di sospensione, questa tecnica non deve essere eseguita nelle gestanti. Inoltre, poiché la rete in polipropilene PROLENE non si tenderebbe adeguatamente, questa procedura non deve essere eseguita su pazienti con potenziale incremento ponderale, incluse donne che stanno pianificando una futura gravidanza.

**AVVERTENZE E PRECAUZIONI**

- Non utilizzare la procedura con il dispositivo otturatorio GYNECARE TVT su pazienti sottoposte a terapia anticoagulante.

- Non utilizzare la procedura con il dispositivo otturatorio GYNECARE TVT su pazienti che presentano un'infezione alle vie urinarie.

- Prima di utilizzare il dispositivo otturatorio GYNECARE TVT, gli utenti dovranno conoscere in modo approfondito le tecniche chirurgiche di sospensione dell'uretra ed essere adeguatamente specializzati nella procedura con il dispositivo otturatorio GYNECARE TVT.

- Attenersi ad una pratica chirurgica riconosciuta per la procedura con il dispositivo otturatorio GYNECARE TVT e per la gestione di ferite infette o contaminate.

- La procedura con il dispositivo otturatorio GYNECARE TVT dovrà essere eseguita con la massima attenzione, avendo cura di evitare grandi vasi, nervi, vescica e intestino. Per ridurre al minimo i rischi è importante conoscere l'anatomia della paziente ed effettuare un passaggio corretto del dispositivo.

- È possibile che si verifichi un'emorragia dopo l'intervento. Prestare attenzione ad eventuali sintomi o segni clinici prima di dimettere la paziente dall'ospedale.

- Sebbene sia improbabile che si verifichino lesioni della vescica con questa tecnica, a discrezione del chirurgo sarà possibile eseguire una cistoscopia.

- Rimuovere le guaine in plastica solo dopo aver posizionato correttamente il nastro.

43

ETH.MESH.02340944

- Assicurarsi che il nastro sia posizionato sotto la porzione media dell'uretra in assenza di tensione.
- Non eseguire questa procedura se si pensa che il sito chirurgico possa essere infettato o contaminato.
- Poiché non si sono informazioni cliniche sulla gravidanza dopo l'applicazione di sling sub-uretrale con il sistema otturatorio GYNECARE TVT, informare la paziente che una futura gravidanza potrebbe vanificare gli effetti della procedura chirurgica e che l'incontinenza potrebbe manifestarsi di nuovo.
- Poiché non si sono informazioni cliniche sui parti naturali dopo l'applicazione di sling sub-uretrale con il sistema otturatorio GYNECARE TVT, in caso di gravidanza è necessario prendere in considerazione il parto cesareo.
- Dopo l'intervento, la paziente dovrà astenersi dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) per almeno tre o quattro settimane e dovrà evitare rapporti sessuali per un mese. Di solito, la paziente potrà tornare a svolgere le normali attività dopo una o due settimane.
- E necessario avvertire la paziente di contattare immediatamente il medico in caso di disuria, sanguinamento o altri problemi correlati.
- È possibile che si presenti un dolore transitorio alle gambe di durata 24–48 ore, che di solita potrà essere risolto mediante analgesici leggeri.
- Come per altre tecniche per l'incontinenza, dopo l'applicazione della sling sub-uretrale utilizzando il sistema otturatorio GYNECARE TVT, potrebbe di nuovo verificarsi un'instabilità del detrusore. Per ridurre al minimo questo rischio, assicurarsi di aver posizionato il nastro come descritto in precedenza.
- Per evitare danni meccanici alla rete, non mettere in contatto il nastro di PROLENE con punti, clip o fermagli.
- Non risterilizzare il dispositivo otturatorio GYNECARE TVT o qualunque suo componente. Eliminare dispositivi aperti e non usati.
- È possibile somministrare antibiotici di profilassi secondo la procedura usuale del chirurgo.

**EFFETTI INDESIDERATI**

- Durante il passaggio dell'ago possono verificarsi buchi o lacerazioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.
- È possibile che nel sito della ferita si manifesti un'irritazione transitoria locale o una reazione transitoria da corpo estraneo. Tale reazione può dar luogo a estrusione, erosione, formazione di fistola o infiammazione.
- Come per qualsiasi corpo estraneo, la rete in PROLENE può aggravare un'infezione già esistente. Le guaine in plastica che all'inizio ricoprono la rete in PROLENE servono a ridurre al minimo il rischio di contaminazione.
- Una correzione eccessiva, ad es. troppa tensione sul nastro, può causare un'ostruzione temporanea o permanente delle vie urinarie inferiori.

**AZIONI**

Studi eseguiti su animali dimostrano che l'impianto della rete PROLENE suscita nei tessuti una reazione infiammatoria minima, di natura transitoria, seguita poi dal deposito di un sottile strato fibroso di tessuto, che può crescere attraverso gli interstizi della maglia, incorporando di conseguenza la maglia nel tessuto adiacente. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tessutali.

**CONFEZIONE**

Il sistema otturatorio GYNECARE TVT è fornito sterile (trattato con ossido di etilene) ed è monouso. Non risterilizzare. Il riutilizzo del dispositivo (o di parti di esso) può creare un rischio di degradazione del prodotto e di contaminazione crociata, che possono causare infezioni o trasmissione di patogeni di origine ematica a pazienti e utilizzatori. Non usare se la confezione è stata aperta o danneggiata. Eliminare dispositivi aperti e non usati.

**CONSERVAZIONE**

Si consiglia di conservare il sistema otturatorio GYNECARE TVT monouso ad una temperatura inferiore a 25 °C, in luogo asciutto e lontano da fonti di calore. Non usare dopo la data di scadenza.

*ATTENZIONE: la legge federale statunitense limita la vendita di questo dispositivo ai medici o su prescrizione medica.*

**SIMBOLI USATI SULL'ETICHETTA**



CE 0086
Marchio CE e numero di identificazione dell'organismo notificato. Il prodotto è conforme ai requisiti essenziali della Direttiva CEE 93/42 sui Dispositivi medici

LOT    Numero di Lotto

Da usare entro—Anno e Mese

STERILE EO    Metodo di sterilizzazione

Non riutilizzare né risterilizzare

Leggere le istruzioni per l'uso

44

ETH.MESH.02340945

**PORTUGUÊS**

Sistema obturador **GYNECARE TVT™**
**Apoio sem tensão para incontinência**

**Dispositivo obturador GYNECARE TVT,
estéril, para uma única utilização**

**Passadores helicoidais para obturador GYNECARE TVT,
estéreis, para uma única utilização**

**Guia alado atraumático para obturador GYNECARE TVT,
estéril, para uma única utilização**

**Por favor, leia atentamente todas as informações.**

O não cumprimento das instruções poderá originar o funcionamento indevido do dispositivo e provocar lesões pessoais.

**Importante:**

Este folheto informativo destina-se a fornecer instruções para a utilização da sistema obturador GYNECARE TVT™, incluindo o dispositivo obturador, passadores helicoidais e guia alado atraumático GYNECARE TVT. Não constitui uma referência completa sobre a aplicação da técnica cirúrgica de correcção da incontinência urinária de esforço (SUI). O dispositivo deve ser usado apenas por médicos especializados no tratamento cirúrgico da incontinência urinária de esforço e, especificamente, na implantação do dispositivo obturador GYNECARE TVT. Estas instruções destinam-se ao uso genérico do dispositivo. Podem ocorrer variações na utilização em procedimentos específicos devido a técnicas individuais e à anatomia da doente.

**DESCRIÇÃO**

O sistema obturador GYNECARE TVT é um kit esterilizado, destinado a um procedimento numa única doente, composto por:

**Dispositivo obturador GYNECARE TVT**

O dispositivo obturador GYNECARE TVT consiste num dispositivo estéril, para utilização numa única doente, constituído por uma peça de rede de polipropileno PROLENE™ (faixa), não corada ou de cor azul (azul de ftalocianina, número do índice da cor 74160), com aproximadamente 1,1 cm x 45 cm, revestida por uma bainha de plástico que se sobrepõe no meio. Existem receptáculos de tubo de plástico fixos em cada extremidade. A rede de polipropileno PROLENE é composta por filamentos tecidos de polipropileno obtido por extrusão, cuja composição é idêntica à da sutura cirúrgica de polipropileno não absorvível PROLENE. Este material, quando usado como sutura, demonstrou não ser reactivo e mantém a sua resistência indefinidamente em uso clínico. A rede PROLENE é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Esta propriedade elástica bidireccional permite a adaptação às diversas tensões a que o organismo está sujeito.

**Passadores helicoidais GYNECARE TVT**

Os passadores helicoidais GYNECARE TVT são dois passadores metálicos curvos em aço inoxidável, dotados de punhos de plástico e concebidos para a colocação do dispositivo obturador GYNECARE TVT. Os passadores helicoidais são fornecidos como unidades esquerda e direita, pré-montados no dispositivo obturador GYNECARE TVT. O passador helicoidal não DEVE ser dobrado ou deformado sob nenhuma forma.

**Guia alado atraumático GYNECARE TVT**

O guia alado atraumático GYNECARE TVT consiste num instrumento acessório em aço inoxidável que facilita a passagem dos passadores helicoidais GYNECARE TVT através da área de dissecção.

**INDICAÇÕES**

O dispositivo obturador GYNECARE TVT destina-se a ser utilizado em mulheres, como suporte sub-uretral para o tratamento da incontinência urinária de esforço (SUI), causada por hiper-mobilidade uretral e/ou deficiência do esfíncter intrínseco.

**INDICAÇÕES DE UTILIZAÇÃO**
**(Nota: As posições das mãos mostradas nas ilustrações podem variar.)**

1. Coloque a doente na posição de litotomia dorsal, com as ancas em hiperflexão por cima do abdómen. As nádegas devem estar posicionadas justas à extremidade da mesa.

2. O procedimento pode ser efectuado sob anestesia local, regional ou geral.

3. Se desejar, afaste os lábios para facultar uma exposição adicional.

4. Introduza um cateter uretral na bexiga e esvazie a bexiga.

ETH.MESH.02340946

5. Marque os pontos de saída dos tubos de plástico traçando uma linha horizontal ao nível do meato uretral, e uma segunda linha paralelamente e 2 cm acima da primeira linha. Localize os pontos de saída nesta linha, 2 cm por fora das dobras da coxa (a pele pode ser aplainada esticando). Marque os pontos de saída, alternativamente pode ser feita uma incisão de 5 mm–10 mm em cada ponto de saída ou numa fase posterior do procedimento *(consulte a Figura 1)*.



**FIGURA 1**

6. Utilizando clampes Allis para tracção, faça uma incisão de 1 cm na linha média, ao nível da mucosa vaginal, começando 1 cm proximal ao meato uretral.

**(Nota: Sugere-se a conclusão da introdução do dispositivo num dos lados antes de se iniciar a dissecção do segundo lado.)**

Depois de iniciar a dissecção cortante, prossiga utilizando uma "técnica de empurrar-afastar", para efectuar a dissecção romba, utilizando preferencialmente uma tesoura curva e afiada. O trajecto da dissecção externa deve ser orientado num ângulo de 45° em relação à linha média, com a tesoura orientada no plano horizontal *(consulte a Figura 2)*. Continue a dissecção até à junção entre o corpo do osso púbico e o ramo inferior do púbis *(consulte a Figura 2)*.



**FIGURA 2**

Quando atingir a junção entre o corpo do osso púbico e o ramo inferior do púbis, perfure a membrana do obturador. Quando a membrana for perfurada, irá sentir uma perda de resistência. O canal deve ter um diâmetro aproximado de 5 mm–7 mm e uma profundidade inferior a 5 cm. Uma dissecção para além de 5 cm pode permitir uma entrada indesejada no espaço de Retzius. Se não atingir o osso depois de dissecar 5 cm, reavalie o ângulo de dissecção, para confirmar que é correcto.

7. Retire a estação de trabalho de embalagem interior da embalagem exterior. Retire depois o guia alado GYNECARE TVT da estação de trabalho de embalagem *(consulte a Figura 3)*.



**FIGURA 3**

8. Introduza o guia alado GYNECARE TVT na área dissecada até que passe pelo ramo inferior do púbis e entre na abertura previamente feita na membrana do obturador. À medida que o guia alado atravessa a membrana do obturador, poderá sentir uma perda de resistência.

Se encontrar dificuldades durante a introdução do guia, volte a confirmar a direcção do trajecto utilizando a tesoura.

ETH.MESH.02340947

*(Nota: O lado aberto do guia tem que estar virado para o cirurgião. Se for necessário, a asa curvável pode ser dobrada para aumentar o comprimento do guia, consulte a Figura 5.)*

9.   Retire o conjunto do dispositivo/passadores helicoidais GYNECARE TVT e o conjunto do dispositivo obturador GYNECARE TVT da embalagem estéril *(consulte a Figura 3 para os componentes)*.

*(Nota: Para garantir uma orientação correcta dos passadores helicoidais e faixa, confirme que o logotipo GYNECARE e que o entalhe para o polegar presentes no punho de plástico estão virados para a cirurgião, e que os pontos estão no exterior, virados para o cirurgião. O passador helicoidal na mão esquerda do cirurgião deve ser utilizado no lado direito da doente; consulte a Figura 4.)*



**FIGURA 4**

10.   Coloque um dos passadores helicoidais num pano estéril ou noutro local estéril adequado, até que este seja necessário. Assegure-se de que a faixa não está torcida.

11.   Introduza o passador helicoidal GYNECARE TVT correcto na área dissecada, seguindo o canal do guia alado GYNECARE TVT. Empurre o dispositivo para dentro, atravessando e passando ligeiramente a membrana do obturador. Certifique-se de que o punho do dispositivo está orientado de forma a que a ponta recta do passador helicoidal fique alinhada com o canal do guia alado GYNECARE TVT e de que fica nessa orientação até que a ponta atravesse a membrana do obturador *(consulte a Figura 5)*.



**FIGURA 5**

12.   Uma vez nesta posição, remova o guia alado GYNECARE TVT e conserve-o estéril, para utilização posterior na mesma doente.



**FIGURA 6**

13.   Depois de retirar o guia alado GYNECARE TVT, rode o punho do passador helicoidal ao mesmo tempo que se desloca para a linha média, até o punho estar vertical relativamente ao chão *(consulte a Figura 6)*. *(Nota: Nunca permita que o punho fique orientado em posição horizontal.)*

ETH.MESH.02340948



**FIGURA 7**

14. O ponto do passador helicoidal deve sair próximo dos pontos de saída previamente determinados *(consulte a Figura 7)*. Todavia, poderá ser necessária uma ligeira manipulação da pele. Se não tiver feito previamente a incisão cutânea, faça-a no ponto onde a ponta do passador helicoidal levanta a pele. Quando a ponta do tubo de plástico aparecer na abertura da pele, pegue na ponta afiada do tubo de plástico com um clamp e, ao mesmo tempo que estabiliza o tubo próximo da uretra com o polegar, retire o passador helicoidal fazendo uma rotação inversa do punho *(consulte a Figura 8)*.



**FIGURA 8**

15. Puxe completamente o tubo de plástico através da pele, até que apareça a faixa *(consulte a Figura 9)*.



**FIGURA 9**

16. Repita a técnica no outro lado da doente, assegurando-se de que a faixa assenta plana por baixo da uretra *(consulte a Figura 10)*.

*(Nota: Caso se detecte uma torção na faixa, assegure-se de que a torção não fica posicionada por baixo da uretra depois de puxar a fita em excesso.)*

48

ETH.MESH.02340949



**FIGURA 10**

17. Quando os dois tubos de plástico tiverem sido extraídos através das incisões cutâneas, corte os tubos de plástico da faixa e bainhas de plástico. Posicione a faixa frouxamente, por exemplo sem tensão, e de modo a ficar plana sob a linha média da uretra. Nesta fase, pode efectuar-se um teste de tosse. Tal permite o ajuste da faixa, de forma a que só se percam algumas gotas de urina durante a tosse *(consulte a Figura 11)*.



**FIGURA 11**

Quando a faixa estiver posicionada, retire a bainha de plástico que cobre as faixas. Para evitar o posicionamento da faixa com tensão, coloque um instrumento rombo (por exemplo, tesoura ou pinça) entre a uretra e a faixa durante a remoção das bainhas de plástico, ou utilize outro meio adequado durante a remoção da bainha.

*(Nota: A remoção prematura da bainha pode tornar difíceis ajustes subsequentes.)*

18. Depois de ajustar faixa, encerre a incisão vaginal. Corte as extremidades da faixa nos pontos de saída, imediatamente por baixo da pele da zona interna da coxa. Encerre as incisões cutâneas com sutura ou adesivo cutâneo cirúrgico.

19. Pode realizar-se uma cistoscopia, de acordo com o critério do cirurgião. Se tiver sido realizada cistoscopia depois da primeira passagem, certifique-se de que a bexiga é esvaziada antes de iniciar a passagem do segundo lado. Não é tipicamente necessária algaliação permanente no pós-operatório. Deve-se encorajar a paciente a tentar urinar duas ou três horas depois da operação.

**CONTRA-INDICAÇÕES**

Tal como acontece com qualquer cirurgia de suspensão, este procedimento não deve ser efectuado em pacientes grávidas. Além disso, como a rede de polipropileno PROLENE não tem uma capacidade extensível significativa, não deve ser utilizada em pacientes com potencial de crescimento futuro, incluindo pacientes que planeiam uma gravidez futura.

**AVISOS E PRECAUÇÕES**

- Não usar o procedimento com o obturador GYNECARE TVT em doentes submetidas a terapêutica anti-coagulante.
- Não usar o procedimento com o obturador GYNECARE TVT em doentes que apresentem infecção urinária.
- Os utilizadores devem estar familiarizados com a técnica cirúrgica de suspensão uretral e devem possuir uma formação adequada relativamente ao procedimento com o obturador GYNECARE TVT antes de utilizar o dispositivo obturador GYNECARE TVT.
- Deverá ser utilizada uma técnica cirúrgica apropriada para o procedimento com o obturador GYNECARE TVT, assim como para o tratamento de feridas contaminadas ou infectadas.
- O procedimento com o obturador GYNECARE TVT deverá ser efectuado com extremo cuidado de forma a evitar vasos de grande calibre, nervos, a bexiga e os intestinos. O facto de ter atenção à anatomia da doente e à passagem adequada do dispositivo irá minimizar os riscos.
- Pode ocorrer hemorragia no pós-operatório. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à doente.
- Embora seja improvável que ocorram lesões vesicais com esta técnica, pode ser realizada uma cistoscopia de acordo com o critério do cirurgião.
- Não retirar as bainhas de plástico até que a faixa esteja colocada de forma apropriada.
- Assegurar-se de que a faixa está colocada sem tensão sob a linha média da uretra.
- Não realizar este procedimento caso se pense que o local cirúrgico pode estar infectado ou contaminado.

ETH.MESH.02340950

- Dado que não se encontram disponíveis quaisquer informações relativas à gravidez após um procedimento de suspensão sub-uretral com o sistema obturador GYNECARE TVT, a doente deverá ser aconselhada de que uma futura gravidez poderá anular os efeitos do procedimento cirúrgico e a doente poderá voltar a ser incontinente.

- Dado que não se encontram disponíveis quaisquer informações clínicas relativas a parto por via vaginal após um procedimento de suspensão sub-uretral com o sistema obturador GYNECARE TVT, em caso gravidez deve considerar-se o parto por cesariana.

- No pós-operatório, deverá ser recomendado à doente que não levante pesos e/ou faça exercícios físicos (como ciclismo e correr) durante pelo menos três a quatro semanas, e que não tenha relações sexuais durante um mês. A doente poderá habitualmente voltar a outras actividades normais após uma ou duas semanas.

- Se ocorrer disúria, hemorragia ou outros problemas, a doente deverá ser instruída a contactar imediatamente o cirurgião.

- Pode ocorrer dor transitória nas pernas, com duração de 24 a 48 horas, que pode ser habitualmente controlada com analgésicos fracos.

- Como os demais procedimentos para a incontinência, após um procedimento de suspensão sub-uretral com o sistema obturador GYNECARE TVT pode ocorrer instabilidade do detrusor de novo. Para minimizar este risco, certifique-se de que coloca a faixa conforme acima descrito.

- Evitar o contacto da rede PROLENE com agrafos, pinças ou clampes de nenhum tipo, uma vez que isso poderá causar danos mecânicos na rede.

- Não reesterilize o dispositivo obturador GYNECARE TVT nem os seus componentes. Descartar os dispositivos abertos, que tenham sido utilizados ou não.

- Podem ser administrados antibióticos profilácticos, de acordo com a prática habitual do cirurgião.

**REACÇÕES ADVERSAS**

- Podem ocorrer perfurações ou lacerações de vasos, nervos, bexiga, uretra ou intestino durante a passagem da agulha, que podem exigir reparação cirúrgica.

- Pode ocorrer uma irritação transitória no local da ferida e uma reacção transitória a corpo estranho. Esta reacção poderia causar extrusão, erosão, formação de fístulas e inflamação.

- Tal como acontece com qualquer corpo estranho, a rede PROLENE poderá agravar uma infecção existente. As bainhas de plástico que cobrem inicialmente a rede PROLENE têm a finalidade de reduzir ao mínimo o risco de contaminação.

- Uma correcção excessiva, isto é, a aplicação de demasiada tensão na faixa, pode provocar uma obstrução temporária ou permanente das vias urinárias inferiores.

**ACTUAÇÃO**

Os estudos em animais revelam que a implantação de PROLENE provoca uma reacção inflamatória mínima nos tecidos, a qual é transitória e é seguida pela deposição de uma fina camada de tecido fibroso que pode crescer através dos interstícios da rede, incorporando deste modo a rede nos tecidos adjacentes. O material não é absorvido nem está sujeito a degradação ou enfraquecimento pela acção das enzimas dos tecidos.

**APRESENTAÇÃO**

O sistema obturador GYNECARE TVT é fornecido esterilizado (óxido de etileno), para uma única utilização. Não reesterilize. A reutilização deste dispositivo (ou de partes deste dispositivo) pode criar um risco de degradação do produto e contaminação cruzada, o que pode conduzir à infecção ou transmissão de agentes patogénicos transmitidos pelo sangue aos doentes e utilizadores. Não usar se a embalagem estiver aberta ou danificada. Descartar os dispositivos abertos, que tenham sido utilizados ou não.

**ARMAZENAMENTO**

As condições de armazenamento recomendadas para o sistema obturador GYNECARE TVT de uso único são a uma temperatura inferior a 25 °C, em local seco e fresco. Não usar findo o prazo de validade.

*CUIDADO: A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.*

**SÍMBOLOS UTILIZADOS NOS RÓTULOS**



ETH.MESH.02340951

**ESPAÑOL**

Sistema obturador **GYNECARE TVT™**
**Protector sin tensión para la incontinencia**

**Dispositivo del obturador GYNECARE TVT,
estéril para un solo uso**

**Pasadores helicoidales del obturador GYNECARE TVT,
estériles para un solo uso**

**Guía con aletas atraumática del obturador
GYNECARE TVT, estéril para un solo uso**

**Por favor lea con atención toda la información.**

De no seguir las instrucciones correctamente, el dispositivo podría no funcionar de forma adecuada e incluso causar lesiones personales.

**Importante:**

Este manual tiene el fin de proveer instrucciones para el uso del sistema obturador GYNECARE TVT™, incluyendo el dispositivo, los pasadores helicoidales y la guía con aletas atraumática del obturador GYNECARE TVT. No es una guía completa para técnicas quirúrgicas para la corrección de la incontinencia urinaria de esfuerzo. El dispositivo debe ser empleado solamente por médicos que cuenten con la formación necesaria para el tratamiento quirúrgico de la incontinencia urinaria de esfuerzo y, específicamente, para la implantación del dispositivo del obturador GYNECARE TVT. Estas instrucciones se refieren al uso general del dispositivo. Puede haber variantes en el uso en procedimientos específicos debido al uso de técnicas individuales y a la anatomía de la paciente.

**DESCRIPCIÓN**

El sistema obturador GYNECARE TVT es un kit de procedimiento estéril para uso en una sola paciente que consta de los siguientes elementos:

**Dispositivo del obturador GYNECARE TVT**

El dispositivo del obturador GYNECARE TVT es un dispositivo estéril para uso en una sola paciente. Consta de una pieza de malla (banda) de polipropileno PROLENE™ sin teñir o de color azul (azul ftalocianina, número 74160) de aproximadamente 1,1 cm x 45 cm cubierta con una vaina de plástico superpuesta en el medio y receptáculos tubulares plásticos en cada extremo. La malla de polipropileno PROLENE está hecha de filamentos tejidos de hebras de propileno extrusionado, cuya composición es idéntica a la utilizada en las suturas quirúrgicas no absorbibles de polipropileno PROLENE. Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y retiene su resistencia indefinidamente en el uso clínico. La malla de PROLENE está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta elasticidad bidireccional permite la adaptación a los diferentes niveles de tensión presentes en el cuerpo.

**Pasadores helicoidales GYNECARE TVT**

Los pasadores helicoidales GYNECARE TVT son dos pasadores de alambre curvos de acero inoxidable con mangos de plástico diseñados para aplicar el dispositivo del obturador GYNECARE TVT. Los pasadores helicoidales se suministran como una unidad izquierda y una unidad derecha y vienen previamente montadas al dispositivo del obturador GYNECARE TVT. Los pasadores helicoidales no DEBEN doblarse ni deformarse de ninguna manera.

**Guía con aletas atraumática GYNECARE TVT**

La guía con aletas atraumática GYNECARE TVT es un instrumento accesorio de acero inoxidable que facilita el pasaje de los pasadores helicoidales GYNECARE TVT por el área de disección.

**INDICACIONES**

El dispositivo del obturador GYNECARE TVT está indicado como cabestrillo suburetral para el tratamiento de mujeres con incontinencia urinaria de esfuerzo causada por la hipermovilidad uretral y/o deficiencia intrínseca del esfínter.

**INSTRUCCIONES DE USO**

**(Nota: las posiciones de las manos que se ilustran en las figuras pueden variar.)**

1.  Coloque a la paciente en la posición de litotomía dorsal con las caderas hiperflexionadas sobre el abdomen. Las nalgas deben colocarse al nivel del borde de la mesa.

2.  El procedimiento puede llevarse a cabo bajo anestesia local, pero también puede efectuarse usando anestesia regional o general.

3.  Si lo desea, retraiga los labios para obtener una mayor exposición.

4.  Introduzca un catéter uretral en la vejiga y vacíela.

51

ETH.MESH.02340952

5. Marque los puntos de salida de los tubos plásticos trazando una línea horizontal al nivel del meato uretral y una segunda línea paralela 2 cm por encima de la primera línea. Ubique los puntos de salida sobre esta línea, a 2 cm de los lados de los pliegues del muslo (puede estirarse la piel para alisarla). Marque los puntos de salida. Como alternativa, puede realizarse una incisión de 5 mm–10 mm en cada punto de salida o en una etapa posterior del procedimiento *(vea la figura 1)*.



**FIGURA 1**

6. Utilizando un par de pinzas Allis para tracción, haga una incisión de 1 cm de largo en la línea media de la mucosa vaginal, comenzando a 1 cm en posición proximal al meato uretral.

   *(Nota: se recomienda finalizar la inserción del dispositivo sobre un lado antes de comenzar con la disección del segundo lado.)*

   Después de iniciar una disección cortante, continúe usando una "técnica de empuje-separación" para realizar una disección roma preferentemente usando tijeras curvas puntiagudas. El recorrido de la disección lateral debe formar un ángulo de 45° respecto de la línea media, con las tijeras orientadas sobre el plano horizontal *(vea la figura 2)*. Continúe la disección hacia la unión entre el cuerpo de los huesos púbicos y rama púbica inferior *(vea la figura 2)*.



**FIGURA 2**

   Cuando llegue a la unión entre el cuerpo de los huesos púbicos y la rama púbica inferior, perfore la membrana del obturador. Es posible que sienta una pérdida de resistencia al perforar la membrana. El canal debe tener un diámetro de aproximadamente 5 mm–7 mm y una profundidad del 5 cm como máximo. Una disección más profunda podría permitir el ingreso accidental en el espacio de Retzius. Si no llega al hueso después de una disección de 5 cm, asegúrese de que el ángulo de disección es correcto.

7. Retire la estación de trabajo del envase interno del envase externo. A continuación, retire la guía con aletas GYNECARE TVT de la estación de trabajo del envase *(vea la figura 3)*.



Guía con aletas    Conjunto de pasadores helicoidales/dispositivo

**FIGURA 3**

8. Introduzca la guía con aletas GYNECARE TVT en el área disecada pasando la rama púbica inferior hasta que ingrese en la abertura previamente realizada en la membrana del obturador. Es posible que sienta una pérdida de resistencia a medida que la guía con aletas pasa por la membrana del obturador.

   Si encuentra dificultades al introducir la guía, verifique la dirección del tracto con las tijeras.

   *(Nota: el lado abierto de la guía debe estar de cara al cirujano. La pestaña flexible puede doblarse para aumentar la longitud de la guía en caso de ser necesario; vea la figura 5.)*

52

ETH.MESH.02340953

9. Retire el conjunto de pasadores helicoidales/dispositivo GYNECARE TVT y el conjunto del dispositivo del obturador GYNECARE TVT del envase estéril *(vea los componentes en la figura 3).*

*(Nota: para asegurar la correcta orientación de los pasadores helicoidales y la banda, cerciórese de que el logotipo de GYNECARE y la muesca para el dedo pulgar sobre el mango de plástico queden de cara al cirujano y que las puntas se encuentren sobre el lado exterior, también de cara al cirujano. El pasador helicoidal en la mano izquierda del cirujano debe utilizarse sobre el lado derecho de la paciente; vea la figura 4.)*



**FIGURA 4**

10. Coloque uno de los pasadores helicoidales sobre el paño estéril u otro lugar estéril adecuado hasta que sea necesario utilizarlo. Asegúrese de que la banda no está torcida.

11. Introduzca el pasador helicoidal GYNECARE TVT correcto en el área disecada siguiendo el canal de la guía con aletas GYNECARE TVT. Empuje el dispositivo hacia adelante, atravesando y pasando ligeramente la membrana del obturador. Asegúrese de que el mango del dispositivo está orientado de modo tal que la punta recta del pasador helicoidal quede alineada con el canal de la guía con aletas GYNECARE TVT y que se mantiene en esa orientación hasta que la punta haya atravesado la membrana del obturador *(vea la figura 5).*



**FIGURA 5**

12. Una vez en esta posición, retire la guía con aletas GYNECARE TVT y consérvela estéril para su uso posterior en la misma paciente.



**FIGURA 6**

13. Una vez retirada la guía con aletas GYNECARE TVT, gire el mango del pasador helicoidal mientras mueve el mango hacia la línea media hasta que quede perpendicular al suelo *(vea la figura 6). (Nota: no permita nunca que el mango quede orientado en posición horizontal.)*

ETH.MESH.02340954



**FIGURA 7**

14.  La punta del pasador helicoidal debe salir cerca de los puntos de salida previamente determinados *(vea la figura 7)*. No obstante, puede requerirse una ligera manipulación de la piel. Si no se ha realizado antes la incisión en la piel, hágala en este momento en el lugar en que la punta del pasador sobresale por debajo de la piel. Cuando la punta del tubo plástico aparezca por la abertura de la piel, sujétela con una pinza y, mientras estabiliza el tubo cerca de la uretra con el dedo pulgar, retire el pasador helicoidal haciendo girar el mango en sentido inverso *(vea la figura 8)*.



**FIGURA 8**

15.  Tire del tubo plástico hasta que pase completamente a través de la piel y aparezca la banda *(vea la figura 9)*.



Puntos de salida

**FIGURA 9**

16.  Repita la técnica sobre el otro lado de la paciente, asegurándose de que la banda queda en posición horizontal debajo de la uretra *(vea la figura 10)*.

*(Nota: en caso de descubrir que la banda está torcida, asegúrese de que no se encuentra torcida debajo de la uretra después de haber pasado la banda excedente.)*

54

ETH.MESH.02340955



**FIGURA 10**

17. Una vez extraídos ambos tubos plásticos a través de las incisiones en la piel, corte los tubos de la banda y las vainas plásticas. Ubique la banda de forma floja, sin tensarla, y en posición horizontal debajo de la uretra media. En este momento puede realizarse la prueba de la tos. Esta prueba permitirá ajustar la banda para que sólo se pierdan unas gotas de orina al toser *(vea la figura 11)*.



**FIGURA 11**

Cuando la banda esté ubicada, retire la vaina plástica que cubre las bandas. Para evitar la tensión en la banda, se debe colocar un instrumento romo (por ejemplo, tijeras o fórceps) entre la uretra y la banda mientras se retiran las vainas plásticas, o bien utilizar otro método adecuado.

*(Nota: la retirada prematura de la vaina puede dificultar los ajustes subsiguientes.)*

18. Después de ajustar la banda cierre la incisión vaginal. Recorte los extremos de la banda en los puntos de salida exactamente debajo de la piel del muslo interior. Cierre las incisiones en la piel con sutura o adhesivo quirúrgico para piel.

19. Puede realizarse una cistoscopia a discreción del cirujano. Si se realizó una cistoscopia después del primer pasaje, asegúrese de vaciar la vejiga antes de iniciar el pasaje del segundo lado. Después de este procedimiento, normalmente no es necesario el cateterismo postoperatorio. Intente convencer a la paciente para que pruebe a vaciar la vejiga 2 a 3 horas después de la operación.

**CONTRAINDICACIONES**

Al igual que con cualquier cirugía de suspensión, este procedimiento no debe realizarse en pacientes embarazadas. Además, dado que la malla de polipropileno PROLENE no se estirará de forma significativa, este procedimiento no debe realizarse en pacientes con potencial de crecimiento futuro, incluyendo mujeres que tengan pensado quedar embarazadas en el futuro.

**ADVERTENCIAS Y PRECAUCIONES**

• No usar el procedimiento obturador GYNECARE TVT en pacientes sometidas a terapia de anticoagulación.

• No usar el procedimiento obturador GYNECARE TVT en pacientes con infección en el tracto urinario.

• Los usuarios deben familiarizarse con la técnica quirúrgica para suspensiones uretrales y recibir la formación adecuada en el procedimiento obturador GYNECARE TVT antes de utilizar el dispositivo del obturador GYNECARE TVT.

• Se deben emplear prácticas quirúrgicas aceptables para el procedimiento obturador GYNECARE TVT, así como para el tratamiento de heridas contaminadas o infectadas.

• El procedimiento obturador GYNECARE TVT debe realizarse con cuidado para evitar dañar vasos grandes, nervios, la vejiga y los intestinos. Prestando atención a la anatomía local y pasando las agujas adecuadamente se reducen los riesgos al mínimo.

• Puede producirse hemorragia después de la intervención. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.

• Aunque es poco probable que se produzcan lesiones en la vejiga con esta técnica, puede realizarse una cistoscopia a discreción del cirujano.

• No retirar las vainas de plástico hasta que la banda se haya situado correctamente.

• Cerciorarse de que la banda esté colocada sin tensión bajo la parte media de la uretra.

• No realizar este procedimiento si cree que el sitio quirúrgico puede estar infectado o contaminado.

ETH.MESH.02340956

- Debido a que no se cuenta con información clínica sobre el embarazo después de un procedimiento de cabestrillo suburetral con el sistema obturador GYNECARE TVT, debe informarse a la paciente que los embarazos futuros pueden anular los efectos del procedimiento quirúrgico y que podría volver a ser incontinente.
- Debido a que no se cuenta con información clínica acerca del parto vaginal después de un procedimiento de cabestrillo suburetral con el sistema obturador GYNECARE TVT, debe considerarse una cesárea en caso de embarazo.
- Debe recomendarse a la paciente que, después de la operación, no levante objetos pesados ni haga ejercicio (por ejemplo, ir en bicicleta o correr) durante al menos tres o cuatro semanas y que se abstenga de realizar actividad sexual durante un mes. La paciente puede realizar cualquier otra actividad normal después de una o dos semanas.
- Debe indicarse a la paciente que llame al cirujano inmediatamente en caso de disuria, hemorragia u otros problemas.
- Puede producir se dolor temporal en la pierna con una duración de 24 a 48 horas pero, por lo general, puede tratarse con analgésicos leves.
- Al igual que con otros procedimientos de tratamiento de la incontinencia, puede producirse inestabilidad de novo del detrusor después de un procedimiento de cabestrillo uretral utilizando el sistema obturador GYNECARE TVT. Para reducir este riesgo, asegúrese de colocar la banda como se describe en los pasos anteriores.
- No tocar la banda de PROLENE con grapas, clips o pinzas de ningún tipo, ya que se podría causar algún daño mecánico a la malla.
- No reesterilizar el dispositivo del obturador GYNECARE TVT ni sus componentes. Desechar los dispositivos abiertos no utilizados.
- Pueden administrarse antibióticos profilácticos según la práctica habitual del cirujano.

**REACCIONES ADVERSAS**

- Las laceraciones o perforaciones en vasos, nervios, la vejiga, la uretra o los intestinos durante la introducción de la aguja pueden necesitar reparación quirúrgica.
- Puede presentarse una irritación local transitoria en la herida y una respuesta transitoria al cuerpo extraño. Esta respuesta podría causar extrusión, erosión, formación de fístulas e inflamación.
- Al igual que cualquier cuerpo extraño, la malla de PROLENE podría potenciar una infección existente. La vaina de plástico que cubre inicialmente la malla de PROLENE tiene el fin de reducir al mínimo el riesgo de contaminación.
- El exceso de corrección, es decir, la aplicación de demasiada tensión a la banda, puede causar una obstrucción temporal o permanente de las vías urinarias inferiores.

**ACCIONES**

Los estudios en animales indican que la implantación de PROLENE provoca una reacción inflamatoria mínima en los tejidos de carácter transitorio, seguida por la deposición de una capa delgada de tejido fibroso que puede crecer a través de los intersticios de la malla, incorporando de este modo la malla en los tejidos adyacentes. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

**PRESENTACIÓN**

El sistema obturador GYNECARE TVT se suministra esterilizado (por óxido de etileno) para un solo uso. No reesterilizar. La reutilización de este dispositivo (o partes del mismo) puede crear un riesgo de degradación del producto y contaminación cruzada, lo que puede llevar a infecciones o transmisión de patógenos sanguíneos a pacientes y usuarios. No utilizar si el paquete está abierto o dañado. Desechar los dispositivos abiertos no utilizados.

**ALMACENAJE**

Se recomienda almacenar el sistema obturador GYNECARE TVT de un solo uso a temperaturas de menos de 25 ℃, alejado de la humedad y del calor directo. No usarlo después de la fecha de caducidad.

*ATENCIÓN: las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.*

**SÍMBOLOS EMPLEADOS EN LAS ETIQUETAS**



CE 0086
Marca CE y número de identificación del organismo notificado.
Este producto cumple los requisitos esenciales de la Directiva sobre Productos Sanitarios 93/42/CEE

LOT   Número de lote

Úsar antes — año y mes

STERILE EO   Método de esterilización

Un solo uso/No reesterilizar

Ver las instrucciones de uso

ETH.MESH.02340957

SVENSKA

**GYNECARE TVT™ obturatoriabandsystem**
**Tensionsfritt stöd för behandling av inkontinens**

**GYNECARE TVT obturatoriaband,**
**sterilt, för engångsbruk**

**GYNECARE TVT spiralformade nålar för införing**
**av obturatoriaband,**
**sterila, för engångsbruk**

**GYNECARE TVT atraumatisk vingförsedd guide**
**för obturatoriaband,**
**steril, för engångsbruk**

**Läs noga igenom all information.**
Underlåtenhet att noggrant följa dessa anvisningar kan resultera i att instrumenten inte fungerar korrekt och kan även medföra skador.

**Viktigt:**
Denna bipacksedel innehåller instruktioner för användning av GYNECARE TVT™ obturatoriabandsystem, inklusive GYNECARE TVT obturatoriaband, spiralformade nålar och atraumatisk vingförsedd guide. Bipacksedeln utgör ej någon fullständig referensskrift för kirurgisk teknik vid behandling av ansträngningsinkontinens. Produkten får endast användas av läkare med utbildning i kirurgisk behandling av ansträngningsinkontinens och specifik utbildning i implantation av GYNECARE TVT obturatoriaband. Dessa anvisningar är avsedda för den användning av denna produkt som i allmänhet tillämpas. Andra användningssätt kan förekomma vid specifika typer av ingrepp, avhängigt individuell teknik och patientens anatomi.

**BESKRIVNING**
GYNECARE TVT obturatoriabandsystem är en steril sats avsedd för ingrepp på en patient, och innehåller:

**GYNECARE TVT obturatoriaband**
GYNECARE TVT obturatoriaband är en steril produkt avsedd för användning till en patient, som består av ett oförgat eller blått (ftalocyaninblått, färgindexnummer 74160) PROLENE™ polypropylennät (band), cirka 1,1 cm x 45 cm, inneslutet i ett plasthölje som går omlott i mitten. I varje ände finns ett plaströr fastsatt. PROLENE polypropylennät är framställt av stickade filament av extruderade polypropylenfibrer, av exakt samma sammansättning som den som används i PROLENE icke-resorberbar polypropylensutur. Detta material har vid användning som suturmaterial rapporterats vara icke-reaktivt och behålla sin styrka i obegränsad tid vid klinisk användning. PROLENE-nätet är stickat med användning av en teknik som sammanlänkar varje fiberkorsning, vilket ger elasticitet i båda riktningarna. Denna tvåvägselasticitet möjliggör anpassning till de olika påfrestningar som kan förekomma i kroppen.

**GYNECARE TVT spiralformade nålar**
GYNECARE TVT spiralformade nålar utgörs av två införingsnålar av böjd rostfri stålvajer med plasthandtag, designade för införing av GYNECARE TVT obturatoriaband. De spiralformade nålarna tillhandahålles i form av en högersidig och en vänstersidig enhet, hopmonterade med GYNECARE TVT obturatoriaband. Den spiralformade nålen FÅR ej böjas eller på något sätt omformas.

**GYNECARE TVT atraumatisk vingförsedd guide**
GYNECARE TVT atraumatisk vingförsedd guide är ett tillbehör av rostfritt stål som används för att underlätta passagen av GYNECARE TVT spiralformade nålar genom dissektionsområdet.

**INDIKATIONER**
GYNECARE TVT obturatoriaband är avsett att användas som en suburetral slynga för behandling av kvinnor med ansträngningsinkontinens till följd av hypermobil uretra och/eller sfinkterinsufficiens.

**BRUKSANVISNING**
**(Obs! Handställningarna som visas i illustrationerna kan variera.)**
1. Placera patienten i dorsal litotomiläge med höftlederna hyperflekterade över buken. Klinkorna skall vara placerade så att de är jäms med bordskanten.
2. Ingreppet kan utföras i lokal-, regional eller allmän anestesi.
3. Dra vid behov tillbaka blygdläpparna för ytterligare exponering.
4. För in en uretrakateter i blåsan och töm blåsan.

ETH.MESH.02340958

5. Markera exitpunkterna för plaströren genom att rita en horisontell linje i nivå med uretrala meatus och en andra linje 2 cm ovanför och parallell med den första linjen. Lokalisera exitpunkterna på denna andra linje, 2 cm lateralt om lårvecken (huden kan sträckas så att den plattas ut). Markera exitpunkterna. Alternativt kan en 5 mm–10 mm incision läggas vid varje exitpunkt eller vid ett senare skede under ingreppet *(se figur 1)*.



**FIGUR 1**

6. Använd en Allis-tång för att anbringa traktion och lägg en 1 cm lång incision i medellinjen i vaginalslemhinnan med start 1 cm proximalt om uretrala meatus.

*(Obs! Vi föreslår att införandet av bandet fullförs på ena sidan innan dissektionen påbörjas på den andra sidan.)*

Efter att ha påbörjat skarp dissektion, fortsätt med hjälp av "push-spread"-teknik att utföra trubbig dissektion, helst med en spetsig, böjd sax. Den laterala dissektionen skall gå i en bana orienterad i 45° vinkel från medellinjen, med saxen orienterad i horisontalplanet *(se figur 2)*. Fortsätt dissektionen i riktning mot övergången mellan corpus ossis pubis och ramus inferior ossis pubis *(se figur 2)*.



**FIGUR 2**

När övergången mellan corpus ossis pubis och ramus inferior ossis pubis har nåtts, perforeras membrana obturatoria. När membranet perforeras känns en plötslig minskning av motståndet. Kanalen bör vara cirka 5 mm–7 mm i diameter och ej djupare än 5 cm. Djupare dissektion än 5 cm kan medföra att man oavsiktligt kommer in i det prevesikala spatiet. Om benet inte har nåtts efter 5 cm dissektion bör det kontrolleras att dissektionsvinkeln är korrekt.

7. Lyft ut den inre förpackningens arbetsstation från den yttre förpackningen. Lyft sedan ut GYNECARE TVT vingförsedd guide ur förpackningen *(se figur 3)*.



**Spiralformade nålar/obturatoriaband**

**Vingförsedd guide**

**FIGUR 3**

8. För in GYNECARE TVT vingförsedd guide i den dissekerade kanalen tills den passerar ramus inferior ossis pubis och kommer in i den tidigare gjorda öppningen i membrana obturatoria. När den vingförsedda guiden passerar membrana obturatoria kan en plötslig minskning av motståndet kännas.

Vid svårigheter vid införandet av guiden skall kanalens riktning kontrolleras med hjälp av saxen.

*(Obs! Guidens kanalsida måste vara vänd mot kirurgen. Den böjbara fliken kan vid behov böjas så att guiden förlängs, se figur 5.)*

58

9. Ta ut GYNECARE TVT obturatoriaband tillsammansmed de spiralformade nålarna och plaströren ur sterilförpackningen *(se figur 3 för en illustration av komponenterna)*.

*(Obs! För att säkerställa att de spiralformade nålarna och bandet är orienterade korrekt skall det kontrolleras att GYNECARE-logon och tumgreppet på plasthandtagen är vända mot kirurgen och att plaströrens spetsiga ändar är vända utåt. Den spiralformade nålen som kirurgen håller i vänster hand måste användas på patientens högra sida; se figur 4.)*



**FIGUR 4**

10. Placera en av de spiralformade nålarna på den sterila duken eller annan lämplig steril plats, tills den skall användas. Säkerställ att bandet inte är vridet.

11. För in korrekt GYNECARE TVT spiralformad nål i det dissekerade området genom att följa kanalen i GYNECARE TVT vingförsedd guide. Skjut in bandet så att det passerar igenom och går något förbi membrana obturatoria. Kontrollera att handtaget är orienterat så att den spiralformade nålens raka ände är inriktad längs med kanalen i GYNECARE TVT vingförsedd guide och förblir orienterad på detta sätt tills spetsen passerar membrana obturatoria *(se figur 5)*.



**FIGUR 5**

12. Avlägsna GYNECARE TVT vingförsedd guide i detta läge och håll den steril för senare användning till samma patient.



**FIGUR 6**

13. Efter att GYNECARE TVT vingförsedd guide har avlägsnats, vrid den spiralformade nålens handtag samtidigt som handtaget förs mot medellinjen vertikalt mot golvet *(se figur 6)*. (*Obs! Handtaget får aldrig placeras horisontellt.*)

59

ETH.MESH.02340960



**FIGUR 7**

14. Den spiralformade nålens spets skall komma ut intill den tidigare markerade exitpunkten *(se figur 7)*. En lätt manipulering av huden kan dock krävas. Om en hudincision inte har lagts tidigare läggs en incision vid den punkt där den spiralformade nålens spets ses under huden. När plaströrets ände kommer fram i hudöppningen sätts en klämma över plaströrets spetsiga ände och den spiralformade nålen avlägsnas genom att handtaget vrids i motsatt riktning mot tidigare, samtidigt som röret stabiliseras intill uretra med tummen *(se figur 8)*.



**FIGUR 8**

15. Dra ut plaströret helt genom huden tills bandet framträder *(se figur 9)*.



Exitpunkter

**FIGUR 9**

16. Upprepa förfarandet på patientens andra sida och se samtidigt till att bandet ligger plant under uretra *(se figur 10)*.

*(Obs! Om det upptäcks att bandet är vridet på något ställe skall det säkerställas att vridningen inte ligger under uretra efter att den extra bandlängden har dragits igenom.)*

60

ETH.MESH.02340961



**FIGUR 10**

17. Efter att båda plaströren har extraherats via hudincisionerna kapas plaströren av från bandet och plasthöljena. Placera bandet löst, dvs. utan spänning, och plant under uretras mittersta del. I detta skede kan en hosttest utföras. Bandet kan nu justeras så att endast ett par droppar urin rinner ut när patienten hostar *(se figur 11)*.



**FIGUR 11**

När bandet är i korrekt läge avlägsnas plasthöljet som skyddar bandet. Placera ett trubbigt instrument (t.ex. sax eller tång) mellan uretra och bandet under det att plasthylsorna avlägsnas, eller använd lämpligt sätt för att avlägsna hylsan utan att skapa spänning i samband med placeringen av bandet.

***(Obs! Om plasthöljet avlägsnas för tidigt kan senare justering försvåras.)***

18. Efter att bandet har justerats sluts vaginalincisionen. Kapa bandändarna vid exitpunkterna strax under huden på lårets insida. Slut hudincisionerna med sutur eller kirurgiskt vävnadslim.

19. Cystoskopi kan utföras efter kirurgens bedömning. Om cystoskopi utfördes efter den första passagen skall det säkerställas att blåsan är tömd innan passage av bandet påbörjas på den andra sidan. Postoperativ kateterisering med kvarkateter är normalt inte nödvändigt. Patienten bör uppmanas att försöka tömma blåsan 2–3 timmar efter operationen.

**KONTRAINDIKATIONER**

Liksom för andra suspensionsoperationer gäller att detta ingrepp ej skall utföras på gravida. Eftersom PROLENE polypropylennät inte tänjs ut i någon nämnvärd grad skall ingreppet ej utföras på patienter som fortfarande växer eller kvinnor som planerar framtida graviditet.

**VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER**

- Behandling med GYNECARE TVT obturatoriaband får ej användas till patienter som står på antikoagulantia.
- GYNECARE TVT obturatoriaband får ej användas till patienter med pågående urinvägsinfektion.
- Användaren skall vara förtrogen med den kirurgiska teknik som används vid suspension av uretra och skall ha erhållit adekvat utbildning i ingrepp med GYNECARE TVT obturatoriaband innan GYNECARE TVT obturatoriaband tas i bruk.
- Accepterad kirurgisk praxis skall följas vid ingreppet med GYNECARE TVT obturatoriaband, liksom vid behandling av kontaminerade eller infekterade sår.
- Vid ingrepp med GYNECARE TVT obturatoriaband skall försiktighet iakttas så att skador på stora kärl, nerver, blåsa och tarm undviks. Hänsynstagande till patientens anatomi och korrekt framföring av bandet bidrar till att minimera riskerna.
- Blödning kan förekomma postoperativt. Undersök om symptom eller tecken på blödning föreligger innan patienten skrivs ut från sjukhuset.
- Även om det är mindre sannolikt att blåsskador uppstår vid användning av denna teknik kan cystoskopi utföras, efter kirurgens bedömning.
- Plasthöljena får inte avlägsnas förrän bandet har placerats i korrekt läge.
- Säkerställ att bandet är placerat med minimal spänning under uretras mellersta del.
- Om det kan befaras att operationsområdet är infekterat eller kontaminerat får detta ingrepp ej utföras.
- Eftersom ingen klinisk information för närvarande föreligger avseende graviditet efter suburetral slyngplastik med GYNECARE TVT obturatoriabandsystem skall patienten informeras om att framtida graviditeter kan omintetgöra effekten av den kirurgiska behandlingen och att patienten då åter kan bli inkontinent.
- Eftersom ingen klinisk information för närvarande föreligger avseende vaginal förlossning efter suburetral

61

ETH.MESH.02340962

slyngplastik med GYNECARE TVT obturatoriabandsystem skall förlösning via kejsarsnitt övervägas om patienten blir gravid.

- Efter operationen skall patienten instrueras om att avhålla sig från tunga lyft och/eller motion (t.ex. cykling, joggning) i minst tre till fyra veckor samt avstå från samlag under en månad postoperativt. Patienten kan vanligen återgå till övriga normala aktiviteter efter en eller två veckor.

- Patienten skall instrueras att omgående kontakta läkaren om dysuri, blödning eller andra problem uppstår.

- Övergående bensmärtor som varar i 24–48 timmar kan förekomma och kan vanligen behandlas med lätta analgetika.

- Liksom vid andra inkontinensoperationer kan nytillkommen detrusorinstabilitet förekomma efter suburetral slyngplastik med GYNECARE TVT obturatoriabandsystem. För att minimera denna risk skall bandet placeras enligt ovanstående beskrivning.

- PROLENE-nätet får inte komma i kontakt med suturklamrar, clips eller klämmare, eftersom mekaniska skador på nätet kan uppstå.

- GYNECARE TVT obturatoriaband och tillhörande komponenter får ej resteriliseras. Kassera oanvända produkter vars förpackningar har öppnats.

- Profylaktisk antibiotikabehandling kan tillämpas enligt kirurgens sedvanliga praxis.

**BIVERKNINGAR**

- Punktion eller laceration av blodkärl, nerver, urinblåsa, uretra eller tarm kan förekomma i samband med nålpassagen och kan kräva kirurgisk reparation.

- Övergående lokal irritation kring såren och övergående främmandekroppsreaktion kan förekomma. Denna reaktion kan resultera i utstötning, erosion, fistelbildning och inflammation.

- Som vid med alla främmande kroppar, kan PROLENE-nätet förvärra en befintlig infektion. Plasthöljena som initialt täcker PROLENE-nätet under ingreppet är utformade för att minimera risken för kontaminering.

- Överkorrektion, dvs. om bandet spänns för hårt, kan leda till övergående eller permanent obstruktion av de nedre urinvägarna.

**EGENSKAPER**

Djurstudier visar att implantation av PROLENE-nät orsakar en minimal inflammatorisk vävnadsreaktion, som är övergående och följs av ett tunt bindvävslager som kan växa igenom nätmaskorna och på så sätt införliva nätet med intilliggande vävnad. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

**LEVERANS**

GYNECARE TVT obturatoriabandsystem levereras sterilt (etylenoxid), för engångsbruk. Får ej resteriliseras. Återanvändning av anordningen (eller delar av den) kan orsaka en degradering av produkten och kontamination vilket kan leda till infektioner eller överföring av blodburna patogener till patienter och användare. Produkten får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända produkter vars förpackningar har öppnats.

**FÖRVARING**

GYNECARE TVT obturatoriabandsystem för engångsbruk bör förvaras vid temperatur under 25 °C och skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.

*OBS! Enligt amerikansk federal lagstiftning får denna anordning endast säljas av eller på order av läkare.*

**SYMBOLER ANVÄNDA VID MÄRKNING**



ETH.MESH.02340963

ΕΛΛΗΝΙΚΑ

Σύστημα επιπωματικού **GYNECARE TVT™**
**Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση**

Στείρα συσκευή επιπωματικού
**GYNECARE TVT, μίας χρήσης**

Στείροι ελικοειδείς εισαγωγείς επιπωματικού
**GYNECARE TVT, μίας χρήσης**

Στείρος ατραυματικός πτερυγωτός οδηγός επιπωματικού
**GYNECARE TVT, μίας χρήσης**

### Διαβάστε προσεκτικά όλες τις πληροφορίες.

Εάν δεν ακολουθήσετε σωστά τις οδηγίες, η συσκευή πιθανόν να μη λειτουργήσει σωστά και ενδέχεται να προκληθεί τραυματισμός.

### Σημαντικό:

Το παρόν ένθετο συσκευασίας έχει σχεδιαστεί για να παρέχει οδηγίες για τη χρήση του συστήματος επιπωματικού GYNECARE TVT™, στο οποίο συμπεριλαμβάνεται η συσκευή επιπωματικού, οι ελικοειδείς εισαγωγείς και ο ατραυματικός πτερυγωτός οδηγός GYNECARE TVT. Δεν αποτελεί ολοκληρωμένο οδηγό αναφοράς για χειρουργικές τεχνικές αποκατάστασης της ακράτειας ούρων από προσπάθεια (SUB). Η συσκευή θα πρέπει να χρησιμοποιείται αποκλειστικά από ιατρούς εκπαιδευμένους στη χειρουργική αντιμετώπιση της ακράτειας ούρων από προσπάθεια και ειδικότερα στην εμφύτευση της συσκευής επιπωματικού GYNECARE TVT. Αυτές οι οδηγίες προορίζονται για γενικές χρήσεις της συσκευής. Ενδέχεται να εφαρμοστούν παραλλαγές στη χρήση σε συγκεκριμένες επεμβάσεις, λόγω της χρησιμοποιούμενης τεχνικής και της συνταφίας της εκάστοτε ασθενούς.

### ΠΕΡΙΓΡΑΦΗ

Το σύστημα επιπωματικού GYNECARE TVT είναι ένα στείρο και εύληπτος για χρήση σε μία μόνον ασθενή, το οποίο αποτελείται από:

### Συσκευή επιπωματικού GYNECARE TVT

Η συσκευή επιπωματικού GYNECARE TVT είναι μια στείρα συσκευή και χρήσης σε μία μόνον ασθενή, η οποία αποτελείται από ένα τεμάχιο άχρωμο ή μπλε (μπλε φθαλοκυανίνης, αριθμός χρωματικού δείκτη 74160) δικτυωτού πλέγματος PROLENE™ από πολυπροπυλένιο (ταινία), διαστάσεων περίπου 1,1 cm x 45 cm, το οποίο καλύπτεται από ένα πλαστικό θηκάριο δύο τμημάτων που αλληλεπικαλύπτονται στη μέση. Σε κάθε άκρο της συσκευής, είναι προσαρτημένοι πλαστικοί σωληνίσκοι υποδοχής. Το πλέγμα πολυπροπυλενίου PROLENE κατασκευάζεται από ελαστό νήμα πλεγμένου πολυπροπυλενίου, πανομοιότυπα σε σύνθεση με εκείνο που χρησιμοποιείται στα μη απορροφήσιμα χειρουργικά ράμματα πολυπροπυλενίου PROLENE. Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει αναφερθεί ότι είναι μη δραστικό και δεν διατηρεί την ενέργεια του εξ' αφορμα κατά την κλινική χρήση. Το δικτυωτό πλέγμα PROLENE αποδεικτικά με μια διερεύνηση που αποτελεί μεταξύ τους, τις γνώσεις των νεών, εξασφαλίζοντας έτσι την ελαστικότητα και προς τις δύο κατευθύνσεις. Αυτή η ελαστικότητα προς δύο κατευθύνσεις επιτρέπει την προσαρμογή του στις διάφορες πιέσεις που παρουσιάζονται στο σώμα.

### Ελικοειδείς εισαγωγείς GYNECARE TVT

Οι ελικοειδείς εισαγωγείς GYNECARE TVT είναι δύο εισαγωγείς κυρτού σχήματος από ανοξείδωτο χάλυβα με πλαστικές λαβές, οι οποίοι προσφέρονται για την εμφάνιση της συσκευής επιπωματικού GYNECARE TVT. Οι ελικοειδείς εισαγωγείς παρέχονται ως αριστερή και δεξιά μονάδα, προσαρμοζόμενοι σε συσκευή επιπωματικού GYNECARE TVT. Ο ελικοειδής εισαγωγέας δεν πρέπει να καμφθεί ή να χρησιμοποιηθεί κατά οποιονδήποτε τρόπο.

### Ατραυματικός πτερυγωτός οδηγός GYNECARE TVT

Ο ατραυματικός πτερυγωτός οδηγός GYNECARE TVT είναι ένα βοηθητικό εξάρτημα από ανοξείδωτο χάλυβα, το οποίο διευκολύνει τη διέλευση των ελικοειδών εισαγωγέων GYNECARE TVT διαμέσου της οδού εισαγωγής.

### ΕΝΔΕΙΞΕΙΣ

Η συσκευή επιπωματικού GYNECARE TVT προορίζεται για χρήση σε γυναίκες, ως υπο-ουρηθρικό φρενόλημα, για τη θεραπεία της ακράτειας ούρων από προσπάθεια (SUB), η οποία οφείλεται σε υπερβολική ευκινητότητα καλή υγεινή σκελάρας του σφιγκτήρα.

### ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ

**(Σημείωση: Οι θέσεις των χεριών που φαίνονται στις εικόνες ενδέχεται να ποικίλουν.)**

1.   Τοποθετήστε την ασθενή σε ύπτια θέση λιθοτομής, με τα ισχία να υπερέχουν επάνω στην κοιλιακή χώρα. Οι γλουτοί θα πρέπει να τοποθετηθούν κατά μήκος του άκρου του τραπέζι.

2.   Η εισβολή μπορεί να γίνει υπό τοπική, περιοχική ή γενική αναισθησία.

3.   Εάν είναι επιθυμητό, διανοίξτε τα χείλη προκειμένου να επιτευχθεί μεγαλύτερη έκθεση.

4.   Εισαγάγετε έναν ουρηθρικό καθετήρα στην ουροδόχο κύστη και εκκενώστε την.

5.   Τοποθετήστε τα σημεία έξλέπου των ελικοειδών σωληνίσκων, ηρωδιτικών μια αρίθμιση γραμμή στο κολπίκο που ουρηθρικού σημείου και μια διάνοιξη γραμμή παράλληλη με την ουρήθρα και 2 cm επάνω από αυτήν. Εισάγετε τα σημεία έξλέπου ταύτας σε αυτή τη γραμμή, 2 cm πλευρικά του πτερυγ πρική (εισάγετε να εξυπνολάου το δέρμα αντίθετα), πολ. Σημειώστε τα σημεία εξόδου ξ, αναλλοιακτικά, ούτως για (σωτ) 5 mm-10 mm εκ κάθε σημείο εξλέπου σε μεταγενέστερο στάδιο της επέμβασης. *(Δείτε την εικόνα 1)*.

63

ETH.MESH.02340964



**ΕΙΚΟΝΑ 1**

6. Χρησιμοποιώντας σφιγκτήρα, Allis για την έλξη, κάνε μια τομή 1 cm στη μέση γραμμή του κολπικού βλεννογόνου, ξεκινώντας 1 cm εγγύς του σωματήριακού στομίου.

*(Ση___ Συνιστ___ ται να ολοκληρωθεί η εισαγωγή της σ___ τη μια πλευρά προτού ξεκινήσει η ανατομή στη δεύτερη πλευρά.)*

Μετά την αρχική τομή, εκτελέστε αμβλεία ανατομή με τεχνική "λάθρση ς- διάνοιξης" χρησιμοποιώντας, κατά προτίμηση, ένα μεταξύ, κυρτά ψαλίδι. Η πορεία της πλευρικός διατομής θα πρέπει να σχηματίζει γωνία 45° ως προς τη μέση γραμμή, με το ψαλίδι να βρίσκεται στο οριζόντιο επίπεδο βλέπε την εικόνα 2). Συνεχίστε την ανατομή προς την κατεύθυνση της συμβολής μεταξύ του σώματος του ηβικού οστού και του κατώτερου ηβικού κλάδου (βλέπε την εικόνα 2).



**ΕΙΚΟΝΑ 2**

Όταν φτάσετε στη συμβολή μεταξύ του σώματος του ηβικού οστού και του κατώτερου ηβικού κλάδου, διατηρείτε την επιπαστική μαμβραψη. Μπορείτε να αισθανθείτε μείωση της αντίστασης όταν η μαμβράψη διατρηθεί. Το κανάλι πρέπει να έχει διάμετρο 5 mm-7 mm και βάθος 5 cm το πολύ. Η ανατομή σε βάθος μεγαλύτερο από 5 cm ταξίζεται τα προκαλέσει ακούσια είσοδο στο χώρο μεταξύ του ηβικού οστού και της ουροδόχου κύστης (χώρος Retzius). Εάν, μετά από ανατομή 5 cm, δεν έχετε προσεγγίσει το οστό, βεβαιωθείτε ότι η γωνία της ανατομής είναι σωστή.

7. Αφαιρέστε τον σταθρό εργαλίας της εσωτερικής συσκευασίας από την εξωτερική συσκευασία. Στη συνέχεια, σηκώστε τον πτερυγατό οδηγό GYNECARE TVT από το σταθρό εργαλίας της συσκευασίας (δείτε την εικ___.



**ΕΙΚΟΝΑ 3**

8. Εισαγάγετε τον πτερυγατό οδηγό GYNECARE TVT μέσα στην οδό της ανατομής, μέχρι όπου περάσει τον κατώτερο ηβικό κλάδο και εισέλθει στα άνοιγμα που έχει ήδη δημιουργηθεί στην επιπαστική μαμβράψη. Μπορείτε να αισθανθείτε μείωση της αντίστασης καθώς ο πτερυγατός οδηγός περνά διαμέσου της επιπαστικής μαμβράψης.

Εάν συναντήσετε δυσκολία κατά την είσοδο του οδηγού, επιβεβαιώστε την κατεύθυνση του κανάλιού χρησιμοποιώντας το ψαλίδι.

*(Σημείωση: Η ανοικτή πλευρά του οδηγού πρέπει να είναι στραμμένη προς τον χειρουργό. Η εύκαμπτη γλωττίδα μπορεί να καμφθεί για να αυξήσει το μήκος του οδηγού, εάν αυτό απαιτείται - δ___ εικόνα 5.)*

64

ETH.MESH.02340965

9. Αφαιρέστε τη διάταξη των ελικοειδών εισαγωγέων και της συσκευής GYNECARE TVT και τη διάταξη της συσκευής εισαγωγικού GYNECARE TVT από τη στείρα συσκευασία (δείτε την εικ___).

*(Σημείωση: Για να εξασφαλίσετε το σωστό προσανατολισμό των ελικοειδών εισαγωγέων και της ταινίας, βεβαιωθείτε ότι το λογότυπο της GYNECARE και η εσοχή του δακτύλου επάνω στην πλαστική λαβή είναι στραμμένα προς τον χειρουργό, και ότι τα άκρα βρίσκονται στο εξωτερικό, στραμμένα προς τον χειρουργό. Ο ελικοειδής εισαγωγέας που κρατά ο χειρουργός στο αρισ___ του χειρί πρέπει να χρησιμοποιηθεί στη δεξιά πλευρά της ασθενούς - δ___ την εικόνα 4.)*



**ΕΙΚΟΝΑ 4**

10. Τοποθετήστε έναν από τους ελικοειδείς εισαγωγείς επάνω στο στείρο ιμάτιο ή σε άλλη κατάλληλη στείρα θέση μέχρις ότου χρειαστεί. Βεβαιωθείτε ότι η ταινία δεν έχει συστραφεί.

11. Εισαγάγετε τον σωστό ελικοειδή εισαγωγέα GYNECARE TVT στην οδό της, ανοτομής, ακολουθώντας το κανάλι του πτερυγωτού οδηγού GYNECARE TVT. Ωθήστε τη συσκευή προς τα μέσα, διασχίζοντας και περνώντας ελαφρώς την εσωφραγματική μεμβράνη. Βεβαιωθείτε ότι η λαβή της συσκευής είναι έτσι προσανατολισμένη ώστε το εσωθ___ άκρο του ελικοειδούς εισαγωγέα να είναι ευθυγραμμισμένο με το κανάλι του πτερυγωτού οδηγού GYNECARE TVT, και έπι διατηρεί τον προσανατολισμό αυτό μέχρις ότου το άκρο διασχίσει την επισωματική μεμβράνη (δείτε την εικόνα 5).



Πτερυγωτός οδηγός

Εύκαμπτο

**ΕΙΚΟΝΑ 5**

12. Μόλις φτάσατε στη θέση αυτή, αφαιρέστε τον πτερυγωτό οδηγό GYNECARE TVT και κρατήστε τον στείρο για περαιτέρω χρήση στην ίδια ασθενή.



Θέση εκκίνησης

Θέση ελικοέλιξης

**ΕΙΚΟΝΑ 6**

13. Αφού αφαιρέσετε τον πτερυγωτό οδηγό GYNECARE TVT, περιστρέψτε τη λαβή του ελικοειδούς εισαγωγέα ενώ παράλληλα μετακινείτε τη λαβή προς τη μέση γραμμή, μέχρις ότου φτάσει σε θέση κάθετη προς το έδαφος (δείτε την εικ___ *(Σημείωση: Μην αφήσετε ποτέ τη λαβή να έρθει σε οριζόν___*

65

ETH.MESH.02340966



**EIKONA 7**

14. Το άκρο του εικονιδίους εισαγωγέα δεν πρέπει να εξέλθει κοντά στα προκαθορισμένα σημεία εξόδου (δείτε την εικ    7). Οπόται, ενδέχεται να χρειαστεί ελαφρός χειρισμός του δέρματος. Εάν δεν είχε γίνει προηγουμένως τομή στο δέρμα, κάντε την τώρα στα σημείο όπου το άκρο του εικονιδίους εισαγωγέα πιέζει το δέρμα. Όταν στο άνοιγμα του δέρματος φανεί το άκρο του πλαστικού σωληναρίου, συλλάβετε το μυτερό άκρο του πλαστικού σωληναρίου με ένα αιμοστάτη και, ενώ σταθεροποιείτε το σωληνάριο κοντά στην εωρίθμια με τον αντίχειρά σας, αφαιρέστε τον πλαστικό εισαγωγέα περιστρέφοντας, αντίστροφα τη λαβή (δείτε την εικόνα 8).



**EIKONA 8**

15. Έλξατε το πλαστικό σωληνάριο τελείως διαμέσου του δέρματος, μέχρις όπου εμφανιστεί η ταινία (δείτε την εικ    .



**EIKONA 9**

16. Επαναλάβετε την τεχνική στην άλλη πλευρά της ασθενούς, φροντίζοντας ώστε η ταινία να βρίσκεται επίπεδη κάτω από την ουρήθρα (δείτε την εικόνα 10).

*(Σημείωση: Εάν ένα    η ταινία έχει περαν          ισθείτε ότι η περιστροφή αυτή δεν βρίσκεται κάτω από την ουρήθρα μετά τη διέλευση της περίσσειας της ταινίας.)*

ETH.MESH.02340967



**ΕΙΚΟΝΑ 10**

17. Όταν και τα δύο πλαστικά σωληνάρια έχουν εξέλθει διαμέσου των τομών στο δέρμα, κόψτε τα πλαστικά σωληνάρια από την ταινία και τα πλαστικά θηκάρια. Τοποθετήστε την ταινία χαλαρά (χωρίς τάση) και επίλεξη κάτω από τη μέση ουρήθρα. Σε αυτό το στάδιο μπορείτε να εκτελέσετε ένα έλεγχο με βήχα. Αυτό θα σας επιτρέψει να ρυθμίσετε την ταινία έτσι ώστε κατά τη διάρκεια του βήχα οι διαρρεύουν μόνον λίγες σταγόνες ούρων (δείτε την εικόνα 11).



**ΕΙΚΟΝΑ 11**

Όταν η ταινία τοποθετηθεί σε σωστή θέση, αφαιρέστε το ελαστικό όγκ ... που καλύπτει τις ταινίες. Για να αποφύγετε την τοποθέτηση της ταινίας υπό τάση, τοποθετήστε ένα αμβλύ εργαλείο (π.χ. ψαλίδι ή λαβίδα) μεταξύ της ουρήθρας και της ταινίας κατά την αφαίρεση των πλαστικών θηκαριών, ή χρησιμοποιήστε άλλο κατάλληλο μέσο κατά την αφαίρεση των θηκαριών.

*(Σημείωση: Η πρόωρη αφαίρεση του θηκαριού ενδέχεται ν ... ις επακόλουθες ρυθμίσεις.)*

18. Μετά από τη ρύθμιση της ταινίας, κλείστε την κολπική τομή. Κόψτε το άκρα της ταινίας στο σημείο εξόδου, σκρβώς κάτω από το δέρμα του κοιλιακού μερού. Κλείστε τις τομές του δέρματος με ράμμα ή με χειρουργικό συρράπτή του δέρματος.

19. Η διενέργεια ή όρι κυστεοσκόπησης επιτρέπει στην ... νώση του χειρουργού. Εάν ακολούθησε κυστεοσκόπηση μετά το πέρασμα της εισαγωγής από τη μια πλευρά, βεβαιωθείτε ότι η κάνση έχει ανεπιθελ ... ποιτού ξεκινήσετε το πέρασμα της εισαγωγής στη δεύτερη πλευρά. Μετεγχειρητικά, δεν απαιτείται οαν ... ξεις η τοποθέτηση μόνιμου κουστεριακό καθετήρα. Θα πρέπει να ενθαρρύνετε την ασθενή να δοκιμάσει να ... νώσει την κύστη της 2-3 ώρες μετά από την επέμβαση.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

Όπως συμβαίνει με όλες τις επεμβάσεις ανάρτησης, η επέμβαση αυτή δεν θα πρέπει να εκτελείται σε έγκυες ασθενείς. Επιπλέον, καθώς το πλέγμα πολυπροπυλενίου PROLENE δεν μπορεί να διαταθεί σε σημαντικό βαθμό, δεν θα πρέπει να εφαρμόζεται σε ασθενείς που είναι πιθανόν να αναπτυχθούν, συμπεριλαμβανομένων των γυναικών που σχεδιάζουν μελλοντική εγκυμοσύνη.

## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

* Μην χρησιμοποιείτε την επέμβαση επεμβατικού GYNECARE TVT σε ασθενείς οι οποίες ακολουθούν αντιπηκτική θεραπεία.
* Μην εκτελείτε την επέμβαση επεμβατικού GYNECARE TVT σε ασθενείς με αιμολόφωμιξη.
* Πριν από τη χρήση της συσκευής επεμβατικού GYNECARE TVT, ο χρήστης θα πρέπει να είναι εξοικειωμένος με τη χειρουργική τεχνική ανάρτησης της ουρήθρας και θα πρέπει να είναι εκπαίδευμ ... στην επέμβαση επεμβατικού GYNECARE TVT.
* Για την επέμβαση επεμβατικού GYNECARE TVT, όπως και για τη θεραπεία πολυπρόλεν ή επιμολυσμένων τραυμάτων, ακολουθήστε τις γενικά αποδεκτές χειρουργικές πρακτικές.
* Η επέμβαση επεμβατικού GYNECARE TVT θα πρέπει να εκτελείται με προσοχή ώστε να αποφεύγονται τα μεγάλα αγγεία, τα νεύρα, η κύστη και το έντερο. Οι κίνδυνοι ελαχιστοποιούνται τών διδεί προσοχή στην ανατομία της ασθενούς και στη σωστή διέλευση της συσκευής.
* Ενδέχεται να εμφανιστεί αιμορραγία μετεγχειρητικά. Εξετάστε την ασθενή για οποιαδήποτε σημ ... τομική σημεία πριν από την έξοδό της από το νοσοκομείο.
* Παρόλου που δεν είναι πιθανή η πρόκληση βλάβης στην κύστη κατά τη χρήση της τεχνικής αυτής, η διενέργεια ή όρι κυστεοσκόπησης επωφελεί στην κρίση του χειρουργού.
* Μην αφαιρείτε τα πλαστικά θηκάρια μέχρις ότου τοποθετηθεί σωστά η ταινία.
* Βεβαιωθείτε ότι η ταινία έχει τοποθετηθεί με την ελάχιστη τάση κάτω από τη μέση ουρήθρα.

ETH.MESH.02340968

- Μην εκτελείτε την επέμβαση εάν πιστεύετε ότι το σημείο της χειρουργικής επέμβασης ενδέχεται να έχει υποστεί λοίμωξη ή μόλυνση.

- Καθώς δεν υπάρχουν διαθέσιμες κλινικές πληροφορίες σε σχέση με την κύηση μετά από επέμβαση υποαιρετηρικής αιμόδοσης με το σύστημα επισαματικού GYNECARE TVT, η ασθενής θα πρέπει να νημενωθεί για το γεγονός ότι τυχόν μελλοντική κύηση ενδέχεται να ανατρέψει τα αποτελέσματα της χειρουργικής επέμβασης, με αποτέλεσμα επανεμφάνιση ακράτειας.

- Καθώς δεν υπάρχουν διαθέσιμες κλινικές πληροφορίες σε σχέση με την κολπική τοκετό μετά από επέμβαση υπο-ουρηθρικής αιμόδοσης με το σύστημα επισαματικού GYNECARE TVT, σε περίπτωση εγκυμοσύνης θα πρέπει να εξεταστεί η δυνατότητα τοκετού μέσω καισαρικής τομής.

- Μετά από την επέμβαση, συνιστάται στην ασθενή να αποφεύγει να ασκεί βαριά κανλή να ασκείται (π.χ. ποδηλασία, τρέξιμο) επί τρεις έως τέσσερις εβδομάδες τουλάχιστον και να μην έλθει σε αιζοναλική επαφή επί έναν μήνα. Οι περισσότερες ασθενείς μπορούν να επιστρέφουν στις άλλες συνήθεις δραστηριότητες μετά από μία ή δύο εβδομάδες.

- Πρέπει να ληφθεί από την ασθενή να επικοινωνήσει αμέσως με τον χειρουργό εάν εμφανιστεί δυσουρία, αιμορραγία ή άλλα προβλήματα.

- Ενδέχεται να εμφανιστεί παροδικό άλγος στο νώτικο επί 24–48 ώρες, το οποίο συνήθως μπορεί να αντιμετωπιστεί με ήπια αναλγητικά.

- Όπως συμβαίνει και με άλλες επεμβάσεις για την αντιμετώπιση της ακράτειας, ενδέχεται να εμφανιστεί εκ νέου ασθένεια του ελευστήρα μυός μετά από την επέμβαση υπο-ουρηθρικής αιμόδοσης με το σύστημα επισαματικού GYNECARE TVT. Για να ελαχιστοποιήσετε αυτόν τον κίνδυνο, βεβαιωθείτε ότι τοποθετήσετε την ταινία όπως περιγράφηκαν ανωτέρω.

- Μην φέρνετε σε επαφή τα πλέγμα PROLENE με οακλε τέρμα, κλπη ή αιχμητήρια, καθώς ενδέχεται να προκληθεί χαραγματή βλάβη στο πλέγμα.

- Μην επαναποστειρώνετε τη συσκευή επισαματικού GYNECARE TVT το εξαρτήματά της. Απορρίψτε τις αποσυσκευασμένες, αχρησιμοποίητες συσκευές.

- Μπορεί να χρησιμοποιηθεί προφυλακτική αντιβιοτική αγωγή σύμφωνα με τη συνήθη πρακτική του χειρουργού.

## ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ

- Κατά τη διέλκυση της βελόνας, ενδέχεται να προκληθεί διάτρηση ή ρήξη αγγείων και νεύρων, καθώς και της κύστης ή του εντέρου, οι οποίες μπάνλον να αποείπησουν χειρουργική αποκατάσταση.

- Είναι πιθανόν να εμφανιστεί παροδικός τοπικός ερεθισμός στο σημείο της πληγής και παροδική αντίδραση ξένου σώματος. Η αντίδραση αυτή μπορεί να οδηγήσει σε εξώθηση, διάβρωση, ερματισμό ή φλεγμονή.

- Όπως συμβαίνει με όλα τα ξένα σώματα, το πλέγμα PROLENE ενδέχεται να ενισχύσει τυχόν υπάρχουσα λοίμωξη. Το πλαστικό δηράγμο που κολπίτευση αφρκό τε πλέγμα PROLENE είναι σχεδιασμένα έτσι ώστε να διευκολυσύνται τον ντότρπα μόλυνσης.

- Η επιφαλνακή διάρθωση, δηλαδή η αφαραγή επιφαλνκής τάσης στην ταινία, ενδέχεται να προκαλέσει προσωρινή ή μόνιμη απόφραξη της κατώτερης ουρφόρου οδού.

## ΔΡΑΣΕΙΣ

Μελέτες σε ζώα υποδεικνύουν ότι η εμφύτευση του πλέγματος PROLENE προκαλεί ελάχιστη φλεγμονώδη αντίδραση στους ιστούς, η οποία είναι παροδική και ακολουθείται από την εναπόθεση μιας λεπτής ινώδους στρώδας, η οποία μπορεί να ενισχυθεί διαμέσου των διακένων του πλέγματος, ενσωματώνοντας έτσι το πλέγμα στον παρακείμενο ιστό. Το υλικό δεν απορροφάται, ούτε υφίσταται αποδόμηση ή εξασθένηση από τη δράση των ενζύμων του ιστού.

## ΤΡΟΠΟΣ ΔΙΑΘΕΣΗΣ

Το σύστημα επισαματικού GYNECARE TVT παρέχεται στείρο (σύρτιο του αιθυλενίου) για μία μόνον χρήση. Μην το επαναποστειρώνετε. Η επαναχρησιμοποίηση αυτής της συσκευής (ή) μερών αυτής της συσκευής) είναι δυνατό να προκαλέσει κίνδυνο αποδόμησης του προϊόντος και διασταυρούμενης μόλυνσης, η οποία ενδέχεται να οδηγήσει σε λοίμωξη ή μετάδοση συστηματικής μεταδιδόμενων παθογόνων μικροοργανισμών σε ασθενείς και χρήστες. Μην το χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε τις αποσυσκευασμένες, αχρησιμοποίητες συσκευές.

## ΦΥΛΑΞΗ

Οι συσκευασμένες συνθήκες φύλαξης για τη συσκευή μίας χρήσης του συστήματος επισαματικού GYNECARE TVT είναι σε εύρος θερμοκρασιών χαμηλότερη των 25 °C, μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην τη χρησιμοποιείτε μετά την παρέλευση της ημερομηνίας λήξης.

PROLENE: Η ημερομηνία λήξης (Η.Λ.Α.) α ορίζει την πώληση της συσκευής αυτής μόνο σε κατρ6ς ή κατόπιν εντολής ιατρού.

## ΣΥΜΒΟΛΑ ΧΡΗΣΙΜΟΠΟΙΟΥΜΕΝΑ ΚΑΤΑ ΤΗΝ ΣΗΜΑΝΣΗ ΤΗΣ ΣΥΣΚΕΥΑΣΙΑΣ



ETH.MESH.02340969

This page has been left blank intentionally.

ETH.MESH.02340970

This page has been left blank intentionally.

ETH.MESH.02340971

This page has been left blank intentionally.

ETH.MESH.02340972

EC REP

Johnson & Johnson MEDICAL G.m.b.H
Robert-Koch Strasse 1
D-22844 Norderstedt
Deutschland

**Distributors • Distributorer • Distributeurs**
**Tukkumyyjät • Distributeurs • Vertrieb durch**
**Distributori • Distribuidores • Distribuidores**
**Distributörer • Διανομείς**

**CH** Johnson & Johnson AG
Rotzenbuehlstrasse 55
CH-8957, Spreitenbach

Reference to P180/71/F





# Gynecare
# PROSIMA™

Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

System til anterior støtte af bækkenbund
System til posterior støtte af bækkenbund
System til kombineret støtte af bækkenbund

Bekkenbodemreparatiesysteem anterieur
Bekkenbodemreparatiesysteem posterieur
Bekkenbodemreparatiesysteem gecombineerd

Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä
Yhdistetty lantionpohjan korjausjärjestelmä

Système de réparation du plancher pelvien antérieur
Système de réparation du plancher pelvien postérieur
Système de réparation combiné du plancher pelvien

Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem
Kombiniertes Beckenboden-Rekonstruktionssystem

Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico
Sistema di riparazione combinato del pavimento pelvico

Sistema de Reparação do Pavimento Pélvico Anterior
Sistema de Reparação do Pavimento Pélvico Posterior
Sistema de Reparação do Pavimento Pélvico Combinado

Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior
Sistema de reparación del suelo pélvico combinado

System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten
System för kombinerad reparation av bäckenbotten

Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους
Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους

CE 0086
Manufactured for:
ETHICON Women's Health & Urology
A division of ETHICON, INC.
a Johnson&Johnson company
Somerville, New Jersey 08876-0151
Made in Switzerland
© Ethicon, Inc. 2008

EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

P21070/0
STATUS: 02/2010
LAB0011098.2

EXHIBIT E

**ETH.MESH.02341398**



*Figure 1*



*Figure 2*



*Figure 3*

2

ETH.MESH.02341399



*Figure 4*



*Figure 5*



*Figure 6*

3

ETH.MESH.02341400



*Figure 7*



*Figure 8A*



*Figure 8B*



*Figure 8C*

4

ETH.MESH.02341401



*Figure 8D*



*Figure 8E*



*Figure 8F*

5

ETH.MESH.02341402



*Figure 9A*



*Figure 9B*



*Figure 9C*



*Figure 9D*

6

ETH.MESH.02341403



*Figure 9E*



*Figure 10*



*Figure 11*



*Figure 12*



*Figure 13*

7

ETH.MESH.02341404



Figure 14



Figure 15



Figure 16



Figure 17



Figure 18



Figure 19

8

ETH.MESH.02341405

## ENGLISH

A – Mesh Implant in Implant Carrier
B – Vaginal Support Device (VSD)
C – Balloon
D – Anterior Inserter
E – Posterior Inserter
F – Syringe
G – Straps of Mesh Implant
H – Pockets of Mesh Implant
I – Apical stab of Mesh Implant
J – Distal groove of Mesh Implant
K – Body of Mesh Implant
L – Connection groove of Posterior Inserter
M – Distal end of Posterior Inserter
N – Trimmable sections of VSD
O – Suture eyelets of VSD
P – Balloon
Q – Connector plug of Balloon
R – Valve of Balloon
S – Cap of Balloon
T – Inflation line of Balloon

## DANSK

A – Meshimplantat i implantatemballage
B – Vaginal støtteanordning (VSD - Vaginal Support Device)
C – Ballon
D – Anterior indfører
E – Posterior indfører
F – Sprøjte
G – Meshimplantatstropper
H – Meshimplantatlommer
I – Apikal flig på meshimplantat
J – Distal rille i meshimplantat
K – Hoveddpart af meshimplantat
L – Forbindelsesrille på posterior indfører
M – Distal ende af posterior indfører
N – Justerbare sektioner af VSD
O – Suturhuller i VSD
P – Ballon
Q – Forbindelsestykke på ballon
R – Ballonventil
S – Ballonhætte
T – Oppustningsslange til ballon

## NEDERLANDS

A – Meshimplantaat in implantaathouder
B – VSD (Vaginal Support Device, vaginasteun)
C – Ballon
D – Inbrengsinstrument anterieur
E – Inbrengsinstrument posterieur
F – Spuit
G – Bandjes van meshimplantaat
H – Zakjes van meshimplantaat
I – Apicaal lipje van meshimplantaat
J – Distale groef van meshimplantaat
K – Hoofdgedeelte van meshimplantaat
L – Verbindingsgroef van posterieur inbrengsinstrument
M – Distaal uiteinde van posterieur inbrengsinstrument
N – Afknipbare delen van de VSD (vaginasteun)
O – Hechtingsogjes van de VSD
P – Ballon
Q – Ballonaansluitstuk
R – Ballonafsluiter
S – Ballondop
T – Ballonvulleiding

## SUOMI

A – Verkkoimplantti implantinasettimessa
B – Emätintuki
C – Pallo
D – Anterioorinen sisäänviejä
E – Posterioorinen sisäänviejä
F – Ruisku
G – Verkkoimplantin nauhat
H – Verkkoimplantin taskut
I – Verkkoimplantin kärkikädelke
J – Verkkoimplantin distaalilovi
K – Verkkoimplantin runko
L – Posteriorisen sisäänviejän liitinlovi
M – Posteriorisen sisäänviejän distaalipää
N – Emättimen leikattavat osat
O – Emättimen ommelreiät
P – Pallo
Q – Pallon liitin
R – Pallon venttiili
S – Pallon korkki
T – Pallon täyttölinksu

## FRANÇAIS

A – Prothèse dans son emballage
B – Dispositif de Support Vaginal (DSV)
C – Ballonnet
D – Introducteur antérieur
E – Introducteur postérieur
F – Seringue
G – Bras de la prothèse
H – Poches de la prothèse
I – Languette apicale de la prothèse
J – Échancrure distale de la prothèse
K – Corps de la prothèse
L – Gorge de connexion de l'introducteur postérieur
M – Extrémité distale de l'introducteur postérieur
N – Sections découpables du DSV
O – Œillets de suture du DSV
P – Ballonnet
Q – Prise de connexion du ballonnet
R – Valve du ballonnet
S – Bouchon du ballonnet
T – Tubulure de gonflage du ballonnet

## DEUTSCH

A – Netzimplantat im Implantatträger
B – Vaginal-Splint (Vaginal Support Device, VSD)
C – Luftkissen
D – Anteriores Einführinstrument
E – Posteriores Einführinstrument
F – Spritze
G – Halteschlaufen des Netzimplantats
H – Taschen des Netzimplantats
I – Apikale Lasche des Netzimplantats
J – Distale Kerbe des Netzimplantats
K – Körper des Netzimplantats
L – Verbindungsrille des posterioren Einführinstruments
M – Distales Ende des posterioren Einführinstruments
N – Zuschneidbare Anteile des VSD
O – Nahtöffnungen des VSD
P – Luftkissen
Q – Anschlussstecker des Luftkissens
R – Luftkissenventil
S – Luftkissenkappe
T – Luftschlauch der Luftkissens

## ITALIANO

A – Impianto in rete nell'apposita confezione
B – Dispositivo di supporto vaginale (DSV)
C – Pallone
D – Introduttore anteriore
E – Introduttore posteriore
F – Siringa
G – Braccia dell'impianto in rete
H – Tasche dell'impianto in rete
I – Linguetta apicale dell'impianto in rete
J – Scanalatura distale dell'impianto in rete
K – Corpo dell'impianto in rete
L – Scanalatura di collegamento dell'introduttore posteriore
M – Estremità distale dell'introduttore posteriore
N – Sezioni sagomabili del DSV
O – Occhielli per sutura del DSV
P – Palloncino
Q – Spinotto di collegamento del palloncino
R – Valvola del palloncino
S – Coperchio del palloncino
T – Tubo d'insufflazione del palloncino

## PORTUGUÊS

A – Implante de Rede na Embalagem de Transporte do Implante
B – Dispositivo de Suporte Vaginal (VSD)
C – Balão
D – Introdutor Anterior
E – Introdutor Posterior
F – Seringa
G – Tiras do Implante de Rede
H – Bolsas do Implante de Rede
I – Aba Apical do Implante de Rede
J – Entalhe Distal do Implante de Rede
K – Corpo do Implante de Rede
L – Ranhura de Conexão do Introdutor Posterior
M – Extremidade Distal do Introdutor Posterior
N – Secções Recortáveis do VSD
O – Ilhós de Sutura do VSD
P – Balão
Q – Bujão Conector do Balão
R – Válvula do Balão
S – Tampa do Balão
T – Linha de Insuflação do Balão

## ESPAÑOL

A – Implante de malla en el portaimplante
B – Dispositivo de soporte vaginal (VSD)
C – Balón
D – Insertador anterior
E – Insertador posterior
F – Jeringa
G – Tiras de implante de malla
H – Bolsillos de implante de malla
I – Lengüeta apical del implante de malla
J – Surco distal del implante de malla
K – Cuerpo del implante de malla
L – Surco de conexión de insertador posterior
M – Extremo distal del insertador posterior
N – Secciones recortables del VSD
O – Ojos de sutura del VSD
P – Balón
Q – Tapón conector del balón
R – Válvula del balón
S – Tapa del balón
T – Línea de inflado de balón

## SVENSKA

A – Nätimplantat i implantatshållare
B – Vaginalstöd (VSD)
C – Ballong
D – Främre införare
E – Bakre införare
F – Injektionspruta
G – Remmar till nätimplantat
H – Fickor på nätimplantat
I – Apikal flik på nätimplantat
J – Distalt skåre på i nätimplantat
K – Nätimplantatets huvuddel
L – Bakre införarens kopplingsskåre
M – Bakre införarens distala ände
N – Tillklippbara delar av VSD
O – Suturhål på VSD
P – Ballong
Q – Kopplingsdon på ballongen
R – Ventil på ballongen
S – Lock till ballongen
T – Fyllnadsslang till ballongen

## ΕΛΛΗΝΙΚΑ

A – Εμφύτευμα πλέγματος στο φορείο εμφυτεύματος
B – Διάταξη Κολπικής Υποστήριξης (ΣΚΥ)
C – Μπαλόνι
D – Εμπρόσθιος εισαγωγέας
E – Οπίσθιος εισαγωγέας
F – Σύριγγα
G – Ιμάντες του εμφυτεύματος πλέγματος
H – Θύλακοι του εμφυτεύματος πλέγματος
I – Κορυφαίο γλωττίδα του εμφυτεύματος πλέγματος
J – Περιφερική αύλακα του εμφυτεύματος πλέγματος
K – Σώμα του εμφυτεύματος πλέγματος
L – Αύλακα σύνδεσης του οπίσθιου εισαγωγέα
M – Περιφερικό άκρο του οπίσθιου εισαγωγέα
N – Αποκοπτόμενα τμήματα της ΔΚΥ
O – Οπές ραμμάτων της ΔΚΥ
P – Μπαλόνι
Q – Βύσμα σύνδεσης του μπαλονιού
R – Βαλβίδα του μπαλονιού
S – Πώμα του μπαλονιού
T – Γραμμή διόγκωσης του μπαλονιού

9



Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the devices and lead to injury.

*CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.*

Training on the use of the GYNECARE PROSIMA™ Pelvic Floor Repair Systems is recommended and available. Contact your company sales representative to arrange for this training.

**INDICATIONS**
The GYNECARE PROSIMA Pelvic Floor Repair Systems, through the placement of GYNECARE GYNEMESH™ PS Nonabsorbable PROLENE™ Soft Mesh Implants, are indicated for tissue reinforcement and long-lasting stabilization of fascial structures of the pelvic floor, either as mechanical support or bridging material for the fascial defect. The Systems provide maintenance of the vaginal canal during the period of healing following surgical repair of vaginal wall prolapse, while supporting the position of the Mesh Implants.

**DESCRIPTION**
The GYNECARE PROSIMA Anterior, Posterior, and Combined Pelvic Floor Repair Systems consist of pre-cut GYNECARE GYNEMESH PS Mesh Implant(s), and instruments to facilitate Mesh Implant placement and postoperative support (see Figure 1). The following table summarizes the components included with each System:

| PELVIC FLOOR REPAIR SYSTEM | Mesh Implant in Carrier (A) | Vaginal Support Device – Balloon Assembly (B&C) | Anterior Inserter (D) | Posterior Inserter (E) | Syringe (F) |
|---|---|---|---|---|---|
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combined | 2 | 1 | 1 | 1 | 1 |

Table 1 – GYNECARE PROSIMA Pelvic Floor Repair System Components

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS is mesh constructed of knitted filaments of extruded polypropylene identical in composition to PROLENE™ Polypropylene Suture, (ETHICON, INC.). This material, when used as a suture, has been reported to be nonreactive and to retain its strength indefinitely in clinical use. The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth. Blue PROLENE Suture monofilaments have been incorporated to produce contrast striping in the mesh. The mesh is constructed of reduced-diameter monofilament fibers, knitted into a unique design that results in a mesh that is approximately 50 percent more flexible than standard PROLENE™ Polypropylene Mesh. The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body.

**Mesh Implant**
The Mesh Implant is constructed from GYNECARE GYNEMESH PS. The Mesh Implant are pre-cut in a Y-shape for repair of anterior, posterior and/or apical vaginal defects. See Figure 2. The Mesh Implant has 2 straps and a central body. There is an apical tab on the proximal end for tacking down with suture to minimize movement of the Mesh Implant during strap placement. There is a distal groove on the distal end to aid in alignment of the Mesh Implant. The straps are pre-formed pockets on the Mesh Implant straps to enable placement with the Inserters. The Mesh Implant is provided in an Implant Carrier comprised of uncoated Tyvek® and a clear plastic film, designed for easy removal of the Mesh Implant.

**Anterior Inserter**
The Anterior Inserter is a single-patient-use instrument designed to facilitate the insertion of the Mesh Implant straps into the previously dissected anterior tissue channels. ***NOTE: The Anterior Inserter is not intended to dissect tissue.*** The Anterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the anterior compartment. See Figures 3 and 4.

**Posterior Inserter**
The Posterior Inserter is a single-patient-use instrument designed to facilitate insertion of the Mesh Implant straps into the previously dissected posterior tissue channels. ***NOTE: The Posterior Inserter is not intended to dissect tissue.*** A standard needle holder/driver attaches to the Posterior Inserter as a stabilizer for controlled insertion. The Posterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the posterior compartment. See Figure 5.

**Vaginal Support Device (VSD)**
The VSD is a single-patient-use device designed to provide postoperative support for the vaginal tissues after placement of the mesh and closure of the vaginal incision(s). The apical end is the widest end of the VSD and contains trimmable sections. After initial sizing in the patient, the size of the VSD can be adjusted to conform to the patient's anatomy by trimming off designated apical sections. The VSD resides in the upper 2/3 of the vagina for 3 to 4 weeks and is then removed from the patient. See Figure 6.

**Balloon**
The Balloon is a single-patient-use device designed to replace postsurgical vaginal gauze packing. The Balloon's volume is adjustable to fill the vaginal canal, and for abutment of the vaginal wall to the Mesh Implant. The Balloon is provided pre-attached onto the VSD. Figure 7 shows the deflated Balloon without the VSD attached. The Balloon remains in the patient for up to 1 day.

**Syringe**
A 50-mL syringe is provided to inflate the Balloon.

**SECTION 1: PRINCIPLES OF THE PROCEDURE USING THE GYNECARE PROSIMA SYSTEM**
A pelvic floor repair procedure using the GYNECARE PROSIMA System aims to achieve an anatomical, durable, and standardized repair of pelvic organ prolapse. Depending on the site of the prolapse and surgeon's preference, the repair can be anterior and/or posterior. Hysterectomy or uterine conservation can be combined with the procedure using the GYNECARE PROSIMA System. If indicated, a perineal repair or a suburethral sling for the treatment of stress urinary incontinence can be performed concomitantly when using the GYNECARE PROSIMA System. A retropubic or transobturator suburethral sling can be used.

The prolapse repair is achieved by the placement of 1 or 2 Mesh Implants via a vaginal approach. At the completion of surgery, a VSD with an inflatable Balloon is placed in the vagina for sizing and then the VSD is sutured into place, thus supporting the vagina and the Mesh Implant(s) during tissue ingrowth. Once inflated, the Balloon replaces traditional gauze packing by filling the vaginal cavity and abutting the Mesh Implant(s) to the vagina. The day after surgery, the Balloon is deflated and removed from the vagina without disrupting the Mesh Implant(s). The VSD remains in place for a maximum of 4 weeks following surgery, during tissue ingrowth into the Mesh Implant(s).

**SECTION 2: RATIONALE FOR THE GYNECARE PROSIMA SYSTEM**
Following conventional surgery for pelvic organ prolapse, the repaired tissues are exposed to increases in intra-abdominal pressure as the patient mobilizes, coughs, vomits, and strains with bowel evacuation. These rises in intra-abdominal pressure may adversely affect the healing of the vaginal repair and may lead to surgical failure and recurrent prolapse. By reinforcing the vaginal repair with the Mesh Implant and supporting the vagina with the VSD for 3 to 4 weeks following surgery, the GYNECARE PROSIMA System is designed to reduce the risk of surgical failure and recurrent prolapse.

During the anterior vaginal repair the body of the Mesh Implant is intended to be placed without tension between the urinary bladder and the upper 2/3 of the vagina, extending laterally at the level of the arcus tendineus fascia pelvis (ATFP). During the posterior vaginal repair, the Mesh Implant body is intended to be placed without tension between the rectum and upper 2/3 of the vagina, fitting laterally over the levator ani muscles. The apical section of the Mesh Implant body is intended to reach the vaginal apex. Anteriorly, the Mesh Implant may be tacked to the pre-vesical tissue or cervix. Posteriorly, the Mesh Implant may be tacked to the pre-rectal tissue or cervix.

The VSD supports the vaginal tissues after surgery and facilitates abutment of the vaginal tissues against the Mesh Implant until tissue ingrowth occurs. Tissue ingrowth through the Mesh Implant occurs during the 3 to 4 weeks following surgery. Use of the GYNECARE PROSIMA System avoids the need for dissection outside the pelvic cavity, and avoids passage of suture and instruments through the obturator foramen and sacrospinous ligament, thus making surgery simpler to perform.

**Hysterectomy**
The surgeon's preference and the patient's needs determine if a concomitant hysterectomy is required. When a hysterectomy is performed, closure of the cul-de-sac peritoneum is recommended to avoid contact of the Mesh Implant with the bowel. A "T" incision closure should be avoided as this may increase the risk of mesh exposure. When vaginal hysterectomy is performed together with either an anterior and posterior repair, the hysterectomy incision should first be closed transversely, and then the repair incisions should be made such that they do not connect with the previously closed hysterectomy incision. This is done to prevent the creation of a "T" incision.

**Uterine Conservation**
The GYNECARE PROSIMA System is suitable for use in situations when the surgeon or patient elects to conserve the uterus.

**Vaginal Incisions**
The vaginal incisions in the procedure using the GYNECARE PROSIMA System are the same as those used by the surgeon for routine vaginal repair surgery. Incisions should be made through the full depth of the vaginal wall to reduce the potential of mesh exposure.

**Mesh Implant Placement**
The Mesh Implants are held in place by the VSD until tissue ingrowth occurs. Therefore, it is unnecessary to fix the Mesh Implant straps into position. The apical portion of the Mesh Implant may be tacked onto the fascia in the midline at the vaginal apex using suture such as 2-0 MONOCRYL™ (Poliglecaprone 25) Suture or 2-0 Coated VICRYL™ (polyglactin 910) Suture. The vaginal epithelium should not be sutured on to the Mesh Implant.

**Vaginal Preservation**
Removing or excising too much vaginal epithelium should be avoided. Some tissue retraction may occur following surgery, and reduced vaginal capacity may be worsened if too much vaginal epithelium has been removed.

**Three Levels of Vaginal Support**
There are 3 levels of support to the vagina commonly known for vaginal repair. Use of the GYNECARE PROSIMA System in a procedure is intended to provide level I and II of this support as follows:

**Level I - Suspension and Support** (upper third of vagina)
The upper third of the vagina (including the vault following hysterectomy) and uterus are supported by 2 mechanisms. Firstly, direct support for the uterus and upper vagina is provided by the parametrium (cardinal and utero-sacral ligaments) and paracolpium fibers. These fibers act like suspensory ligaments and arise from the fascia of the piriformis muscle, sacroiliac joint, and lateral sacrum, and insert into the lateral upper third of the vagina and posterolateral aspect of the cervix. Secondly, indirect support for the uterus and upper vagina is provided by the levator plate, formed by the fusion of the right and left levator ani muscles between the rectum and coccyx. Uterine and vaginal vault prolapse occur as a consequence of failure of these direct and indirect supporting mechanisms. This is likely to involve weakness of the muscular pelvic floor and suspensory fibers of the parametrium and upper paracolpium. The aim of prolapse surgery at level I is to recreate direct and indirect supporting mechanisms. The GYNECARE PROSIMA System uses the Mesh Implant

ETH.MESH.02341407

straps to abut onto each obturator internus muscle and the overlying parietal fascia in the anterior vaginal repair, and Mesh Implant straps abut the sacrospinous ligaments in the posterior vaginal repair. This provides direct support by suspension and indirect support by providing a broad area of Mesh Implant support for the upper vagina and uterus.

**Level III - Lateral Attachment** (mid third of vagina)

The mid-vagina is attached laterally and directly to the muscles on the pelvic sidewall by the arcus tendineous fasciae pelvis (ATFP). At this level, the anterior and posterior vaginal walls are stretched between right and left lateral attachments. At level III, prolapse repair aims to reattach the lateral mid-vagina onto the muscles of the pelvic sidewall. Central defects of the mid-vagina also require support at level II. Use of the GYNECARE PROSIMA System in a procedure recreates lateral attachment of the vagina onto the pelvic sidewall muscles and also provides central fascial reinforcement after tissue ingrowth.

**Level III – Fusion** (lower third of vagina)

*NOTE: Dissection in this area is not required when using the GYNECARE PROSIMA System.*

At level III, anteriorly the lower third of the vagina fuses with the perineal membrane and urethra. Posteriorly, the lower third of the vagina fuses with the perineal body and levator ani muscles. The tissues in this area are repaired without Mesh Implant, as the Mesh Implant is not intended to be used in the lower third of the vagina. The GYNECARE PROSIMA System does not address level III support defects, though they may be addressed by concomitant procedures such as perineorrhaphy.

### SECTION 3: INSTRUCTIONS FOR USE

*NOTE: Figures provided in the beginning of this document should be referenced when reading this section.*

**Surgical Preparation**

Surgery performed with the GYNECARE PROSIMA System may be carried out under general or regional anesthesia according to the surgeon's, anesthetist's, and patient's preference.

The patient should be placed in the lithotomy position with the buttocks slightly overhanging the operating table and the hips flexed. At the surgeon's discretion the bladder may be drained. A catheter is required prior to balloon inflation and may be inserted at this point in the procedure.

### GYNECARE PROSIMA System Use in Procedures Post-Hysterectomy

**Anterior Vaginal Repair**

When reinforcement of only the anterior vaginal wall is needed, only the GYNECARE PROSIMA Anterior Pelvic Floor Repair System should be used. This contains 1 Mesh Implant and a specially designed Anterior Inserter for use in an anterior vaginal repair. After the required vaginal incisions and dissections are made, tissue channels are created in the anterior compartment and the Mesh Implant straps using the Anterior Inserter. *NOTE: The Anterior Inserter is not to be used for tissue dissection.*

*Anterior Vaginal Dissection*

The anterior vaginal epithelium is dissected off the bladder. Dissect the full thickness of the vaginal wall. This dissection should be facilitated by subepithelial hydrodissection. Superficial dissection of the vaginal wall or separating the vaginal wall into 2 layers should be avoided. Such dissection may result in a very thin vaginal wall and may also compromise vaginal wall blood supply, increasing the risk of mesh exposure. Laterally, continue the dissection towards the pelvic sidewall and to the ischial spine.

*Anterior Channel Dissection and Mesh Implant Placement*

For the purpose of this description, perform the dissection to create channels for the Mesh Implant straps first on the right side of the patient, then on the left. These channels are created in order to place the Mesh Implant such that the distal section of the straps lies flush against the pelvic side wall and parietal fascia of the obturator internus muscle. To place these straps, commence dissection by palpating and identifying the ischial spine on both sides. *NOTE: This dissection may alternatively be started with scissors using a "push-spread" technique, so that the tips of the scissors always remain anterior to the ischial spine.* Follow the initial dissection by gentle finger dissection to the ischial spine. Once contact is made with the ischial spine, sweep the index finger to create a space anterior and superior to the ischial spine. See Figure 8A. The direction of this dissection is perpendicular to the pelvic sidewall and creates a space approximately 2 cm in width and 3 cm in height. The anterior dissection does not involve dissection onto the sacrospinous ligaments. This dissection creates a channel anterior and superior to the ischial spine and superficial to the ATFP, the obturator internus muscle, and its parietal fascia. Repeat the same dissection on the left side.

Plication of the pre-vesical tissue is not required. However, if plication is performed, only the central portion of this tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-vesical tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Anterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection anterior and superior to the ischial spine (as described above). *NOTE: The curved ends of the Anterior Inserter are twisted in opposite directions, and there are arrows on each end indicating direction for placement.* With the arrow pointing towards the patient's right side, insert the tip of the Anterior Inserter into the Mesh Implant strap pocket (see Figure 8B) on the patient's right side. *NOTE: Counter-traction may help to keep the pocket loaded on the Anterior Inserter.* Keep the Anterior Inserter in a vertical position, such that the curved part of the instrument is against the posterior vaginal wall. Then direct the Anterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 8C) until the handle comes in contact with the labia majora on the contra-lateral side. This is accomplished by positioning the handle portion of the Anterior Inserter in an upward-vertical direction such that the leading edge and pocket goes towards the ischial spine. Once positioned, cant the handle downward to the near-horizontal position, while maintaining the handle in contact with the contra-lateral thigh. *NOTE: Retracting the bladder with a standard surgical instrument may be helpful for initial placement in the channel. If desired, use an index finger in the channel to guide the initial placement of the Anterior Inserter against the labia majora on the contra-lateral side, prior to lowering the handle.* Pushing slightly upward ensures that the strap pockets are positioned appropriately and the apical section of the Mesh Implant will abut the vaginal apex. *NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant, or over-insertion causing damage to critical tissue structures.*

To remove the Anterior Inserter, cant the handle back to the vertical position before withdrawing, leaving the strap in the channel. *NOTE: Insert first strap completely. NOTE: If the Anterior Inserter is pulled out before the Mesh Implant strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted.* Repeat this on the opposite side of the patient by flipping the Anterior Inserter and inserting the end, with the arrow pointing to the patient's left side, into the other pocket. Figure 8D shows both straps placed. *NOTE: During placement of the Mesh Implant strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal tissue. Folding or twisting of the body and straps should be avoided. The Mesh Implant body may require trimming depending on the vaginal dimensions or amount of lateral dissection. The vaginal epithelium may be trimmed, but excessive removal of vaginal epithelium

should be avoided. Close the epithelium over the Mesh Implant without using interlocking sutures (as described below, see Figure 8E). The final placement of the Mesh Implant in the anterior compartment is shown in Figure 8F.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably the epithelium is closed in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL™ Plus Antibacterial (Poliglecaprone 25) Suture. Then close the epithelium by a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL™ Plus (polyglactin 910) Antibacterial Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* If not done already, cystoscopy is recommended to exclude urinary tract injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Posterior Vaginal Repair**

When reinforcement of only the posterior vaginal wall is needed, only use the GYNECARE PROSIMA Posterior Pelvic Floor Repair System. This contains 1 Mesh Implant and a specially designed Posterior Inserter for use for the posterior vaginal repair. After making the required vaginal incisions and dissections, create tissue channels in the posterior compartment in which to place the Mesh Implant straps. *NOTE: The Posterior Inserter is not to be used for tissue dissection.*

*Posterior Vaginal and Channel Dissection*

Dissect the posterior vaginal epithelium off the pre-rectal tissue. As with the anterior vaginal wall, the full thickness of the posterior vaginal wall should be dissected. This dissection should be facilitated by subepithelial hydro-dissection. Continue the dissection laterally on each side to the levator ani muscles at the level of the ischial spine. Then continue dissection through each of the rectal pillars and onto, but not through, each sacrospinous ligament, creating channels in which the Mesh Implant straps will be placed. See Figure 9A.

Management of preexisting enterocele is optional, but if performed, may be carried out at this stage according to the surgeon's preferred technique.

If the peritoneal cavity is opened during either anterior or posterior dissection, it must be closed prior to mesh placement.

*Posterior Mesh Implant Placement*

Plication of the pre-rectal tissue is not required. However, if plication of the pre-rectal tissue is performed, only the central portion of the pre-rectal tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-rectal tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Posterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection towards each sacrospinous ligament (as described above). Grasp the Posterior Inserter using a straight needle holder/driver, as shown in Figure 9B. *NOTE: Place the tip of the needle holder/driver inside the straight grooved end of the Posterior Inserter.* Ensure that the connected Posterior Inserter is in-line with the handle of the needle holder/driver. Insert the tip of the Posterior Inserter into the strap pocket on the patient's right side (see Figure 9B). Then, direct the Posterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 9C), keeping the position of the handle of the needle holder/driver upright. Proceed to insert the full length of the strap into the channel so that the base of the strap meets the superior limit of the fascial dissection. *NOTE: Insert first strap completely. If the Inserter is pulled out before the strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted. NOTE: Take care not to insert too deeply to avoid damage to critical tissue structures. NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant or over-insertion, causing damage to critical tissue structures.* Withdraw the Posterior Inserter along the insertion path, leaving the strap in the channel. The strap abut, but do not penetrate, the sacrospinous ligaments. Do not place sutures into the sacrospinous ligaments. Repeat the procedure on the patient's left side with the second strap. Figure 9D shows both straps placed. *NOTE: During placement of the second strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal fascia. Avoid folding or twisting the Mesh Implant body and straps. Depending on the vaginal dimensions, or the amount of lateral dissection, the Mesh Implant body may require trimming. The posterior vaginal wall epithelium may be trimmed but excessive removal of vaginal epithelium should be avoided. Close the posterior vaginal wall epithelium over the Mesh Implant without using interlocking sutures (as described below). The final placement of the Mesh Implant in the posterior compartment is shown in Figure 9E.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without using interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably close the epithelium in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL Plus Antibacterial Suture. Then close the epithelium with a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* At the completion of surgery, a digital rectal examination is required to exclude rectal injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Combined Anterior and Posterior Vaginal Repair**

When both anterior and posterior vaginal wall reinforcement is needed, the GYNECARE PROSIMA Combined Pelvic Floor Repair System is used. This contains 2 identical Mesh Implants, one for the anterior vaginal repair and the second for the posterior vaginal repair. Use only the curved Anterior Inserter for an anterior repair and only the straight Posterior Inserter for a posterior repair. Perform the anterior and posterior vaginal repairs as described above. It is recommended that the anterior vaginal repair be performed first. The final placement of Mesh Implants in the anterior and posterior compartments is shown in Figure 10. At the completion of surgery, cystoscopy is recommended to exclude urinary tract injury. A digital rectal examination is required to exclude rectal injury.

11

ETH.MESH.02341408

**GYNECARE PROSIMA System Use with Uterine Preservation (Hysteropexy)**
If the prolapsed uterus is conserved, the apical tab of the Mesh Implant should be fixed to the cervix. Fixation of the Mesh Implant onto the cervix should occur at the level of the pubo-cervical ring when placed during the anterior or posterior vaginal repair.

When the uterus is conserved during an anterior vaginal repair the pubo-cervical ring is exposed during the anterior vaginal dissection. Place a 2-0 PROLENE Suture firmly into the anterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture at the tab is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the anterior surface of the cervix at the level of the pubo-cervical ring and ensures the Mesh Implant strap with the vagina as the VSD is properly positioned.

In the posterior repair, attach the Mesh Implant to the posterior cervix at, or above, the level of the pubo-cervical ring. The cul-de-sac may be opened during the attachment of the Mesh Implant to the cervix. Close the peritoneum of the cul-de-sac above this suture to prevent bowel adhering to the Mesh Implant. If the surgeon chooses not to open the cul-de-sac, the pubo-cervical ring is exposed during the posterior vaginal dissection. A 2-0 PROLENE Suture is placed firmly into the posterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the posterior surface of the cervix at the level of the pubo-cervical ring.

When used for both anterior and posterior vaginal repairs, the Mesh Implants should be fixed to the anterior and posterior aspects of the cervix as described above (see Figure 11).

**Mesh Implant Hygiene**
During surgery, irrigate the vaginal wounds with saline. Keep the handling of the Mesh Implant to a minimum and practice good mesh hygiene.

**Placement of the VSD and Balloon**
At the completion of surgery, place an appropriately sized VSD with attached Balloon in the vagina and suture it in position to prevent dislodgement. The VSD has 3 potential sizes (small, medium and large) and can be customized by the surgeon to suit the vaginal length of the patient as follows.

*VSD Fitting and Trimming*
The VSD is provided in its largest size. Determine the appropriate size of the VSD for the patient by using the VSD itself to assess fit to the patient. This is done by placing the large size VSD in the vagina between the distended apex and the hymenal ring. To insert the VSD into the vagina, grasp at the widest point of the VSD and fold along the longitudinal axis with the Balloon facing upwards (see Figure 12). The widest point of the VSD is inserted first so that the suture holes are located just above the hymenal ring. *NOTE: Do not remove or damage the Balloon during VSD sizing.* Proper size is achieved when the VSD fits snugly in the upper 2/3 of the distended vagina with the distal end and suture eyelets 1 cm above the hymenal ring (see Figure 13).

If the large size fits then the VSD is not modified. If the medium size is required, then the uppermost section is removed by carefully trimming using only the tips of curved Mayo scissors to take small bites and to ensure a smooth cut edge. Care should be taken to minimize the amount of material remaining at the cut areas. *NOTE: It is important to fit the VSD very carefully. Once a VSD is cut it cannot be made larger and the cut sections cannot be reattached.* Move the Balloon out of the way during trimming (see Figure 14). *Care should be taken to avoid damaging the Balloon during trimming of the VSD.*

If the medium size fits then no further trimming is required. If the small size is required, then the remaining section is removed as above. Move the Balloon out of the way during trimming to avoid damaging it.

Once the VSD is properly sized and the Balloon is repositioned, the assembly can be inserted into the patient's vagina. *NOTE: To minimize risk of perforation of the Balloon, do not use any instruments to assist with insertion of the VSD or of the Balloon.* If the Balloon becomes damaged, remove the Balloon from the VSD and use gauze packing to fill the vaginal cavity.

After the assembly is properly positioned in the upper 2/3 of the patient's distended vagina, secure the VSD in place by placing a single throw of suture through each VSD suture eyelet and into the posterior vaginal wall epithelium, laterally and above the hymen on each side, as shown in Figure 15, at the 4 and 8 o'clock positions. The right and left sutures are then tied in turn, holding the VSD firmly in position within the vagina. *NOTE: Take care not to puncture the Balloon when suturing the VSD into position.* 2-0 Coated VICRYL Suture or equivalent absorbable suture is recommended for this application.

*Balloon Inflation*
After suturing the VSD into position, attach the provided 50-mL syringe by twisting to lock it onto the Balloon's valve. *NOTE: After placing the VSD, a catheter is required to avoid urinary retention.* Following inflation with a small volume of ambient air (see Figure 16), palpate the full length of the Balloon with a finger to ensure the Balloon has deployed and is seated to the full extent of the vagina. Once deployment is confirmed, remove finger and continue to inflate the Balloon fully until only a fingertip fits snugly at the introitus between the Balloon and the vaginal wall. Stabilization of the VSD is recommended as inflation occurs. The inflated Balloon serves to abut the Mesh Implant onto the vaginal wall. The volume of air required to sufficiently inflate the Balloon will vary from patient to patient. *NOTE: The maximum Balloon inflation volume must not exceed 90 mL.* Once adequately inflated, detach the syringe from the valve by twisting. The Balloon's inflation line must extend out of the vagina to be affixed to the patient's thigh. The cap must be secured to the Balloon's valve to ensure that the Balloon will maintain inflation volume of air (see Figure 7). *NOTE: Do not over-tighten the cap.* If needed, the Balloon can be adjusted later, using a standard syringe to increase or decrease the volume of air within the Balloon. At any time the Balloon may be palpated or visually inspected to ensure it has maintained sufficient inflation. *NOTE: As the patient moves, the Balloon will settle in the vaginal cavity and may appear to either increase or decrease in pressure. This is normal.*

*NOTE: Do not detach Balloon from VSD prior to use.*

*NOTE: Do not inflate the Balloon prior to its insertion in the vagina.*

*NOTE: After Balloon inflation, if the VSD suture eyelets have moved more than 1 cm above the hymenal ring or if there is excessive tension on the eyelet sutures, then decrease pressure on the Balloon, and if needed, reposition or resize the VSD.*

*NOTE: If any holes are noticeable in the Balloon, or if a leak is detected, or if the Balloon fails to remain expanded after inflation, then DO NOT use the Balloon. It should be removed from the VSD and disposed of by proper means. Use standard gauze packing in place of the Balloon.*

*NOTE: If the Balloon's connector plug detaches from the VSD, it should be pushed back in place.*

*NOTE: Do not secure the Balloon inflation line in the vagina.*

*NOTE: In order to prevent damage, never apply extreme bending, tension, or twisting forces to the inflation line.*

*NOTE: Do not apply gauze packing in the presence of a Balloon.*

**12**

*Balloon Removal from VSD*
Using a standard syringe, completely deflate and remove the Balloon 1 day after surgery, leaving the VSD in place. *NOTE: Do not leave the Balloon inside the vagina for more than 1 day.*

1) Remove the cap from the Balloon's valve.

2) Attach a standard 50-mL (or larger) syringe to the Balloon's valve and fully deflate the Balloon (see Figure 17). It is important to completely deflate the Balloon before attempting to remove it from the VSD. *NOTE: A fully deflated balloon will ease the syringe plunger to retract after removal of all air.*

3) Remove the syringe.

4) The Balloon can then be separated from the VSD and removed from the patient by gentle pulling in a caudal direction on the inflation line at a location near the Balloon's connector plug, while providing gentle counter-traction on the distal end of the VSD with a finger. See Figure 18.

*NOTE: Do not retract the Balloon unless it is fully deflated and no resistance is felt. If resistance is felt, determine the cause before proceeding. Continuing to advance or retract the Balloon while under resistance may result in movement of the VSD and/or tissue trauma to the vaginal cavity. To ensure complete deflation has occurred, reconnect the syringe and remove all air before continuing with removal.*

**VSD Removal from Patient**
Remove the VSD from the patient approximately 3 to 4 weeks following surgery after sufficient healing has occurred. By this time the absorbable sutures may dissolve or lost sufficient tensile strength to allow easy removal of the VSD without any suture resistance. *NOTE: Cutting of both sutures may be required for removal.* *NOTE: Do not leave the VSD inside the vagina for more than 4 weeks.* Remove any remaining VSD attachment sutures. Manually remove the VSD from vaginal canal, as shown in Figure 19.

**Perioperative Care**
Patients can receive prophylactic antibiotics administered according to the surgeon's usual practice. Antibiotics may be continued postoperatively depending on the preference of the surgeon. Thromboembolic prophylaxis may be used.

The surgeon should explain the purpose of the VSD, which remains in the vagina for up to four weeks following surgery, is to support the vagina against the mesh during the healing period. The patient should be advised that the VSD will be removed during a post-operative check-up, approximately 4 weeks following surgery. The patient should be advised that postoperative vaginal discharge may be experienced and that the VSD may move down slightly. If the patient feels that the VSD has moved down, she may gently push it up to a more comfortable position. However, if the VSD is causing significant discomfort, the patient should be informed to contact their doctor.

Following discharge from the hospital, the patient should be instructed to avoid strenuous activity for a period of 3 to 4 weeks. By this time the pelvic tissues will have incorporated into the Mesh Implant, and the patient can then resume activities of normal daily living. The patient should be advised to avoid sexual intercourse for at least 6 weeks following surgery. Pelvic floor exercises may be recommended any time after surgery.

**PERFORMANCE**
Animal studies show that implantation of GYNECARE GYNEMESH PS elicits a minimal to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**CONTRAINDICATIONS**
- When GYNECARE GYNEMESH PS is used in infants, children, pregnant women, or women planning future pregnancies, the surgeon should be aware that this product will not stretch significantly as the patient grows.
- The GYNECARE PROSIMA System should not be used in the presence of pregnancy or purulent infections or cancers of the vagina, cervix, or uterus.

**WARNINGS AND PRECAUTIONS**
- Users should be familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes before employing the GYNECARE PROSIMA Systems.
- Use of the GYNECARE PROSIMA System has not been fully evaluated in patients with Stage IV pelvic organ prolapse. Therefore its use in these patients is not recommended.
- Acceptable surgical practice should be followed for the GYNECARE PROSIMA System as well as for the management of infected or contaminated wounds.
- Do not use the GYNECARE PROSIMA System if you think the surgical site may be infected or contaminated. If the Mesh Implant or VSD-Balloon Assembly is used in contaminated areas it must only be with the understanding that subsequent infection may require its removal.
- Postoperatively the patient should be advised to refrain from heavy lifting and/or exercise (e.g. cycling, jogging) for 3 to 4 weeks and to refrain from sexual intercourse for 6 weeks or until the physician determines it is suitable for the patient to return to her normal activities.
- Do not leave the VSD inside the vagina for longer than 4 weeks.
- Do not leave the Balloon inside the vagina for longer than 1 day.
- The GYNECARE PROSIMA System components are not intended to be used with devices other than those mentioned in this package insert.
- Avoid placing excessive tension on the Mesh Implant during handling.
- Use the GYNECARE PROSIMA Systems with care, and with attention to patient anatomy, to avoid damage to vessels, nerves, bladder, bowel, and vaginal wall perforation. Correct use of the GYNECARE PROSIMA System components will minimize risks.
- Inflate the Balloon only with ambient air.
- Palpation will confirm that the Balloon does not contain any air leaks after inflation. Complete loss of inflation may limit the Balloon's effectiveness.
- The Balloon wall is thin in order to achieve desired properties. Punctures, cuts, nicks, crushing, or overstressing can lead to a loss of inflation. The Balloon may be easily penetrated by needle or scalpel or ruptured by manipulation with a blunt instrument. Care must be exercised during handling to prevent such events. A damaged Balloon must not be used. Remove and pack with gauze.
- The Balloon inflation maximum is 90 mL. Do not over-inflate the Balloon. Excessive inflation of the Balloon may cause patient discomfort, tissue necrosis, disruption of vaginal wound postoperatively, or inability to void.
- Do not use GYNECARE PROSIMA Systems on patients who are on anti-coagulant therapy.

- Bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from the hospital.
- The patient should be instructed to contact the surgeon immediately if unusual pain, bleeding, or other problems occur.
- Although bladder injury is unlikely to occur with this technique, cystoscopy is recommended to be performed.
- Although rectal injury is unlikely to occur with this technique, a digital exam is required to be performed.
- Do not affix the GYNECARE GYNEMESH PS Mesh Implant with any staples, clips, or clamps as mechanical damage to the mesh may occur.
- The Mesh Implant should not be present in the lower 1/3 of vagina. If needed, trim the Mesh Implant to the junction of the lower and middle 1/3 of vaginal wall.
- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

**ADVERSE REACTIONS**
- Potential adverse reactions are those typically associated with surgically implantable materials, including infection potentiation, inflammation, adhesion formation, fistula formation, erosion, extrusion and scarring that result in implant contraction.
- Potential adverse reactions are those typically associated with pelvic organ prolapse repair procedures, including pain with intercourse and pelvic pain. These may be self-resolving over time.
- Punctures or lacerations or injury to vessels, nerves, bladder, urethra, or bowel may occur during dissection or mesh placement and may require surgical repair.
- Dissection for pelvic floor repair procedures has the potential to impair normal voiding for a variable length of time.

**STERILITY**
The GYNECARE PROSIMA Systems are sterilized by ethylene oxide. DO NOT RESTERILIZE any portion of the GYNECARE PROSIMA System. DO NOT REUSE any portion of the GYNECARE PROSIMA System. Reuse of this device (or portions of this device) may create a risk of product degradation and cross-contamination, which may lead to infection or transmission of bloodborne pathogens to patients and users. Do not use if package is opened or damaged. Discard all opened, unused GYNECARE PROSIMA System components.

**DISPOSAL**
Dispose of the GYNECARE PROSIMA System components and packaging according to your facility's policies and procedures concerning biohazardous materials and waste.

**STORAGE**
Recommended storage conditions: controlled room temperature and relative humidity (approximately 25°C, 60% RH), away from moisture and direct heat. Do not use after expiry date.

Symbols Used on Labeling



13

ETH.MESH.02341410



System til anterior støtte af bækkenbund
System til posterior støtte af bækkenbund
System til kombineret støtte af bækkenbund

DANSK

**Læs venligst al information omhyggeligt.**
Hvis anvisningerne ikke følges nøje, kan det resultere i, at produktet ikke fungerer korrekt og derved forårsager personskade.

*FORSIGTIG: Gældende lov i (USA) begrænser salget af dette produkt til læger eller på forordning af en læge.*

Oplæring i anvendelse af GYNECARE PROSIMA™-systemer til støtte af bækkenbunden anbefales og er tilgængelig. Kontakt firmaets produktspecialist med henblik på at arrangere en sådan oplæring.

**INDIKATIONER**
GYNECARE PROSIMA-systemerne, til støtte af bækkenbunden vha. anbringelsen af GYNECARE GYNEMESH™ PS ikke-resorberbart PROLENE™ blødt meshimplantat, er indiceret til forstærkning af varigt og langvarig stabilisering af fasciale strukturer i bækkenbunden, enten som mekanisk støtte eller brødannende materiale for den fasciale defekt. Systemerne opretholder den vaginale kanal i ophelingsperioden efter operativ behandling af prolaps af vaginalvæggen, samtidig med at de understøtter meshimplantaternes position.

**BESKRIVELSE**
GYNECARE PROSIMA anterior, posteriore og kombinerede systemer til støtte af bækkenbunden består af forskært/forskårede GYNECARE GYNEMESH PS-meshimplantat(er) og instrumenter til at lette placering af meshimplantat og postoperativ støtte (se figur 1). Tabellen herunder opsummerer de komponenter, der følger med hvert system:

| SYSTEM TIL STØTTE AF BÆKKENBUND | KOMPONENTER (se figur 1) | | | | |
|---|---|---|---|---|---|
| | Meshimplantat i emballage (A) | Vaginal støtteanordning – Ballonanordning (B og C) | Anterior indfører (D) | Posterior indfører (E) | Sprøjte (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombineret | 2 | 1 | 1 | 1 | 1 |

Tabel 1 – Komponenter til GYNECARE PROSIMA-system til støtte af bækkenbund

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS er en mesh, der består af knyttede filamenter af ekstruderet polypropylen, som svarer til den sammensætning, der er anvendt i PROLENE™ polypropylensutur. (ETHICON, INC.). Ved anvendelse som sutur er det rapporteret, at dette materiale er noreaktivt, og at det bevarer styrken uendeligt ved klinisk anvendelse. Meshen har fortræffelige styrke-, holdbarheds- og kirurgiske tilpasningsevner med tilstrækkelig porøsitet til nødvendig indvækst af væv. Der er inddug i blå PROLENE-suturmonofilamenter for at skabe kontraststriber i meshen. Meshen er konstrueret af monofilamentfiber med reduceret diameter, som er knyttet til et unikt design, hvilket resulterer i en mesh, der er cirka 50 procent mere fleksibel end standard PROLENE™-polypropylenmesh. Meshen er knyttet vha. en proces, der sammenkæder hver enkelt fiberskæring og giver elasticitet i begge retninger. Denne konstruktion gør det muligt at tilpasse meshen til enhver anskelig form eller størrelse, uden at den trævler. Den dobbeltklrende elastiske egenskab muliggør tilpasning til de forskellige belastninger, som kroppen udsætter den for.

**Meshimplantat**
Meshimplantatet er fremstillet af GYNECARE GYNEMESH PS. Meshimplantaterne er forskårne i en Y-form til støtte af anteriore, posteriore og/eller apikale vaginale defekter. Se figur 2. Meshimplantatet er udstyret med 2 stropper og en central del. Der er en apikal flig på den proksimale ende til fastsyning med sutur for at minimere bevægelse af meshimplantatet under stropplacering. Der er en distal rille i den distale ende til justering af meshimplantatet. Der er præformede faconer på meshimplantatstropperne til at muliggøre placering med indførerne. Meshimplantatet leveres i en implantatemballage, der består af uncoated Tyvek™ og en gennemsigtig plastfilm, der er fremstillet, så meshimplantatet let kan tages ud.

**Anterior indfører**
Den anteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af meshimplantatstropperne i de tidligere dissekerede anteriore vævskanaler. *BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.* Den anteriore indfører er fremstillet til at være kompatibel med meshimplantatlommerne for at muliggøre placering af stropperne på højde sider af patienten i det anteriore rum. Se figur 3 og 4.

**Posterior indfører**
Den posteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af meshimplantatstropperne i de tidligere dissekerede posteriore vævskanaler. *BEMÆRK: Den posteriore indfører er ikke beregnet til vævsdissektion.* En standard nålehæder/-fører er fastgjort til den posteriore indfører som en stabilisator til kontrolleret indføring. Den posteriore indfører er fremstillet til at være kompatibel med meshimplantatlommerne for at muliggøre placering af stropperne på begge sider af patienten i det posteriore rum. Se figur 3.

**Vaginal støtteanordning (VSD)**
VSD'en er en anordning til engangsbrug, der er designet til at yde postoperativ støtte af vaginalvævet efter placering af meshen og lukning af den eller de vaginale incisioner. Den apikale ende af den bredeste ende af VSD'en og indeholder justerbare sektioner. Efter indledende måling i patienten kan størrelsen på VSD'en justeres, så den passer til patientens anatomi, ved at afskære de viste apikale sektioner. VSD'en sidder i den øverste 2/3 af vagina i 3 til 4 uger og fjernes derefter. Se figur 6.

**Ballon**
Ballonen er en anordning til engangsbrug, der har til hensigt at erstatte postoperativ vaginal tamponering med gaze. Ballonens volumen kan justeres til at fylde vaginalkanalen og til at støde vaginalvæggen op mod meshimplantatet. Ballonen leveres præfikseret på VSD'en. Figur 7 viser den tomme ballon uden VSD'en fastgjort. Ballonen forbliver i patienten i op til 24 timer.

**Sprøjte**
Der medfølger en 50 ml sprøjte til at puste ballonen op.

**AFSNIT 1: PRINCIPPER FOR ANVENDELSE AF GYNECARE PROSIMA-SYSTEMET**
Formålet med anvendelse af GYNECARE PROSIMA-systemet til støtte af bækkenbunden er at opnå en anatomisk, holdbar og standardiseret støtte af prolaps i bækkenbunden. Afhængigt af prolapsstedet og kirurgens præference kan indføreren være anterior og/eller posterior. Hysterektomi eller uterusbevarende behandling kan kombineres med anvendelse af GYNECARE PROSIMA-systemet. Hvis det indiceres, kan der samtidigt udføres en perineal støtte eller en suburetral slynge til behandling af stressinkontinens ved anvendelse af GYNECARE PROSIMA-systemet. Der kan anvendes en retropubisk eller en transobturator suburetral slynge.

Prolapsstedet opnås ved at placere 1 eller 2 meshimplantater via en vaginal adgang. Ved fuldførelsen af indgrebet placeres en VSD med en oppustelig ballon i vagina til måling, og derefter justeres VSD'en på plads til understøttelse af vagina og meshimplantatet(r) meshimplantaterne under vævsindvækst. Når ballonen er oppustet, erstatter den traditionel gazetamponade ved at udfylde vaginalkaviteten og støde meshimplantatet eller meshimplantaterne op mod vagina. Dagen efter indgrebet tømmes ballonen og fjernes fra vagina uden at fragøre VSD'en. VSD'en forbliver på plads i maksimalt 4 uger efter indgrebet under vævsindvækst i meshimplantatet/meshimplantaterne.

**AFSNIT 2: RATIONALE FOR GYNECARE PROSIMA-SYSTEMET**
Efter konventionel kirurgi af prolaps i bækkenbunden udsættes det ophelede væv for øget intra-abdominalt tryk, når patienten mobiliseres, hoster, kaster op og ved anstrengelser i forbindelse med tømning af tarmen. Dette øgede intra-abdominale tryk kan påvirke den vaginale støtte negativt og føre til insufficiens og tilbagevendende prolaps. GYNECARE PROSIMA-systemet er udviklet til at reducere risikoen for operationsvigt og tilbagevendende prolaps ved at forstærke den vaginale støtte med meshimplantatet og understøtte vagina med VSD'en i 3 til 4 uger efter operationen.

Ved den anteriore vaginale støtte skal meshimplantatet placeres uden spænding mellem urinblæren og den øverste 2/3 af vagina, og udstrakt lateralt på niveau med arcus tendineus fascia pelvis (ATFP). Ved den posteriore vaginale støtte skal meshimplantatet placeres uden spænding mellem rectum og den øverste 2/3 af vagina og tilpasses lateralt over levator ani musklerne. Den apikale del af meshimplantatet er beregnet til at kunne nå den vaginale apex. Anteriort kan meshimplantatet sutureres til præcervikalt væv eller cervix. Posteriort kan meshimplantatet sutureres til det præcsakrale væv eller cervix.

VSD'en understøtter vaginalvævet efter indgrebet og hjælper til, at vaginalvævet støder op mod meshimplantatet, indtil der forekommer vævsindvækst. Vævsindvækst igennem meshimplantatet optræder i løbet af 3 til 4 uger efter indgrebet. Ved anvendelse af GYNECARE PROSIMA-systemet undgås behovet for dissektion uden for bækkenstrukturen, samt at sutur og instrumenter passerer igennem foramen obturatum og de sacrospinale ligamenter, hvoved operationen bliver lettere at udføre.

**Hysterektomi**
Kirurgens præference og patientens behov afgør, om en samtidig hysterektomi er nødvendig. Når der så udfører en hysterektomi, anbefales lukning af cul-de-sac peritoneum for at undgå, at meshimplantatet kommer i kontakt med tarmen. Undgå at udføre en "T"-lukning af incisionen, da dette kan forøge risikoen for blodtagning af meshen. Når der udføres vaginal hysterektomi sammen med enten anteriore eller posteriore støtte eller begge og, skal hysterektomiincisionen først lukkes på tværs, og derefter skal hysterektomiincisionen forlages, så de ikke bliver forbundet med den tidligere lukkede hysterektomiincision. Dette gøres for at forhindre dannelse af en "T"-incision.

**Bevarelse af uterus**
GYNECARE PROSIMA-systemet er velegnet til situationer, hvor kirurgen eller patienten vælger at bevare uterus.

**Vaginale incisioner**
De vaginale incisioner ved anvendelse af GYNECARE PROSIMA-systemet er de samme som dem, kirurgen udfører ved rutinemæssige vaginale støtteindgreb. Incisionerne skal foretages gennem vaginalvæggens fulde dybde for at reducere risikoen for blodtagning af meshen.

**Placering af meshimplantat**
Meshimplantaterne holdes på plads af VSD'en, indtil der sker vævsindvækst. Det er derfor unødvendigt at fiksere meshimplantatstropperne. Den apikale del af meshimplantatet kan sutureres på fascien i midterlinjen af den vaginale apex vha. sutur såsom 2-0 MONOCRYL™ (Polyglecaprone 25) eller 2-0 Coated VICRYL™ (Polyglactin 910). Det vaginale epitel må ikke sutureres til meshimplantatet.

**Vaginal bevarelse**
Undgå at fjerne eller ekstirpere for meget vaginalt epitel. Der kan forekomme nogen vævsretraktion efter operationen, og reduceret vaginal kapacitet kan forværres, hvis der er fjernet for meget vaginalt epitel.

**Tre niveauer af vaginal støtte**
Der er 3 støtteniveauer af vagina, der almindeligvis er kendt for at yde vaginal støtte. Anvendelse af GYNECARE PROSIMA-systemet er beregnet til at yde niveau I og II i denne støtte på følgende måde:

*Niveau I – suspension og støtte (øverste tredjedel af vagina)*
Den øverste tredjedel af vagina (herunder hvælvingen efter hysterektomi) og uterus er understøttet af 2 mekanismer. Parametrium (kardinale og uterosakrale ligamenter) og paracolpium fibre giver først og fremmest direkte støtte af uterus og øvre vagina. Disse fibre fungerer som suspensoriske ligamenter og stærter fra fascia i piriformis musklen, sacrolsac-leddet og det laterale sacrum og går ind i den laterale øverste tredjedel af vagina og går det posterolaterale aspekt af cervix. For det andet ydes indirekte støtte af uterus og øvre vagina af levator pladen, der dannes ved fusion af de høje og venstre levator ani muskler mellem rectum og coccyx. Prolaps af uterus og vaginal hvælving sker som følge af vigt af disse defekte og indirekte støttemekanismer. Dette involverer sandsynligvis svækkelse af bækkenbundens muskulatur og de suspensoriske fibre i parametrium og øvre paracolpium. Formålet med operation af prolaps på niveau I er at genskabe direkte og indirekte støttemekanismer. GYNECARE PROSIMA-systemet bruges meshimplantatstropperne til at støde op til hver intern lukkemuskel og den overliggende parietale fascia i den

14

ETH.MESH.02341411

anteriore vaginale støtte, og meshimplantatstropper støder op til de sacrospinøse ligamenter i den posteriore vaginale støtte. Dette giver direkte støtte ved suspension og indirekte støtte ved at sørge for, at et bredt område leverer meshimplantatstøtte til den øvre vagina og uterus.

**Niveau II – lateral vedhæftning** (mederste tredjedel af vagina)
Midtvagina hæftter lateralt og direkte til musklerne på bækkenets sidevæg med acus tendineus fascia pelvis (ATFP). På dette niveau er de anteriore og posteriore vaginalvægge adskilt mellem de højre og venstre laterale tilhæftninger. På niveauet II har prolapsstøtten til formål at genetablere den laterale modtvagina til musklerne på bækkenets sidevæg. Centrale defekter i midtvagina kræver også støtte på niveau II. Anvendelse af GYNECARE PROSIMA-systemet genskaber lateral tilhæftning af vagina til bækkenets sidevægsmuskler og giver også central fascieforstærkning efter vævsindvækst.

**Niveau III – fusion** (nederste tredjedel af vagina)
**BEMÆRK: Dissektion i dette område kræves ikke ved anvendelse af GYNECARE PROSIMA-systemet.**
Anteriort på niveau III forbindes den nederste tredjedel af vagina med den perineale membran og urethra. Posteriort forbindes den nederste tredjedel af vagina med den perineale del og levator ani musklerne. Vævet på dette område opheles uden meshimplantat, da meshimplantatet ikke er beregnet til at blive brugt i den nederste tredjedel af vagina. GYNECARE PROSIMA-systemet behandler ikke niveau III støttedefekter, selvom de kan behandles ved ledsagende indgreb såsom perineoreli.

## AFSNIT 3: BRUGSANVISNING
**BEMÆRK: Ved læsning af dette afsnit skal der refereres til figurer, der vises i begyndelsen af dokumentet.**

### Kirurgisk forberedelse
Operationer, der udføres med GYNECARE PROSIMA-systemet, kan udføres under helbedøvelse eller lokalbedøvelse i overensstemmelse med kirurgens, anæstesilægens og patientens ønsker.

Patienten skal placeres i stenstilleje med baldeme lidt ud over operationsbordet og hofterne bøjede. Blæren kan tømmes efter kirurgens skøn. Et kateter er påkrævet inden opputstning af ballonen og kan indføres på dette tidspunkt i indgrebet.

### Anvendelse af GYNECARE PROSIMA-systemet efter hysterektomi
**Anterior vaginal støtte**
Når det kun er nødvendigt at forstærke den anteriore vaginalvæg, er det kun GYNECARE PROSIMA-systemet til anterior støtte af bækkenbunden, der skal anvendes. Systemet indeholder 1 meshimplantat og en speciel designet anterior indfører til brug ved en anterior vaginal støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det anteriore rum til placering af meshimplantatstropperne vha. den anteriore indfører. **BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.**

*Anterior vaginal dissektion*
Det anteriore vaginale epitel dissekeres fra blæren. Vaginalvæggens fulde tykkelse dissekeres. Denne dissektion skal afhjælpes med subepitelial hydrodissektion. Superficiel dissektion af vaginalvæggen eller separering af vaginalvæggen i 2 lag skal undgås. En sådan dissektion kan resultere i en meget tynd vaginalvæg og kan også kompromittere blodforsyningen til vaginalvæggen og øge risikoen for blotlægning af mesh. Fortsat dissektionen lateralt mod bækkenets sidevæg og til spina ischiadica.

*Anterior dissektion af kanal og placering af meshimplantat*
I denne beskrivelse foretages dissektionen til etablering af kanaler til meshimplantatstropperne først på højre side af patienten og derefter på venstre. Disse kanaler etableres for at placere meshimplantatet på en sådan måde, at den distale del af stropperne flugter med bækkenets sidevæg og parietal fascia i den interne bækkenmuskel. Når disse stropper skal placeres, påbegyndes dissektionen ved at palpere og identificere spina ischiadica på begge sider. **BEMÆRK: Denne dissektion kan alternativt startes med en saks, og der kan anvendes en "skubbe-sprede" teknik, så søksens spids forblever anteriort for spina ischiadica.** Den indledende dissektion efterfølges af en forsigtig fingerdissektion til spina ischiadica. Når der er opnået kontakt med spina ischiadica, bevæges pegefingeren, så der dannes et rum anteriort og superiort for spina ischiadica. Se figur 8A. Denne dissektions retning er vinkelret på bækkenets sidevæg og danner et rum, der er ca. 2 cm bredt og 3 cm højt. Den anteriore dissektion involverer ikke dissektion på de sacrospinøse ligamenter. Denne dissektion danner en kanal anteriort og superiort for spina ischiadica og superficielt for ATFP, den interne lukkemuskel og dens parietal fascia. Den samme dissektion gentages på den venstre side.

Pilkation af det prævesikale væv er ikke påkrævet. Hvis der alligevel udføres plikation, plikeres kun den centrale del af dette væv. Hermed undgår man at gøre det dissekerede område for smalt. Placer meshimplantatet over det prævesikale væv med stroplommerne vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere suturer sum 2-0 MONOCRYL eller 2-0 Coated VICRYL i den vaginale apex, og sy gennem den apikale flig på meshimplantatet. Stingene kan hæftes på dette tidspunkt, eller når stropperne er placeret. Suturering af den distale rille i meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den anteriore indfører placeres meshimplantatstropperne i både højre og venstre kanal, der er etableret ved dissektionen anteriort og superiort for spina ischiadica (som beskrevet herover). **BEMÆRK: De brede ender på den anteriore indfører er dreget i hver sin retning, og der er pile på hver ende, der angiver retning for placering.** Med pilen mod patientens højre side indføres spidsen af den anteriore indfører i meshimplantatets stroplomme (se figur 8B) ved patientens højre side. **BEMÆRK: Modtryk kan hjælpe til at holde lommen på den anteriore indfører.** Hold den anteriore indfører lodret, så den børde del af instrumentet vender mod den posteriore vaginalvæg. Før derefter den anteriore indfører, med på bat toronte, ind i den tidligere etablerede vævskanal (se figur 8C), indtil håndtaget kommer i kontakt med labia majora på den kontralaterale side. Dette udføres ved at placere håndtagssiden på den anteriore indfører i en opadgående lodret retning, så forkanten og toronten præger mod spina ischiadica. Når stropperne er ført på plads, vinkles håndtaget nedefter til en næsten vandret position, mens det bevæges i kontakt med det kontralaterale låe. **BEMÆRK: Retraktion af blæren med et kirurgisk standardinstrument kan være nyttig ved den indledende placering i kanalen. Hvis det ønskes, føres en pegefinger ind i kanalen for at dirigere den indledende placering af den anteriore indfører ved labia majora på den kontralaterale side, inden håndtaget sænkes.** Et opadgående skub sikrer, at stroplommerne placeres korrekt, og at den apikale del af meshimplantatet vil støde op mod den vaginale apex. **BEMÆRK: Hvis der mærkes modstand under indføring af stropperne, skal årsagen findes, inden der fortsættes. Fortsat fremføring af indføreren under modstand kan resultere i beskadigelse af meshimplantatet eller kritiske vævsstrukturer.**

For at fjerne den anteriore indfører vinkles håndtaget tilbage i den lodrette stilling, før indføreren trækkes tilbage, hvorved stroppen efterlades i kanalen. **BEMÆRK: Indfør først strop helt. BEMÆRK: Hvis den anteriore indfører trækkes ud, før meshimplantatstropperne er placeret korrekt, skal stroppen fjernes, påsættes og indføres igen.** Dette gentages på den modsatte side af patienten ved at vppe den anteriore indfører og indføre endes i den anden lomme med patientens venstre side. Figur 8D viser placering af begge stropper. **BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snoet, under placeringen af den anden strop.**

Placer hovedparten af meshimplantatet løst over det underliggende vaginalvæv. Undgå at folde og sno hovedparten og stropper. Det kan være nødvendig at tilklære meshimplantatets hovedpart afhængigt af de vaginale mål eller mænigden af lateral dissektion. Det vaginale epitel kan tilklæres, men undgå at fjerne for meget vaginalt epitel. Epitelet lukkes over meshimplantatet uden at anvende tæt sammenknyttede (interlocking) suturer (som beskrevet herunder, se figur 8E). Den endelige placering af meshimplantatet i det anteriore rum vises i figur 8F.

**BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.**

Luk de vaginale incisioner uden tæt sammenknyttede suturer eller uttetalsuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionslinjerne og for at reducere erosion af meshen. Epitelet skal helst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende subepitelial ikke-sammenknyttede syning med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL™ Plus antibakteriel sutur (Polyglecaprone 25). Luk derefter epitelet med en ikke-sammenknyttede fortløbende uddraftet madrassyning med sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus (Polyglactin 910) antibakteriel sutur. **BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær det, hvis det strækker sig ud over den øverste 2/3.** Hvis det ikke allerede er gjort, anbefales cystoskopi for at udelukke beskadigelse af urinrøret.

Alternativt kan der udføres en enkeltlagslukning af vaginalvæggen. Der kan anvendes en fortløbende uddraftet ikke-sammenknyttede madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

**Posterior vaginal støtte**
Når det kun er nødvendigt at forstærke den posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til posterior støtte af bækkenbunden. Systemet indeholder 1 meshimplantat og en speciel designet posterior indfører, der bruges til den posteriore vaginale støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det posteriore rum til placering af meshimplantatstropperne. **BEMÆRK: Den posteriore indfører må ikke anvendes til vævsdissektion.**

*Dissektion af posterior vagina og kanal*
Disseker det posteriore vaginale epitel fra det prærektale væv. Ligesom med den anteriore vaginalvæg skal den posteriore vaginalvæggs fulde tykkelse dissekeres. Denne dissektion skal afhjælpes af en subepitelial hydrodissektion. Fortsæt dissektionen lateralt på hver side af levator ani musklerne på niveau med spina ischiadica. Fortsæt derefter dissektionen gennem hver af de rektale kanaler og over, men ikke igennem, hvert sacrospinøst ligament, hvorved der dannes kanaler, hvor meshimplantatstropperne skal placeres. Se figur 9A.

Behandling af fosud eksisterende enterocele er valgfrit, men kan, hvis den skal foretages, udføres på dette stadie i overensstemmelse med kirurgens foretrukne teknik.

Hvis peritonealkavitetens åbnes under enten anterior eller posterior dissektion, skal den lukkes forud for meshplaceringen.

*Posterior placering af meshimplantat*
Plikation af det præcrektale væv er ikke påkrævet. Hvis der alligevel udføres plikation af det præcrektale væv, plikeres kun den centrale del af det præcrektale væv. Hermed undgår man at gøre det dissekerede område for smalt. Placer meshimplantatet over det præcrektale væv med stroplommerne vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere suturer som 2-0 MONOCRYL eller 2-0 Coated VICRYL. Stingene kan hæftes på dette tidspunkt, eller når stropperne er placeret. Suturering af den distale rille i meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den posteriore indfører placeres meshimplantatstropperne i både højre og venstre kanal, der er etableret ved dissektionen mod hvert sacrospinøst ligament (som beskrevet herover). Tag før i den posteriore indfører vha. en lige nåleholder i føret, som vist i figur 9B. **BEMÆRK: Anbring spidsen af nåleholderens/førerens inden i den lige rillende ende af den posteriore indfører.** Sørg for, at den forbundne posteriore indfører er på linje med nåleholderens/-førerens håndtag. Indfør spidsen af den posteriore indfører i stroplommen ved patientens højre side (se figur 9B). Før derefter den posteriore indfører med påsat toronte ind i den tidligere etablerede vævskanal (se figur 9C), idet nåleholderens/-førerens håndtag holdes lodret. Fortsæt med at føre stroppen ful de kæmgde ind i kanalen, så bunden af stroppen støder den superiore grænse på den fasciale dissektion. **BEMÆRK: Indfør første strop helt. Hvis indføreren trækkes ud, før stroppen er placeret korrekt, skal stroppen fjernes, påsættes og indføres igen. BEMÆRK: Sørg for ikke at føre stroppen for dybt ind for at undgå at beskadige kritiske vævsstrukturer. BEMÆRK: Hvis der mærkes modstand under indføring af stropperne, skal årsagen findes, inden der fortsættes. Fortsat fremføring af indføreren under modstand kan resultere i beskadigelse af meshimplantatet eller kritiske vævsstrukturer.** Træk den posteriore indfører tilbage langs imertvarulkanen, så stroppen efterlades i kanalen. Stroppen støder op til, men penetrerer ikke, de sacrospinøse ligamentet. Der må ikke placeres suturer i de sacrospinøse ligamentet. Gentag indgrebet på patientens venstre side med den anden strop. Figur 90 viser placering af begge stropper. **BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snoet, under placeringen af den anden strop.**

Placer hovedparten af meshimplantatet løst over den underliggende vaginale fascia. Undgå at folde og sno meshimplantatets hovedpart og stropper. Det kan være nødvendigt at tilskære meshimplantatets hovedpart, afhængigt af de vaginale mål eller mængden af lateral dissektion. Det posteriore vaginale vævepitel kan tilskæres, men undgå at fjerne for meget vaginalt epitel. Luk det posteriore vaginale vævepitel over meshimplantatet uden at anvende tæt sammenknyttede (interlocking) suturer (som beskrevet herunder). Den endelige placering af meshimplantatet i det posteriore rum vises i figur 9E.

**BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.**

Luk de vaginale incisioner uden tæt sammenknyttede suturer eller uttetalsuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionslinjerne og for at reducere erosion af meshen. Epitelet skal helst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende subepitelial ikke-sammenknyttede syning med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL Plus antibakteriel sutur. Luk derefter epitelet med en ikke-sammenknyttede fortløbende uddraftet madrassyning med sutur som 2-0 Coated VICRYL. **BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær det, hvis det strækker sig ud over den øverste 2/3.** Efter indgrebet skal der foretages en rektal eksploration for at udelukke rektal læsion.

Alternativt kan der udføres en enkeltlagslukning af vaginalvæggen. Der kan anvendes en vekslende, uddraftet ikke-sammenknyttede madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

**Kombineret anterior og posterior vaginal støtte**
Når det er nødvendigt både at forstærke den anteriore og posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til kombineret støtte af bækkenbunden. Systemet indeholder 2 identiske meshimplantater, et til den anteriore vaginale støtte og et til den posteriore vaginale støtte. Brug kun den burde anteriore indfører til den anteriore vaginale støtte, og brug kun den lige posteriore indfører til den posteriore vaginale støtte. Udfør de anteriore og posteriore vaginale statter som beskrevet herover. Det anbefales at udføre den anteriore vaginale støtte først. Den endelige placering af meshimplantatet i de anteriore og posteriore rum vises i figur

15

ETH.MESH.02341412

10. Efter indgrebet anbefales cystoskopi at at udelukke beskadigelse af urinrøret. Det er nødvendigt at udføre en digital rektal undersøgelse for at udelukke rektal læsion.

**Anvendelse af GYNECARE PROSIMA-systemet med bevarelse af uterus (hysteropeksi)**

Hvis den fremfaldne uterus bevares, skal den apikale flig på meshimplantatet fikseres til cervix. Fiksering af meshimplantatet til cervix skal ske på niveau med den pubo-cervikale ring ved placering under den anteriore eller posteriore vaginale støtte.

Når uterus bevares under en anterior vaginal støtte, fritlægges den pubo-cervikale ring under den anteriore vaginale dissektion. Placer en 2-0 PROLENE-sutur forsvarligt i det anteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen ved fligen hæftes, når meshimplantatstroppene er på plads. Dette sikrer meshimplantatet til den anteriore overflade på cervix på niveau med den pubo-cervikale ring og sikrer, at meshimplantatet udspiles med vagina, når VSD'en er korrekt placeret.

I den posteriore støtte skal meshimplantatet fikseres til den posteriore cervix ved eller over niveauet for den pubo-cervikale ring. Gul-de-sac kan åbnes under meshimplantatets vedhæftning til cervix. Luk Cul-de-sac peritoneum over denne sutur for at hindre, at tarmen adhærerer til meshimplantatet. Hvis kirurgen vælger ikke at åbne cul-de-sac, fritlægges den pubo-cervikale ring under den posteriore vaginale dissektion. En 2-0 PROLENE-sutur placeres forsvarligt i det posteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen hæftes, når meshimplantatstroppene er på plads. Dette sikrer meshimplantatet til den posteriore overflade på cervix på niveau med den pubo-cervikale ring.

Når meshimplantaterne anvendes til både anterior og posterior vaginal støtte, skal de fikseres til de anteriore og posteriore aspekter på cervix, som beskrevet herover (se figur 11).

**Hygiejne i forbindelse med meshimplantatet**

Under indgrebet skylles de vaginale sår med saltvand. Håndtering af meshimplantatet skal holdes på et minimum, og der skal praktiseres god meshhygiejne.

**Placering af VSD og ballon**

Efter indgrebet placeres en VSD'i passende størrelse med vedhæftet ballon i vagina, og den suturres på plads for at hindre løsrivelse. VSD'en leveres i 3 størrelser (lille, medium og stor) og kan tilpasses af kirurgen, så den passer til patientens vaginalængde på følgende måde.

*Tilpasning og tilskæring af VSD*

VSD'en leveres i den største størrelse. Bestem den største VSD, der passer til patienten, ved at bruge selve VSD'en. Dette gøres ved at placere den store størrelse VSD i vagina mellem den udspilede apex og hymenringen. Indsæt VSD'en i vagina ved at tage fat om det bredeste punkt på VSD'en og folde langs den langsgående akse med ømod balloonen vendt opad (se figur 12). Det bredeste punkt på VSD'en indsættes først, så suturhullerne er placeret lige over hymenringen. ***BEMÆRK: Balloonen må ikke fjernes eller beskadiges under VSD måltagning.*** Den korrekte størrelse er øgenset, når VSD'en dækker tæt i den øverste 2/3 af den udspilede vagina med den distale ende og suturhullerne 1 cm over hymenringen (se figur 13).

Hvis den store størrelse passer, ændres VSD'en ikke. Hvis medium størrelsen passer, fjernes den øverste del ved forsigtigt at klippe små stykker af og sikre en jævn klippekant udelukkende efte, spidsen på den buede Mayo saks. Sørg for at mindske mængden af materiale, der er tilbage på de afklippede omeråder. ***BEMÆRK: Det er vigtigt at tilpasse VSD'en meget omhyggeligt. Når en VSD er klippet til, kan den ikke gøres større, og de afklippede dele kan ikke sættes på igen.*** Flyt balloonen under tilklipningen (se figur 14). *Der skal advises forsigtighed for at undgå at beskadige ballonen under tilklipning af VSD'en.*

Hvis medium størrelsen passer, kræves ingen yderligere klipning. Hvis den lille størrelse passer, fjernes den resterende del som ovenfor. Flyt ballonens under tilklipningen, så den ikke beskadiges.

Når VSD'en er målt korrekt, og ballonen er placeret igen, kan samlingen indsættes i patientens vagina. ***BEMÆRK: For at mindske risikoen for perforering af ballonen må der ikke anvendes instrumenter til hjælp ved indføringen af VSD'en eller ballonen.*** Hvis ballonen bliver beskadiget, fjernes den fra VSD'en, og vaginalkaviteten fyldes med gazeforbinding.

Når samlingen er placeret korrekt i den øverste 2/3 af patientens udspilede vagina, sættes VSD'en på plads ved at anbringe et enkelt stykke sutur gennem tværet VSD suturhul og ind i den posteriore vaginalvægs apitel lateralt og ore hymen på hver side, som vist i figur 15, ved kl. 4 og kl. 8 positionerne. De højre og venstre suturer bindes derefter skiftevis, så VSD'en holdes forsvarligt på plads i vagina. ***BEMÆRK: Pas på, ikke at punktere ballonen, når VSD'en suturres på plads.*** En sutur som f.eks. 2-0 Coated VICRYL eller en tilsvarende resorberbar sutur anbefales til denne anvendelse.

*Oppustning af ballon*

Når VSD'en er suturret på plads, placeres den medfølgende 50 ml sprøjte på balluventilen og øriges på plads. ***BEMÆRK: Når VSD'en er placeret, er det nødvendigt at indsætte et kateter for at undgå orientererion.*** Efter oppustning med enlille mængde atmosfærisk luft (se figur 16) palperes balloonens fulde længde med en finger for at sikre, at balloonen er anbragt i vagina: Tildel udstrækning. Når placeringen er bekræftet, fjernes fingeren, og balloonen oppustes yderligere, indtil den når den øverste 2/3 af patientens fulde mængden og vaginalvæggen. Det anbefales at stabilisere VSD'en eftertilfyden, som ballonen oppustes. Den oppustede ballon støder mod meshimplantatet og mod vaginalvæggen. Den luftmængde, der kræves til at puste balloonen tilstrækkeligt op, vil variere fra patient til patient. ***BEMÆRK: Den maksimale volumen for en oppustet ballon må ikke overskride 90 ml.*** Når balloonen er pustet tilstrækkeligt op, driges sprøjten af venitlen. Balloonens oppustningssslange skal sikkes ud af vagina for at blive fastgjort til patientens lår. Matters skal sættes på balloonventilen for at sikre, at balloonen vil bevare den påtænkte luftmængde (se figur 7). ***BEMÆRK: Stram ikke hætten for hårdt til.*** Hvis det er nødvendigt, kan balloonen justeres senere vha. en standardsprøjte, så luftmængden i balloonen øges eller mindskes. Balloonen kan når som helst pustes eller efterses for at sikre, at den har bevaret tilstrækkelig luft. ***BEMÆRK: Efterhånden som patienten bevæger sig, flyttes balloonen på plads i vaginalkaviteten, og det kan virke, som om presset enten stiger eller aftager. Dette er normalt.***

*BEMÆRK: Balloonen må ikke tages af VSD'en inden brug.*

*BEMÆRK: Balloonen må ikke pustes op, inden den indføres i vagina.*

*BEMÆRK: Hvis VSD suturhullerne efter balloonoppustning har flyttet sig mere end 1 cm over hymenringen, eller hvis der er for stor spænding på suturhullerne, skal trykket i balloonen mindskes, og hvis det er nødvendigt, skal VSD'en flyttes eller opmåles igen.*

*BEMÆRK: Hvis der bemærkes huller i ballonen, eller hvis der opdages en utæthed, eller hvis ballonen ikke holder luften efter oppustning, må den IKKE anvendes. Den skal fjernes fra VSD'en og bortskaffes på behørig vis. Anvend standard gazeforbinding i stedet for ballonen.*

*BEMÆRK: Hvis balloonens forbindelsesstykke løsner sig fra VSD'en, skal det skobes tilbage på plads.*

*BEMÆRK: Balloonens oppustningsslange må ikke fastgøres i vagina.*

*BEMÆRK: For at undgå at beskadige oppustningsslangen må den aldrig udsættes for ekstrøm bøjning, spænding eller drejning.*

*BEMÆRK: Indsæt ikke gazeforbinding ved tilstedeværelse af en ballon.*

**Frakobling af ballon fra VSD**

24 timer efter indgrebet tømmes balloonen vha. en standardsprøjte og fjernes, mens VSD'en efterlades på plads. ***BEMÆRK: Lad ikke ballonen være i vagina mere end 24 timer.***

1) Tag hætten af balloonens ventil.

2) Fastgør en 50 ml (eller større) standardsprøjte til balloonens ventil og tøm balloonen helt (se figur 17). Det er vigtigt at tømme balloonen helt, før der gøres forsøg på at fjerne den fra VSD'en. ***BEMÆRK: En helt tømt ballon vil resultere i, at sprøjtestemplet trækker sig tilbage, når al luften er fjernet.***

3) Fjem sprøjten.

4) Balloonen kan derefter separeres fra VSD'en ved forsigtigt at trække oppustningsslangen i kaudal retning et sted nær ballonens forbindelsessstykke, mens der forsigtigt ydes modtræk med en finger i den distale ende af VSD'en. Se figur 18.

*BEMÆRK: Træk ikke balloonen tilbage, medmindre den er helt tømt, og der ikke mærkes modstand. Hvis der mærkes modstand, findes årsagen, inden der fortsættes. Fortsat fremføring eller tilbagetrækning af balloonen under modstand kan resultere i, at VSD'en flytter sig og/eller vævstraumer i vaginalkaviteten. For at sikre at balloonen er fuldstændig tømt, fastgøres sprøjten igen, og al luft fjernes, inden udtagningen fortsættes.*

**Udtagning af VSD fra patient**

Fjern VSD'en fra patienten ca. 3 til 4 uger efter indgrebet, når der er sket tilstrækkelig opheling. På dette tidspunkt er de resorberbare suturer gået i opleosning eller har mistet så meget trækstyrke, at det er let at fjerne VSD'en uden suturmodstand. ***BEMÆRK: Det kan være nødvendigt at klippe begge suturer over for at fjerne VSD'en. BEMÆRK: Lad ikke VSD'en være i vagina i mere end 4 uger.*** Fjern eventuelle resterende VSD tilhæftningssuturer. Udtag VSD'en manuelt fra vaginalkanalen, som vist i figur 19.

**Perioperativ pleje**

Patienter kan få profylaktisk antibiotika i henhold til kirurgens normale praksis. Dette kan fortsættes postoperativt afhængigt af kirurgens skøn. Der kan anvendes tromboemboliskøn prophylakse.

Kirurgen bør forklare, at formålet med VSD'en, som bliver siddende i vagina i op til fire uger efter operationen, er at understøtte vagina imod meshen under helingsperioden. Patienten bør informeres om, at VSD'en vil blive fjernet under en postoperativ opfølgningskonsultation, ca. 4 uger efter operationen. Patienten skal desuden informeres om, at der kan forekomme postoperativt udflåd fra vagina, og at VSD'en kan flytte sig en smule nedeftter. Hvis patienten føler, at VSD'en har flyttet sig nedad, kan hun forsigtigt skubbe den op til en mere behagelig position. Patienten bør imidlertid tilrådes at kontakte lægen, hvis VSD'en giver betydeligt ubehag.

Efter udskrivning fra hospitalet skal patienten undgå anstrengende aktiviteter i en periode på 3 til 4 uger. På dette tidspunkt er bækkenvævet vokset ind i meshimplantatet, og patienten kan herefter genoptage normale dagligdags aktiviteter. Patienten skal rådes til at undgå samleje i mindst 6 uger efter operationen. Bækkenbundsøvelser kan anbefales når som helst efter operationen.

**YDEEVNE**

Dyreforsøg viser, at implantation af GYNECARE GYNEMESH PS fremkalder en minimal til let inflammatorisk reaktion, som er kortvarig og efterfølges af dannelsen af et tyndt fibrøst vævslag, som kan vokse gennem meshens multiensrum og således inkorporere meshen i det tilstødende væv. Meshen forbliver blød og smidig, og den normale sårheling nedsættes ikke mærkbart. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

**KONTRAINDIKATIONER**

- Når GYNECARE GYNEMESH PS anvendes hos gravide kvinder, der planlægger fremtidig graviditet, skal kirurgen være opmærksom på, at produktet ikke vil udvide sig signifikant, når patienten vokser.
- GYNECARE PROSIMA-systemet bør ikke anvendes ved graviditet eller purulente infektioner eller cancer i vagina, cervix eller uterus.

**ADVARSLER OG FORSIGTIGHEDSREGLER**

- Før anvendelse af GYNECARE PROSIMA-systemer skal brugeren være fortrolig med de operationsprocedurer og -teknikker, der omfatter støtte af bækkenbunden og ikke-resorberbare mesh.
- Anvendelse af GYNECARE PROSIMA systemet er ikke fuldt ud evalueret hos patienter med stadie IV vaginalprolaps. Anvendelse af systemet kan derfor ikke anbefales til disse patienter.
- Godkendt kirurgisk praksis skal overholdes i forbindelse med GYNECARE PROSIMA-systemet lige som ved behandling af inficerede eller kontaminerede sår.
- GYNECARE PROSIMA-systemet må ikke anvendes, hvis der er mistanke om, at incisionsstedet er inficeret eller kontamineret. Anvendelse af meshimplantatet eller VSD-ballonsamlingen i kontaminererede områder skal forøgå under hensyntagen til, at efterfølgende infektion kan gøre det nødvendigt at fjerne dem.
- Efter operationen skal patienten informeres om, at løft af tunge ting og/eller motion (f.eks. cykling, jogging) skal undgås i 3 til 4 uger, og at samleje skal undgås i 6 uger, eller indtil lægen vurderer, at patienten kan vende tilbage til sine normale aktiviteter.
- Lad ikke VSD'en være i vagina længere end 4 uger.
- Lad ikke ballonen være i vagina længere end 24 timer.
- Komponenterne i GYNECARE PROSIMA-systemet er ikke beregnet til at blive brugt sammen med andre anordninger end dem, der er nævnt på pakningens indlægsseddel.
- Undgå at stramme meshimplantatet for meget under håndteringen.
- Anvend GYNECARE PROSIMA-systemerne med omhu, og vær særlig opmærksom på patientens anatomi for at undgå beskadigelse af kar, nerver, blære og tarm samt perforering af vaginalvæggen. Korrekt brug af komponenterne i GYNECARE PROSIMA-systemet vil mindske risici.
- Oppust kun ballonen med atmosfærisk luft.
- Palpering vil bekræfte, at ballonen ikke indeholder eventuelle luftutaetheder efter oppustning. Fuldt luftdab kan begrænse balloonens effektivitet.

ETH.MESH.02341413

16

- Ballonvæggen er tynd for at opnå de ønskede egenskaber. Punkteringer, snit, hakker, sammentrykning eller overbelastning kan føre til lufttab. Ballonen kan let penetreres af en kanyle eller en skalpel eller sprænge ved manipulation med et stumpt instrument. Der skal udvises forsigtighed under håndtering for at forhindre sådanne hændelser. En beskadiget ballon må ikke bruges. Fjern den og induct gazeforbinding.

- Ballonens maksimale oppustningsvolumen er 90 ml. Ballonen må ikke pustes for hårdt op. For voldsom oppustning af ballonen kan forårsage udspænding hos patienten, vævsnekrose, postoperative brud på vaginale sår eller manglende evne til at lade vandet.

- GYNECARE PROSIMA-systemerne må ikke benyttes til patienter, som er i antikoagulationsbehandling.

- Blødning kan opstå postoperativt. Hold øje med eventuelle symptomer eller tegn, før patienten udskrives fra hospitalet.

- Patienten skal instrueres i at kontakte kirurgen straks, hvis der opstår usædvanlige smerter, blødning eller andre problemer.

- Selvom det er usandsynligt, at der vil forekomme beskadigelse af blæren med denne teknik, anbefales det at udføre cystoskopi.

- Selvom det er usandsynligt, at der vil forekomme rektale læsioner med denne teknik, er det nødvendigt at foretage en rektal eksploration.

- GYNECARE GYNEMESH PS-meshimplantatet må ikke fastgøres med staplere, clips eller klemmer, da der kan opstå mekanisk skade på meshen.

- Meshimplantatet må ikke være i den nederste tredjedel af vagina. Hvis det er nødvendigt, afklippes meshimplantatet ved overgangen mellem den nederste og midterste tredjedel af vaginalvæggen.

- Profylaktisk antibiotika kan administreres i henhold til kirurgens sædvanlige praksis.

**BIVIRKNINGER**

- Potentielle bivirkninger er de, der typisk forbindes med operative implanterbare materialer, herunder potentielle infektioner, inflammation, adhæsions- og fisteldannelse, erosion, udstødelse og ardannelse, som medfører, at implantatet trækker sig sammen.

- Potentielle bivirkninger er dem, der typisk forbindes med operation af vaginalprolaps, herunder smerter i forbindelse med samleje og bækkensmerter. Disse kan forsvinde med tiden.

- Punkteringer, lacerationer eller beskadigelse af kar, nerver, blære, urethra eller tarm kan opstå under dissektion eller placering af mesh og kan kræve operation.

- Dissektion i forbindelse med støtteoperation af bækkenbunden indebærer risiko for at hæmme normal vandladning i et varierende tidsrum.

**STERILITET**

GYNECARE PROSIMA-systemerne er steriliserede med ethylenoxid. INGEN dele i GYNECARE PROSIMA-systemet må RESTERILISERES. INGEN dele i GYNECARE PROSIMA-systemet må GENANVENDES. Genbrug af denne anordning (eller dele af denne anordning) kan skabe risiko for nedbrydning af produktet og krydskontaminering, hvilket kan lede til infektion eller overførsel af blodoverførte patogener til patienter og brugere. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Bortskaf alle åbnede, ubrugte komponenter til GYNECARE PROSIMA-systemet.

**BORTSKAFFELSE**

Bortskaf komponenterne til GYNECARE PROSIMA-systemet og indpakningen i henhold til institutionens politik og procedurer vedrørende biologisk farlige materialer og affald.

**OPBEVARING**

Anbefalet opbevaring: ved kontrolleret stuetemperatur og relativ fugtighed (ca. 25 °C, 60 % RH), beskyttet mod fugt og direkte varme. Må ikke anvendes, hvis udløbsdatoen er overskredet.

Symboler anvendt på mærkater



17

**ETH.MESH.02341414**



Bekkenbodemreparatiesysteem anterior
Bekkenbodemreparatiesysteem posterior
Bekkenbodemreparatiesysteem gecombineerd

**Lees alle informatie zorgvuldig.**
Het negeren van deze instructies kan een ondoelmatige werking van de hulpmiddelen tot gevolg hebben en letsel veroorzaken.

*LET OP:* De federale wetgeving (van de Verenigde Staten) eist dat dit apparaat uitsluitend aan of in opdracht van een arts wordt verkocht.

Gebruikers wordt geadviseerd zich te oefenen in het gebruik van het GYNECARE PROSIMA™ bekkenbodemreparatiesysteem. Hiertoe zijn trainingsmogelijkheden beschikbaar. Neem voor het maken van afspraken over zulke trainingen contact op met de vertegenwoordiger van uw leverancier.

**INDICATIES**
De GYNECARE PROSIMA systemen voor bekkenbodemreparatie door plaatsing van GYNEMESH™ PS niet-resorbeerbare implantaten van PROLENE™ Soft Mesh zijn geïndiceerd voor weefselversterking en duurzame stabilisering van bindweefselstructuren van de bekkenbodem, als mechanische ondersteuning of als overbruggingsmateriaal voor het bindweefseldefect. De systemen bieden ondersteuning aan het vaginakanaal tijdens de genezingsperiode na chirurgische behandeling van een prolaps van de vaginawand en ondersteunen tegelijkertijd de prolaps of de meshimplantaten.

**BESCHRIJVING**
De GYNECARE PROSIMA reparatiesystemen voor de anterieure, posterieure en gehele bekkenbodem bestaan uit voorgevormde GYNECARE GYNEMESH PS meshimplantaten en instrumenten voor het plaatsen van het meshimplantaat en voor post-operatieve ondersteuning (zie afbeelding 1). De onderstaande tabel biedt een overzicht van de onderdelen die van elk systeempakket deel uitmaken:

| BEKKEN-BODEM-REPARATIE-SYSTEEM | ONDERDELEN (zie afbeelding 1) | | | | |
|---|---|---|---|---|---|
| | Meshimplantaat in implantaathouder (A) | VSD/ballonset (B en C) | Inbrenginstrument anterieur (D) | Inbrenginstrument posterieur (E) | Spuit (F) |
| Anterieur | 1 | 1 | 1 | | 1 |
| Posterieur | 1 | 1 | | 1 | 1 |
| Gecombineerd | 2 | 1 | 1 | 1 | 1 |

Tabel 1 – Onderdelen van het GYNECARE PROSIMA bekkenbodemreparatiesysteem

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS is meshmateriaal vervaardigd van tricotweefsels van geëxtrudeerd polypropyleen, qua samenstelling identiek aan PROLENE™ polypropyleen hechtdraad (ETHICON, INC.). Vastgesteld is dat dit materiaal bij gebruik als hechtdraad niet reactief is en dat het bij klinisch gebruik zijn sterkte voor onbeperkte tijd behoudt. De mesh biedt een uitstekende sterkte, duurzaamheid en aanpasbaarheid voor chirurgische doeleinden en is voldoende poreus voor de noodzakelijke weefselingroei. Er is blauw PROLENE monofilamenthechtmateriaal in het weefsel verwerkt, waardoor een contrasstreep in de mesh ontstaat. De mesh is gemaakt volgens een uniek ontwerp van samengebreide monofilamentvezels met gereduceerde diameter, wat resulteert in een mesh die ongeveer 50 procent flexibeler is dan de standaard PROLENE™ polypropyleen mesh. De mesh wordt gebreid met gebruikmaking van een proces waardoor alle knooppunten van de vezels onderling met elkaar worden verbonden en waardoor in beide richtingen elasticiteit wordt verschaft. Door deze constructie kan de mesh in iedere gewenste vorm en grootte worden geknipt zonder te rafelen. Door de elasticiteit in twee richtingen kan de mesh worden aangepast aan uiteenlopende spanningsbelastingen die in het lichaam voorkomen.

**Meshimplantaat**
Het meshimplantaat is vervaardigd van GYNECARE GYNEMESH PS. De meshimplantaten zijn vooraf in Y-vorm gesneden, passend voor reparatie van anterieure, posterieure en/of apicale vaginaledefecten. Zie afbeelding 2. Het meshimplantaat heeft 2 bandjes en een centraal gelegen houdgedeelte. Op het proximale, apicale uiteinde bevindt zich een lipje dat met hechtdraad kan worden vastgehecht, zodat het meshimplantaat tijdens het plaatsen van de bandjes vrijwel bewegingsloos blijft. Op het distale uiteinde bevindt zich een groef die fungeert als hulpmiddel voor het oriënteren van het meshimplantaat. Op de bandjes van het meshimplantaat zijn voorgevormde zakjes aangebracht, die plaatsing van het implantaat met de inbrenginstrumenten mogelijk maken. Het meshimplantaat wordt geleverd in een implantaathouder van ongecoat Tyvek™ en een transparante plastic folie waardoor het meshimplantaat gemakkelijk uit de houder kan worden verwijderd.

**Inbrenginstrument anterieur**
Het inbrenginstrument voor de anterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde anterieure weefselkanalen wordt vergemakkelijkt. *OPMERKING: Het inbrenginstrument anterieur is niet bedoeld om weefsel te los te prepareren.* Het inbrenginstrument voor de anterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de anterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeeldingen 3 en 4.

**Inbrenginstrument posterieur**
Het inbrenginstrument voor de posterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde posterieure weefselkanalen wordt vergemakkelijkt. *OPMERKING: Het inbrenginstrument posterieur is niet bedoeld om weefsel te los te prepareren.* Aan het inbrenginstrument voor de posterieure bekkenbodem is als stabilisator een standaard naaldhouder/naaldvoerder bevestigd, zodat het implantaat beheerst kan worden ingebracht. Het inbrenginstrument voor de posterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de posterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeelding 5.

**VSD (Vaginal Support Device, vaginasteun)**
De VSD (Vaginal Support Device, vaginasteun) is een hulpmiddel voor eenmalig gebruik, dat de vaginaweefsels postoperatief ondersteunt, na plaatsing van het meshimplantaat en sluiting van de vaginale incisie(s). Het apicale uiteinde is het breedste deel van de VSD en ondersteunt deze zijn afknijpbaar. Na aanvankelijke passing in de anatomie van de patiënt kunnen de afmetingen van de VSD aan de anatomie van de patiënt worden aangepast door het afknijpen van daartoe bestemde delen van het apicale uiteinde. De VSD wordt voor een periode van 3 tot 4 weken in het bovenste tweederde deel van de vagina geplaatst en wordt daarna verwijderd. Zie afbeelding 6.

**Ballon**
De ballon is een hulpmiddel voor eenmalig gebruik die wordt gebruikt in plaats van een postchirurgisch gazen kompres in de vagina. Het volume van de ballon kan zodanig worden bijgesteld dat het vaginakanaal sluitend wordt gevuld en het meshimplantaat tegen de vaginawand wordt gedrukt. De ballon is bij nieuwlevering aan de VSD bevestigd. Afbeelding 7 toont de ledige ballon, zonder de daaraan bevestigde VSD. De ballon blijft maximaal een dag lang in het lichaam van de patiënt geplaatst.

**Spuit**
Voor het vullen van de ballon wordt een 50 ml spuit bijgeleverd.

**DEEL 1: WERKINGSBEGINSELEN VAN DE PROCEDURE MET HET GYNECARE PROSIMA SYSTEEM**
Met de procedure met het GYNECARE PROSIMA systeem wordt beoogd een anatomische, duurzame en gestandaardiseerde reparatie van prolaps van de bekkenorganen te realiseren. Afhankelijk van de geprolabeerde anatomische locatie en de voorkeur van de chirurg kan de reparatie anterieur en/of posterieur worden uitgevoerd. De procedure met het GYNECARE PROSIMA systeem kan in combinatie met hysterectomie of conservatieve uteruschirurgie worden uitgevoerd. Wanneer dat is geïndiceerd, kan tegelijk met de procedure met het GYNECARE PROSIMA systeem perineumreparatie worden verricht of een suburethraal suspensiebandje voor behandeling van urinaire stressincontinentie worden aangelegd. Er kan gebruik worden gemaakt van een retropubische of suburethale transobturator tape (TOT).

De prolapsreparatie wordt gerealiseerd door plaatsing van 1 of 2 meshimplantaten via de vagina. Bij voltooiing van de operatie wordt een VSD met een vulbare ballon voor passing in de vagina geplaatst en wordt vervolgens de VSD op de juiste plaats vastgehecht, zodat de vagina en het meshimplantaat (of de meshimplantaten) tijdens de weefselingroei worden ondersteund. Nadat hij is gevuld neemt de ballon de plaats in van het traditionele gazen kompres door de vaginaholte sluitend te vullen en het meshimplantaat (de meshimplantaten) tegen de vaginawand te drukken. De dag postoperatief wordt de ballon geleegd en uit de vagina verwijderd zonder dat de VSD daarbij losraakt. De VSD blijft tot maximaal 4 weken na de operatie in situ, en in die tijd vindt weefselingroei in het meshimplantaat (de meshimplantaten) plaats.

**DEEL 2: BASISPRINCIPE VAN HET GYNECARE PROSIMA SYSTEEM**
Na behandeling van bekkenorgaanprolaps middels conventionele chirurgie worden de gerepareerde weefsels blootgesteld aan verhoogde intra-abdominale druk wanneer de patiënt zich mobiliseert en bij hoesten, braken en darmontlastingsdruk. Deze toename van de intra-abdominale druk kan en nadelige invloed hebben op de genezing van de vaginareparatie en kan chirurgisch falen en recidive van de prolaps tot gevolg hebben. Door versterking van de vaginareparatie met het meshimplantaat en ondersteuning van de vagina met de VSD gedurende 3 tot 4 weken postoperatief vormt het GYNECARE PROSIMA systeem een hulpmiddel voor vermindering van het risico van chirurgisch falen en recidive van de prolaps.

Tijdens anterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen de urineblaas en het bovenste tweederde deel van de vagina worden geplaatst, lateraal uitstrekend ter hoogte van de arcus tendineus fasciae pelvis (ATFP). Tijdens posterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen het rectum en het bovenste tweederde deel van de vagina worden geplaatst, lateraal passend boven de m. levator ani. Het apicale deel van het hoofdgedeelte van het meshimplantaat moet de apex vaginae bereiken. Aan anterieure zijde kan het meshimplantaat aan het prevesicale weefsel of aan de cervix worden gehecht. Aan posterieure zijde kan het meshimplantaat aan het prevesicale weefsel of aan de cervix worden gehecht.

Postoperatief wordt het vaginaweefsel door de VSD ondersteund en bevordert de VSD de druk van de vaginaweefsels tegen het meshimplantaat totdat er weefselingroei plaatsvindt. Gedurende de 3–4 weken na de operatie vindt weefselingroei in het meshimplantaat plaats. Gebruik van het GYNECARE PROSIMA systeem heft de noodzaak van een dissectie buiten de bekkenholte op en er hoeven geen hechtdraad en instrumenten door de obturatoropening en het sacrospinale ligament te worden gevoerd. Daardoor is de operatie gemakkelijker uit te voeren.

**Hysterectomie**
Of gelijktijdige uitvoering van hysterectomie gewenst is, wordt bepaald door de voorkeur van de chirurg en door de behoeften van de patiënt. Wanneer hysterectomie wordt verricht, is het raadzaam het cavum Douglas te sluiten, zodat het meshimplantaat niet met de darmen in aanraking kan komen. Sluiting met een "T"-vormige incisie moet worden vermeden, aangezien het risico van blootlegging van het meshimplantaat wordt vergroot. Wanneer gelijktijdig met anterieure en/of posterieure reparatie vaginale hysterectomie wordt verricht, moet de hysterectomie-incisie eerst transversaal worden gesloten. Vervolgens moeten de reparatie-incisies zodanig worden gemaakt dat zij niet met de eerder gesloten hysterectomie-incisie in aanraking komen. De reden hiervan is, te voorkomen dat er een "T"-vormige incisie ontstaat.

**Conservatieve uteruschirurgie**
Het GYNECARE PROSIMA systeem is geschikt voor gebruik in situaties waarbij de chirurg of de patiënt de uterus wil sparen.

**Vaginale incisies**
De vaginale incisies die bij de procedure met het GYNECARE PROSIMA systeem worden verricht zijn gelijk aan de incisies die de chirurg bij standaard vaginareparatie maakt. De gehele diepte van de vaginawand moet door de incisies worden doorsneden, om het risico van blootlegging van de mesh te verminderen.

ETH.MESH.02341415

**Plaatsing van het meshimplantaat**

De meshimplantaten worden door de VSO op hun plaats gefixeerd gehouden totdat zo weefselingroei plaatsvindt. Daarom is fixeren van de bandjes van het meshimplantaat niet nodig. Het apicale gedeelte van het meshimplantaat kan aan de fascia in het midden van de apex vaginae worden gehecht met een hechtdraad zoals 2-0 MONOCRYL™ (Poliglecapron 25) of 2-0 Coated VICRYL™ (Polyglactine 910). Het vagina-epitheel mag niet op het meshimplantaat worden gehecht.

**Vaginabehoud**

Er mag niet te veel vagina-epitheel worden geëxcideerd of andersins verwijderd. Postoperatief kan enige weefselretractie plaatsvinden en de vermindering van vaginacapaciteit kan verslechteren als er te veel vagina-epitheel is verwijderd.

**Vaginaondersteuning op drie niveaus**

In de gangbare methoden voor vaginale ondersteuning bij vaginareparatie worden 3 niveaus onderscheiden. Door het GYNECARE PROSIMA systeem in een procedure te gebruiken wordt beoogd deze ondersteuning te verschaffen op de niveaus I en II, als volgt te definiëren:

**Niveau I – Suspensie en ondersteuning** (bovenste eenderde deel van de vagina)

Het bovenste eenderde deel van de vagina (inclusief het door hysterectomie ontstane gewelf) en de uterus worden door 2 mechanismen ondersteund. Directe ondersteuning van de uterus en het bovenste deel van de vagina wordt in de eerste plaats verschaft door het parametrium (ligamentum cardinale en uterosacrale) en de paracolpiumvezels. Deze vezels doen dienst als steunligament en komen voort uit de fascia van de m. piriformis, het sacro-iliacale gewricht en het laterale sacrum, en steken uit in het lateraal-bovenste eenderde deel van de vagina en het posterolaterale vlak van de cervix. In de tweede plaats wordt indirecte ondersteuning van de uterus het bovenste deel van de vagina verschaft door de levatorplaat, die wordt gevormd door fusie van de rechter en linker mm. levator ani tussen het rectum en het os coccygis. Als gevolg van falen van deze directe en indirecte steunmechanismen kan prolaps van uterus en vaginagewelf optreden. De kans is groot dat dit gepaard gaat met verzwakking van de musculaire bekkenbodem en de steunvezels van het parametrium en het bovenste paracolpium. Het doel van prolapschirurgie op niveau I is de directe en indirecte steunmechanismen te herstellen. Met het GYNECARE PROSIMA systeem worden bij anterieure vaginareparatie meshimplantaatbandjes tegen elk van de mm. obturatorius internus en de daarboven liggende pariëtale fascia gelegd, en bij posterieure vaginareparatie worden meshimplantaatbandjes tegen de sacrospinale ligamenten gelegd. Dit verschaft het bovenste deel van de vagina en de uterus directe ondersteuning door suspensie en indirecte ondersteuning door een brede zone van meshimplantaatsteun.

**Niveau II – Laterale bevestiging** (middelste eenderde deel van de vagina)

Het middelste deel van de vagina wordt door de arcus tendineus fasciae pelvis (ATFP) lateraal en direct met de spieren van de bekkenzijwand verbonden. Op dit niveau strekken de anterieure en posterieure vaginawanden zich uit tussen de laterale bevestigingen links en rechts. Prolapsreparatie op niveau II heeft als doel het laterale middelste gedeelte van de vagina opnieuw op de spieren van de bekkenzijwand te hechten. Bij centrale defecten van het middelste deel van de vagina is ook ondersteuning op niveau II nodig. Het gebruik van het GYNECARE PROSIMA systeem en een procedure herstelt laterale bevestiging van de vagina op de bekkenzijwandspieren en biedt tevens centrale fasciaversterking nadat weefselingroei heeft plaatsgevonden.

**Niveau III – Fusie** (onderste eenderde deel van de vagina)

*OPMERKING: Bij het GYNECARE PROSIMA systeem is lospareparen in dit gedeelte niet nodig.*

Bij reparatie op niveau III wordt het onderste eenderde deel van de vagina anterieur met het perineale membraan en de urethra samengevoegd. Posterieur fuseert het onderste eenderde deel van de vagina met het perineum en de mm. levator ani. De weefsels in deze zone worden zonder meshimplantaat gehecht; het meshimplantaat is niet bedoeld voor gebruik in het onderste eenderde deel van de vagina. Met het GYNECARE PROSIMA systeem worden geen ondersteuningsdefecten van niveau III behandeld, alhoewel deze wel worden aangepakt met concomitante procedures zoals perineorrafie.

**DEEL 3: GEBRUIKSAANWIJZING**

*OPMERKING: Bij lazing van dit gedeelte wordt verwezen naar de afbeeldingen in het begin van dit document.*

**Operatievoorbereiding**

Chirurgie met het GYNECARE PROSIMA systeem kan worden verricht onder algehele of regionale anesthesie, afhankelijk van de voorkeur van chirurg, anesthesioloog en patiënt.

De patiënt moet in steensnedeligging worden gelegd, met de billen enigszins over de operatietafelrand en de heup in flexie. Naar keuze van de chirurg kan de blaas worden geleegd. Voorafgaand aan het vullen van de ballon moet een katheter worden geplaatst.

**Gebruik van GYNECARE PROSIMA systeem in procedures na hysterectomie**

**Anterieure vaginareparatie**

Wanneer alleen de anterieure vaginawand moet worden versterkt, kan uitsluitend het GYNECARE PROSIMA anterieure bekkenbodemreparatiesysteem worden gebruikt. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen anterieur inbrenginstrument voor toepassing bij een anterieure vaginareparatie. Na verrichting van de benodigde vaginale incisies en dissecties worden weefselkanalen in het anterieure compartiment gemaakt, waarin met het anterieure inbrenginstrument de meshimplantaatbandjes worden geplaatst. *OPMERKING: Het inbrenginstrument anterieur dient niet gebruikt te worden voor het lospareparen van weefsel.*

*Anterieure vaginale dissectie*

Dissecteer het anterieure vagina-epitheel van de blaas. Dissecteer de gehele dikte van de vaginawand. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Vermijd oppervlakkige dissectie van de vaginawand of klieving van de vaginawand in 2 lagen. Een diergelijke wijze van dissecteren kan een zeer dunne vaginawand tot gevolg hebben en kan ook de bloedtoevoer naar de vaginawand verslechteren, waardoor het risico van blootlegging van mesh groter wordt. Lateraal wordt het lospareparen in de richting van de bekkenzijwand voortgezet, tot de spina ischiadica.

*Het anterieure kanaal lospareparen en het meshimplantaat plaatsen*

Voer om het doel van deze beschrijving te bereiken het lospareparen voor het maken van kanalen voor de meshimplantaatbandjes eerst aan de rechterzijde van de patiënt uit en daarna aan de linkerzijde. Het doel van deze kanalen is, het meshimplantaat zodanig te plaatsen dat het distale gedeelte van de bandjes eften tegen de bekkenzijwand en de pariëtale fascia van de m. obturatorius internus ligt. Begin het lospareparen voor het plaatsen van de bandjes met pálperen om aan beide zijden de spina ischiadica te lokaliseren. *OPMERKING: Het lospareparen kan ook met een schaar worden begonnen, met toepassing van een "dove-en-spreidtechniek", zodat de punten van de schaar altijd anterieur van de spina ischiadica blijven.* Volg de aanvankelijke dissectie door voorzichtige dissectie met de vinger, tot aan de spina ischiadica. Nadat de spina ischiadica is bereikt, wordt met een vegende beweging van de wijsvinger een holle ruimte gemaakt, anterosuperieur van de spina ischiadica. Zie afbeelding 8A. Deze dissectie volgt een richting loodrecht op de bekkenzijwand en brengt een ruimte tot stand van ca. 2 cm breed en ca. 3 cm hoog. Bij de anterieure dissectie is geen sprake van dissectie op de sacrospinale ligamenten. Door deze dissectie wordt een kanaal tot stand gebracht anterosuperieur van de spina ischiadica

en gelijkvlakkig met de arcus tendineous fasciae pelvis (ATFP), de m. obturatorius internus en de pariëtale fascia daarvan. Herhaal de dissectie aan de linkerzijde.

Plooiing van het prevesicale weefsel is niet nodig. Wanneer echter wel plooiing wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de gedissecteerde zone te smal wordt. Plaats het meshimplantaat boven het geplooide weefsel, waarbij de zakjes naar boven wijzen. Wanneer er moet worden gehecht, moet dat op dit proceduremoment worden gedaan; plaats een hechtdraad (zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lijge van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale gewf van het meshimplantaat naar keuze wel of niet worden gehecht; in het eerste geval kan dit worden uitgevoerd met een hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het anterieure inbrenginstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie anterosuperieur van de spina ischiadica (zoals hierboven beschreven). *OPMERKING: De gebogen uiteinden van het anterieure inbrenginstrument zijn in tegengestelde richtingen gedraaid, en op de uiteinden bevinden zich pijltjes die de plaatsingsrichting aangeven.* Richt het pijltje naar de rechterzijde van de patiënt en breng de tip van het anterieure inbrenginstrument in het zakje van het meshimplantaatbandje aan de rechterzijde van de patiënt (zie afbeelding 8B). *OPMERKING: Door het uitroken van tegentractie blijft het zakje steviger op het anterieure inbrenginstrument geplaatst.* Houd het anterieure inbrenginstrument verticaal, zodanig dat het gebogen gedeelte van het instrument tegen de posterieure vaginawand rust. Voer het anterieure inbrenginstrument, met het bandje erop, vervolgens in het eerder gemaakte weefselkanaal (zie afbeelding 8C) totdat de handgreep in aanraking komt met de labia majora aan contralaterale zijde. Dit wordt uitgevoerd door bovenwaarts-verticale positionering van het handgreepgedeelte van het anterieure inbrenginstrument, zodanig dat de voorrand en het zakje zich in de richting van de spina ischiadica bewegen. Kantel de handgreep na positionering omlaag tot een bijna-horizontale stand en handhaaf daarbij het contact van de handgreep met het contralaterale dijbeen. *OPMERKING: Retractie van de blaas met een standaard chirurgisch instrument kan u helpen bij de eerste plaatsing in het kanaal. Desgevenst kunt u met de wijsvinger in het kanaal de aanvankelijke plaatsing van het anterieure inbrenginstrument tegen de labia majora aan contralaterale zijde geleiden, voordat de handgreep omlaag wordt gekanteld.* Door licht omhoog te drukken kunt u zich ervan verzekeren dat de zakjes goed zijn gepositioneerd en dat het apicale gedeelte van het meshimplantaat tegen de apex vaginae drukt. *OPMERKING: Indien u bij het ontwaren van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het geweren van het inbrenginstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het beschadiging van het gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.*

Verwijder het anterieure inbrenginstrument door de handgreep naar de verticale stand terug te kantelen en het instrument dan terug te trekken, waarbij het bandje in het kanaal achterblijft. *OPMERKING: Breng het eerste bandje volledig in. OPMERKING: Indien het anterieure inbrenginstrument uit de operatiezone wordt getrokken voordat het meshimplantaatbandje zijn doellocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht.* Herhaal deze handelingen aan de tegenovergestelde zijde van de patiënt. Keer daartoe het anterieure inbrenginstrument om en breng het uiteinde in het andere zakje, met het pijltje gericht op de linkerzijde van de patiënt. Afbeelding 8D toont de beide geïmplanteerde bandjes. *OPMERKING: Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.*

Plaats het hoofdgedeelte van het meshimplantaat losjes op het onderliggende vaginaweefsel. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de maat van laterale dissectie. Het vagina-epitheel kan worden bijgeknipt, mits er niet te veel van wordt verwijderd. Sluit het epitheel over het meshimplantaat zonder gebruik te maken van gekoppelde hechtdraden (zoals hieronder beschreven; zie afbeelding 8E). Afbeelding 8F toont de uiteindelijke plaatsing van het meshimplantaat in het anterieure compartiment.

*OPMERKING: Zorg dat voor en tijdens het sluiten van de vaginale incisies geede hemostase is bereikt.*

Sluit de vaginale incisies zonder gekoppelde of 8-vormige hechtdraden. Dit is om devasculatisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechtingsnaad ter plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL™ Plus Antibacterieel (Poliglecapron 25). Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde evertereende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL™ Plus (Polyglactine 910) antibacterieel. *OPMERKING: Plaats het meshimplantaat in het bovenste tweederde deel van de vagina en knip het implantaat bij als het verder reikt dan het bovenste tweederde deel.* Voor zover dit nog niet is gedaan, wordt gedissecteerd cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkellaags worden uitgevoerd. Hiervoor kan een doorlopende, evertereende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Posterieure vaginareparatie**

Gebruik wanneer alleen de posterieure vaginawand moet worden versterkt uitsluitend het GYNECARE PROSIMA posterieure bekkenbodemreparatiesysteem. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen posterieur inbrenginstrument voor toepassing bij posterieure vaginareparatie. Maak na verrichting van de benodigde vaginale incisies en dissecties weefselkanalen in het posterieure compartiment, waarin de meshimplantaatbandjes worden geplaatst. *OPMERKING: Het posterieure inbrenginstrument dient niet gebruikt te worden voor het lospareparen van weefsel.*

*Posterieure vagina- en kanaaldissectie*

Dissecteer het posterieure vagina-epitheel van het prerectale weefsel. Evenals bij de anterieure vaginawand moet ook nu de gehele dikte van de posterieure vaginawand worden losgepreapareerd. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Zet de dissectie lateraal voort aan beide zijden van de mm. levator ani ter hoogte van de spina ischiadica. Dissecteer verder door over elk van de rectale ligamenten en dissecteer op, maar niet dóór, elk van de sacrospinale ligamenten, zodat kanalen worden aangemaakt waarin de meshimplantaatbandjes zullen worden geplaatst. Zie afbeelding 9A.

Naar vrije keuze kan ook een bestaande enterocele behandeld worden, maar in dat geval moet de behandeling in deze proceduurfase worden uitgevoerd, volgens de methode die de voorkeur van de chirurg geniet.

Als de peritoneale holte tijdens anterieure of posterieure dissectie geopend is, moet deze voor het plaatsen van de mesh gesloten worden.

**Posteriere plaatsing van het meshimplantaat**

Plooiing van het prerectale weefsel is niet nodig. Wanneer echter wel plooiing van het prerectale weefsel wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de gedissecteerde zone te smal wordt. Plaats het meshimplantaat boven het prerectale weefsel, waarbij de zakjes naar boven wijzen. Wanneer er moet worden gehecht, moet dat op dit proeduremoment worden gedaan: plaats een hechtdraad (zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lipje van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale groef van het meshimplantaat kan naar keuze wel of niet worden gehecht; in het eerste geval kan dit worden uitgevoerd met een hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het posteriore inbrenginstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie in de richting van beide sacrospinale ligamenten (zoals hierboven beschreven). Pak het posteriore inbrenginstrument vast met een rechte naaldhouder/naaldvoerder, zoals weergegeven in afbeelding 9B. *OPMERKING: Plaats de tip van de naaldhouder/naaldvoerder in het rechte gegroefde uiteinde van het posteriore inbrenginstrument.* Zorg dat het aangesloten posteriore inbrenginstrument op één lijn ligt met de handgreep van de naaldhouder/naaldvoerder. Steek de tip van het posteriore inbrenginstrument in het bandjeszakje aan de rechterzijde van de patiënt (zie afbeelding 9B). Voer het posteriore inbrenginstrument, met het bandje erop, vervolgens in het eerder gemaakte weefselkanaal (zie afbeelding 9C) en houd de handgreep van de naaldhouder/naaldvoerder daarbij verticaal. Breng de gehele lengte van het bandje in het kanaal, zodat het begin van het bandje de bovengrens van de fasciale dissectie bereikt. *OPMERKING: Breng het eerste bandje volledig in. Indien het inbrenginstrument uit de operatiezone wordt getrokken voordat het bandje zijn eindlocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht. OPMERKING: Breng het bandje niet te diep in; omdat dan gevoelige weefselstructuren schade zouden kunnen oplopen. OPMERKING: Indien u bij het inbrengen van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het opvoeren van het inbrenginstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het meshimplantaat tot gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.* Trek het posteriore inbrenginstrument terug over het insertietraject, zodanig dat het bandje in het kanaal blijft. De bandjes liggen tegen de sacrospinale ligamenten, maar penetreren deze niet. Plaats geen hechtingen in de sacrospinale ligamenten. Herhaal de procedure aan de linkerzijde van de patiënt met het tweede bandje. Afbeelding 9D toont de beide geïmplanteerde bandjes. *OPMERKING: Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.*

Plaats het hoofdgedeelte van het meshimplantaat losjes op de onderliggende vaginale fascia. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes van het meshimplantaat. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de mate van laterale dissectie. Het epitheel van de posteriore vaginawand kan worden bijgeknipt, mits er niet te veel van wordt verwijderd. Sluit het epitheel van de posteriore vaginawand over het meshimplantaat zonder gebruik te maken van gekoppelde hechtdraden (zoals hieronder beschreven). Afbeelding 9E toont de uiteindelijke plaatsing van het meshimplantaat in het posteriore compartiment.

*OPMERKING: Zorg dat voor en tijdens het sluiten van de vaginale incisies goede hemostase is bereikt.*

Sluit de vaginale incisies zonder gekoppelde of 8-vormige hechtdraden. Dit is om devascularisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechtingsnaad ter plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL Plus antibacterieel. Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde evertterende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus. *OPMERKING: Plaats het meshimplantaat in het bovenste tweederde deel van de vagina en knip het implantaat bij als het verder reikt dan het bovenste tweederde deel.* Bij voltooiing van de procedure moet digitaal rectaal onderzoek worden verricht om letsel van het rectum uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkellaags worden uitgevoerd. Hiervoor kan een doorlopende, everterende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Gecombineerde anteriore en posteriore vaginareparatie**

Wanneer zowel de anteriore als de posteriore vaginawand moeten worden versterkt, wordt het GYNECARE PROSIMA gecombineerde bekkenbodemreparatiesysteem gebruikt. Dit systeem bevat 2 identieke meshimplantaten, één voor de anteriore vaginareparatie en de tweede voor de posteriore vaginareparatie.Gebruik voor anteriore reparaties uitsluitend het gebogen anteriore inbrenginstrument en voor posteriore reparaties uitsluitend het rechte posteriore inbrenginstrument. Voer de anteriore en posteriore vaginareparaties uit zoals hierboven is beschreven. Geadviseerd wordt, de anteriore vaginareparatie als eerste uit te voeren. De uiteindelijke plaatsing van meshimplantaten in het anteriore en het posteriore compartiment is in afbeelding 10 weergegeven. Het is aan te bevelen, bij voltooiing van de procedure cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten. Om letsel van het rectum uit te sluiten moet digitaal rectaal onderzoek worden verricht.

**Gebruik van GYNECARE PROSIMA systeem met behoud van de uterus (hysteropexie)**

Indien de geprolabeerde uterus wordt behouden, moet het apicale lipje van het meshimplantaat op de cervix worden gefixeerd. Het meshimplantaat moet ter hoogte van de pubocervicale ring op de cervix worden gefixeerd wanneer het implantaat tijdens de anteriore of posteriore vaginareparatie is aangebracht.

Wanneer de uterus bij anteriore vaginareparatie wordt behouden, wordt de pubocervicale ring tijdens de anteriore vaginale dissectie blootgelegd. Plaats een 2-0 PROLENE hechting stevig in het anteriore segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE hechting op het lipje af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring op het anteriore oppervlak van de cervix vastgezet en wordt gewaarborgd dat het meshimplantaat de uitzetting van de vagina volgt als de VSD op de juiste wijze is gepositioneerd.

Bevestig bij de posteriore reparatie het meshimplantaat aan de posteriore cervix ter hoogte van of hoger dan de pubocervicale ring. Desgewenst kan het cavum Douglasi geopend blijven terwijl het meshimplantaat aan de cervix wordt gehecht. Sluit het peritoneum van het cavum Douglasi boven deze hechting, zodat adhesie van de darmen aan het meshimplantaat wordt verhinderd. Als de chirurg besluit het cavum Douglasi niet te openen, wordt de pubocervicale ring tijdens de posteriore vaginale dissectie blootgelegd. Plaats een 2-0 PROLENE-hechting stevig in het posteriore segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE-hechting af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring op het posteriore cervixoppervlak vastgezet.

20

---

Wanneer er zowel anteriore als posteriore vaginareparatie meshimplantaten worden gebruikt, moeten de implantaten op de hierboven beschreven wijze aan de anteriore en posteriore segmenten van de cervix worden bevestigd (zie afbeelding 11).

**Hygiënemaatregelen m.b.t. het meshimplantaat**

Irrigeer tijdens de chirurgische procedure de vaginale operatiewonden met fysiologisch zoutoplossing. Beperk de manipulatie van het meshimplantaat tot een minimum en voer de operatie onder goede hygiënische condities uit.

**De VSD en de ballon plaatsen**

Breng bij voltooiing van de operatie een VSD (Vaginal Support Device, vaginasteun) van geschikt formaat met een daaraan bevestigde ballon in de vagina in, en hecht deze om losraken van het implantaat te voorkomen. De VSD is in 3 maten verkrijgbaar (small, medium en large) en kan op de hieronder beschreven wijze door de chirurg aan de vaginalengte van de patiënt worden aangepast.

*Passen en bijsnijden van de VSD*

De VSD wordt in de grootste maat geleverd. Bepaal met behulp van de VSD zelf de passende maat voor de patiënt. Breng hiertoe de 'large' VSD in de vagina in, tussen de uitgezette apex en de hymenring. Breng de VSD in de vagina in door de VSD op het breedste deel vast te pakken en langs de lengteas te vouwen, met de ballon naar boven gericht (zie afbeelding 12). Het breedste gedeelte van de VSD wordt het eerst ingebracht, zodat de hechtopeningen zich net boven de hymenring bevinden. *OPMERKING: Verwijder of beschadig de ballon niet tijdens het passen van de VSD.* Het juiste formaat is bereikt wanneer de VSD sluitend in het bovenste tweederde deel van de uitgezette vagina past, met het distale uiteinde en de hechtingsogies 1 cm boven de hymenring (zie afbeelding 13).

Als de maat 'large' past, hoeft de VSD niet te worden aangepast. Als de maat 'medium' benodigd blijkt, moet het bovenste gedeelte worden verwijderd. Doe dit door voorzichtig kleine fragmentjes te knippen, uitsluitend gebruikmakend van de tips van een gebogen Mayo-schaar, zodat een gladde snijrand ontstaat. Zorg dat de hoeveelheid restmateriaal op de afknipzones tot een minimum beperkt blijft. *OPMERKING: Zorgvuldige passing van de VSD is van groot belang. Nadat een VSD is bijgeknipt, kan hij niet meer langer worden gemaakt en kunnen de afgeknipte deeltjes niet meer worden teruggezet.* Verplaats tijdens het knippen de ballon zodanig dat hij niet in de weg zit (zie afbeelding 14). *Waak ervoor dat de ballon tijdens het bijknippen van de VSD zou worden beschadigd.*

Als de maat 'medium' past, hoeft de VSD niet te worden bijgeknipt. Als de maat 'small' moet worden gebruikt, moet het overblijvende gedeelte worden verwijderd, zoals hierboven is beschreven. Verplaats tijdens het knippen de ballon om beschadiging te voorkomen.

Na goede passing van de VSD en terugplaatsing van de ballon kan de VSD-constructie in de vagina van de patiënt worden ingebracht. *OPMERKING: Om het risico van perforatie van de ballon te verkleinen mogen bij het inbrengen van de VSD of de ballon geen instrumenten worden gebruikt.* Bij beschadiging van de ballon moet deze van de VSD worden losgemaakt en moet de vaginaholte met een gazen kompres sluitend worden gevuld.

Fixeer de VSD met hechtdraad nadat de VSD/ballonset op de juiste positie in het bovenste tweederde deel van de uitgezette vagina van de patiënt is geplaatst: één enkele slag door elk hechtingsoogie van de VSD, vervolgens in het epitheel van de posteriore vaginawand en aan beide zijden lateraal van en boven het hymen in 4- en 8-uurposities, zoals weergegeven in afbeelding 15. Knoop de hechtingen links en rechts vervolgens beurtelings af en houd daarbij de VSD in de vagina stabiel in positie. *OPMERKING: Let op dat u de ballon niet puncteert bij het in positie hechten van de VSD.* Voor deze toepassing wordt 2-0 gecoat Coated VICRYL hechtdraad of een gelijkwaardig resorbeerbare hechtdraad aanbevolen.

*De ballon vullen*

Sluit nadat u de VSD in positie hebt gehecht de bijgeleverde 50 ml spuit aan. *OPMERKING: Na het plaatsen van de VSD moet een katheter worden geplaatst om urineretentie te voorkomen.* Spuit een kleine hoeveelheid omgevingslucht in (zie afbeelding 16) en palpeer vervolgens de gehele lengte van de ballon met een vinger om te controleren of de ballon is ontvouwen en over de gehele lengte van de vagina is geplaatst. Neem de vinger weg wanneer vastgesteld is dat de ballon is ontvouwen en vul de ballon geheel, totdat een vingertop bij de vaginaingang nog net tussen de ballon en de vaginawand past. Het is raadzaam de VSD tijdens het opblazen van de ballon te stabiliseren. De functie van de gevulde ballon is, het meshimplantaat tegen de vaginawand te drukken. De voor het vullen van de ballon benodigde hoeveelheid lucht verschilt van patiënt tot patiënt. *OPMERKING: De ballonvulling mag de maximumwaarde van 90 ml niet overschrijden.* Draai de spuit los van de afsluiter nadat de ballon afdoende is gevuld. De vulling van de ballon moet uit de vagina naar buiten steken en wordt tegen het dijbeen van de patiënt geplakt. Maak de dop vast op de afsluiter van de ballon, zodat gewaarborgd is dat de beoogde hoeveelheid lucht in de ballon constant blijft (zie afbeelding 7). *OPMERKING: Draai de dop niet te strak vast.* Zo nodig moet de ballonvulling op een later tijdstip kunnen worden aangepast, door het ballonvolume met een standaard spuit te vergroten of te verkleinen. De ballon kan op willekeurige momenten worden opgeblazen of met het oog geïnspecteerd om zeker te stellen dat de vulling nog toereikend is. *OPMERKING: Als de patiënt beweegt, kan de ballon zich in de vaginaholte vastzetten en kan de druk schijnbaar hoger of lager worden. Dit is normaal.*

*OPMERKING: Maak de ballon niet los van de VSD voordat de set wordt gebruikt.*

*OPMERKING: Vul de ballon niet voordat hij in de vagina wordt ingebracht.*

*OPMERKING: Als de hechtingsogies van de VSD na het vullen van de ballon zijn verschoven tot meer dan 1 cm boven de hymenring, of als er bovenmatige spanning op de hechtingsogies wordt uitgeoefend, moet de ballondruk worden verminderd en moet, zo nodig, de VSD opnieuw worden gepositioneerd en gezet.*

*OPMERKING: Als er gaten in de ballon zichtbaar zijn of als er andersins lekkage wordt gedetecteerd, of als de ballon na het vullen druk verliest, moet u de ballon NIET gebruiken. Maak de ballon dan los van de VSD en voer hem conform de daarvoor geldende voorschriften af. Gebruik dan in plaats van de ballon een gazen kompres.*

*OPMERKING: Als het aansluitstuk van de ballon van de VSD losraakt, moet het op zijn plaats worden teruggeduwd.*

*OPMERKING: Fixeer de ballonvulling niet in de vagina.*

*OPMERKING: Om beschadiging te voorkomen mag de vullijn nooit aan overmatige buiging, spanning of torsie worden blootgesteld.*

*OPMERKING: Gebruik een gazen kompres als er al een ballon is geplaatst.*

ETH.MESH.02341417

*De ballon en de VSD losmaken*

Verwijder 1 dag postoperatief de ballon na volledige ontluchting met behulp van een standaard spuit. De VSD blijft hierbij in situ. *OPMERKING: Laat de ballon niet langer dan 1 dag in de vagina.*

1) Neem de dop van de ballonafsluiter.

2) Sluit een standaard 10 ml (of grotere) spuit aan op de ballonafsluiter en ontlucht de ballon geheel (zie afbeelding 17). Het is van belang dat de ballon geheel leeg is voordat hij van de VSD wordt losgemaakt. *OPMERKING: De ballon is geheel leeg als de zuiger in de spuit wordt teruggetrokken nadat alle lucht is verwijderd.*

3) Maak de spuit los.

4) Daarna kan de ballon van de VSD worden losgemaakt en uit het lichaam van de patiënt worden verwijderd: trek voorzichtig in caudale richting aan de vullijn, op een locatie dicht bij de ballonafsluiter en ontrem tegelijkertijd met een vinger voorzichtig tegen de VSD. Zie afbeelding 18.

*OPMERKING: Trek de ballon pas terug als hij geheel is ontlucht en als er geen weerstand voelbaar is. Als er wel weerstand optreedt, moet u de oorzaak daarvan bepalen voordat u de procedure voortzet. Voortzetting van het inbrengen of terugtrekken van de ballon tegen weerstand in kan tot gevolg hebben dat de VSD wordt verplaatst en/of dat het weefsel van de vaginaholte letsel oploopt. Overtuig u ervan dat de ballon geheel is ontlucht door de spuit weer aan te sluiten en alle lucht te verwijderen voordat u doorgaat met verwijderen.*

*De VSD uit het lichaam van de patiënt verwijderen*

Verwijder de VSD uit het lichaam van de patiënt, ongeveer 3 tot 4 weken na de operatie, nadat zich afdoende genezing heeft gerealiseerd. Tegen die tijd kunnen de resorbeerbare hechtingen zijn opgelost of hebben zij voldoende aan treksterkte ingeboet om problematisch verwijdering van de VSD, zonder weerstand van hechtmateriaal, mogelijk te maken. *OPMERKING: Het kan nodig zijn, de beide hechtingen door te knippen om de VSD te kunnen verwijderen. OPMERKING: Laat de VSD niet langer dan 4 weken in de vagina.* Verwijder alle restjes VSD-hechtmateriaal. Verwijder de VSD met de hand uit het vaginakanaal, zoals in afbeelding 19 wordt getoond.

*Perioperatieve zorg*

Al naar gelang de gebruikelijke praktijkmethoden van de chirurg kunnen patiënten profylactische antibiotica krijgen. Afhankelijk van de voorkeur van de chirurg kan het geven van antibiotica postoperatief worden voortgezet. Ook kunnen trombo-embolische profylactica worden ingezet.

De chirurg dient uit te leggen wat het doel is van de VSD, die tot vier weken na de operatie in de vagina blijft: het ondersteunen van de vagina tegen de mesh tijdens de genezingsperiode. De patiënt moet ervan in kennis worden gesteld dat de VSD zal worden verwijderd tijdens een postoperatieve controle, ongeveer 4 weken na de operatie. De patiënt moet ervan in kennis worden gesteld dat postoperatieve vaginale afscheiding te verwachten is en dat de VSD iets omlaag kan komen. Wanneer de patiënt merkt dat de VSD omlaag gekomen is, kan zij deze voorzichtig omhoog duwen tot in een meer comfortabele positie. Wanneer echter de VSD aanzienlijk omgezak veroorzaakt, dient de patiënt te worden geadviseerd contact op te nemen met haar arts.

Na ontslag uit het ziekenhuis moet de patiënt worden geïnstrueerd gedurende 3 tot 4 weken inspannende lichamelijke activiteiten te vermijden. Na die periode zullen de bekkenweefsels zich met het meshimplantaat hebben verweven en kan de patiënt de normale dagelijkse activiteiten hervatten. De patiënt moet worden geadviseerd zich gedurende ten minste 6 weken na de operatie te onthouden van seksuele gemeenschap. Op elk moment na de operatie kunnen bekkenbodemoefeningen aanbevolen worden.

**WERKINGSEIGENSCHAPPEN**

Onderzoek bij proefdieren toont aan dat implantatie van een GYNECARE GYNEMESH PS een minimale tot lichte ontstekingsreactie opwekt, die van voorbijgaande aard is en wordt gevolgd door afzetting van een dun laagje bindweefsel dat door de openingen in de mesh kan groeien, zodat de mesh in het naastliggende weefsel wordt opgenomen. De mesh blijft zacht en buigzaam en de normale wondgenezing wordt niet merkbaar belemmerd. Het materiaal wordt niet geresorbeerd en is evenmin onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

**CONTRA-INDICATIES**

- Als GYNECARE GYNEMESH PS wordt gebruikt bij zuigelingen, kinderen, zwangere vrouwen of vrouwen die in de toekomst nog zwanger willen worden, moet de chirurg zich ervan bewust zijn dat de mesh niet noemenswaardig zal meerekken bij groei van de patiënt.

- Het GYNECARE PROSIMA systeem mag niet worden uitgevoerd als er sprake is van zwangerschap, ettervormende infecties of kanker van de vagina, cervix of uterus.

**WAARSCHUWINGEN EN VOORZORGSMAATREGELEN**

- Gebruikers dienen vertrouwd zijn met de chirurgische procedures en technieken samenhangend met reconstructie van de bekkenbodem en met niet-resorbeerbare meshes voordat GYNECARE PROSIMA systemen worden gebruikt.

- Het gebruik van het GYNECARE PROSIMA systeem is niet volledig geëvalueerd voor patiënten met bekkenorgaanprolaps in stadium IV. Gebruik bij deze patiënten wordt daarom afgeraden.

- Voor procedures met het GYNECARE PROSIMA systeem moeten aanvaarde chirurgische methoden worden toegepast, evenals voor de behandeling van geïnfecteerde of verontreinigde wonden.

- Gebruik het GYNECARE PROSIMA systeem niet indien er verdenking bestaat van infectie of besmetting van het te behandelen gebied. Als het meshimplantaat en/of de VSD/ballonset worden gebruikt in besmette gebieden, moet u er rekening mee houden dat bij een eventuele infectie verwijdering noodzakelijk kan zijn.

- De patiënt moet worden geadviseerd gedurende 3 à 4 weken na de operatie geen zware voorwerpen te tillen en/of andere lichamelijke inspanningen te verrichten (b.v. fietsen of joggen), en zich 6 weken te onthouden van seksuele gemeenschap, of totdat de arts het verantwoord acht dat de patiënt haar normale activiteiten hervat.

- Laat de VSD niet langer dan 4 weken in de vagina.

- Laat de ballon niet langer dan 1 dag in de vagina.

- De componenten van het GYNECARE PROSIMA systeem zijn niet bedoeld voor gebruik in combinatie met andere hulpmiddelen dan de in deze bijsluiter vermelde hulpmiddelen.

- Vermijd dat er tijdens de plaatsing overmatige druk- of trekspanning op het meshimplantaat wordt uitgeoefend.

- Gebruik GYNECARE PROSIMA systemen voorzichtig en houd rekening met de anatomische kenmerken van de patiënt, zodat beschadiging van bloedvaten, zenuwen, blaas, darmen en perforatie van de vagina wordt vermeden. Een correct gebruik van de componenten van het GYNECARE PROSIMA systeem minimaliseert de risico's.

- Vul de ballon uitsluitend met omgevingslucht.

- Bevestig door middel van palpatie na het vullen dat de ballon niet lekt. De effectiviteit van de ballon wordt beperkt door volledige ontluchting.

- De ballonwand is dun, zodat de gewenste eigenschappen van de ballon worden gerealiseerd. Door lekken, sneden, keepjes, kreukeling of overspanning van de ballon kan vulvolume verloren gaan. De ballon kan gemakkelijk worden gepenetreerd door naalden of scalpels, of gescheurd door manipulatie met stompe instrumenten. Ga bij het hanteren van de ballon voorzichtig te werk om dergelijke beschadigingen te voorkomen. Een beschadigde ballon mag niet worden gebruikt. Verwijder de ballon in zo'n geval en tamponneer de vagina met een gazen kompres.

- De ballon kan maximaal 90 ml bevatten. Overvul de ballon niet. Overmatige vulling van de ballon kan de patiënt ongemak opleveren, kan oorzaak zijn van weefselnecrose, postoperatieve scheuring van de vaginawand en kan het ontluchten van de ballon verhinderen.

- Gebruik GYNECARE PROSIMA systemen niet bij patiënten die met anticoagulantia worden behandeld.

- Er kan postoperatieve bloeding optreden. Controleer of hiervan symptomen of indicaties waarneembaar zijn voordat de patiënt uit het ziekenhuis wordt ontslagen.

- De patiënt moet worden geïnstrueerd, onmiddellijk met de chirurg contact op te nemen als er sprake is van ongewone pijn, bloeding of andere problemen.

- Hoewel de kans op blaasletsel bij deze techniek gering is, wordt geadviseerd cystoscopie uit te voeren.

- Hoewel de kans op rectaal letsel bij deze techniek gering is, dient digitaal rectaal onderzoek te worden uitgevoerd.

- Bevestig het GYNECARE PROSIMA meshimplantaat niet met behulp van staples, clips of klemmetjes, aangezien het implantaat daardoor mechanische schade kan oplopen.

- Het meshimplantaat mag zich niet in het onderste eenderde deel van de vagina bevinden. Knip het meshimplantaat zo nodig bij tot het overgangspunt tussen het onderste en het middelste eenderde deel van de vaginawand.

- Al naar gelang de gebruikelijke praktijkmethoden van de chirurg kunnen profylactische antibiotica worden toegediend.

**BIJWERKINGEN**

- Mogelijke ongewenste reacties zijn de bij chirurgisch implanteerbare materialen gangbare reacties, zoals verhoogde infectiekans, ontsteking, vorming van adhesies, vorming van fistels, erosie, uitstoting van het implantaat en contractie van het implantaat als gevolg van littekenvorming.

- Ook kunnen de bij reparatie van bekkenorgaanprolaps gangbare reacties voorkomen, zoals pijn bij geslachtsgemeenschap en bekkenpijn. Deze klachten verdwijnen vaak na verloop van tijd vanzelf.

- Tijdens het dissecteren of het plaatsen van het meshimplantaat kunnen zich lekken of laceraties of ander letsels van bloedvaten, zenuwen, blaas, urethra of darmen voordoen. Dit vergt mogelijk operatieve reparatie.

- Bij het dissecteren voor bekkenbodemreparatieprocedures bestaat de kans op verslechtering van de normale mictie gedurende een periode die in lengte kan variëren.

**STERILITEIT**

De GYNECARE PROSIMA systemen zijn met ethyleenoxide gesteriliseerd. Steriliseer elementen van het GYNECARE PROSIMA systeem NOOIT OPNIEUW. Elementen van het GYNECARE PROSIMA systeem mogen NIET WORDEN HERGEBRUIKT. Opnieuw gebruiken van dit instrument (of onderdelen hiervan) kan een risico van productafbraak en kruisbesmetting veroorzaken, hetgeen kan leiden tot overdracht van bloed-overdraagbare pathogenen aan patiënten en gebruikers. Niet gebruiken als de verpakking beschadigd of geopend is. Werp onderdelen van het GYNECARE PROSIMA systeem waarvan de verpakking geopend is altijd weg, ook als het instrument niet is gebruikt.

**AFVOEREN**

Voer de componenten en verpakkingsmaterialen van het GYNECARE PROSIMA systeem af volgens de in uw instelling geldende beleidslijnen en procedures met betrekking tot biologisch gevaarlijk materiaal en afval.

**OPSLAG**

Aanbevolen opslagomstandigheden: regelbare kamertemperatuur en relatieve luchtvochtigheid (temperatuur ca. 25 °C, relatieve luchtvochtigheid 60 %), op veilige afstand van vocht en directe hitte. Gebruik het systeem niet na de uiterste gebruiksdatum.

**Op etiketten en in productdocumentatie gebruikte symbolen**



CE O086
CE-markering en identificatienummer van instantie van aanmelding. Het product voldoet aan de essentiële eisen van de Richtlijn betreffende medische hulpmiddelen 93/42/EEG.

LOT: Lotnummer

Uiterste gebruiksdatum --- jaar en maand

Fabrikant

Niet opnieuw gebruiken of opnieuw steriliseren

Zie de gebruiksaanwijzing

STERILE EO Sterilisatiemethode --- ethyleenoxide

ETH.MESH.02341418



# Gynecare
# PROSIMA™

Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä
Yhdistetty lantionpohjan korjausjärjestelmä

SUOMI

**Lue kaikki ohjeet huolellisesti.**
Ohjeiden laiminlyönti saattaa johtaa laitteiden virheelliseen toimintaan ja potilasvahinkoon.

*HUOMIO:* Yhdysvaltain lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.

Lantionpohjan GYNECARE PROSIMA™-korjausjärjestelmien käyttöön tutustuminen on suositeltua ja koulutusta tähän tarkoitukseen on järjestettävissä. Lisätietoja koulutusohjelmasta saa yhtiön myyntiedustajalta.

## KÄYTTÖTARKOITUS
Lantionpohjan GYNECARE PROSIMA -korjausjärjestelmät ja niiden kanssa käytettävät resorboitumattomat GYNECARE GYNEMESH™ PS Soft Mesh PROLENE™-verkkoimplantit on tarkoitettu käytettäväksi kudoksen vahvistamiseen ja pitkäaikaiseen lantionpohjan sidekudosrakenteiden stabiloinnin joko mekaanisena tukena tai faskiaefektiin tukimateriaalina. Järjestelmät mahdollistavat emätintelineavun tukemisen parantamisprosessin aikana emättimen seinämän laskeuman kirurgisen korjaustoimenpiteen jälkeen tulevin samalla verkkoimplanttien sijoittelotisaa.

## KUVAUS
Anteriorinen, posteriorinen ja yhdistetty lantionpohjan GYNECARE PROSIMA -korjausjärjestelmä koostuu valmiiksi leikatusta GYNECARE GYNEMESH PS -verkkoimplantista ja instrumenteista, jotka helpottavat verkkoimplantin asettamista ja leikkaukseen liittyvää tukemista (kuva 1). Seuraavassa taulukossa on yhteenveto eri järjestelmien mukana toimitettavista komponenteista:

| LANTION-POHJAN KORJAUSJÄR-JESTELMÄ | KOMPONENTIT (kuva 1) | | | | |
|---|---|---|---|---|---|
| | Verkkoimplantti asettimessa (A) | Emätintuki + Palloikokonpano (B ja C) | Anteriorinen sisäänviejä (D) | Posteriorinen sisäänviejä (E) | Ruisku (F) |
| Anteriorinen | 1 | 1 | 1 | | 1 |
| Posteriorinen | 1 | 1 | | 1 | 1 |
| Yhdistetty | 2 | 1 | 1 | 1 | 1 |

Taulukko 1 – Lantionpohjan GYNECARE PROSIMA -korjausjärjestelmän komponentit

### GYNECARE GYNEMESH PS
GYNECARE GYNEMESH PS -verkko on valmistettu puristetusta polypropyleenineulekudoksesta, joka on koostumukseltaan samanlainen kuin resorboitumattomat kirurgiset PROLENE™-polypropyleenimonofilamentit. (ETHICON, I.NC.). Tämän materiaalin ei ole todettu omrebellavana käytettäessä albuuttavan kudosreaktioita ja se pysyy kliinisessä käytössä pysyväti muuttumattomana. Verkko on eritäin valvea, kestävä ja kirurgisesti monikäyttöinen, ja se on niistä-iän huokoinen kudoskavoille. Verkkoon on liitetty siniisiä, yksi-akseisiä PROLENE-kuituja kontrastiraidoitukseen aikaanensaamiseksi. Verkko on valmistettu läipinäläkttaan reduexoidasta yksiaksisesti kuulusta ja kudottu anutilastudella mentetlmällä verkkoksi, joka on noin 50 prosenttia joustavampi kuin normaali PROLENE™-prepyleenitverkko. Verkko on kuottu menetelmällä, joka liittää yhteen jokaisen säkeen haaraan, minkä ansiosta se joustaa molempiin suuntiin. Tämän rakenteen ansiosta verkkoa uudoaan leikata-minkä tahansa muotoiseksi tai kokoiseksi sen risparituuntatta. Molempisuuntaisen joustavuuden ansiosta verkko sopeutuu moniin erityyppisiin kehon rasituksiin.

### Verkkoimplantti
Verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -verkkomateriaalista. Verkkoimplantit on leikattu valmiiksi Y-kirjaimen-muotoiseksi anteriorisen, posteriorisen ja/tai apikaalisen emätintukefektiin korjaamista varten. Katso kuvaa 2. Verkkoimplantissa on laksi nauhaa ja kesäkruuska. Verkkoimplantin proksimaalisessa päässä on-kärkikohelee, jotta se voidaan kiinnittää orrentriangalla verkon liittamisen minimoimiseksi nauhojen sijoittamisen aikana. Distaalipäässä on distaaliteet, mitkä helpottaa verkkoimplantin kohdistamista. Verkkoimplantin nauhoissa on raidat sisäänviejiä varten. Verkkoimplantti on valmiina asettimessa, joka koostuu pinnoittamattomasta Tyvek®-materiaalista ja läpinäkyvästä muovikalvosta ja josta verkkoimplantti on helppo ottaa pois.

### Anteriorinen sisäänviejä
Anteriorinen sisäänviejä on poitilaskohtaiseen instrumentti, joka on tarkoitettu helpottamaan verkkoimplantin nauhojen sisäänvientiä anteriorisiin dissektiotuihin kudoskanaviin. *HUOMAUTUS: Anterioristo sisäänviejää ei ole tarkoitettu kudoksen dissektointiin.* Anteriorinen sisäänviejä on yhtenreopiva verkkoimplantin taskujen kanssa ja sen avulla nauhat voidaan sijoittaa anterioriseti potilaan kummallekin puolelle. Katso kuvia 3 ja 4.

### Posteriorinen sisäänviejä
Posteriorinen sisäänviejä on potilaskohtainen instrumentti, joka on tarkoitettu helpottamaan verkkoimplantin nauhojen sisäänvientiä posteriorisiin dissektoitaihin kudoskanaviin. *HUOMAUTUS: Posteriorista sisäänviejää ei ole tarkoitettu kudoksen dissektointiin.* Vakionaikeen neulankuljetin kiinnitetään posteriorisiin sisäänviejään sisäänvennin stabilonnin helöttermiseksi. Posteriorinen sisäänviejä on yhteensopiva verkkoimplantin taskujen kanssa ja sen avulla nauhat voidaan sijoittaa posterioresti potilaan kummalkein puolelle. Katso kuvaa 5.

### Emätintuki
Emätintuki on potilaskohtainen laite, joka on tarkoitettu tukemaan emätinkudoksia kirurgisen verkon asettamisen ja emättineiden sulkemisen jälkeen. Emätintuen kärki on sen levein osa-ja sitä voidaan leikata. Kun potilas on mitoitettu, emätintuen kokoa voidaan säätää potilaan koon mukaan leikkaamalla määritetyt kärkiosat pois. Emätintuki jätetään paikalleen enintään lkymmnen kolmanteo varten ylemme päan kolmanteen seen 3-4 viikon ajaksi ja postelaan sen jälkeen poistuasta. Katso kuvaa 6.

### Pallo
Pallo on potilaskohtainen laite, joka on tarkoitettu korvaamaan leikkauksenjälkeinen emättimen paanpuilgakkaamateriaali. Pallon täivuutta voidaan säätää emätinkanavan täyttämiseksi ja emätinenisienmäin lähentämiseksi verkkoimplantin.

22

## Pallo
Pallo toimitetaan valmiiksi emätintukeen kiinnitettynä. Kuvassa 7 esitetään tyhjennetty pallo ilman siihen kiinnitettyä emätintukea. Pallo voidaan jättää paikalleen enintään yhdeksi vuorokaudeksi.

### Ruisku
Pallon täyttöä varten pakkaukseen mukana toimitetaan 50 ml:n ruisku.

## OSA 1: TOIMENPIDEPERIAATTEET GYNECARE PROSIMA -JÄRJESTELMÄÄ KÄYTETTÄESSÄ
Lantionpohjan korjaustoimenpiteessä, jossa käytetään GYNECARE PROSIMA -järjestelmää, pyritään korjaamaan lantionelinten leskeuma anatomisesti oikein, pysyvästi ja standardietua menetelmää käyttäen. Laskeuman sijaintikohdista ja kirurgin menetelmistä riippuen kirjaus voidaan tehdä joko anterioreisesti tai posterioresitta puolelta. Kohdunpoisto tai kohdun säilyttäminen voidaan suorittaa samanaikaisesti toimenpiteesä, jossa käytetään GYNECARE PROSIMA -järjestelmää. Jos indikoitu, ponnistusinkontinenssin perinealinen korjaus tai virtsaputkenalaisen tukinauhan asettaminen voidaan suorittaa samanaikaisesti GYNECARE PROSIMA -järjestelmää käytettäessä. Hiippuisan tasoa tai peittäjälihaksen pokkii virtsaputken atapuolelle sijoitettavaa tukinauhaa voidaan käyttää.

Leskeuma korjataan sijoittamalla yksi tai kaksi verkkoimpplantia emättimen kuautta. Kirurginen toimenpiteen jälkeen emätintukli ja täytettävä pallo sijoitetaan emättimeen kaan miittaamista varten ja emätintukli onmellaan paikalleen, jolloin se tukee emätintä ja verkkoimpplanttia kudoksen sisäänkavun aikana. Kun pallo on täytetty, se korvaa perinteisen pumpullimateriaalin täyttämällä emätinonlelon ja lähentämällä verkkoimplantin emättimeen. Toimenpiteen jälkeinen päivänä pallo tyhjennetään ja poistetaan emättimestä-emätinkudos irrottamatta. Emätintukli jätetään paikalleen enintään 4 viikoksi toimenpiteen jälkeen, joka aikana kudos kasvaa-sisään verkkoimplanttiin.

## OSA 2: GYNECARE PROSIMA -JÄRJESTELMÄN MENETELMÄT
Perinteisen kirurgisen lantionelinten laskeuman korjaustoimenpiteen jälkeen korjattu kudos-altistuuu vatsaontelonsisäiselle paineelle potilaan likkuessa, yskiessä, oksentaessa ja suolliston tyhjennyksen aikaan ponnistukeen yhteydessä. Vatsaontelonsisäisen paineen nuosut virvat halitaa paraenmisprosenssia ja johtaa kirurgin toimenpiteen epäonnistumiseen ja laskeuman uudelleenesiintymiseen. Vahvistamalla emättimen korjaustoimenpidettä verkkoimplantilla ja tukemalla emätintä emätintuella 3–4 viikon ajan toimenpiteen jälkeen, GYNECARE PROSIMA -järjestelmä vähentää kirurgisen toimenpiteen epäonnistumisen mahdollisuutta ja laskeuman uudelleenesiintymistä.

Anteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin nauko sijoitetaan sitä kiristämällä virtsarakon ja emättimen ylemmän kolmannekseen välin-nän, että se ulottuu lateraalisesti lantioklavun pinnarakaseen tasolle. Posteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin nauko sijoitetaan-sitä kiristämällä peräsuolen ja emättimen ylemmän kolmannekseen välin-nän, että se sopii lateraalisesti peräsuolen-koheritajalihaksen pääle. Verkkoimplantin rungon kärkiosaan on tarkoitus ulottua emättimen kärkeen. Anteriorisesti verkkoimplantti voidaan kiinnittää esivesikaalisen kudoskeen tai kohdunkaulan. Posteriorisesti verkkoimplantti voidaan kiinnittää esirektaalisen kudoksen tai kohdunkaulan.

Emätintukli tukee emätinkudosta kirurgisen toimenpiteen jälkeen ja edistää emätinkudosten lähentymistä verkkoimplantiin, kunnes kudoksen sisäänkasvu alkaa. Kudoksen sisäänkasvu verkkoomplantin tapahtuu 3–4 viikon aikana toimenpiteessä. GYNECARE PROSIMA -järjestelmää käytettäessä ei kudosta tarvitse dissektioda lantio-ontelon ulkopuolella ja sikä onnistamatta ja instrumenteja vieda sisään peittäjäilhaksen aukon ja ristiluu-sebääänkosteen kautta, mikä pienentää kirurgista toimenpidettä.

### Kohdunpoisto
Kirurgi päättää, onko potilaalta poistettava kohta samanaikaisesti toimenpiteen aikana. Kun kohtu poistetaan, peräsuoli-kohtuyoluteteen sulkeminen suositellaan, jotta verkkoimplantti ei pääse koskettukseen suolen kanssa. "T"-viilloskulomanta on välttäistävä, silla se lisää verkon-osentalivoon riskiä. Jos kohdunpoisto tehdään samanaikaisesti joko anteriorisen ja/tai posteriorinen korjaustoimenpiteen yhteydessä, kohdunpoiston avuaulistta on-suljettava ennen pokittain ja sitten korjausviillot on tehtävä iin, että ne eivät kosketa ennenin suljettua kohdunpostovolittua. Tämä tehdään "T"-viillon välttämiseksi.

### Kohdun säilyttäminen
GYNECARE PROSIMA -järjestelmä sopii käytettäväksi tilanteissa, joissa kirurgi tai potilas on päättänyt, että kohtua ei poisteta.

### Emätinviillot
Emätinviillot GYNECARE PROSIMA -järjestelmissä käytettäessä ovat samat kuin kirurgien käyttömät avausviillot tavallisissa emättimen korjaustoimenpiteissä. Viillot on tehtävä koko emättimen seinämän syvyydeltä verkon suojaamiseksi.

### Verkkoimplantin sijoittaminen
Emätinkalpäa verkkoimpplantta ja paikoillaan kudoksen sisäänkasvun aikana. Tästä syystä verkkoimplantin nauhoja ei tarvitse kiinnittää paikoilleen. Verkkoimplantin käärioa voidaan kiinnittää sidekudoskvoon emättimen seinämän kajeen hellättajälla ongeleella, esim. 2-0 MONOCRYL™ (poligliakapron 25) tai pinoitettu 2-0 Coated VICRYL™ (polyglaktiin 910). Emättimeen epiteeliä ei saa ommella kiinni verkkoimplantiin.

### Emättimen suojaaminen
Lisällistä emättimen epiteelin puistamista tai leikkaamista on välttävää. Kudoksen vetäytymistä voi tapahtua toimenpiteen jälkeen ja he keentyvyt emättimeen kapasiteetti voi olla haitallista, mikäli liian paljon emättimen epiteeliä on poistettu.

### Emätintuen kolme tasoa
Emätinkorjaustoimenpiteessä on kolme eri tukitasoa, GYNECARE PROSIMA -järjestelmä on tarkoitettu käytettäväksi tasojen I ja II tukitoimenpiteisiin seuraavasti:

**Taso I – Suspensio ja tuki** (emättimen sisempi kolmannes)
Emättimen sisempää kolmannesta (mukaan luoken pohjakka kohdunpoiston jälkeen) ja kohtua tukee kaksi mekanismia. Ensiksi kohtua ja emättimen ylavaaa tukevat kohtuan vieruskudos-(kardinaali- ja ristiluu-kohtusiteet) ja emättimenvieruskudos (paracolpium). Nämä kudokset toimivat kanaalinsidokekin taualla, roppuvat peritoreumiin sidekudoskalvo-sta, suoli-restilueviiletstä ja lateraalisesta ristiluusta ja kiinnittyvät emättimen sisempään lateraaliseen kolmannekseen seka kohdunkaulan posterio-lateraalisesti puolelle. Toisaalta kohtua ja emättimen ssempää-osaa

tulee epäsuorasti kohottajalevy, joka muodostuu oikean ja vasemman peräaukon kohattajalihaksen yhdistymisestä peräsuolen ja häntäluun välissä. Kohdun ja emättimen laskeuman esiintyy näiden suorien ja epäsuorien tukimekanismien toiminnallisten seurauksena. Tässä yhteydessä esiintyy todennäköisesti lantionpohjan lihaston ja kohdun viereskudoksen ja ssempien emättimenpenkoen kohottajalihaston heikkuutta. Tavoit laskeuakorunkujan tarkoituksena on aikaansaada suora ja epäsuora tukimekanismi. GYNECARE PROSIMA -järjestelmässä käytetään verkkoimplantin nauhoja, jotka asetetaan kumpaankin sisempään pehityslihaksen ja sen päällä sijaitsevan parietaalikudoksen anteriorisessa emätinkorjaustoimenpiteessä ja risituu -sdkärankaistulen posteriorisessa emätinkorjaustoimenpiteessä. Näin emättimen yläosaa ja kohtua kannatellaan suoraan ja epäsuorasti laajalta alueelta verkkoimplantin avulla.

## Taso II – Lateraalinen kiinnittäminen (emättimen keskiosa)

Lantiokalvon jännekaari kiinnittää emättimen keskiosan lateraalisesti ja suoraan lantion sivuseinämään lihaksiin. Tällä kiinnitystasolla anteriorinen ja posteriorinen emättimen seinämä venytetään oikean ja vasemman lateraalisen kiinnityskohdan välillä. Tason II laskeuman korjaukselta pyritään kiinnittämään lateraalinen emättimen heikkouta uudelleen lantion sivuseinämän lihaksiin. Emättimen keskikohdan defektit vaativat myös tason II tukee. Kun toimenpiteessä käytetään GYNECARE PROSIMA -järjestelmää, emätin kiinnitetään uudestaan lantion sivuseinämän lihaksiin ja sidekalvo tukee myös keskiosaa kudoksen sisäänkasvun jälkeen.

## Taso III – Fuusio (emättimen ulompi osa)

*HUOMAUTUS: Tätä aluetta ei tarvitse dissektoida GYNECARE PROSIMA -järjestelmää käytettäessä.*
Tasolla III emättimen ulompi osa yhdistyy anteriorisella puolella perineaalikalvon ja virtsaputken kanssa. Posteriorisella puolella emättimen alaosa yhdistyy perineaalikudoksen ja perineaalisen keskiön kanssa. Kudokset korjataan tällä alueella ilman verkkoimplanttia, sillä sitä ei ole tarkoitettu käytettäväksi emättimen ulommassa osassa. GYNECARE PROSIMA -järjestelmällä ei hoideta tason III tukidefektejä, vaikka ne voidaan käsitellä samanaikaisesti esim. perineorrafialla.

## OSA 3: KÄYTTÖOHJEET
*HUOMAUTUS: Tämän asiakirjan alussa olevia kuvia on seurattava tätä osaa luettaessa.*

### Kirurgisen toimenpiteen valmistelu
GYNECARE PROSIMA -järjestelmää käytettäessä toimenpide voidaan suorittaa yleis- tai paikallispuudutuksessa kirurgin, nukutuslääkärin ja potilaan toiveiden mukaisesti.

Potilas on asetettava selinmakuulle pakarat jonkin verran leikkauspöydän ulkopuolella ja lantiot kuodistuksissa. Virtsarakko voidaan tyhjentää kirurgin harkinnan mukaisesti. Katetri tarvitaan ennen potilaan tähtiämistä ja se voidaan asettaa paikalleen tässä toimenpiteen vaiheessa.

### GYNECARE PROSIMA -järjestelmän kohdunpoiston jälkeisissä toimenpiteissä
**Anteriorinen emätinkorjaustoimenpide**
Kun aloastetaan anteriorinen emätinseinämän valmistusta tarvitaan, aikaastaan anteriorista lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää tulisi käyttää. Tähän kuuluu yksi verkkoimplantti ja entyisesti tarkoitusta varten suunniteltu anteriorinen sisäänviejä, jota käytetään anteriorisessa emätinkorjaustoimenpiteessä. Kun tarvittavat emätinviillot ja dissektiot on tehty, aikaansaadaan kudoskanavat anteriorisella puolella verkkoimplantin hihoujen sijoittamiseksi anteriorista sisäänviejää käyttäen. *HUOMAUTUS: Anteriorista sisäänviejää ei saa käyttää kudoksen dissektiointiin.*

#### Anteriorinen emätindissektio
Anteriorinen emätinegiesti irrotetaan virtsarakosta. Dissektoi emättimen seinämä koko paksuudeltaan. Tämä dissektio pitäisi suorittaa epitelialisena hydrodisektiona. Emättimen seinämän pinnan dissektiota tai emättimen seinämän erottaminsta kudoksi kerroksista on viltettävä. Tämä voi johtaa hyvin ohuen emättimen seinämään ja haittaa emättimen seinämän verenkiertoa ja lisätä verkkoimplantin esiintuloa. Jatka dissektiota lateraalisesti lantion sivuseinämää ja istuinluun kärkeä kohti.

#### Anteriorisen kanavan dissektio ja verkkoimplantin sijoittaminen
Tässä kuvataan dissektio, jossa luot kanavat verkkoimplantin nauhoille ensin potilaan oikealle puolelle ja sen jälkeen vasemmalle puolelle. Nämä kanavat aikaansaadaan sitä syytä, että verkkoimplantti voidaan sijoittaa niin, että nauhojen distaaliosat voat tason tarkan sivuseinämässä ja tunnistamalla istuinluun kärki potilaan kummaltakin puolelta. *HUOMAUTUS: Tämä dissektio voidaan vaihtoehtoisesti aloittaa sisäällä käyttäen "työntö-levitysmenetelmää", jossa saksien kärjet pysyvät koko ajan istuinkärjen anteriorisella puolella.* Dissektoi kudos aluksi oikean verkon ja sitten vasemman istuinluun kärkeen asti. Kun kontakti istuinluun kärkeen on saavutettu, etusenmella aikaansaadaan tila anterioriselle puolelle istuinluun yläpuolelle. Katso kuvaa 8A. Tämän dissektion vaurita on suorassa kulmassa lantion sivuseinämään ja aikaansaa noin 2 cm levein ja 3 cm korkean tilan. Anteriorisessa dissektiossa ei dissektoida istuluu- selkärankaosteita. Tämä dissektio aikaansaa kanavan istuinkärjen yläpuolelle anteriorisella puolella ja lantiokalvon jännekaaren, sisemmän pehtäjälihaksen ja sen seinämänsidekudoskalvon yläpuolelle. Suorita sama dissektio potilaan vasenmalle puolelle.

Esivetäkäisyskudosta ei tarvitse poimuttaa. Jos ne poimuutetaan, aimaosittain kudoksen keskiosa poimutetaan. Tällä osuellaan dissektioidaan alueen tekeminen liian kapeaksi. Suorita verkkoimplantti esivetäkäisyn kudoksen päälle niin, että nauhojen taskut osoittavat ylöspäin. Jos verkko kiinnitetään, se on tehtävä kiinnitystrollien avulla. Verkkoimplantin orionmi, esim. 2-0 MONOCRYL tai pinnoitettu 2-0 Coated VICRYL, emättimen kaikeen ja pujottamalla ommel verkkoimplantin kärkisidekkkeen läpi. Ommel voidaan solmia kireni potilaan sijoittamisen aikana. Verkkoimplantin distaaliosien kiinnittäminen on valineasta ja se voidaan suorittaa esim. 2-0 MONOCRYL-tai pinnoitetulla 2-0 Coated VICRYL -ommellanella.

Sijoita verkkoimplantin nauhat anteriorista sisäänviejää käyttäen anteriorisen dissektion aikaansaamiin oikean- ja vasemmanpuoleisiin istuinluun yläpuolella (edellä kuvatun mukaisesti). *HUOMAUTUS: Anteriorisen sisäänviejän koorvrat pääli käästetyllä vastakkaisella suunnilla ja kummassakin pääti ssä on sijaitsuuntaisu osoittavat nuolet.* Nuolen osoittaessa potilaan oikealle puolelle anteriorisen sisäänviejän kärki tulisi suunnata verkkoimplantin taskuun (kuva 8B) potilaan oikealla puolella. *HUOMAUTUS: Kiristäminen voi auttaa pitämään anteriorisen sisäänviejän taskussa.* Pidä anteriorista sisäänviejää pysyssenä niin, että instrumentin kaarevaosa on emättimen posteriorista seinämää vasten. Työnnä anteriorista sisäänviejää (kuva 8C), kunnes kärki koskettaa istuukn kärkeä. Katso kosketus istuinluun kärkeen varmistaa, että instrumentti on oikein. Tämä aikaansaadaan sijoitamalla anterioreen sisäänviejä kummassakin päältä osoittaen ylöspäin. Jatka ohjaamista tunnustalaan puolen viiden kanssa ylöspäin ja istuinluun kärken itä kohti. Kun sisäänviejä on sijotettu, siirrä kahvaa alaspäin niilen vastakiuritaseen asentoon samalla, kun kohalla koneihän kärkeä tukemaan emätintä. *HUOMAUTUS: Virtsarakon sisuun työntäminen kiruegisella vakiinstrumentilla voi auttaa sisäänviejän ohjaamista kanavaan.* Haluttaessa etusenmaa voidaan käyttää ohjaamaan kanavassa ohjaamaan anteriarinen sisäänviejä isoihin hãjyhuahiin vastakkaisella puolella ennen kahvan laskemista. Sisäänviejän varovaansi tyyntäminen ylöspäin varmistaa, että nauhojen taskut ovat oikealla paikoillaan ja verkkoimplantin kärksoa on emättimen kärkeä vasten. *HUOMAUTUS: Jos nauhojen sisäänviemin aikana tuntuu vastusta, määritä vastuksen syy ennen toimenpiteen*

---

*jatkamista. Sisäänviejän työntämisen eteenpäin tässä tapauksessa voi johtaa verkkoimplantin vaurioon tai sen työntämisen liian pitkälle, mikä voi vaurioittaa kriittisiä kudosrakenteita.*

Anteriorinen sisäänviejä poistetaan nostamalla kahva takaisin pystyasentoon ennen sen poisvetämistä ja jättämällä nauha kanavaan. *HUOMAUTUS: Jos ensimmäinen nauha kokonaan sisään. HUOMAUTUS: Jos anteriorinen sisäänviejä vedetään pois ennen kuin verkkoimplantin nauha on kohteessa, nauha on poistettava, ladattava uudestaan ja vietävä uudestaan sisään.* Suorita toimenpide potilaan vastakkaisella puolella kääntämällä anteriorinen sisäänviejä toisinpäin ja viemällä päät, joka osoittaa potilaan vasenta puolta kohti toiseen taskuun. Kuvassa 8D esitetään molemmat nauhat paikoillaan sijoitettuina. *HUOMAUTUS: Toisen nauhan sijoittamisen aikana on varoittava liikuttamasta verkkoimplanttia ja varmistettava, että verkkoimplantti Ei ole väletynyt.*

Sijoita verkkoimplantin nuoin löysälle alla olevan emätinkudoksen päälle. Nuogon ja nauhojen toittamista tai väärtämistä on väletävä. Verkkoimplantin rankoa voidaan puutua leikkaaman emättimen kortaa tai lateraalisesta dissektiotaatista niigepan. Emätinepiteeliä voidaan leikata, mutta lääliitsta emätinepiteelin poistamista on väletävä. Sulje epiteeli verkkoimplantin päälle ilman lisatätäisiä ompeleita (kuvataan alta, kuva 8E). Verkkoimplantin loppullinen sijainti anteriorisella puolella esitetään kuvassa 8F.

*HUOMAUTUS: Varmista, että hemostaasi on saavutettu ennen emätinviillon sulkemista ja sen sulkemisen jälkeen.*

Sulje emätinviillot ilman limittäisiä tai kaihdetakko-ompeleita. Tämä estää emätinepiteelin devaskularisaatiota vitskoidassa ja vähentä verkon eroosoida. Suositellamme epiteelin sulkemista kahdessa kerroksessa vahtoilerm vahan ommelrin aikaansaamilosin emätinviillossa. Sulje alempi kerros jatkuvilla epitsanskola eti ei limittäisillä ompeleilla kyttäin esm. 2-0 MONOCRYL-tai antibaxrceorist ä MONOCRYL Plus™ -ommellarerilla (goikglokapoont 25). Sulje epiteeli sitten si limittäisiä jatkuvilla pisto-ompeleilla käyttäen esim. pennaitetaa 2-0 Coated VICRYL-tai pinnoittesaa antibakteerista Coated VICRYL Plus™ -ommelanetta (polyglaktin 910). *HUOMAUTUS: Verkkoimplantti sijoitetaan emättimen yläosaan, eikä verkkoimplanttia saa leikata sisenmään kokonaineksen alapuolelta.* Jos kylostupsua ei ole viela suoritettu, suoritamisme sitä virtsaraideen saurniden poissulkemiseksi.

Vaihtoehtoisesti emättimen seinämä voidaan sulkea yhtenä kerroksena. Sulkuritoimenpiteessä voidaan käyttää si-limittäisiä pisto-ompeleita tai yksittäisiä ompeleita esim. pinnoitettua 2-0 Coated VICRYL-tai pinnoitettua 2-0 Coated VICRYL Plus -ommelanetta.

### Posteriorinen emättimen korjaustoimenpide
Kun aloastaan posteriorinen emätinseinämän vahvistusta tarvitaan, käytä ainoastaan posteriorista lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää. Siihen kuuluu yksi verkkoimplantti ja entyisesti posteriorisen emätinkorjaustoimenpiteeseen tarkoitettu posteriorinen sisäänviejä. Kun tarvittavat emätinviillot ja dissektiot on tehty, aikaansaadaan kudoskanavat posteriorisella puolella verkkoimplantin nauhojen sijoittamiseksi posteriorista sisäänviejää käyttäen. *HUOMAUTUS: Posteriorista sisäänviejää ei saa käyttää kudoksen dissektiointiin.*

#### Posteriorinen emättimen ja kanavan dissektio
Imota posteriorinen emätinegiiesti peräsuolen etuusan kudoksesta. Kuten anteriorisen emättimen seinämän kohdalta, posteriorinen emättimen seinämä dissektoidaan sen koko paksuudelta. Tämä dissektio pitäisi suorittaa epitelialisiaa hyjdrodisektiona. Jatka dissektiota lateraalisesti kummallakin puolella perinaalen kohattajallihaksen istuinluun kärjen tasolla. Jatka dissektiota kummankin kohottajalihaksen läpi niistuu selkäkerintarikesseem, mutta ei niiden läpi, aikaansaaden kanavat, joihin verkkoimplantin nauhat sijoitetaan. Katso kuvaa 9A.

Puttaalle esiintyvän antervoelen hallinta on valineista, mutta jos se suoritetaan, se voidaan suorittaa tässä vaiheessa toimenpiteitä kirurgin harkinnan mukaisevit.

#### Posteriorisen verkkoimplantin sijoittaminen
Peräsuolen epuaattista kudosta ei tarvitse poimuttaa. Jos perisuolen etupuolinen kudos poimutetaan, ainoastaan perisuolen etupuolisen kudoksen keskiosa poimutetaan. Tällä esteta taän dissektoidun alueen tekeminen liian kapeaksi. Sijota verkkoimplantti perisuolen etupuolisen kudoksen päälle niin, että nauhojen taskut osoittavat ylöspäin. Jos verkko kiinnitetään, se on tehtävä tätä varten suunnitelluilla kiinnitystrollien avulla esim. 2-0 MONOCRYL tai pinnoitettu 2-0 Coated VICRYL, emättimen kaikeen ja pujottamalla ommel verkkoimplantin kärkisidekkkeen läpi. Ommel voidaan solmia kireni tässä vaiheessa tai nauhojen distaaliosien kiinnittäminen on valineasta ja se voidaan suorittaa esim. 2-0 MONOCRYL-tai pinnoitetulla 2-0 Coated VICRYL -ommellanella.

Sijoita verkkoimplantin nauhat posteriorista sisäänviejää käyttäen dissektion aikaansaamiin oikean- ja vasemmanpuoleisiin kanaviin kumpaankin istuluu-selkärankaistellä kohti (edellä kuvatun mukaisesti). Tarta posterioriseen sisäänviejään suoralla neulankiirittoteella kuvan 9B mukaisesti. *HUOMAUTUS: Aseta neulankiirittinen kärki posteriorisen sisäänviejän suoraan lovelliseen päähän.* Varmista, että kiinnitetty posteriorinen sisäänviejä on samassa linjassa neulankiirittinen kahvan kanssa. Työnnä posterioriesen sisäänviejän kärki potilaan oikeaällä puolella oieviin olevaan lihnatalakuun (kuva 9B). Ohjaa posteriorinen sisäänviejää nyt nauha ladatuena aiammin aikaansaadun kudoskanavaan (kuva 9C) neulankiirittimen kahvan olleva pystysuunnassa. Aseta nauha koko pituudeltaan kanavaan niin, että nauhan alaosa sidekudoskirskton ylsosaa. *HUOMAUTUS: Vie neulanmeistinin nauha kokonaan sisään. Jos sisäänviejä vedetään pois ennen kuin nauha on kohteessa, nauha on poistettava, ladittava uudestaan ja vietävä uudestaan sisään. HUOMAUTUS: nauhaa ei saa vittä liian syvälle kriittisten kudosrakenteiden vaurioiden estämiseksi.* HUOMAUTUS: Jos nauhojen sisäänviemin aikana tuntuu vastusta, määritä vastuksen syy ennen toimenpiteen jatkamista. Sisäänviejän työntäminen eteenpäin tässä tapauksessa voi johtaa verkkoimplantin vaurioon tai sen työntämisen liian pitkälle, mikä voi vaurioittaa kriittisiä kudosrakenteita. Vedä posteriorinen sisäänviejä pois sisäänvietirittä pitkin ja nauha jätetään kanavaan. Nauhat kiristetään ristilsuu, niin että perentni niistä. Älä sijoita ompeleita ristilssu-selkäankaistoksiin. Toinen nauha sijoitetaan potilaan vasemmalle puolelle toistamalla toimenpide. Kuvassa 9D esitetään molemmat nauhat paikoillaan sijoitettuina. *HUOMAUTUS: Toisen nauhan sijoittamisen aikana on varoittava liikuttamasta ja verkkoimplanttia ja sen varmistettava, että verkkoimplantti Ei ole väletynyt.*

Sijoita verkkoimplantin nuoho löysälle alla olevan emätinkudoksen päälle. Vältä verkkoimplantin nuogon ja nauhojen taittamista tai väärtämistä. Verkkoimplantin rankoa voidaan leikaamaan emättimen kuotaa tai lateraalisesta dissektiotaatista niigepan. Posteriorisen seinämän emätinepiteeliä voidaan leikata, mutta lisäiitsa emätinepiteelin poistamista on väletättava. Sulje posteriorinen emätinseinämän epiteeli verkkoimplantin päälle ilman limittäisiä ompeleita (kuvataan alta). Verkkoimplantin loppullinen sijainti posteriorisella puolella esitetään kuvassa 9E.

*HUOMAUTUS: Varmista, että hemostaasi on saavutettu ennen emätinviillon sulkemista ja sen sulkemisen jälkeen.*

ETH.MESH.02341420

Sulje enätinviillot ilman liennitäisiä tai kahdeksikko-ompelleta. Tämä esitä enätinepitteen desvaskularisaatio vitäukohdassa ja vähentää verkon eroosita. Suositelemme epitelin sulkemista kahdessa kerroksessa suhteellisen vahvan ommelsteinön aikaansaamiseksi enätinviillon a. Sulje alempi kerros jatkuvilla epitelinsäanella ei liennitäisiä ompelilla käyttäen esim. 2-0 MONOCRYL- tai ansitroksesta 2-0 MONOCRYL Plus -ommelanenta. Sulje opiteoli sitten ei-liennitäisiä jatkuvilla pisto-ompelilla käyttäen esim. pinnoitettua 2-0 Coated VICRYL- tai pinnoitettua 2-0 Coated VICRYL Plus -ommelanenta. **Verkkoimplantti sijoitetaan enätintiseen sisempään osaan, eikä verkkoimplanttia saa leikata sinemällä kolmannekseen alaupuolelta.** Toimenpiteen jälkeen on suoritettava tuseeraus rektaalivaurioiden poissulkemiseksi.

Vaihtoehtoisesti enätintimen seinämä voidaan sulkea yhtenä kerroksena. Sulkutaimenpiteessä voidaan käyttää ei-liennitäisiä pisto-ompelleta tai yksittäisiä ompelleta esim. pinnoitettua 2-0 Coated VICRYL- tai pinnoitettua 2-0 Coated VICRYL Plus -ommelanencta.

**Yhdistetty anteriorinen ja posteriorinen enätintimen korjaustoimenpide**
Kun enätintimen seinämä on tuectiava sekä anteriorisesta että posteriorisesta puolella, käytetään yhdistettyä lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää. Tähän kuuluu kaksi identtistä verkkoimplanttia, yksi anteriorista korjausta ja toinen posteriorista korjausta varten. Käytä ainoastaan kaanema anteriorisia sisäenäjää anteriorisen puolen korjaukseen ja ainoastaan suursa posteriorista sisäenäjää posteriorisen korjaukseen. Suorita anteriorinen ja posteriorinen enätintimen korjaustoimenpide yllä kuvatulla tavalla. Suositelemme, että anteriorinen toimenpide suoritetaan ensin. Verkkoimplanttien liopulinen sijainti anteriorisella ja posteriorisella puolella esitetään kuvissa 10. Kun toimenpide on suoritettu, kystoskopiaa suositellaan virtuoiden vaurioiden poissulkemiseksi. Tuseeraus on suoritettava rektaalivaurioiden poissulkemiseksi.

**GYNECARE PROSIMA -järjestelmän käyttö, kun kohtua ei poisteta (kohdun ripustus)**
Jos laskeuman sisältävää kohtua ei poisteta, verkkoimplanttien kärkikieleke kiinnitetään kohdunkaulaan. Verkkoimplantti kiinnitetään kohdunkaulaan häpyluu-kohdunkaulan renkaan tasolla anteriorisen tai posteriorisen enätintimen korjaustoimenpiteen aikana.

Kun kohtua ei poisteta anteriorisen enätinkorjaustoimenpiteen aikana, häpyluu-kohdunkaulan rengas otetaan esin anteriorisen enätintimen olsielton aikana. Sijoita 2-0 PROLENE -ommel tukevasti kiinni häpyluu-kohdunkaulan renkaan anteriorselle puolelle. Sama-ommel kiinnitetään verkkoimplantin kärkikielekkeen läpi, kielekkeen PROLENE-ommel solmutaan seinjälleen, kun verkkoimplantin nauhat ovat paikoillaan. Tämä kiinnitäisiä verkkoimplantin kohdunkaulan anteriorselle pinnalle häpyluu-kohdunkaulan renkaan tasolla ja varmistaa, että verkkoimplantti kaajenee enätintimen kanssa, kun enätintuki on sijoitettu asianmukaisesti.

Kiinnitä posteriorisessa korjaustoimenpitessä verkkoimplantti posteriorisen kohdunkaulan häpyluu-kohdunkaulan renkaan tasolle tai yläpuolelle. Peräsuoli-kohtsysrälevs voidaan avata, kun verkkoimplanttia kiinnitetään kohdunkaulaan. Sulje vatvakalvo tämän ompelun yläpuolelta sen esläseiseksi, että sauli ei kiinnity verkkoimplanttiin, ja kun kirurgi käänty olla avaamatta peräsuoli-kohtsysräluontelja, häpyluu-kohdunkaulan rengas tulee esin posteriorisen enätintialsielton aikana. 2-0 PROLENE -ommel sijoitetaan tukevasti kiinni häpyluu-kohdunkaulan renkaan posteriorselle puolelle. Sama-ommel kiinnitetäslen verkkoimplantin kärkikielekkeen läpi, PROLENE-ommel sidotaan sen jälleen, kun verkkoimplantin nauhat ovat paikoillaan. Tämä kiinnitäisiä verkkoimplantin kohdunkaulan posteriorselle pinnalle häpyluu-kohdunkaulan renkaan tasolle.

Kun verkkoimplanttejä käytetään sekä anteriorisen että posteriorisen enätinkorjaustoimenpiteseen, ne on kiinnitettävä kohdunkaulan anteriorselle ja posteriorselle puolelle yllä kuvatun mukaisesti (kuva 11).

**Verkkoimplantin hygienia**
Huolellte enätinviillojä kirurgisen toimenpiteen aikana keittosolaluokselta. Mäanroi verkkoimplantin käsittely ja huolellittä asianmukaisesta hygieniasta.

**Enätintuen ja pallon sijoittaminen**
Kun toimenpide on suoritettu, sijoita enätintuen oikeankokoinen enätintuki ja pallo, ja ompele ne paikalleen isteomison estämiseksi. Enätintuersta on saatavana kolme eri kokoa (pieni, keskikokoinen ja suuri) ja kirurgi voi räätälöidä sen potilaan enätintimen pituuden mukaan seurasavasti.

*Enätintuen soviettaminen ja leikkaaminen*
Enätintuki toimitetaan suurimmassa mahdollisessa koossa. Potilaalle sopivankokoinen enätintuki mitataan käyttämällä enätintukea itsäään koon arviointiin. Suurikokoinen enätintuki sijoitetaan enätintimeen laajenetan kärjen ja enätintimen ulkoaukon välein. Enätintuki viedään enätintimen suriltamalla ven leviemiläan kohtaan ja taivutetamalla se pituussuunnassaan niin, että pallo osoittaa yläspäin (kuva 12). Enätintuen levein osa viedään sisään ensin niin, että remetintuki sijoittuisi juuri enätintimen ulkoaukon yläpuolelle. **HUOMAUTUS: Palloa ei saa irrottaa tai vaurioittaa enätintuen kuon mittaamisen aikana.** Enätintuki on olke pitkokoinen, kun se sopii kunevfla laajennetun enätintimen sivempään kolmannekseen niin, että distaalpääsä ja ommelenät ovat 1 cm enätintimen ulkoaukon yläpuolella (kuva 13).

Jos suuri koko sopii, enätintukea ei tarvitse leikata. Jos potilaalla käytetäsan keskikokoa, ylära poistetaan varovasti leikkaamalla käyttäen ainoastaan kaerevien Mayo-saksien kärkiä ja leikkaamalla ylössa piennistä osina varmistaen samalla, että leikkauseuera on tarosen. Leikkauskaufela jää kön mustemialdien mukainen ei minimoidiiin haudellsisesti. **HUOMAUTUS: Enätintuki on mitoitettava eritäin huolellisesti. Kun enätintuki on leikattu, sitä ei voi palautaa suurempaan kokoiseksi eikä leikattujä osia kiinnittää uudelleen.** Sinä pallo pois teltä leikkaamisen ajaksi (kuva 14). **Palloa on varottava vaurioittamasta enätintuen leikkaamisen aikana.**

Jos keskikoko on sopiva, enätintukea ei tarvitse leikata enempää. Jos pientä kokoa halutaan käyttää, jäljellä oleva leikattava osa poistetaan yllä kuvatun ohjeiden mukaisesti. Sinä pallo pois teltä leikkaamisen ajaksi sen vaurioitumisen estämiseksi.

Kun enätintuki on mitoitetsu oikein ja pallo sinetty takaisin paikalleen, kokoonpanoo voidaan viedä sisään potilaan enätintimeen. **HUOMAUTUS: Pallon perforointia minimoimiseksi mitään instrumentteja ei saa käyttää apuna enustamaan enätintuen tai pallon sijäänvieirtä.** Jos pallo vaurioituu, poista se enätintuersta ja käytä pumpulimateriaalia enätintiöontelon täyttämiseen.

Kun kokoonpano on sijaietäu asianmukaisesti potilaan laajennetun enätintimen sivempään kolmanekseen, kiinnitä enätintuki paikalleen yhdellä ompelleilla kummankin ommelesion läpi posteriorseen enätintimen seinämän epiteolen. Iaterialisesti ja enätintimen ulkoaukon yläpuolelle molemmille puolille kurson 15 mukaisesti kle 4.00:n ja 8.00:n kohdalle. Sidon oikean- ja vasemmanpuoliset ompelleit vuoroellaan pitäen enätintukea tukevasti paikoillaan enätintimessä. **HUOMAUTUS: Palloa ei saa puhkaista, kun enätintukea ommellaan kiinni paikalleen.** Kiinnitämiseen suositellaan pinnoitettua 2-0 Coated VICRYL -ommelanenta tai vastaavaa resorboituvaa ommelanentä.

*Pallon täyttäminen*
Kun enätintuki on ommeltu paikalleen, lokitre gaskaukseen mukana toimitetu 50 ml:n ruisku pallon ventiiliin kiiäntämällä. **HUOMAUTUS: Katerroi potilas virtsan kertymisen välttämiseksi enätintuen sijoittamisen jälkeen.** Täytä ruiskua ensin pienelä määrällä huoneilman (kuva 16) ja pojoi sitten pallon koko mitattaan sormella sen varmistamiseksi, että pallo on aktivoitunut ja sijaitse enätintimessä koko enätintimen pituudelta. Kun aktivointi on varmistettu, poista sormi ja jatka pallon täyttämistä, kunnes ainoastaan sormenpää sopii kunevfla enätintimen aukkoon pallon ja enätintimen seinämän välissä. Enätintukea on olabletatava pallon täytettäessä. Täytesty pallo kiinnittää verkkoimplantin enätintimen seinämään. Pallon täyttöön vaadittava ilmamäärä riippuu potilaasta. **HUOMAUTUS: Pallon enimmäistäyttötilavuus on 90 ml.** Kun pallo on riittävän täysi, irrota ruisku ventiilistä sitä kääntämällä.

Pallon täyttökerkun on saltava uloe enätintiersto ja se on kiinnitettävä potilaan reiteen. Korkki on kiinnitettävä pallon ventiiliin ja varmistettava, että pallossa yläpeltäan määrittätvä ilmatilavuutta (kuva 7). **HUOMAUTUS: Älä käristä korkkia liikaa.** Tarvitseresa pallo voidaan säätää myöhemmin käyttäen vakiomallista ruiskua pallon sisältö oitcvan ilmamäärän lisäämiseksi tai vähentämiseksi. Palloa voidaan palpoida mission tahoosa tai varmistaa visuaalisesti, että sinä on riittävästi ilmaa. **HUOMAUTUS: Kun potilas liikkuu, pallo asettuu enätinontelon ja voi näyttöäl, että sen paine nousee tai laskee. Tämä on normaalia.**

*HUOMAUTUS: Palloa ei saa irrottaa enätintuersta ennen käyttöä.*

*HUOMAUTUS: Palloa ei saa täyttää ennen sen sisäänvientiel enätintimeen.*

*HUOMAUTUS: Jos pallon täyttämisen jälkeen enätintuen ommelesät ovat siirtyneet yli 1 cm enätintimen ulkoaukon yläpuolelle tai jos ommelesät ovat kiran kireällä, pallon painetta on laskettava ja enätintuki tarvittaessa sijaitettava tai mitoitettava uudelleen.*

*HUOMAUTUS: Jos pallosa näkyy reikiä tai jos vuoto on hovaittu tai pallo ei pysy täytettynä sen täytämisen jälkeen, palloa EI SAA käyttää. Palla on paistettava enätintuersta ja hövittettävä asianmukaisesti. Käytä vakiomallista pumpulipakkausmateriaalia pallon sijasta.*

*HUOMAUTUS: Jos pallon liitin irtoaa enätintuersta, se on työnnettävä takaisin paikalleen.*

*HUOMAUTUS: Pallon täyttökerkua ei saa kiinnittää enätintimeen.*

*HUOMAUTUS: Vaurioiden estämiseksi täyttökerkua ei saa taivuttaa liikaa, kiristää tai väänttää.*

*HUOMAUTUS: Pallon kanssa ei saa käyttää pumpulimateriaalia.*

**Pallon poistaminen enätintuersta**
Tyhjennä pallo kokonaan ja poista se potilaasta vakiomallista ruiskua käyttäen vuorokauden kuluttua. Jätä enätintuki paikalleen. **HUOMAUTUS: Palloa ei saa jättää enätintimeen vuorokautta pidemmäksi ajaksi.**

1) Irrota pallon ventiiliin korkki.

2) Kiinnitä vakiomallinen 50 ml:n (tai suurempi) ruisku pallon ventiiliin ja tyhjennä pallo kokonaan (kuva 17). On tärkeää, että pallo tyhjennetään kokonaan ennen kuin sitä yritetään poistaa enätintuersta. **HUOMAUTUS: Kokonaan tyhjennetty pallo aiheuttaa sen, että ruiskun mänteä vetäytyy sisään ilman poistamisen jälkeen.**

3) Poista ruisku.

4) Pallo voidaan nyt irrottaa enätintuersta poistaa poistaesta vetämällä sitä varovasti kaudaaliseen suuntaan täyttökerksusta pallon liittimen läheitä ja pitämällä samalla varovasti sormella kiinni enätintuen distaalpäästä. Katso kuvaa 18.

*HUOMAUTUS: Palloa ei saa vetää pois, ellei se ole kokonaan tyhjä eikä vastusta tunnu. Jos vastusta tuntuu, määrittä vastuksen syy ennen toimenpiteen jatkamista. Pallon sisäänvienniin tai poisvertämisen jatkaminen vastuota tunnettuiessa voi johtaa enätintimen liikkumiseen ja/tai enätintientlon kudosvaurion. Täytelinen pallon tyhjentyminen varmistetaan kiinnitäämällä ruisku uudestaan ja poistamalla kaikki ilma ennen pallon poistamista.*

**Enätintuen poistaminen potilaasta**
Poista enätintuki potilaasta sen jälkeen, kun parantuminen on riittävää, noin 3–4 viikon kuluttua toimenpitesta. Tähän mennessä resorboituvat ompelleit ovat mahdollisesti sulaneet tai menettäneet riittävästi vetolujuuttaan ja enätintuki voidaan poistaa helposti ilman ompeleiden aihouttamaa vastusta. **HUOMAUTUS: Poistamistoimenpitessä voidaan joutua leikkaamaan enätimoat ompelleit. HUOMAUTUS: Enätintukea ei saa jättää enätintimeen 4 viikkoa pidemmäksi ajaksi.** Poista kaikki enätintuen kiineitysompelleit. Irrota enätintuki mansaaliisesti enätisenanavasta kuvan 19 mukaisesti.

**Perioperativinen hoito**
Profylaktista antibioottikäyttöä voidaan antaa kirurgin normalin käytännön mukaisesti. Antibioottihoitoa voidaan jatkaa toimenpiteen jälkeen kirurgin harkinnan mukaan. Profylaktista trombosemboliata hoitoa voidaan antaa.

Kirurgin on kerrottava potilaalle, että enätintimeen leikkaukven jälkeen näljäkkä väkeksä järettävän enätintimen tarkoitus on tukea enätisntä verkkoa vaeva paranemsprosessin aikana. Potilaalle on kerrottava, että enätintuki poistetaan leikkaakenjälkkeen seuranteikänynin aikana, noin 4 viikkoa leikkaakven jälkeen. Potilaalle on kerrottava, että enätintuki on liikuttava enätimoan alaspäin. Jos petilas tuntee, että enätintuki on liikkunut alaspäin, hän voi tyeittää sitä varovasti ylöspäin mukavuemmpaan asentoon. Jos enätintuki aihouttaa huonentuvaa epämukavuutta, potilasta on pyydettävä ottamaan yhteyttä lääkäriin.

Kun potilas kotiutetaan sairaalasta, hänen on neuvottava piäittätyvinäin vaativista rasituksesta 3–4 viikon ajan. Tänä aikana lantiolaakon kasvaa-sisään verkkoimplanttiin ja potilas voi alkaa normaalit päivittäistiet. Potilasta on neuvottava välttämään yhdynttä vähintään 6 viikon ajan leikkaakven jälkeen. Lantionpohjan voimistelu voidaan suositella välittäisiä leikkaakven jälkeen.

**SUORITUSKYKY**
Eläimillä suoritettu kokeet osoittavat, että GYNECARE GYNEMESH PS -verkon aeettaminen aiheuttaa minimalikeen tai vähäisen tuletuksreaktion, joka on täpaäistä ja jonka jälkeen mutta, että kudansuinen kudos kiimintyy verkkoon ja jost kaevaa verkon läpi. Verkkoon liikymen niin tapya, että pia yhdistetä sielien kietooit kudoksseen. Verkko säiyy pehmeänä ja jaustavana, eikä se hasusa raksyakä normaalia hyvvan paranemsprosessia. Materiaali ei resorboidu, eikä se myöhäisen köpya tai heikeisken kudosentsyymien vaikutuksesta.

**KONTRAINDIKAATIOT**
- Kun GYNECARE GYNEMESH PS -verkkoa käytetään vastasyntyneillä, lapsilla, raskaana olevilla naisilla tai raskautta suunnittelevilla naisilla, kirurgin on otettava huomioon, ettei verkko veny merkittävästi potilaan kasvaesa.
- GYNECARE PROSIMA -järjestelmää ei saa käyttää raskaana olevilla naisilla tai potilailla, joilla esiintyy infektiota tai enätintimen, kohdunkaulan tai kohdun syopää.

**VAROITUKSIA JA VAROTOIMIA**
- Käytäänen on tunnettava lantionpohjan korjauksia ja resorboitumattomia verkkoja koskevat toimenpiteet ja menetelmät ennen lantionpohjan GYNECARE PROSIMA -järjestelmän käyttöä.
- GYNECARE PROSIMA -järjestelmän käyttöä ei ole arvoitu täysin potilailla, joilla on vaikean IV luetkeeleiden laskeuma. Tästä syystä sen käyttöä näillä potilailla ei suositella.
- Hyväksytyjä leikkaustelenetelmiä on noudatettava GYNECARE PROSIMA -toimenpiteessä ja tuletseneiden tai kontaminoituneiden haavojen hoidossa.
- GYNECARE PROSIMA -verkkoa ei saa käyttää, jos kirurgisen toimenpidealueen epäläään olevan tuletunut tai kontaminoitunut. Jos verkkoimplantta tulee enätintuki-pallokokoonpanoa käytetään kontaminoituneella alueella, on otettava huomioon että myöhempi infektio voi vaatia sen poistamista.

ETH.MESH.02341421

- Leikkauksen jälkeen potilasta on neuvottava pidättäytymään raskaiden esineiden nostamisesta ja/tai liikunnasta (esim. pyöräily, hölkkä) 3–4 viikon ajan, sekä pidättäytymään yhdynnästä 6 viikon ajan, tai kunnes lääkäri päättää milloin potilas voi palata normaaleihin toimintoihin.
- Emätintukea ei saa jättää emättimeen 4 viikkoa pidemmäksi ajaksi.
- Palloa ei saa jättää emättimeen vuorokautta pidemmäksi ajaksi.
- GYNECARE PROSIMA -järjestelmän osia ei ole tarkoitettu käytettäviksi muiden kuin tässä tuoteselosteessa mainittujen laitteiden kanssa.
- Vältä kiristämistä verkkoimplanttia liikaa käsitellyn aikana.
- Käytä GYNECARE PROSIMA -järjestelmää varovaisuutta noudattaen ja potilaan anatomia huomioon ottaen verisuonten, hermojen, virtsarakon ja suoliston vaurioiden sekä emätinseinämän perforaation välttämiseksi. GYNECARE PROSIMA -järjestelmän komponenttien oikea käyttö minimoi riskejä.
- Täytä pallo ainoastaan huonekilmalla.
- Palponti varmistaa, että pallossa ei ole ilmavuotoja sen täyttämisen jälkeen. Ilman tyhjentyminen kokonaan rajoittaa pallon tehokkuutta.
- Pallon venämä on ohut teivottujen tulon ten akkanen aamiseksi. Punkitset, leikkaaminen, kelhiaiut, puristuminen tai liika paine voi johtaa pallon tyhjentymiseen. Pallo voidaan puhkaista helposti neulalla tai skalpellilla tai se voi revetä, jos sitä käsitelläään työpillä instrumentilla. Vaurioiden estämiseksi palloa on käsiteltävä varovasti. Vauriosuuttra palloa ei saa käyttää. Poista pallo ja käytä pumpulimateriaalia.
- Pallon enormäistyötäitälavuus on 90 ml. Palloa ei saa ylitäyttää. Pallon ylitäyttäminen voi aiheuttaa potilaan epämukavautta, kudosnekroosia, emätinseinän repeytymistä toimenpiteen jälkeen tai virtsaankkyvyttömyyttä.
- GYNECARE PROSIMA -järjestelmiä ei saa käyttää putilailla, joille annetaan antikoagulanttihoitoa.
- Leikkauksen jälkeen voi esiintyä veirenvuotoa. Kaikkia oireita tai merkkejä on seurattava ennen kuin potilas kotiutetaan.
- Potilasta on kehotettava ottamaan välittömästi yhteyttä kirurgin, jos hänellä esiintyy kipua virtsatessa, verenvuotoa tai muita ongelmia.
- Vaikka virtsarakon vauroituminen on epätodennäköistä tätä menetelmää käytettäessä, hystoskopiaa suositellaan.
- Vaikka rektaalinen vaurio on epätodennäköistä tätä menetelmää käytettäessä, tuseerausta suositellaan.
- GYNECARE GYNEMESH PS -verkkoimplantti ei saa koskettaa hakasia, kiipsejä tai puristimio, sillä ne voivat aiheuttaa verkon mekaanisia vaurioita.
- Verkkoimplanttia ei saa sijoittaa emättimen ulompaan kolmannekseen. Tarvittaessa verkkoimplantia on leikattava ulommaan kolmannekseen ja keskimmäisen kolmanneksen yhtymäkohdasta.
- Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti.

**HAITTAVAIKUTUKSET**
- Mahdollisia haittavaikutuksia ovat normaalit, kirurgisesti asetettujen materiaalien yhteydessä havaitut haittavaikutukset, mukaan lukien infektion linäsintyminen, tulehdus, kirinäkkoisten muodostuminen, fistelöiden muodostuminen, eroosio, ulostyöntyminen ja arpeutumisesta aiheutuva implantin supistuminen.
- Mahdollisia haittavaikutuksia ovat normaalisti lantionelinten laskeumien korjaustoimenpiteisiin liittyvät haittavaikutukset, mukaan lukien kipu yhdynnän yhteydessä ja lantiokipu. Nämä voivat parantua itsestään ajan kuluessa.
- Dissektion tai verkon sijoittamisen yhteydessä saattaa tapahtua kirurgoita korjausta vaativaa verisuonten, hermojen, virtsarakon, virtsaputken tai suolen lävystyksiä tai repeämiä.
- Lantioanpoltjan korjaustoimenpiteisiä suoritettavat dissektiot voivat haitata normaalia virtsaemista vaihtelevanpitaisen ajan.

**STERILIYS**
GYNECARE PROSIMA -järjestelmät on steriloitu etyleenioksidilla. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA STERILOIDA USJOELLEEN. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA KÄYTTÄÄ UUDELLEEN. Tämän laitteen (tai laitteen osien) uudelleenkäyttöminen voi aiheuttaa tauriteen huurastumisen ja liikaantumisen, mikä voi johtaa infektioon tai veren mukana kulkeutuvien patogeenien siirtymisen potilaaseen ja käyttäjään. Ei saa käyttää, jos pakkaus on auki tai vaurioitunut. Hävitä avatut, käyttämättömät GYNECARE PROSIMA -järjestelmän komponentit.

**LAITTEEN JA TARVIKKEIDEN HÄVITTÄMINEN**
Hävitä GYNECARE PROSIMA -järjestelmän komponentit ja pakkausmateriaalit sairaalan bromaterialeja ja tartuntavaarallisia jätteitä koskevien ohjeiden mukaisesti.

**SÄILYTYS**
Suositeltavat säilytysolosuhteet: kontrolloitu huoneen lämpötila ja suhteellinen kosteus (noin 25 °C, 60 % suhteellinen kosteus), etäällä kosteudesta ja suorasta lämmöstä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.



**Tuotetarrojen symbolit**

| | |
|---|---|
| CE 0086 — CE-merkintä ja sen viranomaisen tunnusnumero, jolle ilmoitus on tehty. Tuote on lääkinnällisistä laitteista annetun direktiivin 93/42/ETY olennaisten vaatimusten mukainen. | Valmistaja |
| LOT Eränumero | Ei saa käyttää / steriloida uudelleen |
| Viimeinen käyttöpäivä — vuosi ja kuukausi | Lue käyttöohjeet |
| | STERILE EO Steriloitu etyleenioksidilla |

25

ETH.MESH.02341422



## Gynecare
# PROSIMA™

Système de réparation du plancher pelvien antérieur
Système de réparation du plancher pelvien postérieur
Système de réparation combiné du plancher pelvien

**FRANÇAIS**

**Lire soigneusement toutes les informations.**
Le non-respect des instructions d'utilisation peut entraîner un dysfonctionnement du dispositif et engendrer des incidents.

*MISE EN GARDE :* en vertu de la loi fédérale des États-Unis, le dispositif ne peut être vendu que par un médecin ou sur sa prescription médicale.

Une formation relative à l'utilisation des systèmes de réparation du plancher pelvien GYNECARE PROSIMA™ est disponible et recommandée. Contacter le responsable commercial de la société en vue d'organiser cette formation.

**INDICATIONS**
Par la mise en place de treillis à mailles souples en PROLENE™ non résorbables GYNECARE GYNEMESH™ PS, les systèmes de réparation du plancher pelvien GYNECARE PROSIMA sont indiqués pour le renforcement des tissus et une stabilisation de longue durée des structures fasciales du plancher pelvien. Ces systèmes ont un rôle de support mécanique et/ou de matériau de pontage des défauts fasciaux. Ces systèmes assurent le maintien du conduit vaginal durant la période de cicatrisation qui suit la réparation du prolapsus vaginal, tout en maintenant en place les implants en treillis.

**DESCRIPTION**
Les systèmes de réparation du plancher pelvien, antérieur, postérieur et combiné GYNECARE PROSIMA sont constitués de prothèses prédécoupées de treillis GYNECARE GYNEMESH PS et d'instruments facilitant leur mise en place et leur maintien en post-opératoire (voir figure 1). Le tableau suivant récapitule les composants inclus dans chaque système :

| SYSTÈME DE RÉPARATION DU PLANCHER PELVIEN | COMPOSANTS (voir figure 1) | | | | |
|---|---|---|---|---|---|
| | Prothèse dans son emballage (A) | Ensemble du dispositif de soutien vaginal et du ballonnet (B&C) | Introducteur antérieur (D) | Introducteur postérieur (E) | Seringue (F) |
| Antérieur | 1 | 1 | 1 | | 1 |
| Postérieur | 1 | 1 | | 1 | 1 |
| Combiné | 2 | 1 | 1 | 1 | 1 |

Tableau 1 – Composants du système de réparation du plancher pelvien GYNECARE PROSIMA

**TREILLIS GYNECARE GYNEMESH PS**
Le treillis GYNECARE GYNEMESH PS est composé de filaments tricotés de polypropylène extrudés, dont la composition est identique à celle du fil de suture chirurgical PROLENE™ en polypropylène (ETHICON, INC.). Lorsqu'il est utilisé comme fil de suture, ce matériau est rapporté comme non-réactif et conserve sa résistance indéfiniment lors d'une utilisation clinique. Le treillis présente une résistance, une durabilité ainsi qu'une bonne adaptabilité chirurgicale, avec une porosité suffisante pour permettre la colonisation tissulaire nécessaire. Des mono-filaments bleus PROLENE sont incorporés dans le treillis pour lui conférer des stries de contraste. Le treillis est composé de fibres mono-filamentaires de diamètre réduit, tricotées selon un modèle unique, avec pour résultat un treillis approximativement 50 % plus souple que le treillis standard PROLENE™ en polypropylène. Le treillis est tricoté selon un procédé qui permet d'obtenir une maille interlock qui lui assure une extensibilité bidirectionnelle. Cette construction fait que le treillis peut être découpé selon la forme et la taille désirées, sans démaillage. Cette extensibilité bidirectionnelle permet une adaptation aux diverses anatomies de l'organisme.

**La prothèse**
Les prothèses sont fabriquées à partir d'un treillis GYNECARE GYNEMESH PS. Elles sont prédécoupées en forme de Y pour la réparation des déficiences vaginales antérieures, postérieures et/ou apicales. Voir la figure 2. La prothèse postérieure comporte un corps central et deux bras. Il existe une languette apicale sur l'extrémité proximale de la prothèse pour la maintenir en place par un point de suture et minimiser son déplacement lors de la mise en place des bras. L'échancrure sur l'extrémité distale de la prothèse facilite son alignement. Il existe des poches préformées au sommet des bras pour permettre leur mise en place avec des introducteurs. La prothèse est fournie dans son emballage composé de Tyvek® non recouvert et d'un film plastique transparent, conçu pour un retrait facile de la prothèse.

**L'introducteur antérieur**
L'introducteur antérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires antérieurs préalablement disséqués. *REMARQUE : l'introducteur antérieur n'est pas indiqué pour la dissection des tissus.* Il est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place des deux côtés de la patiente, dans le compartiment antérieur. Voir les figures 3 et 4.

**L'introducteur postérieur**
L'introducteur postérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires postérieurs préalablement disséqués. *REMARQUE : l'introducteur postérieur n'est pas indiqué pour la dissection des tissus.* En vue d'une insertion contrôlée, un conducteur/pointe apicale se fixe sur l'introducteur postérieur en tant que stabilisateur. L'introducteur postérieur est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place des deux côtés de la patiente, dans le compartiment postérieur. Voir la figure 5.

**Le dispositif de support vaginal (DSV)**
Le DSV est un dispositif à usage unique, conçu pour conférer un support post-opératoire aux tissus vaginaux après la mise en place du treillis et la fermeture des incisions vaginales. Son extrémité apicale est l'extrémité la plus large possédant des sections découpables. Après une mesure des dimensions intérieures de la patiente, la taille du DSV est ajustée pour l'adapter à l'anatomie de la patiente en coupant aux ciseaux les sections apicales pré-marquées du DSV. Ce dernier est logé dans les 2/3 supérieurs du vagin pendant 3 à 4 semaines, puis il en est retiré. Voir la figure 6.

**Le ballonnet**
Le ballonnet est un dispositif à usage unique, conçu pour remplacer la garniture de gaze vaginale post-opératoire. Le volume du ballonnet est ajustable afin de remplir le conduit vaginal et pour que la paroi vaginale serve de contrefort à la prothèse. Le ballonnet est fourni pré-attaché au DSV. La figure 7 montre le ballonnet dégonflé, sans attache au DSV. Le ballonnet reste en place pendant un jour au maximum.

**La seringue**
Une seringue de 50 ml est fournie pour gonfler le ballonnet.

**SECTION 1 : PRINCIPES D'UTILISATION DU SYSTÈME GYNECARE PROSIMA**
La réparation du plancher pelvien antérieur utilisant le système GYNECARE PROSIMA vise à réaliser une réparation anatomique durable et standardisée du prolapsus d'un organe pelvien. En fonction de la localisation du prolapsus et des préférences du chirurgien, la réparation est antérieure et/ou postérieure. Une hystérectomie ou une conservation utérine peuvent être associées à l'utilisation du système GYNECARE PROSIMA. Si cela est indiqué pour traiter une incontinence urinaire d'effort, une réparation périnéale ou la pose d'une bandelette sous-urétrale peuvent être réalisées en même temps que l'intervention utilisant le système GYNECARE PROSIMA. On peut utiliser une bandelette rétropubienne ou sous-urétrale trans-obturatrice.

La réparation du prolapsus est réalisée grâce à la mise en place par voie vaginale d'une ou de deux prothèses. À la fin de l'intervention, un DSV avec ballonnet gonflable est introduit dans le vagin pour la prise des dimensions, puis le DSV est suturé sur place, maintenant ainsi le vagin et la prothèse (quelles prothèses) durant la colonisation tissulaire à l'intérieur des mailles. Une fois gonflé, le ballonnet remplace la traditionnelle garniture en gaze, en remplissant la cavité vaginale et fait jouer au vagin le rôle de contrefort pour la prothèse (ou les prothèses). Une jour après la chirurgie, le ballonnet est dégonflé et retiré du vagin sans déloger le DSV. Ce dernier reste en place pendant un maximum de 4 semaines après la chirurgie, tandis que la colonisation tissulaire se fait à l'intérieur des mailles de la prothèse (ou des prothèses).

**SECTION 2 : LE PRINCIPE DU PROCÉDÉ GYNECARE PROSIMA**
À la suite d'une chirurgie conventionnelle pour prolapsus d'un organe pelvien, les tissus réparés sont exposés à une augmentation de la tension intra-abdominale dans la mesure où la patiente se mobilise, tousse, vomit et pousse pour évacuer son gros intestin. Tout ce qui accroît la pression intra-abdominale peut affecter la cicatrisation de la réparation vaginale et déboucher sur un échec chirurgical et une récidive du prolapsus. En renforçant la réparation vaginale par une prothèse et en maintenant le vagin à l'aide du DSV durant les 3 à 4 semaines qui suivent l'intervention, le recours au système GYNECARE PROSIMA est conçu pour réduire le risque d'échec chirurgical et de récidive du prolapsus.

Lors d'une réparation antérieure du vagin, le corps de la prothèse doit être positionné sans tension entre la vessie et les 2/3 supérieurs du vagin, tout en s'étendant latéralement à l'arc tendineux du fascia pelvien. Lors d'une réparation postérieure du vagin, le corps de la prothèse doit être placé sans tension entre le rectum et les 2/3 supérieurs du vagin, en s'ajustant latéralement au-dessus des muscles élévateurs de l'anus. La section apicale du corps de la prothèse doit atteindre le sommet du vagin. En avant, la prothèse peut s'appliquer sur le tissu pré-vésical ou sur le col grâce à un point de bâti. En arrière, la prothèse peut s'appliquer sur le tissu pré-rectal ou le col.

Après la chirurgie, le DSV soutient les tissus du vagin et fait jouer aux tissus vaginaux le rôle d'arc-boutant pour la prothèse jusqu'à ce que la colonisation tissulaire se réalise à l'intérieur de ses mailles. La colonisation tissulaire à l'intérieur de la prothèse débute au cours des 3 à 4 semaines qui suivent la chirurgie. L'utilisation du système GYNECARE PROSIMA évite une dissection à l'extérieur de la cavité pelvienne et le passage de sutures et d'instruments à travers le foramen obturateur ou le ligament sacro-épineux, rendant ainsi la chirurgie plus facile à réaliser.

**Hystérectomie**
Les préférences du chirurgien et le besoin de la patiente détermineront l'opportunité d'une hystérectomie concomitante. Lorsque cette dernière est décidée, la fermeture du cul-de-sac péritonéal est recommandée afin d'éviter un contact entre le treillis et l'intestin. La fermeture d'une incision en « T » doit être évitée, car elle augmente le risque d'exposition du treillis. Lorsqu'une hystérectomie par voie vaginale est effectuée en même temps qu'une réparation antérieure et/ou postérieure, l'incision d'hystérectomie doit d'abord être fermée transversalement. C'est ensuite que les incisions de réparation peuvent être faites de telle façon qu'elles n'aient aucun point d'intersection avec l'incision d'hystérectomie déjà refermée. Cette technique empêche la création d'une incision en « T ».

**Conservation utérine**
L'utilisation du système GYNECARE PROSIMA convient aux situations où le chirurgien ou la patiente ont décidé de conserver l'utérus.

**Incisions vaginales**
Lors de la technique GYNECARE PROSIMA, les incisions vaginales sont les mêmes que celles pratiquées lors du chirurgien lors d'une réparation vaginale de routine. Ces incisions doivent être faites à travers la paroi la plus profonde du vagin afin de réduire au maximum la possibilité d'exposition du treillis.

**Mise en place de la prothèse**
Les prothèses sont maintenues en place par le DSV jusqu'à ce que la colonisation tissulaire se réalise. Raison pour laquelle il est inutile de fixer les bras de la prothèse. Ils sont en place. La partie apicale de la prothèse peut être appliquée par un point de bâti sur la ligne médiane du derme vaginal, grâce un fil de suture de type MONOCRYL™ 2-0 (polyglécaprone 25) ou Coated VICRYL™ 2-0 (polyglactine 910). Toutefois, l'épithélium vaginal ne doit pas être suturé à la prothèse.

**Préservation du vagin**
Le retrait ou l'excision d'un excès d'épithélium vaginal doit être évité en raison d'un risque de rétraction tissulaire postopératoire. Une capacité vaginale réduite peut encore s'aggraver lorsque trop d'épithélium vaginal a été enlevé.

ETH.MESH.02341423

**Trois niveaux de support vaginal**

Pour une réparation vaginale, il existe 3 niveaux de supports vaginaux bien connus. L'utilisation du système GYNECARE PROSIMA répond aux niveaux I et II de ces supports, de la façon suivante :

**Niveau I – Suspension et support** (tiers supérieur du vagin)

Le tiers supérieur du vagin (y compris la voûte après une hystérectomie) et l'utérus sont soutenus par deux mécanismes. Le premier, un support direct à l'utérus et à la partie supérieure du vagin fourni par des paramètres (ligaments continus et utéro-sacrés) et des fibres para-cervicales. Ces fibres agissent comme des ligaments suspenseurs et proviennent du fascia du muscle piriforme, de l'articulation sacro-iliaque et des bords du sacrum. Elles s'insèrent sur le tiers supérieur latéral du vagin et sur la face postéro-latérale du col. Le second, un support indirect de l'utérus et du vagin apporté par la plaque élévatrice constituée par la fusion des muscles élévateurs droits et gauches de l'anus, situés entre le rectum et le coccyx. Le prolapsus de la voûte vaginale et de l'utérus est la conséquence d'une insuffisance de ces mécanismes de support, directs et indirects. Cette insuffisance est due à une faiblesse des muscles du plancher pelvien, des fibres suspensives des paramètres et des fibres para-cervicales supérieures. Le but de la chirurgie de niveau I du prolapsus est de reconstituer ces mécanismes de support direct et indirect. Le système GYNECARE PROSIMA répond à ces exigences en mettant les bras de la prothèse en contigüité avec chaque muscle obturateur interne et en mesurant le fascia latéral, lors d'une réparation vaginale antérieure, et en mettant les bras de la prothèse en contigüité avec les ligaments sacro-épineux lors d'une réparation vaginale postérieure. Ces techniques confèrent un support direct grâce à une suspension et un support indirect grâce à la prothèse qui réalise une large zone de support pour la partie supérieure du vagin et pour l'utérus.

**Niveau II – Fixation latérale** (tiers moyen du vagin)

Le milieu du vagin est fixé directement et latéralement aux muscles de la paroi latérale du pelvis par l'arc tendineux du fascia pelvien. À ce niveau, les parois antérieure et postérieure du vagin sont tendues entre des attaches latérales, droites et gauches. Au niveau II, la réparation d'un prolapsus vise à rattacher la partie moyenne latérale du vagin aux muscles des parois latérales du pelvis. Les déficiences centrales du milieu du vagin nécessitent également un support de niveau II. L'utilisation du système GYNECARE PROSIMA rétablit les attaches latérales du vagin aux muscles des côtés du pelvis : il procure également un renforcement central du fascia à la suite de la colonisation tissulaire à l'intérieur des mailles de la prothèse.

**Niveau III – Fusion** (tiers inférieur du vagin)

*REMARQUE : la dissection de cette région n'est pas nécessaire lors de l'utilisation du système GYNECARE PROSIMA.* Au niveau III, le tiers inférieur du vagin fusionne en avant avec la membrane périnéale et l'urètre. En arrière, il fusionne avec le corps du périnée et les muscles élévateurs de l'anus. Dans cette région, les tissus sont réparés sans prothèse, car celle-ci n'est pas prévue pour le tiers inférieur du vagin. Le système GYNECARE PROSIMA n'est pas indiqué aux déficits de soutien de niveau III, bien que ces déficits puissent faire l'objet d'un acte chirurgical simultané, telle une périnéorraphie.

**SECTION 3 : MODE D'EMPLOI**
*REMARQUE : les figures présentées au début du document doivent être référencées lors de la lecture de cette section.*

**Préparation chirurgicale**

La chirurgie s'effectue grâce à l'utilisation du système GYNECARE PROSIMA peut être réalisée sous anesthésie générale ou locale, en fonction des préférences du chirurgien, de l'anesthésiste et de la patiente.

La patiente doit être en position gynécologique, avec les fesses légèrement en surplomb de la table d'opération et les hanches fléchies. À la dissection du chirurgien, la vessie peut être vidée ou un cathéter est mis en place.

**Le système GYNECARE PROSIMA en post-hystérectomie**
**Réparation vaginale antérieure**

Lorsque le renforcement de la paroi vaginale d'un vagin seule s'avère nécessaire, il ne doit être utilisé que le système de réparation du plancher pelvien antérieur GYNECARE PROSIMA. Celui-ci contient une prothèse et un introducteur antérieur spécialement conçu pour la réparation vaginale antérieure. Une fois que les incisions et dissections vaginales sont faites, des tunnels tissulaires sont créés dans le compartiment antérieur pour la mise en place des bras de la prothèse en utilisant l'introducteur antérieur. *REMARQUE : l'introducteur antérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale antérieure*

L'épithélium vaginal antérieur est disséqué et séparé de la vessie. La pleine épaisseur de la paroi vaginale doit être disséquée. Cette dissection doit être facilitée par une hydro-dissection sous-épithéliale. La dissection superficielle de la paroi vaginale ou sa séparation en deux plans est à éviter. Une telle dissection peut donner lieu à une paroi vaginale très fine et peut également compromettre la vascularisation de la paroi vaginale, augmentant ainsi le risque d'exposition du treillis. Latéralement, la dissection continue jusqu'aux parois du pelvis et l'épine ischiatique.

*Dissection des tunnels antérieurs et pose de la prothèse*

Pour les besoins de cette description, la dissection créant les tunnels destinés aux bras de la prothèse est d'abord relative sur le côté droit de la patiente, puis sur le côté gauche. Ces tunnels sont créés pour mettre en place la prothèse de telle façon que la section distale des bras s'aligne sur la paroi latérale du pelvis et sur le fascia pariétal du muscle obturateur interne. Pour mettre en place ces bras, la dissection doit être prédiée des deux côtés par la palpation et l'identification de l'épine ischiatique. *REMARQUE : cette dissection peut commencer avec des ciseaux selon une technique de « tâtonnement étalé », de telle façon que le bout des ciseaux reste toujours en avant de l'épine ischiatique.* La dissection initiale est suivie d'une prudente dissection au doigt jusqu'à l'épine ischiatique. Une fois le contact obtenu avec l'épine ischiatique, créer avec l'index un espace en avant et au-dessus de l'épine ischiatique. Voir la figure 8A. La dissection, qui est perpendiculaire à la paroi latérale du pelvis, crée un espace d'approximativement 2 cm de large et 3 cm de haut. Cette dissection antérieure ne va pas jusqu'aux ligaments sacro-épineux. Elle crée un tunnel en avant et au-dessus de l'épine ischiatique et superficiel à l'arc tendineux du fascia pelvien, au muscle obturateur interne et à son fascia latéral. Une dissection identique est répétée du côté gauche.

Le placement du tissu pré-vésical n'est pas nécessaire. Toutefois, si celui-ci est effectué, il ne concerne que sa partie centrale. Il existe que des ligaments peu éloigné soit trop étroite. Placer la prothèse sur le tissu pré-vésical, en faisant en sorte que les pointes des bras de l'implant répondent vers le haut. Si un faufilage doit être réalisé, il convient de le faire à ce moment de l'intervention avec une suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue, puis sortir du vagin et passant par la languette apicale de la prothèse. Le point de suture peut être attaché à ce moment-là ou après que les bras soient en place. Le faufilage de l'échancrure distale de la prothèse est facultatif. Il peut être réalisé avec du fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue.

En utilisant l'introducteur antérieur, placer les deux bras de l'implant dans les tunnels droit et gauche qui ont été créés par dissection antéro-supérieure allant jusqu'à l'épine ischiatique (tel que décrit ci-dessus). *REMARQUE : les deux extrémités courbées de l'introducteur antérieur sont tournées dans des directions opposées, avec des flèches sur chacune d'elles indiquant la direction du positionnement.* Avec la flèche pointant vers le côté droit de la patiente, introduire l'extrémité de l'introducteur antérieur dans la pointe du bras de la prothèse (voir la figure 8B) située sur le côté droit. *REMARQUE : une traction sur le contrefort peut aider à maintenir la poche sur l'introducteur antérieur.* Garder l'introducteur antérieur en position verticale, de telle façon que la partie courbée de l'instrument soit contre la paroi postérieure du vagin. L'introducteur antérieur qui entraîne le bras est ensuite dirigé vers le tunnel tissulaire précédemment créé (voir la figure 8C) jusqu'à ce que le manche entre en contact de la grande lèvre controlatérale. Tout ceci est accompli en dirigeant le manche de l'introducteur antérieur verticalement et vers le haut, de telle façon que le bord conducteur et la poche aillent en direction de l'épine ischiaque. Une fois positionné, le manche est alors incliné vers le bas jusqu'à une position presque horizontale, tout en maintenant le manche en contact avec la cuisse controlatérale. *REMARQUE : le fait de rétracter la vessie avec un instrument chirurgical standard peut aider au placement initial dans le tunnel. Si nécessaire, introduire un index dans le tunnel pour guider le positionnement initial de l'introducteur antérieur contre le grande lèvre controlatérale, avant d'abaisser le manche.* Une légère poussée vers le haut assure que la poche du bras est positionnée correctement et que la section apicale de la prothèse est en contigüité avec le sommet du vagin. *REMARQUE : si une résistance est ressentie durant l'insertion du bras, ne déterminer la cause avant de continuer. Le fait de continuer à faire avancer l'introducteur contre une résistance peut détériorer la prothèse ou provoquer une insertion forcée causant des lésions à des structures tissulaires essentielles.*

Pour retirer l'introducteur antérieur, ramener le manche vers une position verticale avant de le retirer, tout en laissant le bras dans le tunnel. *REMARQUE : insérer complètement le premier bras. REMARQUE : si l'introducteur antérieur est retiré avant que le bras soit positionné dans sa cible, le bras devra être retiré, recharge sur l'introducteur et réinséré.* Tous ces gestes sont répétés sur le côté opposé de la patiente. Ainsi, après avoir retourné l'introducteur antérieur, la flèche pointe maintenant du côté gauche. On insère cette extrémité de l'introducteur dans l'autre poche. La figure 8D montre le deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer la prothèse et s'assurer que la prothèse N'EST PAS tordue.*

Le corps de la prothèse est lâchement posé sur le tissu vaginal sous-jacent. Le plissement ou l'entortillement du corps et des bras doit être évité. Le corps de la prothèse peut nécessiter un découpage qui dépend des dimensions vaginales ou de l'importance de la dissection latérale. L'épithélium vaginal peut être taillé, mais un retrait excessif d'épithélium doit être évité. L'épithélium se referme au-dessus de la prothèse sans recouvrir à des points de suture qui se chevauchent (tels que décrits ci-dessous sur la figure 8E). La mise en place définitive de la prothèse dans le compartiment antérieur est montrée sur la figure 8F.

*REMARQUE : s'assurer que l'hémostase est effective avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales sont fermées sans sutures chevauchantes ou en haut. Cette technique évite le dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la dégradation du treillis. De préférence, l'épithélium vaginal est refermé en deux plans afin d'obtenir une ligne de suture relativement épaisse en regard de l'incision vaginale. Le plan profond est fermé par des points de suture sous-épithéliaux en surjet, ne se chevauchant pas, avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus™ 2-0 antibactérien (polydé caprone 25). L'épithélium est ensuite refermé par un surjet fait de points de matelas alternés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus™ 2-0 revêtu antibactérien (polyglactine 910). *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, ne prenant soin de disposer le tissu bien descendu au-dessous de ces 2/3 supérieurs.* Si ce n'est déjà fait, une cystoscopie est recommandée pour exclure tout lésion de l'urètre uretère.

Comme alternative, la fermeture en un seul plan de la paroi vaginale peut être effectuée. On peut utiliser un surjet fait de points de matelas alternés, sans chevauchement, ou des points séparés, faits de Coated VICRYL 2-0 revêtu ou de Coated VICRYL Plus 2-0 revêtu.

**Réparation vaginale postérieure**

Lorsque seul le renforcement de la paroi postérieure du vagin est nécessaire, on n'a recourt qu'au seul système de réparation du plancher pelvien postérieur GYNECARE PROSIMA. Ce dernier comprend une prothèse et un introducteur postérieur spécialement conçu pour les réparations vaginales postérieures. Une fois les incisions vaginales et les dissections requises exécutées, des tunnels tissulaires sont créés dans le compartiment postérieur pour la mise en place des bras de la prothèse. *REMARQUE : l'introducteur postérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale postérieure et dissection des tunnels*

L'épithélium vaginal postérieur est disséqué jusqu'au tissu pré-rectal. Comme pour la paroi antérieure du vagin, la pleine épaisseur de la paroi postérieure doit être disséquée et facilitée par une hydro-dissection sous-épithéliale. Latéralement, la dissection se poursuit des deux côtés jusqu'aux muscles élévateurs de l'anus, au niveau de l'épine ischiaque. En arrière, la dissection se poursuit à travers chacun des deux piliers du rectum jusqu'aux ligaments sacro-épineux, mais non à travers ces ligaments. De cette façon, sont créés des tunnels dans lesquels se logeront les bras de la prothèse. Voir la figure 9A.

La prise en charge d'une entérocèle préexistante est facultative ; mais si elle est réalisée, elle peut être effectuée à ce stade de l'intervention selon la technique choisie par le chirurgien.

Si la cavité péritonéale est ouverte lors de la dissection antérieure ou postérieure, elle doit être refermée avant la mise en place de l'implant.

*Mise en place de la prothèse postérieure*

Le placement du tissu pré-rectal n'est pas nécessaire. Toutefois, si le plissement du tissu pré-rectal est effectué, seule sa partie centrale en fait l'objet. Cela n'éste que la zone de dissection ne soit trop étroite. Placer la prothèse sur le tissu pré-rectal, avec les pointes des bras tournées vers le haut. Si un point doit être posé, il doit l'être à ce stade de l'intervention, en plaçant une suture au sommet du vagin, qui passe par la languette apicale de la prothèse, avec un fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtu. Le point peut être serré à ce moment là ou une fois que les bras sont en place. Bâtir un point sur l'échancrure distale de la prothèse est facultatif. Cela peut être exécuté avec un fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtu.

En utilisant l'introducteur postérieur, placer les bras postérieurs de l'implant dans les tunnels droit et gauche, créés par la dissection allant jusqu'à chacun des deux ligaments sacro-épineux (comme décrit ci-dessus). Saisir l'introducteur postérieur en utilisant un conducteur/porte-aiguille droit, comme indiqué sur la figure 9B. *REMARQUE : placer l'extrémité du porte-aiguille à l'intérieur de l'entroeté courbée et droite de l'introducteur postérieur.* S'assurer que l'introducteur postérieur est bien aligné sur le manche du porte-aiguille. Insérer l'extrémité de l'introducteur postérieur dans la poche du bras tournée au côté droit de la patiente (voir la figure 9B). Une fois que le bras est accroché à l'introducteur postérieur, introduire ce dernier dans le tunnel tissulaire créé à cet effet (voir la figure 9C), en tenant verticalement le manche du conducteur/porte-aiguille. Continuer l'introduire la totalité du bras dans son tunnel, de telle façon que la base et la hauteur de la limite supérieure de la dissection faciale. *REMARQUE : insérer complètement le premier bras. Si l'introducteur est retiré avant que le bras n'ait atteint sa cible, le bras devra être retiré, rechargé et réinséré. REMARQUE : faite attention à ne pas introduire trop profondément l'introducteur pour éviter d'endommager des structures tissulaires critiques. REMARQUE : si une résistance est ressentie lors de l'introduction, en trouver la cause avant de continuer. Le fait de continuer à avancer l'introducteur contre la résistance peut provoquer la détérioration de la prothèse ou une insertion trop profonde causant des lésions à des structures tissulaires critiques.* L'introducteur postérieur est retiré le long de la voie d'introduction en laissant en place le bras dans le tunnel. Les bras touchent les ligaments sacro-épineux, mais n'y pénètrent pas. Les sutures ne doivent pas être placées sur les ligaments sacro-épineux. Pour le second bras, répéter la même procédure sur le côté gauche de la patiente. La figure 9D montre les deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer la prothèse et s'assurer que la prothèse N'EST PAS tordue.*

27

ETH.MESH.02341424

Le corps de la prothèse est mis en place sans tension au-dessus du fascia vaginal sous-jacent. Le froncement ou l'entortillement du corps de la prothèse ou des bras est à éviter. En fonction des dimensions vaginales ou de l'étendue de la dissection latérale, la prothèse peut demander à être raccourcie. L'épithélium de la paroi postérieure du vagin peut être découpé, mais une ablation excessive doit être évitée. L'épithélium de la paroi postérieure est refermé au dessus de la prothèse, sans recourir à des sutures qui se chevauchent (comme il est indiqué plus haut). Le positionnement définitif de la prothèse dans le compartiment postérieur est montré sur la figure 9E.

*REMARQUE : s'assurer que l'hémostase est réalisée avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales seront refermées sans recourir à des sutures se chevauchant ou en haut. Cette technique évite une dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la détérioration de la prothèse. De préférence, l'épithélium est refermé en deux plans afin d'obtenir une ligne de suture solidement refermant épaisse un regard de l'incision vaginale. La couche la plus profonde est refermée en utilisant un surjet fait de points sous-épithéliaux ne se chevauchant pas, avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus 2-0 antibactériens. L'épithélium est ensuite refermé par un surjet fait de points de suture de matelas alternés et ne se chevauchant pas, en utilisant du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu. *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, en prenant soin de couper la prothèse si elle descend en dessous des 2/3 supérieurs.* À la fin de la chirurgie, un toucher rectal élimine une lésion rectale.

Comme alternative, on peut effectuer la fermeture de la paroi vaginale en un seul plan. On utilise un surjet fait de points de suture de matelas alternés et sans chevauchement, ou des points espacés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu.

## Réparation vaginale combinée antérieure et postérieure

Lorsque le renforcement des deux parois vaginales antérieure et postérieure est nécessaire, c'est une indication du système combiné du plancher pelvien GYNECARE PROSIMA. Ce dernier contient deux prothèses identiques, l'une pour la réparation vaginale antérieure, l'autre pour la réparation vaginale postérieure. N'utiliser que l'introducteur antérieur incurvé pour la réparation antérieure, et uniquement l'introducteur postérieur droit pour la réparation postérieure. Les deux réparations antérieure et postérieure sont conduites comme décrit ci-dessus. Il est recommandé que la réparation vaginale antérieure soit réalisée en premier. La mise en place définitive des prothèses dans les deux compartiments antérieur et postérieur est illustrée sur la figure 10. Après la chirurgie, une cystoscopie est recommandée pour éliminer une blessure de l'arbre urinaire. Un toucher rectal élimine une blessure du rectum.

## La technique GYNECARE PROSIMA avec conservation utérine (hystéropexie)

Si l'utérus prolabé doit être conservé, la languette apicale de la prothèse doit être fixée au col. Cette fixation de la prothèse au col de l'utérus doit se faire au niveau de l'anneau cervico-pubien lorsqu'il est placé durant la réparation vaginale antérieure et postérieure.

Lorsque l'utérus est conservé lors d'une réparation vaginale antérieure, l'anneau cervico-pubien est exposé durant la dissection vaginale antérieure. Une suture PROLÈNE 2-0 est fermement posée sur la face antérieure de l'anneau cervico-pubien. Une suture est également posée sur la languette apicale de la prothèse. La suture PROLÈNE de la languette est serrée une fois que les bras de la prothèse sont en place. Le procédé solidarise la prothèse à la surface antérieure qui est au niveau de l'anneau cervico pubien et garantit que la prothèse se distend en même temps que le vagin lorsque le DSV est correctement positionné.

S'agissant de la réparation postérieure, la prothèse doit être fixée à la face postérieure du col, au niveau de l'anneau cervico-pubien ou au-dessus. Le cul-de-sac peut être ouvert lors de la fixation de la prothèse au col. Le péritoine du cul-de-sac est refermé au-dessus de cette fixation pour empêcher l'intestin d'adhérer à la prothèse. Si le chirurgien décide de ne pas ouvrir le cul-de-sac, l'anneau cervico-pubien est exposé lors de la dissection vaginale postérieure. Un point de suture PROLÈNE 2-0 est solidement posé sur la face postérieure de l'anneau. Une suture est également posée sur la languette apicale de la prothèse. La suture PROLÈNE est alors serrée une fois que les bras de la prothèse sont en place. De la sorte, la prothèse est solidement amarrée à la face postérieure du col au niveau de l'anneau cervico-pubien.

Lorsqu'elles sont utilisées pour les deux réparations antérieure et postérieure, les prothèses doivent être fixées aux deux faces antérieure et postérieure du col, comme décrit ci-dessus (voir la figure 11).

## Hygiène des prothèses

Pendant l'intervention, les plaies vaginales doivent être irriguées avec du sérum physiologique. La manipulation des prothèses doit être minimale et une bonne hygiène des treillis doit être respectée.

## Mise en place du DSV et du ballonnet

À la fin de la chirurgie, un DSV de taille appropriée, associé à un ballonnet, est mis en place dans le vagin et suturé dans une position où il ne peut se détacher. Le DSV ayant trois tailles possibles (petite, moyenne et large), il est formaté par le chirurgien de la façon suivante, afin d'épouser la profondeur vaginale de la patiente :

### Formatage et découpage du DSV

Le DSV est fourni dans sa taille la plus large. Chez une patiente, on détermine la taille appropriée du DSV en utilisant le DSV lui-même pour évaluer son adaptation. On place la taille la plus large du DSV dans le vagin, entre le dôme distendu et l'anneau hyménéal. Pour introduire le DSV dans le vagin, saisir le dispositif à son niveau le plus large et le replier le long de son axe longitudinal avec le ballonnet vers le haut (voir la figure 12). La partie la plus large du DSV est introduite en premier de façon à ce que les trous de suture soient situés juste au-dessus de l'anneau hyménéal. *REMARQUE : ne pas retirer ou endommager le ballonnet durant l'évaluation de la taille du DSV.* La taille adéquate est obtenue lorsque le DSV se loge parfaitement dans les 2/3 supérieurs du vagin distendu. L'extrémité distale et les œillets pour suture étant 1 cm au-dessus de l'anneau hyménéal (voir la figure 13).

Si la taille large convient, le DSV n'est pas modifié. Si c'est la taille moyenne qu'il faut, la section la plus haute est retirée en la découpant soigneusement, uniquement avec l'aide avec l'extrémité incurvée de ciseaux de tissus afin de retirer de petits morceaux et s'assurer d'un bord de coupe régulier. Il faut veiller à minimiser la quantité de matériel restant dans les zones de coupe. *REMARQUE : il est important de bien formater le DSV. Une fois qu'il est coupé, il ne peut plus être élargi, car les sections de coupe ne peuvent pas être recollées.* Le ballonnet doit être ressorti du passage pendant le découpage (voir la figure 14). *Faire attention à ne pas endommager le ballonnet lors du découpage du DSV.*

Si la taille moyenne convient, aucun autre découpage n'est nécessaire. S'il faut la petite taille, alors la section restante est retirée de la même façon que la précédente. Le ballonnet sera écarté du passage pendant cet autre découpage afin de ne pas être endommagé.

Une fois que le DSV a la taille adéquate et que le ballonnet est repositionné, l'ensemble peut être introduit dans le vagin de la patiente. *REMARQUE : pour minimiser la possibilité de perforer le ballonnet, n'utiliser aucun instrument pour faciliter l'introduction du DSV et du ballonnet.* Si le ballonnet venait à être endommagé, détacher le ballonnet du DSV et utiliser une garniture de gaze pour remplir la cavité vaginale.

Une fois que l'ensemble est positionné dans les 2/3 supérieurs du vagin distendu de la patiente, le DSV est solidement fixé en place par de simples sutures passant par les deux œillets du DSV et prenant l'épithélium de la paroi postérieure du vagin latéralement et au-dessus de l'hymen et sur chaque côté, comme le montre la figure 15 à 4 et 8 heures. Les sutures devraient absorbées ou être serrées, maintenant fermement le DSV en place à l'intérieur du vagin. *REMARQUE : faire attention à ne pas piquer le ballonnet lors de l'amarrage du DSV.* Pour cette application, on recommande un fil de suture de type Coated VICRYL 2-0 ou un équivalent resorbable.

## Gonflage du ballonnet

Une fois le DSV suturé en position, la seringue de 50 ml, qui est fournie, est fixée par une rotation à la fermeture de la valve du ballonnet. *REMARQUE : après la mise en place du DSV, on cathéter est nécessaire pour éviter la rétention urinaire.* Après gonflage par un petit volume d'air ambiant (voir la figure 16), la longueur totale du ballonnet sera palpée avec un index pour s'assurer que le ballonnet est déployé et qu'il occupe la totalité du vagin. Une fois le déploiement confirmé, retirer le doigt et continuer à gonfler à plein le ballonnet jusqu'à ce que l'espace entre le ballonnet et la paroi du vagin ait le langeur de l'extrémité d'un doigt. La stabilisation du DSV est recommandée au fur et à mesure du gonflage. Le ballonnet une fois gonflé sert à appliquer la prothèse sur la paroi vaginale. Le volume d'air nécessaire pour gonfler suffisamment le ballonnet varie d'une patiente à l'autre. *REMARQUE : le volume maximal de gonflage du ballonnet ne doit pas dépasser 90 ml.* Une fois le ballonnet correctement gonflé, la seringue est retirée de la valve en tournant. La tubulure de gonflage du ballonnet doit pouvoir sortir du vagin pour être apposée à la cuisse de la patiente. Le bouchon doit être fixé à la valve du ballonnet pour être sûr que le ballonnet garde le volume d'air prévu (voir la figure 7). *REMARQUE : ne pas trop serrer le bouchon.* Si nécessaire, le volume du ballonnet pourra être rajusté secondairement en utilisant une seringue standard pour augmenter ou diminuer le volume d'air à l'intérieur du ballonnet. À tout moment, le ballonnet peut être gonflé ou inspecté visuellement pour s'assurer qu'il garde un gonflage suffisant. *REMARQUE : comme la patiente bouge, le ballonnet se tasse dans la cavité vaginale, et sa pression peut sembler augmenter ou baisser. Ceci est normal.*

*REMARQUE : ne pas détacher le ballonnet du DSV avant son utilisation.*

*REMARQUE : ne pas gonfler le ballonnet avant son introduction dans le vagin.*

*REMARQUE : après le gonflage du ballonnet, si les œillets de suture du DSV se sont déplacés de plus de 1 cm au-dessus de l'anneau hyménéal ou si une tension excessive s'exerce sur les œillets, il faut diminuer la pression du ballonnet, et au besoin repositionner ou reformater le DSV.*

*REMARQUE : NE PAS utiliser ce ballonnet si des trous sont relevés sur le ballonnet ou si une fuite est détectée, ou si le ballonnet ne peut rester dilaté après son gonflage. Il peut être détaché du DSV et jeté par un moyen adapté. Utiliser à sa place une garniture standard en gaze.*

*REMARQUE : si la prise de connexion se détache du DSV, il faut la remettre en place.*

*REMARQUE : ne pas tasser la tubulure de gonflage dans la cavité vaginale.*

*REMARQUE : pour prévenir toute détérioration, ne jamais appliquer de trop grandes forces de courbure, de tension, ou de torsion sur la tubulure de gonflage.*

*REMARQUE : ne pas mettre en place une garniture de gaze lorsque le ballonnet est présent.*

## Détachement et retrait du DSV

Grâce à une seringue standard, le ballonnet est complètement dégonflé 3 jour après la chirurgie et retiré, laissant le DSV en place. *REMARQUE : ne pas laisser le ballonnet plus d'une journée dans le vagin.*

1) Retirer le bouchon de la valve du ballonnet.

2) Fixer une seringue standard de 50 ml (ou plus) sur la valve du ballonnet et dégonfler complètement le ballonnet (voir la figure 17). Il est important de le dégonfler entièrement avant de le détacher du DSV. *REMARQUE : un ballonnet totalement dégonflé provoque une rétraction du piston de la seringue après l'aspiration complète de l'air.*

3) Retirer la seringue.

4) Le ballonnet peut alors être séparé du DSV en tirant doucement sur la tubulure de gonflage, à un endroit proche de la prise de connexion du ballonnet, tout en exerçant avec un doigt une contre-poussée sur l'extrémité distale du DSV. Voir la figure 18.

*REMARQUE : ne retirer le ballonnet que s'il est complètement dégonflé et qu'aucune résistance n'est ressentie. S'il existe une résistance, en déterminer la cause avant de continuer. Continuer à avancer ne a retirer le ballonnet alors qu'il existe une résistance peut mobiliser le DSV et/ou causer des lésions tissulaires à la cavité vaginale. Pour s'assurer que le dégonflage total est obtenu, rebrancher la seringue et retirer tout l'air avant de continuer le retrait du ballonnet.*

## Retrait du DSV

Le DSV est retiré de la patiente une fois qu'une cicatrisation suffisante s'est constituée, c.-à-d. environ 3 à 4 semaines après la chirurgie. Pendant ce temps, les sutures résorbables se seront dissoutes ou auront perdu suffisamment de leur tension pour permettre un retrait facile du DSV, sans résistance des sutures. *REMARQUE : la section des deux sutures peut être nécessaire pour que le retrait soit possible. REMARQUE : ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.* Retirer toute suture d'attache du DSV. Manuellement, retirer le DSV du conduit vaginal comme indiqué sur la figure 19.

## Soins péri-opératoires

À titre prophylactique, les patientes reçoivent des antibiotiques. Ces antibiotiques peuvent être poursuivis après la chirurgie en fonction des préférences du chirurgien. Une prophylaxie anti-thrombotique peut être prescrite.

Le chirurgien doit expliquer que l'objectif du DSV, qui demeure dans le vagin jusqu'à quatre semaines au maximum suivant l'opération, est de soutenir le vagin-contre la prothèse pendant la période de cicatrisation. La patiente doit être prévenue que le DSV sera retiré lors du contrôle post-opératoire environ 4 semaines après l'opération. La patiente doit être avertie qu'elle risque de subir des écoulements vaginaux post-opératoires et que le DSV peut légèrement se déplacer vers le bas. Si la patiente sent que le DSV s'est déplacé vers le bas, elle peut le repousser doucement vers le haut dans une position plus confortable. Cependant, si le DSV se tasse d'une gêne importante, la patiente doit être informée de contacter son médecin.

Après la sortie de l'hôpital, la patiente est invitée à éviter les activités pénibles durant une période de 3 à 4 semaines. Pendant ce temps, les tissus pelviens auront colonisé la prothèse, et la patiente pourra reprendre alors les activités d'une vie normale. Il est conseillé à la patiente d'éviter tout rapport sexuel pendant au moins 6 semaines suivant la chirurgie. Les exercices du plancher pelvien peuvent être recommandés pour tempérer apres la chirurgie.

## MODE D'ACTION

Des études réalisées sur l'animal ont montré que l'implantation du treillis GYNECARE GYNEMESH PS faisait apparaître une réaction inflammatoire minime à légère, qui est transitoire et suivie d'une incorporation progressive du treillis par la fibrose constructive à la colonisation des mailles du treillis. Le treillis reste souple et flexible et la cicatrisation normale de la plaie n'est pas sensiblement affectée. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires.

ETH.MESH.02341425

**CONTRE-INDICATIONS**

- Lorsque le treillis GYNEMESH GYNEMESH PS est utilisé chez le nourrisson, l'enfant, la femme enceinte ou désirant une grossesse, le chirurgien doit être averti que ce produit n'est pas suffisamment extensible pour accompagner la croissance du patient.
- Les systèmes GYNECARE PROSIMA ne doivent pas être utilisés en cas de grossesse, d'infection purulente ou de cancer du vagin, du col ou de l'utérus.

**MISES EN GARDE ET PRÉCAUTIONS**

- Avant d'employer les systèmes GYNECARE PROSIMA, l'utilisateur doit connaître les techniques et règles chirurgicales relatives à l'utilisation des treillis non résorbables pour la réparation du plancher pelvien.
- L'utilisation du système GYNECARE PROSIMA n'a pas été complètement évaluée chez les patientes atteintes d'un prolapsus de l'organe pelvien de Stade IV. Ainsi, son utilisation chez ce type de patientes n'est pas recommandée.
- Des pratiques chirurgicales reconnues doivent être suivies lors de l'utilisation du système GYNECARE PROSIMA ainsi que lors de la prise en charge des plaies infectées ou contaminées.
- Ne pas utiliser le système GYNECARE PROSIMA si le site opératoire est susceptible d'être infecté ou contaminé. Dans le cas où la prothèse ou l'ensemble DSV/ballonnet est utilisé dans une région contaminée, le chirurgien doit être conscient que le dispositif pourra être potentiellement retiré en cas d'infection avérée.
- Après l'opération, la patiente doit être avertie qu'elle doit s'abstenir d'éviter de soulever des charges lourdes et/ou de faire de l'exercice (par ex. vélo, jogging) pendant 3 à 4 semaines et d'éviter tout rapport sexuel pendant 6 semaines, ou jusqu'à ce que le médecin l'autorise à reprendre une activité normale.
- Ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.
- Ne pas laisser le ballonnet dans le vagin plus d'une journée.
- Les composants du système GYNECARE PROSIMA ne doivent pas être utilisés avec des dispositifs autres que ceux qui sont mentionnés dans cette notice d'emballage.
- Éviter d'appliquer une tension excessive sur la prothèse lors de sa manipulation.
- Utiliser avec précaution les systèmes GYNECARE PROSIMA, en faisant attention à l'anatomie de la patiente, afin d'éviter d'endommager les vaisseaux, les nerfs, la vessie et l'intestin, ainsi que la perforation de la paroi vaginale. L'utilisation correcte des composants du système GYNECARE PROSIMA permettra de minimiser les risques.
- Ne gonfler le ballonnet qu'avec de l'air ambiant.
- Après gonflage du ballonnet, une palpation doit confirmer qu'il n'existe aucune fuite. Un gonflage imparfait du ballonnet en limite l'efficacité.
- La paroi du ballonnet est fine afin de lui conférer les propriétés souhaitées. Les piqûres, coupures, éraflures, renversements ou suppressions, peuvent être responsables d'une perte de gonflage. Le ballonnet peut être facilement percé par une aiguille, un scalpel ou se rompre lors d'une manipulation avec un instrument peu tranchant. Lors de sa manipulation, une grande attention devra s'exercer pour empêcher de telles éventualités. Un ballonnet endommagé ne doit pas être utilisé. Le retirer et garnir avec de la gaze.
- Le gonflage maximum du ballonnet est de 90 ml. Ne pas le surgonfler. Un gonflage excessif peut gêner la patiente, nécroser les tissus, rompre la cicatrice en post-opératoire ou empêcher la miction.
- Ne pas utiliser les systèmes GYNECARE PROSIMA chez les patientes qui sont sous traitement anti-coagulant.
- Un saignement peut apparaître en post-opératoire. En rechercher tout symptôme ou signe avant de laisser sortir la patiente de l'hôpital.
- La patiente devra être informée de contacter immédiatement le chirurgien en cas de douleur inhabituelle, de saignement ou d'autres problèmes.
- Bien qu'une blessure vésicale soit improbable avec cette technique, une cystoscopie est toutefois recommandée.
- Bien qu'une blessure rectale soit improbable avec cette technique, un toucher rectal est également recommandé.
- Ne pas fixer le treillis GYNECARE GYNEMESH PS avec des agrafes, des clips ou des clamps, car ils pourraient causer des dommages mécaniques au treillis.
- La prothèse ne doit pas se trouver en regard du tiers inférieur du vagin. Si nécessaire, la découper à la hauteur de la jonction tiers inférieur/tiers moyen de la paroi vaginale.
- À titre prophylactique, des antibiotiques peuvent être administrés selon les pratiques usuelles du chirurgien.

**EFFETS INDÉSIRABLES**

- Les effets indésirables potentiels sont ceux habituellement associés à l'implantation chirurgicale de matériaux incluant une augmentation des risques infectieux, une réaction inflammatoire, la formation d'adhérences, la survenue de fistule ou d'érosion, la possibilité d'extrusion et de cicatrisation entraînant une rétraction de la prothèse.
- Les effets indésirables potentiels sont également ceux généralement observés après la correction des prolapsus des organes pelviens, incluant des rapports sexuels douloureux et des douleurs pelviennes. Ces douleurs peuvent disparaître d'elles-mêmes avec le temps.
- Des piqûres, lacérations ou blessures des vaisseaux, nerfs, vessie, urètre ou intestin peuvent se produire lors de la dissection ou lors de la mise en place de la prothèse. Ces blessures peuvent nécessiter une réparation chirurgicale.
- La dissection nécessaire par la réparation du plancher pelvien peut être à l'origine d'une perturbation de la miction sur une durée variable.

**STÉRILITÉ**

Les systèmes GYNECARE PROSIMA sont stérilisés à l'oxyde d'éthylène. NE RESTÉRILISER aucune partie du système GYNECARE PROSIMA. NE RÉUTILISER aucune partie du système GYNECARE PROSIMA. La réutilisation de ce dispositif (ou de parties de ce dispositif) peut créer un risque de dégradation du produit et une contamination croisée, ce qui peut provoquer une infection ou la transmission d'agents pathogènes transmissibles par le sang aux patients et utilisateurs. Ne pas utiliser un système GYNECARE PROSIMA si son emballage est ouvert ou endommagé. Éliminer tous les composants ouverts et non utilisés du système GYNECARE PROSIMA.

**ÉLIMINATION**

Éliminer les composants du système GYNECARE PROSIMA et les emballages conformément aux règles et procédures de votre établissement relatives aux matériaux et déchets présentant un danger biologique.

**CONSERVATION**

Conditions de stockage recommandées : température ambiante et humidité relative contrôlées (environ 25 °C et 60 % d'humidité relative), loin de toute source de chaleur directe et d'humidité. Ne pas utiliser au-delà de la date de péremption.

**Symboles utilisés pour l'étiquetage**



| Symbole | Signification |
|---|---|
| CE 0086 Marque CE et numéro d'identification de l'organisme notifié. Produit conforme aux exigences essentielles de la directive 93/42/CEE portant sur les dispositifs médicaux. | Fabricant |
| LOT Numéro du lot | Ne pas réutiliser/restériliser |
| | Voir la notice d'utilisation |
| Utiliser avant — année et mois | STERILE EO Méthode de stérilisation — oxyde d'éthylène (OE) |

ETH.MESH.02341426

DEUTSCH



### Gynecare
## PROSIMA™

Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem
Kombiniertes Beckenboden-Rekonstruktionssystem

**Bitte alle Informationen sorgfältig lesen.**
Eine Nichtbeachtung der Gebrauchsanweisung kann zu einer Fehlfunktion der Instrumente und zu Verletzungen führen.

*ACHTUNG:* Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet.

Eine Schulung über die Verwendung des GYNECARE PROSIMA™ Beckenboden-Rekonstruktionssystems wird empfohlen und angeboten. Wenden Sie sich an den für Sie zuständigen Außendienstmitarbeiter, um diese Schulung zu vereinbaren.

### INDIKATIONEN
Die GYNECARE PROSIMA Beckenboden-Rekonstruktionssysteme, bei denen GYNECARE GYNEMESH™ PS nicht-resorbierbare, weiche PROLENE™ Netzimplantate eingebracht werden, sind zur Gewebeverstärkung und langfristigen Stabilisierung von Faszienstrukturen des Beckenbodens indiziert, entweder als mechanische Stütze oder als Überbrückungsmaterial für den Faszendefekt. Die Systeme sorgen für eine Stabilisierung des Vaginalkanals während der Heilungsphase nach einer chirurgischen Rekonstruktion bei einem Prolaps der Vaginalwand mit gleichzeitiger Unterstützung der Position der Netzimplantate.

### BESCHREIBUNG
Jedes GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem besteht aus vorgeschnittenen GYNECARE GYNEMESH PS Netzimplantaten und Instrumenten zur leichteren Einbringung der Implantate sowie zur postoperativen Stützung (siehe Abbildung 1). Die folgende Tabelle fasst die in jedem System enthaltenen Komponenten zusammen:

| BECKENBODEN-REKONSTRUK-TIONSSYSTEM | KOMPONENTEN (siehe Abbildung 1) | | | | |
|---|---|---|---|---|---|
| | Netzimplantat im Träger (A) | Vaginal-Splint mit Luftkissen (B&C) | Anteriores Einführinstrument (D) | Posteriores Einführinstrument (E) | Spritze (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombiniert | 2 | 1 | 1 | 1 | 1 |

Tabelle 1 – Komponenten des GYNECARE PROSIMA Beckenboden-Rekonstruktionssystems

### GYNECARE GYNEMESH PS
GYNECARE GYNEMESH PS ist ein Netz, das aus geflochtenen Fäden aus extrudiertem Polypropylen hergestellt wird und in der Zusammensetzung identisch mit dem PROLENE™ Polypropylen-Nahtmaterial ist (ETHICON, INC.). Berichten zufolge ruft dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervor, und seine Festigkeit bei klinischer Anwendung bleibt unbeschränkt erhalten. Das Netz bietet hohe Zugkraft und Haltbarkeit, ist chirurgisch vielseitig einsetzbar und ausreichend porös, um das notwendige Einwachsen von Gewebe zu ermöglichen. Blaue PROLENE Einzelfäden werden eingewebt, um Kontraststreifen im Netz darzustellen. Das Netz besteht aus monofilen Fasern mit reduziertem Durchmesser, die auf besondere Weise zu einem Netz gewebt werden, das ca. 50 Prozent flexibler ist als ein normales PROLENE™ Polypropylen-Netz. Das Netz ist so verknüpft, dass die Fadenverbindungen miteinander verkettet sind, so dass es bidirektional dehnbar ist. Durch diese Struktur kann das Netz in jede gewünschte Form und Größe geschnitten werden, ohne auszufransen. Die bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

### Netzimplantat
Das Netzimplantat besteht aus GYNECARE GYNEMESH PS. Die Netzimplantate sind zur Rekonstruktion anteriorer, posteriorer bzw. apikaler vaginaler Defekte y-förmig zugeschnitten. Siehe Abbildung 2. Das Netzimplantat hat zwei Halteschlaufen und einen zentralen Körper. Am proximalen Ende befindet sich eine apikale Lasche zur Nahtfixierung, um eine Verschiebung des Netzimplantats während des Einbringens der Halteschlaufen zu minimieren. Am distalen Ende befindet sich eine distale Kerbe zur Ausrichtung des Netzimplantats. An den Halteschlaufen des Netzimplantats befinden sich vorgeformte Taschen, die der Einbringung mit den Einführinstrumenten ermöglichen. Das Netzimplantat wird in einem Implantatbehälter aus unbeschichtetem Tyvek* mit durchsichtiger Kunststofffolie geliefert, aus dem es einfach entnommen werden kann.

### Anteriores Einführinstrument
Das nur zum Einmalgebrauch bestimmte anteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten anteriorere Gewebekanäle. *HINWEIS: Das anteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Das anteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das anteriore Kompartiment eingebracht werden können. Siehe Abbildungen 3 und 4.

### Posteriores Einführinstrument
Das nur zum Einmalgebrauch bestimmte posteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten posteriorere Gewebekanäle. *HINWEIS: Das posteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Zur Kontrollierten Insertion wird ein Standard-Nadelhalter als Stabilisator am posteriorere Einführinstrument befestigt. Das posteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das posteriore Kompartiment eingebracht werden können. Siehe Abbildung 5.

### Vaginal-Splint (Vaginal Support Device, VSD)
Der nur für den Einmalgebrauch bestimmte VSD dient zur postoperativen Stützung des Vaginalgewebes nach dem Einbringen des Netzes und dem Nahtverschluss der vaginalen Inzision(en). Das apikale Ende ist der breiteste Teil des VSD und hat zuschneidbare Abschnitte. Nach der ersten Größenbestimmung in der Patientin kann die Größe des VSD durch Abschneiden

der entsprechenden apikalen Abschnitte an die Anatomie der Patientin angepasst werden. Der VSD verbleibt 3–4 Wochen in den oberen zwei Dritteln der Vagina und wird dann aus der Patientin entfernt. Siehe Abbildung 6.

### Luftkissen
Das Luftkissen ist ein Einmalprodukt zum Ersatz eines postoperativen vaginalen Gazenverbands. Das Luftkissenvolumen ist einstellbar, damit der Vaginalkanal ausgefüllt und die Vaginalwand an das Netzimplantat gedrückt wird. Das Luftkissen wird bereits an den VSD angebracht. Abbildung 7 zeigt das leere Luftkissen ohne daran befestigten VSD. Das Luftkissen verbleibt bis zu einem Tag in der Patientin.

### Spritze
Zum Aufblasen des Luftkissens wird eine 50-ml-Spritze mitgeliefert.

### ABSCHNITT 1: VERFAHRENSPRINZIPIEN MIT DEM GYNECARE PROSIMA SYSTEM
Eine Beckenbodenrekonstruktion mit dem GYNECARE PROSIMA System zielt darauf ab, eine anatomische, dauerhafte und standardisierte Rekonstruktion eines Prolapses der Beckenorgane zu erreichen. Je nach Lage des Prolapses und Ermessen des Chirurgen kann die Rekonstruktion anterior bzw. posterior vorgenommen werden. Eine Hysterektomie oder eine Uterusfixation kann mit dem GYNECARE PROSIMA Verfahren kombiniert werden. Falls indiziert, kann bei Verwendung des GYNECARE PROSIMA Systems gleichzeitig eine Dammrekonstruktion oder eine suburethrale Umschlingung zur Behandlung einer stressbedingten Harninkontinenz durchgeführt werden. Es kann eine retropubische oder transobturatorische suburethrale Umschlingung verwendet werden.

Die Prolaps-Rekonstruktion wird durch die Einbringung eines oder zweier der Netzimplantate über einen vaginalen Zugang erreicht. Am Ende der Operation wird ein VSD mit einem aufblasbaren Luftkissen zur Größenanpassung in die Vagina eingebracht und dort vernäht, um Vagina und Netzimplantat(e) während des Einwachsens von Gewebe zu unterstützen. Nach dem Aufblasen ersetzt das Luftkissen einen herkömmlichen Gazenverband durch Ausfüllen des vaginalen Hohlraums und Aneinanderdrücken von Netzimplantat(en) und Vagina. Am Tag nach der Operation wird die Luft aus dem Luftkissen abgelassen und das Luftkissen aus der Vagina entfernt, ohne den VSD zu verschieben. Der VSD bleibt für maximal 4 Wochen nach der Operation in situ, während das Gewebe in das oder die Netzimplantat(e) einwächst.

### ABSCHNITT 2: BEGRÜNDUNG FÜR DAS GYNECARE PROSIMA SYSTEM
Nach einer konventionellen Operation wegen Prolaps der Beckenorgane ist das reparierte Gewebe einem erhöhten intraabdominalen Druck ausgesetzt, wenn die Patientin sich bewegt, hustet, erbricht und bei der Darmentleerung drückt. Diese Erhöhungen des intraabdominalen Drucks können die Heilung der vaginalen Rekonstruktion negativ beeinflussen und zu einem Misserfolg der Operation sowie einem Prolaps-Rezidiv führen. Durch Verstärkung der vaginalen Rekonstruktion mit dem Netzimplantat und Stützung der Vagina mit dem VSD für 3 bis 4 Wochen nach der Operation dient das GYNECARE PROSIMA System zur Reduzierung der Gefahr eines operativen Misserfolgs und Prolaps-Rezidivs.

Bei der anteriorere vaginalen Rekonstruktion soll der Körper des Netzimplantats spannungsfrei zwischen der Harnblase und den oberen zwei Dritteln der Vagina eingebracht werden und sich auf Höhe des Arcus tendineus fasciae pelvis (ATFP) nach lateral erstrecken. Bei der posteriorere vaginalen Rekonstruktion soll der Körper des Netzimplantats spannungsfrei zwischen Rektum und den oberen zwei Dritteln der Vagina eingebracht werden und lateral über den Levator-ani-Muskeln liegen. Der apikale Abschnitt des Netzimplantatkörpers soll bis zum vaginalen Apex reichen. Anterior kann das Netzimplantat an das prävesikuläre Gewebe oder die Zervix geheftet werden. Posterior kann das Netzimplantat an das prärektale Gewebe oder die Zervix geheftet werden.

Der VSD stützt das Vaginalgewebe nach der Operation und erleichtert das Andrücken des Vaginalgewebes gegen das Netzimplantat, bis das Einwachsen von Gewebe beginnt. Das Einwachsen von Gewebe durch das Netzimplantat findet in den 3 bis 4 Wochen nach der Operation statt. Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation außerhalb der Beckenhöhle erforderlich, und die Passage von Nahtmaterial und Instrumenten durch das Foramen obturatorium und Ligamentum sacrospinosum werden vermieden, wodurch die Operation einfacher durchzuführen ist.

### Hysterektomie
Das Ermessen des Chirurgen und die Bedürfnisse der Patientin bestimmen, ob eine begleitende Hysterektomie erforderlich ist. Wenn eine Hysterektomie durchgeführt wird, wird der Verschluss des blind endenden Peritoneums empfohlen, um den Kontakt des Netzimplantats mit dem Darm zu vermeiden. Ein „T"-Verschluss der Inzision sollte vermieden werden, da dieser die Gefahr einer Freilegung des Netzes erhöht. Wenn eine vaginale Hysterektomie zusammen mit entweder anteriorere oder posteriorere Rekonstruktion oder beiden durchgeführt wird, sollte die Hysterektomie-Inzision zuerst transversal verschlossen werden; anschließend sollten die Inzisionen für die Rekonstruktion so angelegt werden, dass sie keine Verbindung mit der zuvor verschlossenen Hysterektomie-Inzision haben. Dadurch wird die Entstehung einer „T"-Inzision vermieden.

### Uteruserhaltung
Das GYNECARE PROSIMA System eignet sich für Situationen, in denen sich der Chirurg oder die Patientin für eine Uteruserhaltung entscheiden.

### Vaginale Inzisionen
Die beim GYNECARE PROSIMA System angewandten vaginalen Inzisionen sind die gleichen wie bei einer routinemäßigen Operation zur vaginalen Rekonstruktion. Die Inzisionen sollten durch die gesamte Dicke der Vaginalwand angelegt werden, um die Gefahr einer Freilegung des Netzes zu verringern.

### Einbringung des Netzimplantats
Die Netzimplantate werden vom VSD in situ gehalten, bis ein Einwachsen von Gewebe stattfindet. Deshalb ist es nicht nötig, die Halteschlaufen des Netzimplantats zu fixieren. Der apikale Abschnitt des Netzimplantats kann mit Nahtmaterial wie etwa 2-0 MONOCRYL™ (Poliglecaprone 25) oder 2-0 Coated VICRYL™ (Polyglactin 910) an die Faszie in der Mittellinie am vaginalen Apex geheftet werden. Das vaginale Epithel sollte nicht an das Netzimplantat angenäht werden.

ETH.MESH.02341427

**Erhaltung der Vagina**

Die Entfernung oder Exzision von zu viel vaginalem Epithel sollte vermieden werden. Nach der Operation kann eine gewisse Retraktion des Gewebes auftreten, und die vaginale Kapazität könnte weiter reduziert werden, wenn zu viel vaginales Epithel entfernt wurde.

**Drei Stufen vaginaler Unterstützung**

Bei der vaginalen Rekonstruktion sind im Allgemeinen 3 Stufen vaginaler Unterstützung möglich. Die Verwendung des GYNECARE PROSIMA Systems bei einer Operation soll Stufe I und II dieser Unterstützung ermöglichen, wie nachstehend beschrieben:

**Stufe I – Suspension und Unterstützung** (oberes Drittel der Vagina)

Das obere Drittel der Vagina (einschließlich des Hohlraums nach Hysterektomie) und der Uterus werden durch zwei Mechanismen gestützt. Erstens liefern das Parametrium (cardinale und utero-sacrale Ligamente) und Paracolpium-Fasern direkte Unterstützung für den Uterus und die obere Vagina. Diese Fasern wirken wie suspensorische Ligamente und entspringen von der Faszie des M. piriformis, vom sacroiliacalen Gelenk und dem lateralen Sacrum, und sie treten im lateralen oberen Drittel der Vagina und an der posterolateralen Seite der Zervix ein. Zweitens sorgt die Levatorplatte, gebildet durch die Fusion der rechten und linken Levator-ani-Muskeln zwischen Rektum und Steißbein, für indirekte Unterstützung von Uterus und oberer Vagina. Ein Prolaps von Uterus und Scheidengewölbe tritt als Folge des Versagens dieser direkten und indirekten Stützmechanismen auf. Dabei ist wahrscheinlich eine Schwäche des muskulären Beckenbodens und der suspensorischen Fasern des Parametriums und oberen Paracolpiums beteiligt. Das Ziel der Prolaps-Operation bei Stufe I ist die Wiederherstellung direkter und indirekter Stützmechanismen. Beim GYNECARE PROSIMA System werden die Netzimplantatschlaufen dazu verwendet, um bei der anterioren vaginalen Rekonstruktion an jeden M. obturator internus und die darüber liegende parietale Faszie und bei der posterioren Rekonstruktion an die sakrospinalen Ligamente zu drücken. Dies liefert direkte Unterstützung durch Suspension und indirekte Unterstützung durch Schaffung einer breiten Netzimplantatstützfläche für die obere Vagina und den Uterus.

**Stufe II – Laterale Befestigung** (mittlere Drittel der Vagina)

Die mittlere Vagina ist lateral und direkt durch den Arcus tendineus fasciae pelvis (ATFP) an den Muskeln der seitlichen Beckenwand befestigt. Auf dieser Höhe werden die anterioren und posterioren Vaginalwände zwischen den rechten und linken lateralen Befestigungen gedehnt. Bei Stufe II zielt die Prolaps-Rekonstruktion darauf ab, die laterale mittlere Vagina wieder an den Muskeln der seitlichen Beckenwand zu befestigen. Zentrale Defekte der mittleren Vagina erfordern ebenfalls Unterstützung bei Stufe II. Das GYNECARE PROSIMA System stellt erneut eine laterale Befestigung der Vagina an den Muskeln der seitlichen Beckenwand her und sorgt außerdem für eine zentrale fasziale Verstärkung nach dem Einwachsen von Gewebe.

**Stufe III – Fusion** (unteres Drittel der Vagina)

*HINWEIS: Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation in diesem Bereich erforderlich.* Bei Stufe III verbindet sich anterior das untere Drittel der Vagina mit der Membrana perinei und der Urethra. Posterior verbindet sich das untere Drittel der Vagina mit der Sehnenplatte des Damms und den Levator-ani-Muskeln. Die Gewebe in diesem Bereich werden ohne Netzimplantat rekonstruiert, da dieses nicht für eine Verwendung im unteren Drittel der Vagina vorgesehen ist. Das GYNECARE PROSIMA System ist nicht auf Stufe-III-Unterstützungsdefekte ausgerichtet, wenngleich diese durch begleitende Eingriffe wie etwa eine Dammnaht behandelt werden können.

**ABSCHNITT 3: GEBRAUCHSANWEISUNG**

*HINWEIS: Beim Lesen dieses Abschnitts sollten die Abbildungen am Anfang dieses Dokuments zu Rate gezogen werden.*

**OP-Vorbereitung**

Eine Operation mit dem GYNECARE PROSIMA System kann je nach Ermessen des Chirurgen, des Anästhesisten und der Patientin mit Allgemein- oder Regionalanästhesie durchgeführt werden.

Die Patientin sollte im Steinschnittlage gelagert werden, mit leicht über den OP-Tisch hängenden Gesäßbacken und gebeugten Hüften. Nach Ermessen des Chirurgen kann die Blase drainiert werden. Vor dem Aufblasen des Luftkissens ist ein Katheter erforderlich, der jetzt gelegt werden kann.

**Verwendung des GYNECARE PROSIMA Systems nach Hysterektomie**

**Anteriore Vaginalrekonstruktion**

Wenn nur eine Verstärkung der anterioren Vaginalwand erforderlich ist, wird nur das anteriore GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält 1 Netzimplantat und ein speziell für die Verwendung bei der anterioren Vaginalrekonstruktion entwickeltes anteriores Einführinstrument. Wenn die erforderlichen vaginalen Inzisionen und Präparationen erfolgt sind, werden mit dem anterioren Einführinstrument im anterioren Kompartiment Gewebekanäle für die Einbringung der Netzimplantatschlaufen hergestellt. *HINWEIS: Das anteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.*

*Anteriore Vaginalpräparation*

Das anteriore Vaginalepithel wird von der Blase abpräpariert. Dabei wird die gesamte Dicke der Vaginalwand abpräpariert. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Eine oberflächliche Präparation der Vaginalwand oder eine Auftrennung der Wand in zwei Schichten ist zu vermeiden. Eine solche Präparation kann zu einer sehr dünnen Vaginalwand führen und auch die Blutversorgung der Wand beeinträchtigen, wodurch die Gefahr einer Freilegung des Netzes erhöht wird. Lateral wird die Präparation zur seitlichen Beckenwand und zur Spina ischialis fortgesetzt.

*Anteriore Kanalpräparation und Einbringung des Netzimplantats*

In dieser Beschreibung wird die Präparation zur Herstellung der Kanäle für die Netzimplantatschlaufen zuerst auf der rechten und dann auf der linken Seite der Patientin durchgeführt. Diese Kanäle werden hergestellt, um das Netzimplantat so einbringen zu können, dass die distale Abschnitt der Schlaufen jeweils bündig mit der seitlichen Beckenwand und der parietalen Faszie des Obturator-internus-Muskels liegt. Um diese Schlaufen einzubringen, kann die Präparation durch Palpation und Identifikation der Spina ischialis auf beiden Seiten begonnen werden. *HINWEIS: Diese Präparation kann alternativ mit einer Schere und einer stumpfen "Spreiztechnik" begonnen werden, wobei die Spitzen der Schere stets anterior von der Spina ischialis bleiben.* Nach der ersten Präparation folgt eine tastbare Fingerpräparation zur Spina ischialis. Sobald Kontakt zur Spina ischialis besteht, mit dem Zeigefinger anterior und superior von der Spina ischialis Platz schaffen. Sichere Bestätigung des Hohlraums. Nach der Sicherung dieser Präparation ist senkrecht zur seitlichen Beckenwand und stellt einen Hohlraum von etwa 2 cm Breite und 3 cm Höhe her. An der anterioren Präparation ist keine Präparation auf die sakrospinalen Ligamente beteiligt. Diese Präparation stellt einen Kanal anterior und superior der Spina ischialis und oberhalb von ATFP, Obturator-internus-Muskel und seiner parietalen-Faszie her. Die gleiche Präparation auf der linken Seite wiederholen.

Ein Falten des prävesikulären Gewebes ist nicht erforderlich. Wenn eine Faltung durchgeführt wird, dann wird sie jedoch nur an zentralen-Teil dieses Gewebes vorgenommen. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das prävesikuläre Gewebe legen, dass die Schlaufenzeichen noch oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit beispielsweise 2-0 MONOCRYL oder 2-0 Coated VICRYL am Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats

erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rille des Netzimplantats ist optional und kann mit Nahtmaterial wie 2-0 MONOCRYL oder 2-0 Coated VICRYL durchgeführt werden.

Die Netzimplantatschlaufen mit dem anterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die Präparation anterior und superior der Spina ischialis hergestellt wurde (von oben beschrieben). *HINWEIS: Die gebogenen Enden des anterioren Einführinstruments sind in entgegengesetzte Richtungen gedreht und sind mit Pfeilmarkierungen zur Anzeige der Positionierungsrichtung versehen.* Die Spitze des anterioren Einführinstruments mit dem Pfeil in Richtung rechte Patientenseite in die Schlaufentasche des Netzimplantats (siehe Abbildung 8B) auf der rechten Seite der Patientin einführen. *HINWEIS: Gegenzug kann dazu beitragen, dass die Tasche auf dem anterioren Einführinstrument bleibt.* Das anteriore Einführinstrument in einer vertikalen Position halten, so dass der gebogene Teil des Instruments zur posterioren Vaginalwand zeigt. Das anteriore Einführinstrument wird dann mit der Schlaufe darauf in den zuvor hergestellten Gewebekanal geführt (siehe Abbildung 8C), bis der Handgriff der Labia majora auf der gegenüberliegenden Seite berührt. Dies wird dadurch erreicht, dass der Griff des anterioren Einführinstruments nach oben und vertikal positioniert wird, so dass die Führungskante und Tasche zur Spina ischialis zeigen. Aus dieser Position wird der Handgriff dann nach unten in eine fast horizontale Stellung gekippt, während er so Kontakt mit dem kontralateralen Oberschenkel gehalten wird. *HINWEIS: Das Zurückziehen der Blase mit einem chirurgischen Standardinstrument kann die erste Einbringung in den Kanal erleichtern. Ggf. kann ein Zeigefinger im Kanal verwendet werden, um das anteriore Einführinstrument beim ersten Einbringen gegen die Labia majora auf der kontralateralen Seite zu führen, bevor der Handgriff abgesenkt wird.* Durch leichtes Drücken nach oben werden die Schlaufentaschen korrekt positioniert und der apikale Abschnitt des Netzimplantats wird an den vaginalen Apex gedrückt. *HINWEIS: Falls während der Insertion der Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.*

Den Handgriff vor Herausziehen des anterioren Einführinstruments in die vertikale Position zurückkippen und die Schlaufe dabei im Kanal zurücklassen. *HINWEIS: Erste Schlaufe vollständig einführen. HINWEIS: Wenn das anteriore Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden.* Dieses Verfahren wird auf der anderen Seite der Patientin durch Umdrehen des anterioren Einführinstruments und Einführen des Endes mit dem Pfeil zur linken Patientenseite in die andere Tasche wiederholt. Abbildung 8D zeigt beide eingesetzte Schlaufen. *HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.*

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Ein Falten oder Verdrehen des Körpers und der Schlaufen ist zu vermeiden. Je nach vaginalen Abmessungen oder Ausmaß der lateralen Präparation muss der Netzimplantatkörper eventuell zugeschnitten werden. Das Vaginalepithel kann zugeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung ineinander greifender Nähte verschließen (wie unten beschrieben, siehe Abbildung 8E). Die endgültige Position des Netzimplantats im anterioren Kompartiment ist in Abbildung 8F dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vorzugsweise wird das Epithel in zwei Schichten vernäht, um eine relativ dicke Nahtlinie an der vaginalen Inzision zu erhalten. Die tiefe Schicht wird mit einer fortlaufenden subepithelialen Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL* Plus (Polyglecapron 25) antibakteriellem Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgedrehten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL™ Plus (Polyglactin 910) antibakteriellem Nahtmaterial vernäht. *HINWEIS: Das Netzimplantat in den oberen zwei Dritteln der Vagina positionieren und zuschneiden, falls es darüber hinaus reicht.* Falls dies nicht bereits erfolgt ist, wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgedrehte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL oder 2-0 Coated VICRYL Plus verwendet werden.

**Posteriore Vaginal-Rekonstruktion**

Wenn nur eine Verstärkung der posterioren Vaginalwand erforderlich ist, wird nur das posteriore GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält ein Netzimplantat und ein speziell für die Verwendung bei der posterioren Vaginalrekonstruktion entwickeltes posteriores Einführinstrument. Nach Anlegen der erforderlichen vaginalen Inzisionen und Präparationen Gewebekanäle im posterioren Kompartiment herstellen, in die die Netzimplantatschlaufen eingebracht werden. *HINWEIS: Das posteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.*

*Posteriore Präparation von Vagina und Kanal*

Das posteriore Vaginalepithel wird vom prärektalen Gewebe abpräpariert. Wie bei der anterioren Vaginalwand sollte auch hier die gesamte Dicke der posterioren Vaginalwand abpräpariert werden. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Die Präparation wird lateral auf beiden Seiten bis zu den Levator-ani-Muskeln auf Höhe der Spina ischialis fortgeführt. Die Präparation geht weiter durch beide rektalen Pfeiler und bis auf, aber nicht durch das Ligamentum sacrospinosum, wodurch Kanäle für die Einführung der Netzimplantatschlaufen hergestellt werden. Siehe Abbildung 9A.

Die Behandlung einer vorhandenen Enterozele ist optional, kann aber, falls beabsichtigt, je nach bevorzugter Technik des Chirurgen jetzt durchgeführt werden.

Wenn während der anterioren oder posterioren Präparation die Bauchhöhle eröffnet wird, muss diese vor dem Einbringen des Netzimplantats verschlossen werden.

*Einbringung des posterioren Netzimplantats*

Ein Falten des prärektalen Gewebes ist nicht erforderlich. Wenn eine solche Faltung jedoch durchgeführt wird, wird nur der zentrale Teil des prärektalen Gewebes gefaltet. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das prärektale Gewebe legen, dass die Schlaufenzeichen nach oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit beispielsweise 2-0 MONOCRYL Nahtmaterial am Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rille des Netzimplantats ist optional und kann mit 2-0 MONOCRYL Nahtmaterial oder 2-0 Coated VICRYL Nahtmaterial durchgeführt werden.

Die Netzimplantatschlaufen mit dem posterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die beidseitige Präparation zum Ligamentum sacrospinosum hergestellt wurde (von oben beschrieben). Das posteriore Einführinstrument mit einem geraden Nadelhalter greifen, wie in Abbildung 9B dargestellt.

ETH.MESH.02341428

*HINWEIS: Die Spitze des Nadelhalters ist das gerade, gerillte Ende des posterioren Einführinstruments einführen.* Das Netzimplantat so ausrichten, dass die Schlaufentaschen nach oben zeigen. Die Spitze des posterioren Einführinstruments in die Schlaufentasche auf der rechten Patientenseite einführen (siehe Abbildung 9B). Das posteriore Einführinstrument wird nun mit der Schlaufe in den zuvor hergestellten Gewebekanal geschoben (siehe Abbildung 9C), wobei der Handgriff des Nadelhalters aufgerichtet wird. Die Schlaufe mit ihrer gesamten Länge in den Kanal schieben, so dass die Basis der Schlaufe an der superioren Grenze der faszialen Präparation liegt. *HINWEIS: Erste Schlaufe vollständig einführen. Wenn das Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden. HINWEIS: Dabei darf nicht zu tief eingeführt werden, um Schäden an wichtigen Gewebestrukturen zu vermeiden. HINWEIS: Falls während der Insertion die Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.* Das posteriore Einführinstrument wird entlang des Insertionspfads zurückgezogen, wobei die Schlaufe im Kanal verbleibt. Die Schlaufen drücken an das Ligamentum sacrospinosum, ohne es jedoch zu durchdringen. Nähte keinesfalls in das Lig. sacrospinosum legen. Das Verfahren mit der zweiten Schlaufe auf der linken Patientenseite wiederholen. Abbildung 9D zeigt beide eingesetzte Schlaufen. *HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.*

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Implantatkörper und Schlaufen dürfen nicht gefaltet oder verdreht werden. Je nach vaginalen Abmessungen oder Ausmaß der lateralen Präparation muss der Netzimplantatkörper eventuell zugeschnitten werden. Das Epithel der posterioren Vaginalwand kann zugeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung meinander greifender Nähte verschlossen (wie unten beschrieben). Die endgültige Position des Netzimplantats im posterioren Kompartiment ist in Abbildung 9E dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vorzugsweise wird das Epithel in zwei Schichten vernäht, um eine relativ dicke Nahtlinie an der vaginalen Inzision zu erhalten. Die tiefe Schicht wird mit einer fortlaufenden subepithelialen Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL Plus antibakteriellem Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgedrehten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial vernäht. *HINWEIS: Das Netzimplantat in den oberen zwei Dritteln der Vagina positionieren und zuschneiden, falls es darüber hinaus reicht.* Am Ende der Operation ist eine digitale rektale Untersuchung erforderlich, um eine rektale Verletzung auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgedrehte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial verwendet werden.

### Kombinierte anteriore und posteriore Vaginal-Rekonstruktion

Wenn sowohl eine anteriore als auch posteriore Vaginalwandverstärkung erforderlich ist, wird das kombinierte GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält zwei identische Netzimplantate, eines für die anteriore und das zweite für die posteriore Vaginal-Rekonstruktion. Nur das gebogene anteriore Einführinstrument für eine anteriore und nur das gerade posteriore Instrument für eine posteriore Rekonstruktion verwenden. Die anteriore und posteriore Vaginal-Rekonstruktion wird wie oben beschrieben durchgeführt. Es wird empfohlen, zuerst die anteriore Vaginal-Rekonstruktion vorzunehmen. Die endgültige Position der Netzimplantate im anterioren und posterioren Kompartiment ist in Abbildung 10 dargestellt. Am Ende der Operation wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen. Eine digitale rektale Untersuchung ist erforderlich, um eine rektale Verletzung auszuschließen.

### Verwendung des GYNECARE PROSIMA Systems mit Uteruserhaltung (Hysteropexie)

Wenn der prolabierte Uterus erhalten wird, sollte die apikale Lasche des Netzimplantats an der Zervix fixiert werden. Die Fixierung des Netzimplantats an der Zervix sollte auf Höhe des pubocervikalen Rings erfolgen, wenn das Implantat während der anterioren oder posterioren Vaginal-Rekonstruktion eingebracht wird.

Wenn der Uterus während einer anterioren Vaginal-Rekonstruktion fixiert wird, wird der pubocervikale Ring während der anterioren Vaginalpräparation freigelegt. Eine 2-0 PROLENE Naht wird fest in der anterioren Seite des pubocervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Die PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der anterioren Fläche der Zervix auf Höhe des pubocervikalen Rings und sorgt dafür, dass sich das Netzimplantat mit der Vagina aufwölbt, wenn der VSD Ballon positioniert ist.

Bei der posterioren Rekonstruktion sollte das Netzimplantat an der posterioren Zervix auf Höhe oder oberhalb des pubocervikalen Rings fixiert werden. Die blind endende Ausbuchtung kann bei der Befestigung des Netzimplantats an der Zervix eröffnet werden. Das Peritoneum der Ausbuchtung wird oberhalb dieser Naht verschlossen, um ein Verkleben des Darms mit dem Netzimplantat zu vermeiden. Wenn der Chirurg sich entscheidet, die Ausbuchtung nicht zu eröffnen, wird der pubocervikale Ring während der posterioren Vaginalpräparation freigelegt. Eine 2-0 PROLENE Naht wird fest in der posterioren Seite des pubocervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Die PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der posterioren Fläche der Zervix auf Höhe des pubocervikalen Rings.

Bei Verwendung sowohl für anteriore als auch posteriore Vaginal-Rekonstruktionen sollten die Netzimplantate an der anterioren und posterioren Seite der Zervix fixiert werden, wie oben beschrieben (siehe Abbildung 11).

### Hygienemaßnahmen

Während der Operation die vaginalen Wunden mit Kochsalzlösung spülen. Das Netzimplantat so wenig wie möglich manipulieren und auf einwandfreie Hygiene achten.

### Einbringen von VSD und Luftkissen

Am Ende der Operation wird ein VSD in passender Größe mit befestigtem Luftkissen in die Vagina eingebracht und dort mit Nähten fixiert, um ein Verrutschen zu verhindern. Der VSD hat drei mögliche Größen (klein, mittel und groß) und kann vom Chirurgen wie nachstehend beschrieben an die individuelle Anatomie der Patientin angepasst werden.

#### VSD Anpassung und Zuschneiden

Der VSD wird mit maximaler Größe geliefert. Die passende Größe durch direkte Augenschein des VSD an der Patientin bestimmen. Hierbei wird der maximal große VSD in die Vagina zwischen dem aufgewölbten Apex und dem Hymenring eingeführt. Zum Einführen in die Vagina den VSD an der breitesten Stelle greifen und entlang der Längsachse falten, wobei der Ballon nach oben zeigt (siehe Abbildung 12). Die breiteste Stelle des VSD wird zuerst eingeführt, so dass die Nahtlöcher direkt oberhalb des Hymenrings liegen. *HINWEIS: Das Luftkissen während der Größenbestimmung*

*des VSD nicht abnehmen oder beschädigen.* Die richtige Größe ist erreicht, wenn der VSD genau in den oberen zwei Drittel der aufgewölbten Vagina passt und das distale Ende sowie die Nahtöffnungen 1 cm oberhalb des Hymenrings liegen (siehe Abbildung 13).

Wenn die größte Größe passt, wird der VSD nicht modifiziert. Wenn die mittlere Größe erforderlich ist, wird der oberste Abschnitt vorsichtig und nur mit den Spitzen einer gebogenen Mayo-Schere abgeschnitten, wobei nur kleine Schnitte erfolgen und so eine glatte Schnittkante erreicht wird. An den beschnittenen Stellen dürfen nur minimale Materialreste verbleiben. *HINWEIS: Es ist wichtig, den VSD sehr sorgfältig anzupassen. Wenn ein VSD einmal zugeschnitten ist, kann er nicht wieder vergrößert und die abgeschnittenen Teile können nicht wieder angesetzt werden.* Das Luftkissen sollte während des Zuschneidens abgehalten werden (siehe Abbildung 14). *Es muss darauf geachtet werden, das Luftkissen beim Zuschneiden des VSD nicht zu beschädigen.*

Wenn die mittlere Größe passt, ist kein weiteres Zuschneiden erforderlich. Wenn die kleine Größe benötigt wird, wird der verbleibende Abschnitt wie oben beschrieben entfernt. Das Luftkissen darf sich während des Zuschneidens nicht im Schneidebereich befinden, um eine Beschädigung zu vermeiden.

Wenn der VSD der korrekte Größe hat und das Luftkissen repositioniert ist, kann die Einheit in die Vagina eingebracht werden. *HINWEIS: Um eine Perforation des Luftkissens zu vermeiden, dürfen zur Einführung des VSD oder des Luftkissens keine Instrumente verwendet werden.* Wenn das Luftkissen beschädigt wird, das Luftkissen vom VSD abnehmen und den Vaginalraum mit Gaze auffüllen.

Nach korrekter Positionierung der Einheit in den oberen zwei Dritteln der aufgewölbten Vagina sollte der VSD mit Einzelnähten durch alle Nahtöffnungen des VSD und in das posteriore Vaginalwandepithel fixiert werden, beiderseitig lateral und oberhalb des Hymens in 4- und 8-Uhr-Position, wie in Abbildung 15 dargestellt. Die rechten und linken Nähte werden abwechselnd geknüpft, dabei wird der VSD an seiner Position in der Vagina festgehalten. *HINWEIS: Beim Vernähen des VSD darf das Luftkissen nicht punktiert werden.* Für diese Anwendung wird ein Nahtmaterial wie 2-0 Coated VICRYL oder ein gleichwertiges resorbierbares Nahtmaterial empfohlen.

#### Aufblasen des Luftkissens

Nach dem Vernähen des VSD wird die mitgelieferte 50-ml-Spritze durch eine Drehbewegung am Luftkissenventil befestigt. *HINWEIS: Nach Einbringen des VSD ist ein Katheter erforderlich, um eine Harnretention zu vermeiden.* Nach dem Aufblasen mit etwas Raumluft (siehe Abbildung 16) wird die gesamte Länge des Luftkissens mit einem Finger palpiert, um zu gewährleisten, dass sich das Luftkissen entfaltet hat und sich über die gesamte Vagina erstreckt. Nach Bestätigung der Entfaltung den Finger herausnehmen und das Luftkissen weiter aufblasen, bis am Scheidengang nur noch eine Fingerspitze zwischen Luftkissen und Vaginalwand passt. Während des Aufblasens wird eine Stabilisierung des VSD empfohlen. Das aufgeblasene Luftkissen dient dazu, das Netzimplantat an der Vaginalwand zu drücken. Das benötigte Luftvolumen zum Aufblasen des Luftkissens variiert je nach Patientin. *HINWEIS: Das maximale Luftkissen-Aufblasvolumen darf 90 ml nicht übersteigen.* Nach ausreichendem Aufblasen wird die Spritze durch Drehen vom Ventil abgenommen. Der Luftschlauch des Luftkissens muss aus der Vagina herausragen, damit er am Oberschenkel der Patientin befestigt werden kann. Die Kappe muss fest auf das Luftkissenventil aufgesetzt werden, damit das Luftkissen sein vorgesehenes Luftvolumen behält (siehe Abbildung 7). *HINWEIS: Die Kappe nicht zu stark festdrehen.* Ggf. kann das Luftkissenventil mit Luftkissen später mit einer Standardspritze korrigiert (angepasst) oder entspannt) werden. Das Luftkissen kann jederzeit palpiert oder visuell überprüft werden, um zu gewährleisten, dass es ausreichend aufgeblasen ist. *HINWEIS: Wenn sich die Patientin bewegt, passt sich das Luftkissen in der Vagina an und zeigt einen scheinbar höheren oder niedrigeren Innendruck. Das ist normal.*

*HINWEIS: Das Luftkissen vor Gebrauch nicht vom VSD lösen.*

*HINWEIS: Das Luftkissen nicht vor dem Einführen in die Vagina aufblasen.*

*HINWEIS: Wenn sich die VSD-Nahtöffnungen nach dem Aufblasen des Luftkissens mehr als 1 cm über den Hymenring verschoben haben oder wenn an ihnen eine übermäßige Spannung herrscht, den Druck des Luftkissens verringern und ggf. Position oder Größe des VSD korrigieren.*

*HINWEIS: Wenn sich Luftkissen Löcher befinden, ein Leck festgestellt wird oder das Luftkissen nach dem Aufblasen seine Form nicht behält, das Luftkissen NICHT verwenden. Es muss vom VSD abgenommen und vorschriftsgemäß entsorgt werden. Anstelle des Luftkissens einen Standard-Gazeverband verwenden.*

*HINWEIS: Wenn sich der Luftkissenstecker vom VSD löst, muss er wieder eingedrückt werden.*

*HINWEIS: Den Luftschlauch des Luftkissens in der Kappe fixieren.*

*HINWEIS: Den Luftschlauch niemals übermäßig knicken, spannen oder verdrehen, um Beschädigungen zu vermeiden.*

#### Abnehmen des Luftkissens vom VSD

Mit einer Standardspritze wird das Luftkissen einen Tag nach der Operation vollständig entleert und entfernt, wobei der VSD in situ verbleibt. *HINWEIS: Das Luftkissen nicht länger als einen Tag in der Vagina belassen.*

1) Die Kappe vom Luftkissenventil abnehmen.

2) Eine Standardspritze mit 50 ml (oder größer) am Luftkissenventil befestigen und die gesamte Luft aus dem Luftkissen ziehen (siehe Abbildung 17). Es ist wichtig, das Luftkissen vollständig zu entleeren, bevor versucht wird, es vom VSD abzunehmen. *HINWEIS: Beim Kissen vollständig entleerten Luftkissen wird der Spritzenkolben von selbst zurückgezogen.*

3) Spritze abnehmen.

4) Das Luftkissen kann dann durch vorsichtiges Ziehen am Luftschlauch in kaudale Richtung in der Nähe des Anschlussstecken abgenommen werden, während mit einem Finger ein betastsamer Gegenzug auf das distale Ende des VSD ausgeübt wird. Siehe Abbildung 18.

*HINWEIS: Das Luftkissen nicht zurückziehen, wenn es nicht vollständig entleert und kein Widerstand zu spüren ist. Falls ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben oder Zurückziehen des Luftkissens unter Widerstand kann zu einer Verschiebung des VSD bzw. Gewebetrauma der Vagina führen. Zur vollständigen Entleerung muss die Spritze nochmals angesetzt und die gesamte Luft entfernt werden, bevor das Luftkissen entfernt wird.*

#### Entfernung des VSD an der Patientin

Der VSD wird aus der Patientin entfernt, nachdem eine ausreichende Heilung eingetreten ist, etwa 3 bis 4 Wochen nach der Operation. Zu diesem Zeitpunkt haben sich die resorbierbaren Nähte möglicherweise so weit aufgelöst oder ausreichend Spannung verloren, dass der VSD leicht und ohne Widerstand durch Nähte entfernt werden kann. *HINWEIS: Zur Entfernung müssen eventuell beide Nähte aufgeschnitten werden. HINWEIS: Den VSD nicht länger als 4 Wochen in der Vagina belassen.* Jegliche verbleibenden Fixierungsnähte für den VSD entfernen. Den VSD manuell aus dem Vaginalkanal entfernen, wie in Abbildung 19 dargestellt.

ETH.MESH.02341429

**Perioperative Versorgung**

Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich. Antibiotika können auch Ermessen des Chirurgen postoperativ weiter verabreicht werden. Es kann eine Thrombozellose-Prophylaxe angewandt werden.

Der Chirurg sollte erklären, dass der Verwendungszweck des bis zu vier Wochen nach der Operation in der Patientin verbleibenden VSD ist, die Vagina während der Heilungsperiode in Kontakt mit dem Netzimplantat zu halten. Die Patientin sollte darauf hingewiesen werden, dass der VSD ca. 4 Wochen nach der Operation während einer postoperativen Nachuntersuchung entfernt wird. Weiterhin sollte erwähnt werden, dass es postoperativ zu vaginalem Ausfluss kommen kann und dass sich der VSD leicht nach unten verlagern kann. Wenn die Patientin feststellen sollte, dass der VSD verrutscht ist, kann sie ihn selbst behutsam wieder nach oben in eine angenehmere Position schieben. Falls der VSD allerdings erhebliches Unbehagen bereitet, sollte ärztlicher Rat eingeholt werden.

Die Patientin wird angewiesen, nach der Entlassung aus dem Krankenhaus für einen Zeitraum von 3 bis 4 Wochen anstrengende körperliche Aktivitäten zu vermeiden. Nach dieser Zeit sind die Beckengewebe in das Netzimplantat eingewachsen, und die Patientin kann ihre normalen täglichen Aktivitäten wieder aufnehmen. Die Patientin wird angewiesen, mindestens 6 Wochen nach der Operation auf Geschlechtsverkehr zu verzichten. Eine Beckenbodengymnastik kann jederzeit nach der Operation empfohlen werden.

**WIRKUNGSWEISE**

Tierversuche haben gezeigt, dass die Implantation von GYNECARE GYNEMESH PS Netz vorübergehend minimale bis leichte entzündliche Reaktionen hervorruft, gefolgt von der Ablagerung einer dünnen, fibrösen Gewebeschicht, welche die Zwischenräume des Geflechts durchdringen kann, wodurch das Netz mit dem anliegenden Gewebe verwächst. Das Netz bleibt weich und funnbar, und die normale Wundheilung wird kaum beeinträchtigt. Das Material wird weder resorbiert noch durch Gewebeenzyme abgebaut oder geschwächt.

**KONTRAINDIKATIONEN**

- Wenn das GYNECARE GYNEMESH PS Netz bei Kleinkindern, Kindern, schwangeren Frauen oder Frauen mit Kinderwunsch verwendet wird, sollte der Arzt bedenken, dass das Netz nicht sehr dehnbar ist und sich dem Wachstum der Patientin nicht anpassen kann.

- Das GYNECARE PROSIMA System sollte nicht bei bestehender Schwangerschaft oder purulenten Infektionen oder Krebserkrankungen von Vagina, Zervix oder Uterus durchgeführt werden.

**WARNUNGEN UND VORSICHTSMASSNAHMEN**

- Der Chirurg sollte mit den entsprechenden Verfahren und Techniken zur Beckenbodenrekonstruktion mit nicht-resorbierbaren Netzimplantaten vertraut sein, bevor die GYNECARE PROSIMA Systeme eingesetzt werden.

- Für die Verwendung des GYNECARE PROSIMA Systems bei Patientinnen mit einem Grad IV-Prolaps der Beckenorgane liegen noch keine auswertbaren Daten vor. Die Verwendung bei diesen Patientinnen wird daher nicht empfohlen.

- Beim GYNECARE PROSIMA System sollten anerkannte chirurgische Behandlungsmethoden eingehalten werden, ebenso bei infizierten oder kontaminierten Wunden.

- Das GYNECARE PROSIMA System nicht verwenden, wenn Verdacht auf eine Infektion oder Kontamination des Operationsgebiets besteht. Bei der Verwendung des Netzimplantats oder der VSD-Luftkissen-Einheit in kontaminierten Bereichen sollte stets bedacht werden, dass bei einer nachfolgenden Infektion unter Umständen Implantat oder VSD entfernt werden müssen.

- Postoperativ sollte die Patientin angehalten werden, das Heben schwerer Gegenstände und/oder körperliches Training (z.B. Radfahren, Jogging) für 3 bis 4 Wochen und Geschlechtsverkehr für 6 Wochen zu vermeiden, oder bis zu dem vom Arzt festgelegten Zeitpunkt, ab dem die Patientin ihre normalen Aktivitäten wieder aufnehmen kann.

- Den VSD nicht länger als 4 Wochen in der Vagina belassen.

- Das Luftkissen nicht länger als einen Tag in der Vagina belassen.

- Die Komponenten des GYNECARE PROSIMA Systems sind ausschließlich zur Verwendung mit den in dieser Packungsbeilage angegebenen Instrumenten vorgesehen.

- Übermäßige Zugspannung auf das Netzimplantat während der Handhabung vermeiden.

- Die GYNECARE PROSIMA Systeme mit Sorgfalt und unter Beachtung der Patientenanatomie verwenden, um Schäden an Blutgefäßen, Nerven, Blase und Darm sowie eine Perforation der Vaginalwand zu vermeiden. Die korrekte Anwendung des GYNECARE PROSIMA Systems minimiert diese Risiken.

- Das Luftkissen nur mit Raumluft aufblasen.

- Die Palpation bestätigt, dass das Luftkissen nach dem Aufblasen keine Lecks aufweist. Der vollständige Verlust der eingeblasenen Luft kann die Wirksamkeit des Luftkissens einschränken.

- Die Luftkissenwand ist dünn, damit die gewünschten Eigenschaften erreicht werden. Punktierungen, Schnitte, Kerben, Quetschungen oder Überbelastung können zu einem Verlust der eingeblasenen Luft führen. Das Luftkissen kann leicht durch eine Nadel oder ein Skalpell durchstoßen oder durch Manipulation mit einem stumpfen Instrument zerrissen werden. Bei der Handhabung muss vorsichtig vorgegangen werden, um solche Ereignisse zu vermeiden. Ein beschädigtes Luftkissen darf nicht verwendet werden. Luftkissen entfernen und den Bereich mit Gaze auffüllen.

- Das maximale Aufblasvolumen des Luftkissens beträgt 90 ml. Das Luftkissen nicht zu stark aufblasen. Ein übermäßiges Aufblasen des Luftkissens kann zu Beschwerden der Patientin, Gewebenekrose, postoperativer Ruptur der Vaginawunde oder Unfähigkeit zur Miktion führen.

- Die GYNECARE PROSIMA Systeme nicht bei Patientinnen anwenden, die sich einer Antikoagulationstherapie unterziehen.

- Es können postoperative Blutungen auftreten. Auf diesbezügliche Symptome oder Anzeichen achten, bevor die Patientin aus dem Krankenhaus entlassen wird.

- Die Patientin muss angewiesen werden, bei Auftreten von ungewöhnlichen Schmerzen, Blutungen oder anderen Problemen sofort den Chirurgen zu benachrichtigen.

- Obwohl eine Verletzung der Blase bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine Zystoskopie durchzuführen.

- Obwohl eine Verletzung des Rektums bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine digitale rektale Untersuchung durchzuführen.

- Das GYNECARE GYNEMESH PS Netzimplantat darf nicht mit irgendwelchen Klammern, Clips oder Klemmen befestigt werden, da es dabei zu einer mechanischen Beschädigung kommen kann.

- Das Netzimplantat darf nicht im unteren Drittel der Vagina liegen. Bei Bedarf die Netzimplantat bis zum Übergang vom unteren zum mittleren Drittel der Vaginalwand zuschneiden.

- Die prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich.

**NEBENWIRKUNGEN**

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit chirurgischem Implantatmaterial verbundenen Reaktionen, wie erhöhte Infektionsgefahr, Entzündung, Verwachsungen, Fistelbildung, Erosion, Extrusion und Narbenbildung, die zu einer Kontraktion des Implantats führt.

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit Rekonstruktionsverfahren bei Prolaps von Beckenorganen verbundenen Reaktionen, wie Schmerzen beim Geschlechtsverkehr und Schmerzen im Beckenraum. Diese Beschwerden können mit der Zeit von selbst abklingen.

- Bei der Präparation oder Einbringung des Netzes kann es zu Punktierungen, Zerreißungen oder Beschädigungen von Blutgefäßen, Nerven, Blase, Harnröhre oder Darm kommen, die einer chirurgischen Intervention bedürfen.

- Die Präparation für Beckenboden-Rekonstruktionsverfahren birgt die Gefahr einer Behinderung der normalen Miktion für einen variablen Zeitraum.

**STERILITÄT**

Die GYNECARE PROSIMA Systeme werden mit Ethylenoxid sterilisiert. KEINE Komponente des GYNECARE PROSIMA Systems darf RESTERILISIERT werden. KEINE Komponente des GYNECARE PROSIMA Systems darf WIEDERVERWENDET werden. Durch Wiederverwendung dieses Produkts (oder von Teilen dieses Produkts) besteht das Risiko einer Produktschädigung oder einer Kreuzkontamination, was zu einer Infektion oder Ansteckung mit durch Blut übertragenen Erregern bei Patienten und Anwendern führen kann. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Alle geöffneten, nicht verwendeten GYNECARE PROSIMA Systemkomponenten entsorgen.

**ENTSORGUNG**

Die Entsorgung von Komponenten und Verpackung des GYNECARE PROSIMA Systems hat unter Beachtung geltender Vorschriften für biogefährliche Stoffe und Abfälle zu erfolgen.

**AUFBEWAHRUNG**

Empfohlene Lagerbedingungen: kontrollierte Raumtemperatur und relative Luftfeuchtigkeit (ungefähre 25 °C, 60 % relative Luftfeuchtigkeit), geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung. Nicht nach Ablauf des Verfallsdatums verwenden.

**Auf den Etiketten verwendete Symbole**



| Symbol | Bedeutung |
|---|---|
| CE 0086 | Hersteller |
| CE-Zeichen und Identifikationsnummer der benannten Stelle. Das Produkt entspricht den grundlegenden Anforderungen der Richtlinie des Rates über Medizinprodukte 93/42/EWG. | Nicht erneut verwenden/resterilisieren |
| LOT Chargen-Nr. | Gebrauchsanleitung beachten |
| Verfallsdatum — Jahr und Monat | STERILE EO Sterilisationsmethode — Ethylenoxid |

ETH.MESH.02341430

33



Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico
Sistema di riparazione combinato del pavimento pelvico

ITALIANO

**Leggere attentamente le istruzioni.**

La mancata osservanza di queste istruzioni può causare un funzionamento inadeguato dei dispositivi o provocare lesioni.

*ATTENZIONE:* la legge federale U.S.A. consente la vendita del prodotto solo dietro richiesta di un medico.

L'addestramento all'uso dei sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA™ è consigliato e disponibile. Per organizzare l'addestramento, contattare il promotore di zona.

**INDICAZIONI**

I sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA, tramite il posizionamento degli impianti in rete PROLENE™ morbido non assorbibile GYNECARE GYNEMESH™ PS, sono indicati per il rinforzo del tessuto e la stabilizzazione duratura delle strutture fasciali del pavimento pelvico, come supporto meccanico o come materiale di conjunzione per i difetti fasciali. I sistemi assicurano il mantenimento del canale vaginale durante il periodo di guarigione a seguito della riparazione chirurgica del prolasso della parete vaginale, supportando contemporaneamente la posizione degli impianti in rete.

**DESCRIZIONE**

I sistemi di riparazione anteriore, posteriore e combinato del pavimento pelvico GYNECARE PROSIMA sono formati da impianti in rete GYNECARE GYNEMESH PS pre-sagomati e da strumenti atti a facilitare il posizionamento dell'impianto in rete e il supporto postoperatorio (vedere figura 1). Nella tabella seguente sono elencati i componenti contenuti in ciascun sistema:

| SISTEMA DI RIPARAZIONE DEL PAVIMENTO PELVICO | Impianto in rete nella confezione (A) | Gruppo pallonino – dispositivo di supporto vaginale (B&C) | Introduttore anteriore (D) | Introduttore posteriore (E) | Siringa (F) |
|---|---|---|---|---|---|
| Anteriore | 1 | 1 | 1 | | 1 |
| Posteriore | 1 | 1 | | 1 | 1 |
| Combinato | 2 | 1 | 1 | 1 | 1 |

Tabella 1 – Componenti del sistema di riparazione del pavimento pelvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**

GYNECARE GYNEMESH PS è una rete costituita da filamenti intrecciati di polipropilene estruso avente la stessa composizione delle suture in polipropilene PROLENE™ (ETHICON, INC.). Questo materiale, nell'uso come filo di sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. La rete presenta caratteristiche di resistenza eccellente, durevolezza ed adattabilità come presidio chirurgico, con una porosità sufficiente alla necessaria crescita del tessuto. Nella rete sono stati incorporati dei monofilamenti per sutura blu di PROLENE allo scopo di produrre una rigatura di contrasto. La rete è costituita con fibre monofilamento a diametro ridotto, intrecciate secondo un modello esclusivo che genera una rete di circa il 50 percento più flessibile delle reti standard in polipropilene PROLENE™. La rete è lavorata con un processo che collega fra di loro le congiunzioni di ogni fibra e che conferisce elasticità in entrambe le direzioni. Questa struttura permette di tagliare la rete in qualunque forma o dimensione desiderata senza che essa si sfilacci. La proprietà di elasticità bidirezionale consente l'adattamento alle varie tensioni presenti nel corpo.

**Impianto in rete**

L'impianto in rete è costituito da GYNECARE GYNEMESH PS. Gli impianti in rete sono pre-sagomati a forma di Y per la riparazione di difetti vaginali anteriori, posteriori e/o apicali. Vedere figura 2. L'impianto in rete ha 2 braccia e un corpo centrale. Sull'estremità prossimale vi è una linguetta apicale per il fissaggio con fili di sutura in modo da ridurre al minimo lo spostamento dell'impianto in rete durante il posizionamento delle braccia. Sull'estremità distale vi è una scanalatura per agevolare l'allineamento dell'impianto in rete. In corrispondenza delle braccia dell'impianto in rete ci sono delle tasche pre-modellate per consentire il posizionamento con gli introduttori. L'impianto in rete è fornito in una confezione composta da Tyvek® non rivestito e da una pellicola in plastica trasparente, pensata per una facile rimozione dell'impianto in rete.

**Introduttore anteriore**

L'introduttore anteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali anteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore anteriore non è previsto per la dissezione dei tessuti.* L'introduttore anteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento anteriore. Vedere le figure 3 e 4.

**Introduttore posteriore**

L'introduttore posteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali posteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore posteriore non è previsto per la dissezione dei tessuti.* Un'parte agli standard si collega all'introduttore posteriore come stabilizzatore per l'inserimento controllato. L'introduttore posteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento posteriore. Vedere la figura 5.

**Dispositivo di supporto vaginale (DSV)**

Il DSV è un dispositivo per l'uso su una singola paziente, pensato per fornire un supporto postoperatorio per i tessuti vaginali dopo il posizionamento della rete e dopo la chiusura dell'incisione vaginale. L'estremità apicale e l'estremità più ampia del DSV e contiene sezioni sagomabili. Dopo il dimensionamento iniziale nella paziente, è possibile regolare le dimensioni del DSV secondo l'anatomia della paziente rifilando le sezioni apicali sagomabili. Il DSV rimane posizionato nei 2/3 superiori della vagina per 3–4 settimane; dopodiché viene rimosso dalla paziente. Vedere la figura 6.

**Palloncino**

Il palloncino è un dispositivo per l'uso su una singola paziente, pensato per sostituire il tampone di garza vaginale post-chirurgico. Il volume del palloncino è regolabile in modo da riempire il canale vaginale e arriva fino alla parete vaginale in

corrispondenza dell'impianto in rete. Il palloncino è fornito pre-collegato al DSV. La figura 7 mostra il palloncino sgonfio, senza il DSV collegato. Il palloncino rimane nella paziente al massimo per 1 giorno.

**Siringa**

Per gonfiare il palloncino viene fornita una siringa da 50 ml.

**SEZIONE 1: PRINCIPI DELL'INTERVENTO CON IL SISTEMA GYNECARE PROSIMA**

L'intervento di riparazione del pavimento pelvico con il sistema GYNECARE PROSIMA mira ad ottenere una riparazione anatomica, resistente e standardizzata del prolasso dell'organo pelvico. In base alla sede del prolasso e alle preferenze del chirurgo, la riparazione può essere anteriore e/o posteriore. L'isterectomia o la conservazione dell'utero possono essere combinate all'intervento con il sistema GYNECARE PROSIMA. Se indicato, è possibile eseguire una riparazione perineale o posizionare una sling suburetrale per il trattamento dell'incontinenza urinaria da sforzo contemporaneamente all'utilizzo del sistema GYNECARE PROSIMA. È possibile utilizzare una sling suburetrale retropubica o transotturatoria.

La riparazione del prolasso si ottiene con il posizionamento di 1 o 2 impianti in rete per via vaginale. Al termine dell'intervento, un DSV con un palloncino gonfiabile viene posizionato nella vagina per il dimensionamento, quindi il DSV viene suturato in posizione, supportando così la vagina e gli impianti in rete durante la crescita del tessuto. Una volta gonfiato, il palloncino sostituisce il tampone di garza tradizionale riempiendo la cavità vaginale e posizionandosi in corrispondenza degli impianti in rete. Il giorno dopo l'intervento, il palloncino viene sgonfiato e rimosso dalla vagina senza spostare il DSV. Il DSV rimane in posizione per un massimo di 4 settimane dopo l'intervento, durante la crescita del tessuto negli impianti in rete.

**SEZIONE 2: RAZIONALE PER IL SISTEMA GYNECARE PROSIMA**

Dopo un intervento tradizionale per il prolasso di organo pelvico, i tessuti riparati sono esposti agli aumenti di pressione intra-addominale quando la paziente si muove, tossisce, vomita e compie sforzi per evacuazione intestinale. Questi aumenti di pressione intra-addominale possono compromettere la guarigione della riparazione vaginale e possono portare a fallimenti chirurgici o prolassi recidivanti. Grazie al rinforzo della riparazione vaginale con l'impianto in rete e al supporto della vagina con il DSV per 3–4 settimane dopo l'intervento, il sistema GYNECARE PROSIMA è pensato per ridurre il rischio di fallimenti chirurgici e prolassi recidivanti.

Durante la riparazione vaginale anteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra la vescica e 1/3 superiori della vagina, estendendosi lateralmente al livello dell'arco tendineo della fascia pelvica (ATFP). Durante la riparazione vaginale posteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra il retto e i 2/3 superiori della vagina, sistemandosi lateralmente sui muscoli elevatori dell'ano. È previsto che la sezione apicale del corpo dell'impianto in rete raggiunga l'apice vaginale. Anteriormente, l'impianto in rete può essere fissato al tessuto pre-vescicale o alla cervice. Posteriormente, l'impianto in rete può essere fissato al tessuto pre-rettale o alla cervice.

Il DSV supporta i tessuti vaginali dopo l'intervento e favorisce l'approssimarsi di tali tessuti con l'impianto in rete finché non si verifica la crescita del tessuto. La crescita di tessuto attraverso l'impianto in rete si verifica durante le 3–4 settimane dopo l'intervento. L'utilizzo del sistema GYNECARE PROSIMA evita la necessità di dissezione all'esterno della cavità pelvica ed evita il passaggio di suture o strumenti attraverso il forame otturatorio e il legamento sacrospinoso. Tutti questi aspetti facilitano l'esecuzione dell'intervento stesso.

**Isterectomia**

Le preferenze del chirurgo e le esigenze della paziente determinano l'eventuale contemporanea necessità di un'isterectomia. Quando si esegue un'isterectomia, si consiglia di eseguire la chiusura del cul-de-sac peritoneale in modo da evitare il contatto dell'impianto in rete con l'intestino. È necessario evitare una chiusura dell'incisione a "T", poiché ciò potrebbe aumentare il rischio di esposizione della rete. Quando si esegue l'isterectomia vaginale insieme alla riparazione anteriore o posteriore e entrambe, prima è necessario chiudere l'incisione dell'isterectomia in senso trasversale, quindi eseguire le incisioni per la riparazione in modo che non si colleghino all'incisione dell'isterectomia precedentemente chiusa. Tale operazione viene eseguita per evitare la creazione di un'incisione a "T".

**Conservazione dell'utero**

Il sistema GYNECARE PROSIMA è adatto per l'uso in situazioni in cui il chirurgo o la paziente scelgano di conservare l'utero.

**Incisioni vaginali**

Le incisioni vaginali nell'intervento con il sistema GYNECARE PROSIMA sono uguali a quelle utilizzate dal chirurgo per i tradizionali interventi di riparazione vaginale. Le incisioni devono essere eseguite attraverso tutta la profondità della parete vaginale in modo da ridurre il potenziale rischio di esposizione della rete.

**Posizionamento degli impianti in rete**

Gli impianti in rete sono mantenuti in posizione dal DSV finché non si verifica la crescita del tessuto. Pertanto, non è necessario fissare in posizione le braccia dell'impianto in rete. La posizione apicale dell'impianto in rete può essere fissata sulla fascia in corrispondenza della linea mediana dell'apice vaginale usando suture quali MONOCRYL™ 2-0 (Poliglecaprone 25) o Coated VICRYL™ 2-0 (Polyglactin 910). L'epitelio vaginale non deve essere suturato sull'impianto in rete.

**Preservazione epitelio**

È necessario evitare di rimuovere o escindere troppo epitelio vaginale. In seguito all'intervento può verificarsi una piccola retrazione del tessuto e la capacità vaginale ridotta potrebbe peggiorare se è stato rimosso troppo epitelio vaginale.

**Tre livelli di supporto vaginale**

Esistono 3 livelli di supporto alla vagina, comunemente conosciuti per la riparazione vaginale. L'utilizzo del sistema GYNECARE PROSIMA in un intervento di pressione per fornire il livello I e II di tale supporto come segue:

**Livello I – sospensione e supporto** (terzo superiore della vagina)
Il terzo superiore della vagina (compresa la volta in seguito all'isterectomia) e l'utero sono supportati da 2 meccanismi. In prima istanza, il supporto diretto per l'utero e la parte superiore della vagina è fornito dal parametrio (legamenti cardinali e utero-sacrali) e dalle fibre del paracolpio. Tali fibre fungono da legamenti sospensori e nascono dalla fascia

ETH.MESH.02341431

del muscolo piriforme, della giuntura sacroiliaca e dall'osso sacro laterale, e si inseriscono nel terzo superiore laterale della vagina e nella porzione posterolaterale della cervice. Secondariamente, il supporto indiretto per l'utero e la parte superiore della vagina è fornito dalla coppa del muscolo elevatore, formato dalla fusione dei muscoli elevatori dell'ano destro e sinistro tra il retto e il coccige. Il prolasso uterino e della volta vaginale si verificano come conseguenza del cedimento di questi meccanismi di supporto diretto e indiretto. È probabile che tale cedimento coinvolga la debolezza del pavimento pelvico muscolare e delle fibre sospensorie del parametrio e del paracolpio superiore. La chirurgia del prolasso al livello I ha lo scopo di ricreare i meccanismi di supporto diretto e indiretto. Il sistema GYNECARE PROSIMA utilizza le braccia dell'impianto in rete per raggiungere entrambi i muscoli otturatori interni e le fasce parietali che li ricoprono, nella riparazione vaginale anteriore, e utilizza le braccia dell'impianto in rete per raggiungere i legamenti sacrospinosi nella riparazione vaginale posteriore. Ciò garantisce il supporto diretto tramite sospensione e il supporto indiretto fornendo un'ampia area di supporto dell'impianto in rete per la parte superiore della vagina e per l'utero.

**Livello II – fissaggio laterale** (terzo medio della vagina)

La parte centrale della vagina è attaccata lateralmente e direttamente ai muscoli sulla parete laterale pelvica tramite l'arco tendineo della fascia pelvica (ATFP). In questo livello, le pareti vaginali anteriore e posteriore sono distese tra i fissaggi laterali destro e sinistro. Al livello II, la riparazione del prolasso punta a fissare di nuovo la porzione media-laterale della vagina sui muscoli della parete laterale pelvica. I difetti centrali della parte centrale della vagina richiedono anche il supporto al livello II. L'utilizzo del sistema GYNECARE PROSIMA in un intervento riceve il fissaggio laterale della vagina sui muscoli della parete laterale pelvica e fornisce anche il rinforzo fasciale centrale dopo la crescita del tessuto all'interno della rete.

**Livello III – fusione** (terzo inferiore della vagina)

*NOTA: quando si utilizza il sistema GYNECARE PROSIMA non è richiesta la dissezione in questa area.*

Nel livello III, anteriormente il terzo inferiore della vagina si fonde con la membrana perineale e l'uretra. Posteriormente, il terzo inferiore della vagina si fonde con il corpo perineale e i muscoli elevatori dell'ano. I tessuti in questa area sono riparati senza impianto in rete, poiché non è previsto che tale impianto venga utilizzato in corrispondenza del terzo inferiore della vagina. Il sistema GYNECARE PROSIMA non è indicato per i difetti di supporto del livello III, sebbene questi possano essere affrontati con interventi concomitanti come la perineorrafia.

**SEZIONE 3: ISTRUZIONI PER L'USO**

*NOTA: quando si legge questa sezione, è necessario fare riferimento alle figure presenti all'inizio di questo documento.*

**Preparazione chirurgica**

L'intervento eseguito con il sistema GYNECARE PROSIMA può essere effettuato in anestesia generale o locale secondo le preferenze del chirurgo, dell'anestesista e della paziente.

La paziente deve essere sistemata in posizione litotomica con le natiche leggermente sporgenti dal tavolo operatorio e le anche flesse. A dissezione del chirurgo, è possibile svuotare la vescica. Prima del gonfiaggio del palloncino è necessario un catetere, che potrà essere inserito in questo punto dell'intervento.

**Utilizzo del sistema GYNECARE PROSIMA in interventi post-isterectomia**

**Riparazione vaginale anteriore**

Quando si riscontra un rinforzare solo la parete vaginale anteriore, occorre utilizzare esclusivamente il sistema di riparazione anteriore del pavimento pelvico GYNECARE PROSIMA. Questo sistema contiene 1 impianto in rete e un introduttore anteriore appositamente studiato per l'utilizzo in una riparazione vaginale anteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, si creano dei canali di tessuto nel compartimento anteriore per il posizionamento delle braccia dell'impianto in rete tramite l'introduttore anteriore. *NOTA: l'introduttore anteriore non deve essere utilizzato per la dissezione dei tessuti.*

*Dissezione vaginale anteriore*

L'epitelio vaginale anteriore viene dissezionato e separato dalla vescica. Dissezionare lo spessore completo della parete vaginale. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Evitare la dissezione superficiale della parete vaginale o la separazione della parete vaginale in 2 strati. Tale dissezione può generare una parete vaginale molto sottile e può compromettere anche l'apporto ematico della parete vaginale, aumentando il rischio di esposizione della rete. Lateralmente, proseguire la dissezione verso la parete laterale pelvica e verso la spina ischiatica.

*Dissezione del canale anteriore e posizionamento dell'impianto in rete*

Eseguire la dissezione per creare i canali per le braccia dell'impianto in rete prima sul lato destro della paziente, poi su quello sinistro. Questi canali sono creati per posizionare l'impianto in rete in modo che la sezione distale delle braccia rimanga a ridosso della parete laterale pelvica e la fascia parietale del muscolo otturatorio interno. Per posizionare queste braccia, cominciare la dissezione palpando e individuando la spina ischiatica su entrambi i lati. *NOTA: in alternativa, questa dissezione può essere iniziata con forbici usando una tecnica di "spinta e apertura", in modo che la punta delle forbici rimanga sempre anteriore alla spina ischiatica.* Far seguire la dissezione iniziale da una dissezione delicata con le dita verso la spina ischiatica. Una volta che si è entrati in contatto con la spina ischiatica, fare scorrere il dito indice per creare uno spazio anteriore e superiore alla spina ischiatica. Vedere figura 8A. La direzione di questa dissezione è perpendicolare alla parete laterale pelvica e crea uno spazio di circa 2 cm in larghezza e 3 cm in altezza. La dissezione non prevede la dissezione sui legamenti sacrospinosi. Questa dissezione crea un canale anteriore e superiore alla spina ischiatica e superolaterale all'ATFP, al muscolo otturatorio interno e alla relativa fascia parietale. Ripetere la stessa dissezione sul lato sinistro.

Non è necessaria la plicatura del tessuto pre-vescicale. Tuttavia, se si esegue la plicatura, effettuarla solo in corrispondenza della parte centrale di questo tessuto. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-vescicale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la lunghezza del tessuto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia dell'impianto in rete. Il fissaggio distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore anteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro della dissezione anteriore e superiore alla spina ischiatica (come sopra descritto). *NOTA: le estremità curve dell'introduttore anteriore sono montate in direzioni opposte e, su ogni estremità, vi sono delle frecce che indicano la direzione per il posizionamento.* Con la punta della freccia rivolta verso il lato destro della paziente, inserire la punta dell'introduttore anteriore nella tasca dell'impianto in rete (vedere figura 8B) sul lato destro della paziente. *NOTA: una contro-trazione può aiutare a mantenere la tasca agganciata all'introduttore anteriore.* Tenere l'introduttore anteriore in posizione verticale, in modo che la parte curva dello strumento si trovi contro la parete vaginale posteriore. Direzionare l'introduttore anteriore, con l'estremità inserita all'interno della tasca, nel canale di tessuto precedentemente creato (vedere figura 8C) finché l'impugnatura non è a contatto con le ginocchia della paziente. La figura 8C mostra come l'impugnatura si avvicina alla parte dell'impugnatura dell'introduttore anteriore in direzione verticale verso l'alto in modo che il bordo di entrata e la tasca vadano verso la spina ischiatica. Una volta in posizione, inclinare l'impugnatura in basso verso la posizione quasi-orizzontale, mantenendo contemporaneamente l'impugnatura a contatto con la parte laterale della coscia opposta. *NOTA: l'utilizzo di*

uno strumento chirurgico standard per far rientrare la vescica può essere utile per il posizionamento iniziale nel canale. Se lo si desidera, inserire il dito indice nel canale per guidare il posizionamento dell'introduttore anteriore contro le grandi labbra sul lato opposto, prima di abbassare l'impugnatura. Spingere leggermente verso l'alto in modo da garantire il posizionamento corretto delle tasche delle braccia della rete; la sezione dell'impianto in rete raggiungerà l'apice vaginale. *NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare avanzare l'introduttore in presenza di resistenza, si possono causare danni all'impianto in rete oppure si può verificare un inserimento eccessivo che può causare danni a strutture anatomiche critiche.*

Per rimuovere l'introduttore anteriore, inclinare indietro l'impugnatura verso la posizione verticale prima dell'estrazione, lasciando il braccio della rete nel canale. *NOTA: inserire completamente il primo braccio. NOTA: se si estrae l'introduttore anteriore prima di rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire il braccio dell'impianto in rete.* Ripetere tale operazione sul lato opposto della paziente premendo l'introduttore anteriore ed inserendo l'estremità, con la freccia puntata verso il lato sinistro della paziente, nell'altra tasca. La figura 8D mostra entrambe le braccia in posizione. *NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete e verificare che l'impianto in rete NON sia attorcigliato.*

Posizionare il corpo dell'impianto in rete senza tensione sul tessuto vaginale sottostante. Evitare di piegare o attorcigliare il corpo e le braccia. Il corpo dell'impianto in rete potrebbe richiedere una sagomatura in base alle dimensioni vaginali o all'entità della dissezione laterale. L'epitelio vaginale può essere sagomato, ma deve essere evitata una rimozione eccessiva. Chiudere l'epitelio sull'impianto in rete evitando la sutura incavigliata (come sotto descritto, vedere figura 8E). La figura 8F mostra il posizionamento finale dell'impianto in rete nel compartimento anteriore.

*NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.*

Chiudere le incisioni vaginali senza suture incavigliate o a figura d'otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'erosione della rete. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteliale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL™ Plus 2-0 (Poliglecaprone 25). Quindi chiudere l'epitelio con sutura in continua non incavigliata a matrenasio a bordi evertenti, con una sutura quale Coated VICRYL 2-0 o una sutura antibatterica quale Coated VICRYL™ Plus 2-0 (Polyglactin 910). *NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se supera i 2/3 superiori.* Se non è già stata eseguita la cistoscopia, si consiglia tale operazione per escludere lesioni del tratto urinario.

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a matrenasio a bordi evertenti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Riparazione vaginale posteriore**

Quando è necessario solamente il rinforzo della parete vaginale posteriore, utilizzare esclusivamente il sistema di riparazione posteriore del pavimento pelvico GYNECARE PROSIMA. Questo contiene 1 impianto in rete e un introduttore posteriore appositamente studiato, utilizzato per la riparazione vaginale posteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, creare dei canali di tessuto nel compartimento posteriore per il posizionamento delle braccia dell'impianto in rete. *NOTA: l'introduttore posteriore non deve essere utilizzato per la dissezione dei tessuti.*

*Dissezione vaginale posteriore e del canale*

Dissezionare e separare l'epitelio vaginale posteriore dal tessuto pre-rettale. Come per la parete vaginale anteriore, è necessario dissezionare tutto lo spessore della parete vaginale posteriore. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Proseguire la dissezione lateralmente su ogni lato verso i muscoli elevatori dell'ano al livello della spina ischiatica. Poi proseguire la dissezione negli spazi pararettali e su, ma non attraverso, ogni legamento sacrospinoso, creando canali in cui saranno posizionate le braccia dell'impianto in rete. Vedere figura 9A.

Il trattamento dell'enterocele pre-esistente è opzionale, ma, se lo si sceglie, deve essere eseguito in questa fase secondo l'intervento preferito del chirurgo.

Se la cavità peritoneale viene aperta durante la dissezione anteriore o posteriore, è necessario chiuderla prima del posizionamento della rete.

*Posizionamento dell'impianto in rete posteriore*

Non è necessaria la plicatura del tessuto pre-rettale. Tuttavia, se si esegue la plicatura del tessuto pre-rettale, effettuarla solo in corrispondenza della parte centrale del tessuto pre-rettale. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-rettale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la lunghezza apicale dell'impianto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia. Il fissaggio della scanalatura distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore posteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro creato dalla dissezione verso ciascun legamento sacrospinoso (come sopra descritto). Afferrare l'introduttore posteriore usando un normale porta-aghi, come mostrato nella figura 9B. *NOTA: posizionare la punta del porta-aghi sull'estremità scanalata dell'introduttore posteriore.* Verificare che l'introduttore posteriore collegato sia allineato con l'impugnatura del porta-aghi. Inserire la punta dell'introduttore posteriore nella tasca sul lato destro della paziente (vedere figura 9B). Quindi direzionare l'introduttore posteriore, con l'estremità inserita all'interno della tasca, nel canale di tessuto precedentemente creato (vedere figura 9C) con l'impugnatura del porta-aghi in posizione verticale. Procedere con l'inserimento del braccio della rete per tutta la sua lunghezza nel canale in modo che la base del braccio arrivi al limite superiore della dissezione fasciale. *NOTA: inserire completamente il primo braccio. Se si estrae l'introduttore prima di rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire le braccia dell'impianto in rete. NOTA: prestare attenzione a non inserire troppo in profondità in modo da evitare danni a strutture anatomiche critiche del tessuto. NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare avanzare l'introduttore in presenza di resistenza, si possono causare danni all'impianto in rete oppure si può verificare un inserimento eccessivo che può causare danni alle strutture anatomiche critiche.* Ritirare l'introduttore posteriore lungo il percorso di inserimento, lasciando il braccio della rete nel canale. Le braccia raggiungono i legamenti sacrospinosi, senza penetrare in essi. Non applicare suture nei legamenti sacrospinosi. Ripetere l'intervento sul lato sinistro della paziente con il secondo braccio. La figura 9D mostra entrambe le braccia in posizione. *NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete e verificare che l'impianto in rete NON sia attorcigliato.*

35

ETH.MESH.02341432

Posizionare il corpo dell'impianto in rete senza tensione sulla fascia vaginale sottostante. Evitare di piegare o attorcigliare il corpo e le braccia dell'impianto in rete. In base alle dimensioni vaginali e alla entità della dissezione laterale, il corpo dell'impianto in rete potrebbe richiedere una sagomatura. L'epitelio della parete vaginale posteriore può essere sagomato, ma deve essere evitata una minuziosa eccessiva. Chiudere l'epitelio della parete vaginale posteriore sull'impianto in rete evitando la sutura incavigliata (come sotto descritto). La figura 9E mostra il posizionamento finale dell'impianto in rete nel compartimento posteriore.

*NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.*

Chiudere le incisioni vaginali senza suture incavigliate o a figura d'otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'erosione della rete. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL Plus 2-0. Quindi chiudere l'epitelio con sutura in continua non incavigliata a materassaio a bordi evertenti, con una sutura quale Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. *NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se supera i 2/3 superiori. Al termine dell'intervento, è necessario eseguire un esame rettale digitale per escludere lesioni rettali.*

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a materassaio a bordi evertenti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

## Riparazione vaginale combinata anteriore e posteriore

Quando è necessario rinforzare le pareti vaginali sia anteriore che posteriore, si utilizza il sistema di riparazione combinato del pavimento pelvico GYNECARE PROSIMA. Questo contiene 2 impianti in rete uguali, uno per la riparazione vaginale anteriore e l'altro per la riparazione vaginale posteriore. Per una riparazione anteriore utilizzare solamente l'introduttore anteriore curvo, mentre per una riparazione posteriore utilizzare solamente l'introduttore posteriore dritto. Eseguire le riparazioni vaginali anteriore e posteriore come sopra descritto. Si consiglia di eseguire per prima la riparazione vaginale anteriore. La figura 10 mostra il posizionamento finale degli impianti in rete nei compartimenti anteriore e posteriore. Al termine dell'intervento, si consiglia di eseguire la cistoscopia in modo da escludere lesioni del tratto urinario. È necessario eseguire un esame rettale digitale per escludere lesioni rettali.

## Utilizzo del sistema GYNECARE PROSIMA con preservazione uterina (isteropessi)

Se si conserva l'utero prolassato, è necessario fissare le linguette apicale dell'impianto in rete alla cervice. Il fissaggio dell'impianto in rete sulla cervice deve avere luogo al livello dell'anello pubo-cervicale, quando l'impianto viene posizionato durante la riparazione vaginale anteriore o posteriore.

Quando si conserva l'utero durante una riparazione vaginale anteriore, l'anello pubo-cervicale è esposto durante la dissezione vaginale anteriore. Posizionare saldamente una sutura PROLENE 2-0 nella superficie anteriore dell'anello pubo-cervicale. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE nella linguetta viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie anteriore della cervice al livello dell'anello pubo-cervicale e garantisce che l'impianto in rete si distenda con la vagina quando si posiziona correttamente il DSV.

Nella riparazione posteriore, fissare l'impianto in rete alla cervice posteriore al livello dell'anello pubo-cervicale o sopra esso. È possibile aprire il cul-de-sac durante il fissaggio dell'impianto in rete alla cervice. Chiudere il cul-de-sac peritoneale sopra questa sutura in modo da evitare che l'intestino aderisca all'impianto in rete. Se il chirurgo sceglie di non aprire il cul-de-sac, l'anello pubo-cervicale sarà esposto durante la dissezione vaginale posteriore. Posizionare saldamente una sutura PROLENE 2-0 nella superficie posteriore dell'anello pubo-cervicale. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie posteriore della cervice al livello dell'anello pubo-cervicale.

Quando vengono utilizzati per le riparazioni vaginali sia anteriore che posteriore, gli impianti in rete devono essere fissati alle superfici anteriore e posteriore della cervice, come sopra descritto (vedere figura 11).

## Igiene dell'impianto in rete

Durante l'intervento, irrigare le ferite vaginali con soluzione fisiologica. Mantenere la manipolazione dell'impianto in rete al minimo ed assicurarsi che la rete sia sempre in condizioni di igiene.

## Posizionamento del DSV e del pallondino

Al termine dell'intervento, posizionare un DSV, con il pallondino collegato, adeguatamente dimensionato nella vagina e suturarlo in posizione per evitare che si disloghi. Il DSV ha 3 potenziali dimensioni (piccolo, medio e grande) e può essere personalizzato dal chirurgo in modo da adattarsi alla lunghezza vaginale della paziente come segue.

### Adattamento e sagomatura del DSV

Il DSV è fornito nella dimensione più grande. Determinare la dimensione adeguata del DSV per la paziente utilizzando il DSV stesso per valutare la corretta misura nella paziente. Tale operazione si effettua posizionando il DSV nella sua dimensione più grande nella vagina tra l'apice disteso e l'anello imeneale. Per inserire il DSV nella vagina, afferrare il punto più ampio del DSV e piegarlo lungo l'asse longitudinale con il pallondino rivolto verso l'alto (vedere figura 12). Il punto più ampio del DSV viene inserito per primo, in modo che i fori per la sutura siano posizionati appena sopra l'anello imeneale. *NOTA: non rimuovere o danneggiare il pallondino durante il dimensionamento DSV.* La dimensione corretta si ottiene quando il DSV si adatta comodamente nei 2/3 superiori della vagina distesa, con l'estremità distale e gli occhielli per sutura 1 cm sopra l'anello imeneale (vedere figura 13).

Se la dimensione più grande si adatta, il DSV non sarà modificato. Se è necessaria la dimensione media, la maggior parte della sezione superiore sarà rimossa sagomando attentamente, utilizzando solo la punta delle forbici Mayo curve per effettuare piccoli tagli e garantire un bordo tagliato liscio. È necessario prestare attenzione per ridurre al minimo la quantità di materiale rimanente in corrispondenza delle aree tagliate. *NOTA: è importante sistemare il DSV molto attentamente. Una volta tagliato, il DSV non può essere ingrandito e non è possibile riattaccare le sezioni tagliate.* Durante la sagomatura del DSV, spostare il pallondino (vedere figura 14). *Durante la sagomatura del DSV, prestare attenzione per evitare danni al pallondino.*

Se la dimensione media si adatta, non è necessaria un'ulteriore sagomatura. Se è necessaria la dimensione piccola, la sezione rimanente sarà rimossa come sopra. Durante la sagomatura, spostare il pallondino per evitare di danneggiarlo.

Una volta dimensionato correttamente il DSV è riposizionato il pallondino, è possibile inserire il gruppo nella vagina della paziente. *NOTA: per ridurre al minimo il rischio di perforazione del pallondino, non utilizzare strumenti per agevolare l'inserimento del DSV o del pallondino.* Se il pallondino si danneggia, rimuoverlo dal DSV e utilizzare un tampone di garza per riempire la cavità vaginale.

Dopo aver posizionato correttamente il gruppo nei 2/3 superiori della vagina distesa della paziente, fissare il DSV in posizione collocando un singolo filo di sutura attraverso ogni occhiello per sutura del DSV e nell'epitelio della parete

vaginale posteriore, lateralmente e sopra l'imene su ogni lato, come mostrato nella figura 15, nelle posizioni ore 4 e ore 8. Le suture destra e sinistra sono legate in successione, tenendo il DSV saldamente in posizione all'interno della vagina. *NOTA: prestare attenzione a non perforare il pallondino durante la sutura del DSV in posizione.* Per questa applicazione si consiglia di utilizzare suture quali Coated VICRYL 2-0 o suture assorbibili equivalenti.

### Insufflazione del pallondino

Dopo aver suturato il DSV in posizione, collegare la siringa fornita da 50 ml riuotandola l'inchè si blocca sulla valvola del pallondino. *NOTA: dopo aver posizionato il DSV, è necessario il posizionamento di un catetere per evitare la ritenzione urinaria.* Dopo l'insufflazione con un piccolo volume di aria (vedere figura 16), palpare tutta la lunghezza del pallondino con un dito per verificare che il pallondino si sia spiegato e sia sistemato in tutta l'estensione della vagina. Una volta verificato lo spiegamento, rimuovere il dito e continuare a gonfiare completamente il pallondino fino a quando solamente la punta del dito si adatta comodamente nell'apertura tra il pallondino e la parete vaginale. Si consiglia di stabilizzare il DSV quando ha luogo l'insufflazione. Il pallondino gonfiato serve per mantenere l'impianto in rete in contatto con la parete vaginale. Il volume di aria necessario per gonfiare in modo sufficiente il pallondino varierà da paziente a paziente. *NOTA: il volume massimo di insufflazione del pallondino non deve superare 90 ml.* Dopo un'insufflazione adeguata, staccare la siringa dalla valvola tramite rotazione. Il tubo d'insufflazione del pallondino deve estendersi fuori dalla vagina per essere fissato alla coscia della paziente. È necessario fissare il coperchio alla valvola del pallondino per garantire che il pallondino mantenga il volume previsto di aria all'interno del pallondino. *NOTA: non stringere eccessivamente il coperchio.* Se necessario, è possibile regolare il pallondino successivamente, usando una siringa standard per aumentare o diminuire il volume di aria all'interno del pallondino. In qualsiasi momento è possibile palpare il pallondino e ispezionarlo visivamente per verificare che abbia mantenuto un'insufflazione sufficiente. *NOTA: quando la paziente si sposta, il pallondino si sistema nella cavità vaginale e può sembrare che la pressione aumenti o diminuisca. Ciò è normale.*

*NOTA: non staccare il pallondino del DSV prima del l'utilizzo.*

*NOTA: non gonfiare il pallondino prima della sua inserzione in vagina.*

*NOTA: dopo l'insufflazione del pallondino, se gli occhielli per sutura del DSV si sono spostati di oltre 1 cm sopra l'anello imeneale oppure se vi è una tensione eccessiva sulle suture agli occhielli, diminuire la pressione sul pallondino e, se necessario, riposizionare e ridimensionare il DSV.*

*NOTA: se nel pallondino si nota qualche foro, se si rileva una perdita o se il pallondino non riesce a rimanere esteso dopo l'insufflazione, NON utilizzare il pallondino. Esso deve essere rimosso dal DSV e smaltito con i mezzi opportuni. Utilizzare un tampone di garza standard al posto del pallondino.*

*NOTA: se lo spinotto di collegamento del pallondino si stacca dal DSV, spingerlo di nuovo in posizione.*

*NOTA: non fissare il tubo di insufflazione del pallondino nella vagina.*

*NOTA: per evitare danni, non applicare assolutamente forze estreme per piegare, tendere o ruotare il tubo di insufflazione.*

*NOTA: non applicare tamponi di garza in presenza di un pallondino.*

### Rimozione del pallondino dal DSV

Con una siringa standard, sgonfiare completamente il pallondino e rimuoverlo 1 giorno dopo l'intervento, lasciando il DSV in posizione. *NOTA: non lasciare il pallondino nella vagina per più di 1 giorno.*

1) Rimuovere il coperchio dalla valvola del pallondino.

2) Collegare una siringa standard da 50 ml (o maggiore) alla valvola del pallondino e sgonfiare completamente il pallondino (vedere figura 17). È importante sgonfiare completamente il pallondino prima di tentare di rimuoverlo dal DSV. *NOTA: un pallondino completamente sgonfiato provocherà la retrazione del pistone della siringa dopo la rimozione di tutta l'aria.*

3) Rimuovere la siringa.

4) Separare il pallondino dal DSV e rimuoverlo dalla paziente tirando delicatamente in direzione caudale sul tubo di insufflazione nella posizione accanto allo spinotto di collegamento del pallondino, fornendo contemporaneamente una delicata contro-trazione sull'estremità distale del DSV con un dito. Vedere la figura 18.

*NOTA: non estrarre il pallondino a meno che non sia completamente sgonfio e non si avverta alcuna resistenza. Se si avverta resistenza, determinare la causa prima di procedere. Se si continua a far avanzare o a estrarre il pallondino in presenza di resistenza, si provoca lo spostamento del DSV e/o un trauma del tessuto nella cavità vaginale. Per assicurarsi che si sia verificato uno sgonfiamento completo, ricollegare la siringa ed estrarre tutta l'aria prima di continuare la rimozione.*

### Rimozione del DSV dalla paziente

Rimuovere il DSV dalla paziente circa 3–4 settimane dopo l'intervento, dopo il verificarsi di una guarigione sufficiente. Entro questo periodo le suture assorbibili possono essersi riassorbite o aver perso la forza di trazione sufficiente per consentire la facile rimozione del DSV senza la resistenza delle suture. *NOTA: per la rimozione potrebbe essere necessario tagliare entrambe le suture. NOTA: non lasciare il DSV all'interno della vagina per più di 4 settimane.* Rimuovere tutte le rimanenti suture per il fissaggio del DSV. Rimuovere manualmente il DSV dal canale vaginale, come mostrato nella figura 19.

### Trattamento perioperatorio

Le pazienti potranno avere antibiotici come profilassi, somministrati secondo la procedura usuale del chirurgo. L'assunzione di antibiotici può essere continuata dopo l'intervento in base alle preferenze del chirurgo. Può essere effettuata la profilassi tromboembolica.

Il chirurgo è tenuto a spiegare che lo scopo del DSV, destinato a rimanere in vagina per un massimo di quattro settimane dopo l'intervento chirurgico, è quello di supportare la vagina a ridosso della rete durante il metodo di cicatrizzazione. La paziente deve essere informata che il DSV sarà rimosso durante una visita di controllo post-operatoria, trascorse circa 4 settimane dall'intervento chirurgico. Inoltre si deve informare la paziente della possibile comparsa di perdite vaginali post-operatorie e che il DSV potrebbe spostarsi leggermente verso il basso. Se la paziente avverte che il DSV si è spostato verso il basso, dovrà delicatamente farlo rivelare verso l'alto, fino a raggiungere una posizione più confortevole. Tuttavia, se il DSV è causa di notevole disagio, la paziente dovrà rivolgersi al proprio medico curante.

Dopo la dimissione dall'ospedale, avvisare la paziente di evitare attività che richiedano uno sforzo fisico per un periodo di 3–4 settimane. In questo periodo i tessuti pelvici amano incorporato l'impianto in rete e la paziente potrà riprendere le attività della vita normale dai tutti i giorni. Avvisare inoltre la paziente di evitare rapporti sessuali per almeno 6 settimane dopo l'intervento. Gli esercizi del pavimento pelvico possono essere raccomandati in qualsiasi momento dopo l'intervento.

### PRESTAZIONI

Studi su animali hanno dimostrato che l'impianto GYNECARE GYNEMESH PS causa una reazione infiammatoria minima o leggera, solo transitoria e seguita dal deposito di un sottile strato di tessuto fibroso in grado di crescere attraverso gli interstizi della rete,

incorporando quindi la rete stessa nel tessuto adiacente. La rete resta morbida e pieghevole e la normale guarigione della ferita non viene alterata. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tissutali.

**CONTROINDICAZIONI**

- Quando si utilizza GYNECARE GYNEMESH PS in neonati, bambini, donne in gravidanza o donne che hanno intenzione di avere una futura gravidanza, il chirurgo deve essere consapevole che questo prodotto potrebbe non estendersi sufficientemente per la crescita della paziente.
- Il sistema GYNECARE PROSIMA non deve essere utilizzato in presenza di gravidanza, infezioni purulenti o cancri della vagina, della cervice o dell'utero.

**AVVERTENZE E PRECAUZIONI**

- Gli utilizzatori devono conoscere molto bene le procedure e le tecniche chirurgiche che riguardano la riparazione del pavimento pelvico e le reti non assorbibili prima di usare i sistemi GYNECARE PROSIMA.
- L'impiego del sistema GYNECARE PROSIMA non è stato valutato completamente nelle pazienti con prolasso pelvico di IV grado. Per questa ragione il suo impiego non è raccomandato in questo tipo di pazienti.
- Attenersi ad una pratica chirurgica riconosciuta se il sistema GYNECARE PROSIMA e per la gestione di ferite infette o contaminate.
- Non utilizzare il sistema GYNECARE PROSIMA se si pensa che il sito chirurgico possa essere infettato o contaminato. Se si utilizza l'impianto in rete o il gruppo DSV-palloncino nelle aree contaminate, tale operazione deve essere realizzata solamente con la consapevolezza che un'infezione successiva può richiedere la sua rimozione.
- Dopo l'intervento, la paziente dovrà essere informata del fatto che dovrà astenersi dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) per 3 o 4 settimane e astenersi da rapporti sessuali per 6 settimane o fino a quando il medico non stabilirà che le pazienti può tornare alle normali attività.
- Non lasciare il DSV all'interno della vagina per più di 4 settimane.
- Non lasciare il palloncino all'interno della vagina per più di 1 giorno.
- I componenti del sistema GYNECARE PROSIMA non sono pensati per essere utilizzati con dispositivi diversi da quelli indicati nel presente inserto.
- Durante la manipolazione, evitare di esercitare un'eccessiva tensione sull'impianto in rete.
- Utilizzare i sistemi GYNECARE PROSIMA con cura e attenzione per l'anatomia della paziente, allo scopo di evitare danni a vasi, nervi, vescica, intestino e la perforazione della parete vaginale. Il corretto utilizzo dei componenti del sistema GYNECARE PROSIMA ridurrà al minimo i rischi.
- Insufflare il palloncino solo con aria.
- La palpazione confermerà che il palloncino non presenta perdite d'aria dopo l'insufflazione. La perdita completa del gonfiaggio può limitare l'efficacia del palloncino.
- La parete del palloncino è sottile in modo da presentare le proprietà richieste. Perforazioni, tagli, incaricature, schiacciamenti o tensioni eccessive possono causare la perdita di gonfiaggio. Il palloncino può essere facilmente penetrato con un ago o un bisturi oppure rotto tramite manipolazione con uno strumento smusso. È necessario prestare attenzione durante la manipolazione per evitare tali casi. Non utilizzare un palloncino danneggiato. Rimuovere e tamponare con della garza.
- L'insufflazione massima del palloncino è 90 ml. Non gonfiare eccessivamente il palloncino. L'insufflazione eccessiva del palloncino può causare il disagio della paziente, la necrosi del tessuto, la rottura della ferita vaginale postoperatoria o l'impossibilità di svuotare la vescica.
- Non utilizzare i sistemi GYNECARE PROSIMA su pazienti sottoposte a terapia anticoagulante.
- È possibile che si verifichi un'emorragia dopo l'intervento. Prestare attenzione a eventuali sintomi o segni clinici prima di dimettere la paziente dall'ospedale.
- È necessario avvertire la paziente di contattare immediatamente il medico in caso di dolore insolito, sanguinamento o altri problemi correlati.
- Sebbene sia improbabile che si verifichino lesioni della vescica con questa tecnica, si consiglia di eseguire la cistoscopia.
- Sebbene sia improbabile che si verifichino lesioni rettali con questa tecnica, è necessario un esame digitale.
- Per evitare danni meccanici alla rete, non fissare l'impianto in rete GYNECARE GYNEMESH PS con punti metallici, clip o fermagli.
- L'impianto in rete non deve essere presente nel terzo inferiore della vagina. Se necessario, sagomare l'impianto in rete in corrispondenza della congiunzione del terzo inferiore e medio della parete vaginale.
- È possibile somministrare antibiotici come profilassi secondo la procedura usuale del chirurgo.

**EFFETTI COLLATERALI**

- I potenziali effetti collaterali sono quelli di solito associati ai materiali impiantabili chirurgicamente, compresa una possibilità di infezione, infiammazione, formazione di aderenze, formazione di fistole, erosione, estrusione e cicatrizzazione con conseguente contrazione dell'impianto.
- I potenziali effetti collaterali sono quelli associati solitamente agli interventi di riparazione del prolasso dell'organo pelvico, compresi dolore durante i rapporti sessuali e dolore pelvico. Tali condizioni possono risolversi autonomamente nel tempo.
- Durante la dissezione o il passaggio della rete possono verificarsi perforazioni, lacerazioni o lesioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.
- La dissezione per gli interventi di riparazione del pavimento pelvico presenta il rischio potenziale di compromettere il normale svuotamento della vescica per una lunghezza variabile di tempo.

**STERILITÀ**

I sistemi GYNECARE PROSIMA sono sterilizzati con ossido di etilene. NON RISTERILIZZARE alcuna parte del sistema GYNECARE PROSIMA. NON RIUTILIZZARE alcuna parte del sistema GYNECARE PROSIMA. Il riutilizzo del dispositivo (o di parti di esso) può creare un rischio di degradazione del prodotto e di contaminazione crociata, che possono causare infezioni o trasmissione di patogeni di origine ematica a pazienti e utilizzatori. Non usare se la confezione è stata aperta o danneggiata. Eliminare tutti i componenti del sistema GYNECARE PROSIMA aperti e non usati.

**SMALTIMENTO**

Smaltire i componenti del sistema GYNECARE PROSIMA e le confezioni conformemente alle politiche dell'azienda e alle procedure relative ai materiali e ai rifiuti a rischio biologico.

**CONSERVAZIONE**

Condizioni raccomandate per la conservazione: temperatura ambiente e umidità relativa controllate (circa 25 °C, 60 % di umidità relativa), al riparo da umidità e calore diretto. Non usare dopo la data di scadenza.

**Simboli usati sulle etichette**



37

ETH.MESH.02341434



Sistema de Reparação do Pavimento Pélvico Anterior
Sistema de Reparação do Pavimento Pélvico Posterior
Sistema de Reparação do Pavimento Pélvico Combinado

**Por favor, leia atentamente todas as informações.**
O não cumprimento das instruções poderá originar o funcionamento indevido dos dispositivos e provocar lesões pessoais.

ATENÇÃO: A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.
Recomenda-se e encontra-se disponível formação relativa ao uso dos Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA™. Contacte o representante de vendas da sua empresa para providenciar esta formação.

**INDICAÇÕES**
Os Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA, mediante colocação de Implantes de Rede Flexível PROLENE™ Não Absorvível GYNECARE GYNEMESH™ PS estão indicados para reforço do tecido e estabilização de longa duração de estruturas fasciais do pavimento pélvico, como suporte mecânico ou material de ligação para o defeito fascial. Os Sistemas facilitam a manutenção do canal vaginal durante o período de cicatrização após reparação cirúrgica do prolapso da parede vaginal, apoiando simultaneamente a posição dos Implantes de Rede.

**DESCRIÇÃO**
Os Sistemas de Reparação do Pavimento Pélvico Anterior, Posterior e Combinado GYNECARE PROSIMA são constituídos por Implantes de Rede GYNECARE GYNEMESH PS pré-cortados e instrumentos destinados a facilitar a colocação do Implante de Rede e apoiá-lo pós-operatório (consultar a figura 1). Na quadro seguinte resumem-se os componentes incluídos em cada sistema:

| SISTEMA DE REPARAÇÃO DO PAVIMENTO PÉLVICO | Implante de Rede na Embalagem de Transporte (A) | Conjunto de Dispositivo de Suporte Vaginal – Balão (B&C) | Introdutor Anterior (D) | Introdutor Posterior (E) | Seringa (F) |
|---|---|---|---|---|---|
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combinado | 2 | 1 | 1 | 1 | 1 |

Quadro 1 – Componentes do Sistema de Reparação do Pavimento Pélvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**
A GYNECARE GYNEMESH PS é uma rede tecida a partir de filamentos tecidos de polipropileno extrudido, idêntico em composição à da Sutura de Polipropileno PROLENE™, (ETHICON, INC.). Este material, quando usado como sutura, demonstrou ser não reactivo e manter a sua resistência indefinidamente em seu clínico. A rede dispõe de excelente força, durabilidade e adaptabilidade cirúrgica, com porosidade suficiente para a proliferação interior de tecido necessário. Os monofilamentos usados da Sutura PROLENE foram introduzidos para criar faixas de contraste na rede. A rede é constituída por fibras monofilamentares de diâmetro reduzido, tecidas de modo a formar um padrão exclusivo que confere a esta rede uma flexibilidade de cerca de 50 por cento superior à da Rede de Polipropileno PROLENE™ standard. A rede é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Este processo de fabrico permite que a rede seja cortada em qualquer formato ou tamanho desejado, sem desfiar. A característica elástica bidireccional permite a adaptação às várias tensões encontradas no corpo.

**Implante de Rede**
O Implante de Rede é construído a partir de GYNECARE GYNEMESH PS. Os Implantes de Rede são pré-cortados em forma de Y para reparação dos defeitos vaginais anterior, posterior e/ou apical. Consultar a figura 2. O Implante de Rede apresenta 2 tiras e um corpo central. Existe uma aba apical na extremidade proximal para fixação com sutura, visando minimizar os movimentos do Implante de Rede durante a colocação das tiras. Tem um entalhe distal na extremidade distal para ajudar no alinhamento do Implante de Rede. Existem duas bolsas pré-formadas nas tiras do Implante de Rede para permitir a colocação com os introdutores. O Implante de Rede é fornecido numa Embalagem de Transporte de Implante, constituído por Tyvek® não revestido e por uma película de plástico transparente, concebidos para uma fácil remoção do Implante de Rede.

**Introdutor Anterior**
O Introdutor Anterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teoduladores anteriores previamente dissecados. *NOTA: O Introdutor Anterior não se destina a ser usado para dissecar tecidos.* O Introdutor Anterior foi concebido para ser compatível com as bolsas do Implante de Rede, visando permitir a colocação de tiras dos dois lados da doente, no compartimento anterior. Consultar a figura 4.

**Introdutor Posterior**
O Introdutor Posterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teoduladores posteriores previamente dissecados. *NOTA: O Introdutor Posterior não se destina a ser usado para dissecar tecidos.* Um porta-agulhas poderá prender-se ao Introdutor Posterior, como estabilizador para uma inserção controlada. O Introdutor Posterior foi concebido para ser compatível com as bolsas do Implante de Rede, visando permitir a colocação de tiras dos dois lados da doente, no compartimento posterior. Consultar a figura 5.

**Dispositivo de Suporte Vaginal (VSD)**
O VSD é um dispositivo destinado a ser utilizado numa única doente para proporcionar apoio pós-operatório aos tecidos vaginais depois da colocação da rede e enxertamento da(s) incisão(ões) vaginal(is). A extremidade apical é a extremidade mais larga do VSD e contém secções recortáveis. Depois do dimensionamento inicial na doente, o tamanho do VSD pode ser ajustado para se adequar à anatomia da doente, cortando as secções apicais indicadas. O VSD fica nos 2/3 superiores da vagina durante 3 a 4 semanas, sendo depois retirado da doente. Consultar a figura 6.

38

**Balão**
O Balão é um dispositivo para utilização numa única doente, concebido para substituir o enchimento vaginal por compressas após a cirurgia. O volume do Balão é ajustável, visando encher o canal vaginal e facilitar a aposição da parede vaginal contra o Implante de Rede. O Balão é fornecido pré-fixo ao VSD. Na figura 7 mostra-se o Balão desinsuflado, sem o VSD. O Balão permanece na doente durante o período máximo de 1 dia.

**Seringa**
É fornecida uma seringa de 50 ml para insuflar o Balão.

**SECÇÃO 1: PRINCÍPIOS DO PROCEDIMENTO UTILIZANDO O SISTEMA GYNECARE PROSIMA**
O procedimento de reparação do pavimento pélvico utilizando o Sistema GYNECARE PROSIMA destina-se a obter uma reparação anatómica, durável e padronizada do prolapso dos órgãos pélvicos. Dependendo da localização do prolapso e da preferência do cirurgião, a reparação pode ser anterior e/ou posterior. Pode combinar-se uma histerectomia ou conservação uterina com o procedimento utilizando o Sistema GYNECARE PROSIMA. Caso esteja indicada, pode proceder-se a uma reparação do períneo ou aplicação de faixa (sling) suburetral para tratamento da incontinência urinária de esforço em simultâneo quando se utiliza o Sistema GYNECARE PROSIMA. Pode ser utilizado um sling suburetral retropúbico ou trans-obturador.

A reparação do prolapso é obtida mediante a colocação de 1 ou 2 Implantes de Rede, por abordagem vaginal. Após conclusão da cirurgia, é colocado um VSD com um Balão insuflável na vagina para fins de dimensionamento, sendo o VSD depois suturado, apoiando assim a vagina e o(s) Implante(s) de Rede durante a proliferação tecidular interior. Depois de insuflado, o Balão substitui o enchimento tradicional com compressas, preenchendo a cavidade vaginal e provocando a aposição entre o(s) Implante(s) de Rede e a vagina. No dia a seguir à cirurgia, o Balão é esvaziado e retirado da vagina, sem desalojar o VSD. O VSD permanece colocado durante um período máximo de 4 semanas após a cirurgia, durante a proliferação tecidular interior no(s) Implante(s) de Rede.

**SECÇÃO 2: FUNDAMENTOS DO SISTEMA GYNECARE PROSIMA**
Após cirurgia convencional para tratamento do prolapso de órgãos pélvicos, os tecidos reparados são expostos a aumentos da pressão intra-abdominal, a medida que a doente se mobiliza, tosse, vomita e faz esforço na momento da evacuação intestinal. Esses aumentos da pressão intra-abdominal podem influenciar negativamente a cicatrização da reparação vaginal e dar origem ao insucesso cirúrgico e recidiva do prolapso. Ao reforçar a reparação vaginal com o Implante de Rede a ao apoiar a vagina com o VSD durante um período de 3 a 4 semanas depois da cirurgia, o Sistema GYNECARE PROSIMA destina-se a reduzir o risco de insucesso cirúrgico e de recidiva do prolapso.

Durante a reparação vaginal anterior, o corpo do Implante de Rede destina-se a ser colocado sem tensão entre a bexiga e os 2/3 superiores da vagina, estendendo-se lateralmente ao nível do arco tendinoso da fáscia pélvica (arcus tendineous fascia pelvis, ATFP). Durante a reparação vaginal posterior o corpo do Implante de Rede destina-se a ser colocado sem tensão entre o recto e os 2/3 superiores da vagina, ajustando-se lateralmente por cima dos músculos elevadores do ânus. A secção apical do corpo do Implante de Rede destina-se a atingir o ápex vaginal. Anteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido pré-vesical ou ao colo do útero. Posteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido pré-rectal ou ao colo do útero.

O VSD proporciona suporte aos tecidos vaginais após a cirurgia e facilita a aposição dos tecidos vaginais contra o Implante de Rede, até que ocorra a proliferação tecidular interior. A proliferação tecidular interior através do Implante de Rede ocorre durante as 3 a 4 semanas após a cirurgia. A utilização do Sistema GYNECARE PROSIMA evita a necessidade de dissecção fora da cavidade pélvica e evita a passagem de suturas e instrumentos através dos forâmen do obturador e ligamento sacroespinal, facilitando assim a cirurgia.

**Histerectomia**
A preferência do cirurgião e as necessidades da doente determinam a necessidade de uma histerectomia concomitante. Nas situações em que se efectua histerectomia, recomenda-se o encerramento do peritoneu da fundo de saco de Douglas para evitar o contacto da Implante de Rede com o intestino. Deve evitar-se o encerramento de uma incisão em "T", dado que tal pode aumentar o risco de exposição da rede. Quando se efectua histerectomia vaginal em conjunto com a reparação anterior e/ou posterior, a incisão da histerectomia deve ser inicialmente fechada em sentido transversal, procedendo-se depois às incisões de reparação. De tal forma que não comuniquem com a incisão de histerectomia previamente encerrada. Tal destina-se a prevenir a criação de uma incisão em "T".

**Conservação Uterina**
O Sistema GYNECARE PROSIMA é adequado para utilização em situações em que o cirurgião ou a doente optam por conservar o útero.

**Incisões vaginais**
As incisões vaginais utilizando o Sistema GYNECARE PROSIMA são idênticas às utilizadas pelo cirurgião para cirurgia de reparação vaginal de rotina. As incisões devem ser feitas em toda a profundidade da parede vaginal, de modo a reduzir o potencial de exposição da rede.

**Colocação do Implante de Rede**
Os Implantes de Rede são mantidos no seu local pelo VSD até que ocorra proliferação tecidular interior. Por conseguinte, é desnecessário fixar as tiras do Implante de Rede em posição. A zona apical do Implante de Rede pode ser fixa com sutura à fáscia na linha média, ao nível do apex vaginal, utilizando uma sutura como a Sutura MONOCRYL™ 2-0 (Poliglecaprona 25) ou a Sutura Coated VICRYL™ 2-0 (Poliglactina 910). O epitélio vaginal deve ser suturado ao Implante de Rede.

**Conservação Uterina**
Deve evitar-se remover ou cortar demasiado epitélio vaginal. Após a cirurgia, pode ocorrer algum grau de retracção tecidular, podendo existir um agravamento da redução da capacidade vaginal caso se retire demasiado epitélio vaginal.

ETH.MESH.02341435

**Três Níveis de Suporte Vaginal**

Conhecem-se tipicamente 3 níveis de suporte vaginal para reparação vaginal. A utilização do Sistema GYNECARE PROSIMA num procedimento destina-se a facultar o nível I e II deste suporte, da seguinte forma:

**Nível I – Suspensão e Suporte** (terço superior da vagina)

O terço superior da vagina (incluindo o abóbada após histerectomia) é ou o e suportado por 2 mecanismos. Em primeiro lugar, o suporte directo do útero e zona superior da vagina é assegurado pelo paramétrio (ligamentos cardinal e útero-sagrado) e fibras do paracólpio. Estas fibras actuam como ligamentos suspensores e causam da fáscia do músculo piriforme, articulação sacro-ilíaca e zona lateral do sacro, inserindo-se no terço superior externo da vagina e face póstero-externa do colo do útero. Em segundo lugar, o suporte indirecto do útero e zona superior da vagina é assegurado pela placa elevadora, formada pela fusão dos músculos elevadores do ânus direito e esquerdo, entre o recto e o cóccix. O prolapso do útero e abóbada vaginal ocorre em consequência da falência destes mecanismos de suporte directo e indirecto. É provável que tal envolva a fraqueza do pavimento pélvico muscular e das fibras suspensoras do pavimento e paracólpio superior. O objectivo da cirurgia do prolapso de nível I consiste em reunir mecanismos de suporte directo e indirecto. O Sistema GYNECARE PROSIMA utiliza as tiras do Implante de Rede para apoisção a cada músculo obturador interno e fáscia parietal sobrejacente na reparação vaginal anterior e utiliza as tiras do Implante de Rede para aposição aos ligamentos sacroespinais na reparação vaginal posterior. Tal confere suporte directo mediante o suporte indirecto na proporcionar uma área ampla de suporte do Implante de Rede para o útero e a zona superior da vagina.

**Nível II – Fixação Lateral** (terço médio da vagina)

A zona média da vagina é fixa lateral e directamente aos músculos da parede pélvica lateral através do arco tendinoso da fáscia pélvica (ATFP). A este nível, as paredes vaginais anterior e posterior são esticadas entre as fixações laterais direita e esquerda. No nível II, a reparação do prolapso tem por objectivo reflectar a linha média lateral da vagina aos músculos da parede pélvica lateral. Defeitos centrais da linha média da vagina também requerem suporte de nível II. A utilização do Sistema GYNECARE PROSIMA num procedimento recria a fixação lateral da vagina aos músculos da parede pélvica lateral e também proporciona um reforço fascial central após a proliferação do tecido alair interior.

**Nível III – Fusão** (terço inferior da vagina)

**NOTA: Quando se utiliza o Sistema GYNECARE PROSIMA não é necessário dissecação nesta área.**

No nível III, o terço inferior da vagina funde-se anteriormente com a membrana perineal e a uretra, Posteriormente, o terço inferior da vagina funde-se com o corpo perineal e os músculos elevadores do ânus. Os tecidos desta área são reparados sem o Implante de Rede, dado que o Implante de Rede não se destina a ser usado no terço inferior da vagina. O Sistema GYNECARE PROSIMA não aborda defeitos de suporte de nível III, embora estes possam ser abordados por procedimentos concomitantes, tais como a perineorrafia.

**SECÇÃO 3: INSTRUÇÕES DE UTILIZAÇÃO**

*NOTA: Durante a leitura desta secção, deverá consultar-se as imagens facultadas no início deste documento.*

**Preparação Cirúrgica**

A cirurgia efectuada com o Sistema GYNECARE PROSIMA pode ser realizada com anestesia geral ou regional, consoante a preferência do cirurgião, anestesista e doente.

A doente deverá ser colocada na posição de litotomia, com as nádegas ligeiramente suspensas acima da mesa operatória e as ancas flectidas. O cirurgião pode optar por proceder ao esvaziamento da bexiga. É necessária uma algália antes da insuflação do balão, que pode ser inserida neste momento do procedimento.

**Utilização do Sistema GYNECARE PROSIMA em Procedimentos Pós-Histerectomia**

**Reparação Vaginal Anterior**

Quando é apenas necessário reforço da parede vaginal anterior, deve utilizar-se somente o Sistema de Reparação do Pavimento Pélvico Anterior GYNECARE PROSIMA. Este contém 1 Implante de Rede e um Introdutor Anterior concebido especialmente para ser utilizado numa reparação vaginal anterior. Depois de efectuadas as dissecções e incisões vaginais necessárias, são criados canais tecidulares no compartimento anterior para colocação das tiras do Implante de Rede utilizando o Introdutor Anterior. *NOTA: O Introdutor Anterior não deve ser usado para dissecar tecidos.*

**Dissecção Vaginal Anterior**

O epitélio vaginal anterior é dissecado da bexiga. Disseque a parede vaginal em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Deve evitar-se a dissecção superficial da parede vaginal ou a separação da parede vaginal em 2 camadas. Esta dissecção pode originar uma parede vaginal muito fina e também comprometer a irrigação sanguínea da mesma, aumentando o risco de exposição da rede. Externamente, prossiga a dissecção em direcção à parede pélvica lateral e à espinha isquiática.

**Dissecção do Canal Anterior e Colocação do Implante de Rede**

Para os fins desta descrição, efectue a dissecção destinada a criar canais para as tiras do Implante de Rede primeiro do lado direito da doente e depois do lado esquerdo. Estes canais são criados visando colocar o Implante de Rede de forma a que a secção distal das tiras assente contra a parede pélvica lateral e fáscia parietal do músculo obturador interno. Para colocar estas tiras, inicie a dissecção palpando e identificando a espinha isquiática dos dois lados. *NOTA: Em alternativa, esta dissecção pode ser iniciada com uma tesoura, utilizando uma técnica de "amperar-espalhar", de forma a que as pontas da tesoura permaneçam sempre em posição anterior à espinha isquiática.* Após a dissecção inicial, efectue uma dissecção suave com o dedo até à espinha isquiática. Depois de estabelecido o contacto com a espinha isquiática, "varra" com o dedo indicador para criar um espaço anterior e superior à espinha isquiática. Consulte a figura 8A. A direcção desta dissecção é perpendicular à parede pélvica lateral e cria um espaço com aproximadamente 2 cm de largura e 3 cm de altura. A dissecção anterior não envolve dissecção dos ligamentos sacroespinais. Esta dissecção cria um canal anterior e superior à espinha isquiática e superficial ao ATFP, músculo obturador interno e sua fáscia parietal. Repita a mesma dissecção no lado esquerdo.

Não é necessária plicação do tecido pré-vesical. Todavia, se for feita plicação, só é plicada a zona central deste tecido. Tal evita que a area dissecada se torne demasiado estreita. Coloque o Implante de Rede por cima do tecido pré- vesical, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura tal como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no apex da vagina e enfiando-a através da aba apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do entalhe distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Anterior, coloque as tiras do Implante de Rede em cada um dos canais direito e esquerdo criados pela dissecção anterior e superior à espinha isquiática (conforme descrito acima). *NOTA: As extremidades curvadas do Introdutor Anterior são torcidas em direcções opostas e existem setas em cada extremidade indicando a direcção para a colocação.* Com a seta a apontar para o lado direito da doente, introduza a ponta do Introdutor Anterior na bolsa para tiras do lado direito da doente (consulte a figura 8B) no lado direito da doente. *NOTA: Uma contra-tracção pode ajudar a manter a bolsa carregada no Introdutor Anterior.* Mantenha o Introdutor Anterior em posição vertical, de tal forma que a parte curva do instrumento fique contra a parede vaginal posterior. Direccione depois o

---

Introdutor Anterior, com a tira carregada, para o canal tecidular previamente criado (consultar a figura 8C) até que a pega entre em contacto com as grandes lábios, no lado contra-lateral. Tal obtém-se posicionando a zona da pega do Introdutor Anterior em sentido ascendente-vertical, de tal forma que a extremidade dianteira e bolsa se dirigem à espinha isquiática. Depois de posicionada, incline a pega para baixo, para uma posição praticamente horizontal, mantendo a pega em contacto com a zona contra-lateral. *NOTA: A retracção da bexiga com um instrumento cirúrgico padrão pode ser útil para a colocação inicial no canal. Se pretender, utilize o dedo indicador no canal para orientar a colocação inicial do Introdutor Anterior contra os grandes lábios no lado contra-lateral, antes de baixar a pega.* Empurrar ligeiramente em sentido ascendente garante que as bolsas das tiras ficam posicionadas adequadamente e que a secção apical do Implante de Rede irá ficar assente contra o ápex vaginal. *NOTA: Se for encontrada resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a avançar perante uma resistência contra resistência pode provocar danos no implante de Rede ou uma inserção excessiva, provocando lesões em estruturas tecidulares críticas.*

Para remover o Introdutor Anterior, incline a pega novamente para a posição vertical antes de retirar, deixando a tira no canal. *NOTA: Insira completamente a primeira tira. NOTA: Se o Introdutor Anterior for puxado e retirado antes de a tira do Implante de Rede chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la.* Repita no lado oposto do mesmo o Introdutor Anterior e inserindo a extremidade, com a seta a apontar para o lado esquerdo da doente, na outra bolsa. Na figura 8D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que o implante de Rede NÃO ESTÁ torcido.*

Posicione o corpo do Implante de Rede livremente por cima do tecido vaginal subjacente. Deve evitar-se dobrar ou torcer o corpo e as tiras. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio vaginal pode ser cortado, mas deve evitar-se uma remoção excessiva de epitélio vaginal. Encerre o epitélio por cima do Implante de Rede, sem a utilização de suturas de travamento (conforme descrito em baixo, consultar a figura 8E). A colocação final do Implante de Rede no compartimento anterior é mostrada na figura 8F.

*NOTA: Assegure-se de que é obtida hemóstase antes e durante o encerramento das incisões vaginais.*

Encerre as incisões vaginais sem suturas de travamento ou "em oito", para evitar a dessacularização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferivelmente, o epitélio é encerrado em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto vem travamento subepitelial contínuo com sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL™ Plus (Poliglecaprona 25). De seguida, encerre o epitélio utilizando um ponto de colchoeiro evertido contínuo com travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Antibacteriana VICRYL™ Plus (Poliglactina 910). *NOTA: Coloque o Implante de Rede nos 2/3 superiores da vagina, tomando precaução para cortar o Implante de Rede se este ultrapassar os 2/3 superiores.* Se ainda não tiver sido efectuada, recomenda-se uma cistoscopia para excluir a lesão do aparelho urinário.

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

**Reparação Vaginal Posterior**

Quando é apenas necessário o reforço da parede vaginal posterior, utilize somente o Sistema de Reparação do Pavimento Pélvico Posterior GYNECARE PROSIMA . Este contém 1 Implante de Rede e um Introdutor Posterior concebido especialmente para ser utilizado numa reparação vaginal posterior. Depois de fazer as dissecções e incisões vaginais necessárias, são criados tecidulares no compartimento posterior para colocar as tiras do Implante de Rede. *NOTA: O Introdutor Posterior não deve ser usado para dissecar tecidos.*

**Dissecção Vaginal Posterior e do Canal**

Disseque o epitélio vaginal posterior do tecido pré-rectal. Como sucede na parede vaginal anterior, deve dissecar-se a parede vaginal posterior em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Continue com a dissecção para fora em cada lado, até aos músculos elevadores do ânus, ao nível da espinha esquiática. Prossiga depois com a dissecção através de cada um dos pilares rectais e até, mas não ultrapassando, cada um dos ligamentos sacroespinais, criando canais nos quais serão colocadas as tiras do Implante de Rede. Consultar a figura 9A.

O tratamento do enterocelo pré-existente é opcional, mas se for efectuado, pode ser levada a cabo, de acordo com a técnica preferida da cirurgião.

Se a cavidade peritoneal for aberta durante a dissecção anterior ou posterior, ela deve ser encerrada antes da colocação da rede.

**Colocação do Implante de Rede Posterior**

Não é necessária plicação do tecido pré-rectal. Todavia, se for feita plicação do tecido pré-rectal, só é plicada a zona central deste tecido. Tal evita que a area dissecada se torne demasiado estreita. Coloque o Implante de Rede por cima do tecido pré-rectal, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no ápex da vagina e enfiando-a através da aba apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do entalhe distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Posterior, coloque as tiras do Implante de Rede em cada canal direito e esquerdo criado pela dissecção em direcção a cada ligamento sacroespinal (conforme descrito acima). Agarre no Introdutor Posterior utilizando um porta-agulhas recto, conforme mostrado na figura 9B. *NOTA: Coloque a ponta do porta-agulhas no interior da extremidade recta entalhada do Introdutor Posterior.* Assegure-se de que o Introdutor Posterior conectado está alinhado com a pega do porta-agulhas. Introduza a ponta do Introdutor Posterior na bolsa da tira no lado direito da doente (consultar a figura 9B). Depois, direccione o Introdutor Posterior, com a tira carregada, para o canal tecidular previamente criado (consultar a figura 9C) mantendo a posição da pega do porta- agulhas na vertical. Prossiga para inserir a totalidade do comprimento da tira no canal, de forma a que a base da tira atinja o limite superior da dissecção faccial. *NOTA: Insira completamente a primeira tira. Se o Introdutor for puxado e retirado antes de a tira chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la. NOTA: Tome precaução para não inserir demasiado profundo, de modo a evitar lesões em estruturas tecidulares críticas. NOTA: Se for encontrada resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a avançar a tira perante contra resistência pode provocar danos no Implante de Rede ou uma inserção excessiva, provocando lesões em estruturas tecidulares críticas.* Retire o Introdutor Posterior ao longo da trajecto da inserção, deixando a tira no canal. As tiras ficam apostas, mas não penetram nos ligamentos sacroespinais. Não coloque suturas nos ligamentos sacroespinais. Repita a colocação do tecido esquerdo da doente com a segunda tira. Na figura 9D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que o Implante de Rede NÃO ESTÁ torcido.*

Posicione o corpo do Implante de Rede livremente por cima da fáscia vaginal subjacente. Evite dobrar ou torcer o corpo e as tiras do Implante de Rede. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio da parede vaginal posterior pode ser cortado, mas deve evitar-

**39**

ETH.MESH.02341436

se uma remoção excessiva de epitélio vaginal. Encerre o epitélio da parede vaginal posterior por cima do Implante de Rede, sem a utilização de suturas de travamento (conforme desvrio em baixo). A colocação final do Implante de Rede no compartimento posterior é mostrada na figura 9E.

**NOTA: Assegure-se de que é obtida a hemóstase antes e durante o encerramento das incisões vaginais.**

Encerre as incisões vaginais sem utilizar suturas de travamento ou "em oito", para evitar a desvascularização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferivelmente, encerre o epitélio em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto sem travamento subepitelial contínuo com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL Plus 2-0. O epitélio é depois encerrado utilizando um ponto de colchoeiro evertido contínuo sem travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0. **NOTA: Coloque o Implante de Rede nos 2/3 superiores da vagina, tendo o cuidado de certar o Implante de Rede se este ultrapassar os 2/3 superiores.** No final da cirurgia, recomenda-se exame com toque rectal para excluir lesão rectal.

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

**Reparação Vaginal Anterior e Posterior Combinada**

Quando é necessário o reforço da parede vaginal anterior e posterior, utilize-se o Sistema de Reparação do Pavimento Pélvico Combinado GYNECARE PROSIMA. Este contém 2 Implantes de Rede vaginais, um para a reparação vaginal anterior e o segundo para a reparação vaginal posterior. Utilize apenas o Introdutor Anterior curvado para a reparação anterior e apenas o Introdutor Posterior recto para a reparação posterior. Efectue as reparações vaginais anterior e posterior conforme acima descrito. Recomenda-se que a reparação vaginal anterior seja efectuada em primeiro lugar. A colocação final dos Implantes de Rede nos compartimentos anterior e posterior é mostrada na figura 10. Após a conclusão da cirurgia, recomenda-se uma cistoscopia para excluir lesão do aparelho urinário. É necessário exame com toque rectal para excluir lesão rectal.

**Utilização do Sistema GYNECARE PROSIMA com Conservação do Útero (Histeropexia)**

Caso se conserve o útero prolapsado, a alça apical do Implante de Rede deve ser fixa ao colo do útero. A fixação do Implante de Rede ao colo do útero deve ocorrer ao nível do anel pubo-cervical, quando colocado durante a reparação vaginal anterior ou posterior.

Quando o útero é conservado durante uma reparação vaginal anterior, o anel pubo-cervical é exposto durante a dissecção vaginal anterior. Coloque uma Sutura PROLENE 2-0 firmemente na face anterior do anel pubo-cervical. Esta sutura também é colocada através da alça apical do Implante de Rede. A Sutura PROLENE na alça é atada, depois de atravessar a alça apical do Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície anterior do colo do útero, ao nível do anel pubo-cervical, e garante que o Implante de Rede se distende com a vagina, dado que o VSD fica posicionado correctamente.

Na reparação posterior, fixe o Implante de Rede ao colo do útero posterior ao nível do pubo-cervical ou acima deste. O fundo de saco de Douglas pode ser aberto durante a fixação do Implante de Rede ao colo do útero. Encerre o peritoneu do fundo de saco acima desta sutura para prevenir a aderência do intestino ao Implante de Rede. Se a cirurgião optar por não abrir o fundo de saco de Douglas, o anel pubo-cervical é exposto durante a dissecção vaginal posterior. Uma Sutura PROLENE 2-0 é colocada firmemente na face posterior do anel pubo-cervical. Esta sutura também é colocada através da alça apical do Implante de Rede. A Sutura PROLENE é atada, depois de se atar o Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície posterior do colo do útero, ao nível do anel pubo-cervical.

Quando são utilizados para reparações vaginais anterior e posterior, os Implantes de Rede devem ser fixos às faces anterior e posterior do colo do útero, conforme descrito acima (consultar a figura 11).

**Higiene do Implante de Rede**

Durante a cirurgia, irrigue as feridas vaginais com solução salina. Mantenha o manuseamento do Implante de Rede ao mínimo necessário e pratique uma boa higiene da rede.

**Colocação do VSD e Balão**

No momento da conclusão da cirurgia, coloque um VSD de tamanho adequado com Balão fixo na vagina e suture-o em posição para prevenir a deslocamento. O VSD tem 3 tamanhos possíveis (pequeno, médio e grande) e pode ser personalizado pelo cirurgião para se adequar ao comprimento vaginal da doente, da forma que se segue.

*Ajuste e Corte do VSD*

O VSD é fornecido no seu tamanho maior. Determine o tamanho adequado do VSD para a doente utilizando o próprio VSD para avaliar o ajuste à doente. Tal é feito colocando o VSD de tamanho grande na vagina, entre o ápex distendido e o anel himenal. Para inserir o VSD na vagina, agarre na zona mais larga do VSD e dobre ao longo do eixo longitudinal, com o Balão virado para cima (consultar a figura 12). A zona mais larga do VSD é inserida em primeiro-lugar, de tal forma que os orifícios de sutura fiquem situados imediatamente acima do anel himenal. **NOTA: Não retire nem danifique o Balão durante o dimensionamento do VSD.** O tamanho adequado é obtido quando o VSD se ajustar firmemente nos 2/3 superiores da vagina distendida, com a extremidade distal e início de sutura 1 cm acima do anel himenal (consultar a figura 13).

Se o tamanho grande se ajustar, o VSD não é modificado. Se for necessário o tamanho médio, a secção mais superior é recortada cuidadosamente, utilizando apenas a ponta da tesoura Mayo curva para fazer pequenos cortes e garantir uma extremidade de corte regular. Deve tomar-se precaução para minimizar a quantidade de material que permanece nas áreas cortadas. **NOTA: É importante ajustar o VSD muito cuidadosamente. Depois de cortado, não é possível aumentar um VSD e as secções cortadas não podem ser novamente fixas.** Afaste o Balão durante o corte para evitar danificar o Balão (consultar a figura 14). Deve tomar-se precaução para evitar danificar o Balão durante o corte do VSD.

Se o tamanho médio se ajustar, não são necessários cortes adicionais. Se for necessário o tamanho pequeno, a secção restante é retirada da modo acima descrito. Afaste o Balão durante o corte para evitar que se danifique.

Depois de o VSD ser correctamente dimensionado e o Balão reposicionado, o cirurgião pode ser inserido na vagina da doente. **NOTA: Para minimizar o risco de perfuração do Balão, não utilize nenhum instrumento para ajudar na inserção do VSD ou do Balão.** Se o Balão se danificar, retire o Balão e utilize compressas para preencher a cavidade vaginal.

Depois de o conjunto estar adequadamente posicionado nos 2/3 superiores da vagina distendida da doente, fixe o VSD colocando um único fio de sutura através do ilhó de sutura do VSD em posição da parede vaginal posterior, para fora e para cima da forma bilateralmente, conforme se mostra na figura 15, nas posições das 4 e 8 horas. As suturas direita e esquerda são depois atadas uma da cada vez, mantendo o VSD firmemente posicionado na interior da vagina. **NOTA: Tome precaução para não puncionar o Balão quando suturar o VSD na sua posição.** Para esta aplicação, recomenda-se uma sutura como a Sutura Coated VICRYL 2-0 ou uma sutura absorvível equivalente.

**Insuflação do Balão**

Depois de suturar o VSD em posição, coloque a seringa de 50 ml fornecida rodando-a para a fixar na válvula do Balão. **NOTA: Adição do VSD, é necessária a colocação de uma algália para evitar a retenção urinária.** Após insuflação com um pequeno volume de ar utilizando a seringa, encha o Balão. Para garantir que o Balão é posicionado correctamente e está assente em toda a extensão da vagina. Depois de confirmada a colocação, retire o dedo e continue a insuflar totalmente o Balão até que caiba apenas uma ponta do dedo no ostíato entre o Balão e a parede vaginal. Recomenda-se a estabilização do VSD à medida que ocorre a insuflação. O Balão insuflado serve para promover a aposição entre o Implante de Rede e a parede vaginal. O volume de ar necessário para uma insuflação suficiente de Balão varia de doente para doente. **NOTA: O volume máximo de insuflação do Balão não deve exceder 90 ml.** Depois de estar adequadamente insuflado, retire a seringa da válvula, rodando. A linha de insuflação do Balão tem que se estender para fora da vagina e ser fixada à coxa da doente. A tampa deve ser colocada na válvula de Balão, para garantir que o Balão se mantém e evitar que se pretendido (consultar a figura 7). **NOTA: Não aperte demasiado a tampa.** Se for necessário, o Balão pode ser ajustado posteriormente, utilizando uma seringa padrão para aumentar ou diminuir o volume de ar no interior do Balão. O Balão pode ser palpado ou inspeccionado visualmente em qualquer momento, para garantir que mantém insuflação suficiente. **NOTA: À medida que a doente se movimenta, o Balão irá assentar na cavidade vaginal e pode parecer aumentar ou diminuir de pressão. Esta situação é normal.**

**NOTA: Não destaque o Balão do VSD antes de utilizar.**

**NOTA: Não insuflae o Balão antes de sua introdução na vagina.**

**NOTA: Após a insuflação do Balão, se os ilhós de sutura do VSD se tiverem movido mais do que 1 cm por cima do anel himenal ou caso exista uma tensão excessiva nas suturas dos ilhós, diminua a pressão no Balão e, se for necessário, reposicione ou redimensione o VSD.**

**NOTA: Se forem observados orifícios no Balão, se for detectada uma fuga ou se o Balão não se mantiver expandido após a insuflação, NÃO utilize o Balão. Este deve ser removido do VSD e eliminado da forma adequada. Utilize o enchimento com compressas padrão, em vez do Balão.**

**NOTA: Se o rolhão conector do Balão se separar do VSD, deve ser empurrado para o seu lugar.**

**NOTA: Não fixe a linha de insuflação do Balão na vagina.**

**NOTA: Para prevenir danos, nunca aplique forças extremas de dobragem, tensão ou torção na linha de insuflação.**

**NOTA: Não utilize enchimento com compressas na presença de um Balão.**

**Remoção do Balão da VSD**

Utilizando uma seringa padrão, desinsufle totalmente e retire o Balão 1 dia após a cirurgia, deixando o VSD colocado. **NOTA: Não deixe o Balão na vagina durante um período superior a 7 dias.**

1) Retire a tampa da válvula do Balão.

2) Coloque uma seringa padrão de 50 ml (ou maior) na válvula de Balão e desinsufle completamente o Balão (consultar a figura 17). É importante desinsuflar completamente o Balão antes de o tentar remover do VSD. **NOTA: Um balão completamente desinsuflado irá fazer com que o êmbolo da seringa recue após a remoção de todo o ar.**

3) Retire a seringa.

4) O Balão pode ser depois separado do VSD e retirado da doente quando suavemente na direcção caudal, a linha de insuflação, numa zona próxima do rolhão conector do Balão, aplicando em simultâneo uma contra-tracção suave na extremidade distal do VSD com o dedo. Consulte a figura 18.

**NOTA: Não faça recuar o Balão, a não ser que este esteja totalmente desinsuflado e não se sinta nenhuma resistência. Se for encontrada resistência, determine a sua causa antes de prosseguir. Continuar a fazer avançar ou recuar o Balão contra resistência pode originar movimentos do VSD e/ou lesões tecidulares na cavidade vaginal. Para garantir que ocorreu uma desinsuflação completa, volte a conectar a seringa e retire todo o ar antes de prosseguir com a remoção.**

**Remoção do VSD da Doente**

Retire o VSD da doente entre as 3 e 4 semanas após a cirurgia, depois de ter ocorrido uma cicatrização suficiente. Neste momento, as suturas absorvíveis podem ter-se dissolvido ou perdido força tênsil suficiente para permitir uma fácil remoção do VSD, sem qualquer resistência por parte das suturas. **NOTA: Pode ser necessário certar ambas as suturas para tornar possível a remoção.** NÃO deixe o VSD no interior da vagina durante um período superior a 4 semanas. Retire todas as suturas de fixação do VSD restantes. Retire manualmente o VSD do canal vaginal, conforme se mostra na figura 19.

**Cuidados Peri-operatórios**

As doentes podem receber antibióticos profiláticos, administrados de acordo com a prática habitual do cirurgião. Os antibióticos podem ser mantidos no pós-operatório, dependendo da preferência do cirurgião. Pode utilizar-se profilaxia tromboembólica.

O cirurgião deve explicar a finalidade do VSD, que permanecerá na vagina durante um período máximo de quatro semanas depois da cirurgia, e que se destina a actuar como suporte da vagina contra a rede durante o período de cicatrização. A doente deve ser informada de que o VSD será retirado durante uma avaliação pós-operatória, que terá lugar aproximadamente 4 semanas depois da cirurgia. A doente deve ser informada de que poderá desenvolver corrimento vaginal no pós-operatório e que o VSD se poderá mover ligeiramente para baixo. Caso a doente sinta que o VSD se moveu para baixo, poderá empurrá-lo suavemente para cima, para uma posição mais confortável. Todavia, se o VSD estiver a provocar um desconforto significativo, a doente deverá ser aconselhada a entrar em contacto com o seu médico.

Após a alta hospitalar, a doente deve ser instruída no sentido de evitar actividades vigorosas durante um período de 3 a 4 semanas. Nessa altura, os tecidos pélvicos ter-se-ão incorporado no Implante de Rede e a doente poderá retomar as suas actividades normais do dia-a-dia. A doente deve ser aconselhada a evitar relações sexuais durante um período mínimo de 6 semanas após a cirurgia. Os exercícios destinados ao pavimento pélvico podem ser recomendados em qualquer momento após a cirurgia.

**ACTUAÇÃO**

Estudos feitos em animais mostram que a implantação da GYNECARE GYNEMESH PS provoca uma reacção inflamatória mínima a aguda, logo é passageira e é seguida do depósito de uma fina camada fibrosa de tecido que pode crescer através dos intervalos da rede, incorporando assim a rede no tecido adjacente. A rede mantém-se maciä e flexível, não se verificando dificuldades no processo de cicatrização normal da ferida. O material não é absorvido nem está sujeito a degradação ou enfraquecimento pela acção das enzimas dos tecidos.

ETH.MESH.02341437

**CONTRA-INDICAÇÕES**

- Quando a GYNECARE GYNEMESH PS é utilizada em lactentes, crianças, mulheres grávidas ou que pretendam engravidar futuramente, o cirurgião deverá estar ciente de que este produto não tem elasticidade suficiente para acompanhar o crescimento da doente.

- O Sistema GYNECARE PROSIMA não deve ser utilizado na presença de gravidez ou de infecções purulentas ou neoplasias malignas da vagina, colo do útero ou útero.

**ADVERTÊNCIAS E PRECAUÇÕES**

- Antes de utilizar os Sistemas GYNECARE PROSIMA, os utilizadores devem estar familiarizados com as técnicas e os procedimentos cirúrgicos que envolvem a reparação do pavimento pélvico e redes não absorvíveis.

- A utilização do Sistema GYNECARE PROSIMA não foi totalmente avaliada em doentes apresentando prolapso dos órgãos pélvicos em Estádio IV. Por conseguinte, não se recomenda a sua utilização nestas doentes.

- Devem ser seguidas práticas cirúrgicas aceitáveis para o Sistema GYNECARE PROSIMA, assim como para o tratamento de feridas infectadas ou contaminadas.

- Não utilizar o Sistema GYNECARE PROSIMA caso pense que o local cirúrgico possa estar infectado ou contaminado. Se o Implante de Rede ou Conjunto VSD-Balão for utilizado em áreas contaminadas, o cirurgião deverá estar ciente de que, em caso de infecção subsequente, poderá ser necessário proceder à sua remoção.

- No pós-operatório deverá ser recomendado à doente que se abstenha de levantar pesos e/ou fazer exercícios físicos (como ciclismo e correr) durante 3 a 4 semanas, e que se abstenha de ter relações sexuais durante 6 semanas ou até que o médico determine ser adequado para a doente voltar às suas actividades normais.

- Não deixar o VSD no interior da vagina durante um período superior a 4 semanas.

- Não deixar o Balão no interior da vagina durante um período superior a 1 dia.

- Os componentes do Sistema GYNECARE PROSIMA não se destinam a ser utilizados com dispositivos diferentes dos mencionados neste folheto informativo.

- Deve evitar-se aplicar uma tensão excessiva no implante de rede durante o manuseamento.

- Utilizar os Sistemas GYNECARE PROSIMA com precaução e tendo em atenção a anatomia da doente, de forma a evitar lesões em vasos, nervos, bexiga, intestinos e perfuração da parede vaginal. A utilização correcta dos componentes do Sistema GYNECARE PROSIMA irá minimizar os riscos.

- Insuflar o Balão apenas com ar ambiente.

- A palpação irá confirmar que o Balão não contém quaisquer fugas de ar depois da insuflação. A perda completa da insuflação pode limitar a eficácia do Balão.

- A parede do Balão é fina de modo a obter as propriedades desejadas. Punções, cortes, fissuras, compressão ou estiramento excessivo do balão podem conduzir a perda de insuflação. O Balão pode ser facilmente penetrado por uma agulha ou bisturi ou pode ocorrer rotura por manuseamento com um instrumento rombo. Deve tomar-se precaução durante o manuseamento para evitar estas situações. Um Balão danificado não deve ser usado. Retire o balão e preencha com compressas.

- O volume máximo de insuflação do Balão é de 90 ml. Não insuflar o balão em excesso. Uma insuflação excessiva do Balão pode provocar desconforto na doente, necrose tecidular, rotura da ferida vaginal no pós-operatório ou incapacidade miccional.

- Não utilizar os Sistemas GYNECARE PROSIMA em doentes submetidas a terapêutica anticoagulante.

- Pode ocorrer hemorragia no pós-operatório. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à doente.

- Se ocorrer dor insuplar, hemorragia ou outros problemas, a doente deverá ser instruída a contactar imediatamente o cirurgião.

- Embora seja improvável que ocorram lesões vesicais com esta técnica, recomenda-se a realização de cistoscopia.

- Embora seja improvável que ocorram lesões rectais com esta técnica, recomenda-se a realização de um exame com toque rectal.

- Evitar o contacto do Implante de Rede GYNECARE GYNEMESH PS com agrafos, pinças ou clamps de sodo o tipo, uma vez que isso poderá causar danos mecânicos na rede.

- O Implante de Rede não deve estar presente no 1/3 inferior da vagina. Se for necessário, cortar o Implante de Rede na junção do 1/3 inferior e médio da parede vaginal.

- Podem ser administrados antibióticos profilácticos, de acordo com a prática habitual de cirurgião.

**REACÇÕES ADVERSAS**

- As reacções adversas potenciais são aquelas tipicamente associadas a materiais cirurgicamente implantáveis, incluindo potenciação de infecção, inflamação, formação de aderências, formação de fístulas, erosão, extrusão e formação de tecido cicatricial originando contracção do implante.

- As reacções adversas potenciais são aquelas tipicamente associadas aos procedimentos de reparação de prolapso de órgãos pélvicos, incluindo dor durante as relações sexuais e dor pélvica. Estas podem resolver-se espontaneamente no decurso do tempo.

- Podem ocorrer punções ou lacerações ou lesão de vasos, nervos, bexiga, uretra ou intestino durante a dissecação ou colocação da rede, que podem exigir reparação cirúrgica.

- No caso dos procedimentos de reparação do pavimento pélvico, a dissecação tem potencial para provocar incapacidade da micção normal durante um período de tempo incerto.

**ESTERILIZAÇÃO**

Os Sistemas GYNECARE PROSIMA são esterilizados com óxido de etileno. NÃO REESTERILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. NÃO REUTILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. A reutilização deste dispositivo (ou da partes deste dispositivo) pode criar um risco de degradação do produto e contaminação cruzada, o que pode conduzir a infecção ou transmissão de agentes patogénicos transmitidos pelo sangue aos doentes e utilizadores. Não utilizar se a embalagem estiver aberta ou danificada. Descartar todos os componentes do Sistema GYNECARE PROSIMA abertos, que tenham sido utilizados ou não.

**ELIMINAÇÃO**

Descartar os componentes do Sistema GYNECARE PROSIMA e as embalagens de acordo com a política e os procedimentos em vigor na instituição relativamente a materiais e resíduos de risco biológico.

**ARMAZENAMENTO**

Condições recomendadas de armazenamento: temperatura ambiente controlada e humidade relativa (aproximadamente 25 °C, 60 % de humidade relativa), ao abrigo da humidade e de calor directo. Não utilizar para além do prazo de validade.

**Símbolos utilizados nas etiquetas**



| | |
|---|---|
| CE 0086 — Marca CE e número de identificação do organismo notificado. Este produto obedece aos principais requisitos da Directiva sobre Dispositivos Médicos 93/42/CEE. | Fabricante |
| LOT — Número do lote | Não reutilizar/Não reesterilizar |
| Validade — ano e mês | Ver instruções de utilização |
| | STERILE EO — Método de Esterilização — Óxido de Etileno |

41

ETH.MESH.02341438



**PROSIMA™**

Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior
Sistema de reparación del suelo pélvico combinado

ESPAÑOL

**Por favor lea con atención toda la información.**
De no seguir las instrucciones correctamente, los dispositivos podrían no funcionar adecuadamente e incluso causar lesiones.

*ATENCIÓN:* las leyes federales de EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.

Se recomienda recibir la instrucción adecuada antes de utilizar los sistemas de reparación del suelo pélvico GYNECARE PROSIMA™. Coordine la instrucción con el representante de ventas de su compañía.

**INDICACIONES**
Los sistemas de reparación del suelo pélvico GYNECARE PROSIMA, a través de la colocación de implantes de malla blanda PROLENE™ no absorbibles GYNECARE GYNEMESH™ PS, están indicados para el refuerzo del tejido y la estabilización prolongada de las estructuras fasciales del suelo pélvico, ya sea como soporte mecánico o como material de unión para el defecto fascial. Los sistemas permiten el mantenimiento del conducto vaginal durante el periodo de cicatrización después de la reparación quirúrgica del prolapso de la pared vaginal y, al mismo tiempo, mantienen los implantes de malla en su lugar.

**DESCRIPCIÓN**
Los sistemas de reparación del suelo pélvico anterior, posterior y combinado GYNECARE PROSIMA constan de implantes de malla GYNECARE GYNEMESH PS previamente cortados y el instrumental para facilitar su colocación y mantenimiento post-operatorio (referirse a la figura 1). En la siguiente tabla se resumen los componentes incluidos en cada sistema:

| SISTEMA DE REPARACIÓN DEL SUELO PÉLVICO | COMPONENTES (referirse a la figura 1) | | | | |
|---|---|---|---|---|---|
| | Implante de malla en portaimplante (A) | Conjunto de dispositivo de soporte vaginal y balón (B y C) | Insertador anterior (D) | Insertador posterior (E) | Jeringa (F) |
| **Anterior** | 1 | 1 | 1 | | 1 |
| **Posterior** | 1 | 1 | | 1 | 1 |
| **Combinado** | 2 | 1 | 1 | 1 | 1 |

Tabla 1 – Componentes del sistema de reparación del suelo pélvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**
La malla GYNECARE GYNEMESH PS está fabricada con filamentos tejidos de polipropileno extruido de composición idéntica a la utilizada en la sutura de polipropileno PROLENE™ (ETHICON, INC.). Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y conserva su resistencia indefinidamente en el uso clínico. La malla ofrece una resistencia, durabilidad y adaptabilidad quirúrgica excelentes, con suficiente porosidad para la necesaria integración del tejido. Contiene además monofilamentos de sutura PROLENE de color azul que forman líneas de contraste con el resto de la malla. Esta está fabricada con fibras monofilamento de diámetro reducido tejidas con un diseño único, que le otorga una flexibilidad casi un 50 por ciento superior a la de la malla de polipropileno PROLENE™ común. La malla está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta construcción permite cortar la malla en cualquier forma o tamaño deseados sin que se desenrede. La elasticidad bidireccional le permite adaptarse a las diferentes tensiones presentes en el cuerpo.

**Implante de malla**
Los implantes de malla están fabricados con GYNECARE GYNEMESH PS y vienen previamente cortados en forma de "V" para la reparación de los defectos vaginales anteriores, posteriores y apicales. Referirse a la figura 2. Los implantes de malla tienen dos tiras y un cuerpo central. En el extremo proximal tienen una lengüeta apical para poder fijarlos con sutura y reducir al máximo su movimiento durante la colocación de las tiras. Además, en el extremo distal tienen un surco para facilitar su alineación. Las tiras de los implantes de malla tienen bolsillos preformadas para permitir su colocación con los insertadores. Los implantes de malla se suministran en un portaimplante de Tyvek® no revestido y una película de plástico transparente, diseñado para facilitar su extracción.

**Insertador anterior**
El insertador anterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido diseccado anteriores. *NOTA: el insertador anterior no está diseñado para disecar tejido.* Está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimento anterior. Referirse a las figuras 3 y 4.

**Insertador posterior**
El insertador posterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido diseccado posteriores. *NOTA: el insertador posterior no está diseñado para disecar tejido.* Tiene figura aguda y punta aguja estándar como estándar con movimiento su inserción. El insertador posterior está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimento posterior. Referirse a la figura 5.

**Dispositivo de soporte vaginal (VSD)**
El VSD es un dispositivo para uso en una sola paciente diseñado para el soporte postoperatorio de los tejidos vaginales después de la colocación de la malla y el cierre de las incisiones vaginales. El extremo apical es el extremo más ancho del VSD y contiene secciones recortables. Después del ajuste inicial del VSD en la paciente, puede continuar ajustándose a su anatomía recortando las secciones apicales designadas. El VSD se aloja en los dos tercios superiores de la vagina de la paciente durante 3 a 4 semanas y posteriormente se extrae. Referirse a la figura 6.

**Balón**
El balón es un dispositivo para uso en una sola paciente diseñado para sustituir el relleno de gasa vaginal posquirúrgica. El volumen del balón puede ajustarse para llenar el conducto vaginal y mantener apoyados la pared vaginal y el implante de malla. El balón se suministra previamente fijado al VSD. La figura 7 muestra el balón desinflado sin el VSD. El balón se deja en la paciente hasta 1 día como máximo.

**Jeringa**
Se suministra una jeringa de 50 ml para inflar el balón.

**SECCIÓN 1: PRINCIPIOS DEL PROCEDIMIENTO CON EL SISTEMA GYNECARE PROSIMA**
El objetivo del procedimiento de reparación del suelo pélvico con el sistema GYNECARE PROSIMA es lograr una reparación anatómica duradera y estandarizada del prolapso del órgano pélvico. Según el lugar del prolapso y la preferencia del cirujano, la reparación puede ser anterior y/o posterior. La histerectomía o la conservación del útero pueden combinarse con el procedimiento con el sistema GYNECARE PROSIMA. Si está indicado, puede realizarse una reparación perineal o un cabestrillo suburetral para el tratamiento de la incontinencia urinaria por estrés simultáneamente cuando se utiliza el sistema GYNECARE PROSIMA. Puede utilizarse un cabestrillo suburetral por vía retropúbica o transobturadora.

La reparación del prolapso se logra mediante la colocación de uno o dos implantes de malla a través de un abordaje vaginal. Al finalizar la cirugía, se coloca en la vagina un VSD con un balón inflable para ajustar su tamaño y se lo sutura para que actúe como soporte de la vagina y los implantes de malla durante la integración del tejido. Una vez inflado, el balón sustituye el relleno de gasa tradicional durante la cavidad vaginal y manteniendo los implantes de malla apoyados contra la vagina. El día después de la cirugía, el balón se desinfla y se retira de la vagina (sin quitar el VSD). El VSD se deja en su lugar hasta 3 a 4 semanas después de la cirugía, mientras el tejido se integra a los implantes de malla.

**SECCIÓN 2: FUNDAMENTOS DEL SISTEMA GYNECARE PROSIMA**
Después de una cirugía convencional de prolapso del órgano pélvico, los tejidos reparados están expuestos a aumentos en la presión intraabdominal cuando la paciente se moviliza, tose, vomita y hace un esfuerzo al evacuar los intestinos. Estos aumentos en la presión intraabdominal pueden afectar adversamente a la cicatrización de la reparación vaginal y producir el fallo quirúrgico y un prolapso recurrente. El sistema GYNECARE PROSIMA refuerza la reparación vaginal con el implante de malla y utiliza el VSD como soporte de la vagina durante 3 a 4 semanas después de la cirugía con el objeto de reducir el riesgo de fallo quirúrgico o prolapso recurrente.

Durante la reparación vaginal anterior el cuerpo del implante de malla debe colocarse sin tensión entre la vejiga urinaria y los dos tercios superiores de la vagina, extendiéndose lateralmente a la altura del arco tendinoso de la fascia pélvica. Durante la reparación vaginal posterior el cuerpo del implante de malla debe colocarse sin tensión entre el recto y los dos tercios superiores de la vagina, ajustándolo lateralmente sobre los músculos elevadores del ano. La sección apical del cuerpo del implante de malla está diseñada para llegar hasta el ápice vaginal. En posición anterior, el implante de malla puede fijarse con sutura al tejido prevesical o al cuello uterino. En posición posterior, puede fijarse al tejido perirectal o al cuello uterino.

El VSD sirve de soporte a los tejidos vaginales después de la cirugía y los mantiene apoyados contra el implante de malla hasta que se integran a ella. La integración del tejido a través del implante de malla se produce dentro de los 3 a 4 semanas de la cirugía. El uso del sistema GYNECARE PROSIMA evita la necesidad de realizar una disección fuera de la cavidad pélvica y de pasar sutura e instrumental a través del agujero obturador y el ligamento sacroespinoso, lo cual hace que la cirugía sea más sencilla de realizar.

**Histerectomía**
La preferencia del cirujano y las necesidades de la paciente determinarán si es necesario realizar una histerectomía concomitante. Cuando se realiza una histerectomía, se recomienda el cierre del peritoneo del fondo de saco para evitar el contacto del implante de malla con los intestinos. Este último se realizar un cierre con incisión en "T" ya que esto puede aumentar el riesgo de exposición de la malla. Cuando se realiza una histerectomía vaginal junto con una reparación anterior o posterior, o ambas, primero debe cerrarse la incisión de la histerectomía de forma transversal y, posteriormente, deben realizarse las incisiones de reparación de forma tal que no estén conectadas con la incisión de la histerectomía previamente cerrada. De esta manera se evita la realización de una incisión en "T".

**Conservación del útero**
El sistema GYNECARE PROSIMA es adecuado para aquellos casos en que el cirujano o la paciente prefieren conservar el útero.

**Incisiones vaginales**
Las incisiones vaginales del procedimiento con el sistema GYNECARE PROSIMA son las mismas que se utilizan en las cirugías de reparación vaginal rutinarias. Las incisiones deben realizarse hasta la máxima profundidad de la pared vaginal para reducir el potencial de exposición de la malla.

**Colocación del implante de malla**
Los implantes de malla son mantenidos en su lugar por el VSD hasta que se produce la integración del tejido. Por lo tanto, no es necesario fijar las tiras del implante de malla en su lugar. La parte apical del implante de malla puede fijarse sobre la fascia en la línea media del ápice vaginal utilizando sutura del tipo MONOCRYL™ 2-0 (poliglecaprona 25) o Coated VICRYL™ 2-0 (poliglactina 910). El epitelio vaginal no debe suturarse sobre el implante de malla.

**Preservación de la vagina**
Debe evitarse retirar o extirpar demasiado epitelio vaginal. Si se retira demasiado epitelio vaginal, puede producirse cierta extracción del tejido después de la cirugía y reducirse aún más la capacidad vaginal.

**Tres niveles de soporte vaginal**
Se conocen tres niveles de soporte para la reparación vaginal. El sistema GYNECARE PROSIMA está diseñado para proporcionar el nivel I y II de soporte en el procedimiento, según se indica a continuación:

42

ETH.MESH.02341439

### Nivel I – Suspensión y soporte (tercio superior de la vagina)

El tercio superior de la vagina (incluida la bóveda vaginal después de la histerectomía) y el útero son apoyados por dos mecanismos. En primer lugar, el apoyo directo para el útero y la vagina superior es proporcionado por las fibras del parametrio (ligamentos cardinal y uterosacro) y el paracolpium. Estas fibras actúan como ligamentos de suspensión y se elevan desde la fascia del músculo piriforme, la articulación sacroilíaca y el sacro lateral y se introducen en el tercio superior lateral de la vagina y en el aspecto posterolateral del cuello uterino. En segundo lugar, el apoyo indirecto para el útero y la vagina superior es proporcionado por la placa cérvodora, formada por la fusión de los músculos elevadores del ano derecho e izquierdo entre el recto y el ároix. El prolapso de la bóveda uterina y vaginal se produce como consecuencia del fallo de estos mecanismos de soporte directos e indirectos. Es probable que implique una debilidad del suelo pélvico muscular y las fibras de suspensión del parametrio y el paracolpium superior. El objetivo de la cirugía de prolapso de nivel I es recrear los mecanismos de soporte directos e indirectos. El sistema GYNECARE PROSIMA utiliza las tiras de implante de malla que mantienen apoyados los músculos internos obturadores y la fascia parietal superior en la reparación vaginal anterior y, en la reparación vaginal posterior, tiras de implante de malla que mantienen apoyados los ligamentos sacroespinosos. Esto proporciona un soporte directo por suspensión y soporte indirecto creando una amplia área de apoyo para la vagina superior y el útero con el implante de malla.

### Nivel II – Fijación lateral (tercio medio de la vagina)

La parte media de la vagina está fijada lateralmente y de forma directa a los músculos de la pared lateral pélvica por el arco tendinoso de la fascia pélvica. A este nivel, las paredes vaginales anterior y posterior se estiran entre las fijaciones laterales a la derecha y a la izquierda. Al nivel II, el objetivo de la reparación del prolapso es volver a fijar la vagina medio lateral sobre los músculos de la pared lateral pélvica. Los defectos centrales de la vagina media también requieren soporte al nivel II. El uso del sistema GYNECARE PROSIMA en un procedimiento recrea la fijación lateral de la vagina sobre los músculos de la pared lateral pélvica y, además, proporciona refuerzo fascial central después de la integración de tejido.

### Nivel III – Fusión (tercio inferior de la vagina)

*NOTA: no se requiere disección en esta área con el sistema GYNECARE PROSIMA.*

Al nivel III, en posición anterior, el tercio inferior de la vagina se fusiona con la membrana perineal y la uretra. En posición posterior, el tercio inferior de la vagina se fusiona con el cuerpo perineal y con los músculos elevadores del ano. Los tejidos de esta área se reparan sin implante de malla, ya que este no está diseñado para ser utilizado en el tercio inferior de la vagina. El sistema GYNECARE PROSIMA no trata los defectos de apoyo al nivel III, aunque pueden tratarse mediante procedimientos concomitantes, como una perineorrafia.

## SECCIÓN 3: INSTRUCCIONES DE USO

*NOTA: deben consultarse las figuras incluidas al comienzo de este documento al leer esta sección.*

### Preparación quirúrgica

La cirugía realizada con el sistema GYNECARE PROSIMA puede llevarse a cabo bajo anestesia general o regional según la preferencia del cirujano, el anestesiólogo y la paciente.

La paciente debe colocarse en posición de litotomía con las nalgas ligeramente por encima de la mesa del quirófano y las caderas flexionadas. A discreción del cirujano, puede drenarse la vejiga. Es necesario utilizar un catéter antes de inflar el balón y puede introducirse en este momento del procedimiento.

### Uso del sistema GYNECARE PROSIMA después de una histerectomía

**Reparación vaginal anterior**

Cuando sólo se requiere el refuerzo de la pared vaginal anterior, debe utilizarse únicamente el sistema de reparación del suelo pélvico anterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador anterior especialmente diseñado para utilizar en una reparación vaginal anterior. Una vez realizadas las incisiones y disecciones requeridas, se crean los canales para el tejido en el compartimento anterior para colocar las tiras de implante de malla usando el insertador anterior. *NOTA: el insertador anterior no se debe utilizar para disecar el tejido.*

**Disección vaginal anterior**

El epitelio vaginal anterior se diseca de la vejiga. Diseque el espesor total de la pared vaginal. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Debe evitarse la disección superficial de la pared vaginal o la separación de la pared vaginal en dos capas ya que podría quedar muy delgada y perder irrigación sanguínea. Tan solo aumenta el riesgo de exposición de la malla. Lateralmente, continúe la disección hacia la pared lateral pélvica y hacia la espina isquial.

**Disección del canal anterior y colocación del implante de malla**

A los efectos de esta descripción, primero realice la disección para la creación de canales hacia las tiras del implante de malla del lado derecho de la paciente y, a continuación, del lado izquierdo. Estos canales se crean con el objeto de colocar el implante de malla de forma tal que la sección distal de las tiras quede al ras de la pared lateral pélvica y la fascia parietal del músculo interno obturador. Para colocar estas tiras, comience la disección palpando e identificando la espina isquial de ambos lados. *NOTA: como alternativa, esta disección puede comenzarse con un par de tijeras usando una técnica de "empuje y separación", de forma tal que las puntas de las tijeras siempre queden en posición anterior a la espina isquial.* Siga la disección inicial realizando una disección suave con los dedos hacia la espina isquial. Una vez establecido el contacto con la espina isquial, pase el dedo índice para crear un espacio anterior y superior a la misma. Refiérase a la figura 8A. La dirección de esta disección es perpendicular a la pared lateral pélvica y crea un espacio de aproximadamente 2 cm de anchura y 3 cm de alto. La disección anterior no implica la disección sobre los ligamentos sacroespinosos sino que crea un canal anterior y superior hasta la espina isquial y superficial al arco tendinoso de la fascia pélvica al músculo interno obturador y la fascia parietal. Repita la misma disección del lado izquierdo.

No se requiere el pliegue del tejido prevesical. No obstante, en caso de realizar el pliegue, sólo debe hacerse en la parte central de dicho tejido para que el área disecada no sea demasiado estrecha. Coloque el implante de malla sobre el tejido prevesical de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del surco distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0.

Usando el insertador anterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección anterior y superior a la espina isquial (según se describe más arriba). *NOTA: los extremos curvos del insertador anterior se doblan en sentidos opuestos y hay flechas en cada extremo que indican la dirección de colocación.* Con la flecha apuntando hacia el lado derecho de la paciente, introduzca la punta del insertador anterior en el bolsillo de la tira del implante de malla (refiérase a la figura 8B) del lado derecho de la paciente. *NOTA: la contracción puede ayudar a mantener el bolsillo cargado sobre el insertador anterior.* Mantenga el insertador anterior en posición vertical, de forma tal que la parte curva del instrumento quede contra la pared vaginal posterior. A continuación, dirija el insertador anterior, con la tira cargada, hacia el interior del canal de tejido previamente creado

(refiérase a la figura 8C) hasta que el mango entre en contacto con los labios mayores del lado contralateral. Para ello, posicione la parte del mango del insertador anterior en sentido vertical de forma tal que el borde de entrada y el bolsillo avancen hacia la espina isquial. Una vez posicionado, incline el mango hacia abajo hasta una posición casi horizontal manteniendo el mango en contacto con el muslo contralateral. *NOTA: la retracción de la vejiga con un instrumento quirúrgico estándar puede ser útil para la colocación inicial en el canal. Si lo desea, utilice el dedo índice en el canal para guiar la colocación inicial del insertador anterior contra los labios mayores del lado contralateral antes de bajar el mango.* Empuje ligeramente hacia arriba para asegurar que los bolsillos de la tira queden bien posicionados y que la sección apical del implante de malla mantenga apoyado el ápice vaginal. *NOTA: si siente resistencia durante la inserción de la tira, determine la causa antes de continuar. Si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, lo cual puede dañar las estructuras tisulares críticas.*

Para retirar el insertador anterior, incline el mango hacia atrás a la posición vertical antes de retirarlo, dejando la tira en el canal. *NOTA: inserte la primera tira completamente. NOTA: si quita el insertador anterior antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla.* Repita este procedimiento del lado opuesto de la paciente dando vuelta el insertador anterior e introduciendo el extremo, con la punta hacia el lado opuesto de la paciente, en el otro bolsillo. La figura 8D muestra ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira procure evitar el movimiento del implante de malla y compruebe que NO está torcido.*

Posicione el cuerpo del implante de malla de forma holgada sobre el tejido vaginal subyacente. Debe evitar doblar o torcer el cuerpo y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales o la cantidad de disección lateral. El epitelio vaginal puede recortarse, pero debe evitarse la eliminación excesiva. Cierre el epitelio sobre el implante de malla sin usar suturas entrelazadas (como se describe a continuación; refiérase a la figura 8E). En la figura 8F se ilustra la colocación final del implante de malla en el compartimento anterior.

*NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.*

Cierre las incisiones vaginales sin suturas entrelazadas en forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, el epitelio debe cerrarse en dos capas para obtener una línea de sutura relativamente gruesa en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL™ Plus 2-0 (poligliecaprona 25). A continuación, cierre el epitelio con puntadas tipo colchón continuas de eversión no entrelazadas, usando sutura del tipo Coated VICRYL 2-0 o sutura antibacteriana Coated VICRYL™ Plus 2-0 (poliglactina 910). *NOTA: coloque el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa la superficie.* Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario.

Como alternativa, puede realizarse un cierre de la pared vaginal de una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas o puntadas interrumpidas con sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Reparación vaginal posterior**

Cuando sólo se requiere el refuerzo de la pared vaginal posterior, utilice únicamente el sistema de reparación del suelo pélvico posterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador posterior especialmente diseñado para utilizar en una reparación vaginal posterior. Una vez realizadas las incisiones y disecciones vaginales requeridas, crea los canales para el tejido en el compartimento posterior para colocar las tiras de implante de malla. *NOTA: el insertador posterior no se debe utilizar para disecar tejido.*

**Disección vaginal y del canal posterior**

Diseque el epitelio vaginal posterior del tejido prerrectal. Al igual que con la pared vaginal anterior, debe disecarse el espesor completo de la pared vaginal posterior. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Continúe la disección lateralmente a cada lado de los músculos elevadores del ano a la altura de la espina isquial. Después, continúe la disección a través de cada uno de los pilares rectales y sobre cada ligamento sacroespinoso, pero no a través de ellos, creando canales en los que se colocarán las tiras del implante de malla. Refiérase a la figura 9A.

El tratamiento de un enterocele pre-existente es opcional, pero si se realiza, puede llevarse a cabo en esta etapa según la técnica preferida del cirujano.

Si la cavidad peritoneal se abre durante la disección anterior o posterior, debe cerrarse antes de colocar la malla.

**Colocación del implante de malla posterior**

No se requiere el pliegue del tejido prerrectal. No obstante, si se realiza el pliegue del tejido prerrectal, sólo debe plegarse la parte central del tejido prerrectal para que el área disecada no sea demasiado estrecha. Coloque el implante de malla sobre el tejido prerrectal de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del surco distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0.

Usando el insertador posterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección hacia cada ligamento sacroespinoso (según se describe más arriba). Sujete el insertador posterior usando una guía o portaagujas rectos, como muestra la figura 9B. *NOTA: coloque la punta de la guía o portaagujas dentro del extremo estriado recto del insertador posterior.* Asegúrese de que el insertador posterior conectado está adecuado con el mango de la guía o portaagujas. Invierta la punta del insertador posterior en el bolsillo de la tira del lado derecho de la paciente (refiérase a la figura 9B). A continuación, dirija el insertador posterior, con la tira cargada, hacia el interior del canal de tejido previamente creado (refiérase a la figura 9C) con el mango de la guía o portaagujas en posición vertical. A continuación, inserte en el canal la tira en toda su longitud de modo tal que la base de la tira llegue al tercio superior de la disección fascial. *NOTA: inserte la primera tira completamente. Si quita el insertador antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla. NOTA: tenga cuidado de no introducirla de forma demasiado profunda para evitar dañar estructuras tisulares críticas. NOTA: si siente resistencia durante la inserción de la tira, determine la causa antes de continuar. Si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, lo cual puede dañar las estructuras tisulares críticas.* Retire el insertador posterior siguiendo el mismo recorrido de la inserción dejando la tira en el canal. Las tiras mantienen apoyados los ligamentos sacroespinosos pero no los penetran. No coloque suturas en los ligamentos sacroespinosos. Repita el procedimiento del lado opuesto de la paciente con la segunda tira. La figura 9D muestras ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira tenga cuidado de evitar el movimiento del implante de malla y compruebe que NO está torcida.*

43

Posicione el cuerpo del implante de malla de forma holgada sobre la fascia vaginal subyacente. Evite doblar o torcer el cuerpo del implante de malla y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales o la cantidad de disección lateral. El epitelio de la pared vaginal posterior puede recortarse pero debe evitarse su eliminación excesiva. Cierre el epitelio de la pared vaginal posterior sobre el implante de malla sin usar suturas entrelazadas (como se describe a continuación). En la figura 9E se ilustra la colocación final del implante de malla en el compartimento posterior.

*NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.*

Cierre las incisiones vaginales sin suturas entrelazadas en forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, cierre el epitelio en dos capas para obtener una línea de sutura relativamente gruesa en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL Plus 2-0. A continuación, cierre el epitelio con puntadas tipo colchón continuas de eversión no entrelazadas, usando sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. *NOTA: coloque el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa esa altura.* Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el recto.

Como alternativa, puede realizarse el cierre de la pared vaginal con una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas de sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

## Reparación vaginal anterior y posterior combinada

Cuando se necesita el refuerzo de la pared vaginal tanto anterior como posterior, se utiliza el sistema de reparación del suelo pélvico combinado GYNECARE PROSIMA. Este conforme dos implantes de malla idénticos: uno para la reparación vaginal anterior y el segundo para la reparación vaginal posterior. Utilice únicamente el insertador anterior curvo para una reparación anterior y el insertador posterior recto para una reparación posterior. Realice las reparaciones vaginales anteriores y posteriores según se describe más arriba. Se recomienda realizar primero la reparación vaginal anterior. La colocación definitiva de los implantes de malla en los compartimentos anterior y posterior se ilustra en la figura 10. Al finalizar la cirugía, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario. Se requiere un examen rectal digital para descartar lesiones en el recto.

## Uso del sistema GYNECARE PROSIMA con preservación del útero (histeropexia)

Si se conserva el útero prolapsado, la lengüeta apical del implante de malla debe fijarse al cuello uterino. La fijación del implante de malla sobre el cuello uterino debe realizarse a la altura del anillo pubocervical cuando se coloca durante la reparación vaginal anterior o posterior.

Cuando se conserva el útero durante una reparación vaginal anterior el anillo pubocervical queda expuesto durante la disección vaginal anterior. Coloque una sutura PROLENE 2-0 firmemente en el aspecto anterior del anillo pubocervical. Esta sutura también se coloca a través de la lengüeta apical del implante de malla. La sutura PROLENE en la lengüeta se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie anterior del cuello uterino a la altura del anillo pubocervical y asegura que el implante se dilate con la vagina cuando la posiciona el VSD de forma adecuada.

En la reparación posterior, fije el implante de malla al cuello uterino posterior a la altura del anillo pubocervical o por encima de él. El fondo de saco puede abrirse durante la fijación del implante de malla al cuello uterino. Cierre el peritoneo del fondo de saco por encima de esta sutura para evitar que los intestinos se adhieran al implante de malla. Si el cirujano decide no abrir el fondo de saco, el anillo pubocervical queda expuesto durante la disección vaginal posterior. Se coloca una sutura PROLENE 2-0 firmemente en el aspecto posterior del anillo pubocervical. Esta sutura también se coloca a través de la lengüeta apical del implante de malla. La sutura PROLENE se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie posterior del cuello uterino a la altura del anillo pubocervical.

Cuando se utilizan para reparaciones vaginales anteriores y posteriores, los implantes de malla deben fijarse a los aspectos anteriores y posteriores del cuello uterino según se describe más arriba (refiérase a la figura 11).

## Higiene del implante de malla

Durante la cirugía, irrigue las heridas vaginales con solución salina. El implante de malla debe manipularse lo menos posible y debe higienizarse la malla de forma adecuada.

## Colocación del VSD y del balón

Al finalizar la cirugía, coloque en la vagina un VSD del tamaño adecuado con un balón y suturelo para retener que se sale de su lugar. El VSD puede tener 3 tamaños diferentes (pequeño, mediano y grande) y puede ser ajustado por el cirujano según la longitud de la vagina de la paciente como se indica a continuación.

### Ajuste y recorte del VSD

El VSD se suministra en su tamaño más grande. Determine el tamaño apropiado para la paciente usando el VSD mismo. Para ello, coloque el VSD de tamaño grande en la vagina entre el ápice dilatado y el anillo himenal. Para introducir el VSD en la vagina, sujételo por el punto más ancho y dóblelo a lo largo del eje longitudinal con el balón hacia arriba (refiérase a la figura 12). Introduzca primero el punto más ancho del VSD de forma tal que los orificios de la sutura queden ubicados exactamente sobre el anillo himenal. *NOTA: no retire ni doble el balón al ajustar el tamaño del VSD.* Se obtiene el tamaño adecuado cuando el VSD entra cómodamente en la vagina y la parte más superior de la vagina dilatada con el extremo distal y los ojos de sutura a 1 cm sobre el anillo himenal (refiérase a la figura 13).

Si el tamaño grande entra cómodamente, no es necesario modificar el VSD. Si se requiere el tamaño mediano, elimine la sección más superior recortándola cuidadosamente con las puntas de un par de tijeras Mayo curvas para cortar tiras pequeñas y asegurar un borde de corte liso. Deben tomarse las precauciones necesarias para reducir al mínimo la cantidad de material que queda en las áreas de corte. *NOTA: es importante ajustar el VSD con mucho cuidado. Una vez que el VSD se corta no se puede agrandar y las secciones de corte no se pueden volver a fijar.* Haga el balón a un lado mientras recorta el VSD (refiérase a la figura 14). *Deben tomarse las precauciones necesarias para evitar dañar el balón al recortar el VSD.*

Si el tamaño mediano entra cómodamente, no es necesario realizar recortes adicionales. Si se requiere el tamaño pequeño, elimine la sección restante como se indica más arriba. Haga el balón a un lado mientras recorta el VSD para evitar dañarlo.

Una vez que se haya ajustado debidamente el tamaño del VSD y reposicionado el balón, puede introducir el conjunto en la vagina de la paciente. *NOTA: para reducir el mínimo el riesgo de perforación del balón, no utilice ningún instrumento para facilitar la inserción del VSD o del balón.* Si el balón se daña, retírelo del VSD y rellene la cavidad vaginal con gasa.

Una vez debidamente posicionado el conjunto en los dos tercios superiores de la vagina dilatada de la paciente, fije el VSD en su lugar con una sola bazada de sutura a través de cada guía del VSD y dentro del epitelio de la pared vaginal posterior, de forma lateral y sobre el himen a cada lado, como muestra la figura 15, en las posiciones 4 y 8 horas.

A continuación, ate las suturas derecha e izquierda en ese orden, manteniendo el VSD firme en su lugar dentro de la vagina. *NOTA: tome las precauciones necesarias para no perforar el balón cuando se sutura el VSD en su lugar.* Se recomienda usar sutura absorbible del tipo Coated VICRYL 2-0 o equivalente para esta aplicación.

### Inflado del balón

Una vez suturado el VSD en su lugar, fije la jeringa de 50 ml suministrada sobre la válvula del balón girándola. *NOTA: después de colocar el VSD, se requiere un catéter para evitar la retención urinaria.* Después de inflar con un pequeño volumen de aire mientras (refiérase a la figura 16), palpe toda la longitud del balón con un dedo para asegurarse de que se ha desplegado y se ha adherido a toda la vagina. Una vez comprobado esto, retire el dedo y continúe inflando el balón al máximo hasta que solo pueda entrar cómodamente la punta de un dedo en el introitus entre el balón y la pared vaginal. Se recomienda estabilizar el VSD durante el inflado. El balón inflado sirve para mantener apoyado el implante de malla a la pared vaginal. El volumen de aire requerido para inflar el balón lo suficiente variará de una paciente a otra. *NOTA: el volumen de inflado máximo del balón no debe exceder 90 ml.* Una vez inflado lo suficiente, separe la jeringa de la válvula girándola. La línea de inflado del balón debe extenderse hacia afuera de la vagina para fijarse al muslo de la paciente. La tapa debe fijarse a la válvula del balón para asegurarse de que éste mantenga el nivel de aire deseado (refiérase a la figura 7). *NOTA: no ajuste la tapa demasiado.* En caso de que sea necesario, el balón puede ajustarse después usando una jeringa estándar para aumentar o reducir el volumen de aire en su interior. El balón puede palparse o inspeccionarse visualmente en cualquier momento para asegurarse de que se ha mantenido lo suficientemente inflado. *NOTA: a medida que la paciente se mueve, el balón se acomoda en la cavidad vaginal y puede parecer que su presión aumenta o baja. Esto es normal.*

*NOTA: no separe el balón del VSD antes de utilizarlo.*

*NOTA: no infle el balón antes de introducirlo en la vagina.*

*NOTA: una vez inflado el balón, si los ojos de sutura del VSD se han movido más de 1 cm sobre el anillo himenal o si hay una tensión excesiva sobre las suturas de los ojos, reduzca la presión sobre el balón y, si es necesario, vuelva a posicionar o ajustar el tamaño del VSD.*

*NOTA: si observa algún orificio en el balón, o si detecta una pérdida o el balón no se mantiene dilatado después de inflarlo, NO lo utilice. Retírelo del VSD y deséchelo de forma adecuada. Utilice relleno de gasa estándar en lugar del balón.*

*NOTA: si el tapón conector del balón se desprende del VSD, vuelva a empujarlo a su lugar.*

*NOTA: no fije la línea de inflado del balón en la vagina.*

*NOTA: a fin de evitar daños, no aplique nunca fuerzas de doblado, tensión o torsión extremas a la línea de inflado.*

*NOTA: no aplique relleno de gasa en presencia de un balón.*

### Retirada del balón del VSD

Usando una jeringa estándar, desinfle completamente el balón 1 día después de la cirugía y retírelo, dejando el VSD en su lugar. *NOTA: no deje el balón dentro de la vagina durante más de 1 día.*

1) Retire la tapa de la válvula del balón.

2) Conecte una jeringa estándar de 50 ml (o más grande) a la válvula del balón y desínflelo totalmente (refiérase a la figura 17). Es importante que desinfle completamente el balón antes de intentar retirarlo del VSD. *NOTA: si el balón está totalmente desinflado, el émbolo de la jeringa retrocederá una vez eliminado toda el aire.*

3) Retire la jeringa.

4) A continuación, puede separarse el balón del VSD y retirarse de la paciente tirando suavemente de él en dirección caudal sobre la línea de inflado en un punto cercano al tapón conector del balón mientras se aplica una contratracción suave sobre el extremo distal del VSD con un dedo. Refiérase a la figura 18.

*NOTA: no retrase ni fuerce la retirada del balón si siente alguna resistencia. Si siente resistencia, determine la causa antes de continuar. Si sigue haciendo avanzar o retroceder el balón a pesar de la resistencia, puede hacer que el VSD se mueva y/o causar traumatismos en el tejido en la cavidad vaginal. Para asegurarse de que el balón está totalmente desinflado, vuelva a conectar la jeringa y elimine todo el aire antes de continuar retirándolo.*

### Retirada del VSD de la paciente

Retire el VSD de la paciente, aproximadamente de 3 a 4 semanas después de la cirugía, una vez que se haya producido una cicatrización suficiente. Para entonces, es posible que las suturas absorbibles se hayan disuelto o hayan perdido suficiente resistencia a la tracción para retirar el VSD fácilmente sin que la sutura presente resistencia. *NOTA: puede ser necesario cortar ambas suturas para retirar el VSD. NOTA: no deje el VSD dentro de la vagina durante más de 4 semanas.* Retire las suturas de fijación del VSD restantes. Retire manualmente el VSD del conducto vaginal, como ilustra la figura 19.

### Cuidado perioperatorio

Pueden administrarse a las pacientes antibióticos profilácticos según la práctica habitual del cirujano. Los antibióticos pueden continuar administrándose después de la operación según la preferencia del cirujano. Puede usarse profilaxis tromboembólica.

El cirujano debe explicar que el propósito del VSD, que queda en la vagina hasta cuatro semanas después de la cirugía, es servir de apoyo a la vagina contra la malla durante el período de cicatrización. Debe indicarse a la paciente que el VSD se extraerá durante un control post-operatorio, aproximadamente 4 semanas después de la cirugía. También debe indicarse a la paciente que puede experimentar pérdidas vaginales post-operatorias y que el VSD puede desplazarse ligeramente hacia abajo. Si la paciente siente que el VSD se ha desplazado hacia abajo, puede empujarlo suavemente hacia arriba a una posición más cómoda. No obstante, si el VSD está causando demasiado malestar, debe indicarse a la paciente que se ponga en contacto con su médico.

Una vez que ha recibido el alta, debe indicarse a la paciente que evite las actividades intensas durante un período de 3 a 4 semanas. Para entonces, los tejidos pélvicos se habrán incorporado al implante de malla y la paciente podrá reanudar sus actividades cotidianas habituales. Debe indicarse a la paciente que evite las relaciones sexuales durante al menos 6 semanas después de la cirugía. Puede recomendarse la realización de controles del suelo pélvico en cualquier momento después de la cirugía.

### RENDIMIENTO

Los estudios realizados en animales demuestran que la implantación de la malla GYNECARE GYNEMESH PS provoca una reacción inflamatoria pasajera de mínima a leve, seguida por la deposición de una capa fibrosa delgada de tejido capaz de crecer entre los intersticios de la malla y, de esta manera, incorporarla al tejido adyacente. La malla se mantiene blanda y maleable y la cicatrización normal de la herida no se ve afectada de forma notoria. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

### CONTRAINDICACIONES

- Cuando la malla GYNECARE GYNEMESH PS se utiliza en bebés, niños, mujeres embarazadas o mujeres que tienen pensado tener hijos en el futuro, el cirujano debe ser consciente de que este producto no se estirará de forma significativa a medida que crece el paciente.

- El sistema GYNECARE PROSIMA no debe realizarse en pacientes embarazadas o con infecciones purulentas o cánceres de la vagina, cuello uterino o útero.

ETH.MESH.02341441

**ADVERTENCIAS Y PRECAUCIONES**

- Antes de utilizar los sistemas GYNECARE PROSIMA, se recomienda a los usuarios familiarizarse con los procedimientos y técnicas quirúrgicas para la reparación del suelo pélvico y mallas no absorbibles.
- El uso del sistema GYNECARE PROSIMA no se ha evaluado totalmente en pacientes con prolapso del órgano pélvico en etapa IV. Por lo tanto, no se recomienda su uso en estas pacientes.
- Deben seguirse las prácticas quirúrgicas aceptables para el sistema GYNECARE PROSIMA, así como para el tratamiento de heridas infectadas o contaminadas.
- No utilice el sistema GYNECARE PROSIMA si cree que el sitio quirúrgico puede estar infectado o contaminado. Si el implante de malla o el conjunto de balón VSD se utiliza en áreas contaminadas, sólo debe usarse teniendo en cuenta que cualquier infección resultante podría requerir su extracción.
- Debe recomendarse a la paciente que, después de la operación, se abstenga de levantar objetos pesados y/o hacer ejercicio (por ejemplo, ir en bicicleta o correr) durante 3 a 4 semanas y que se abstenga de tener relaciones sexuales durante 6 semanas o hasta que el médico determine que puede reanudar sus actividades normales.
- No deje el VSD dentro de la vagina durante más de 4 semanas.
- No deje el balón dentro de la vagina durante más de 1 día.
- Los componentes del sistema GYNECARE PROSIMA no están diseñados para ser utilizados con dispositivos distintos de los mencionados en este manual.
- Evite ejercer una tensión excesiva sobre el implante de malla durante su manipulación.
- Utilice los sistemas GYNECARE PROSIMA con cuidado y prestando atención a la anatomía de la paciente para evitar dañar los vasos, los nervios, la vejiga y los intestinos o perforar la pared vaginal. El uso correcto de los componentes del sistema GYNECARE PROSIMA reducirá al mínimo los riesgos.
- Infle el balón únicamente con aire ambiental.
- El palpado confirmará que el balón no contiene ninguna pérdida de aire una vez inflado. Si el balón se desinfla totalmente, puede perder eficacia.
- La pared del balón es delgada para poder obtener los efectos deseados. Las perforaciones, cortes, muescas, aplastamiento o aplicación de tensiones excesivas pueden hacer que el balón se desinfle. El balón puede perforarse fácilmente con una aguja o escalpelo o romperse al manipularlo con un instrumento romo. Proceda con precaución durante su manipulación para evitar que eso ocurra. Los balones dañados no deben usarse. Retírelos y rellene la vagina con gasa.
- El nivel de inflado máximo del balón es de 90 mL. No lo infle excesivamente ya que puede producir molestias a la paciente, necrosis tisular, abertura de la herida vaginal después de la cirugía o imposibilidad de evacuar.
- No utilice los sistemas GYNECARE PROSIMA en pacientes sometidas a terapia anticoagulación.
- Puede producirse hemorragia después de la intervención. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.
- Debe indicarse a la paciente que llame al cirujano inmediatamente en caso de dolor inusual, hemorragia u otros problemas.
- Aunque es poco probable que se produzcan lesiones en la vejiga con esta técnica, debe realizarse una cistoscopia.
- Aunque es poco probable que se produzcan lesiones en el recto con esta técnica, se recomienda realizar un examen digital.
- No fije el implante de malla GYNEMESH PS con grapas, clips o pinzas de ningún tipo, ya que se podría causar algún daño mecánico a la malla.
- El implante de malla no debe estar presente en el tercio inferior de la vagina. Si es necesario, recorte el implante de malla hasta la unión del tercio inferior y medio de la pared vaginal.
- Pueden administrarse antibióticos profilácticos según la práctica habitual del cirujano.

**REACCIONES ADVERSAS**

- Las posibles reacciones adversas son las típicamente asociadas con materiales implantables quirúrgicos e incluyen potencialmente el riesgo de infecciones, inflamación, formación de adherencias, formación de fístulas, erosión, extrusión y heridas que producen contracción del implante.
- Las reacciones adversas potenciales son las típicamente asociadas con los procedimientos de reparación del prolapso del órgano pélvico, como dolor en las relaciones sexuales y dolor pélvico. Pueden resolverse solas con el tiempo.
- Pueden producirse laceraciones o perforaciones en vasos, nervios, la vejiga, la uretra o los intestinos durante la disección o la colocación de la malla y pueden necesitar reparación quirúrgica.
- La disección para los procedimientos de reparación del suelo pélvico puede dificultar la evacuación normal durante una cantidad de tiempo variable.

**ESTERILIDAD**

Los sistemas GYNECARE PROSIMA están esterilizados con óxido de etileno. NO REESTERILICE ninguna parte del sistema GYNECARE PROSIMA. NO REUTILICE ninguna parte del sistema GYNECARE PROSIMA. La reutilización de este dispositivo (o partes del mismo) puede crear un riesgo de degradación del producto y contaminación cruzada, lo que puede llevar a infecciones o transmisión de patógenos sanguíneos a pacientes y usuarios. No utilizar si el envase está abierto o dañado. Desechar todos los componentes abiertos del sistema GYNECARE PROSIMA no utilizados.

**ELIMINACIÓN**

Deseche los componentes y envases del sistema GYNECARE PROSIMA según las normas y procedimientos utilizados en su centro para materiales y desechos biopeligrosos.

**ALMACENAMIENTO**

Condiciones de almacenamiento recomendadas: temperatura ambiente y humedad relativa controladas (aproximadamente 25 °C, 60 % humedad relativa), alejado de la humedad y el calor directo. No usar después de la fecha de caducidad.

**Símbolos utilizados en las etiquetas**



45

ETH.MESH.02341442



# Gynecare
# PROSIMA™

System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten
System för kombinerad reparation av bäckenbotten

SVENSKA

**Läs noga igenom all information.**

Om dessa anvisningar inte följs, kan det resultera i att instrumenten inte fungerar korrekt och även medföra att skada uppstår.

OBS! Enligt amerikansk federal lag är försäljning av denna anordning förbjuden annat än genom läkare eller på läkares ordination.

Utbildning i hur man använder GYNECARE PROSIMA™ system för reparation av bäckenbotten rekommenderas och kan ordnas. Kontakta företagets försäljningsrepresentant för att planera utbildning.

## INDIKATIONER

GYNECARE PROSIMA system för reparation av bäckenbotten, genom placering av GYNECARE GYNEMESH™ PS icke resorberbart mjukt PROLENE™ nätimplantat, är indikerat för vävnadsförstärkning och långvarig stabilisering av fasciastrukturer i bäckenbotten, antingen som mekaniskt stöd eller som övergångsmaterial vid fasciadelar. Systemen ger stöd åt vaginalkanalen i läkningsprocessen efter kirurgisk reparation av vaginalväggsprolaps samtidigt som det stöder nätimplantatens placeringar.

## BESKRIVNING

GYNECARE PROSIMA system för reparation av främre och bakre och kombinerad reparation av bäckenbotten består av tillklippta GYNECARE GYNEMESH PS nätimplantat och instrument för att underlätta implantatplacering och stöd efter operation (se figur 1). I följande tabell finns en sammanställning av de komponenter som ingår i respektive system:

| SYSTEM FÖR REPARATION AV BÄCKENBOTTEN | KOMPONENTER (se figur 1) | | | | |
|---|---|---|---|---|---|
| | Nätimplantat i hållare (A) | Vaginalstöd – Ballongenhet (B&C) | Främre införare (D) | Bakre införare (E) | Injektionsspruta (F) |
| Främre | 1 | 1 | 1 | | 1 |
| Bakre | 1 | 1 | | 1 | 1 |
| Kombinerad | 2 | 1 | 1 | 1 | 1 |

Tabell 1 – Komponenter i GYNECARE PROSIMA system för reparation av bäckenbotten

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS är ett nät tillverkat av sammanvävda filament av strängsprutad polypropen med en sammansättning som är identiskt med PROLENE™ polypropylensutur (ETHICON, INC.). Detta material har vid användning som suturmaterial rapporterats vara icke-reaktivt och behålla sin hållfasthet under obegränsad tid vid klinisk användning. Nätet är utanvärdeligt starkt, hållbart och kirurgiskt anpassningsbart och kan lämpligt tillräckligt poröst för att möjliggöra inväxning av vävnad. Nätet är gjort av monofilamentfiber med reducerad diameter, vävda i en unik design som ger ett nät som är ca 50 procent mer flexibelt än PROLENE™ polypropylennät av standardtyp. Nätet är tillverkat enligt en process som länkar samman varje fiberkorsning vilket ger elasticitet i båda riktningarna. Tack vare denna konstruktion kan nätet klippas till vilken form och storlek som helst utan att fransas upp. Denna tvåvägselasticitet gör att nätet kan anpassa sig till de varierande påfrestningar som uppstår i kroppen.

## Nätimplantatet

Nätimplantatet görs av GYNECARE GYNEMESH PS. Nätimplantaten är tillklippta i en Y-form för reparation av defekter i främre, bakre och/eller apikala delen av vagina. Se figur 2. Nätimplantatet har 2 remmar och en central huvuddel. Det finns en apikal flik på den proximala änden som fästs med sutur för att minimera nätimplantatets rörelse under placeringen av remmarna. Det finns en distal skåra på den distala änden för att underlätta inriktningen av nätimplantatet. Nätimplantatets remmar har tillklippta fickor för att implantatet ska kunna placeras med införaren. Nätimplantatet levereras i en implantathållare som består av urklippt Tyvek® och en genomskinlig plastfilm, som är utformad för att fatt ta av från nätimplantatet.

## Främre införare

Den främre införaren är ett instrument för engångsbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de främre tidigare dissekerade vävnadskanalerna. **ANM: Den främre införaren är inte avsedd för dissektion av vävnad.** Den främre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de främre rummen. Se figuren 3 och 4.

## Bakre införare

Den bakre införaren är ett instrument för engångsbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de bakre tidigare dissekerade vävnadskanalerna. **ANM: Den bakre införaren är inte avsedd för dissektion av vävnad.** En standardstorlekarsverktyg ger stöd och den bakre införaren och stabiliserar för att få kontrollerad införing. Den bakre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de bakre facken. Se figur 5.

## Vaginalstöd (VSD)

VSD är en enhet för engångsbruk som är utformad för att efter operation ge stöd åt vävnaden i vagina efter placeringen av nätimplantatet och stängning av vaginalincisionen. Den apikala delen av VSD är bredast och består av justerbara sektioner. Efter den första dimensioneringen i patienten, kan VSD justeras så att den passar patientens anatomi genom avklippning av särskilda apikala sektioner. VSD placeras i nere 2/3 av patientens vagina i 3 till 4 veckor och avlägsnas sen, vid kliniken.

## Ballong

Ballongen är avsedd för engångsbruk och är utformad för att ersätta genvärsförband i vagina efter operation. Ballongens volym kan anpassas för att fylla vaginalkanalen och stödja nätimplantatet mot vaginalväggen. Ballongen är fastsatt på VSD. Figur 7 visar den ofyllda ballongen utan VSD. Ballongen sitter kvar i patienten i upp till en dag.

## Injektionsspruta

En 50 ml injektionsspruta tillhandahålls för att fylla ballongen.

## AVSNITT 1: PRINCIPERNA FÖR ATT ANVÄNDA GYNECARE PROSIMA-SYSTEMET

En reparation av bäckenbotten med användning av GYNECARE PROSIMA-systemet ska ge en anatomisk, hållbar och standardiserad reparation av prolaps av bäckenbottenorganen. Beroende på var prolapsen är och kirurgens preferenser, kan antingen främre eller bakre reparation väljas. Hysterektomi eller bibehållande av livmodern kan kombineras med användning av GYNECARE PROSIMA-systemet. Om så önskas kan en reparation av prolapsen eller en suburetral slynga för behandling av ansträngningsinkontinens göras samtidigt när GYNECARE PROSIMA-systemet används. En retropubisk eller transobturator suburetral slynga kan användas.

Prolapsreparation erhålls genom placering av 1 eller 2 nätimplantat via vagina. Efter operationen placeras en VSD med en uppblåsbar ballong i vagina för dimensionering och VSD fästs med sutur på plats, och stöder på så vis vagina och nätimplantatet under vävnadsväxt. När ballongen fylts, ersätter den traditionella gensvärsförband genom att fylla vaginalkanalen och stödja nätimplantatet mot vagina. Dagen efter operationen töms ballongen och avlägsnas från vagina utan att lossa VSD. VSD:n stannar på plats i maximalt 4 veckor efter operationen, under vävnadsväxten i nätimplantatet.

## AVSNITT 2: GRUNDEN TILL GYNECARE PROSIMA-SYSTEMET

Efter konventionell kirurgi för prolaps av organ i bäckenbotten, utsätts reparerad vävnad för ökad intraabdominellt tryck när patienten rör sig, hostar, kräks och ansträngar sig vid tarmtömning. Dessa ökningar i intraabdominellt tryck kan påverka läkningen av vaginalreparation negativt och kan leda till att operationen misslyckas och att nya prolaps utvecklas. Genom att förstärka vaginalreparationen med nätimplantat och stödja vagina med VSD i 3 till 4 veckor efter operationen, är GYNECARE PROSIMA-systemet utformat för att minska risken för misslyckad operation och återkommande prolaps.

Under reparation av främre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan urinblåsan och vaginas övre 2/3 och sträcka sig lateralt mot med arcus tendineus fasciae pelvis (ATFP). Vid reparation av bakre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan rektum och vaginas övre 2/3, och anpassas lateralt över levatar ani-muskleran. Den apikala delen av nätimplantatets huvuddel ska nå vaginas apex. Framåt kan nätimplantatet fästas vid prexvalvat vävnad eller cervix. Bakåt kan nätimplantatet fästas vid prexvalvat vävnad eller cervix.

VSD stöder vaginalvävaden efter operation och underlättar att nätimplantatet stöds mot vaginalväggen tills vävnadsinväxt sker. Vävnadsinväxt genom nätimplantatet sker under 3 till 4 veckor efter operation. Genom att använda GYNECARE PROSIMA-systemet undviks behovet av dissektion utanför bäckenhålan och passage av sutur och -instrument genom obturator foramen och sakrospinalligament, vilket gör operationen enklare att genomföra.

## Hysterektomi

Kirurgens preferenser och patientens behov bestämmer om hysterektomi krävs. När en hysterektomi utförs, rekommenderas slutning av peritoneum cul-de-sac för att undvika att nätimplantatet tränger i kontakt med tarmar. En "T"-snitt ssutering ska undvikas eftersom det kan öka risken för nätexponering. När vaginal hysterektomi utförs tillsammans med antingen främre eller bakre eller kombinerad reparation, ska hysterektomisnittet slutas på tvären och reparationssnittet läggas så att de enie kommer i kontakt med det slutna hysterektomisnittet. Detta görs för att undvika att det blir ett "T"-snitt.

## Bibehållande av livmodern

GYNECARE PROSIMA-systemet är lämpligt i situationer när kirurgen eller patienten väljer att behålla livmodern.

## Vaginalincisioner

Vaginalincisioner vid användning av GYNECARE PROSIMA-systemet är desamma som de som används av kirurgen vid rutinvaginalreparation. Incisioner ska göras genom hela vaginalväggens djup för att minska risken för nätexponering.

## Nätimplantatsplacering

Nätimplantatet hålls på plats av VSD:n tills vävnadsinväxt sker. Därför är det inte nödvändigt att sätta fast nätimplantatets remmar. Nätimplantatets apikala del kan fästas i fascian i vaginalapex mittlinje med en sutur som 2-0 MONOCRYL™ (polyglektapan 25) eller 2-0 Coated VICRYL™ (polyglektin 910). Vaginalepitelet ska inte fästas med sutur i nätimplantatet.

## Bibehållande av vagina

Borttagning eller reduktion av för mycket vaginalepitel ska undvikas. Viss vävnadsretraktion kan ske efter operation och minskad vaginalkapacitet kan förvärras om för mycket vaginalepitel avlägsnas.

## Tre nivåer av vaginalstöd

Tre nivåer av vaginalstöd är allmänt kända för vaginalreparation. Användning av GYNECARE PROSIMA-systemet är avsett att ge stöd på nivå I och II på följande vis:

### Nivå I – Suspension och stöd (övre tredjedelen av vagina)

Den övre tredjedelen av vagina (inklusive valvet efter en hysterektomi) och livmodern stöds av 2 mekanismer. För det första ges direkt stöd för livmodern och övre vagina genom parametrium (kardinal- och uterosakralligament) och parakolpösfiberer. Dessa fibrer agerar som suspensionsligament och kommer från peritormis-muskelns fascia, sakrodiakleden och laterala sakrum och går in i laterala övre tredjedelen av vagina och posteriorlaterala delen av cervix. För det andra ges indirekt stöd för livmodern och övre vagina genom levatorplattan som formas genom sammansättningen av höga och vänstra levator ani-musklernas mittlinjefusion och vaxvet. Livmoder- och vaginavälsprolaps sker som ett resultat av att dessa direkta och indirekta stödmekanismer inte fungerar. Detta innebär troligtvis svaghet i bäckenbottenmuskulaturen och suspensionstörroman i parametrium och över parakolpéet. Syftet med prolapskirurgi på nivå I är att återskapa direkta och indirekta stödmekanismer. GYNECARE PROSIMA-systemet använder nätimplantatets remmar för att fästa mot vagi-obturator internus-muskel och den ofvisflikgande fascian vid främre vaginalreparation och nätimplantatets remmar stödjer mot sakrospinalligamentet vid bakre vaginalreparation. Detta ger direkt stöd genom suspension och indirekt stöd genom att ge nätimplantatstödet till ett stort område av hele vagina och livmodern.

ETH.MESH.02341443

### Nivå II – Lateral fastsättning (mittersta tredjedelen av vagina)

Mätten av vagina sitter fast lateralt och direkt vid musklerna på bäckenets sidovägg genom arcus tendineus fasciae pelvis (ATFP). På denna nivå sträcks den främre och bakre vaginalväggen mellan höger och vänster lateraldelen. På nivå II syftar prolapsreparation till att återfästa laterala delen av mittersta delen av vagina tillmusklerna i bäckenets sidovägg. Centrala defekter på mittersta vagina kräver också stöd på nivå II. Användning av GYNECARE PROSIMA-systemet i ett ingrepp återskapar vaginas laterala fästen på bäckenets sidoväggsmuskler och förstärker också centrala fascian efter vävnadsindkakt.

### Nivå III – Fusion (nedre tredjedelen av vagina)

**ANM: Dissektion av detta område krävs inte vid användning av GYNECARE PROSIMA-systemet.**

På nivå III går den främre nedre tredjedelen av vagina ihop med perinealmembranet och uretra. Den bakre nedre tredjedelen av vagina fästs vid centrala perinealsenan och levator ani-musklerna. Vävnaderna i detta område repareras utan nätimplantat, eftersom nätimplantat inte är avsett att användas i nedre tredjedelen av vagina. GYNECARE PROSIMA-systemet är inte anpassat som stöd vid nivå III-defekter, fast de kan användas vid samtida ingrepp som perinearell.

## AVSNITT 3: BRUKSANVISNING

**ANM: I detta avsnitt refereras till figurerna i början av dokumentet.**

### Förberedelse för operation

Kirurgi som utförs med GYNECARE PROSIMA-systemet kan utföras under allmän eller lokal anestesi, enligt kirurgens, narkosläkarens och patientens preferenser.

Patienten ska placeras i litotomi-position med bäckdelen lätt hängande över operationsbordets kant och med böjd höft. Enligt kirurgens önskan kan tillsatser fästmas. En kateter behövs före införing av ballongen och den kan föras in vid detta tillfälle i ingreppet.

### Användning av GYNECARE PROSIMA-systemet efter hysterektomi

**Främre vaginaldissektion**

När endast förstärkning av den främre vaginalväggen behövs, ska endast GYNECARE PROSIMA-systemet för reparation av främre bäckenbotten användas. Det innehåller 1 nätimplantat och en särskilt anpassad främre införare för användning vid främre vaginalreparation. Efter att de nödvändiga vaginalincisionerna och -dissektionerna gjorts, görs vävnadskanaler i främre rummet för placering av nätimplantatets remmar med hjälp av den främre införaren. **ANM: Den främre införaren får inte användas för vävnadsdissektion.**

*Främre vaginaldissektion*

Främre vaginalepitelet dissekeras från blåsan. Dissekera heta vaginalväggens tjocklek. Denna dissektion bör underlättas genom subepitel hydrodissektion. Ytlig dissektion av vaginalväggen eller separation av vaginalväggen i 2 lager bör undvikas. Sådan dissektion kan resultera i en väldigt tunn vaginalvägg och kan också kompromissa vaginalväggens blodförsörjning och därmed öka risken för implantatexponering. Fortsätt dissektionen lateralt mot bäckenets sidovägg och till ischialtappen.

*Dissektion av främre kanalen och placering av nätimplantat*

Utför dissektionen för att forma kanaler för nätimplantatets remmar först på patientens högra sida och sen på den vänstra, enligt denna bruksanvisning. Dessa kanaler formas för att placera nätimplantatet så att den distala delen av remmarna ligger platt mot bäckenets sidovägg och obturator internus-muskeln i parietalfascia. För att placera remmarna, inled dissektionen med att palpera och identifiera ischialtappana på båda sidorna. **ANM: Alternativt kan denna dissektion startas med sax och en "push-spread"-teknik, vid att saxens spetsar alltid är inriktad ischialtappen.** Följ upp den initiala dissektionen med försiktig fingerdissektion till ischialtappen. Vid kontakt med ischialtappens sveg pekfingret får att skapa ett rum framför och över ischialtappen. Se figur 8A. Inriktningen på denna dissektion är sinkelrätt mot bäckenväggen och vinkelrätt mot inåtre i ungefär 2 cm brett och 3 cm högt rum. I främre dissektion ingår inte dissektion av sakrospinalligamentet. Denna dissektion formar en kanal framför och över ischialtappen och utgörs av ATFP, obturator internus-muskeln och dess parietalfascia. Upprepa samma dissektion på vänster sida.

Plikation av den prevesikala vävnaden behövs inte. Om plikation emellertid utförs, plikeras endast den centrala delen av vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prevesikala vävnaden med remmarnas fickor vända uppåt. Om fastsättning ska ske, ska det göras i ett ingreppet genom att placera en sutur som 2-0 MONOCRYL eller Coated 2-0 VICRYL i vaginaapex och trå genom nätimplantatets apikala fåk. Styganet kan knytas fast nu eller när remmarna har placerats. Det är väldigt att fästa nätimplantatets distala skåra och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den främre införaren och placera nätimplantatets remmar införda i höger och vänster kanal som formats genom dissektion framför och ovanför ischialtappen (som beskrivs ovan). **ANM: De böjda ändarna på den främre införaren är vridna åt motsatta håll och det finns piler på varje ände som visar vilken riktning den ska placeras i.** Pilen ska peka åt patientens högra sida när du för in spetsen på den främre införaren i fickan på nätimplantatets rem (se figur 8B) på patientens högra sida. **ANM: Stöckning i motsatt riktning kan hjälpa till att hålla fickan över på den främre införaren.** Håll den främre införaren i vertikal riktning som instrumentet är mot den bakre vaginalväggen. Rikta sen in den främre införaren, med remmen fastsatt, i den redan formade vävnadskanalen (se figur 8C) tills handtaget kommer i kontakt med den främre införaren fästs vid nätimplantatets remmar och vägleder nätimplantatets laterala del mot ischialtappen. När den har positionerats, luta handtaget nedåt till naturen horisontell position, medan handtaget hålls kvar i kontakt med motsatt får. **ANM: Vid initial placering i kanalen kan det vara till hjälp om man flyttar andan vinkeltolsan med ett kirurgiskt standardinstrument. Om så önskas kan prefilingeret användas i kanalen för att leda den första placeringen av den främre införaren mot motsatt sidas böla mjuka, innan handtaget sänks.** Tryck lätt uppåt för att säkerställa att remmarnas fickor positioneras korrekt och nätimplantatets apikala del stöds mot vaginalapex. **ANM: Om du känner motstånd vid införing av remmarna, fastställ orsaken innan du fortsätter. Om du fortsätter att föra in införaren trots att du känner motstånd kan det leda till skada på nätimplantatet eller att införaren förs in för långt och skadar viktiga vävnadsstrukturer.**

För att avlägsna den främre införaren, luta tillbaka handtaget till vertikal position innan du drar ut och låt remmen vara kvar i kanalen. **ANM: För in den första remmen helt. ANM: Om den främre införaren dras ut innan nätimplantatet har nått sitt mål, måste remmarna avlägsnas och föras in igen.** Upprepa detta på patientens motsatta sida genom att föra in den andra friken med plåten och återstoden av remmen för placeras. **ANM: Vid placeringen av den andra remmen, var försiktig så att inte nätimplantatet flyttar sig och bekräfta att nätimplantatet INTE har vridit sig.**

Positionera nätimplantatets huvuddel löst över den underliggande vaginalvävnaden. Huvuddelen och remmarna ska inte vikas eller vridas. Nätimplantatets huvuddel kan behöva klippas till bredvid vaginas dimensioner och mängden lateral dissektion. Vaginalepitelet kan trimmas, men för avlägsnande av för mycket vaginalepitel bör undvikas. Slut

---

epitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan, se figur 8E). Nätimplantatets slutliga placering i främre rummet visas i figur 8F.

**ANM: Se till att hemostas uppnås före och under slutning av vaginalincisionen.**

Stäng vaginalincisionerna utan interlocksutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisionen och för att minska implantatutstötning. Epitelet sluts förstrådeless i 2 lager för att till en relativt tjock suturlinje på patienten för vaginalincisionen. Stäng det djupa lagret med ett kontinuerligt subeptiel släv interlockstygn med en sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL™ Plus antibakteriell sutur (poliglekapron 25). Stäng sedan epitelet med ett icke interlock kontinuerligt stygn med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus (poliglaktin 910 antibakteriell sutur. **ANM: Passera nätimplantatet i den övre 2/3 av vagina och se till att klippa till det om det sträcker sig utanför övre 2/3.** Om det inte redan gjorts rekommenderas cytoskopi för att utesluta skada på urinvägarna.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vrängt icke-interlock madraststygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL or 2-0 Coated VICRYL Plus kan användas.

**Bakre vaginalreparation**

När endast förstärkning av den bakre vaginalväggen behövs, använd endast GYNECARE PROSIMA-systemet för reparation av bakre bäckenbotten. Det innehåller 1 nätimplantat och en särskilt anpassad bakre införare som används vid bakre vaginalreparation. Efter att de nödvändiga vaginalincisionerna och -dissektionerna gjorts, forma vävnadskanaler i bakre rummet för att placera nätimplantatets remmar. Använd den bakre införaren för ett användas för vävnadsdissektion.

*Bakre vaginal- och kanaldissektion*

Dissekera det bakre vaginalepitelet från den prerektala vävnaden. Som med den främre vaginalväggen ska hela bakre vaginalväggens tjocklek dissekeras. Denna dissektion bör underlättas genom subeptiel hydrodissektion. Fortsätt dissektionen lateralt på båda sidorna om levator ani-musklerna i nivå med ischialtappana. Fortsätt sedan dissektion genom vaije rektalapex och suturhängande om rektala, mot zon genom, vaije sakrospinalligamentt, och forma kanalen som nätimplantatets remmar ska placeras i. Se figur 9A.

Behandling av prexoaterande enterocele är valfri, men om den utförs kan den utföras i detta stadium enligt kirurgens valda teknik.

Om den peritoneala håligheten öppnas under antingen främre eller bakre dissektion måste den stängas innan nätet placeras.

*Bakre nätimplantatsplacering*

Plikation av den prerektala vävnaden behövs inte. Om plikation av den prerektala vävnaden emellertid utförs, plikeras endast den centrala delen av den prerektala vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prerektala vävnaden med remmarnas fickor vända uppåt. Om fastsättning ska ske, ska det göras här i ingreppet genom att placera en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL i vaginalapex och trå genom nätimplantatets apikala fåk. Styganet kan knytas fast nu eller när remmarna har placerats. Det är valfritt att fästa nätimplantatets distala skåra och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den bakre införaren och placera nätimplantatets remmar införda i vaije höger och vänster kanal som formats genom dissektion mot vaije sakrospinalligamentt (som beskrivs ovan). Grip tag i den bakre införaren med en nål nålföraren, som visas i figur 9B. **ANM: Placera nålförarens spets i den naka spårade änden av den bakre införaren.** Kontrollera att den anslutna bakre införaren är i linje med nålförarens handtag. För in spetsen på den bakre införaren i remmarnas fickor på patientens högra sida (se figur 9B). Rikta sen in den bakre införaren, med remmen fastsatt, i den redan formade kanalen (se figur 9C), mod nålförarens handtag i upprätt position. För sedan in hela remmens längd i kanalen så att remmens bas när den från sida dissektionens övre avgränsning. **ANM: För in den första remmen helt. Om införaren dras ut innan remmen har nått sitt mål, måste remmen avlägsnas och föras in igen. ANM: Var försiktig så att remmen inte förs in för långt och orsakar skada på viktiga vävnadsstrukturer. ANM: Om du känner motstånd vid införing av remmarna, fastställ orsaken innan du fortsätter. Om du fortsätter att föra in införaren trots att du känner motstånd kan det leda till att nätimplantatet skadas eller att införaren förs in för långt och skadar viktiga vävnadsstrukturer.** Dra tillbaka den bakre införarens längs ivårningsvägen och när remmen är kvar i kanalen. Remmarna fäster vid, men tränger inte igenom, de sakrospinala ligamenten. Placera inte suturer genom de sakrospinala ligamenten. Upprepa proceduren på patientens vänstra sida med dens andra remmen. Figur 9D visar nät bakre införarens längs införmagsvägen och tillmargning och orienterats från placerats. **ANM: Vid placeringen av den andra remmen, var försiktig så att inte nätimplantatet rör sig och bekräfta att nätimplantatet INTE har vridit sig.**

Positionera nätimplantatets huvuddel löst över den underliggande vaginalfascian. Undvik att vika eller vrida nätimplantatets huvuddel och remmar. Nätimplantatets huvuddel kan behöva klippas till beroende på vaginas dimensioner och mängden lateral dissektion. Bakre vaginalepitelet kan trimmas, men avlägsnande av för mycket vaginalepitel bör undvikas. Stäng det bakre vaginalepitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan). Nätimplantatets slutliga placering i bakre rummet visas i figur 9E.

**ANM: Se till att hemostas uppnås före och under slutning av vaginalincisionerna.**

Stäng vaginalincisionerna utan att använda interlocksutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisionen och för att minska implantatutstötning. Stäng företrädesvis epitelet i 2 lager för att få en relativt tjock suturlinje på platsen för vaginalincisionen. Stäng det djupa lagret med ett kontinuerligt subeptitel icke-interlocking stygn med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL™ Plus antibakteriell sutur. Stäng sen epitelet med ett icke-interlock kontinuerligt vrängt madraststygn, med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus. **ANM: Passera nätimplantatet i den övre 2/3 av vagina och se till att klippa till nätimplantatet om det sträcker sig utanför övre 2/3.** Efter avslutad operation krävs en digital rektalundersökning för att utesluta rektal skada.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vrängt icke-interlock madraststygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus kan användas.

**Kombinerad bakre och främre vaginalreparation**

När både främre och bakre vaginalväggen behöver förstärkas används GYNECARE PROSIMA-systemet för kombinerad reparation av bäckenbotten. Detta innehåller 2 identiska nätimplantat, ett för främre vaginalreparation och ett andra för bakre vaginalreparation. Använd endast den böjda främre införaren för främre reparation och den röda bakre införaren för bakre reparation. Utför den främre vaginalreparation på det sätt som beskriv ovan. Det rekommenderas att den främre vaginalreparationen utförs först. Nätimplantatens slutliga placering i främre och bakre rummen visas i figur 9F. Efter operationen rekommenderas att en cytoskopi utförs för att utesluta skada på urinvägarna. En digital rektalundersökning krävs för att utesluta rektal skada.

**Användning av GYNECARE PROSIMA-systemet med bibehållande av livmodern (hysteropexi)**

Om den framfallna livmodern bibehålls, ska nätimplantatets apikala fåk fixeras vid cervix. Remmarna i nätimplantatet till cervix ska ske i nivå med den pubocervikala ringen när det placeras som främre eller bakre vaginalreparation.

ETH.MESH.02341444

När livmodern bibehålls under främre vaginalreparation exponeras pubo-cervikalringen under främre vaginaldissektion. Placera en 2-0 PROLENE-sutur stadigt i pubo-cervikalringens främre kant. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen i fliken knyts efter att nätimplantatets remmar är på plats. Detta säkrar nätimplantatet till cervix främre yta i nivå med den pubo-cervikala ringen och ser till att nätimplantatet sträcks med vagina när VSD placeras korrekt.

Vid bakre reparation, fäst nätimplantatet i bakre cervix i nivå med den pubo-cervikala ringen eller ovanför. Cul-de-sac kan öppnas när nätimplantatet fästs vid cervix. Stäng cul-de-sacens peritoneum ovanför denna sutur för att förhindra att tarmen faster vid nätimplantatet. Om kirurgen väljer att inte öppna cul-de-sac, exponeras den pubo-cervikala ringen under bakre vaginaldissektion. En 2-0 PROLENE-sutur placeras stadigt i pubo-cervikalringens bakre yta. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen knyts efter att nätimplantatets remmar är på plats. Detta säkrar nätimplantatet till den bakre ytan av cervix i nivå med den pubo-cervikala ringen.

När nätimplantatet används till både främre och bakre vaginalreparation ska de fixeras till främre och bakre ytorna av cervix som beskrivs ovan (se figur 11).

## Placering av VSD och ballong

Efter att operationen har slutförts, placera en VSD med fastsatt ballong av lämplig storlek i vagna och fäst dess med sutur på plats för att förhindra förflyttning. VSD:n har tre möjliga storlekar (liten, mellan och stor) och kan anpassas av kirurgen för att passa patientens vaginalängd enligt följande.

### VSD passning och tillkäppning

VSD levereras i dess största storlek. Fastställ vilken VSD-storlek som är lämplig för patienten genom att använda VSD för att bedöma dess passning till patienten. Detta görs genom att placera VSD:s i största storleken mot den sträckta apex och hymenringen. För att föra in VSD i vagina, ta tag i den breda punkten på VSD och vik längs längdaxeln med bakiogen vänd uppåt (se figur 12). Den breda punkten på VSD förs in först så att suturfälen placeras precis ovanför hymenringen. **ANM: Lossa eller skada inte ballongen under VSD-anpassning.** Korrekt storlek uppnås när VSD passar tight i den övre 2/3 av den sträckta vaginan med den distala änden och suturögonna 1 cm ovanför hymenringen (se figur 13).

Om den stora storleken passar modifieras inte VSD. Om mellanstorleken behövs, avlägsnas det översta avsnittet genom att fönsklippt, endast med septsarna på en böjd Mayo-sax, klippa av små bitar och se till att en jämnt klippt kant. Isktta försiktighet för att minska mängden material som förs kvar i det släppta området. **ANM: Det är viktigt att passa in VSD noggrant. När en VSD har klippts till kan den inte göras större och då tillgängliga avsnitten kan inte fästas tillbaka.** Flytta undan ballongen under tillkäppning (se figur 14). **Iaktta försiktighet för att undvika att skada ballongen under tillkäppning av VSD.**

Om medium storleken passar behövs ingen vidare tillköppning. Om den minsta storleken krävs avlägsnas det kvarvarande avsnittet enligt beskrivningen ovan. Flytta undan ballongen under tillköppning så att den inte skadas.

När VSD-storleken har anpassats och ballongen sätts på plats igen, kan enheten föras in i patientens vagina. **ANM: Får att minska risken för performing av ballongen, använd inga instrument för att hjälpa till vid införningen av VSD och ballongen.** Om ballongen skadas, avlägsna den från VSD och använd gasvävsförband för att fylla vaginalhålan.

Efter att enheten positionerats ordentligt i den övre 2/3 av patientens sträckta vagina, säkra VSD på plats genom att placera en enkel suturligula genom varje suturhål på VSD och i den bakre vaginalväggens epitel, lateralt och ovanför hymen på varje sida, som visas i figur 15, placerade klockan fyra och åtta. Höger och vänster suturer knyts sen i tur och ordning och håller VSD på plats inuti vagina. **ANM: Iaktta försiktighet så att inte ballongen punkteras när VSD sys på plats.** Sutur som 2-0 Coated VICRYL eller liknande resorberbar sutur rekommenderas för denna användning.

### Ballongfyllnad

Efter att VSD har fästs på plats med sutur, koppla fast den medföljande 50 ml-sprutan genom att vrida den för att låsa fast den på ballongens ventil. **ANM: Efter att VSD har placerats krävs en kateter för att undvika urinretention.** Efter fyllnad med en liten volym luft (se figur 16), palpera hela ballonglängden med ett finger för att se till att ballongen har veckalt ut sig och sitter längs hela vagina. När utvecklingen har bekräftats, avlägsna fingret och fortsätt att fylla ballongen helt tills endast en fingersperrs passar tight i inglängen mellan ballongen och vaginalväggen. Stabilisering av VSD rekommenderas under fyllnad. Den fyllda ballongen används för att pressa nätimplantatet mot vaginalväggen. Luftvolymen som krävs för att fylla ballongen varierar från patient till patient. **ANM: Maximal ballongfyllnad får inte överstiga 90 ml.** Nät ballongen fyllts tillräckligt, koppla loss sprutan från ventilen genom att vrida den. Ballongens fyllnadsslang måste sträcka sig ut från vagina och fästas till patienten för att säkerställa att det inte böjs eller veckas. **ANM: Dra inte åt locket för hårt.** Vid behov kan ballongen justeras senare, med en standardspruta för att öka eller minska luftvolymen i ballongen. Ballongen kan palperas när som helst eller inspekteras visuellt för att se till att den behåller tillräcklig fyllnad. **ANM: Når patienten rör sig, lägger sig ballongen till rätta i vaginalhålan och kan verka öka eller minska i tryck. Detta är normalt.**

**ANM: Koppla inte loss ballongen från VSD före användning.**

**ANM: Fyll inte ballongen innan den förs in i vagina.**

**ANM: Om VSD:s suturhål har förflyttat sig mer än 1 cm ovanför hymenaniringen eller om det är för hög spänning på suturerna efter ballongfyllnad, minska trycket i ballongen och omplacera eller exponera storleken på VSD.**

**ANM: Om hål eller läckor upptäcks i ballongen eller om ballongen inte håller sin fyllnad, ANVÄND INTE ballongen. Den ska avlägsnas från VSD:n och kasseras på lämpligt sätt. Använd gasvävsförband istället för ballongen.**

**ANM: Om ballongens kopplingskan lossnar från VSD, ska den tryckas tillbaka på plats.**

**ANM: Säkra inte ballongens fyllnadsslang i vagina.**

**ANM: Får att förhindra skada, utsätt inte fyllnadsslangen för extrem böjning, sträckning eller vridning.**

**ANM: Använd inte gasvävsförband samtidigt som ballong.**

### Avlägsnande av ballongen från VSD

Töm ballongen helt med en standardspruta och ta bort den en dag efter operationen, men lämna kvar VSD. **ANM: Lämna inte ballongen i vagina mer än en dag.**

1) Ta bort locket från ballongens ventil.

2) Koppla en 50 ml (eller större) spruta till ballongens ventil och töm ballongen helt (se figur 17). Det är viktigt att tömma ballongen helt innan den avlägsnas från VSD. **ANM: En helt tömd ballong får sprutans kolv att dra sig tillbaka efter att ha tömt ut allt luft.**

3) Ta bort sprutan.

4) Ballongen kan avskiljas från VSD och avlägsnas från patienten genom ett försiktigt ryck i kaudal riktning på fyllnadsslangen nära ballongens kopplingsdon, medan försiktigt mottryck ges på VSD:s distala ände med ett finger. Se figur 18.

**ANM: Dra inte tillbaka ballongen förrän den är helt tömd och inget motstånd känns. Om du känner motstånd, fastställ orsaken innan du fortsätter. Om du fortsätter att föra inte efter dra tillbaka ballongen när du känner motstånd, kan det leda till att VSD förflyttar sig och/eller att vävnaden i vaginalhålan skadas. Se till att ballongen har tömts helt genom att inspektera sprutan innan du fortsätter att ta bort ballongen.**

### Avlägsnande av VSD från patienten

Avlägsna VSD från patienten ungefär 3 till 4 veckor efter operationen efter att tillräcklig läkning har uppstått. Vid detta laget kan de resorberbara suturerna ha lösts upp eller försvunnit eller lätt klippas av och draghållfastheten för att släta att VSD:s avlägsnas utan suturemotstånd. **ANM: Båda suturerna kan behöva klippas för avlägsnande. ANM: Lämna inte kvar VSD i patienten mer än 4 veckor.** Ta bort kvarvarande VSD-suturer. Avlägsna VSD manuellt från vaginalkanalen, som visas i figur 19.

### Postoperativ vård

Patienter kan få profylaktisk antibiotika doserad enligt kirurgens vanliga rutiner. Antibiotikabehandling kan fortsättas postoperativt beroende på kirurgens preferenser. Tromboembolisk profylax kan användas.

Kirurgen ska förklara att syftet med VSD, som förblir i vagina i upp till fyra veckor efter operationen, är att stödja nätimplantatet mot vaginalväggen under läkningsperioden. Patienten ska informeras om att VSD kommer att avlägsnas vid en kontroll efter operationen – ungefär 4 veckor efter. Patienten ska informeras om att vaginalflytning kan förekomma efter operationen och att VSD kan förflyttas lite nedåt. Om patienten känner att VSD har förflyttats nedåt, kan hon fördelsvis skjuta den upp till ett mer bekvämt läge. Om VSD oroar signifikanta besvär ska patienten kontakta sin läkare.

Efter utskrivning från sjukhuset, ska patienten instrueras att undvika ansträngande aktivitet under 3 till 4 veckor. Vid det laget har bäckenvävnad väst in i nätimplantatet och patienten kan återuppta aktiviteter i det normala dagliga livet. Patienten ska avrådas från att ha samlag i 6 veckor efter operationen. Bäckenbottenträning kan rekommenderas när som helst efter operation.

### PRESTANDA

Djurstudier visat att implantation av GYNECARE GYNEMESH PS framkallar en minimal till lindrig inflammatorisk reaktion, vilken är övergående och efterföljs av deponering av ett tunt bindvävslager som kan växa igenom nätmaskorna så att nätet införlivas med intilliggande vävnad. Nätet förblir mjukt och formbart och den normala vävnadsytan påverkas inte märkbart. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

### KONTRAINDIKATIONER

• Vid användning av GYNECARE GYNEMESH PS på spädbarn, barn, gravida eller kvinnor som planerar framtida graviditet skall kirurgen vara medveten om att denna produkt inte kan sträckas i någon signifikant omfattning efterhand som patienten växer.

• GYNECARE PROSIMA-systemet ska inte användas vid graviditet eller vagna infektioner eller cancer i vagna, cervix eller uterus.

### VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER

• Användare ska ha erfarenhet av operationsteknik som används vid reparation av bäckenbotten samt icke resorberbara nät innan de brijar använda GYNECARE PROSIMA-systemen.

• Användning av GYNECARE PROSIMA-systemet kan inte utvärderats hos patienter med prolaps av bäckenorgan i stadium IV. Användning hos den här typen av patienter rekommenderas inte.

• Korrekta kirurgiska rutiner skall följas under ingreppet med GYNECARE PROSIMA liksom för hanteringen av kontaminerade eller infekterade sår.

• Om misstänkta föreliggande om att operationsområdet är infekterat eller kontaminerat får GYNECARE PROSIMA-systemet inte användas. Om nätimplantatet eller VSD-ballong-enheten används i kontaminerande områden, måste detta ske med insikten om att efterföljande infektioner kan nödvändiggöra att de avlägsnas.

• Efter operationen bör patienten rådas att avstå från tunga lyft och/eller motion (t.ex. cykling, joggning) i tre till fyra veckor och att avstå från samlag i sex veckor tills läkaren meddelat att det är lämpligt för patienten att återgå till sina normala aktiviteter.

• Lämna inte VSD i vagina i mer än fyra veckor.

• Lämna inte ballongen i vagina mer än 1 dag.

• Komponenterna till GYNECARE PROSIMA-systemet är inte avsedda att användas med någon annan enhet är de som anges i denna förpackningsinlaga.

• Undvik att belasta nätimplantatet kraftigt vid behandlingen.

• Använd GYNECARE PROSIMA-systemen med försiktighet och var uppmärksam på patientens anatomi för att undvika skada på kärl, nerver, blåsa, tarmar och perforering av vaginalväggen. Om komponenterna till GYNECARE PROSIMA-systemet används korrekt minimeras riskerna.

• Fyll endast ballongen med omgivningsluft.

• Palpation bekräftar att ballongen inte innehåller luftläckor efter fyllnad. Total förlust av fylland kan begränsa ballongens effektivitet.

• Ballongens vägägar är tunna för att kunna uppnå önskade egenskaper. Punktering, snitt, hack eller överansträngning kan leda till fyllnadsförlust. Ballongen kan lätt penetreras av en nål eller skalpell eller gå sönder om det hanteras med ett trubbig föremål. Försiktighet måste iakttas under hantering för att undvika sådana händelser. En skadad ballong får inte användas. Avlägsna och packa med gasvävsförband.

• Ballongen får fyllas med maximalt 90 ml. Överfyll inte ballongen. Vid för hög fyllnad kan patienten känna obehag. Det kan också orsaka vävnadsnekros, skada på vaginalnätet, skada på operation och vilormåga till tömning.

• Utför inte ingrepp med GYNECARE PROSIMA-systemen på patienter som behandlas med antikoagulantia.

• Postoperativ blödning kan förekomma. Undervisk om symptom eller tecken på blödning föreligger innan patienten skrivs ut från sjukhuset.

• Patienten ska instrueras att omgående kontakta läkaren om ovanlig smärta, blödning eller andra problem uppstår.

• Trots att skada på blåsa troligtvis inte uppstår med denna teknik, rekommenderas att en cytoskopi utförs.

• Trots att skada på rektum troligtvis inte uppstår med denna teknik, krävs att en digital undersökning utförs.

• GYNECARE GYNEMESH PS-nätet får inte komma i kontakt med suturklammrar, clips eller klämmare, eftersom mekaniska skador på nätet kan uppstå.

ETH.MESH.02341445

- Nätimplantatet ska inte täcka någon del av den nedre tredjedelen av vagina. Klipp till nätimplantatet vid behov så att det passar övergången mellan nedre och mittersta tredjedelen av vaginalväggen.
- Profylaktisk antibiotikabehandling kan tillämpas enligt kirurgens sedvanliga praxis.

**BIVERKNINGAR**
- Möjliga biverkningar är sådana som vanligen kan sättas i samband med kirurgiska implantat, däribland infektion, inflammation, adherensbildning, fistelbildning, erosion, avstötning och ärrbildning som kan leda till kontraktion av implantatet.
- Möjliga biverkningar är sådana som vanligen kan sättas i samband med ingrepp för reparation av prolaps av bäckenorgan, däribland smärta vid samlag och bäckensmärta. Dessa kan lösa sig själva med tiden.
- Punktion eller laceration eller skada på blodkärl, nerver, urinblåsa, uretra eller tarm kan förekomma i samband med dissektion eller nätplacering och kan kräva kirurgisk reparation.
- Dissektion vid reparation av bäckenbotten kan möjligtvis påverka normal tänning för en okäd lång tid.

**STERILITET**
GYNECARE PROSIMA-systemen är steriliserade med etylenoxid. STERILISERA INTE OM någon del av GYNECARE PROSIMA-systemet. ÅTERANVÄND INTE någon del av GYNECARE PROSIMA-systemet. Återanvändning av anordningen (eller delar av den) kan orsaka en degradering av produkten och kontamination vilket kan leda till infektioner eller överföring av blodburna patogener till patienter och användare. Produkterna får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända komponenter till GYNECARE PROSIMA-systemet van förpackningars har öppnats.

**KASSERING**
Kassera komponenter till GYNECARE PROSIMA-systemet enligt de regler och rutiner som gäller på din arbetsplats för hantering av biologiskt riskavfall.

**FÖRVARING**
Rekommenderade förvaringsförhållanden: kontrollerad rumstemperatur och relativ luftfuktighet (cirka 25 °C, 60 % relativ luftfuktighet). Skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.

**Symboler på etiketterna**



49



## Gynecare
# PROSIMA™

Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους
Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους

**Διαβάστε προσεκτικά όλες τις πληροφορίες.**
Εάν δεν ακολουθήσετε σωστά τις οδηγίες, οι συνέπειες ενδέχεται να μη λειτουργήσουν σωστά και να προκληθεί τραυματισμός.

**ΠΡΟΣΟΧΗ:** Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής σε ιατρούς ή κατόπιν εντολής ιατρού.

Συνιστάται, και είναι διαθέσιμη, εκπαίδευση στη χρήση των συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA™. Επικοινωνήστε με τον αντιπρόσωπο πωλήσεων της εταιρείας για να προγραμματίσετε την εκπαίδευσή σας.

## ΕΝΔΕΙΞΕΙΣ
Τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, μέσω της τοποθέτησης μη απορροφήσιμου αρμογέναγματος, GYNECARE GYNEMESH™ PS, ενδείκνυνται για αποκατάσταση πρόπτωσης πυελικού εδάφους και για αποκατάσταση ανεπάρκειας, καθώς και για ενίσχυση και μακροχρόνια σταθεροποίηση των κρεμαστικών δομών του πυελικού εδάφους, είτε ως ιστρικικό υποστήριγμα είτε ως υλικό γεφύρωσης του ελλείμματος της περιτονίας. Τα συστήματα εφαρμόζουν διαστήματα τον κολπικό σωλήνα κατά τη διάρκεια της περιόδου επούλωσης, έπειτα από χειρουργική αποκατάσταση της πρόπτωσης του πυελικού τοιχώματος, υπό σταθηρώσει αποστήριξης των τοποθέτησης των αρμογεναγμάτων πλέγματος.

## ΠΕΡΙΓΡΑΦΗ
Τα συστήματα αποκατάστασης πρόσθιου και οπίσθιου πυελικού εδάφους, καθώς και το συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, αποτελούνται από ένα νομίμω αρμογέναγμα πλέγματος GYNECARE GYNEMESH PS και από ερμαλεία για τη διευκόλυνση της τοποθέτησης και της μεταγενέστερης στήριξης των αρμογεναγμάτων πλέγματος (βλ. εικόνα 1). Ο παρακάτω πίνακας περιγράφει συνοπτικά τα εξαρτήματα που περιλαμβάνονται σε κάθε σύστημα.

| ΣΥΣΤΗΜΑ ΑΠΟΚΑΤΑΣΤΑΣΗΣ ΠΥΕΛΙΚΟΥ ΕΔΑΦΟΥΣ | ΕΞΑΡΤΗΜΑΤΑ (βλ. εικόνα 1) | | | | |
|---|---|---|---|---|---|
| | Ερμαλείτμα πλέγματος σε φορία (Α) | Διάταξη κολπικής υποστήριξης – διάταξη μπαλονιού (Β και C) | Πρόσθιας εισαγωγέας (D) | Οπίσθιας εισαγωγέας (Ε) | Σύρω (F) |
| Πρόσθιο | 1 | 1 | 1 | | |
| Οπίσθιο | 1 | 1 | | 1 | 1 |
| Συνδυασμένο | 2 | 1 | 1 | 1 | 1 |

Πίνακας 1 – Εξαρτήματα συστήματος αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA

### GYNECARE GYNEMESH PS
Το πλέγμα GYNECARE GYNEMESH PS κατασκευάζεται από πλεκτά νήματα εξωθημένου πολυπροπυλενίου, πανομοιότυπα σε σύνθεση με το υλικό πολυπροπυλενίου από PROLENE™ (ETHICON, INC.). Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει αποδειχθεί ότι είναι μη δραστικό και ότι διατηρεί την αντοχή του εν' αορίστω κατά τον κλινικό χρόνο. Το πλέγμα χρησιμοποιείται όπου εδαφικετή ενισχύ, διάρκεια δράση και δυνατότητα προσαρμογής, ως διάφορμος χειρουργικής τεχνικής, καθώς ενδείξεις επαρκές στρίδης δομή στο ιστ χρόνο την εμφανιστή διαπλόνμε οστών. Για τη δημιουργία λωρίδων ανάλειψης στο πλέγμα, άχουν ενσωματωθεί μικρινόμα μέχα μήματα PROLENE. Το πλέγμα κατασκευάζεται από μονοκλώνες (πεξιώμψες διακτήσος, πληρηνή σύμφωνα με ένα μονοδικλ σχέλια που σχηματίζει πλέγμα, το οποίο είναι περίπου 50 τοις εκατό πιο ελεύφερο από τα τυπικά πλέγμα πολυπροπυλενίου PROLENE™. Το πλέγμα ιδανία μεγα τας διαδικατα του σκελίδι μετρίζει τους τις περιστές των πλων, ολεβραβίζονται έτσι πλακεσθέτονται και προς τις δύο κατευθύνσεις. Η εναίσχυσ των πλων διαθέτει ένα σύστημα μεγαλύτερο πλέγμα, χωρίς να ξετιλίγεται. Η πλακαστάτησι προς όλα κατευθύνσεις επιτρέπει την προσαρμογή του σε σχεδιασμός τάσεις που αναπτίσσονται στο σώμα.

### Εφμάτενμα πλέγματος
Το εφμάτενμα πλέγματος κατασκευάζεται από GYNECARE GYNEMESH PS. Το εφμλειώντα πλέγματος είναι ήδη κομμένα σε σχήμα Υ για την αποκατάσταση πρόσθιου, οπίσθιου ή/και συνδυαστικού κολπικού ελλείμματος. Βλ. εικόνα 2. Το εφμάτενμα πλέγματος διαθέτει 2 χάνσες και ένα κεντρικό σώμα. Στο περιφερικό άκρο μπορε μια χειρουργική πλατίδα, για τη στερεωμή αε ράμμα, με διαθέσι ισεπόρ δε ύφμεφ πλέγα αντικές για τη μετασφορά του εφμωταλικος πλέγματος χυτή τη διάρκεια της τοποθέτησής του με έναν συγκεκριμένο διάλικα, σε σειρά εντρέπων που οπιτρόπουν την τοποθέτηση του με παρόμωστ Τχεκέ** και από μια κολπική πλαστική μεμβράνη, σχεδιασμένη να την εύκολη αφαίρεση του εφμωτελιατος πλέγματος.

### Πρόσθιος εισαγωγέας
Ο πρόσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή πανω μέσα του εφματελιατος πλέγματος μέσα στους πρόσθιος θύλακες τον ανεγχωματικσετ, το οπρία περιγράφεται για χρήστι σε μία μόνον ασθενή. **ΣΗΜΕΙΩΣΗ: Ο πρόσθιος εισαγωγέας δεν προορίζεται για τη διατερημασή φτσά με** σχεδιασμένος ώστε να είναι κομφότερα για το θύλακα του εφωτπηλίατος πλέγματος, ενώ να επιτρέπει την τοποθέτηση των πρίνιιο νια στις δύο πλευρές της ασθενούς, στο πρόσθιο διαμέρισμα. Βλ. εικόνες 3 και 4.

### Οπίσθιος εισαγωγέας
Ο οπίσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή των χάνσων του εφωτπηλίατος πλέγματος μέσα στους οπίσθιους θύλακες του ανεγχωματικσετ, το οποίο προορίζεται για χρήση σε μία μόνον ασθενή. **ΣΗΜΕΙΩΣΗ: Ο οπίσθιος εισαγωγέας δεν προορίζεται για τη διατερημασή φτσά.** Είναι σχεδιασμένος ώστε οπίσθιο εισαγωγέα να έθελάς αντιστροφά, για ελεγχομεν εισαγωγή. Ο οπίσθιος εισαγωγέας είναι σχεδιασμένος ώστε να είναι κομφότερα με το θύλακα του εφωτπηλίατος πλέγματος, ενώ να επιτρέπει την τοποθέτηση των χάνσων και στις δύο πλευρές της ασθενούς, στο οπίσθιο διαμέρισμα. Βλ. εικόνες 5.

### Διάταξη Κολπικής Υποστήριξης (ΔΚΥ)
Η ΔΚΥ είναι μια συσκευή για χρήση σε μία μόνον ασθενή, σχεδιασμένη να παρέχει μεταγενεστική υποστήριξη στους κολπικούς ιστούς μετά την τοποθέτηση του πλέγματος και τη σύνδεση της κολπικής τομής ή τομών. Τα κορυφαία άκρο είναι το πλαστικρο άκρο της ΔΚΥ και περιβάλλεται απ σιλικοντε ζενγρια τμήματα. Μετά την χρήση μπλαστ του μεμβράνεια απτα το σώμα της ασθενούς, το μέγεθος της ΔΚΥ μπορεί να ρυθμιστεί, ώστε να προσαρμόζεται στην ανατομία της ασθενούς, με την αποκοπή των καθορισμένων κορυφαίων τμημάτων. Η ΔΚΥ παραμένει στα άνω 2/3 του κόλπου επί 3 έως 4 εβδομάδες, ώστε στη συνέχεια αφαιρείται από την ασθενή. Βλ. εικόνα 6.

### Μπαλόνι
Το μπαλόνι είναι μια συσκευή σχεδιασμένο να σταθεροποιεί τη μεταγενεστική τοποθέτηση γαζών στον κόλπο, η οποία προσφέρει για χρήση σε μία μόνο ασθενή. Ο όγκος του μπαλονιού μπορεί να ρυθμιστεί, έτσι ώστε να γεμίζει τον κολπικό σωλήνα και να αφήνει κατά το αφαίρεση κλήχαστα στα κολπικά τοίχωμα. Το μπαλόνι διατίθεται ήδη προσαρτημένο στη ΔΚΥ. Η εικόνα 7 απεικονίζει το αποδιαρκρωτέ μπαλόνι χωρίς τη ΔΚΥ προσαρτημένη σε αυτό. Το μπαλόνι παραμένει στην ασθενή επί έως και 1 ημέρα.

### Σύρινγα
Διατίθεται μια σύρινγα των 50 ml για τη διόγκωση του μπαλονιού.

## ΕΝΟΤΗΤΑ 1: ΑΡΧΕΣ ΤΗΣ ΔΙΑΔΙΚΑΣΙΑΣ ΜΕ ΧΡΗΣΗ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA
Η διαδικασία αποκατάστασης πυελικού εδάφους με χρήση του συστήματος GYNECARE PROSIMA στοχεύει στην ανατομική, ανθεκτική και τεταξιαβρική αποκατάσταση της πρόπτωσης του οργάνου της πυέλου. Ανάλογα με το σημείο της πρόπτωσης και την προτίμηση του χειρουργού, η αποκατάσταση μπορεί να είναι πρόσθια, ελαφρά οπίσθια. Η σντεχτενητή η διατήρηση μέτρας μπορούσε να αποδειχτεί για τη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA. Εάν ενδείκνυται, μπορούν να εκτελεστούν τα πέτρικα κεγινακή αποκατάσταση ή επίμβαση τοιχ όθηρηνα απο-σκεφάρωξης σφρρεκτας και τη δερμτ/α της ακρόλα κόλπου από λαμπέσα, στην χρησιαυαστ/ο το σύστημα GYNECARE PROSIMA. Μπορεί να χρησιμοποιηθεί για τ/ι αποθεκιξική ή μια διαθερικλικ/ υπο-σχρρτψατή σφράδσκ.

Η αποκατάσταση της πρόπτωσης επιτυγχάνεται με την τοποθέτηση 1 ή 2 εφμηινολοτων πλέγματος μέσω κολπικής προσπέλασης. Μετά την ολοκλήρωση της χειρουργικής επέμβασης, τοποθετείται στον κόλπο μια ΔΚΥ με διατσετλλιώηου μπαλόνι, αφοιτεμένωα να συβεροίαι το μετσολκα, στη σενέρχα, η ΔΚΥ συμφράτα με στε θέση της, παρέχοντας έτσι υποστήριξη στον κόλπο και στο αφμωτενε/ό (στα αφμωτενικ/ά) πλέγματος, κατά τη διάρκεια της δεκτήσικης κα'πον. Αφού δπαστελύ, το μπαλόνι αντισεδεναι τα αννεές τοποθέτησα γαζών στον κόλπο, υμιβ/ωντις την κολπική κοιλότητα και αφπείζοντας το εμφρύτευμα τα εφμτεναμοτα πλέγματος στον κόλπο. Την επόμενη ημέρα από τη χειρουργική επέμβαση, το μπαλόνι αποδιεγκώνεται και σφωρείται από τον κόλπο χωρίς να σπακαλείδει η ΔΚΥ. Η ΔΚΥ παραμένει στη θέση της επί έως και 4 εβδομάδες, μετά τη χειρουργική επέμβαση, κατά τη διάρκεια της διαδίκασης, ώστε να υποστηρίζει έντα εφμωτεναμε πλέγματος.

## ΕΝΟΤΗΤΑ 2: ΣΧΕΤΙΚΟ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA
Επειτε από μια σωβλχωστ χειρουργική επέμβαση δλγω πρόπτωσης πυελικού οργάνου, οι αποκατασταμένοι ιστοί εκτίθενται σε ανήσυχες της εσωκεληκής πίεσης, καθώς η ασθενής κινητοποιείται, βήχει, σίσφλε και κατασιτιλεται κατά την εκκένωση των εντέρων. Αυτές οι ανήσυχες αυτοι εδφκκολεκ/ η περιοχή της εκπλρξω της εμφνξ/ του εκπληκσης της κολπικής αποκατάστασης και οι αδηέσεραι οι στίρματρα της επλμβασης με τα αερστπαδ/ομα πρόπτωσπ. Εκσώμενος ταν κολπική αποκατάσταση μς το εμφρύτευμα πλέγματος και σταευτρ/όεσαι του κόλπου ρμ η ΔΚΥ επί 3 έως 4 εβδομάδες, μετά τη χειρουργική επέμβαση, το σύστημα GYNECARE PROSIMA είναι σχεδιασμένο έτσι ώστε να μετώνει τον κίνδυνο απόπτηστς της επλμβασης και απσλειξής της πρόπτωσης.

Κατά την πρόσθια κολπική αποκατάσταση, το σώμα του εφμωτελιατος πλέγματος προσφέρεται να τοποθετηθεί χωρίς τάση ανάμεσα στον περφιόχεο κυστεε και στο άνω 2/3 του κόλπου, το σντψετμε πλώμιτός στο επίδω του τσπτσλδεσ τάξεε τις πυελικής περιτονίας (ΠΕΠ). Κατά την απόσει η κολπικό αποκατάσταση, το σώμα του εφματελιατος πλέγματος προσφέρεται να τοποθετηθεί χωρίς τάση ανάμεσα στο ορθό και στα άνω 2/3 του κόλπου, εφαρμόζοντας πλευρικά επέσω από στα ανελκτήρα μυ του ορακνού. Το κορυφαίο τμήμα και ο αντίστος του εφρωνάεατε πλέγματος προσφέρεται να φδίσει έχει του κεντρικ τατ κόλπου. Πρόσθια, το εφρσνεμα πλέγματος μπορεί να σχραρμές στον πουκικισκό κατ ή στην τράχηλο, Οπίσθια, το εφρσνεμα πλέγματος μπορεί να σχραρμος-αιδέ και ετή σταν τράχλο.

Η ΔΚΥ υποστηρίζει τους κολκτκούς ιστους μετά τη χειρουργική επέμβαση και διατσκλόλνει την εφαρμσγή των κολπικών απώ στα εμφτελαστα πλέγματος, έως στου προγραμματιστεί η δεκτήκεση υγεέ. Η διαλάστειι λεΐτζε διαερήσει του εφρωξελιατο στις αρέσεις προχωρεμστενα η διιλ/κως σεαγ. Η διαχρηπ, τροφ/μεστ/σετλ κατά τη διάρκεια των 3 έως 4 εβδομάδων μετά την επέμβαση. Με χρήση του συστήματος GYNECARE PROSIMA, αποφεύγεται η ανάγκη δισμωρφλαλ/ αλλ/ς εκτός της πυελικής κοιλότητας, καθώς αίσσης και η διέλευση ραμμάτων και εφικτλ/ε/ δ/σελσδ του διαριονεα/στς θαρσιαίσες τμήμασι και των εφμτσινελ/ωκι σνσδύοσμς, εδεσσετ/κοντα/ έει την εκτλτλι τις χειρουργική επέμβαση.

### Χυτριμεστ/
Η περιτ/μτι/σα χειρουργικε/ και σε σχέστις της σσθεκάς καθαρά/στι νθε σπεστ/σα σσκακτ/α στ χειρουρική. Στον προγραμματιασιιστ σντορεστσσ/, σνσσταταν σύνκσιε/ της πυελής κολυτπτε/ ταυ εεσνλόνσσε, ωστε να ασοχσατε τυχόν ελασφ/ της εφσσεστσσε/ πλήγμάτε, με το άνρσσ. Θα πρύπει να σσσχσαφθεί σεεφως σχ/σσ/τσ «Σ», κσθος αυτ σπλ/ωετε να σνρίτε νσν σσνμκεε εσσηρτε/. Όταν εκτελείτεμ κολπικι σντσρεστι/ρε/ τσα τσ/ε/σε οπίσθιο αννεχωνάτια/σ μ.ε απάνε/ωσε και τσ τσε ήτιε/ωστ ετε στη χειρζωχσε/σι σλκσα έτσε μ σπε/σελ/ συ εστσσ/ιε κσι σχ/ν προτιμεισ/σε σσ.ακεσ/μ/ε/. Λα/χρίσε/σ σε κολπικι δισκλσ/κα τσε οτσσδ πρσωφμ/κταε η εσλανλιε. Αυτι ν/αατε νμ να αττε/ασι/ η δομσε/σσε/ τις χσεμτ σηεστε/α/ έτι.

### Δισσ/ρ/πτ μετρ/σε/
Το σύστημα GYNECARE PROSIMA είναι κατάλληλο για πι εσσσ/ωσε/, ότσε ι χειρουργίε ή η ασθενής επιλέγουν τι διατήρηση της μητρας.

ETH.MESH.02341447

**Κολπικές τομές**

Οι κολπικές τομές στη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA είναι ίδιες με εκείνες που χρησιμοποιούνται επί το γενικευρό στις ανοίχτες, επιτοκικές κολπικές ανουλίστασης. Οι τομές θα πρέπει να γίνονται σε όλο το βάθος του κολπικού τοιχώματος, ώστε να μειωθεί η πιθανότητα έκθεσης του πλέγματος.

**Τοποθέτηση του εμφυτεύματος πλέγματος**

Τα εμφυτεύματα πλέγματος αγκυρώνονται στα ιλεοπ οσας από τη ΔΚΥ μέρος όσον προηγμένος στα τη ΔΚΥ μέρος ς όσον προηγούνται η διείσδυση ιστών. Επομένως, δεν είναι απαραίτητο να στερεώδεται ο φράκτας του εμφυτεύματος πλέγματος στη θέση τους. Το κυρτωστό τμήμα του εμφυτεύματος πλέγματος μπορεί να στηριχθεί στην περιτονία στη μέση γραμμή, στην κοιλιακή τοι κώδηκο, χρησιμοποιώντας ένα ράμμα όπως το MONOCRYL™ (πολυγλεκαπρόνη 25) 2-0 ή το απορόφημα ράμμα Coated VICRYL™ (πολυγλακτίνη 910) 2-0. Το κολλικό επίθεμα δεν πρέπει να αφαιρεθεί εάντα για εφαρτεύμα πλέγματος.

**Προφύλαξη του κόλπου**

Θα πρέπει να αποφεύγεται η υπερβολική αφαίρεση ή εκτομή κολπικού επιθηλίου. Μετά την στερέωση, εκδέχεται να παρουσιαστεί μερική διαστολή του ιστού, και η μπανώτη κολπική χωρητικότητα μπορεί να αποδεικνύει έναν έχει απαρ εθεί μερικώς ποσότητα κολπικού επιθηλίου.

**Τρία επίπεδα υποστήριξης του κόλπου**

Υπάρχουν 3 επίπεδα υποστήριξης του κόλπου, κοινώς γνωστά που κολπική απαιστατεταση. Η χρήση του συστήματος GYNECARE PROSIMA σε μία διαδικασία προοιμ ορ κτα τα παρέχει τα επίπεδα και τα εκστραψεις, ως εξής:

**Επίπεδο Ι - Ανάρτηση και υποστήριξη (άνω τριτημόριο του κόλπου)**

Το άνω τριτημόριο του κόλπου (κορπτορβοςδιαγμάτων του θόλου που δημ ιουργείται μετά από υστερεκτομή) και η μήτρα υποστηρίζονται από 2 μηχανισμούς. Κατά πρώτο λόγο, έχουν υποστηριξη στη μήτρα και στο άνω μέρος του κόλπου παρέχεται από τις ίνες του παραμ τρίου (κάρμος συνδέσμος της μήτρας και ιερομητρικοί σύνδεσμοι) και του απο διατικού ιστού γύρω από τον κόλπο. Οι ίνες αυτές δρουν ως αποδέσμ ους εκφύλισης από την περιτονία των ανασκοδιαε μελ ης, του κόλπου συμβάλλοντας άρθρωσης και του πλεγματικ ού απρό τού, ενώ υποσχεθούν τα πλευρικά στα τριτημόριο που κόλπου και στην απο διατικού έχει του τραχήλου. Κατά δεύτερο λόγο, έμενη υποστηρίξης μιή μήτρα και στο άνω μέρος του κόλπου αφαίρεισ από την πλ άκος που κείλατερ που φηξαπίδεται απο την εύκρι του δεξιού και του αριστερού συνδεσμ τμ αντι ρχκενκξ, σχ ημ α τα τα οργανα ενηθ ρεμικά ρη. Η πρό μικρή κοι διάρρη και τα κόλπου προκείεται ως απωτέ λεμμ τη αντ έδρομ αυτών των οργάνων και έμεσα μηχανικήρ κισοστήρτς. Αυτό εδείχνε να οφείλεται σε αδ ενα τ ία των μυών του οπισθιού εδάφους και των των ανάρτησης, που περ ιφράμ και του κολα του ισ τ ού από στην ανάρτηση περιοχ ής π ρίκ κρ απτ ε τα κόλπ ό. Σκ εδκ ής περιγ ραμ με άρ, συ βαλ όεξ αν σπκρτωσ τοδ, εί ναι να ανοδη μ ιουργηθεί το ύ, έμε αι ιως έμε ζ αιεκς μη χρμ ωρ υ κατάητραξη. Το σύστημα GYNECARE PROSIMA χρησιμοποιεί τους μήιτες του εμφυ τεύματος πλέγμ ατος για να εξ ασφ αλίζ ει έτω θεμή ρρκ ς ι στο απ ρ δκ στρα τ ηιο μη δ τακε, κνδ οι μήι τες που εμφ υ τ εύμ ατος πλέγματος υποστηρίζουν τους ιερ ο μη τρικ ούς συνδέσμ ους, κατα την εκτο μή κολπικ ού α ποτ α σ ττ ασης. Με τον τρόπ ο αυτό, παρ έχ εται άμ εσα α ποσ τήρξη μετ μ εις ανέσ τ ρ αξ ε ς κ ολ λ κομ λω ς στρ δκ σ μμμ μ κ μ μ μ μ.

**Επίπεδο ΙΙ - Πλευρική πρόσφυση (μέσο τριτημόριο του κόλπου)**

Το μέσο τμήμα του κόλπου προσφέται πλευρικά και άμεσο στους μήες του πλευρικού πυελικού τοιχώματος, μέσω του τενοντώδους τόξου της πευ ε λικής περ ιτονίας (ΤΤΡΠ). Σε αυτό το επίπεδο, το πρ ό σθ ιο και το οπίσθι ο τοίχωμα του κόλπου εκτείνονται μ ετα ξύ της δεξιάς και της αριστερής πλευρικής π ρο σφ υσ ης. Στο επίπεδο ΙΙ, η ρήξη βλ άξ κ αφ αίσεται ος α προβλ ε τα σ τα σ τ μα τ κα ς ν απο δ μ π τ τ μ ζ μ ξ ξ σ τ ζ μ. Η αποκ α τά σ ταση των ιστών σε αυτό την περιοχή γίνεται χωρ ς το εμφ ύτευ μ α πλέγμα τος, κ αθ ώς το εμφ ύ τευμα πλ έγμ ατ ος δεν προορίζεται για χρήση στ α κάτω τριτημόρια του κόλπ ου. Το σ ύστημα GYNECARE PROSIMA δεν αντι μετ ωπ ίζει ε λ λε ίμ μ ατ α του επ ιπ έδου ΙΙ, η μ ελ ον οπ ρ ακτα σ σ στρ σ σ στ στ αδ σ μ ξ ρ τα κ.

**Επίπεδο ΙΙΙ - Συγχώνευση (κάτω τριτημόριο του κόλπου)**

*ΣΗΜΕΙΩΣΗ: Κατά τη χρήση του συστήματος GYNECARE PROSIMA δεν απαιτείται διαχωρισμός των ιστών σε αυτήν την περιοχή.*

Στο επίπεδο ΙΙΙ, πρόσθια, το κάτω τριτημ όριο του κόλπου συγ χωνεύεται με την πε ριφραντή μ εμβ ράνη και την ουρήθρα. Οπίσθ α, το κάτω τριτημ όρ ιο του κόλ που συγχωνεύεται με το περ ιν αϊκ ό σώμα και σε πιο περιλ λήξεις μ ίας του περ ινέου. Η αποκα τάστα ση των ιστ ών σε αυτή την περ ιοχή γίν εται χωρίς το εμφ ύτευμα πλ έγμ ατος, κ αθώ ς το εμφ ύτευμα πλ έγμ ατος δεν προορ ίζεται για χρήση στ α κάτω τριτημ όρ ια του κόλπου. Το σύστημα GYNECARE PROSIMA δεν αντ ιμ ετ ωπ ίζει ελλ είμμ ατ α του επ ιπ έδου ΙΙΙ, μ ελον ο π ρ ακ ρ άκ τ α σ ξ τ μ ξ ρ κ ρ τ ξ σ ρ κ τ δι ίς κ ρ επ αναζωρίσ ει.

**ΕΝΟΤΗΤΑ 3: ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**

**Πρόσθια διάνοιξη διαόλων και τοποθέτηση του εμφυτεύματος πλέγματος**

Για τους σκοπούς αυτής της περιγραφής, εκτείνεται το διαχωρισμό για τη δημιουργία των διαόλων για τους μήιτες τους εμφυτέματος πλέγματος πρ οτού επι δεξιά στολ εκτ εί νε ται στη σ τα γ ν κα στ ς. Οι δίαολ οι ισ τς δημ ιουργ ούντα π ραγ ματ οποι ού ν ται τα τα ρ ράμ ιο α μ ιςς τ ται ων κ και μ ξ ρ τα τ τ τ ε μ δ κ. Καλός ε δαπ γ ραφ εί ο τ τ τ τ μ δ κ, ξ ξ ξ τα σ δκ μ ρ τ τ ξ ρ δ π ι μ δ κ μ ξ π ρ ιε τα τα δρξ ε δ μ τ τ δ σ τ μ δ κ ρ τ τα τ δ μ τ τα ο δρ ι τα ξ σ δ μ σ ρ κ τ τ δ ξ σ δ. Μόλις αγχ έ ε τα την κορ εικ σκ εθ ά, ανήτ οτι κ ο α κ εκ στο δ ειι τ μ ς, σ κ α τα δρξ μ τ τ σ κα ς μ μ π ι σ δ ξ ξ μ τ τ τ ο τ τ δ π σ σ κ εσ ψ μ α δ α μ τ τ ρ ο, κ α τ σ τ ρ σ ξ ε δ σ τ κ α ω ν α, κ ρ τ τα ξ σ δ μ ω τ τ μ εξ α δ ω ν μ σ α τα τα μ δ π π τ μ μ τ ρ τ μ α σ τ ρ τ μ εξ ρ κ τ τ ε δ α τα δ ξ ε μ α τ ς ε μ τ τ ε δ ξ ε μ α ν α δ τ α τ τ τ μ δ ε δ μ α κ τ τ ε μ μ τ μ δ κ α τ α τ τα μ σ τ δ π τ μ δ κ α ν σ τ τ ε μ μ δ κ σ τ τ ε μ μ τ ε μ α τα δ κ ξ ε δ τα ξ μ τ τα δρ π σ σ τα τ ρ ς κ τ τ μ δ κ ξ σ τ τ δ μ τ σ ξ τ μ δ κ σ τ τ κ ο λ μ δ π τ μ δ κ σ τ τ ε μ μ τ δ κ τα τα τα δ π τ τ τ κ ο λ μ δ π τ τ.

51

### Οπίσθια κολπική αποκατάσταση

Όταν απαιτείται ενισχυση μόνον του οπίσθιου κολπικού τοιχώματος, χρησιμοποιείστε μόνο το σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους GYNECARE PROSIMA. Αυτό συμπληρώνει 1 ορθόγωνιο πλέγμα και ένα οδηγό σχεδιασμού οπίσθιο εισαγωγέα για χρήση στην οπίσθια κολπική αποκατάσταση. Αυτή χρησιμοποιείται για την απομάκρυνση κολπικές τομές και τα διαχωρισμό του ιστού, δημιουργήστε διάκλειση στον εντό του οπίσθιου διαφράγματος, για τα τοποθετήστε οι σειρές τους μάσκες του εμφυτεύματος πλέγματος, **ΣΗΜΕΙΩΣΗ** ως εισαγωγέας δεν πρέπει ν ... είσαι για το διαχειρισμό εισταί.

#### Οπίσθιος κολπικός διαχωρισμός και δεόντως διαπλών

Διαχειρίστε το οπίσθιο κολπικό επιθήλιο από την προ-ορθική ατο. Όπως και το προεδρο-κολπικά τοιχωμα, το οπίσθιο κολπικό τοίχωμα θα πρέπει να διαχωριστεί σε όλο το εύρος του. Ο διαχωρισμός αυτός θα πρέπει να διεκπαιωνεται από υποεπιθηλιακά εβροδιαμερώματα. Συνιστάτε το διαχωρισμό του ιστού ιδιαιτερά, σε κάθε πλευρά, προς τους αντιλεκτήρες μέσα τα στρωματικό, στα επίπεδα της ισχιακής δεκάδας. Στη συνέχεια, ανοιγότε το διαχωρισμό διαμορφώνεται για τα κολπικά ατο του πλέγματος του οπίσθιο και προς εφεκτικού στις υποεπιθηλιακές σωληνώσεις, αλλά όχι διαμέσου αυτών. Δημιουργήστε διάκλειση μίαν σειρες ανοίξει διά τα σειρές μάσκει οι μάσκες του εμφυτεύματος πλέγματος, Στ. σκόνη 9Λ

Η αντιμετώπιση τιμών προλάγχουσας εντεροκήλες είναι προσαρεκτ αλλά, εάν αραγματοποιηθεί, μπορεί να γίνε σε αυτό το στάδιο, σύμφωνα με την προτιμώμενη τεχνική του χειρουργικό.

Εάν η περιπτωτικά καλύπτεται έχει αναγκεί κατά τη διάρκεια του πρόσθιου ή του οπίσθιου διαχωρισμό, θα πρέπει να γίνει αποκατά της προ από την τοποθέτηση του πλέγματος.

#### Τοποθέτηση του οπίσθιου εμφυτεύματος πλέγματος

Δεν απαιτείται πλέγμα του προ-ορθικού ιστού. Ωστόσο, εάν πραγματοποιηθεί πλήγμα, του προ-ορθικό ιστού, σιγουρευτε μόνο το ιατρικά τμήμα του προ-ορθικού ιστού. Με αυτό τον τρόπο, η περιοχή είναι γνετα ο διαχωρισμός λεν γίνεται πολύ στενή. Τοποθετήστε το εμφύτευμα πλέγματος επάνω από τον προ-ορθικό ιστό, με το διάλεια των ημάτων στραφμένα προς τα επάνω. Εάν πρόκειται να γίνει σιγουρέυ, θα πρέπει να γίνει σε αυτό το χρονικό σημείο της πλάτοθεση, τοποθετώντας ένα ράμμα όπως, το MONOCRYL 2-0 η τα απλακόμενα ράμμα Coated VICRYL 2-0 στο κορψρχή του πλάτος να πορδετε τα σέα της κορψρχής τημμένται του εμφυτεύματος πλέγματος. Η στροφσή μπορεί να γίνει σε αυτό το χρονικό σημείο ή μετά εμφάτιο εμφυτεύματος. Αν τοποθετήσει ράμμα, περάστε τα σε αυτό το χρονικό σημείο ή μετά τοποθέτησε τα εμφυτεύματος πλέγματος είναι προσαρετική και μπορεί να γίνει με ράμμα όπως το MONOCRYL 2-0 η τα επικαλυμένο ράμμα Coated VICRYL 2-0.

Χρησιμοποιήστε τον οπίσθιο εισαγωγέα, τοποθετήστε τους φράτος τους εμφυτεύμστος πλέγματος στο δεξιό και τον αριστερό διαολο του διχαομηθήστε από τα διαχωρισμό προς καθένα από τους ισχιανσικούς ανιλήσμους (όπως περιγράφεται παρακάτω). Κρατήστε τον οπίσθιο εισαγωγέα χρησιμοποιώντας τα υμβο δείκτειν αντίχειρα λτρος τα μιλαρ φάνντετ επαν εισαι 9Β. **ΣΗΜΕΙΩΣΗ** τήστε το άκρο του βελονοκάτοχου/οδηγού μέσα στο εσθί άκρο του οπίσθιου εισαγωγέα. Βεβαιωθείτε ότι ο σωλεδιεμήτες οπίσθιος εισαγωγέας είναι ευθυγραμμιστεί, με τη λαβή του βελονοκάτοχου/οδηγού, Διευθήστε τα άκρο του οπίσθιου εισαγωγέα μέσα στο θάλαμο του υμάτο, στη δεξιά πλευρά της ασθενούς (βλ. εικόνα 9Β). Στη συνέχεια, κατευθύνετε τον οπίσθιο εισαγωγέα, με φορολόγημα του αρθρο, στο άκρο ανω δεομορφήθηκε αραγρεφαγέοντ, από τα εισόχρει, εμφτρέτσος του πρώτη φωντα πλήρμς. Εάν ο εισαγωγέας ασισαφθεί προς τα έξω πρατοί μεταφερθεί στο σπιχρ ο υ...

Τοποθετήστε χαλαρά το σώμα του εμφυτεύματος πλέγματος, επάνω από τον απακάμερο κολπικά περιτονίσ. Αποφύγετε την αναλσθελ ή τη συστραφή του σώματος του συρματος και των εμφυτεύματος πλέγματος. Το σέλε του εμφυτεύματος πλέγματος ενδέχεται να πρέπει να συστραφεί, ανάλογα με τις δαστάσεις του κολπικού ή το μήγεθος της εδροργικής ανατομίας. Το οπίσθιο κολπικό επιθήλιο μπορεί να επανχιά, αλλά όχι έναι διαστρηχικος αεραφορες έπει περάσθεί στο πλέγμα παρμ, Η εικόνα 9Β δείχνει και τους δύο έμφυτεξ τοποθετημένους. **ΣΗΜΕΙΩΣΗ:** Κατά την τοποθέτηση του δεύτερου υμάτο, προσέξτε ώστε να απορηγετε τη μεταπίχωσ τοιι εμφυτεύματος πλέγματος και βεβαιωθείτε ότι το εμφύτευμα πλέγματος δέΝ έχει συστραφεί.

**ΣΗΜΕΙΩΣΗ:** Βεβαιωθείτε ότι επιτεγχένεται αισφατιση πριν και κατά τη διάρκεια της σύγκλιση

τι τις κολπικές τομές χωρίς να χρησιμοποιείται αδραμοπιδόμενα ράμματα ή ράμματα σγήματος οκτώ. Με την τρόπο αυτό, αποφεύγεται η απογκύλωση του κολπικού επιθηλίου και ράμμα προβήμα που προ του και μειώνεται η διάβρωση του πλέγματος. Κλείστε τα επιθήλια κατά προτίμηση με 2 στρβάδες, ώστε να ενισχύ μια συνέχεια σκεπαστής γραφκή γραμμή στο σημείο της κολπικής τομής. Κλείστε το βαθύτερο στράδα με μια συνεχή, αποπλάνεμ, μη-αλλαγμα στραφης...

**ΣΗΜΕΙΩΣΗ:** Τοποθετήστε το εμφύτευμα πλέγματος στα άνω 2/3 του κόλπου, φροντίζοντας να το αποκλείετε εάν υπτενανται παρνντ των 2/3. Με την ακλιτδεμεσ της επέμβασης, εκταττάτε ή διαλυφσια διακτελικάς εξαχττα του οσθού, ώστε να αποκλειστεί το ενδεχίενο τραιματισμού του οφθού.

Ευαλλακτικά, μπορεί τα πραγματοποιηθεί ελαγκέτα τον κολπικού τοιχώματος σε μία σπλδία. Μπορεί να χρησιμοποιηθεί μια συνεχής, μη-αλληλοσυνδεόμενη συρραφή αλτοτράψιμα σγήματος ή διακοπτόμενου σφράφεις, με ράμμα όπως το επικαλωμένα Coated VICRYL 2-0 ή το επικαλωμένα ράμμα Coated VICRYL Plus 2-0.

#### Συνδυασμένη πρόσθια και οπίσθια αποκατάσταση

Όταν απαιτείται ενίσχυση τόσο του πρόσθιου όσο και του οπίσθιου κολπικού τοιχώματος, χρησιμοποιείται το συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA. Αυτό συμπληρώνει 2 συμμετρικός ράμματος αλλά και εφμριμτά σχεδιασμένα εμφυτεύματα πλέγματος, ένα για την πρόσθια αποκατάσταση, και ένα για την οπίσθια αποκατάσταση. Χρησιμοποίησε μόνο τον κοινό πρόσθιο εισαγωγέα για την πρόσθια αποκατάσταση, και μόνο τον κοινό οπίσθιο εισαγωγέα για την οπίσθια αποκατάσταση. Πραγματοποιήστε τις πρόσθιες και τις οπίσθιες κολπικές αποκαταστάσεις όπως περιγράφεται παραπάνω. Συνιστάται η πρόσθια κολπική αποκατάσταση να διενεργείται πρώτα. Η πλάτη τοποθέτηση των εμφυτευμάτων πλέγματος, στο πρόσθιο και στο οπίσθιο διαφράγμα εμφανίζεται στην εικόνα 10. Με την ολοκλήρωση της επέμβασης, ανεκτάτε κυστεοσκόπηση, ώστε να αποκλειστεί το ενδεχόμενο τραυματισμού της αρμφόριμα εδοί. Αποτελάσε διεχάνοα δακτιλικάς εξέτασης του ορθού, ώστε να αποκλειστεί το ενδεχόμενο τραιματισμός επι ορθού.

#### Χρήση του συστήματος GYNECARE PROSIMA με διατήρηση μήτρας (υστεροπηξία)

Εάν διατηρείθεί η μήτρα (και έχει υποστεί πρόπτωση), η κορυφαία γλωτίδα του εμφυτεύματος πλέγματος πρέπει να στερεωθεί στον τράχηλο. Η καθήρωση του εμφυτεύματος πλέγματος επάνω στον τράχηλο πρέπει να γίνει στο επίπεδο του εβρο-τραχηλικού δεκτύλου, όταν αυτό ατιαοδετείτα κατά την επέμβαση ή την οπίσθια κολπική αποκατάσταση.

Όταν η μήτρα διατηρείται κατά την πρόσθια κολπική αποκατάσταση, ο εβρο-γραφικός, δακτύλιος, εκτίθεται κατά τη διάρκεια της πρόσθιας κολπικής συντιάξης. Τοποθετήστε σταδιακ ένα ράμμα PROLENE 2-0 μέσα στην πρόσθια όψη του εβρο-γραφικού δεκτύλιου. Τα ράμμα αυτό τοποθετείται επίσης διαμέσου της κορυφαίας γλωττίδας του εμφυτεύματος πλέγματος. Το ράμμα PROLENE στη γλωττίδα δένεται αφού τοποθετηθούν οι υάλντες των εμφυτευμάτων πλέγματος στη θέση τους. Στη σφραγίζεται το εμφύτευμα πλέγματος στην πρόσθια επιφάνεια του τραχήλου, στο επίπεδο του εβρο-τραχηλικού δακτύλιου, και διασφαλίζεται ότι τα εμφυτευμα πλέγματος διατηρείται με τον κολπικά καθός τοποθετείται σεστά η ΔΚΥ.

Στην οπίσθια αποκατάσταση, προσαρμόστε το εμφύτευμα πλέγματος στον οπίσθιο τράχηλο, στο επίπεδο του εβρο-τραχηλικού δεκτύλιου ή επάνω από αυτό. Η πυελή καλύπτα μπορεί να αισχθεί κατά την πρόσφατα του εμφυτεύματος πλέγματος στον τράχηλο. Κλείστε τα περιτόναιο της γραφής κλείστε στη συνέχεια επίσης από το ράμμα, ώστε να αποφειχθεί διάχωρι στα κοιμφαίοι γλωττίδα του εμφυτεύματος πλέγματος. Το ράμμα PROLENE 2-0 τοποθετείτα σταδιακ μέσα στην οπίσθια όψη του εβρο-τραχηλικού δακτύλιου. Το ράμμα αυτό τοποθετείται επίσης διαμέσου της κορυφαίας γλωττίδας του εμφυτεύματος πλέγματος. Το ράμμα PROLENE δένεται αφού τοποθετηθούν οι υάλντες του εμφυτεύματος πλέγματος στη θέση τους. Έτσι, ασφαλίζεται η τοποθέτηση του εμφυτεύματος πλέγματος, στην οπίσθια επιφάνεια του τραχήλου, στο επίπεδο του εβρο-τραχηλικού δακτύλιου.

Όταν πραγματοποιείται και για την πρόσθια και για την οπίσθια αποκατάσταση, τα εμφυτεύματα πλέγματος, προσφεύνεται τόσο στην πρόσθια όσο και στην οπίσθια όψη του τραχήλου, όπως περιγράφεται παρακάτω (βλ. εικόνα 11).

#### Υγιεινή εμφυτεύματος πλέγματος

Κατά τη διάρκεια της χειρουργικής επέμβασης, καταναλώτε τα κολπικά τραύματα με μισοκαπμερό φρό. Ο χειρισμός του εμφυτεύματος πλέγματος θα πρέπει να γίνει ο ελάχιστος δυνατός και να γραμφρίιετα στο πλέγμα ορθή εγκατή περιτοι.

#### Τοποθέτηση της ΔΚΥ και του βελονοκα

Με τον ολοκλήρωση της χειρουργικής επέμβασης, τοποθετήστε στον κόλπο μια ΔΚΥ κατάλληλου μεγέθους, με προσαρτημένο μακρίου και συραφθν της στη θέση της, ώστε να αποφεμγθεί τυχάν μετατόπιση. Η ΔΚΥ διατίθεται σε 3 μεγέθη (μικρό, μεσαίο και μεγάλο) και το μέγεθός της μπορεί να προσαρμοστεί από το χειρουργό έτσι ώστε να ταιριάζει με τα μήκος του κόλπου της ασθενούς, όπως περιγράφεται παρακάτω.

**Εφαρμογή και α της ΔΚΥ**

Η ΔΚΥ διατίθεται στο μισαλαίμερο μέγεθος. Προσδιορίστε το κατάλληλο μέγεθος της ΔΚΥ για την ασθενή, χρησιμοποιώντας την ίδια τη ΔΚΥ για να ολοκληρώστε τα σθε υμφρογλεν στην ασθενή. Αντί για ένα τοποθέτησε, τη ΔΚΥ μέγλου μεγέθους στον κόλπο, ανάρτα αφου διασταθείσε κορυφή και των δακτύλου του υμάτος. Εισι σε ι χέρι τι η ΔΚΥ στο κόλπο, κρατήστε τη ΔΚΥ από το πλαστίτρ σηείο της και βελάστε την ετέ με μέσω του διαχάκονς κόλπιο, με τα μπαλόνι ύκαστηνα αμμι ερτς τε επίσι (βλ. εικόνα 7). Σε πλειψόχος σημειο της ΔΚΥ τοίχρο πρέτ, εία μεσ αννς ουν μην προσκαλέσετε βλάβη στο μπαλόνι κατά τη διάρκεια του ραθάμμα στις ΔΚΥ. Το δωμα μέγεθες, επιγεγετα επεν ε ΔΚΥ εφμρίζεα εντα στε άμο 2/3 του διαστθάτσε κάλπνο, με τα περιφγακή άκρα να τις σθές ρεαμάτατ τα αντέσπαση εφατοι 1 σστ επάνω από το δακτύλιο του υμέα (βλ. εικόνα 13).

Εάν τα μέγλο μέγεθος εφαρμόζει, η ΔΚΥ δεν τρεροατάζετα δεν τα απ άνω 2/3 του διαστελτικού κάλπνο, με τα περιφγακή άκρα να τις σθές ρεαμάτατ σε απόσταση περίτπου 1 σστ επάνω από το δακτύλιο του υμέα (βλ. εικόνα 13).

Εάν το μεγάλο μέγεθος εφαρμόζει, η ΔΚΥ δεν τρεροατάζετα, Εάν σπαιτείται το μικρά μέγεθος, τότε αφαιρέστε το υλεσμ τμήμα με περατιμή αψνετασθ, χρησιμοποιώντας εξρ το δκω εσόμε υυσλντα πλαίσιο. Μετρ, ώστε να εφαρμοστεί μια ασ δκτστπα, αμπλ να μειμτερ δημσ, εισι εοτα. Δνε μερτ να ειν έρφρμεα το μερ έντ. **ΣΗΜΕΙΩΣΗ** ι σπμαστερή να γίνει πολύ προσεκτική εφαρμογή της ΔΚΥ. Από τη στιγμή που σπαιστεί για ΔΚΥ δε μπορεί να επανέλθει στο αγχικό τπο μέγεθος, ούτε να επανακαλυφθεί τα τμήμα που απομακρία, συντεετόντας να αντπισετο πρμτφσ το μπαλόνι εντα κόλπια τς ΔΚΥ.

Εάν εφαρμόζει το μικρό μεγέθος, δεν απαιτείτα περαιτέρω σποκοπή. Εάν απαιτείται το μικρά μέγεθος, τότε αφαρμόστε το τμήμα που έχει απομέινει, όπως περιγράφεται παραπάνω. Κατά τη διάρκεια της απόκοπής, μεταγεροτε το μπαλόνι στον κόλπο τη σθενίς.

Αφού προσαρματεί κατάλληλα το μέγεθος της ΔΚΥ και επανατοπεθετθεί στη θέση τας το μπαλόνι, η διάταξη μπορεί να σιχρφα στον κόλπο της ασθενούς. **ΣΗΜΕΙΩΣΗ: Για να ελαχιστοποιηθεί ο κίνδυνος διατρήσεις του μπαλονιού, μη χρησιμοποιείται εργαλεία για να υποβοηθήσετε την εισαγωγή της ΔΚΥ ή του μπαλονιού.** Εάν προκαλέσει έτση στα μπαλόνι, αφαιρέστε το από τη ΔΚΥ και χρησιμοποιήστε γκζε, για να καλύσετε την κολπική κοιλότητα.

Αφού τοποθετηθεί σωστά η διάταξη στα άνω 2/3 του διαστελτικά κόλπου της ασθενούς, σιχρφστε τη ΔΚΥ στη θέση της τοιτλτετ, κραψωτα και σερταφ σεν ετε σε μελ ρμτσ ολκ, δδε το εισαι σε μλ μρφ τ. Στη συνέχεια, τα βελά και το σφινικε ράμμ τ δένεται, σφσφαλίζοντ ετσϊμφ τι ΔΚΥ στη θέση της, μεσα στον κόλπο. **ΣΗΜΕΙΩΣΗ: Προσέξτε να μη διατρηθεί το μπαλόνι κατά τη συρραφή της ΔΚΥ στη θέση της.** Για τη συρραφή αυτή συνιστάται επικαλυμένο ράμμα Coated VICRYL 2-0 ή το αντιστοιχο απορροσίμενο ράμμα.

ETH.MESH.02341449

## Διόγκωση του μαλλονιού

Αφού σερφάρετε τη ΔΚΥ στη θέση της, προσαρμόστε την παραχόμενη σύριγκα των 50 mL περιεκτικότητας την ώστε να αφαιρέσει επίσκια στη βαρέλια του μαλλονιού. **ΣΗΜΕΙΩΣΗ: Μετά την τοποθέτηση της ΔΚΥ, είναι απαραίτητη η τοποθέτηση ενός καθετήρα για να απορροφηθεί η καταπαστηρία σύριγκ.** Μετά από τη διόγκωση με ένα μικρό όγκο αερα από το περιβάλλον (βλ. εικόνα 16), φλέφαρισα με ένα δακτύλιο όλο το μήκος του μαλλονιού για να βεβαιωθείτε ότι το μαλλόνι έχει εκτινιχθεί και εφαρμόζει πλήρως στον κόλπο. Αφού επιβεβαιώσετε την έκτινιξη, προσφέρετε το δακτύλιο και συνεχίζει τη διόγκωση του μαλλονιού έως ότου μόνο το άκρο του δακτύλιο να χωράει άνετα στο έσωγκα, σχήμα και του μαλλόνι και την κολπικό τοίχωμα. Κατά τη διάρκεια της διόγκωσης, ενα στάση η σταθεροποίηση της ΔΚΥ. Τα διορθωμένο μαλλόνι εξαπτρέπει την εφαρμογή του ανεπιθύμητος πλήρωσης επάνω στο κολπικό τοίχωμα. Ο όγκος του αέρα που απαιτείται για την έκτινιξ διακρίνεται από το μαλλόνιας θα ποιοθεί από το ασθενή σε ασθενή. **ΣΗΜΕΙΩΣΗ: Ο μέγιστος όγκος διόγκωσης του μαλλονιού δεν πρέπει να υπερβαίνει τα 50 ml.** Αφού διογκωθεί επαρκώς το μαλλόνι, αφαιρέστε τη σύριγκα από τη βαλβίδα καπαπεπηρατός την. Η γραμμή διόγκωσης του μπαλλονιού για επιτάλινοι πρέπει να ρεγμει από το κολο άκτινο αστε να επικαλάψει στα μικρά της ασθενούς. Το πάξιμα πρέπει να ασφαλίσει στη βαλβίδα του μαλλονιού, ώστε να διασφαλιστεί ο διατήρηση του επιθυμητού όγκου αέρα στο μαλλόνι (βλ. εικόνα 7). **ΣΗΜΕΙΩΣΗ: Μη σφίγγετε υπερβολικά το πάξιμ.** Εάν χρειαστεί, το μαλλόνι μπορεί να ρυθμιστεί εφαρμογα, χρησιμοποιώντας μια τσιμιδί σύριγκα για την μέιξης το της μπαλλόνι σε εφικ που περιγράφεται στη προηγ. Αφού αφαιρεθεί επαρκώς, το μαλλόνι μπορεί να ρυθμιστεί στην κολπική καιότητα και ενδέχεται να μειώσει. Αυτό είναι φυσιον ται.

**ΣΗΜΕΙΩΣΗ: Μην αφαιρείτε το μπαλόνι κ τη ΔΚΥ πριν από τη χρήση.**

**ΣΗΜΕΙΩΣΗ: Μη διογκώνετε το μπαλόνι πριν από την εισαγωγή του στον κόλπο.**

**ΣΗΜΕΙΩΣΗ: Μετά τη διόγκωση του μπαλονιού, εάν οι οπές ραμμάτων της ΔΚΥ έχουν μετακιν τοποότερο από 1cm επάνω από το δακτύλιο του αμφιού ή εάν υπάρχει π τ και οι οπές ραμμάτων, αφαιρέστε τη ΔΚΥ στη θέση της. ΣΗΜΕΙΩΣΗ: Μην αφαίρετε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.**

**ΣΗΜΕΙΩΣΗ: Εάν παρατηρήσετε τυχόν οπές στο μπαλόνι ή εάν ανιχ ι δ ι διογκώμένο, ΜΗΝ το χρησιμ ιώστε. Θα πρέπει να εφαρμοδεί από τη ΔΚΥ και να απορροφηθεί κατάλληλα. Χρησιμοποιείστε τη τη θέση του μαλλονιού.**

**ΣΗΜΕΙΩΣΗ: Εάν ανακαλύφθεί από τη ΔΚΥ το βάρορα συνδέσης του μαλλονιού, ελέγχτε το ξανά στη θέση του.**

**ΣΗΜΕΙΩΣΗ: Μη στηρίζεστε τη γραμμή διόγκωσης του μαλλονιού μέσα στον κόλπο.**

**ΣΗΜΕΙΩΣΗ: Για να αποφύγετε την πρόκληση βλάβης, ποτέ μην ασκείτε υπερβολική δύναμη κάμφης, τάσης ή περιστροφής στη γραμμή διαστολής.**

**ΣΗΜΕΙΩΣΗ: Μην τοποθετείτε γάζες στον κόλπο κατά τη διάρκεια της διόγκωσης του μπαλόνι.**

### Αφαίρεση μπαλονιού από τη ΔΚΥ

Χρησιμοποιώντας μια τσιμπ σύριγκα, αδειάστε πλήρως και αφαιρέστε το μπαλόνι, 1 ημέρα μετά την εισαγωγή, αφήνοντας τη ΔΚΥ στη θέση της. **ΣΗΜΕΙΩΣΗ: Μην αφαίρετε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.**

1) Αφαιρέστε το πάξιμ από τη βαλβίδα του μπαλονιού.

2) Προσαρμόστε μια τσιμπ σύριγκα των 50 ml (ή μεγαλύτερη) στη βαλβίδα του μπαλονιού και αδειάστε το πλήρως (βλ. εικόνα 14). Εναι σημαντικό να αποσύρετε το πλήρως το μπαλόνι πριστά προχωρήστε να αφαιρέστε από τη ΔΚΥ. **ΣΗΜΕΙΩΣΗ: Το πλήρως αποδιογκούμενο μπαλόνι θα προκαλέσει την ευκολάτερη του εμβέλου της σύριγκας, μετά την αφαίρεση όλου του αέρα.**

3) Αφαίρεστε τη σύριγκα.

4) Στη συνέχεια, το μπαλόνι μπορεί να διαχωριστεί από τη ΔΚΥ και να αφαιρεθεί από την ασθενή, έλκοντας έλεφα τη γραμμή διόγκωσης προς την εκραία καταύθυνση, σε ένα σημείο κοντά στο βάσορα σύνδεσης του μπαλονιού, εφαρμόζοντας ταυτόχρονα με ένα δάκτυλο ελαφρά πίεση προς την ανέτβιτη κατεύθυνση στην περιφερικό άκρα της ΔΚΥ. Βλ. εικόνα 18.

**ΣΗΜΕΙΩΣΗ: Μην εισαγάγετε το μπαλόνι εάν δεν έχει αποδιογκωθεί πλήρως, για τον αισθανθείτε ασυνδέσεις αντίστασης. Εάν αισθανθείτε αντίσταση, προσδιορίστε την αιτία προτού συνεχίσετε. Εάν ανησυχείτε οι προσπάθειε ή να συναισθεῖτε το μπαλόνι υπό αντίστα ταυτόσιμη της ΔΚΥ κατ/ή τραύμα στους ιστούς της κολπικής καιότητας. Για να βεβαιωθείτε ότι ο αέρας έχει αφαιρεθεί πλήρως, επανασυνδέστε τη σύριγ τ αφαιρέστε όλο τον αέρα προτού αυνεχίσετε με την αφαίρεση του μπαλονιού.**

### Αφαίρεση της ΔΚΥ από την ασθενή

Αφαιρέστε τη ΔΚΥ από την ασθενή περίπ 3 έως 4 εβδομάδες μετά τη χειρουργική επέμβαση, αφού τον επαλάθει επουκής επούλωση. Στο χρόνο αυτό, το απορροφήσιμα ράμματα ενδέχεται να έχουν διαλυθεί ε να μην έχουν αρκετή αντιχή ερελικωμού, έτσι ώστε να επιτρέπουν την αφαίρεση της ΔΚΥ χωρίς αντίσταση από τα ράμματα. **ΣΗΜΕΙΩΣΗ: Μην αφαίρετε τη ΔΚΥ μέσα στον κόλπο επί περισσότερο χρόνιμα ράμματα για την αφαίρεση του μπαλονιού.**

## Περιγχειρητική φροντίδα

Μπορεί να χρησιμηθεί προφυλακτική αντιβίωσή, συνεχ σύμφωνα με τη συνήθη πρακτική του χειρουργού. Η χειρσύ αντιβιωτικών μπορεί να συστηθεί μετεγχειρητικά, ανάλογα με την προτίμηση του χειρουργού. Μπορεί να χρησιμοποιηθεί προφυλακτική θεραβ επιφανειακή συμφ.

Ο χειρουργός θα πρέπει να εξηγήσει ότι ο στόχος της ΔΚΥ, η οποία προσφέρει στον κόλπο να διάσημα λίγ: και την σωλήνα εξθιαδίκες μετά τη χειρουργική επέμβαση, είναι να εποιμηβεί την κλιτιδα ανάλα του πλέγαι και τη θεράπεια σης σκεμβίλου σπούδ. Η αιθένης θα πρέπει να ενημερωθεί ότι η ΔΚΥ θα αφαιρεθεί κατά τη λειτουργικό χρόνο επί του χειρουργού λάξη. Η αισθενής θα πρέπει να ενημερωθεί ότι η ΔΚΥ θα προσφέρεται με εδραγμ της ρεφ της ΔΚΥ μπορεί να μετακινηθεί ελάφρα προς τα κάτω, σε αυτό η σωστ αντιμ. Με ατα ενημ τ εδθώφεμ, μετά την επέμβαση. Η ασθενής θα πρέπει να ενημερωθεί ότι μετεγχειρητικ ενδέχεται να εμφανιστούν κολπικές εκρύσεις, είτε οι ΔΚΥ μπορεί να μετακινηθεί έλέφρα προς τα κάτω, είνε η ασθενής αισθανθεί ότι η ΔΚΥ έχει μετακινηθεί προς τα κάτω, μπορεί να την ωθήσει μαλακά προς τα πάνω, σε ένα πιο άνετη θέση. Πρίτσα, ετ/η ΔΚΥ προκαλεί σημαντική δυσφορία, η ασθενής θα πρέπει να γναμίξει ότι πρέπει να επικοινωνήσει με τον ιατρ της.

Μετά την έξοδο από το νοσοκομείο, θα πρέπει να δοθούν οδηγίες στην αισθενή να επισφέψει την άνισης δραστηριότητα επί μα περίοδο 3 έως 4 εβδομάδων. Σε αυτό το χρονικό διάστημα οι στολικοί ιστοί θα έχουν ευκαιρηθεί στο εμφανίσημα πλήγρωσης και η αισθενής θα μπορεί να αποσυρ σει στις δραστηριότητες τις καινικής καθημερινής δεφ. Θα πρέπει να μην σδόσεισ στην αισθενή να σηφηκ τις αισθησιακά επαφή από πολλαθροστι ο εβδομάδεςς μετά τη χειρουργική επέμβαση. Θα πρές μπορεί να σωνιστεί αντιμ. πολλαθ ελάφρους οδοικιτήσεις σηχρί μετά τη χειρουργική επέμβαση.

## ΑΠΟΔΟΣΗ

Μελέτες σε ζώα κατεδεικνύουν ότι η εμφύτευση πλέγματος GYNECARE GYNEMESH PS προκαλεί ελάχιστα έως έλαφρά φλεγμονώδη απόκρικη, η οποία είναι παροδική και ακολουθεῖται από την ινοπλάστη ενός ληπτού πλέγους υλμάτων προς τα οποία μπορεί να αναπτυχθεί ιστικά για διεισδύσει στα διάκενα του πλέγματος, επιτρέποντας έτσι το πλήρμα στον παρακάμενο ιστό. Το πλήγρα παρεμβαίνει μαλακό και ευέλικτο, επο η φυσιολογική επαλάνωση του τραύματος δεν επηρεάζεται αρμιστικ. Το ειλικό δεν απορροφάται, ούτε εφωσσται αποδόμηση ή εξασθένιση από τη δράση των ενζύμων του ιστού.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

- Όταν το πλέγμα GYNECARE GYNEMESH PS χρησιμοποιείται σε έγκυος, σε παιδά, σε ενήλικες ή σε γυναίκες που σκοπεύουν να τεκνοποιήσουν στο μέλλον, ο χειρουργός θα πρέπει να γναμίξει ότι αυτό το προϊόν δεν θα εκτείδει σε σημαντικά βαθμό κατά τη σωματική ανάπτυξη της ασθένους.
- Το ιδσηγμα GYNECARE PROSIMA δεν θα πρέπει να χρησιμοποιείται σε περιπτώσεις εγκυμοσύνης, γνωστής φλεγμονής ή υποδιαλέκι του κόλπου, του τραχήλου ή της μήτρας.

## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

- Πριν από τη χρήση των συστημάτων GYNECARE PROSIMA, οι ιατροί που τα χρησιμοποιούσαν θα πρέπει να είναι εξοικειωμένοι με τις χειρουργικές διαδικασίες και τεχνικές που σχετίζονται με την αποκατάσταση πυελικού εδάφους για τη χρήση με απορροφούμενο πλέγματ.
- Η χρήση του συστήματος GYNECARE PROSIMA δεν έχει αξιολογηθεί πλήρως σε ασθενείς με πρόπτωση πυελικού οργάνου σταδίου ΙV. Για το λόγο αυτό, η χρήση του σε αυτές τις ασθενείς δεν συνιστάται.
- Κατά τη χρήση του συστήματος GYNECARE PROSIMA, είναι και κατά την αντιμετώπιση μολυσμένων ή επιμολυνθέντων τραυμάτων, ακολουθήστε τις γενικά αποδεκτές χειρουργικές πρακτικές.
- Μη χρησιμοποιείτε το ιδσηγμα GYNECARE PROSIMA εάν πιστεύετε ότι το σημείο της χειρουργικής επέμβασης ενδέχεται να έχει ανοικτό λοίμωξη ή μόλυνση. Για τον αμφίβολια σδίνγμους ένα διπλώ ΔΚΥ φυσιολογικό χρησιμοποιείται σε επιμολυνθέντες πράξεις, θα πρέπει να περάκτη σε τον επισκέλος λοιμώξη ενδέχεται να απομονω της αφαίρεσης του.
- Μετά την επέμβαση, έα πρέπει να γίνει πλάσταση στην ασθενή να αποφεύγει τον ανύψωσ βάρους κατ/ή την άσκηση τη χ πολυπλοκ. πρέπει επί 3 έως 4 εβδομάδες και τη σεξουαλική επαφή επί 6 εβδομάδες, μέχρι όσου ο ιατρός διαπιστώσει ότι μπορεί να επαλάθει τόπι καταωνός της δραστηριότητες.
- Μην σφίγχετε τη ΔΚΥ μέσα στον κόλπο επί περισσότερο από 4 εβδομάδες.
- Μην σφίγχετε το μπαλόνι μέσα στον κόλπ επί περισσότερο από 1 ημέρα.
- Τα εξαρτήματα του συστήματος GYNECARE PROSIMA δεν προσελέγχται για χρήση με ασοικούς, άλλο, από αυτές που αναφέρονται σε αυτό το έντυπο οδηγίεςδίας.
- Αποσύρετε την εφαρμογή επιμβληκής ταφ, που εμφάνιζε εκλύσεις, κατά το χρονικό του.
- Χρησιμοποιείστε τα συστήματα GYNECARE PROSIMA με προσοχή και λαμβάνοντας υπόψη την ανατομία της ασθενούς, προκειμένου να αποφύγετε τυχόν βλάβη σε αγγεία, νεύρα, στην σφαιρόχρ νέστητα και στα εντ ένετερα, καθώς και άλγματης του κολπικού τραφρατος. Η σωστή χρήση έχει εξαρτηθμεν του συστήματος GYNECARE PROSIMA θα εξαρτατεπίσηρι τους ασθένους.
- Η δίνμεξη του μπαλονιού πρέπει να γίνεται μόνο μ αέρα από το περιβάλλον.
- Η φλεφαρισή θα επιβεβαιώσε ότι ένα απτμιχαζ διαρροές αέρα από το μαλλόνι μετά τη διόγκωσης. Πλήρης απόλωσα της διόγκωσης ενδέχεται να παρεμβαίνει την αποτελεσματικότητα του μαλλονιού.
- Το πλήγρα του μαλλονιού είναι λατέξ, έτσι ώστε να αντιμιπάρακειτο σε επιδερμικές αλλεργίες. Διατηρήσεις, κοκχάματα, ερυσημό, οδολληγσή η πετραπιλωπαρμία ενδέχεται να υπογράμμι σε απαλλεα κολυπάνισι. Το μπαλόνι μπορεί να διαστραβεί εξίκολα από βελόνη ή νυστέρι ή να διαφορφεί από χειρισμό ς ένα σφιξδί εφρελίο. Κατά το χειρισμό του πρέπει να είστε προσεκτικού όστε να αποφέργετε τέτοιον περιστατικ. Εάν μπαλόνι που έχει υποστεί βλάβη δεν πρέπει να χρησιμοποιείται. Αφαιρέστε το και χρησιμοποιήστε νέζες.
- Ο μέγιστος όγκος διόγκωσης του μπαλονιού είναι 90 ml. Μη διογκώνετε υπερβολικά το μπαλόνι. Υπερβολική διόγκωση του μπαλονιού ενδέχεται να προκαλέσει διαρροεμ στην ασθενή, πίεσηπι στην, μετακίνηματ κατ/ή διαρρήξη κολπικού τραφρατος, η αποκαρικ σφ ράξης.
- Μη χρησιμοποιείτε τα συστήματα GYNECARE PROSIMA σε απλές σκελετικές αντιμεπτική θεραπεία.
- Ενδέχεται να εμφανιστεί παραχεριμι αντιγαίσια. Εξετάστε την ασθενή για οποιαδήποτε σημριαρεμ σ σημάα πριν από την έξοδ της από το νοσοκομείο.
- Πρέπει να ζητηθεί από την ασθενή να επικοινωνήσει αμέσως με τον χειρουργό εάν εμφανιστεί οιαρδήποτε πόνος, αιμορραγία ή άλλα προβλήματα.
- Μαλλόνι οι πιθανότητες τραυματισμού της περιόχρου ωσίτης με αυτή την τεχνικ είνα λίγες, συνιστάται η διενέργεια κυστεοσκόπης.
- Μαλλόνι οι πιθανότητες τραυματισμού του ορθού με αυτή την τεχνική είναι λίγες, συνιστάται η διενέργεια δακτυλικής εξέτασης.
- Μην στερεώνετε τα εμπσιενχία πλέγματος GYNECARE GYNEMESH PS με συνεπίγμες, κλιπ ή αρραήσεμς, καθώς ενδέχεται να προκαλέσει μέτακνηθ βλάβη στο πλέγμα.
- Το εμφίτευμα πλέγματος δεν πρέπει να βρίσκεται στο κάτω τριτημόριο του κόλπου. Εἀν χρειαστεί, αποκόψτε το εμφύτευμα πλήγματος έτσι ώστε να μην εκτίνεται στο κάτω τριτημόρι του κόλπου.
- Μπορεί να χρεισθεί προφυλακτική αντιβωτική αγωγή, σύμφωνα με τη συνήθη πρακτική του χειρουργού.

## ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ

- Οι δυνατές αντιδράσεις αντιδράσεις είναι εκείνες που σχετίζονται συνήθως με χρησιμοποι χρωραδιραρω υλικά και παρελαμβάνουν την αιθμηπική παοδεύτητ λειμώξης, τη φλεγμονή, το σχημπισμό αφφίσιων, το σχημπισμό εκκρίψεως, τη διάβρωση, την εξώθηση και τη δημιουργία ωυλάτ που ποδεύοιν κυστόκ το αφαιρεύεται.
- Οι δυνατές αντιδράσεις αντιδράσεις είναι εκείνες που σχετίζονται με τις διαδικασίες αποκατάστασης πυελικουης πυελικό οργάνου, συμπεριλαμβάνομένων που είναι κατά τη διάρεαπεδή επέμ και τις συλλικά πόνο. Αυτά μπορεί να λυθούν από μόνα τους με την πάροδο του χρόνου.
- Κατά το διαχειρισμό ιστών ή την τοποθέτηση του πλέγματος ενδέχεται να προκύψει διάτρηση, ρήξη ή τραυματισμός αγγείων, νεύρων, της σφαιρόχρηι ναίστητ, της σφαιρόχρι ἢ του εντέρου, οι οποίες πιθανώς να απαιτήσουν χειρουργική αποκατάσταση.
- Η φλεγμονώδα, κατά για τις διαδικασίες αποκατάστασης πυελικού εδάφους, ενδέχεται να διαταράξει την κανονική εύρε για τη γενικό διάσταμα που μπορεί να τσυλλἀξα.

**ΣΤΕΙΡΟΤΗΤΑ**

Τα συστήματα GYNECARE PROSIMA αποστειρώνονται με αιθυλενοξείδιο. ΜΗΝ ΕΠΑΝΑΠΟΣΤΕΙΡΩΝΕΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. ΜΗΝ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΕΙΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. Η επαναχρησιμοποίηση αυτής της συσκευής (ή μερών αυτής, της συσκευής) είναι δυνατό να προκαλέσει κίνδυνο αποδόμησης που προϊόντος και δυσλειτουργίας μόλυνσης, η οποία ενδέχεται να οδηγήσει σε λοίμωξη ή μετάδοση αιματογενών μεταδιδόμενων παθογόνων μικροοργανισμών σε ασθενείς και χρήστες. Μην τα χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε όλα τα εξαρτήματα του συστήματος GYNECARE PROSIMA που ανοίχθηκαν αλλά δεν χρησιμοποιήθηκαν.

**ΑΠΟΡΡΙΨΗ**

Απορρίψτε τα εξαρτήματα του συστήματος GYNECARE PROSIMA και τη συσκευασία τους σύμφωνα με την πολιτική και τις διαδικασίες απόρριψης βιολογικά επικίνδυνων υλικών και απόβλήτων του ιδρύματός σας.

**ΦΥΛΑΞΗ**

Σε ξηρές ς συνθήκες φύλαξης, ελεγχόμενη θερμοκρασία και σχετική υγρασία δωματίου (περίπου 25 °C, 60 % σχετική υγρασία), μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην τα χρησιμοποιείτε μετά την παρέλευση της ημερομηνίας λήξης.

**Σύμβολα που χρησιμοποιούνται στις ετικέτες**



ETH.MESH.02341451

THIS PAGE IS LEFT BLANK INTENTIONALLY.

55

ETH.MESH.02341452

Authorized Representative · Autoriseret repræsentant · Erkende vertegenwoordiger · Valtuutettu edustaja · Représentant autorisé · Autorisierter Vertreter · Rappresentante autorizzato · Representante autorizado · Representante autorizado · Auktoriserad representant · Εξουσιοδοτημέωος Αντιπρόσωπος

Johnson & Johnson Medical Limited
PO Box 1988
Simpson Parkway
Livingston
West Lothian
EH54 0AB
United Kingdom

Distributors · Distributører · Distributeurs · Tukkumyyjät · Distributeurs · Vertrieb durch · Distributori · Distribuidores · Distribuidores · Distributörer · Διανομείς

**CH**   Johnson & Johnson AG
Rotzenbuehlstrasse 55
CH-8957, Spreitenbach

*Manufactured for:*



ETHICON Women's Health & Urology
A division of ETHICON, INC.
a Johnson-Johnson company
Somerville, New Jersey 08876-0151

Reference to P21071



**ETH.MESH.02341453**

Christina Pramudji, M.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

|  |  |
|---|---|
| | ) Master File |
| IN RE:  ETHICON, INC., | ) No. 2:12-MD-02327 |
| PELVIC REPAIR SYSTEM | ) |
| PRODUCTS LIABILITY | ) JOSEPH R. GOODWIN |
| LITIGATION | ) U.S. DISTRICT JUDGE |
| _____ | ) _____ |
| | ) |
| THIS DOCUMENT RELATES TO | ) |
| THE FOLLOWING CASES IN WAVE | ) |
| 1 OF MDL 200: | ) |
| JOY ESSMAN | ) |
| Case No. 2:12-cv-00277 | ) |
| | ) |
| BARBARA A. HILL | ) |
| Case No. 2:12-cv-00806 | ) |
| | ) |
| PAULA KRIZ | ) |
| Case No. 2:12-cv-00938 | ) |
| | ) |
| BRENDA RIDDELL | ) ORAL DEPOSITION OF |
| Case No. 2:12-cv-00547 | ) CHRISTINA PRAMUDJI, M.D. |
| | ) |
| SHARON CARPENTER | ) MARCH 23, 2016 |
| Case No. 2:12-cv-00554 | ) |
| | ) |
| MARY JANE OLSEN | ) |
| Case No. 2:12-cv-00470 | ) |
| | ) |
| VIRGINIA WHITE | ) |
| Case No. 2:12-cv-00958 | ) |
| | ) |
| SANDRA WOLFE | ) |
| Case No. 2:12-cv-00335 | ) |
| | ) |
| MARIE SMITH (F/K/A BANKS) | ) |
| Case No. 2:12-cv-01318 | ) |
| | ) |
| SHERRY FOX | ) |
| Case No. 2:12-cv-00878 | ) |
| | ) |
| LOIS DURHAM | ) |
| Case No. 2:12-cv-00760 | ) |
| | ) |

EXHIBIT F

Christina Pramudji, M.D.

|  | Page 2 |
|---|---|
| 1 | ELIZABETH BLYNN WILSON    )<br>Case No. 2:12-cv-01286  ) |
| 2 | ) |
| 3 | DAPHNE BARKER         )<br>Case No. 2:12-cv-00899  ) |
| 4 | WENDY HAGANS          )<br>Case No. 2:12-cv-00783  ) |
| 5 | ) |
| 6 | MARIA EUGENIA QUIJANO    )<br>Case No. 2:12-cv-00799  ) |
| 7 | SHARON BOGGS          )<br>Case No. 2:12-cv-00368  ) |
| 8 | ) |
| 9 | CAREY COLE            )<br>Case No. 2:12-cv-00483  ) |
| 10 | CATHY WARLICK         )<br>Case No. 2:12-cv-00276  ) |
| 11 | ) |
| 12 | DONNA AMSDEN          )<br>Case No. 2:12-cv-00960  ) |
| 13 | HEATHER LONG          )<br>Case No. 2:12-cv-01275  ) |
| 14 | ) |
| 15 | PENNY RHYNEHART        )<br>Case No. 2:12-cv-01119  ) |
| 16 | NANCY JO WILLIAMS      )<br>Case No. 2:12-cv-00511  ) |
| 17 | ) |
| 18 | MARIA STONE           )<br>Case No. 2:12-cv-00652  ) |
| 19 | TERRI KEY SHIVELY      )<br>Case No. 2:12-cv-00379  ) |
| 20 | ) |
| 21 | CHARLENE LOGAN TAYLOR    )<br>Case No. 2:12-cv-00376  ) |
| 22 | TINA MORROW           )<br>Case No. 2:12-cv-00378  ) |
| 23 | ) |
| 24 | CAROL JEAN DIMOCK      )<br>Case No. 2:12-cv-004001  ) |

**Page 3**

1    ORAL DEPOSITION OF CHRISTINA PRAMUDJI, M.D.

2   produced as a witness at the instance of the

3   PLAINTIFFS, and duly sworn, was taken in the

4   above-styled and numbered cause on the 23rd of March,

5   2016, from 1:20 p.m. to 4:25 p.m., before Tamara

6   Vinson, CSR in and for the State of Texas, reported by

7   machine shorthand, at the Westin-Houston Memorial

8   City, 945 Gessner Road, Houston, Texas, 77024,

9   pursuant to the Federal Rules of Civil Procedure and

10  the provisions stated on the record or attached

11  hereto.

12

13

14

15

16

17

18

19

20

21

22

23

24

|  | Page 4 |
|---|---|
| 1 | |
| 2 | A P P E A R A N C E S |
| 3 | |
| 4 | FOR THE PLAINTIFFS: |
|  | ANDREW N. FAES, ESQ. |
| 5 | Wagstaff & Cartmell LLP |
|  | 4740 Grand Avenue, Suite 300 |
| 6 | Kansas City, Missouri  64112 |
|  | 816.701.1100 |
| 7 | afaes@wcllp.com |
| 8 | |
| 9 | FOR THE DEFENDANTS: |
|  | WILLIAM M. GAGE, ESQ. |
| 10 | Butler Snow, LLP |
|  | 1020 Highland Colony Parkway, Suite 1400 |
| 11 | Ridgeland, Mississippi  39157 |
|  | 601.948.5711 |
| 12 | william.gage@butlersnow.com |
| 13 | ALSO PRESENT: |
| 14 | Ms. Tamara Vinson, Court Reporter |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

**Page 5**

1              INDEX

2                        PAGE

3    Appearances...................................3

4

5    CHRISTINA PRAMUDJI, M.D.

6

       Examination by Mr. Faes..................8

7

8    Signature reserved.........................136

9    Reporter's Certificate.....................138

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2 (Pages 2 to 5)

## Christina Pramudji, M.D.

**Page 6**

EXHIBIT INDEX

PAGE

1
2
3  Exhibit No. 1...................................8
   Notice to Take Deposition of Christina
4  Pramudji, M.D.
5  Exhibit No. 2.................................11
   Expert Report of Christina Pramudji, M.D.
6
   Exhibit No. 3.................................15
7  Christina Pramudji Reliance List in
   Addition to Materials Referenced in
8  Report - MDL Wave 1
9  Exhibit No. 4.................................22
   Curriculum Vitae
10
   Exhibit No. 5.................................10
11 Placeholder
12 Exhibit No. 6.................................22
   Curriculum Vitae
13
   Exhibit No. 7.................................41
14 Gynecare Prosima
15 Exhibit No. 8.................................56
   USDA UPDATE on Serious Complications
16 Associated with Transvaginal Placement of
   Surgical Mesh for Pelvic Organ Prolapse:
17 FDA Safety Communication
18 Exhibit No. 9.................................66
   FDA News Release - FDA strengthens
19 requirements for surgical mesh for the
   transvaginal repair of pelvic organ
20 prolapse to address safety risks
21
22
23
24

**Page 7**

1       CHRISTINA PRAMUDJI, M.D.,
2  having been first duly sworn, testified as follows:
3            EXAMINATION
4  QUESTIONS BY MR. FAES:
5       Q.  Dr. Pramudji, good afternoon.  My name is
6  Andy Faes.  I'm here to take your deposition today
7  regarding the Prosima device.  Do you understand that?
8       A.  Yes.
9       Q.  And you understand that you're sworn to tell
10 the truth.  Correct?
11      A.  Yes.
12      Q.  Now, if I ask you -- you've been through this
13 process before, I take it, but if I ask you a
14 question that you don't understand, just let me know
15 and I'll try to rephrase the question.  All right?
16      A.  Sure.
17          (Exhibit No. 1 marked.)
18      Q.  I'm going to hand you what's been marked as
19 Exhibit No. 1 to the deposition, which is the
20 deposition notice.  Let me ask you, Dr. Pramudji, have
21 you reviewed that document prior to today?
22      A.  Yes.
23      Q.  And attached to that notice there's a number
24 of document requests.  Have you brought any materials

**Page 8**

1  with you today that are responsive to those requests?
2       A.  Yes.
3       Q.  What are those materials that you brought
4  today?
5       A.  Well, I brought my CV.  I brought all the
6  documents in my possession, including the thumb
7  drives, the company educational literature, the
8  literature in publications, all the documents that I
9  would have used in preparation, the patient medical
10 records, everything that I could -- that I could find,
11 with the exception of some of the materials that were
12 produced in prior cases and have been sent back to
13 Butler Snow.
14      Q.  Have you brought any invoices with you today
15 regarding your work on the Wave 1 expert reports or
16 any of the --
17      A.  No.
18      Q.  -- case-specific reports?
19      A.  No.
20      Q.  Okay.  What I'm -- have you billed for
21 those --
22      A.  No.
23      Q.  -- those reports yet?  No, you have not.
24 When do you anticipate billing --

**Page 9**

1       A.  Probably --
2       Q.  -- for those reports?
3       A.  Probably in the next few days.
4       Q.  Within the next few days?
5       A.  Yes.
6       Q.  Okay.  What I'm going to do is -- I know I'm
7  throwing off the exhibit numbers, but I'm going to
8  mark as Exhibit No. 5 --
9       A.  Uh-huh.
10      Q.  -- a placeholder.  And if you and William
11 could agree that when those bills become available --
12      A.  Uh-huh.
13      Q.  -- for your general reports and your
14 case-specific reports --
15      A.  Uh-huh.
16      Q.  -- that are the subject of this notice of
17 deposition, you'll send those to the Court Reporter
18 and they'll substitute those out as Exhibit No. 5.
19      A.  Okay.
20          (Exhibit No. 5 marked.)
21          MR. GAGE:  And I would say, I don't have
22 an objection to that, except for I do know I have --
23 Andy, I heard some generalized commentary back and
24 forth between counsel, not you and me, that there was

3 (Pages 6 to 9)

Christina Pramudji, M.D.

| Page 10 |
|---|
| 1 some dispute -- I can't remember the details of it -- |
| 2 some dispute as to whether or not we had gotten the |
| 3 invoices from Plaintiffs and their experts and we |
| 4 needed to have some meeting of the minds. I'm |
| 5 assuming we're going to ultimately get to a meeting of |
| 6 the minds on that. So I don't have an objection to |
| 7 producing them, but I do know that there is some |
| 8 dispute out there that we're still needing to get some |
| 9 from your experts. And so, you know, that's not a |
| 10 fight you and I need to discuss or deal with today. |
| 11     MR. FAES: No. I agree. |
| 12     (Exhibit No. 2 marked.) |
| 13 Q. (By Mr. Faes) Doctor, I'm going to hand you |
| 14 what's been marked as Exhibit No. 2. |
| 15 A. Uh-huh. |
| 16 Q. Can you tell me what that is? |
| 17 A. Yes. This is my expert report regarding the |
| 18 Gynemesh, the Prolift and the Prosima. |
| 19 Q. Does this report contain each of the opinions |
| 20 that you've reached regarding the Prosima, Prolift and |
| 21 Gynemesh PS? |
| 22 A. Yes, these are my opinions. |
| 23 Q. Is there any particular reason why you chose |
| 24 to combine your opinions on those three products into |

| Page 11 |
|---|
| 1 a single report as opposed to separating them out? |
| 2 A. Well, because the products are made of |
| 3 Gynemesh PS and a lot of the science correlates with |
| 4 -- with all the products, it seemed to make more sense |
| 5 to just combine it. |
| 6 Q. Would you agree that the Prosima, for |
| 7 example, has a different safety and efficacy profile |
| 8 than the Gynemesh PS flat mesh? |
| 9 A. It does have a different efficacy, yes. But |
| 10 -- but I think a lot of the general -- the general |
| 11 points about the different products come together |
| 12 nicely and the opinions can be held. |
| 13 Q. So you've answered my question on efficacy. |
| 14 A. Uh-huh. |
| 15 Q. Do you agree that the Prosima has a different |
| 16 safety profile than the Gynemesh PS flat mesh? |
| 17 A. It depends on what you're -- what you're |
| 18 talking about. There are some differences, yes. |
| 19 Q. You'd agree that the Prosima device has some |
| 20 unique risks that are unique to the Prosima. Correct? |
| 21 A. I don't know if they're unique risks. I'm |
| 22 thinking more about the rates may be different when |
| 23 you compare the products. |
| 24 Q. But as a general principle, we can agree that |

| Page 12 |
|---|
| 1 the complication rates for the Prosima device are |
| 2 different than the Gynemesh PS flat mesh. Correct? |
| 3 A. Are you talking about the Gynemesh PS being |
| 4 used as a Prolift or just being used as a -- |
| 5 Q. No. I'm talking about the Gynemesh just as a |
| 6 flat mesh. |
| 7 A. Oh, they're -- actually, they're pretty |
| 8 similar. |
| 9 Q. So it's your -- |
| 10 A. I -- I'm sorry. Before I thought you were |
| 11 talking about the Prolift versus the Prosima, which |
| 12 they have slightly different rates. But with the |
| 13 Gynemesh and the Prosima they're pretty similar. |
| 14 Q. So you believe that the complication rates |
| 15 for the Prosima device and the Gynemesh PS flat mesh |
| 16 -- |
| 17 A. Uh-huh. |
| 18 Q. -- are similar? |
| 19 A. Yes. |
| 20 Q. Do you agree that the Prolift device has a |
| 21 different safety and efficacy profile than the |
| 22 Gynemesh PS flat mesh? |
| 23 A. It has a slightly -- slightly different, but |
| 24 it's -- it's not a huge -- not a huge difference. |

| Page 13 |
|---|
| 1 Q. Well, you'd agree, for example, that the |
| 2 Prolift kit has trocars and the Gynemesh PS flat |
| 3 mesh and the Prosima mesh do not have trocars. |
| 4 Correct? |
| 5 A. That's correct, yes. |
| 6 Q. Would you agree that the trocars used in the |
| 7 Prolift mesh kit can introduce unique risks that are |
| 8 not risks of the Gynemesh PS flat mesh or the Prosima |
| 9 device? |
| 10 A. They -- they can, yes. I don't know that |
| 11 they're really significant looking at the literature, |
| 12 but that is a theory that's out there. |
| 13     MR. FAES: Okay. Object and move to |
| 14 strike after the answer "yes." |
| 15 Q. (By Mr. Faes) Now, in your report, which |
| 16 I've marked as Exhibit 2, you go through various facts |
| 17 and discuss facts. Did you discuss the facts that you |
| 18 were -- you felt were the most important in drawing |
| 19 your opinions in the report? |
| 20 A. Yes. |
| 21 Q. In terms of your decision making in writing |
| 22 the report, why did you choose to cite the articles in |
| 23 your report that you cited? |
| 24 A. Well, I try to cite as much level one |

4 (Pages 10 to 13)

Christina Pramudji, M.D.

| Page 14 | Page 16 |
|---|---|
| 1 literature as I can, which is going to be randomized | 1   A. Butler Snow helped me to make the list. |
| 2 controlled trials and review studies where they're, | 2   Q. Does this list contain all of the materials |
| 3 you know, gathering together a lot of large studies | 3 that you reviewed and relied upon in forming your |
| 4 because that's the highest level of literature and try | 4 opinions in this case? |
| 5 to get a good sampling of the highest level studies | 5   A. Yes. |
| 6 that there are. | 6   Q. You've mentioned that you've brought a number |
| 7     (Exhibit No. 3 marked.) | 7 of materials with you. |
| 8   Q. Okay. I'm going to hand you what's been | 8   A. Uh-huh. |
| 9 marked as Exhibit No. 3 to your deposition. | 9   Q. There's flash drives, there's materials |
| 10   A. Uh-huh. | 10 stacked in front of you. |
| 11   Q. Can you tell me what that is? | 11   A. Uh-huh. |
| 12   A. It's the reliance list. | 12   Q. Is everything -- is there anything that |
| 13   Q. Now -- | 13 you brought today -- strike that. I'll start over -- |
| 14     MR. FAES: Do you have something to say, | 14   A. Uh-huh. |
| 15 William, before I. . . | 15   Q. -- and ask a new question because you |
| 16     MR. GAGE: Just don't forget to -- she | 16 look like you're maybe a little confused. |
| 17 mentioned an updated resume. I didn't want you to | 17     Is there anything that you brought with you |
| 18 forget to -- | 18 today that you've reviewed and relied upon in forming |
| 19     MR. FAES: Oh. | 19 your opinions on the Prolift, Prosima or Gynemesh |
| 20     MR. GAGE: -- mark that as a separate | 20 PS -- |
| 21 exhibit, which I'm handing to you. I mean, do it | 21   A. Uh-huh. |
| 22 after you ask the questions on the reliance list. | 22   Q. -- that is not listed on Exhibit No. 3? |
| 23     MR. FAES: Sure. | 23   A. Not to my knowledge. |
| 24     MR. GAGE: I didn't mean to interrupt | 24   Q. Now, you've combined your reliance |

| Page 15 | Page 17 |
|---|---|
| 1 you. | 1 list for the -- we'll call them the pelvic organ |
| 2     MR. FAES: Well, I already had a | 2 prolapse products. When I say pelvic organ prolapse |
| 3 different one marked, so. . . | 3 products, I'm referring from here on out as the |
| 4     MR. GAGE: Yeah. Is that -- well, he'll | 4 Prolift, the Prosima and the Gynemesh PS. Can we |
| 5 ask you -- he'll ask you whether you updated that one | 5 agree to that? |
| 6 at the appropriate time. I'm sorry to interrupt. I | 6   A. Yes. |
| 7 just didn't want to forget. I handed it to you when I | 7   Q. So you combined your opinions -- strike that. |
| 8 looked down and I saw it in my lap. | 8     You've combined your reliance list for your |
| 9     MR. FAES: I don't see any difference | 9 report on the pelvic organ prolapse products and your |
| 10 between this and the one I have. Anyway. . . | 10 general report on the TVT and TVTO products. Correct? |
| 11   Q. (By Mr. Faes) Now, Dr. Pramudji -- | 11   A. Yes. |
| 12   A. Uh-huh. | 12   Q. There's one reliance list for both reports. |
| 13   Q. -- Exhibit 3 -- | 13 Correct? |
| 14   A. Uh-huh. | 14   A. Yes. |
| 15   Q. -- is that the reliance list for both your | 15   Q. In forming your opinions, did you rely on |
| 16 Prosima/Gynemesh PS/Prolift report, as well as your | 16 midurethral slings -- strike that. |
| 17 TVT and TVTO general report? | 17     In forming your opinions on the POP products, |
| 18   A. Yes. | 18 did you rely on midurethral strings [sic] and the TVT |
| 19   Q. And at this time, you haven't issued any | 19 to form any of your opinions regarding the safety and |
| 20 general reports on any of the TVT products, other than | 20 efficacy of the Prolift? |
| 21 the TVT retropubic device and the TVTO device. Right? | 21     MR. GAGE: Object to form. |
| 22   A. That's correct. | 22   A. Not for the -- not for the major substance of |
| 23   Q. Now, did you make this list or was it | 23 my opinions. I mean, for, you know, peripheral |
| 24 provided for you? | 24 knowledge, I think it helps support the safety of the |

5 (Pages 14 to 17)

Christina Pramudji, M.D.

| Page 18 | Page 20 |
|---|---|
| 1 mesh, but obviously they're very different products, | 1 because it was Texas -- |
| 2 so you can't draw too many conclusions -- | 2 MR. FAES: Right. And you guys -- |
| 3 Q. (By Mr. Faes) Okay. So same -- | 3 THE WITNESS: -- Federal court. |
| 4 A. -- on the general safety of the mesh. | 4 MR. FAES: And you guys never do any |
| 5 Q. Sorry. I didn't mean to interrupt you. So | 5 more than that. |
| 6 same question: Prosima and Gynemesh PS, in forming | 6 THE REPORTER: We have to do this one at |
| 7 your opinions, did you rely on midurethral slings and | 7 a time, please. |
| 8 the TVT to form any of your opinions regarding the | 8 MR. FAES: Sorry. |
| 9 safety and efficacy of the Gynemesh PS or the Prosima? | 9 MR. FAES: Okay. So I'll just ask if |
| 10 A. I'm sorry. Wasn't that the same question | 10 the -- that -- if one was created for the Caviness |
| 11 that I just answered? | 11 case, a written report, that you provide that to us. |
| 12 Q. You answered it for Prolift the first time. | 12 Q. (By Mr. Faes) How many hours would you |
| 13 A. Oh, okay. Well, it would be the same answer. | 13 -- strike that. I'm going to ask a different |
| 14 Q. Okay. Thank you. Now, when were you first | 14 question. |
| 15 contacted about being a general expert in this case | 15 When were you first contacted about being an |
| 16 regarding the Prosima? | 16 expert in this case regarding the Gynemesh PS? |
| 17 A. Well, the M -- this M -- this big MDL wave | 17 A. When you say "this case," you mean -- what do |
| 18 was in November. | 18 you mean specifically? |
| 19 Q. Okay. | 19 Q. I mean this Wave 1 general expert report. |
| 20 A. But there was another Prosima case prior to | 20 A. This. Oh, okay. So that all just started in |
| 21 that, maybe a year, year and a half ago. | 21 November. |
| 22 Q. Right. You're referring to the Caviness | 22 Q. Have you -- do you have an estimate of the |
| 23 case -- | 23 number of hours that you've spent preparing this |
| 24 A. Right. | 24 report which is marked as Exhibit 3? |

| Page 19 | Page 21 |
|---|---|
| 1 Q. -- where you were asked by Butler Snow to be | 1 A. Yeah. Probably, I would say -- I would |
| 2 an expert? | 2 estimate about 50 hours. |
| 3 A. Yes. | 3 Q. Now, that 50 hours, is that for the entire |
| 4 Q. But you didn't prepare a written report | 4 report for all three of the pelvic organ prolapse |
| 5 in that case. Correct? | 5 products? |
| 6 A. I honestly can't recall. I don't know. I | 6 A. Yes. |
| 7 can't remember. At this point, I'd have to look back | 7 Q. How many hours of that 50 would you say you |
| 8 at my records. | 8 spent actually drafting the report? |
| 9 MR. FAES: Okay. And I'd ask if one was | 9 A. Probably about 20. |
| 10 -- was created that it be produced to us, but, | 10 Q. And how many of those hours would you say you |
| 11 William, correct me if I'm wrong, I'm pretty sure | 11 spent reviewing materials that went into the report? |
| 12 there wasn't. It was just an expert disclosure. | 12 A. About 30. A lot of the materials I was |
| 13 Right? | 13 already familiar with from previous cases. |
| 14 MR. GAGE: Andy -- | 14 (Exhibit No. 4 marked.) |
| 15 THE WITNESS: I think -- | 15 Q. Okay. I'm going to hand you what's been |
| 16 MR. GAGE: -- I honestly don't know, but | 16 marked as Exhibit 4, which is the -- your CV that was |
| 17 I will tell you, my sense is -- | 17 produced to us. And I'm also going to mark as |
| 18 THE WITNESS: That's right. | 18 Exhibit 6 the CV that counsel just gave me, which was |
| 19 MR. GAGE: -- in Texas State court, I | 19 represented as your updated CV. At first glance, I |
| 20 think the rule is we only had to do disclosures and | 20 couldn't tell my difference to it. We'll refer to |
| 21 not reports. | 21 Exhibit 6 most of the time. |
| 22 MR. FAES: Yeah. | 22 (Exhibit No. 6 marked.) |
| 23 MR. GAGE: And I think you're -- | 23 Q. So if you look at Exhibit No. 6, which has |
| 24 THE WITNESS: Yeah, that's what it -- | 24 been represented as your current updated CV, there's a |

6 (Pages 18 to 21)

Christina Pramudji, M.D.

**Page 22**

1  list of publications. Correct?
2      A. Correct.
3      Q. Do any of the publications listed in your CV
4  specifically address the Prosima product?
5      A. No.
6      Q. Do any of the publications listed in your
7  report specifically address the Gynemesh PS products?
8      A. No.
9      Q. Do any of the publications in your report
10  specifically address the transvaginal technique for
11  the treatment of prolapse?
12          MR. GAGE: Object to form. Your -- the
13  -- and I'll object to the form to last two -- the last
14  two questions. You've asked the question: Do any of
15  the publications listed in your report. I'm thinking
16  you're meaning to say listed in your CV.
17          MR. FAES: I do mean that, so I'll --
18  thank you, William. I'll re-ask the question.
19          MR. GAGE: Yeah.
20      Q. (By Mr. Faes) Do any of the --
21          MR. GAGE: Well, she was giving an
22  incorrect answer by saying no and so I felt it was
23  important to. . .
24          THE WITNESS: Oh, I knew what -- I knew

**Page 23**

1  what he meant.
2          MR. FAES: That's the one time when I
3  appreciate the speaking objection, William.
4          MR. GAGE: Yes.
5      Q. (By Mr. Faes) Do any of the -- Dr. Pramudji,
6  do any of the publications listed in your curriculum
7  vitae specifically address the Gynemesh PS product?
8      A. No.
9      Q. Do any of the publications listed in your
10  curriculum vitae specifically address the transvaginal
11  technique for the treatment of pelvic organ prolapse?
12      A. No.
13      Q. Would you agree that the Prosima is an
14  alternative surgical treatment -- strike that.
15          Would you agree that the Prosima is an
16  alternative surgical procedure for the treatment of
17  prolapse as compared to other techniques that are
18  available to physicians?
19          MR. GAGE: Object to form.
20      A. Yes.
21      Q. (By Mr. Faes) You've never published any
22  peer-reviewed literature in the area of mesh
23  complications. Correct?
24      A. That's correct.

**Page 24**

1      Q. You've never treated -- strike that.
2          You've never published any peer-reviewed
3  literature in the area of treating mesh complications
4  either. Is that correct?
5      A. That's correct.
6      Q. Now, you've used the Prosima in your
7  practice. Correct?
8      A. Yes, I have.
9      Q. And you've implanted about 75 of them. Is
10  that --
11      A. That's sounds about right, yes.
12      Q. Can you tell me when you first implanted the
13  Prosima device?
14      A. Let's see. It was shortly after it came out,
15  which I believe was in 2008, if I remember correctly.
16  So that would have been -- you know -- shortly after
17  it was launched I -- was when when I tried it.
18      Q. Now, you wrote in your report, I believe,
19  that the Prosima didn't have a full launch until -- I
20  can't find it. I believe you wrote in your expert
21  report that the Prosima device didn't have a full
22  launch until later in -- later in 2010. Is that
23  correct?
24      A. (No response.)

**Page 25**

1      Q. It's Page 41 that you said it was not widely
2  launched until August of 2010.
3          MR. GAGE: Object to form.
4      Q. (By Mr. Faes) Broadly launched. And it's
5  top of Page 40. My mistake.
6          MR. GAGE: Object to form.
7      A. Oh, yes, that's correct. I got the dates
8  confused. So it would have been after that.
9      Q. (By Mr. Faes) So that -- what you said
10  earlier was incorrect, you don't believe --
11      A. Yeah.
12      Q. -- that you first implanted it in 2008?
13      A. That's -- yeah, that's incorrect. I got the
14  dates confused, yeah.
15      Q. So you believe that you -- and actually, I
16  was going to ask you later about that date on Page 40
17  of your report.
18      A. Uh-huh.
19      Q. Are you sure that's correct, that it was --
20  wasn't widely launched until August of 2010?
21          MR. GAGE: Object to form.
22      Q. (By Mr. Faes) Do you think it might have
23  been August of 2009?
24      A. I would have to -- I'd have to look back at

7 (Pages 22 to 25)

Christina Pramudji, M.D.

| Page 26 | Page 28 |
|---|---|
| 1  my references. | 1  A.  Absolutely. |
| 2    Q.  Okay.  But, at any rate, you believe you | 2    Q.  What mesh -- meshes do you use if you need a |
| 3  didn't begin using the Prosima device until it was | 3  flat mesh, for example? |
| 4  officially launched in either 2009 or 2010, whatever | 4    A.  Well, I -- I haven't really used just a flat |
| 5  the date may be, by Ethicon.  Correct? | 5  mesh.  I've used -- I've used -- I use the Elevate. |
| 6    A.  That's correct, yes. | 6    Q.  Still? |
| 7    Q.  But you know that it -- that the Prosima | 7    A.  No. |
| 8  device was actually cleared in 2007? | 8    Q.  When did you stop using the Elevate? |
| 9    A.  Yes. | 9    A.  Well, they've -- they've now stopped |
| 10    Q.  And was available to a limited number | 10  producing it, so. . . |
| 11  of physicians who were conducting trials and studies | 11    Q.  When did they stop producing it? |
| 12  on the device.  Is that correct? | 12    A.  I think -- I think they're in the process of |
| 13    A.  Yes. | 13  stopping, but they announced a couple of weeks ago |
| 14    Q.  So you -- you were not, as far as you know, | 14  that they are not going to produce it anymore. |
| 15  one of the people that was involved in conducting a | 15    Q.  How did you learn of that announce many? |
| 16  clinical trial on the Prosima or using the Prosima | 16    A.  Through an e-mail from ASTORA. |
| 17  prior to its full launch by Ethicon.  Is that right? | 17    Q.  From -- was it from your sales rep or. . . |
| 18    A.  That's correct. | 18    A.  No.  It was from corporate. |
| 19    Q.  Now, you use Gynemesh PS in your medical | 19    Q.  Okay.  And did they say when in that e-mail |
| 20  practice, as well.  Is that correct? | 20  that they would officially stop -- |
| 21    A.  I have used it in the past on a few | 21    A.  Yes -- |
| 22  occasions. | 22    Q.  -- making it available for sale? |
| 23    Q.  How many times would you estimate you've used | 23    A.  -- but I can't remember the date.  I think if |
| 24  the Gynemesh PS? | 24  the hospitals still have it, it could be used, but, |

| Page 27 | Page 29 |
|---|---|
| 1    A.  The free cut Gynemesh PS, is that what you're | 1  you know, I think patients might feel uncomfortable |
| 2  referring to. | 2  with that.  So next time that I need a transvaginal |
| 3    Q.  Yes.  Yes, the flat -- the Gynemesh PS, the | 3  mesh, I'll probably use the Boston Scientific mesh. |
| 4  flat mesh. | 4    Q.  Which Boston Scientific mesh do you believe |
| 5    A.  Maybe a dozen times. | 5  you'd use? |
| 6    Q.  Do you recall during what time period you've | 6    A.  Well, I think they only have one transvaginal |
| 7  used the Gynemesh PS? | 7  kit right now and I can't recall the name of it. |
| 8    A.  Going back to 2002 and then going forward to | 8    Q.  Is it the Uphold product? |
| 9  probably 2011. | 9    A.  Uphold, yes. |
| 10    Q.  So when you used the Gynemesh prior to 2005, | 10    Q.  I got a little sidetracked with the Elevate |
| 11  did you just use it where you would cut portions of it | 11  stuff. |
| 12  to help you in treating prolapse when you were doing | 12    A.  Okay. |
| 13  native tissue repair? | 13    Q.  So if you need a -- if you needed a -- strike |
| 14    A.  That's correct. | 14  that. |
| 15    Q.  Okay.  And why did you stop using it in 2011? | 15      When is the last time that you recall using a |
| 16    A.  Because of the environment around that | 16  flat mesh that you cut yourself or inserted in whole |
| 17  transvaginal mesh with the patients being more wary of | 17  in a pelvic organ prolapse repair? |
| 18  it and feeling reluctant to have mesh implants. | 18    A.  So not a kit -- |
| 19    Q.  So you would agree that you moved away from | 19    Q.  Right. |
| 20  using mesh for pelvic organ prolapse repair? | 20    A.  -- you mean? |
| 21    A.  Yes.  Not completely, but, yes.  The | 21    Q.  Right.  A flat mesh like the Gynemesh PS. |
| 22  environment was not conducive to using it. | 22    A.  The last time would probably be in 2011, |
| 23    Q.  So when you -- do you still use mesh | 23  because at that point I only used it to supplement a |
| 24  occasionally for pelvic organ prolapse repair? | 24  to Total Prolift that had a large apical defect.  So, |

8 (Pages 26 to 29)

## Christina Pramudji, M.D.

|  | Page 30 |
|---|---|
| 1 | at that point, I wasn't even using it by itself. I |
| 2 | used it in conjunction with the Prolift. I would |
| 3 | fashion a greater apical support with the free mesh, |
| 4 | if that makes sense. So where the Total Prolift would |
| 5 | go across the apex, I would supplement with the |
| 6 | Gynemesh. So the last time that I would have used a |
| 7 | free cut mesh just to supplement was probably |
| 8 | pre-Prolift. |
| 9 | Q. Okay. If you -- let me ask you this: If you |
| 10 | had a patient with a large defect that you didn't feel |
| 11 | you could repair using either native tissue or suture |
| 12 | repair or a biologic mesh, would you consider using a |
| 13 | synthetic mesh? |
| 14 | A. Yes. |
| 15 | Q. What synthetic -- what would be your |
| 16 | synthetic mesh of choice in that situation? |
| 17 | A. I don't know. I don't know who -- I don't |
| 18 | even know if they still make Gynemesh, because I |
| 19 | haven't used it in so long. I don't even know if that |
| 20 | product -- |
| 21 | Q. So -- |
| 22 | A. If that product is available, I would use |
| 23 | Gynemesh. |
| 24 | Q. So, sitting here today, you don't know |

|  | Page 31 |
|---|---|
| 1 | whether or not the Gynemesh PS is still available or |
| 2 | not? |
| 3 | A. I do not know. |
| 4 | Q. Have you ever used the Prolene Soft product? |
| 5 | A. I always get the different nomenclatures |
| 6 | confused. Is that the same one as Prolift Plus M? |
| 7 | Q. No, it is not. |
| 8 | A. Okay. Is that the Vypro? |
| 9 | Q. No. |
| 10 | A. Okay. What is the -- |
| 11 | Q. So -- so let me ask you this: Sitting here |
| 12 | today, do you know what the Prolene Soft mesh is? |
| 13 | A. No, I don't. |
| 14 | Q. Do you know if there is any difference |
| 15 | between the Prolene Soft mesh and the Gynemesh PS |
| 16 | mesh? |
| 17 | A. I can't recall right now. |
| 18 | Q. So if they're identical, you wouldn't know |
| 19 | that one way or the other? |
| 20 | A. I can't recall what Prolene Soft is. |
| 21 | Q. Okay. So it's probably also fair to say that |
| 22 | you don't know if there's a price difference between |
| 23 | the Gynemesh PS or the Prolene Soft mesh? |
| 24 | A. A price difference? |

|  | Page 32 |
|---|---|
| 1 | Q. Yes. |
| 2 | A. No, I don't know. |
| 3 | Q. Do you know what sizes and configurations the |
| 4 | Gynemesh PS currently is available in? |
| 5 | A. No. |
| 6 | Q. You stated earlier that you stopped using the |
| 7 | Gynemesh PS, I think, because of the environment? |
| 8 | A. Yes. |
| 9 | Q. Did you say -- did I get that right? |
| 10 | A. That's correct. |
| 11 | Q. What do you mean by that? |
| 12 | A. Well, when there's you, know, wall-to-wall |
| 13 | litigation commercials, patients look askew at mesh |
| 14 | procedures. And so they -- they get scared and they |
| 15 | want to look at other alternatives. |
| 16 | Q. When did you first begin to use a mesh kit |
| 17 | for the treatment of prolapse? |
| 18 | A. 2005. |
| 19 | Q. And what was the first kit that you used? |
| 20 | A. The Prolift. |
| 21 | Q. And other than that kit, is the only other |
| 22 | kit you've used on a -- not counting, like, cadaver |
| 23 | labs -- |
| 24 | A. Uh-huh. |

|  | Page 33 |
|---|---|
| 1 | Q. -- but in a -- on a live human woman, is the |
| 2 | only other kit that you've used the Elevate? |
| 3 | A. Elevate, the Prosima -- |
| 4 | Q. Oh, yeah, the Prosima and the -- |
| 5 | A. -- and the Uphold. |
| 6 | Q. You have used the Uphold? |
| 7 | A. Yes. |
| 8 | Q. When did you first use that? |
| 9 | A. I don't recall. It was several years ago. |
| 10 | Q. And has it -- when's the last time that you |
| 11 | used the Uphold kit? |
| 12 | A. I really have only tried it a couple of times |
| 13 | and that was a few years ago. |
| 14 | Q. Okay. And you've also used -- I think you |
| 15 | just forgot to mention it -- you've used the Prolift |
| 16 | Plus M -- |
| 17 | A. Yes. |
| 18 | Q. -- kit before, as well. |
| 19 | A. Yes. |
| 20 | Q. Correct? |
| 21 | A. Uh-huh, that's correct. |
| 22 | MR. GAGE: Let me just remind you -- |
| 23 | THE WITNESS: Yes. |
| 24 | MR. GAGE: -- the way the Court Reporter |

9 (Pages 30 to 33)

Christina Pramudji, M.D.

| Page 34 |
| --- |

1    has to work, Andy -- let Andy really completely fully
2    finish his question --
3          THE WITNESS: Uh-huh.
4          MR. GAGE: -- before you answer, because
5    I'm reading the transcript here and a lot of times
6    you're answering before Andy is finished. And we want
7    to make it nice and clean for the record, so I may
8    from time to time nudge you on that point.
9          MR. FAES: And the Court Reporter
10   appreciates it, too.
11         MR. GAGE: Yeah.
12     Q. (By Mr. Faes) Now, during the time that you
13   were using the Prosima, did you also continue to do
14   native tissue repairs with sutures?
15     A. Yes, I did.
16     Q. Did you view the native tissue repairs with
17   sutures as an alternative to the Prosima and vice
18   versa?
19     A. Yes.
20     Q. And you've also done abdominal
21   sacrocolpopexy. Correct? I tried to say that
22   correct. I don't know if I did or not.
23     A. That was close. Yes. I really started doing
24   that primarily, though, after 2011 when the

| Page 35 |
| --- |

1    transvaginal mesh became controversial.
2      Q. When did you first start to perform that
3    procedure?
4      A. I did a handful prior to 2011, but I really
5    started using it more after 2011.
6      Q. In terms of an alternative treatment for a
7    patient, would you agree that abdominal sacrocolpopexy
8    would be one of the alternatives if, in fact, there
9    were prolapse in the part of a -- in the part of a
10   pelvis that would be appropriate for that treatment?
11         MR. GAGE: Object. Form.
12     A. I don't understand the last part of your
13   question.
14     Q. (By Mr. Faes) You know what, I'll strike
15   that and ask a new one.
16         What meshes have you used for abdominal sacro
17   -- I'll just say ASC. Okay? What meshes have you
18   used for AFC -- ASC?
19     A. I've used the Ethicon product.
20     Q. Okay.
21     A. The Coloplast product, which is called
22   Restorelle, R-E-S-T-O-R-E-L-L-E. And that's what I
23   use currently. And I've also used the AMS product.
24     Q. The Y mesh or. . .

| Page 36 |
| --- |

1      A. Y mesh. They're all Y meshes.
2      Q. But you don't use the Ethicon Artisyn mesh?
3          MR. GAGE: Object. Form.
4      A. I tried it a couple times, but I didn't -- I
5    didn't prefer it. It was harder to work with in
6    surgery than the Restorelle in my hands.
7      Q. (By Mr. Faes) So it would be fair to say
8    that currently when you do abdominal sacrocolpopexy
9    procedure, your mesh of choice is the Coloplast
10   Restorelle?
11     A. That's correct.
12     Q. When you consent a patient for a mesh kit,
13   such as the Prosima device, do you -- did you talk to
14   them about the specific manufacturer and compared the
15   kits with them that were available to use or did you
16   just talk about vaginal mesh, in general, and then you
17   chose the kit for that patient?
18         MR. GAGE: Object to form.
19     A. I would talk about the vaginal mesh in
20   general and maybe with the Prosima some of the nuances
21   compared to the Prolift, but I -- other than that, I
22   didn't compare it to different kits. I don't think
23   patients would really be able to -- most patients
24   would not be able to fully understand and appreciate

| Page 37 |
| --- |

1    the differences between the different kits.
2      Q. (By Mr. Faes) Okay. So that kind of brings
3    --
4      A. I didn't see much -- I didn't much use for
5    that.
6      Q. Okay. So that kind of brings me to my next
7    question: You -- what's the time period that you
8    performed the Prolift device? From 2005 until it
9    was no longer available in 2012?
10     A. Yes, that's correct.
11     Q. And you were performing the Prosima from
12   either 2009 or 2010, whenever the launch date was,
13   until its discontinuance. Right?
14     A. That's correct.
15     Q. So during the time when you were implanting
16   both Prosima devices and Prolift devices, how did you
17   decide which kit to use for which patient?
18     A. The Prosima is best suited for a grade 2 or 3
19   cystocele or rectocele without loss of apical support.
20   If they needed more apical support or they had other
21   factors that they needed more support, then
22   I would do the Prolift.
23     Q. So is it fair to say that the Prosima was
24   your device of choice for a patient that had a grade 2

10 (Pages 34 to 37)

## Christina Pramudji, M.D.

| Page 38 | Page 40 |
|---|---|

**Page 38**

1  or 3 rectocele or cystocele without loss of apical
2  support?
3      A.  Yes.
4      Q.  And your -- was your Prolift your device of
5  choice for all other patients or was there a specific
6  subset of patients that was your device of choice
7  for?
8      A.  That was definitely my device of choice for
9  the more severe prolapse patients, grade 4s or some
10  grade 3s, as well, just depending on -- all grade 3s
11  are not the same.  They can have different angles and
12  different areas that need support and some of those
13  would get a Prolift, as well.
14      Q.  Now, like the Prosima device, the Elevate
15  does not have trocar passes.  Is that correct?
16      A.  That's correct.
17      Q.  One significant difference between -- strike
18  that.
19          The fact that there were no external trocar
20  passes with the Elevate or the Prosima, did you see
21  that as a potential benefit from a safety perspective
22  as compared to the Prolift?
23      A.  Yes, I did.  You -- you do avoid some
24  bleeding that could occur with a trocar pass.  I

**Page 39**

1  didn't have any other complications with the trocar
2  passes than bleeding at times, but for that reason it
3  would have a slightly -- a slight advantage to the
4  Prosima.
5      Q.  Now, you talked a little bit about -- a
6  minute ago about the Prosima device being best for
7  grade 2 or 3 defects.  Is that correct?
8      A.  Yes.
9      Q.  Is there anything, as you sit here today,
10  that you know of in the IFU that tells physicians that
11  the device is best for those two grades of prolapse?
12      A.  I believe it does state that in the IFU and I
13  know that that is what we taught in the prof ed, as
14  well.
15      Q.  So you believe it states in the Prolift IFU
16  that it is only indicated for grade 2 or 3 defects?
17          MR. GAGE:  Object.  Form.
18      A.  I know it's in some of the literature that
19  the company put out.  I'd have to look and see if it's
20  in the IFU that I'm picturing in my head right now.
21  Can I look at it?
22      Q.  (By Mr. Faes)  Yeah.
23          MR. FAES:  Do you want to go off the
24  record for just a second?  I need some water and she

**Page 40**

1  can look at it.
2          (Break.)
3      Q.  (By Mr. Faes)  Dr. Pramudji, we're back on
4  the record after a short break.  Are you ready to
5  proceed?
6      A.  Yes.
7          (Exhibit No. 7 marked.)
8      Q.  Before I -- before the break, I had asked you
9  whether or not the Prosima IFU states that the device
10  is indicated for grade 2 or 3 rectocele or cystocele
11  and I handed you what's been marked as Exhibit No. 7
12  to your deposition, which is the 2010 Prosima IFU.
13  Are you -- have you reviewed that document and are you
14  prepared to answer the question?
15      A.  Yes.  I do not see in there where it says
16  that it's indicated for that.
17      Q.  Had she --
18          MR. GAGE:  Hang on just a second.  Okay.
19  Go ahead.
20      Q.  (By Mr. Faes)  But you did mention that you
21  believe that it was -- that information was contained
22  in professional education materials?
23      A.  Yes.
24      Q.  Let me ask you this:  Do you know if Ethicon

**Page 41**

1  keeps track of who those professional materials go to?
2      A.  I have no idea.
3      Q.  You would agree that the IFU, which is
4  Exhibit No. 7 in front of you, is required by law to
5  be in every Prosima product that is sold to
6  physicians.  Is that correct?
7      A.  Correct.
8      Q.  So we can ensure -- strike that.
9          By contrast, the professional education
10  materials provided by Ethicon are not in every box of
11  the product that goes out to physicians.  Is that
12  correct?
13      A.  Of course not.
14      Q.  Doctor, do you know the clearance date for
15  the Gynemesh PS flat mesh product?
16      A.  I think it goes back to 2002.
17      Q.  And do you know when the Gynemesh PS product
18  was first launched in the United States?
19      A.  No, I don't.
20      Q.  And I'll take it, since you don't know what
21  the Prolene Soft mesh is, you don't know what the
22  clearance date is for that product either?
23      A.  Correct.
24      Q.  And you don't know when the Prolene Soft

11 (Pages 38 to 41)

Christina Pramudji, M.D.

Page 42

1  product was first available for use by physicians in
2  the United States?
3      A.  That's right.
4      Q.  Do you know the clearance date for the
5  Prosima product?  I think we talked about this a
6  little earlier.
7      A.  I think it was around 2008.
8      Q.  But you don't know any more specific than
9  that --
10     A.  No.
11     Q.  -- sitting here today?  Do you recall if you
12  -- if you listed that clearance date for either the
13  Gynemesh PS or the Prosima product in your report?
14     A.  I think I did.  I can -- I'd have to look and
15  see exactly where I put it in here.
16     Q.  Okay.  I don't -- I don't want to take the
17  time right now, but we'll just -- we'll just have your
18  answer stand that you believe it's in there.
19         Let me ask you this, Doctor:  Would you --
20  have you ever used a medical device for something that
21  it was not indicated for?
22     A.  No.
23     Q.  Is that something you would consider doing,
24  is using a medical device for something off label or

Page 43

1  something that was not specifically in its indications
2  for use?
3      A.  Absolutely.  As a trained surgeon, I use my
4  professional judgment and sometimes there are
5  situations where you use things off label, medications
6  or potentially, devices.  I haven't used a device off
7  label that I can recall.  I have used a medication off
8  label and discussed that with the patient, but that's
9  within the prerogative of the physician to use their
10  judgment.
11     Q.  And I take it -- you understand that surgical
12  mesh is a medical device.  Correct?
13     A.  Yes.
14     Q.  So you've never used a surgical mesh off
15  label in your -- how many years have you been
16  practicing?
17     A.  Fifteen years.
18     Q.  You've never used a -- so I'll restart the
19  question:  You've never used a surgical mesh off label
20  in your 15 years of practice that you can recall.
21  Correct?
22     A.  That's correct.
23     Q.  Do you know, sitting here today, whether or
24  not the Gynemesh PS flat mesh is indicated for

Page 44

1  transvaginal use?
2      A.  Yes, it is.
3      Q.  So you believe, as you sit here today, that
4  the Gynemesh PS mesh is indicated for transvaginal
5  use?
6      A.  Yes.
7      Q.  Do you recall sitting -- as you sit here
8  today, if you've reviewed the 2013 Gynemesh PS flat
9  mesh IFU?
10     A.  I'm sure I have, but I'd have to refresh my
11  memory on that.
12     Q.  Okay.  Do you recall, as you sit here today,
13  if you've reviewed the 2015 Gynemesh flat mesh IFU
14  that's available on Ethicon's website?
15     A.  I'm sure I have, but I'd have to review
16  specifics.
17     Q.  Do you agree with the FDA's viewpoint that
18  there is a need for more rigorous studies regarding
19  the safety and efficacy of mesh kits?
20         MR. GAGE:  Object to form.
21     A.  No, I disagree with them, because I think
22  that we have a very strong body of data showing that
23  the mesh kits are safe and effective.
24     Q.  (By Mr. Faes)  Have you ever seen the 522

Page 45

1  order that was issued by the FDA with regard to the
2  Prosima?
3      A.  I'm sure that I have at some point.
4      Q.  Do you recall, sitting here today, what it
5  said?
6      A.  I can't recall.
7      Q.  Have you seen Ethicon's response to the 522
8  order on the Prosima?
9      A.  I'm sure that I have, but I couldn't -- I
10  couldn't recite it to you.
11     Q.  Do you recall, as you sit here today, if in
12  response to Ethicon's -- strike that.
13         Do you recall, as you sit here today, if in
14  response to the FDA's 522 on the Prosima, Ethicon
15  tried to get the FDA to accept studies that it had
16  already done on the Prosima in lieu of a 522 study?
17         MR. GAGE:  Object to form.
18     A.  I'm not sure if I know about that or not.  I
19  don't recall.
20     Q.  (By Mr. Faes)  Has anyone ever told you why
21  the Prosima was removed from the market?
22         MR. GAGE:  Object to form.
23     A.  Not that I recall.
24     Q.  (By Mr. Faes)  Do you have an understanding,

12 (Pages 42 to 45)

Christina Pramudji, M.D.

| | |
|---|---|
| **Page 46** | **Page 48** |

**Page 46**

1  as you sit here today, of why the Prosima was removed
2  from the market?
3  　　　MR. GAGE: Object to form.
4  　　A. My understanding is that it was a calculation
5  of being able to sell the product and having the
6  resources to do the research that was required for the
7  522. That was my understanding. I can't recall who
8  told me that.
9  　　Q. (By Mr. Faes) Let me ask you this: Do you
10  intend to offer any opinions in this case about why
11  the Prosima was removed from the market?
12  　　　MR. GAGE: Object to form.
13  　　A. I am not sure.
14  　　Q. (By Mr. Faes) Would you agree that from the
15  time that the Ethicon did a full launch of the Prosima
16  product until the time they stopped making it and it
17  was no longer available, it was less than three years?
18  　　A. That's correct.
19  　　Q. Do you know how many Prosima devices Ethicon
20  sold during that time?
21  　　A. No, I don't.
22  　　Q. Do you recall specifically how you found
23  out that the Prosima device was no longer going to
24  be available for sale?

**Page 47**

1  　　A. No, I don't recall.
2  　　Q. Do you recall the month or the year when that
3  occurred?
4  　　A. No.
5  　　Q. Do you recall if you had, like, a warning
6  period -- was -- strike that.
7  　　　Was there a time between when you were
8  told that the Prosima was going to be -- was no
9  longer going to be available for sale and when it
10  was actually not available for sale?
11  　　A. Yes.
12  　　Q. Do you recall what hospitals you worked at
13  during that time period when -- between when Prosima
14  -- the announcement on Prosima was first made that it
15  was no longer going to be sold and when it was
16  ultimately no longer available?
17  　　A. Yes.
18  　　Q. Which hospitals were those?
19  　　A. Memorial Hermann, Memorial City.
20  　　Q. Okay.
21  　　A. And Memorial Hermann Katy and St. Catherine's
22  Hospital.
23  　　Q. Do you know if any of those hospitals still
24  had Prosima devices on their shelves after Ethicon

**Page 48**

1  stopped selling the product?
2  　　A. Yes, they did.
3  　　Q. Do you know what they did with those
4  products?
5  　　A. They kept them so that I could use them.
6  　　Q. So you used -- continued to use the Prosima
7  device after the announcement was made that it was no
8  longer going to be available?
9  　　A. Yes.
10  　　Q. How many Prosima devices did you use --
11  　　A. I don't recall.
12  　　Q. -- during that time period?
13  　　A. I don't know.
14  　　Q. Do you recall when the last Prosima device
15  you placed was?
16  　　A. No, I don't remember.
17  　　Q. Do you know what the shelf life of the
18  Prosima product is?
19  　　A. No.
20  　　Q. Is it your usual practice to check the
21  expiration date before you implant the product --
22  　　A. Absolutely.
23  　　Q. -- in a person?
24  　　A. Sorry. Sorry to interrupt. Yes, absolutely.

**Page 49**

1  　　Q. And to your knowledge, you've never implanted
2  a product that was past the expiration date. Is that
3  correct?
4  　　A. Not to my knowledge.
5  　　Q. Did you ask the hospital to buy up or
6  stockpile any Prosima devices before it was no longer
7  available when the announcement was made?
8  　　A. No, I didn't ask them to do that. I just
9  felt like I would use what they already had on hand.
10  　　Q. You didn't do any kind of projection of, I
11  think that -- you know -- I anticipate using this many
12  products a month and the shelf life is X number of
13  years, so I'll need this many products, you didn't do
14  that analysis?
15  　　A. No.
16  　　Q. Same question on the Prolift: Do you
17  know if any of the hospitals had that device on its
18  shelves after Ethicon stopped selling the product?
19  　　A. Yes, they did, and I continued to use it.
20  　　Q. And you used it until they ran out?
21  　　A. That's correct.
22  　　Q. And same question on the Prolift: Did you
23  ask any of the hospitals to buy up extra Prolift while
24  it was available --

13 (Pages 46 to 49)

## Christina Pramudji, M.D.

1     A. No.
2     Q. -- obviously keeping in mind that there's
3 an expiration date on the product and you would need
4 to use it before it expired?
5     A. No, I didn't go to that extent.
6     Q. What about the Prolift Plus M device?
7     A. Same story.
8     Q. Okay. So you did continue to use the Prolift
9 Plus M device up until the time it was no longer
10 available?
11     A. That's correct.
12     Q. We talked a little bit about the selection
13 criteria you used for the Prosima versus the Prolift
14 device. What was your selection criteria for patients
15 on the Prolift Plus M device? What kind of patients
16 did you put that into?
17     A. Well, once the Prolift Plus M became
18 available and I felt -- I saw result -- good results
19 in my own patients, I started to transition my Prolift
20 patients to Prolift Plus M patients. And so I began
21 to use it more -- much more frequently than the
22 Prolift. And it would have been basically the same
23 patients with the more severe prolapse or loss of
24 apical support.

1     Q. For the Prolift Plus M?
2     A. Correct.
3     Q. Did -- was there a time that the Prolift Plus
4 M device became your device of choice over the
5 Prolift?
6     A. Yes, for a while it was.
7     Q. Do you recall about what time period that was
8 when that occurred?
9     A. No, I can't remember.
10     Q. You said that you waited to switch over until
11 you saw good results in your own patients. Did you do
12 -- do you mean you implanted it in the patients and
13 then waited to see what happened or are you referring
14 to other physicians in your group?
15     A. In my own patients --
16     Q. Okay.
17     A. -- where I could examine them myself and see,
18 see how well it worked.
19     Q. If you were able to find a Prosima or a
20 Prolift device today that was not already expired,
21 would you consider implanting it in a patient?
22     A. Absolutely.
23     Q. Do you believe it's within the standard of
24 care to continue to implant those devices today?

1     A. Absolutely. They're great products.
2     Q. Do you believe the Prosima device is still
3 cleared by the FDA today?
4     A. From a regulatory perspective, I'm not sure.
5 I don't know.
6     Q. If it were not cleared, would you still
7 consider implanting the Prosima in a patient?
8     MR. GAGE: Object to form.
9     A. You know, it worked so great in -- with my
10 patients that I probably would consider it, because
11 looking at the data and with my own experience, I
12 think it's proven to be very effective and safe and I
13 feel very comfortable with it.
14     Q. (By Mr. Faes) So do you believe a physician
15 would be within the standard of care if he knowingly
16 implanted a medical device that was not currently cleared
17 or approved by the FDA?
18     MR. GAGE: Object to form.
19     A. In certain situations, yes. Because our
20 knowledge as physicians allows us the leeway to use
21 things off label.
22     Q. (By Mr. Faes) I'm not talking about things
23 that aren't indicated. I'm talking about a device
24 that is no longer cleared or approved by the FDA.

1     A. Uh-huh.
2     MR. GAGE: Object to form.
3     Q. (By Mr. Faes) Do you understand that?
4     A. I see the distinction that you're talking
5 about. I think strictly legally there could be some
6 -- some problems if you implant something that's not
7 FDA approved, but whether that's outside the standard
8 of care, I think -- I think it could still be within
9 the standard of care.
10     Q. Backtracking a little bit to the Gynemesh PS
11 flat mesh product, have you ever seen the 522 order
12 that was issued by the FDA with regard to that
13 product?
14     A. I believe I have.
15     Q. Do you recall, sitting here, what it said?
16     A. No, I don't recall.
17     Q. Do you know what Ethicon did in response to
18 the 522 order on the Gynemesh PS flat mesh?
19     A. No, I don't.
20     Q. Have you ever used the standard, traditional
21 Prolene mesh in your medical practice?
22     A. What do you mean by standard, traditional
23 Prolene mesh?
24     Q. I'm talking about the standard mesh that's

14 (Pages 50 to 53)

Christina Pramudji, M.D.

| Page 54 | Page 56 |
|---|---|
| 1  for hernia repair, not Prolene Soft, not Gynemesh. | 1  Is that correct? |
| 2    A.  No. | 2    A.  Yes, that's correct. |
| 3    Q.  Standard traditional Prolene mesh. | 3    Q.  Let me ask you this:  When you consulted |
| 4    A.  No, I have not. | 4  patients after this public health notification was |
| 5    Q.  Is that a mesh that you would consider using | 5  issued, did you talk to them about this notice? |
| 6  in your practice? | 6    A.  Absolutely. |
| 7    A.  I don't know.  I'm not familiar with it. | 7    Q.  Did you tell your patients that you disagreed |
| 8    Q.  Let me ask you this:  Do you believe it would | 8  with the public health notification, that you |
| 9  be a reasonable decision for a doctor to stop using | 9  disagreed with the FDA that the complications were not |
| 10  the Prosima device following the July 2011 FDA public | 10  rare? |
| 11  health notification? | 11    A.  Yes, I did, because in my hands and the |
| 12    A.  Sure. | 12  literature, they are rare. |
| 13    Q.  The same question:  Do you believe it would | 13    Q.  Do you believe that a physician, when they -- |
| 14  be a reasonable decision for a doctor to stop using | 14  a physician who consents is -- strike that. |
| 15  the Prosima -- strike that. | 15    If a physician consents his patients for a |
| 16    Do you believe it would be a reasonable | 16  pelvic organ prolapse kit procedure and tells that |
| 17  decision for a doctor to stop using the Prolift or | 17  patient that serious complications associated with |
| 18  Prolift Plus M device following the July 2011 FDA | 18  surgical mesh are rare, do you believe that that |
| 19  public health notification? | 19  physician has appropriately consented the patient? |
| 20    A.  If they're uncomfortable with it, that's | 20    MR. GAGE:  Object to form. |
| 21  their prerogative. | 21    A.  Yes. |
| 22    Q.  Would you agree that surgical complications | 22    Q.  (By Mr. Faes)  Do you agree or disagree that |
| 23  associated with surgical mesh for transvaginal repair | 23  there is no evidence that transvaginal mesh repair |
| 24  of pelvic organ prolapse are not rare? | 24  with mesh provides any added benefit compared to |

| Page 55 | Page 57 |
|---|---|
| 1    A.  How are you defining "rare"?  Or what do you | 1  traditional surgery without mesh? |
| 2  mean by "rare"?  Can you clarify that? | 2    A.  I disagree, because I think the literature |
| 3    Q.  Well, you're a physician.  How do you | 3  bears it out, but the transvaginal mesh repair is more |
| 4  understand the word "rare" when it relates to | 4  effective that traditional repair.  There's multiple |
| 5  complications? | 5  studies that reinforce that. |
| 6    A.  In my opinion, and looking at the literature | 6    Q.  And you know -- |
| 7  and with my own experience, I think that the surgical | 7    A.  And I saw that in my own experience. |
| 8  complications are rare, meaning that they're less than | 8    Q.  And if you turn to Page 3, you see that that |
| 9  ten percent. | 9  statement is contained within the public health |
| 10    (Exhibit No. 8 marked.) | 10  notification, as well. |
| 11    Q.  I'm going to hand you what's been marked as | 11    A.  (No response.) |
| 12  Exhibit No. 8 to your deposition.  This is the 2011 | 12    Q.  It's the third bullet point.  I'll read it |
| 13  public health notification. | 13  again for you.  There is no evidence that transvaginal |
| 14    A.  Uh-huh. | 14  repair to support the top of the vagina, parentheses, |
| 15    Q.  If I could have you turn to the second page. | 15  (apical repair or back wall of the vagina), |
| 16    A.  Uh-huh. | 16  parentheses, posterior repair with mesh provides any |
| 17    Q.  I'm just going to read the -- one, two, | 17  added benefit compared to traditional surgery without |
| 18  three, four -- fifth paragraph down.  It says:  The | 18  mesh. |
| 19  FDA is issuing this update to inform you that serious | 19    Do you see that? |
| 20  complications associated with surgical mesh for | 20    A.  Yes, I do. |
| 21  transvaginal repair of POP are not rare. | 21    Q.  And you disagree with that statement from the |
| 22    Do you see that? | 22  FDA? |
| 23    A.  Yes. | 23    A.  When you narrow in on the posterior wall, it |
| 24    Q.  So you disagree with the FDA in this regard. | 24  is not as much of a benefit as it is on the anterior |

Christina Pramudji, M.D.

Page 58

1  wall, which is what I was referring to previously.
2      Q.  So I'm not sure if I got an answer to my
3  question.  Are you saying you agree with this
4  statement from the FDA or disagree with it or you
5  can't answer?
6      A.  I would agree with that bullet point --
7      Q.  When you --
8      A.  -- about the posterior wall.
9      Q.  When you consented patients for pelvic organ
10 prolapse procedures after July of 2013 --
11     A.  Uh-huh.
12     Q.  -- did you tell them that there was no
13 evidence that using mesh provides any added benefit as
14 compared to traditional surgery without a mesh?
15         MR. GAGE:  Object to form.
16     A.  What I told patients -- we're speaking of a
17 posterior repair right now.  And what I told patients
18 is that there is a slight benefit with the mesh and
19 there is definitely a benefit with decreased pain with
20 the posterior mesh versus a traditional posterior
21 plication repair.  Does that answer your question?
22     Q.  (By Mr. Faes)  Yes.  Do you agree that mesh
23 used in transvaginal pelvic organ prolapse repair
24 introduces risks not present in traditional non-mesh

Page 59

1  surgery for pelvic organ prolapse repair?
2      A.  The only additional risk that it introduces
3  is a mesh exposure.
4      Q.  So was my -- the answer to my question, yes,
5  you agree with that statement?
6      A.  (No response.)
7      Q.  Do you want me to read the question again?
8          MR. GAGE:  No.  She can look at it here.
9      A.  No.  It only introduces that one risk.  All
10 other risks are going to be potential with any
11 pelvic floor surgery.
12     Q.  (By Mr. Faes)  So is it your testimony that
13 mesh contraction is a risk of any other pelvic
14 surgery?
15     A.  Wound contraction is.  Mesh doesn't contract.
16 The wound contracts and the scarring contracts.
17     Q.  You don't believe that mesh contracts?
18     A.  No.  The wound and the scar contract.
19     Q.  If you go down to the second paragraph below
20 the bullet point it says:  Mesh contraction,
21 parenthesis, (shrinkage) is a previously unidentified
22 risk of transvaginal POP repair with mesh that has
23 been reported in the scientific literature in an
24 adverse event reports to the FDA since the October

Page 60

1  20th, 2008 public health notification.
2          So at least according to this, both the FDA
3  and the medical literature believed that mesh
4  contraction or shrinkage does exist.  Is that correct?
5          MR. GAGE:  Object to form.
6      A.  Yes, they do believe that, but I respectfully
7  disagree, because the mesh does not contract.  It's
8  the scar tissue around it.  And you can see wound
9  contraction and vaginal shortening, tightening, pain
10 with any pelvic floor correction.
11     Q.  (By Mr. Faes)  So you would disagree with
12 both the FDA and the medical literature that mesh
13 can contract or shrink?
14         MR. GAGE:  Object to form.
15     A.  Yes, the mesh does not contract or shrink.
16 The wound and the scarring is what contracts and
17 shrinks.  The mesh, itself, does not.
18     Q.  (By Mr. Faes)  When the wound or scar
19 contracts and shrinks --
20     A.  Uh-huh.
21     Q.  -- if the mesh is encapsulated --
22     A.  Uh-huh.
23     Q.  -- can the mesh shrink, as well, along with
24 the wound or scar tissue?

Page 61

1      A.  I mean, it's a matter of semantics.  The
2  mesh, itself, is not shrinking or contracting.  If you
3  take it out, it's going to be the same Prolene caliber
4  fibers.  They're not going to be shrunken.
5      Q.  There not going to be shrunken or deformed as
6  the wound or the scar tissue which completely
7  surrounds it contracts?
8      A.  The pores will be -- the pores of the mesh
9  maybe shrunken or deformed and pulled together by the
10 scar tissue, but the Prolene, itself, is not shrunken.
11     Q.  Do you degree -- strike that.
12         Do you agree or disagree that mesh placed
13 abdominally for pelvic organ prolapse repair results
14 in lower rates of mesh complications compared to
15 transvaginal pelvic organ prolapse surgery with mesh?
16     A.  Actually, the mesh erosion rates are similar
17 with the transabdominal and the transvaginally placed
18 mesh looking at the sacrocolpopexy studies.  They have
19 similar rates.
20     Q.  So if you turn to Page 4 of exhibit -- the
21 exhibit that I just handed you.
22     A.  (Complying.)
23     Q.  You go under the bullet point:  Consider
24 these factors before placing surgical mesh.  The last

16 (Pages 58 to 61)

Christina Pramudji, M.D.

Page 62

1  bullet point you see, it reads:  Mesh placed
2  abdominally for pelvic organ prolapse repair may
3  result in lower rates of mesh complications compared
4  to transvaginal pelvic organ prolapse surgery with
5  mesh.
6        Is it fair to say that you disagree with the
7  FDA on this statement?
8     A.  Well, it says it may result.  They're not
9  saying it does result in lower rates.  And I think, if
10  we look at the literature, we can see they're very
11  similar rates.
12     Q.  So you -- does that mean you agree with the
13  statement from the FDA that it may result in lower
14  rates of mesh complications compared to transvaginal
15  pelvic organ prolapse surgery with mesh?
16     A.  As they've written it here, may result, I
17  can't really disagree with that.  I think, as -- as
18  time has borne out and as we've seen further studies
19  with sacrocolpopexy, we're seeing that this -- the
20  mesh exposure rate is very similar or suture exposure
21  rate.  And with abdominally placed mesh you also have
22  the risk of bowel obstruction and adhesions,
23  intraabdominal adhesions.
24     Q.  I think you've answered my question.  I'll

Page 63

1  object to move to strike after the word "that" just
2  for the record.
3        If a synthetic graft product like the Prosima
4  does not do better than native tissue repair, in terms
5  of safety and efficacy, do you think it should be
6  introduced to the market?
7     A.  That's a hypothetical question.
8     Q.  It is.
9     A.  If any product doesn't show improved safety
10  or efficacy, I don't know why they would want to --
11  why anyone would want to release it or market it.
12  What would be the point?
13     Q.  Okay.  Do you agree or disagree with the
14  following statement:  There is no authoritative --
15  authoritative paper to support the Prosima outcomes
16  are superior or even comparable to a colporrhaphy?
17     A.  I disagree with that statement.
18     Q.  So if the investigator of a -- on a Prosima
19  trial were to make that statement to Ethicon, you
20  would disagree with that statement?
21     A.  Yes.  I think we've got some good literature
22  that shows that it is efficacious and safe.  And
23  that's also what I saw in my own experience.
24     Q.  If a primary investigator for a Prosima trial

Page 64

1  which studied whether or not the product was effective
2  for -- strike that.
3        Do you agree that native tissue repairs have
4  similar outcomes to synthetic mesh without the risks
5  inherent in mesh use?
6           MR. GAGE:  Object to form.
7     A.  (No response.)
8     Q.  (By Mr. Faes)  Why don't I ask a better
9  question?  Do you agree that native tissue repairs for
10  the repair of pelvic organ prolapse have similar
11  outcomes to synthetic mesh used for pelvic organ
12  prolapse without the risks inherent in mesh use?
13     A.  No.
14           MR. GAGE:  Object to form.
15     A.  I think the -- in my opinion, the literature
16  is clear that the outcomes are better with mesh
17  augmentation and the risks are similar.  The only
18  additional risk is mesh exposure or erosion.
19     Q.  (By Mr. Faes)  Do you agree or disagree that
20  native tissue repair remains the standard of care for
21  the treatment of pelvic organ prolapse in the typical
22  patient?
23     A.  I disagree.  The standard of care is
24  sacrocolpopexy at this point.

Page 65

1     Q.  What exhibit are we on, Doctor?  Are we on 9?
2     A.  8.  It's 9.
3           MR. GAGE:  This was one 8.
4     A.  That's correct.
5           MR. GAGE:  So 9 would be next.
6           (Exhibit No. 9 marked.)
7     Q.  (By Mr. Faes)  Doctor, I'm going to hand you
8  what's been marked as Exhibit 9 to your deposition.
9           MR. FAES:  I actually got one of these
10  for you, too, William.
11     Q.  (By Mr. Faes)  Give you a second to review
12  that.  And my first question is:  Have you seen this
13  document before?
14     A.  Yes, I have.
15     Q.  Is this a document that you reviewed and
16  relied upon in forming your opinions in this case?
17     A.  Yes.
18     Q.  Do you agree that -- let me read this.  This
19  is a document titled FDA strengthens -- strengthens
20  requirement for surgical mesh for the transvaginal
21  repair of pelvic organ prolapse to address safety
22  risks.  And it's dated January 4th, 2016.
23        Do you see that?
24     A.  Yes.

17 (Pages 62 to 65)

Christina Pramudji, M.D.

Page 66

1    Q.  It says beginning in the first paragraph,
2  second sentence:  The FDA issued one order to
3  reclassify these medical devices from class II, which
4  generally includes moderate-risk devices, to class
5  III, which generally includes high-risk devices.
6       Do you see that?
7    A.  Yes.
8    Q.  Do you agree that surgical mesh to repair
9  pelvic organ prolapse are high-risk devices?
10   A.  No, I don't agree.
11   Q.  So do you disagree with the FDA's decision to
12  reclassify surgical mesh to a high-risk device?
13   A.  Yes, I do.
14   Q.  Do you believe that the Prosima is a
15  high-risk device?
16   A.  No, not at all.
17   Q.  Do you believe that the Prolift is a
18  high-risk device?
19   A.  No, not at all.
20   Q.  Do you believe the Gynemesh PS flat mesh is a
21  high-risk device?
22   A.  No.
23   Q.  Do you know whether or not the Prolift is now
24  classified as a class III -- strike that.

Page 67

1       Do you know whether or not the Gynemesh PS
2  flat mesh is now classified as a class III or class II
3  device?
4    A.  I don't know.
5    Q.  Do you think that would be important in -- or
6  something you'd like to consider in forming your
7  opinions regarding the Gynemesh PS?
8    A.  No.  I feel very comfortable with it with my
9  experience and with the literature.
10   Q.  Do you know whether or not Ethicon does
11  internal risk analysis to determine risk scores for
12  those devices -- strike that.  I think I phrased that
13  wrong.
14      Do you know whether or not Ethicon does
15  internal risk analysis to determine risk scores for
16  the medical devices they sell?
17   A.  I'm not sure.
18   Q.  You've never seen a residual risk analysis
19  for the Prosima, Prolift or Gynemesh PS device?
20   A.  I don't think I have.
21   Q.  So you don't recall, sitting here today,
22  whether or not Ethicon assigns a residual risk score
23  when they do these analyses.  Is that correct?
24   A.  That's correct.

Page 68

1    Q.  And you don't know obviously, then, if the
2  number of this residual risk score correlates to the
3  device being low risk, moderate risk or high risk?
4    A.  I don't know.
5    Q.  And, again, since you've never seen these,
6  you don't know what Ethicon's assessment was for the
7  Prolift, Prosima or the Gynemesh PS flat mesh with
8  regards to whether it was a low, moderate or high-risk
9  device.  Is that correct?
10   A.  That's correct.
11   Q.  Now, if you look again at Exhibit No. 9, on
12  the very first paragraph it says:  Surgical mesh has
13  been used by surgeons since the 1950s to repair
14  abdominal hernias; in the 1970s, gynecologists began
15  implanting surgical mesh for abdominal repair of
16  pelvic organ prolapse and, in the 1990s, for
17  transvaginal repair of pelvic organ prolapse.  In
18  2002, the first flat mesh device with this indication
19  was cleared for use as a class II moderate risk
20  device.
21      Do you see that?
22   A.  Yes.
23   Q.  Do you know whether or not that the first
24  mesh device with this indication that was cleared in

Page 69

1  2002 that it's referring to is the Gynemesh PS?
2    A.  I don't know.
3    Q.  So you don't know, sitting here today,
4  whether or not the Gynemesh PS flat mesh was the first
5  mesh device which was cleared with a transvaginal use
6  indication?
7    A.  I know it -- I think that was the year that
8  it was approved and cleared, but I don't know if it
9  was the first one.
10   Q.  Good enough.  Do you know if Ethicon wanted
11  to sell the Gynemesh PS flat mesh with a transvaginal
12  use indication today, if they would have to submit a
13  premarket approval indication to the FDA because it's
14  now a class III device?
15   A.  Can you repeat your question, please?
16   Q.  You know what, I'm going to strike that --
17   A.  Okay.
18   Q.  -- and move on.  Doctor, on Page 3 of your
19  report -- and feel free to refer back to it if you
20  want.  It's already marked as an exhibit. -- you
21  state that the data in women does not support that the
22  Gynemesh Prolene Soft degrades.  Is that an opinion
23  you intend to offer in this case?
24   A.  Absolutely.  I feel very strongly about that.

18 (Pages 66 to 69)

Christina Pramudji, M.D.

| Page 70 | Page 72 |
|---|---|
| 1     Q. Would you agree that you are not an expert in<br>2 polymer chemistry?<br>3     A. No, I would not agree with that. I mean, I<br>4 have dealt with polymers all these years as a surgeon<br>5 and I was a chemical engineering undergrad and studied<br>6 polymer science there, so I feel comfortable with<br>7 polymers and I understand how Gynemesh works in<br>8 patients in over 2000 patients.<br>9     Q. So you hold yourself out as an expert in<br>10 polymer chemistry. Is that right?<br>11     A. Yes, as far as it -- as far as it relates to<br>12 my practice, I certainly do.<br>13     Q. Have you ever done any chemical testing with<br>14 the Prolene Soft mesh or the mesh in the Prolift or<br>15 the Prosima to see if it degrades?<br>16     A. No, I haven't done that.<br>17     Q. Have you ever done a microscopic analysis of<br>18 the Prolene Soft mesh or the mesh that's in the --<br>19 which is the mesh that's in the Prolift or in Prosima<br>20 to determine if it degrades?<br>21     A. No, I haven't.<br>22     Q. Do you -- strike that.<br>23     In support of your opinion regarding mesh<br>24 degradation you state that the reoperation rates for | 1     A. For mesh failure -- what do you mean by "mesh<br>2 failure"? Do you mean that the prolapse recurred?<br>3     Q. Yes.<br>4     A. In that same compartment or in another<br>5 compartment?<br>6     Q. Well, let's -- both questions. What<br>7 do you believe the reoperation rates are for Prolift<br>8 for prolapse recurring in the same compartment,<br>9 different compartment, and then both combined?<br>10     A. It's going to be -- for the -- the -- it's<br>11 going to be around 20 percent per compartment.<br>12     Q. So I'm not sure if that answered my question,<br>13 so I'll break it down. What do you believe are<br>14 reoperation rates for Prosima for failures in the same<br>15 compartment?<br>16     A. For a recurrent -- I don't call it a mesh<br>17 failure, first of all, because it's not necessarily a<br>18 fault of the mesh. It's just the way that the pelvis<br>19 is. There's going to be a certain degree of recurrent<br>20 prolapse no matter what technique you use.<br>21     Q. Let me see if I can re-ask the question in a<br>22 way that you can answer with a straight percentage.<br>23 What do you believe the reoperation rates are for the<br>24 Prosima for treatment failure in the same compartment? |

| Page 71 | Page 73 |
|---|---|
| 1 recurrence are low and that cure rates and patient<br>2 satisfaction is high. Is there anything else you<br>3 believe supports your opinion?<br>4     A. Well, the literature definitely supports it<br>5 when we don't see problems that can be related back to<br>6 degradation in the literature.<br>7     Q. What do you believe the reoperation rates are<br>8 for the Prosima device?<br>9     A. Oh, five percent, ten percent. And most of<br>10 those are just small erosions that need to be<br>11 repaired.<br>12     Q. What do you --<br>13     MR. GAGE: Object to form of the last<br>14 question. I think you asked a question and the<br>15 witness give a different answer, so that's all I'm<br>16 saying.<br>17     Q. (By Mr. Faes) What do you believe the --<br>18     MR. FAES: Yeah, I think she answered<br>19 about complications, not reoperation, so maybe I asked<br>20 a bad question.<br>21     Q. (By Mr. Faes) What do you believe the<br>22 reoperation rates -- strike that.<br>23     What do you believe the reoperation rates are<br>24 for Prosima for mesh failure? | 1     A. Okay. So it's somewhere between ten to 20<br>2 percent.<br>3     Q. What do you believe the reoperation rates are<br>4 for the Prosima for treatment failure in a different<br>5 compartment?<br>6     A. About the same.<br>7     Q. What do you believe the reoperation rates are<br>8 for the Prosima for treatment failure either in the<br>9 same compartment or a different compartment?<br>10     A. It would be --<br>11     MR. GAGE: Object the form.<br>12     A. -- about the same, around that --<br>13     Q. (By Mr. Faes) Ten to 20 percent?<br>14     A. Around that range, yeah.<br>15     Q. And I think you already anticipated my<br>16 question and answered it, but what do you believe the<br>17 reoperation rates are for Prosima for mesh extrusion<br>18 or -- strike that. I'm going to ask it a little bit<br>19 different question.<br>20     What do you believe the reoperation rates are<br>21 for the Prosima to treat complications, all<br>22 complications, excluding treatment failure?<br>23     A. Excluding treatment failure, somewhere<br>24 between five and ten percent. |

Golkow Technologies, Inc. - 1.877.370.DEPS

Christina Pramudji, M.D.

<table>
<tr><td>

Page 74

1    Q.  What do you believe the reoperation rates are
2  for the Prosima to treat complications or treatment
3  failure in any compartment?
4    A.  So somewhere between five and 20 percent.
5  That's looking at the literature, looking at my own
6  experience.
7    Q.  So you -- as you sit here today, you don't
8  believe that a reoperation rate for treatment failure
9  of ten to 20 percent and a reoperation rate for
10  complications of five to ten percent is evidence that
11  the Gynemesh PS mesh in the Prosima degrades?
12    A.  No, not at all.  There's no correlation
13  there.
14    Q.  Is there a number it would reach -- it could
15  reach in order for you to change or reconsider your
16  opinion that the data in women doesn't support that
17  the Gynemesh PS degrades?
18    A.  I can't -- I can't even conceive of that,
19  because it does not even -- it does not degrade in any
20  way, so it's just a hypothetical question.  So, yes,
21  there's no --
22    Q.  So if there --
23    A.  There's nothing you could tell me that would
24  make me say, oh, that's because of degradation,

</td><td>

Page 76

1  support of your opinion that the data in women does
2  not support that the Gynemesh PS degrades, you state
3  that the reoperation rates for recurrence are low,
4  that the cure rates and patient satisfaction are high.
5  Is there anything else that you're relying on to
6  support your opinion that the data in women does not
7  support that the Gynemesh PS degrades?
8    A.  Well, also, apart from these, sort of, side
9  studies where they show, quote, unquote, degradation,
10  which I think is just probably the biofilm, in other
11  studies, where they -- where they remove the mesh, the
12  mesh is there.  You know, it's not -- it doesn't
13  disappear.  It doesn't degrade over time.  I mean, if
14  Prolene degraded, they would not use it in cardiac
15  surgery to rely on sewing together arteries.  So this
16  whole theory of degradation is just -- just bogus in
17  my opinion.
18    Q.  So if I understand you correctly, you're
19  relying on literature to support your opinion that the
20  Gynemesh PS doesn't degrade?
21    A.  And my own clinical experience, my own
22  clinical experience with my patient success and
23  satisfaction with it.  And in the cases where I've
24  removed mesh, you know, grossly examining the mesh --

</td></tr>
<tr><td>

Page 75

1  because it doesn't happen.
2    Q.  But if I understand you correctly, you're
3  using the -- you rely on the fact that reoperation
4  rates for recurrence are low and cure rates and
5  patient satisfaction is high is the basis for
6  your opinion that the mesh doesn't degrade.
7  Right?
8    A.  Right.
9    Q.  So you're saying -- telling me that there's
10  no number that that -- that those reoperation rates
11  could rise to that would cause you to reconsider your
12  opinion?
13    A.  No.  I mean, that's part of the basis.
14  That's not the whole basis.  That's just -- first of
15  all, we're starting with the fact that it doesn't
16  degrade and then this is the supportive reason to show
17  that it doesn't.  But the converse is not necessarily
18  true.  If this happens, that doesn't mean that it
19  degrades, if that makes sense.
20    Q.  So, again, I think I asked you this
21  question earlier -- maybe I didn't or maybe I've
22  already forgotten the experts that your -- strike
23  that.  I'm just babbling now.
24    So let me just ask you a new question:  In

</td><td>

Page 77

1  yeah, I didn't do a microscopic electron microscopy on
2  the mesh, but, you know, it's not like you see it
3  disintegrating.  It's not falling apart in front of
4  your eyes.
5    Q.  Have -- or do you believe that the mesh has
6  to be disintegrating for falling apart in front of
7  your eyes in order to have a clinical impact on the
8  patient?  Do you believe -- strike that.  Let me ask a
9  different question.
10    Do you believe that -- actually, let me start
11  over.
12    Do you believe that polypropylene doesn't
13  degrade at all or do you just believe that the
14  polypropylene mesh in the pelvic organ prolapse
15  products that you're offering opinion on -- opinions
16  on don't grade?
17    MR. GAGE:  Object to form.
18    A.  I don't think it degrades at all.  If it does
19  degrade, microscopically, there's absolutely no
20  clinical effect on patients --
21    Q.  (By Mr. Faes)  So your --
22    A.  -- and there's no implication to it.
23    Q.  Your opinion is that no polypropylene
24  anywhere degrades?

</td></tr>
</table>

20  (Pages 74 to 77)

Christina Pramudji, M.D.

| Page 78 | Page 80 |
|---|---|

**Page 78**

1    A.  Like I said, if it does degrade,
2  microscopically, there's no clinical impact, so it's a
3  nonissue.
4    Q.  I'm not sure if I got an answer to my
5  question, though.  Is it your opinion that no
6  polypropylene anywhere degrades or do you agree that
7  some polypropylene can degrade under the right
8  circumstances?
9    A.  I think it potentially could degrade under
10  the right circumstances.  Anything can degrade under
11  the right circumstances.  But does it clinically have
12  any impact, no.
13    Q.  Do you believe that when polypropylene mesh
14  degrades, it can become -- strike that.
15      Do you believe that when polypropylene
16  degrades one of the things that can occur is that the
17  polypropylene can become brittle?
18      MR. GAGE:  Object to form.
19    A.  No.
20    Q.  (By Mr. Faes)  Do you know what fishing line
21  is made out of?
22    A.  No, I don't.
23    Q.  You don't know that fishing line is made out
24  of polypropylene?

**Page 79**

1    A.  No, I didn't know that.
2    Q.  Have you ever gone fishing?
3    A.  Yes.
4    Q.  Have you ever had to replace your fishing
5  line because the line got brittle from the previous
6  year?
7    A.  Yes.  But that's a completely different
8  circumstance than something that's implanted in the
9  body.
10    Q.  Well, I wasn't asking about things that were
11  implanted in the body.  I'm asking -- so you'd agree
12  with that example, that polypropylene under the right
13  circumstances can degrade?
14    A.  Yeah, sure.
15    Q.  You also talked about the fact that
16  polypropylene sutures are used -- or Prolene sutures,
17  rather, are used in cardiac surgery.  Do you believe
18  that the environment in the vagina is the same as the
19  environment in the cardiac cavity?
20    A.  No.  It's different.
21    Q.  In fact, you know that there are peroxides
22  present in the vagina and there are not peroxides
23  present in the cardiac cavity.  Right?
24      MR. GAGE:  Object to form.

**Page 80**

1    A.  Not to the same degree.
2    Q.  (By Mr. Faes)  Do you know whether peroxides
3  have an effect on polypropylene degradation?
4    A.  I believe that they can, yes.
5    Q.  So, just so I understand your answer, you do
6  believe that peroxides can accelerate or cause
7  polypropylene to degrade?
8    A.  In the right concentration, yes.
9    Q.  What do you believe the patient satisfaction
10  rates are for the Prosima device?
11    A.  They're very high.  They're 80 to 90 percent.
12    Q.  And where are you getting that information
13  from?
14    A.  From multiple studies.
15    Q.  What do you believe the reoperation rates are
16  for the Prolift device for complications?
17    A.  It's around the same as the Prosima, five to
18  20 percent.
19    Q.  That's a pretty big range, isn't it, Doctor?
20    A.  Yeah, and the studies are -- that's pretty
21  much the range that you're going to find in the
22  studies.
23    Q.  Would you agree that the erosion or extrusion
24  rate for the Prolift can range from 15 to 20 percent?

**Page 81**

1    A.  Some studies show that, but most studies it's
2  closer to the five to ten percent range.  Eight
3  percent seems to be the number that comes up a lot.
4    Q.  So you did -- if someone were to tell you
5  that the overall erosion or exposure or extrusion
6  rates for the Prolift was in the 15 to 20 percent
7  range, you'd disagree with that?
8    A.  Yeah.  That's -- that's high.  I know some
9  studies have shown that and have shown even higher in
10  small studies, but -- but looking at the large
11  database studies, the rates are not that high.
12    Q.  Do you know Dr. Joe Carbone?
13    A.  Yes.
14    Q.  You've met Dr. Joe Carbone --
15    A.  I have.
16    Q.  -- before.  Right?  In fact, you both
17  attended the 2011 Ethicon Pelvic Floor Summit in
18  Sonoma together?
19    A.  Yes.
20    Q.  Where there was wine tasting and dinner?
21    A.  Yes.
22    Q.  So if Dr. Carbone told me last week that he
23  believes the overall erosion or extrusion rates for
24  the Prolift device is 15 to 20 percent, would you

21 (Pages 78 to 81)

## Christina Pramudji, M.D.

Page 82

1  disagree with him?
2  A. With all due respect to Dr. Carbone, I think
3  -- I don't think the literature bears out that -- that
4  high a rate. And my personal experience certainly is
5  not that high. And I think, talking to my colleagues,
6  it's not that high.
7  Q. But you do agree that, at least in some
8  studies, the erosion or exposure rate can be as high
9  as 20 percent with the Prolift. Right?
10  A. I have seen studies that show that yes.
11  Q. And you're familiar with the Iglesia study?
12  A. Yes.
13  Q. And you know that the exposure and erosion
14  rate for the Prolift in that study was greater that 15
15  percent?
16  A. Yes, as well as the suture exposure rate was
17  also 15 percent in the native tissue repairs.
18  MR. FAES: I'm going to object and move
19  to strike after the answer "yes." I didn't ask
20  anything about suture exposure rates.
21  Q. (By Mr. Faes) And you know that that study
22  was stopped by Dr. Iglesia and her colleagues because
23  of their concern about the erosion and exposure rates.
24  Correct?

Page 83

1  A. That's correct.
2  Q. Do you consider Dr. Iglesia an outlier?
3  A. Yes, I do.
4  Q. Do you know whether the FDA considers Dr.
5  Iglesia and outlier?
6  A. I don't know what they think about
7  Dr. Iglesia.
8  Q. So you've never seen records from meetings
9  that Ethicon had with the FDA regarding the 522 orders
10  where the FDA told Ethicon that they did not consider
11  Dr. Iglesia an outlier. Is that fair?
12  MR. GAGE: Object to form.
13  A. You know, I've seen so many documents. As I
14  sit here today, I'm not sure if I saw that or not. I
15  probably did.
16  Q. (By Mr. Faes) So I'm going to ask a
17  hypothetical: Assuming that the FDA said that they
18  did not consider Dr. Iglesia an outlier, that's
19  another instance in which you would agree with --
20  disagree with the FDA. Correct?
21  MR. GAGE: Object the form.
22  A. With all due respect to the FDA and
23  Dr. Iglesia, I look at the full body of literature. I
24  don't look at one study. I compare the full body of

Page 84

1  literature with my own experience and that's where I
2  form my opinions, so I would have to disagree with
3  them on that.
4  Q. (By Mr. Faes) Yeah. I'm going to have to
5  re-ask it, because there's a lot of nonresponsive
6  information in there. I'm going to ask a
7  hypothetical: Assuming that the FDA said that they
8  did not consider Dr. Iglesia an outlier, if they did
9  indeed say that, that's another instance in which you
10  would disagree with the FDA. Is that correct?
11  A. That's correct.
12  MR. GAGE: Object to form.
13  Q. (By Mr. Faes) What do you believe are the
14  patient satisfaction rates with the Prolift device?
15  A. Again, very high, 75 to 90 percent.
16  Q. At what time frame? Are you calculating
17  patient satisfaction rates at one year, three years?
18  A. Well, the -- you know -- studies go -- most
19  -- a lot -- most of the studies are one to two years,
20  but there are some studies that go out further to
21  seven years.
22  Q. What's the longest study that you're aware
23  of, the longest follow-up study you're aware of that
24  utilized the Gynemesh PS mesh, whether it be in the

Page 85

1  Prolift or the Prosima or as a flat mesh?
2  A. I believe it's seven years.
3  Q. Do you recall what study or studies go out to
4  seven years?
5  A. I would have to take a minute to refresh my
6  memory.
7  Q. Do you recall, without refreshing your
8  memory, whether it's more than one or if it's. . .
9  A. I believe there were two studies.
10  Q. Do you believe that if polypropylene mesh
11  were to break down or degrade, it could lead to an
12  erosion or an exposure?
13  A. We're talking hypothetically. And I would
14  think that if it were degrading, then it would be just
15  disappearing. And so I'm not sure how that could
16  cause an erosion or an exposure.
17  Q. Do you believe that mesh degrading or
18  breaking down could lead to an unintended tissue
19  reaction?
20  A. Again, hypothetically, because as I stated
21  before, I don't think it does degrade, but if there's
22  some product that did degrade, then, yes, that could
23  cause an inflammatory reaction.
24  Q. Can an inflammatory reaction or unintended

22 (Pages 82 to 85)

Christina Pramudji, M.D.

Page 86

1  tissue reaction cause the body to push the mesh out of
2  the body causing it to be eroded or exposed?
3      A.  Hypothetically, if there's an inflammatory
4  reaction, you could have a tissue breakdown and have a
5  mesh exposure.  I wouldn't say it's pushing it out of
6  the body, but there could -- if there's a tissue
7  breakdown, you could have an exposure of the mesh.
8      Q.  If polypropylene were to become brittle, as
9  we discussed with the fishing line example, could that
10  lead to an erosion?
11      A.  I think it would depend on how it how it --
12  how it were oriented.  And, again, I'm not conceding
13  that it degrades or becomes brittle in the body.  But
14  hypothetically, if it were poking out towards the
15  tissue, something could break down, I suppose.
16      Q.  You'd agree that sharp edges of the mesh
17  could cause an erosion?
18      A.  If the mesh is not oriented properly and not
19  placed properly, that could cause an erosion from a
20  sharp edge.  It's not because of the mesh.  It's the
21  way that it's put in.
22      Q.  If the mesh becomes -- hypothetically, again,
23  if the mesh becomes brittle, could that lead to
24  patient discomfort?

Page 87

1      A.  I'm not sure.
2      Q.  On Page 3 of your report you state that
3  Gynemesh PS has been the most studied mesh in pelvic
4  reconstructive surgery.  Is that an opinion you intend
5  to offer in this case?
6      A.  Yes.
7      Q.  When you say that it's the most studied mesh
8  in pelvic reconstructive surgery, what do you mean by
9  that?  Do you mean that it's had the most number of
10  studies performed or that the -- had the most number
11  of patients studied in those studies or both, if that
12  makes sense?  It's kind of an ineloquent question.
13          MR. GAGE:  Object to form.
14      A.  Both, the most studies, the most number of
15  patients, the most randomized controlled studies.
16      Q.  (By Mr. Faes)  So what other meshes did you
17  compare it to to make that determination that it was
18  the most studied --
19      A.  Well --
20      Q.  -- in pelvic reconstructive surgery?
21      A.  The Vypro, the PVDF, Ultrapro.  And then
22  there's other kits, as well, that are also
23  polypropylene mesh, like the Elevate, that have been
24  studied quite a bit, as well, but not as much as the

Page 88

1  Gynemesh, Prolift and Prosima.
2      Q.  So, approximately, how many studies did you
3  determine had been done on the Vypro mesh in pelvic
4  reconstructive surgery?
5      A.  I don't -- I don't have a number, but it's
6  not many at all.
7      Q.  How many studies did you find where PD
8  -- PVDF mesh had been studied in pelvic reconstructive
9  surgery?
10      A.  I don't have a number.
11      Q.  How many Ultrapro studies did you find that
12  had been studied in pelvic reconstructive surgery?
13      A.  I don't have a number for that.
14      Q.  How many Elevate studies did you find that
15  had been studied in pelvic reconstructive surgery?
16      A.  I'm sorry.  I don't have an exact number.
17      Q.  So you can't quote a number as you're sitting
18  here today, but you believe it's less?
19      A.  Yes.
20      Q.  Do you know if it's 50 percent less, 25
21  percent less?
22      A.  It's a lot less.
23      Q.  How did you determine it was less?  What
24  methodology did you use?

Page 89

1      A.  Well, you can just do a PubMed search.
2      Q.  Did you keep any documentation of your PubMed
3  searches in terms of how many studies for these other
4  four meshes?
5      A.  No, I did not.
6      Q.  Did you compare the Prolene -- actually, I'm
7  going to strike that.
8          Different question:  Did you do any kind of
9  systematic review of the literature on those four
10  meshes to determine whether the quality of those
11  studies was better or worse than the quality of the
12  studies on the Gynemesh PS mesh?
13      A.  I just did sort of a survey of the studies.
14  I didn't go in depth.
15      Q.  So you'd agree that it wasn't any kind of
16  systematic review?
17      A.  No.
18      Q.  Did you compare -- in regards to this
19  opinion, that it's the most studied mesh in pelvic
20  reconstructive surgery, did you do any comparison to
21  the traditional Prolene mesh, see how many studies
22  there were where that had been used?
23      A.  No, I didn't.
24      Q.  Same question:  The IntePro Lite mesh?

23 (Pages 86 to 89)

Christina Pramudji, M.D.

| Page 90 | Page 92 |
|---|---|
| 1    A. No. | 1    Q. Is that something you intend to do prior to |
| 2    Q. What about the Marlex mesh, which is now | 2  trial? |
| 3  called the Bard mesh? | 3    A. Perhaps. |
| 4    A. Uh-huh. | 4      MR. FAES: I would ask counsel, if such |
| 5      MR. GAGE: You need to say "yes," not -- | 5  a demonstrative is ever created, that that be produced |
| 6      THE WITNESS: No. Yeah. I'm just | 6  to us. |
| 7  acknowledging that I understood the question. Sorry. | 7    Q. (By Mr. Faes) Do you know how many out of |
| 8    A. No, I didn't. | 8  those hundred are randomized controlled trials? |
| 9    Q. (By Mr. Faes) Would you agree that native | 9    A. I don't have a number off the top of my head. |
| 10  tissue repair of pelvic organ prolapse is more studied | 10  Numerous. |
| 11  than the Gynemesh PS has been in pelvic reconstructive | 11    Q. Do you know how many of those studies are |
| 12  surgery? | 12  Gynemesh PS flat mesh by itself? |
| 13    A. I am not sure about that. My gut feeling is | 13    A. I don't have a number. |
| 14  that the Gynemesh is more studied, but I'd have to -- | 14    Q. Do you know if there have been any randomized |
| 15  I'd have to -- I'd have to look at that. | 15  controlled trials of Gynemesh PS flat mesh comparing |
| 16    Q. So -- but it's fair to say, as you sit here | 16  it to comparator device or procedure? |
| 17  today -- | 17    A. I can't recall right now. |
| 18    A. Uh-huh. | 18    Q. Do you know if there are any randomized |
| 19    Q. -- you've never looked at that and you don't | 19  controlled trials comparing the Prosima device to an |
| 20  know, one way or the other, whether native tissue | 20  alternative device or procedure? |
| 21  repair for repair of pelvic organ prolapse is more | 21    A. Yes, absolutely. |
| 22  studied than the Gynemesh PS has been in pelvic | 22    Q. How many of those -- how many randomized |
| 23  reconstructive surgery? | 23  controlled trials do you believe there are that |
| 24    A. I don't know. | 24  compare the Prosima device to a different device |

| Page 91 | Page 93 |
|---|---|
| 1    Q. You haven't looked at that question? | 1  or procedure? |
| 2    A. I haven't looked at that. | 2    A. I believe there's about five or six. |
| 3    Q. Okay. You also state in your report that | 3    Q. In the hundred studies that you say |
| 4  there are numerous randomized controlled trials and | 4  demonstrate the use of Gynemesh PS, when used by |
| 5  over a hundred studies which demonstrate that the | 5  itself or in the Prolift or Prosima devices, do you |
| 6  Gynemesh PS when used by itself or in the Prolift and | 6  know how many of those studies use Gynemesh PS |
| 7  Prosima devices -- I think I said that wrong. Strike | 7  abdominally rather than transvaginally? |
| 8  that and I'll ask a new question. | 8    A. I don't recall. Not very many. |
| 9      You say in your report that there are | 9    Q. In your report you state that there -- you |
| 10  numerous randomized controlled trials and over a | 10  don't believe that there is any evidence that the |
| 11  hundred studies which demonstrate that the Gynemesh PS | 11  Prolene mesh is cytotoxic. Is that correct? |
| 12  when used by itself or in the Prolift or Prosima | 12    A. That's correct. |
| 13  devices. Is that correct? | 13    Q. Is that an opinion you intend to offer in |
| 14    A. That's correct. | 14  this case? |
| 15    Q. Do you know what the exact number is? | 15    A. Yes. |
| 16    A. No, I don't. | 16    Q. Have you studied what happens to tissue when |
| 17    Q. Do you have any documentation that you have | 17  it is exposed to a cytotoxic substance? |
| 18  or a list that you intend to refer to at trial as to | 18    A. I'm sure in biology or in medical school we |
| 19  what those greater than a hundred studies are? | 19  studied, you know, cytotoxicity and what happens to |
| 20    A. None other than my reliance materials. | 20  tissue in that circumstance. |
| 21    Q. But you've never separately broken them out, | 21    Q. As you sit here today, can you tell me what |
| 22  those hundred out of your reliance list for use as | 22  the clinical effect would be to tissue if it were |
| 23  a demonstrative at trial or anything like that? | 23  opposed [sic] to a cytotoxic substance? |
| 24    A. No. | 24    A. Necrosis. Inflammation, necrosis. |

24 (Pages 90 to 93)

## Christina Pramudji, M.D.

Page 94

1    Q.  Would you agree that necrotized or -- strike
2  that.
3         Would you agree that necrotized tissue
4  surrounding a mesh could lead to erosion or exposure
5  of the mesh?
6    A.  Yes.
7    Q.  So isn't one clinical manifestation --
8  potential clinical manifestation of -- strike that.
9         So if you agree that one potential effect of
10  being exposed to a cytotoxic substance is that the
11  tissue can undergo necrosis and you agree that
12  necrotized tissue surrounding the mesh can lead to an
13  erosion or exposure of the mesh, isn't a study that
14  shows an erosion or exposure rate of 15 to 20 percent
15  evidence that the mesh is, indeed, cytotoxic?
16         MR. GAGE:  Object to form.
17    A.  No, not at all.  The necrosis around the
18  wound can be due to tissue handling, the state of the
19  tissue, cautery of the edges, improper sewing
20  technique, history of smoking, diabetes, poor blood
21  flow.  There's just innumerable reasons for necrosis.
22  And most of the erosions are right in the suture line,
23  so that's a wound healing issue.  If it -- if mesh
24  were cytotoxic, you would see erosions all over the

Page 95

1  place and you don't see that.  You see them -- the
2  vast majority are right in the suture line.
3    Q.  You don't think a study that shows an erosion
4  rate of 15 to 20 percent is an erosion all over the
5  place?
6    A.  No.  No.  I'm talking about -- I'm talking
7  about erosion on the side of the vagina, you know, not
8  just in the suture line.  If it's in the suture line,
9  that's a wound healing problem.  If it -- if the mesh
10  were cytotoxic, you would see holes on this side of
11  the vagina and over here, not just in the incision
12  line.
13    Q.  So is it your testimony that you've never
14  seen an erosion any place other than in the incision
15  line?
16    A.  No, I'm not saying that.  I'm not saying that
17  at all.  I have seen that on the sides.  Usually an
18  arm that was not placed properly through the sulcus,
19  but --
20    Q.  I think you've you've answered my question.
21    A.  Okay.
22    Q.  I'm going to move to strike everything after
23  that anyway, but --
24    A.  Okay.

Page 96

1    Q.  -- if you want to keep going, I won't cut you
2  off.  So you've listed multiple potential causes
3  of tissue necrosis.  We can agree that there are
4  multiple potential causes of tissue necrosis.
5  Correct?
6    A.  Yes.
7    Q.  And we can also agree that one potential
8  cause of tissue necrosis is the tissue being exposed
9  to a cytotoxic substance.  Is that correct?
10    A.  That's correct.
11    Q.  On Page 4 of your report you state that
12  plaintiffs' experts have said that there are safer or
13  better meshes, that these meshes have not been
14  demonstrated to be more efficacious based on reliable
15  scientific literature like the Gyne -- the Gynemesh
16  PS.  Is that correct?
17    A.  That's correct.
18    Q.  Is that an opinion you tend to offer in this
19  case?
20    A.  Yes.
21    Q.  Now, specifically, in your report, you
22  mention DynaMesh, Vypro and Ultrapro.  Is that right?
23    A.  Correct.
24    Q.  Are there any other meshes that you have

Page 97

1  studied that you believe have not been demonstrated to
2  be more efficacious based on reliable scientific
3  literature like the Gynemesh PS?
4    A.  No.
5         MR. GAGE:  Just take a quick bathroom
6  break.
7         MR. FAES:  Same here.  Let's do it real
8  quick.
9         THE WITNESS:  Yeah.
10         (Break.)
11    Q.  (By Mr. Faes)  Dr. Pramudji, we're back on
12  the record after a short break.  Are you ready to
13  proceed?
14    A.  Yes.
15    Q.  Before the break we were talking about meshes
16  that you believe have not been demonstrated to be
17  safer and more efficacious based on the reliable
18  scientific literature like Gynemesh PS.  Did you study
19  the Restorelle mesh?
20    A.  No, I did not.
21    Q.  And that's currently your mesh of choice for
22  ASC.  Correct?
23    A.  Yes, that's correct.
24    Q.  Did you study the IntePro mesh?

25 (Pages 94 to 97)

Christina Pramudji, M.D.

| Page 98 | Page 100 |
|---|---|

**Page 98**

1  A. No, I did not.
2  Q. Did you study the IntePro Lite mesh?
3  A. No.
4  Q. Did you study the Elevate mesh?
5  A. No.
6  Q. What about the Uphold mesh?
7  A. No.
8  Q. No. Did you know that Ethicon was developing
9  a Prosima Plus M device which would have used the
10  Ultrapro mesh, rather than the Gynemesh PS mesh just
11  like the Prolift Plus M?
12  A. Yes, I was aware of that.
13  Q. When were you made aware of that?
14  A. Pretty early on, because we were -- we were
15  asking for it, because we liked the Prolift Plus M
16  mesh and we were wondering why the new product was
17  made with the Gynemesh PS versus the Prolift Plus M
18  mesh.
19  Q. Do you anticipate that if the Prosima Plus M
20  had been made available with the Ultrapro mesh, do you
21  believe that would have become your device of choice
22  over the traditional Prosima, just like the Prolift
23  Plus M became your device of choice over the Prolift?
24  MR. GAGE: Object to form.

**Page 99**

1  A. I'm not sure. I would have to try it out and
2  see if I got similar results with it.
3  Q. (By Mr. Faes) Do you know why the Prosima
4  Plus M device ultimately never came to market?
5  A. I don't know why.
6  Q. Can you -- well, this is going to be an easy
7  question because there's hardly any kits left on
8  the market, but can you point to a kit for the
9  repair of pelvic organ prolapse which is on the market
10  today which uses a mesh that is heavier in weight than
11  the Gynemesh PS mesh?
12  MR. GAGE: Object to form.
13  A. No, I can't.
14  Q. (By Mr. Faes) In fact, as you sit here
15  today, do you know that all of the mesh kits still on
16  the market have mesh that are lighter in weight than
17  the Gynemesh PS mesh?
18  MR. GAGE: Object to form.
19  A. I think they're very similar, maybe slightly
20  lighter.
21  Q. (By Mr. Faes) But, certainly, none are
22  heavier than the --
23  A. That's correct.
24  Q. -- Gynemesh PS mesh?

**Page 100**

1  MR. GAGE: Object to form.
2  A. I'm sorry to interrupt. Yes, that's correct.
3  Q. (By Mr. Faes) Do you know what the weight in
4  grams per meter squared of the Gynemesh PS mesh is?
5  A. I can't remember at this moment. I used to
6  know. I'd have the look it up.
7  Q. On Page 5 you state -- of your report you
8  state that the Prosima is minimally invasive compared
9  to the abdominal -- abdominal sacrocolpopexy and less
10  morbid. Is that an opinion you intend to offer in
11  this case?
12  A. Yes.
13  Q. First of all, let me ask you this: What do
14  you mean by less morbid?
15  A. Less effect on the body. With the
16  sacrocolpopexy, you have more dissection, you have
17  more risk of bowel complications compared to Prosima.
18  Q. Is there anything else about the ASC
19  procedure that you believe is more morbid than the
20  Prosima procedure?
21  A. It also has a risk of hernia, injury to major
22  vessels, bowel obstruction, adhesions.
23  Q. Do you believe that the Prosima device
24  doesn't carry with it a risk of hernia?

**Page 101**

1  A. I'm talking about abdominal wall hernia, to
2  be clear.
3  Q. Okay.
4  A. So because of the trocars or the incision for
5  an abdominal sacrocolpopexy, there's going to be a
6  risk of abdominal wall hernia.
7  Q. And is that a risk that -- is that not a risk
8  of the Prosima device in your opinion?
9  A. Right, because there's no abdominal wall
10  incision for a Prosima.
11  Q. Can -- is -- can the Prosima device cause
12  other hernias, such as an inguinal hernia.
13  A. No, it cannot cause that.
14  Q. Do you believe the Prosima device doesn't
15  have a risk of bowel injury?
16  A. It's a very small risk. If you have apical
17  dissection into an enterocele, it could happen. Or if
18  you're doing a posterior Prosima, you have a risk of
19  rectal injury, but it's a very small risk.
20  Q. Do you believe it's a --
21  A. And it's --
22  Q. -- smaller risk than the risk of bowel injury
23  with the ASC?
24  A. Yes, much smaller risk.

26 (Pages 98 to 101)

Christina Pramudji, M.D.

| Page 102 | Page 104 |
|---|---|

**Page 102**

1     Q. Now, you state that the Prosima device is
2 less invasive. Would you agree that a doctor or
3 patient might choose a more invasive surgery to avoid
4 potentially life complications of a less invasive
5 device or procedure?
6     A. What are "life complications"?
7     Q. Did I say life com -- I meant life-changing
8 complications.
9     A. Oh, okay.
10     Q. So let me -- did -- is that not what I said?
11        MR. GAGE: Yeah, I'm going to -- if
12 you're going to rephrase -- if you'll withdraw and
13 rephrase the question.
14        MR. FAES: Yeah, I'll withdraw it and
15 rephrase it.
16        MR. GAGE: Thank you.
17     Q. (By Mr. Faes) Would you agree that a doctor
18 or patient might choose a more invasive surgery to
19 avoid potentially life-changing complications of a
20 less invasive device or procedure?
21     A. Yes, I agree with that statement.
22     Q. Would you agree that a doctor and patient
23 should know about all of the potentially life-changing
24 complications of the device or the procedure, so they

**Page 103**

1 can make an informed choice about what device or
2 procedure they would like to have performed on them?
3     A. I think a doctor and their patient need to
4 know about potential complications that can occur with
5 any surgery that they're going to have, knowing
6 realistically that you may not be able to anticipate
7 rare complications.
8     Q. But even if a complication is rare, you would
9 -- if it's potentially life-changing or devastating,
10 you would agree that it's important for both the
11 doctor and patient to know about that, in order to
12 make an informed choice about whether they want to
13 proceed with that surgery?
14     A. Yes, that's fair.
15     Q. Would you agree that if a -- even if a
16 Prosima device is placed correctly by a surgeon, the
17 vaginal support device can fall out on its own before
18 the 21-day prescribed healing period has lapsed?
19     A. That can happen, yes, depending on how their
20 body handles the micral suture.
21     Q. Would you agree that if an infection occurs
22 around the vaginal support device, removal of that
23 vaginal support device is indicated and necessary even
24 if the prescribed 21 days had not passed since it was

**Page 104**

1 placed?
2     A. I can agree with that, although I would say
3 that I've never seen that or heard of it, but
4 hypothetically, that -- I would agree with that
5 statement.
6     Q. You've never seen or heard of a vaginal
7 support device that needed to be removed prior to the
8 21 days elapsing because of an apparent infection?
9     A. No.
10     Q. That's not cited on Page 41 of your report in
11 an article?
12     A. Oh, I was talking about my own experience.
13 Sorry.
14     Q. Oh, okay.
15     A. Yeah.
16     Q. Okay. So you're aware that that --
17     A. Yes.
18     Q. -- that can occur?
19     A. Yes.
20     Q. Now, you've testified before that you're
21 familiar with the ProteGen project -- ProteGen
22 product. Correct?
23     A. Correct.
24     Q. And you testified that you know that the

**Page 105**

1 ProteGen was removed from the market because the
2 erosion rates were unacceptably high?
3     A. That's correct.
4     Q. Do you know what the reported rates of
5 erosion were for the ProteGen?
6     A. I can't recall right now.
7     Q. How high would the erosion and exposure rates
8 for the Prosima need to be in order for you to say the
9 erosion rate was unacceptably high?
10     A. I think I would feel uncomfortable if I were
11 seeing an erosion rate upwards of 30 percent.
12     Q. So if the erosion rate for the Prosima were
13 25 percent, you wouldn't say that that was
14 unacceptably high?
15     A. No.
16     Q. One in four patients had an erosion or
17 exposure?
18     A. I would -- I would think twice about it and
19 it would depend on how bad the erosions were and what
20 kind of treatment they needed and who -- who they are,
21 because as you know from the literature a lot of
22 patients can live their -- with an erosion, a small
23 erosion. So there's a few factors to take into
24 consideration. That's kind of a gray area. You have

27 (Pages 102 to 105)

Christina Pramudji, M.D.

| Page 106 | Page 108 |
|---|---|
| 1   to take everything into consideration. | 1   just read it for the first time? |
| 2     Q. But anything 30 percent or higher -- | 2     A. That's correct. |
| 3     A. Yeah. | 3     Q. If something in the IFU changes, is there any |
| 4     Q. -- with the Prosima you would find | 4   way that you would know if the information in the IFU |
| 5   unacceptably high? | 5   had changed? |
| 6     A. I think, if I had one in three, that would -- | 6     A. Not unless someone told me about it. |
| 7   that would be a little bit high. | 7     Q. In all your years implanting products for -- |
| 8     Q. Is your answer the same for the Prolift | 8   strike that. |
| 9   device? | 9     In all of your years of implanting products |
| 10     A. Yes. | 10   manufactured by Ethicon, has any Ethicon |
| 11     Q. Is it the same for the Gynemesh PS flat mesh? | 11   representative or sales rep or anybody whoever -- who |
| 12     A. Yes. | 12   works for Ethicon ever came to you and told you that |
| 13     Q. Do you intend to offer an opinion in this | 13   the IFU for a product had been updated? |
| 14   case as to whether the warnings in the Prosima IFU | 14     A. Not that I can recall. |
| 15   were sufficient to apprise doctors of the risks of | 15     Q. Do you know if the Prosima IFU was ever |
| 16   this product? | 16   updated? |
| 17     A. Yes, I believe they were sufficient. | 17     A. I'm not sure about that one. |
| 18     Q. Do you know what the standards were that | 18     Q. Do you know if the Gynemesh PS IFU was ever |
| 19   Ethicon applied in terms of what needed to be included | 19   updated? |
| 20   in the warnings about the Prosima? | 20     A. I can't recall. |
| 21     A. Yes. | 21     Q. Do you know if the Gynemesh PS IFU was |
| 22     Q. And what standards do you believe Ethicon | 22   updated this year? |
| 23   applied regarding what needed to be included in the | 23     A. Not that I can recall right now. |
| 24   warnings about Prosima? | 24     Q. When you read an IFU, do you assume that the |

| Page 107 | Page 109 |
|---|---|
| 1     A. I think they were -- you know -- excuse me -- | 1   IFU is disclosing to you each of the risks and |
| 2   complications that had a certain degree of frequency | 2   complications the company knew could occur with the |
| 3   and severity and anything that could potentially be | 3   kit or device that you're using? |
| 4   life changing that they would try to include. | 4     A. No, because I also take into consideration my |
| 5     Q. I apologize if you've been asked these next | 5   surgical training and I know that there's some risks |
| 6   couple questions before, but you've been deposed, | 6   of surgery that aren't going to be -- aren't going to |
| 7   what, five times and I can't remember everything you | 7   be included there, so I don't rely on the IFU to tell |
| 8   said. | 8   me all the risks. |
| 9     MR. GAGE: Perfect. Perfect. | 9     Q. Do you assume that when you read an IFU from |
| 10     Q. (By Mr. Faes) Have you ever in your career | 10   a company regarding a mesh kit or medical device that |
| 11   been involved in writing or preparing writings for a | 11   the company is disclosing to you those complications |
| 12   medical device? | 12   and risks that could be significant for the patient |
| 13     A. No. | 13   and known to the company? |
| 14     Q. That's wrong in my outline. Have you ever | 14     A. Again, not necessarily because there's some |
| 15   been in your career involved in writing or preparing | 15   that you just apply your surgical training to and you |
| 16   IFUs for a medical device? | 16   take that into consideration and assume that those are |
| 17     MR. GAGE: Object to form. | 17   going to be some of the risks. |
| 18     A. No, I have not. | 18     Q. Do you assume that when you read an IFU for a |
| 19     Q. (By Mr. Faes) In your practice, do you | 19   medical device that the company was disclosing any |
| 20   typically read the IFU for each mesh kit or device | 20   risks and complications that would be inherent to the |
| 21   that you use before using it? | 21   mesh material, so that you would know what those risks |
| 22     A. Yes, I do. | 22   are? |
| 23     Q. You don't read -- do you -- you don't read | 23     A. Yes, I would assume that they would -- they |
| 24   the IFU every time you use the device. Correct? You | 24   would include -- include those sorts of things |

28 (Pages 106 to 109)

Christina Pramudji, M.D.

| Page 110 | Page 112 |
|---|---|
| 1  specific to the device. | 1      A. I think it would depend on what -- you |
| 2      Q. Do you know whether or not -- strike that. | 2  know -- what you're talking about, what sort of |
| 3      Do you know whether or not one of the | 3  situation you're talking about. |
| 4  purposes of the IFU is to disclose each of the risks | 4      Q. So you'd agree that it's possible that a -- |
| 5  and complications that can occur with the use of that | 5  there could be a situation where a physician wouldn't |
| 6  mesh kit in a woman's body? | 6  know about a potential risk or complication of the |
| 7      MR. GAGE: Object to form. | 7  Prosima or Prolift that you did know about and that |
| 8      A. I think it's to -- to communicate the risks, | 8  doctor could still be a reasonable and prudent |
| 9  but it's not meant to be comprehensive and I don't | 9  physician and be doing his work within the standard of |
| 10  think surgeons take it to be comprehensive either. | 10  care? |
| 11      Q. (By Mr. Faes) As you sit here today, do you | 11      MR. GAGE: Object to form. |
| 12  have an understanding of any standard whatsoever as to | 12      A. I think people have, you know, different |
| 13  what risks and complications are supposed to be | 13  training in their residency, different experience, so |
| 14  disclosed in an IFU? | 14  it's possible, but I think it's unlikely, because I |
| 15      A. I believe there are some guidelines from the | 15  think any reasonable pelvic surgeon would be able to |
| 16  FDA that help guide companies in what they should put | 16  anticipate the potential complications of pelvic -- |
| 17  into the IFU. | 17  any pelvic surgery, whether it's with a kit or native |
| 18      Q. Do you know what those guidelines are called? | 18  tissue or whatever technique that you're using. |
| 19      A. No, I don't know what they're called. | 19      Q. (By Mr. Faes) So is -- |
| 20      Q. Do you know if you've reviewed those | 20      A. I don't think you would be surprised by |
| 21  guidelines before? | 21  pelvic pain or be surprised by poor wound healing. |
| 22      A. I have seen them before, yes. | 22  That should be anticipated. |
| 23      Q. Would you agree that your background and | 23      Q. So is it your testimony that if there was a |
| 24  experience is not necessarily the same as other | 24  risk or complication of the Prosima or Prolift device |

| Page 111 | Page 113 |
|---|---|
| 1  doctors who use medical devices or might consider | 1  that a physician didn't know about, that that |
| 2  using the Prosima? | 2  physician wasn't reasonable and prudent, using your |
| 3      MR. GAGE: Object to form. | 3  words? |
| 4      A. Well, of course, there's going to be a wide | 4      A. I don't think I used those words, but. . . |
| 5  range of doctors that might use medical devices. | 5      Q. I think you said reasonable, so let me -- |
| 6  There's going to be some that are very -- more | 6      A. Okay. |
| 7  experienced than others. | 7      Q. -- let me strike that and I'll ask it again. |
| 8      Q. (By Mr. Faes) You'd agree that you might | 8      A. Okay. |
| 9  know about a complication from a particular mesh | 9      Q. So is it your testimony that if there is a |
| 10  device or kit from your own experience that another | 10  risk or complication of the Prosima or Prolift device |
| 11  doctor might not know about? | 11  that an implanting physician didn't know about, that |
| 12      A. I don't know if I would agree with that. I | 12  that physician wasn't reasonable in his treatment and |
| 13  think that if you're a pelvic surgeon, if you're -- | 13  care? |
| 14  you're doing operations and you've been through | 14      MR. GAGE: Object to form. |
| 15  residency, then you would be aware of the potential | 15      A. I would have to say that they're missing -- |
| 16  complications. You may not have experienced it. The | 16  they may be missing some knowledge or experience. |
| 17  more surgery you do, the more you're bound to have | 17      Q. (By Mr. Faes) Yeah. My question is actually |
| 18  complications along the way, but you would be aware of | 18  a little different than that. |
| 19  it. | 19      A. Okay. |
| 20      Q. So if you knew about a potential risk or | 20      Q. My question isn't whether their -- whether |
| 21  complication from the Prosima or Prolift device that | 21  they're missing knowledge and experience. My question |
| 22  another physician didn't know about, would you | 22  is whether you consider them to not be reasonable in |
| 23  consider that physician to not be a diligent and | 23  their treatment and care of a physician -- of a |
| 24  reasonable physician for not knowing about that? | 24  patient if there was a risk or complication of the |

29 (Pages 110 to 113)

Christina Pramudji, M.D.

| Page 114 | Page 116 |
|---|---|

**Page 114**

1  Prosima or Prolift device that they didn't know about.
2        MR. GAGE: Object to form.
3     A. No, I disagree because they could still be
4  reasonable, they could still be giving the patient
5  good treatment and care even if they didn't know about
6  that risk or complication.
7     Q. (By Mr. Faes) In doing your work on this
8  case, have you ever been curious as to what the
9  regulatory affairs professionals department in
10 Ethicon, the professionals who are required to make
11 sure an IFU complies with FDA regulations, are you --
12 have you been curious about what they thought needed
13 to be in an IFU?
14       MR. GAGE: Object to form.
15    A. Not really.
16    Q. (By Mr. Faes) That's not something that you
17 thought would be helpful in forming your opinions in
18 this case, that the Prosima and Prolift and Gynemesh
19 PS IFUs are adequate?
20    A. No, because I think they're adequate. I
21 think that they did adequately warn about potential
22 complications, so I think they did a fine job putting
23 it together.
24    Q. Would you agree with me that if Ethicon

**Page 115**

1  medical affairs knew that there was a potential risk
2  or complication attributable to the Gynemesh PS mesh,
3  itself, which, if occurred, could cause severe
4  permanent injury to a woman, that risk should be
5  disclosed in the IFU? Would you agree with that
6  statement?
7     A. No, because they're going to have multiple
8  discussions and opinions and bouncing things back and
9  forth and I think that what they put in the IFU is
10 perfectly adequate and reliable.
11    Q. Have you ever studied the question of what
12 risks and complications were known to doctors across
13 the country with various backgrounds and levels of
14 experience with regard to the use of the Prosima?
15    A. No, I have not studied that.
16    Q. Same question: Gynemesh PS?
17    A. No.
18    Q. Same question: Prolift?
19    A. No.
20    Q. Same question: Prolift Plus M?
21    A. No.
22    Q. I know you're not giving an opinion on,
23 but. . . Do you agree that -- well, actually, I think
24 I know your answer to this. I'm going to strike that

**Page 116**

1  and start over.
2     Do you agree that mesh shrinkage or
3  contraction can lead to severe pelvic pain?
4     A. No.
5     Q. Do you believe that wound contraction can
6  cause -- strike that.
7     Do you agree that wound contraction or scar
8  contraction around a mesh can lead to severe pelvic
9  pain?
10    A. Yes.
11    Q. Do you agree that -- strike that.
12    Do you agree that wound contraction or scar
13 contraction surrounding mesh can lead to painful
14 sexual intercourse?
15    A. (No response.)
16    Q. Do you want me to restate it since you can't
17 read it?
18       MR. GAGE: It's hard to read on the
19 screen here.
20       MR. FAES: Yeah.
21    A. Please.
22    Q. (By Mr. Faes) Do you agree that wound
23 contraction or scar contraction surrounding the mesh
24 can lead to painful sexual intercourse?

**Page 117**

1     A. Yes. And it can also occur with wound
2  contraction without mesh. It occurs in native tissue
3  repairs, as well.
4        MR. FAES: Object and move to strike
5  after the answer "yes."
6     Q. (By Mr. Faes) Same question: Inability to
7  -- with regard to inability to engage in sexual
8  intercourse?
9        MR. GAGE: Object to form.
10    Q. (By Mr. Faes) Since he's going to object to
11 the form, I'll withdraw that and ask the whole
12 question. Would you agree that wound contraction or
13 scar contraction surrounding the mesh can lead to
14 inability to engage in sexual intercourse?
15    A. I don't think that there would be a case
16 where that would -- would occur, where they would be
17 unable to engage in sexual intercourse.
18    Q. But you did agree that it can cause painful
19 sexual intercourse?
20    A. Yes, pelvic -- pelvic surgery scarring can
21 cause painful intercourse.
22    Q. Would you agree that intercourse can be so
23 painful to where a person is unable to engage in
24 sexual intercourse?

30 (Pages 114 to 117)

Christina Pramudji, M.D.

| Page 118 | Page 120 |
|---|---|
| 1  A. Uninterested, unwilling, but not unable. | 1  A. Yes, as in all pelvic surgery. |
| 2  It's not as if the vagina is completely closed, but if | 2  Q. Would you agree that one of the risks of the |
| 3  it's -- if you're saying because of pain, then, yes, | 3  pelvic organ prolapse products is that they can lead |
| 4  where they would be un -- unwilling, uninterested. | 4  to dyspareunia? |
| 5  Physically, they would be able to have intercourse, | 5  A. Yes, as in all pelvic surgery. |
| 6  but it would be too painful. | 6      MR. FAES: Move to strike after the |
| 7  Q. So you make a distinction between someone who | 7  answer "yes." |
| 8  is unable to have sexual intercourse because it's too | 8  Q. (By Mr. Faes) Would you agree that one of |
| 9  painful versus someone who is just physically unable | 9  the risks of the pelvic organ prolapse products is |
| 10  to have intercourse? | 10  that they can lead to multiple surgical interventions |
| 11  A. Well, yes. I mean, there are -- especially | 11  to treat the complications? |
| 12  with native tissue repairs, there are situations where | 12  A. Yes, that can occur. |
| 13  the vagina is so scared and contracted where they are | 13  Q. Would you agree that one of the risks of the |
| 14  physically unable to have intercourse, not just | 14  pelvic organ prolapse products is that a woman can |
| 15  because of pain, because they -- their vagina is | 15  sustain life-changing complications as a result of |
| 16  absolutely too small. | 16  those products? |
| 17  Q. Okay. So you're -- | 17  A. Yes, that can occur. |
| 18  A. And I don't -- | 18  Q. Would you agree that one of the risks of the |
| 19  Q. -- you're making a distinction, not to be | 19  pelvic organ prolapse products is erosions at multiple |
| 20  indelicate, but between someone who is physically | 20  sites? |
| 21  unable to be penetrated and someone who -- | 21  A. Yes. |
| 22  A. Has -- | 22  Q. Would you agree that with the pelvic organ |
| 23  Q. -- prefers not to be because it's too | 23  prolapse products, most women who have erosions or |
| 24  painful. | 24  extrusions require surgical intervention? |

| Page 119 | Page 121 |
|---|---|
| 1  A. Right. | 1  A. Yes. |
| 2  Q. Is that right? | 2  Q. Would you agree that with the Pros -- or |
| 3  A. Yes. | 3  strike that. |
| 4  Q. Would you agree that one of the risks of the | 4      Would you agree that with the pelvic organ |
| 5  -- I'm going to strike that and ask if we can agree | 5  prolapse products multiple attempts to excise the mesh |
| 6  to something, so I don't have to re-ask these | 6  may be required? |
| 7  questions three different times. For the purposes | 7  A. Yes. |
| 8  of these questions, as we discussed earlier, when | 8  Q. Would you agree with the pelvic organ |
| 9  I refer to the pelvic organ prolapse products, | 9  prolapse that one of the risks is life-changing |
| 10  I'm referring to the Prolift, the Prosima and the | 10  complications? |
| 11  Gynemesh PS, which are the three products that you're | 11      MR. GAGE: Object to form. |
| 12  offering an opinion on. If you can't answer the | 12  A. Yes. |
| 13  question the same way for all three products, let me | 13  Q. (By Mr. Faes) Would you agree that one of |
| 14  know and then I'll have to go through each three | 14  the risks of the pelvic organ prolapse products is |
| 15  separately. Can we agree to that? | 15  incapacitating pelvic pain? |
| 16  A. Yes. | 16  A. Yes, as in all pelvic surgery. |
| 17  Q. Would you agree that one of the risks of the | 17      MR. FAES: Move to strike after the |
| 18  pelvic organ prolapse products is that they can lead | 18  answer "yes." |
| 19  to complex mesh erosions? | 19  Q. (By Mr. Faes) Would you agree that one of |
| 20      MR. GAGE: Object to form. | 20  the risks of the pelvic organ prolapse products is |
| 21  A. Yes, that is a risk. | 21  large scale erosions that are not easy to resolve? |
| 22  Q. (By Mr. Faes) Would you agree that one of | 22  A. There's a very remote risk. |
| 23  the risks with the pelvic organ prolapse products is | 23  Q. But is the answer yes? |
| 24  that they can lead to chronic pain syndrome? | 24  A. Yes. |

31 (Pages 118 to 121)

Christina Pramudji, M.D.

Page 122

1    Q.  It is risk. The list of complications and
2  risks that I just asked you about, do you know whether
3  or not Ethicon knew about all those risks on the day
4  the pelvic organ prolapse products first went on the
5  market?
6    A.  I can't recall.
7    Q.  So you don't know, one way or the other,
8  sitting here today?
9    A.  I don't -- yes, I don't know.
10    Q.  If they did know, do you agree that those
11  risks should have been in the IFU?
12    A.  I think those are risks that pelvic surgeons
13  would anticipate, because as I stated, most of those
14  risks, with the exception of the erosion, are risks of
15  pelvic surgery.
16    Q.  Okay. I didn't ask about whether they were
17  risks that pelvic surgeons would anticipate. My
18  question was very specific. My question was: If
19  Ethicon did know about those risks, do you agree that
20  those risks should have been put in the IFU?
21        MR. GAGE: Object to form.
22    A.  I don't think they needed to be in the IFU,
23  because the surgeons with their knowledge and being
24  professionals would be able to anticipate that.

Page 123

1        MR. FAES: Move to strike after the word
2  "IFU."
3    Q.  (By Mr. Faes) And that's your opinion for
4  all of the risks that we just went through today?
5    A.  Yes.
6    Q.  When the Prosima first came onto the market,
7  surgeons were not experienced on any long-term basis
8  with implanting mesh with a vaginal support device.
9  Correct?
10    A.  That's correct.
11    Q.  Do you know the area of the -- do you know
12  the square area of the mesh used in the Prosima kits?
13    A.  Not off the top of my head, no.
14        MR. GAGE: Object. Form.
15    Q.  (By Mr. Faes) And I think you've already
16  answered this question: You don't know what sizes and
17  configurations the Gynemesh PS mesh is offered in.
18  Correct?
19    A.  That's correct.
20        MR. GAGE: I show about eight minutes
21  before she needs to go.
22        MR. FAES: Okay.
23        MR. GAGE: And we can sort out at 4:20
24  how much -- did you get three hours in, did you not.

Page 124

1        MR. FAES: Yeah, I think -- yeah, yeah,
2  yeah, yeah. That's fine.
3        MR. GAGE: Because you might be entitled
4  to a few more minutes. I don't know.
5        MR. FAES: Yeah, I think ten.
6  Anyway. . .
7    Q.  (By Mr. Faes) Would you agree with the way
8  -- strike that.
9        Would you agree that compared to the way the
10  mesh was used before the Prolift, the Prolift provided
11  for more mesh to be put in a woman's pelvis than had
12  been previously used?
13        MR. GAGE: Object to form.
14    A.  I think it depended on how that surgeon was
15  configuring the Gynemesh supplementation, so it could
16  be the same, it could be more, it could be less.
17    Q.  (By Mr. Faes) Do you believe that there is a
18  sheet of Gynemesh PS flat mesh available as a single
19  sheet that is more area than the mesh in the entire
20  Prolift kit?
21    A.  Oh, in the Total Prolift?
22    Q.  Yes.
23    A.  No. I think the Total Prolift is probably
24  more. I'm thinking about one compartment at a time.

Page 125

1  I think if you combine -- you -- you know -- combined
2  an anterior and posterior Gynemesh, it would probably
3  be more than a Prolift, Total Prolift.
4    Q.  Okay. What about just one Prolift, just the
5  anterior or just the posterior, do you believe that
6  there's a sheet of Gynemesh PS that's available that
7  would be more mesh, in terms of total square area than
8  either the anterior Prolift with the arms included or
9  the posterior Prolift with the arms included?
10    A.  Yeah. I think it would probably be very
11  similar once you added it together. And whenever you
12  do a Prolift, you usually trim a lot of the mesh --
13    Q.  What --
14    A.  -- on the tail or on the sides.
15    Q.  What size Gynemesh PS would that be that
16  would greater than the Prolift?
17    A.  I mean, I think one size was, I think, ten by
18  ten centimeters, if I remember correctly. And so it
19  just depends on how the surgeon fashioned it. So it
20  could be more, it could be less.
21    Q.  Do you know if there's more mesh in an
22  anterior or posterior Prolift than what would be
23  contained in a ten by ten centimeter strip of Gynemesh
24  PS?

32 (Pages 122 to 125)

Christina Pramudji, M.D.

Page 126

1    A.  It's less, the anterior Prolift?  The
2  anterior Prolift is bigger than a posterior, yeah.
3    Q.  What do you believe the area of the posterior
4  Prolift is?
5    A.  I don't know off the top of my head.  I mean,
6  I'm just picturing it from having used it.  It's not
7  ten by ten centimeters.
8    Q.  So you don't --
9    A.  It's much less than that, even if you add the
10  arms.
11    Q.  You don't know the total area with the arms,
12  but you -- but you believe it's less than ten by ten
13  centimeters?
14    A.  Absolutely.
15    Q.  You believe it's less than a hundred square
16  centimeters?
17    A.  Absolutely.
18    Q.  Is the same -- is the answer --
19    A.  Because you trim it.  You don't use the whole
20  thing.  And you trim the arms.
21    Q.  Do you know if when physicians use a
22  ten-by-ten sheet of Gynemesh PS, whether or not they
23  typically trim it or typically use the entire square
24  of mesh?

Page 127

1    A.  They typically trim it.  That's what I said
2  earlier, it could be the same, it could be more, it
3  could be less.
4    Q.  So you disagree that, compared with the way
5  the mesh was typically used before the Prolift, the
6  Prolift provides for more mesh to be put in a woman's
7  pelvis than had been previously used before Prolift
8  kits were available?
9      MR. GAGE:  Object to form.
10    A.  Correct, I disagree with that.
11    Q.  (By Mr. Faes)  But only with -- only if just
12  the anterior or posterior is used by itself?
13    A.  Well, if -- okay.  If you -- yeah, comparing
14  one compartment to one Gynemesh graft, yeah, comparing
15  one.  But if you did a Gynemesh graft in each
16  compartment --
17    Q.  Right.  So --
18    A.  -- that would be the comparison.  I wouldn't
19  compare one Gynemesh graft to a Total Prolift.
20    Q.  So would you agree that, compared to the way
21  the mesh was used before the Total Prolift, the Total
22  Prolift provided for more mesh to be put in a woman's
23  pelvis than had generally previously been used?
24    A.  I feel like we're going in circles.  It just

Page 128

1  depended on how that surgeon used the Gynemesh.  So if
2  they're using a Total Prolift, they would have
3  potentially used two Gynemesh grafts on that same
4  woman previously, so it could still be the same, more
5  or less, depending on how they cut their Gynemesh and
6  how they utilize it.
7    Q.  Okay.  Let me ask you this question --
8    A.  Okay.
9    Q.  -- would you agree that compared with the way
10  mesh was used for the repair of pelvic organ prolapse
11  before the transvaginal mesh technique with the
12  Gynemesh Prolene Soft, the Prolene Soft provided for
13  more mesh -- strike that.
14      Would you agree with me that compared with
15  the way mesh was used for the repair of pelvic organ
16  prolapse before the transvaginal mesh technique using
17  the Gynemesh Prolene Soft was developed, the
18  transvaginal technique with Gynemesh Prolene Soft
19  provided for more mesh to be put in a woman's pelvis
20  than had been previously used for pelvic organ
21  prolapse repair?
22      MR. GAGE:  Object to form.
23    A.  I can't really answer that, because there was
24  no standardized way to do that surgery before.

Page 129

1    Q.  (By Mr. Faes)  So is the answer to my
2  question you can't -- you can't answer one way or
3  another, you just don't know?
4    A.  It's a question that cannot be answered
5  because it was not a standardized technique.
6    Q.  If Ethicon medical affairs believed that a
7  caution needed to be taken by a doctor before using
8  Prosima in a particular class of women, should that
9  have been put in the IFU?
10    A.  I would say yes to that.
11    Q.  If Ethicon -- I think I'll ask two more
12  questions and then you probably gotta get out of here.
13  Right?  Okay.  Unless you need to get out of here
14  right now.  Two more questions --
15      MR. GAGE:  The real clock is faster than
16  my watch yes.
17      MR. FAES:  Okay.
18      MR. GAGE:  Yeah.
19    Q.  (By Mr. Faes)  If Ethicon medical affairs
20  believed that a caution should be used before putting
21  a Prosima into a woman based on some fact about her
22  demographics or her age or her level of prolapse or
23  comorbidities or anything that was specific that could
24  be related to specific patients, should that

33 (Pages 126 to 129)

Christina Pramudji, M.D.

| Page 130 | Page 132 |
|---|---|

**Page 130**

1  information have been in the IFU, so that doctors
2  would have that information when deciding to do with
3  their patients?
4        MR. GAGE: Object to form.
5    A. I don't --
6    Q. (By Mr. Faes) Deciding -- I think I
7  flubbed the end of that question. I meant to say
8  deciding what to do with their patients. I don't
9  know if the realtime is wrong or I'm wrong, but do you
10  want me to answer the -- re-ask the question? It's a
11  long one.
12    A. Please.
13    Q. We'll make this the last question then.
14    A. Yeah.
15    Q. If Ethicon medical affairs believed that a
16  caution should be used before putting a Prosima into a
17  woman based on some fact about her demographics or her
18  age or her level of prolapse or comorbidities or
19  anything like that was specific that could be related
20  to specific patients, should that information
21  have been in the IFU, so doctors would have
22  that information when deciding what to do with
23  their patients?
24        MR. GAGE: Object to form.

**Page 131**

1    A. Again, it goes back to, what do you need to
2  put in the IFU, because that's why we're physicians.
3  We're professionals. We're trained to make these
4  judgment calls. I mean, I think it -- I think that
5  the IFU is perfectly adequate. I don't think anything
6  was left out, so I can't think of what they would come
7  up with that would change that opinion that I would
8  say -- I would say no to that question, because,
9  again, they're going to be discussing things back and
10  forth and bouncing ideas off of each other. That
11  doesn't all need to go into the IFU.
12    Q. (By Mr. Faes) But if Ethicon medical affairs
13  believed that that caution should be put in there, you
14  believe that that information doesn't need to be
15  included, even if Ethicon medical affairs believes
16  it needs to be put in there?
17        MR. GAGE: Object to form.
18    A. As I already answered, I would say no.
19    Q. (By Mr. Faes) If Ethicon medical affairs
20  believed that a particular warning or caution should
21  be added to the IFU, but that caution or warning
22  wasn't added due to marketing reasons, would you agree
23  that that would be wrongful?
24        MR. GAGE: Object to form.

**Page 132**

1    A. Not necessarily.
2    Q. (By Mr. Faes) You say not necessarily. Are
3  there --
4    A. Uh-huh.
5    Q. -- are there situations where you believe it
6  would be appropriate to not include a warning or
7  precaution that medical affairs thought should be in
8  the IFU for marketing reasons?
9        MR. GAGE: Object to form.
10    A. It depends on -- it depends on what it was.
11  You know, when they're coming up with these things,
12  they're taking in numerous considerations, so it would
13  -- it would just depend on what it was. It would --
14  it would give me some pause if that was the only
15  reason for marketing reasons, but I would have to know
16  more specifics before I drew a conclusion about it.
17    Q. (By Mr. Faes) So if medical affairs said, I
18  think this warning or precaution is really important
19  and marketing comes in and says, yeah, but it's going
20  to hurt the sales of our product, so we're not going
21  to put it in, you believe that there are situations
22  where that would not be wrongful?
23        MR. GAGE: Object to form.
24    A. Right, because as I've said before, there's

**Page 133**

1  some risks that are not in an IFU for any product that
2  surgeons are aware of, like death. Death is a risk of
3  any surgical device with surgery. You know, surgery
4  has a risk of death, so they may not want to put that
5  in there for marketing reasons.
6    Q. (By Mr. Faes) So you believe that there are
7  situations where it's appropriate for marketing to
8  override the judgment of medical affairs?
9        MR. GAGE: Object to form.
10    A. I don't -- I don't -- I don't want to agree
11  with that. I mean, I don't want to disagree with that
12  because medical affairs should be the priority, but
13  there are so many considerations that go into it.
14        MR. FAES: I'll object and move to
15  strike after the word "priority." And Doctor, I'll
16  let you go, because --
17        THE WITNESS: Okay.
18        MR. FAES: -- I'm sorry. I asked way
19  more questions than I intended to. We got into a --
20        THE WITNESS: I know. We were on a roll
21  there.
22        MR. FAES: We got into a thing there.
23        THE WITNESS: Yeah.
24        MR. GAGE: All right. So we're off the

34 (Pages 130 to 133)

Christina Pramudji, M.D.

| | Page 134 |
|---|---|
| 1 | record now. |
| 2 | (Deposition concluded at 4:25 p.m.) |
| 3 | (Signature reserved.) |
| 4 | * * * * * |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

**Page 136**

1 ACKNOWLEDGMENT OF DEPONENT
2
3 I,_____, do
4 hereby certify that I have read the
5 foregoing pages, and that the same is
6 a correct transcription of the answers
7 given by me to the questions therein
8 propounded, except for the corrections or
9 changes in form or substance, if any,
10 noted in the attached Errata Sheet.
11
12
13 _____
14 CHRISTINA PRAMUDJI, M.D.       DATE
15
16
17 Subscribed and sworn
18 to before me this
19 _____ day of _____, 20_____.
20 My commission expires:_____
21
22 _____
23 Notary Public
24

**Page 135**

1 - - - - - -
2 E R R A T A
3 - - - - - -
4
5 PAGE LINE CHANGE
6 ____ ____ _____
7 REASON: _____
8 ____ ____ _____
9 REASON: _____
10 ____ ____ _____
11 REASON: _____
12 ____ ____ _____
13 REASON: _____
14 ____ ____ _____
15 REASON: _____
16 ____ ____ _____
   REASON: _____
17 ____ ____ _____
18 REASON: _____
19 ____ ____ _____
20 REASON: _____
21 ____ ____ _____
22 REASON: _____
23 ____ ____ _____
24 REASON: _____

**Page 137**

1 THE STATE OF TEXAS:
2 COUNTY OF FT. BEND:
3     I, Tamara Vinson, a Certified Shorthand
4 Reporter and Notary Public in and for the State of
5 Texas, do hereby certify that the facts as stated by
   me in the caption hereto are true; that the above and
6 foregoing answers of the witness, CHRISTINA PRAMUDJI,
7 M.D., to the interrogatories as indicated were made
   before me by the said witness after being first duly
8 sworn to testify the truth, and same were reduced to
   typewriting under my direction; that the above and
9 foregoing deposition as set forth in typewriting is a
10 full, true, and correct transcript of the proceedings
11 had at the time of taking of said deposition.
     I further certify that I am not, in any
12 capacity, a regular employee of the party in whose
   behalf this deposition is taken, nor in the regular
13 employ of his attorney; and I certify that I am not
14 interested in the cause, nor of kin or counsel to
   either of the parties.
15
16     GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
   this, the _____ day of March, 2016.
17
18
   _____
19 Tamara Vinson, Texas CSR No. 3015
20 Expiration Date: 12-31-2016
21 GOLKOW TECHNOLOGIES, INC.
   Texas CRCB Registration #690
22 440 Louisiana, Suite 910
23 Houston, Texas 77002
24 www.golkow.com

35 (Pages 134 to 137)

**A**

**abdominal** 34:20
35:7,16 36:8
68:14,15 100:9,9
101:1,5,6,9
**abdominally** 61:13
62:2,21 93:7
**able** 36:23,24 46:5
51:19 103:6
112:15 118:5
122:24
**abovestyled** 3:4
**absolutely** 28:1
43:3 48:22,24
51:22 52:1 56:6
69:24 77:19 92:21
118:16 126:14,17
**accelerate** 80:6
**accept** 45:15
**acknowledging**
90:7
**acknowledgment**
136:1
**add** 126:9
**added** 56:24 57:17
58:13 125:11
131:21,22
**addition** 6:7
**additional** 59:2
64:18
**address** 6:20 22:4,7
22:10 23:7,10
65:21
**adequate** 114:19,20
115:10 131:5
**adequately** 114:21
**adhesions** 62:22,23
100:22
**advantage** 39:3
**adverse** 59:24
**afaes** 4:6
**afc** 35:18
**affairs** 114:9 115:1
129:6,19 130:15
131:12,15,19
132:7,17 133:8,12

**afternoon** 7:5
**age** 129:22 130:18
**ago** 18:21 28:13
33:9,13 39:6
**agree** 9:11 10:11
11:6,15,19,24
12:20 13:1,6 17:5
23:13,15 27:19
35:7 41:3 44:17
46:14 54:22 56:22
58:3,6,22 59:5
61:12 62:12 63:13
64:3,9,19 65:18
66:8,10 70:1,3
78:6 79:11 80:23
82:7 83:19 86:16
89:15 90:9 94:1,3
94:9,11 96:3,7
102:2,17,21,22
103:10,15,21
104:2,4 110:23
111:8,12 112:4
114:24 115:5,23
116:2,7,11,12,22
117:12,18,22
119:4,5,15,17,22
120:2,8,13,18,22
121:2,4,8,13,19
122:10,19 124:7,9
127:20 128:9,14
131:22 133:10
**ahead** 40:19
**allows** 52:20
**alternative** 23:14
23:16 34:17 35:6
92:20
**alternatives** 32:15
35:8
**ams** 35:23
**amsden** 2:11
**analyses** 67:23
**analysis** 49:14
67:11,15,18 70:17
**andrew** 4:4
**andy** 7:6 9:23
19:14 34:1,1,6

**angles** 38:11
**announce** 28:15
**announced** 28:13
**announcement**
47:14 48:7 49:7
**answer** 13:14 18:13
22:22 34:4 40:14
42:18 58:2,5,21
59:4 71:15 72:22
78:4 80:5 82:19
106:8 115:24
117:5 119:12
120:7 121:18,23
126:18 128:23
129:1,2 130:10
**answered** 11:13
18:11,12 62:24
71:18 72:12 73:16
95:20 123:16
129:4 131:18
**answering** 34:6
**answers** 136:6
137:6
**anterior** 57:24
125:2,5,8,22
126:1,2 127:12
**anticipate** 8:24
49:11 98:19 103:6
112:16 122:13,17
122:24
**anticipated** 73:15
112:22
**anybody** 108:11
**anymore** 28:14
**anyway** 15:10
95:23 124:6
**apart** 76:8 77:3,6
**apex** 30:5
**apical** 29:24 30:3
37:19,20 38:1
50:24 57:15
101:16
**apologize** 107:5
**apparent** 104:8
**appearances** 5:3
**applied** 106:19,23

**apply** 109:15
**appreciate** 23:3
36:24
**appreciates** 34:10
**apprise** 106:15
**appropriate** 15:6
35:10 132:6 133:7
**appropriately**
56:19
**approval** 69:13
**approved** 52:17,24
53:7 69:8
**approximately**
88:2
**area** 23:22 24:3
105:24 123:11,12
124:19 125:7
126:3,11
**areas** 38:12
**arent** 52:23 109:6,6
**arm** 95:18
**arms** 125:8,9
126:10,11,20
**arteries** 76:15
**article** 104:11
**articles** 13:22
**artisyn** 36:2
**asc** 35:17,18 97:22
100:18 101:23
**asked** 19:1 22:14
40:8 71:14,19
75:20 107:5 122:2
133:18
**askew** 32:13
**asking** 79:10,11
98:15
**assessment** 68:6
**assigns** 67:22
**associated** 6:16
54:23 55:20 56:17
**assume** 108:24
109:9,16,18,23
**assuming** 10:5
83:17 84:7
**astora** 28:16
**attached** 3:10 7:23

136:10
**attempts** 121:5
**attended** 81:17
**attorney** 137:13
**attributable** 115:2
**augmentation**
64:17
**august** 25:2,20,23
**authoritative** 63:15
**authoritive** 63:14
**available** 9:11
23:18 26:10 28:22
30:22 31:1 32:4
36:15 37:9 42:1
44:14 46:17,24
47:9,10,16 48:8
49:7,24 50:10,18
98:20 124:18
125:6 127:8
**avenue** 4:5
**avoid** 38:23 102:3
102:19
**aware** 84:22,23
98:12,13 104:16
111:15,18 133:2

**B**

**babbling** 75:23
**back** 8:12 9:23 19:7
25:24 27:8 40:3
41:16 57:15 69:19
71:5 97:11 115:8
131:1,9
**background**
110:23
**backgrounds**
115:13
**backtracking**
53:10
**bad** 71:20 105:19
**banks** 1:20
**barbara** 1:9
**bard** 90:3
**barker** 2:2
**based** 96:14 97:2
97:17 129:21

130:17
**basically** 50:22
**basis** 75:5,13,14
  123:7
**bathroom** 97:5
**bears** 57:3 82:3
**began** 50:20 68:14
**beginning** 66:1
**behalf** 137:12
**believe** 12:14 24:15
  24:18,20 25:10,15
  26:2 29:4 39:12
  39:15 40:21 42:18
  44:3 51:23 52:2
  52:14 53:14 54:8
  54:13,16 56:13,18
  59:17 60:6 66:14
  66:17,20 71:3,7
  71:17,21,23 72:7
  72:13,23 73:3,7
  73:16,20 74:1,8
  77:5,8,10,12,13
  78:13,15 79:17
  80:4,6,9,15 84:13
  85:2,9,10,17
  88:18 92:23 93:2
  93:10 97:1,16
  98:21 100:19,23
  101:14,20 106:17
  106:22 110:15
  116:5 124:17
  125:5 126:3,12,15
  131:14 132:5,21
  133:6
**believed** 60:3 129:6
  129:20 130:15
  131:13,20
**believes** 81:23
  131:15
**bend** 137:2
**benefit** 38:21 56:24
  57:17,24 58:13,18
  58:19
**best** 37:18 39:6,11
**better** 63:4 64:8,16
  89:11 96:13

**big** 18:17 80:19
**bigger** 126:2
**billed** 8:20
**billing** 8:24
**bills** 9:11
**biofilm** 76:10
**biologic** 30:12
**biology** 93:18
**bit** 39:5 50:12
  53:10 73:18 87:24
  106:7
**bleeding** 38:24 39:2
**blood** 94:20
**blynn** 2:1
**body** 44:22 79:9,11
  83:23,24 86:1,2,6
  86:13 100:15
  103:20 110:6
**boggs** 2:7
**bogus** 76:16
**borne** 62:18
**boston** 29:3,4
**bouncing** 115:8
  131:10
**bound** 111:17
**bowel** 62:22 100:17
  100:22 101:15,22
**box** 41:10
**break** 40:2,4,8
  72:13 85:11 86:15
  97:6,10,12,15
**breakdown** 86:4,7
**breaking** 85:18
**brenda** 1:12
**brings** 37:2,6
**brittle** 78:17 79:5
  86:8,13,23
**broadly** 25:4
**broken** 91:21
**brought** 7:24 8:3,5
  8:5,14 16:6,13,17
**bullet** 57:12 58:6
  59:20 61:23 62:1
**butler** 4:9 8:13
  16:1 19:1
**butlersnow** 4:11

**buy** 49:5,23

---
**C**
---
**c** 4:1
**cadaver** 32:22
**calculating** 84:16
**calculation** 46:4
**caliber** 61:3
**call** 17:1 72:16
**called** 35:21 90:3
  110:18,19
**calls** 131:4
**cant** 10:1 18:2 19:6
  19:7 24:20 28:23
  29:7 31:17,20
  45:6 46:7 51:9
  58:5 62:17 74:18
  74:18 88:17 92:17
  99:13 100:5 105:6
  107:7 108:20
  116:16 119:12
  122:6 128:23
  129:2,2 131:6
**capacity** 137:12
**caption** 137:5
**carbone** 81:12,14
  81:22 82:2
**cardiac** 76:14
  79:17,19,23
**care** 51:24 52:15
  53:8,9 64:20,23
  112:10 113:13,23
  114:5
**career** 107:10,15
**carey** 2:8
**carol** 2:23
**carpenter** 1:14
**carry** 100:24
**cartmell** 4:4
**case** 1:8,10,11,13
  1:14,16,17,19,20
  1:22,23 2:1,3,4,6
  2:7,9,10,12,13,15
  2:16,18,19,21,22
  2:24 16:4 18:15
  18:20,23 19:5

20:11,16,17 46:10
  65:16 69:23 87:5
  93:14 96:19
  100:11 106:14
  114:8,18 117:15
**cases** 1:7 8:12
  21:13 76:23
**casespecific** 8:18
  9:14
**catherines** 47:21
**cathy** 2:10
**cause** 3:4 75:11
  80:6 85:16,23
  86:1,17,19 96:8
  101:11,13 115:3
  116:6 117:18,21
  137:14
**causes** 96:2,4
**causing** 86:2
**cautery** 94:19
**caution** 129:7,20
  130:16 131:13,20
  131:21
**caviness** 18:22
  20:10
**cavity** 79:19,23
**centimeter** 125:23
**centimeters** 125:18
  126:7,13,16
**certain** 52:19 72:19
  107:2
**certainly** 70:12
  82:4 99:21
**certificate** 5:9
**certified** 137:3
**certify** 136:4 137:5
  137:11,13
**change** 74:15 131:7
  135:5
**changed** 108:5
**changes** 108:3
  136:9
**changing** 107:4
**charlene** 2:20
**charleston** 1:2
**check** 48:20

**chemical** 70:5,13
**chemistry** 70:2,10
**choice** 30:16 36:9
  37:24 38:5,6,8
  51:4 97:21 98:21
  98:23 103:1,12
**choose** 13:22 102:3
  102:18
**chose** 10:23 36:17
**christina** 1:13 3:1
  5:5 6:3,5,7 7:1
  136:14 137:6
**chronic** 119:24
**circles** 127:24
**circumstance** 79:8
  93:20
**circumstances** 78:8
  78:10,11 79:13
**cite** 13:22,24
**cited** 13:23 104:10
**city** 3:8 4:5 47:19
**civil** 3:9
**clarify** 55:2
**class** 66:3,4,24 67:2
  67:2 68:19 69:14
  129:8
**classified** 66:24
  67:2
**clean** 34:7
**clear** 64:16 101:2
**clearance** 41:14,22
  42:4,12
**cleared** 26:8 52:3,6
  52:16,24 68:19,24
  69:5,8
**clinical** 26:16 76:21
  76:22 77:7,20
  78:2 93:22 94:7,8
**clinically** 78:11
**clock** 129:15
**close** 34:23
**closed** 118:2
**closer** 81:2
**cole** 2:8
**colleagues** 82:5,22
**colony** 4:10

Christina Pramudji, M.D.

| | | | | |
|---|---|---|---|---|
| coloplast 35:21 36:9 | 124:24 127:14,16 | 58:9 | 22:1,2 23:23,24 | 20:10 92:5 |
| colporrhaphy 63:16 | completely 27:21 34:1 61:6 79:7 118:2 | consents 56:14,15 | 24:4,5,7,23 25:7 | criteria 50:13,14 |
| com 4:6,11 102:7 137:24 | complex 119:19 | consider 30:12 42:23 51:21 52:7 50:10 54:5 61:23 67:6 83:2,10,18 84:8 111:1,23 113:22 | 25:19 26:5,6,12 26:18,20 27:14 32:10 33:20,21 34:21,22 36:11 37:10,14 38:15,16 | csr 3:6 137:19 |
| combine 10:24 11:5 125:1 | complication 12:1 12:14 103:8 111:9 111:21 112:6,24 113:10,24 114:6 115:2 | | | cure 71:1 75:4 76:4 |
| combined 16:24 17:7,8 72:9 125:1 | | | | curious 114:8,12 |
| come 11:11 131:6 | | consideration 105:24 106:1 109:4,16 | 39:7 41:6,7,12,23 43:12,21,22 46:18 49:3,21 50:11 51:2 56:1,2 60:4 65:4 67:23,24 68:9,10 82:24 83:1,20 84:10,11 91:13,14 93:11,12 96:5,9,10,16,17 96:23 97:22,23 99:23 100:2 104:22,23 105:3 107:24 108:2 123:9,10,18,19 127:10 136:6 137:10 | current 21:24 |
| comes 81:3 132:19 | | | | currently 32:4 35:23 36:8 52:16 97:21 |
| comfortable 52:13 67:8 70:6 | complications 6:15 23:23 24:3 39:1 54:22 55:5,8,20 56:9,17 61:14 62:3,14 71:19 73:21,22 74:2,10 80:16 100:17 102:4,6,8,19,24 103:4,7 107:2 109:2,11,20 110:5 110:13 111:16,18 112:16 114:22 115:12 120:11,15 121:10 122:1 | considerations 132:12 133:13 | | curriculum 6:9,12 23:6,10 |
| coming 132:11 | | considers 83:4 | | cut 27:1,11 29:16 30:7 96:1 128:5 |
| commentary 9:23 | | consulted 56:3 | | cv 8:5 21:16,18,19 21:24 22:3,16 |
| commercials 32:13 | | contacted 18:15 20:15 | | cystocele 37:19 38:1 40:10 |
| commission 136:20 | | contain 10:19 16:2 | | cytotoxic 93:11,17 93:23 94:10,15,24 95:10 96:9 |
| communicate 110:8 | | contained 40:21 57:9 125:23 | | cytotoxicity 93:19 |
| communication 6:17 | | continue 34:13 50:8 51:24 | | |
| comorbidities 129:23 130:18 | | continued 48:6 49:19 | | **D** |
| companies 110:16 | complies 114:11 | contract 59:15,18 60:7,13,15 | correction 60:10 | d 1:13 3:1 5:5 6:4,5 7:1 136:14 137:7 |
| company 8:7 39:19 109:2,10,11,13,19 | complying 61:22 | contracted 118:13 | corrections 136:8 | daphne 2:2 |
| comparable 63:16 | comprehensive 110:9,10 | contracting 61:2 | correctly 24:15 75:2 76:18 103:16 125:18 | data 44:22 52:11 69:21 74:16 76:1 76:6 |
| comparator 92:16 | conceding 86:12 | contraction 59:13 59:15,20 60:4,9 116:3,5,7,8,12,13 116:23,23 117:2 117:12,13 | | database 81:11 |
| compare 11:23 36:22 83:24 87:17 89:6,18 92:24 127:19 | conceive 74:18 | | correlates 11:3 68:2 | date 25:16 26:5 28:23 37:12 41:14 41:22 42:4,12 48:21 49:2 50:3 136:14 137:20 |
| | concentration 80:8 | | correlation 74:12 | |
| | concern 82:23 | | couldnt 21:20 45:9 45:10 | |
| compared 23:17 36:14,21 38:22 56:24 57:17 58:14 61:14 62:3,14 100:8,17 124:9 127:4,20 128:9,14 | concluded 134:2 | contracts 59:16,16 59:17 60:16,19 61:7 | counsel 9:24 21:18 92:4 137:14 | dated 65:22 |
| | conclusion 132:16 | | | dates 25:7,14 |
| | conclusions 18:2 | contrast 41:9 | counting 32:22 | day 122:3 136:19 137:16 |
| | conducive 27:22 | controlled 14:2 87:15 91:4,10 92:8,15,19,23 | country 115:13 | |
| | conducting 26:11 26:15 | | county 137:2 | days 9:3,4 103:24 104:8 |
| comparing 92:15 92:19 127:13,14 | configurations 32:3 123:17 | controversial 35:1 | couple 28:13 33:12 36:4 107:6 | deal 10:10 |
| comparison 89:20 127:18 | configuring 124:15 | converse 75:17 | course 41:13 111:4 | dealt 70:4 |
| | confused 16:16 25:8,14 31:6 | corporate 28:18 | court 1:1 4:14 9:17 19:19 20:3 33:24 34:9 | death 133:2,2,4 |
| compartment 72:4 72:5,8,9,11,15,24 73:5,9,9 74:3 | conjunction 30:2 | correct 7:10 11:20 12:2 13:4,5 15:22 17:10,13 19:5,11 | crcb 137:21 | decide 37:17 |
| | consent 36:12 | | | deciding 130:2,6,8 |
| | consented 56:19 | | created 19:10 | |

Christina Pramudji, M.D.

130:22
**decision** 13:21 54:9
  54:14,17 66:11
**decreased** 58:19
**defect** 29:24 30:10
**defects** 39:7,16
**defendants** 4:8
**defining** 55:1
**definitely** 38:8
  58:19 71:4
**deformed** 61:5,9
**degradation** 70:24
  71:6 74:24 76:9
  76:16 80:3
**degrade** 74:19 75:6
  75:16 76:13,20
  77:13,19 78:1,7,9
  78:10 79:13 80:7
  85:11,21,22
**degraded** 76:14
**degrades** 69:22
  70:15,20 74:11,17
  75:19 76:2,7
  77:18,24 78:6,14
  78:16 86:13
**degrading** 85:14,17
**degree** 61:11 72:19
  80:1 107:2
**demographics**
  129:22 130:17
**demonstrate** 91:5
  91:11 93:4
**demonstrated**
  96:14 97:1,16
**demonstrative**
  91:23 92:5
**department** 114:9
**depend** 86:11
  105:19 112:1
  132:13
**depended** 124:14
  128:1
**depending** 38:10
  103:19 128:5
**depends** 11:17
  125:19 132:10,10

**deponent** 136:1
**deposed** 107:6
**deposition** 1:12 3:1
  6:3 7:6,19,20 9:17
  14:9 40:12 55:12
  65:8 134:2 137:9
  137:11,12
**depth** 89:14
**details** 10:1
**determination**
  87:17
**determine** 67:11,15
  70:20 88:3,23
  89:10
**devastating** 103:9
**developed** 128:17
**developing** 98:8
**device** 7:7 11:19
  12:1,15,20 13:9
  15:21,21 24:13,21
  26:3,8,12 36:13
  37:8,24 38:4,6,8
  38:14 39:6,11
  40:9 42:20,24
  43:6,12 46:23
  48:7,14 49:17
  50:6,9,14,15 51:4
  51:4,20 52:2,16
  52:23 54:10,18
  66:12,15,18,21
  67:3,19 68:3,9,18
  68:20,24 69:5,14
  71:8 80:10,16
  81:24 84:14 92:16
  92:19,20,24,24
  98:9,21,23 99:4
  100:23 101:8,11
  101:14 102:1,5,20
  102:24 103:1,16
  103:17,22,23
  104:7 106:9
  107:12,16,20,24
  109:3,10,19 110:1
  111:10,21 112:24
  113:10 114:1
  123:8 133:3

**devices** 37:16,16
  43:6 46:19 47:24
  48:10 49:6 51:24
  66:3,4,5,9 67:12
  67:16 91:7,13
  93:5 111:1,5
**diabetes** 94:20
**didnt** 14:17,24 15:7
  18:5 19:4 24:19
  24:21 26:3 30:10
  36:4,5,22 37:4,4
  39:1 49:8,10,13
  50:5 75:21 77:1
  79:1 82:19 89:14
  89:23 90:8 111:22
  113:1,11 114:1,5
  122:16
**difference** 12:24
  15:9 21:20 31:14
  31:22,24 38:17
**differences** 11:18
  37:1
**different** 11:7,9,11
  11:15,22 12:2,12
  12:21,23 15:3
  18:1 20:13 31:5
  36:22 37:1 38:11
  38:12 71:15 72:9
  73:4,9,19 77:9
  79:7,20 89:8
  92:24 112:12,13
  113:18 119:7
**diligent** 111:23
**dimock** 2:23
**dinner** 81:20
**direction** 137:9
**disagree** 44:21
  55:24 56:22 57:2
  57:21 58:4 60:7
  60:11 61:12 62:6
  62:17 63:13,17,20
  64:19,23 66:11
  81:7 82:1 83:20
  84:2,10 114:3
  127:4,10 133:11
**disagreed** 56:7,9

**disappear** 76:13
**disappearing** 85:15
**disclose** 110:4
**disclosed** 110:14
  115:5
**disclosing** 109:1,11
  109:19
**disclosure** 19:12
**disclosures** 19:20
**discomfort** 86:24
**discontinuance**
  37:13
**discuss** 10:10 13:17
  13:17
**discussed** 43:8 86:9
  119:8
**discussing** 131:9
**discussions** 115:8
**disintegrating** 77:3
  77:6
**dispute** 10:1,2,8
**dissection** 100:16
  101:17
**distinction** 53:4
  118:7,19
**district** 1:1,1,5
**division** 1:2
**doctor** 10:13 41:14
  42:19 54:9,14,17
  65:1,7 69:18
  80:19 102:2,17,22
  103:3,11 111:11
  112:8 129:7
  133:15
**doctors** 106:15
  111:1,5 115:12
  130:1,21
**document** 1:6 7:21
  7:24 40:13 65:13
  65:15,19
**documentation**
  89:2 91:17
**documents** 8:6,8
  83:13
**doesnt** 59:15 63:9
  74:16 75:1,6,15

75:17,18 76:12,13
  76:20 77:12
  100:24 101:14
  131:11,14
**doing** 27:12 34:23
  42:23 101:18
  111:14 112:9
  114:7
**donna** 2:11
**dont** 7:14 9:21 10:6
  11:21 13:10 14:16
  15:9 19:6,16
  25:10 30:17,17,17
  30:19,24 31:13,22
  32:2 33:9 34:22
  35:12 36:2,22
  41:19,20,21,24
  42:8,16,16 45:19
  46:21 47:1 48:11
  48:13,16 52:5
  53:16,19 54:7
  59:17 63:10 64:8
  66:10 67:4,20,21
  68:1,4,6 69:2,3,8
  71:5 72:16 74:7
  77:16,18 78:22,23
  82:3 83:6,24
  85:21 88:5,5,10
  88:13,16 90:19,24
  91:16 92:9,13
  93:8,10 95:1,3
  99:5 107:23,23
  109:7 110:9,19
  111:12 112:20
  113:4 117:15
  118:18 119:6
  122:7,9,9,22
  123:16 124:4
  126:5,8,11,19
  129:3 130:5,8
  131:5 133:10,10
  133:10,11
**dozen** 27:5
**dr** 7:5,20 15:11
  23:5 40:3 81:12
  81:14,22 82:2,22

83:2,4,7,11,18,23
84:8 97:11
**drafting** 21:8
**draw** 18:2
**drawing** 13:18
**drew** 132:16
**drives** 8:7 16:9
**due** 82:2 83:22
94:18 131:22
**duly** 3:3 7:2 137:7
**durham** 1:23
**dynamesh** 96:22
**dyspareunia** 120:4

**E**

**e** 4:1,1 135:2
**earlier** 25:10 32:6
42:6 75:21 119:8
127:2
**early** 98:14
**easy** 99:6 121:21
**ed** 39:13
**edge** 86:20
**edges** 86:16 94:19
**education** 40:22
41:9
**educational** 8:7
**effect** 77:20 80:3
93:22 94:9 100:15
**effective** 44:23
52:12 57:4 64:1
**efficacious** 63:22
96:14 97:2,17
**efficacy** 11:7,9,13
12:21 17:20 18:9
44:19 63:5,10
**eight** 81:2 123:20
**either** 24:4 26:4
30:11 37:12 41:22
42:12 73:8 110:10
125:8 137:14
**elapsing** 104:8
**electron** 77:1
**elevate** 28:5,8
29:10 33:2,3
38:14,20 87:23

**elizabeth** 2:1
**email** 28:16,19
**employ** 137:13
**employee** 137:12
**encapsulated** 60:21
**engage** 117:7,14,17
117:23
**engineering** 70:5
**ensure** 41:8
**enterocele** 101:17
**entire** 21:3 124:19
126:23
**entitled** 124:3
**environment** 27:16
27:22 32:7 79:18
79:19
**eroded** 86:2
**erosion** 61:16 64:18
80:23 81:5,23
82:8,13,23 85:12
85:16 86:10,17,19
94:4,13,14 95:3,4
95:7,14 105:2,5,7
105:9,11,12,16,22
105:23 122:14
**erosions** 71:10
94:22,24 105:19
119:19 120:19,23
121:21
**errata** 136:10
**especially** 118:11
**esq** 4:4,9
**essman** 1:8
**estimate** 20:22 21:2
26:23
**ethicon** 1:3 26:5,17
35:19 36:2 40:24
41:10 45:14 46:15
46:19 47:24 49:18
53:17 63:19 67:10
67:14,22 69:10
81:17 83:9,10
98:8 106:19,22
108:10,10,12
114:10,24 122:3

122:19 129:6,11
129:19 130:15
131:12,15,19
**ethicons** 44:14 45:7
45:12 68:6
**eugenia** 2:5
**event** 59:24
**evidence** 56:23
57:13 58:13 74:10
93:10 94:15
**exact** 88:16 91:15
**exactly** 42:15
**examination** 5:6
7:3
**examine** 51:17
**examining** 76:24
**example** 11:7 13:1
28:3 79:12 86:9
**exception** 8:11
122:14
**excise** 121:5
**excluding** 73:22,23
**excuse** 107:1
**exhibit** 6:1,3,5,6,9
6:10,12,13,15,18
7:17,19 9:7,8,18
9:20 10:12,14
13:16 14:7,9,21
15:13 16:22 20:24
21:14,16,18,21,22
21:23 40:7,11
41:4 55:10,12
61:20,21 65:1,6,8
68:11 69:20
**exist** 60:4
**experience** 52:11
55:7 57:7 63:23
67:9 74:6 76:21
76:22 82:4 84:1
104:12 110:24
111:10 112:13
113:16,21 115:14
**experienced** 111:7
111:16 123:7
**expert** 6:5 8:15
10:17 18:15 19:2

19:12 20:16,19
24:20 70:1,9
**experts** 10:3,9
75:22 96:12
**expiration** 48:21
49:2 50:3 137:20
**expired** 50:4 51:20
**expires** 136:20
**exposed** 86:2 93:17
94:10 96:8
**exposure** 59:3
62:20,20 64:18
81:5 82:8,13,16
82:20,23 85:12,16
86:5,7 94:4,13,14
105:7,17
**extent** 50:5
**external** 38:19
**extra** 49:23
**extrusion** 73:17
80:23 81:5,23
**extrusions** 120:24
**eyes** 77:4,7

**F**

**f** 1:20
**fact** 35:8 38:19
75:3,15 79:15,21
81:16 99:14
129:21 130:17
**factors** 37:21 61:24
105:23
**facts** 13:16,17,17
137:5
**faes** 4:4 5:6 7:4,6
10:11,13 13:13,15
14:14,19,23 15:2
15:9,11 18:3 19:9
19:22 20:2,4,8,9
20:12 22:17,20
23:2,5,21 25:4,9
25:22 34:9,12
35:14 36:7 37:2
39:22,23 40:3,20
44:24 45:20,24
46:9,14 52:14,22

53:3 56:22 58:22
59:12 60:11,18
64:8,19 65:7,9,11
71:17,18,21 73:13
77:21 78:20 80:2
82:18,21 83:16
84:4,13 87:16
90:9 92:4,7 97:7
97:11 99:3,14,21
100:3 102:14,17
107:10,19 110:11
111:8 112:19
113:17 114:7,16
116:20,22 117:4,6
117:10 119:22
120:6,8 121:13,17
121:19 123:1,3,15
123:22 124:1,5,7
124:17 127:11
129:1,17,19 130:6
131:12,19 132:2
132:17 133:6,14
133:18,22
**failure** 71:24 72:1,2
72:17,24 73:4,8
73:22,23 74:3,8
**failures** 72:14
**fair** 31:21 36:7
37:23 62:6 83:11
90:16 103:14
**fall** 103:17
**falling** 77:3,6
**familiar** 21:13 54:7
82:11 104:21
**far** 26:14 70:11,11
**fashion** 30:3
**fashioned** 125:19
**faster** 129:15
**fault** 72:18
**fda** 6:17,18,18 45:1
45:15 52:3,17,24
53:7,12 54:10,18
55:19,24 56:9
57:22 58:4 59:24
60:2,12 62:7,13
65:19 66:2 69:13

83:4,9,10,17,20
83:22 84:7,10
110:16 114:11
**fdas** 44:17 45:14
66:11
**federal** 3:9 20:3
**feel** 29:1 30:10
52:13 67:8 69:19
69:24 70:6 105:10
127:24
**feeling** 27:18 90:13
**felt** 13:18 22:22
49:9 50:18
**fibers** 61:4
**fifteen** 43:17
**fifth** 55:18
**fight** 10:10
**file** 1:3
**find** 8:10 24:20
51:19 80:21 88:7
88:11,14 106:4
**fine** 114:22 124:2
**finish** 34:2
**finished** 34:6
**first** 7:2 18:12,14
20:15 21:19 24:12
25:12 32:16,19
33:8 35:2 41:18
42:1 47:14 65:12
66:1 68:12,18,23
69:4,9 72:17
75:14 100:13
108:1 122:4 123:6
137:7
**fishing** 78:20,23
79:2,4 86:9
**five** 71:9 73:24 74:4
74:10 80:17 81:2
93:2 107:7
**flash** 16:9
**flat** 11:8,16 12:2,6
12:15,22 13:2,8
27:3,4 28:3,4
29:16,21 41:15
43:24 44:8,13
53:11,18 66:20

67:2 68:7,18 69:4
69:11 85:1 92:12
92:15 106:11
124:18
**floor** 59:11 60:10
81:17
**flow** 94:21
**flubbed** 130:7
**following** 1:7 54:10
54:18 63:14
**follows** 7:2
**followup** 84:23
**foregoing** 136:5
137:6,9
**forget** 14:16,18
15:7
**forgot** 33:15
**forgotten** 75:22
**form** 17:19,21 18:8
22:12,13 23:19
25:3,6,21 35:11
36:3,18 39:17
44:20 45:17,22
46:3,12 52:8,18
53:2 56:20 58:15
60:5,14 64:6,14
71:13 73:11 77:17
78:18 79:24 83:12
83:21 84:2,12
87:13 94:16 98:24
99:12,18 100:1
107:17 110:7
111:3 112:11
113:14 114:2,14
117:9,11 119:20
121:11 122:21
123:14 124:13
127:9 128:22
130:4,24 131:17
131:24 132:9,23
133:9 136:9
**forming** 16:3,18
17:15,17 18:6
65:16 67:6 114:17
131:10 137:9

**forward** 27:8
**found** 46:22
**four** 55:18 89:4,9
105:16
**fox** 1:21
**frame** 84:16
**free** 27:1 30:3,7
69:19
**frequency** 107:2
**frequently** 50:21
**front** 16:10 41:4
77:3,6
**ft** 137:2
**full** 24:19,21 26:17
46:15 83:23,24
137:10
**fully** 34:1 36:24
**further** 62:18 84:20
137:11

---

**G**

**gage** 4:9,11 9:21
14:16,20,24 15:4
17:21 19:14,16,19
19:23 22:12,19,21
23:4,19 25:3,6,21
33:22,24 34:4,11
35:11 36:3,18
39:17 40:18 44:20
45:17,22 46:3,12
52:8,18 53:2
56:20 58:15 59:8
60:5,14 64:6,14
65:3,5 71:13
73:11 77:17 78:18
79:24 83:12,21
84:12 87:13 90:5
94:16 97:5 98:24
99:12,18 100:1
102:11,16 107:9
107:17 110:7
111:3 112:11
113:14 114:2,14
116:18 117:9
119:20 121:11
122:21 123:14,20

123:23 124:3,13
127:9 128:22
129:15,18 130:4
130:24 131:17,24
132:9,23 133:9,24
**gathering** 14:3
**general** 9:13 11:10
11:10,24 15:17,20
17:10 18:4,15
20:19 36:16,20
**generalized** 9:23
**generally** 66:4,5
127:23
**gessner** 3:8
**getting** 80:12
**give** 65:11 71:15
132:14
**given** 136:7 137:16
**giving** 22:21 114:4
115:22
**glance** 21:19
**go** 13:16 30:5 39:23
40:19 41:1 50:5
59:19 61:23 84:18
84:20 85:3 89:14
119:14 123:21
131:11 133:13,16
**goes** 41:11,16 131:1
**going** 7:18 9:6,7
10:5,13 14:1,8
20:13 21:15,17
25:16 27:8,8
28:14 46:23 47:8
47:9,15 48:8
55:11,17 59:10
61:3,4,5 65:7
69:16 72:10,11,19
73:18 80:21 82:18
83:16 84:4,6 89:7
95:22 96:1 99:6
101:5 102:11,12
103:5 109:6,6,17
111:4,6 115:7,24
117:10 119:5
127:24 131:9
132:19,20

**golkow** 137:21,24
**good** 7:5 14:5 50:18
51:11 63:21 69:10
114:5
**goodwin** 1:4
**gotta** 129:12
**gotten** 10:2
**grade** 37:18,24
38:9,10,10 39:7
39:16 40:10 77:16
**grades** 39:11
**graft** 63:3 127:14
127:15,19
**grafts** 128:3
**grams** 100:4
**grand** 4:5
**gray** 105:24
**great** 52:1,9
**greater** 30:3 82:14
91:19 125:16
**grossly** 76:24
**group** 51:14
**guide** 110:16
**guidelines** 110:15
110:18,21
**gut** 90:13
**guys** 20:2,4
**gyne** 96:15
**gynecare** 6:14
**gynecologists** 68:14
**gynemesh** 10:18,21
11:3,8,16 12:2,3,5
12:13,15,22 13:2
13:8 15:16 16:19
17:4 18:6,9 20:16
22:7 23:7 26:19
26:24 27:1,3,7,10
29:21 30:6,18,23
31:1,15,23 32:4,7
41:15,17 42:13
43:24 44:4,8,13
53:10,18 54:1
66:20 67:1,7,19
68:7 69:1,4,11,22
70:7 74:11,17
76:2,7,20 84:24

Case 3:20-cv-00851-MO Document 91 Filed 05/26/20 Page 42 of 53 Page ID #: 57593
Christina Pramudji, M.D.

Page 144

87:3 88:1 89:12
90:11,14,22 91:6
91:11 92:12,15
93:4,6 96:15 97:3
97:18 98:10,17
99:11,17,24 100:4
106:11 108:18,21
114:18 115:2,16
119:11 123:17
124:15,18 125:2,6
125:15,23 126:22
127:14,15,19
128:1,3,5,12,17
128:18

**H**

**hagans** 2:4
**half** 18:21
**hand** 7:18 10:13
14:8 21:15 49:9
55:11 65:7 137:16
**handed** 15:7 40:11
61:21
**handful** 35:4
**handing** 14:21
**handles** 103:20
**handling** 94:18
**hands** 36:6 56:11
**hang** 40:18
**happen** 75:1
101:17 103:19
**happened** 51:13
**happens** 75:18
93:16,19
**hard** 116:18
**harder** 36:5
**havent** 15:19 28:4
30:19 43:6 70:16
70:21 91:1,2
**head** 39:20 92:9
123:13 126:5
**healing** 94:23 95:9
103:18 112:21
**health** 54:11,19
55:13 56:4,8 57:9
60:1

**heard** 9:23 104:3,6
**heather** 2:13
**heavier** 99:10,22
**held** 11:12
**hell** 15:4,5
**help** 27:12 110:16
**helped** 16:1
**helpful** 114:17
**helps** 17:24
**hereto** 3:11 137:5
**hermann** 47:19,21
**hernia** 54:1 100:21
100:24 101:1,6,12
**hernias** 68:14
101:12
**hes** 117:10
**high** 68:3 71:2 75:5
76:4 80:11 81:8
81:11 82:4,5,6,8
84:15 105:2,7,9
105:14 106:5,7
**higher** 81:9 106:2
**highest** 14:4,5
**highland** 4:10
**highrisk** 66:5,9,12
66:15,18,21 68:8
**hill** 1:9
**history** 94:20
**hold** 70:9
**holes** 95:10
**honestly** 19:6,16
**hospital** 47:22 49:5
**hospitals** 28:24
47:12,18,23 49:17
49:23
**hours** 20:12,23
21:2,3,7,10
123:24
**houston** 3:8 137:23
**huge** 12:24,24
**human** 33:1
**hundred** 91:5,11
91:19,22 92:8
93:3 126:15
**hurt** 132:20
**hypothetical** 63:7

74:20 83:17 84:7
**hypothetically**
85:13,20 86:3,14
86:22 104:4

**I**

**id** 19:7,9 25:24
39:19 42:14 44:10
44:15 90:14,15,15
100:6
**idea** 41:2
**ideas** 131:10
**identical** 31:18
**ifu** 39:10,12,15,20
40:9,12 41:3 44:9
44:13 106:14
107:20,24 108:3,4
108:13,15,18,21
108:24 109:1,7,9
109:18 110:4,14
110:17 114:11,13
115:5,9 122:11,20
122:22 123:2
129:9 130:1,21
131:2,5,11,21
132:8 133:1
**ifus** 107:16 114:19
**iglesia** 82:11,22
83:2,5,7,11,18,23
84:8
**ii** 66:3 67:2 68:19
**iii** 66:5,24 67:2
69:14
**ill** 7:15 16:13 20:9
22:13,17,18 29:3
35:14,17 41:20
43:18 49:13 57:12
62:24 72:13 91:8
102:14 113:7
117:11 119:14
129:11 133:14,15
**im** 7:6,18 8:20 9:6
9:6,7 10:4,13
11:21 12:5,10
14:8,21 15:6 17:3
18:10 19:11,11

20:13 21:15,17
22:15 34:5 39:20
44:10,15 45:3,9
45:18 52:4,22,23
53:24 54:7 55:11
55:17 58:2 65:7
67:17 69:16 71:15
72:12 73:18 75:23
78:4 79:11 82:18
83:14,16 84:4,6
85:15 86:12 87:1
88:16 89:6 90:6
93:18 95:6,6,16
95:16,22 99:1
100:2 101:1
102:11 108:17
115:24 119:5,10
124:24 126:6
130:9 133:18
**impact** 77:7 78:2
78:12
**implant** 48:21
51:24 53:6
**implanted** 24:9,12
25:12 49:1 51:12
52:16 79:8,11
**implanting** 37:15
51:21 52:7 68:15
108:7,9 113:11
123:8
**implants** 27:18
**implication** 77:22
**important** 13:18
22:23 67:5 103:10
132:18
**improper** 94:19
**improved** 63:9
**inability** 117:6,7,14
**incapacitating**
121:15
**incision** 95:11,14
101:4,10
**include** 107:4
109:24,24 132:6
**included** 106:19,23
109:7 125:8,9

131:15
**includes** 66:4,5
**including** 8:6
**incorrect** 22:22
25:10,13
**indelicate** 118:20
**index** 5:1 6:1
**indicated** 39:16
40:10,16 42:21
43:24 44:4 52:23
103:23 137:7
**indication** 68:18,24
69:6,12,13
**indications** 43:1
**ineloquent** 87:12
**infection** 103:21
104:8
**inflammation**
93:24
**inflammatory**
85:23,24 86:3
**inform** 55:19
**information** 40:21
80:12 84:6 108:4
130:1,2,20,22
131:14
**informed** 103:1,12
**inguinal** 101:12
**inherent** 64:5,12
109:20
**injury** 100:21
101:15,19,22
115:4
**innumerable** 94:21
**inserted** 29:16
**instance** 3:2 83:19
84:9
**intend** 46:10 69:23
87:4 91:18 92:1
93:13 100:10
106:13
**intended** 133:19
**intepro** 89:24 97:24
98:2
**intercourse** 116:14
116:24 117:8,14

Case 2:12-cv-02037-MO Document 91 Filed 05/26/20 Page 43 of 57594
Christina Pramudji, M.D.

Page 145

117:17,19,21,22
117:24 118:5,8,10
118:14
**interested** 137:14
**internal** 67:11,15
**interrogatories**
137:7
**interrupt** 14:24
15:6 18:5 48:24
100:2
**intervention**
120:24
**interventions**
120:10
**intraabdominal**
62:23
**introduce** 13:7
**introduced** 63:6
**introduces** 58:24
59:2,9
**invasive** 100:8
102:2,3,4,18,20
**investigator** 63:18
63:24
**invoices** 8:14 10:3
**involved** 26:15
107:11,15
**isnt** 80:19 94:7,13
113:20
**issue** 94:23
**issued** 15:19 45:1
53:12 56:5 66:2
**issuing** 55:19
**ive** 13:16 28:5,5
35:19,23 75:21
76:23 83:13 104:3
132:24

**J**

**jane** 1:15
**january** 65:22
**jean** 2:23
**jo** 2:16
**job** 114:22
**joe** 81:12,14
**joseph** 1:4

**joy** 1:8
**judge** 1:5
**judgment** 43:4,10
131:4 133:8
**july** 54:10,18 58:10

**K**

**k** 1:20
**kansas** 4:5
**katy** 47:21
**keep** 89:2 96:1
**keeping** 50:2
**keeps** 41:1
**kept** 48:5
**key** 2:19
**kin** 137:14
**kind** 37:2,6 49:10
50:15 87:12 89:8
89:15 105:20,24
**kit** 13:2,7 29:7,18
32:16,19,21,22
33:2,11,18 36:12
36:17 37:17 56:16
99:8 107:20 109:3
109:10 110:6
111:10 112:17
124:20
**kits** 36:15,22 37:1
44:19,23 87:22
99:7,15 123:12
127:8
**knew** 22:24,24
109:2 111:20
115:1 122:3
**know** 7:14 9:6,22
10:7,9 11:21
13:10 14:3 17:23
19:6,16 24:16
26:7,14 29:1
30:17,17,18,19,24
31:3,12,14,18,22
32:2,3,12 34:22
35:14 39:10,13,18
40:24 41:14,17,20
41:21,24 42:4,8
43:23 45:18 46:19

47:23 48:3,13,17
49:11,17 52:5,9
53:17 54:7 57:6
63:10 66:23 67:1
67:4,10,14 68:1,4
68:6,23 69:2,3,7,8
69:10,16 76:12,24
77:2 78:20,23
79:1,21 80:2 81:8
81:12 82:13,21
83:4,6,13 84:18
88:20 90:20,24
91:15 92:7,11,14
92:18 93:6,19
95:7 98:8 99:3,5
99:15 100:3,6
102:23 103:4,11
104:24 105:4,21
106:18 107:1
108:4,15,18,21
109:5,21 110:2,3
110:18,19,20
111:9,11,12,22
112:2,6,7,12
113:1,11 114:1,5
115:22,24 119:14
122:2,7,9,10,19
123:11,11,16
124:4 125:1,21
126:5,11,21 129:3
130:9 132:11,15
133:3,20
**knowing** 103:5
111:24
**knowingly** 52:15
**knowledge** 16:23
17:24 49:1,4
52:20 113:16,21
122:23
**known** 109:13
115:12
**kriz** 1:11

**L**

**label** 42:24 43:5,7,8
43:15,19 52:21

**labs** 32:23
**lap** 15:8
**lapsed** 103:18
**large** 14:3 29:24
30:10 81:10
121:21
**launch** 24:19,22
26:17 37:12 46:15
**launched** 24:17
25:2,4,20 26:4
41:18
**law** 41:4
**lead** 85:11,18 86:10
86:23 94:4,12
116:3,8,13,24
117:13 119:18,24
120:3,10
**learn** 28:15
**leeway** 52:20
**left** 99:7 131:6
**legally** 53:5
**level** 13:24 14:4,5
129:22 130:18
**levels** 115:13
**liability** 1:4
**lieu** 45:16
**life** 48:17 49:12
102:4,6,7 107:4
**lifechanging** 102:7
102:19,23 103:9
120:15 121:9
**lighter** 99:16,20
**liked** 98:15
**limited** 26:10
**line** 78:20,23 79:5,5
86:9 94:22 95:2,8
95:8,12,15 135:5
**list** 6:7 14:12,22
15:15,23 16:1,2
17:1,8,12 22:1
91:18,22 122:1
**listed** 16:22 22:3,6
22:15,16 23:6,9
42:12 96:2
**lite** 89:24 98:2
**literature** 8:7,8

13:11 14:1,4
23:22 24:3 39:18
55:6 56:12 57:2
59:23 60:3,12
62:10 63:21 64:15
67:9 71:4,6 74:5
76:19 82:3 83:23
84:1 89:9 96:15
97:3,18 105:21
**litigation** 1:5 32:13
**little** 16:16 29:10
39:5 42:6 50:12
53:10 73:18 106:7
113:18
**live** 33:1 105:22
**llp** 4:4,9
**logan** 2:20
**lois** 1:23
**long** 2:13 30:19
130:11
**longer** 37:9 46:17
46:23 47:9,15,16
48:8 49:6 50:9
52:24
**longest** 84:22,23
**longterm** 123:7
**look** 16:16 19:7
21:23 25:24 32:13
32:15 39:19,21
40:1 42:14 59:8
62:10 68:11 83:23
83:24 90:15 100:6
**looked** 15:8 90:19
91:1,2
**looking** 13:11
52:11 55:6 61:18
74:5,5 81:10
**loss** 37:19 38:1
50:23
**lot** 11:3,10 14:3
21:12 34:5 81:3
84:5,19 88:22
105:21 125:12
**louisiana** 137:22
**low** 68:3,8 71:1
75:4 76:3

**lower** 61:14 62:3,9
  62:13

## M

**m** 1:13 3:1,5,5 4:9
  5:5 6:4,5 7:1
  18:17,17 31:6
  33:16 50:6,9,15
  50:17,20 51:1,4
  54:18 98:9,11,15
  98:17,19,23 99:4
  115:20 134:2
  136:14 137:7
**machine** 3:7
**major** 17:22 100:21
**majority** 95:2
**making** 13:21
  28:22 46:16
  118:19
**manifestation** 94:7
  94:8
**manufactured**
  108:10
**manufacturer**
  36:14
**march** 1:14 3:4
  137:16
**maria** 2:5,17
**marie** 1:20
**mark** 9:8 14:20
  21:17
**marked** 7:17,18
  9:20 10:12,14
  13:16 14:7,9 15:3
  20:24 21:14,16,22
  40:7,11 55:10,11
  65:6,8 69:20
**market** 45:21 46:2
  46:11 63:6,11
  99:4,8,9,16 105:1
  122:5 123:6
**marketing** 131:22
  132:8,15,19 133:5
  133:7
**marlex** 90:2
**mary** 1:15

**master** 1:3
**material** 109:21
**materials** 6:7 7:24
  8:3,11 16:2,7,9
  21:11,12 40:22
  41:1,10 91:20
**matter** 61:1 72:20
**mdl** 1:7 6:8 18:17
**mean** 14:21,24
  17:23 18:5 20:17
  20:18,19 22:17
  29:20 32:11 51:12
  53:22 55:2 61:1
  62:12 70:3 72:1,2
  75:13,18 76:13
  87:8,9 100:14
  118:11 125:17
  126:5 131:4
  133:11
**meaning** 22:16
  55:8
**meant** 23:1 102:7
  110:9 130:7
**medical** 8:9 26:19
  42:20,24 43:12
  52:16 53:21 60:3
  60:12 66:3 67:16
  93:18 107:12,16
  109:10,19 111:1,5
  115:1 129:6,19
  130:15 131:12,15
  131:19 132:7,17
  133:8,12
**medication** 43:7
**medications** 43:5
**meeting** 10:4,5
**meetings** 83:8
**memorial** 3:7 47:19
  47:19,21
**memory** 44:11 85:6
  85:8
**mention** 33:15
  40:20 96:22
**mentioned** 14:17
  16:6
**mesh** 6:16,19 11:8

11:16 12:2,6,15
12:22 13:3,3,7,8
18:1,4 23:22 24:3
27:4,17,18,20,23
28:2,3,5 29:3,3,4
29:16,21 30:3,7
30:12,13,16 31:12
31:15,16,23 32:13
32:16 35:1,24
36:1,2,9,12,16,19
41:15 43:12,14,19
43:24 44:4,9,13
44:19,23 53:11,18
53:21,23,24 54:3
54:5,23 55:20
56:18,23,24 57:1
57:3,16,18 58:13
58:14,18,20,22
59:3,13,15,17,20
59:22 60:3,7,12
60:15,17,21,23
61:2,8,12,14,15
61:16,18,24 62:1
62:3,5,14,15,20
62:21 64:4,5,11
64:12,16,18 65:20
66:8,12,20 67:2
68:7,12,15,18,24
69:4,5,11 70:14
70:14,18,18,19,23
71:24 72:1,1,16
72:18 73:17 74:11
75:6 76:11,12,24
76:24 77:2,5,14
78:13 84:24 85:1
85:10,17 86:1,5,7
86:16,18,20,22,23
87:3,7,23 88:3,8
89:12,19,21,24
90:2,3 92:12,15
93:11 94:4,5,12
94:13,15,23 95:9
97:19,21,24 98:2
98:4,6,10,10,16
98:18,20 99:10,11
99:15,16,17,24

100:4 106:11
107:20 109:10,21
110:6 111:9 115:2
116:2,8,13,23
117:2,13 119:19
121:5 123:8,12,17
124:10,11,18,19
125:7,12,21
126:24 127:5,6,21
127:22 128:10,11
128:13,15,16,19
**meshes** 28:2 35:16
  35:17 36:1 87:16
  89:4,10 96:13,13
  96:24 97:15
**met** 81:14
**meter** 100:4
**methodology** 88:24
**micral** 103:20
**microscopic** 70:17
  77:1
**microscopically**
  77:19 78:2
**microscopy** 77:1
**midurethral** 17:16
  17:18 18:7
**mind** 50:2
**minds** 10:4,6
**minimally** 100:8
**minute** 39:6 85:5
**minutes** 123:20
  124:4
**missing** 113:15,16
  113:21
**mississippi** 4:10
**missouri** 4:5
**mistake** 25:5
**moderate** 68:3,8,19
**moderaterisk** 66:4
**moment** 100:5
**month** 47:2 49:12
**morbid** 100:10,14
  100:19
**morrow** 2:22
**move** 13:13 63:1
  69:18 82:18 95:22

117:4 120:6
121:17 123:1
133:14
**moved** 27:19
**multiple** 57:4 80:14
  96:2,4 115:7
  120:10,19 121:5

## N

**n** 4:1,4
**name** 7:5 29:7
**nancy** 2:16
**narrow** 57:23
**native** 27:13 30:11
  34:14,16 63:4
  64:3,9,20 82:17
  90:9,20 112:17
  117:2 118:12
**necessarily** 72:17
  75:17 109:14
  110:24 132:1,2
**necessary** 103:23
**necrosis** 93:24,24
  94:11,17,21 96:3
  96:4,8
**necrotized** 94:1,3
  94:12
**need** 10:10 28:2
  29:2,13 38:12
  39:24 44:18 49:13
  50:3 71:10 90:5
  103:3 105:8
  129:13 131:1,11
  131:14
**needed** 10:4 29:13
  37:20,21 104:7
  105:20 106:19,23
  114:12 122:22
  129:7
**needing** 10:8
**needs** 123:21
  131:16
**never** 20:4 23:21
  24:1,2 43:14,18
  43:19 49:1 67:18
  68:5 83:8 90:19

91:21 95:13 99:4
104:3,6
**new** 16:15 35:15
75:24 91:8 98:16
**news** 6:18
**nice** 34:7
**nicely** 11:12
**nomenclatures**
31:5
**nonissue** 78:3
**nonmesh** 58:24
**nonresponsive** 84:5
**notary** 136:23
137:4
**noted** 136:10
**notice** 6:3 7:20,23
9:16 56:5
**notification** 54:11
54:19 55:13 56:4
56:8 57:10 60:1
**november** 18:18
20:21
**nuances** 36:20
**nudge** 34:8
**number** 7:23 16:6
20:23 26:10 49:12
68:2 74:14 75:10
81:3 87:9,10,14
88:5,10,13,16,17
91:15 92:9,13
**numbered** 3:4
**numbers** 9:7
**numerous** 91:4,10
92:10 132:12

**O**

**object** 13:13 17:21
22:12,13 23:19
25:3,6,21 35:11
36:3,18 39:17
44:20 45:17,22
46:3,12 52:8,18
53:2 56:20 58:15
60:5,14 63:1 64:6
64:14 71:13 73:11
77:17 78:18 79:24

82:18 83:12,21
84:12 87:13 94:16
98:24 99:12,18
100:1 107:17
110:7 111:3
112:11 113:14
114:2,14 117:4,9
117:10 119:20
121:11 122:21
123:14 124:13
127:9 128:22
130:4,24 131:17
131:24 132:9,23
133:9,14
**objection** 9:22 10:6
23:3
**obstruction** 62:22
100:22
**obviously** 18:1 50:2
68:1
**occasionally** 27:24
**occasions** 26:22
**occur** 38:24 78:16
103:4 104:18
109:2 110:5 117:1
117:16 120:12,17
**occurred** 47:3 51:8
115:3
**occurs** 103:21
117:2
**october** 59:24
**offer** 46:10 69:23
87:5 93:13 96:18
100:10 106:13
**offered** 123:17
**offering** 77:15
119:12
**office** 137:16
**officially** 26:4
28:20
**oh** 12:7 14:19 18:13
20:20 22:24 25:7
33:4 71:9 74:24
102:9 104:12,14
124:21
**okay** 8:20 9:6,19

13:13 14:8 18:3
18:13,14,19 19:9
20:9,20 21:15
26:2 27:15 28:19
29:12 30:9 31:8
31:10,21 33:14
35:17,20 37:2,6
40:18 42:16 44:12
47:20 50:8 51:16
63:13 69:17 73:1
91:3 95:21,24
101:3 102:9
104:14,16 113:6,8
113:19 118:17
122:16 123:22
125:4 127:13
128:7,8 129:13,17
133:17
**olsen** 1:15
**once** 50:17 125:11
**operations** 111:14
**opinion** 55:6 64:15
69:22 70:23 71:3
74:16 75:6,12
76:1,6,17,19
77:15,23 78:5
87:4 89:19 93:13
96:18 100:10
101:8 106:13
115:22 119:12
123:3 131:7
**opinions** 10:19,22
10:24 11:12 13:19
16:4,19 17:7,15
17:17,19,23 18:7
18:8 46:10 65:16
67:7 77:15 84:2
114:17 115:8
**opposed** 11:1 93:23
**oral** 1:12 3:1
**order** 45:1,8 53:11
53:18 66:2 74:15
77:7 103:11 105:8
**orders** 83:9
**organ** 6:16,19 17:1
17:2,9 21:4 23:11

27:20,24 29:17
54:24 56:16 58:9
58:23 59:1 61:13
61:15 62:2,4,15
64:10,11,21 65:21
66:9 68:16,17
77:14 90:10,21
99:9 119:9,18,23
120:3,9,14,19,22
121:4,8,14,20
122:4 128:10,15
128:20
**oriented** 86:12,18
**outcomes** 63:15
64:4,11,16
**outlier** 83:2,5,11,18
84:8
**outline** 107:14
**outside** 53:7
**overall** 81:5,23
**override** 133:8

**P**

**p** 3:5,5 4:1,1 134:2
**page** 5:2 6:2 25:1,5
25:16 55:15 57:8
61:20 69:18 87:2
96:11 100:7
104:10 135:5
**pages** 136:5
**pain** 58:19 60:9
112:21 116:3,9
118:3,15 119:24
121:15
**painful** 116:13,24
117:18,21,23
118:6,9,24
**paper** 63:15
**paragraph** 55:18
59:19 66:1 68:12
**parentheses** 57:14
57:16
**parenthesis** 59:21
**parkway** 4:10
**part** 35:9,9,12
75:13

**particular** 10:23
111:9 129:8
131:20
**parties** 137:14
**party** 137:12
**pass** 38:24
**passed** 103:24
**passes** 38:15,20
39:2
**patient** 8:9 30:10
35:7 36:12,17
37:17,24 43:8
51:21 52:7 56:17
56:19 64:22 71:1
75:5 76:4,22 77:8
80:9 84:14,17
86:24 102:3,18,22
103:3,11 109:12
113:24 114:4
**patients** 27:17 29:1
32:13 36:23,23
38:5,6,9 50:14,15
50:19,20,20,23
51:11,12,15 52:10
56:4,7,15 58:9,16
58:17 70:8,8
77:20 87:11,15
105:16,22 129:24
130:3,8,20,23
**paula** 1:11
**pause** 132:14
**pd** 88:7
**peerreviewed**
23:22 24:2
**pelvic** 1:4 6:16,19
17:1,2,9 21:4
23:11 27:20,24
29:17 54:24 56:16
58:9,23 59:1,11
59:13 60:10 61:13
61:15 62:2,4,15
64:10,11,21 65:21
66:9 68:16,17
77:14 81:17 87:3
87:8,20 88:3,8,12
88:15 89:19 90:10

Christina Pramudji, M.D.

90:11,21,22 99:9
111:13 112:15,16
112:17,21 116:3,8
117:20,20 119:9
119:18,23 120:1,3
120:5,9,14,19,22
121:4,8,14,15,16
121:20 122:4,12
122:15,17 128:10
128:15,20
**pelvis** 35:10 72:18
124:11 127:7,23
128:19
**penetrated** 118:21
**penny** 2:14
**people** 26:15
112:12
**percent** 55:9 71:9,9
72:11 73:2,13,24
74:4,9,10 80:11
80:18,24 81:2,3,6
81:24 82:9,15,17
84:15 88:20,21
94:14 95:4 105:11
105:13 106:2
**percentage** 72:22
**perfect** 107:9,9
**perfectly** 115:10
131:5
**perform** 35:2
**performed** 37:8
87:10 103:2
**performing** 37:11
**period** 27:6 37:7
47:6,13 48:12
51:7 103:18
**peripheral** 17:23
**permanent** 115:4
**peroxides** 79:21,22
80:2,6
**person** 48:23
117:23
**personal** 82:4
**perspective** 38:21
52:4
**phrased** 67:12

**physically** 118:5,9
118:14,20
**physician** 43:9
52:14 55:3 56:13
56:14,15,19
111:22,23,24
112:5,9 113:1,2
113:11,12,23
**physicians** 23:18
26:11 39:10 41:6
41:11 42:1 51:14
52:20 126:21
131:2
**picturing** 39:20
126:6
**place** 95:1,5,14
**placed** 48:15 61:12
61:17 62:1,21
86:19 95:18
103:16 104:1
**placeholder** 6:11
9:10
**placement** 6:16
**placing** 61:24
**plaintiffs** 3:3 4:3
10:3 96:12
**please** 20:7 69:15
116:21 130:12
**plication** 58:21
**plus** 31:6 33:16
50:6,9,15,17,20
51:1,3 54:18 98:9
98:11,15,17,19,23
99:4 115:20
**point** 19:7 29:23
30:1 34:8 45:3
57:12 58:6 59:20
61:23 62:1 63:12
64:24 99:8
**points** 11:11
**poking** 86:14
**polymer** 70:2,6,10
**polymers** 70:4,7
**polypropylene**
77:12,14,23 78:6
78:7,13,15,17,24

79:12,16 80:3,7
85:10 86:8 87:23
**poor** 94:20 112:21
**pop** 17:17 55:21
59:22
**pores** 61:8,8
**portions** 27:11
**possession** 8:6
**possible** 112:4,14
**posterior** 57:16,23
58:8,17,20,20
101:18 125:2,5,9
125:22 126:2,3
127:12
**potential** 38:21
59:10 94:8,9 96:2
96:4,7 103:4
111:15,20 112:6
112:16 114:21
115:1
**potentially** 43:6
78:9 102:4,19,23
103:9 107:3 128:3
**practice** 24:7 26:20
43:20 48:20 53:21
54:6 70:12 107:19
**practicing** 43:16
**pramudji** 1:13 3:1
5:5 6:4,5,7 7:1,5
7:20 15:11 23:5
40:3 97:11 136:14
137:6
**precaution** 132:7
132:18
**prefer** 36:5
**prefers** 118:23
**premarket** 69:13
**preparation** 8:9
**prepare** 19:4
**prepared** 40:14
**preparing** 20:23
107:11,15
**preprolift** 30:8
**prerogative** 43:9
54:21
**prescribed** 103:18

103:24
**present** 4:13 58:24
79:22,23
**pretty** 12:7,13
19:11 80:19,20
98:14
**previous** 21:13
79:5
**previously** 58:1
59:21 124:12
127:7,23 128:4,20
**price** 31:22,24
**primarily** 34:24
**primary** 63:24
**principle** 11:24
**prior** 7:21 8:12
18:20 26:17 27:10
35:4 92:1 104:7
**priority** 133:12,15
**probably** 9:1,3
21:1,9 27:9 29:3
29:22 30:7 31:21
52:10 76:10 83:15
124:23 125:2,10
129:12
**problem** 95:9
**problems** 53:6 71:5
**procedure** 3:9
23:16 35:3 36:9
56:16 92:16,20
93:1 100:19,20
102:5,20,24 103:2
**procedures** 32:14
58:10
**proceed** 40:5 97:13
103:13
**proceedings** 137:10
**process** 7:13 28:12
**produce** 28:14
**produced** 3:2 8:12
19:10 21:17 92:5
**producing** 10:7
28:10,11
**product** 22:4 23:7
29:8 30:20,22
31:4 35:19,21,23

41:5,11,15,17,21
41:22 42:1,5,13
46:5,16 48:1,18
48:21 49:2,18
50:3 53:11,13
63:3,9 64:1 85:22
98:16 104:22
106:16 108:13
132:20 133:1
**products** 1:4 10:24
11:2,4,11,23
15:20 17:2,3,9,10
17:17 18:1 21:5
22:7 48:4 49:12
49:13 52:1 77:15
108:7,9 119:9,11
119:13,18,23
120:3,9,14,16,19
120:23 121:5,14
121:20 122:4
**prof** 39:13
**professional** 40:22
41:1,9 43:4
**professionals** 114:9
114:10 122:24
131:3
**profile** 11:7,16
12:21
**project** 104:21
**projection** 49:10
**prolapse** 6:16,20
17:2,2,9 21:4
22:11 23:11,17
27:12,20,24 29:17
32:17 35:9 38:9
39:11 50:23 54:24
56:16 58:10,23
59:1 61:13,15
62:2,4,15 64:10
64:12,21 65:21
66:9 68:16,17
72:2,8,20 77:14
90:10,21 99:9
119:9,18,23 120:3
120:9,14,19,23
121:5,9,14,20

Christina Pramudji, M.D.

122:4 128:10,16
128:21 129:22
130:18
**prolene** 31:4,12,15
31:20,23 41:21,24
53:21,23 54:1,3
61:3,10 69:22
70:14,18 76:14
79:16 89:6,21
93:11 128:12,12
128:17,18
**prolift** 10:18,20
12:4,11,20 13:2,7
15:16 16:19 17:4
17:20 18:12 29:24
30:2,4 31:6 32:20
33:15 36:21 37:8
37:16,22 38:4,13
38:22 39:15 49:16
49:22,23 50:6,8
50:13,15,17,19,20
50:22 51:1,3,5,20
54:17,18 66:17,23
67:19 68:7 70:14
70:19 72:7 80:16
80:24 81:6,24
82:9,14 84:14
85:1 88:1 91:6,12
93:5 98:11,15,17
98:22,23 106:8
111:21 112:7,24
113:10 114:1,18
115:18,20 119:10
124:10,10,20,21
124:23 125:3,3,4
125:8,9,12,16,22
126:1,2,4 127:5,6
127:7,19,21,22
128:2
**properly** 86:18,19
95:18
**propounded** 136:8
**pros** 121:2
**prosima** 6:14 7:7
10:18,20 11:6,15
11:19,20 12:1,11

12:13,15 13:3,8
15:16 16:19 17:4
18:6,9,16,20 22:4
23:13,15 24:6,13
24:19,21 26:3,7
26:16,16 33:3,4
34:13,17 36:13,20
37:11,16,18,23
38:14,20 39:4,6
40:9,12 41:5 42:5
42:13 45:2,8,14
45:16,21 46:1,11
46:15,19,23 47:8
47:13,14,24 48:6
48:10,14,18 49:6
50:13 51:19 52:2
52:7 54:10,15
63:3,15,18,24
66:14 67:19 68:7
70:15,19 71:8,24
72:14,24 73:4,8
73:17,21 74:2,11
80:10,17 85:1
88:1 91:7,12
92:19,24 93:5
98:9,19,22 99:3
100:8,17,20,23
101:8,10,11,14,18
102:1 103:16
105:8,12 106:4,14
106:20,24 108:15
111:2,21 112:7,24
113:10 114:1,18
115:14 119:10
123:6,12 129:8,21
130:16
**protegen** 104:21,21
105:1,5
**proven** 52:12
**provide** 20:11
**provided** 15:24
41:10 124:10
127:22 128:12,19
**provides** 56:24
57:16 58:13 127:6
**provisions** 3:10

**prudent** 112:8
113:2
**ps** 10:21 11:3,8,16
12:2,3,15,22 13:2
13:8 15:16 16:20
17:4 18:6,9 20:16
22:7 23:7 26:19
26:24 27:1,3,7
29:21 31:1,15,23
32:4,7 41:15,17
42:13 43:24 44:4
44:8 53:10,18
66:20 67:1,7,19
68:7 69:1,4,11
74:11,17 76:2,7
76:20 84:24 87:3
89:12 90:11,22
91:6,11 92:12,15
93:4,6 96:16 97:3
97:18 98:10,17
99:11,17,24 100:4
106:11 108:18,21
114:19 115:2,16
119:11 123:17
124:18 125:6,15
125:24 126:22
**public** 54:10,19
55:13 56:4,8 57:9
60:1 136:23 137:4
**publications** 8:8
22:1,3,6,9,15 23:6
23:9
**published** 23:21
24:2
**pubmed** 89:1,2
**pulled** 61:9
**purposes** 110:4
119:7
**pursuant** 3:9
**push** 86:1
**pushing** 86:5
**put** 39:19 42:15
50:16 86:21
110:16 115:9
122:20 124:11
127:6,22 128:19

129:9 131:2,13,16
132:21 133:4
**putting** 114:22
129:20 130:16
**pvdf** 87:21 88:8

**Q**

**quality** 89:10,11
**question** 7:14,15
11:13 16:15 18:6
18:10 20:14 22:14
22:18 34:2 35:13
37:7 40:14 43:19
49:16,22 54:13
58:3,21 59:4,7
62:24 63:7 64:9
65:12 69:15 71:14
71:14,20 72:12,21
73:16,19 74:20
75:21,24 77:9
78:5 87:12 89:8
89:24 90:7 91:1,8
95:20 99:7 102:13
113:17,20,21
115:11,16,18,20
117:6,12 119:13
122:18,18 123:16
128:7 129:2,4
130:7,10,13 131:8
**questions** 7:4 14:22
22:14 72:6 107:6
119:7,8 129:12,14
133:19 136:7
**quick** 97:5,8
**quijano** 2:5
**quite** 87:24
**quote** 76:9 88:17

**R**

**r** 1:4 4:1 135:2,2
**ran** 49:20
**randomized** 14:1
87:15 91:4,10
92:8,14,18,22
**range** 73:14 80:19
80:21,24 81:2,7

111:5
**rare** 54:24 55:1,2,4
55:8,21 56:10,12
56:18 103:7,8
**rate** 26:2 62:20,21
74:8,9 80:24 82:4
82:8,14,16 94:14
95:4 105:9,11,12
**rates** 112:1,12
12:14 61:14,16,19
62:3,9,11,14
70:24 71:1,7,22
71:23 72:7,14,23
73:3,7,17,20 74:1
75:4,4,10 76:3,4
80:10,15 81:6,11
81:23 82:20,23
84:14,17 105:2,4
105:7
**reach** 74:14,15
**reached** 10:20
**reaction** 85:19,23
85:24 86:1,4
**read** 55:17 57:12
59:7 65:18 107:20
107:23,23 108:1
108:24 109:9,18
116:17,18 136:4
**reading** 34:5
**reads** 62:1
**ready** 40:4 97:12
**real** 97:7 129:15
**realistically** 103:6
**really** 13:11 28:4
33:12 34:1,23
35:4 36:23 62:17
114:15 128:23
132:18
**realtime** 130:9
**reask** 22:18 72:21
84:5 119:6 130:10
**reason** 10:23 39:2
75:16 132:15
135:7,9,11,13,15
135:16,18,20,22
135:24

Case 3:20-cv-00851-MO   Document 91   Filed 05/26/20   Page 390 of 478
Case 3:12-md-02327-00851-MO   Document 2153-n   Filed 05/09/16   Page 48 of 53   PageID #: 57599

Christina Pramudji, M.D.

Page 150

**reasonable** 54:9,14
54:16 111:24
112:8,15 113:2,5
113:12,22 114:4
**reasons** 94:21
131:22 132:8,15
133:5
**recall** 19:6 27:6
29:7,15 31:17,20
33:9 42:11 43:7
43:20 44:7,12
45:4,6,11,13,19
45:23 46:7,22
47:1,2,5,12 48:11
48:14 51:7 53:15
53:16 67:21 85:3
85:7 92:17 93:8
105:6 108:14,20
108:23 122:6
**recite** 45:10
**reclassify** 66:3,12
**reconsider** 74:15
75:11
**reconstructive** 87:4
87:8,20 88:4,8,12
88:15 89:20 90:11
90:23
**record** 3:10 34:7
39:24 40:4 63:2
97:12 134:1
**records** 8:10 19:8
83:8
**rectal** 101:19
**rectocele** 37:19
38:1 40:10
**recurred** 72:2
**recurrence** 71:1
75:4 76:3
**recurrent** 72:16,19
**recurring** 72:8
**reduced** 137:8
**refer** 21:20 69:19
91:18 119:9
**referenced** 6:7
**references** 26:1
**referring** 17:3

18:22 27:2 51:13
58:1 69:1 119:10
**refresh** 44:10 85:5
**refreshing** 85:7
**regard** 45:1 53:12
55:24 115:14
117:7
**regarding** 7:7 8:15
10:17,20 17:19
18:8,16 20:16
44:18 67:7 70:23
83:9 106:23
109:10
**regards** 68:8 89:18
**registration** 137:21
**regular** 137:12,12
**regulations** 114:11
**regulatory** 52:4
114:9
**reinforce** 57:5
**related** 71:5 129:24
130:19
**relates** 1:6 55:4
70:11
**release** 6:18 63:11
**reliable** 96:14 97:2
97:17 115:10
**reliance** 6:7 14:12
14:22 15:15 16:24
17:8,12 91:20,22
**relied** 16:3,18
65:16
**reluctant** 27:18
**rely** 17:15,18 18:7
75:3 76:15 109:7
**relying** 76:5,19
**remains** 64:20
**remember** 10:1
19:7 24:15 28:23
48:16 51:9 100:5
107:7 125:18
**remind** 33:22
**remote** 121:22
**removal** 103:22
**remove** 76:11
**removed** 45:21

46:1,11 76:24
104:7 105:1
**reoperation** 70:24
71:7,19,22,23
72:7,14,23 73:3,7
73:17,20 74:1,8,9
75:3,10 76:3
80:15
**rep** 28:17 108:11
**repair** 1:4 6:19
27:13,20,24 29:17
30:11,12 54:1,23
55:21 56:23 57:3
57:4,14,15,16
58:17,21,23 59:1
59:22 61:13 62:2
63:4 64:10,20
65:21 66:8 68:13
68:15,17 90:10,21
90:21 99:9 128:10
128:15,21
**repaired** 71:11
**repairs** 34:14,16
64:3,9 82:17
117:3 118:12
**repeat** 69:15
**rephrase** 7:15
102:12,13,15
**replace** 79:4
**report** 6:5,8 10:17
10:19 11:1 13:15
13:19,22,23 15:16
15:17 17:9,10
19:4 20:11,19,24
21:4,8,11 22:7,9
22:15 24:18,21
25:17 42:13 69:19
87:2 91:3,9 93:9
96:11,21 100:7
104:10
**reported** 3:6 59:23
105:4
**reporter** 4:14 9:17
20:6 33:24 34:9
137:4
**reporters** 5:9

**reports** 8:15,18,23
9:2,13,14 15:20
17:12 19:21 59:24
**representative**
108:11
**represented** 21:19
21:24
**requests** 7:24 8:1
**require** 120:24
**required** 41:4 46:6
114:10 121:6
**requirement** 65:20
**requirements** 6:19
**research** 46:6
**reserved** 5:8 134:3
**residency** 111:15
112:13
**residual** 67:18,22
68:2
**resolve** 121:21
**resources** 46:6
**respect** 82:2 83:22
**respectfully** 60:6
**response** 24:24
45:7,12,14 53:17
57:11 59:6 64:7
116:15
**responsive** 8:1
**restart** 43:18
**restate** 116:16
**restorelle** 35:22,22
36:6,10 97:19
**result** 50:18 62:3,8
62:9,13,16 120:15
**results** 50:18 51:11
61:13 99:2
**resume** 14:17
**retropubic** 15:21
**review** 14:2 44:15
65:11 89:9,16
**reviewed** 7:21 16:3
16:18 40:13 44:8
44:13 65:15
110:20
**reviewing** 21:11
**rhynehart** 2:14

**riddell** 1:12
**ridgeland** 4:10
**right** 7:15 15:21
18:22,24 19:13,18
20:2 24:11 26:17
29:7,19,21 31:17
32:9 37:13 39:20
42:3,17 58:17
70:10 75:7,8 78:7
78:10,11 79:12,23
80:8 81:16 82:9
92:17 94:22 95:2
96:22 101:9 105:6
108:23 119:1,2
127:17 129:13,14
132:24 133:24
**rigorous** 44:18
**rise** 75:11
**risk** 59:2,9,13,22
62:22 64:18 67:11
67:11,15,15,18,22
68:2,3,3,3,19
100:17,21,24
101:6,7,7,15,16
101:18,19,22,22
101:24 111:20
112:6,24 113:10
113:24 114:6
115:1,4 119:21
121:22 122:1
133:2,4
**risks** 6:20 11:20,21
13:7,8 58:24
59:10 64:4,12,17
65:22 106:15
109:1,5,8,12,17
109:20,21 110:4,8
110:13 115:12
119:4,17,23 120:2
120:9,13,18 121:9
121:14,20 122:2,3
122:11,12,14,14
122:17,19,20
123:4 133:1
**road** 3:8
**roll** 133:20

**rule** 19:20
**rules** 3:9

---

**S**

**s** 1:5 4:1
**sacro** 35:16
**sacrocolpopexy** 34:21 35:7 36:8 61:18 62:19 64:24 100:9,16 101:5
**safe** 44:23 52:12 63:22
**safer** 96:12 97:17
**safety** 6:17,20 11:7 11:16 12:21 17:19 17:24 18:4,9 38:21 44:19 63:5 63:9 65:21
**sale** 28:22 46:24 47:9,10
**sales** 28:17 108:11 132:20
**sampling** 14:5
**sandra** 1:18
**satisfaction** 71:2 75:5 76:4,23 80:9 84:14,17
**saw** 15:8 50:18 51:11 57:7 63:23 83:14
**saying** 22:22 58:3 62:9 71:16 75:9 95:16,16 118:3
**says** 40:15 55:18 59:20 62:8 66:1 68:12 132:19
**scale** 121:21
**scar** 59:18 60:8,18 60:24 61:6,10 116:7,12,23 117:13
**scared** 32:14 118:13
**scarring** 59:16 60:16 117:20
**school** 93:18

**science** 11:3 70:6
**scientific** 29:3,4 59:23 96:15 97:2 97:18
**score** 67:22 68:2
**scores** 67:11,15
**screen** 116:19
**seal** 137:16
**search** 89:1
**searches** 89:3
**second** 39:24 40:18 55:15 59:19 65:11 66:2
**see** 15:9 24:14 37:4 38:20 39:19 40:15 42:15 51:13,17,18 53:4 55:22 57:8 57:19 60:8 62:1 62:10 65:23 66:6 68:21 70:15 71:5 72:21 77:2 89:21 94:24 95:1,1,10 99:2
**seeing** 62:19 105:11
**seen** 44:24 45:7 53:11 62:18 65:12 67:18 68:5 82:10 83:8,13 95:14,17 104:3,6 110:22
**selection** 50:12,14
**sell** 46:5 67:16 69:11
**selling** 48:1 49:18
**semantics** 61:1
**send** 9:17
**sense** 11:4 19:17 30:4 75:19 87:12
**sent** 8:12
**sentence** 66:2
**separate** 14:20
**separately** 91:21 119:15
**separating** 11:1
**serious** 6:15 55:19 56:17
**set** 137:9

**seven** 84:21 85:2,4
**severe** 38:9 50:23 115:3 116:3,8
**severity** 107:3
**sewing** 76:15 94:19
**sexual** 116:14,24 117:7,14,17,19,24 118:8
**sharon** 1:14 2:7
**sharp** 86:16,20
**sheet** 124:18,19 125:6 126:22 136:10
**shelf** 48:17 49:12
**shelves** 47:24 49:18
**sherry** 1:21
**shively** 2:19
**short** 40:4 97:12
**shortening** 60:9
**shorthand** 3:7 137:3
**shortly** 24:14,16
**show** 63:9 75:16 76:9 81:1 82:10 123:20
**showing** 44:22
**shown** 81:9,9
**shows** 63:22 94:14 95:3
**shrink** 60:13,15,23
**shrinkage** 59:21 60:4 116:2
**shrinking** 61:2
**shrinks** 60:17,19
**shrunken** 61:4,5,9 61:10
**sic** 17:18 93:23
**side** 76:8 95:7,10
**sides** 95:17 125:14
**sidetracked** 29:10
**signature** 5:8 134:3
**significant** 13:11 38:17 109:12
**similar** 12:8,13,18 61:16,19 62:11,20 64:4,10,17 99:2

99:19 125:11
**single** 11:1 124:18
**sit** 39:9 44:3,7,12 45:11,13 46:1 74:7 83:14 90:16 93:21 99:14 110:11
**sites** 120:20
**sitting** 30:24 31:11 42:11 43:23 44:7 45:4 53:15 67:21 69:3 88:17 122:8
**situation** 30:16 112:3,5
**situations** 43:5 52:19 118:12 132:5,21 133:7
**six** 93:2
**size** 125:15,17
**sizes** 32:3 123:16
**slight** 39:3 58:18
**slightly** 12:12,23,23 39:3 99:19
**slings** 17:16 18:7
**small** 71:10 81:10 101:16,19 105:22 118:16
**smaller** 101:22,24
**smith** 1:20
**smoking** 94:20
**snow** 4:9 8:13 16:1 19:1
**soft** 31:4,12,15,20 31:23 41:21,24 54:1 69:22 70:14 70:18 128:12,12 128:17,18
**sold** 41:5 46:20 47:15
**sonoma** 81:18
**sorry** 12:10 15:6 18:5,10 20:8 48:24,24 88:16 90:7 100:2 104:13 133:18
**sort** 76:8 89:13

112:2 123:23
**sorts** 109:24
**sounds** 24:11
**southern** 1:1
**speaking** 23:3 58:16
**specific** 36:14 38:5 42:8 110:1 122:18 129:23,24 130:19 130:20
**specifically** 20:18 22:4,7,10 23:7,10 43:1 46:22 96:21
**specifics** 44:16 132:16
**spent** 20:23 21:8,11
**square** 123:12 125:7 126:15,23
**squared** 100:4
**st** 47:21
**stacked** 16:10
**stand** 42:18
**standard** 51:23 52:15 53:7,9,20 53:22,24 54:3 64:20,23 110:12 112:9
**standardized** 128:24 129:5
**standards** 106:18 106:22
**start** 16:13 35:2 77:10 116:1
**started** 20:20 34:23 35:5 50:19
**starting** 75:15
**state** 3:6 19:19 39:12 69:21 70:24 76:2 87:2 91:3 93:9 94:18 96:11 100:7,8 102:1 137:1,4
**stated** 3:10 32:6 85:20 122:13 137:5
**statement** 57:9,21

58:4 59:5 62:7,13
63:14,17,19,20
102:21 104:5
115:6
**states** 1:1 39:15
40:9 41:18 42:2
**stockpile** 49:6
**stone** 2:17
**stop** 27:15 28:8,11
28:20 54:9,14,17
**stopped** 28:9 32:6
46:16 48:1 49:18
82:22
**stopping** 28:13
**story** 50:7
**straight** 72:22
**strengthens** 6:18
65:19,19
**strictly** 53:5
**strike** 13:14 16:13
17:7,16 20:13
23:14 24:1 29:13
35:14 38:17 41:8
45:12 47:6 54:15
56:14 61:11 63:1
64:2 66:24 67:12
69:16 70:22 71:22
73:18 75:22 77:8
78:14 82:19 89:7
91:7 94:1,8 95:22
108:8 110:2 113:7
115:24 116:6,11
117:4 119:5 120:6
121:3,17 123:1
124:8 128:13
133:15
**strings** 17:18
**strip** 125:23
**strong** 44:22
**strongly** 69:24
**studied** 64:1 70:5
87:3,7,11,18,24
88:8,12,15 89:19
90:10,14,22 93:16
93:19 97:1 115:11
115:15

**studies** 14:2,3,5
26:11 44:18 45:15
57:5 61:18 62:18
76:9,11 80:14,20
80:22 81:1,1,9,10
81:11 82:8,10
84:18,19,20 85:3
85:9 87:10,11,14
87:15 88:2,7,11
88:14 89:3,11,12
89:13,21 91:5,11
91:19 92:11 93:3
93:6
**study** 45:16 82:11
82:14,21 83:24
84:22,23 85:3
94:13 95:3 97:18
97:24 98:2,4
**stuff** 29:11
**subject** 9:16
**submit** 69:12
**subscribed** 136:17
**subset** 38:6
**substance** 17:22
93:17,23 94:10
96:9 136:9
**substitute** 9:18
**success** 76:22
**sufficient** 106:15
106:17
**suite** 4:5,10 137:22
**suited** 37:18
**sulcus** 95:18
**summit** 81:17
**superior** 63:16
**supplement** 29:23
30:5,7
**supplementation**
124:15
**support** 17:24 30:3
37:19,20,21 38:2
38:12 50:24 57:14
63:15 69:21 70:23
74:16 76:1,2,6,7
76:19 103:17,22
103:23 104:7

123:8
**supportive** 75:16
**supports** 71:3,4
**suppose** 86:15
**supposed** 110:13
**sure** 7:16 14:23
19:11 25:19 44:10
44:15 45:3,9,18
46:13 52:4 54:12
58:2 67:17 72:12
78:4 79:14 83:14
85:15 87:1 90:13
93:18 99:1 108:17
114:11
**surgeon** 43:3 70:4
103:16 111:13
112:15 124:14
125:19 128:1
**surgeons** 68:13
110:10 122:12,17
122:23 123:7
133:2
**surgery** 36:6 57:1
57:17 58:14 59:1
59:11,14 61:15
62:4,15 76:15
79:17 87:4,8,20
88:4,9,12,15
89:20 90:12,23
102:3,18 103:5,13
109:6 111:17
112:17 117:20
120:1,5 121:16
122:15 128:24
133:3,3
**surgical** 6:16,19
23:14,16 43:11,14
43:19 54:22,23
55:7,20 56:18
61:24 65:20 66:8
66:12 68:12,15
109:5,15 120:10
120:24 133:3
**surprised** 112:20
112:21
**surrounding** 94:4

94:12 116:13,23
117:13
**surrounds** 61:7
**survey** 89:13
**sustain** 120:15
**suture** 30:11 62:20
82:16,20 94:22
95:2,8,8 103:20
**sutures** 34:14,17
79:16,16
**switch** 51:10
**sworn** 3:3 7:2,9
136:17 137:8
**syndrome** 119:24
**synthetic** 30:13,15
30:16 63:3 64:4
64:11
**system** 1:4
**systematic** 89:9,16

---

**T**

**t** 135:2
**tail** 125:14
**take** 6:3 7:6,13
41:20 42:16 43:11
61:3 85:5 97:5
105:23 106:1
109:4,16 110:10
**taken** 3:3 129:7
137:12
**talk** 36:13,16,19
56:5
**talked** 39:5 42:5
50:12 79:15
**talking** 11:18 12:3
12:5,11 52:22,23
53:4,24 82:5
85:13 95:6,6
97:15 101:1
104:12 112:2,3
**tamara** 3:5 4:14
137:3,19
**tasting** 81:20
**taught** 39:13
**taylor** 2:20
**technique** 22:10

23:11 72:20 94:20
112:18 128:11,16
128:18 129:5
**techniques** 23:17
**technologies**
137:21
**tell** 7:9 10:16 14:11
19:17 21:20 24:12
56:7 58:12 74:23
81:4 93:21 109:7
**telling** 75:9
**tells** 39:10 56:16
**ten** 55:9 71:9 73:1
73:13,24 74:9,10
81:2 124:5 125:17
125:18,23,23
126:7,7,12,12
**tenbyten** 126:22
**tend** 96:18
**terms** 13:21 35:6
63:4 89:3 106:19
125:7
**terri** 2:19
**testified** 7:2 104:20
104:24
**testify** 137:8
**testimony** 59:12
95:13 112:23
113:9
**testing** 70:13
**texas** 3:6,8 19:19
20:1 137:1,5,19
137:21,23
**thank** 18:14 22:18
102:16
**thats** 10:9 13:5,12
14:4 15:22 19:18
19:24 23:2,24
24:5,11 25:7,13
25:13,19 26:6,18
27:14 32:10 33:21
35:22 36:11 37:10
37:14 38:16 42:3
43:8,22 44:14
46:18 49:21 50:11
53:6,7,24 54:20

56:2 63:7,23 65:4
67:24 68:10 70:18
70:19 71:15 74:5
74:24 75:13,14,14
79:7,8 80:19,20
81:8,8 83:1,18
84:1,9,11 91:14
93:12 94:23 95:9
96:10,17 97:21,23
99:23 100:2
103:14 104:10
105:3,24 107:14
108:2 114:16
123:3,10,19 124:2
125:6 127:1 131:2
**theory** 13:12 76:16
**theres** 7:23 16:9,9
17:12 21:24 31:22
32:12 50:2 57:4
72:19 74:12,21,23
75:9 77:19,22
78:2 84:5 85:21
86:3,6 87:22 93:2
94:21 99:7 101:5
101:9 105:23
109:5,14 111:4,6
121:22 125:6,21
132:24
**theyll** 9:18
**theyre** 11:21 12:7,7
12:13 13:11 14:2
18:1 28:12 31:18
36:1 52:1 54:20
55:8 61:4 62:8,10
80:11,11 99:19
103:5 110:19
113:15,21 114:20
115:7 128:2 131:9
132:11,12
**theyve** 28:9,9 62:16
**thing** 126:20
133:22
**things** 43:5 52:21
52:22 78:16 79:10
109:24 115:8
131:9 132:11

**think** 11:10 17:24
19:15,20,23 25:22
28:12,12,23 29:1
29:6 32:7 33:14
36:22 41:16 42:5
42:7,14 44:21
49:11 52:12 53:5
53:8,8 55:7 57:2
62:9,17,24 63:5
63:21 64:15 67:5
67:12,20 69:7
71:14,18 73:15
75:20 76:10 77:18
78:9 82:2,3,5 83:6
85:14,21 86:11
91:7 95:3,20
99:19 103:3
105:10,18 106:6
107:1 110:8,10
111:13 112:1,12
112:14,15,20
113:4,5 114:20,21
114:22 115:9,23
117:15 122:12,22
123:15 124:1,5,14
124:23 125:1,10
125:17,17 129:11
130:6 131:4,4,5,6
132:18
**thinking** 11:22
22:15 124:24
**third** 57:12
**thought** 12:10
37:21 114:12,17
132:7
**three** 10:24 21:4
46:17 55:18 84:17
106:6 119:7,11,13
119:14 123:24
**throwing** 9:7
**thumb** 8:6
**tightening** 60:9
**time** 15:6,19 18:12
20:7 21:21 23:2
27:6 29:2,15,22
30:6 33:10 34:8,8

34:12 37:7,15
42:17 46:15,16,20
47:7,13 48:12
50:9 51:3,7 62:18
76:13 84:16
107:24 108:1
124:24 137:11
**times** 26:23 27:5
33:12 34:5 36:4
39:2 107:7 119:7
**tina** 2:22
**tissue** 27:13 30:11
34:14,16 60:8,24
61:6,10 63:4 64:3
64:9,20 82:17
85:18 86:1,4,6,15
90:10,20 93:16,20
93:22 94:3,11,12
94:18,19 96:3,4,8
96:8 112:18 117:2
118:12
**titled** 65:19
**today** 7:6,21 8:1,4
8:14 10:10 16:13
16:18 30:24 31:12
39:9 42:11 43:23
44:3,8,12 45:4,11
45:13 46:1 51:20
51:24 52:3 67:21
69:3,12 74:7
83:14 88:18 90:17
93:21 99:10,15
110:11 122:8
123:4
**told** 45:20 46:8
47:8 58:16,17
81:22 83:10 108:6
108:12
**top** 25:5 57:14 92:9
123:13 126:5
**total** 29:24 30:4
124:21,23 125:3,7
126:11 127:19,21
127:21 128:2
**track** 41:1
**traditional** 53:20

53:22 54:3 57:1,4
57:17 58:14,20,24
89:21 98:22
**trained** 43:3 131:3
**training** 109:5,15
112:13
**transabdominal**
61:17
**transcript** 34:5
137:10
**transcription** 136:6
**transition** 50:19
**transvaginal** 6:16
6:19 22:10 23:10
27:17 29:2,6 35:1
44:1,4 54:23
55:21 56:23 57:3
57:13 58:23 59:22
61:15 62:4,14
65:20 68:17 69:5
69:11 128:11,16
128:18
**transvaginally**
61:17 93:7
**treat** 73:21 74:2
120:11
**treated** 24:1
**treating** 24:3 27:12
**treatment** 22:11
23:11,14,16 32:17
35:6,10 64:21
72:24 73:4,8,22
73:23 74:2,8
105:20 113:12,23
114:5
**trial** 26:16 63:19,24
91:18,23 92:2
**trials** 14:2 26:11
91:4,10 92:8,15
92:19,23
**tried** 24:17 33:12
34:21 36:4 45:15
**trim** 125:12 126:19
126:20,23 127:1
**trocar** 38:15,19,24
39:1

**trocars** 13:2,3,6
101:4
**true** 75:18 137:5,10
**truth** 7:10 137:8
**try** 7:15 13:24 14:4
99:1 107:4
**turn** 55:15 57:8
61:20
**tvt** 15:17,20,21
17:10,18 18:8
**tvto** 15:17,21 17:10
**twice** 105:18
**two** 22:13,14 39:11
55:17 84:19 85:9
128:3 129:11,14
**typewriting** 137:9
137:9
**typical** 64:21
**typically** 107:20
126:23,23 127:1,5

---

**U**

**u** 1:5
**uhhuh** 9:9,12,15
10:15 11:14 12:17
14:10 15:12,14
16:8,11,14,21
25:18 32:24 33:21
34:3 53:1 55:14
55:16 58:11 60:20
60:22 90:4,18
132:4
**ultimately** 10:5
47:16 99:4
**ultrapro** 87:21
88:11 96:22 98:10
98:20
**un** 118:4
**unable** 117:17,23
118:1,8,9,14,21
**unacceptably**
105:2,9,14 106:5
**uncomfortable**
29:1 54:20 105:10
**undergo** 94:11
**undergrad** 70:5

Case 2:12-md-02327 Document 2153 Filed 05/09/16 Page 52 of 53 PageID #: 57603
Christina Pramudji, M.D.

Page 154

understand 7:7,9
7:14 35:12 36:24
43:11 53:3 55:4
70:7 75:2 76:18
80:5
understanding
45:24 46:4,7
110:12
understood 90:7
unidentified 59:21
unintended 85:18
85:24
uninterested 118:1
118:4
unique 11:20,20,21
13:7
united 1:1 41:18
42:2
unquote 76:9
unwilling 118:1,4
update 6:15 55:19
updated 14:17 15:5
21:19,24 108:13
108:16,19,22
uphold 29:8,9 33:5
33:6,11 98:6
upwards 105:11
usda 6:15
use 26:19 27:11,23
28:2,5 29:3,5
30:22 32:16 33:8
35:23 36:2,15
37:4,17 42:1 43:2
43:3,5,9 44:1,5
48:5,6,10 49:9,19
50:4,8,21 52:20
64:5,12 68:19
69:5,12 72:20
76:14 88:24 91:22
93:4,6 107:21,24
110:5 111:1,5
115:14 126:19,21
126:23
uses 99:10
usual 48:20
usually 95:17

125:12
utilize 128:6
utilized 84:24

_____
**V**
vagina 57:14,15
79:18,22 95:7,11
118:2,13,15
vaginal 36:16,19
60:9 103:17,22,23
104:6 123:8
various 13:16
115:13
vast 95:2
versa 34:18
versus 12:11 50:13
58:20 98:17 118:9
vessels 100:22
vice 34:17
view 34:16
viewpoint 44:17
vinson 3:6 4:14
137:3,19
virginia 1:1,17
vitae 6:9,12 23:7,10
vypro 31:8 87:21
88:3 96:22

_____
**W**
wagstaff 4:4
waited 51:10,13
wall 57:15,23 58:1
58:8 101:1,6,9
walltowall 32:12
want 14:17 15:7
32:15 34:6 39:23
42:16 59:7 63:10
63:11 69:20 96:1
103:12 116:16
130:10 133:4,10
133:11
wanted 69:10
warlick 2:10
warn 114:21
warning 47:5
131:20,21 132:6

132:18
warnings 106:14
106:20,24
wary 27:17
wasnt 18:10 19:12
25:20 30:1 79:10
89:15 113:2,12
131:22
watch 129:16
water 39:24
wave 1:7 6:8 8:15
18:17 20:19
way 31:19 33:24
72:18,22 74:20
86:21 90:20 108:4
111:18 119:13
122:7 124:7,9
127:4,20 128:9,15
128:24 129:2
133:18
wcllp 4:6
website 44:14
week 81:22
weeks 28:13
weight 99:10,16
100:3
wendy 2:4
went 21:11 122:4
123:4
west 1:1
westinhouston 3:7
weve 62:18 63:21
whats 7:18 10:14
14:8 21:15 37:7
40:11 55:11 65:8
84:22
whatsoever 110:12
whens 33:10
white 1:17
wide 111:4
widely 25:1,20
william 4:9,11 9:10
14:15 19:11 22:18
23:3 65:10
williams 2:16
wilson 2:1

wine 81:20
withdraw 102:12
102:14 117:11
witness 3:2 19:15
19:18,24 20:3
22:24 33:23 34:3
71:15 90:6 97:9
133:17,20,23
137:6,7
wolfe 1:18
woman 33:1 115:4
120:14 128:4
129:21 130:17
womans 110:6
124:11 127:6,22
128:19
women 69:21 74:16
76:1,6 120:23
129:8
wondering 98:16
wont 96:1
word 55:4 63:1
123:1 133:15
words 113:3,4
work 8:15 34:1
36:5 112:9 114:7
worked 47:12
51:18 52:9
works 70:7 108:12
worse 89:11
wouldnt 31:18 86:5
105:13 112:5
127:18
wound 59:15,16,18
60:8,16,18,24
61:6 94:18,23
95:9 112:21 116:5
116:7,12,22 117:1
117:12
writing 13:21
107:11,15
writings 107:11
written 19:4 20:11
62:16
wrong 19:11 67:13
91:7 107:14 130:9

130:9
wrongful 131:23
132:22
wrote 24:18,20
www 137:24

_____
**X**
x 49:12

_____
**Y**
y 35:24 36:1,1
yeah 15:4 19:22,24
21:1 22:19 25:11
25:13,14 33:4
34:11 39:22 71:18
73:14 77:1 79:14
80:20 81:8 84:4
90:6 97:9 102:11
102:14 104:15
106:3 113:17
116:20 124:1,1,1
124:2,2,5 125:10
126:2 127:13,14
129:18 130:14
132:19 133:23
year 18:21,21 47:2
69:7 79:6 84:17
108:22
years 33:9,13 43:15
43:17,20 46:17
49:13 70:4 84:17
84:19,21 85:2,4
108:7,9
youd 11:19 13:1
29:5 67:6 79:11
81:7 86:16 89:15
111:8 112:4
youll 9:17 102:12
youre 7:9 11:17,17
16:16 18:22 19:23
22:16 27:1 34:6
53:4 55:3 75:2,9
76:5,18 77:15
80:21 82:11 84:22
84:23 88:17
101:18 102:12

Christina Pramudji, M.D.

104:16,20 109:3
111:13,13,14,17
112:2,3,18 115:22
118:3,17,19
119:11
**youve** 7:12 10:20
11:13 16:6,6,18
16:24 17:8 20:23
22:14 23:21 24:1
24:2,6,9 26:23
27:6 32:22 33:2
33:14,15 34:20
43:14,18,19 44:8
44:13 49:1 62:24
67:18 68:5 81:14
83:8 90:19 91:21
95:13,20,20 96:2
104:6,20 107:5,6
110:20 111:14
123:15

**Z**

**0**

**1**
**1** 1:7 3:5 6:3,8 7:17
7:19 8:15 20:19
**10** 6:10
**1020** 4:10
**11** 6:5
**1100** 4:6
**12312016** 137:20
**12cv00276** 2:10
**12cv00277** 1:8
**12cv00335** 1:19
**12cv00368** 2:7
**12cv00376** 2:21
**12cv00378** 2:22
**12cv00379** 2:19
**12cv004001** 2:24
**12cv00470** 1:16
**12cv00483** 2:9
**12cv00511** 2:16
**12cv00547** 1:13
**12cv00554** 1:14
**12cv00652** 2:18

**12cv00760** 1:23
**12cv00783** 2:4
**12cv00799** 2:6
**12cv00806** 1:10
**12cv00878** 1:22
**12cv00899** 2:3
**12cv00938** 1:11
**12cv00958** 1:17
**12cv00960** 2:12
**12cv01119** 2:15
**12cv01275** 2:13
**12cv01286** 2:1
**12cv01318** 1:20
**12md02327** 1:3
**136** 5:8
**138** 5:9
**1400** 4:10
**15** 6:6 43:20 80:24
81:6,24 82:14,17
94:14 95:4
**1950s** 68:13
**1970s** 68:14
**1990s** 68:16

**2**
**2** 1:3,8,10,11,13,14
1:16,17,19,20,22
1:23 2:1,3,4,6,7,9
2:10,12,13,15,16
2:18,19,21,22,24
6:5 10:12,14
13:16 37:18,24
39:7,16 40:10
**20** 3:5 21:9 72:11
73:1,13 74:4,9
80:18,24 81:6,24
82:9 94:14 95:4
123:23 136:19
**200** 1:7
**2000** 70:8
**2002** 27:8 41:16
68:18 69:1
**2005** 27:10 32:18
37:8
**2007** 26:8
**2008** 24:15 25:12

42:7 60:1
**2009** 25:23 26:4
37:12
**2010** 24:22 25:2,20
26:4 37:12 40:12
**2011** 27:9,15 29:22
34:24 35:4,5
54:10,18 55:12
81:17
**2012** 37:9
**2013** 44:8 58:10
**2015** 44:13
**2016** 1:14 3:5 65:22
137:16
**20th** 60:1
**21** 103:24 104:8
**21day** 103:18
**22** 6:9,12
**23** 1:14
**23rd** 3:4
**25** 3:5 88:20 105:13
134:2

**3**
**3** 5:3 6:6 14:7,9
15:13 16:22 20:24
37:18 38:1 39:7
39:16 40:10 57:8
69:18 87:2
**30** 21:12 105:11
106:2
**300** 4:5
**3015** 137:19
**39157** 4:10
**3s** 38:10,10

**4**
**4** 3:5 6:9 21:14,16
61:20 96:11
123:23 134:2
**40** 25:5,16
**41** 6:13 25:1 104:10
**440** 137:22
**4740** 4:5
**4s** 38:9
**4th** 65:22

**5**
**5** 6:10 9:8,18,20
100:7
**50** 21:2,3,7 88:20
**522** 44:24 45:7,14
45:16 46:7 53:11
53:18 83:9
**56** 6:15
**5711** 4:11

**6**
**6** 6:12 21:18,21,22
21:23
**601** 4:11
**64112** 4:5
**66** 6:18
**690** 137:21

**7**
**7** 6:13 40:7,11 41:4
**701** 4:6
**75** 24:9 84:15
**77002** 137:23
**77024** 3:8

**8**
**8** 5:6 6:3,15 55:10
55:12 65:2,3
**80** 80:11
**816** 4:6

**9**
**9** 6:18 65:1,2,5,6,8
68:11
**90** 80:11 84:15
**910** 137:22
**945** 3:8
**948** 4:11

Christina Pramudji, M.D.

Page 138

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,        )MASTER FILE NO.
PELVIC REPAIR SYSTEM         )2:12-MD-02327
PRODUCTS LIABILITY           )
LITIGATION                   )JOSEPH R. GOODWIN
---------------------        )U.S. DISTRICT JUDGE
THIS DOCUMENT RELATES TO )
THE FOLLOWING CASES IN WAVE 1 OF MDL 200:)
Joy Essman                   )
Case No. 2:12-cv-00277       )
                             )
Barbara A. Hill              )
Case No. 2:12-cv-00806       ) ORAL DEPOSITION OF
                             ) CHRISTINA PRAMUDJI, M.D.
Paula Kriz                   )
Case No. 2:12-cv-00938       ) MARCH 24, 2016
                             )
Brenda Riddell               )
Case No. 2:12-cv-00547       )
                             )
Sharon Carpenter             )
Case No. 2:12-cv-00554       )
                             )
Mary Jane Olsen              )
Case No. 2:12-cv-00470       )
                             )
Virginia White               )
Case No. 2:12-cv-00958       )
                             )
Sandra Wolfe                 )
Case No. 2:12-cv-00335       )
                             )
Marie Smith (f/k/a Banks))
Case No. 2:12-cv-01318       )
                             )
Sherry Fox                   )
Case No. 2:12-cv-00878       )
                             )
Lois Durham                  )
Case No. 2:12-cv-00760       )
                             )
Elizabeth Blynn Wilson       )
Case No. 2:12-cv-01286       )

EXHIBIT G

Christina Pramudji, M.D.

Page 139

| | |
|---|---|
| 1 | Daphne Barker          ) |
| | Case No. 2:12-cv-00899 ) |
| 2 | ) |
| | Wendy Hagans          ) |
| 3 | Case No. 2:12-cv-00783 ) |
| 4 | Maria Eugenia Quijano  ) |
| | Case No. 2:12-cv-00799 ) |
| 5 | ) |
| | Sharon Boggs          ) |
| 6 | Case No. 2:12-cv-00368 ) |
| 7 | Robin Bridges          ) |
| | Case No. 2:12-cv-00651 ) |
| 8 | ) |
| | Carey Cole          ) |
| 9 | Case No. 2:12-cv-00483 ) |
| 10 | Cathy Warlick          ) |
| | Case No. 2:12-cv-00276 ) |
| 11 | ) |
| | Donna Amsden          ) |
| 12 | Case No. 2:12-cv-00960 ) |
| 13 | Heather Long          ) |
| | Case No. 2:12-cv-01275 ) |
| 14 | ) |
| | Penny Rhynehart          ) |
| 15 | Case No. 2:12-cv-01119 ) |
| 16 | Nancy Jo Williams          ) |
| | Case No. 2:12-cv-00511 ) |
| 17 | ) |
| | Maria Stone          ) |
| 18 | Case No. 2:12-cv-00652 ) |
| 19 | Teri Key Shively          ) |
| | Case No. 2:12-cv-00379 ) |
| 20 | ) |
| | Charlene Logan Taylor  ) |
| 21 | Case No. 2:12-cv-00376 ) |
| 22 | Tina Morrow          ) |
| | Case No. 2:12-cv-00378 ) |
| 23 | ) |
| | Carol Jean Dimock          ) |
| 24 | Case No. 2:12-cv-00401 ) |

Page 140

```
 1
              - - -
 2
        Thursday, March 24, 2016
 3
              - - -
 4
 5       Oral Deposition of CHRISTINA
 6   PRAMUDJI, M.D., taken pursuant to notice, was
 7   held at the Westin Houston, Memorial City,
 8   945 Gessner Road, Houston, Texas, beginning
 9   at 8:13 a.m., on the above date, before
10   Micheal A. Johnson, Registered Diplomate
11   Reporter, Certified Realtime Reporter, and
12   Notary Public for the State of Texas.
13
14
15              - - -
16
17
18
19
20
21       GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph/917.591.5672 fax
22            deps@golkow.com
23
24
```

Page 141

```
 1   A P P E A R A N C E S :
 2   WAGSTAFF & CARTMELL, LLP
       BY:   ANDREW N. FAES, ESQUIRE
 3         afaes@wcllp.com
       4740 Grand Avenue, Suite 300
 4     Kansas City, Missouri 64112
       (816) 701-1100
 5     Counsel for Plaintiffs
 6
       EDWARDS & DE LA CERDA, P.L.L.C.
 7       BY:   PETER DE LA CERDA, ESQUIRE
         peter@edwardsdelacerda.com
 8         (Via Speakerphone)
       3031 Allen Street, Suite 100
 9     Dallas, Texas 75204
       (214) 550-5239
10     Counsel for Amsden Plaintiff
11
       HERMAN, HERMAN & KATZ, LLC
12       BY:   MIKALIA M. KOTT, ESQUIRE
         mkott@hhklawfirm.com
13         (Via Speakerphone)
       820 O'Keefe Avenue
14     New Orleans, Louisiana 70113
       (504) 581-4892
15     Counsel for Taylor and Shively
       Plaintiffs
16
17   THE POTTS LAW FIRM, LLP
       BY:   STEPHEN R. RICKS, ESQUIRE
18         sricks@potts-law.com
           (Via Speakerphone)
19     100 Waugh Drive, Suite 350
       Houston, Texas 77007
20     (713) 963-8881
       Counsel for Carpenter Plaintiff
21
22
23
24
```

Page 142

```
 1   A P P E A R A N C E S :
 2   BUTLER SNOW LLP
       BY:   WILLIAM M. GAGE, ESQUIRE
 3         william.gage@butlersnow.com
       1020 Highland Colony Parkway
 4     Suite 1400
       Ridgeland, Mississippi 39157
 5     (601) 948-5711
       Counsel for Defendants
 6
              - - -
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 139 to 142)

Christina Pramudji, M.D.

Page 143

1                    INDEX
            CHRISTINA PRAMUDJI, M.D.
2                  March 24, 2016
3
4       APPEARANCES              142
5
6       EXAMINATION OF CHRISTINA PRAMUDJI, M.D.:
7           BY MR. FAES        145
8           BY MR. GAGE        255
9           BY MR. FAES        264
10
11      CERTIFICATE              267
12      ERRATA                  276
13      ACKNOWLEDGMENT OF DEPONENT        270
14      LAWYER'S NOTES              271
15
16
17
18
19
20
21
22
23
24

Page 144

1           DEPOSITION EXHIBITS
            CHRISTINA PRAMUDJI, M.D.
2                  March 24, 2016
3
4     NUMBER       DESCRIPTION      MARKED
5     Exhibit 11  Gynecare Prosima IFU    155
6     Exhibit 12  Gynecare Gynemesh PS IFU   162
7     Exhibit 13  Christina Pramudji      181
                  Reliance List, in
8                 Addition to Materials
                  Referenced in Report,
9                 MDL Wave 1
10    Exhibit 14  03/29/2009 through    243
                  03/30/2009 E-mail String
11
      Exhibit 15  02/27/2008 Letter,    246
12                Ethicon Women's Health &
                  Urology to Price St.
13                Hilaire
14    Exhibit 16  01/13/2009 E-mail,    247
                  Chaves to Lynn, et al,
15                with Attachment
16    Exhibit 17  Zoomerang Questions    247
                  Comments - Dave Robinson
17
18
19
20
21
22
23
24

Page 145

1                 PROCEEDINGS
2           CHRISTINA PRAMUDJI, M.D.
3       having been first duly sworn,
4           testified as follows:
5                 EXAMINATION
6     BY MR. FAES:
7       Q.   Dr. Pramudji, we're back on the
8     record after an overnight break. Are you
9     ready to proceed?
10      A.   Yes.
11      Q.   Doctor, before we broke last
12    night, we were discussing some things about
13    the Prosima and Prolift IFU, but before we
14    get back into that, I just want to ask you a
15    different question before I forget.
16           Do you do hernia repairs in
17    your practice?
18      A.   Abdominal wall hernia repairs?
19      Q.   Yes.
20      A.   No.
21      Q.   Have you ever done hernia
22    repairs in your medical career?
23      A.   Yes, I have done them in my
24    training, and maybe a small umbilical hernia

Page 146

1     repair on a case years ago.
2       Q.   When was that?
3       A.   I don't know. Eight or
4     ten years ago. We were going in for other
5     reasons and just put in a couple of sutures
6     at that time.
7       Q.   Do you sometimes find, when
8     you're repairing a prolapse, small umbilical
9     hernias that need repair?
10      A.   Occasionally find an umbilical
11    hernia or an inguinal hernia. My norm is to
12    call general surgery and have them come in
13    and repair it.
14      Q.   Okay. Thank you. You
15    anticipated my next question, which is, it's
16    your typical practice not to try to repair
17    those small umbilical hernias yourself but to
18    refer it out to a physician who has more
19    experience in that area?
20      A.   That's correct.
21      Q.   When you -- do you recall
22    the -- you might have already answered this.
23    Do you recall approximately when these
24    hernias were that you repaired, the couple

3 (Pages 143 to 146)

Christina Pramudji, M.D.

| Page 147 | Page 149 |
|---|---|

**Page 147**

1  that you did years ago?
2      A.   I don't recall.
3      Q.   Do you recall what -- if you
4  used polypropylene mesh to repair those
5  hernias?
6      A.   On those incidental cases, that
7  would have just been sutures.  But in
8  residency when I repaired multiple during my
9  general surgery, and that would have been
10  going back to 1996, 1997, then we would use
11  mesh.
12      Q.   Do you recall what meshes you
13  used in 1996 --
14      A.   No.
15      Q.   -- at that time?  But it's fair
16  to say it wouldn't have been the Gynemesh PS
17  in 1996 because it wasn't being made at that
18  time, correct?
19      A.   That's correct.
20      Q.   So getting back to the IFU, let
21  me ask you this, Doctor.  If Ethicon said
22  something in the IFU which Ethicon knew not
23  to be true, would you agree that that would
24  be wrongful?

**Page 148**

1      A.   Yes.  I mean, depending on --
2  yeah, I think if there's something that they
3  knew not to be wrongful and it had -- it was
4  a substantial fact, I would have to say that
5  would be wrong.
6      Q.   If Ethicon made claims about
7  the mesh in the Prolift or Prosima device
8  that Ethicon had no data to support, would
9  that be wrongful?
10      A.   It depends on what their --
11  what issues they're referring to.
12      Q.   So your answer to that question
13  is "it depends"?
14      A.   That's correct, it depends.
15      Q.   If Ethicon made claims about
16  the mesh in the Prolift or Prosima device
17  which it had no data to support and those
18  claims were related to the clinical effects
19  of the mesh, would that be wrongful?
20      A.   It still depends on what it is.
21  It's -- you start out with a certain body of
22  data and then the -- you gather more data as
23  you go along.  So it depends on what the
24  issue is.

**Page 149**

1      Q.   So what -- in what situations
2  do you believe it would not be wrongful for
3  Ethicon to make claims about that it had no
4  data to support?
5      A.   I don't know.  That's a very
6  difficult question to answer.  It's a
7  hypothetical within a hypothetical, so I
8  don't know if I could come up with any
9  specific things.
10      Q.   So as you sit here today, your
11  answer to the question if Ethicon made claims
12  about the mesh in the Prolift or Prosima
13  device that Ethicon had no data to support,
14  your answer to whether or not that would be
15  wrongful would be "it depends," but you can't
16  think of any situations, as you sit here
17  today, in which it would be okay?
18          MR. GAGE:  Object to form.
19      A.   That's correct.
20  BY MR. FAES:
21      Q.   Are you aware of anything in
22  the Prolift or Prosima IFU as to which anyone
23  at Ethicon has admitted that there was not
24  data to support the claim about the mesh?

**Page 150**

1      A.   Not that I'm aware of.
2      Q.   If that occurred and the
3  statement in the IFU affected the clinical
4  performance of the mesh, would you agree that
5  that would be a failure to provide adequate
6  and appropriate warnings about the Prolift
7  and Prosima devices?
8      A.   Can you repeat the question?
9          MR. FAES:  May I have the court
10      reporter read it back because I don't
11      know if I can.
12          (Question Read Back.)
13          MR. GAGE:  Object to form.
14      A.   What is "that"?  What was
15  "that" referring to at the beginning?  What
16  was the question before that?
17  BY MR. FAES:
18      Q.   The previous question was about
19  making a claim which there was no data to
20  support, a claim about the mesh which
21  affected its clinical performance.
22      A.   Okay.  Now, can you read the
23  last question one more time, please.
24          (Question Read Back.)

4 (Pages 147 to 150)

Christina Pramudji, M.D.

| Page 151 | Page 153 |
|---|---|
| 1   MR. GAGE: Object to form. | 1  the Prosima? |
| 2      A.   No, not necessarily.  Again, it | 2      A.   It depends on the patient.  So |
| 3  depends. | 3  there's some patients that really need to |
| 4  BY MR. FAES: | 4  have a mesh augmentation and some patients |
| 5      Q.   In what situations would that | 5  that can do okay without a mesh augmentation. |
| 6  not be a failure to provide an adequate and | 6      Q.   Is your answer the same with |
| 7  appropriate warning? | 7  regard to the Prolift device? |
| 8      A.   I can't think of any specific | 8      A.   Yes. |
| 9  examples that I can give you. | 9      Q.   Is your answer the same with |
| 10     Q.   Are you aware of any Ethicon | 10  regard to the Gynemesh PS device? |
| 11  deposition testimony admitting anything about | 11     A.   Yes.  Some patients really |
| 12  the mesh which is contrary to what is | 12  benefit from mesh augmentation, many |
| 13  represented in the IFU regarding the | 13  patients. |
| 14  Gynemesh PS or the devices which contain the | 14         MR. FAES:  I'm going to move to |
| 15  Gynemesh PS? | 15  strike after the answer "yes." |
| 16     A.   Not that I can recall sitting | 16  BY MR. FAES: |
| 17  here right now. | 17     Q.   So is it your opinion that even |
| 18     Q.   If that occurred, would you | 18  if a patient can benefit from mesh |
| 19  agree that it would be a failure to provide | 19  augmentation, that using -- that -- strike |
| 20  adequate and appropriate warnings about the | 20  that. |
| 21  Prosima, Prolift and Gynemesh PS? | 21         So is it your opinion that even |
| 22         MR. GAGE:  Objection. | 22  if a patient can benefit from mesh |
| 23     A.   No, not necessarily. | 23  augmentation, it's your opinion that in those |
| 24  BY MR. FAES: | 24  patients mesh should not be used judiciously? |

| Page 152 | Page 154 |
|---|---|
| 1      Q.   So it's your opinion that it's | 1         MR. GAGE:  Object to form. |
| 2  not a failure to warn, even if Ethicon | 2      A.   No.  My opinion is that all |
| 3  provided information about the mesh it knew | 3  surgeries should be done judiciously, whether |
| 4  to be unsupported or made an affirmative | 4  with mesh or with biological graft or without |
| 5  representation about the mesh it knew not to | 5  mesh.  Every surgery is done judiciously. |
| 6  be true, even if it affected its clinical | 6  BY MR. FAES: |
| 7  performance?  That's okay with you? | 7      Q.   So it's your opinion that while |
| 8         MR. GAGE:  Object to form. | 8  every surgery should be done judiciously, it |
| 9      A.   That's a very long question. | 9  doesn't make sense to use vaginal mesh |
| 10  That's correct, not necessarily.  There are | 10  judiciously for some mesh repairs if the |
| 11  certain -- I can imagine certain situations | 11  patient can benefit from the mesh? |
| 12  where there would be -- where that would not | 12         MR. GAGE:  Object to form. |
| 13  be a problem at all. | 13     A.   No, I think every surgery is |
| 14  BY MR. FAES: | 14  done judiciously, whether using mesh or not. |
| 15     Q.   Okay.  Let me ask you the -- | 15  BY MR. FAES: |
| 16  strike that. | 16     Q.   So I'm just trying to |
| 17         Let me ask if you -- you if | 17  understand your opinions, Doctor.  You |
| 18  the -- strike that again. | 18  think -- you believe every surgery should be |
| 19         Let me ask you if the following | 19  done judiciously.  Do you believe vaginal |
| 20  statement is true with regard to the Prosima. | 20  mesh should be used judiciously in every |
| 21  Considering that native tissue repair is an | 21  case? |
| 22  option for many women, it makes sense to use | 22     A.   Absolutely. |
| 23  vaginal mesh judiciously in vaginal mesh | 23     Q.   Okay.  Let me ask you something |
| 24  repairs.  Is that a true statement regarding | 24  very specific about the Prosima IFU.  What |

5 (Pages 151 to 154)

Christina Pramudji, M.D.

| Page 155 |
|---|
| 1  specific information would you say actually |
| 2  needed to be in there to warn doctors about |
| 3  complications?  What do you think it needs to |
| 4  say? |
| 5      A.    Well, the only risk unique to a |
| 6  mesh implant is a mesh exposure or erosion. |
| 7  And other than that, I think they could say |
| 8  it has the same risks as any other pelvic |
| 9  surgery. |
| 10     Q.    So your opinion is, if the |
| 11  adverse reaction section of the Prosima IFU |
| 12  said the Prosima has the same risks as any |
| 13  pelvic surgery and also the risk of erosion |
| 14  or exposure of the mesh, that would be -- |
| 15  that would be a sufficient IFU with regard to |
| 16  the adverse reaction section? |
| 17     A.    Yes. |
| 18     Q.    But you know -- and feel free |
| 19  to refer to the Prosima IFU in front of you |
| 20  that we marked yesterday.  I can't remember. |
| 21  We'll re-mark it as Exhibit 11 since the |
| 22  court reporter ran off with the exhibits |
| 23  yesterday. |
| 24         (Deposition Exhibit 11 marked.) |

| Page 156 |
|---|
| 1  BY MR. FAES: |
| 2      Q.    So is it your opinion that |
| 3  everything else that's in this adverse |
| 4  reaction section is unnecessary? |
| 5      A.    Yes. |
| 6      Q.    So it's your opinion, as an |
| 7  expert for Ethicon, that Ethicon puts |
| 8  unnecessary information in the IFU? |
| 9      A.    That's a funny way to put it. |
| 10  I would say it's redundant for a pelvic |
| 11  surgeon that would be using this.  They would |
| 12  know about all these risks.  And someone |
| 13  that's using the Prosima, frankly, would know |
| 14  about the risk of mesh exposure.  So I do -- |
| 15  I think -- I wouldn't say they're |
| 16  unnecessary.  I would just say that they're |
| 17  redundant and just sort of extra information. |
| 18  I don't have a problem with it.  They can |
| 19  put -- |
| 20     Q.    I'm going to re-ask the |
| 21  question.  I think you answered the question |
| 22  in there somewhere, but you added a lot of |
| 23  other things about whether you thought it was |
| 24  redundant or not.  So I'm going to ask the |

| Page 157 |
|---|
| 1  question again, and I'm going to ask you |
| 2  to -- if you need to offer an explanation |
| 3  after the answer, do so, but if you can, |
| 4  please first answer the question yes or no. |
| 5         MR. GAGE:  Hang on a second. |
| 6      As I understand it, the court rules |
| 7      are she can answer yes, followed by an |
| 8      explanation; no, followed by an |
| 9      explanation; or she can answer, I |
| 10     can't answer it yes or no. |
| 11        MR. FAES:  I'll agree with |
| 12     that. |
| 13        MR. GAGE:  Those are the rules |
| 14     of court. |
| 15  BY MR. FAES: |
| 16     Q.    So is it your opinion as an |
| 17  expert for Ethicon that everything in this |
| 18  adverse reaction section for the Prosima IFU, |
| 19  other than erosion exposure and the same |
| 20  risks as any pelvic surgery, are unnecessary? |
| 21     A.    I wouldn't say yes or no to |
| 22  that.  I would say that's fine if they put |
| 23  that in there, but it doesn't really add |
| 24  anything to the knowledge of a pelvic |

| Page 158 |
|---|
| 1  surgeon. |
| 2      Q.    But you can't answer whether or |
| 3  not the -- any of the extra information is |
| 4  unnecessary or not? |
| 5      A.    That's correct. |
| 6      Q.    Would you agree that providing |
| 7  this information that -- other than -- strike |
| 8  that. |
| 9         Would you provide [sic] that |
| 10  providing information in the adverse reaction |
| 11  section, other than just erosion exposure and |
| 12  the same risks as pelvic surgery, can be |
| 13  helpful to some surgeons in reminding them |
| 14  about the adverse reactions of the device? |
| 15        MR. GAGE:  Object to form. |
| 16     A.    Sure, it can be a reminder. |
| 17  Sort of like McDonald's coffee, be careful, |
| 18  it's hot, don't spill it. |
| 19        MR. FAES:  I'm going to move -- |
| 20     object and move to strike after the |
| 21     word "reminder." |
| 22  BY MR. FAES: |
| 23     Q.    Doctor, I'm going to ask you |
| 24  about some -- a list of adverse reactions, |

6 (Pages 155 to 158)

Christina Pramudji, M.D.

| Page 159 | Page 161 |
|---|---|
| 1  and I'm going to ask you if they are | 1      Q.    Pelvic pain or pain with |
| 2  potential risks of the Gynemesh PS, Prolift | 2  intercourse which in some patients may not |
| 3  and Prosima device. Okay? | 3  resolve? |
| 4            Is bleeding a risk of those | 4      A.    Yes, same as other pelvic |
| 5  devices? | 5  surgeries. |
| 6      A.    Yes, it is, as with all pelvic | 6      Q.    Excessive contraction or |
| 7  surgery. | 7  shrinkage of the tissue surrounding the mesh? |
| 8      Q.    Is hemorrhage or hematoma a | 8      A.    Yes.  And that -- you can have |
| 9  risk of those devices? | 9  excessive contraction even without mesh. |
| 10      A.    Yes, as it is with all pelvic | 10      Q.    Punctures or lacerations of |
| 11  surgery. | 11  vessels, nerve structures or organs, |
| 12      Q.    Is urinary incontinence a risk | 12  including the bladder, urethra or bowel which |
| 13  of those devices? | 13  may occur and may require surgical repair? |
| 14      A.    Yes, as with all pelvic | 14      A.    Yes, same as other pelvic |
| 15  surgery. | 15  surgeries. |
| 16      Q.    Is urge incontinence a risk of | 16      Q.    Neuromuscular problems, |
| 17  those devices? | 17  including acute and/or chronic pain in the |
| 18      A.    Yes, same with all pelvic | 18  groin, thigh, leg, pelvic and/or abdominal |
| 19  surgery. | 19  area which may occur? |
| 20      Q.    Is urinary frequency, urinary | 20      A.    Yes, same as other pelvic |
| 21  retention or obstruction a risk of those | 21  surgeries. |
| 22  devices? | 22      Q.    And all of these adverse |
| 23      A.    Yes, same with other pelvic | 23  reactions may require surgical treatment? |
| 24  surgeries. | 24      A.    Yes, the same as other pelvic |

| Page 160 | Page 162 |
|---|---|
| 1      Q.    Is voiding obstruction a risk | 1  surgeries. |
| 2  of those devices? | 2      Q.    Is it your opinion that all of |
| 3      A.    Yes, same with other pelvic | 3  those risks that I just read to you are |
| 4  surgeries. | 4  unnecessary to be included in the Prolift, |
| 5      Q.    Acute and/or chronic pain? | 5  Prosima or Gynemesh IFU? |
| 6      A.    Yes, same with other pelvic | 6      A.    That's correct.  They are part |
| 7  surgeries. | 7  of the body of knowledge of pelvic surgeons, |
| 8      Q.    Wound dehiscence? | 8  so I think they don't necessarily have to be |
| 9      A.    Yes, same as other pelvic | 9  in there. |
| 10  surgeries. | 10      Q.    Do you know whether or not |
| 11      Q.    Nerve damage? | 11  those risks are in the Gynemesh PS IFU today? |
| 12      A.    Yes, same as other pelvic | 12      A.    I would have to review it.  I |
| 13  surgeries. | 13  don't have a problem if they're in there. |
| 14      Q.    Recurrent prolapse? | 14      Q.    Do you know whether or not all |
| 15      A.    Yes, same as other pelvic | 15  of the adverse events I just read to you were |
| 16  surgeries. | 16  added in 2015? |
| 17      Q.    Foreign body response? | 17      A.    I would have to look at it.  I |
| 18      A.    Yes, same with other pelvic | 18  don't know. |
| 19  surgeries. | 19            (Deposition Exhibit 12 marked.) |
| 20      Q.    The potential to impair normal | 20  BY MR. FAES: |
| 21  voiding function for a variable length of | 21      Q.    I'm going to hand you what's |
| 22  time? | 22  been marked as Exhibit No. 12 to your |
| 23      A.    Yes, same as other pelvic | 23  deposition. |
| 24  surgeries. | 24            MR. FAES: Do you want one, |

7 (Pages 159 to 162)

Christina Pramudji, M.D.

| Page 163 | Page 165 |
|---|---|
| 1    William? | 1    Ethicon would knowingly put things in the IFU |
| 2         MR. GAGE:  Yeah.  Thank you. | 2    that it believed to be unnecessary? |
| 3    BY MR. FAES: | 3         MR. GAGE:  Object to form. |
| 4    Q.    So I'll represent to you that | 4    A.    I don't know what they knew or |
| 5    those are all risks that were added to the | 5    didn't know. |
| 6    Gynemesh PS IFU beginning with this revision | 6    BY MR. FAES: |
| 7    that Ethicon released in 2015, and the front | 7    Q.    Now, you -- strike that. |
| 8    page of this is dated February 3rd, 2015. | 8         You testified that it was your |
| 9         Do you know whether or not | 9    typical practice to read the IFU before |
| 10   these are all risks of the Prosima, Prolift | 10   implanting the device for the first time, |
| 11   and Gynemesh PS device that Ethicon knew | 11   right? |
| 12   about when those devices were first launched | 12   A.    Correct. |
| 13   onto the market? | 13   Q.    And you typically wouldn't |
| 14        MR. GAGE:  Object to form. | 14   re-review the IFU unless you were aware that |
| 15   A.    I'm not sure.  I don't know. | 15   there was a change to that IFU, correct? |
| 16   BY MR. FAES: | 16   A.    That's correct. |
| 17   Q.    Do you know whether or not | 17   Q.    Would you have any way of |
| 18   Ethicon could've chosen to include all of | 18   knowing, unless you closely examined the IFU, |
| 19   these risks in their IFU -- | 19   that there had been an important IFU update? |
| 20   A.    I would -- | 20   A.    Not that I'm aware of. |
| 21   Q.    -- from the -- sorry, I wasn't | 21   Q.    Do you think it would be -- |
| 22   done with the question.  I'll start over. | 22   strike that. |
| 23        Do you know whether or not | 23        You're a past user of |
| 24   Ethicon could have chosen to include all of | 24   Gynemesh PS, correct? |

| Page 164 | Page 166 |
|---|---|
| 1    these risks in their IFUs for the Gynemesh | 1    A.    Correct. |
| 2    PS, Prolift and Prosima device beginning from | 2    Q.    Do Ethicon sales reps know that |
| 3    the first day that they were launched in the | 3    you've used Gynemesh PS and products that |
| 4    United States? | 4    contain Gynemesh PS in the past? |
| 5    A.    I would have to say, sure, | 5    A.    Yes. |
| 6    theoretically, you could come up with a long | 6    Q.    Has anyone from Ethicon ever |
| 7    laundry list of things that you could put in | 7    informed you that the IFU for the Gynemesh PS |
| 8    the IFU.  So, sure, theoretically they could | 8    was updated in 2015? |
| 9    have put them in from the beginning. | 9    A.    No, and I wouldn't expect them |
| 10   Q.    Do you know whether or not | 10   to.  If you have a surgeon that's familiar |
| 11   Ethicon felt it was necessary to add these | 11   with the product, they're having good |
| 12   adverse events to their IFU in 2015? | 12   results, it's not going to change anything. |
| 13   A.    No, I don't know what they | 13   Q.    Isn't it possible that there |
| 14   thought. | 14   are -- strike that. |
| 15   Q.    Do you believe, as an expert | 15        Do you think it would be a |
| 16   for Ethicon, that Ethicon would knowingly put | 16   reasonable thing to do, for Ethicon to inform |
| 17   things in the IFU that it believed to be | 17   doctors that there is a new IFU for its |
| 18   unnecessary? | 18   products out there that may contain important |
| 19        MR. GAGE:  Object to form. | 19   adverse reactions that were not contained in |
| 20   A.    Can you read back the question | 20   the previous IFU? |
| 21   or can you repeat it? | 21   A.    Sure, it's reasonable.  I |
| 22   BY MR. FAES: | 22   wouldn't say that's unreasonable. |
| 23   Q.    I'll repeat it.  Do you | 23   Q.    Do you think it would be |
| 24   believe, as an expert for Ethicon, that | 24   helpful for Ethicon to inform doctors that |

8 (Pages 163 to 166)

Christina Pramudji, M.D.

| Page 167 | Page 169 |
|---|---|
| 1 there's a new IFU out there for its products | 1 use for a particular medical device that the |
| 2 that may contain important adverse reactions | 2 FDA deemed important, do you think that that |
| 3 that were not contained in the previous IFU? | 3 would be something that would be reasonable |
| 4     A. Not particularly, because we | 4 for a medical device company to communicate |
| 5 already know about all this. | 5 to surgeons who they knew used the device? |
| 6     Q. So you believe that every | 6     A. Again, it depends what it is, |
| 7 surgeon in America knows about all of the new | 7 depends if it's going to affect how you |
| 8 adverse reactions that were added to the | 8 implant it, you use it and what the nature of |
| 9 Gynemesh PS IFU in 2015? | 9 the update is. |
| 10     A. Did you mean to say "every | 10     Q. I think yesterday you testified |
| 11 surgeon" or "every pelvic surgeon"? | 11 that you believe the Gynemesh PS was still |
| 12     Q. I'll restate it as every pelvic | 12 indicated for transvaginal placement. |
| 13 surgeon. So you believe that every pelvic | 13     A. I believe it is. |
| 14 surgeon in America knows about all of the new | 14     Q. Do you want to take a moment to |
| 15 adverse reactions that were added to the | 15 read the indications for use in this updated |
| 16 Gynemesh PS IFU in 2015? | 16 2015 IFU and tell me if you -- after |
| 17     A. Well, I don't know what they | 17 reviewing that, if you still believe that's |
| 18 would know about the IFU. But I would say | 18 the case? |
| 19 that a pelvic surgeon that is familiar with | 19     (Witness Reviews Document.) |
| 20 pelvic surgery, familiar with mesh, would | 20     A. It says here that it's |
| 21 definitely be aware of these adverse | 21 "indicated as a bridging material for apical |
| 22 reactions. | 22 vaginal and uterine prolapse where surgical |
| 23     MR. FAES: I'm going to object | 23 treatment (laparotomy or laparoscopic |
| 24 and move to strike after the word | 24 approach) is warranted." |

| Page 168 | Page 170 |
|---|---|
| 1 "IFU." | 1     So apparently they're using it |
| 2 BY MR. FAES: | 2 more for intraabdominal for that indication |
| 3     Q. Have you done any kind of | 3 at this point. So I was not aware of that |
| 4 research or survey to determine -- strike | 4 change. |
| 5 that. | 5 BY MR. FAES: |
| 6     Have you done any kind of | 6     Q. Were you aware that this change |
| 7 research or survey or study to determine what | 7 actually occurred not with the 2015 IFU but |
| 8 the typical pelvic surgeon in the United | 8 with the 2013 IFU? |
| 9 States knows about the adverse reactions of | 9     A. No, I didn't know about that. |
| 10 the Gynemesh PS, Prolift and Prosima device? | 10     Q. So you didn't know, as an |
| 11     A. No, I haven't done any research | 11 expert offering opinions on the Gynemesh PS |
| 12 like that. | 12 mesh, that the indications for use for the |
| 13     Q. If there were an important | 13 device changed nearly three years ago? |
| 14 update to the indications for use for a | 14     A. No. |
| 15 particular medical device, do you think that | 15     MR. GAGE: Objection. |
| 16 would be something that would be reasonable | 16     A. As I mentioned, I haven't used |
| 17 for a medical device company to communicate | 17 Gynemesh for several years, so I was not |
| 18 to surgeons who they knew used the device? | 18 aware of that. |
| 19     A. Depends on what you mean by | 19 BY MR. FAES: |
| 20 "important." Who considers it important? | 20     Q. Since the indications for use |
| 21 The surgeons or the attorneys? | 21 for the Gynemesh PS mesh have changed as of |
| 22     Q. Well, you know that the -- I'm | 22 2013, would it be reasonable to assume that |
| 23 not -- okay. Let me ask it this way. If | 23 indications for use for the Prosima and |
| 24 there were a update to the indications for | 24 Prolift device would have changed as well if |

Christina Pramudji, M.D.

| Page 171 | Page 173 |
|---|---|
| 1  those products were still on the market? | 1  BY MR. FAES: |
| 2      MR. GAGE:  Object to form. | 2      Q.   Do you know that -- whether or |
| 3      A.   I don't think so because those | 3  not Ethicon negotiated with the FDA to keep |
| 4  are specifically transvaginal kits.  So I | 4  Gynemesh PS on the market, and a condition of |
| 5  don't know what other indication that they | 5  their being allowed to keep it on the market |
| 6  could put besides transvaginal placement. | 6  was to remove the transvaginal indication for |
| 7  BY MR. FAES: | 7  the Gynemesh PS and have it be indicated for |
| 8      Q.   But you know that the FDA has | 8  abdominal placement only? |
| 9  told Ethicon that they can no longer sell the | 9      MR. GAGE:  Object to form. |
| 10  Prosima or Prolift device unless they | 10      A.   I don't know about that. |
| 11  complete a 522 order, correct? | 11  BY MR. FAES: |
| 12      A.   I believe that's correct. | 12      Q.   Do you think that would be an |
| 13      MR. GAGE:  Object to form. | 13  important fact to consider in forming your |
| 14  BY MR. FAES: | 14  opinions in this case? |
| 15      Q.   And you know that the FDA | 15      A.   No, I don't think that would |
| 16  agreed that the Prolift and Prosima 522 plans | 16  affect my opinion. |
| 17  could be placed on hold if Ethicon -- if | 17      Q.   Do you think a surgeon who has |
| 18  Ethicon agreed not to sell those devices | 18  been using the Gynemesh PS transvaginally |
| 19  anymore, correct? | 19  prior to the IFU update in 2013 would want to |
| 20      A.   I don't know about those | 20  know about the indication-for-use change if |
| 21  details. | 21  he were going to continue using it after the |
| 22      Q.   You don't know about those | 22  indication-for-use change in 2013? |
| 23  details? | 23      MR. GAGE:  Object to form. |
| 24      A.   No. | 24      A.   I think if a surgeon is using |

| Page 172 | Page 174 |
|---|---|
| 1      Q.   Are you aware that if Ethicon | 1  it and is comfortable with it, having good |
| 2  decides to start selling those devices again, | 2  results with it, even transvaginally, it's |
| 3  they need to notify the FDA before doing so? | 3  not important for them to know. |
| 4      A.   I don't know about that detail | 4  BY MR. FAES: |
| 5  either. | 5      Q.   So it's your testimony that |
| 6      Q.   Assuming that that's true, do | 6  you, as a physician, wouldn't want to know if |
| 7  you think it's reasonable, since it's been | 7  you were using a medical device off label |
| 8  three years -- over three years since the | 8  before you used it off label? |
| 9  Prosima and Prolift devices were sold and the | 9      A.   If you're using something with |
| 10  FDA has changed -- had -- strike that. | 10  good results, literature supports safety and |
| 11      Assuming that's true, do you | 11  efficacy, I think the change of -- the |
| 12  think it's reasonable to assume that since | 12  off-label change of indication is simply, |
| 13  it's been three years since the Prosima and | 13  really, semantics in that situation and, |
| 14  Prolift device has been sold and the | 14  yeah, it -- I guess you could say it would be |
| 15  indications for use for the mesh that is used | 15  helpful to know.  But I think you would still |
| 16  in those devices has changed in that time, | 16  be able to support your use of the device off |
| 17  that the FDA would look closely at the IFUs | 17  label based on your own results and based on |
| 18  for those devices before allowing that to be | 18  the literature that's out there. |
| 19  put -- placed back on the market? | 19      MR. FAES:  I'm going to object |
| 20      MR. GAGE:  Object to form. | 20  and move to strike just because I'm |
| 21      A.   I would imagine that they | 21  not sure what your answer there was. |
| 22  would, but I don't know what the FDA process | 22  Maybe it's my fault.  Maybe I asked a |
| 23  is in detail. | 23  bad question, so I'll ask it a little |
| 24 | 24  bit differently. |

10 (Pages 171 to 174)

Christina Pramudji, M.D.

| Page 175 | Page 177 |
|---|---|
| 1  BY MR. FAES:<br>2  Q.  Would you, as a physician, want<br>3  to know if you were using a medical device<br>4  off label before you used the device?<br>5  A.  Not necessarily.<br>6  Q.  Do you think other physicians<br>7  would want to know if they were using the<br>8  device off label before they used that<br>9  device?<br>10  A.  Not necessarily.  I can<br>11  certainly conceive of how this -- how you<br>12  could continue using this off label and feel<br>13  very comfortable and be able to support your<br>14  position for using it off label, even if you<br>15  found out after the fact.<br>16  Q.  So is it your opinion -- strike<br>17  that.<br>18  So is it not your typical<br>19  practice to read the instruction -- strike<br>20  that.<br>21  Is it not your typical practice<br>22  to read the indications for use for a medical<br>23  device before deciding how to use that<br>24  medical device? | 1  the indications for use for a medical device<br>2  before deciding how to use that medical<br>3  device?<br>4  A.  I don't know the answer to that<br>5  question.  I don't know how many surgeons<br>6  look at the IFU.  I don't know.  Because a<br>7  lot of training you learn from other<br>8  surgeons.  We rarely learn from the IFU.<br>9  MR. FAES:  I'm going to object<br>10  and move -- move to strike after the<br>11  third "I don't know."<br>12  BY MR. FAES:<br>13  Q.  Is it your testimony that the<br>14  indications for use in the IFU don't guide<br>15  your decision on how to use that device?<br>16  A.  To a certain degree it may<br>17  guide how I use the device, but it's really<br>18  not the primary thing that I rely on, if that<br>19  makes sense.  It's sort of supplemental.<br>20  Okay, let's see what it says here, see if<br>21  there's any nuance that I'm not aware of, and<br>22  then proceed as such.<br>23  Q.  Would you agree with me that if<br>24  a physician were to place the Gynemesh PS |
| Page 176 | Page 178 |
| 1  A.  Like I said before, when you<br>2  first use something, you review the IFU.  But<br>3  after you use it and you're comfortable with<br>4  it, you apply your skills as a surgeon.<br>5  That's what's more important, not -- we don't<br>6  live and die by the IFU.  We don't function<br>7  based on the IFU.  We function based on our<br>8  skills and training.<br>9  MR. FAES:  I'm going to object<br>10  and move to strike.  Again, I may have<br>11  asked a bad question so I'll try to<br>12  ask it a little bit better.<br>13  BY MR. FAES:<br>14  Q.  Is it your typical practice to<br>15  read the indications for use for a medical<br>16  device before deciding how to use that<br>17  medical device?<br>18  A.  No.  I don't use it to decide<br>19  how to use the medical device.  I use it to<br>20  make sure I understand what the device<br>21  offers, make sure I understand how it's<br>22  intended for use.<br>23  Q.  Do you think it's typical<br>24  practice for other pelvic surgeons to read | 1  transvaginally today in a surgery in the<br>2  United States, that use would be off label?<br>3  A.  Yes, that's correct.<br>4  Q.  Would you agree with me that if<br>5  a physician were to place the Gynemesh PS<br>6  transvaginally today in the surgery -- strike<br>7  that.<br>8  Would you agree with me that if<br>9  a physician were to place the Gynemesh PS<br>10  transvaginally today in the United States,<br>11  that would be contrary to the indications for<br>12  use as currently stated in the IFU?<br>13  A.  Yes, I would have to agree with<br>14  that based on what the IFU says here.<br>15  Q.  I think I'm done with that for<br>16  now.  You can set that aside.<br>17  Doctor, I'm going to mark<br>18  another copy of your --<br>19  MR. GAGE:  FYI, the Wolfe depo<br>20  has been postponed.  I just got the<br>21  e-mail.<br>22  MR. FAES:  Exciting news.  Do<br>23  you have another copy of her op<br>24  report, William? |

11 (Pages 175 to 178)

Christina Pramudji, M.D.

| Page 179 | Page 181 |
|---|---|
| 1      (Discussion Off The Record.) | 1  your opinions in this case? |
| 2  BY MR. FAES: | 2     A.  It depends on what it is. |
| 3     Q.  Doctor, I'm just going to ask | 3     Q.  But you would agree that it's |
| 4  you -- I'm going to want to ask you a few | 4  possible that there could be literature or |
| 5  questions about your pelvic organ prolapse | 5  data out there that could change your |
| 6  report.  If you need to refer to -- back to | 6  opinions in this case and you can't know |
| 7  it, the court reporter took off with it.  I | 7  whether it's significant unless you see it, |
| 8  can give you my copy if you really need it. | 8  correct? |
| 9     MR. GAGE:  Well, but you had it | 9     MR. GAGE:  Object to form. |
| 10  in your notebook, didn't you? | 10     A.  No, I would disagree.  I think |
| 11     THE WITNESS:  That big one.  I | 11  that's very unlikely because I feel very |
| 12  think it might be that one on the top. | 12  comfortable with the literature that I have |
| 13  BY MR. FAES: | 13  here and my own experience.  My opinions are |
| 14     Q.  I think you can probably answer | 14  very firm. |
| 15  these questions without looking at it, but I | 15  BY MR. FAES: |
| 16  don't want you to be handicapped by not | 16     Q.  So you believe it's very |
| 17  having it available. | 17  unlikely.  But do you believe it's possible? |
| 18     MR. FAES:  Yeah, we're still on | 18     A.  I think it's next to |
| 19  the Prolift deposition. | 19  impossible. |
| 20  BY MR. FAES: | 20     Q.  I'm just going to leave that |
| 21     Q.  Now, in your report in your | 21  alone. |
| 22  reliance list, there's medical literature | 22     (Deposition Exhibit 13 marked.) |
| 23  that you cite in both your report and on your | 23  BY MR. FAES: |
| 24  reliance list.  Have you read all those | 24     Q.  Just so you have it, Doctor, |

| Page 180 | Page 182 |
|---|---|
| 1  articles? | 1  I'm going to -- you're going to need this |
| 2     A.  I've at least perused them.  I | 2  eventually for your TVT deposition later |
| 3  wouldn't say that I've read them all in | 3  anyway, I'm going to re-mark a copy of your |
| 4  detail. | 4  reliance list for all your expert reports as |
| 5     Q.  Would you agree that the list | 5  Exhibit 13 for the record. |
| 6  of medical literature and articles in your | 6     A.  Okay. |
| 7  report and your reliance list is not a | 7     Q.  Now, there's a lot of different |
| 8  comprehensive list of all the articles and | 8  articles that you cite in your Gynemesh PS, |
| 9  literature that's available on the Prosima, | 9  Prolift and Prosima report.  Did you |
| 10  Gynemesh PS or Prolift? | 10  deliberately not cite to articles that were |
| 11     A.  Probably not. | 11  not favorable to those products? |
| 12     Q.  Is it possible there's clinical | 12     MR. GAGE:  Object to form. |
| 13  data that you didn't see, which, if you saw, | 13     A.  No, I didn't deliberately.  I |
| 14  could change your opinions in this case? | 14  tried to pick out the articles which I |
| 15     MR. GAGE:  Object to form. | 15  thought had the best data as far as the most |
| 16     A.  It's possible there's | 16  rigorous data, whether it was favorable or |
| 17  literature I haven't seen, but I think I've | 17  not. |
| 18  got the -- most of the level 1 literature, so | 18  BY MR. FAES: |
| 19  I doubt there's something that would change | 19     Q.  I'm going to shift gears a |
| 20  my opinions. | 20  little bit, Doctor, and ask you some |
| 21  BY MR. FAES: | 21  questions about the mesh properties of the |
| 22     Q.  Would you agree with me that | 22  Gynemesh PS, Prolift and Prosima device. |
| 23  unless you see such data, you can't assess | 23     Do you know whether or not the |
| 24  whether it's significant to you in forming | 24  amount of mesh placed in a woman's pelvis for |

12 (Pages 179 to 182)

Christina Pramudji, M.D.

| Page 183 |
|---|
| 1  the treatment of prolapse has an effect on |
| 2  the intensity and duration of the foreign |
| 3  body reaction and inflammatory response? |
| 4      A.   I would say that the more |
| 5  sutures, the more mesh, the more foreign |
| 6  body -- it is a foreign body that's placed, |
| 7  you're going to have more of a foreign body |
| 8  reaction. |
| 9      Q.   So you would agree that, in |
| 10  general, the larger the amount and weight of |
| 11  the material, the greater the foreign body |
| 12  reaction and inflammatory response will be? |
| 13      A.   Yes.  More than likely. |
| 14  However, that doesn't necessarily -- that's a |
| 15  normal reaction that you would expect.  It's |
| 16  part of the wound healing. |
| 17          MR. FAES:  I'm going to object |
| 18  and move to strike after the word |
| 19  "likely." |
| 20  BY MR. FAES: |
| 21      Q.   Doctor, am I correct that you |
| 22  don't hold yourself out to be an expert with |
| 23  regard to the design of medical device -- |
| 24  strike that. |

| Page 184 |
|---|
| 1          Doctor, am I correct that you |
| 2  don't hold yourself out to be an expert with |
| 3  regard to the design of medical device kits |
| 4  for the treatment of prolapse? |
| 5      A.   I would say that I am somewhat |
| 6  of an expert in that area as far as being a |
| 7  user of the devices and also being involved |
| 8  in some of the labs that are held during the |
| 9  development of devices that I've been |
| 10  involved in.  So as far as being asked to |
| 11  evaluate different devices as they're being |
| 12  produced, as far as that goes, I do have some |
| 13  expertise in that area. |
| 14      Q.   Well, let me see if I can ask |
| 15  it a different way.  Am I correct that I |
| 16  would not expect you to offer design -- |
| 17  strike that. |
| 18          Am I correct that I would not |
| 19  expect you to offer opinions on the design of |
| 20  the Prosima? |
| 21          MR. GAGE:  Object to form. |
| 22      A.   My opinions would go to how I |
| 23  feel the design is based on use in my hands |
| 24  and based on the patient results.  So I feel |

| Page 185 |
|---|
| 1  very confident and familiar with evaluating |
| 2  the design based on those parameters. |
| 3  BY MR. FAES: |
| 4      Q.   Is that the extent of the |
| 5  opinions that I would expect you to offer on |
| 6  the Prosima -- on the design of the Prosima, |
| 7  rather? |
| 8          MR. GAGE:  Object to form. |
| 9      A.   I may have some other opinions |
| 10  as far as they go to the mesh in general or |
| 11  pelvic floor kits or surgery in general. |
| 12  BY MR. FAES: |
| 13      Q.   So you would have opinions on |
| 14  the design of the mesh in general or the |
| 15  design of pelvic floor kits and surgery in |
| 16  general? |
| 17      A.   Yes. |
| 18      Q.   Would those opinions on the |
| 19  design go beyond how those devices -- you |
| 20  believe those devices worked in your hands? |
| 21      A.   Yes, they potentially could. |
| 22      Q.   Well, you understand, Doctor, |
| 23  that this is my opportunity here today to |
| 24  learn what your opinions in this case might |

| Page 186 |
|---|
| 1  be.  What other opinions might you offer on |
| 2  the design of the Prosima or mesh kits or |
| 3  mesh in general? |
| 4      A.   Well, opinions about the design |
| 5  of the mesh in general, the way that the mesh |
| 6  is configured, the size of the pores, the |
| 7  materials that the mesh is made of.  Or with |
| 8  the kits, how they're designed, how they -- |
| 9  the development of the kits, the nuances of |
| 10  the trocars and how it worked in patients. |
| 11      Q.   Have you ever worked on the |
| 12  design team for a medical device? |
| 13      A.   No, only on a consulting basis. |
| 14      Q.   Am I correct in that you're not |
| 15  a biomedical engineer? |
| 16      A.   I'm not a biomedical engineer. |
| 17  I studied it, but I'm not a biomedical |
| 18  engineer. |
| 19      Q.   Do you hold yourself out as an |
| 20  expert in biomedical engineering? |
| 21      A.   To the degree that it applies |
| 22  to my practice, yes. |
| 23      Q.   Do you know what a design |
| 24  failure modes analysis is? |

13 (Pages 183 to 186)

Christina Pramudji, M.D.

| Page 187 | Page 189 |
|---|---|
| 1    A.    I don't -- I'm not familiar<br>2 with that term.<br>3    Q.    Is it fair to say that you have<br>4 never reviewed any design failure mode<br>5 analysis with respect to the Prosima,<br>6 Gynemesh PS or Prolift?<br>7    A.    I may have, because just<br>8 breaking down that terminology, I don't -- I<br>9 can't give you a quick definition.  But just<br>10 breaking it down, it sounds like it's just<br>11 testing the failure of the design with<br>12 some -- probably some mechanical stretching<br>13 or that sort of thing, but that's my<br>14 conjecture.  So I may have read about that.<br>15    Q.    Do you know what a process<br>16 failure modes effects analysis is?<br>17    A.    I'm not familiar with that<br>18 term.<br>19    Q.    Do you recall if you reviewed<br>20 any process failure modes effects analysis<br>21 with the Prosima, Prolift or Gynemesh PS<br>22 devices?<br>23    A.    I'm not sure.<br>24    Q.    Do you know what an | 1 feel very knowledgeable about the type of the<br>2 mesh, the use of the mesh, behavior of the<br>3 mesh.<br>4 BY MR. FAES:<br>5    Q.    Do you have any expertise or<br>6 specialized knowledge regarding whether or<br>7 not a 1-millimeter pore size when the mesh is<br>8 used in the body has any advantages or<br>9 disadvantages for the patient?<br>10    A.    Yes.  I've definitely studied<br>11 the pore sizes and I've seen how the mesh<br>12 behaves in the patients, and I feel like I<br>13 have a very in-depth knowledge about that.<br>14    Q.    Let me ask you this.  Do you<br>15 believe that it's important for a mesh to<br>16 have a pore size of 1 millimeter or greater<br>17 in all directions in order for the mesh to be<br>18 properly incorporated into the tissues once<br>19 it is placed?<br>20    A.    No, I don't think it has to be<br>21 exactly 1 millimeter.  Neutrophiles and the<br>22 vagina itself are much smaller than that, so<br>23 it doesn't need to be near that size to<br>24 incorporate well and to heal that well. |

| Page 188 | Page 190 |
|---|---|
| 1 applications failure modes effects analysis<br>2 is?<br>3    A.    I'm not sure.<br>4    Q.    Do you recall if you've<br>5 reviewed any of those for the Gynemesh PS,<br>6 Prolift or Prosima device?<br>7    A.    I'm not sure.<br>8    Q.    Do you hold yourself out as<br>9 having expertise or specialized knowledge<br>10 regarding the type of mesh used in the<br>11 Prosima, Prolift -- I guess I'll say<br>12 Gynemesh PS device even though the mesh --<br>13 that's the only thing in the Gynemesh PS<br>14 device is the mesh?<br>15    A.    Could you repeat the first part<br>16 of the question?<br>17    Q.    Yeah, I'll re-ask it because I<br>18 didn't think it through before I asked it.<br>19    Am I correct in that you don't<br>20 hold yourself out as having expertise or<br>21 specialized knowledge regarding the type of<br>22 mesh used in the Prosima or Prolift device?<br>23    MR. GAGE:  Object to form.<br>24    A.    No, that's incorrect because I | 1 Because as you know, when we put it in, the<br>2 pores are going to deform somewhat.  That's<br>3 to be expected.  And even with that, the<br>4 patients clinically heal well and do well<br>5 with good incorporation.<br>6    Q.    Do you believe -- you just<br>7 stated that you know that the mesh is at<br>8 times going to deform.  Strike that.<br>9    You just stated that you know<br>10 at -- sometimes that the mesh is going to<br>11 deform.  Do you believe the mesh can deform<br>12 to the point where the pores are too small<br>13 for good tissue incorporation?<br>14    A.    No, I don't think so.  I think<br>15 that the cells are microscopic.  So they're<br>16 going to be able to get into -- between the<br>17 fibers, no matter what.<br>18    Q.    You stated that you don't think<br>19 it's necessary to have a pore size of<br>20 1 millimeter in all directions.  What pore<br>21 size do you think is required in order for<br>22 the tissue to be incorporated into the body?<br>23    MR. FAES:  You want to take a<br>24 quick break?  I need to run to the |

14 (Pages 187 to 190)

Christina Pramudji, M.D.

| Page 191 | Page 193 |
|---|---|
| 1   restroom anyway. Let's go off the<br>2   record.<br>3      (Recess Taken From 9:09 a.m. To<br>4   9:16 a.m.)<br>5   BY MR. FAES:<br>6      Q.   Doctor, we're back on the<br>7   record after a short break. Are you ready to<br>8   proceed?<br>9      A.   Yes.<br>10      Q.   When we took a break, there was<br>11   a question pending. It looked like you were<br>12   looking at your report, so I'll restate it.<br>13      You stated that you don't think<br>14   it is necessary to have a pore size of<br>15   1 millimeter in all directions. What pore<br>16   size do you think is required in order for<br>17   tissue to be incorporated into the body in<br>18   pelvic organ prolapse surgery with mesh?<br>19      A.   So the Amid classification has<br>20   a pore size of greater than 75 microns.<br>21      Q.   So if I understand you<br>22   correctly, you're relying on the Amid<br>23   standard for your opinion on how large the<br>24   pore size needs to be? | 1      MR. FAES: I'll object and move<br>2   to strike after the answer "thinks."<br>3   BY MR. FAES:<br>4      Q.   Do you know what Ethicon --<br>5   strike that.<br>6      Do you know whether or not<br>7   Ethicon scientists and engineers think that<br>8   the Amid standard is outdated?<br>9      MR. GAGE: Object to form.<br>10      A.   I don't know what they think<br>11   about that.<br>12   BY MR. FAES:<br>13      Q.   Do you know if -- whether or<br>14   not Ethicon scientists and engineers thought<br>15   the Amid standard was outdated as early as<br>16   2005?<br>17      MR. GAGE: Object to form.<br>18      A.   No, I don't know about that.<br>19   BY MR. FAES:<br>20      Q.   You know that the Amid standard<br>21   was originally developed for hernia repair.<br>22   Do you know whether or not the FDA told<br>23   Ethicon that they don't believe that they can<br>24   leverage their hernia experience for the |

| Page 192 | Page 194 |
|---|---|
| 1      A.   Yes. But even if it were a<br>2   little smaller than that, it would be fine<br>3   because the neutrophiles and the macro<br>4   fascias are much smaller than that. So even<br>5   if it got to a form lower than that, they<br>6   should be able to come in and lay down the<br>7   collagen and the scar tissue and incorporate<br>8   the mesh.<br>9      Q.   You know that the Amid standard<br>10   came out in 1998, correct?<br>11      A.   Correct.<br>12      Q.   And you know that it was<br>13   originally developed for guidance in hernia<br>14   repair, correct?<br>15      A.   I believe so.<br>16      Q.   Do you know whether or not<br>17   Dr. Amid thinks that his standard applies to<br>18   the type of mesh used in pelvic organ<br>19   prolapse and stress urinary incontinence<br>20   products?<br>21      MR. GAGE: Object to form.<br>22      A.   I don't know what he thinks,<br>23   but it's been widely adopted and utilized<br>24   successfully by the pelvic floor literature. | 1   pelvic organ prolapse products?<br>2      MR. GAGE: Object to form.<br>3      A.   I don't know about that.<br>4   BY MR. FAES:<br>5      Q.   If Ethicon scientists,<br>6   engineers and consultants believed that the<br>7   pore size of the mesh in the Prosima and<br>8   Prolift products needed to be 1 millimeters<br>9   in all directions in order for proper tissue<br>10   integration to occur, you would disagree with<br>11   them, correct?<br>12      A.   I think it doesn't have to be<br>13   1 millimeter. It could be smaller. But I<br>14   think 1 millimeter is fine. It works great.<br>15      Q.   So is the answer to my question<br>16   yes, if they thought it needed to be a<br>17   minimum of 1 millimeter in all directions in<br>18   order for proper tissue integration to occur,<br>19   you would disagree with them?<br>20      A.   Yes, I would disagree.<br>21      Q.   Are you forming your opinions<br>22   on the assumption that the only standard for<br>23   pore size that matters is 75 microns?<br>24      A.   No. |

15 (Pages 191 to 194)

Christina Pramudji, M.D.

| Page 195 | Page 197 |
|---|---|
| 1    Q.    What other pore size do you<br>2  think matters?<br>3         MR. GAGE:  Object to form.<br>4    A.    Well, I'm forming my opinion<br>5  based on what has been used and what works<br>6  and what I've seen in my clinical practice.<br>7  So not just on the pore size.<br>8  BY MR. FAES:<br>9    Q.    But regard -- with regard to<br>10 the pore size which is needed for proper<br>11 tissue integration, is the only guideline<br>12 that you are relying on 75 microns?<br>13    A.    That's the main thing I'm<br>14 relying on because I think that's what the<br>15 majority of pelvic floor science relies on.<br>16    Q.    Is there any other numerical or<br>17 quantitative guideline that you're relying on<br>18 for the size the pores need to be in the mesh<br>19 in order for proper tissue integration?<br>20    A.    Not that I can think of right<br>21 now.<br>22    Q.    Have you ever specifically<br>23 studied the question of whether or not a<br>24 1-millimeter pore size under strain is of any | 1  some follow-up questions, but I think you<br>2  answered the question.<br>3    A.    Okay.<br>4    Q.    Would you agree that even if<br>5  the Prosima or Prolift device is placed<br>6  perfectly by the surgeon, that the pore sizes<br>7  can still become deformed or stretch or be<br>8  put under strain?<br>9    A.    Yes, they can.<br>10    Q.    Does the -- do you know if the<br>11 term "scar plating" had any significance for<br>12 Ethicon internally among doctors and<br>13 scientists?<br>14         MR. GAGE:  Object to form.<br>15    A.    I don't know.<br>16  BY MR. FAES:<br>17    Q.    Would you agree that when the<br>18 mesh goes through the process of creating<br>19 scar tissue and fibrosis on the mesh, those<br>20 processes can also be accompanied by<br>21 contraction of the mesh?<br>22         MR. GAGE:  Object to form.<br>23    A.    It's designed to have fibrosis<br>24 and scarring to incorporate the mesh and |

| Page 196 | Page 198 |
|---|---|
| 1  significance with the Prosima, Gynemesh PS or<br>2  Prolift devices?<br>3    A.    Did you say "under strain"?<br>4    Q.    Yeah, I'll re-ask the question.<br>5  Have you ever specifically studied the<br>6  question of whether or not a 1-millimeter<br>7  pore size under strain is of any significance<br>8  with the Prosima, Gynemesh PS or Prolift<br>9  devices?<br>10    A.    What do you mean by "under<br>11 strain"?<br>12    Q.    I mean when the mesh is put --<br>13 placed under stress or deforms.<br>14    A.    I believe I did look at some<br>15 articles that look at that and look at the --<br>16 what happens to the pore sizes when they are<br>17 under strain.  Whether that applies to<br>18 clinical practice or not, I don't think so.<br>19 There's going to a little bit of strain and<br>20 deforming, but if the mesh is placed properly<br>21 without tension, then the pore sizes will be<br>22 minimally deformed.  Does that answer your<br>23 question?<br>24    Q.    Yeah, I think so.  Might have | 1  you'll have some mesh contraction, but again,<br>2  I dispute the term "mesh" -- you'll have scar<br>3  contraction, but I dispute the term "mesh<br>4  contraction."<br>5  BY MR. FAES:<br>6    Q.    So you dispute the term "mesh<br>7  contraction" even though the Gynemesh PS IFU<br>8  specifically warns excessive contraction or<br>9  shrinkage of the tissue surrounding the mesh<br>10 as a potential adverse event in the<br>11 Gynemesh PS?<br>12         MR. GAGE:  Object to form.<br>13    A.    It says -- again, it says,<br>14 "Excessive contraction or shrinkage of the<br>15 tissue surrounding the mesh."  I think that's<br>16 the same thing that I said.<br>17  BY MR. FAES:<br>18    Q.    But we -- as we've agreed, if<br>19 the tissue surrounding the mesh contracts, it<br>20 can take the mesh with it --<br>21    A.    Yes.<br>22    Q.    -- meaning the mesh can<br>23 contract as well.<br>24    A.    It's semantics.  Yes, the mesh |

16 (Pages 195 to 198)

Christina Pramudji, M.D.

| Page 199 | Page 201 |
|---|---|
| 1 can be incorporated into the scar tissue, but<br>2 the mesh itself is not contracting.<br>3     Q.    Do you know who the inventor of<br>4 the Prosima device is?<br>5     A.    I believe it was Dr. Marcus<br>6 Carey.<br>7     Q.    Have you ever met Dr. Carey?<br>8     A.    I don't think so.<br>9     Q.    Do you know that -- whether or<br>10 not Dr. Carey receives royalties each time<br>11 the Prosima device is sold?<br>12     A.    I don't know.<br>13     Q.    So I take it since you don't<br>14 know whether or not he receives royalties,<br>15 you don't know how much he's been paid in<br>16 royalties with regard to the Prosima?<br>17     A.    No.  But he should get paid<br>18 because it's a great invention.  He should<br>19 get paid for his intellectual knowledge --<br>20 his intellectual property, I should say.<br>21         MR. FAES:  Object and move to<br>22     strike after the answer "no."<br>23 BY MR. FAES:<br>24     Q.    Do you know if he's been paid | 1     Q.    Do you know that some other<br>2 investigators in that study reported a zero<br>3 percent success rate with the Prosima at<br>4 their site?<br>5     A.    No, I'm not aware of that.<br>6     Q.    Do you think the fact that<br>7 Dr. Carey was the inventor of the product and<br>8 was going to receive royalties for each<br>9 Prosima device that he sold injected bias<br>10 into the study where he was the lead<br>11 investigator?<br>12     A.    I think every investigator has<br>13 a bias.  So, yes, of course, he's going to<br>14 have his own bias.<br>15     Q.    Do you know whether or not<br>16 Ethicon believed that there was a fair amount<br>17 of spin going on regarding Dr. Carey's<br>18 reporting of his data?<br>19     A.    I don't know.<br>20         MR. GAGE:  Object to form.<br>21 BY MR. FAES:<br>22     Q.    Have you ever seen any<br>23 documents or correspondence between Ethicon<br>24 indicating that that was the case? |

| Page 200 | Page 202 |
|---|---|
| 1 over $2 million in royalties for the Prosima<br>2 device?<br>3         MR. GAGE:  Object to form.<br>4     A.    I don't know.<br>5 BY MR. FAES:<br>6     Q.    Do you know he was the lead<br>7 author on the Prosima study done by Ethicon<br>8 prior to launch?<br>9     A.    Yes.<br>10     Q.    Do you know what his personal<br>11 success rate that he reported with the<br>12 Prosima was in that clinical study at his<br>13 site?<br>14     A.    At his site alone?<br>15     Q.    Yes.<br>16     A.    No, I don't know.<br>17     Q.    Do you know if it was<br>18 100 percent?  Would that -- would you be<br>19 surprised to learn that he -- strike that.<br>20         Would you be surprised to learn<br>21 that Dr. Carey reported a 100 percent success<br>22 rate with the Prosima at his site?<br>23     A.    No.  It could be possible based<br>24 on patient selection. | 1     A.    I don't recall having seen<br>2 that.<br>3     Q.    Now, you've stated that you<br>4 don't believe that shrinkage of the mesh<br>5 occurs; it's contraction of the tissues<br>6 surrounding the mesh, correct?<br>7     A.    Correct.<br>8     Q.    Are you familiar with the<br>9 Fatton article, which I believe is cited in<br>10 your reliance materials?<br>11     A.    How are you spelling that?<br>12     Q.    F-a-t-t-o-n.<br>13     A.    I would have to review it<br>14 again.  Not off the top of my head.<br>15     Q.    Well, let me ask you this.  Do<br>16 you recall in that study that they reported a<br>17 17 percent shrinkage rate at three months?<br>18     A.    I would have to look at it.<br>19     Q.    So you don't recall as you sit<br>20 here today?<br>21     A.    I don't recall.<br>22     Q.    Would you agree that --<br>23 assuming they did report a 17 percent<br>24 shrinkage rate at three months, that that's a |

17 (Pages 199 to 202)

Christina Pramudji, M.D.

| Page 203 | Page 205 |

Page 203

1  significant shrinkage rate?
2      MR. GAGE:  Object to form.
3      A.  I would say that that is within
4  the norm for pelvic surgery to have
5  17 percent shrinkage of the scar tissue.  You
6  would want to have some shrinkage of the scar
7  tissue in order to have a good repair.  And
8  17 percent sounds reasonable to me.
9  BY MR. FAES:
10      Q.  But would you agree that a
11  17 percent shrinkage rate is clinically
12  significant and could have clinical impact to
13  the patient?
14      A.  Yes, I think it would have a
15  good clinical impact because they're going to
16  have better support and -- better support of
17  the vaginal wall.
18      Q.  So you believe that -- do you
19  believe that shrinkage of the mesh or
20  contraction of the tissue surrounding the
21  mesh is a positive thing?
22      A.  Yes.  It's desirable.
23      Q.  Do you believe that's true in
24  all cases, or do you believe that there's

Page 204

1  instances where contraction or shrinkage of
2  the mesh can cause pain or can cause the
3  device to migrate?
4      A.  Oh, yes, I think it's clear
5  that you're going to have some patients that
6  heal with exuberant scar tissue, nerve
7  endings get involved and they would have more
8  pain.  That can also occur with plication or
9  sacrospinous ligament fixation or uterosacral
10  ligament fixation, so it's not unique to
11  mesh.
12      MR. FAES:  I'm going to object
13      and move to strike after the answer
14      ending with "pain."  I didn't ask
15      about plication or sacrospinous
16      ligament fixation or any of that.
17  BY MR. FAES:
18      Q.  Are you aware of any clinical
19  data reported by the French transvaginal mesh
20  group regarding the percentage of women
21  treated with Prolift suffering from painful
22  mesh contraction with the Prolift?
23      A.  I believe I've seen that.  I
24  can't cite it right now without looking

Page 205

1  through things.
2      Q.  Have you relied on data and
3  literature published by Dr. Cosson and the
4  TVM group to support your opinions that the
5  Prolift and Gynemesh PS is safe and
6  effective?
7      A.  Yes.
8      Q.  Do you know whether or not
9  Dr. Cosson is considered the inventor of the
10  Prolift?
11      A.  I believe he is.
12      Q.  Have you ever met Dr. Cosson?
13      A.  No.
14      Q.  Never been to France?
15      A.  No.
16      Q.  Do you know if Dr. Cosson
17  receives royalty on the Prolift like
18  Dr. Carey?
19      A.  I don't know.
20      Q.  Do you know if Dr. Cosson has
21  also received over $2 million in royalties
22  for the Prolift device?
23      A.  I don't know.
24      Q.  Would you agree that the fact

Page 206

1  that Dr. Cosson was the inventor and received
2  royalties, that that would inject potential
3  bias into any study he was involved in?
4      A.  I would give the same answer
5  before, that every investigator has some bias
6  to some degree.  So I would not be surprised
7  if there were some bias there.
8      Q.  So is the answer to my question
9  yes, you would agree that Dr. Cosson would
10  have potential bias in any reporting of any
11  studies that he was involved in with the
12  Prolift?
13      A.  Yes, there's a potential for
14  bias there.
15      Q.  Are you familiar with committee
16  opinion 513, the joint opinion of ACOG and
17  AUGS?
18      A.  Can I take a look at it?
19      Q.  I don't have -- I don't have a
20  copy with me here.  I'm just asking you, are
21  you familiar with it?
22      A.  I don't know of one by name --
23  by that name.
24      Q.  Okay.  Well, I'll represent to

18 (Pages 203 to 206)

Christina Pramudji, M.D.

| Page 207 | Page 209 |
|---|---|
| 1    you that a portion of the committee opinion<br>2    said that the mesh kit should only be used in<br>3    high -- strike that.<br>4           I'll represent to you that a<br>5    portion of the committee opinion says that<br>6    mesh kits should only be used in high-risk<br>7    individuals for which no other options are<br>8    available or appropriate.<br>9           Do you agree or disagree with<br>10   that opinion?<br>11           MR. GAGE:  Object to form.<br>12     A.    At this point I would agree,<br>13   given the current legal environment, I think,<br>14   although we had great success in patients<br>15   that weren't as high risk or that was their<br>16   first option.  But unfortunately in this<br>17   current legal environment, I would have to<br>18   agree with that statement.<br>19   BY MR. FAES:<br>20     Q.    You say "in this current<br>21   environment."  At what point do you<br>22   believe -- strike that.<br>23           You indicated -- is there --<br>24   strike that too. | 1    judgment, you disagree with that opinion?<br>2     A.    Right.  Based on my medical<br>3    judgment, I still think that transvaginal<br>4    mesh repairs are very effective, very safe<br>5    and very beneficial to women, even if they're<br>6    not high risk, even if they haven't failed a<br>7    prior procedure.  And that's based on the<br>8    literature and based on my own experience.<br>9     Q.    Is the -- as you called it, the<br>10   legal environment the only reason why you<br>11   agree with that opinion today?<br>12     A.    Yes.<br>13     Q.    So the recent FDA actions and<br>14   reclassifying pelvic organ prolapse products<br>15   to a class III high-risk device and issuing a<br>16   public health notification in 2008 and 2011<br>17   have no bearing on that opinion?<br>18     A.    No.<br>19     Q.    Do you agree that the Prolift<br>20   should only be used in women for whom other<br>21   approaches and other alternative approaches<br>22   are not reasonable?  I think I asked a bad<br>23   question.  I'm going to strike that and<br>24   re-ask it. |

| Page 208 | Page 210 |
|---|---|
| 1           Is there a point at which you<br>2    would not have agreed with that opinion, a<br>3    point in time, and when did that -- when did<br>4    your opinion change that you agree with the<br>5    opinion?<br>6     A.    Probably around the time that<br>7    there started to be a lot of attorney<br>8    advertising, soliciting patients, that<br>9    created a negative environment around mesh<br>10   surgery.  So I think that was 2012, somewhere<br>11   around there.<br>12     Q.    So up until 2012 you would have<br>13   disagreed with that opinion; is that<br>14   accurate?<br>15     A.    That's correct.<br>16     Q.    And after 2012 you agree with<br>17   that opinion?<br>18     A.    To a degree, yes.<br>19     Q.    Is it your testimony that you<br>20   only agree with that opinion now because of<br>21   the legal environment?<br>22     A.    That's correct.<br>23     Q.    So it's not based on medical<br>24   judgment on your -- based on your medical | 1           Do you agree that the Prolift<br>2    should only be used in women for whom other<br>3    alternative approaches are not reasonable?<br>4           MR. GAGE:  Object to form.<br>5     A.    Well, the Prolift isn't<br>6    available anymore, so I'm not sure how to<br>7    answer that question.<br>8    BY MR. FAES:<br>9     Q.    When the Prolift was available,<br>10   would you agree that it should have only been<br>11   used in women for whom other alternative<br>12   approaches are not reasonable?<br>13     A.    No.<br>14     Q.    Same question on the Prosima?<br>15     A.    No.  I feel like I was asked a<br>16   lot of these questions before in the Prolift<br>17   deposition.<br>18     Q.    You've stated some questions --<br>19   stated some opinions about the current legal<br>20   environment regarding mesh devices and<br>21   products.  Do you know how many mesh lawsuits<br>22   have been filed in the United States at this<br>23   point?<br>24     A.    I don't know the number. |

19 (Pages 207 to 210)

Christina Pramudji, M.D.

Page 211

1    Q.   Do you believe that all of the
2  mesh suits filed in this country are
3  unfounded?
4    A.   That all of them are unfounded?
5  Well, based on the claims of mesh defect and
6  failure to warn, I would say yes because
7  there's not a mesh defect; there's not a
8  failure to warn.
9    Q.   So if there were over 70,000
10  individuals in the United States that had
11  filed legal claims against the manufacturers
12  of mesh products, you believe that all of
13  those claims are unfounded?
14    A.   Based on the claims, yes.
15    Q.   Do you -- you would agree that
16  the Prosima device is supposed to be placed
17  without tension; is that correct?
18    A.   That's correct.
19    Q.   Do you know what Ethicon
20  thought as to whether or not most doctors
21  understood the tension-free concept in
22  connection with the Prosima?
23       MR. GAGE:  Object to form.
24    A.   No, I don't know what they

Page 212

1  thought.
2  BY MR. FAES:
3    Q.   Do you know what Ethicon
4  thought as to whether or not most doctors
5  understood the vaginal support device concept
6  in connection with the Prosima?
7       MR. GAGE:  Object to form.
8    A.   No, I don't know what they
9  thought.
10  BY MR. FAES:
11    Q.   And you don't know whether or
12  not most doctors understood it or not; is
13  that correct?
14    A.   Right, I couldn't comment on
15  that.
16    Q.   You would agree that if the
17  tension-free concept with the Prosima was not
18  understood and mesh ended up under tension
19  after the procedure, that could increase the
20  risk of erosions, right?
21    A.   No, I wouldn't say that.  I
22  don't think that that would cause erosion.
23  Erosion occurs when the mesh is not placed in
24  the proper plane.

Page 213

1    Q.   Let me ask a different
2  question.  Would you agree that if the
3  tension-free concept was not understood and
4  mesh ended up under tension after completion
5  of the Prosima procedure, that could increase
6  the risk of complications, correct?
7    A.   That could, yes.
8    Q.   Could it increase the risk of
9  treatment failure?
10    A.   No.  I think the risk that I
11  think of is potentially pulling on the tissue
12  and the scarring pulling and causing pain.
13  That's the issue I think of with tension.
14    Q.   Would you agree that even if a
15  doctor is fully trained and follows the
16  Prosima technique perfectly, he can end up
17  with tension on the mesh that can lead to
18  complications?
19    A.   That -- yes, that can occur.
20  The patient can wake up and cough and that
21  can pull things, or the way that they heal,
22  they have exuberant scar tissue and that can
23  cause tension.
24    Q.   Are you aware of any monogragh

Page 214

1  for the Prosima device like there is for the
2  Prolift device?
3    A.   I can't recall if I have seen
4  that or not.
5    Q.   Same question with regard to
6  the Gynemesh PS.  Is there a Gynemesh PS
7  surgeon resource monograph like there is for
8  the Prolift and TVT?
9    A.   I can't recall.
10    Q.   But there is professional
11  education materials for the Prosima device,
12  correct?
13    A.   That's correct.
14    Q.   Do you recall if there's
15  professional education materials for the
16  Gynemesh PS device?
17    A.   Not that I'm aware of.
18    Q.   Is it your opinion that a
19  monograph or professional education materials
20  can be a substitute for the IFU in providing
21  information about risks and complications to
22  physicians?
23    A.   Yes, I believe so.
24    Q.   Do you know if -- under the

20 (Pages 211 to 214)

Christina Pramudji, M.D.

| Page 215 | Page 217 |
|---|---|
| 1   federal rules or regulatory guidance if<br>2   Ethicon is allowed to provide that kind of<br>3   information in a source other than the IFU<br>4   such as a monograph or professional education<br>5   materials?<br>6      A.   I don't know about that.<br>7      Q.   Would you agree that unlike the<br>8   IFU, Ethicon can't ensure that the monographs<br>9   or the professional education materials reach<br>10  every physician that uses the product?<br>11        MR. GAGE:  Object to form.<br>12      A.   Can you repeat that question,<br>13  please.<br>14  BY MR. FAES:<br>15      Q.   Would you agree that unlike the<br>16  IFU, Ethicon has no way of ensuring that<br>17  monographs or professional education<br>18  materials reach every physician that uses the<br>19  product?<br>20      A.   I don't think they can ensure<br>21  that the IFU reaches every physician.  Sure,<br>22  it's in every product, but that doesn't mean<br>23  that every physician does look at it or read<br>24  it. | 1      Q.   Once an IFU is out there, if<br>2   Ethicon learns of a risk or complication that<br>3   was not previously warned about and it was a<br>4   significant risk or complication in terms of<br>5   the harm it could cause to a woman, do you<br>6   know whether or not Ethicon had any<br>7   obligation to get that out to doctors?<br>8      A.   Could you repeat that, please.<br>9      Q.   Sure.  Once an IFU is out<br>10  there, if Ethicon learns of a risk or<br>11  complication that was not previously warned<br>12  about and it's a significant risk or<br>13  complication in terms of the harm it could<br>14  cause to a woman, do you know whether or not<br>15  Ethicon had any obligation to get that out to<br>16  doctors?<br>17        MR. GAGE:  Object to form.<br>18      A.   I don't know.<br>19  BY MR. FAES:<br>20      Q.   I just want to backtrack a<br>21  little bit on the IFU -- the 2015 Gynemesh<br>22  IFU that was put out there.<br>23       Do you think it would have been<br>24  reasonable for Ethicon to send a letter, a |

| Page 216 | Page 218 |
|---|---|
| 1      Q.   But by placing the IFU in the<br>2  box, Ethicon ensures that every physician has<br>3  at least access to the IFU, correct?<br>4      A.   Yes, I can agree with that.<br>5      Q.   If Ethicon had put the same<br>6  information that's in the monograph in their<br>7  professional education materials in the IFU<br>8  with regards to the risks of the device, they<br>9  could have ensured that every physician who<br>10  implants the device at least has access to<br>11  that information, correct?<br>12      A.   I'm sorry, can you repeat the<br>13  question?<br>14      Q.   If Ethicon had put the same<br>15  information in the monograph -- strike that.<br>16       If Ethicon had put the same<br>17  information that's in the monograph and<br>18  professional educations in their IFU with<br>19  regard to the risks and adverse reactions of<br>20  the device, they could have ensured that<br>21  every physician who implants the device at<br>22  least has access to that information,<br>23  correct?<br>24      A.   Sure. | 1   "Dear Doctor" letter out to physicians when<br>2  they put that IFU out telling them that, hey,<br>3  we've added some adverse reactions to this<br>4  IFU that were not previously in the IFU?<br>5      A.   Sure, I think that's<br>6  reasonable.  I don't think it's necessary,<br>7  but it's reasonable.<br>8      Q.   Do you know whether or not that<br>9  occurred?<br>10      A.   I don't know.<br>11      Q.   Do you think it would have been<br>12  reasonable in 2013 for Ethicon to send a<br>13  letter out to physicians that -- informing<br>14  them that, hey, we've changed the indications<br>15  for use for this mesh so that it is no longer<br>16  indicated for transvaginal mesh placement?<br>17  Do you think that would be reasonable?<br>18      A.   Sure, I think it's reasonable.<br>19      Q.   Do you think it would have been<br>20  reasonable for them in this letter to also<br>21  tell physicians that the only reason that the<br>22  FDA is still allowing this product to be sold<br>23  is because it agreed to remove the<br>24  transvaginal indication and change the |

21 (Pages 215 to 218)

Christina Pramudji, M.D.

Page 219

1 indication to only be placed abdominally?
2 MR. GAGE: Object to form.
3 A. I don't think that's reasonable
4 or necessary. That sounds excessive to me.
5 BY MR. FAES:
6 Q. You don't think a reasonable
7 physician would want to know that the only
8 reason the FDA is still allowing the
9 Gynemesh PS to be sold is because Ethicon
10 agreed to remove the transvaginal use
11 indication from the IFU?
12 MR. GAGE: Object to form.
13 A. I don't think so.
14 BY MR. FAES:
15 Q. Do you know whether or not
16 Ethicon did indeed send out a letter to
17 physicians informing them that the
18 indications for use for the Gynemesh PS
19 device changed?
20 A. I don't know.
21 Q. Do you think it would be
22 reasonable for Ethicon to put some kind of an
23 indication on the Gynemesh PS box that
24 contains the device either with a call-out on

Page 220

1 the box or a sticker informing physicians
2 that, hey, the indications for this use have
3 changed; you might want to read them? Do you
4 think that would be reasonable?
5 MR. GAGE: Object to form.
6 A. Again, I think it's reasonable,
7 but it's not necessary.
8 BY MR. FAES:
9 Q. So even though that you -- even
10 though you've testified that you don't
11 generally review the IFU, again, once you've
12 used a product for the first time, you don't
13 believe it's necessary?
14 A. Correct.
15 Q. You don't think that that's
16 something that physicians would want to know
17 or have their attention drawn to, that, hey,
18 the indications for this device may have
19 changed since the last time you used it?
20 A. I can -- I can't speak for all
21 physicians. I'm speaking for myself. That
22 for me, it wouldn't be necessary.
23 Q. If the overall consensus among
24 a medical devices company's expert is that it

Page 221

1 would be a mistake to launch the device onto
2 the market, do you think it would be wrongful
3 for the company to launch that device anyway
4 if the motivation is only to make a profit?
5 MR. GAGE: Object to form.
6 A. Can you repeat that question,
7 please.
8 BY MR. FAES:
9 Q. Sure. If the overall consensus
10 among a medical device company's expert is
11 that it would be a mistake to launch that
12 device onto the market, do you think it would
13 be wrongful for the company to launch that
14 device anyway if the only motivation is to
15 make a profit?
16 MR. GAGE: Object to form.
17 A. Well, it depends on why they
18 think it's a mistake. I mean, obviously the
19 purpose of corporations is they have to make
20 a profit with whatever they do. So it
21 depends on what the -- why -- what they're --
22 why they're saying it's a mistake.
23 BY MR. FAES:
24 Q. If the company's experts

Page 222

1 believe it's a mistake to launch that
2 particular device on the market because it is
3 not more safe or effective than alternative
4 treatment options, do you think it would be
5 wrongful for the company to launch that
6 device anyway?
7 A. I can't answer that yes or no.
8 It really depends on the details of the
9 product. There may be some other advantages,
10 some other factors involved.
11 Q. If the overall consensus about
12 a medical device -- strike that.
13 If the overall consensus among
14 the medical device company's experts is that
15 it would be a mistake to launch a particular
16 device onto the market, do you think the
17 doctors and patients who are sold that device
18 should know that information?
19 A. I think it's more -- no,
20 because I think it's more important that
21 there's data showing the results, that
22 there's studies that show the results of what
23 happened and not their -- just those
24 opinions.

22 (Pages 219 to 222)

Christina Pramudji, M.D.

| Page 223 | Page 225 |
|---|---|
| 1  Q.   So you don't think that that's<br>2  information that doctors or patients would<br>3  want to know, is that the company had asked<br>4  their experts what they thought about the<br>5  device and the experts told the company, this<br>6  is a big mistake, don't do it?<br>7       MR. GAGE:  Object to form.<br>8     A.   I don't know what other doctors<br>9  and patients would want to know.<br>10  BY MR. FAES:<br>11    Q.   Do you know whether scar<br>12  contracture around the mesh can occur with<br>13  the Gynemesh PS?<br>14    A.   Yes, it can.  As in every<br>15  pelvic surgery, there's going to be scar<br>16  contracture if you just cut on the vagina.<br>17       MR. FAES:  Object and move to<br>18    strike after the answer "yes, it can."<br>19  BY MR. FAES:<br>20    Q.   Do you know whether or not that<br>21  was a problem that Ethicon's engineers were<br>22  trying to solve by designing a better mesh?<br>23    A.   I don't recall.<br>24    Q.   Would you agree that scar | 1     A.   Yes, it can do that with or<br>2  without mesh.<br>3       MR. FAES:  Object and move to<br>4    strike after the answer "yes."<br>5  BY MR. FAES:<br>6     Q.   Would you agree that scar<br>7  contracture can cause erosion?<br>8     A.   No.<br>9     Q.   Would you agree that scar<br>10  contracture can cause discomfort during sex?<br>11    A.   Yes.  That can occur with or<br>12  without the presence of mesh.<br>13       MR. FAES:  Object and move to<br>14    strike after the answer "yes."<br>15  BY MR. FAES:<br>16    Q.   So you disagree that scar<br>17  contracture can cause recurrence of the<br>18  prolapse or erosion, correct?<br>19    A.   That's correct.<br>20    Q.   So if physicians were reporting<br>21  to Ethicon that scar contracture can cause<br>22  recurrence of the prolapse and erosion, you<br>23  would disagree with those physicians?<br>24    A.   Yes. |

| Page 224 | Page 226 |
|---|---|
| 1  contracture can translate into procedural<br>2  complications?<br>3     A.   Yes, it can.<br>4     Q.   Do you know whether or not in<br>5  2005, physicians were asking Ethicon for a<br>6  mesh which would be better than the<br>7  Gynemesh PS in the area of scar contracture?<br>8     A.   I don't know.<br>9     Q.   Would you agree that scar<br>10  contracture can cause recurrence of prolapse?<br>11    A.   No, I disagree with that.<br>12    Q.   Would you agree that scar<br>13  contracture can cause pain?<br>14    A.   Yes, I agree with that.<br>15    Q.   Would you agree that scar<br>16  contracture can cause stiffness?<br>17    A.   Stiffness?<br>18    Q.   Yes.  Stiffness of the mesh.<br>19  I'll rephrase.  Would you agree that scar<br>20  contracture can cause stiffness of the mesh?<br>21    A.   No, I don't think it causes<br>22  stiffness of the mesh.<br>23    Q.   Would you agree that scar<br>24  contracture can cause a stiff scar tissue? | 1     Q.   Would you agree that for mesh<br>2  to be successfully used for the treatment of<br>3  pelvic organ prolapse, it should be soft and<br>4  compliant with a woman's vaginal tissues?<br>5     A.   Ideally, yes.<br>6     Q.   Would you agree that a mesh<br>7  could be too stiff for the treatment of<br>8  pelvic organ prolapse?<br>9     A.   Yes, it's possible.<br>10       MR. FAES:  Can we go off the<br>11    record for a quick second.<br>12       (Recess Taken From 10:00 a.m.<br>13    To 10:09 a.m.)<br>14  BY MR. FAES:<br>15    Q.   Dr. Pramudji, we're back on the<br>16  record after a short break.  Are you ready to<br>17  proceed?<br>18    A.   Yes.<br>19    Q.   You know that the Gynemesh PS<br>20  is, in fact, less stiff than the traditional<br>21  Prolene mesh used for hernia repairs,<br>22  correct?<br>23    A.   Yes.<br>24    Q.   And, in fact, that's a positive |

23 (Pages 223 to 226)

Christina Pramudji, M.D.

| Page 227 | Page 229 |
|---|---|
| 1  thing -- | 1  Gynemesh PS is an appropriate stiffness of |
| 2      A.   Yes. | 2  mesh, but I wouldn't disagree with trying to |
| 3      Q.   -- you would agree -- | 3  make a less stiff mesh and see if it |
| 4      A.   Yes. | 4  behaved -- if the results are as good. |
| 5      Q.   -- for use in vaginal tissues, | 5      Q.   Do you know whether or not, as |
| 6  correct? | 6  of 2009, it was Ethicon's goal that all |
| 7      A.   Yes, I agree. | 7  future meshes developed by Ethicon for pelvic |
| 8      Q.   Have you ever considered using | 8  organ prolapse should be less rigid than the |
| 9  traditional Prolene mesh for the treatment of | 9  Gynemesh PS? |
| 10  pelvic organ prolapse? | 10      MR. GAGE:  Object to form. |
| 11      A.   No. | 11      A.   I don't know. |
| 12      Q.   Have you ever considered using | 12  BY MR. FAES: |
| 13  traditional Prolene mesh for use in vaginal | 13      Q.   Would you agree that clinical |
| 14  tissues? | 14  trials show that large-pore meshes in general |
| 15      A.   No. | 15  provide better patient comfort than standard |
| 16      Q.   Would you ever consider using | 16  meshes? |
| 17  it? | 17      MR. GAGE:  Object to form. |
| 18      A.   I don't think so. | 18  BY MR. FAES: |
| 19      Q.   Would you never -- not consider | 19      Q.   Strike that.  I'm going to |
| 20  using it because it's generally too stiff to | 20  withdraw that and ask a different question. |
| 21  be compliant with vaginal tissues? | 21      Would you agree that clinical |
| 22      A.   That's correct. | 22  trials show in general that large-pore meshes |
| 23      Q.   Would you agree that clinically | 23  provide better patient comfort than standard |
| 24  there may be an impact with increased | 24  meshes and that the reason for that is due to |

| Page 228 | Page 230 |
|---|---|
| 1  rigidity with any given mesh as it may | 1  lower scar tissue formation and lower |
| 2  increase vaginal stiffness postoperatively | 2  stiffness? |
| 3  with a potential to impair sexual function? | 3      MR. GAGE:  Object to form. |
| 4      A.   Could you repeat that, please. | 4      A.   What are the standard meshes |
| 5      Q.   Sure.  Would you agree that | 5  that you're referring to? |
| 6  clinically there may be an impact of | 6  BY MR. FAES: |
| 7  increased rigidity with any given mesh as it | 7      Q.   A standard mesh would be, for |
| 8  may increase vaginal stiffness | 8  example, the standard Prolene mesh or the |
| 9  postoperatively with a potential to impair | 9  standard Marlex mesh, which is now called the |
| 10  sexual function? | 10  Bard mesh. |
| 11      MR. GAGE:  Object to form. | 11      A.   Okay.  I understand.  So the |
| 12      A.   That could occur with some | 12  answer -- you'd better repeat the question so |
| 13  meshes that are more stiff. | 13  I make sure I answer properly. |
| 14  BY MR. FAES: | 14      Q.   Sure.  Would you agree that |
| 15      Q.   Would you agree that any future | 15  clinical trials show that large-pore meshes |
| 16  meshes developed by Ethicon for the treatment | 16  provide better patient comfort than standard |
| 17  of pelvic organ prolapse should be less rigid | 17  meshes and the reason is due to lower scar |
| 18  than the Gynemesh PS? | 18  tissue formation and lower stiffness? |
| 19      A.   No, I don't agree with that. | 19      A.   Yes, that's correct. |
| 20      Q.   So if Ethicon's medical | 20      Q.   Are you aware that Ethicon was |
| 21  directors believe that that was an | 21  told by its top consultants that it didn't |
| 22  appropriate goal, you would disagree with | 22  make sense to use the Prosima in people with |
| 23  them? | 23  lesser degrees of prolapse given the |
| 24      A.   I would say that the | 24  outcomes? |

24 (Pages 227 to 230)

Christina Pramudji, M.D.

| Page 231 | Page 233 |
|---|---|
| 1  MR. GAGE: Object to form.<br>2  A.  I'm not aware of that.<br>3 BY MR. FAES:<br>4  Q.  Do you know how the mesh in the<br>5 Prolift is cut?<br>6  A.  I believe it's machine cut.<br>7  Q.  You believe that the mesh in<br>8 the Prolift is machine cut?<br>9  A.  Yes.<br>10  Q.  Do you know how the mesh in the<br>11 Prosima is cut?<br>12  A.  I believe it's also machine<br>13 cut.<br>14  Q.  Do you know how the mesh in the<br>15 Gynemesh PS flat sheets is cut?<br>16  A.  Not sure about that one.<br>17  Q.  Do you know whether or not the<br>18 cutting method for Prolene mesh affects the<br>19 rigidity or stiffness of the mesh?<br>20  A.  It does not.<br>21  Q.  So it's your opinion that -- to<br>22 a reasonable degree of medical certainty,<br>23 that the cutting method for the Prolene mesh,<br>24 whether it be mechanical, laser cut or | 1 whether it's the Prolift, the Prosima or the<br>2 flat sheets, that there can be sharp edges<br>3 after the mesh is cut?<br>4  MR. GAGE: Object to form.<br>5  A.  No, they're not sharp edges.<br>6 They're floppy fibers.<br>7 BY MR. FAES:<br>8  Q.  So you don't believe that there<br>9 can be a sharp edge on the Gynemesh PS mesh<br>10 after it's cut with scissors?<br>11  A.  No, no sharper than a suture<br>12 that you would have.<br>13  Q.  You don't believe that a<br>14 potential risk -- strike that.<br>15  You don't believe that there<br>16 can be a sharp edge after cutting the<br>17 Gynemesh PS with the scissors and the<br>18 potential risk of that sharp edge is that it<br>19 can cause erosion or pain or protrude through<br>20 the woman's delicate vaginal tissues; is that<br>21 correct?<br>22  A.  That's correct.<br>23  Q.  And if Ethicon scientists and<br>24 engineers who were assessing the risks of the |

| Page 232 | Page 234 |
|---|---|
| 1 ultrasonically cut, has no effect on the<br>2 stiffness or rigidity of the mesh?<br>3  A.  That's correct.<br>4  Q.  Have you seen any studies that<br>5 Ethicon has done with regard to the<br>6 difference in stiffness between<br>7 ultrasonically cut and laser cut mesh?<br>8  A.  Not that I can recall, as I sit<br>9 here right now.<br>10  Q.  If Ethicon did a study<br>11 comparing ultrasonically cut mesh to laser<br>12 cut mesh and found that one of those meshes<br>13 was stiffer than the other, you would<br>14 disagree with those findings?<br>15  MR. GAGE: Object to form.<br>16  A.  I would -- I would have to look<br>17 at it, but I don't think it would make any<br>18 clinical difference at all, because half the<br>19 time you end up trimming the edges anyway,<br>20 which is where the cut edge is. So it ends<br>21 up being mechanically cut no matter what.<br>22 BY MR. FAES:<br>23  Q.  Would you agree that when you<br>24 cut the Gynemesh PS with a pair of scissors, | 1 Gynemesh PS mesh found that that was a<br>2 potential risk, you would disagree with them?<br>3  MR. GAGE: Object to form.<br>4  A.  Yes, I disagree with them.<br>5 That's not what we see in clinical practice.<br>6 BY MR. FAES:<br>7  Q.  If other doctors told Ethicon<br>8 that they were concerned that there was a<br>9 risk of sharp edges after the Gynemesh PS<br>10 mesh was cut that could be sharp and cause<br>11 erosion or pain or complications, you believe<br>12 those doctors are wrong and their fears are<br>13 unfounded?<br>14  MR. GAGE: Object to form.<br>15  A.  I'm not sure what they're doing<br>16 or how they're implanting it, but when you<br>17 cut the mesh, the edges are no sharper than<br>18 they were before you cut it. And the mesh<br>19 itself is not going to just start poking<br>20 through. Either it's not placed in the right<br>21 plane or the patient has poor wound healing.<br>22 It doesn't just cut through. It's not like<br>23 that at all. It's soft and floppy.<br>24 BY MR. FAES: |

25 (Pages 231 to 234)

Christina Pramudji, M.D.

| Page 235 | Page 237 |
|---|---|
| 1     Q.   Okay. I'm going to have to | 1  products? |
| 2  re-ask that question because I think the | 2     A.   No, I don't have a calculated |
| 3  answer you gave me is a little bit | 3  numeric rate for my patients. |
| 4  different -- | 4     Q.   Same question with regard to |
| 5     A.   Sorry. | 5  complication or erosion or extrusion rates, |
| 6     Q.   -- than the answer I was | 6  do you intend to offer an opinion in this |
| 7  looking for. | 7  case with regard to a numeric percentage of |
| 8         If other doctors told Ethicon | 8  complications or erosions or extrusion rates |
| 9  that they were concerned about sharp edges in | 9  that you've experienced personally? |
| 10  the Gynemesh PS after it was cut with the | 10     A.   Perhaps. I have in the past |
| 11  scissors and that those sharp edges could | 11  calculated reoperation rates, but I can't |
| 12  potentially protrude through vaginal tissue | 12  recall right now if it was on Prolift or on |
| 13  and cause pain, do you believe that those | 13  TVT. I would have to go back and look at my |
| 14  physicians' fears are unfounded? | 14  operative logs. |
| 15         MR. GAGE: Object to form. | 15     Q.   So -- |
| 16     A.   Yes, I disagree with those | 16     A.   So I may have that rate on -- |
| 17  physicians. | 17     Q.   Just reoperation rates? |
| 18  BY MR. FAES: | 18     A.   Correct, just reoperation |
| 19     Q.   If those same physicians were | 19  rates. |
| 20  concerned that particles could be released | 20     Q.   Not exposure or extrusion |
| 21  when the Gynemesh PS was cut through | 21  rates? |
| 22  scissors -- strike that. | 22     A.   Correct. |
| 23         If those physicians were | 23     Q.   Can you tell me how you arrived |
| 24  concerned that particles could be released | 24  at those reoperation rates? |

| Page 236 | Page 238 |
|---|---|
| 1  when the Gynemesh PS was cut with scissors | 1     A.   I took my total number of |
| 2  and that those particles could become lodged | 2  reoperations and my total number of cases and |
| 3  in a woman's vaginal tissues and cause | 3  just divided it. |
| 4  potential complications, do you believe those | 4     Q.   And what -- |
| 5  physicians' fears are unfounded? | 5     A.   So it's a rough number. |
| 6         MR. GAGE: Object to form. | 6     Q.   And what is the numerator and |
| 7     A.   Absolutely. | 7  denominator for those? |
| 8  BY MR. FAES: | 8     A.   I don't recall, as I sit here |
| 9     Q.   Doctor, are you going to | 9  right now. I would have to look at it. |
| 10  offer -- do you plan to offer an opinion in | 10     Q.   And who did -- who did the |
| 11  this case about your personal success rate | 11  review? |
| 12  with the Prosima, Prolift or Gynemesh | 12     A.   Myself. |
| 13  products? | 13     Q.   Is there any documentation |
| 14     A.   Yes. | 14  regarding the review or your findings that |
| 15     Q.   What is the opinion you intend | 15  you used to come up with those rates? |
| 16  to offer about your personal success rate | 16     A.   I have an operative log that I |
| 17  with those products? | 17  keep. |
| 18     A.   What I found is that the | 18     Q.   Do you know if that's been |
| 19  products were very successful with a high | 19  produced to us in this litigation? |
| 20  patient satisfaction with few complications. | 20     A.   No, I don't believe so. |
| 21     Q.   Do you intend to offer a | 21         MR. FAES: We would ask that |
| 22  numeric success rate -- | 22  that would be produced if the doctor |
| 23     A.   No, I don't have a -- | 23  is going to offer any opinions about |
| 24     Q.   -- in conjunction with those | 24  her reoperation rates at trial. |

26 (Pages 235 to 238)

Christina Pramudji, M.D.

| Page 239 | Page 241 |
|---|---|
| 1  MR. GAGE: I'll consult with<br>2 her and let you know what our position<br>3 is on that.<br>4 BY MR. FAES:<br>5  Q.  Did you do any kind of analysis<br>6 of patients that were lost to follow-up?<br>7  A.  No, I did not.<br>8  Q.  What time frame were you using<br>9 for your reoperation rates to come up with<br>10 your reoperation rate number for Prolift and<br>11 Prosima?<br>12  A.  Well, I just -- just from<br>13 the -- when I started using the products<br>14 until I did the analysis, however many years<br>15 that was.  I can't remember when I did that<br>16 analysis.<br>17  Q.  But you can't state a specific<br>18 year that you started and stopped?<br>19  A.  No, I can't remember right now.<br>20  Q.  But it's fair to say it would<br>21 go back to when you were working in Dallas in<br>22 Dr. Anhalt's practice, correct?<br>23  A.  Well, yeah.  It wasn't in<br>24 Dallas.  It was here in Houston.  But, yes, | 1 many reoperations did I do?  And this is<br>2 just -- this isn't even -- this is just like<br>3 a mesh exposure, mesh explant-type<br>4 reoperation.  It's not comprehensive.<br>5  Q.  Okay.  I think you've answered<br>6 my question on that.<br>7  I hate to do this to you, but<br>8 since there's no invoices yet on your<br>9 case-specific depositions that you're going<br>10 to be offering opinions on, I need to go<br>11 through and ask you if you have a rough<br>12 estimate of the number of hours you've spent<br>13 on each of your cases.  Do you know<br>14 approximately how many hours you've spent on<br>15 the Sharon Carpenter case?<br>16  MR. GAGE: Let me just say, I<br>17 assume that by doing this that the<br>18 individual lawyers will not ask the<br>19 question and that you would agree as<br>20 liaison counsel that I can say "asked<br>21 and answered," we don't have to do it<br>22 during the individual cases?<br>23  MR. FAES: Well, they might ask<br>24 more specific questions, like break |

| Page 240 | Page 242 |
|---|---|
| 1 back to 2005, when I started doing the<br>2 Prolift, until I did the analysis, because<br>3 there may have been some complications that<br>4 were treated after I stopped using the<br>5 products.  But I can't remember when I did<br>6 that.<br>7  Q.  And if a doctor [sic] needed a<br>8 reoperation and went to a different doctor<br>9 other than you, you wouldn't have that<br>10 information unless the patient shared it with<br>11 you, correct?<br>12  A.  That's correct.<br>13  Q.  So your reoperation rates that<br>14 you calculated would exclude any patients<br>15 that went to other doctors for reoperation<br>16 that you didn't know about, correct?<br>17  A.  Yes.  But kind of what I did in<br>18 reverse, which this is very rough, but I<br>19 included patients that came from other<br>20 doctors in my reoperation rate.  So some<br>21 patients were not my original -- I was not<br>22 the original implanter.  So it's kind of --<br>23 it's a very rough analysis.  There's just<br>24 sort of, okay, I did this many implants; how | 1 down the amount or whatever, but,<br>2 yeah, you can certainly object.<br>3  MR. GAGE: Okay.<br>4 BY MR. FAES:<br>5  Q.  Do you recall how many hours<br>6 you've spent on the Sharon Carpenter case?<br>7  A.  I don't recall.<br>8  Q.  Do you recall how many hours<br>9 you've spent on the Mary Jane Olson case?<br>10  A.  I don't remember.<br>11  Q.  You don't have any kind of<br>12 estimate, as you sit here today, or any<br>13 documentation regarding how many hours you've<br>14 spent on that case?<br>15  A.  I would say maybe 30 to<br>16 50 hours on each case, let's say.  That may<br>17 be high; that may be low.  It depends.  Some<br>18 of them are more complicated than others.<br>19  Q.  So you estimate -- your best<br>20 estimate, as you sit here today, on all the<br>21 cases, case-specific cases that you are going<br>22 to offer opinions on in the next couple of<br>23 days, is that you spent approximately 30 to<br>24 50 hours on each of those cases? |

27 (Pages 239 to 242)

Christina Pramudji, M.D.

| Page 243 | Page 245 |
|---|---|
| 1    A.   Uh-huh.  Yes. | 1  that are lighter weight and larger pore than |
| 2    Q.   And that rate at this point | 2  the mesh used in the original Prolift device, |
| 3  that you've charged for those cases is $600 | 3  correct? |
| 4  an hour for review? | 4      MR. GAGE:  Object to form. |
| 5    A.   Correct. | 5    A.   I think -- you said the pores |
| 6    Q.   And your deposition testimony | 6  are lighter weight.  I don't know if that's |
| 7  will be 700 an hour, correct? | 7  what you meant to say. |
| 8    A.   Correct. | 8  BY MR. FAES: |
| 9    Q.   And that's the same rate as if | 9    Q.   That's not what I meant to say. |
| 10  you get called for trial? | 10    A.   Okay. |
| 11    A.   Correct. | 11    Q.   I'll re-ask the question.  And |
| 12    (Deposition Exhibit 14 marked.) | 12  you know that this Prolift+M device uses a |
| 13  BY MR. FAES: | 13  mesh that has larger pores and is of a |
| 14    Q.   Doctor, I'm going to hand you | 14  lighter weight than the mesh used in the |
| 15  what's been marked as Exhibit No. 14 to your | 15  original Prolift device, correct? |
| 16  deposition. | 16    A.   I believe after the Monocryl is |
| 17    (Witness Reviews Document.) | 17  observed, then it becomes a lighter-weight |
| 18  BY MR. FAES: | 18  mesh. |
| 19    Q.   Doctor, this is an e-mail from | 19    Q.   In fact, it becomes almost half |
| 20  you to Robert Zipfel, Z-i-p-f-e-l, at Ethicon | 20  the weight of the mesh used in the Prolift; |
| 21  responding to a press release regarding the | 21  isn't that correct? |
| 22  launch of the Prolift+M; is that correct? | 22    A.   That sounds about right. |
| 23    A.   Correct. | 23    Q.   And this Prolift+M device, you |
| 24    Q.   I'm not going to ask you about | 24  would agree, did ultimately become your |

| Page 244 | Page 246 |
|---|---|
| 1  this whole thing, but if you go down to the | 1  device of choice over the Prolift for the |
| 2  third paragraph, it says, "This | 2  treatment of pelvic organ prolapse? |
| 3  lightweight" -- with regard to the Prolift+M, | 3    A.   Yes. |
| 4  it says, "This lightweight polypropylene mesh | 4    Q.   That's all the questions I have |
| 5  is less dense and has larger pores than | 5  about that document. |
| 6  previous meshes, which could lead to | 6    A.   Okay. |
| 7  decreases in reactive scar formation and a | 7    (Deposition Exhibit 15 marked.) |
| 8  reduction in inflammatory response during | 8  BY MR. FAES: |
| 9  healing.  This mesh also has properties that | 9    Q.   Doctor, I'm going to hand you |
| 10  help the surgeon place the mesh more easily | 10  what's been marked as Exhibit No. 15 to your |
| 11  because it resists wrinkling and folding, and | 11  deposition. |
| 12  it has increased longitudinal elasticity | 12    A.   Okay. |
| 13  while maintaining lateral support to ensure | 13    Q.   And I just have a real quick |
| 14  pliability after surgery.  The new design may | 14  question about this.  This is a document |
| 15  improve vaginal wall compliance and allow for | 15  dated February 27th, 2008, titled "Prosima |
| 16  better tissue incorporation." | 16  Launch Plan."  And if you turn to the second |
| 17    Do you see that? | 17  page under "Southern Region," you see that |
| 18    A.   Yes. | 18  your name is listed as the third name in the |
| 19    Q.   Is this your understanding of | 19  first column.  Do you see that? |
| 20  what Ethicon believed were the potential | 20    A.   Yes. |
| 21  benefits of the Prolift+M device? | 21    Q.   Does this document indicate |
| 22    A.   Yes, that's my understanding. | 22  that you were one of the initial preceptors |
| 23    Q.   And you know that this | 23  for the launch of the Prosima device? |
| 24  Prolift+M device uses a mesh that has pores | 24    A.   It looks like I was targeted |

Christina Pramudji, M.D.

| Page 247 | Page 249 |
|---|---|
| 1   for that, but, honestly, I can't remember the | 1   prolapse? |
| 2   timeline on that. | 2       A.   Well, this was right after the |
| 3       Q.   Do you remember if you were one | 3   2008 FDA notification, so that may have been |
| 4   of the initial preceptors for the Prosima | 4   where some of that sentiment came from. But |
| 5   device? | 5   I don't recall specifically any conversations |
| 6       A.   I don't remember. | 6   at that conference. |
| 7       Q.   So you could've been or you | 7       Q.   My question was actually a |
| 8   might not have been; you just don't know one | 8   little bit different than that. So I'm going |
| 9   way or the other? | 9   to re-ask it. |
| 10       A.   Yes, I can't remember. | 10       A.   Okay. |
| 11       Q.   That's all the questions I have | 11       Q.   Did you believe, at this time |
| 12   for that document. | 12   in 2009, that it was important to ease the |
| 13       (Deposition Exhibit 16 marked.) | 13   fears of patients with regard to the safety |
| 14       (Deposition Exhibit 17 marked.) | 14   of mesh devices for the treatment of pelvic |
| 15   BY MR. FAES: | 15   organ prolapse? |
| 16       Q.   I'm going to hand you what's | 16       A.   I'm sorry, can you repeat that |
| 17   been marked as Exhibits 16 and 17. | 17   one more time? |
| 18       Doctor, Exhibit No. 16 is an | 18       Q.   Did you believe, at this time |
| 19   e-mail dated January 13th, 2009, regarding a | 19   in 2009, that it was an important goal to |
| 20   urology meeting follow-up. Do you see that? | 20   ease the fears of patients with regard to the |
| 21       A.   Yes. | 21   safety of mesh devices for the treatment of |
| 22   BY MR. FAES: | 22   pelvic organ prolapse? |
| 23       Q.   If you turn to the fourth page | 23       A.   I can't remember what I thought |
| 24   where it discusses the "Blue Group," you see | 24   at that time. |

| Page 248 | Page 250 |
|---|---|
| 1   that you are listed, as the sixth name down, | 1       Q.   You see the second bullet point |
| 2   as participating in this group. Do you see | 2   down, it says, "Google - have EWHU" -- which |
| 3   that? | 3   you know stands for "Ethicon Women's Health & |
| 4       A.   Yes. | 4   Urology," correct? |
| 5       Q.   Do you remember participating | 5       A.   Correct. |
| 6   in this group in 2009? | 6       Q.   -- "website precede litigation |
| 7       A.   Vaguely. | 7   websites." You see that? |
| 8       Q.   If you look down under | 8       A.   Yes. |
| 9   "Recommendations to Group: Patient | 9       Q.   So one of the recommendations |
| 10   Education," the fourth bullet point down, it | 10   of the team was to pay Google to have |
| 11   states, "Safety long-term communicate to | 11   Ethicon's website appear before any |
| 12   patients, this eases their fears." Do you | 12   litigation websites on Google searches? |
| 13   see that? | 13       A.   That's what it appears to be. |
| 14       MR. GAGE: Object to form. | 14       Q.   Now, you stated that the |
| 15       A.   Yes, I see that. | 15   litigation environment changed in 2012 and |
| 16   BY MR. FAES: | 16   that's when you believed that pelvic organ |
| 17       Q.   Did you -- was this a | 17   prolapse devices should not be considered for |
| 18   recommendation that you remember the team | 18   first-line treatment, correct? |
| 19   making to Ethicon? | 19       A.   That's when it really seemed to |
| 20       A.   I don't remember. | 20   ramp up. |
| 21       Q.   Did you believe, at this time | 21       Q.   But, at least according to this |
| 22   in 2009, it was important to ease the fears | 22   document in 2009, fears about lawsuits were |
| 23   of patients with regard to the safety of mesh | 23   of concern going back to 2009 -- |
| 24   devices for the treatment of pelvic organ | 24       A.   That's what it looks like -- |

29 (Pages 247 to 250)

Christina Pramudji, M.D.

| Page 251 |
|---|

1    Q.    -- is that correct?
2    A.    -- according to this.
3    Q.    Did -- do you recall at this
4  meeting like -- do you recall if at this
5  meeting you felt like Ethicon and physicians
6  felt like you needed to do damage control to
7  address the 2008 public health notification?
8    A.    I don't recall.
9    Q.    Would you agree that if the
10  fear of being named in a lawsuit prevents
11  someone from using a product that is unsafe,
12  that that's a good thing?
13    A.    Can you repeat that for me,
14  please.
15    Q.    Would you agree that if the
16  fear of being named in lawsuits prevents
17  someone from selling a product that is
18  unsafe, that that's a good thing?
19    A.    No, I don't think that's a good
20  thing.
21    Q.    Well, you'd agree that asbestos
22  in this country is generally no longer being
23  sold, right?
24    A.    I don't know anything about

| Page 252 |
|---|

1  asbestos.
2    Q.    You don't know anything about
3  asbestos?
4    A.    No.
5    Q.    You don't know whether -- as a
6  physician, whether or not asbestos causes
7  cancer and is hazardous to human health?
8    A.    I do know that it causes
9  mesothelioma, but I don't know about the
10  asbestos product line or market or lawsuits
11  or anything like that.
12    Q.    Would you agree that asbestos
13  should never be used in a medical device?
14    A.    I don't know why it would be
15  used in a medical device.
16    Q.    That's not my question.  Would
17  you agree that asbestos should never be used
18  in a medical device?
19    A.    I don't know.  I don't know
20  enough about it.
21    Q.    You don't know whether or not
22  it's harmful for asbestos to be placed in
23  continuous contact with the human body?
24    A.    Well, I know that inhalation of

| Page 253 |
|---|

1  asbestos fibers can cause lung cancer, but
2  beyond that, I really don't have an opinion.
3    Q.    So if fear of being sued
4  prevented a company from putting out an
5  asbestos product that could be inhaled into
6  the body and that was the only thing that
7  kept that company from putting that product
8  out, do you believe that would be a bad
9  thing?
10    A.    I don't know.  I don't have an
11  opinion about that.
12    Q.    If you go to the last bullet
13  point, "Recommendations to Group:  Clinical
14  Data," it says, "Do studies on ISD" -- which
15  I assume is intrinsic sphincter deficiency --
16  "smokers, obesity and safety."  Do you see
17  that?
18    A.    Yes.
19    Q.    So at this time in 2009, one of
20  the recommendations to Ethicon, that this
21  group that you participated in, was that
22  Ethicon needed more data on safety.
23    A.    What it says here is they --
24  the recommendation was to do studies on

| Page 254 |
|---|

1  safety.  I don't -- that's all I can say
2  about it.
3    Q.    One of the other
4  recommendations was that Ethicon get more
5  data on how the mesh could be used in people
6  who were obese or smoked.
7    A.    That's what it says here.
8    Q.    Does that indicate that at this
9  time there wasn't sufficient data on how the
10  mesh behaved in individuals who were obese or
11  smoked?
12    A.    I don't know.  I would have to
13  look at what studies were available at that
14  time in 2008.
15        MR. FAES:  William, I could go
16  on, but I think I'm at about my
17  two-hour limit.
18        MR. GAGE:  Okay.  I guess I do
19  my follow-up?
20        MR. FAES:  Yeah.
21        MR. GAGE:  Let me take just a
22  little break.
23        (Recess Taken From 10:41 a.m.
24  To 10:53 a.m.)

30 (Pages 251 to 254)

Christina Pramudji, M.D.

Page 255

1    EXAMINATION
2  BY MR. GAGE:
3      Q.    Dr. Pramudji, my name is
4  William Gage, and I've got just a couple of
5  questions for you.  You were asked, I believe
6  yesterday, some questions about the Prosima
7  IFU.  Do you recall that?
8      A.    Yes.
9      Q.    And in particular, some of the
10 questions related to whether the IFU -- the
11 Prosima IFU referenced anything about
12 stage IV pelvic organ prolapse.  Do you
13 recall those questions?
14     A.    Yes.
15     Q.    Do you recall generally what
16 the question that was posed to you was?
17     A.    I think it was the indications
18 for the Prosima for what stage it's
19 indicated.
20     Q.    And were you asked whether the
21 Prosima IFU made any references with regard
22 to stage IV?
23     A.    I believe so.
24     Q.    And do you remember what your

Page 256

1  answer was?
2      A.    I did not think it made a
3  reference to that.
4      Q.    Okay.  I'm handing you the
5  Prosima IFU that today has been marked as
6  Exhibit 11, and I'm showing you the warnings
7  and precautions section of the IFU.  Do you
8  see that?
9      A.    Yes.
10     Q.    And the second bullet under
11 "Warnings and Precautions" says, "Use of the
12 Gynecare Prosima System has not been fully
13 evaluated in patients with Stage IV pelvic
14 organ prolapse.  Therefore its use in these
15 patients is not recommended."
16         Did I read that correctly?
17     A.    Yes.
18     Q.    What is the significance, if
19 any, of that statement to your answers
20 yesterday about stage IV and the Prosima IFU?
21     A.    Yes.  So the IFU indicates that
22 it is not recommended for stage IV prolapse.
23     Q.    And is that something you read
24 that had just -- yesterday when you were

Page 257

1  asked about it had forgotten?
2      A.    Yes, I had forgotten about
3  that.
4      Q.    Doctor, you were asked a number
5  of questions yesterday and perhaps some today
6  about certain opinions that you have where
7  you disagree with the FDA.  Do you recall
8  those questions?
9      A.    Yes.
10     Q.    Are you alone among pelvic
11 floor surgeons in disagreeing with the FDA on
12 certain issues related to pelvic organ
13 prolapse mesh?
14     A.    No.  As a matter of fact, there
15 is a network of dozens of pelvic surgeons who
16 have even issued statements disagreeing with
17 the FDA.
18     Q.    And at a high level, what are
19 those disagreements with regard to pelvic
20 organ prolapse mesh?
21     A.    The disagreements are that --
22 the statement that the complications are not
23 rare, because the literature and the personal
24 use indicates that the complications are

Page 258

1  rare.  And also that the benefits of mesh are
2  in question; whereas studies, particularly
3  for a cystocele repair, indicate that there
4  is a definite benefit in efficacy using mesh
5  implants.
6      Q.    You have been asked some
7  questions yesterday and today about whether
8  the mesh in Prosima, Prolift and Gynemesh PS
9  was cut with a machine or cut with a laser.
10 Do you recall those questions?
11     A.    Yes.
12     Q.    What is the clinical
13 significance, if any, as to whether the mesh
14 in those three devices is cut by a machine
15 with a blade or cut by a laser?
16     A.    There's really no clinical
17 impact one way or another as far as efficacy
18 or complications.  And particularly, as I
19 mentioned earlier, most surgeons are going to
20 trim the edges of the mesh to some degree or
21 another, usually quite extensively, and
22 therefore the edges effectively all become
23 scissor cut when they're implanted.
24     Q.    Doctor, how long have you been

31 (Pages 255 to 258)

Christina Pramudji, M.D.

| Page 259 | Page 261 |
|---|---|
| 1 working with Ethicon on the pelvic organ | 1 grade IV prolapse. |
| 2 prolapse mesh litigation? Do you recall when | 2     A.    That's correct. |
| 3 you were first retained? | 3     Q.    You said that there are other |
| 4     A.    I think it was three years ago, | 4 pelvic floor surgeons who disagree with the |
| 5 if I remember correctly. | 5 FDA and that there are organizations of those |
| 6     Q.    Is it fair to say that you've | 6 physicians. What are those organizations? |
| 7 reviewed a lot of materials going back to | 7     A.    I think it's called the Pelvic |
| 8 that date? | 8 Floor Mesh Network. |
| 9     A.    Yes. | 9     Q.    Are you a member of that |
| 10     Q.    And some of that would include | 10 organization? |
| 11 company documents? | 11     A.    I signed on to the |
| 12     A.    That's correct. | 12 communication. It's not -- I don't know that |
| 13     Q.    And would you have also | 13 it's an organization per se, or if it was |
| 14 reviewed patient medical records? | 14 just a consortium of surgeons that were all |
| 15     A.    Yes. | 15 of like mind as far as pelvic surgery. |
| 16     Q.    You testified earlier that you | 16     Q.    Do you know how many surgeons |
| 17 were unaware that the indications section of | 17 belong to that organization? |
| 18 the Gynemesh PS IFU had been changed | 18     A.    Seems like there were dozens on |
| 19 recently. Do you recall that? | 19 the e-mails. But I don't know an exact |
| 20     A.    Yes. | 20 number. |
| 21     Q.    Is it possible that that was a | 21     Q.    You don't know a number -- |
| 22 fact that you knew from your prior and | 22     A.    No. |
| 23 earlier work on the pelvic organ prolapse | 23     Q.    -- as you sit here today? So |
| 24 litigation, but it is something that when you | 24 it's possible that this is an organization of |

| Page 260 | Page 262 |
|---|---|
| 1 were asked that question you had forgotten? | 1 outlier physicians who disagree with the FDA |
| 2     A.    Yes, that's entirely possible, | 2 since you don't know the number of physicians |
| 3 with all the voluminous information I've | 3 that belong to this group? |
| 4 tried to absorb. | 4     A.    No, these were mainstream |
| 5     MR. GAGE: That's all I have. | 5 surgeons, prolific users that had a lot of |
| 6     MR. FAES: Just a couple of | 6 experience and had -- |
| 7 questions, Doctor. | 7     Q.    How do you know that there're |
| 8     FURTHER EXAMINATION | 8 mainstream users who are other members of |
| 9 BY MR. FAES: | 9 this organization? |
| 10     Q.    With regard to the Prosima IFU, | 10     A.    Well, in particular I remember |
| 11 you'd agree that in the indications-for-use | 11 Dr. Lucente, Dr. Supulveda. That's all I can |
| 12 section, there's nothing in the IFU that says | 12 remember off the top of my head. But it was |
| 13 that the Prosima should only be used for | 13 people that I was familiar with that -- |
| 14 grades II and III prolapse, correct? | 14 professors, people that had a lot of |
| 15     A.    In that section, that is | 15 experience with pelvic mesh that had seen how |
| 16 correct. | 16 it actually behaved in patients. |
| 17     Q.    You'd agree that there's | 17     Q.    You know that Dr. Supulveda is |
| 18 nothing in that section that informs | 18 an expert in mesh litigation, correct? |
| 19 physicians that it shouldn't be used for a | 19     A.    Yes. |
| 20 grade IV prolapse, correct? | 20     Q.    You know that Dr. Lucente is an |
| 21     A.    That's correct. | 21 expert in mesh litigation, correct? |
| 22     Q.    In fact, there's no | 22     A.    I didn't know about that. |
| 23 contraindication in this section informing | 23     Q.    You know that Dr. Lucente has |
| 24 physicians that it's not indicated for | 24 received over a million dollars from Ethicon |

32 (Pages 259 to 262)

Christina Pramudji, M.D.

Page 263

1  for his consulting work related to mesh,
2  correct?
3      A.   I don't know about that.
4          MR. GAGE: Object to form.
5  BY MR. FAES:
6      Q.   If those -- if that's true,
7  that Dr. Lucente has received over a million
8  dollars, wouldn't that present a conflict for
9  him when he had a financial incentive to
10 support the continued use of mesh?
11     A.   No. I don't see that as a
12 major conflict.
13     Q.   You don't think a person who's
14 made over a million dollars off of mesh
15 consulting would have an incentive to have
16 the use of mesh continue?
17     A.   You know, I think it's fair for
18 physicians to be compensated for their time.
19 You want people that use a lot to be your
20 consultant and to train other people and they
21 need to be compensated. So I don't know -- I
22 don't see how you can avoid that issue. I
23 don't -- and I can't speak to his motivation.
24         MR. FAES: I'm going to object

Page 264

1          and move to strike as nonresponsive.
2  I'm going to re-ask it because I don't
3  think you've answered my question.
4      A.   Sorry.
5  BY MR. FAES:
6      Q.   Do you think a person who's
7  made over a million dollars off of mesh
8  consulting would have an incentive to see the
9  use of mesh continue?
10     A.   I don't know.
11     Q.   Are there any other
12 organizations you're aware of that disagree
13 with the FDA's stance on pelvic mesh other
14 than the Pelvic Floor Mesh Network?
15     A.   Not that I can think of right
16 as I sit here.
17     Q.   You specifically said that one
18 of the things that the FDA said that this
19 organization disagrees with is that
20 complications associated with pelvic organ
21 prolapse mesh are not rare; is that correct?
22     A.   That's correct.
23     Q.   Do you consider an event that
24 occurs in one out of five people to be rare?

Page 265

1      A.   No, I would -- I would say -- I
2  would say that's not rare.
3      Q.   Would you say an event that --
4  an adverse event that occurs in one out of
5  five patients is common?
6      A.   I wouldn't say common.
7      Q.   But you would agree that it's
8  not rare?
9      A.   Yeah, I would not call that
10 rare.
11     Q.   You state that you know of --
12 you don't believe there's a clinical impact
13 between the use of laser cut or mechanically
14 cut mesh. Are you aware of any clinical
15 study that specifically looked at the safety
16 as a primary end point between laser cut and
17 mechanically cut surgical mesh?
18     A.   Not that I can think of right
19 now.
20     Q.   Do you believe that you at one
21 point knew that the indications for use for
22 the Gynemesh PS had changed in 2013 and just
23 forgot?
24     A.   Yes. I just forgot about that.

Page 266

1      Q.   Do you feel like that's an
2  important fact that you should know in
3  rendering an opinion about whether or not the
4  Gynemesh PS, Prolift and Prolene Soft is
5  defective?
6      A.   No, I don't think it matters
7  one way or another.
8          MR. FAES: That's all the
9  questions I have.
10         MR. GAGE: I don't have any
11 follow-up.
12         (Deposition Concluded At
13 11:06 a.m.)
14             --o0o--

33 (Pages 263 to 266)

## Christina Pramudji, M.D.

**Page 267**

```
1            CERTIFICATE
2        I, MICHEAL A. JOHNSON, Registered
   Diplomate Reporter, Certified Realtime
3  Reporter, Certified Court Reporter and Notary
   Public, do hereby certify that prior to the
4  commencement of the examination, CHRISTINA
   PRAMUDJI, M.D. was duly sworn by me to
5  testify to the truth, the whole truth and
   nothing but the truth.
6
        I DO FURTHER CERTIFY that the
7  foregoing is a verbatim transcript of the
   testimony as taken stenographically by and
8  before me at the time, place and on the date
   hereinbefore set forth, to the best of my
9  ability.
10     I DO FURTHER CERTIFY that pursuant
   to FRCP Rule 30, signature of the witness was
11 not requested by the witness or other party
   before the conclusion of the deposition.
12
        I DO FURTHER CERTIFY that I am
13 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
14 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
15 that I am not financially interested in the
   action.
16
   _____
18 MICHEAL A. JOHNSON, RDR, CRR
   NCRA Registered Diplomate Reporter
19 NCRA Certified Realtime Reporter
   Certified Court Reporter
20
   Notary Public in and for the
21 State of Texas
   My Commission Expires:  8/8/2016
22
   Dated: March 24, 2016
23
24
```

**Page 268**

```
1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8        After doing so, please sign the
9  errata sheet and date it.
10       You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14       It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
```

**Page 269**

```
1            ERRATA
2  PAGE  LINE  CHANGE
3  ____  ____  _____
4      REASON: _____
5  ____  ____  _____
6      REASON: _____
7  ____  ____  _____
8      REASON: _____
9  ____  ____  _____
10     REASON: _____
11 ____  ____  _____
12     REASON: _____
13 ____  ____  _____
14     REASON: _____
15 ____  ____  _____
16     REASON: _____
17 ____  ____  _____
18     REASON: _____
19 ____  ____  _____
20     REASON: _____
21 ____  ____  _____
22     REASON: _____
23 ____  ____  _____
24     REASON: _____
```

**Page 270**

```
1        ACKNOWLEDGMENT OF DEPONENT
2
3
4        I, CHRISTINA PRAMUDJI, M.D., do
   hereby certify that I have read the foregoing
5  pages and that the same is a correct
   transcription of the answers given by me to
6  the questions therein propounded, except for
   the corrections or changes in form or
7  substance, if any, noted in the attached
   Errata Sheet.
8
9
10
11
12 _____
   CHRISTINA PRAMUDJI, M.D.        DATE
13
14
15 Subscribed and sworn to before me this
16 _____ day of _____, 20 _____.
17 My commission expires: _____
18
19 _____
20 Notary Public
21
22
23
24
```

Christina Pramudji, M.D.

Page 271

```
 1           LAWYER'S NOTES
 2
 3    PAGE  LINE
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
```

Golkow Technologies, Inc. - 1.877.370.DEPS

**A**

abdominal 145:18
  161:18 173:8
abdominally 219:1
ability 267:9
able 174:16 175:13
  190:16 192:6
absolutely 154:22
  236:7
absorb 260:4
access 216:3,10,22
accompanied
  197:20
accurate 208:14
  268:19
acknowledgment
  143:13 270:1
acog 206:16
action 267:14,15
actions 209:13
acute 160:5 161:17
add 157:23 164:11
added 156:22
  162:16 163:5
  167:8,15 218:3
addition 144:8
address 251:7
adequate 150:5
  151:6,20
admitted 149:23
admitting 151:11
adopted 192:23
advantages 189:8
  222:9
adverse 155:11,16
  156:3 157:18
  158:10,14,24
  161:22 162:15
  164:12 166:19
  167:2,8,15,21
  168:9 198:10
  216:19 218:3
  265:4
advertising 208:8
afaes 141:3
affect 169:7 173:16

affirmative 152:4
ago 146:1,4 147:1
  170:13 259:4
agree 147:23 150:4
  151:19 157:11
  158:6 177:23
  178:4,8,13 180:5
  180:22 181:3
  183:9 197:4,17
  202:22 203:10
  205:24 206:9
  207:9,12,18 208:4
  208:16,20 209:11
  209:19 210:1,10
  211:15 212:16
  213:2,14 215:7,15
  216:4 223:24
  224:9,12,14,15,19
  224:23 225:6,9
  226:1,6 227:3,7
  227:23 228:5,15
  228:19 229:13,21
  230:14 232:23
  241:19 245:24
  251:9,15,21
  252:12,17 260:11
  260:17 265:7
agreed 171:16,18
  198:18 208:2
  218:23 219:10
al 144:14
allen 141:8
allow 244:15
allowed 173:5
  215:2
allowing 172:18
  218:22 219:8
alternative 209:21
  210:3,11 222:3
america 167:7,14
amid 191:19,22
  192:9,17 193:8,15
  193:20
amount 182:24
  183:10 201:16
  242:1

amsden 139:11
  141:10
analysis 186:24
  187:5,16,20 188:1
  239:5,14,16 240:2
  240:23
andrew 141:2
anhalts 239:22
answer 148:12
  149:6,11,14 153:6
  153:9,15 157:3,4
  157:7,9,10 158:2
  174:21 177:4
  179:14 193:2
  194:15 196:22
  199:22 204:13
  206:4,8 210:7
  222:7 223:18
  225:4,14 230:12
  230:13 235:3,6
  256:1
answered 146:22
  156:21 197:2
  241:5,21 264:3
answers 256:19
  270:5
anticipated 146:15
anymore 171:19
  210:6
anyway 182:3
  191:1 221:3,14
  222:6 232:19
apical 169:21
apparently 170:1
appear 250:11
appearances 143:4
appears 250:13
applications 188:1
applies 186:21
  192:17 196:17
apply 176:4
approach 169:24
approaches 209:21
  209:21 210:3,12
appropriate 150:6
  151:7,20 207:8

228:22 229:1
  268:6
approximately
  146:23 241:14
  242:23
area 146:19 161:19
  184:6,13 224:7
arrived 237:23
article 202:9
articles 180:1,6,8
  182:8,10,14
  196:15
asbestos 251:21
  252:1,3,6,10,12
  252:17,22 253:1,5
aside 178:16
asked 174:22
  176:11 184:10
  188:18 209:22
  210:15 223:3
  241:20 255:5,20
  257:1,4 258:6
  260:1
asking 206:20
  224:5
assess 180:23
assessing 233:24
associated 264:20
assume 170:22
  172:12 241:17
  253:15
assuming 172:6,11
  202:23
assumption 194:22
attached 268:12
  270:7
attachment 144:15
attention 220:17
attorney 208:7
  267:13,14 268:16
attorneys 168:21
augmentation
  153:4,5,12,19,23
augs 206:17
author 200:7
available 179:17

180:9 207:8 210:6
  210:9 254:13
avenue 141:3,13
avoid 263:22
aware 149:21 150:1
  151:10 165:14,20
  167:21 170:3,6,18
  172:1 177:21
  201:5 204:18
  213:24 214:17
  230:20 231:2
  264:12 265:14

**B**

back 145:7,14
  147:10,20 150:10
  150:12,24 164:20
  172:19 179:6
  191:6 226:15
  237:13 239:21
  240:1 250:23
  259:7
backtrack 217:20
bad 174:23 176:11
  209:22 253:8
banks 138:18
barbara 138:8
bard 230:10
barker 139:1
based 174:17,17
  176:7,7 178:14
  184:23,24 185:2
  195:5 200:23
  208:23,24 209:2,7
  209:8 211:5,14
basis 186:13
bearing 209:17
beginning 140:8
  150:15 163:6
  164:2,9
behaved 229:4
  254:10 262:16
behaves 189:12
behavior 189:2
believe 149:2
  154:18,19 164:15

Christina Pramudji, M.D.

164:24 167:6,13
169:11,13,17
171:12 181:16,17
185:20 189:15
190:6,11 192:15
193:23 196:14
199:5 202:4,9
203:18,19,23,24
204:23 205:11
207:22 211:1,12
214:23 220:13
222:1 228:21
231:6,7,12 233:8
233:13,15 234:11
235:13 236:4
238:20 245:16
248:21 249:11,18
253:8 255:5,23
265:12,20
**believed** 164:17
165:2 194:6
201:16 244:20
250:16
**belong** 261:17
262:3
**beneficial** 209:5
**benefit** 153:12,18
153:22 154:11
258:4
**benefits** 244:21
258:1
**best** 182:15 242:19
267:8
**better** 176:12
203:16,16 223:22
224:6 229:15,23
230:12,16 244:16
**beyond** 185:19
253:2
**bias** 201:9,13,14
206:3,5,7,10,14
**big** 179:11 223:6
**biological** 154:4
**biomedical** 186:15
186:16,17,20
**bit** 174:24 176:12

182:20 196:19
217:21 235:3
249:8
**bladder** 161:12
**blade** 258:15
**bleeding** 159:4
**blue** 247:24
**blynn** 138:23
**body** 148:21 160:17
162:7 183:3,6,6,7
183:11 189:8
190:22 191:17
252:23 253:6
**boggs** 139:5
**bowel** 161:12
**box** 216:2 219:23
220:1
**break** 145:8 190:24
191:7,10 226:16
241:24 254:22
**breaking** 187:8,10
**brenda** 138:11
**bridges** 139:7
**bridging** 169:21
**broke** 145:11
**bullet** 248:10 250:1
253:12 256:10
**butler** 142:2
**butlersnow** 142:3

—————————
**C**
**c** 141:1,6 142:1
**calculated** 237:2,11
240:14
**call** 146:12 265:9
**called** 209:9 230:9
243:10 261:7
**callout** 219:24
**cancer** 252:7 253:1
**cant** 149:15 151:8
155:20 157:10
158:2 180:23
181:6 187:9
204:24 214:3,9
215:8 220:20
222:7 237:11

239:15,17,19
240:5 247:1,10
249:23 263:23
**career** 145:22
**careful** 158:17
**carefully** 268:4
**carey** 139:8 199:6,7
199:10 200:21
201:7 205:18
**careys** 201:17
**carol** 139:23
**carpenter** 138:12
141:20 241:15
242:6
**cartmell** 141:2
**case** 138:7,8,10,11
138:13,14,16,17
138:19,20,22,23
139:1,3,4,6,7,9,10
139:12,13,15,16
139:18,19,21,22
139:24 146:1
154:21 169:18
173:14 180:14
181:1,6 185:24
201:24 236:11
237:7 241:15
242:6,9,14,16
**cases** 138:6 147:6
203:24 238:2
241:13,22 242:21
242:21,24 243:3
**casespecific** 241:9
242:21
**cathy** 139:10
**cause** 204:2,2
212:22 213:23
217:5,14 224:10
224:13,16,20,24
225:7,10,17,21
233:19 234:10
235:13 236:3
253:1
**causes** 224:21
252:6,8
**causing** 213:12

**cells** 190:15
**cerda** 141:6,7
**certain** 148:21
152:11,11 177:16
257:6,12
**certainly** 175:11
242:2
**certainty** 231:22
**certificate** 143:11
267:1
**certified** 140:11
267:2,3,19,19
**certify** 267:3,6,10
267:12 270:4
**change** 165:15
166:12 170:4,6
173:20,22 174:11
174:12 180:14,19
181:5 208:4
218:24 269:2
**changed** 170:13,21
170:24 172:10,16
218:14 219:19
220:3,19 250:15
259:18 265:22
**changes** 268:11
270:6
**charged** 243:3
**charlene** 139:20
**charleston** 138:2
**chaves** 144:14
**choice** 246:1
**chosen** 163:18,24
**christina** 138:9
140:5 143:1,6
144:1,7 145:2
267:4 270:4,12
**chronic** 160:5
161:17
**cite** 179:23 182:8
182:10 204:24
**cited** 202:9
**city** 140:7 141:4
**claim** 149:24
150:19,20
**claims** 148:6,15,18

149:3,11 211:5,11
211:13,14
**class** 209:15
**classification**
191:19
**clear** 204:4
**clinical** 148:18
150:3,21 152:6
180:12 195:6
196:18 200:12
203:12,15 204:18
229:13,21 230:15
232:18 234:5
253:13 258:12,16
265:12,14
**clinically** 190:4
203:11 227:23
228:6
**closely** 165:18
172:17
**coffee** 158:17
**cole** 139:8
**collagen** 192:7
**colony** 142:3
**column** 246:19
**com** 140:22 141:3,7
141:12,18 142:3
**come** 146:12 149:8
164:6 192:6
238:15 239:9
**comfort** 229:15,23
230:16
**comfortable** 174:1
175:13 176:3
181:12
**commencement**
267:4
**comment** 212:14
**comments** 144:16
**commission** 267:21
270:17
**committee** 206:15
207:1,5
**common** 265:5,6
**communicate**
168:17 169:4

Christina Pramudji, M.D.

248:11
**communication**
261:12
**company** 168:17
169:4 221:3,13
222:5 223:3,5
253:4,7 259:11
**companys** 220:24
221:10,24 222:14
**comparing** 232:11
**compensated**
263:18,21
**complete** 171:11
**completion** 213:4
**compliance** 244:15
**compliant** 226:4
227:21
**complicated** 242:18
**complication** 217:2
217:4,11,13 237:5
**complications**
155:3 213:6,18
214:21 224:2
234:11 236:4,20
237:8 240:3
257:22,24 258:18
264:20
**comprehensive**
180:8 241:4
**conceive** 175:11
**concept** 211:21
212:5,17 213:3
**concern** 250:23
**concerned** 234:8
235:9,20,24
**concluded** 266:12
**conclusion** 267:11
**condition** 173:4
**conference** 249:6
**confident** 185:1
**configured** 186:6
**conflict** 263:8,12
**conjecture** 187:14
**conjunction** 236:24
**connection** 211:22
212:6

**consensus** 220:23
221:9 222:11,13
**consider** 173:13
227:16,19 264:23
**considered** 205:9
227:8,12 250:17
**considering** 152:21
**considers** 168:20
**consortium** 261:14
**consult** 239:1
**consultant** 263:20
**consultants** 194:6
230:21
**consulting** 186:13
263:1,15 264:8
**contact** 252:23
**contain** 151:14
166:4,18 167:2
**contained** 166:19
167:3
**contains** 219:24
**continue** 173:21
175:12 263:16
264:9
**continued** 263:10
**continuous** 252:23
**contract** 198:23
**contracting** 199:2
**contraction** 161:6,9
197:21 198:1,3,4
198:7,8,14 202:5
203:20 204:1,22
**contracts** 198:19
**contracture** 223:12
223:16 224:1,7,10
224:13,16,20,24
225:7,10,17,21
**contraindication**
260:23
**contrary** 151:12
178:11
**control** 251:6
**conversations**
249:5
**copy** 178:18,23
179:8 182:3

206:20
**corporations**
221:19
**correct** 146:20
147:18,19 148:14
149:19 152:10
158:5 162:6
165:12,15,16,24
166:1 171:11,12
171:19 178:3
181:8 183:21
184:1,15,18
186:14 188:19
192:10,11,14
194:11 202:6,7
208:15,22 211:17
211:18 212:13
213:6 214:12,13
216:3,11,23
220:14 225:18,19
226:22 227:6,22
230:19 232:3
233:21,22 237:18
237:22 239:22
240:11,12,16
243:5,7,8,11,22
243:23 245:3,15
245:21 250:4,5,18
251:1 259:12
260:14,16,20,21
261:2 262:18,21
263:2 264:21,22
270:5
**corrections** 268:4,7
270:6
**correctly** 191:22
256:16 259:5
**correspondence**
201:23
**cosson** 205:3,9,12
205:16,20 206:1,9
**cough** 213:20
**couldnt** 212:14
**couldve** 163:18
247:7
**counsel** 141:5,10

141:15,20 142:5
241:20 267:13,14
**country** 211:2
251:22
**couple** 146:5,24
242:22 255:4
260:6
**course** 201:13
**court** 138:1 150:9
155:22 157:6,14
179:7 267:3,19
268:20
**created** 208:9
**creating** 197:18
**crr** 267:18
**current** 207:13,17
207:20 210:19
**currently** 178:12
**cut** 223:16 231:5,6
231:8,11,13,15,24
232:1,7,7,11,12
232:20,21,24
233:3,10 234:10
234:17,18,22
235:10,21 236:1
258:9,9,14,15,23
265:13,14,16,17
**cutting** 231:18,23
233:16
**cystocele** 258:3

**D**

**d** 138:9 140:6 143:1
143:6 144:1 145:2
267:4 270:4,12
**dallas** 141:9 239:21
239:24
**damage** 160:11
251:6
**daphne** 139:1
**data** 148:8,17,22,22
149:4,13,24
150:19 180:13,23
181:5 182:15,16
201:18 204:19
205:2 222:21

253:14,22 254:5,9
**date** 140:9 259:8
267:8 268:9
270:12
**dated** 163:8 246:15
247:19 267:22
**dave** 144:16
**day** 164:3 270:16
**days** 242:23 268:16
**de** 141:6,7
**dear** 218:1
**decide** 176:18
**decides** 172:2
**deciding** 175:23
176:16 177:2
**decision** 177:15
**decreases** 244:7
**deemed** 169:2
268:19
**defect** 211:5,7
**defective** 266:5
**defendants** 142:5
**deficiency** 253:15
**definite** 258:4
**definitely** 167:21
189:10
**definition** 187:9
**deform** 190:2,8,11
190:11
**deformed** 196:22
197:7
**deforming** 196:20
**deforms** 196:13
**degree** 177:16
186:21 206:6
208:18 231:22
258:20
**degrees** 230:23
**dehiscence** 160:8
**deliberately** 182:10
182:13
**delicate** 233:20
**denominator** 238:7
**dense** 244:5
**depending** 148:1
**depends** 148:10,13

Golkow Technologies, Inc. - 1.877.370.DEPS

Christina Pramudji, M.D.

148:14,20,23
149:15 151:3
153:2 168:19
169:6,7 181:2
221:17,21 222:8
242:17
**depo** 178:19
**deponent** 143:13
270:1
**deposing** 268:15
**deposition** 138:8
140:5 144:1
151:11 155:24
162:19,23 179:19
181:22 182:2
210:17 243:6,12
243:16 246:7,11
247:13,14 266:12
267:11 268:3,13
268:17,18
**depositions** 241:9
**deps** 140:22
**description** 144:4
**design** 183:23
184:3,16,19,23
185:2,6,14,15,19
186:2,4,12,23
187:4,11 244:14
**designed** 186:8
197:23
**designing** 223:22
**desirable** 203:22
**detail** 172:4,23
180:4
**details** 171:21,23
222:8
**determine** 168:4,7
**developed** 192:13
193:21 228:16
229:7
**development** 184:9
186:9
**device** 148:7,16
149:13 153:7,10
158:14 159:3
163:11 164:2

165:10 168:10,15
168:17,18 169:1,4
169:5 170:13,24
171:10 172:14
174:7,16 175:3,4
175:8,9,23,24
176:16,17,19,20
177:1,3,15,17
182:22 183:23
184:3 186:12
188:6,12,14,22
197:5 199:4,11
200:2 201:9 204:3
205:22 209:15
211:16 212:5
214:1,2,11,16
216:8,10,20,21
219:19,24 220:18
221:1,3,10,12,14
222:2,6,12,14,16
222:17 223:5
244:21,24 245:2
245:12,15,23
246:1,23 247:5
252:13,15,18
**devices** 150:7
151:14 159:5,9,13
159:17,22 160:2
163:12 171:18
172:2,9,16,18
184:7,9,11 185:19
185:20 187:22
196:2,9 210:20
220:24 248:24
249:14,21 250:17
258:14
**didnt** 165:5 170:9
170:10 179:10
180:13 182:13
188:18 204:14
230:21 240:16
262:22
**die** 176:6
**difference** 232:6,18
**different** 145:15
182:7 184:11,15

213:1 229:20
235:4 240:8 249:8
**differently** 174:24
**difficult** 149:6
**dimock** 139:23
**diplomate** 140:10
267:2,18
**directions** 189:17
190:20 191:15
194:9,17
**directors** 228:21
**disadvantages**
189:9
**disagree** 181:10
194:10,19,20
207:9 209:1
224:11 225:16,23
228:22 229:2
232:14 234:2,4
235:16 257:7
261:4 262:1
264:12
**disagreed** 208:13
**disagreeing** 257:11
257:16
**disagreements**
257:19,21
**disagrees** 264:19
**discomfort** 225:10
**discusses** 247:24
**discussing** 145:12
**discussion** 179:1
**dispute** 198:2,3,6
**district** 138:1,1,5
**divided** 238:3
**division** 138:2
**doctor** 145:11
147:21 154:17
158:23 178:17
179:3 181:24
182:20 183:21
184:1 185:22
191:6 213:15
218:1 236:9
238:22 240:7,8
243:14,19 246:9

247:18 257:4
258:24 260:7
**doctors** 155:2
166:17,24 197:12
211:20 212:4,12
217:7,16 222:17
223:2,8 234:7,12
235:8 240:15,20
**document** 138:5
169:19 243:17
246:5,14,21
247:12 250:22
**documentation**
238:13 242:13
**documents** 201:23
259:11
**doesnt** 154:9
157:23 183:14
189:23 194:12
215:22 234:22
**doing** 172:3 234:15
240:1 241:17
268:8
**dollars** 262:24
263:8,14 264:7
**donna** 139:11
**dont** 146:3 147:2
149:5,8 150:10
156:18 158:18
162:8,13,18
163:15 164:13
165:4 167:17
171:3,5,20,22
172:4,22 173:10
173:15 176:5,6,18
177:4,5,6,11,14
179:16 183:22
184:2 187:1,8
188:19 189:20
190:14,18 191:13
192:22 193:10,18
193:23 194:3
196:18 197:15
199:8,12,13,15
200:4,16 201:19
202:1,4,19,21

205:19,23 206:19
206:19,22 210:24
211:24 212:8,11
212:22 215:6,20
217:18 218:6,10
219:3,6,13,20
220:10,12,15
223:1,6,8,23
224:8,21 227:18
228:19 229:11
232:17 233:8,13
233:15 236:23
237:2 238:8,20
241:21 242:7,10
242:11 245:6
247:6,8 248:20
249:5 251:8,19,24
252:2,5,9,14,19
252:19,21 253:2
253:10,10 254:1
254:12 261:12,19
261:21 262:2
263:3,11,13,21,22
263:23 264:2,10
265:12 266:6,10
**doubt** 180:19
**dozens** 257:15
261:18
**dr** 145:7 192:17
199:5,7,10 200:21
201:7,17 205:3,9
205:12,16,18,20
206:1,9 226:15
239:22 255:3
262:11,11,17,20
262:23 263:7
**drawn** 220:17
**drive** 141:19
**due** 229:24 230:17
**duly** 145:3 267:4
**duration** 183:2
**durham** 138:21

---
**E**
---
**e** 141:1,1 142:1,1
**earlier** 258:19

259:16,23
**early** 193:15
**ease** 248:22 249:12
  249:20
**eases** 248:12
**easily** 244:10
**edge** 232:20 233:9
  233:16,18
**edges** 232:19 233:2
  233:5 234:9,17
  235:9,11 258:20
  258:22
**education** 214:11
  214:15,19 215:4,9
  215:17 216:7
  248:10
**educations** 216:18
**edwards** 141:6
**edwardsdelacerda**
  141:7
**effect** 183:1 232:1
**effective** 205:6
  209:4 222:3
**effectively** 258:22
**effects** 148:18
  187:16,20 188:1
**efficacy** 174:11
  258:4,17
**eight** 146:3
**either** 172:5 219:24
  234:20
**elasticity** 244:12
**elizabeth** 138:23
**email** 144:10,14
  178:21 243:19
  247:19
**emails** 261:19
**employee** 267:13
  267:14
**ended** 212:18 213:4
**endings** 204:7
**ends** 232:20
**engineer** 186:15,16
  186:18
**engineering** 186:20
**engineers** 193:7,14

194:6 223:21
  233:24
**ensure** 215:8,20
  244:13
**ensured** 216:9,20
**ensures** 216:2
**ensuring** 215:16
**entirely** 260:2
**environment**
  207:13,17,21
  208:9,21 209:10
  210:20 250:15
**erosion** 155:6,13
  157:19 158:11
  212:22,23 225:7
  225:18,22 233:19
  234:11 237:5
**erosions** 212:20
  237:8
**errata** 143:12
  268:6,9,11,15
  269:1 270:7
**esquire** 141:2,7,12
  141:17 142:2
**essman** 138:6
**estimate** 241:12
  242:12,19,20
**et** 144:14
**ethicon** 138:3
  144:12 147:21,22
  148:6,8,15 149:3
  149:11,13,23
  151:10 152:2
  156:7,7 157:17
  163:7,11,18,24
  164:11,16,16,24
  165:1 166:2,6,16
  166:24 171:9,17
  171:18 172:1
  173:3 193:4,7,14
  193:23 194:5
  197:12 200:7
  201:16,23 211:19
  212:3 215:2,8,16
  216:2,5,14,16
  217:2,6,10,15,24

218:12 219:9,16
  219:22 224:5
  225:21 228:16
  229:7 230:20
  232:5,10 233:23
  234:7 235:8
  243:20 244:20
  248:19 250:3
  251:5 253:20,22
  254:4 259:1
  262:24
**ethicons** 223:21
  228:20 229:6
  250:11
**eugenia** 139:4
**evaluate** 184:11
**evaluated** 256:13
**evaluating** 185:1
**event** 198:10
  264:23 265:3,4
**events** 162:15
  164:12
**eventually** 182:2
**ewhu** 250:2
**exact** 261:19
**exactly** 189:21
**examination** 143:6
  145:5 255:1 260:8
  267:4
**examined** 165:18
**example** 230:8
**examples** 151:9
**excessive** 161:6,9
  198:8,14 219:4
**exciting** 178:22
**exclude** 240:14
**exhibit** 144:5,6,7
  144:10,11,14,16
  155:21,24 162:19
  162:22 181:22
  182:5 243:12,15
  246:7,10 247:13
  247:14,18 256:6
**exhibits** 144:1
  155:22 247:17
**expect** 166:9

183:15 184:16,19
  185:5
**expected** 190:3
**experience** 146:19
  181:13 193:24
  209:8 262:6,15
**experienced** 237:9
**expert** 156:7
  157:17 164:15,24
  170:11 182:4
  183:22 184:2,6
  186:20 220:24
  221:10 262:18,21
**expertise** 184:13
  188:9,20 189:5
**experts** 221:24
  222:14 223:4,5
**expires** 267:21
  270:17
**explanation** 157:2
  157:8,9
**explanttype** 241:3
**exposure** 155:6,14
  156:14 157:19
  158:11 237:20
  241:3
**extensively** 258:21
**extent** 185:4
**extra** 156:17 158:3
**extrusion** 237:5,8
  237:20
**exuberant** 204:6
  213:22

---

**F**

**f** 138:18
**fact** 148:4 173:13
  175:15 201:6
  205:24 226:20,24
  245:19 257:14
  259:22 260:22
  266:2
**factors** 222:10
**faes** 141:2 143:7,9
  145:6 149:20
  150:9,17 151:4,24

152:14 153:14,16
  154:6,15 156:1
  157:11,15 158:19
  158:22 162:20,24
  163:3,16 164:22
  165:6 167:23
  168:2 170:5,19
  171:7,14 173:1,11
  174:4,19 175:1
  176:9,13 177:9,12
  178:22 179:2,13
  179:18,20 180:21
  181:15,23 182:18
  183:17,20 185:3
  185:12 189:4
  190:23 191:5
  193:1,3,12,19
  194:4 195:8
  197:16 198:5,17
  199:21,23 200:5
  201:21 203:9
  204:12,17 207:19
  210:8 212:2,10
  215:14 217:19
  219:5,14 220:8
  221:8,23 223:10
  223:17,19 225:3,5
  225:13,15 226:10
  226:14 228:14
  229:12,18 230:6
  231:3 232:22
  233:7 234:6,24
  235:18 236:8
  238:21 239:4
  241:23 242:4
  243:13,18 245:8
  246:8 247:15,22
  248:16 254:15,20
  260:6,9 263:5,24
  264:5 266:8
**fail** 268:18
**failed** 209:6
**failure** 150:5 151:6
  151:19 152:2
  186:24 187:4,11
  187:16,20 188:1

211:6,8 213:9
**fair** 147:15 187:3
201:16 239:20
259:6 263:17
**familiar** 166:10
167:19,20 185:1
187:1,17 202:8
206:15,21 262:13
**far** 182:15 184:6,10
184:12 185:10
258:17 261:15
**fascias** 192:4
**fatton** 202:9,12
**fault** 174:22
**favorable** 182:11
182:16
**fax** 140:21
**fda** 169:2 171:8,15
172:3,10,17,22
173:3 193:22
209:13 218:22
219:8 249:3 257:7
257:11,17 261:5
262:1 264:18
**fdas** 264:13
**fear** 251:10,16
253:3
**fears** 234:12 235:14
236:5 248:12,22
249:13,20 250:22
**february** 163:8
246:15
**federal** 215:1
**feel** 155:18 175:12
181:11 184:23,24
189:1,12 210:15
266:1
**felt** 164:11 251:5,6
**fibers** 190:17 233:6
253:1
**fibrosis** 197:19,23
**file** 138:3
**filed** 210:22 211:2
211:11
**financial** 263:9
**financially** 267:15

**find** 146:7,10
**findings** 232:14
238:14
**fine** 157:22 192:2
194:14
**firm** 141:17 181:14
**first** 145:3 157:4
163:12 164:3
165:10 176:2
188:15 207:16
220:12 246:19
259:3
**firstline** 250:18
**five** 264:24 265:5
**fixation** 204:9,10
204:16
**flat** 231:15 233:2
**floor** 185:11,15
192:24 195:15
257:11 261:4,8
264:14
**floppy** 233:6
234:23
**folding** 244:11
**followed** 157:7,8
**following** 138:6
152:19
**follows** 145:4
213:15
**followup** 197:1
239:6 247:20
254:19 266:11
**foregoing** 267:7
270:4
**foreign** 160:17
183:2,5,6,7,11
**forget** 145:15
**forgot** 265:23,24
**forgotten** 257:1,2
260:1
**form** 149:18 150:13
151:1 152:8 154:1
154:12 158:15
163:14 164:19
165:3 171:2,13
172:20 173:9,23

180:15 181:9
182:12 184:21
185:8 188:23
192:5,21 193:9,17
194:2 195:3
197:14,22 198:12
200:3 201:20
203:2 207:11
210:4 211:23
212:7 215:11
217:17 219:2,12
220:5 221:5,16
223:7 228:11
229:10,17 230:3
231:1 232:15
233:4 234:3,14
235:15 236:6
245:4 248:14
263:4 270:6
**formation** 230:1,18
244:7
**forming** 173:13
180:24 194:21
195:4
**forth** 267:8
**found** 175:15
232:12 234:1
236:18
**fourth** 247:23
248:10
**fox** 138:20
**frame** 239:8
**france** 205:14
**frankly** 156:13
**frcp** 267:10
**free** 155:18
**french** 204:19
**frequency** 159:20
**front** 155:19 163:7
**fully** 213:15 256:12
**function** 160:21
176:6,7 228:3,10
**funny** 156:9
**further** 260:8 267:6
267:10,12
**future** 228:15

229:7
**fyi** 178:19

---

## G

**gage** 142:2,3 143:8
149:18 150:13
151:1,22 152:8
154:1,12 157:5,13
158:15 163:2,14
164:19 165:3
170:15 171:2,13
172:20 173:9,23
178:19 179:9
180:15 181:9
182:12 184:21
185:8 188:23
192:21 193:9,17
194:2 195:3
197:14,22 198:12
200:3 201:20
203:2 207:11
210:4 211:23
212:7 215:11
217:17 219:2,12
220:5 221:5,16
223:7 228:11
229:10,17 230:3
231:1 232:15
233:4 234:3,14
235:15 236:6
239:1 241:16
242:3 245:4
248:14 254:18,21
255:2,4 260:5
263:4 266:10
**gather** 148:22
**gears** 182:19
**general** 146:12
147:9 183:10
185:10,11,14,16
186:3,5 229:14,22
**generally** 220:11
227:20 251:22
255:15
**gessner** 140:8
**getting** 147:20

**give** 151:9 179:8
187:9 206:4
**given** 207:13 228:1
228:7 230:23
270:5
**go** 148:23 184:22
185:10,19 191:1
226:10 237:13
239:21 241:10
244:1 253:12
254:15
**goal** 228:22 229:6
249:19
**goes** 184:12 197:18
**going** 146:4 147:10
153:14 156:20,24
157:1 158:19,23
159:1 162:21
166:12 167:23
169:7 173:21
174:19 176:9
177:9 178:17
179:3,4 181:20
182:1,1,3,19
183:7,17 190:2,8
190:10,16 196:19
201:8,13,17
203:15 204:5,12
209:23 223:15
229:19 234:19
235:1 236:9
238:23 241:9
242:21 243:14,24
246:9 247:16
249:8 250:23
258:19 259:7
263:24 264:2
**golkow** 140:21,22
**good** 166:11 174:1
174:10 190:5,13
203:7,15 229:4
251:12,18,19
**goodwin** 138:4
**google** 250:2,10,12
**grade** 260:20 261:1
**grades** 260:14

**graft** 154:4
**grand** 141:3
**great** 194:14
199:18 207:14
**greater** 183:11
189:16 191:20
**groin** 161:18
**group** 204:20 205:4
247:24 248:2,6,9
253:13,21 262:3
**guess** 174:14
188:11 254:18
**guidance** 192:13
215:1
**guide** 177:14,17
**guideline** 195:11,17
**gynecare** 144:5,6
256:12
**gynemesh** 144:6
147:16 151:14,15
151:21 153:10
159:2 162:5,11
163:6,11 164:1
165:24 166:3,4,7
167:9,16 168:10
169:11 170:11,17
170:21 173:4,7,18
177:24 178:5,9
180:10 182:8,22
187:6,21 188:5,12
188:13 196:1,8
198:7,11 205:5
214:6,6,16 217:21
219:9,18,23
223:13 224:7
226:19 228:18
229:1,9 231:15
232:24 233:9,17
234:1,9 235:10,21
236:1,12 258:8
259:18 265:22
266:4

**H**
**hagans** 139:2
**half** 232:18 245:19

**hand** 162:21
243:14 246:9
247:16
**handicapped**
179:16
**handing** 256:4
**hands** 184:23
185:20
**hang** 157:5
**happened** 222:23
**happens** 196:16
**harm** 217:5,13
**harmful** 252:22
**hate** 241:7
**havent** 168:11
170:16 180:17
209:6
**hazardous** 252:7
**head** 202:14 262:12
**heal** 189:24 190:4
204:6 213:21
**healing** 183:16
234:21 244:9
**health** 144:12
209:16 250:3
251:7 252:7
**heather** 139:13
**held** 140:7 184:8
**help** 244:10
**helpful** 158:13
166:24 174:15
**hematoma** 159:8
**hemorrhage** 159:8
**hereinbefore** 267:8
**herman** 141:11,11
**hernia** 145:16,18
145:21,24 146:11
146:11 192:13
193:21,24 226:21
**hernias** 146:9,17
146:24 147:5
**hes** 199:15,24
201:13
**hey** 218:2,14 220:2
220:17
**hhklawfirm** 141:12

**high** 207:3,15
209:6 236:19
242:17 257:18
**highland** 142:3
**highrisk** 207:6
209:15
**hilaire** 144:13
**hill** 138:8
**hold** 171:17 183:22
184:2 186:19
188:8,20
**honestly** 247:1
**hot** 158:18
**hour** 243:4,7
**hours** 241:12,14
242:5,8,13,16,24
**houston** 140:7,8
141:19 239:24
**human** 252:7,23
**hypothetical** 149:7
149:7

**I**
**ideally** 226:5
**ifu** 144:5,6 145:13
147:20,22 149:22
150:3 151:13
154:24 155:11,15
155:19 156:8
157:18 162:5,11
163:6,19 164:8,12
164:17 165:1,9,14
165:15,18,19
166:7,17,20 167:1
167:3,9,16,18
168:1 169:16
170:7,8 173:19
176:2,6,7 177:6,8
177:14 178:12,14
198:7 214:20
215:3,8,16,21
216:1,3,7,18
217:1,9,21,22
218:2,4,4 219:11
220:11 255:7,10
255:11,21 256:5,7

256:20,21 259:18
260:10,12
**ifus** 164:1 172:17
**ii** 260:14
**iii** 209:15 260:14
**ill** 157:11 163:4,22
164:23 167:12
174:23 176:11
188:11,17 191:12
193:1 196:4
206:24 207:4
224:19 239:1
245:11
**im** 150:1 153:14
154:16 156:20,24
157:1 158:19,23
159:1 162:21
163:15 165:20
167:23 168:22
174:19,20 176:9
177:9,21 178:15
178:17 179:3,4
181:20 182:1,3,19
183:17 186:16,17
187:1,17,23 188:3
188:7 195:4,13
201:5 204:12
206:20 209:23
210:6 214:17
216:12 220:21
229:19 231:2
234:15 235:1
243:14,24 246:9
247:16 249:8,16
254:16 256:4,6
263:24 264:2
**imagine** 152:11
172:21
**impact** 203:12,15
227:24 228:6
258:17 265:12
**impair** 160:20
228:3,9
**imperative** 268:14
**implant** 155:6
169:8

**implanted** 258:23
**implanter** 240:22
**implanting** 165:10
234:16
**implants** 216:10,21
240:24 258:5
**important** 165:19
166:18 167:2
168:13,20,20
169:2 173:13
174:3 176:5
189:15 222:20
248:22 249:12,19
266:2
**impossible** 181:19
**improve** 244:15
**incentive** 263:9,15
264:8
**incidental** 147:6
**include** 163:18,24
259:10
**included** 162:4
240:19
**including** 161:12
161:17
**incontinence**
159:12,16 192:19
**incorporate** 189:24
192:7 197:24
**incorporated**
189:18 190:22
191:17 199:1
**incorporation**
190:5,13 244:16
**incorrect** 188:24
**increase** 212:19
213:5,8 228:2,8
**increased** 227:24
228:7 244:12
**indepth** 189:13
**index** 143:1
**indicate** 246:21
254:8 258:3
**indicated** 169:12
169:21 173:7
207:23 218:16

255:19 260:24
**indicates** 256:21
257:24
**indicating** 201:24
**indication** 170:2
171:5 173:6
174:12 218:24
219:1,11,23
**indicationforuse**
173:20,22
**indications** 168:14
168:24 169:15
170:12,20,23
172:15 175:22
176:15 177:1,14
178:11 218:14
219:18 220:2,18
255:17 259:17
265:21
**indicationsforuse**
260:11
**individual** 241:18
241:22
**individuals** 207:7
211:10 254:10
**inflammatory**
183:3,12 244:8
**inform** 166:16,24
**information** 152:3
155:1 156:8,17
158:3,7,10 214:21
215:3 216:6,11,15
216:17,22 222:18
223:2 240:10
260:3
**informed** 166:7
**informing** 218:13
219:17 220:1
260:23
**informs** 260:18
**inguinal** 146:11
**inhalation** 252:24
**inhaled** 253:5
**initial** 246:22 247:4
**inject** 206:2
**injected** 201:9

**instances** 204:1
**instruction** 175:19
**instructions** 268:1
**integration** 194:10
194:18 195:11,19
**intellectual** 199:19
199:20
**intend** 236:15,21
237:6
**intended** 176:22
**intensity** 183:2
**intercourse** 161:2
**interested** 267:15
**internally** 197:12
**intraabdominal**
170:2
**intrinsic** 253:15
**invention** 199:18
**inventor** 199:3
201:7 205:9 206:1
**investigator** 201:11
201:12 206:5
**investigators** 201:2
**invoices** 241:8
**involved** 184:7,10
204:7 206:3,11
222:10
**isd** 253:14
**isnt** 166:13 210:5
241:2 245:21
**issue** 148:24 213:13
263:22
**issued** 257:16
**issues** 148:11
257:12
**issuing** 209:15
**iv** 255:12,22 256:13
256:20,22 260:20
261:1
**ive** 180:2,3,17
184:9 189:10,11
195:6 204:23
255:4 260:3

---

**J**

**jane** 138:14 242:9

**january** 247:19
**jean** 139:23
**jo** 139:16
**johnson** 140:10
267:2,18
**joint** 206:16
**joseph** 138:4
**joy** 138:6
**judge** 138:5
**judgment** 208:24
209:1,3
**judiciously** 152:23
153:24 154:3,5,8
154:10,14,19,20

---

**K**

**k** 138:18
**kansas** 141:4
**katz** 141:11
**keep** 173:3,5
238:17
**kept** 253:7
**key** 139:19
**kind** 168:3,6 215:2
219:22 239:5
240:17,22 242:11
**kit** 207:2
**kits** 171:4 184:3
185:11,15 186:2,8
186:9 207:6
**knew** 147:22 148:3
152:3,5 163:11
165:4 168:18
169:5 259:22
265:21
**know** 146:3 149:5,8
150:11 155:18
156:12,13 162:10
162:14,18 163:9
163:15,17,23
164:10,13 165:4,5
166:2 167:5,17,18
168:22 170:9,10
171:5,8,15,20,22
172:4,22 173:2,10
173:20 174:3,6,15

175:3,7 177:4,5,6
177:11 181:6
182:23 186:23
187:15,24 190:1,7
190:9 192:9,12,16
192:22 193:4,6,10
193:13,18,20,22
194:3 197:10,15
199:3,9,12,14,15
199:24 200:4,6,10
200:16,17 201:1
201:15,19 205:8
205:16,19,20,23
206:22 210:21,24
211:19,24 212:3,8
212:11 214:24
215:6 217:6,14,18
218:8,10 219:7,15
219:20 220:16
222:18 223:3,8,9
223:11,20 224:4,8
226:19 229:5,11
231:4,10,14,17
238:18 239:2
240:16 241:13
244:23 245:6,12
247:8 250:3
251:24 252:2,5,8
252:9,14,19,19,21
252:24 253:10
254:12 261:12,16
261:19,21 262:2,7
262:17,20,22,23
263:3,17,21
264:10 265:11
266:2
**knowing** 165:18
**knowingly** 164:16
165:1
**knowledge** 157:24
162:7 188:9,21
189:6,13 199:19
**knowledgeable**
189:1
**knows** 167:7,14
168:9

**kott** 141:12
**kriz** 138:9

---

**L**

**l** 141:6,6
**la** 141:6,7
**label** 174:7,8,17
175:4,8,12,14
178:2
**labs** 184:8
**lacerations** 161:10
**laparoscopic**
169:23
**laparotomy** 169:23
**large** 191:23
**largepore** 229:14
229:22 230:15
**larger** 183:10 244:5
245:1,13
**laser** 231:24 232:7
232:11 258:9,15
265:13,16
**lateral** 244:13
**launch** 200:8 221:1
221:3,11,13 222:1
222:5,15 243:22
246:16,23
**launched** 163:12
164:3
**laundry** 164:7
**law** 141:17
**lawsuit** 251:10
**lawsuits** 210:21
250:22 251:16
252:10
**lawyers** 143:14
241:18 271:1
**lay** 192:6
**lead** 200:6 201:10
213:17 244:6
**learn** 177:7,8
185:24 200:19,20
**learns** 217:2,10
**leave** 181:20
**leg** 161:18
**legal** 207:13,17

208:21 209:10
210:19 211:11
**length** 160:21
**lesser** 230:23
**letter** 144:11
217:24 218:1,13
218:20 219:16
**level** 180:18 257:18
**leverage** 193:24
**liability** 138:4
**liaison** 241:20
**ligament** 204:9,10
204:16
**lighter** 245:1,6,14
**lighterweight**
245:17
**lightweight** 244:3,4
**limit** 254:17
**line** 252:10 269:2
271:3
**list** 144:7 158:24
164:7 179:22,24
180:5,7,8 182:4
**listed** 246:18 248:1
**literature** 174:10
174:18 179:22
180:6,9,17,18
181:4,12 192:24
205:3 209:8
257:23
**litigation** 138:4
238:19 250:6,12
250:15 259:2,24
262:18,21
**little** 174:23 176:12
182:20 192:2
196:19 217:21
235:3 249:8
254:22
**live** 176:6
**llc** 141:11
**llp** 141:2,17 142:2
**lodged** 236:2
**log** 238:16
**logan** 139:20
**logs** 237:14

**lois** 138:21
**long** 139:13 152:9
164:6 258:24
**longer** 171:9
218:15 251:22
**longitudinal**
244:12
**longterm** 248:11
**look** 162:17 172:17
177:6 196:14,15
196:15 202:18
206:18 215:23
232:16 237:13
238:9 248:8
254:13
**looked** 191:11
265:15
**looking** 179:15
191:12 204:24
235:7
**looks** 246:24
250:24
**lost** 239:6
**lot** 156:22 177:7
182:7 208:7
210:16 259:7
262:5,14 263:19
**louisiana** 141:14
**low** 242:17
**lower** 192:5 230:1
230:1,17,18
**lucente** 262:11,20
262:23 263:7
**lung** 253:1
**lynn** 144:14

**M**

**m** 138:9 140:6,9
141:12 142:2
143:1,6 144:1
145:2 191:3,4
226:12,13 243:22
244:3,21,24
245:12,23 254:23
254:24 266:13
267:4 270:4,12

**machine** 231:6,8,12
258:9,14
**macro** 192:3
**main** 195:13
**mainstream** 262:4
262:8
**maintaining**
244:13
**major** 263:12
**majority** 195:15
**making** 150:19
248:19
**manufacturers**
211:11
**march** 138:10
140:2 143:2 144:2
267:22
**marcus** 199:5
**maria** 139:4,17
**marie** 138:18
**mark** 178:17
**marked** 144:4
155:20,24 162:19
162:22 181:22
243:12,15 246:7
246:10 247:13,14
247:17 256:5
**market** 163:13
171:1 172:19
173:4,5 221:2,12
222:2,16 252:10
**marlex** 230:9
**mary** 138:14 242:9
**master** 138:3
**material** 169:21
183:11
**materials** 144:8
186:7 202:10
214:11,15,19
215:5,9,18 216:7
259:7
**matter** 190:17
232:21 257:14
**matters** 194:23
195:2 266:6
**mcdonalds** 158:17

**mdl** 138:6 144:9
**mean** 148:1 167:10
168:19 196:10,12
215:22 221:18
**meaning** 198:22
**meant** 245:7,9
**mechanical** 187:12
231:24
**mechanically**
232:21 265:13,17
**medical** 145:22
168:15,17 169:1,4
174:7 175:3,22,24
176:15,17,19
177:1,2 179:22
180:6 183:23
184:3 186:12
208:23,24 209:2
220:24 221:10
222:12,14 228:20
231:22 252:13,15
252:18 259:14
**meeting** 247:20
251:4,5
**member** 261:9
**members** 262:8
**memorial** 140:7
**mentioned** 170:16
258:19
**mesh** 147:4,11
148:7,16,19
149:12,24 150:4
150:20 151:12
152:3,5,23,23
153:4,5,12,18,22
153:24 154:4,5,9
154:10,11,14,20
155:6,6,14 156:14
161:7,9 167:20
170:12,21 172:15
182:21,24 183:5
185:10,14 186:2,3
186:5,5,7 188:10
188:12,14,22
189:2,2,3,7,11,15
189:17 190:7,10

190:11 191:18
192:8,18 194:7
195:18 196:12,20
197:18,19,21,24
198:1,2,3,6,9,15
198:19,20,22,24
199:2 202:4,6
203:19,21 204:2
204:11,19,22
207:2,6 208:9
209:4 210:20,21
211:2,5,7,12
212:18,23 213:4
213:17 218:15,16
223:12,22 224:6
224:18,20,22
225:2,12 226:1,6
226:21 227:9,13
228:1,7 229:2,3
230:7,8,9,10
231:4,7,10,14,18
231:19,23 232:2,7
232:11,12 233:3,9
234:1,10,17,18
241:3,3 244:4,9
244:10,24 245:2
245:13,14,18,20
248:23 249:14,21
254:5,10 257:13
257:20 258:1,4,8
258:13,20 259:2
261:8 262:15,18
262:21 263:1,10
263:14,16 264:7,9
264:13,14,21
265:14,17
**meshes** 147:12
228:13,16 229:7
229:14,16,22,24
230:4,15,17
232:12 244:6
**mesothelioma**
252:9
**met** 199:7 205:12
**method** 231:18,23
**micheal** 140:10

Christina Pramudji, M.D.

267:2,18
**microns** 191:20
    194:23 195:12
**microscopic** 190:15
**migrate** 204:3
**mikalia** 141:12
**millimeter** 189:16
    189:21 190:20
    191:15 194:13,14
    194:17
**millimeters** 194:8
**million** 200:1
    205:21 262:24
    263:7,14 264:7
**mind** 261:15
**minimally** 196:22
**minimum** 194:17
**mississippi** 142:4
**missouri** 141:4
**mistake** 221:1,11
    221:18,22 222:1
    222:15 223:6
**mkott** 141:12
**mode** 187:4
**modes** 186:24
    187:16,20 188:1
**moment** 169:14
**monocryl** 245:16
**monogragh** 213:24
**monograph** 214:7
    214:19 215:4
    216:6,15,17
**monographs** 215:8
    215:17
**months** 202:17,24
**morrow** 139:22
**motivation** 221:4
    221:14 263:23
**move** 153:14
    158:19,20 167:24
    174:20 176:10
    177:10,10 183:18
    193:1 199:21
    204:13 223:17
    225:3,13 264:1
**multiple** 147:8

**N**

**n** 141:1,2 142:1
**name** 206:22,23
    246:18,18 248:1
    255:3
**named** 251:10,16
**nancy** 139:16
**native** 152:21
**nature** 169:8
**ncra** 267:18,19
**near** 189:23
**nearly** 170:13
**necessarily** 151:2
    151:23 152:10
    162:8 175:5,10
    183:14
**necessary** 164:11
    190:19 191:14
    218:6 219:4 220:7
    220:13,22 268:4
**need** 146:9 153:3
    157:2 172:3 179:6
    179:8 182:1
    189:23 190:24
    195:18 241:10
    263:21
**needed** 155:2 194:8
    194:16 195:10
    240:7 251:6
    253:22
**needs** 155:3 191:24
**negative** 208:9
**negotiated** 173:3
**neither** 267:13,14
**nerve** 160:11
    161:11 204:6
**network** 257:15
    261:8 264:14
**neuromuscular**
    161:16
**neutrophiles**
    189:21 192:3
**never** 187:4 205:14
    227:19 252:13,17
**new** 141:14 166:17
    167:1,7,14 244:14

**news** 178:22
**night** 145:12
**nonresponsive**
    264:1
**norm** 146:11 203:4
**normal** 160:20
    183:15
**notary** 140:12
    267:3,20 270:20
**notebook** 179:10
**noted** 268:11 270:7
**notes** 143:14 271:1
**notice** 140:6
**notification** 209:16
    249:3 251:7
**notify** 172:3
**nuance** 177:21
**nuances** 186:9
**number** 144:4
    210:24 238:1,2,5
    239:10 241:12
    257:4 261:20,21
    262:2
**numerator** 238:6
**numeric** 236:22
    237:3,7
**numerical** 195:16

**O**

**o0o** 266:14
**obese** 254:6,10
**obesity** 253:16
**object** 149:18
    150:13 151:1
    152:8 154:1,12
    158:15,20 163:14
    164:19 165:3
    167:23 171:2,13
    172:20 173:9,23
    174:19 176:9
    177:9 180:15
    181:9 182:12
    183:17 184:21
    185:8 188:23
    192:21 193:1,9,17
    194:2 195:3

197:14,22 198:12
    199:21 200:3
    201:20 203:2
    204:12 207:11
    210:4 211:23
    212:7 215:11
    217:17 219:2,12
    220:5 221:5,16
    223:7,17 225:3,13
    228:11 229:10,17
    230:3 231:1
    232:15 233:4
    234:3,14 235:15
    236:6 242:2 245:4
    248:14 263:4,24
**objection** 151:22
    170:15
**obligation** 217:7,15
**observed** 245:17
**obstruction** 159:21
    160:1
**obviously** 221:18
**occasionally**
    146:10
**occur** 161:13,19
    194:10,18 204:8
    213:19 223:12
    225:11 228:12
**occurred** 150:2
    151:18 170:7
    218:9
**occurs** 202:5
    212:23 264:24
    265:4
**offer** 157:2 184:16
    184:19 185:5
    186:1 236:10,10
    236:16,21 237:6
    238:23 242:22
**offering** 170:11
    241:10
**offers** 176:21
**offlabel** 174:12
**oh** 204:4
**okay** 146:14 149:17
    150:22 152:7,15

153:5 154:23
    159:3 168:23
    177:20 182:6
    197:3 206:24
    230:11 235:1
    240:24 241:5
    242:3 245:10
    246:6,12 249:10
    254:18 256:4
**okeefe** 141:13
**olsen** 138:14
**olson** 242:9
**once** 189:18 217:1
    217:9 220:11
**op** 178:23
**operative** 237:14
    238:16
**opinion** 152:1
    153:17,21,23
    154:2,7 155:10
    156:2,6 157:16
    162:2 173:16
    175:16 191:23
    195:4 206:16,16
    207:1,5,10 208:2
    208:4,5,13,17,20
    209:1,11,17
    214:18 231:21
    236:10,15 237:6
    253:2,11 266:3
**opinions** 154:17
    170:11 173:14
    180:14,20 181:1,6
    181:13 184:19,22
    185:5,9,13,18,24
    186:1,4 194:21
    205:4 210:19
    222:24 238:23
    241:10 242:22
    257:6
**opportunity** 185:23
**option** 152:22
    207:16
**options** 207:7 222:4
**oral** 138:8 140:5
**order** 171:11

Christina Pramudji, M.D.

189:17 190:21
191:16 194:9,18
195:19 203:7
**organ** 179:5 191:18
192:18 194:1
209:14 226:3,8
227:10 228:17
229:8 246:2
248:24 249:15,22
250:16 255:12
256:14 257:12,20
259:1,23 264:20
**organization**
261:10,13,17,24
262:9 264:19
**organizations**
261:5,6 264:12
**organs** 161:11
**original** 240:21,22
245:2,15 268:15
**originally** 192:13
193:21
**orleans** 141:14
**outcomes** 230:24
**outdated** 193:8,15
**outlier** 262:1
**overall** 220:23
221:9 222:11,13
**overnight** 145:8

**P**

**p** 141:1,1,6 142:1,1
**page** 163:8 246:17
247:23 269:2
271:3
**pages** 270:5
**paid** 199:15,17,19
199:24
**pain** 160:5 161:1,1
161:17 204:2,8,14
213:12 224:13
233:19 234:11
235:13
**painful** 204:21
**pair** 232:24
**paragraph** 244:2

**parameters** 185:2
**parkway** 142:3
**part** 162:6 183:16
188:15
**participated**
253:21
**participating** 248:2
248:5
**particles** 235:20,24
236:2
**particular** 168:15
169:1 222:2,15
255:9 262:10
**particularly** 167:4
258:2,18
**parties** 267:13
**party** 267:11
**patient** 153:2,18,22
154:11 184:24
189:9 200:24
203:13 213:20
229:15,23 230:16
234:21 236:20
240:10 248:9
259:14
**patients** 153:3,4,11
153:13,24 161:2
186:10 189:12
190:4 204:5
207:14 208:8
222:17 223:2,9
237:3 239:6
240:14,19,21
248:12,23 249:13
249:20 256:13,15
262:16 265:5
**paula** 138:9
**pay** 250:10
**pelvic** 138:3 155:8
155:13 156:10
157:20,24 158:12
159:6,10,14,18,23
160:3,6,9,12,15
160:18,23 161:1,4
161:14,18,20,24
162:7 167:11,12

167:13,19,20
168:8 176:24
179:5 185:11,15
191:18 192:18,24
194:1 195:15
203:4 209:14
223:15 226:3,8
227:10 228:17
229:7 246:2
248:24 249:14,22
250:16 255:12
256:13 257:10,12
257:15,19 259:1
259:23 261:4,7,15
262:15 264:13,14
264:20
**pelvis** 182:24
**pending** 191:11
**penny** 139:14
**people** 230:22
254:5 262:13,14
263:19,20 264:24
**percent** 200:18,21
201:3 202:17,23
203:5,8,11
**percentage** 204:20
237:7
**perfectly** 197:6
213:16
**performance** 150:4
150:21 152:7
**person** 263:13
264:6
**personal** 200:10
236:11,16 257:23
**personally** 237:9
**perused** 180:2
**peter** 141:7,7
**ph** 140:21
**physician** 146:18
174:6 175:2
177:24 178:5,9
215:10,18,21,23
216:2,9,21 219:7
252:6
**physicians** 175:6

214:22 218:1,13
218:21 219:17
220:1,16,21 224:5
225:20,23 235:14
235:17,19,23
236:5 251:5
260:19,24 261:6
262:1,2 263:18
**pick** 182:14
**place** 177:24 178:5
178:9 244:10
267:8
**placed** 171:17
172:19 182:24
183:6 189:19
196:13,20 197:5
211:16 212:23
219:1 234:20
252:22
**placement** 169:12
171:6 173:8
218:16
**placing** 216:1
**plaintiff** 141:10,20
**plaintiffs** 141:5,15
**plan** 236:10 246:16
**plane** 212:24
234:21
**plans** 171:16
**plating** 197:11
**please** 150:23 157:4
215:13 217:8
221:7 228:4
251:14 268:3,8
**pliability** 244:14
**plication** 204:8,15
**point** 170:3 190:12
207:12,21 208:1,3
210:23 243:2
248:10 250:1
253:13 265:16,21
**poking** 234:19
**polypropylene**
147:4 244:4
**poor** 234:21
**pore** 189:7,11,16

190:19,20 191:14
191:15,20,24
194:7,23 195:1,7
195:10,24 196:7
196:16,21 197:6
245:1
**pores** 186:6 190:2
190:12 195:18
244:5,24 245:5,13
**portion** 207:1,5
**posed** 255:16
**position** 175:14
239:2
**positive** 203:21
226:24
**possible** 166:13
180:12,16 181:4
181:17 200:23
226:9 259:21
260:2 261:24
**postoperatively**
228:2,9
**postponed** 178:20
**potential** 159:2
160:20 198:10
206:2,10,13 228:3
228:9 233:14,18
234:2 236:4
244:20
**potentially** 185:21
213:11 235:12
**potts** 141:17
**pottslaw** 141:18
**practice** 145:17
146:16 165:9
175:19,21 176:14
176:24 186:22
195:6 196:18
234:5 239:22
**pramudji** 138:9
140:6 143:1,6
144:1,7 145:2,7
226:15 255:3
267:4 270:4,12
**precautions** 256:7
256:11

Christina Pramudji, M.D.

**precede** 250:6
**preceptors** 246:22
  247:4
**presence** 225:12
**present** 263:8
**press** 243:21
**prevented** 253:4
**prevents** 251:10,16
**previous** 150:18
  166:20 167:3
  244:6
**previously** 217:3
  217:11 218:4
**price** 144:12
**primary** 177:18
  265:16
**prior** 173:19 200:8
  209:7 259:22
  267:3
**probably** 179:14
  180:11 187:12
  208:6
**problem** 152:13
  156:18 162:13
  223:21
**problems** 161:16
**procedural** 224:1
**procedure** 209:7
  212:19 213:5
**proceed** 145:9
  177:22 191:8
  226:17
**proceedings** 145:1
**process** 172:22
  187:15,20 197:18
**processes** 197:20
**produced** 184:12
  238:19,22
**product** 166:11
  201:7 215:10,19
  215:22 218:22
  220:12 222:9
  251:11,17 252:10
  253:5,7
**products** 138:4
  166:3,18 167:1

171:1 182:11
192:20 194:1,8
209:14 210:21
211:12 236:13,17
236:19 237:1
239:13 240:5
**professional**
  214:10,15,19
  215:4,9,17 216:7
  216:18
**professors** 262:14
**profit** 221:4,15,20
**prolapse** 146:8
  160:14 169:22
  179:5 183:1 184:4
  191:18 192:19
  194:1 209:14
  224:10 225:18,22
  226:3,8 227:10
  228:17 229:8
  230:23 246:2
  249:1,15,22
  250:17 255:12
  256:14,22 257:13
  257:20 259:2,23
  260:14,20 261:1
  264:21
**prolene** 226:21
  227:9,13 230:8
  231:18,23 266:4
**prolific** 262:5
**prolift** 145:13
  148:7,16 149:12
  149:22 150:6
  151:21 153:7
  159:2 162:4
  163:10 164:2
  168:10 170:24
  171:10,16 172:9
  172:14 179:19
  180:10 182:9,22
  187:6,21 188:6,11
  188:22 194:8
  196:2,8 197:5
  204:21,22 205:5
  205:10,17,22

206:12 209:19
210:1,5,9,16
214:2,8 231:5,8
233:1 236:12
237:12 239:10
240:2 243:22
244:3,21,24 245:2
245:12,15,20,23
246:1 258:8 266:4
**proper** 194:9,18
  195:10,19 212:24
**properly** 189:18
  196:20 230:13
**properties** 182:21
  244:9
**property** 199:20
**propounded** 270:6
**prosima** 144:5
  145:13 148:7,16
  149:12,22 150:7
  151:21 152:20
  153:1 154:24
  155:11,12,19
  156:13 157:18
  159:3 162:5
  163:10 164:2
  168:10 170:23
  171:10,16 172:9
  172:13 180:9
  182:9,22 184:20
  185:6,6 186:2
  187:5,21 188:6,11
  188:22 194:7
  196:1,8 197:5
  199:4,11,16 200:1
  200:7,12,22 201:3
  201:9 210:14
  211:16,22 212:6
  212:17 213:5,16
  214:1,11 230:22
  231:11 233:1
  236:12 239:11
  246:15,23 247:4
  255:6,11,18,21
  256:5,12,20 258:8
  260:10,13

**protrude** 233:19
  235:12
**provide** 150:5
  151:6,19 158:9
  215:2 229:15,23
  230:16
**provided** 152:3
**providing** 158:6,10
  214:20
**ps** 144:6 147:16
  151:14,15,21
  153:10 159:2
  162:11 163:6,11
  164:2 165:24
  166:3,4,7 167:9
  167:16 168:10
  169:11 170:11,21
  173:4,7,18 177:24
  178:5,9 180:10
  182:8,22 187:6,21
  188:5,12,13 196:1
  196:8 198:7,11
  205:5 214:6,6,16
  219:9,18,23
  223:13 224:7
  226:19 228:18
  229:1,9 231:15
  232:24 233:9,17
  234:1,9 235:10,21
  236:1 258:8
  259:18 265:22
  266:4
**public** 140:12
  209:16 251:7
  267:3,20 270:20
**published** 205:3
**pull** 213:21
**pulling** 213:11,12
**punctures** 161:10
**purpose** 221:19
**pursuant** 140:6
  267:10
**put** 146:5 156:9,19
  157:22 164:7,9,16
  165:1 171:6
  172:19 190:1

196:12 197:8
216:5,14,16
217:22 218:2
219:22
**puts** 156:7
**putting** 253:4,7

---

**Q**

**quantitative**
  195:17
**question** 145:15
  146:15 148:12
  149:6,11 150:8,12
  150:16,18,23,24
  152:9 156:21,21
  157:1,4 163:22
  164:20 174:23
  176:11 177:5
  188:16 191:11
  194:15 195:23
  196:4,6,23 197:2
  206:8 209:23
  210:7,14 213:2
  214:5 215:12
  216:13 221:6
  229:20 230:12
  235:2 237:4 241:6
  241:19 245:11
  246:14 249:7
  252:16 255:16
  258:2 260:1 264:3
**questions** 144:16
  179:5,15 182:21
  197:1 210:16,18
  241:24 246:4
  247:11 255:5,6,10
  255:13 257:5,8
  258:7,10 260:7
  266:9 270:6
**quick** 187:9 190:24
  226:11 246:13
**quijano** 139:4
**quite** 258:21

---

**R**

**r** 138:4 141:1,17

Christina Pramudji, M.D.

142:1
**ramp** 250:20
**ran** 155:22
**rare** 257:23 258:1
264:21,24 265:2,8
265:10
**rarely** 177:8
**rate** 200:11,22
201:3 202:17,24
203:1,11 236:11
236:16,22 237:3
237:16 239:10
240:20 243:2,9
**rates** 237:5,8,11,17
237:19,21,24
238:15,24 239:9
240:13
**rdr** 267:18
**reach** 215:9,18
**reaches** 215:21
**reaction** 155:11,16
156:4 157:18
158:10 183:3,8,12
183:15
**reactions** 158:14,24
161:23 166:19
167:2,8,15,22
168:9 216:19
218:3
**reactive** 244:7
**read** 150:10,12,22
150:24 162:3,15
164:20 165:9
169:15 175:19,22
176:15,24 179:24
180:3 187:14
215:23 220:3
256:16,23 268:3
270:4
**ready** 145:9 191:7
226:16
**real** 246:13
**really** 153:3,11
157:23 174:13
177:17 179:8
222:8 250:19

253:2 258:16
**realtime** 140:11
267:2,19
**reask** 156:20
188:17 196:4
209:24 235:2
245:11 249:9
264:2
**reason** 209:10
218:21 219:8
229:24 230:17
268:5 269:4,6,8
269:10,12,14,16
269:18,20,22,24
**reasonable** 166:16
166:21 168:16
169:3 170:22
172:7,12 203:8
209:22 210:3,12
217:24 218:6,7,12
218:17,18,20
219:3,6,22 220:4
220:6 231:22
**reasons** 146:5
**recall** 146:21,23
147:2,3,12 151:16
187:19 188:4
202:1,16,19,21
214:3,9,14 223:23
232:8 237:12
238:8 242:5,7,8
249:5 251:3,4,8
255:7,13,15 257:7
258:10 259:2,19
**receipt** 268:16
**receive** 201:8
**received** 205:21
206:1 262:24
263:7
**receives** 199:10,14
205:17
**recess** 191:3 226:12
254:23
**reclassifying**
209:14
**recommendation**

248:18 253:24
**recommendations**
248:9 250:9
253:13,20 254:4
**recommended**
256:15,22
**record** 145:8 179:1
182:5 191:2,7
226:11,16
**records** 259:14
**recurrence** 224:10
225:17,22
**recurrent** 160:14
**reduction** 244:8
**redundant** 156:10
156:17,24
**refer** 146:18 155:19
179:6
**reference** 256:3
**referenced** 144:8
255:11
**references** 255:21
**referring** 148:11
150:15 230:5
**regard** 152:20
153:7,10 155:15
183:23 184:3
195:9,9 199:16
214:5 216:19
232:5 237:4,7
244:3 248:23
249:13,20 255:21
257:19 260:10
**regarding** 151:13
152:24 188:10,21
189:6 201:17
204:20 210:20
238:14 242:13
243:21 247:19
**regards** 216:8
**region** 246:17
**registered** 140:10
267:2,18
**regulatory** 215:1
**related** 148:18
255:10 257:12

263:1
**relates** 138:5
**relative** 267:13,14
**release** 243:21
**released** 163:7
235:20,24
**reliance** 144:7
179:22,24 180:7
182:4 202:10
**relied** 205:2
**relies** 195:15
**rely** 177:18
**relying** 191:22
195:12,14,17
**remark** 155:21
182:3
**remember** 155:20
239:15,19 240:5
242:10 247:1,3,6
247:10 248:5,18
248:20 249:23
255:24 259:5
262:10,12
**reminder** 158:16
158:21
**reminding** 158:13
**remove** 173:6
218:23 219:10
**rendering** 266:3
**reoperation** 237:11
237:17,18,24
238:24 239:9,10
240:8,13,15,20
241:4
**reoperations** 238:2
241:1
**repair** 138:3 146:1
146:9,13,16 147:4
152:21 161:13
192:14 193:21
203:7 258:3
**repaired** 146:24
147:8
**repairing** 146:8
**repairs** 145:16,18
145:22 152:24

154:10 209:4
226:21
**repeat** 150:8
164:21,23 188:15
215:12 216:12
217:8 221:6 228:4
230:12 249:16
251:13
**rephrase** 224:19
**report** 144:8
178:24 179:6,21
179:23 180:7
182:9 191:12
202:23
**reported** 200:11,21
201:2 202:16
204:19
**reporter** 140:11,11
150:10 155:22
179:7 267:2,3,3
267:18,19,19
**reporting** 201:18
206:10 225:20
**reports** 182:4
**represent** 163:4
206:24 207:4
**representation**
152:5
**represented** 151:13
**reps** 166:2
**requested** 267:11
**require** 161:13,23
**required** 190:21
191:16
**rereview** 165:14
**research** 168:4,7,11
**residency** 147:8
**resists** 244:11
**resolve** 161:3
**resource** 214:7
**respect** 187:5
**responding** 243:21
**response** 160:17
183:3,12 244:8
**restate** 167:12
191:12

Christina Pramudji, M.D.

restroom 191:1
results 166:12
  174:2,10,17
  184:24 222:21,22
  229:4
retained 259:3
retention 159:21
return 268:14
reverse 240:18
review 162:12
  176:2 202:13
  220:11 238:11,14
  243:4
reviewed 187:4,19
  188:5 259:7,14
reviewing 169:17
reviews 169:19
  243:17
revision 163:6
rhynehart 139:14
ricks 141:17
riddell 138:11
ridgeland 142:4
right 151:17 165:11
  195:20 204:24
  209:2 212:14,20
  232:9 234:20
  237:12 238:9
  239:19 245:22
  249:2 251:23
  264:15 265:18
rigid 228:17 229:8
rigidity 228:1,7
  231:19 232:2
rigorous 182:16
risk 155:5,13
  156:14 159:4,9,12
  159:16,21 160:1
  207:15 209:6
  212:20 213:6,8,10
  217:2,4,10,12
  233:14,18 234:2,9
risks 155:8,12
  156:12 157:20
  158:12 159:2
  162:3,11 163:5,10

163:19 164:1
214:21 216:8,19
233:24
road 140:8
robert 243:20
robin 139:7
robinson 144:16
rough 238:5 240:18
  240:23 241:11
royalties 199:10,14
  199:16 200:1
  201:8 205:21
  206:2
royalty 205:17
rule 267:10
rules 157:6,13
  215:1
run 190:24

## S

s 138:5 141:1 142:1
sacrospinous 204:9
  204:15
safe 205:5 209:4
  222:3
safety 174:10
  248:11,23 249:13
  249:21 253:16,22
  254:1 265:15
sales 166:2
sandra 138:17
satisfaction 236:20
saw 180:13
saying 221:22
says 169:20 177:20
  178:14 198:13,13
  207:5 244:2,4
  250:2 253:14,23
  254:7 256:11
  260:12
scar 192:7 197:11
  197:19 198:2
  199:1 203:5,6
  204:6 213:22
  223:11,15,24
  224:7,9,12,15,19

224:23,24 225:6,9
225:16,21 230:1
230:17 244:7
scarring 197:24
  213:12
science 195:15
scientists 193:7,14
  194:5 197:13
  233:23
scissor 258:23
scissors 232:24
  233:10,17 235:11
  235:22 236:1
se 261:13
searches 250:12
second 157:5
  226:11 246:16
  250:1 256:10
section 155:11,16
  156:4 157:18
  158:11 256:7
  259:17 260:12,15
  260:18,23
see 177:20,20
  180:13,23 181:7
  184:14 229:3
  234:5 244:17
  246:17,19 247:20
  247:24 248:2,13
  248:15 250:1,7
  253:16 256:8
  263:11,22 264:8
seen 180:17 189:11
  195:6 201:22
  202:1 204:23
  214:3 232:4
  262:15
selection 200:24
sell 171:9,18
selling 172:2
  251:17
semantics 174:13
  198:24
send 217:24 218:12
  219:16
sense 152:22 154:9

177:19 230:22
sentiment 249:4
set 178:16 267:8
sex 225:10
sexual 228:3,10
shared 240:10
sharon 138:12
  139:5 241:15
  242:6
sharp 233:2,5,9,16
  233:18 234:9,10
  235:9,11
sharper 233:11
  234:17
sheet 268:6,9,12,15
  270:7
sheets 231:15 233:2
sherry 138:20
shift 182:19
shively 139:19
  141:15
short 191:7 226:16
shouldnt 260:19
show 222:22
  229:14,22 230:15
showing 222:21
  256:6
shrinkage 161:7
  198:9,14 202:4,17
  202:24 203:1,5,6
  203:11,19 204:1
sic 158:9 240:7
sign 268:8
signature 267:10
signed 261:11
significance 196:1
  196:7 197:11
  256:18 258:13
significant 180:24
  181:7 203:1,12
  217:4,12
signing 268:10
simply 174:12
sit 149:10,16
  202:19 232:8
  238:8 242:12,20

261:23 264:16
site 200:13,14,22
  201:4
sitting 151:16
situation 174:13
situations 149:1,16
  151:5 152:11
sixth 248:1
size 186:6 189:7,16
  189:23 190:19,21
  191:14,16,20,24
  194:7,23 195:1,7
  195:10,18,24
  196:7
sizes 189:11 196:16
  196:21 197:6
skills 176:4,8
small 145:24 146:8
  146:17 190:12
smaller 189:22
  192:2,4 194:13
smith 138:18
smoked 254:6,11
smokers 253:16
snow 142:2
soft 226:3 234:23
  266:4
sold 172:9,14
  199:11 201:9
  218:22 219:9
  222:17 251:23
soliciting 208:8
solve 223:22
somewhat 184:5
  190:2
sorry 163:21
  216:12 235:5
  249:16 264:4
sort 156:17 158:17
  177:19 187:13
  240:24
sounds 187:10
  203:8 219:4
  245:22
source 215:3
southern 138:1

246:17
**space** 268:6
**speak** 220:20
263:23
**speakerphone**
141:8,13,18
**speaking** 220:21
**specialized** 188:9
188:21 189:6
**specific** 149:9
151:8 154:24
155:1 239:17
241:24
**specifically** 171:4
195:22 196:5
198:8 249:5
264:17 265:15
**spelling** 202:11
**spent** 241:12,14
242:6,9,14,23
**sphincter** 253:15
**spill** 158:18
**spin** 201:17
**sricks** 141:18
**st** 144:12
**stage** 255:12,18,22
256:13,20,22
**stance** 264:13
**standard** 191:23
192:9,17 193:8,15
193:20 194:22
229:15,23 230:4,7
230:8,9,16
**stands** 250:3
**start** 148:21 163:22
172:2 234:19
**started** 208:7
239:13,18 240:1
**state** 140:12 239:17
265:11 267:21
268:5
**stated** 178:12 190:7
190:9,18 191:13
202:3 210:18,19
250:14
**statement** 150:3

152:20,24 207:18
256:19 257:22
**statements** 257:16
**states** 138:1 164:4
168:9 178:2,10
210:22 211:10
248:11
**stenographically**
267:7
**stephen** 141:17
**sticker** 220:1
**stiff** 224:24 226:7
226:20 227:20
228:13 229:3
**stiffer** 232:13
**stiffness** 224:16,17
224:18,20,22
228:2,8 229:1
230:2,18 231:19
232:2,6
**stone** 139:17
**stopped** 239:18
240:4
**strain** 195:24 196:3
196:7,11,17,19
197:8
**street** 141:8
**stress** 192:19
196:13
**stretch** 197:7
**stretching** 187:12
**strike** 152:16,18
153:15,19 158:7
158:20 165:7,22
166:14 167:24
168:4 172:10
174:20 175:16,19
176:10 177:10
178:6 183:18,24
184:17 190:8
193:2,5 199:22
200:19 204:13
207:3,22,24
209:23 216:15
222:12 223:18
225:4,14 229:19

233:14 235:22
264:1
**string** 144:10
**structures** 161:11
**studied** 186:17
189:10 195:23
196:5
**studies** 206:11
222:22 232:4
253:14,24 254:13
258:2
**study** 168:7 200:7
200:12 201:2,10
202:16 206:3
232:10 265:15
**subject** 268:10
**subscribed** 270:15
**substance** 270:7
**substantial** 148:4
**substitute** 214:20
**success** 200:11,21
201:3 207:14
236:11,16,22
**successful** 236:19
**successfully** 192:24
226:2
**sued** 253:3
**suffering** 204:21
**sufficient** 155:15
254:9
**suite** 141:3,8,19
142:4
**suits** 211:2
**supplemental**
177:19
**support** 148:8,17
149:4,13,24
150:20 174:16
175:13 203:16,16
205:4 212:5
244:13 263:10
**supports** 174:10
**supposed** 211:16
**supulveda** 262:11
262:17
**sure** 158:16 163:15

164:5,8 166:21
174:21 176:20,21
187:23 188:3,7
210:6 215:21
216:24 217:9
218:5,18 221:9
228:5 230:13,14
231:16 234:15
**surgeon** 156:11
158:1 166:10
167:7,11,11,13,14
167:19 168:8
173:17,24 176:4
197:6 214:7
244:10
**surgeons** 158:13
162:7 168:18,21
169:5 176:24
177:5,8 257:11,15
258:19 261:4,14
261:16 262:5
**surgeries** 154:3
159:24 160:4,7,10
160:13,16,19,24
161:5,15,21 162:1
**surgery** 146:12
147:9 154:5,8,13
154:18 155:9,13
157:20 158:12
159:7,11,15,19
167:20 178:1,6
185:11,15 191:18
203:4 208:10
223:15 244:14
261:15
**surgical** 161:13,23
169:22 265:17
**surprised** 200:19
200:20 206:6
**surrounding** 161:7
198:9,15,19 202:6
203:20
**survey** 168:4,7
**suture** 233:11
**sutures** 146:5 147:7
183:5

**sworn** 145:3 267:4
270:15
**system** 138:3
256:12

---

**T**

**take** 169:14 190:23
198:20 199:13
206:18 254:21
**taken** 140:6 191:3
226:12 254:23
267:7
**targeted** 246:24
**taylor** 139:20
141:15
**team** 186:12 248:18
250:10
**technique** 213:16
**technologies**
140:21
**tell** 169:16 218:21
237:23
**telling** 218:2
**ten** 146:4
**tension** 196:21
211:17 212:18
213:4,13,17,23
**tensionfree** 211:21
212:17 213:3
**teri** 139:19
**term** 187:2,18
197:11 198:2,3,6
**terminology** 187:8
**terms** 217:4,13
**testified** 145:4
165:8 169:10
220:10 259:16
**testify** 267:5
**testimony** 151:11
174:5 177:13
208:19 243:6
267:7
**testing** 187:11
**texas** 140:8,12
141:9,19 267:21
**thank** 146:14 163:2

**thats** 146:20 147:19
148:14 149:5,19
152:7,9,10 156:3
156:9,13 157:22
158:5 162:6
165:16 166:10,22
169:17 171:12
172:6,11 174:18
176:5 178:3 180:9
181:11 183:6,14
187:13 188:13,24
190:2 195:13,14
198:15 202:24
203:23 208:15,22
209:7 211:18
213:13 214:13
216:6,17 218:5
219:3 220:15
223:1 225:19
226:24 227:22
230:19 232:3
233:22 234:5
238:18 240:12
243:9 244:22
245:6,9 246:4
247:11 250:13,16
250:19,24 251:12
251:18,19 252:16
254:1,7 259:12
260:2,5,21 261:2
262:11 263:6
264:22 265:2
266:1,8
**theoretically** 164:6
164:8
**therere** 262:7
**theres** 148:2 153:3
167:1 177:21
179:22 180:12,16
180:19 182:7
196:19 203:24
206:13 211:7,7
214:14 222:21,22
223:15 240:23
241:8 258:16
260:12,17,22

265:12
**theyre** 148:11
156:15,16 162:13
166:11 170:1
184:11 186:8
190:15 203:15
209:5 221:21,22
233:5,6 234:15,16
258:23
**thigh** 161:18
**thing** 166:16
177:18 187:13
188:13 195:13
198:16 203:21
227:1 244:1
251:12,18,20
253:6,9
**things** 145:12 149:9
156:23 164:7,17
165:1 205:1
213:21 264:18
**think** 148:2 149:16
151:8 154:13,18
155:3,7 156:15,21
162:8 165:21
166:15,23 168:15
169:2,10 171:3
172:7,12 173:12
173:15,17,24
174:11,15 175:6
176:23 178:15
179:12,14 180:17
181:10,18 188:18
189:20 190:14,14
190:18,21 191:13
191:16 193:7,10
194:12,14 195:2
195:14,20 196:18
196:24 197:1
198:15 199:8
201:6,12 203:14
204:4 207:13
208:10 209:3,22
212:22 213:10,11
213:13 215:20
217:23 218:5,6,11

218:17,18,19
219:3,6,13,21
220:4,6,15 221:2
221:12,18 222:4
222:16,19,20
223:1 224:21
227:18 232:17
235:2 241:5 245:5
251:19 254:16
255:17 256:2
259:4 261:7
263:13,17 264:3,6
264:15 265:18
266:6
**thinks** 192:17,22
193:2
**third** 177:11 244:2
246:18
**thirty** 268:16
**thought** 156:23
164:14 182:15
193:14 194:16
211:20 212:1,4,9
223:4 249:23
**three** 170:13 172:8
172:8,13 202:17
202:24 258:14
259:4
**thursday** 140:2
**time** 146:6 147:15
147:18 150:23
160:22 165:10
172:16 199:10
208:3,6 220:12,19
232:19 239:8
248:21 249:11,17
249:18,24 253:19
254:9,14 263:18
267:8
**timeline** 247:2
**times** 190:8
**tina** 139:22
**tissue** 152:21 161:7
190:13,22 191:17
192:7 194:9,18
195:11,19 197:19

198:9,15,19 199:1
203:5,7,20 204:6
213:11,22 224:24
230:1,18 235:12
244:16
**tissues** 189:18
202:5 226:4 227:5
227:14,21 233:20
236:3
**titled** 246:15
**today** 149:10,17
162:11 178:1,6,10
185:23 202:20
209:11 242:12,20
256:5 257:5 258:7
261:23
**told** 171:9 193:22
223:5 230:21
234:7 235:8
**top** 179:12 202:14
230:21 262:12
**total** 238:1,2
**traditional** 226:20
227:9,13
**train** 263:20
**trained** 213:15
**training** 145:24
176:8 177:7
**transcript** 267:7
268:17,18
**transcription** 270:5
**translate** 224:1
**transvaginal**
169:12 171:4,6
173:6 204:19
209:3 218:16,24
219:10
**transvaginally**
173:18 174:2
178:1,6,10
**treated** 204:21
240:4
**treatment** 161:23
169:23 183:1
184:4 213:9 222:4
226:2,7 227:9

228:16 246:2
248:24 249:14,21
250:18
**trial** 238:24 243:10
**trials** 229:14,22
230:15
**tried** 182:14 260:4
**trim** 258:20
**trimming** 232:19
**trocars** 186:10
**true** 147:23 152:6
152:20,24 172:6
172:11 203:23
263:6
**truth** 267:5,5,5
**try** 146:16 176:11
**trying** 154:16
223:22 229:2
**turn** 246:16 247:23
**tvm** 205:4
**tvt** 182:2 214:8
237:13
**twohour** 254:17
**type** 188:10,21
189:1 192:18
**typical** 146:16
165:9 168:8
175:18,21 176:14
176:23
**typically** 165:13

---

**U**

**u** 138:5
**uhhuh** 243:1
**ultimately** 245:24
**ultrasonically**
232:1,7,11
**umbilical** 145:24
146:8,10,17
**unaware** 259:17
**understand** 154:17
157:6 176:20,21
185:22 191:21
230:11
**understanding**
244:19,22

**understood** 211:21 212:5,12,18 213:3
**unfortunately** 207:16
**unfounded** 211:3,4 211:13 234:13 235:14 236:5
**unique** 155:5 204:10
**united** 138:1 164:4 168:8 178:2,10 210:22 211:10
**unnecessary** 156:4 156:8,16 157:20 158:4 162:4 164:18 165:2
**unreasonable** 166:22
**unsafe** 251:11,18
**unsupported** 152:4
**update** 165:19 168:14,24 169:9 173:19
**updated** 166:8 169:15
**urethra** 161:12
**urge** 159:16
**urinary** 159:12,20 159:20 192:19
**urology** 144:12 247:20 250:4
**use** 147:10 152:22 154:9 168:14 169:1,8,15 170:12 170:20,23 172:15 174:16 175:22,23 176:2,3,15,16,18 176:19,19,22 177:1,2,14,15,17 178:2,12 184:23 189:2 218:15 219:10,18 220:2 227:5,13 230:22 256:11,14 257:24 263:10,16,19 264:9 265:13,21

**user** 165:23 184:7
**users** 262:5,8
**uses** 215:10,18 244:24 245:12
**usually** 258:21
**uterine** 169:22
**uterosacral** 204:9
**utilized** 192:23

**V**
**vagina** 189:22 223:16
**vaginal** 152:23,23 154:9,19 169:22 203:17 212:5 226:4 227:5,13,21 228:2,8 233:20 235:12 236:3 244:15
**vaguely** 248:7
**variable** 160:21
**verbatim** 267:7
**vessels** 161:11
**virginia** 138:1,15
**voiding** 160:1,21
**voluminous** 260:3

**W**
**wagstaff** 141:2
**wake** 213:20
**wall** 145:18 203:17 244:15
**want** 145:14 162:24 169:14 173:19 174:6 175:2,7 179:4,16 190:23 203:6 217:20 219:7 220:3,16 223:3,9 263:19
**warlick** 139:10
**warn** 152:2 155:2 211:6,8
**warned** 217:3,11
**warning** 151:7
**warnings** 150:6 151:20 256:6,11

**warns** 198:8
**warranted** 169:24
**wasnt** 147:17 163:21 239:23 254:9
**waugh** 141:19
**wave** 138:6 144:9
**way** 156:9 165:17 168:23 184:15 186:5 213:21 215:16 247:9 258:17 266:7
**wcllp** 141:3
**website** 250:6,11
**websites** 250:7,12
**weight** 183:10 245:1,6,14,20
**wendy** 139:2
**went** 240:8,15
**west** 138:1
**westin** 140:7
**weve** 198:18 218:3 218:14
**whats** 162:21 176:5 243:15 246:10 247:16
**white** 138:15
**whos** 263:13 264:6
**widely** 192:23
**william** 142:2,3 163:1 178:24 254:15 255:4
**williams** 139:16
**wilson** 138:23
**withdraw** 229:20
**witness** 169:19 179:11 243:17 267:10,11 268:1
**wolfe** 138:17 178:19
**woman** 217:5,14
**womans** 182:24 226:4 233:20 236:3
**women** 152:22 204:20 209:5,20

210:2,11
**womens** 144:12 250:3
**word** 158:21 167:24 183:18
**work** 259:23 263:1
**worked** 185:20 186:10,11
**working** 239:21 259:1
**works** 194:14 195:5
**wouldnt** 147:16 156:15 157:21 165:13 166:9,22 174:6 180:3 212:21 220:22 229:2 240:9 263:8 265:6
**wound** 160:8 183:16 234:21
**wrinkling** 244:11
**wrong** 148:5 234:12
**wrongful** 147:24 148:3,9,19 149:2 149:15 221:2,13 222:5

**X**

**Y**
**yeah** 148:2 163:2 174:14 179:18 188:17 196:4,24 239:23 242:2 254:20 265:9
**year** 239:18
**years** 146:1,4 147:1 170:13,17 172:8,8 172:13 239:14 259:4
**yesterday** 155:20 155:23 169:10 255:6 256:20,24 257:5 258:7
**youd** 230:12 251:21

260:11,17
**youll** 198:1,2
**youre** 146:8 165:23 174:9 176:3 182:1 183:7 186:14 191:22 195:17 204:5 230:5 241:9 264:12
**youve** 166:3 188:4 202:3 210:18 220:10,11 237:9 241:5,12,14 242:6 242:9,13 243:3 259:6 264:3

**Z**
**zero** 201:2
**zipfel** 243:20,20
**zoomerang** 144:16

**0**
**00** 226:12
**000** 211:9
**01** 144:14
**02** 144:11
**03** 144:10,10
**06** 266:13
**09** 191:3 226:13

**1**
**1** 138:6 144:9 180:18 189:16,21 190:20 191:15 194:8,13,14,17
**10** 226:12,13 254:23,24
**100** 141:8,19 200:18,21
**1020** 142:3
**11** 144:15 151:21,24 256:6 266:13
**12** 144:6 162:19,22
**12cv00276** 139:10
**12cv00277** 138:7
**12cv00335** 138:17
**12cv00368** 139:6
**12cv00376** 139:21

Christina Pramudji, M.D.

| | | | |
|---|---|---|---|
| **12cv00378** 139:22 | **2** | **270** 143:13 | **77007** 141:19 |
| **12cv00379** 139:19 | **2** 138:3,7,8,10,11 | **271** 143:14 | |
| **12cv00401** 139:24 | 138:13,14,16,17 | **276** 143:12 | **8** |
| **12cv00470** 138:14 | 138:19,20,22,23 | **27th** 246:15 | **8** 140:9 267:21,21 |
| **12cv00483** 139:9 | 139:1,3,4,6,7,9,10 | **29** 144:10 | **816** 141:4 |
| **12cv00511** 139:16 | 139:12,13,15,16 | | **820** 141:13 |
| **12cv00547** 138:11 | 139:18,19,21,22 | **3** | **877** 140:21 |
| **12cv00554** 138:13 | 139:24 200:1 | **30** 144:10 242:15 | |
| **12cv00651** 139:7 | 205:21 | 242:23 267:10 | **9** |
| **12cv00652** 139:18 | **20** 270:16 | 268:16 | **9** 191:3,4 |
| **12cv00760** 138:22 | **200** 138:6 | **300** 141:3 | **917** 140:21 |
| **12cv00783** 139:3 | **2005** 193:16 224:5 | **3031** 141:8 | **945** 140:8 |
| **12cv00799** 139:4 | 240:1 | **3377** 140:21 | **9485711** 142:5 |
| **12cv00806** 138:8 | **2008** 144:11 209:16 | **350** 141:19 | **9638881** 141:20 |
| **12cv00878** 138:20 | 246:15 249:3 | **370** 140:21 | |
| **12cv00899** 139:1 | 251:7 254:14 | **39157** 142:4 | |
| **12cv00938** 138:10 | **2009** 144:10,10,14 | **3rd** 163:8 | |
| **12cv00958** 138:16 | 229:6 247:19 | | |
| **12cv00960** 139:12 | 248:6,22 249:12 | **4** | |
| **12cv01119** 139:15 | 249:19 250:22,23 | **41** 254:23 | |
| **12cv01275** 139:13 | 253:19 | **4740** 141:3 | |
| **12cv01286** 138:23 | **2011** 209:16 | | |
| **12cv01318** 138:19 | **2012** 208:10,12,16 | **5** | |
| **12md02327** 138:3 | 250:15 | **50** 242:16,24 | |
| **13** 140:9 144:7,14 | **2013** 170:8,22 | **504** 141:14 | |
| 181:22 182:5 | 173:19,22 218:12 | **513** 206:16 | |
| **13th** 247:19 | 265:22 | **522** 171:11,16 | |
| **14** 144:10 243:12 | **2015** 162:16 163:7 | **53** 254:24 | |
| 243:15 | 163:8 164:12 | **5505239** 141:9 | |
| **1400** 142:4 | 166:8 167:9,16 | **5672** 140:21 | |
| **142** 143:4 | 169:16 170:7 | **5814892** 141:14 | |
| **145** 143:7 | 217:21 | **591** 140:21 | |
| **15** 144:11 246:7,10 | **2016** 138:10 140:2 | | |
| **155** 144:5 | 143:2 144:2 | **6** | |
| **16** 144:14 191:4 | 267:21,22 | **600** 243:3 | |
| 247:13,17,18 | **214** 141:9 | **601** 142:5 | |
| **162** 144:6 | **24** 138:10 140:2 | **64112** 141:4 | |
| **17** 144:16 202:17 | 143:2 144:2 | | |
| 202:23 203:5,8,11 | 267:22 | **7** | |
| 247:14,17 | **243** 144:10 | **70** 211:9 | |
| **181** 144:7 | **246** 144:11 | **700** 243:7 | |
| **1996** 147:10,13,17 | **247** 144:14,16 | **7011100** 141:4 | |
| **1997** 147:10 | **255** 143:8 | **70113** 141:14 | |
| **1998** 192:10 | **264** 143:9 | **713** 141:20 | |
| **1millimeter** 189:7 | **267** 143:11 | **75** 191:20 194:23 | |
| 195:24 196:6 | **27** 144:11 | 195:12 | |
| | | **75204** 141:9 | |

Case 2:12-md-02327 Document 2159-3 Filed 05/09/16 Page 1 of 30 PageID #: 57658
Case 3:20-cv-00851-MO Document 91-3 Filed 05/26/21 Page 449 of 478

Christina Pramudji, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., | )MASTER FILE NO. |
| PELVIC REPAIR SYSTEM | )2:12-MD-02327 |
| PRODUCTS LIABILITY | ) |
| LITIGATION | ) |
| | )MDL 2327 |
| --------------------- | ) |
| | ) |
| Joy Essman | )IN RE TVT & TVT-O |
| Case No. 2:12-cv-00277 | ) |
| | ) |
| Barbara A. Hill | )JOSEPH R. GOODWIN |
| Case No. 2:12-cv-00806 | )U.S. DISTRICT JUDGE |
| | ) |
| Paula Kriz | ) |
| Case No. 2:12-cv-00938 | )DEPOSITION OF |
| | )CHRISTINA PRAMUDJI, M.D. |
| Brenda Riddell | ) |
| Case No. 2:12-cv-00547 | ) |
| | ) |
| Sharon Carpenter | ) |
| Case No. 2:12-cv-00554 | ) |
| | ) |
| Mary Jane Olsen | ) |
| Case No. 2:12-cv-00470 | ) |
| | )MARCH 24, 2016 |
| Virginia White | ) |
| Case No. 2:12-cv-00958 | ) |
| | ) |
| Sandra Wolfe | ) |
| Case No. 2:12-cv-00335 | ) |
| | ) |
| Marie Smith (f/k/a Banks)) | ) |
| Case No. 2:12-cv-01318 | ) |
| | ) |
| Sherry Fox | ) |
| Case No. 2:12-cv-00878 | ) |
| | ) |
| Lois Durham | ) |
| Case No. 2:12-cv-00760 | ) |
| | ) |
| Elizabeth Blynn Wilson | ) |
| Case No. 2:12-cv-01286 | ) |

Christina Pramudji, M.D.

| Page 2 | Page 4 |
|---|---|

**Page 2**

```
 1   Daphne Baker          )
     Case No. 2:12-cv-00899 )
 2                         )
     Wendy Hagans          )
 3   Case No. 2:12-cv-00783 )
                           )
 4   Maria Eugenia Quijano )
     Case No. 2:12-cv-00799 )
 5                         )
     Sharon Boggs          )
 6   Case No. 2:12-cv-00368 )
                           )
 7   Robin Bridges         )
     Case No. 2:12-cv-00651 )
 8                         )
     Carey Cole            )
 9   Case No. 2:12-cv-00483 )
                           )
10   Cathy Warlick         )
     Case No. 2:12-cv-00276 )
11                         )
     Donna Amsden          )
12   Case No. 2:12-cv-00960 )
                           )
13   Heather Long          )
     Case No. 2:12-cv-01275 )
14                         )
     Penny Rhynehart       )
15   Case No. 2:12-cv-01119 )
                           )
16   Nancy Jo Williams     )
     Case No. 2:12-cv-00511 )
17                         )
     Maria Stone           )
18   Case No. 2:12-cv-00652 )
                           )
19   Teri Key Shively      )
     Case No. 2:12-cv-00379 )
20                         )
     Charlene Logan Taylor )
21   Case No. 2:12-cv-00376 )
                           )
22   Tina Morrow           )
     Case No. 2:12-cv-00378 )
23                         )
     Carol Jean Dimock     )
24   Case No. 2:12-cv-00401 )
```

**Page 4**

```
 1   A P P E A R A N C E S :
 2       WAGSTAFF & CARTMELL, LLP
         BY:  ANDREW N. FAES, ESQUIRE
 3           afaes@wcllp.com
             4740 Grand Avenue, Suite 300
 4           Kansas City, Missouri 64112
             (816) 701-1100
 5           Counsel for Plaintiffs
 6
         EDWARDS & DE LA CERDA, P.L.L.C.
 7       BY:  PETER DE LA CERDA, ESQUIRE
             peter@edwardsdelacerda.com
 8           (Via Speakerphone)
             3031 Allen Street, Suite 100
 9           Dallas, Texas 75204
             (214) 550-5239
10           Counsel for Amsden Plaintiff
11
         HERMAN, HERMAN & KATZ, LLC
12       BY:  MIKALIA M. KOTT, ESQUIRE
             mkott@hhklawfirm.com
13           (Via Speakerphone)
             820 O'Keefe Avenue
14           New Orleans, Louisiana 70113
             (504) 581-4892
15           Counsel for Taylor and Shively
             Plaintiffs
16
17       THE POTTS LAW FIRM, LLP
         BY:  STEPHEN R. RICKS, ESQUIRE
18           sricks@potts-law.com
             (Via Speakerphone)
19           100 Waugh Drive, Suite 350
             Houston, Texas 77007
20           (713) 963-8881
             Counsel for Carpenter Plaintiff
21
22
23
24
```

**Page 3**

```
 1
                - - -
 2
          Thursday, March 24, 2016
 3
                - - -
 4
 5       Oral Deposition of CHRISTINA
 6   PRAMUDJI, M.D., In Re TVT and TVT-O, taken
 7   pursuant to notice, was held at the Westin
 8   Houston, Memorial City, 945 Gessner Road,
 9   Houston, Texas, beginning at 11:10 a.m., on
10   the above date, before Micheal A. Johnson,
11   Registered Diplomate Reporter, Certified
12   Realtime Reporter, and Notary Public for the
13   State of Texas.
14
15
16              - - -
17
18
19
20
21
22
23
24
```

**Page 5**

```
 1
 2   A P P E A R A N C E S :
         BUTLER SNOW LLP
 3       BY:  WILLIAM M. GAGE, ESQUIRE
             william.gage@butlersnow.com
 4           1020 Highland Colony Parkway
             Suite 1400
 5           Ridgeland, Mississippi 39157
             (601) 948-5711
 6           Counsel for Defendants
 7
                - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 to 5)

Christina Pramudji, M.D.

Page 6

1           INDEX
        CHRISTINA PRAMUDJI, M.D.
2          March 24, 2016
3
4    APPEARANCES                    4
5
6    EXAMINATION OF CHRISTINA PRAMUDJI, M.D.:
7        BY MR. FAES          8
8        BY MR. GAGE          66
9        BY MR. FAES          68
10
11   CERTIFICATE                   69
12   ERRATA                    71
13   ACKNOWLEDGMENT OF DEPONENT         72
14   LAWYER'S NOTES                73
15
16
17
18
19
20
21
22
23
24

Page 7

DEPOSITION EXHIBITS
CHRISTINA PRAMUDJI, M.D.
March 24, 2016

1           DEPOSITION EXHIBITS
        CHRISTINA PRAMUDJI, M.D.
2          March 24, 2016
3   NUMBER         DESCRIPTION       MARKED
4   Exhibit 18  Expert Report of        9
        Christina Pramudji, M.D.
5
6   Exhibit 19  CV of Christina Klein    14
        Pramudji
7   Exhibit 20  04/21/2014 E-mail String    34
8   Exhibit 21  Gynecare TVT            43
        Tension-free Vaginal
9       Tape System -
        Instructions For Use
10
11
12
13
        PREVIOUSLY MARKED EXHIBITS
14
15  NUMBER       DESCRIPTION      REFERENCED
16  Exhibit 13  ...................    10
17
18
19
20
21
22
23
24

Page 8

1              PROCEEDINGS
2          CHRISTINA PRAMUDJI, M.D.,
3       having been first duly sworn,
4           testified as follows:
5             EXAMINATION
6    BY MR. FAES:
7        Q.    Doctor, my name is Andy Faes,
8    and I'm here to take your deposition now
9    regarding the TVT and TVT-O case.  Do you
10   understand that?
11       A.    Yes.
12       Q.    You understand that you're
13   still under oath from earlier and you're
14   still sworn to tell the truth, correct?
15       A.    Yes.
16       Q.    And again, as before, if I ask
17   a question that doesn't make sense to you,
18   please let me know and I'll try to rephrase
19   the question.
20       A.    Okay.
21           MR. FAES:  I'm just going to
22   continue the exhibit numbers.  Is that
23   okay?
24           MR. GAGE:  That's fine.

Page 9

1           (Deposition Exhibit 18 marked.)
2    BY MR. FAES:
3        Q.    Doctor, I'm going to hand you
4    what's been marked as Exhibit No. 18 to your
5    deposition.  Can you tell me what that is?
6           MR. GAGE:  And just for the
7    record, when he says, "We're
8    continuing the exhibit numbers," he
9    means we're continuing the exhibit
10   numbers that were marked from
11   Dr. Pramudji's prior deposition that
12   was this morning and then yesterday in
13   the Prolift, Prosima and Gynemesh PS
14   cases.
15           MR. FAES:  Right.  And we
16   may -- actually, we are going to refer
17   back to some of those exhibits as
18   well.
19       A.    This is my expert report
20   containing my opinions about the TVT.
21   BY MR. FAES:
22       Q.    Does this report contain each
23   of the opinions you've reached regarding the
24   TVT and TVT-O?

3 (Pages 6 to 9)

Christina Pramudji, M.D.

Page 10

1  A.  Yes, thus far.
2  Q.  Now, this report discussed
3  various facts.  Did you discuss the facts in
4  your report that you felt were the most
5  important to you in drawing your opinions in
6  this report?
7  A.  Yes.
8  Q.  And there are articles cited
9  here in your report.  And in terms of your
10  decision-making and writing the report, why
11  did you cite to those articles in your
12  report?
13  A.  I felt like those articles had
14  the best level I data, as far as randomized
15  control trials, and reviews which were the
16  most rigorous.
17  BY MR. FAES:
18  Q.  And you've also got a reliance
19  list which is in front of you, which is
20  previously marked as Exhibit 13 in your
21  previous deposition.  Is that all -- is that
22  a list of all the material that you've
23  reviewed and relied upon for your TVT and
24  TVT-O opinions in addition to the materials

Page 11

1  cited in your report?
2  A.  Yes, I believe so.
3  Q.  Are there any materials that
4  you reviewed or relied upon in forming your
5  opinions that are not either listed in your
6  report marked as Exhibit 18 or in your
7  reliance list marked as Exhibit 13?
8  A.  Not that I can think of right
9  now.
10  Q.  Can you tell me when you were
11  first contacted about being an expert for
12  this case, meaning this particular report?  I
13  know you've served as an expert for TVT and
14  TVT-O in the past, but when were you first
15  contacted to be an expert for this particular
16  wave?
17  A.  I believe it was in November of
18  2015.
19  Q.  And how many hours would you
20  say you've spent completing your general
21  report?
22  A.  Well, I just had to modify a
23  previous report, so it wasn't that much time.
24  Q.  And how many hours would you

Page 12

1  estimate that you spent?
2  A.  Maybe ten hours.
3  Q.  And what previous report did
4  you modify to create the report that's in
5  front of you?
6  A.  I had done a TVT report in a
7  previous case, I think it was -- was it --
8  Bellew, if I remember correctly.
9  Q.  I don't think it was Bellew.
10  A.  No.  Oh, Huskey.  Huskey.
11  Q.  Okay.  And that report was
12  issued in 2014; is that correct?
13  A.  That sounds about right.
14  Q.  So you hadn't updated your TVT
15  or TVT-O opinions between 2014 and when this
16  report was signed in February of this year?
17  A.  I believe that's correct.
18  Q.  Do you recall specifically any
19  new opinions that you have that are contained
20  within this report that are important to you
21  that have changed since the last time you
22  were deposed in 2014 and testified?
23  A.  No.
24  Q.  Doctor, I've added up the

Page 13

1  number of hours that you estimate you've
2  worked for these Wave 1 cases.  You told me
3  that you estimated between 30 and 50 hours
4  for each case-specific report, which would
5  put you between 420 and 700 hours.  Do you
6  have any reason to disagree with my math on
7  that?
8  A.  No, that sounds right.
9  Q.  And those hours would be billed
10  at $600 an hour, correct?
11  A.  Correct.
12  Q.  So if you multiply those
13  numbers, I estimate that you will be paid
14  approximately between 252,000 and $420,000
15  just for your case-specific opinions in this
16  Wave 1; is that correct?
17  A.  That sounds like correct math.
18  Q.  And in addition, you'll bill
19  approximately $36,000 for your TVT-O general
20  report and your Prosima Gynemesh PS and
21  Prolift report, based on 50 hours for the
22  Prosima, Prolift, Gynemesh PS report and
23  ten hours for the TVT report.  Does that
24  sound correct?

4 (Pages 10 to 13)

Christina Pramudji, M.D.

| Page 14 |
|---|

1    A.    Yes.
2    Q.    So in total, if my math is
3    correct, you stand to be paid by Ethicon's
4    attorneys somewhere between 288,000 and
5    $456,000 for the reports you've issued in
6    this Wave 1?
7    A.    Yes.
8    Q.    Doctor, you've provided a CV
9    with your report; is that correct?
10    A.    Yes.
11    Q.    I'll make another copy of your
12    CV as 19.  It's one that was with the report,
13    but I don't think that's going to materially
14    affect the questions I'm going to ask.
15         (Deposition Exhibit 19 marked.)
16    BY MR. FAES:
17    Q.    Doctor, within your CV is a
18    list of publications.  Do any of the
19    publications in your CV specifically address
20    the TVT or TVT-O?
21    A.    No.
22    Q.    You've never published in the
23    area of sling complications; is that right?
24    A.    That's correct.

| Page 15 |
|---|

1    Q.    Do any of your publications
2    specifically address midurethral
3    polypropylene slings?
4    A.    No.
5    Q.    I realize you've been asked
6    this, but it's been a couple of years.
7    Doctor, what slings do you currently use?
8    A.    Currently use the TVT Exact,
9    TVT Obturator and TVT Abbrevo.
10    Q.    Have you done preceptorships
11    for all three of those products?
12    A.    I have not done preceptorships
13    for TVT Exact and retropubic TVT, but I did
14    do preceptorships for Obturator and Abbrevo.
15    Q.    That's what I thought you were
16    going to say.  So you no longer, at least
17    currently, use the TVT retropubic or classic
18    TVT product; you only use the TVT Exact,
19    which I understand is also a retropubic
20    sling, but it's not the original 1998
21    version, correct?
22    A.    Correct.
23    Q.    When you use the TVT-O sling,
24    do you know if you use the laser cut version

| Page 16 |
|---|

1    of the sling or the mechanically cut version
2    of the sling?
3    A.    I don't know.
4    Q.    Do you know how to tell the
5    difference if you were to pick up the box?
6    A.    I believe that the -- no, I
7    really don't.
8    Q.    And you do know that both the
9    TVT Exact and the TVT Abbrevo products are
10    only offered in laser cut mesh, right?
11    A.    I don't really know.  I don't
12    really pay attention.
13    Q.    You don't know?
14    A.    It doesn't matter clinically.
15    Q.    Do you -- are you currently
16    still using the Solyx device?
17    A.    No.
18    Q.    Did you ever end up enrolling
19    any patients for the Solyx clinical trial?
20    A.    No.  I moved practices in
21    the -- midstream of setting up that trial,
22    and it was just too cumbersome to try to set
23    it up and start my own business at the same
24    time.

| Page 17 |
|---|

1    Q.    Have you implanted any Solyx
2    devices in the last three years?
3    A.    No, I don't believe so.
4    Q.    Have you implanted any products
5    other than -- strike that.
6         Have you implanted any
7    midurethral polypropylene slings other than
8    the TVT Exact, TVT-O and TVT Abbrevo in the
9    last three years?
10    A.    I think I tried the Mini-Arc
11    once or twice.
12    Q.    So it's --
13    A.    But that's all I can remember.
14    Q.    What would you say is your
15    sling of choice right now?
16    A.    In my hands, I really like the
17    TVT Exact.
18    Q.    What percentage of the time
19    would you say you implant that device as
20    compared to the other slings?
21    A.    Probably 95 percent of the
22    time.
23    Q.    And what patients -- what types
24    of patients do you choose to perform the

5 (Pages 14 to 17)

Christina Pramudji, M.D.

| Page 18 | Page 20 |
|---|---|
| 1  TVT-O or TVT Abbrevo procedure?<br>2     A.  I tend to use those more for<br>3  patients with occult stress incontinence when<br>4  I'm doing a prolapse repair, or if they have<br>5  any sign of a weak bladder or poor emptying,<br>6  I might be more inclined to do those slings<br>7  rather than the retropubic.<br>8     Q.  Okay. Has Ethicon ever asked<br>9  you to offer your opinions on the TVT-Secur<br>10  sling as an expert?<br>11     A.  No.<br>12     Q.  What about the Abbrevo?<br>13     A.  No.<br>14     Q.  Or the Exact, TVT Exact?<br>15     A.  I don't think so.<br>16     Q.  What other surgical procedures<br>17  do you currently perform for the treatment of<br>18  stress urinary incontinence other than the<br>19  three products you mentioned?<br>20     A.  I also do autologous fascial<br>21  slings. I do biological midurethral -- I<br>22  should say biological retropubic slings with<br>23  a biological graft and Coaptite periurethral<br>24  bulking. | 1  Scientific products.<br>2     Q.  Are you still a consultant for<br>3  Boston Scientific?<br>4     A.  No.<br>5     Q.  When did that relationship end?<br>6     A.  I think it's been a couple of<br>7  years since I did anything with them.  A year<br>8  or two. I can't recall.<br>9     Q.  Are there any other mesh<br>10  companies that you are currently doing<br>11  consulting work for?<br>12     A.  No.<br>13     Q.  Are there any other medical<br>14  device companies that you are currently doing<br>15  consulting work for?<br>16     A.  Not right now.<br>17     Q.  Are there any other<br>18  pharmaceutical companies that you're<br>19  currently doing any consulting work for?<br>20     A.  No, not right now.<br>21     Q.  Would it be fair to say that<br>22  you've been pretty loyal to Ethicon's stress<br>23  urinary incontinence products in terms of<br>24  polypropylene slings for the last |

| Page 19 | Page 21 |
|---|---|
| 1     Q.  Is that a surgical procedure?<br>2     A.  Yes.<br>3     Q.  Would you say that your use of<br>4  autologous fascial slings and biological<br>5  slings has increased in the last few years?<br>6     A.  No, it's stable.<br>7     Q.  What biological slings do you<br>8  currently use?<br>9     A.  I usually -- there's no, you<br>10  know, kit or marketed product for that, so I<br>11  usually fashion it out of Xenform,<br>12  X-e-n-f-o-r-m, material.<br>13     Q.  That's a Boston Scientific<br>14  product, right?<br>15     A.  Yes.<br>16     Q.  Do you know if you're currently<br>17  using any other Boston Scientific products<br>18  other than Xenform, except for potentially<br>19  you may be using the Uphold product in the<br>20  future as you mentioned earlier?<br>21     A.  They have a vaginal manipulator<br>22  that I use during sacrocolpopexy. That's the<br>23  only thing for pelvic floor.  Then I use some<br>24  things for kidney stones that are Boston | 1  three years?<br>2     A.  Yes.<br>3     Q.  In your report on page 7, you<br>4  state that you've reviewed the expert reports<br>5  submitted by plaintiffs, specifically<br>6  Drs. Rosenzweig, Margolis and Carey.  Is that<br>7  correct?<br>8     A.  Yes.<br>9     Q.  Do you recall, have you<br>10  reviewed any other expert reports in this<br>11  wave?<br>12     A.  Regarding TVT?<br>13     Q.  Yes.<br>14     A.  Not that I can recall right<br>15  now.<br>16     Q.  You also state that you<br>17  reviewed the materials cited in the reports<br>18  and their expert depositions; is that<br>19  correct?<br>20     A.  Yes.<br>21     Q.  Did you review every single<br>22  document that they cited in their reports?<br>23     A.  For the most part.<br>24     Q.  Who got those documents for |

6 (Pages 18 to 21)

Christina Pramudji, M.D.

Page 22

1   you?
2      A.   Butler Snow helped me to gather
3   them together.
4      Q.   Is there any particular
5   reason -- actually -- yeah.  Is there any
6   particular reason why you chose to review the
7   expert reports of just those three
8   individuals?
9      A.   I can't remember if I reviewed
10  others, but I just have reviewed everything
11  that I could.
12     Q.   If you've reviewed others, how
13  would I determine that?  Are those listed on
14  your reliance list or anywhere else?
15     A.   Trying to remember.
16        MR. FAES:  I mean, here's the
17     problem, William, is I don't even see
18     these three listed on her reliance
19     list and there's only three listed in
20     her report.  So if there's other ones
21     she's reviewed, I need to know that.
22        MR. GAGE:  All right.
23  BY MR. FAES:
24     Q.   Okay.  Is the answer you don't

Page 23

1   recall at this time?
2      A.   Yeah, I can't recall right now.
3      Q.   We'll just move on.  On page 18
4   of your report, you state that you "know of
5   no pelvic floor surgeons in the state of
6   Texas or in the United States who use PVDF or
7   kits employing PVDF to treat SUI or mixed
8   UI" -- mixed urinary incontinence -- "the
9   same can be true for Vypro and Ultrapro
10  mesh."
11        Is that correct?
12     A.   That's correct.
13     Q.   You know that the Ultrapro mesh
14  is not available from Ethicon in a
15  preconfigured sling like the TVT and the
16  TVT-O, correct?
17     A.   Correct.
18     Q.   So if a physician were to want
19  to use the Ultrapro in a sling, they would
20  essentially have to fashion the sling
21  themselves out of Ultrapro flat mesh, right?
22     A.   Correct.
23     Q.   And the reason that it's not
24  available in a preconfigured sling with

Page 24

1   Ultrapro is because Ethicon has chosen not to
2   market that device, correct?
3      A.   I don't know the details behind
4   that.
5      Q.   Do you know what the TVT-O PA
6   is?
7      A.   No.
8      Q.   So I take it, then, that you
9   don't know whether or not the TVT-O PA was an
10  obturator sling developed by Ethicon that had
11  the Ultrapro mesh rather than the mesh that's
12  currently used in the TVT-O?
13     A.   No, I'm not familiar with that.
14     Q.   Do you know whether or not
15  Ethicon stated to the FDA that the TVT-O PA
16  with the Ultrapro material was substantially
17  equivalent to the TVT-O?
18        MR. GAGE:  Object to form.
19     A.   I'm not familiar with that.
20  BY MR. FAES:
21     Q.   Is that something that would
22  change your opinion on whether or not there
23  is clinical data on the use of the Ultrapro
24  mesh as it relates to SUI patients if the

Page 25

1   manufacturer of the ULTRAPRO mesh told the
2   FDA that it was substantially equivalent to
3   the TVT-O already on the market?
4        MR. GAGE:  Object to form.
5     A.   I don't know.
6   BY MR. FAES:
7     Q.   You state on page 19 of your
8   report that the "Vypro and the Ultrapro also
9   have a partially absorbable component and the
10  data do not show that these meshes would work
11  in the TVT design as the mesh sticks to the
12  sheath and tears apart on sheath removal,
13  losing integrity."
14        Is that correct?
15     A.   That's correct.
16     Q.   How do you know that the
17  Ultrapro would stick to the sheath and tear
18  apart during sheath removal?
19     A.   From the data.
20     Q.   What data?
21     A.   I'm trying to remember where I
22  got this from.  I would have to look through
23  to remember where I got this from.
24     Q.   Do you know whether or not

7 (Pages 22 to 25)

Christina Pramudji, M.D.

**Page 26**

1  Ethicon engineers worked on the problem of
2  the Ultrapro mesh sticking to the sheaths
3  during the sheath removal and ultimately
4  solved that problem?
5        MR. GAGE:  Object to form.
6     A.   I can't recall right now.
7  BY MR. FAES:
8     Q.   If that were indeed the case
9  and Ethicon engineers had solved that
10 problem, is that something that could
11 potentially change your opinion, that the
12 Ultrapro mesh would stick to the sheath and
13 tear apart upon sheath removal, losing
14 integrity?
15    A.   Sure.
16    Q.   You state on page 21 of your
17 report that pain and dyspareunia can occur
18 with all surgeries, as can organ damage and
19 bladder perforation.  And on the following
20 page -- is that correct, first of all?
21    A.   Yes, that's correct.
22    Q.   On the following page you say,
23 "Moreover these risks are obvious to pelvic
24 floor surgeons performing SUI surgeries,"

**Page 27**

1  giving their described surgical techniques
2  and instruments and materials used during SUI
3  surgery.
4        Is that correct?
5     A.   Yes.
6     Q.   Do you know whether pain and
7  dyspareunia, organ damage and bladder
8  perforation are warned about in the IFU?
9     A.   I would have to review it to
10 say definitively.
11    Q.   Well, I'll represent to you
12 that, at least as of 2015, all of those risks
13 are now in the IFU.  So assuming that to be
14 true, if they are obvious, do you have an
15 opinion as to why Ethicon chose to include
16 them in their IFU anyway as of 2015?
17       MR. GAGE:  Object to form.
18    A.   I'm not sure why they put them
19 in.  I don't have a problem with it.  I don't
20 think it's necessary, but it's reasonable.
21 BY MR. FAES:
22    Q.   You state on page 28 of your
23 report that even if particles from the TVT
24 mesh were to get into the vagina, there would

**Page 28**

1  be no clinically significant effect; is that
2  correct?
3     A.   Absolutely.
4     Q.   So it's your opinion that a
5  particle of Prolene that's directly under the
6  skin of the vagina couldn't cause pain or
7  discomfort for the patient?
8     A.   That's correct.
9     Q.   Even in the vagina, where
10 there's friction, if there were friction --
11 if there were a piece of Prolene directly
12 underneath the skin in the vagina and you
13 know in the vagina there's friction that
14 occurs during intercourse, you don't believe
15 that that could cause discomfort or pain
16 under any circumstance?
17       MR. GAGE:  Object to form.
18    A.   No.  What I would clarify is
19 that, yes, any Prolene suture, mesh,
20 particles, if they're too superficial, then,
21 yeah, that could cause discomfort.  We see
22 sutures that are used in prolapse repairs
23 that will be right under the surface and that
24 can cause friction and irritation.

**Page 29**

1  BY MR. FAES:
2     Q.   So you would agree that if a
3  particle from a TVT became loose and became
4  too superficial in the vagina, it could cause
5  discomfort or pain, particularly during
6  friction from intercourse?
7     A.   If it were too superficial and
8  there was some irritation around it, it's
9  potential.  But the particle issue is really
10 not an issue.  It's really not something that
11 we see clinically.  I have never gone in to a
12 patient -- you know, do surgery on a patient
13 and found a particle to be a source of pain
14 or causing problems at all.
15       MR. FAES:  I'm going to object
16    and move to strike after the word
17    "potential."
18 BY MR. FAES:
19    Q.   You go on to say on the same
20 page that, "Also, during the surgery, the
21 site can be irrigated and suctioned, which
22 would dispose of any particles."
23       Is that correct?
24    A.   That's correct.

8 (Pages 26 to 29)

Christina Pramudji, M.D.

| Page 30 |
|---|
| 1     Q.    Isn't it true that the site |
| 2   can't be irrigated and suctioned if the |
| 3   particle becomes loose after the surgery is |
| 4   completed and the incision is closed? |
| 5     A.    That doesn't happen. |
| 6     Q.    That was not my question, |
| 7   whether or not it happens. My question was, |
| 8   isn't it true that the site can't be |
| 9   irrigated and suctioned if a particle becomes |
| 10   loose after the surgery is completed and the |
| 11   incision is closed? |
| 12     A.    Yes, that is correct, to answer |
| 13   that hypothetical question. |
| 14     Q.    You state on page 29 of your |
| 15   report that, "The protective sheath over the |
| 16   mesh bears the forces as the mesh is passed |
| 17   through the pelvis and as noted the mesh is |
| 18   placed tension free and spaced from the |
| 19   urethra with an instrument like a dilator |
| 20   before removing the sheaths." |
| 21     Is that correct? |
| 22     A.    That's correct. |
| 23     Q.    So as you've stated here, |
| 24   you've seen a surgeon before use a Babcock or |

| Page 31 |
|---|
| 1   other instrument to hold the tape in place |
| 2   while the sheaths are removed, correct? |
| 3     A.    Correct. |
| 4     Q.    Would you -- have you ever seen |
| 5   a procedural video that was sent out to |
| 6   physicians where the mesh appears to be being |
| 7   stretched at that localized point where it's |
| 8   being held in place by the Babcock while the |
| 9   sheaths are being removed? |
| 10     A.    I can't recall as I sit here |
| 11   right now. |
| 12     Q.    You also state, "Metal |
| 13   particle" -- strike that. |
| 14     You also state that, "Mesh |
| 15   particles seen in packaging are also of no |
| 16   clinical concern." |
| 17     Is that correct? |
| 18     A.    That's correct. |
| 19     Q.    Is your opinion the same if |
| 20   there are metal particles seen in packaging, |
| 21   that those pose no clinical concern? |
| 22     A.    That's correct. |
| 23     Q.    So if there's metal particles |
| 24   in the packaging or embedded within the mesh, |

| Page 32 |
|---|
| 1   you don't believe that that causes any |
| 2   clinical concerns to the patient if that |
| 3   metal particle gets into the body because |
| 4   it's in the packaging? |
| 5     MR. GAGE: Object to form. |
| 6     A.    Okay. I'm picturing the |
| 7   particles in the package that when you take |
| 8   out the instruments and the implant, those |
| 9   are not going to go into the patient. But |
| 10   then you added in the part about it being |
| 11   embedded in the mesh. So can you clarify |
| 12   what you mean by that? |
| 13   BY MR. FAES: |
| 14     Q.    Well, let me ask you this. If |
| 15   there's a -- if there's metal particles loose |
| 16   in the TVT mesh packaging, that could |
| 17   potentially get imbedded in the mesh, |
| 18   correct? |
| 19     MR. GAGE: Object to form. |
| 20     A.    I can't envision that |
| 21   happening. |
| 22   BY MR. FAES: |
| 23     Q.    Let me ask you this. If a -- |
| 24   if, hypothetically, a metal particle was |

| Page 33 |
|---|
| 1   embedded in the mesh and the surgeon didn't |
| 2   notice it and it got implanted into the |
| 3   patient with metal particles in the mesh, |
| 4   could that cause a clinical concern? |
| 5     MR. GAGE: Object to form. |
| 6     A.    I really don't know, because we |
| 7   do metal implants in orthopedic surgery. So |
| 8   I -- I don't know the answer to that |
| 9   question. |
| 10   BY MR. FAES: |
| 11     Q.    Would you knowingly implant a |
| 12   TVT product that it appeared that there were |
| 13   foreign matter or metal within the mesh? |
| 14     MR. GAGE: Object to form. |
| 15   BY MR. FAES: |
| 16     Q.    Or would you go -- go to the |
| 17   shelf and get out a different one that didn't |
| 18   have that problem? |
| 19     MR. GAGE: Object to form. |
| 20     A.    If I saw some metal in there, I |
| 21   would probably go get another device or clean |
| 22   it off or something. |
| 23   BY MR. FAES: |
| 24     Q.    Do you know where the TVT and |

9 (Pages 30 to 33)

Christina Pramudji, M.D.

| Page 34 | Page 36 |
|---|---|
| 1  TVT-O are manufactured?<br>2      A.   No, I don't.<br>3      Q.   Well, I'll represent to you<br>4  they're manufactured in Neuchâtel,<br>5  Switzerland, which I'm sure the court<br>6  reporter does not know how to spell.<br>7           Were you aware that in 2010,<br>8  the entire TVT-O and TVT production lines<br>9  were shut down because there was an excess of<br>10  foreign materials in the product in<br>11  packaging?<br>12           MR. GAGE:  Object to form.<br>13      A.   No, I was not aware of that.<br>14  BY MR. FAES:<br>15      Q.   Do you think that could<br>16  potentially cause a clinical impact if there<br>17  were foreign matter in the products in<br>18  packaging of the TVT and TVT-O?  Do you have<br>19  any opinion on that?<br>20      A.   I don't really have an opinion<br>21  on it.<br>22           (Deposition Exhibit 20 marked.)<br>23  BY MR. FAES:<br>24      Q.   Doctor, I'm going to hand you | 1  the surgery and your relationship with<br>2  Ethicon.  Are you available to talk to me<br>3  this week?  I've also been trying to reach<br>4  your colleague Dr. Melvyn Anhalt, though I<br>5  haven't heard back yet."<br>6           Do you see that?<br>7      A.   Yes.<br>8      Q.   And this e-mail gets forwarded<br>9  to Burt Snell at Butler Snow; is that<br>10  correct?<br>11      A.   Yes.<br>12      Q.   It's forwarded by you.  And<br>13  Burt Snell is a lawyer for Ethicon, who was<br>14  actually here yesterday helping you prepare<br>15  for your deposition; is that correct?<br>16      A.   That's correct.<br>17      Q.   First of all, do you recall if<br>18  you ever replied to Amy Silverstein regarding<br>19  this message?<br>20      A.   No, I did not.<br>21      Q.   Have you ever spoken to the<br>22  press about mesh used for pelvic organ<br>23  prolapse or stress urinary incontinence?<br>24      A.   Not that I can recall. |

| Page 35 | Page 37 |
|---|---|
| 1  what's been marked as Exhibit 20 to your<br>2  deposition, as soon as I get it out and get<br>3  it marked.<br>4      A.   Is it material that this is not<br>5  the updated CV?  Does that matter?<br>6      Q.   Does it affect the answers to<br>7  the questions I asked you?<br>8      A.   No.<br>9      Q.   No, then it doesn't.<br>10      A.   Okay.<br>11      Q.   Doctor, I've handed you what's<br>12  been marked as Exhibit 20, and this is -- at<br>13  least the first page of it is an e-mail dated<br>14  April 21st, 2014, but the part of it that I<br>15  want to focus is on the second page where the<br>16  e-mail string begins, and it's an e-mail from<br>17  an Amy Silverstein to you dated April 21st,<br>18  2014.  Do you see that?<br>19      A.   Yes.<br>20      Q.   It says, "Hi Dr. Pramudji:  I'm<br>21  a reporter with the Dallas Observer, working<br>22  on a story about mesh used for transvaginal<br>23  pelvic organ repair and incontinence surgery,<br>24  and I've got a few questions for you about | 1      Q.   Do you recall any particular<br>2  reason why you chose not to respond to this<br>3  e-mail?<br>4      A.   No, I don't remember.<br>5      Q.   Do you know if Dr. Anhalt ever<br>6  spoke with Ms. Silverstein or anyone else in<br>7  the press?<br>8      A.   I don't know.<br>9      Q.   Now, this is dated April 21st,<br>10  2014.  Do you recall that this was about a<br>11  month after the Batiste trial concluded?<br>12      A.   Yes.<br>13      Q.   And you know that Dr. Anhalt<br>14  was -- testified in that case as an expert<br>15  witness for Ethicon and Johnson & Johnson,<br>16  correct?<br>17      A.   Yes, I was aware of that.<br>18      Q.   Do you still speak with<br>19  Dr. Anhalt?<br>20      A.   Yes.<br>21      Q.   Do you speak with Dr. Anhalt<br>22  about your consulting work with Ethicon and<br>23  Johnson & Johnson?<br>24      A.   No, we have other things to |

10 (Pages 34 to 37)

Christina Pramudji, M.D.

| Page 38 | Page 40 |
|---|---|
| 1 talk about. | 1 BY MR. FAES: |
| 2 Q. Have you ever spoken to the | 2 Q. Recurrence of incontinence? |
| 3 press about your relationship with Ethicon, | 3 A. Yes, as in other incontinence |
| 4 as this reporter was requesting? | 4 surgeries. |
| 5 A. I don't believe so. | 5 MR. FAES: Object and move to |
| 6 Q. Is that because you would | 6 strike after the answer. |
| 7 prefer to keep the details about your | 7 BY MR. FAES: |
| 8 relationship with Ethicon and Johnson & | 8 Q. Bleeding, including hemorrhage |
| 9 Johnson private? | 9 or hematoma? |
| 10 A. I don't have any reason to keep | 10 A. Yes, as in other surgeries. |
| 11 it private. | 11 MR. FAES: Object and move to |
| 12 Q. Doctor, I'm going to ask you | 12 strike after the answer. |
| 13 about some adverse reactions and I'm going to | 13 BY MR. FAES: |
| 14 ask if -- ask you whether or not you believe | 14 Q. One or more revision surgeries |
| 15 these are adverse events that can be | 15 may be necessary to treat these adverse |
| 16 associated with the TVT or TVT-O product. | 16 reactions? |
| 17 Okay? | 17 A. Yes, as in other pelvic |
| 18 A. Okay. | 18 surgeries. |
| 19 Q. Acute and/or chronic pain? | 19 MR. FAES: Object and move to |
| 20 A. Yes, as in other pelvic | 20 strike after the answer. |
| 21 surgeries. | 21 BY MR. FAES: |
| 22 MR. FAES: Object and move to | 22 Q. Prolene mesh is a permanent |
| 23 strike after the answer "yes." | 23 implant that integrates into the tissue. In |
| 24 | 24 cases where the Prolene mesh needs to be |

| Page 39 | Page 41 |
|---|---|
| 1 BY MR. FAES: | 1 removed in part or whole, significant |
| 2 Q. Voiding dysfunction? | 2 dissection may be required? |
| 3 A. Yes, as in other pelvic | 3 A. Yes, as could occur with |
| 4 surgeries. | 4 sutures in other pelvic surgeries. |
| 5 MR. FAES: Object and move to | 5 MR. FAES: Object and move to |
| 6 strike after the answer. | 6 strike after the answer. |
| 7 BY MR. FAES: | 7 BY MR. FAES: |
| 8 Q. Pain with intercourse which in | 8 Q. Seroma? |
| 9 some patients may not resolve? | 9 A. Yes, as in other pelvic |
| 10 A. Yes, as in other pelvic | 10 surgeries. |
| 11 surgeries. | 11 MR. FAES: Object and move to |
| 12 Q. I just have -- | 12 strike after the answer. |
| 13 MR. FAES: Object and move to | 13 BY MR. FAES: |
| 14 strike after the answer. | 14 Q. Urge incontinence? |
| 15 BY MR. FAES: | 15 A. Yes, as in other pelvic |
| 16 Q. Neuromuscular problems, | 16 surgeries. |
| 17 including acute and/or chronic pain in the | 17 MR. FAES: Object and move to |
| 18 groin, thigh, leg, pelvic and/or abdominal | 18 strike after the answer. |
| 19 area may occur? | 19 BY MR. FAES: |
| 20 A. Yes, as in other pelvic | 20 Q. Urinary frequency? |
| 21 surgeries. | 21 A. Yes, as in other pelvic |
| 22 MR. FAES: Object and move to | 22 surgeries. |
| 23 strike after the answer. | 23 MR. FAES: Object and move to |
| 24 | 24 strike after the answer. |

11 (Pages 38 to 41)

Christina Pramudji, M.D.

| Page 42 | Page 44 |
|---|---|
| BY MR. FAES: | BY MR. FAES: |

**Page 42**

BY MR. FAES:
1  
2  Q.   Urinary retention?
3  A.   Yes, as in other pelvic
4  surgeries.
5       MR. FAES:  Object and move to
6  strike after the answer.
7  BY MR. FAES:
8  Q.   Adhesion formation?
9  A.   Yes, as in other pelvic
10  surgeries.
11       MR. FAES:  Object and move to
12  strike after the answer.
13  BY MR. FAES:
14  Q.   Atypical vaginal discharge?
15  A.   Yes, as in other pelvic
16  surgeries.
17       MR. FAES:  Object and move to
18  strike after the answer.
19  BY MR. FAES:
20  Q.   Exposed mesh may cause pain or
21  discomfort to the patient's partner during
22  intercourse?
23  A.   Yes, as can occur with exposed
24  sutures in other pelvic surgeries.

**Page 43**

1       MR. FAES:  Object and move to
2  strike after the answer.
3  BY MR. FAES:
4  Q.   Death?
5  A.   Yes, as in any surgery.
6       MR. FAES:  Object and move to
7  strike after the answer.
8  BY MR. FAES:
9  Q.   Doctor, are you aware of
10  whether or not these are all adverse
11  reactions that were added to the TVT and
12  TVT-O IFU in May of 2014?
13       MR. GAGE:  Object to form.
14  A.   I believe that's correct.
15       (Deposition Exhibit 21 marked.)
16  BY MR. FAES:
17  Q.   I'll go ahead and mark a copy
18  of that just so you're not flying blind,
19  which is Exhibit 21.
20       MR. FAES:  You need one,
21  William?
22       THE WITNESS:  Is it 2015?  Is
23  that what you meant to say?
24

**Page 44**

1  BY MR. FAES:
2  Q.   Yeah, I'll re-ask the question
3  for the record to correct it.  Doctor, are
4  you aware of whether or not these are all
5  adverse reactions that were added to the TVT
6  and TVT-O IFU in May of 2015?
7  A.   Yes.
8  Q.   See, don't just agree with
9  whatever I say.
10       MR. GAGE:  See, I was getting
11  ready to -- I was going to do a
12  speaking objection on that, if she had
13  not clarified it.
14  BY MR. FAES:
15  Q.   Doctor, do you know whether or
16  not the list of adverse reactions that were
17  added in May of 2015 are all risks that
18  Ethicon knew about at the time the TVT was
19  first launched in 2008?
20  A.   The TVT was first launched in
21  2008?
22  Q.   1998.  Thank you.
23  A.   I'm not sure.
24  Q.   You just -- you don't know one

**Page 45**

1  way or the other?
2  A.   No.
3  Q.   Are you aware that -- strike
4  that.
5       Do you know why Ethicon chose
6  to add these adverse events to its IFU in
7  2015?
8  A.   My understanding is that the
9  Canadian board asked them to add some
10  specific reactions, and they decided just to
11  go ahead and put a long laundry list in
12  there.
13  Q.   Do you believe that -- do you
14  believe that these -- adding these -- strike
15  that.
16       Do you believe that Ethicon
17  would've added all of these adverse reactions
18  if they didn't believe they were necessary to
19  support the continued sale of the device?
20       MR. GAGE:  Object to form.
21  A.   Could you repeat that for me?
22  BY MR. FAES:
23  Q.   Sure.  Do you believe that
24  Ethicon would've added all these adverse

12 (Pages 42 to 45)

Christina Pramudji, M.D.

---

Page 46

1    reactions if they didn't believe they were
2    necessary to support the continued sale of
3    the device?
4         MR. GAGE:  Object to form.
5         A.   I don't know.
6    BY MR. FAES:
7         Q.   Are you aware that Dr. Martin
8    Weisberg was designated by Ethicon as a
9    corporate representative for why these IFU
10   changes were made?
11        A.   Yes, I'm familiar with that.
12        Q.   Have you read that deposition?
13        A.   No, I haven't.
14        Q.   Do you think that's a
15   deposition that would be important to you in
16   forming your opinions on this case?
17        A.   No.
18        Q.   You don't think it's important
19   to know why Ethicon chose to add these
20   adverse reactions to their IFU?
21        A.   It doesn't change my opinions.
22        Q.   Would you agree that this is a
23   significant IFU update?
24        A.   They certainly added several

---

Page 47

1    things on there, which I think is reasonable,
2    but I don't think it's necessary.  I think it
3    was adequate before they added all those in.
4         Q.   Do you believe that these
5    additional adverse reactions that Ethicon
6    added to the IFU is helpful to pelvic
7    surgeons who may consider using the TVT?
8         A.   Not particularly, since pelvic
9    surgeons are already familiar with all of
10   these adverse reactions.
11        Q.   You don't believe that adding
12   this list of information to the IFU might
13   help physicians better consent their patients
14   for surgery with the TVT or TVT-O?
15        A.   No.
16        Q.   Would you agree that informed
17   consent is frequently guided by the contents
18   of an IFU for that particular device?
19        A.   No, I don't think so.
20        Q.   Do you know whether or not
21   Ethicon sales reps -- representatives are
22   allowed to discuss with their doctors things
23   that are not in the IFU?
24        A.   I don't know about that.

---

Page 48

1         Q.   Assuming that sales
2    representatives for Ethicon are not permitted
3    to discuss with doctors things that are not
4    contained within the IFU, would you agree
5    that this update would be helpful by allowing
6    sales representatives to discuss more
7    potential risks of the product with their
8    doctors?
9         A.   Assuming that's true, then,
10   yes.
11        MR. FAES:  I want to take just
12   a quick five-minute break, and it will
13   help me get organized and focused on
14   what I really need to do.
15        (Recess Taken From 11:54 a.m.
16   To 12:00 p.m.)
17   BY MR. FAES:
18        Q.   Doctor, we're back on the
19   record after a short break.  Are you ready to
20   proceed?
21        A.   Yes.
22        Q.   Doctor, you said that you
23   believe you spent ten hours preparing your
24   TVT and TVT-O report in this case?

---

Page 49

1         A.   Correct.
2         Q.   Does that include all of the
3    time that you spent reviewing the expert
4    reports and materials cited by
5    Dr. Rosenzweig, Margolis and Carey?
6         A.   Yes, since this was just an
7    update.
8         Q.   So you believe it took you less
9    than ten hours to pull and look at every
10   footnote and document that they cited plus
11   update your report?
12        A.   I believe so.  I can't remember
13   specifically.
14        Q.   Doctor, have you reviewed the
15   2015 deposition of Laura Angelini, because I
16   didn't see it on your reliance list?
17        A.   I can't recall if I did or not.
18        Q.   As someone who will be offering
19   opinions on whether the TVT mesh frays,
20   ropes, curls, unravels, loses particles or
21   deforms, wouldn't you want to have access to
22   a deposition of a TVT product director
23   discussing documents related to TVT, mesh
24   fraying, roping, losing particles, curling or

---

13 (Pages 46 to 49)

Christina Pramudji, M.D.

| Page 50 | Page 52 |
|---------|---------|
| 1 deforming? | 1 be some things that I miss here and there |
| 2      MR. GAGE: Object to form. | 2 unintentionally. |
| 3     A. I don't think it would change | 3     Q. Do you know whether or not Tom |
| 4 my opinions, so no. | 4 Divilio was the product director when the TVT |
| 5 BY MR. FAES: | 5 was launched? |
| 6     Q. So you have no interest in | 6     A. I don't know. |
| 7 seeing that? | 7     Q. As someone who will be offering |
| 8     A. It would be interesting to see | 8 opinions on whether or not the TVT mesh |
| 9 it. | 9 frays, ropes, curls, unravels, loses |
| 10     Q. But you'd agree that prior to | 10 particles and/or deforms, wouldn't you want |
| 11 issuing your report in this case, you did not | 11 to have access to a deposition where those |
| 12 review that deposition? | 12 things are being discussed by Ethicon's first |
| 13     A. I can't recall. | 13 medical director? |
| 14     Q. If you had reviewed that | 14     A. No, not necessarily. I don't |
| 15 deposition, it would be on your reliance | 15 think it would change my opinions. |
| 16 list, correct? | 16     Q. You don't think that the |
| 17     A. Yes. But I may miss something | 17 medical director at Ethicon who was there |
| 18 here and there. | 18 when the TVT was first launched in the United |
| 19     Q. Do you know whether or not | 19 States can offer you any insight as to |
| 20 this -- the 2015 Laura Angelini deposition | 20 whether or not the TVT is defective? |
| 21 covered documents from the late 1990s and | 21     MR. GAGE: Object to form. |
| 22 early 2000s that showed Ethicon was on notice | 22     A. I don't think that's going to |
| 23 that the mesh used in the TVT frayed, roped, | 23 trump my experience coupled with the |
| 24 curled, unraveled and lost particles | 24 literature. |

| Page 51 | Page 53 |
|---------|---------|
| 1     MR. GAGE: Object to form. | 1 BY MR. FAES: |
| 2     A. I don't recall. | 2     Q. Didn't ask whether it would |
| 3 BY MR. FAES: | 3 trump your experience coupled with the |
| 4     Q. Do you know whether or not | 4 literature. My question was, you don't think |
| 5 during that time frame, from 1998 to 2000, | 5 that the medical director at Ethicon who was |
| 6 Ethicon initiated a mesh improvement product | 6 there when the TVT was first launched in the |
| 7 for the Prolene mesh but excluded the TVT | 7 United States can offer you any insight as to |
| 8 mesh from that product -- from that project? | 8 whether or not the TVT is defective? |
| 9 Sorry. | 9     MR. GAGE: Object to form. |
| 10     MR. GAGE: Object to form. | 10     A. That's correct. |
| 11     A. I don't know about that. | 11 BY MR. FAES: |
| 12 BY MR. FAES: | 12     Q. The testimony is -- of |
| 13     Q. Have you reviewed the | 13 Ethicon's first medical director when TVT was |
| 14 October 2014 deposition of Tom Divilio? | 14 launched isn't information that you would |
| 15     A. Sounds vaguely familiar. | 15 want to consider in informing your -- in |
| 16     Q. Do you know whether or not that | 16 forming your opinions in this case? |
| 17 deposition is on your reliance list? | 17     A. I would consider it. I |
| 18     A. I don't remember. I would have | 18 probably have looked at it, but it's not as |
| 19 to look. | 19 important to me as the literature and my own |
| 20     Q. If it's not on your reliance | 20 experience, so no. |
| 21 list, does that mean you haven't reviewed the | 21     Q. Are you going to offer an |
| 22 deposition yet? | 22 opinion in this case that the tensioning of |
| 23     A. Like I said, not -- you know, I | 23 the sling is the same whether or not the |
| 24 try to get everything on there, but there may | 24 sling is made of mechanically cut mesh or |

14 (Pages 50 to 53)

Christina Pramudji, M.D.

| Page 54 | Page 56 |
|---|---|

**Page 54**

1  laser cut mesh?
2      A.   Yes, that's correct.
3      Q.   So if someone told you, for
4  example, that a laser cut mesh needs to be
5  tensioned more loosely under the urethra, you
6  would disagree with that?
7      A.   Yes.
8      Q.   Do you know whether or not
9  Ethicon's preceptors were telling doctors
10 that with regard to the laser cut mesh
11 products?
12     A.   I don't recall that.
13     Q.   But you were -- you were a
14 preceptor -- in fact, you still are a
15 preceptor for Ethicon, right?
16     A.   No, I haven't done any
17 preceptoring for a few years.
18     Q.   Since 2013, right?
19     A.   Correct.
20     Q.   But you were a preceptor for
21 Ethicon from 2004 to 2013, right?
22     A.   Correct.
23     Q.   And when you were preceptoring
24 for Ethicon, you never told anyone that the

**Page 55**

1  laser cut mesh needs to be tensioned any
2  differently than the mechanically cut mesh?
3      A.   Not that I can recall.
4      Q.   Did you --
5      A.   It's pretty much the same.
6      Q.   Did you ever tell anyone that
7  the -- for example, the Abbrevo device needs
8  to be tensioned differently than the TVT or
9  TVT Exact?
10     A.   No.
11     Q.   Do you know whether or not, in
12 fact, there are differences in the tensioning
13 instructions between the TVT-O, the TVT Exact
14 and the TVT Abbrevo?
15     A.   I can't recall, but
16 practically, it's the same.  The only one
17 that was different was the mini-sling.  But
18 among the other ones, it's really pretty much
19 the same tensioning.
20     Q.   And by "mini-sling," what do
21 you mean?  You mean the TVT-Secur?
22     A.   Correct.
23     Q.   Do you consider the TVT Abbrevo
24 to be a mini-sling?

**Page 56**

1      A.   Maybe technically they call it
2  a mini-sling.  It has more length than the
3  Abbrevo, so that's where I distinguish it.
4  So I don't call it a mini-sling.
5      Q.   What has more length than the
6  Abbrevo?
7      A.   I'm sorry, the Abbrevo has more
8  length than the Secur.
9      Q.   Right.  But you know that the
10 Abbrevo is substantially shorter than the
11 TVT-O product?
12     A.   Correct.
13     Q.   So I take it you would disagree
14 with a physician if that physician said that
15 he had to lay his laser cut mesh slings in
16 much tighter than the mechanically cut ones
17 in order to achieve success with the device?
18         MR. GAGE:  Object to form.
19     A.   Yes, I disagree.
20 BY MR. FAES:
21     Q.   Would you agree that a
22 responsible medical device company would
23 determine the proper way to place a device
24 before putting that product on the market?

**Page 57**

1      A.   In surgery, there can be more
2  than one proper way to do things.  So I think
3  it's responsible for the company to do their
4  best to figure out a good way to do it, but
5  there may be another way that evolves that's
6  better.
7      Q.   So I'm not sure if I was clear
8  on your answer.  Do you agree or disagree
9  that a responsible medical device company
10 should determine the proper way to place a
11 device before putting that product on the
12 market?
13     A.   My answer would be yes, but
14 recognizing that surgery is always evolving
15 and things may change over time.  So what may
16 be proper at one time may not be proper later
17 on, or there may be something more optimal,
18 in other words.
19         MR. FAES:  Object and move to
20     strike after the answer "yes."
21 BY MR. FAES:
22     Q.   You were a preceptor for the
23 TVT and Abbrevo at one time, correct?
24     A.   Yes.

15 (Pages 54 to 57)

Christina Pramudji, M.D.

| Page 58 | Page 60 |
|---|---|
| 1  Q.   And you instructed other | 1   A.   Yes. |
| 2 physicians on how to place that mesh? | 2   Q.   Would you agree that the |
| 3   A.   Yes. | 3 properties of the mesh affect the safety |
| 4   Q.   Did anyone at Ethicon ever tell | 4 profile of the mesh? |
| 5 you that the Abbrevo device should be placed | 5   A.   Yes. |
| 6 snugly so that the tissue pillows through the | 6   Q.   Would you agree that the pore |
| 7 mesh? | 7 size of the mesh is one property that affects |
| 8   A.   I don't recall that for | 8 the safety profile of the mesh? |
| 9 Abbrevo. | 9   A.   Yes. |
| 10   Q.   Do you know if that -- whether | 10   Q.   Would you agree that the |
| 11 or not that was Ethicon's medical director's | 11 density of the mesh is one property that |
| 12 opinion of how the tensioning technique for | 12 affects the safety profile of the mesh? |
| 13 the Abbrevo should be described? | 13   A.   Yes. I think the pore size and |
| 14   A.   I don't recall that. | 14 density are important, and I think they got |
| 15   Q.   As someone who taught the | 15 it right. |
| 16 Abbrevo device to other surgeons, is that | 16   Q.   Do you agree that the weight of |
| 17 information you would've wanted to know? | 17 the mesh is a property that affects the |
| 18   A.   No, because I knew how to do | 18 safety profile of the mesh? |
| 19 it, I knew how to get the results, so I | 19   A.   Yes. |
| 20 taught it the same way I taught the other | 20   Q.   Do you agree that the |
| 21 ones. | 21 elasticity of the mesh is a property that |
| 22   Q.   Do you know that Ethicon | 22 affects the safety of the mesh? |
| 23 actually solicited feedback from surgeons | 23   A.   Well, in the sense that |
| 24 about the proper way to tension the TVT | 24 elasticity can affect urinary retention if |

| Page 59 | Page 61 |
|---|---|
| 1 Abbrevo device after it was launched? | 1 it's too tight, so yes. |
| 2   A.   I don't know about that. | 2   Q.   Would you agree that stiffness |
| 3   Q.   Did they ever ask for your | 3 of the TVT mesh is one of the properties that |
| 4 feedback on how to properly tension the | 4 may affect the safety profile of the mesh? |
| 5 Abbrevo device? | 5   A.   Yes. It has to be flexible, |
| 6   A.   I don't recall. | 6 not too stiff, and that's what we see with |
| 7   Q.   Did they ever ask for your | 7 the TVT. |
| 8 feedback on how to properly tension any of | 8     MR. FAES:  Object and move to |
| 9 the TVT devices? | 9   strike after the word "stiff." |
| 10   A.   I don't recall. | 10 BY MR. FAES: |
| 11   Q.   Would you have liked to have | 11   Q.   Would you agree that the |
| 12 been asked for your feedback on how to | 12 surface area of the mesh is one property that |
| 13 properly tension the device since you seem | 13 affects the safety profile of the mesh? |
| 14 pretty sure about how to correctly do it? | 14   A.   I don't know that that has much |
| 15     MR. GAGE:  Object to form. | 15 bearing on the safety profile, so no. |
| 16   A.   Sure. | 16   Q.   Do you agree that the tensile |
| 17 BY MR. FAES: | 17 strength of the TVT mesh is one property that |
| 18   Q.   Doctor, will you be offering | 18 affects the safety profile of the mesh? |
| 19 opinions in this case related to the | 19   A.   No, I think that speaks more to |
| 20 properties and performance of the TVT mesh? | 20 the durability of the mesh. |
| 21   A.   Yes. | 21   Q.   Well, would you agree that |
| 22   Q.   Would you agree that the | 22 tensile strength of the mesh is one property |
| 23 properties of the mesh affect the performance | 23 that affects the efficacy of the mesh? |
| 24 of the mesh? | 24   A.   Yes. |

16 (Pages 58 to 61)

Christina Pramudji, M.D.

Page 62

```
 1       Q.    Would you agree that surface
 2  area of the mesh is one property that affects
 3  the efficacy of the mesh?
 4       A.    Yes, I can agree with that,
 5  because if it were really narrow or really
 6  wide, it could change the efficacy.
 7       Q.    Would you agree that if the
 8  mesh were too narrow to the point of a
 9  string, it could affect the efficacy or cause
10  urinary retention?
11       A.    Yes, if it were too tight.
12       Q.    Doctor, do you know what the
13  standard is that a manufacturer should follow
14  when designing mesh products?
15            MR. GAGE:  Object to form.
16       A.    Whose standard are you
17  referring to?
18  BY MR. FAES:
19       Q.    I'm just asking, do you know of
20  any standards that manufacturers should or
21  must follow in designing mesh products?
22       A.    Not that I'm aware of.
23       Q.    Are you familiar with ISO
24  standards at all?
```

Page 63

```
 1       A.    Not that I can remember.
 2       Q.    Do you know what
 3  responsibilities a manufacturer holds in
 4  designing mesh products?
 5       A.    No.
 6       Q.    Do you know what kinds of
 7  things a medical device company researches
 8  before a product is designed or released?
 9       A.    Could you repeat that question?
10       Q.    Sure.  Do you know what kinds
11  of things a company researches before a
12  product is designed or released?
13            MR. GAGE:  Object to form.
14       A.    Well, I think they research the
15  safety and efficacy of the product before
16  they release it.  Did I answer that question?
17  BY MR. FAES:
18       Q.    Let me change my question a
19  little bit.
20       A.    Okay.
21       Q.    Obviously they can't research
22  the safety and efficacy of a device before
23  it's designed.  So I'll change the question
24  to, do you know what kinds of things a
```

Page 64

```
 1  company researches -- a medical device
 2  company researches before a product is
 3  designed?
 4            MR. GAGE:  Object to form.
 5       A.    I have ideas and conjectures,
 6  but I don't know specifically what they --
 7  what they do.
 8  BY MR. FAES:
 9       Q.    Would you agree that surgery
10  rates for stress urinary incontinence have
11  increased since the introduction of the TVT?
12       A.    That surgery rates have
13  increased?  I think so, yes.
14       Q.    Have your surgery rates
15  increased following the adoption of the TVT?
16       A.    Well, it's hard to say with me
17  because I came out of training right when it
18  was released.  So I've --
19       Q.    So you don't have --
20       A.    -- only really practiced in the
21  era of TVT.
22       Q.    So you can't really answer that
23  because you don't have a really good
24  before-and-after picture?
```

Page 65

```
 1       A.    Correct.
 2       Q.    You can answer if you know.  Do
 3  you know if Dr. Anhalt's surgery rates
 4  increased following the adoption of TVT?
 5       A.    I don't -- I don't know.
 6       Q.    Are synthetic mesh products
 7  designed to increase surgery rates?
 8       A.    I don't know if that's why
 9  they're designed.
10       Q.    Would you agree -- strike that.
11            Do you agree or disagree with
12  the following statement:  Some physicians
13  feel that the current mesh materials in
14  slings are too hard and patients can feel it;
15  a softer mesh may be of benefit to patients?
16       A.    I disagree.
17            MR. GAGE:  Time.
18            MR. FAES:  Want to go off the
19  record for a second?  I think I'm
20  done.  I might have like three more
21  questions, or I may be done.
22            (Recess Taken From 12:19 p.m.
23  To 12:20 p.m.)
24
```

17 (Pages 62 to 65)

Christina Pramudji, M.D.

Page 66

1    BY MR. FAES:
2        Q.    Doctor, we're back on the
3    record.  Are you ready to proceed?
4        A.    Yes.
5        Q.    Doctor, do you know who Schlomo
6    Raz is?
7        A.    Yes.
8        Q.    Would you agree that he's one
9    of the most respected pelvic floor surgeons
10   in the world?
11       A.    Yes.
12       Q.    Would you agree that he's an
13   expert in treating mesh complications?
14       A.    Probably at this point, yes.
15       Q.    Would you agree that he has
16   more experience and expertise in pelvic floor
17   surgery than you do?
18       A.    He's definitely got more
19   experience, yes.
20       MR. FAES:  No further
21   questions.
22              EXAMINATION
23   BY MR. GAGE:
24       Q.    Dr. Pramudji, do you recall

Page 67

1    being asked about whether you had reviewed
2    certain depositions of Ethicon employees?
3        A.    Yes.
4        Q.    And in response to one of those
5    questions, you said, the fact whether you
6    reviewed one or more of those depositions was
7    not going to trump your experience and the
8    literature.  Do you recall that response?
9        A.    Yes.
10       Q.    What does that mean?
11       A.    That means that the body of
12   literature and my own experience in over a
13   thousand patients is more important to my
14   opinions than the opinions of company
15   employees.
16       Q.    Why is that?
17       A.    Because that is the actual
18   clinical outcome, actually what is happening
19   when you put in a TVT, and it's -- my
20   experience and the data show that it is very
21   safe and very efficacious.
22       MR. GAGE:  No more questions.
23
24

Page 68

1              FURTHER EXAMINATION
2    BY MR. FAES:
3        Q.    Doctor, when you serve as an
4    expert, you want to be fair and impartial,
5    right?
6        A.    Correct.
7        Q.    In order to be fair and
8    impartial, you want to review the evidence
9    and get all sides of the story, right?
10       A.    Correct.
11       MR. FAES:  No further
12   questions.
13       MR. GAGE:  So we're done.
14       (Deposition Concluded At
15   12:22 p.m.)
16              --o0o--
17
18
19
20
21
22
23
24

Page 69

1              CERTIFICATE
2        I, MICHEAL A. JOHNSON, Registered
     Diplomate Reporter, Certified Realtime
3    Reporter, Certified Court Reporter and Notary
     Public, do hereby certify that prior to the
4    commencement of the examination, CHRISTINA
     PRAMUDJI, M.D. was duly sworn by me to
5    testify to the truth, the whole truth and
     nothing but the truth.
6
         I DO FURTHER CERTIFY that the
7    foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
8    before me at the time, place and on the date
     hereinbefore set forth, to the best of my
9    ability.
10       I DO FURTHER CERTIFY that pursuant
     to FRCP Rule 30, signature of the witness was
11   not requested by the witness or other party
     before the conclusion of the deposition.
12
         I DO FURTHER CERTIFY that I am
13   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
14   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
15   that I am not financially interested in the
     action.
16
17
18   _____
     MICHEAL A. JOHNSON, RDR, CRR
19   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
     Certified Court Reporter
20
     Notary Public in and for the
21   State of Texas
     My Commission Expires:  8/8/2016
22
     Dated: March 24, 2016
23
24

18 (Pages 66 to 69)

Christina Pramudji, M.D.

| Page 70 | |
|---|---|

INSTRUCTIONS TO WITNESS

3      Please read your deposition over
4 carefully and make any necessary corrections.
5 You should state the reason in the
6 appropriate space on the errata sheet for any
7 corrections that are made.
8      After doing so, please sign the
9 errata sheet and date it.
10      You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14      It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you. If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.

---

**Page 72**

ACKNOWLEDGMENT OF DEPONENT

4      I, CHRISTINA PRAMUDJI, M.D., do
hereby certify that I have read the foregoing
pages and that the same is a correct
transcription of the answers given by me to
the questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.

_____
CHRISTINA PRAMUDJI, M.D.     DATE

Subscribed and sworn to before me this
_____ day of _____, 20 _____.
My commission expires: _____

_____
Notary Public

---

**Page 71**

ERRATA
PAGE LINE CHANGE
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____
____ ____ _____
     REASON: _____

---

**Page 73**

LAWYER'S NOTES

PAGE  LINE
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____

Christina Pramudji, M.D.

**A**

abbrevo 15:9,14
  16:9 17:8 18:1
  18:12 55:7,14
  55:23 56:3,6,7
  56:10 57:23
  58:5,9,13,16
  59:1,5
abdominal
  39:18
ability 69:9
absolutely 28:3
absorbable 25:9
access 49:21
  52:11
accurate 70:19
achieve 56:17
acknowledgm...
  6:13 72:1
action 69:14,15
actual 67:17
acute 38:19
  39:17
add 45:6,9 46:19
added 12:24
  32:10 43:11
  44:5,17 45:17
  45:24 46:24
  47:3,6
adding 45:14
  47:11
addition 10:24
  13:18
additional 47:5
address 14:19
  15:2
adequate 47:3
adhesion 42:8
adoption 64:15
  65:4
adverse 38:13
  38:15 40:15
  43:10 44:5,16
  45:6,17,24
  46:20 47:5,10
afaes 4:3

affect 14:14 35:6
  59:23 60:3,24
  61:4 62:9
agree 29:2 44:8
  46:22 47:16
  48:4 50:10
  56:21 57:8
  59:22 60:2,6
  60:10,16,20
  61:2,11,16,21
  62:1,4,7 64:9
  65:10,11 66:8
  66:12,15
ahead 43:17
  45:11
allen 4:8
allowed 47:22
allowing 48:5
amsden 2:11
  4:10
amy 35:17 36:18
andrew 4:2
andy 8:7
angelini 49:15
  50:20
anhalt 36:4 37:5
  37:13,19,21
anhalts 65:3
answer 22:24
  30:12 33:8
  38:23 39:6,14
  39:23 40:6,12
  40:20 41:6,12
  41:18,24 42:6
  42:12,18 43:2
  43:7 57:8,13
  57:20 63:16
  64:21 65:2
answers 35:6
  72:5
anyway 27:16
apart 25:12,18
  26:13
appearances 6:4
appeared 33:12
appears 31:6

appropriate
  70:6
approximately
  13:14,19
april 35:14,17
  37:9
area 14:23 39:19
  61:12 62:2
articles 10:8,11
  10:13
asked 15:5 18:8
  35:7 45:9
  59:12 67:1
asking 62:19
associated 38:16
assuming 27:13
  48:1,9
attached 70:12
  72:7
attention 16:12
attorney 69:13
  69:14 70:16
attorneys 14:4
atypical 42:14
autologous
  18:20 19:4
available 23:14
  23:24 36:2
avenue 4:3,13
aware 34:7,13
  37:17 43:9
  44:4 45:3 46:7
  62:22

**B**

babcock 30:24
  31:8
back 9:17 36:5
  48:18 66:2
baker 2:1
banks 1:18
barbara 1:8
based 13:21
batiste 37:11
bearing 61:15
bears 30:16

beforeandafter
  64:24
beginning 3:9
begins 35:16
believe 11:2,17
  12:17 16:6
  17:3 28:14
  32:1 38:5,14
  43:14 45:13,14
  45:16,18,23
  46:1 47:4,11
  48:23 49:8,12
bellew 12:8,9
benefit 65:15
best 10:14 57:4
  69:8
better 47:13
  57:6
bill 13:18
billed 13:9
biological 18:21
  18:22,23 19:4
  19:7
bit 63:19
bladder 18:5
  26:19 27:7
bleeding 40:8
blind 43:18
blynn 1:23
board 45:9
body 32:3 67:11
boggs 2:5
boston 19:13,17
  19:24 20:3
box 16:5
break 48:12,19
brenda 1:11
bridges 2:7
bulking 18:24
burt 36:9,13
business 16:23
butler 5:2 22:2
  36:9
butlersnow 5:3

**C**

c 4:1,6 5:1
call 56:1,4
canadian 45:9
cant 20:8 22:9
  23:2 26:6 30:2
  30:8 31:10
  32:20 49:12,17
  50:13 55:15
  63:21 64:22
carefully 70:4
carey 2:8 21:6
  49:5
carol 2:23
carpenter 1:12
  4:20
cartmell 4:2
case 1:7,8,10,11
  1:13,14,16,17
  1:19,20,22,23
  2:1,3,4,6,7,9
  2:10,12,13,15
  2:16,18,19,21
  2:22,24 8:9
  11:12 12:7
  26:8 37:14
  46:16 48:24
  50:11 53:16,22
  59:19
cases 9:14 13:2
  40:24
casespecific 13:4
  13:15
cathy 2:10
cause 28:6,15,21
  28:24 29:4
  33:4 34:16
  42:20 62:9
causes 32:1
causing 29:14
cerda 4:6,7
certain 67:2
certainly 46:24
certificate 6:11
  69:1
certified 3:11
  69:2,3,19,19

**certify** 69:3,6,10
69:12 72:4
**change** 24:22
26:11 46:21
50:3 52:15
57:15 62:6
63:18,23 71:2
**changed** 12:21
**changes** 46:10
70:11 72:6
**charlene** 2:20
**charleston** 1:2
**choice** 17:15
**choose** 17:24
**chose** 22:6 27:15
37:2 45:5
46:19
**chosen** 24:1
**christina** 1:10
3:5 6:1,6 7:1,4
7:5 8:2 69:4
72:4,12
**chronic** 38:19
39:17
**circumstance**
28:16
**cite** 10:11
**cited** 10:8 11:1
21:17,22 49:4
49:10
**city** 3:8 4:4
**clarified** 44:13
**clarify** 28:18
32:11
**classic** 15:17
**clean** 33:21
**clear** 57:7
**clinical** 16:19
24:23 31:16,21
32:2 33:4
34:16 67:16
**clinically** 16:14
28:1 29:11
**closed** 30:4,11
**coaptite** 18:23
**cole** 2:8

**colleague** 36:4
**colony** 5:3
**com** 4:3,7,12,18
5:3
**commencement**
69:4
**commission**
69:21 72:17
**companies**
20:10,14,18
**company** 56:22
57:3,9 63:7,11
64:1,2 67:14
**compared** 17:20
**completed** 30:4
30:10
**completing**
11:20
**complications**
14:23 66:13
**component** 25:9
**concern** 31:16
31:21 33:4
**concerns** 32:2
**concluded** 37:11
68:14
**conclusion**
69:11
**conjectures** 64:5
**consent** 47:13
47:17
**consider** 47:7
53:15,17 55:23
**consultant** 20:2
**consulting** 20:11
20:15,19 37:22
**contacted** 11:11
11:15
**contain** 9:22
**contained** 12:19
48:4
**containing** 9:20
**contents** 47:17
**continue** 8:22
**continued** 45:19
46:2

**continuing** 9:8,9
**control** 10:15
**copy** 14:11
43:17
**corporate** 46:9
**correct** 8:14
12:12,17 13:10
13:11,16,17,24
14:3,9,24
15:21,22 21:7
21:19 23:11,12
23:16,17,22
24:2 25:14,15
26:20,21 27:4
28:2,8 29:23
29:24 30:12,21
30:22 31:2,3
31:17,18,22
32:18 36:10,15
36:16 37:16
43:14 44:3
49:1 50:16
53:10 54:2,19
54:22 55:22
56:12 57:23
65:1 68:6,10
72:5
**corrections** 70:4
70:7 72:6
**correctly** 12:8
59:14
**couldnt** 28:6
**counsel** 4:5,10
4:15,20 5:5
69:13,14
**couple** 15:6 20:6
**coupled** 52:23
53:3
**court** 1:1 34:5
69:3,19 70:20
**covered** 50:21
**create** 12:4
**crr** 69:18
**cumbersome**
16:22
**curled** 50:24

**curling** 49:24
**curls** 49:20 52:9
**current** 65:13
**currently** 15:7,8
15:17 16:15
18:17 19:8,16
20:10,14,19
24:12
**cut** 15:24 16:1
16:10 53:24
54:1,4,10 55:1
55:2 56:15,16
**cv** 7:5 14:8,12
14:17,19 35:5

**D**

**d** 1:10 3:6 6:1,6
7:1,4 8:2 69:4
72:4,12
**dallas** 4:9 35:21
**damage** 26:18
27:7
**daphne** 2:1
**data** 10:14 24:23
25:10,19,20
67:20
**date** 3:10 69:8
70:9 72:12
**dated** 35:13,17
37:9 69:22
**day** 72:16
**days** 70:16
**de** 4:6,7
**death** 43:4
**decided** 45:10
**decisionmaking**
10:10
**deemed** 70:19
**defective** 52:20
53:8
**defendants** 5:5
**definitely** 66:18
**definitively**
27:10
**deforming** 50:1
**deforms** 49:21

52:10
**density** 60:11,14
**deponent** 6:13
72:1
**deposed** 12:22
**deposing** 70:15
**deposition** 1:10
3:5 7:1 8:8 9:1
9:5,11 10:21
14:15 34:22
35:2 36:15
43:15 46:12,15
49:15,22 50:12
50:15,20 51:14
51:17,22 52:11
68:14 69:11
70:3,13,17,18
**depositions**
21:18 67:2,6
**described** 27:1
58:13
**description** 7:3
7:15
**design** 25:11
**designated** 46:8
**designed** 63:8
63:12,23 64:3
65:7,9
**designing** 62:14
62:21 63:4
**details** 24:3 38:7
**determine** 22:13
56:23 57:10
**developed** 24:10
**device** 16:16
17:19 20:14
24:2 33:21
45:19 46:3
47:18 55:7
56:17,22,23
57:9,11 58:5
58:16 59:1,5
59:13 63:7,22
64:1
**devices** 17:2
59:9

Christina Pramudji, M.D.

**didnt** 33:1,17
  45:18 46:1
  49:16 53:2
**difference** 16:5
**differences**
  55:12
**different** 33:17
  55:17
**differently** 55:2
  55:8
**dilator** 30:19
**dimock** 2:23
**diplomate** 3:11
  69:2,18
**directly** 28:5,11
**director** 49:22
  52:4,13,17
  53:5,13
**directors** 58:11
**disagree** 13:6
  54:6 56:13,19
  57:8 65:11,16
**discharge** 42:14
**discomfort** 28:7
  28:15,21 29:5
  42:21
**discuss** 10:3
  47:22 48:3,6
**discussed** 10:2
  52:12
**discussing** 49:23
**dispose** 29:22
**dissection** 41:2
**distinguish** 56:3
**district** 1:1,1,8
**divilio** 51:14
  52:4
**division** 1:2
**doctor** 8:7 9:3
  12:24 14:8,17
  15:7 34:24
  35:11 38:12
  43:9 44:3,15
  48:18,22 49:14
  59:18 62:12
  66:2,5 68:3

**doctors** 47:22
  48:3,8 54:9
**document** 21:22
  49:10
**documents**
  21:24 49:23
  50:21
**doesnt** 8:17
  16:14 30:5
  35:9 46:21
**doing** 18:4 20:10
  20:14,19 70:8
**donna** 2:11
**dont** 12:9 14:13
  16:3,7,11,11
  16:13 17:3
  18:15 22:17,24
  24:3,9 25:5
  27:19,19 28:14
  32:1 33:6,8
  34:2,20 37:4,8
  38:5,10 44:8
  44:24 46:5,18
  47:2,11,19,24
  50:3 51:2,11
  51:18 52:6,14
  52:16,22 53:4
  54:12 56:4
  58:8,14 59:2,6
  59:10 61:14
  64:6,19,23
  65:5,5,8
**dr** 9:11 35:20
  36:4 37:5,13
  37:19,21 46:7
  49:5 65:3
  66:24
**drawing** 10:5
**drive** 4:19
**drs** 21:6
**duly** 8:3 69:4
**durability** 61:20
**durham** 1:21
**dysfunction**
  39:2
**dyspareunia**

26:17 27:7

_____
          **E**
_____
**e** 4:1,1 5:1,1
**earlier** 8:13
  19:20
**early** 50:22
**edwards** 4:6
**edwardsdelac...**
  4:7
**effect** 28:1
**efficacious**
  67:21
**efficacy** 61:23
  62:3,6,9 63:15
  63:22
**either** 11:5
**elasticity** 60:21
  60:24
**elizabeth** 1:23
**email** 7:7 35:13
  35:16,16 36:8
  37:3
**embedded** 31:24
  32:11 33:1
**employee** 69:13
  69:14
**employees** 67:2
  67:15
**employing** 23:7
**emptying** 18:5
**engineers** 26:1,9
**enrolling** 16:18
**entire** 34:8
**envision** 32:20
**equivalent** 24:17
  25:2
**era** 64:21
**errata** 6:12 70:6
  70:9,11,15
  71:1 72:7
**esquire** 4:2,7,12
  4:17 5:2
**essentially** 23:20
**essman** 1:6
**estimate** 12:1

13:1,13
**estimated** 13:3
**ethicon** 1:3 18:8
  23:14 24:1,10
  24:15 26:1,9
  27:15 36:2,13
  37:15,22 38:3
  38:8 44:18
  45:5,16,24
  46:8,19 47:5
  47:21 48:2
  50:22 51:6
  52:17 53:5
  54:15,21,24
  58:4,22 67:2
**ethicons** 14:3
  20:22 52:12
  53:13 54:9
  58:11
**eugenia** 2:4
**events** 38:15
  45:6
**evidence** 68:8
**evolves** 57:5
**evolving** 57:14
**exact** 15:8,13,18
  16:9 17:8,17
  18:14,14 55:9
  55:13
**examination** 6:6
  8:5 66:22 68:1
  69:4
**example** 54:4
  55:7
**excess** 34:9
**excluded** 51:7
**exhibit** 7:4,5,7,8
  7:16 8:22 9:1,4
  9:8,9 10:20
  11:6,7 14:15
  34:22 35:1,12
  43:15,19
**exhibits** 7:1,13
  9:17
**experience**
  52:23 53:3,20

66:16,19 67:7
  67:12,20
**expert** 7:4 9:19
  11:11,13,15
  18:10 21:4,10
  21:18 22:7
  37:14 49:3
  66:13 68:4
**expertise** 66:16
**expires** 69:21
  72:17
**exposed** 42:20
  42:23

_____
          **F**
_____
**f** 1:18
**fact** 54:14 55:12
  67:5
**facts** 10:3,3
**faes** 4:2 6:7,9
  8:6,7,21 9:2,15
  9:21 10:17
  14:16 22:16,23
  24:20 25:6
  26:7 27:21
  29:1,15,18
  32:13,22 33:10
  33:15,23 34:14
  34:23 38:22
  39:1,5,7,13,15
  39:22 40:1,5,7
  40:11,13,19,21
  41:5,7,11,13
  41:17,19,23
  42:1,5,7,11,13
  42:17,19 43:1
  43:3,6,8,16,20
  44:1,14 45:22
  46:6 48:11,17
  50:5 51:3,12
  53:1,11 56:20
  57:19,21 59:17
  61:8,10 62:18
  63:17 64:8
  65:18 66:1,20
  68:2,11

Christina Pramudji, M.D.

fail 70:18
fair 20:21 68:4,7
familiar 24:13
  24:19 46:11
  47:9 51:15
  62:23
far 10:1,14
fascial 18:20
  19:4
fashion 19:11
  23:20
fda 24:15 25:2
february 12:16
feedback 58:23
  59:4,8,12
feel 65:13,14
felt 10:4,13
figure 57:4
file 1:3
financially
  69:15
fine 8:24
firm 4:17
first 8:3 11:11
  11:14 26:20
  35:13 36:17
  44:19,20 52:12
  52:18 53:6,13
fiveminute
  48:12
flat 23:21
flexible 61:5
floor 19:23 23:5
  26:24 66:9,16
flying 43:18
focus 35:15
focused 48:13
follow 62:13,21
following 26:19
  26:22 64:15
  65:4,12
follows 8:4
footnote 49:10
forces 30:16
foregoing 69:7
  72:4

foreign 33:13
  34:10,17
form 24:18 25:4
  26:5 27:17
  28:17 32:5,19
  33:5,14,19
  34:12 43:13
  45:20 46:4
  50:2 51:1,10
  52:21 53:9
  56:18 59:15
  62:15 63:13
  64:4 72:6
formation 42:8
forming 11:4
  46:16 53:16
forth 69:8
forwarded 36:8
  36:12
found 29:13
fox 1:20
frame 51:5
frayed 50:23
fraying 49:24
frays 49:19 52:9
frcp 69:10
free 30:18
frequency 41:20
frequently 47:17
friction 28:10,10
  28:13,24 29:6
front 10:19 12:5
further 66:20
  68:1,11 69:6
  69:10,12
future 19:20

**G**
gage 5:2,3 6:8
  8:24 9:6 22:22
  24:18 25:4
  26:5 27:17
  28:17 32:5,19
  33:5,14,19
  34:12 43:13
  44:10 45:20

46:4 50:2 51:1
  51:10 52:21
  53:9 56:18
  59:15 62:15
  63:13 64:4
  65:17 66:23
  67:22 68:13
gather 22:2
general 11:20
  13:19
gessner 3:8
getting 44:10
given 72:5
giving 27:1
go 29:19 32:9
  33:16,16,21
  43:17 45:11
  65:18
going 8:21 9:3
  9:16 14:13,14
  15:16 29:15
  32:9 34:24
  38:12,13 44:11
  52:22 53:21
  67:7
good 57:4 64:23
goodwin 1:8
graft 18:23
grand 4:3
groin 39:18
guided 47:17
gynecare 7:8
gynemesh 9:13
  13:20,22

**H**
hadnt 12:14
hagans 2:2
hand 9:3 34:24
handed 35:11
hands 17:16
happen 30:5
happening
  32:21 67:18
happens 30:7
hard 64:16

65:14
havent 36:5
  46:13 51:21
  54:16
heard 36:5
heather 2:13
held 3:7 31:8
help 47:13 48:13
helped 22:2
helpful 47:6
  48:5
helping 36:14
hematoma 40:9
hemorrhage
  40:8
hereinbefore
  69:8
heres 22:16
herman 4:11,11
hes 66:8,12,18
hhklawfirm
  4:12
hi 35:20
highland 5:3
hill 1:8
hold 31:1
holds 63:3
hour 13:10
hours 11:19,24
  12:2 13:1,3,5,9
  13:21,23 48:23
  49:9
houston 3:8,9
  4:19
huskey 12:10,10
hypothetical
  30:13
hypothetically
  32:24

**I**
ideas 64:5
ifu 27:8,13,16
  43:12 44:6
  45:6 46:9,20
  46:23 47:6,12

47:18,23 48:4
ill 8:18 14:11
  27:11 34:3
  43:17 44:2
  63:23
im 8:8,21 9:3
  14:14 18:4
  24:13,19 25:21
  27:18 29:15
  32:6 34:5,24
  35:20 38:12,13
  44:23 46:11
  56:7 57:7
  62:19,22 65:19
imbedded 32:17
impact 34:16
impartial 68:4,8
imperative
  70:14
implant 17:19
  32:8 33:11
  40:23
implanted 17:1
  17:4,6 33:2
implants 33:7
important 10:5
  12:20 46:15,18
  53:19 60:14
  67:13
improvement
  51:6
incision 30:4,11
inclined 18:6
include 27:15
  49:2
including 39:17
  40:8
incontinence
  18:3,18 20:23
  23:8 35:23
  36:23 40:2,3
  41:14 64:10
increase 65:7
increased 19:5
  64:11,13,15
  65:4

**index** 6:1
**individuals** 22:8
**information**
  47:12 53:14
  58:17
**informed** 47:16
**informing** 53:15
**initiated** 51:6
**insight** 52:19
  53:7
**instructed** 58:1
**instructions** 7:9
  55:13 70:1
**instrument**
  30:19 31:1
**instruments**
  27:2 32:8
**integrates** 40:23
**integrity** 25:13
  26:14
**intercourse**
  28:14 29:6
  39:8 42:22
**interest** 50:6
**interested** 69:15
**interesting** 50:8
**introduction**
  64:11
**irrigated** 29:21
  30:2,9
**irritation** 28:24
  29:8
**isnt** 30:1,8 53:14
**iso** 62:23
**issue** 29:9,10
**issued** 12:12
  14:5
**issuing** 50:11
**ive** 12:24 35:11
  35:24 36:3
  64:18

**J**
**jane** 1:14
**jean** 2:23
**jo** 2:16

**johnson** 3:10
  37:15,15,23,23
  38:8,9 69:2,18
**joseph** 1:8
**joy** 1:6
**judge** 1:8

**K**
**k** 1:18
**kansas** 4:4
**katz** 4:11
**keep** 38:7,10
**key** 2:19
**kidney** 19:24
**kinds** 63:6,10,24
**kit** 19:10
**kits** 23:7
**klein** 7:5
**knew** 44:18
  58:18,19
**know** 8:18 11:13
  15:24 16:3,4,8
  16:11,13 19:10
  19:16 22:21
  23:4,13 24:3,5
  24:9,14 25:5
  25:16,24 27:6
  28:13 29:12
  33:6,8,24 34:6
  37:5,8,13
  44:15,24 45:5
  46:5,19 47:20
  47:24 50:19
  51:4,11,16,23
  52:3,6 54:8
  55:11 56:9
  58:10,17,22
  59:2 61:14
  62:12,19 63:2
  63:6,10,24
  64:6 65:2,3,5,8
  66:5
**knowingly**
  33:11
**kott** 4:12
**kriz** 1:9

**L**
**l** 4:6,6
**la** 4:6,7
**laser** 15:24
  16:10 54:1,4
  54:10 55:1
  56:15
**late** 50:21
**launched** 44:19
  44:20 52:5,18
  53:6,14 59:1
**laundry** 45:11
**laura** 49:15
  50:20
**law** 4:17
**lawyer** 36:13
**lawyers** 6:14
  73:1
**lay** 56:15
**leg** 39:18
**length** 56:2,5,8
**level** 10:14
**liability** 1:4
**liked** 59:11
**line** 71:2 73:3
**lines** 34:8
**list** 10:19,22
  11:7 14:18
  22:14,19 44:16
  45:11 47:12
  49:16 50:16
  51:17,21
**listed** 11:5 22:13
  22:18,19
**literature** 52:24
  53:4,19 67:8
  67:12
**litigation** 1:4
**little** 63:19
**llc** 4:11
**llp** 4:2,17 5:2
**localized** 31:7
**logan** 2:20
**lois** 1:21
**long** 2:13 45:11
**longer** 15:16

**look** 25:22 49:9
  51:19
**looked** 53:18
**loose** 29:3 30:3
  30:10 32:15
**loosely** 54:5
**loses** 49:20 52:9
**losing** 25:13
  26:13 49:24
**lost** 50:24
**louisiana** 4:14
**loyal** 20:22

**M**
**m** 1:10 3:6,9
  4:12 5:2 6:1,6
  7:1,4 8:2 48:15
  48:16 65:22,23
  68:15 69:4
  72:4,12
**manipulator**
  19:21
**manufactured**
  34:1,4
**manufacturer**
  25:1 62:13
  63:3
**manufacturers**
  62:20
**march** 1:15 3:2
  6:2 7:2 69:22
**margolis** 21:6
  49:5
**maria** 2:4,17
**marie** 1:18
**mark** 43:17
**marked** 7:3,13
  9:1,4,10 10:20
  11:6,7 14:15
  34:22 35:1,3
  35:12 43:15
**market** 24:2
  25:3 56:24
  57:12
**marketed** 19:10
**martin** 46:7

**mary** 1:14
**master** 1:3
**material** 10:22
  19:12 24:16
  35:4
**materially** 14:13
**materials** 10:24
  11:3 21:17
  27:2 34:10
  49:4 65:13
**math** 13:6,17
  14:2
**matter** 16:14
  33:13 34:17
  35:5
**mdl** 1:5
**mean** 22:16
  32:12 51:21
  55:21,21 67:10
**meaning** 11:12
**means** 9:9 67:11
**meant** 43:23
**mechanically**
  16:1 53:24
  55:2 56:16
**medical** 20:13
  52:13,17 53:5
  53:13 56:22
  57:9 58:11
  63:7 64:1
**melvyn** 36:4
**memorial** 3:8
**mentioned**
  18:19 19:20
**mesh** 16:10 20:9
  23:10,13,21
  24:11,11,24
  25:1,11 26:2
  26:12 27:24
  28:19 30:16,16
  30:17 31:6,14
  31:24 32:11,16
  32:17 33:1,3
  33:13 35:22
  36:22 40:22,24
  42:20 49:19,23

50:23 51:6,7,8
52:8 53:24
54:1,4,10 55:1
55:2 56:15
58:2,7 59:20
59:23,24 60:3
60:4,7,8,11,12
60:17,18,21,22
61:3,4,12,13
61:17,18,20,22
61:23 62:2,3,8
62:14,21 63:4
65:6,13,15
66:13
**meshes** 25:10
**message** 36:19
**metal** 31:12,20
31:23 32:3,15
32:24 33:3,7
33:13,20
**micheal** 3:10
69:2,18
**midstream**
16:21
**midurethral**
15:2 17:7
18:21
**mikalia** 4:12
**miniarc** 17:10
**minisling** 55:17
55:20,24 56:2
56:4
**mississippi** 5:4
**missouri** 4:4
**mixed** 23:7,8
**mkott** 4:12
**modify** 11:22
12:4
**month** 37:11
**morning** 9:12
**morrow** 2:22
**move** 23:3 29:16
38:22 39:5,13
39:22 40:5,11
40:19 41:5,11
41:17,23 42:5

42:11,17 43:1
43:6 57:19
61:8
**moved** 16:20
**multiply** 13:12

--- **N** ---

**n** 4:1,2 5:1
**name** 8:7
**nancy** 2:16
**narrow** 62:5,8
**ncra** 69:18,19
**necessarily**
52:14
**necessary** 27:20
40:15 45:18
46:2 47:2 70:4
**need** 22:21
43:20 48:14
**needs** 40:24 54:4
55:1,7
**neither** 69:13,14
**neuchâtel** 34:4
**neuromuscular**
39:16
**never** 14:22
29:11 54:24
**new** 4:14 12:19
**notary** 3:12 69:3
69:20 72:20
**noted** 30:17
70:11 72:7
**notes** 6:14 73:1
**notice** 3:7 33:2
50:22
**november** 11:17
**number** 7:3,15
13:1
**numbers** 8:22
9:8,10 13:13

--- **O** ---

**o0o** 68:16
**oath** 8:13
**object** 24:18
25:4 26:5

27:17 28:17
29:15 32:5,19
33:5,14,19
34:12 38:22
39:5,13,22
40:5,11,19
41:5,11,17,23
42:5,11,17
43:1,6,13
45:20 46:4
50:2 51:1,10
52:21 53:9
56:18 57:19
59:15 61:8
62:15 63:13
64:4
**objection** 44:12
**observer** 35:21
**obturator** 15:9
15:14 24:10
**obvious** 26:23
27:14
**obviously** 63:21
**occult** 18:3
**occur** 26:17
39:19 41:3
42:23
**occurs** 28:14
**october** 51:14
**offer** 18:9 52:19
53:7,21
**offered** 16:10
**offering** 49:18
52:7 59:18
**oh** 12:10
**okay** 8:20,23
12:11 18:8
22:24 32:6
35:10 38:17,18
63:20
**okeefe** 4:13
**olsen** 1:14
**once** 17:11
**ones** 22:20 55:18
56:16 58:21
**opinion** 24:22

26:11 27:15
28:4 31:19
34:19,20 53:22
58:12
**opinions** 9:20,23
10:5,24 11:5
12:15,19 13:15
18:9 46:16,21
49:19 50:4
52:8,15 53:16
59:19 67:14,14
**optimal** 57:17
**oral** 3:5
**order** 56:17 68:7
**organ** 26:18
27:7 35:23
36:22
**organized** 48:13
**original** 15:20
70:15
**orleans** 4:14
**orthopedic** 33:7
**outcome** 67:18

--- **P** ---

**p** 4:1,1,6 5:1,1
48:16 65:22,23
68:15
**pa** 24:5,9,15
**package** 32:7
**packaging** 31:15
31:20,24 32:4
32:16 34:11,18
**page** 21:3 23:3
25:7 26:16,20
26:22 27:22
29:20 30:14
35:13,15 71:2
73:3
**pages** 72:5
**paid** 13:13 14:3
**pain** 26:17 27:6
28:6,15 29:5
29:13 38:19
39:8,17 42:20
**parkway** 5:3

**part** 21:23 32:10
35:14 41:1
**partially** 25:9
**particle** 28:5
29:3,9,13 30:3
30:9 31:13
32:3,24
**particles** 27:23
28:20 29:22
31:15,20,23
32:7,15 33:3
49:20,24 50:24
52:10
**particular** 11:12
11:15 22:4,6
37:1 47:18
**particularly**
29:5 47:8
**parties** 69:13
**partner** 42:21
**party** 69:11
**passed** 30:16
**patient** 28:7
29:12,12 32:2
32:9 33:3
**patients** 16:19
17:23,24 18:3
24:24 39:9
42:21 47:13
65:14,15 67:13
**paula** 1:9
**pay** 16:12
**pelvic** 1:3 19:23
23:5 26:23
35:23 36:22
38:20 39:3,10
39:18,20 40:17
41:4,9,15,21
42:3,9,15,24
47:6,8 66:9,16
**pelvis** 30:17
**penny** 2:14
**percent** 17:21
**percentage**
17:18
**perforation**

Christina Pramudji, M.D.

26:19 27:8
**perform** 17:24
  18:17
**performance**
  59:20,23
**performing**
  26:24
**periurethral**
  18:23
**permanent**
  40:22
**permitted** 48:2
**peter** 4:7,7
**pharmaceutical**
  20:18
**physician** 23:18
  56:14,14
**physicians** 31:6
  47:13 58:2
  65:12
**pick** 16:5
**picture** 64:24
**picturing** 32:6
**piece** 28:11
**pillows** 58:6
**place** 31:1,8
  56:23 57:10
  58:2 69:8
**placed** 30:18
  58:5
**plaintiff** 4:10,20
**plaintiffs** 4:5,15
  21:5
**please** 8:18 70:3
  70:8
**plus** 49:10
**point** 31:7 62:8
  66:14
**polypropylene**
  15:3 17:7
  20:24
**poor** 18:5
**pore** 60:6,13
**pose** 31:21
**potential** 29:9
  29:17 48:7

**potentially**
  19:18 26:11
  32:17 34:16
**potts** 4:17
**pottslaw** 4:18
**practically**
  55:16
**practiced** 64:20
**practices** 16:20
**pramudji** 1:10
  3:6 6:1,6 7:1,4
  7:6 8:2 35:20
  66:24 69:4
  72:4,12
**pramudjis** 9:11
**preceptor** 54:14
  54:15,20 57:22
**preceptoring**
  54:17,23
**preceptors** 54:9
**preceptorships**
  15:10,12,14
**preconfigured**
  23:15,24
**prefer** 38:7
**prepare** 36:14
**preparing** 48:23
**press** 36:22 37:7
  38:3
**pretty** 20:22
  55:5,18 59:14
**previous** 10:21
  11:23 12:3,7
**previously** 7:13
  10:20
**prior** 9:11 50:10
  69:3
**private** 38:9,11
**probably** 17:21
  33:21 53:18
  66:14
**problem** 22:17
  26:1,4,10
  27:19 33:18
**problems** 29:14
  39:16

**procedural** 31:5
**procedure** 18:1
  19:1
**procedures**
  18:16
**proceed** 48:20
  66:3
**proceedings** 8:1
**product** 15:18
  19:10,14,19
  33:12 34:10
  38:16 48:7
  49:22 51:6,8
  52:4 56:11,24
  57:11 63:8,12
  63:15 64:2
**production** 34:8
**products** 1:4
  15:11 16:9
  17:4 18:19
  19:17 20:1,23
  34:17 54:11
  62:14,21 63:4
  65:6
**profile** 60:4,8,12
  60:18 61:4,13
  61:15,18
**project** 51:8
**prolapse** 18:4
  28:22 36:23
**prolene** 28:5,11
  28:19 40:22,24
  51:7
**prolift** 9:13
  13:21,22
**proper** 56:23
  57:2,10,16,16
  58:24
**properly** 59:4,8
  59:13
**properties** 59:20
  59:23 60:3
  61:3
**property** 60:7
  60:11,17,21
  61:12,17,22

62:2
**propounded**
  72:6
**prosima** 9:13
  13:20,22
**protective** 30:15
**provided** 14:8
**ps** 9:13 13:20,22
**public** 3:12 69:3
  69:20 72:20
**publications**
  14:18,19 15:1
**published** 14:22
**pull** 49:9
**pursuant** 3:7
  69:10
**put** 13:5 27:18
  45:11 67:19
**putting** 56:24
  57:11
**pvdf** 23:6,7

----

**Q**

**question** 8:17,19
  30:6,7,13 33:9
  44:2 53:4 63:9
  63:16,18,23
**questions** 14:14
  35:7,24 65:21
  66:21 67:5,22
  68:12 72:6
**quick** 48:12
**quijano** 2:4

----

**R**

**r** 1:8 4:1,17 5:1
**randomized**
  10:14
**rates** 64:10,12
  64:14 65:3,7
**raz** 66:6
**rdr** 69:18
**reach** 36:3
**reached** 9:23
**reactions** 38:13
  40:16 43:11

44:5,16 45:10
  45:17 46:1,20
  47:5,10
**read** 46:12 70:3
  72:4
**ready** 44:11
  48:19 66:3
**realize** 15:5
**really** 16:7,11,12
  17:16 29:9,10
  33:6 34:20
  48:14 55:18
  62:5,5 64:20
  64:22,23
**realtime** 3:12
  69:2,19
**reask** 44:2
**reason** 13:6 22:5
  22:6 23:23
  37:2 38:10
  70:5 71:4,6,8
  71:10,12,14,16
  71:18,20,22,24
**reasonable**
  27:20 47:1
**recall** 12:18 20:8
  21:9,14 23:1,2
  26:6 31:10
  36:17,24 37:1
  37:10 49:17
  50:13 51:2
  54:12 55:3,15
  58:8,14 59:6
  59:10 66:24
  67:8
**receipt** 70:16
**recess** 48:15
  65:22
**recognizing**
  57:14
**record** 9:7 44:3
  48:19 65:19
  66:3
**recurrence** 40:2
**refer** 9:16
**referenced** 7:15

Case 3:20-cv-00851-MO Document 91 Filed 05/26/20 Page 27 of 90
Case 2:12-md-02327-85c Document 2135 Filed 05/09/16 Page 475 of 478 PageID #: 57684

Christina Pramudji, M.D.

Page 81

**regard** 54:10
**regarding** 8:9
  9:23 21:12
  36:18
**registered** 3:11
  69:2,18
**related** 49:23
  59:19
**relates** 24:24
**relationship**
  20:5 36:1 38:3
  38:8
**relative** 69:13
  69:14
**release** 63:16
**released** 63:8,12
  64:18
**reliance** 10:18
  11:7 22:14,18
  49:16 50:15
  51:17,20
**relied** 10:23
  11:4
**remember** 12:8
  17:13 22:9,15
  25:21,23 37:4
  49:12 51:18
  63:1
**removal** 25:12
  25:18 26:3,13
**removed** 31:2,9
  41:1
**removing** 30:20
**repair** 1:3 18:4
  35:23
**repairs** 28:22
**repeat** 45:21
  63:9
**rephrase** 8:18
**replied** 36:18
**report** 7:4 9:19
  9:22 10:2,4,6,9
  10:10,12 11:1
  11:6,12,21,23
  12:3,4,6,11,16
  12:20 13:4,20

13:21,22,23
  14:9,12 21:3
  22:20 23:4
  25:8 26:17
  27:23 30:15
  48:24 49:11
  50:11
**reporter** 3:11,12
  34:6 35:21
  38:4 69:2,3,3
  69:18,19,19
**reports** 14:5
  21:4,10,17,22
  22:7 49:4
**represent** 27:11
  34:3
**representative**
  46:9
**representatives**
  47:21 48:2,6
**reps** 47:21
**requested** 69:11
**requesting** 38:4
**required** 41:2
**research** 63:14
  63:21
**researches** 63:7
  63:11 64:1,2
**resolve** 39:9
**respected** 66:9
**respond** 37:2
**response** 67:4,8
**responsibilities**
  63:3
**responsible**
  56:22 57:3,9
**results** 58:19
**retention** 42:2
  60:24 62:10
**retropubic**
  15:13,17,19
  18:7,22
**return** 70:14
**review** 21:21
  22:6 27:9
  50:12 68:8

**reviewed** 10:23
  11:4 21:4,10
  21:17 22:9,10
  22:12,21 49:14
  50:14 51:13,21
  67:1,6
**reviewing** 49:3
**reviews** 10:15
**revision** 40:14
**rhynehart** 2:14
**ricks** 4:17
**riddell** 1:11
**ridgeland** 5:4
**right** 9:15 11:8
  12:13 13:8
  14:23 16:10
  17:15 19:14
  20:16,20 21:14
  22:22 23:2,21
  26:6 28:23
  31:11 54:15,18
  54:21 56:9
  60:15 64:17
  68:5,9
**rigorous** 10:16
**risks** 26:23
  27:12 44:17
  48:7
**road** 3:8
**robin** 2:7
**roped** 50:23
**ropes** 49:20 52:9
**roping** 49:24
**rosenzweig** 21:6
  49:5
**rule** 69:10

    —— **S** ——
**s** 1:8 4:1 5:1
**sacrocolpopexy**
  19:22
**safe** 67:21
**safety** 60:3,8,12
  60:18,22 61:4
  61:13,15,18
  63:15,22

**sale** 45:19 46:2
**sales** 47:21 48:1
  48:6
**sandra** 1:17
**saw** 33:20
**says** 9:7 35:20
**schlomo** 66:5
**scientific** 19:13
  19:17 20:1,3
**second** 35:15
  65:19
**secur** 56:8
**see** 22:17 28:21
  29:11 35:18
  36:6 44:8,10
  49:16 50:8
  61:6
**seeing** 50:7
**seen** 30:24 31:4
  31:15,20
**sense** 8:17 60:23
**sent** 31:5
**seroma** 41:8
**serve** 68:3
**served** 11:13
**set** 16:22 69:8
**setting** 16:21
**sharon** 1:12 2:5
**sheath** 25:12,12
  25:17,18 26:3
  26:12,13 30:15
**sheaths** 26:2
  30:20 31:2,9
**sheet** 70:6,9,12
  70:15 72:7
**shelf** 33:17
**sherry** 1:20
**shes** 22:21
**shively** 2:19
  4:15
**short** 48:19
**shorter** 56:10
**show** 25:10
  67:20
**showed** 50:22
**shut** 34:9

**sides** 68:9
**sign** 18:5 70:8
**signature** 69:10
**signed** 12:16
**significant** 28:1
  41:1 46:23
**signing** 70:10
**silverstein** 35:17
  36:18 37:6
**single** 21:21
**sit** 31:10
**site** 29:21 30:1,8
**size** 60:7,13
**skin** 28:6,12
**sling** 14:23
  15:20,23 16:1
  16:2 17:15
  18:10 23:15,19
  23:20,24 24:10
  53:23,24
**slings** 15:3,7
  17:7,20 18:6
  18:21,22 19:4
  19:5,7 20:24
  56:15 65:14
**smith** 1:18
**snell** 36:9,13
**snow** 5:2 22:2
  36:9
**snugly** 58:6
**softer** 65:15
**solicited** 58:23
**solved** 26:4,9
**solyx** 16:16,19
  17:1
**soon** 35:2
**sorry** 51:9 56:7
**sound** 13:24
**sounds** 12:13
  13:8,17 51:15
**source** 29:13
**southern** 1:1
**space** 70:6
**spaced** 30:18
**speak** 37:18,21
**speakerphone**

Christina Pramudji, M.D.

4:8,13,18
speaking 44:12
speaks 61:19
specific 45:10
specifically
    12:18 14:19
    15:2 21:5
    49:13 64:6
spell 34:6
spent 11:20 12:1
    48:23 49:3
spoke 37:6
spoken 36:21
    38:2
sricks 4:18
stable 19:6
stand 14:3
standard 62:13
    62:16
standards 62:20
    62:24
start 16:23
state 3:13 21:4
    21:16 23:4,5
    25:7 26:16
    27:22 30:14
    31:12,14 69:21
    70:5
stated 24:15
    30:23
statement 65:12
states 1:1 23:6
    52:19 53:7
stenographica...
    69:7
stephen 4:17
stick 25:17
    26:12
sticking 26:2
sticks 25:11
stiff 61:6,9
stiffness 61:2
stone 2:17
stones 19:24
story 35:22 68:9
street 4:8

strength 61:17
    61:22
stress 18:3,18
    20:22 36:23
    64:10
stretched 31:7
strike 17:5
    29:16 31:13
    38:23 39:6,14
    39:23 40:6,12
    40:20 41:6,12
    41:18,24 42:6
    42:12,18 43:2
    43:7 45:3,14
    57:20 61:9
    65:10
string 7:7 35:16
    62:9
subject 70:10
submitted 21:5
subscribed
    72:15
substance 72:7
substantially
    24:16 25:2
    56:10
success 56:17
suctioned 29:21
    30:2,9
sui 23:7 24:24
    26:24 27:2
suite 4:3,8,19
    5:4
superficial
    28:20 29:4,7
support 45:19
    46:2
sure 26:15 27:18
    34:5 44:23
    45:23 57:7
    59:14,16 63:10
surface 28:23
    61:12 62:1
surgeon 30:24
    33:1
surgeons 23:5

26:24 47:7,9
    58:16,23 66:9
surgeries 26:18
    26:24 38:21
    39:4,11,21
    40:4,10,14,18
    41:4,10,16,22
    42:4,10,16,24
surgery 27:3
    29:12,20 30:3
    30:10 33:7
    35:23 36:1
    43:5 47:14
    57:1,14 64:9
    64:12,14 65:3
    65:7 66:17
surgical 18:16
    19:1 27:1
suture 28:19
sutures 28:22
    41:4 42:24
switzerland 34:5
sworn 8:3,14
    69:4 72:15
synthetic 65:6
system 1:3 7:9

——————
    T
——————
take 8:8 24:8
    32:7 48:11
    56:13
taken 3:6 48:15
    65:22 69:7
talk 36:2 38:1
tape 7:9 31:1
taught 58:15,20
    58:20
taylor 2:20 4:15
tear 25:17 26:13
tears 25:12
technically 56:1
technique 58:12
techniques 27:1
tell 8:14 9:5
    11:10 16:4
    55:6 58:4

telling 54:9
ten 12:2 13:23
    48:23 49:9
tend 18:2
tensile 61:16,22
tension 30:18
    58:24 59:4,8
    59:13
tensioned 54:5
    55:1,8
tensionfree 7:8
tensioning 53:22
    55:12,19 58:12
teri 2:19
terms 10:9 20:23
testified 8:4
    12:22 37:14
testify 69:5
testimony 53:12
    69:7
texas 3:9,13 4:9
    4:19 23:6
    69:21
thank 44:22
thats 8:24 12:4
    12:17 14:13,24
    15:15 17:13
    19:13,22 23:12
    24:11 25:15
    26:21 28:5,8
    29:24 30:22
    31:18,22 36:16
    43:14 46:14
    48:9 52:22
    53:10 54:2
    56:3 57:5 61:6
    65:8
theres 19:9
    22:19,20 28:10
    28:13 31:23
    32:15,15
theyre 28:20
    34:4 65:9
thigh 39:18
thing 19:23
things 19:24

37:24 47:1,22
    48:3 52:1,12
    57:2,15 63:7
    63:11,24
think 11:8 12:7
    12:9 14:13
    17:10 18:15
    20:6 27:20
    34:15 46:14,18
    47:1,2,2,19
    50:3 52:15,16
    52:22 53:4
    57:2 60:13,14
    61:19 63:14
    64:13 65:19
thirty 70:16
thought 15:15
thousand 67:13
three 15:11 17:2
    17:9 18:19
    21:1 22:7,18
    22:19 65:20
thursday 3:2
tight 61:1 62:11
tighter 56:16
time 11:23 12:21
    16:24 17:18,22
    23:1 44:18
    49:3 51:5
    57:15,16,23
    65:17 69:8
tina 2:22
tissue 40:23 58:6
told 13:2 25:1
    54:3,24
tom 51:14 52:3
total 14:2
training 64:17
transcript 69:7
    70:17,18
transcription
    72:5
transvaginal
    35:22
treat 23:7 40:15
treating 66:13

| | | | | |
|---|---|---|---|---|
| **treatment** 18:17 | 18:1 23:16 | 36:23 41:20 | **week** 36:3 | **youd** 50:10 |
| **trial** 16:19,21 | 24:5,9,12,15 | 42:2 60:24 | **weight** 60:16 | **youll** 13:18 |
| 37:11 | 24:17 25:3 | 62:10 64:10 | **weisberg** 46:8 | **youre** 8:12,13 |
| **trials** 10:15 | 34:1,8,18 | **use** 7:9 15:7,8,17 | **wendy** 2:2 | 19:16 20:18 |
| **tried** 17:10 | 38:16 43:12 | 15:18,23,24 | **west** 1:1 | 43:18 |
| **true** 23:9 27:14 | 44:6 47:14 | 18:2 19:3,8,22 | **westin** 3:7 | **youve** 9:23 |
| 30:1,8 48:9 | 48:24 55:13 | 19:23 23:6,19 | **whats** 9:4 35:1 | 10:18,22 11:13 |
| **trump** 52:23 | 56:11 | 24:23 30:24 | 35:11 | 11:20 13:1 |
| 53:3 67:7 | **tvtsecur** 18:9 | **usually** 19:9,11 | **white** 1:15 | 14:5,8,22 15:5 |
| **truth** 8:14 69:5 | 55:21 | | **wide** 62:6 | 20:22 21:4 |
| 69:5,5 | **twice** 17:11 | **V** | **william** 5:2,3 | 22:12 30:23,24 |
| **try** 8:18 16:22 | **two** 20:8 | **vagina** 27:24 | 22:17 43:21 | |
| 51:24 | **types** 17:23 | 28:6,9,12,13 | **williams** 2:16 | **Z** |
| **trying** 22:15 | | 29:4 | **wilson** 1:23 | |
| 25:21 36:3 | **U** | **vaginal** 7:8 | **witness** 37:15 | **0** |
| **tvt** 1:6 3:6 7:8 | **u** 1:8 | 19:21 42:14 | 43:22 69:10,11 | **00** 48:16 |
| 8:9 9:20,24 | **ui** 23:8 | **vaguely** 51:15 | 70:1 | **000** 13:14,14,19 |
| 10:23 11:13 | **ultimately** 26:3 | **various** 10:3 | **wolfe** 1:17 | 14:4,5 |
| 12:6,14 13:23 | **ultrapro** 23:9,13 | **verbatim** 69:7 | **word** 29:16 61:9 | **04** 7:7 |
| 14:20 15:8,9,9 | 23:19,21 24:1 | **version** 15:21,24 | **words** 57:18 | |
| 15:13,13,17,18 | 24:11,16,23 | 16:1 | **work** 20:11,15 | **1** |
| 15:18 16:9,9 | 25:1,8,17 26:2 | **video** 31:5 | 20:19 25:10 | **1** 13:2,16 14:6 |
| 17:8,8,17 18:1 | 26:12 | **virginia** 1:1,15 | 37:22 | **10** 3:9 7:16 |
| 18:14 21:12 | **underneath** | **voiding** 39:2 | **worked** 13:2 | **100** 4:8,19 |
| 23:15 25:11 | 28:12 | **vypro** 23:9 25:8 | 26:1 | **1020** 5:3 |
| 27:23 29:3 | **understand** 8:10 | | **working** 35:21 | **11** 3:9 48:15 |
| 32:16 33:12,24 | 8:12 15:19 | **W** | **world** 66:10 | **12** 48:16 65:22 |
| 34:8,18 38:16 | **understanding** | **wagstaff** 4:2 | **wouldnt** 49:21 | 65:23 68:15 |
| 43:11 44:5,18 | 45:8 | **want** 23:18 | 52:10 | **12cv00276** 2:10 |
| 44:20 47:7,14 | **unintentionally** | 35:15 48:11 | **wouldve** 45:17 | **12cv00277** 1:7 |
| 48:24 49:19,22 | 52:2 | 49:21 52:10 | 45:24 58:17 | **12cv00335** 1:17 |
| 49:23 50:23 | **united** 1:1 23:6 | 53:15 65:18 | **writing** 10:10 | **12cv00368** 2:6 |
| 51:7 52:4,8,18 | 52:18 53:7 | 68:4,8 | | **12cv00376** 2:21 |
| 52:20 53:6,8 | **unraveled** 50:24 | **wanted** 58:17 | **X** | **12cv00378** 2:22 |
| 53:13 55:8,9 | **unravels** 49:20 | **warlick** 2:10 | **xenform** 19:11 | **12cv00379** 2:19 |
| 55:13,14,23 | 52:9 | **warned** 27:8 | 19:12,18 | **12cv00401** 2:24 |
| 57:23 58:24 | **update** 46:23 | **wasnt** 11:23 | | **12cv00470** 1:14 |
| 59:9,20 61:3,7 | 48:5 49:7,11 | **waugh** 4:19 | **Y** | **12cv00483** 2:9 |
| 61:17 64:11,15 | **updated** 12:14 | **wave** 11:16 13:2 | **yeah** 22:5 23:2 | **12cv00511** 2:16 |
| 64:21 65:4 | 35:5 | 13:16 14:6 | 28:21 44:2 | **12cv00547** 1:11 |
| 67:19 | **uphold** 19:19 | 21:11 | **year** 12:16 20:7 | **12cv00554** 1:13 |
| **tvto** 1:6 3:6 8:9 | **urethra** 30:19 | **way** 45:1 56:23 | **years** 15:6 17:2 | **12cv00651** 2:7 |
| 9:24 10:24 | 54:5 | 57:2,4,5,10 | 17:9 19:5 20:7 | **12cv00652** 2:18 |
| 11:14 12:15 | **urge** 41:14 | 58:20,24 | 21:1 54:17 | **12cv00760** 1:22 |
| 13:19 14:20 | **urinary** 18:18 | **wcllp** 4:3 | **yesterday** 9:12 | **12cv00783** 2:3 |
| 15:23 17:8 | 20:23 23:8 | **weak** 18:5 | 36:14 | **12cv00799** 2:4 |
| | | | | **12cv00806** 1:8 |

Christina Pramudji, M.D.

| | | |
|---|---|---|
| **12cv00878** 1:20 | 49:15 50:20 | **68** 6:9 |
| **12cv00899** 2:1 | **2016** 1:15 3:2 | **69** 6:11 |
| **12cv00938** 1:10 | 6:2 7:2 69:21 | |
| **12cv00958** 1:16 | 69:22 | **7** |
| **12cv00960** 2:12 | **21** 7:7,8 26:16 | **7** 21:3 |
| **12cv01119** 2:15 | 43:15,19 | **700** 13:5 |
| **12cv01275** 2:13 | **214** 4:9 | **7011100** 4:4 |
| **12cv01286** 1:23 | **21st** 35:14,17 | **70113** 4:14 |
| **12cv01318** 1:19 | 37:9 | **71** 6:12 |
| **12md02327** 1:3 | **22** 68:15 | **713** 4:20 |
| **13** 7:16 10:20 | **2327** 1:5 | **72** 6:13 |
| 11:7 | **24** 1:15 3:2 6:2 | **73** 6:14 |
| **14** 7:5 | 7:2 69:22 | **75204** 4:9 |
| **1400** 5:4 | **252** 13:14 | **77007** 4:19 |
| **18** 7:4 9:1,4 11:6 | **28** 27:22 | |
| 23:3 | **288** 14:4 | **8** |
| **19** 7:5 14:12,15 | **29** 30:14 | **8** 6:7 69:21,21 |
| 25:7 65:22 | | **816** 4:4 |
| **1990s** 50:21 | **3** | **820** 4:13 |
| **1998** 15:20 | **30** 13:3 69:10 | |
| 44:22 51:5 | 70:16 | **9** |
| | **300** 4:3 | **9** 7:4 |
| **2** | **3031** 4:8 | **945** 3:8 |
| **2** 1:3,7,8,10,11 | **34** 7:7 | **9485711** 5:5 |
| 1:13,14,16,17 | **350** 4:19 | **95** 17:21 |
| 1:19,20,22,23 | **36** 13:19 | **9638881** 4:20 |
| 2:1,3,4,6,7,9 | **39157** 5:4 | |
| 2:10,12,13,15 | | |
| 2:16,18,19,21 | **4** | |
| 2:22,24 | **4** 6:4 | |
| **20** 7:7 34:22 | **420** 13:5,14 | |
| 35:1,12 65:23 | **43** 7:8 | |
| 72:16 | **456** 14:5 | |
| **2000** 51:5 | **4740** 4:3 | |
| **2000s** 50:22 | | |
| **2004** 54:21 | **5** | |
| **2008** 44:19,21 | **50** 13:3,21 | |
| **2010** 34:7 | **504** 4:14 | |
| **2013** 54:18,21 | **54** 48:15 | |
| **2014** 7:7 12:12 | **5505239** 4:9 | |
| 12:15,22 35:14 | **5814892** 4:14 | |
| 35:18 37:10 | | |
| 43:12 51:14 | **6** | |
| **2015** 11:18 | **600** 13:10 | |
| 27:12,16 43:22 | **601** 5:5 | |
| 44:6,17 45:7 | **64112** 4:4 | |
| | **66** 6:8 | |