**Jeanne F. Loftis**, OSB #913612
E-mail:  jeanne.loftis@bullivant.com
**Diane Lenkowsky**, OSB #143725
E-mail:  diane.lenkowsky@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915


**Anita Modak-Truran** (admitted *pro hac vice*)
E-mail:  anita.modak-truran@butlersnow.com
**Kenneth Conour** (admitted *pro hac vice*)
E-mail:  kenneth.conour@butlersnow.com
**BUTLER SNOW, LLP**
150 3rd Avenue South, Suite 1600
Nashville, Tennessee  37201
Telephone:  615.651.6751

*Attorneys for Defendants Ethicon, Inc. and
Johnson & Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA SMITH and GARY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC., ETHICON LLC and<br>JOHNSON & JOHNSON,<br><br>Defendants. | Civil No.: 3:20-cv-00851-MO<br><br>**DEFENDANTS' AFFIRMATIVE<br>DEPOSITION DESIGNATIONS** |

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 1**

## Defendants' Affirmative Deposition Designations

Defendants designate the following portions of **Axel Arnaud's** September 25, 2013 deposition:

867:9 – 867:25
868:4 – 868:7
868:17 – 868:22
873:7-874:4
874:19-20
874:22-875:5
875:11-876:18
879:16 – 881:5
881:7 – 881:24
882:8 – 882:12
882:14 – 884:11
902:5 – 902:22
904:3 – 904:17
906:3 – 906:7
906:10 – 907:18
907:20 – 907:20

Defendants designate the following portions of **Katrin Elbert's** December 23, 2014 deposition:

12:5 – 12:6
29:23 – 31:4
44:4 – 45:11
46:1 – 46:16
49:12 – 49:14
50:5 – 50:10
50:19 – 51:19
247:23 – 249:4
249:16 – 252:11
252:15 – 256:18
257:8 – 257:11
257:23 – 258:6
258:11 – 258:13
344:20 – 347:20
348:9 – 351:3
351:6 – 351:7

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 2**

351:9 – 351:24
352:1 – 353:5
353:7 – 354:4
354:6 – 354:12
354:14 – 354: 20
354:22 – 354:22
366:20-366:22
366:24-367:3
367:5-367:7
368:24 – 369:1
369:3 – 370:6
370:12 – 370:13
370:15 – 370:17
371:4 – 371:7
371:9 – 371:9
371:18 – 372:4
372:6 – 372:9
372:16 – 372:17
372:19 – 373:25
374:2 – 374:7
430:9-430:12
430:14-431:5
431:24 – 432:25

Defendants designate the following portions of **Piet Hinoul, MD's** January 15, 2014
deposition:

1761:10 – 1772:22
1772:25 – 1773:8
1173:10 – 1774:16
1774:22 – 1775:9
1775:14 – 1781:5
1782:1 – 1783:10
1783:20 – 1787:19
1788:17 – 1788:19
1788:22 – 1794:9
1794:11 – 1805:25
1806:4 – 1806:17
1806:19 – 1807:19
1807:21 – 1810:19
1810:21 – 1811:21

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 3**

1811:25 – 1812:8
1812:10 – 1813:6
1813:8 – 1815:15
1815:19 – 1816:6
1816:8 – 1816:9
1816:11 – 1816:11
1816:14 – 1818: 8
1818:11 – 1818:12
1814:14 – 1818:17
1819:5 – 1819:7
1819:11 – 1819:16
1819:19 – 1820:9
1820:11 – 1821:15
1821:17 – 1821:25

Defendants designate the following portions of **Charlotte Owens's** June 20, 2013 deposition:

528:11 – 528:23
530:4 – 532:1
535:24 – 537:6
537:18 – 538:1
538:5 – 538:18
539:4 – 539:5
539:7 – 539:16
541:14 – 543:23
544:1 – 544:14
544:19 – 545:24
546:5 – 547:16
552:7 – 552:13
552:15 – 552:21
552:23 – 553:1
553:3 – 553:22

Defendants designate the following portions of **Daniel Smith's** August 21, 2013 deposition:

564:23 – 564:23
564:25 – 567:5
567:15 – 569:7
569:10 – 569:20
570:2 – 570:10

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 4**

577:3 – 577:17
577:21 – 578:15
579:9 – 579:20
579:22 – 579:25
586:22 – 587:8
588:24 – 589:8
589:10 – 589:12
590:13 – 591:3
607:20 – 608:18
614:20 – 615:7
615:9 – 615:14
615:16 – 615:16
638:15 – 639:9
640:24 – 642:17
642:22 – 643:6
643:10 – 644:1
644:3 – 644:17
648:19 – 649:6
649:9 – 649:15
649:18 – 649:21
649:24 – 650:4
650:6 – 650:10
651:7 – 651:9
651:11 – 651:11
652:6 – 652:9
652:11 – 652:17

Defendants designate the following portions of **Axel Arnaud, MD**, November 16, 2012 deposition:

533:21-533:22
534:2-534:16
534:17-535:3
535:4-535:16
535:17-536:6
536:14-537:20
538:11-539:12
539:15-542:14
542:19-542:24
543:14-545:18
546:9-547:7

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 5**

547:8-547:18
547:21-548:18
548:21-550:23
552:7-552:15
552:17-552:25
554:10-555:2
555:5-555:14
555:17-555:21
555:23-556:2
556:4-556:6
556:9-556:19
556:20-557:5
557:8-557:10
557:13-557:25
558:1-558:22
558:23-559:8
560:10-560:13
560:16-561:15
561:22-563:12
563:15-564:4
565:1-565:13
565:14-565:15
565:18-565:18
565:19-565:21
568:17-569:5
572:17-573:3

Defendants designate the following portions of **Thomas Barbolt**, August 15, 2013 deposition:

472:11 -473:13
474:3 -474:11
475:24 -476:17
477:20 -479:14

Defendants designate the following portions of **Thomas Barbolt**, October 10, 2012 deposition:

571:23-572:9
572:25-573:3
576:1 -576:2

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 6**

576:8-577:19
577:22-578:14
578:16-578:21
578:23-580:14
580:19-580:20
581:4-581:7
581:11 -582:22
583:3-583:24
584:4-585:19
585:24 -586:1
586:8 -589:8
589:13 -589:15
590:1 -592:3
593:5 -594:5
594:10 -595:7
600:25 -601:25
602:2 -603:1
603:19 -603:20
604:2 -607:9 (starting
with "Were")
607:14 -608:4
608:9 -611:4
611:6 -611:11
627:14 -628:14
628:17 -629:18

Defendants designate the following portions of **Scott Ciarrocca**, December 3, 2012
deposition:

753:11-753:19
754:11-754:22
755:1-755:17
756:7-757:20
759:11-759:12
759:15-760:3
760:15-761:19
761:21-763:20
764:18-764:20
764:23-764:23
768:13-769:3

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 7**

Defendants designate the following portions of **Scott Ciarrocca**, March 29, 2012 deposition:

14:12-14:16
15:2-15:23
16:14-17:7
17:8-17:11
17:15-17:25
23:4-23:6
23:7-23:19
45:18-45:23
45:24-46:16
46:18-46:18
60:23-61:13
72:24-73:8
152:7-152:23
154:12-154:20
251:15-251:21
252:20-252:25
254:20-255:2

Defendants designate the following portions of **Piet Hinoul, MD, PhD**, September 19, 2012 deposition:

1250:9-1252:16
1253:8-25
1254:6-7
1254:10-23
1255:6-1256:2
1256:3-1257:12
1257:21-1258:12
1258:18-1259:21
1260:1-20
1260:24-1261:5
1261:6-1261:18
1262:2-3
1262:6-11
1262:23-1264:1
1264:4
1264:6-14
1265:16-18

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 8**

1265:19-1266:5
1266:6-9
1266:12-16
1266:18-1267:24
1268:1-8
1268:11-19
1268:24-1269:16
1269:19-1270:8
1270:11
1270:22-24
1271:1-17
1271:19-21
1272:8-1273:17
1273:19-1274:12
1274:21-23
1274:25-1275:2
1275:17-19
1275:22-1276:17
1276:18-1278:2
1278:15-1279:2
1279:5-1280:6
1280:9-1281:11
1281:14-1282:20
1282:22-1283:5
1283:16-1284:14
1284:16-1285:16
1285:18-1286:3
1286:5
1286:25-1288:3
1288:5-1288:20
1289:7-1290:23
1291:1-3
1291:4-1292:2
1292:4-1292:20
1292:23-1293:1
1293:3-1293:20
1294:1-1294:11
1294:16-1294:22
1294:24-1295:13
1295:17-1296:3
1296:5-13
1296:15- 1298:1

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 9**

1308:10-12
1308:13-1309:19
1309:21-1312:4
1312:11-1312:14
1312:16-1313:6
1314:4-1314:25
1316:13-1317:9
1317:17-1317:19
1317:21-1318:1
1318:3-18
1318:20-1319:2
1319:5-12
1319:14-1320:08
1320:21-24
1321:1-19
1322:10-11
1322:13-1323:4
1323:7-9
1323:11-1323:25
1324:5-1325:11
1325:15-1325:23
1331:18-23
1331:25-1332:9
1332:11-14
1332:17-1333:12
1333:14-25
1334:2-14
1334:16-1335:19
1336:12-14
1343:17-1344:2
1344:4-8
1346:20-1347:9
1347:11-1347:18
1347:25-1348:21
1348:22-1349:1
1349:4-22
1349:24-1350:2

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 10**

Defendants designate the following portions of **Piet Hinoul, MD,** June 27, 2013 deposition:

  488:14-488:24
  489:6-489:9
  491:18-192:11
  494:10-16
  494:21-495:2

Defendants designate the following portions of **Vincent Lucente, MD**, November 2, 2012 deposition:

  364:5-364:11
  364:16-365:9
  367:5-367:16
  367:17-368:1
  374:14-375:18
  376:11-376:16
  382:14-383:13
  383:15-383:17
  383:19-385:15
  387:6-388:10
  389:18-390:1
  395:7-395:25
  397:3-397:11
  397:15-399:8
  404:13-404:16
  404:18-408:3
  409:22-413:12
  413:17-413:22
  413:25-415:15
  415:18-415:21
  415:22-415:25
  418:1-418:5
  419:2-419:4
  419:6-420:13
  421:2-421:5
  422:12-422:19
  422:22-423:1
  423:9-423:11
  423:13-424:8
  424:10-424:18

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 11**

424:20-425:5
425:10-425:12
425:13-426:22
427:7-427:9
427:11-427:23
428:16-429:22
429:24-430:14
430:17-430:19
430:21-431:4
434:21-436:15
436:17-436:19
436:22-437:3
437:5-437:23
438:8-438:22
442:23-442:24
443:3-443:22
443:24-444:6
444:24-445:10
445:14-16
445:18-447:9
453:15-453:17
453:19-454:10
457:9-457:11
457:13-457:21
458:11-459:6
459:13-459:21
460:11-460:16
460:18-460:19
460:23-460:25
461:2-461:3
461:5-461:14
464:10-468:3

Defendants designate the following portions of **Vincent Lucente, MD**, June 10, 2014
deposition:

381:7-381:10
381:13-382:8
382:10-382:10

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 12**

Defendants designate the following portions of **Charlotte Owens, MD**, September 12, 2012
deposition:

7:7-7:10
22:2-23:16
68:2-68:22
80:22-81:8
109:4-109:11
125:2-126:4
131:5-131:22
132:9-132:13
132:15-132:22
200:17-200:21
200:23-201:10
258:17-259:4
259:10-260:2
262:14-263:6
264:8-265:15
276:2-277:10
277:20-278:8
280:6-280:18
305:22-306:4
306:6-307:10

Defendants designate the following portions of **Charlotte Owens, MD**, September 13, 2012
deposition:

370:13-370:19
380:4-380:13
509:8-509:17
514:16-514:23
515:2-516:25
519:9-520:4
520:8-521:8
522:7-523:10
526:7-527:19
527:22-529:10
532:5-532:9
534:1-535:20
538:14-541:2
542:24-543:8

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 13**

543:20-544:11
544:20-545:22
546:12-547:18
550:14-550:22
550:24-552:25
553:2-553:7
553:9-553:15
553:18-553:20
555:6-555:15
555:17-556:12

Defendants designate the following portions of **Amanda Clark, MD**, June 16, 2021
deposition:

6:3-21
7:6-17
7:23-8:10
8:13-15
8:19-9:3
10:5-7
26:17-27:4
27:6-15
28:2-16
29:10-20 (starting at "have")
29:22-30:1
30:7-23
31:14-32:2
32:8-33:19
34:15-39:15
40:2-4
41:5-42:23
43:10-19
44:11-12
44:18-20
45:5-46:11
46:16-17
46:21-47:8
47:10-48:14
49:20-50:9
50:21-53:6
53:8

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 14**

53:11-14
53:16-54:5
54:7-25
55:5-60:23
61:5-62:7
62:9-11
62:16-19
62:22-63:1
63:9-15
64:25-65:15
65:19-25
66:17-23
67:4-21
68:5-8
68:12-18
69:1-70:19
70:24-74:15
78:1-4
79:12-81:1
81:3-4
81:19-82:5
82:9-83:16
84:5-7
84:14-85:23
86:5-12
87:14-88:2
88:8-21
89:2-15
89:19 (starting at "Then") -90:13
90:20-93:25
94:4-96:10
96:14-97:17
98:1-5
98:7-17
98:19-99:11
99:15-24
100:9-101:13
101:15
122:17-123:20
161:12-19
163:9-15
163:17-164:2

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 15**

164:4-16
165:10-12
165:16-166:13
168:12-13

Defendants designate the following portions of **Michelle Ritter, MD**, April 23, 2021
deposition:

6:13-7:5
10:16-11:8
11:23-12:18
13:12 (starting at "So") – 16:18
17:19-18:5 (ending at "body.")
18:22-21:16
22:1-25:17
25:20-31:12
31:19-33:12
33:17-37:12
37:17-38:5
38:12-40:1
40:8-43:13
44:9-45:15
46:16-47:19
48:8-49:19
50:1-52:14
63:11-65:19
66:16-18
68:6-72:17
72:24-74:9
75:16-79:3
79:13-80:8
83:22-85:9
86:7-87:5
87:14-88:6
96:1-11
96:22-98:12
99:16-19
100:1-19
100:24-101:1 (ending at "Exhibit 1")
101:12-103:14
103:18-109:7

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 16**

109:18-111:10 (starting at "this")
134:4-24
135:13-18
136:3-5
136:11-137:17
137:22-138:5
140:3-5

Defendants designate the following portions of **Jeffery Wheat, MD**, June 12, 2021
deposition:

7:10-13
79:6-23
80:11-81:12
82:4-19
83:2-5
84:2-15
85:1-8
85:14-89:10
89:14-90:16
90:19-21
90:23-91:2
91:44
91:9-92:8
92:10-11
92:24-94:12
94:14
95:3-5
95:13-21
96:9-21
97:1-10
98:13-100:2
100:6-103:24
104:2-105:6
105:11-15
105:21-113:2
114:4-119:14
120:14-122:1
122:23-123:20
124:20-125:3
125:5-127:21

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 17**

129:21-131:7
131:15-132:2
132:5-13
132:18-21
132:23
133:7-9
133:11-12
138:7-139:23
141:10-21
142:2-13
142:19-24
143:8-22
144:17-145:9
145:19-146:23
147:2-148:7
148:11-14
150:12-151:13

Defendants designate the following portions of **Peter Zenthoefer, MD**, January 31, 2017
deposition:

5:4-11
6:15-7:21
19:19-20
21:20-35:22 (ending at "are.")
36:3-40:15
40:23-41:8
41:11-48:1
48:10-50:14
50:20-51:25 (starting at "How")
52:9-53:14
53:18-54:1
54:3-55:10
57:11-58:4
59:25-64:17
65:2-6
75:1-77:25
93:5-19
94:25-95:6
95:8-96:3

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 18**

DATED:  February 1, 2022

BULLIVANT HOUSER BAILEY PC

By  */s/Jeanne F. Loftis*
    **Jeanne F. Loftis, OSB #913612**
    **Diane Lenkowsky, OSB #143725**
    Telephone: 503.228.6351

 BUTLER SNOW LLP

By  */s/Kenneth Conour*
    **Anita Modak-Truran**, *pro hac vice*
    **Kenneth Conour**, *pro hac vice*
    Telephone: 615.651.6751

    Attorneys for Defendants

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS' AFFIRMATIVE DEPOSITION
DESIGNATIONS
Page 19**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a copy of this document was served on all counsel of record via email.

Daniel L. Duyck
DUYCK & ASSOCIATES, LLC
111 SW Columbia Street, Suite 715
Portland, Oregon  97201
E-mail: dduyck@duycklaw.com

John Lowther, *pro hac vice*
William J. Doyle, II, *pro hac vice*
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, California  92126
john@doylelowther.com
bill@doylelowther.com

Christopher W Cantrell, *pro hac vice*
DOYLE APC
550 West B Street, Fourth Floor
San Diego, California  92010
chris@doyleapc.com

Jeffrey Kuntz, *pro hac vice*
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
jkuntz@wcllp.com

*Attorneys for Plaintiff*

DATED: February 1, 2022

/s/Jeanne F. Loftis
**Jeanne F. Loftis, OSB #913612**
**Diane Lenkowsky, OSB #143725**

4870-8138-6508.1 37519/00008

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**CERTIFICATE OF SERVICE**
**Page 20**