**Jeanne F. Loftis**, OSB #913612
E-mail:  jeanne.loftis@bullivant.com
**Diane Lenkowsky**, OSB #143725
E-mail:  diane.lenkowsky@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Anita Modak-Truran** (admitted *pro hac vice*)
Email:  anita.modak-truran@butlersnow.com
**Kenneth Conour** (admitted *pro hac vic*e)
Email:  kenneth.conour@butlersnow.com
**BUTLER SNOW, LLP**
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: 615.651.6751

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA SMITH and GARY SMITH,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ETHICON, INC., ETHICON LLC and JOHNSON & JOHNSON,<br><br>                    Defendants. | Civil No.: 3:20-cv-00851-MO<br><br>**DECLARATION OF JEANNE F. LOFTIS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE CASE-SPECIFIC TESTIMONY OF DANIEL ELLIOTT, M.D.** |

**DECLARATION OF JEANNE F. LOFTIS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE CASE-SPECIFIC TESTIMONY OF DANIEL ELLIOTT, M.D.**
**Page 1**

I, Jeanne F. Loftis, hereby declare as follows:

1. I am over the age of 18 years and am a citizen of the United States. I make this declaration based on personal knowledge or belief and am competent to testify to matters contained herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the January 31, 2017 deposition transcript of Peter Zenthoefer, M.D.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: February 15, 2022

By /s/ *Jeanne F. Loftis*
**Jeanne F. Loftis**

4868-6792-5262.1 37519/00008

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DECLARATION OF JEANNE F. LOFTIS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE CASE-SPECIFIC TESTIMONY OF DANIEL ELLIOTT, M.D.**
**Page 2**