Daniel Duyck
email: dduyck@duycklaw.com
Duyck & Associates, LLC
111 SW Columbia St., Suite 715
Portland, OR 97201
(503) 764-2030 phone

John Lowther (pro hac vice)
email: john@doylelowther.com
Doyle Lowther LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
(360) 818-9320 phone
(360) 450-3116 fax

*Attorneys for Plaintiff Barbara Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-00851-MO<br><br>PLAINTIFF'S NOTICE OF OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS |

Pursuant to ECF 193 (Amended Trial Management Order), Plaintiff submits the following objections to Defendants' Affirmative Deposition Designations (ECF No. 165). Plaintiff reserves the right to further object to Defendants' Supplemental Deposition Designations (ECF No. 253).

| | |
|---|---|
| Exhibit 1 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Jeffery Wheat |
| Exhibit 2 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Peter Zenthoeffer |
| Exhibit 3 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Michelle Ritter |
| Exhibit 4 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Amanda Clark |
| Exhibit 5 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Vincent Lucente |
| Exhibit 6 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Charlotte Owens |
| Exhibit 7 | Plaintiff's Objections To Defendants' Designations of Testimony Of Scott Ciarrocca |
| Exhibit 8 | Plaintiff's Objections To Defendants' Designations of Testimony Of Thomas Barbolt, Ph.D. |
| Exhibit 9 | Plaintiff's Objections To Defendants' Designations of Testimony Of Daniel Smith |
| Exhibit 10 | Plaintiff's Objections To Defendants' Designations of Testimony Of Katrin Elbert, Ph.D. |
| Exhibit 11 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Axel Arnaud |
| Exhibit 12 | Plaintiff's Objections To Defendants' Designations of Testimony Of Dr. Piet Hinoul |

Date: June 9, 2022

Respectfully submitted:

/s/     John Lowther

Doyle Lowther LLP
John A. Lowther (admitted pro hac vice)
john@doylelowther.com
William J. Doyle
bill@doylelowther.com
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
(360) 818-9320 phone
(360) 450-3116 fax

Jeffrey Kuntz
jkuntz@wcllp.com
Andrew N Faes
afaes@wcllp.com
Sarah Ruane
sruane@wcllp.com
Karen L. Fritts
kfritts@wcllp.com
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 phone
(816) 531-2372 fax

Daniel Duyck, OSB# 972529
Duyck & Associates LLC
dduyck@duycklaw.com
111 SW Columbia St., Suite 715
Portland, OR 97201
(503) 764-2030 phone

*Attorneys for Plaintiff Barbara Smith*

**Certificate Of Service**

I hereby certify on June 9, 2022 I electronically filed Plaintiff's Notice Of Objections To Defendants' Deposition Designations, and annexed Exhibits one through twelve, with the Clerk of the Court using the CM/ECF system, which will send notification of these Objections and Exhibits to the CM/ECF participants registered to receive service in this matter.

Respectfully Submitted,

/s/    John Lowther

John Lowther, Esq.
Doyle Lowther LLP