**Daniel Duyck,** OSB# 972529
Email: dduyck@duycklaw.com
**DUYCK & ASSOCIATES, LLC**
111 SW Columbia Street, Suite 715
Portland, Oregon 97201
Telephone: 503.764.2030

**John Lowther** (admitted *pro hac vice*)
Email: john@doylelowther.com
**DOYLE LOWTHER LLP**
4400 NE 77th Avenue, Suite 275
Vancouver, Washington 98662
Telephone: 360.818.9320
*Attorneys for Plaintiff Barbara Smith*

**Jeanne F. Loftis**, OSB #913612
Email: jeanne.loftis@bullivant.com
**Nelly F. Greenberg**, OSB #201968
Email: nelly.greenberg@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Anita Modak-Truran** (admitted *pro hac vice*)
Email: anita.modak-truran@butlersnow.com
**Kenneth Conour** (admitted *pro hac vice*)
Email: kenneth.conour@butlersnow.com
**Jin Yoshikawa** (admitted *pro hac vice*)
Email: jin.yoshikawa@butlersnow.com
**BUTLER SNOW, LLP**
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: 615.651.6751

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**JOINT MOTION FOR MODIFIED PRETRIAL SCHEDULING ORDER**
**Page 1**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA SMITH and GARY SMITH,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ETHICON, INC., ETHICON LLC and JOHNSON & JOHNSON,<br><br>　　　　　　　　　Defendants. | Civil No.: 3:20-cv-00851-MO<br><br>**JOINT MOTION FOR MODIFIED PRETRIAL SCHEDULING ORDER** |

WHEREAS THE COURT HAS ORDERED the parties to present revised pretrial submissions identified below; and

WHEREAS the parties have conferred and agreed that with additional time significant progress can be made in reducing the objections and issues that would require determination by the court;

IT IS HEREBY JOINTLY STIPULATED AND AGREED by and between the parties and their respective counsel that the following pretrial submissions shall be filed with the Court on or before August 30, 2022:

　　1)　Each party's revised trial exhibit lists, and the opposing party's objections;

　　2)　Each party's revised witness lists, and the opposing party's objections;

　　3)　Each party's deposition designations and all counter-designations and objections;

　　4)　Each party's revised proposed jury instructions;

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

JOINT MOTION FOR MODIFIED PRETRIAL
SCHEDULING ORDER
Page 2

5) Supplemental Daubert motions limited to issues presented in the MDL but reserved for later decision or otherwise not decided by the MDL Court; and

6) Joint evidentiary stipulations.

IT IS HEREBY STIPULATED this 1st day of July, 2022.

DATED: July 1, 2022

BULLIVANT HOUSER BAILEY PC

By /s/ Jeanne F. Loftis
   **Jeanne F. Loftis**, OSB #913612
   **Nelly F. Greenberg**, OSB #201968
   Telephone: 503.228.6351

BUTLER SNOW LLP

By /s/ Kenneth Conour
   **Anita Modak-Truran**, *pro hac vice*
   **Kenneth Conour**, *pro hac vice*
   **Jin Yoshikawa**, *pro hac vice*
   Telephone: 615.651.6751

*Attorneys for Defendants*

DUYCK & ASSOCIATES, LLC

By /s/ Daniel Duyck
   **Daniel Duyck**, OSB #972529
   Telephone: 503.764.2030

DOYLE LOWTHER LLP

By /s/ John Lowther
   **John Lowther**, *pro hac vice*
   **William J. Doyle, II**, *pro hac vice*
   Telephone: 360.818.9320

*Attorneys for Plaintiff*

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**JOINT MOTION FOR MODIFIED PRETRIAL SCHEDULING ORDER**
**Page 3**

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Michael W. Mosman
UNITED STATES DISTRICT JUDGE

4893-0942-9799.1 37519/00008

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**JOINT MOTION FOR MODIFIED PRETRIAL SCHEDULING ORDER**
**Page 4**